**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423943 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
**Billing for services rendered through 08/31/2012**

Total by Matter
    0041 Welfare Plans                                   $ 2,682.50
    Client/Reference Number: 0000000848

Total Services                                               $ 2,682.50

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**                             **$ 2,682.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2423943
Invoice Date:  09/18/2012

| Invoice | Date | |
|---------|------|------|
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 9,860.00 |
| 2402391 | 07/25/2012 | 3,262.50 |
| 2415871 | 08/31/2012 | 4,817.50 |

Total Outstanding Balance      64,814.58

Total Balance Due      $ 67,497.08

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423943 |
| Invoice Date: | 09/18/2012 |

## Client Copy
## Billing for services rendered through 08/31/2012

Total by Matter
  0041 Welfare Plans                                      $ 2,682.50
  Client/Reference Number: 0000000848

Total Services                                                    $ 2,682.50

Total Costs and Other Charges Posted Through Billing Period              0.00

**Total This Invoice**                                          **$ 2,682.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |
| 2225163 | 02/28/2011 | 7.74 |
| 2276793 | 07/28/2011 | 142.00 |
| 2286482 | 08/29/2011 | 302.20 |
| 2288726 | 09/30/2011 | 482.80 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2423943
Invoice Date:    09/18/2012

| Invoice | Date | |
|---------|------|---|
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 9,860.00 |
| 2402391 | 07/25/2012 | 3,262.50 |
| 2415871 | 08/31/2012 | 4,817.50 |

Total Outstanding Balance                        64,814.58

Total Balance Due                              $ 67,497.08

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423943
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/03/12 | A. Gordon | 1.90 | Conference call with B. Becker regarding escheat [.2]; conference call with R. DeBoer and S. O'Connor regarding edits to the Blue Cross Blue Shield Administration document [.5]; revise the issues list [.5]; revise the Blue Cross Blue Shield Agreement [.7]. |
| 08/14/12 | A. Gordon | 0.30 | Review e-mail from K. Dansart regarding Domestic Partnership termination [.1]; discuss same with T. Solomon [.2]. |
| 08/15/12 | T. Solomon | 0.40 | Prepare sample domestic partner dissolution form (.3); send correspondence to Kevin Dansart regarding domestic partner dissolution form (.1). |
| 08/16/12 | T. Solomon | 0.20 | Telephone conference with Kevin Dansart regarding domestic partner dissolution form and potential revisions. |
| 08/20/12 | A. Gordon | 0.50 | Review [.2] and respond [3.] to e-mail from B. Becker regarding wrap welfare plan. |
| 08/21/12 | A. Gordon | 0.20 | Discuss disability-related release of information with K. Dansart. |
| 08/23/12 | A. Gordon | 0.20 | Conference call with B. Becker regarding plan document provisions. |

|  | **Total Hours** | **3.70** | **Total For Services** | **$2,682.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 3.10 | 725.00 | 2,247.50 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2423943
Invoice Date:   09/18/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| T. Solomon | 0.60 | 725.00 | 435.00 |
| **Totals** | **3.70** | | **$2,682.50** |
| | | **Total This Invoice** | **$2,682.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423944 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

Total by Matter
    0047 ESOP      $ 5,923.00
    Client/Reference Number: 0000001574

Total Services     $ 5,923.00

Total Costs and Other Charges Posted Through Billing Period     0.00

**Total This Invoice**     **$ 5,923.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423944 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

| | |
|---|---|
| Total by Matter | |
| 0047 ESOP | $ 5,923.00 |
| Client/Reference Number: 0000001574 | |
| | |
| Total Services | $ 5,923.00 |
| | |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| | |
| **Total This Invoice** | **$ 5,923.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423944
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/03/12 | P. Compernolle | 0.50 | Telephone conference with MBourgon regarding plan allocations and plan of reorganization. |
| 08/03/12 | W. Merten | 0.10 | Review email from Paul Compernolle as to whether allocation should be completed for April 1, 2011 loan forgiveness. |
| 08/07/12 | P. Compernolle | 0.50 | Review IRS regulations regarding allocation of stock. |
| 08/07/12 | S. Schaefer | 1.00 | Discussions with Paul Compernolle regarding issue of allocation of the shares released for 2011 (.4).  Review potential issues if allocation is not completed (.6). |
| 08/08/12 | P. Compernolle | 2.00 | Research regarding allocation of 2011 loan forgiveness (.8) and participant ERISA notices (1.2). |
| 08/08/12 | S. Schaefer | 0.70 | Discussion with Paul Compernolle regarding actions to be taken to allocate shares for the year (.3).  Discussions with P. Compernolle regarding the penalty requirements under new PPA statement requirements (.4). |
| 08/08/12 | P. Ryan | 1.40 | Researching ERISA requirements related to annual pension benefit statements to participants and beneficiaries in ESOP (1.10); Drafting email to P. Compernolle explaining requirements (.30) |
| 08/09/12 | P. Compernolle | 1.00 | Research (.70) and telephone conference with M. Bourgon (.30) on allocation of stock at year end 2011. |
| 08/09/12 | S. Schaefer | 0.30 | Follow-up discussion with Paul Compernolle regarding the penalties for failure to provide a statement under the Pension Protection Act. |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2423944
Invoice Date:  09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/21/12 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding plan termination. |

