IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.,* | : | Case No. 08-13141 (KJC) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : | **Related to Docket No. _____** |

**ORDER APPROVING FIFTEENTH INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM JUNE 1, 2012 THROUGH AUGUST 31, 2012**

Upon the Fifteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), co-counsel to the Debtors in the above-captioned chapter 11 cases, for interim allowance of compensation and for reimbursement of expenses, for the interim period from June 1, 2012 through August 31, 2012 (the "Interim Fee Period"), pursuant to 11 U.S.C. § 331, and adequate notice of such application having been given, **IT IS ORDERED**:

1.    Cole Schotz is allowed compensation for professional services rendered in the amount of $448,322.00 for the Interim Fee Period from June 1, 2012 through August 31, 2012.

2.    Cole Schotz is allowed reimbursement of its actual and necessary expenses in the amount of $21,787.30 for the Interim Fee Period from June 1, 2012 through August 31, 2012.

3.    The Debtors are authorized and directed to promptly pay the foregoing amounts to Cole Schotz.

Dated: _____, 2012     _____
                                  THE HONORABLE KEVIN J. CAREY
                                  UNITED STATES BANKRUPTCY JUDGE