# EXHIBIT A



Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

September 1, 2012                                                                    Invoice  3747      SDB
In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client:  Tribune Company

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/01/12 | JWB | Review final version of twenty-third monthly application for filing. | 0.10 455.00/hr | 45.50 |
| 08/01/12 | SDJ | Review and revise twenty-third monthly fee application (.7) and correspond with local counsel regarding same (.2). | 0.90 335.00/hr | 301.50 |
| 08/06/12 | SDJ | Correspond with Fee Examiner regarding Ledes files of twenty-third monthly fee application. | 0.20 335.00/hr | 67.00 |
| 08/24/12 | SDJ | Correspond with local counsel regarding certificate of no objection for twenty-third monthly fee application (.2); correspond with client regarding same (.1). | 0.30 335.00/hr | 100.50 |
| 08/24/12 | SDJ | Review fee examiner's preliminary report regarding fifth interim period. | 0.70 335.00/hr | 234.50 |
| 08/24/12 | JWB | Review Examiner's report and outline steps for response. | 0.30 455.00/hr | 136.50 |
| 08/27/12 | SDJ | Draft and revise twenty-fourth monthly fee application and review invoices regarding same. | 2.30 335.00/hr | 770.50 |
| 08/29/12 | SDJ | Continue to review Fee Examiner's report and draft response. | 2.70 335.00/hr | 904.50 |
| 08/29/12 | RP | Review Fee Examiner objections and draft responses. | 0.50 455.00/hr | 227.50 |
| 08/30/12 | SDJ | Continue to revise twenty-fourth monthly fee application. | 1.30 335.00/hr | 435.50 |
| 08/30/12 | SDJ | Continue to revise response to Fee Examiner's preliminary report | 1.80 335.00/hr | 603.00 |

**Levine Sullivan Koch & Schulz, LLP**

I.D. 00499-080 - SDB

Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

September 1, 2012

Invoice  3747

Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | (1.0); review prior invoices in various matters in order to ensure compliance with bankruptcy local rules (.8). | | |
| 08/31/12 | JWB | Review and revise twenty-fourth monthly fee application. | 0.10 455.00/hr | 45.50 |
| 08/31/12 | JPB | Review and revise twenty-fourth monthly fee application for accuracy. | 0.40 195.00/hr | 78.00 |
| 08/31/12 | SDJ | Continue to review preliminary report and draft response regarding same. | 3.20 335.00/hr | 1,072.00 |
| | | **For professional services rendered** | **14.80** | **$5,022.00** |
| | | **Total Amount of this Bill** | | **$5,022.00** |

## Levine Sullivan Koch & Schulz, LLP

| | | September 1, 2012 |
|---|---|---|
| I.D. 00499-080 - SDB | | Invoice 3747 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Robert Penchina | 0.50 | 455.00 | 227.50 |
| Jay Ward Brown | 0.50 | 455.00 | 227.50 |
| Shaina D. Jones | 13.40 | 335.00 | 4,489.00 |
| Jennifer P. Burke | 0.40 | 195.00 | 78.00 |
| **Totals** | **14.80** | | **$5,022.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 West First Street
Los Angeles, CA 90012

June 1, 2011                                                           Invoice # 586

In Reference To:        **00526.039 – Guantanamo Press Access**

For Professional Services and Disbursements:                    $767.58

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{00416612;v1}

# Levine Sullivan Koch & Schulz, l.l.p.

*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 West First Street
Los Angeles, CA 90012

July 1, 2011                                                        Invoice # 934

In Reference To:        **00526.039 – Guantanamo Press Access**

For Professional Services and Disbursements:                    $ 123.81

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{00424721;v1}



*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 West First Street
Los Angeles, CA 90012

November 1, 2011                                                      Invoice # 1779

In Reference To:      **00526.039 – Guantanamo Press Access**

For Professional Services and Disbursements:                        $ 111.00

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{00458740;v1}



*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 West First Street
Los Angeles, CA 90012

December 1, 2011                                                    Invoice # 1954

In Reference To:        **00526.039 – Guantanamo Press Access**

For Professional Services and Disbursements:                    $ 174.69

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

{00464417;v1}



*Tribune Company*

David S. Bralow
Karen H. Flax
Karlene W. Goller
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

March 1, 2012                                                Invoice # 2482

In Reference To:    **00526-047 – Sterling**

For Professional Services .                                 $2,500.00

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, DC  20036

Tax Identification Number:  52-2004605

{00488203;v1 }



*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 W First Street
Los Angeles, CA 90012

July 1, 2012                                                     Invoice # 3274

In Reference To:      **00526-051      PRB Access**

For Professional Services and Disbursements:                    $ 541.75

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number:  52-2004605

{00533904;v1}


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

September 1, 2012                                    Invoice # 3721

In Reference To:    **00526-052    9/11 Commissions**

For Professional Services and Disbursements:              $ 1,512.25

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00553639;v1}



*Los Angeles Times*

Karlene Goller
Vice President & Deputy General Counsel
Los Angeles Times
101 W. 1st St.
Los Angeles, CA  90012

September 1, 2012                                    Invoice No. 3682

In Reference To:     **00526-055 – Aurora Theater Shooting**

For Professional Services:

    1/17 of Fees and Costs:                    $1,250.29

**TOTAL DUE:**                                     **$1,250.29**

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C.  20036

Tax Identification Number:  52-2004605

{00550816;v1}