# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 28, 2012
**REVISED**

Invoice No. 2033156
0276 12575 / 12575-000001
WIST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through August 31, 2012

### Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding plate Pressmen's Union unit question (.20); follow up telephone conference with A. Barnes regarding same (.20). | 0.40 | 242.00 |
| 08/01/12 | M. Eastman | L120 | | Legal research regarding Pressmen Union's unit question. | 0.50 | 227.50 |
| 08/02/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Pressmen unit question. | 0.10 | 60.50 |
| 08/17/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding Typographical unit question. | 0.20 | 121.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033156

Page 2

Baltimore Sun

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/24/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding protected nature of employee conduct who reached out to source about his transfer. | 0.20 | 121.00 |
| 08/24/12 | K. Michaels | C300 | | Review of e-mail correspondence from A. Barnes regarding Section 7 protected activity question (.10); drafting e-mail correspondence in response to same (.10). | 0.20 | 121.00 |
| 08/24/12 | K. Michaels | C300 | | Drafting e-mail correspondence to A. Barnes regarding review of letter to Union concerning removal of employees from the bargaining unit. | 0.20 | 121.00 |

**Total Hours** — 1.80

**Total Fees** — $1,014.00

**Less Discount** — ($101.40)

**Total Fees After Discount** — $912.60

**Timekeeper Summary**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| K. Michaels | Partner | - | 1.30 | hours at | $605.00 | per hour |
| M. Eastman | Partner | - | 0.50 | hours at | $455.00 | per hour |

**Total Disbursements** — 0.00

**Total Amount Due** — $912.60



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 28, 2012
**REVISED**

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2033156
0276 12575 / 12575-000001
Labor-General 0000001174

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,014.00 |
| Less Discount | ($101.40) |
| Total Fees after Discount | $912.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $912.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033173
0276 31907 / 31907-000005
W1ST

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-01
Attn:  Ann W. Barnes
Labor Relations Director

---

For legal services rendered through August 31, 2012

### Rich Pothering Unscheduled Leave Grievance

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes and attached bargaining history summary and outline. | 0.30 | 181.50 |
| 08/02/12 | K. Michaels | L110 | | Telephone conference with client regarding gathering facts for arbitration hearing. | 0.60 | 363.00 |
| 08/15/12 | K. Michaels | C200 | | Research arbitral case law for use in hearing preparation and post-hearing brief. | 1.70 | 1,028.50 |
| 08/16/12 | K. Michaels | L110 | | Review of absence documentation and collective bargaining documentation from A. Barnes. | 1.00 | 605.00 |
| 08/17/12 | K. Michaels | L110 | | Review of summary of leave abuse documentation. | 0.10 | 60.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Morning Call, The

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/17/12 | K. Michaels | L110 | | Telephone conference with client regarding preparation for arbitration. | 1.00 | 605.00 |
| 08/20/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 1 (1.10); drafting direct examination outline of witness 2 (1.00). | 2.10 | 1,270.50 |
| 08/21/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding review of collective bargaining history and case strategy. | 0.50 | 302.50 |
| 08/21/12 | K. Michaels | L110 | | Review of bargaining information and collective bargaining agreement. | 0.50 | 302.50 |
| 08/21/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 3. | 1.00 | 605.00 |
| 08/21/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 4. | 1.00 | 605.00 |
| 08/21/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 1. | 1.50 | 907.50 |
| 08/21/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 5. | 1.00 | 605.00 |
| 08/22/12 | K. Michaels | L110 | | Review of documentation to be used at arbitration from client. | 0.40 | 242.00 |
| 08/22/12 | K. Michaels | L110 | | Review of revised documentation from client. | 0.40 | 242.00 |
| 08/22/12 | K. Michaels | L120 | | Review of e-mail correspondence from A. Barnes to witness team regarding call concerning bargaining history. | 0.10 | 60.50 |
| 08/23/12 | K. Michaels | C200 | | Arbitral research regarding ability of Company to rely on its management rights clause and complete agreement clause to preclude Union defenses in case. | 3.40 | 2,057.00 |
| 08/24/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding overview of witness testimony. | 0.30 | 181.50 |
| 08/24/12 | K. Michaels | L110 | | Review of additional Company documentation regarding sick time (.30) and attendance usage (.20). | 0.50 | 302.50 |



Morning Call, The

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/24/12 | K. Michaels | L110 | | Telephone conference with client in preparation for arbitration: collective bargaining history. | 1.30 | 786.50 |
| 08/24/12 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding scheduling witness preparation. | 0.10 | 60.50 |
| 08/24/12 | K. Michaels | L410 | | Revising direct witness examination outline of witness 1. | 1.00 | 605.00 |
| 08/24/12 | K. Michaels | L410 | | Revising direct witness examination outline of witness 3. | 1.20 | 726.00 |
| 08/24/12 | K. Michaels | L410 | | Drafting direct examination outline of witness 2. | 1.00 | 605.00 |
| 08/25/12 | K. Michaels | C300 | | Drafting opening statement. | 2.00 | 1,210.00 |
| 08/28/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding summary of conversation with Union counsel and strategy. | 0.40 | 242.00 |
| 08/28/12 | K. Michaels | L120 | | Telephone conference with T. Kohn, Union counsel, regarding case logistics and Union inquiry regarding stipulation as to facts. | 0.50 | 302.50 |
| 08/28/12 | K. Michaels | L410 | | Telephone conference with A. Barnes and witness 2 regarding preparation of P. Lynch for testimony. | 1.50 | 907.50 |
| 08/28/12 | K. Michaels | L410 | | Revise direct examination outline of witness 1. | 0.50 | 302.50 |
| 08/31/12 | K. Michaels | C300 | | Telephone conference with A. Barnes regarding modification of Company exhibit. | 0.30 | 181.50 |
| 08/31/12 | K. Michaels | L110 | | Review of e-mail correspondence from client and attached disciplinary documentation. | 0.40 | 242.00 |

**Total Hours**             27.60

**Total Fees**              $16,698.00

**Less Discount**          ($1,669.80)

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2033173

Page 4

Morning Call, The

**Total Fees After Discount**                                                        $15,028.20

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 27.60 | hours at | $605.00 | per hour |

**Total Disbursements**                                                              0.00

**Total Amount Due**                                                               $15,028.20



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

The Baltimore Sun and Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

Invoice No. 2033173
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $16,698.00 |
| Less Discount | ($1,669.80) |
| Total Fees after Discount | $15,028.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $15,028.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033254
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | J. McManus | B110 | | Review Fee Examiner's Report regarding Seyfarth's Eighth Fee Application (.10); draft Seyfarth's response to same (.80). | 0.90 | 261.00 |
| 08/02/12 | J. McManus | B110 | | Review detail for redactions/editing for Seyfarth's Thirty-Fourth Monthly Fee Application (.40); prepare response to Fee Examiner's Report on Seyfarth's Eighth Fee Application (.80). | 1.20 | 348.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033254

