IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 48

IN RE: Tribune Co. et al

| | | |
|---|---|---|
| Law Debenture Trust Company et al, | ) | |
| | ) | |
| | ) | |
| Appellants | ) | Civil Action No. 12-1073 |
| v. | ) | |
| | ) | |
| Tribune Co. et al, | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 08-13141 |
| | ) | BAP 12-38 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court was docketed in the District Court on 9/12/12:

      Memorandum Overruling Objections To Confirmation Of The Fourth Amended Plan of Reorganization For Tribune Company And Its Subsidiaries And Denying Clarification Motion And Order Overruling Plan Objections And Denying The Clarification Motion, dated July 13, 2012

      Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. dated July 23, 2012

      Memorandum Regarding Allocation Disputes, dated April 9, 2012

      Order Regarding Allocation Disputes, dated April 9, 2012

Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                      Peter T. Dalleo
                                      Clerk of Court

Date: 9/12/12
To:   U.S. Bankruptcy Court
        Counsel