IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Moelis & Company LLC hereby enters its appearance, by and through its counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in the above-captioned cases be given and served upon the undersigned representatives at the following addresses and telephone numbers:

>Joseph L. Christensen
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>500 Delaware Avenue, Suite 200
>Wilmington, DE 19801
>Tel. No. (302) 655-4410
>Fax No. (302) 644-4420
>slamb@paulweiss.com
>jchristensen@paulweiss.com
>
>-and-

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel. No. (212) 373-3000
Fax No. (212) 757-3990
akornberg@paulweiss.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right of Moelis & Company LLC (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to rights, claims, actions, defenses, setoffs or recoupments to which Moelis & Company LLC may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Joseph L. Christensen*
Joseph L. Christensen (Bar No. 5146)
500 Delaware Avenue, Suite 200
Wilmington, DE 19801
Telephone: (302) 655-4410
Facsimile: (302) 655-4420

-and-

Alan W. Kornberg
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Counsel for Moelis & Company LLC*

Dated:  October 10, 2012