# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>THE TRIBUNE COMPANY, et al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141<br>)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 10301, 2446, 1717,**<br>**1721, 425, 245, and 12258** |

## SIXTH SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, Alan D. Holtz, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), a Delaware limited liability partnership, which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. On February 20, 2009, this Court entered an order authorizing the retention of AlixPartners as financial advisors to the Unsecured Creditors Committee (the "**Committee**") of the Tribune Company, Inc. ("**Tribune**") and its affiliated debtors (the "**Debtors**"). In support of AlixPartners' retention, I filed an original declaration (the "**Original Declaration**"), First Supplemental Declaration (the "**First Supplemental Declaration**"), Second Supplemental Declaration (the "**Second Supplemental Declaration**"), Third Supplemental Declaration (the "**Third Supplemental Declaration**"), Fourth Supplemental Declaration (the "**Fourth**

ny-837482
01: 11803341.1

Supplemental Declaration"), and the Fifth Supplemental Declaration (the "**Fifth Supplemental Declaration**").

4. In the Original Declaration and the Supplemental Declaration, AlixPartners reserved the right to supplement its declarations in the event that AlixPartners discovered any facts bearing on AlixPartners' employment by the Debtors. Accordingly, AlixPartners would like to disclose the following update to the original disclosure regarding Kirkland & Ellis:

- The Debtors retained Kirkland & Ellis ("K&E") as a professional in interest in this chapter 11 matter. K&E currently provides services to AlixPartners in matters unrelated to the Debtors and these chapter 11 cases.

In addition, AlixPartners makes the following additional disclosure:

- Onex Credit Partners LLC, a pre-petition lender to the Debtors, is affiliated with an entity, Onex Corporation, that is a current AlixPartners client in matters unrelated to the Debtors.

5. AlixPartners and its subsidiary affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Further, AlixPartners has in the past, and may in the future, be represented by several attorneys and law firms, some of whom may be involved in these chapter 11 cases. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or against other professionals involved in these cases. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relations constitute interests adverse to the Debtors.

6. AlixPartners continues to reserve the right to supplement its disclosures in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

>*/s/Alan D. Holtz*
>Alan D. Holtz

Dated this 11th day of October, 2012