# EXHIBIT A

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                         PAGE    2
                                                                                                                  LEAF    2
Run Date & Time: 10/11/12 12:55:24                      Work Date Thru : 08/31/12

Client: 020139 Tribune Company                               Resp Prtnrs: KMS RJB RCF         Proforma:  5832841       (00215)
Matter: 00001 Tribune Company - General                      Bill Frq: M   Class: 2070 Status: B
```

## UNBILLED TIME SUMMARY

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Schneider, Kenneth M | NY | Corp | PARTNER | 07/12/12 | 08/13/12 | 2.50 |
| Rosenberg, Andrew N | NY | Bkcy | PARTNER | 07/16/12 | 07/16/12 | 1.50 |
| Weinberger, Erica G. | NY | Bkcy | ASSOCIATE | 07/16/12 | 08/15/12 | 9.00 |
| Shumejda, Lauren | NY | Bkcy | ASSOCIATE | 08/20/12 | 08/31/12 | 1.60 |
| Hernandez, Andrea F. | NY | Bkcy | ASSOCIATE | 07/17/12 | 08/01/12 | 21.30 |
| NON-LEGAL SUPPORT | | | | 07/18/12 | 07/18/12 | 0.80 |
| Total: | | | | | | 36.70 |

## UNBILLED TIME DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Schneider, Kenneth M | Corp | PARTNER | 07/12/12 | Tel. call with B. Krakauer (Sidley) re misc. bankruptcy requirements for Tribune's retention of Paul Weiss. | 0.40 |
| | | | 07/13/12 | Review Tribune filings re bankruptcy requirements for Tribune's retention of Paul Weiss. | 0.20 |
| Rosenberg, Andrew N | Bkcy | PARTNER | 07/16/12 | Confer with E. Weinberger re retention application (.2); review and attend to emails re: same (.3). | 0.50 |
| | | | 07/16/12 | Review Tribune Confirmation Order in connection with retention. | 1.00 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 07/16/12 | Confer with A. Rosenberg regarding representation (.2); call to J. Boelter (Sidley) regarding logistics for retention application (.2); review prior retention motions filed in Tribune (.2); review preliminary conflict search results (.2). | 0.80 |
| Hernandez, Andrea F. | Bkcy | ASSOCIATE | 07/17/12 | Reviewed conflicts list with E. Weinberger (.4), ran conflicts searches in connection with retention applicaton (.4). | 0.80 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 07/17/12 | Call and emails with A. Hernandez regarding conflict search results (.1); call with J. Boelter (Sidley) regarding retention logistics issues and internal emails regarding same (.2); review conflicts search list and confer with A. Hernandez regarding same (.3); review form retention filings provided by Sidley (.2); draft declaration in support of retention motion (.3). | 1.10 |
| Hernandez, Andrea F. | Bkcy | ASSOCIATE | 07/18/12 | Ran conflicts searches in connection with retention application. | 0.40 |

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE    3
                                                                                                                             LEAF    3
Run Date & Time: 10/11/12 12:55:24

Client: 020139 Tribune Company                          Work Date Thru : 08/31/12                                          (00215)
Matter: 00001 Tribune Company - General                 Resp Prtnrs: KMS RJB RCF          Proforma:   5832841
                                                        Bill Frq: M   Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name              Dept  Position     Work Date   Description                                                       Hours

Weinberger, Erica G.       Bkcy  ASSOCIATE    07/18/12    Revise declaration in support of retention                         0.50
                                                          application (.2); confer with A. Hernandez
                                                          regarding list of search parties (.2); call
                                                          with J. Ludwig (Sidley) regarding timing for
                                                          filing retention application (.1).
Tattnall, Maurice          MAN   PARALGL      07/18/12    Researched Tribune Disclosure Statement and                        0.80
                                                          related exhibits in connection with retention.
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/20/12    Follow up with Paul Weiss attorneys re:                            0.30
                                                          conflicts searches.
Weinberger, Erica G.       Bkcy  ASSOCIATE    07/20/12    Call with J. Ludwig and J. Boelter (Sidley)                        0.10
                                                          regarding retention application.
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/23/12    Review conflicts results and correspond with PW                    3.30
                                                          partners re same (3.1). Discuss conflicts
                                                          results with E. Weinberger (.2).
Weinberger, Erica G.       Bkcy  ASSOCIATE    07/23/12    Call with the J. Boelter (Sidley) regarding                        0.70
                                                          retention (.1); meeting with A. Hernandez
                                                          regarding retention issues (.2); review and
                                                          revise declaration in support of retention
                                                          application (.4).
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/24/12    Review conflicts results and correspond with PW                    2.00
                                                          partners re: same.
                                              07/25/12    Review of conflicts results and create                             4.30
                                                          schedules of representations not related to the
                                                          Tribune chapter 11 cases.
Weinberger, Erica G.       Bkcy  ASSOCIATE    07/25/12    Confer with A. Hernandez regarding retention                       0.10
                                                          application.
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/26/12    Review conflicts results and update schedule of                    9.00
                                                          unrelated representatiaons (8.6). Review
                                                          retention application (.3). Correspond with E.
                                                          Weinberger re same (.1).
Weinberger, Erica G.       Bkcy  ASSOCIATE    07/26/12    Review updated declaration and call with A.                        0.10
                                                          Hernandez regarding same
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/27/12    Phone calls with A. Synnott, E. Weinberger re:                     0.50
                                                          conflicts hits.
Schneider, Kenneth M       Corp  PARTNER      07/30/12    Discuss retention application and disclosure                       0.20
                                                          with E. Weinberger.
Weinberger, Erica G.       Bkcy  ASSOCIATE    07/30/12    Confer with A. Hernandez, K. Schneider and A.                      0.50
                                                          Rosenberg regarding retention application (.2);
                                                          call with J. Boelter (Sidley) regarding same
                                                          (.3).
Hernandez, Andrea F.       Bkcy  ASSOCIATE    07/30/12    Meet with E. Weinberger re: retention                              0.40
                                                          application (.2); review retention application
                                                          (.2).

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General
```

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                        PAGE    4
                                                                                                                        LEAF    4
Run Date & Time: 10/11/12 12:55:25       Work Date Thru : 08/31/12                                                     (00215)

