## VERIFICATION OF FEE APPLICATION

| | |
|---|---|
| STATE OF CHICAGO | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

William T. England hereby respectfully certifies and verifies as follows:

1. I am a Partner in the applicant firm, PricewaterhouseCoopers LLP.

2. I have personally supervised many of the assurance and advisory services rendered by PricewaterhouseCoopers LLP, as compensation, and tax advisor and independent auditors to the Debtors and am familiar with all other work performed on behalf of the Partners and professionals in the firm.

3. The facts set forth in the foregoing Monthly Fee Application are true and correct to the best of my knowledge, information and belief.

_____
William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000

SWORN TO AND SUBSCRIBED before me this 12th day of October 2012.

_____
Notary Public
My Commission Expires: Feb. 13, 2015

KRISTINE SCHULTZ
OFFICIAL SEAL
MY COMMISSION EXPIRES
FEBRUARY 13, 2015