**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2012 through August 31, 2012**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2012 Consolidated Audit | 1,317.20 | $540,000.00 |
| **Subtotal - Fixed Fee Services** | **1,317.20** | **$540,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 5.30 | $2,650.00 |
| Fresh Start | 286.30 | $140,173.00 |
| Records Management: Phase II | 2.20 | $649.00 |
| **Subtotal - Hourly Services** | **293.80** | **$143,472.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 3.10 | $1,390.00 |
| Monthly, Interim and Final Fee Applications | 32.10 | $12,840.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **35.20** | **$14,230.00** |
| | | |
| **Total Hours and Compensation** | **1,646.20** | **$697,702.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**       **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2012 through August 31, 2012**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2012 Consolidated Audit | 1,317.20 | $540,000.00 |
| **Subtotal - Fixed Fee Services** | **1,317.20** | **$540,000.00** |
| **Total Hours and Compensation** | **1,317.20** | **$540,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period June 1, 2012 through August 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 2.00 |
| James M Maurer | Partner | 20.00 |
| Jay B Seliber | Partner | 1.00 |
| John A Sandmeier | Partner | 2.00 |
| Shara L Slattery | Partner | 4.50 |
| William T England | Partner | 23.00 |
| Betsy J Smith | Director | 5.20 |
| Thomas L Koops | Director | 21.00 |
| Justin A Spahn | Senior Manager | 52.00 |
| Justin A Spahn | Manager | 155.00 |
| Sheri L York | Manager | 127.50 |
| Bhavin Patel | Senior Associate | 116.80 |
| John Robert Craven | Senior Associate | 99.00 |
| Karina Portugal | Senior Associate | 0.30 |
| Lucina Schiaffarino | Senior Associate | 0.20 |
| Carla Rodriguez | Associate | 2.00 |
| Cristian Corbalán | Associate | 1.00 |
| Gena Galasso | Associate | 1.50 |
| Genaro Pezzo | Associate | 0.80 |
| Jeremy Nuzzo | Associate | 1.00 |
| John Shelby Clements | Associate | 57.00 |
| Laura Corrales | Associate | 2.00 |
| Lauren August Chase | Associate | 1.50 |
| Maria Mosi | Associate | 1.50 |
| Matthew William Lynch | Associate | 190.00 |
| Melissa Mary Kirby | Associate | 274.90 |
| Pablo Pecini | Associate | 1.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                          **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period June 1, 2012 through August 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Rumala Sheikhani | Associate | 52.50 |
| Thomas Bradley Stutesman | Associate | 95.50 |
| Janice L Zaloudek | Paraprofessional | 1.00 |
| Maria V Justo | Paraprofessional | 1.00 |
| Michael Lawrence Komro | Paraprofessional | 3.50 |
| **Total Hours Incurred during Compensation Period** | | **1,317.20** |
| Total Hours Incurred prior to June 1, 2012 | | 0.00 |
| **Total Hours Incurred through August 31, 2012** | | **1,317.20** |

| | | |
|---|---:|---:|
| **Total Fees - Payments Previously Requested for 2012 Consolidated Audit** | | $0.00 |
| **Remaining Payments for 2012 Consolidated Audit** | | **$1,695,000.00** |
| **Total Fixed Fee for 2012 Consolidated Audit** | | **$1,695,000.00** |
| **Requested Payment - 2012 Consolidated Audit** | 1,317.20 | **$540,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - June 1, 2012 through August 31, 2012**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 448.30 |
| 2000 - Entity Level Controls | 4.00 |
| 3000 - Revenue and Receivables | 17.00 |
| 3055 - Broadcast Rights Process | 10.00 |
| 3650 - Benefits Process | 4.00 |
| 3700 - Income Tax Process | 14.60 |
| 9200 - Q1 Interim Review Procedures | 180.20 |
| 9201 - Q2 Interim Review Procedures | 155.30 |
| 9202 - Q3 Interim Review Procedures | 1.00 |
| 2900 - Information Technology General Controls | 24.00 |
| 9600 - Key Reports Testing | 17.70 |
| CTC Fieldwork | 2.00 |
| LA Times Fieldwork | 2.00 |
| TBC Group Office Fieldwork | 30.50 |
| TPC Group Office Fieldwork | 95.00 |
| Liabilities Subject to Compromise | 3.00 |
| Blue Lynx Media Fieldwork | 256.10 |
| Review Business Unit Fieldwork | 52.50 |
| **Total Hours Incurred for the 2012 Consolidated Audit** | **1,317.20** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period June 1, 2012 through August 31, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $500 | 5.30 | $2,650.00 |
| **Subtotal - Claims Consulting Services** | | | **5.30** | **$2,650.00** |
| **Fresh Start** | | | | |
| Archie D Fagot | Partner | $700 | 8.30 | $5,810.00 |
| Horacio E Sobol | Partner | $700 | 0.50 | $350.00 |
| John A Sandmeier | Partner | $693 | 6.00 | $4,158.00 |
| Mitchel Aeder | Partner | $645 | 0.80 | $516.00 |
| Robert C Whitley | Partner | $700 | 27.30 | $19,110.00 |
| Robert D Love | Partner | $650 | 0.50 | $325.00 |
| Shara L Slattery | Partner | $700 | 8.50 | $5,950.00 |
| Theresa M Gee | Partner | $700 | 1.00 | $700.00 |
| Christopher J King | Senior Managing Director | $650 | 8.00 | $5,200.00 |
| Adrian Galis | Director | $475 | 6.00 | $2,850.00 |
| Betsy J Smith | Director | $475 | 15.10 | $7,172.50 |
| Daniel Goerlich | Director | $475 | 117.00 | $55,575.00 |
| Gabriel John Cohen | Director | $475 | 2.00 | $950.00 |
| John Benedetti | Director | $475 | 1.00 | $475.00 |
| Patrick J Gabel | Director | $475 | 3.00 | $1,425.00 |
| Justin A Spahn | Senior Manager | $475 | 15.00 | $7,125.00 |
| Phillip Ryan Rossi | Senior Manager | $475 | 6.50 | $3,087.50 |
| Anna V Kamenova | Manager | $375 | 11.00 | $4,125.00 |
| Justin A Spahn | Manager | $305 | 3.80 | $1,159.00 |
| Michelle Siu | Manager | $375 | 6.00 | $2,250.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period June 1, 2012 through August 31, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Sheri L York | Manager | $340 | 14.00 | $4,760.00 |
| Ivan V Chebotariov | Senior Associate | $300 | 2.20 | $660.00 |
| Johannes Raimund Carl Klein | Senior Associate | $300 | 4.50 | $1,350.00 |
| Lauren August Chase | Senior Associate | $300 | 0.80 | $240.00 |
| William G Van Eck | Senior Associate | $300 | 9.50 | $2,850.00 |
| Anirudh Rekulapalli | Associate | $250 | 8.00 | $2,000.00 |
| **Subtotal - Fresh Start** | | | **286.30** | **$140,173.00** |
| **Records Management: Phase II** | | | | |
| Rudolph Mayer | Manager | $295 | 2.20 | $649.00 |
| **Subtotal - Records Management: Phase II** | | | **2.20** | **$649.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.00 | $550.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 2.10 | $840.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **3.10** | **$1,390.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 32.10 | $12,840.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **32.10** | **$12,840.00** |