| | **Total Hours** | **8.00** | **Total For Services** | **$5,923.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 4.50 | 820.00 | 3,690.00 |
| W. Merten | 0.10 | 820.00 | 82.00 |
| P. Ryan | 1.40 | 365.00 | 511.00 |
| S. Schaefer | 2.00 | 820.00 | 1,640.00 |
| **Totals** | **8.00** | | **$5,923.00** |

**Total This Invoice**     **$5,923.00**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423949 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

Total by Matter
    0515 Chapter 11 Restructuring      $ 86,152.06

Total Services      $ 86,068.50

Total Costs and Other Charges Posted Through Billing Period      83.56

**Total This Invoice**      **$ 86,152.06**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2423949 |
| | Invoice Date: | 09/18/2012 |

| Invoice | Date | |
|---|---|---|
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 187,742.65 |
| 2402396 | 07/25/2012 | 255,081.81 |
| 2415873 | 08/31/2012 | 194,503.10 |

Total Outstanding Balance                                    1,280,485.35

Total Balance Due                                    $ 1,366,637.41

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423949 |
| Invoice Date: | 09/18/2012 |

## Client Copy
**Billing for services rendered through 08/31/2012**

Total by Matter
    0515 Chapter 11 Restructuring                 $ 86,152.06

Total Services            $ 86,068.50

Total Costs and Other Charges Posted Through Billing Period      83.56

**Total This Invoice**            **$ 86,152.06**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2276795 | 07/28/2011 | 67,686.90 |
| 2286485 | 08/29/2011 | 64,882.40 |
| 2297300 | 09/30/2011 | 40,521.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423949
Invoice Date:  09/18/2012

| Invoice | Date | |
|---------|------|---|
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 187,742.65 |
| 2402396 | 07/25/2012 | 255,081.81 |
| 2415873 | 08/31/2012 | 194,503.10 |