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/03/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Eighth Fee Application (.60); communications with Alvarez & Marsal regarding projected fees and expenses through effective date (.20); compile projected figures (.30); prepare Seyfarth's Thirty-Third Fee Application (.70). | 1.80 | 522.00 |
| 08/06/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Eighth Interim Fee Application. | 1.40 | 406.00 |
| 08/07/12 | J. McManus | B110 | | Prepare Seyfarth's Thirty-Third Fee Application Exhibit A (.80); prepare response to Fee Examiner's Report on Seyfarth's Eighth Interim Fee Application (1.00). | 1.80 | 522.00 |
| 08/09/12 | J. McManus | B110 | | Confer with J. Sherman to review fee and expenses projection through effective date (.30); review/edit detail to comply with court standards, as part of Exhibit A to Seyfarth's Thirty-Third Monthly Fee Application (.60). | 0.90 | 261.00 |
| 08/10/12 | J. McManus | B110 | | Meet with J. Sherman to confirm projected fees through effective date for Alvarez & Marsal (.10); revise fee and expense spreadsheet and forward same to Alvarez & Marsal (.10); revise Exhibit A to Seyfarth's Thirty-Third Monthly Fee Application (.50). | 0.70 | 203.00 |
| 08/13/12 | J. Sherman | L120 | | Redact June detail for privilege. | 0.40 | 290.00 |
| 08/13/12 | J. McManus | B110 | | Prepare Thirty-Third Monthly Fee Application. | 0.60 | 174.00 |
| 08/15/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Eighth Interim Fee Application. | 0.80 | 232.00 |
| 08/15/12 | A. Shepro | B160 | | Edit charts in pleading for the Thirty-Third Interim Monthly Fee Application for J. McManus. | 2.10 | 220.50 |



Invoice No. 2033254

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/20/12 | J. McManus | B110 | | Finalize Seyfarth's Thirty-Third Monthly Fee Application (1.10); confer with local counsel regarding submission and filing same (.10); prepare Seyfarth's Thirty-Fourth Monthly Fee Application (.60); confer with A. Connor regarding responses to Fee Examiner's Report on Seyfarth's Eighth Interim Fee Application (.10). | 1.90 | 551.00 |
| 08/20/12 | A. Connor | B160 | | Work on culling/assembling responses to Fee Auditor's Report. | 4.50 | 1,395.00 |
| 08/21/12 | J. Sherman | L120 | | Review/execute Thirty-Third Monthly Fee Petition. | 0.30 | 217.50 |
| 08/21/12 | J. McManus | B110 | | Review/edit Seyfarth's Response to Fee Examiner's Report on Eighth Fee Application. | 0.30 | 87.00 |
| 08/21/12 | J. McManus | B110 | | Revise Thirty-Fourth Monthly Fee Application per local counsel's suggested edits. | 0.30 | 87.00 |
| 08/21/12 | A. Connor | B110 | | Cull data for incorporation into response to Fee Examiner's Report. | 3.70 | 1,147.00 |
| 08/22/12 | A. Connor | B160 | | Cull data for incorporation into response to Fee Examiner's Report. | 1.50 | 465.00 |
| 08/24/12 | A. Connor | B160 | | Update response to Fee Examiner's Report. | 0.50 | 155.00 |
| 08/27/12 | J. McManus | B110 | | Retrieve/review cost back-up for response to Fee Examiner's Report on Seyfarth's Eighth Fee Application. | 0.40 | 116.00 |
| 08/27/12 | A. Connor | B160 | | Cull data for incorporation into response to Fee Examiner's Report. | 1.10 | 341.00 |
| 08/28/12 | A. Connor | B160 | | Cull response data for Fee Examiner Report and update spreadsheet. | 0.60 | 186.00 |
| 08/29/12 | A. Connor | B160 | | Cull information in response to Fee Examiner's Report (1.30); incorporate data into spreadsheet (.40). | 1.70 | 527.00 |
| 08/30/12 | J. McManus | B110 | | Revise Seyfarth's Thirty-Fourth Fee Application, Exhibit A. | 0.60 | 174.00 |



Invoice No. 2033254

Page 4

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/30/12 | A. Connor | B160 | | Finalize responses to Fee Examiner's Report (1.20); assemble spreadsheet and expense back, forward to examiner (.10). | 1.30 | 403.00 |
| 08/31/12 | J. Sherman | L120 | | Redacting Thirty-Fourth Fee Application for privilege purposes. | 0.50 | 362.50 |

**Total Hours**                                                                       31.80

**Total Fees**                                                                        $9,653.50

**Less Discount**                                                                     ($965.35)

**Total Fees After Discount**                                                         $8,688.15

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.20 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 13.60 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 14.90 | hours at | $310.00 | per hour |
| A. Shepro | Case Assistant | - | 2.10 | hours at | $105.00 | per hour |

| Disbursements | Value |
|---------------|-------|
| Other - BANK OF AMERICA CA Courtcall re: SSLP Sixth and Seventh Fee Applications | 30.00 |

**Total Disbursements**                                                              30.00

**Total Amount Due**                                                                 $8,718.15



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2033254
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,653.50 |
| Less Discount | ($965.35) |
| Total Fees after Discount | $8,688.15 |
| Total Disbursements | 30.00 |
| Total Fees and Disbursements This Statement | $8,718.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033255
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/02/12 | J. Collins | L250 | | Prepare dismissal documents. | 0.50 | 290.00 |
| 08/09/12 | J. Collins | L190 | | Draft correspondence to opposing counsel regarding dismissal documents. | 0.30 | 174.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.80 | |
| **Total Fees** | | $464.00 |
| **Less Discount** | | ($46.40) |
| **Total Fees After Discount** | | $417.60 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Tribune Company

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Collins | Sr Partner I | - | 0.80 | hours at | $580.00 | per hour |

**Total Disbursements**        <u>0.00</u>

**Total Amount Due**        <u>$417.60</u>


**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2033255
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $464.00 |
| Less Discount | ($46.40) |
| Total Fees after Discount | $417.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $417.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033175
0276 57634 / 57634-000001
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through August 31, 2012