Client: 020139 Tribune Company                          Resp Prtnrs: KMS RJB RCF         Proforma: 5832841
Matter: 00001 Tribune Company - General                 Bill Frq: M    Class: 2070 Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Schneider, Kenneth M | Corp | PARTNER | 07/31/12 | Review retention materials to ensure compliance with applicable retention and disclosure rules. | 0.20 |
| Hernandez, Andrea F. | Bkcy | ASSOCIATE | 08/01/12 | Meet w/ E. Weinberger re:conflicts results. | 0.30 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 08/01/12 | Confer with A. Hernandez regarding declaration | 0.30 |
|  |  |  | 08/02/12 | Revise and finalize declaration (.4); calls and meetings with A. Rosenberg, K. Davis, E. McColm and S. Shimshak (Paul Weiss) regarding schedule to retention application (.2); call to J. Boelter (Sidley) regarding process and timing of retention application (.3). | 0.90 |
| Schneider, Kenneth M | Corp | PARTNER | 08/06/12 | Discuss draft retention application with E. Weinberger. | 0.20 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 08/06/12 | Review and markup draft application (1.2); confer with A. Rosenberg, K. Schneider and M. Chow (Paul Weiss) regarding same (.2); call with J. Boelter (Sidley) regarding process and timing of retention application (.3). | 1.70 |
|  |  |  | 08/07/12 | Call and emails with M. Chow (Paul Weiss) regarding retention application (.2); review markups and revised drafts of retention papers (.5). | 0.70 |
| Schneider, Kenneth M | Corp | PARTNER | 08/08/12 | Discuss draft retention application with E. Weinberger. | 0.40 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 08/08/12 | Review revised retention application (.2); revise declaration (.2); call with J. Boelter (Sidley) regarding comments on the retention papers and timing (.1); confer with A. Rosenberg, K. Schneider and E. McColm (Paul Weiss) regarding retention issues (.4). | 0.90 |
| Schneider, Kenneth M | Corp | PARTNER | 08/09/12 | Discuss draft retention application with E. Weinberger (.3); review updated retention materials (.2). | 0.50 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 08/09/12 | Confer with A. Rosenberg, K. Schneider and R. Bronstein (Paul Weiss) regarding retention application (.3); revise declaration (.1); review fees to date (.1). | 0.50 |
| Schneider, Kenneth M | Corp | PARTNER | 08/13/12 | Review and comment on retention application and declaration. | 0.40 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 08/15/12 | Draft letter regarding A. Rosenberg declaration | 0.10 |
| Shumejda, Lauren | Bkcy | ASSOCIATE | 08/20/12 | Review PW retention application. | 0.30 |
|  |  |  | 08/23/12 | T/c with A.Rosenberg, UST and J. Boelter (Sidley) re retention application. | 0.40 |

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                          PAGE    5
                                                                                                                   LEAF    5
Run Date & Time: 10/11/12 12:55:25                 Work Date Thru : 08/31/12

Client: 020139 Tribune Company                                           Resp Prtnrs: KMS RJB RCF       Proforma: 5832841     (00215)
Matter: 00001 Tribune Company - General                                  Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name           Dept  Position       Work Date Description                                                       Hours

Shumejda, Lauren        Bkcy  ASSOCIATE      08/30/12  Review docket to confirm no objections (.3);                       0.40
                                                       confer with J. Boelter (Sidley)re hearing, if
                                                       necessary (.1).
                                             08/31/12  Confer with J. Boelter (Sidley), PW team re                        0.50
                                                       retention application status (.1); review
                                                       recent Tribune filings (.4).