| **Total Hours and Compensation** | | | **329.00** | **$157,702.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 6/13/2012 | Stephen B Danton | Director | 0812H0001: Meeting with K. Cook (City Attorney) regarding status conference. | $500.00 | 1.00 | $500.00 |
| 7/17/2012 | Stephen B Danton | Director | 0812H0002: Communications with M. Melgarejo (Tribune) regarding city settlement. | $500.00 | 0.60 | $300.00 |
| 7/19/2012 | Stephen B Danton | Director | 0812H0003: Follow up communications with K. Cook (City Attorney) regarding settlement. | $500.00 | 0.60 | $300.00 |
| 7/26/2012 | Stephen B Danton | Director | 0812H0004: Review and respond to emails from K. Cook (City Attorney) regarding settlement. | $500.00 | 0.60 | $300.00 |
| 7/27/2012 | Stephen B Danton | Director | 0812H0005: Review city settlement in preparation for call with K. Cook (City Attorney) and M. Melgarejo (Tribune). | $500.00 | 0.70 | $350.00 |
| 7/30/2012 | Stephen B Danton | Director | 0812H0006: Meeting with K. Cook (City Attorney) and M. Melgarejo (Tribune) regarding issue resolution and next steps. | $500.00 | 1.30 | $650.00 |
| 8/8/2012 | Stephen B Danton | Director | 0812H0007: Meeting with K. Cook (City Attorney) regarding settlement. | $500.00 | 0.50 | $250.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **5.30** | **$2,650.00** |
| **Fresh Start** | | | | | | |
| 6/1/2012 | Daniel Goerlich | Director | 0812H0008: Research comparable companies for Tribune bankruptcy emergence. | $475.00 | 0.60 | $285.00 |
| 6/4/2012 | Daniel Goerlich | Director | 0812H0009: Meeting with C. Whitley (PwC) to discuss Tribune's emergence from bankruptcy. | $475.00 | 0.80 | $380.00 |
| 6/4/2012 | Robert C Whitley | Partner | 0812H0010: Meeting with D. Goerlich (PwC) to discuss Tribune's emergence from bankruptcy. | $700.00 | 0.80 | $560.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2012 through August 31, 2012

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|---------------------|
| 6/4/2012 | John A Sandmeier | Partner | 0812H0011: Discuss tax fresh start accounting issues and considerations with P. Shanahan, M. Deloian, and M. Melgarejo (Tribune). | $693.00 | 3.00 | $2,079.00 |
| 6/4/2012 | John A Sandmeier | Partner | 0812H0012: Review fresh start accounting matters and treatment of deferred tax liabilities. | $693.00 | 1.00 | $693.00 |
| 6/5/2012 | Betsy J Smith | Director | 0812H0013: Review agenda topics for the June 12, 2012 meeting with M. Deloian (Tribune). | $475.00 | 0.50 | $237.50 |
| 6/6/2012 | Daniel Goerlich | Director | 0812H0014: Review white papers for deferred revenue and broadcast rights. | $475.00 | 2.60 | $1,235.00 |
| 6/7/2012 | Daniel Goerlich | Director | 0812H0015: Research E&Y monograph on bankruptcy and business combination to understand DTA/DTL implications of bankruptcy emergence as it pertains to tax status. | $475.00 | 1.80 | $855.00 |
| 6/12/2012 | Archie D Fagot | Partner | 0812H0016: Review tax emergence issues. | $700.00 | 1.50 | $1,050.00 |
| 6/12/2012 | Justin A Spahn | Manager | 0812H0017: Review tax implications of fresh start accounting. | $305.00 | 1.30 | $396.50 |
| 6/12/2012 | Robert C Whitley | Partner | 0812H0018: Review the restructuring transaction and white papers. | $700.00 | 2.80 | $1,960.00 |
| 6/12/2012 | Robert C Whitley | Partner | 0812H0019: Continue to review the restructuring transaction and white papers. | $700.00 | 3.20 | $2,240.00 |
| 6/12/2012 | Robert D Love | Partner | 0812H0020: Respond to email from B. Smith (PwC) regarding the deliverables following phase 1. | $650.00 | 0.50 | $325.00 |
| 6/12/2012 | Daniel Goerlich | Director | 0812H0021: Review Tribune bankruptcy details and tax matters. | $475.00 | 4.20 | $1,995.00 |
| 6/12/2012 | Betsy J Smith | Director | 0812H0022: Review the tax fresh start accounting issues and considerations. | $475.00 | 3.50 | $1,662.50 |
| 6/12/2012 | Betsy J Smith | Director | 0812H0023: Discuss tax fresh start accounting issues and considerations with P. Shanahan, M. Deloian, M. Melgarejo (Tribune), and A. Fagot (PwC). | $475.00 | 1.50 | $712.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/12/2012 | Archie D Fagot | Partner | 0812H0024: Discuss tax fresh start accounting issues and considerations with P. Shanahan, M. Deloian, M. Melgarejo (Tribune), and B. Smith (PwC). | $700.00 | 1.50 | $1,050.00 |
| 6/13/2012 | Robert C Whitley | Partner | 0812H0025: Claims distribution and reserve discussion with D. Goerlich (PwC CMAAS), J. Spahn, (PwC Assurance), B. Litman, N. Chakiris, L. Hammond E. Wainscott (Tribune) and A&M. | $700.00 | 1.50 | $1,050.00 |
| 6/13/2012 | Daniel Goerlich | Director | 0812H0026: Claims distribution and reserve discussion with J. Spahn (PwC Assurance), C. Whitley, (PwC CMAAS), B. Litman, N. Chakiris, L. Hammond E. Wainscott (Tribune) and A&M. | $475.00 | 1.50 | $712.50 |
| 6/13/2012 | Justin A Spahn | Manager | 0812H0027: Claims distribution and reserve discussion with D. Goerlich, C. Whitley (PwC CMAAS), B. Litman, N. Chakiris, L. Hammond E. Wainscott (Tribune) and A&M. | $305.00 | 1.50 | $457.50 |
| 6/13/2012 | Daniel Goerlich | Director | 0812H0028: Update tax documentation subsequent to discussions with A&M. | $475.00 | 4.90 | $2,327.50 |
| 6/13/2012 | Robert C Whitley | Partner | 0812H0029: Review Tribune bankruptcy tax matters. | $700.00 | 3.00 | $2,100.00 |
| 6/14/2012 | Daniel Goerlich | Director | 0812H0030: Updated the issues log and related items. | $475.00 | 2.60 | $1,235.00 |
| 6/14/2012 | Anna V Kamenova | Manager | 0812H0031: Review draft valuation for equity investments. | $375.00 | 2.00 | $750.00 |
| 6/15/2012 | Robert C Whitley | Partner | 0812H0032: Review Tribune bankruptcy restructuring transaction. | $700.00 | 2.50 | $1,750.00 |
| 6/15/2012 | Anna V Kamenova | Manager | 0812H0033: Review draft valuation for equity investments. | $375.00 | 1.00 | $375.00 |
| 6/18/2012 | Betsy J Smith | Director | 0812H0034: Research for documents and findings related to the Cubs and Newsday transactions. | $475.00 | 1.30 | $617.50 |
| 6/18/2012 | John Benedetti | Director | 0812H0035: Meeting with C. Whitley (PwC CMAAS) to discuss the equity method. | $475.00 | 1.00 | $475.00 |
| 6/18/2012 | Robert C Whitley | Partner | 0812H0036: Meeting with J. Beneditti (PwC CMAAS) to discuss the equity method. | $700.00 | 1.00 | $700.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/19/2012 | Mitchel Aeder | Partner | 0812H0037: Review 1017(b)(2) issues and related research. | $645.00 | 0.80 | $516.00 |