Total Outstanding Balance                              1,280,485.35

Total Balance Due                                    $ 1,366,637.41

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423949
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/12 | B. Rubin | 2.20 | Review and comment on slide deck (1.2); preparation for and conference call with clients regarding same (.6); correspondence with clients regarding same (.4). |
| 08/01/12 | A. Whiteway | 0.90 | Review and comment on JPM materials regarding debt structure in leveraged partnerships (.9). |
| 08/01/12 | J. Finkelstein | 2.60 | Review and comment on diagrams related to Newsday and Cubs structures from JP Morgan (1.2); conference with Tribune regarding JP Morgan draft diagrams and correspondence regarding same (1.4). |
| 08/01/12 | G. Kopacz | 0.80 | Review 11th preliminary report of fee examiner and begin preparing response to same. |
| 08/02/12 | B. Rubin | 3.60 | Review and comment on slide deck (.9); review and comment on liability analysis (1.1); correspondence with clients regarding slide deck (.4); correspondence with client regarding exit financing (.4); review and edit memo regarding tax issues (.8). |
| 08/02/12 | A. Whiteway | 0.40 | Correspondence regarding ability to pledge Cubs interest as part of emergence financing (.4). |
| 08/02/12 | J. Finkelstein | 1.80 | Review and comment on revised diagrams and schedules related to Newsday and Cubs structures from JP Morgan (1.3); correspondence with Tribune regarding post-emergence restructuring (.5). |
| 08/02/12 | G. Kopacz | 0.20 | Review pre-bill regarding ESOP matter (.1); email team regarding May CNO (.1). |
| 08/03/12 | B. Rubin | 3.20 | Review and edit slide deck (.7); review and edit tax payment analysis (.7); correspondence with clients regarding same (.4); preparation for and conference call with Sidley regarding valuation issues (1.1); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423949
Invoice Date:  09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with client regarding exit financing (.3). |
| 08/03/12 | J. Finkelstein | 1.10 | Review and comment on revised diagrams and schedules related to Newsday and Cubs structures. |
| 08/05/12 | G. Kopacz | 4.20 | Work on response to fee examiner's 11th preliminary report. |
| 08/06/12 | B. Rubin | 3.40 | Review and comment on lender package (.4); correspondence with client regarding same (.3); review and edit supporting memorandum for tax opinion (2.7). |
| 08/06/12 | J. Finkelstein | 1.10 | Review Newsday and Cubs obligations summary package for creditors. |
| 08/07/12 | B. Rubin | 3.10 | Review and comment on rating agency materials (.8); review and edit supporting memorandum (2.3). |
| 08/07/12 | J. Finkelstein | 1.70 | Review revised summary of Newsday and Cubs transactions from Tribune and correspondence with team regarding same (.9); review and revise memos regarding litigation trust tax issues (.8). |
| 08/08/12 | B. Rubin | 2.90 | Review and revise workplan (.6); review and revise opinion memo regarding tax issues (2.3). |
| 08/08/12 | A. Whiteway | 0.90 | Revise emergence workplan. |
| 08/08/12 | J. Finkelstein | 2.60 | Review and comment on revised bankruptcy emergence workplan (.8); review and revise litigation trust tax issues memos (1.8). |
| 08/09/12 | N. Hazan | 1.40 | Review and correct response to fee examiner report (1.2); correct time entries (.2). |
| 08/09/12 | B. Rubin | 3.10 | Review and edit opinion memo regarding tax issues (1.8); research and analysis regarding same (1.3). |
| 08/09/12 | J. Finkelstein | 2.70 | Review and revise litigation trust tax issues memos (2.7). |
| 08/09/12 | G. Kopacz | 2.10 | Work on response to 11th preliminary report of the fee examiner. |
| 08/10/12 | N. Hazan | 0.40 | Discuss response to fee examiner report and comments thereof with G. Kopacz. |
| 08/10/12 | B. Rubin | 2.10 | Review and edit opinion regarding tax issues (2.1). |
| 08/10/12 | A. Whiteway | 1.20 | Preparation for and telephone conference with client regarding emergence tax issues. |
| 08/10/12 | J. Finkelstein | 3.60 | Conference with Tribune regarding emergence tax issues (.9); Review and revise litigation trust tax issues memos (2.7). |
| 08/10/12 | G. Kopacz | 1.10 | Work on response to fee examiner's 11th preliminary |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2423949
Invoice Date:  09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | report. |
| 08/13/12 | N. Hazan | 0.40 | Discuss issues re: response to fee examiner with G. Kopacz. |
| 08/13/12 | B. Rubin | 3.30 | Review and edit supporting memorandum for tax opinion (2.1); research and analysis in connection with same (1.2). |
| 08/13/12 | J. Finkelstein | 2.30 | Review and revise litigation trust tax issues memos (2.3). |
| 08/13/12 | G. Kopacz | 0.50 | Work on response to fee examiner's 11th preliminary report. |
| 08/14/12 | B. Rubin | 2.20 | Conference call with client regarding transaction structures (.6); research and analysis regarding possible transaction structures (1.6). |
| 08/15/12 | N. Hazan | 0.30 | Review and finalize response to examiner. |
| 08/15/12 | B. Rubin | 2.10 | Review and edit supporting memorandum (1.8); review and edit workplan (.3). |
| 08/15/12 | A. Whiteway | 0.40 | Revise emergence tax issues workplan. |
| 08/15/12 | G. Kopacz | 0.60 | Work on response to fee examiner report. |
| 08/16/12 | B. Rubin | 2.30 | Conference call with client regarding transaction tax issues (.9); research and analysis regarding same (1.4). |
| 08/16/12 | J. Finkelstein | 0.90 | Conference with Tribune regarding emergence tax issues. |
| 08/17/12 | G. Kopacz | 1.60 | Review July pre-bills to ensure compliance with applicable guidelines. |
| 08/20/12 | G. Kopacz | 0.10 | Email M. Simons regarding July pre-bills; communications with secretary regarding same. |
| 08/21/12 | B. Rubin | 2.20 | Review and analyze escrow agreement (.8); review comments from A&M (.3) review settlement procedures (.8); correspondence with client regarding same (.3). |
| 08/21/12 | J. Finkelstein | 1.70 | Review and comment on disgorgement settlement escrow agreement. |
| 08/22/12 | B. Rubin | 1.60 | Review and comment on escrow agreement (.9); correspondence with co-counsel and clients regarding same (.7). |
| 08/22/12 | J. Finkelstein | 3.10 | Review and comment on disgorgement settlement escrow agreement and correspondence with team regarding same. |
| 08/22/12 | G. Kopacz | 0.30 | Communications with J. Kaylor-Brett regarding June fee application. |
| 08/22/12 | J. Kaylor-Brett | 2.70 | Prepare June, 2012 Fee Application. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2423949
Invoice Date: 09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/23/12 | B. Rubin | 2.90 | Review and comment on escrow agreement (1.1); correspondence with Sidley, co-counsel and client regarding same (.7); preparation for and conference call with client regarding emergence issues (.7); conference call with Sidley regarding comments (.4). |
| 08/23/12 | J. Finkelstein | 3.30 | Prepare for and attend conference with Tribune regarding emergence tax issues (1.3); review and revise disgorgement settlement escrow agreement and correspondence with co-counsel regarding same (1.2); review revised disgorgement settlement escrow agreement (.8). |
| 08/23/12 | J. Kaylor-Brett | 4.30 | Continue to review and edit June, 2012 fee statement. |
| 08/24/12 | J. Kaylor-Brett | 0.80 | Review and revise June Fee Application. |
| 08/28/12 | B. Rubin | 3.70 | Research and analysis regarding possible transaction (1.6); review and edit memo regarding emergence issues (2.1). |
| 08/28/12 | A. Whiteway | 0.70 | Review and comment on Disgorgement escrow agreement (.7). |
| 08/28/12 | J. Finkelstein | 1.10 | Review revised disgorgement settlement escrow agreement. |
| 08/29/12 | B. Rubin | 2.10 | Conference call with client regarding tax issues (.9); research and analysis regarding same (1.2) |
| 08/29/12 | A. Whiteway | 0.90 | Review and revise emergence workplan (.2); review step two disgorgement escrow agreement (.6); correspondence with client regarding same (.1). |
| 08/29/12 | J. Finkelstein | 2.10 | Review revised disgorgement settlement escrow agreement (.9); revise litigation trust memos (1.2). |
| 08/30/12 | B. Rubin | 2.60 | Conference call with client regarding tax issues (.7); review and edit memorandum (1.9). |