### General 0000000998

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | M. Lies | C300 | | Telephone conference with T. Bielke regarding OSHA complaint regarding roof, chemical exposure, investigation, response to OSHA. | 0.50 | 320.00 |
| 08/02/12 | M. Lies | C300 | | Telephone conference with T. Bielke regarding posting, and response to OSHA. | 0.30 | 192.00 |
| 08/02/12 | M. Lies | C300 | | Review Company notice to employees of roofing project action plan. | 0.40 | 256.00 |
| 08/02/12 | M. Lies | C300 | | Review of OSHA complaint hazards. | 0.20 | 128.00 |
| 08/02/12 | M. Lies | C300 | | Email to B. Brubaker regarding status, posting. | 0.30 | 192.00 |
| 08/03/12 | M. Lies | C300 | | Review email regarding proposed position statement to OSHA on complaint. | 0.30 | 192.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033175

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/03/12 | M. Lies | C300 | | Telephone conference with B. Brubaker regarding status (.10); revisions to position statement (.20). | 0.30 | 192.00 |
| 08/06/12 | M. Lies | C300 | | Review of Company proposed letter to OSHA regarding employee complaint (.20); revision of same (.30). | 0.50 | 320.00 |
| 08/06/12 | M. Lies | C300 | | Email to E. Brubaker regarding submit revised response letter to OSHA. | 0.30 | 192.00 |
| 08/16/12 | M. Lies | C300 | | Email to B. Karnick regarding submit proposed notice to employees regarding industrial hygiene monitoring, Company corrective action. | 0.50 | 320.00 |
| 08/16/12 | M. Lies | C300 | | Review email from B. Karnick regarding industrial hygiene monitoring results, potential communication to employees regarding monitoring data. | 0.20 | 128.00 |
| 08/16/12 | M. Lies | C300 | | Email to B. Brubaker, K. Flax regarding status. | 0.20 | 128.00 |
| 08/17/12 | M. Lies | C300 | | Review email from B. Brubaker regarding status of OSHA complaint, notice to employees. | 0.30 | 192.00 |
| 08/17/12 | M. Lies | C300 | | Review/revise notice to employees on industrial hygiene monitoring. | 0.40 | 256.00 |

**Total Hours**                                                                       4.70

**Total Fees**                                                                          $3,008.00

**Less Discount**                                                                    ($300.80)

**Total Fees After Discount**                                                $2,707.20

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Lies | Partner | - | 4.70 | hours at | $640.00 | per hour |



Invoice No. 2033175

Page 3

Chicago Tribune Company

| Disbursements | Value |
|---|---|
| Online Research - 07/14 J. Sherman - Lexis legal services | 91.94 |
| **Total Disbursements** | 91.94 |
| **Total Amount Due** | $2,799.14 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn: Ms. Janice Jacobs

Invoice No. 2033175
0276 57634 / 57634-000001
General 0000000998

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,008.00 |
| Less Discount | ($300.80) |
| Total Fees after Discount | $2,707.20 |
| Total Disbursements | 91.94 |
| Total Fees and Disbursements This Statement | $2,799.14 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033183
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through August 31, 2012

**JoAnn Parker v.; Case No. 2009L010092 0000001909**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/13/12 | N. Riesco | L120 | | Respond to email from J. Ludwig concerning bankruptcy case status and counterclaim. | 0.30 | 117.00 |
| 08/27/12 | N. Riesco | L230 | | Communications with K. Kansa regarding status of Parker proof of claim in bankruptcy court. | 0.20 | 78.00 |
| 08/28/12 | N. Riesco | L230 | | Prepare for status conference (20); attend status conference before Judge Lee (1.10). | 1.30 | 507.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.80 | |
| **Total Fees** | | $702.00 |
| **Less Discount** | | ($70.20) |
| **Total Fees After Discount** | | $631.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 2033183

Page 2

Chicago Tribune Company

### Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.80 | hours at | $390.00 | per hour | |

**Total Disbursements**        0.00

**Total Amount Due**        $631.80


**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2033183
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $702.00 |
| Less Discount | ($70.20) |
| Total Fees after Discount | $631.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $631.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033189
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through August 31, 2012

<u>Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074</u>

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|---|---|
| 05/11/12 | N. Riesco | L120 | | Review/analyze correspondence from opposing counsel regarding settlement. | 0.20 | 78.00 |
| 08/01/12 | N. Riesco | L160 | | Communications with opposing counsel concerning outstanding discovery disputes and regarding settlement. | 0.30 | 117.00 |
| 08/02/12 | N. Riesco | L110 | | Prepare for interview with M. Owens (.30); conference call with M. Owens and G. Silva to discuss knowledge as to Sinclair harassment claims (1.00); edit and revise notes regarding same (.40). | 1.70 | 663.00 |
| 08/03/12 | N. Riesco | L190 | | Analyze information learned in discovery (3.50); draft, edit and revise case assessment memorandum (1.20); communications with G. Silva regarding interview scheduling (.30). | 5.00 | 1,950.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033189

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/04/12 | N. Riesco | L190 | | Draft, edit and revise case assessment. | 1.50 | 585.00 |
| 08/06/12 | N. Riesco | L190 | | Draft case assessment and analysis. | 1.30 | 507.00 |
| 08/07/12 | N. Riesco | L190 | | Review discovery responses and deficiency letters in preparation for meeting and conference with opposing counsel (1.00); conference call with opposing counsel to discuss outstanding discovery issues (1.30); revise/review key document binder and chronology in preparation for witness interviews (1.00); conduct witness interviews of M. Medious, T. Reed, D. Perrin and O. Harlin with G. Silva at Freedom Center (5.00); review/analyze correspondence with opposing counsel and proposed edits to protective order (.50); draft Silva declaration concerning informal complaints of national origin harassment (.20); review draft response to correspondence from opposing counsel concerning discovery disputes (1.70). | 10.70 | 4,173.00 |
| 08/08/12 | N. Riesco | P230 | | Draft, edit and finalize correspondence to opposing counsel regarding outstanding discovery issues, supplementation. | 1.00 | 390.00 |
| 08/10/12 | G. Pauling II | L120 | | Attention to discovery issues. | 0.50 | 297.50 |
| 08/10/12 | N. Riesco | L190 | | Draft case assessment and summary (1.20); conference with G. Pauling to discuss discovery disputes and response to Complainant in connection with case strategy (1.00); consider settlement demand (.30); compose email to J. Osick regarding same (.30); communication with G. Silva concerning electronic communications issue (.30); review documents and draft declaration for S. Green concerning electronic discovery (.40). | 3.50 | 1,365.00 |