                                                                                    Total                                36.70

                                                                                    Matter Total                         36.70
```

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                          PAGE    8
Run Date & Time: 10/11/12 12:55:25                                                                                 LEAF    2

Client: 020139 Tribune Company                    Work Date Thru : 08/31/12                                        (00215)
Matter: 00002 Tribune Company - Exit Financing
                                                  Resp Prtnrs: KMS RJB RCF         Proforma:  5832842
                                                  Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Off  Dp  Position           Oldest Entry    Latest Entry        Hours

Schneider, Kenneth M       NY  Corp PARTNER              07/25/12        07/26/12           0.80
Goodison, Eric             NY  Corp PARTNER              07/11/12        08/30/12          38.40
Goldman, Neil              NY  Corp PARTNER              07/18/12        07/19/12           2.10
Poggi, Christopher         NY  Corp COUNSEL              07/12/12        08/31/12         114.80
Shmueli, Amir              NY  Corp ASSOCIATE            07/17/12        08/31/12          64.30
Gyasi, Eric                NY  Corp ASSOCIATE            07/12/12        08/31/12          66.00
NON-LEGAL SUPPORT                                        07/12/12        07/23/12           2.60
                                                                                         -------
                    Total:                                                                289.00


U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position     Work Date  Description                                                   Hours

Goodison, Eric         Corp  PARTNER      07/11/12   Prep for call with Tribune (.2); review term                    1.20
                                                     loan and ABL term sheets (.4); call with D.
                                                     Eldersveld (Tribune) re representation (.6).
                                          07/12/12   Review ABL term sheet (.4); review Lender                       1.00
                                                     Background Materials (.6).
Poggi, Christopher     Corp  COUNSEL      07/12/12   Meeting with E. Gyasi regarding Tribune                         3.80
                                                     background, proposed ABL and Term Loan exit
                                                     facilities (.8). Review of Tribune Plan of
                                                     Reorganization, Disclosure Statements and
                                                     attached exhibits relating to ABL and Term
                                                     Loans (2.5). Review of background materials
                                                     (.5).
Gyasi, Eric            Corp  ASSOCIATE    07/12/12   Review of Plan, Exhibits and background                         2.00
                                                     materials (1.2); meeting with C. Poggi re
                                                     Tribune exit financing background (.8).
Fisher, Stephanie      LIB   PARALGL      07/12/12   Search for Tribune reports and news articles.                   0.70
Goodison, Eric         Corp  PARTNER      07/13/12   Review JPM and BoA org materials (2.2); org                     4.00
                                                     call with G. Martin (Skadden), M. Dworkin
                                                     (Davis Polk) and E. Gyasi (1.5); prep for org
                                                     calls (.3).
Gyasi, Eric            Corp  ASSOCIATE    07/13/12   Review and distribution of news media articles                  5.30
                                                     re: Tribune Co. bankruptcy (1.0). Call w/ D.
                                                     Eldesveld (Tribune) re: initial term sheet
                                                     draft, potential diligence points/issues,
                                                     posture for call w/ banks (1.0). Revision to
                                                     term sheets (1.8). Call w/ E. Goodison, G.
                                                     Martin (Skadden) and M. Dworkin (Davis Polk) re
                                                     org. materials (1.5).
Goodison, Eric         Corp  PARTNER      07/16/12   Org mtg on resolutions, entities, signature                     1.70
                                                     blocks with E. Gyasi and C. Poggi (.8); review
                                                     Tribune confirmation order (.5); review JPM
                                                     revised term sheet (.4).
```

```
alp_212: Matter Analysis Sheet                                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE    9
Run Date & Time: 10/11/12 12:55:26                                                                                                     LEAF    3

Client: 020139 Tribune Company                                     Work Date Thru : 08/31/12                                           (00215)
Matter: 00002 Tribune Company - Exit Financing                     Resp Prtnrs: KMS RJB RCF       Proforma: 5832842
                                                                   Bill Frq: M     Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name              Dept  Position       Work Date   Description                                                                 Hours

Poggi, Christopher         Corp  COUNSEL         07/16/12   Organizational meeting with E. Goodison and E.                               6.40
                                                            Gyasi (.8). Review of draft Confirmation Order
                                                            and drafted comments to same (1.5). Review of
                                                            Tribune and Sidley comments to BofA expense
                                                            letter and drafted changes to draft of same
                                                            (1.0). Reviewed post-emergence structure and
                                                            entity charts in connection with ABL and term
                                                            loan collateral packages and meetings with E.
                                                            Gyasi to discuss, summarize same (2.0). Memo to
                                                            Tribune on same (1.1).

Gyasi, Eric                Corp  ASSOCIATE       07/16/12   Organizational meeting with E. Goodison and C.                              1.30
                                                            Poggi (.8). Review of diligence materials in
                                                            connection with jurisdiction of organization
                                                            (.5).

Johnson, Michael           DS    PARALGL         07/16/12   Duplicated 3 DVDs (x1) each re exit financing                               0.70
                                                            materials.

Goodison, Eric             Corp  PARTNER         07/17/12   Call with D. Eldersveld (Tribune) on BoA/JPM                                 2.50
                                                            term sheet and engagement letters (BoA) (1.0);
                                                            close prep (1.0); call with M. Dworkin (Davis
                                                            Polk), G. Martin (Skadden) and C. Poggi re JPM
                                                            term sheet (.5).

Poggi, Christopher         Corp  COUNSEL         07/17/12   Conference call with D. Eldersveld at Tribune                                5.70
                                                            Co., E. Goodison and E. Gyasi to discuss ABL
                                                            and term loan negotiation status, BofA expense
                                                            letter (1.0). Calls with E. Gyasi and A.
                                                            Shmueli to discuss review of corporate entity
                                                            structure and collateral package (.5).
                                                            Conference call with E. Goodison, E. Gyasi, G.
                                                            Martin (Skadden) and M. Dworkin (Davis Polk) to
                                                            discuss documentation and open issues (.5);
                                                            drafted summary of same for Tribune (1.1). Work
                                                            with A. Shmueli to review BofA ABL precedent
                                                            credit agreements and create grid of covenant
                                                            triggers (2.0). Review of comments to expense
                                                            letter (.6).

Gyasi, Eric                Corp  ASSOCIATE       07/17/12   Conference call with D. Eldersveld (Tribune)                                 3.00
                                                            and E. Goodison to discuss Term Sheets, and
                                                            Expense Letter (1.0); revisions to ABL term
                                                            sheet (.8). Call w/ M. Dworkin (Davis Polk) re:
                                                            JPM Term Sheet (.5). Jurisdictional search
                                                            followup (.7).
```

```
alp_212: Matter Analysis Sheet                           PAUL WEISS RIFKIND WHARTON GARRISON LLP                      PAGE   10
                                                                                                                     LEAF    4
Run Date & Time: 10/11/12 12:55:26                       Work Date Thru : 08/31/12

Client: 020139 Tribune Company                           Resp Prtnrs: KMS RJB RCF           Proforma:  5832842        (00215)
Matter: 00002 Tribune Company - Exit Financing           Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position    Work Date  Description                                                          Hours

Shmueli, Amir          Corp  ASSOCIATE   07/17/12   Research re jurisdiction searches for                                 5.50
                                                    subsidiaries (1.7); call with D. Eldersveld
                                                    (Tribune), E. Goodison, E. Gyasi and C. Poggi
                                                    re ABL term sheets (1.0); follow-up meeting
                                                    with C. Poggi re same (2.0); research of terms
                                                    in other BofA agreements (.8).

Alfarone, Robert       Corp  PARALEGAL   07/17/12   Status check in Missouri for E. Gyasi (.3);                           0.70
                                                    additional checks in Delaware for multiple
                                                    entities (.3); discussions with A, Shmueli re
                                                    same (.1).

Goldman, Neil          Corp  PARTNER     07/18/12   Review of Tribune background materials (.9).                          1.10
                                                    Emails to E. Goodison in connection with same
                                                    (.2).

Goodison, Eric         Corp  PARTNER     07/18/12   Review and comment on BoA Term Sheet.                                 0.60
Poggi, Christopher     Corp  COUNSEL     07/18/12   Calls with J. Boelter (Sidley) to discuss                             6.40
                                                    confirmation order and BofA expense letter
                                                    issues (.5). Drafted memo on related issues for
                                                    E. Goodison and Tribune (.5). Review of opinion
                                                    issues relating to term and ABL facilities
                                                    relating to confirmation order (.7). Review of
                                                    changes to ABL term sheet and BofA expense
                                                    letter (2.4). Meeting with A. Shmueli to
                                                    discuss preparation of grid of recent BofA ABL
                                                    terms, and reviewed draft of grid and precedent
                                                    credit agreements and drafted comments to grid
                                                    (2.3).

Shmueli, Amir          Corp  ASSOCIATE   07/18/12   Comparison and review of terms in previous                            7.30
                                                    agreements.

Goldman, Neil          Corp  PARTNER     07/19/12   Due diligence conf call with G. Martin                                1.00
                                                    (Skadden), M. Dworkin (Davis Polk) and E. Gyasi
                                                    re ABL facility (.8). Telecon with E. Goodison
                                                    re due diligence (.2).

Goodison, Eric         Corp  PARTNER     07/19/12   Prepare analysis of ABL terms (.8); call with                         1.00
                                                    N. Goldman re Order/Letter (.2).

Poggi, Christopher     Corp  COUNSEL     07/19/12   Review of revised BofA ABL precedent grid and                         2.90
                                                    comments to A. Shuemli, E. Goodison on same
                                                    (.4). Review of additional BofA precedent ABL
                                                    credit facility terms (.6). Review of memo from
                                                    Tribune regarding status of expense letter,
                                                    term sheets (1.8). Call with A. Shmueli and N.
                                                    Rane to discuss BofA ABL precedent grid changes
                                                    (.1).
```

```
alp_212: Matter Analysis Sheet                        PAUL WEISS RIFKIND WHARTON GARRISON LLP                           PAGE    11
Run Date & Time: 10/11/12 12:55:26                    Work Date Thru : 08/31/12                                         LEAF     5

Client: 020139 Tribune Company                        Resp Prtnrs: KMS RJB RCF          Proforma:  5832842       (00215)
Matter: 00002 Tribune Company - Exit Financing        Bill Frq: M  Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name           Dept  Position    Work Date  Description                                                           Hours
```