| 6/19/2012 | Daniel Goerlich | Director | 0812H0038: Update TV Foods memo. | $475.00 | 2.00 | $950.00 |
| 6/19/2012 | Phillip Ryan Rossi | Senior Manager | 0812H0039: Review client team working papers regarding the use of a convenience date and election of new accounting policies. | $475.00 | 1.50 | $712.50 |
| 6/19/2012 | Robert C Whitley | Partner | 0812H0040: Review Tribune bankruptcy white papers. | $700.00 | 1.00 | $700.00 |
| 6/19/2012 | Anna V Kamenova | Manager | 0812H0041: Review draft valuation for equity investments. | $375.00 | 3.50 | $1,312.50 |
| 6/20/2012 | Daniel Goerlich | Director | 0812H0042: Review Lazard Valuation details against old E&Y PPA. | $475.00 | 2.00 | $950.00 |
| 6/20/2012 | Robert C Whitley | Partner | 0812H0043: Review Tribune bankruptcy tax matters. | $700.00 | 2.00 | $1,400.00 |
| 6/21/2012 | Daniel Goerlich | Director | 0812H0044: Research Lyondell Bysell, Dana, General Motors, and Visteon reorganization calculation/allocation/disclosure. | $475.00 | 2.00 | $950.00 |
| 6/21/2012 | Anna V Kamenova | Manager | 0812H0045: Review draft valuation for equity investments. | $375.00 | 1.00 | $375.00 |
| 6/22/2012 | Daniel Goerlich | Director | 0812H0046: Prepare documentation and examples for management outlining the reorganization value calculation and the interpretation of the Lazard report and enterprise value. | $475.00 | 3.00 | $1,425.00 |
| 6/22/2012 | Anna V Kamenova | Manager | 0812H0047: Review draft valuation for equity investments. | $375.00 | 0.50 | $187.50 |
| 6/25/2012 | Daniel Goerlich | Director | 0812H0048: Update the issues log. | $475.00 | 2.00 | $950.00 |
| 6/25/2012 | Robert C Whitley | Partner | 0812H0049: Review Tribune bankruptcy white papers. | $700.00 | 1.00 | $700.00 |
| 6/26/2012 | Betsy J Smith | Director | 0812H0050: Review tax accounting for non-controlling equity investment. | $475.00 | 0.30 | $142.50 |
| 6/27/2012 | Betsy J Smith | Director | 0812H0051: Review research related to treatment of Cubs and Newsday transactions. | $475.00 | 0.50 | $237.50 |
| 6/27/2012 | Daniel Goerlich | Director | 0812H0052: Research intangible income geography. | $475.00 | 1.00 | $475.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/27/2012 | Archie D Fagot | Partner | 0812H0053: Meeting with P. Shanahan (Tribune) regarding S-Corp and C-Corp conversion tax accounting and other bankruptcy emergence tax issues. | $700.00 | 4.00 | $2,800.00 |
| 6/28/2012 | Betsy J Smith | Director | 0812H0054: Research treatment of Cubs and Newsday transactions. | $475.00 | 2.30 | $1,092.50 |
| 6/28/2012 | Daniel Goerlich | Director | 0812H0055: Update white papers for management's review; including deferred income, broadcast rights, and TV foods. | $475.00 | 3.00 | $1,425.00 |
| 6/29/2012 | Daniel Goerlich | Director | 0812H0056: Finalize updating the white papers for management's review; including deferred income, broadcast rights, and TV foods. | $475.00 | 3.00 | $1,425.00 |
| 6/29/2012 | Justin A Spahn | Manager | 0812H0057: Meeting to discuss scoping of broadcast rights for fresh start valuation with N. Chakiris, G. Mazzaferri, C. Coughnahy, and J. Judds (Tribune). | $305.00 | 1.00 | $305.00 |
| 7/10/2012 | Sheri L York | Manager | 0812H0058: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 3.00 | $1,020.00 |
| 7/11/2012 | Sheri L York | Manager | 0812H0059: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 1.50 | $510.00 |
| 7/16/2012 | Archie D Fagot | Partner | 0812H0060: Call with M. Deloian (Tribune) regarding earnings and profit and then follow-up on accumulated adjustment accounts (AAA) and other adjustment accounts (OAA) accounts. | $700.00 | 0.80 | $560.00 |
| 7/16/2012 | Lauren August Chase | Senior Associate | 0812H0061: Perform research on OAA and AAA items. | $300.00 | 0.80 | $240.00 |
| 7/18/2012 | Sheri L York | Manager | 0812H0062: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 2.00 | $680.00 |
| 7/23/2012 | Daniel Goerlich | Director | 0812H0063: Review and update white papers for client issues (fresh-start adjustments). | $475.00 | 1.00 | $475.00 |
| 7/24/2012 | Betsy J Smith | Director | 0812H0064: Research fresh start considerations of Cubs and Newsday leveraged partnership transactions. | $475.00 | 0.30 | $142.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/24/2012 | Daniel Goerlich | Director | 0812H0065: Update issues log and accounting research for accounting white papers. | $475.00 | 2.00 | $950.00 |
| 7/24/2012 | Ivan V Chebotariov | Senior Associate | 0812H0066: Perform research on OAA and AAA items. | $300.00 | 1.10 | $330.00 |
| 7/25/2012 | Daniel Goerlich | Director | 0812H0067: Review of final year-end financial statements. | $475.00 | 3.00 | $1,425.00 |
| 7/25/2012 | Daniel Goerlich | Director | 0812H0068: Refresh white paper documentation for Tribune management and review of conditions precedent. | $475.00 | 3.00 | $1,425.00 |
| 7/26/2012 | Phillip Ryan Rossi | Senior Manager | 0812H0069: Research reorganization value allocation for step-ups in equity method investments. | $475.00 | 0.50 | $237.50 |
| 7/26/2012 | Betsy J Smith | Director | 0812H0070: Research fresh start considerations of Cubs and Newsday leveraged partnership transactions. | $475.00 | 0.80 | $380.00 |
| 7/26/2012 | Daniel Goerlich | Director | 0812H0071: Research convenience dates by other companies that have emerged from bankruptcy. | $475.00 | 4.50 | $2,137.50 |
| 7/26/2012 | Daniel Goerlich | Director | 0812H0072: Discuss potential use of convenience dates with N. Chakiris and B. Litman (Tribune). | $475.00 | 1.50 | $712.50 |
| 7/26/2012 | Gabriel John Cohen | Director | 0812H0073: Perform research on S-Corp to C-Corp conversion. | $475.00 | 2.00 | $950.00 |
| 7/26/2012 | Archie D Fagot | Partner | 0812H0074: Call with H. Sobol (PwC Tax) to discuss S-Corp to C-Corp conversion tax accounting considerations. | $700.00 | 0.50 | $350.00 |
| 7/26/2012 | Horacio E Sobol | Partner | 0812H0075: Call with A. Fagot (PwC Tax) to discuss S-Corp to C-Corp conversion tax accounting considerations. | $700.00 | 0.50 | $350.00 |
| 7/27/2012 | Betsy J Smith | Director | 0812H0076: Research and draft explanation of fresh start considerations of Cubs and Newsday leveraged partnership transactions. | $475.00 | 1.30 | $617.50 |
| 7/27/2012 | Daniel Goerlich | Director | 0812H0077: Discuss valuation of deferred revenue and broadcast rights with N. Chakiris (Tribune). | $475.00 | 1.00 | $475.00 |