**Total Hours**    **107.50**      **Total For Services**    **$86,068.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 31.70 | 765.00 | 24,250.50 |
| N. Hazan | 2.50 | 645.00 | 1,612.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423949
Invoice Date:  09/18/2012

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| J. Kaylor-Brett | 7.80 | 265.00 | 2,067.00 |
| G. Kopacz | 11.50 | 435.00 | 5,002.50 |
| B. Rubin | 48.60 | 995.00 | 48,357.00 |
| A. Whiteway | 5.40 | 885.00 | 4,779.00 |
| **Totals** | **107.50** | | **$86,068.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 07/01/12 | Outside Copy Services<br>VENDOR: Williams Lea Inc; INVOICE#: CON-00005424; DATE: 7/1/2012 - June 2012 Consolidated Variable invoice. NY's June 2012 IPRO log. | 2.22 |
| 08/01/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 3.75 |
| 08/03/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 853-7515. | 1.50 |
| 08/06/12 | Computer Research<br>Pacer Quarterly Billing Cycle: 04/01/12 - 06/30/12 | 67.60 |
| 08/08/12 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 951-0700. | 1.20 |
| 08/10/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31690736; INVOICE DATE: 09/04/12; Call Date: 08/10/12; Order #33102137; Host NAME: Andrea Whiteway | 1.52 |
| 08/16/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31730995; INVOICE DATE: 09/04/12; Call Date: 08/16/12; Order #33143022; Host NAME: Andrea Whiteway | 2.27 |
| 08/16/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31730996; INVOICE DATE: 09/04/12; Call Date: | 1.90 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423949
Invoice Date:  09/18/2012

| Date | Description | Amount |
|------|-------------|--------|
| | 08/16/12; Order #33143023; Host NAME: Andrea Whiteway | |
| 08/23/12 | Telecommunications | 1.60 |
| | VENDOR: Conference Plus, Incorporated; INVOICE #31779950; INVOICE DATE: 09/04/12; Call Date: 08/23/12; Order #33195777; Host NAME: Andrea Whiteway | |

**Total Costs and Other Charges**     **$83.56**

**Total This Invoice**     **$86,152.06**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423951 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
**Billing for services rendered through 08/31/2012**

Total by Matter
    0516 Perfect Market, Inc.          $ 2,756.75

Total Services          $ 2,750.00

Total Costs and Other Charges Posted Through Billing Period      6.75

**Total This Invoice**          **$ 2,756.75**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2423951
Invoice Date:   09/18/2012

| Invoice | Date | |
|---------|------|---|
| 2392471 | 06/27/2012 | 11,567.50 |
| 2402397 | 07/25/2012 | 3,190.75 |
| 2415874 | 08/31/2012 | 2,251.20 |

Total Outstanding Balance                                72,499.42

Total Balance Due                                      $ 75,256.17

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423951 |
| Invoice Date: | 09/18/2012 |

## Client Copy
## Billing for services rendered through 08/31/2012

Total by Matter
    0516 Perfect Market, Inc.                    $ 2,756.75

Total Services                                              $ 2,750.00

Total Costs and Other Charges Posted Through Billing Period          6.75

**Total This Invoice**                                      **$ 2,756.75**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2297301 | 09/30/2011 | 34.50 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2423951 |
| | Invoice Date: | 09/18/2012 |

| Invoice | Date | |
|---|---|---|
| 2392471 | 06/27/2012 | 11,567.50 |
| 2402397 | 07/25/2012 | 3,190.75 |
| 2415874 | 08/31/2012 | 2,251.20 |