Invoice No. 2033189

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/13/12 | G. Pauling II | L120 | | Prepare for/lead strategy call with client (.50); follow up regarding same (.50). | 1.00 | 595.00 |
| 08/13/12 | N. Riesco | L120 | | Conference with J. Osick, G. Silva, and G. Pauling to discuss case status and settlement strategy (.50); review/analyze witness interview notes and review potential defenses (.30). | 0.80 | 312.00 |
| 08/14/12 | N. Riesco | C300 | | Conference call with S. Green and J. T. Smith to discuss electronic discovery. | 0.30 | 117.00 |
| 08/14/12 | N. Riesco | L120 | | Review/analyze comments to draft protective order (.30); respond to opposing counsel regarding same (.20). | 0.50 | 195.00 |
| 08/14/12 | N. Riesco | L160 | | Communications with G. Silva, J. Osick and L. Goldberg concerning settlement. | 0.50 | 195.00 |
| 08/14/12 | N. Riesco | L190 | | Finalize draft declaration for G. Silva. | 0.30 | 117.00 |
| 08/14/12 | N. Riesco | L190 | | Draft revise declaration for S. Green. | 0.70 | 273.00 |
| 08/14/12 | N. Riesco | L310 | | Draft supplemental responses to interrogatories and correspondence to opposing counsel regarding same. | 2.50 | 975.00 |
| 08/15/12 | G. Pauling II | L120 | | Attention to discovery responses and deficiency letter to opposing counsel. | 0.20 | 119.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 2033189

Page 4

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/15/12 | N. Riesco | L190 | | Compose email to opposing counsel regarding discovery supplementation (.20); review/analyze complainant's supplemental responses to interrogatories considered need/benefits of filing motion to compel (1.30); review/analyze complainant's settlement demand and term requirements (.50); compose email to J. Osick and G. Silva regarding development in discovery and settlement (.50); review Commission rules regarding verification of interrogatory responses and parties' compliance with same (.20); draft supplemental discovery responses and accompanying verification from G. Silva (1.00); compose email to opposing counsel requesting interrogatory verification (.30). | 4.00 | 1,560.00 |
| 08/16/12 | N. Riesco | L120 | | Communications with G. Silva regarding discovery supplementation and settlement (.20); finalize supplemental answers (.20); compose email to opposing counsel regarding same (.10). | 0.50 | 195.00 |
| 08/23/12 | N. Riesco | L120 | | Review communications from opposing counsel regarding settlement and interrogatory verifications (.10); communication with J. Osick regarding settlement (.20). | 0.30 | 117.00 |
| 08/24/12 | N. Riesco | L160 | | Call with J. Osick to discuss settlement (.20); call with L. Goldberg to discuss remaining disputes as to settlement terms (.30). | 0.50 | 195.00 |

**Total Hours** 37.80

**Total Fees** $15,090.50

**Less Discount** ($1,509.05)

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 2033189

Page 5

Chicago Tribune Company

**Total Fees After Discount**                                                    $13,581.45

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 1.70 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 36.10 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying  (16 copies @ .10 per page) | 1.60 |
| Online Research | 6.45 |
| **Total Disbursements** | 8.05 |
| **Total Amount Due** | $13,589.50 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2033189
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,090.50 |
| Less Discount | ($1,509.05) |
| Total Fees after Discount | $13,581.45 |
| Total Disbursements | 8.05 |
| Total Fees and Disbursements This Statement | $13,589.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033194
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through August 31, 2012

**Carolyn Rusin v.; Case No. 1:12-cv-01135**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/06/12 | K. Petersen | L350 | | Analyze/prepare response to plaintiff's Rule 37 discovery letter. | 2.00 | 770.00 |
| 08/14/12 | N. Finkel | L160 | | Conference with K. Petersen regarding settlement strategy. | 0.30 | 172.50 |
| 08/14/12 | K. Petersen | L160 | | Strategize with N. Finkel regarding settlement negotiations. | 0.10 | 38.50 |
| 08/15/12 | N. Finkel | L160 | | Conference with J. Osick and K. Petersen regarding settlement strategy (.20); conference with plaintiff's counsel regarding settlement (.20). | 0.40 | 230.00 |
| 08/15/12 | K. Petersen | L120 | | Strategy conference with J. Osick and N. Finkel regarding settlement and discovery. | 0.20 | 77.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No: 2033194

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/20/12 | N. Finkel | L160 | | Conference with Company regarding settlement (.50); prepare for same (1.30). | 1.80 | 1,035.00 |
| 08/20/12 | K. Petersen | L120 | | Meet with J. Osick, N. Finkel, and leadership team regarding litigation defense strategy and potential settlement discussions (.50); prepare for same (.10). | 0.60 | 231.00 |
| 08/30/12 | N. Finkel | L160 | | Directions to K. Petersen on selection of mediator and exchange correspondence with J. Osick regarding whether to mediate. | 0.10 | 57.50 |
| 08/30/12 | K. Petersen | L160 | | Call with M. Salas (opposing counsel) regarding discovery and mediation (.20); confer with N. Finkel regarding potential mediators (.10). | 0.30 | 115.50 |

**Total Hours**                5.80

**Total Fees**                    $2,727.00

**Less Discount**                ($272.70)

**Total Fees After Discount**    $2,454.30

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 2.60 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 3.20 | hours at | $385.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Local Travel - NOAH A. FINKEL Taxi- meeting w/client 08/20/12 | 14.00 |
| **Total Disbursements** | 14.00 |



Chicago Tribune Company

**Total Amount Due**                                                      $2,468.30



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2033194
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,727.00 |
| Less Discount | ($272.70) |
| Total Fees after Discount | $2,454.30 |
| Total Disbursements | 14.00 |
| Total Fees and Disbursements This Statement | $2,468.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033196
0276 57634 / 57634-000009
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through August 31, 2012

### Eric Benton Matter

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/20/12 | M. Lies | C300 | | Telephone conference with P. Morris regarding conference to review audit results and recommendations to address potential hazards. | 0.30 | 192.00 |
| 08/20/12 | M. Lies | C300 | | Email to B. Brubaker regarding status conference. | 0.20 | 128.00 |
| 08/21/12 | M. Lies | C300 | | Preparation for client conference on audit and proposed corrective actions to address findings. | 0.50 | 320.00 |
| 08/22/12 | M. Lies | C300 | | Email to P. Morris regarding safety audit (.20); conference on corrective action (.20). | 0.40 | 256.00 |

**Total Hours** 1.40

**Total Fees** $896.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| | |
|---|---|
| **Less Discount** | ($89.60) |
| **Total Fees After Discount** | $806.40 |