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Gyasi, Eric | Corp | ASSOCIATE | 07/19/12 | Tribune Co. Diligence call with N. Goldman, G. Martin (Skadden) and M. Dworkin (Davis Polk) (.8); review of diligence summary (1.7). | 2.50 |
| Shmueli, Amir | Corp | ASSOCIATE | 07/19/12 | Comparison and review of terms in previous agreements. | 3.70 |
| Goodison, Eric | Corp | PARTNER | 07/20/12 | Review term loan rating agency presentation (1.2); review term loan engagement letters (.2); office conference with E. Gyasi re same (.6). | 2.00 |
| Poggi, Christopher | Corp | COUNSEL | 07/20/12 | Review of draft Rating Agency presentation for ABL and term loan facilities and comments to same (2.1). Review of initial drafts of JPM engagement letter, term sheet and fee letters for term loan facility, and drafted comments to same (3.4). Review of summary of due diligence conference call (.2). Call with G. Martin (Skadden) regarding expense letter (.5). Meeting with N. Rane and A. Shmueli to discuss preparation of summary grid of BofA ABL credit facility provisions (.5). Comments to E. Gyasi on draft engagement letter and term sheet (.7). | 7.40 |
| Gyasi, Eric | Corp | ASSOCIATE | 07/20/12 | Meeting with E. Goodison to discuss comments to draft Commitment Papers (.6). Consolidating revisions to Term Sheet (Term Loan), Engagement Letter (Term Loan) (2.4). | 3.00 |
| | | | 07/21/12 | Revision and review of commitment papers and distribution to Tribune Co. | 1.50 |
| Goodison, Eric | Corp | PARTNER | 07/23/12 | Emails on engagement letter to C. Poggi (.2); revise mark-up of engagement letters (.6); edit work order letter (.2). | 1.00 |
| Poggi, Christopher | Corp | COUNSEL | 07/23/12 | Review of revised drafts of comments to term loan facility engagement letter and term sheet, and comments to E. Goodison and E. Gyasi on same (2.2). Review of draft motion for approval of BofA expense letter and drafted comments to Sidley on same (.6). Emails to J. Boelter (Sidley) re confirmation order (.2). Review of Tribune comments to term loan facility engagement letter and term sheet and responded to same (.5). Review of changes to BofA ABL covenants grid and comments to N. Rane on same (.9). | 4.40 |
| Gyasi, Eric | Corp | ASSOCIATE | 07/23/12 | Revisions to commitment papers per D. Eldersveld (Tribune) comments. | 3.00 |

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                           PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE   12
                                                                                                                    LEAF    6
Run Date & Time: 10/11/12 12:55:26          Work Date Thru : 08/31/12

Client: 020139 Tribune Company                         Resp Prtnrs: KMS RJB RCF              Proforma: 5832842    (00215)
Matter: 00002 Tribune Company - Exit Financing         Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name              Dept  Position     Work Date   Description                                                Hours

Abraham, Priscilla         DS    PARALGL      07/23/12    Duplicated 3 DVDs of exit financing materials               0.50
                                                          one time and quality checked the content of
                                                          each copy for proper transferal.

Goodison, Eric             Corp  PARTNER      07/24/12    Teleconference with J. Boelter (Sidley) and C.              1.00
                                                          Poggi re bankruptcy issues in connection with
                                                          ABL and term loan.

Poggi, Christopher         Corp  COUNSEL      07/24/12    Review of changes to BofA ABL covenant                      4.20
                                                          comparison grid and call with N. Rane to
                                                          discuss same (.5). Correspondence with E.
                                                          Goodison, J. Boelter (Sidley), M. Dworkin
                                                          (Davis Polk) regarding filing of bankruptcy
                                                          motions (.6). Call with E. Goodison and J.
                                                          Boelter (Sidley) to discuss bankruptcy issues
                                                          relating to credit facilities (1.0). Review of
                                                          Sidley comments to term loan engagement letter
                                                          and call with J. Boelter (Sidley) to discuss
                                                          same (.3). Review of initial drafts of ABL
                                                          commitment papers and drafting of comments to
                                                          same (1.8).

Goodison, Eric             Corp  PARTNER      07/25/12    Review and comment on ABL work letter (.9);                 2.50
                                                          meeting with C. Poggi and E. Gyasi re comments
                                                          to ABL commitment papers (1.1); call with J.
                                                          Boelter (Sidley) and C. Poggi re bankruptcy
                                                          issues in connection with JPM expense letter
                                                          and engagement letter (.5).

Schneider, Kenneth M       Corp  PARTNER      07/25/12    Review and comment on ABL engagement letter.                0.50
Poggi, Christopher         Corp  COUNSEL      07/25/12    Review of initial drafts of ABL commitment                  9.20
                                                          papers and drafting of comments to same (3.2).
                                                          Meeting with E. Goodison and E. Gyasi to
                                                          discuss changes to same (1.1). Drafting and
                                                          review of revisions to same (3.5). Review of
                                                          revised BofA ABL covenants grid and comments to
                                                          N. Rane on same (.9). Conference calls with J.
                                                          Boelter (Sidley), E. Goodison to discuss
                                                          bankruptcy issues relating to approval of
                                                          expense letter and engagement letters (.5).

Shmueli, Amir              Corp  ASSOCIATE    07/25/12    Revise comparison charts (.2); markup of ABL                5.40
                                                          Commitment Letter (5.2).