| 7/27/2012 | Ivan V Chebotariov | Senior Associate | 0812H0078: Perform research on OAA and AAA items. | $300.00 | 1.10 | $330.00 |
| 7/27/2012 | John A Sandmeier | Partner | 0812H0079: Research fresh start tax considerations. | $693.00 | 2.00 | $1,386.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/30/2012 | Phillip Ryan Rossi | Senior Manager | 0812H0080: Research potential use of convenience dates at request of assurance team. | $475.00 | 0.50 | $237.50 |
| 7/30/2012 | Daniel Goerlich | Director | 0812H0081: Research convenience dates by other companies that have emerged from bankruptcy based on list provided by L. Hammond (Tribune). | $475.00 | 2.00 | $950.00 |
| 7/30/2012 | Daniel Goerlich | Director | 0812H0082: Research over benchmarked companies using a convenience date. | $475.00 | 2.00 | $950.00 |
| 7/30/2012 | Robert C Whitley | Partner | 0812H0083: Review potential use of convenience dates. | $700.00 | 1.00 | $700.00 |
| 7/31/2012 | Phillip Ryan Rossi | Senior Manager | 0812H0084: Review fresh start adjustments. | $475.00 | 2.00 | $950.00 |
| 7/31/2012 | Daniel Goerlich | Director | 0812H0085: Meeting with C. Whitley (PwC) regarding research performed on use of convenience date and Tribune's specific facts and circumstances. | $475.00 | 1.00 | $475.00 |
| 7/31/2012 | Robert C Whitley | Partner | 0812H0086: Meeting with D. Goerlich (PwC) regarding research performed on use of convenience date and Tribune's specific facts and circumstances. | $700.00 | 1.00 | $700.00 |
| 7/31/2012 | Robert C Whitley | Partner | 0812H0087: Discussion with B. Litman, L. Hammond, and N. Chakiris (Tribune) regarding use of potential convenience date. | $700.00 | 1.00 | $700.00 |
| 7/31/2012 | Daniel Goerlich | Director | 0812H0088: Draft accounting white paper summarizing research performed on use of convenience date. | $475.00 | 5.00 | $2,375.00 |
| 8/1/2012 | Sheri L York | Manager | 0812H0089: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 2.00 | $680.00 |
| 8/1/2012 | Christopher J King | Senior Managing Director | 0812H0090: Perform research on pension accounting in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/1/2012 | Daniel Goerlich | Director | 0812H0091: Prepare white paper on the acceptable alternatives to an effective date through use of a convenience date for fresh start adjustments. | $475.00 | 3.00 | $1,425.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/1/2012 | Phillip Ryan Rossi | Senior Manager | 0812H0092: Review client team working papers regarding the adjustment at emergence for employee benefits. | $475.00 | 2.00 | $950.00 |
| 8/2/2012 | Sheri L York | Manager | 0812H0093: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 2.50 | $850.00 |
| 8/2/2012 | Betsy J Smith | Director | 0812H0094: Research impact of fresh start accounting on Cubs and Newsday deferred taxes. | $475.00 | 0.30 | $142.50 |
| 8/2/2012 | Justin A Spahn | Senior Manager | 0812H0095: Call with N. Chakiris (Tribune), P. Gabel and C. King (PwC Employee Benefits Specialist) to discuss pension valuation in fresh start. | $475.00 | 1.00 | $475.00 |
| 8/2/2012 | Patrick J Gabel | Director | 0812H0096: Call with N. Chakiris (Tribune), C. King (PwC Employee Benefits Specialist), and J. Spahn (PwC Assurance) to discuss pension valuation in fresh start. | $475.00 | 1.00 | $475.00 |
| 8/2/2012 | Christopher J King | Senior Managing Director | 0812H0097: Call with N. Chakiris (Tribune), P. Gabel (PwC Employee Benefits Specialist), and J. Spahn (PwC Assurance) to discuss pension valuation in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/2/2012 | Justin A Spahn | Senior Manager | 0812H0098: Research accounting and audit implications of emergence on employee benefit plans. | $475.00 | 2.00 | $950.00 |
| 8/2/2012 | Patrick J Gabel | Director | 0812H0099: Perform research on pension accounting and valuation in fresh start. | $475.00 | 2.00 | $950.00 |
| 8/3/2012 | Daniel Goerlich | Director | 0812H0100: Draft accounting whitepapers on fresh start accounting considerations regarding employee benefits and S-Corp to C-Corp conversion. | $475.00 | 3.00 | $1,425.00 |
| 8/3/2012 | Justin A Spahn | Senior Manager | 0812H0101: Research accounting and audit considerations related to employee benefit plans upon emergence, including impact of potential changes in accounting policy. | $475.00 | 2.00 | $950.00 |
| 8/6/2012 | Sheri L York | Manager | 0812H0102: Research audit scoping and materiality for predecessor and successor financial periods. | $340.00 | 1.00 | $340.00 |
| 8/7/2012 | Daniel Goerlich | Director | 0812H0103: Update the issues tracking log. | $475.00 | 2.00 | $950.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                                      Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/8/2012 | Christopher J King | Senior Managing Director | 0812H0104: Perform research on pension accounting in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/8/2012 | Daniel Goerlich | Director | 0812H0105: Review plan of reorganization for treatment of employee benefit plans upon emergence. | $475.00 | 3.00 | $1,425.00 |
| 8/8/2012 | Daniel Goerlich | Director | 0812H0106: Perform research on fresh start implications on employee benefit plans and draft accounting white paper documenting results of research. | $475.00 | 3.00 | $1,425.00 |
| 8/8/2012 | Justin A Spahn | Senior Manager | 0812H0107: Research accounting and audit considerations related to employee benefit plans upon emergence, including impact of potential changes in accounting policy. | $475.00 | 1.00 | $475.00 |
| 8/9/2012 | Christopher J King | Senior Managing Director | 0812H0108: Perform research on pension accounting in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/9/2012 | Theresa M Gee | Partner | 0812H0109: Review research on pension accounting in fresh start. | $700.00 | 1.00 | $700.00 |
| 8/9/2012 | Betsy J Smith | Director | 0812H0110: Discuss accounting for deferred taxes related to Cubs and Newsday with M. Deloian (Tribune) and document understanding obtained. | $475.00 | 2.50 | $1,187.50 |
| 8/9/2012 | Daniel Goerlich | Director | 0812H0111: Meeting with B. Litman, N. Chakiris, and L. Hammond (Tribune) to discuss the issues log. | $475.00 | 1.50 | $712.50 |
| 8/9/2012 | Daniel Goerlich | Director | 0812H0112: Update issues log to reflect new information and changes discussed with Tribune. | $475.00 | 1.00 | $475.00 |
| 8/9/2012 | Daniel Goerlich | Director | 0812H0113: Perform additional research on employee benefit plans and update accounting white paper. | $475.00 | 3.50 | $1,662.50 |