Total Outstanding Balance                                72,499.42

Total Balance Due                                        $ 75,256.17

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423951
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516          Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/12 | P. McCurry | 1.00 | Calls with Bill Gerth and DLA regarding profits interest issuance. (1.0) |
| 08/02/12 | P. McCurry | 0.60 | Calls with DLA regarding profits interests. |
| 08/08/12 | P. McCurry | 0.20 | Emails with DLA regarding profits interest issuance (0.2). |
| 08/13/12 | P. McCurry | 1.20 | Calls with Nixon Peabody and DLA Piper re profits interest. (1.2) |
| 08/14/12 | P. McCurry | 0.10 | Follow up with DLA re profits interests (0.1). |
| 08/16/12 | P. McCurry | 0.50 | Calls with Nixon Peabody re profits interest. |
| 08/23/12 | P. McCurry | 0.40 | Calls and communications with DLA and Nixon re profits interests (0.4). |
| 08/27/12 | P. McCurry | 0.20 | Follow up with Nixon Peabody re profits interest (0.1); review materials from DLA regarding same (0.1). |
| 08/31/12 | P. McCurry | 1.30 | Calls with Nixon and DLA regarding profits interest issuance (1.3). |

|  | **Total Hours** | **5.50** | **Total For Services** | **$2,750.00** |
|--|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423951
Invoice Date:  09/18/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. McCurry | 5.50 | 500.00 | 2,750.00 |
| **Totals** | **5.50** | | **$2,750.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 08/13/12 | Telecommunications<br>Ext. 42191 called WASHINGTON, (202) 585-8358. | 1.65 |
| 08/16/12 | Telecommunications<br>Ext. 42191 called WASHINGTON, (202) 585-8358. | 2.40 |
| 08/31/12 | Telecommunications<br>Ext. 42191 called WASHINGTON, (202) 585-8358. | 2.70 |

**Total Costs and Other Charges**    **$6.75**

**Total This Invoice**    **$2,756.75**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2423952 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

Total by Matter
  0021 Post Closing Matters                                        $ 1,216.00

Total Services                                                              $ 1,216.00

Total Costs and Other Charges Posted Through Billing Period                  0.00

**Total This Invoice**                                                    **$ 1,216.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:      2423952
Invoice Date:  09/18/2012

| Invoice | Date | |
|---------|------|--|
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 219.00 |
| 2402398 | 07/25/2012 | 16,131.39 |
| 2415845 | 08/31/2012 | 4,926.54 |

Total Outstanding Balance                                        51,068.97

Total Balance Due                                              $ 52,284.97

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2423952 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 1,216.00 | |
| Total Services | | $ 1,216.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 1,216.00** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2286424 | 07/28/2011 | 5,015.90 |
| 2294690 | 08/29/2011 | 15,134.50 |
| 2297302 | 09/30/2011 | 4,570.60 |
| 2308368 | 10/31/2011 | 128.90 |
| 2314995 | 11/10/2011 | 948.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2423952 |
| Invoice Date: | 09/18/2012 |

| Invoice | Date | |
|---|---|---|
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 219.00 |
| 2402398 | 07/25/2012 | 16,131.39 |
| 2415845 | 08/31/2012 | 4,926.54 |

Total Outstanding Balance                              51,068.97

Total Balance Due                                    $ 52,284.97

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423952
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/12 | R. Harris | 1.30 | Review Cubs transaction documents regarding issues regarding pledge and transfer of interests (1.1); correspondence with D. Eldersveld regarding same (.2). |
| 08/03/12 | R. Harris | 0.60 | Confer with D. Eldersveld regarding issues regarding pledge of Cubs interest (.4); follow-up regarding same (.2). |

|  | **Total Hours** | **1.90** |  | **Total For Services** | **$1,216.00** |
|--|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.90 | 640.00 | 1,216.00 |
| **Totals** | **1.90** |  | **$1,216.00** |
|  |  | **Total This Invoice** | **$1,216.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2423952

09/18/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Harris | 1.90 | 640.00 | 1,216.00 |
| **Totals** | **1.90** | | **$1,216.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423953 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0524 Cast TV | $ 768.00 | |
| Total Services | | $ 768.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 768.00** |

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2392475 | 06/27/2012 | 1,698.00 |
| 2402400 | 07/25/2012 | 383.50 |
| Total Outstanding Balance | | 2,321.44 |
| Total Balance Due | | $ 3,089.44 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423953 |
| Invoice Date: | 09/18/2012 |