**Timekeeper Summary**

M. Lies          Partner          -          1.40          hours at          $640.00          per hour

| **Disbursements** | **Value** |
|---|---|
| Local Travel - MARK A. LIES, II Taxi - Travel to Tribune to investigate E. Benton Accident 06/20/12 | 9.25 |
| Local Travel - MARK A. LIES, II Taxi - Travel to Tribune to investigate E. Benton Accident 06/07/12 | 10.25 |
| Local Travel - MARK A. LIES, II Taxi - Travel to Tribune to investigate E. Benton Accident 06/22/12 | 10.25 |
| Local Travel - MARK A. LIES, II Taxi - Travel to Tribune to investigate E. Benton Accident 06/11/12 | 10.65 |
| Local Travel - MARK A. LIES, II Taxi - Travel to Tribune to investigate E. Benton Accident 06/12/12 | 10.65 |

| | |
|---|---|
| **Total Disbursements** | 51.05 |
| **Total Amount Due** | $857.45 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033196
0276 57634 / 57634-000009
Eric Benton Matter

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $896.00 |
| Less Discount | ($89.60) |
| Total Fees after Discount | $806.40 |
| Total Disbursements | 51.05 |
| Total Fees and Disbursements This Statement | $857.45 |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033250
0276 33175 / 33175-000001
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2012

### Los Angeles Times - General Matters 0000000985

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/06/12 | D. Caplan | C300 | | Telephone conference with E. Anaya regarding leave issue (.30); follow-up with M. Graffigna regarding same (.20). | 0.50 | 237.50 |
| 08/07/12 | D. Caplan | C300 | | Strategy/planning with M. Graffigna regarding workers' compensation leave accommodation issue for E. Anaya. | 0.20 | 95.00 |
| 08/08/12 | M. Graffigna | L120 | | Telephone conferences with client regarding employment of B. McCraw. | 0.40 | 168.00 |
| 08/08/12 | D. Caplan | C300 | | Telephone conference with M. Graffigna and E. Anaya regarding account executive on leave. | 0.10 | 47.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/09/12 | M. Graffigna | L120 | | Telephone conference with employer regarding return to work of B. McCraw. | 0.50 | 210.00 |
| 08/21/12 | D. Caplan | C300 | | Telephone conference with E. Anaya regarding reasonable accommodation issue. | 0.30 | 142.50 |

**Total Hours** 2.00

**Total Fees** $900.50

**Less Discount** ($90.05)

**Total Fees After Discount** $810.45

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Graffigna | Associate | - | 0.90 | hours at | $420.00 | per hour |
| D. Caplan | Senior Counsel | - | 1.10 | hours at | $475.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $810.45



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2033250
0276 33175 / 33175-000001
Los Angeles Times - General Matters 0000000985

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $900.50 |
| Less Discount | ($90.05) |
| Total Fees after Discount | $810.45 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $810.45 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033252
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through August 31, 2012

**Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | M. Sank | L430 | | Prepare letter to court of appeal regarding status of bankruptcy stay. | 0.10 | 41.00 |
| 08/24/12 | M. Sank | L120 | | Prepare email to J. Ludwig regarding request from court of appeal regarding status of bankruptcy stay. | 0.20 | 82.00 |
| 08/30/12 | M. Sank | L250 | | Prepare letter to court of appeal regarding status of bankruptcy stay (.30); prepare email to J. Osick regarding same (.10). | 0.40 | 164.00 |
| 08/31/12 | M. Sank | L430 | | Prepare letter to court of appeal regarding status of bankruptcy stay. | 0.10 | 41.00 |

**Total Hours**                                                                            0.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033252

Page 2

Los Angeles Times (Sherman)

| | |
|---|---|
| **Total Fees** | $328.00 |
| **Less Discount** | ($32.80) |
| **Total Fees After Discount** | $295.20 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Sank | Associate | - | 0.80 | hours at | $410.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 08/01/12 | Courier/Messenger Inv#: 798022117 Date Sent: 08/01/2012 Sender: Max Sank Airbill: 793855890417 Hon. Gregory Alarcon L.A. Superior Court - Dept. 36 111 N. Hill Street LOS ANGELES, CA 90012 | 10.16 |
| 08/01/12 | Courier/Messenger Inv#: 798022117 Date Sent: 08/01/2012 Sender: Max Sank Airbill: 798686536601 District Attorney's Office County of Los Angeles 210 W TEMPLE ST LOS ANGELES, CA 90012 | 10.16 |
| 08/01/12 | Courier/Messenger Inv#: 798022117 Date Sent: 08/01/2012 Sender: Max Sank Airbill: 793855915642 Ronald Reiter, Sup. Dep. Atty. Atty Gen. Consumer Law Section 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 | 15.28 |
| 08/31/12 | Courier/Messenger Inv#: 200935708 Date Sent: 08/31/2012 Sender: Jeffrey Gimble Airbill: 798874148396 The Honorable Gregory Alarcon LA Sup. Ct. - Dept. 36 111 N HILL ST LOS ANGELES, CA 90012 | 9.98 |
| 08/31/12 | Courier/Messenger Inv#: 200935708 Date Sent: 08/31/2012 Sender: Jeffrey Gimble Airbill: 798874284191 District Attorney's Office County of Los Angeles 210 W TEMPLE ST LOS ANGELES, CA 90012 | 9.98 |
| 08/31/12 | Courier/Messenger Inv#: 200935708 Date Sent: 08/31/2012 Sender: Jeffrey Gimble Airbill: 798874228169 Ronald Reiter Office of the Attorney General 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 | 15.00 |



Invoice No. 2033252

Page 3

Los Angeles Times (Sherman)

|  | **Copying** |  |
|---|---|---|
| 08/01/12 | Copying (27 copies @.10 per page) | 2.70 |
|  | **Local Travel** |  |
| 08/13/12 | Local Travel - MAX SANK Mileage/Parking - 05/18/12 | 31.24 |
|  | Attend status conference regarding Clement matter |  |
| 08/13/12 | Local Travel - MAX SANK Mileage/Parking - 06/15/12 | 33.35 |
|  | Attend status conference |  |

**Total Disbursements**                                                            137.85

**Total Amount Due**                                                            $433.05



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 2033252
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $328.00 |
| Less Discount | ($32.80) |
| Total Fees after Discount | $295.20 |
| Total Disbursements | 137.85 |
| Total Fees and Disbursements This Statement | $433.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS   SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033256
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through August 31, 2012