Gyasi, Eric                Corp  ASSOCIATE    07/25/12    Revisions to Term Loan Commitment Papers per                8.00
                                                          comments from bankruptcy counsel (3.0). Meeting
                                                          with E. Goodison and C. Poggi to discuss ABL
                                                          papers (1.1). Revisions to ABL commitment
                                                          papers (3.9).
```

```
alp_212: Matter Analysis Sheet                                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                         PAGE   13
Run Date & Time: 10/11/12 12:55:26                                                                                                LEAF    7

                                                              Work Date Thru : 08/31/12

Client: 020139 Tribune Company                                           Resp Prtnrs: KMS RJB RCF          Proforma: 5832842     (00215)
Matter: 00002 Tribune Company - Exit Financing                           Bill Frq: M   Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name              Dept Position      Work Date  Description                                                               Hours

Goodison, Eric             Corp PARTNER       07/26/12   Teleconferences D. Eldersveld (Tribune) on                                 1.50
                                                         process (.5); emails on same to D. Eldersveld
                                                         (Tribune) (.3); review and revise ABL work
                                                         letter (.4); call with J. Boelter (Sidley) and
                                                         C. Poggi re bankruptcy final order issue (.3).
Schneider, Kenneth M       Corp PARTNER       07/26/12   Continue review of ABL engagement letter.                                  0.30
Poggi, Christopher         Corp COUNSEL       07/26/12   Review of revised draft of comments to ABL                                 5.10
                                                         commitment letter and term sheet, and drafted
                                                         comments to same for E. Gyasi (2.9). Review of
                                                         revised BofA ABL precedent covenant grid and
                                                         comments to N. Rane on same (.4). Calls with J.
                                                         Boelter (Sidley) to discuss expense letter and
                                                         commitment letter issues (1.3). Call with E.
                                                         Goodison and J. Boelter (Sidley) to discuss
                                                         bankruptcy issues (.3). Calls with E. Goodison
                                                         and E. Gyasi regarding expense letter, status
                                                         (.2).
Shmueli, Amir              Corp ASSOCIATE     07/26/12   Markup of ABL Commitment Letter (.6); edits to                             2.40
                                                         comparison chart (.8); preparation of closing
                                                         checklist (1.0).
Goodison, Eric             Corp PARTNER       07/27/12   Finalize JPM/BoA engagement letters (.4);                                  1.00
                                                         review Tribune comments to engagement letters
                                                         (.3); review JPM/BoA comments re engagement
                                                         letters (.3).
Poggi, Christopher         Corp COUNSEL       07/27/12   Review of Tribune comments to ABL and Term Loan                            2.90
                                                         commitment papers, and memos to E. Goodison and
                                                         Tribune on same (1.3). Review of draft changes
                                                         to ABL papers and comments to E. Gyasi on same
                                                         (1.6).
Gyasi, Eric                Corp ASSOCIATE     07/27/12   Revisions to TL commitment papers and ABL                                  3.50
                                                         papers.
Goodison, Eric             Corp PARTNER       07/29/12   Review comments to ABL commitment papers.                                  0.20
Poggi, Christopher         Corp COUNSEL       07/29/12   Review of Tribune comments to ABL commitment                               0.70
                                                         papers and drafted changes to same.
Goodison, Eric             Corp PARTNER       07/30/12   Call with D. Eldersveld (Tribune) and C. Poggi                             2.00
                                                         on ABL commitment papers (.8); teleconference
                                                         J. Boelter (Sidley) re same (.8);
                                                         teleconference M. Dworkin (Davis Polk) re term
                                                         loan (.4).
Poggi, Christopher         Corp COUNSEL       07/30/12   Conference call with D. Eldersveld (Tribune),                              4.10
                                                         E. Goodison to discuss account management and
                                                         letter of credit issues (.8); drafting of
                                                         changes to ABL term sheet (3.3).
```

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE  14
                                                                                                                             LEAF   8
Run Date & Time: 10/11/12 12:55:27                      Work Date Thru : 08/31/12

Client: 020139 Tribune Company                          Resp Prtnrs: KMS RJB RCF           Proforma: 5832842        (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M   Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name            Dept  Position        Work Date   Description                                                         Hours

Gyasi, Eric              Corp  ASSOCIATE       07/30/12    Call w/ D. Eldersveld (Tribune), E. Goodison                         0.80
                                                           and C. Poggi re: borrowing base/accountings
                                                           recievables.
Shmueli, Amir            Corp  ASSOCIATE       07/30/12    Preparation of closing checklists (1.1);                             1.90
                                                           attended call with D. Eldersveld (Tribune), E.
                                                           Goodison and C. Poggi re ABL commitment papers
                                                           (.8).
Goodison, Eric           Corp  PARTNER         07/31/12    Review and comment on ABL commitment papers                          0.40
                                                           (.3); revise same pursuant to J. Rodden
                                                           (Tribune) comments (.1).
Poggi, Christopher       Corp  COUNSEL         07/31/12    Drafting of changes to ABL Commitment Letter                         0.80
                                                           and Term Sheet and memo to Tribune and Sidley
                                                           with same.
Shmueli, Amir            Corp  ASSOCIATE       07/31/12    Review of ABL documentation.                                         0.40
Goodison, Eric           Corp  PARTNER         08/01/12    Review Tribune comments to ABL term sheet (.5);                      2.00
                                                           call with D. Eldersveld (Tribune) and C. Poggi
                                                           re status (.4); review JPM comments to
                                                           commitment papers (.5); review rating agency
                                                           letters (.4); teleconference M. Dworkin (Davis
                                                           Polk) re ABL commitment (.2).
Poggi, Christopher       Corp  COUNSEL         08/01/12    Conference call with E. Goodison and D.                              4.40
                                                           Eldersveld (Tribune) regarding status (.4).
                                                           Review of lender changes to Term Loan
                                                           commitment papers (1.0). Review of Tribune
                                                           comments to ABL term sheet and drafted changes
                                                           to same (1.8). Review of S&P and Moody's
                                                           engagement letters and comments to Tribune on
                                                           same (1.2).
Gyasi, Eric              Corp  ASSOCIATE       08/01/12    Review of circulated draft commitment papers                         0.50
Shmueli, Amir            Corp  ASSOCIATE       08/01/12    Review of comments to ABL term sheet.                                0.30
Goodison, Eric           Corp  PARTNER         08/02/12    Comment on ABL and term loan papers.                                 0.50
Poggi, Christopher       Corp  COUNSEL         08/02/12    Review of Tribune comments to ABL and Term Loan                      4.90
                                                           commitment papers and drafted changes to
                                                           comments on same (2.2). Draft issues list for
                                                           Tribune on same (1.4). Review of mark-ups of
                                                           Moody's and S&P engagement letters and comments
                                                           to A. Shmueli on same (1.0). Prepared ABL
                                                           comments for distribution to lenders (.3).
Shmueli, Amir            Corp  ASSOCIATE       08/02/12    Markup of Rating Agency Letters (3.4); review                        4.00
                                                           of perfection certificate (.6).
Gyasi, Eric              Corp  ASSOCIATE       08/02/12    Final review, distribution of ABL commitment                         0.20
                                                           papers.
Goodison, Eric           Corp  PARTNER         08/03/12    Call on term loan with D. Eldersveld (Tribune),                      0.80
                                                           J. Boelter (Sidley), C. Poggi and E. Gyasi.

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing
```

```
alp_212: Matter Analysis Sheet                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                        PAGE   15
                                                                                                                           LEAF    9
Run Date & Time: 10/11/12 12:55:27                          Work Date Thru : 08/31/12

Client: 020139 Tribune Company                              Resp Prtnrs: KMS RJB RCF           Proforma: 5832842          (00215)
Matter: 00002 Tribune Company - Exit Financing              Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name            Dept  Position    Work Date  Description                                                          Hours

Poggi, Christopher       Corp  COUNSEL     08/03/12   Conference call with D. Eldersveld (Tribune),                         2.50
                                                      J. Boelter (Sidley) and E. Goodison to discuss
                                                      open issues on Term Loan commitment papers
                                                      (.8). Call with E. Gyasi and A. Shmueli
                                                      regarding perfection certificate call, other
                                                      issues (.8). Call with A. Dabela to discuss
                                                      background of transaction (.9).

Gyasi, Eric              Corp  ASSOCIATE   08/03/12   Conference call w/ J. Boelter (Sidley), D.                            3.00
                                                      Eldersveld (Tribune), E. Goodison and C. Poggi
                                                      re: open items on Term Loan Commitment Papers
                                                      (.8). Revisions to term loan commitment papers
                                                      per call (2.2).

Shmueli, Amir            Corp  ASSOCIATE   08/03/12   Conference call with D. Eldersveld (Tribune),                         0.80
                                                      J. Boelter (Sidley), E. Goodison and C. Poggi
                                                      re term loan commitment.

Goodison, Eric           Corp  PARTNER     08/06/12   Call with D. Eldersveld (Tribune), J. Boelter                         1.00
                                                      (Sidley) and E. Gyasi re term loan commitment.

Shmueli, Amir            Corp  ASSOCIATE   08/06/12   Conference call with J. Boelter (Sidley), D.                          5.30
                                                      Eldersveld (Tribune), E. Goodison and E. Gyasi
                                                      re term loan commitment (1.0); markup of Term
                                                      Sheet (2.6); preparation of perfection
                                                      certificate (1.7).

Gyasi, Eric              Corp  ASSOCIATE   08/06/12   Perfection Certificate Call with J. Schmaltz                          3.00
                                                      (Alvarez and Marsal) and K. Mills (Sidley)
                                                      (1.5). Call w/ J. Boelter (Sidley), D.
                                                      Eldersveld (Tribune) and E. Goodison re:
                                                      business points (1.0). Revisions to term loan
                                                      commitment papers (.5).

                                           08/07/12   Call w/ J. Schmaltz (Alvarez & Marsal) re: L/Cs                        0.30
                                           08/08/12   Call with G. Martin (Skadden) and E. Gyasi re                          1.80
                                                      ABL term papers.

Shmueli, Amir            Corp  ASSOCIATE   08/08/12   Preparation of Perfection Certificate (1.2);                          3.00
                                                      lawyers call on ABL open issues with G. Martin
                                                      (Skadden), E. Goodison and E. Gyasi (1.8).

Gyasi, Eric              Corp  ASSOCIATE   08/08/12   ABL term papers call with G. Martin (Skadden),                        2.50
                                                      E. Goodison and A. Shuemli (1.8); review and
                                                      comment on perfection certificate (.7).

Goodison, Eric           Corp  PARTNER     08/09/12   Attention to emails re ABL commitment papers.                         0.10
Shmueli, Amir            Corp  ASSOCIATE   08/09/12   Preparation of Perfection Certificate.                                1.10
Gyasi, Eric              Corp  ASSOCIATE   08/11/12   Review of draft ABL commitment papers provided                        7.00
                                                      by Lender's counsel (1.3). Creation of Issues
                                                      List based on review of materials and included
                                                      notes of lawyers call between PW and Lender's
                                                      counsel (5.7).
```