| 8/9/2012 | Justin A Spahn | Senior Manager | 0812H0114: Review the issues log. | $475.00 | 2.00 | $950.00 |
| 8/9/2012 | Justin A Spahn | Senior Manager | 0812H0115: Perform research on pension mark to market accounting. | $475.00 | 2.50 | $1,187.50 |
| 8/9/2012 | Robert C Whitley | Partner | 0812H0116: Review the issues log. | $700.00 | 0.50 | $350.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/13/2012 | Christopher J King | Senior Managing Director | 0812H0117: Perform research on pension accounting in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/13/2012 | Daniel Goerlich | Director | 0812H0118: Update fresh start accounting working papers related to tax considerations. | $475.00 | 1.00 | $475.00 |
| 8/13/2012 | Shara L Slattery | Partner | 0812H0119: Meeting with B. Litman and N. Chakiris (Tribune) regarding the issues Log. | $700.00 | 1.00 | $700.00 |
| 8/14/2012 | Christopher J King | Senior Managing Director | 0812H0120: Perform research on pension accounting in fresh start. | $650.00 | 0.50 | $325.00 |
| 8/14/2012 | William G Van Eck | Senior Associate | 0812H0121: Meeting regarding valuation of personal property upon emergence with B. Litman and N. Chakiris (Tribune), A. Galis (PwC personal property valuation specialist), J. Spahn and S. Slattery (PwC Assurance), D. Goerlich (PwC CMAAS), and E&Y. | $300.00 | 2.00 | $600.00 |
| 8/14/2012 | Shara L Slattery | Partner | 0812H0122: Meeting regarding valuation of personal property upon emergence with B. Litman and N. Chakiris (Tribune), A. Galis and W. Van Eck (PwC personal property valuation specialists), J. Spahn (PwC Assurance), D. Goerlich (PwC CMAAS), and E&Y. | $700.00 | 2.00 | $1,400.00 |
| 8/14/2012 | Justin A Spahn | Senior Manager | 0812H0123: Meeting regarding valuation of personal property upon emergence with B. Litman and N. Chakiris (Tribune), A. Galis and W. Van Eck (PwC personal property valuation specialists), S. Slattery (PwC Assurance), D. Goerlich (PwC CMAAS), and E&Y. | $475.00 | 2.00 | $950.00 |
| 8/14/2012 | Daniel Goerlich | Director | 0812H0124: Meeting regarding valuation of personal property upon emergence with B. Litman and N. Chakiris (Tribune), A. Galis and W. Van Eck (PwC personal property valuation specialist), J. Spahn and S. Slattery (PwC Assurance), and E&Y. | $475.00 | 2.00 | $950.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/14/2012 | Adrian Galis | Director | 0812H0125: Meeting regarding valuation of personal property upon emergence B. Litman and N. Chakiris (Tribune), W. Van Eck (PwC personal property valuation specialists), J. Spahn and S. Slattery (PwC Assurance), D. Goerlich (PwC CMAAS) and E&Y. | $475.00 | 2.00 | $950.00 |
| 8/14/2012 | Adrian Galis | Director | 0812H0126: Review valuation of personal property upon emergence. | $475.00 | 1.00 | $475.00 |
| 8/14/2012 | Daniel Goerlich | Director | 0812H0127: Update the issues log and accounting white papers. | $475.00 | 5.00 | $2,375.00 |
| 8/14/2012 | Daniel Goerlich | Director | 0812H0128: Meeting with A. Galis and W. Van Eck (PwC personal property valuation specialists), and J. Spahn and S. Slattery (PwC Assurance) to debrief on meeting with Tribune and E&Y. | $475.00 | 1.00 | $475.00 |
| 8/14/2012 | William G Van Eck | Senior Associate | 0812H0129: Meeting with A. Galis (PwC personal property valuation specialists), J. Spahn and S. Slattery (PwC Assurance), and D. Goerlich (PwC CMAAS) to debrief on meeting with Tribune and E&Y. | $300.00 | 1.00 | $300.00 |
| 8/14/2012 | Shara L Slattery | Partner | 0812H0130: Meeting with A. Galis and W. Van Eck (both PwC personal property valuation specialists), D. Goerlich (PwC CMAAS), and J. Spahn (PwC Assurance) to debrief on meeting with Tribune and E&Y. | $700.00 | 1.00 | $700.00 |
| 8/14/2012 | Justin A Spahn | Senior Manager | 0812H0131: Meeting with A. Galis and W. Van Eck (both PwC personal property valuation specialists), D. Goerlich (PwC CMAAS), and S. Slattery (PwC Assurance) to debrief on meeting with Tribune and E&Y. | $475.00 | 1.00 | $475.00 |
| 8/15/2012 | Daniel Goerlich | Director | 0812H0132: Update issues log and accounting white papers. | $475.00 | 5.00 | $2,375.00 |
| 8/15/2012 | Daniel Goerlich | Director | 0812H0133: Continue to update issues log and accounting white papers. | $475.00 | 4.50 | $2,137.50 |
| 8/15/2012 | Robert C Whitley | Partner | 0812H0134: Review of fresh start accounting issues working papers. | $700.00 | 2.50 | $1,750.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

Exhibit C-2

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date – Hourly Professional Services**

**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 8/15/2012 | Shara L Slattery | Partner | 0812H0135: Perform research on reporting implication of accounting policy changes upon bankruptcy emergence. | $700.00 | 0.50 | $350.00 |
| 8/16/2012 | Sheri L York | Manager | 0812H0136: Meeting with S. Slattery and J. Spahn (PwC Assurance) to discuss the open issues on the issues log. | $340.00 | 1.50 | $510.00 |
| 8/16/2012 | Shara L Slattery | Partner | 0812H0137: Meeting with S. York and J. Spahn (PwC Assurance) to discuss the open issues on the issues log. | $700.00 | 1.50 | $1,050.00 |
| 8/16/2012 | Justin A Spahn | Senior Manager | 0812H0138: Meeting with S. York and S. Slattery (PwC Assurance) to discuss the open issues on the issues log. | $475.00 | 1.50 | $712.50 |
| 8/16/2012 | Daniel Goerlich | Director | 0812H0139: Review and revise issues log. | $475.00 | 2.50 | $1,187.50 |
| 8/17/2012 | Robert C Whitley | Partner | 0812H0140: Review updated materials from Tribune advisor A&M regarding emergence process. | $700.00 | 0.50 | $350.00 |
| 8/20/2012 | Christopher J King | Senior Managing Director | 0812H0141: Perform research on pension accounting in fresh start accounting. | $650.00 | 1.50 | $975.00 |
| 8/20/2012 | Shara L Slattery | Partner | 0812H0142: Review research on pension accounting in fresh start accounting. | $700.00 | 0.50 | $350.00 |
| 8/20/2012 | Sheri L York | Manager | 0812H0143: Research need to update census data for fresh start valuation of pension liability. | $340.00 | 0.50 | $170.00 |
| 8/21/2012 | Daniel Goerlich | Director | 0812H0144: Review and update issues log. | $475.00 | 2.00 | $950.00 |
| 8/21/2012 | Robert C Whitley | Partner | 0812H0145: Review of fresh start accounting issues working papers. | $700.00 | 2.00 | $1,400.00 |
| 8/22/2012 | William G Van Eck | Senior Associate | 0812H0146: Review E&Y's fixed asset details and printing press model. | $300.00 | 2.50 | $750.00 |