---

**Client Copy**
**Billing for services rendered through 08/31/2012**

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0524 Cast TV | $ 768.00 | |
| Total Services | | $ 768.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 768.00** |

| Invoice | Date | |
|---|---|---|
| 2193806 | 11/19/2010 | 119.97 |
| 2200568 | 12/08/2010 | 119.97 |
| 2392475 | 06/27/2012 | 1,698.00 |
| 2402400 | 07/25/2012 | 383.50 |
| Total Outstanding Balance | | 2,321.44 |
| Total Balance Due | | $ 3,089.44 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423953
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0524          Cast TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/27/12 | R. Harris | 1.20 | (Nimble TV) Review Series A-1 Investment Documents. |
| | **Total Hours** | **1.20** | **Total For Services**          **$768.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 1.20 | 640.00 | 768.00 |
| **Totals** | **1.20** | | **$768.00** |
| | **Total This Invoice** | | **$768.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423954 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 9,867.00 | |
| Total Services | | $ 720.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 9,147.00 |
| **Total This Invoice** | | **$ 9,867.00** |

| Invoice | Date | |
|---|---|---|
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423954
Invoice Date:  09/18/2012

| Invoice | Date | |
|---------|------|--|
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 93,262.95 |
| 2402401 | 07/25/2012 | 174,091.09 |
| 2415875 | 08/31/2012 | 38,363.87 |

Total Outstanding Balance                                     622,488.31

Total Balance Due                                        $ 632,355.31

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423954 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

Total by Matter
  0527 2009 Audit                                              $ 9,867.00

Total Services                                                          $ 720.00

Total Costs and Other Charges Posted Through Billing Period              9,147.00

**Total This Invoice**                                              **$ 9,867.00**

| Invoice | Date | |
|---|---|---|
| 2276798 | 07/28/2011 | 49,752.60 |
| 2286488 | 08/29/2011 | 33,131.90 |
| 2297306 | 09/30/2011 | 32,819.00 |
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2423954
Invoice Date:    09/18/2012

| Invoice | Date | |
|---------|------|---|
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 93,262.95 |
| 2402401 | 07/25/2012 | 174,091.09 |
| 2415875 | 08/31/2012 | 38,363.87 |

Total Outstanding Balance                    622,488.31

Total Balance Due                            $ 632,355.31

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423954
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/12 | R. Greenhouse | 0.80 | Review T. Ricketts IRS interview transcript. |
| | **Total Hours** | **0.80** | **Total For Services** **$720.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 0.80 | 900.00 | 720.00 |
| **Totals** | **0.80** | | **$720.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/12 | Computer Hosting Fees<br>July monthly charge for data storage and hosting, Relativity Hosting, 304.9 GBs. | 9,147.00 |
| | **Total Costs and Other Charges** | **$9,147.00** |
| | **Total This Invoice** | **$9,867.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423955 |
| Invoice Date: | 09/18/2012 |

---

## Remittance Copy
### Billing for services rendered through 08/31/2012

---

0533 NomadTV

| | |
|---|---|
| Total Services | $ 3,520.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,520.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2308373 | 10/31/2011 | 299.00 | |
| 2315000 | 11/10/2011 | 3,685.70 | |
| Total Outstanding Balance | | | 3,984.70 |
| Total Balance Due | | | $ 7,504.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423955 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

0533 NomadTV

| | |
|---|---|
| Total Services | $ 3,520.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 3,520.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2308373 | 10/31/2011 | 299.00 | |
| 2315000 | 11/10/2011 | 3,685.70 | |
| Total Outstanding Balance | | | 3,984.70 |
| Total Balance Due | | | $ 7,504.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423955
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0533        NomadTV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/20/12 | R. Harris | 0.30 | Confer with D. Kazan regarding terms of new Nimble equity offering. |
| 08/28/12 | R. Harris | 1.70 | Review revised investment documents. |
| 08/29/12 | R. Harris | 1.50 | Revisions to investment documents (1.2); confer with D. Kazan regarding same (.3). |
| 08/30/12 | R. Harris | 1.40 | Review of final transaction documents (1.0); confer with D. Kazan regarding open issues (.2); confer with M. Tolland regarding same (.2). |
| 08/31/12 | R. Harris | 0.60 | Attend to closing issues. |

|  | **Total Hours** | **5.50** | **Total For Services** | **$3,520.00** |
|--|-----------------|----------|------------------------|---------------|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 5.50 | 640.00 | 3,520.00 |
| **Totals** | **5.50** | | **$3,520.00** |
| | | **Total This Invoice** | **$3,520.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423956 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 128.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 128.00** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 16,929.20 |
| 2370655 | 04/30/2012 | 15,479.70 |
| 2380797 | 05/30/2012 | 5,426.20 |
| 2392477 | 06/27/2012 | 5,269.29 |
| 2402402 | 07/25/2012 | 720.70 |
| 2415876 | 08/31/2012 | 1,892.00 |

| | |
|---|---|
| Total Outstanding Balance | 51,043.79 |
| Total Balance Due | $ 51,171.79 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423956
Invoice Date:  09/18/2012

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423956 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