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/08/12 | T. Haley | | | Telephone conference with D. Bralow regarding support for argument of employment relationship require analysis of common law test. | 0.20 | 130.00 |
| 08/09/12 | I. Lazar | L120 | | Research/analyze case law that the newspaper cannot be held liable for its actions as an independent contractor (2.50); conference with T. Haley regarding same (.20). | 2.70 | 904.50 |
| 08/09/12 | T. Haley | L120 | | Review/analyze memorandum regarding distributor not agent of newspaper for tort purpose. | 0.30 | 195.00 |
| 08/10/12 | I. Lazar | L120 | | Conduct follow-up research on independent contractor cases with respect to newspaper carriers (2.30); prepare email correspondence to D. Bralow regarding same (.20). | 2.50 | 837.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**ATTORNEYS**
**SEYFARTH**
**SHAW** LLP

Invoice No. 2033256

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/10/12 | I. Lazar | L120 | | Prepare email correspondence to D. Bralow regarding independent contractor cases(.20); discuss same with T. Haley (.20). | 0.40 | 134.00 |
| 08/10/12 | T. Haley | L240 | | Review additional authority and summary of same supporting summary judgment on distribution independent contractor issue. | 1.00 | 650.00 |
| 08/10/12 | T. Haley | L240 | | Telephone conference with D. Bralow regarding strategies for reply brief in support of motion for summary judgment. | 0.20 | 130.00 |

**Total Hours**                                                                7.30

**Total Fees**                                                              $2,981.00

**Less Discount**                                                          ($298.10)

**Total Fees After Discount**                                              $2,682.90

**Timekeeper Summary**

| I. Lazar | Associate | - | 5.60 | hours at | $335.00 | per hour |
|----------|-----------|---|------|----------|---------|----------|
| T. Haley | Sr Partner I | - | 1.70 | hours at | $650.00 | per hour |

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                       $2,682.90



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 2033256
0276 36078 / 36078-000011
East Coast Properties

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,981.00 |
| Less Discount | ($298.10) |
| Total Fees after Discount | $2,682.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,682.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**

Bank Name:  Bank of America
Account Name:  Seyfarth Shaw LLP Operating Account
Account Number:  5201743357
ABA Wire Payment Number:  026-009-593
ABA ACH Payment Number:  081-904-808
Swift Code:  BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033249
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through August 31, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | L. O'Hara | L243 | | Review issues for motion for summary judgment for non-employer entities. | 0.20 | 91.00 |
| 08/01/12 | L. O'Hara | L310 | | Analysis regarding additional documents need for case analysis and discovery responses (.40); telephone calls with J. Powers and B. Young regarding strategy for discovery responses (1.20); telephone call with R. Nguyen regarding information needed for discovery responses (.50); e-mail communication to E. Anaya regarding additional information to be compiled for defense (.40); prepare responses to special interrogatories (.60). | 3.10 | 1,410.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033249

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/01/12 | H. Macon | L240 | | Preparation of notice of motion and motion, proposed order, and appendix of evidence (.8); legal research regarding alter ego test applying between sister subsidiary corporations (.7); revise memorandum of points and authorities in support of motion for summary judgment for non-employer entities(.9); revise separate statement in support of the same (.4). | 2.80 | 1,274.00 |
| 08/01/12 | L. Waluch | L120 | | Research case law holding that employer does not have a duty to accommodate disabled employee indefinitely. | 3.90 | 1,774.50 |
| 08/02/12 | L. O'Hara | L110 | | E-mail to R. Nguyen regarding additional records needed for defense analysis. | 0.20 | 91.00 |
| 08/02/12 | L. Waluch | L242 | | Prepare motion for summary judgment for LA Times Communications LLC.. | 5.90 | 2,684.50 |
| 08/03/12 | L. O'Hara | L310 | | Telephone call with E. Anaya regarding status of pulling together information to respond to plaintiff's second set of discovery (.70); communicate with R. Nguyen regarding additional information needed to respond to discovery (.20); communicate with J. Powers regarding witness K. Nail's departure from LA Times (.10). | 1.00 | 455.00 |
| 08/03/12 | L. Waluch | L330 | | Review depositions of plaintiff. | 5.70 | 2,593.50 |
| 08/05/12 | L. Waluch | L330 | | Review depositions of defense witnesses. | 1.20 | 546.00 |
| 08/07/12 | L. Waluch | L242 | | Prepare motion for summary judgment for LA Times Communications LLC. | 3.70 | 1,683.50 |
| 08/08/12 | L. Waluch | L242 | | Prepare motion for summary judgment for LA Times Communications LLC. | 2.10 | 955.50 |



SEYFARTH
ATTORNEYS  SHAW LLP

Invoice No. 2033249

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/09/12 | L. O'Hara | L310 | | Review status of materials gathered by client in response to second set of discovery served by plaintiff (.30); direction to paralegal regarding subpoenas to be served on plaintiff's physicians (.20). | 0.50 | 227.50 |
| 08/13/12 | L. O'Hara | L310 | | Review spreadsheets regarding employee leaves and terminations forwarded by client (.40); direction to paralegal regarding conducting further excel analysis of same (.20). | 0.60 | 273.00 |
| 08/13/12 | L. Waluch | L240 | | Prepare motion for summary judgment for LA Times Communications LLC. | 2.50 | 1,137.50 |
| 08/13/12 | M. Halperin | L310 | | Preparation of communication to E. Anaya regarding additional information required to respond to plaintiff's discovery requests. | 0.10 | 26.50 |
| 08/13/12 | M. Halperin | L310 | | Meeting with L. O'Hara to review the spreadsheets received from the client relating to employees who took leave of absences and identify additional information required to respond to plaintiff's discovery requests. | 0.30 | 79.50 |
| 08/14/12 | L. O'Hara | L243 | | Review/revise summary judgment motion and evidence for non-employer entities. | 1.30 | 591.50 |
| 08/14/12 | L. O'Hara | L310 | | Telephone call with J. Powers and M. Sawyer regarding accommodation efforts regarding plaintiff (.70); Follow up telephone call with J. Powers regarding same and regarding impact on discovery responses to plaintiff's second set of discovery (.30). | 1.00 | 455.00 |
| 08/14/12 | H. Macon | L240 | | Preparation of e-mail memorandum to J. Powers regarding declaration in support of motion for summary judgment for non-employer defendant entities. | 0.10 | 45.50 |
| 08/14/12 | L. Waluch | L240 | | Prepare motion for summary judgment for LA Times Communications LLC. | 1.10 | 500.50 |