alp_212: Matter Analysis Sheet                                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE  16
                                                                                                                              LEAF  10
Run Date & Time: 10/11/12 12:55:27                                Work Date Thru : 08/31/12

Client: 020139 Tribune Company                                    Resp Prtnrs: KMS RJB RCF          Proforma: 5832842    (00215)
Matter: 00002 Tribune Company - Exit Financing                    Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Goodison, Eric | Corp | PARTNER | 08/13/12 | Review ABL papers and issues list. | 1.00 |
| Poggi, Christopher | Corp | COUNSEL | 08/13/12 | Review of comments to ABL commitment papers and drafted changes for E. Gyasi issues list on same (3.8). Meeting with E. Gyasi to discuss status, ABL comments (1.5). Call with E. Gyasi to discuss issues list (.6). | 5.90 |
| Gyasi, Eric | Corp | ASSOCIATE | 08/13/12 | Revise ABL Issues List (1.3); discuss same with C. Poggi (2.1); call w/ J. Schmaltz (Alvarez & Marsal) re: Perfection Certificate (.6). | 4.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 08/13/12 | Preparation of ABL issues list. | 1.90 |
| Goodison, Eric | Corp | PARTNER | 08/14/12 | Prepare ABL issues list. | 0.50 |
| Poggi, Christopher | Corp | COUNSEL | 08/14/12 | Review of E. Goodison comments to ABL issues list and drafted changes for E. Gyasi on same (.9). Memo to DPW to discuss take-back paper issues on term loan (.4). | 1.30 |
| Gyasi, Eric | Corp | ASSOCIATE | 08/14/12 | Draft final revisions to ABL issues list and distribute to client and counsel. | 1.00 |
| Goodison, Eric | Corp | PARTNER | 08/15/12 | Call with D. Eldersveld, J. Rodden (Tribune), J. Boelter (Sidley) and C. Poggi re ABL issues (1.0); call with M. Dworkin (Davis Polk), J. Schmaltz (Alvarez & Marsal), J. Boelter (Sidley) and C. Poggi re takeback issues (1.0). | 2.00 |
| Poggi, Christopher | Corp | COUNSEL | 08/15/12 | Conference call with D. Eldersveld and J. Rodden (Tribune) and J. Boelter (Sidley) to discuss issues with ABL commitment papers (1.0) and drafting of comments to same (4.5). Conference call with M. Dworkin (DPW), J. Schmaltz (Alvarez & Marsal), J. Boelter (Sidley) to discuss take-back paper mechanics (1.0). Discussions with E. Gyasi and A. Shmueli regarding changes to ABL papers (.9). | 7.40 |
| Gyasi, Eric | Corp | ASSOCIATE | 08/15/12 | Conference call w/ J. Boelter (Sidley), D. Eldersveld and J. Rodden (Tribune) and E. Goodison and C. Poggi re: ABL Issues list (1.0). Revisions to ABL commitment papers (4.5). Call w/ J. Schmaltz (Alvarez & Marsal), J. Boelter (Sidley) and M. Dworkin (DPW) re: mechanics for potential take back paper scenario (1.0). | 6.50 |