| 8/23/2012 | William G Van Eck | Senior Associate | 0812H0147: Review of E&Y's fixed asset details and printing press model. | $300.00 | 2.00 | $600.00 |
| 8/24/2012 | Michelle Siu | Manager | 0812H0148: Review findings from detailed review of E&Y fixed asset details. | $375.00 | 2.00 | $750.00 |
| 8/24/2012 | William G Van Eck | Senior Associate | 0812H0149: Review E&Y's fixed asset details files. | $300.00 | 2.00 | $600.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/24/2012 | Anna V Kamenova | Manager | 0812H0150: Review draft valuation for equity investments. | $375.00 | 0.50 | $187.50 |
| 8/25/2012 | Anna V Kamenova | Manager | 0812H0151: Review draft valuation for equity investments. | $375.00 | 0.50 | $187.50 |
| 8/27/2012 | Adrian Galis | Director | 0812H0152: Review the overall E&Y fixed asset valuation methodology presented in the workpapers. | $475.00 | 1.50 | $712.50 |
| 8/27/2012 | Anirudh Rekulapalli | Associate | 0812H0153: Review E&Y's methodology and initial preparation of information request. | $250.00 | 1.50 | $375.00 |
| 8/27/2012 | Daniel Goerlich | Director | 0812H0154: Discuss issues log with N. Chakiris, L. Hammond, and J. Doyle (Tribune). | $475.00 | 1.50 | $712.50 |
| 8/27/2012 | Daniel Goerlich | Director | 0812H0155: Update convenience date accounting white paper. | $475.00 | 1.00 | $475.00 |
| 8/27/2012 | Daniel Goerlich | Director | 0812H0156: Update employee benefit plan accounting white paper. | $475.00 | 1.00 | $475.00 |
| 8/27/2012 | Daniel Goerlich | Director | 0812H0157: Update reorganization accounting white paper. | $475.00 | 1.50 | $712.50 |
| 8/27/2012 | Michelle Siu | Manager | 0812H0158: Review draft personal property valuation report and support provided by Tribune. | $375.00 | 1.00 | $375.00 |
| 8/27/2012 | Shara L Slattery | Partner | 0812H0159: Review accounting white papers. | $700.00 | 1.00 | $700.00 |
| 8/28/2012 | Anirudh Rekulapalli | Associate | 0812H0160: Review E&Y's files and test calculations. | $250.00 | 3.00 | $750.00 |
| 8/28/2012 | Daniel Goerlich | Director | 0812H0161: Review employee benefits accounting and reorganization value inclusive of exit financing. | $475.00 | 3.00 | $1,425.00 |
| 8/28/2012 | Daniel Goerlich | Director | 0812H0162: Continue to review employee benefits accounting and reorganization value inclusive of exit financing. | $475.00 | 3.00 | $1,425.00 |
| 8/28/2012 | Michelle Siu | Manager | 0812H0163: Review draft personal property valuation report and support provided by Tribune. | $375.00 | 1.00 | $375.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/28/2012 | Shara L Slattery | Partner | 0812H0164: Meeting with B. Litman, L. Hammond, N. Chakiris, and J. Doyle (Tribune) regarding employee benefits accounting and reorganization value inclusive of exit financing. | $700.00 | 1.00 | $700.00 |
| 8/29/2012 | Christopher J King | Senior Managing Director | 0812H0165: Perform research on pension accounting in fresh start. | $650.00 | 1.00 | $650.00 |
| 8/29/2012 | Anirudh Rekulapalli | Associate | 0812H0166: Review E&Y's first round information request. | $250.00 | 2.00 | $500.00 |
| 8/29/2012 | Michelle Siu | Manager | 0812H0167: Perform quality review of test calculations and proposed questions for E&Y. | $375.00 | 0.50 | $187.50 |
| 8/30/2012 | Anirudh Rekulapalli | Associate | 0812H0168: Review E&Y's test calculations. | $250.00 | 1.50 | $375.00 |
| 8/30/2012 | Michelle Siu | Manager | 0812H0169: Perform quality review of methodology and test calculations. | $375.00 | 1.00 | $375.00 |
| 8/30/2012 | Anna V Kamenova | Manager | 0812H0170: Review draft valuation for equity investments. | $375.00 | 1.50 | $562.50 |
| 8/30/2012 | Johannes Raimund Carl Kleinbach | Senior Associate | 0812H0171: Review draft equity method investment valuation. | $300.00 | 0.50 | $150.00 |
| 8/31/2012 | Adrian Galis | Director | 0812H0172: Review findings from detailed review of E&Y's fixed asset valuation analysis and draft proposed questions for E&Y. | $475.00 | 1.50 | $712.50 |
| 8/31/2012 | Michelle Siu | Manager | 0812H0173: Prepare proposed questions for E&Y based upon observations from the valuation analysis. | $375.00 | 0.50 | $187.50 |
| 8/31/2012 | Anna V Kamenova | Manager | 0812H0174: Review draft valuation for equity investments. | $375.00 | 0.50 | $187.50 |
| 8/31/2012 | Johannes Raimund Carl Kleinbach | Senior Associate | 0812H0175: Review draft equity method investment valuation. | $300.00 | 4.00 | $1,200.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **286.30** | **$140,173.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Records Management: Phase II** | | | | | | |
| 6/28/2012 | Rudolph Mayer | Manager | 0812H0176: Meeting with E. Viergutz, T. Caputo (Tribune) regarding next steps with IRM program including governance, policy, and procedures. | $295.00 | 2.20 | $649.00 |
| **Subtotal - Hours and Compensation for Records Management: Phase II** | | | | | 2.20 | $649.00 |
| **Employment Applications and Other Court Filings** | | | | | | |
| 6/4/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0177: Prepare the Eleventh Supplemental Declaration. | $400.00 | 2.10 | $840.00 |
| 6/7/2012 | Andrea Clark Smith | Manager – (Bankruptcy) | 0812H0178: Review the Eleventh Supplemental Declaration and provide feedback regarding disclosure improvements. | $550.00 | 1.00 | $550.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | 3.10 | $1,390.00 |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 6/4/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0179: Prepare the March through May 2012 Monthly Fee Application. | $400.00 | 2.80 | $1,120.00 |
| 6/20/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0180: Prepare the March through May 2012 Monthly Fee Application. | $400.00 | 3.80 | $1,520.00 |
| 6/21/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0181: Prepare the March through May 2012 Monthly Fee Application Narrative. | $400.00 | 2.70 | $1,080.00 |
| 6/27/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0182: Finalize the March through May 2012 Monthly Fee Application. | $400.00 | 4.20 | $1,680.00 |
| 6/29/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0183: Finalize the March through May 2012 Monthly Fee Application and distribute to A. Clark Smith (PwC) for review. | $400.00 | 1.20 | $480.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0184: Process revisions to the March through May 2012 Monthly Fee Application. | $400.00 | 2.60 | $1,040.00 |
| 7/10/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0185: Prepare the Interim Fee Application. | $400.00 | 3.00 | $1,200.00 |