0535 Block Shopper/Journatic

| | |
|---|---|
| Total Services | $ 128.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 128.00** |

| Invoice | Date | |
|---|---|---|
| 2349844 | 02/29/2012 | 5,326.70 |
| 2360524 | 03/29/2012 | 16,929.20 |
| 2370655 | 04/30/2012 | 15,479.70 |
| 2380797 | 05/30/2012 | 5,426.20 |
| 2392477 | 06/27/2012 | 5,269.29 |
| 2402402 | 07/25/2012 | 720.70 |
| 2415876 | 08/31/2012 | 1,892.00 |

| | |
|---|---|
| Total Outstanding Balance | 51,043.79 |
| Total Balance Due | $ 51,171.79 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423956
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0535        Block Shopper/Journatic

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/12 | R. Harris | 0.20 | Attend to issues regarding Cubs litigation. |
| | **Total Hours** | **0.20** | **Total For Services** **$128.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| R. Harris | 0.20 | 640.00 | 128.00 |
| **Totals** | **0.20** | | **$128.00** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423958 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
## Billing for services rendered through 08/31/2012

Total by Matter
    0507 Newsday                                               $ 9,754.60
    Client/Reference Number: 0000001849

Total Services                                                      $ 8,440.50

Total Costs and Other Charges Posted Through Billing Period         1,314.10

**Total This Invoice**                                        **$ 9,754.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423958 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

Total by Matter
    0507 Newsday                                          $ 9,754.60
    Client/Reference Number: 0000001849

Total Services                                                          $ 8,440.50

Total Costs and Other Charges Posted Through Billing Period          1,314.10

**Total This Invoice**                                          **$ 9,754.60**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423958
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507      Newsday
                  Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/10/12 | M. Bilut | 1.80 | Draft and respond to e-mails with R. DeBoer and M. Anderson re status of tank investigation work (.4); telephone call with R. DeBoer re ERM terms and conditions (.2); review ERM proposal (.2); review Tribune Professional Service Agreement (.3); review M. Anderson's e-mails re meeting with Newsday (.2); begin editing ERM terms and conditions (.5). |
| 08/11/12 | M. Bilut | 0.80 | Edit ERM terms and conditions (.5); draft e-mail to R. DeBoer regarding edits (.3). |
| 08/13/12 | M. Bilut | 0.70 | Review R. DeBoer's proposed agreement changes (.2); revise ERM standard terms and conditions (.5). |
| 08/14/12 | M. Bilut | 0.30 | Draft and review e-mail with R. DeBoer re ERM contract (.1); review M. Anderson's e-mail re comments on proposal (.1); review E. Rossano's e-mail re contract terms (.10. |
| 08/16/12 | M. Bilut | 0.80 | Review E. Rossano's e-mail re edits to ERM terms (.1); review ERM's edits to terms and conditions (.2); draft e-mail to R. DeBoer and M. Anderson regarding suggestions on ERM terms (.2); review M. Anderson's e-mail regarding ERM terms (.1); telephone call with R. DeBoer regarding ERM terms (.2). |
| 08/17/12 | M. Bilut | 0.40 | Draft and respond to e-mails with M. Anderson and R. DeBoer regarding ERM proposal. |
| 08/21/12 | M. Bilut | 0.20 | Review M. Anderson's e-mails regarding ERM terms and conditions (.1); review e-mails from E. Rossman regarding ERM terms (.1). |
| 08/21/12 | B. Rubin | 1.20 | Conference call with Mr. Gruemmer regarding request |

# McDermott
# Will & Emery

Tribune Company

Client:  020336
Invoice:  2423958
Invoice Date:  09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | from client (.2) review documents in connection with same (.6); conference with Mr. Robert regarding document review assignment (.4). |
| 08/23/12 | J. Robert | 3.80 | Reviewing the Newsday LLC agreement and the Tax Matters Agreement to identify Cablevision obligations (2.7); drafting summary documents for B. Rubin (1.1). |
| 08/24/12 | M. Bilut | 0.30 | Review and respond to R. DeBoer's e-mail regarding call from Cablevision regarding tank work (.1); review R. DeBoer's e-mail regarding prior signed agreement (.1); review M. Anderson's e-mail regarding call from Cablevision (.1). |
| 08/27/12 | B. Rubin | 1.90 | Review and edit summary of LLC Agreement and TMA obligations (1.6); correspondence with client regarding same (.3). |
| 08/31/12 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding agreement with ERM. |

|  | **Total Hours** | **12.30** | **Total For Services** | **$8,440.50** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 5.40 | 735.00 | 3,969.00 |
| J. Robert | 3.80 | 365.00 | 1,387.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2423958
Invoice Date:  09/18/2012

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B. Rubin | 3.10 | 995.00 | 3,084.50 |
| **Totals** | **12.30** | | **$8,440.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 07/31/12 | Computer Hosting Fees<br>July monthly charge for data storage and hosting, Relativity<br>Hosting, 154.6 GBs. | 1,314.10 |

| | |
|--|--|
| **Total Costs and Other Charges** | **$1,314.10** |
| **Total This Invoice** | **$9,754.60** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423959 |
| Invoice Date: | 09/18/2012 |