Invoice No. 2033249

Page 4

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/14/12 | M. Halperin | L110 | | Telephone communication with E. Anaya to discuss plaintiff's discovery requests and the data contained in the Excel document she sent to us. | 0.80 | 212.00 |
| 08/14/12 | M. Halperin | L310 | | Review the spreadsheet received from E. Anaya in preparation for telephone conversation (.30); review/revise the subsequent spreadsheet received following telephone conversation (.90). | 1.20 | 318.00 |
| 08/15/12 | L. O'Hara | L243 | | Direction to L. Waluch regarding preparation of summary judgment motion of LA Times Communications LLC. | 0.30 | 136.50 |
| 08/15/12 | L. Waluch | L240 | | Prepare motion for summary judgment of LA Times Communications LLC. | 2.70 | 1,228.50 |
| 08/15/12 | L. Waluch | L240 | | Locate and insert deposition citations to motion for summary judgment of LA Times Communications LLC. | 3.20 | 1,456.00 |
| 08/17/12 | L. O'Hara | L243 | | Draft declaration of R. Nguyen for summary judgment motion of LA Times Communications LLC. | 0.40 | 182.00 |
| 08/17/12 | L. O'Hara | L243 | | Direction to H. Macon regarding revisions to be made to summary judgment motion for Los Angeles Times International and Tribune Company. | 0.60 | 273.00 |
| 08/17/12 | L. O'Hara | L243 | | Telephone call with J. Powers, R. Nguyen, B. Young and A. Anaya regarding issues for summary judgment declarations and discovery responses. | 0.60 | 273.00 |
| 08/17/12 | H. Macon | L240 | | Strategize regarding revisions to motion for summary judgment for non-employer defendant entities. | 0.30 | 136.50 |
| 08/20/12 | H. Macon | L240 | | Revise motion for summary judgment and supporting papers for non-employer entities. | 2.70 | 1,228.50 |
| 08/20/12 | L. Waluch | L240 | | Continue preparation of motion for summary judgment. | 1.10 | 500.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/21/12 | L. Waluch | L240 | | Locate and insert deposition citations to motion for summary judgment. | 2.30 | 1,046.50 |
| 08/21/12 | M. Halperin | L310 | | Review the original and subsequent spreadsheets received from E. Anaya containing data relating to terminated employees and employees who have taken a leave of absence within the past five years (1.90); prepare communication to L. O'Hara providing her with issues relating to the data that would prevent us from preparing responses to plaintiff's document production requests (.20). | 2.10 | 556.50 |
| 08/22/12 | L. O'Hara | L243 | | Analysis for declaration issues for summary judgment motion for non-employer entities. | 0.40 | 182.00 |
| 08/22/12 | L. O'Hara | L243 | | Review/revise draft of summary judgment motion for LA Times Communications LLC (5.10); communicate with HR representative regarding additional information needed for same (.20); draft Declaration of R. Nguyen in support of same (.8). | 6.10 | 2,775.50 |
| 08/22/12 | H. Macon | L240 | | Strategize regarding revisions to motion for summary judgment (.2); research for revisions to motion for summary judgment for non-employer entities (.4). | 0.60 | 273.00 |
| 08/23/12 | L. O'Hara | L310 | | Analysis/drafting of responses to plaintiff's second set of interrogatories and document demands (2.40); e-mails to E. Anaya (.3), B. Young (.2) and R. Nguyen (.2) regarding additional information needed for same. | 3.10 | 1,410.50 |
| 08/23/12 | L. O'Hara | L310 | | Review issues involving data received from client about leaves of absence and terminations (.20); attempt to reconcile discrepancies with same (.40). | 0.60 | 273.00 |



Invoice No. 2033249

Page 6

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 08/23/12 | H. Macon | L240 | | Revise memorandum of points and authorities and documents in support of motion for summary judgment for non-employer entities. | 1.60 | 728.00 |
| 08/23/12 | M. Halperin | L120 | | Commence analysis of recent spreadsheet received from the client in order to identify those employees in the Advertising department who were on leave and subsequently were terminated. | 0.80 | 212.00 |
| 08/27/12 | L. O'Hara | L310 | | Analysis of leaves taken by employees of R. Nguyen and B. Young. | 0.30 | 136.50 |
| 08/27/12 | H. Macon | L240 | | Revise motion for summary judgment for non-employer entities. | 1.00 | 455.00 |
| 08/27/12 | L. Waluch | L240 | | Revise motion for summary judgment. | 2.60 | 1,183.00 |
| 08/27/12 | M. Halperin | L120 | | Review the termination and leave of absence spreadsheets received from the client (.30); created a new spreadsheet of those employees whose employment had terminated and they also had a leave of absence within the past five years (1.60); preparation of communication to L. O'Hara providing her with the names of those employees from the spreadsheet who were supervised by either R. Nguyen or B. Young (.30). | 2.20 | 583.00 |
| 08/28/12 | H. Macon | L240 | | Continued revision of memorandum of points and authorities in support of summary judgment for non-employer entities (1.00); separate statement (.50); witness declarations (.30); preparation of proposed order (.20). | 2.00 | 910.00 |
| 08/28/12 | L. Waluch | L240 | | Research what constitutes an improper medical inquiry under Government Code Section 12940(f)(1). | 1.10 | 500.50 |
| 08/28/12 | L. Waluch | L240 | | Research case law regarding whether employer's reasonable accommodation renders the interactive process moot. | 1.30 | 591.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/29/12 | L. O'Hara | L243 | | Review/analysis of approach to argument for issues in summary judgment motion and direction to associate L. Waluch regarding additional research needed for same. | 0.60 | 273.00 |
| 08/29/12 | L. O'Hara | L310 | | Communicate with E. Anaya regarding status of procurement of information needed to respond to plaintiff's discovery requests. | 0.30 | 136.50 |
| 08/29/12 | L. Waluch | L120 | | Strategize with L. O'Hara regarding motion for summary judgment. | 0.60 | 273.00 |
| 08/29/12 | L. Waluch | L240 | | Revise motion for summary judgment. | 2.60 | 1,183.00 |
| 08/29/12 | A. Zaletel | L120 | | Confer with L. Waluch regarding California disability regulations. | 0.50 | 227.50 |
| 08/30/12 | L. O'Hara | L110 | | Review charts compiled by E. Anaya regarding employee leaves, other terminated employee who was on leave and supervised by R. Nguyen and other disability related litigation (.40); telephone call with E. Anaya regarding same (.30) revise discovery responses (.80); review revenue chart received from R. Nguyen (.20). | 1.70 | 773.50 |

**Total Hours**                                                                85.60

**Total Fees**                                                        $37,523.00

**Timekeeper Summary**

| L. O'Hara | Partner | - | 22.90 | hours at | $455.00 | per hour |
|-----------|---------|---|-------|----------|---------|----------|
| H. Macon | Associate | - | 11.10 | hours at | $455.00 | per hour |
| L. Waluch | Associate | - | 43.60 | hours at | $455.00 | per hour |
| M. Halperin | Paralegal | - | 7.50 | hours at | $265.00 | per hour |
| A. Zaletel | Partner | - | 0.50 | hours at | $455.00 | per hour |