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                      PAGE   17
                                                                                                                          LEAF   11
Run Date & Time: 10/11/12 12:55:28

Client: 020139 Tribune Company                              Work Date Thru : 08/31/12                                    (00215)
Matter: 00002 Tribune Company - Exit Financing              Resp Prtnrs: KMS RJB RCF        Proforma:   5832842
                                                            Bill Frq: M    Class: 2070  Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name         Dept  Position     Work Date  Description                                                          Hours

Shmueli, Amir         Corp  ASSOCIATE    08/15/12   Conference call with J. Boelter (Sidley), D.                          6.00
                                                    Eldersveld and J. Rodden (Tribune), E.
                                                    Goodison, C. Poggi and E. Gyasi re ABL issues
                                                    (1.0); call with J. Schmaltz (A&M), J. Boelter
                                                    (Sidley) and M. Dworkin (Davis Polk) re
                                                    takeback paper (1.0); ABL documents markup
                                                    (2.8); preparation of perfection certificate
                                                    (1.2).

Goodison, Eric        Corp  PARTNER      08/16/12   Prep ABL mark-up (.8); teleconference D.                              1.50
                                                    Eldersveld (Tribune) on issues list (.2); prep
                                                    issues list for Tribune (.5).

Poggi, Christopher    Corp  COUNSEL      08/16/12   Review of changes to ABL commitment papers and                        2.50
                                                    correspondence with E. Gyasi, Tribune on same
                                                    (1.2). Review of initial drafts of BofA ABL fee
                                                    letters and drafted comments to same (.8).
                                                    Review of draft ABL and term loan issues lists
                                                    and comments to E. Goodison, E. Gyasi on same.
                                                    (.5).

Gyasi, Eric           Corp  ASSOCIATE    08/16/12   Revisons to ABL commitment papers for                                 3.00
                                                    distribution to Company and Sidley (1.8).
                                                    Preparing ABL and Term Loan Issues list for
                                                    plan proponents (1.2).

Shmueli, Amir         Corp  ASSOCIATE    08/16/12   Markup of ABL issues list, Commitment Letter                          3.30
                                                    and Summary of Terms.

Goodison, Eric        Corp  PARTNER      08/17/12   Review D. Eldersveld (Tribune) comments on ABL                        0.40
                                                    and revise pursuant to same.

Poggi, Christopher    Corp  COUNSEL      08/17/12   Review of memo from D. Eldersveld (Tribune)                           3.50
                                                    responding to open issues on ABL commitment
                                                    papers (.6). Review of changes to ABL
                                                    commitment papers and issues list and comments
                                                    to A. Shmueli on same (2.9).

Shmueli, Amir         Corp  ASSOCIATE    08/17/12   Revisions to ABL documents.                                           1.10
Goodison, Eric        Corp  PARTNER      08/19/12   Emails to D. Eldersveld (Tribune) on Note to                          0.10
                                                    creditors.

Poggi, Christopher    Corp  COUNSEL      08/20/12   Teleconference D. Eldersveld (Tribune) re                             0.10
                                                    status update.

Poggi, Christopher    Corp  COUNSEL      08/20/12   Call with E. Goodison to discuss status of term                       0.90
                                                    sheets (.3); review of Tribune comments to ABL
                                                    commitment papers (.6).

Gyasi, Eric           Corp  ASSOCIATE    08/20/12   Call from G. Martin (Skadden) re: timing of ABL                       0.10
                                                    commitment papers distribution.

Shmueli, Amir         Corp  ASSOCIATE    08/20/12   Revisions to ABL documents.                                           0.70

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing
```

```
alp_212: Matter Analysis Sheet                         PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE  18
                                                                                                                  LEAF  12
Run Date & Time: 10/11/12 12:55:28                     Work Date Thru : 08/31/12

Client: 020139 Tribune Company                         Resp Prtnrs: KMS RJB RCF         Proforma:  5832842   (00215)
Matter: 00002 Tribune Company - Exit Financing         Bill Frq: M   Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name              Dept  Position    Work Date  Description                                               Hours

Poggi, Christopher         Corp  COUNSEL     08/21/12   Review of Sidley comments to ABL commitment                0.80
                                                        papers and memo to A. Shmueli on same (.2).
                                                        Review of mark-ups of ABL papers (.6).
Shmueli, Amir              Corp  ASSOCIATE   08/21/12   Revisions to ABL documents.                                0.60
Goodison, Eric             Corp  PARTNER     08/22/12   Review bankruptcy court order denying appeal of            0.40
                                                        confirmation order to Third Circuit.
Poggi, Christopher         Corp  COUNSEL     08/22/12   Correspondence with J. Boelter (Sidley)                    0.40
                                                        regarding ABL commitment papers.
Goodison, Eric             Corp  PARTNER     08/23/12   Call with J. Boelter (Sidley) and C. Poggi on              0.50
                                                        bankruptcy court order re confirmation appeal
                                                        and timing.
Poggi, Christopher         Corp  COUNSEL     08/23/12   Call with J. Boelter (Sidley) and E. Goodison              0.80
                                                        to discuss bankruptcy court order, credit
                                                        facility status (.5). Memo to A. Shmueli
                                                        regarding changes to ABL commitment letter
                                                        (.3).
Shmueli, Amir              Corp  ASSOCIATE   08/23/12   Markups to ABL Issues Lists.                               0.50
Goodison, Eric             Corp  PARTNER     08/24/12   Call with J. Boelter (Sidley), G. Martin                   0.40
                                                        (Skadden) and C. Poggi on court process.
Poggi, Christopher         Corp  COUNSEL     08/24/12   Conference call with J. Boelter (Sidley), G.               2.60
                                                        Martin (Skadden) to discuss bankruptcy status,
                                                        process relating to credit facilities (.6).
                                                        Review of S&P and Moody's changes to rating
                                                        agency letters and comments to Tribune
                                                        regarding same (2.0).
Shmueli, Amir              Corp  ASSOCIATE   08/24/12   Revisions to S&P Letter.                                   0.30
Poggi, Christopher         Corp  COUNSEL     08/27/12   Call with J. Schmaltz (Alvarez & Marsal) and A.            1.50
                                                        Shmueli to discuss status, perfection
                                                        certificate (1.1). Correspondence with Davis
                                                        Polk regarding status (.4).
Shmueli, Amir              Corp  ASSOCIATE   08/27/12   Updates to perfection certificate.                         1.00
Goodison, Eric             Corp  PARTNER     08/28/12   Attention to emails on confirmation appeal and             1.20
                                                        process (.1); review confidential information
                                                        memorandum (1.1).
Poggi, Christopher         Corp  COUNSEL     08/28/12   Review of draft Perfection Certificate and                 1.50
                                                        drafted comments to same; memo to A. Shmueli
                                                        regarding same (.3). Review of initial draft of
                                                        ABL and term loan bank book (1.2).
Shmueli, Amir              Corp  ASSOCIATE   08/28/12   Revisions to perfection certificate.                       0.50
Goodison, Eric             Corp  PARTNER     08/29/12   Discuss confidential information memorandum                0.40
                                                        issues w/C. Poggi.
```

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                       PAUL WEISS RIFKIND WHARTON GARRISON LLP                       PAGE   19
                                                                                                                   LEAF   13
Run Date & Time: 10/11/12 12:55:28                   Work Date Thru : 08/31/12

Client: 020139 Tribune Company                       Resp Prtnrs: KMS RJB RCF          Proforma: 5832842      (00215)
Matter: 00002 Tribune Company - Exit Financing       Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name           Dept  Position     Work Date  Description                                              Hours

Poggi, Christopher      Corp  COUNSEL      08/29/12   Review of initial draft of bank book for ABL              3.80
                                                      and term loan facilities, and drafting of
                                                      comments to same for Tribune (3.3). Calls with
                                                      E. Goodison (.4) and A. Shmueli (.1)regarding
                                                      mark-up of same.
Shmueli, Amir           Corp  ASSOCIATE    08/29/12   Markup of draft confidential information                  0.50
                                                      memorandum (.4); discuss same with C. Poggi
                                                      (.1).
Goodison, Eric          Corp  PARTNER      08/30/12   Teleconference D. Eldersveld (Tribune) re                 0.10
                                                      status.
Poggi, Christopher      Corp  COUNSEL      08/30/12   Calls with A. Shmueli and E. Gyasi regarding              2.00
                                                      preparation of Perfection Certificate, status
                                                      (.3). Review of Perfection Certificate and
                                                      comments to A. Shmueli on same (1.7).
Shmueli, Amir           Corp  ASSOCIATE    08/30/12   Preparation of Perfection Certificate.                    3.60
Poggi, Christopher      Corp  COUNSEL      08/31/12   Review of letter of credit issues from Tribune            4.10
                                                      (.5), memo to Sidley and Tribune discussing
                                                      same (1.0). Call with D. Eldersveld (Tribune)
                                                      and J. Boelter (Sidley) to discuss L/C issues
                                                      (.5). Review of revised drafts of Perfection
                                                      Certificate and drafted comments to A. Shmueli
                                                      and E. Gyasi on same (2.1).
Gyasi, Eric             Corp  ASSOCIATE    08/31/12   Review and comments to draft Tribune Perfection           1.00
                                                      Certification (.7). Meeting w/ A. Shmueli re:
                                                      Perfection Certificate (.3).
Shmueli, Amir           Corp  ASSOCIATE    08/31/12   Preparation of Perfection Certificate (2.9);              3.20
                                                      meeting with E. Gyasi re same (.3).

                                                                              Total                          289.00

                                                                              Matter Total                   289.00
```

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                                    PAGE    1
                                                                                                                             LEAF    1
Run Date & Time: 10/11/12 13:14:37                Worked thru: 08/31/12

Client: 020139 Tribune Company                    Resp Prtnrs: KMS RJB RCF        Proforma:  5832841                               (00215)
Matter: 00001 Tribune Company - General           Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

Code  Disbursement Name                           Amount
----  -----------------                           ------
1801  Reproduction Exp                              0.60
         Total                                      0.60

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description       Employee            Off  St   Date      Costs        Index    Voucher#   Fin Date

0812   REPRODUCTION EXP                      Watson-Oliver, S    01   B    08/09/12   0.10        38514245             08/13/12
0812   REPRODUCTION EXP                      Watson-Oliver, S    01   B    08/09/12   0.20        38514246             08/13/12
0812   REPRODUCTION EXP                      Watson-Oliver, S    01   B    08/09/12   0.30        38514247             08/13/12
                                           1801 Reproduction Exp Total :               0.60

                                             Matter Total :                             0.60
```

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE    2
                                                                                                                       LEAF    1
Run Date & Time: 10/11/12 13:14:37                       Worked thru: 08/31/12

Client: 020139 Tribune Company                           Resp Prtnrs: KMS RJB RCF       Proforma: 5832842       (00215)
Matter: 00002 Tribune Company - Exit Financing           Bill Frq: M  Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

Code  Disbursement Name                              Amount
----                                                 ------
1302  Corp. Svs. Co's.                                71.86
1801  Reproduction Exp                                 5.60
1805  Color Copies                                     1.60

      Total                                           79.06

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description          Employee              Off  St   Date       Costs      Index    Voucher#  Fin Date

0712  CSC
      Corp. Svs. Co's. 0302Client Organizational
      Expenses -- VENDOR: CSC                   Goodison, E           01   B    07/17/12   71.86      38355772 755297    07/25/12

                                                1302 Corp. Svs. Co's. Total :              71.86

0712  Copies-2427 Cluster                        Goodison, E          01   B    07/25/12    0.70      38402785           08/02/12
0812  REPRODUCTION EXP                           Storr, E S           01   B    08/15/12    1.80      38527229           08/16/12
0812  REPRODUCTION EXP                           Storr, E S           01   B    08/16/12    1.30      38539280           08/21/12
0812  REPRODUCTION EXP                           Storr, E S           01   B    08/16/12    1.80      38539281           08/21/12

                                                1801 Reproduction Exp Total :               5.60

0812  COLOR: 1                                   Storr, E S           01   B    08/15/12    0.20      38527228           08/16/12
0812  COLOR: 6                                   Storr, E S           01   B    08/16/12    1.20      38539278           08/21/12
0812  COLOR: 1                                   Storr, E S           01   B    08/16/12    0.20      38539279           08/21/12

                                                1805 Color Copies Total :                   1.60

                                                      Matter Total :                       79.06
```