| 7/23/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0186: Prepare the June 2012 Monthly Fee Application. | $400.00 | 3.40 | $1,360.00 |
| 7/26/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0187: Prepare the June 2012 Monthly Fee Application. | $400.00 | 3.50 | $1,400.00 |
| 8/14/2012 | Shonda M Finseth | Manager (Bankruptcy) | 0812H0188: Prepare the July 2012 Monthly Fee Application. | $400.00 | 4.90 | $1,960.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **32.10** | **$12,840.00** |
| **Total Hours and Compensation** | | | | | **329.00** | **$157,702.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit D-1**
**PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2012 through August 31, 2012**

| Transaction Type | Total Expenditures |
|---|---|
| **2012 Consolidated Audit** | |
| Research | $2,700.00 |
| **Subtotal – 2012 Consolidated Audit** | **$2,700.00** |
| **Fresh Start** | |
| Airfare | $5,166.40 |
| Lodging | $2,901.20 |
| Meals | $321.49 |
| Parking | $381.00 |
| Public/ground transportation | $513.95 |
| Telephone Tolls | $34.00 |
| **Subtotal – Fresh Start** | **$9,318.04** |
| **Total Expenditures** | **$12,018.04** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded
and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements
sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, October 10, 2012

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2012 Consolidated Audit** | | | | |
| 3/31/2012 | PricewaterhouseCoopers | Research | 0812E0001: MARKET RESEARCH - FOR Q1 2012 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,350.00 |
| 8/31/2012 | PricewaterhouseCoopers | Research | 0812E0002: MARKET RESEARCH - FOR Q2 2012 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,350.00 |
| Subtotal - 2012 Consolidated Audit | | | | $2,700.00 |
| **Fresh Start** | | | | |
| 6/11/2012 | Archie D Fagot | Airfare | 0812E0003: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > LAX TO ORD (WEEK OF 6/11/2012-6/12/2012). | $1,661.70 |
| 6/11/2012 | Archie D Fagot | Public/ground transportation | 0812E0004: BLUE CAB CO. VTS BLU OAK PARK IL - TAXI TO DOWNTOWN CHICAGO (TRIBUNE BUILDING) FROM ORD. | $52.31 |
| 6/12/2012 | Archie D Fagot | Lodging | 0812E0005: SHERATON CHICAGO HOT CHICAGO IL - LODGING WEEK 6/11/2012-6/12/2012 (1 NIGHT). | $350.00 |
| 6/12/2012 | Robert C Whitley | Airfare | 0812E0006: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > BOS TO ORD (WEEK OF 6/12/2012-6/13/2012). | $413.49 |
| 6/12/2012 | Daniel Goerlich | Airfare | 0812E0007: UNITED AIRLINES MIAMI LAKES FL - ONE WAY AIRFARE > DTW TO ORD. | $182.30 |
| 6/12/2012 | Betsy J Smith | Public/ground transportation | 0812E0008: AMTRAK WASHINGTON DC - TRAVEL TO CHICAGO, IL FROM MILWAUKEE, WI ON AMTRAK. | $46.00 |
| 6/12/2012 | Betsy J Smith | Parking | 0812E0009: IMPARK00210051U MILWAUKEE WI - PARKING AT MILWAUKEE, WI AMTRAK STATION. | $6.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, October 10, 2012

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/12/2012 | Betsy J Smith | Public/ground transportation | 0812E0010: CHICAGO TAXI - TAXI TO DOWNTOWN CHICAGO (TRIBUNE BUILDING) FROM CHICAGO UNION STATION. | $17.00 |
| 6/12/2012 | Robert C Whitley | Public/ground transportation | 0812E0011: CHICAGO CAB - TAXI TO DOWNTOWN CHICAGO (TRIBUNE BUILDING) FROM ORD. | $45.00 |
| 6/12/2012 | Robert C Whitley | Public/ground transportation | 0812E0012: CHICAGO TAXI - TAXI TO PWC OFFICE FROM DOWNTOWN CHICAGO (TRIBUNE BUILDING). | $14.00 |
| 6/12/2012 | Robert C Whitley | Public/ground transportation | 0812E0013: TAXI - TAXI TO HOTEL FROM PWC OFFICE. | $13.00 |
| 6/12/2012 | Archie D Fagot | Meals | 0812E0014: DUNKIN #336536 Q CHICAGO IL - BREAKFAST - SELF. | $5.67 |
| 6/12/2012 | Archie D Fagot | Meals | 0812E0015: SHERATON CHICAGO DIN CHICAGO IL - DINNER - SELF. | $30.58 |
| 6/12/2012 | Archie D Fagot | Parking | 0812E0016: LAX AIRPORT LOT P 4 LOS ANGELES CA - PARKING AT LAX FROM 6/11/2012-6/12/2012 (2 DAYS). | $51.00 |
| 6/12/2012 | Archie D Fagot | Public/ground transportation | 0812E0017: YELLOW CAB YELLOW CA CHICAGO IL - TAXI TO ORD FROM DOWNTOWN CHICAGO (TRIBUNE BUILDING). | $43.05 |
| 6/12/2012 | Robert C Whitley | Public/ground transportation | 0812E0018: CAB - TAXI TO ORD FROM DOWNTOWN CHICAGO (TRIBUNE BUILDING). | $45.00 |
| 6/13/2012 | Daniel Goerlich | Airfare | 0812E0019: DELTA AIR LINES INC. MIAMI LAKES FL - ONE WAY AIRFARE > ORD TO DTW. | $159.55 |
| 6/13/2012 | Robert C Whitley | Airfare | 0812E0020: AMERICAN AIRLINES CHICAGO IL - AIRFARE CHANGE FEE FOR BOS TO ORD FROM 6/12/2012-6/13/2012. | $75.00 |
| 6/13/2012 | Robert C Whitley | Parking | 0812E0021: PORT AUTHORITY BOSTON MA - PARKING AT BOS FROM 6/12/2012-6/13/2012 (2 DAYS). | $54.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, October 10, 2012

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/13/2012 | Daniel Goerlich | Parking | 0812E0022: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FROM 6/12/2012-6/13/2012 (2 DAYS). | $40.00 |
| 6/13/2012 | Robert C Whitley | Lodging | 0812E0023: MARRIOTT 33738CHIDTN CHICAGO IL - LODGING WEEK OF 6/12/2012-6/13/2012 (1 NIGHT). | $220.00 |
| 6/13/2012 | Daniel Goerlich | Lodging | 0812E0024: WESTIN MICHIGAN AVEN CHICAGO IL - LODGING WEEK OF 6/12/2012-6/13/2012 (1 NIGHT). | $350.00 |
| 6/13/2012 | Daniel Goerlich | Public/ground transportation | 0812E0025: CHICAGO ELITE 3938 0 CHICAGO IL - TAXI TO ORD FROM DOWNTOWN CHICAGO (TRIBUNE BUILIDNG). | $49.26 |
| 6/26/2012 | Archie D Fagot | Airfare | 0812E0026: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > LAX TO ORD (WEEK OF 6/26/2012-6/27/2012). | $1,025.60 |
| 6/26/2012 | Archie D Fagot | Meals | 0812E0027: STATE AND LAKE CHICAGO IL - DINNER - SELF. | $41.44 |
| 6/26/2012 | Archie D Fagot | Public/ground transportation | 0812E0028: AMERICAN TAXI DISPAT MT. PROSPECT IL - TAXI FROM TO HOTEL FROM ORD. | $70.00 |
| 6/26/2012 | Archie D Fagot | Public/ground transportation | 0812E0029: DISPATCH TAXI - TAXI TO DOWNTOWN CHICAGO (TRIBUNE BUILDING) FROM HOTEL. | $7.00 |
| 6/26/2012 | Archie D Fagot | Public/ground transportation | 0812E0030: CITY TAXI - TAXI TO HOTEL FROM DOWNTOWN CHICAGO (TRIBUNE BUILIDING). | $7.00 |
| 6/27/2012 | Archie D Fagot | Meals | 0812E0031: ARGO TEA CAFE 000000 CHICAGO IL - BREAKFAST - SELF. | $1.92 |
| 6/27/2012 | Archie D Fagot | Meals | 0812E0032: FRONTERA GRILL258349 CHICAGO IL - DINNER - SELF. | $13.29 |
| 6/28/2012 | Archie D Fagot | Parking | 0812E0033: LAX AIRPORT LOT P 4 LOS ANGELES CA - PARKING AT LAX FROM 6/27/2012-6/28/2012 (2 DAYS). | $60.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.

Wednesday, October 10, 2012

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                                    Exhibit D-2

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period June 1, 2012 through August 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/28/2012 | Archie D Fagot | Public/ground transportation | 0812E0034: CHI TAXI MED 0088 09 CHICAGO IL - TAXI FROM ORD FROM DOWNTOWN CHICAGO (TRIBUNE BUILDING). | $56.05 |
| 6/28/2012 | Archie D Fagot | Lodging | 0812E0035: THE WIT A DOUBLETREE CHICAGO IL - LODGING WEEK OF 6/27/2012-6/28/2012 (1 NIGHT). | $280.52 |
| 7/25/2012 | Daniel Goerlich | Airfare | 0812E0036: DELTA AIR LINES INC. MIAMI LAKES FL - ONE WAY AIRFARE > DTW TO ORD. | $264.60 |
| 7/25/2012 | Daniel Goerlich | Meals | 0812E0037: HARRY CARAYS RESTA 5 CHICAGO IL - DINNER - SELF. | $50.00 |
| 7/25/2012 | Daniel Goerlich | Meals | 0812E0038: MEZZA - N MICHIGAN A CHICAGO IL - BREAKFAST - SELF. | $8.85 |
| 7/26/2012 | Daniel Goerlich | Airfare | 0812E0039: UNITED AIRLINES MIAMI LAKES FL - ONE WAY AIRFARE > ORD TO DTW. | $226.70 |
| 7/26/2012 | Daniel Goerlich | Meals | 0812E0040: TUSCANY ORD 258448 CHICAGO IL - DINNER - SELF. | $50.00 |
| 7/26/2012 | Daniel Goerlich | Meals | 0812E0041: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST - SELF. | $5.87 |
| 7/26/2012 | Daniel Goerlich | Lodging | 0812E0042: W CHICAGO LAKESHORE CHICAGO IL - LODGING WEEK OF 7/25/2012-7/26/2012 (1 NIGHT). | $245.61 |
| 7/26/2012 | Daniel Goerlich | Parking | 0812E0043: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FROM 7/25/2012-7/26/2012 (2 DAYS). | $40.00 |
| 8/8/2012 | Daniel Goerlich | Airfare | 0812E0044: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > DTW TO ORD (WEEK OF 8/8/2012-8/9/2012). | $252.26 |
| 8/8/2012 | Daniel Goerlich | Meals | 0812E0045: EINSTEIN BROS BAGELS DETROIT MI - BREAKFAST - SELF. | $7.99 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Wednesday, October 10, 2012

**TRIBUNE COMPANY., et al (Case 08-13141)**
**Exhibit D-2**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 8/8/2012 | Daniel Goerlich | Meals | 0812E0046: MEZZA - N MICHIGAN A CHICAGO IL - DINNER - SELF. | $8.30 |
| 8/9/2012 | Daniel Goerlich | Meals | 0812E0047: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.51 |
| 8/9/2012 | Daniel Goerlich | Public/ground transportation | 0812E0048: TAXICAB TRANSPORTATI CHICAGO IL - TAXI TO ORD FROM DOWNTOWN CHICAGO (TRIBUNE BUILDING). | $49.28 |
| 8/9/2012 | Daniel Goerlich | Lodging | 0812E0049: W CHICAGO LAKESHORE CHICAGO IL - LODGING WEEK OF 8/8/2012-8/9/2012 (1 NIGHT). | $304.30 |
| 8/9/2012 | Daniel Goerlich | Parking | 0812E0050: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FROM 8/8/2012-8/9/2012 (2 DAYS). | $40.00 |
| 8/14/2012 | Daniel Goerlich | Airfare | 0812E0051: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE > DTW TO ORD (WEEK OF 8/14/2012-8/16/2012). | $487.35 |
| 8/14/2012 | Daniel Goerlich | Meals | 0812E0052: EINSTEIN BROS BAGELS DETROIT MI - BREAKFAST - SELF. | $5.25 |
| 8/14/2012 | Daniel Goerlich | Airfare | 0812E0053: DELTA AIR LINES INC. MIAMI LAKES FL - CHANGE FEE FOR FLIGHT FROM DTW TO ORD (WEEK OF 8/14/2012-8/16/2012). | $84.75 |
| 8/15/2012 | Daniel Goerlich | Meals | 0812E0054: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.40 |
| 8/16/2012 | Daniel Goerlich | Meals | 0812E0055: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.40 |
| 8/16/2012 | Daniel Goerlich | Parking | 0812E0056: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FROM 8/14/2012-8/16/2012 (3 DAYS). | $60.00 |
| 8/16/2012 | Daniel Goerlich | Lodging | 0812E0057: W CHICAGO LAKESHORE CHICAGO IL - LODGING WEEK OF 8/14/2012-8/16/2012 (2 NIGHTS). | $551.38 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**TRIBUNE COMPANY., et al (Case 08-13141)**    Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period June 1, 2012 through August 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 8/27/2012 | Daniel Goerlich | Airfare | 0812E0058: SOUTHWEST AIRLINES ( TAMPA FL - ECONOMY ROUNDTRIP AIRFARE > DTW TO ORD (WEEK OF 8/27/2012-8/29/2012). | $333.10 |
| 8/28/2012 | Daniel Goerlich | Meals | 0812E0059: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.51 |
| 8/29/2012 | Daniel Goerlich | Telephone Tolls | 0812E0060: AXCESS EXPRESS - INTERNET CONNECTIVITY WHILE TRAVELING AUGUST 27, 2012 - AUGUST 29, 2012. | $34.00 |
| 8/29/2012 | Daniel Goerlich | Meals | 0812E0061: HARRY CARAYS 7TH INN CHICAGO IL - DINNER - SELF. | $16.51 |
| 8/29/2012 | Daniel Goerlich | Parking | 0812E0062: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FROM 8/27/2012-8/29/2012 (3 DAYS). | $30.00 |
| 8/29/2012 | Daniel Goerlich | Meals | 0812E0063: CHICAGO BLACKH250130 CHICAGO IL - DINNER - SELF. | $50.00 |
| 8/30/2012 | Daniel Goerlich | Lodging | 0812E0064: W CHICAGO LAKESHORE CHICAGO IL - LODGING WEEK OF 8/27/2012-8/29/2012 (2 NIGHTS). | $599.39 |
| Subtotal - Fresh Start | | | | $9,318.04 |
| **Total Expenditures** | | | | **$12,018.04** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.