## Remittance Copy
### Billing for services rendered through 08/31/2012

Total by Matter
    0512 LA Times                            $ 8,449.00
    Client/Reference Number: 0000001854

Total Services                                        $ 8,449.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                                  **$ 8,449.00**

| Invoice | Date | | |
|---|---|---|---|
| 2276802 | 07/28/2011 | 502.90 | |
| 2402404 | 07/25/2012 | 5,325.00 | |
| 2415878 | 08/31/2012 | 10,815.01 | |

Total Outstanding Balance                            16,642.91

Total Balance Due                                 $ 25,091.91

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2423959 |
| Invoice Date: | 09/18/2012 |

## Client Copy
### Billing for services rendered through 08/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0512 LA Times | $ 8,449.00 | |
| Client/Reference Number: 0000001854 | | |
| | | |
| Total Services | | $ 8,449.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 8,449.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2276802 | 07/28/2011 | 502.90 | |
| 2402404 | 07/25/2012 | 5,325.00 | |
| 2415878 | 08/31/2012 | 10,815.01 | |
| | | | |
| Total Outstanding Balance | | | 16,642.91 |
| | | | |
| Total Balance Due | | | $ 25,091.91 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

09/18/2012

Invoice: 2423959
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0512          LA Times
                      Client/Reference Number: 0000001854

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 08/01/12 | M. Lee | 0.20 | Review email from R. Newton regarding proposed insurance (.1); review email from C. Leeman regarding same (.1). |
| 08/02/12 | M. Lee | 1.40 | Review email from R. Newton regarding insurance provision for HDS agreement (.1); review email from R. Newton regarding IP issues for HDS agreement (.1); prepare email to R. Newton regarding IP issues (.3); revise HDS license agreement (.3); review proposed changes to insurance provisions in HDS agreement from C. Leeman (.2); make further revisions to the HDS agreement and prepare email to R. Newton regarding same (.4). |
| 08/06/12 | M. Lee | 0.10 | Review email from R. Newton regarding HDS agreement. |
| 08/07/12 | M. Lee | 0.30 | Emails with R. Newton regarding HDS agreement (.2); telephone conference with R. Newton regarding same (.1). |
| 08/08/12 | M. Lee | 0.90 | Multiple emails with J. Xanders regarding HDS agreement (.4); review drafts of assignment documents for patent applications (.5). |
| 08/09/12 | M. Lee | 0.50 | Review assignments of patent applications (.3); conference call with J. Xanders and R. Newton to discuss assignments of patent applications (.2). |
| 08/10/12 | M. Lee | 1.80 | Prepare invention assignment for use in HDS/Apex transaction (1.1); prepare email to R. Newton regarding same (.3); multiple emails with J. Xanders and R. Newton regarding same (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2423959
Invoice Date:  09/18/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/17/12 | M. Lee | 0.50 | Review email from R. Newton regarding assignment instruments (.1); review assignment instruments (.3); multiple emails with R. Newton regarding missing assignment instrument (.1). |
| 08/20/12 | M. Lee | 0.20 | Review email from R. Newton regarding Apex assignment (.1); prepare email to R. Newton regarding same (.1). |
| 08/21/12 | M. Lee | 0.00 | Review email from R. Newton regarding Apex MSA. (NC) |
| 08/22/12 | M. Lee | 0.30 | Review correspondences from J. Xanders regarding D. Sarno essay (.1); review Sarno essay (.2). |
| 08/22/12 | M. Lee | 0.30 | Review assignment documents and email from R. Newton (.1); prepare email to R. Newton regarding same (.3). |
| 08/22/12 | M. Lee | 0.00 | Prepare email to S. Karottki regarding status of Apex agreement; prepare email to R. Newton regarding final Apex agreement; review email from J. Xanders regarding same.  (NC) |
| 08/23/12 | M. Lee | 0.00 | Review email to R. Newton regarding final Apex agreement.  (NC) |
| 08/23/12 | M. Lee | 0.30 | Telephone conference with J. Xanders regarding D. Sarno. |
| 08/27/12 | M. Lee | 0.40 | Conference call with J. Xanders regarding D. Sarno. |
| 08/29/12 | M. Lee | 3.00 | Prepare letter agreement with D. Sarno (1.7); multiple emails with J. Xanders regarding same (.4); further revisions to letter agreement with D. Sarno (.9). |
| 08/30/12 | M. Lee | 1.70 | Multiple emails with J. Xanders regarding D Sarno letter agreement (.3); review revised Sarno letter agreement (.4); revise Sarno letter agreement (1.0). |

**Total Hours**    **11.90**          **Total For Services**    **$8,449.00**

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2423959
Invoice Date:  09/18/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 11.90 | 710.00 | 8,449.00 |
| **Totals** | **11.90** | | **$8,449.00** |
| | **Total This Invoice** | | **$8,449.00** |