Los Angeles Times (Sherman)

| Disbursements | Value |
|---|---|
| Copying (295 @ .10 per page) | 29.50 |
| Facsimile @ 1.00 per page | 4.00 |
| Long Distance Telephone | 58.45 |
| **Total Disbursements** | 91.95 |
| **Total Fees And Disbursements This Statement** | $37,614.95 |


ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2033249
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $37,523.00 |
| Total Disbursements | 91.95 |
| Total Fees and Disbursements This Statement | $37,614.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Invoice No. 2033209
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through August 31, 2012

**Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/08/12 | L. O'Hara | L120 | | Review correspondence from opposing counsel regarding computer inspection. | 0.10 | 45.50 |
| 08/08/12 | H. Macon | L430 | | Check status of N. Larsen declaration (.10); review signed copy of the same (.10). | 0.20 | 91.00 |
| 08/09/12 | L. O'Hara | L120 | | Communicate with J. Powers regarding strategy for responding to plaintiff's computer inspection demand. | 0.20 | 91.00 |
| 08/13/12 | L. O'Hara | L110 | | Telephone call with B. Lopez-Nash and C. Lugo-Leigh regarding electronic history of incident report prepared by C. Lugo-Leigh (.40); draft correspondence to opposing counsel regarding their request for a computer inspection (.40). | 0.80 | 364.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2033209

Page 2

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/13/12 | L. O'Hara | L120 | | Review subpoenas for additional medical records. | 0.30 | 136.50 |
| 08/13/12 | M. Halperin | L310 | | Preparation of deposition subpoena for production of business records and notice to consumer for M. Levine, MD and S. Chang, Ph.D. and arrange for service of notice. | 1.10 | 291.50 |
| 08/14/12 | L. O'Hara | L110 | | Review first amended complaint (.30); draft answer (.30); communicate with J. Powers regarding same (.20). | 0.80 | 364.00 |
| 08/14/12 | L. O'Hara | L160 | | Draft mediation brief. | 0.60 | 273.00 |
| 08/14/12 | L. O'Hara | L310 | | Telephone call with J. Powers regarding plaintiff's request for computer inspection and appropriate response (.30); e-mail communication with C. Lugo-Leigh and B. Lopez-Nash regarding status of recreating history of documents and possible screen prints regarding same (.30). | 0.60 | 273.00 |
| 08/15/12 | L. O'Hara | L310 | | Review screenprints of document histories for documents relating to plaintiff's request for computer inspection (.30); communicate with J. Powers (.10); communicate with C. Lugo-Leigh (.10) and B. Lopez-Nash (.10) regarding same; review and finalize correspondence to opposing counsel regarding computer inspection demand (.20). | 0.80 | 364.00 |
| 08/17/12 | L. O'Hara | L330 | | Meet with B. Lopez-Nash in preparation for her deposition. | 4.00 | 1,820.00 |
| 08/21/12 | L. O'Hara | L160 | | Prepare mediation brief. | 1.20 | 546.00 |
| 08/21/12 | L. O'Hara | L330 | | Conference with J. Powers at opposing counsel's office (2.20); representation at deposition of B. Lopez-Nash (2.60). | 4.80 | 2,184.00 |



Invoice No. 2033209

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/22/12 | L. O'Hara | L160 | | Telephone call with J. Powers, KTLA's workers' compensation counsel G. Conner and C. Leeman regarding settlement authority for mediation and mediation strategy. | 0.70 | 318.50 |
| 08/23/12 | L. O'Hara | L160 | | Communication from opposing counsel regarding changing time of mediation and communicate with client representatives regarding same (.20); finalize mediation brief (.20). | 0.40 | 182.00 |
| 08/24/12 | L. O'Hara | L160 | | Prepare draft settlement agreement (.30); prepare for mediation (.30). | 0.60 | 273.00 |
| 08/24/12 | L. O'Hara | L310 | | Review deposition notice of D. Quesada and request for production (set 4) and special interrogatories (set 2) served by plaintiff (.20); communicate with J. Powers and B. Lopez Nash regarding same (.10). | 0.30 | 136.50 |
| 08/27/12 | L. O'Hara | C300 | | Representation at mediation. | 7.30 | 3,321.50 |
| 08/27/12 | L. O'Hara | L120 | | Pick up client and traveled to Burbank for mediation. | 2.60 | 1,183.00 |
| 08/29/12 | L. O'Hara | L330 | | Communicate with B. Lopez-Nash by letter and e-mail regarding review of her deposition transcript. | 0.30 | 136.50 |
| 08/30/12 | L. O'Hara | L160 | | Review mediator's proposal. | 0.20 | 91.00 |

**Total Hours** 27.90

**Total Fees** $12,485.50

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 26.60 | hours at | $455.00 | per hour |
| H. Macon | Associate | - | 0.20 | hours at | $455.00 | per hour |
| M. Halperin | Paralegal | - | 1.10 | hours at | $265.00 | per hour |



KTLA-TV

| Disbursements | Value |
|---|---|
| Attorney Services - NATIONWIDE LEGAL EXPRESS, LLC | 84.55 |
| Copying (262 @.10 per page) | 26.20 |
| Courier/Messenger Inv#: 200935708 Date Sent: 08/29/2012 Sender: Jodi Snyder Airbill: 798856985577 Barbara Lopez-Nash KTLA 5800 W SUNSET BLVD LOS ANGELES, CA 90028 | 9.98 |
| Facsimile @1.00 per page | 4.00 |
| Filing Fees - NATIONWIDE LEGAL EXPRESS, LLC | 20.00 |
| Long Distance Telephone | 1.40 |
| Meals - PIKNIC - Lunch w/J. Powers, B. Lopez-Nash, J. Brodsky, O. Golinder and L. O'Hara regarding plaintiff's deposition. | 56.90 |
| Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS, LLC | 36.75 |
| Parking Validations - Mr. Powers - depo with L. O'Hara | 34.00 |
| Parking Validations - C. Lugo Lee - depo with L. O'Hara | 34.00 |
| Process Server - NATIONWIDE LEGAL EXPRESS, LLC - was records copied pursuant to Subpoena Duces Tecum on plaintiff's medical provider and the workers compensation attorneys | 1,114.15 |

**Total Disbursements**                                                                       1,421.93

**Total Fees And Disbursements This Statement**                                 $13,907.43



**SEYFARTH**
**SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2033209
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,485.50 |
| Total Disbursements | 1,421.93 |
| Total Fees and Disbursements This Statement | $13,907.43 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |