# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 3/26/2012 | Tribune Company | Crothers,Julia Ann | 3 | 1,125.00 | Letter of agreement, Scope of work - multiple conversations with legal and finance. (.5) call with client. (1) Review first report and flags, forward to client (1.5) |
| 3/26/2012 | Tribune Company | Lucido,Nicholas A | 2 | 320.00 | Completing monitoring update report, including updates to social media counts, developing insights and analysis, and delivering the report to the client |
| 3/26/2012 | Tribune Company | Ruda,Aniz | 2 | 550.00 | Meeting with Gary Weitman and Julie Crothers to outline reporting needs; - Reviewed reports; - Finalized scope of work for Julie Crothers. |
| 3/27/2012 | Tribune Company | Crothers,Julia Ann | 2.5 | 937.50 | Letter of agreement, scope of work - finalize and send to client; Emails with Digital team, review reports, call with client and Digital |
| 3/27/2012 | Tribune Company | Lucido,Nicholas A | 4 | 640.00 | 3.0 hours - completing monitoring update report, including updates to social media counts, developing insights and analysis, and delivering the report to the client; 1.0 hour - developing action recommendations based on social media conversations to be delivered to the client |
| 3/27/2012 | Tribune Company | Ruda,Aniz | 1.5 | 412.50 | Topic research for DirecTV; Report edits prior to client review |
| 3/28/2012 | Tribune Company | Crothers,Julia Ann | 0.5 | 187.50 | Review morning report and flag that we sent the wrong one; review afternoon report; email traffic on Gary Weitman's request for positive/negative sentiment reading |
| 3/28/2012 | Tribune Company | Lucido,Nicholas A | 1 | 160.00 | 1.0 hour - developing action recommendations based on social media conversations to be delivered to the client |

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 3/28/2012 | Tribune Company | Stontz,Matthew Robert | 5 | 800.00 | initial overview meeting (.50 hours); reading through posts and doing afternoon report (2.00 hours); tagging sample set for sentiment (2.50 hours) |
| 3/28/2012 | Tribune Company | Ruda,Aniz | 2 | 550.00 | Emailed Gary Weitman with some report and news updates; Gave Nick Lucido and Matt Stontz outline for paid media research; Reviewed reports prior to sending them to client. |
| 3/29/2012 | Tribune Company | Lucido,Nicholas A | 2 | 320.00 | 1.5 hours - completing monitoring update report, including updates to social media counts, developing insights and analysis, and delivering the report to the client; 0.5 hours - developing action recommendations based on social media conversations to be delivered to the client |
| 3/29/2012 | Tribune Company | Stontz,Matthew Robert | 3.5 | 560.00 | Monitoring posts since last report (.7); constructing morning report with strategic recommendations for increasing visibility through ad buys (2.8) |
| 3/29/2012 | Tribune Company | Ruda,Aniz | 0.5 | 137.50 | Reviewed and edited reports prior to sending them to client. |
| 3/30/2012 | Tribune Company | Crothers,Julia Ann | 0.7 | 281.25 | Update call with Gary Weitman; follow up note to Digital team |
| 3/30/2012 | Tribune Company | Lucido,Nicholas A | 1.5 | 240.00 | 1.5 hours - completing monitoring update report, including updates to social media counts, developing insights and analysis, and delivering the report to the client |
| 3/30/2012 | Tribune Company | Stontz,Matthew Robert | 1.8 | 280.00 | monitoring posts since last report (.50); constructing morning report (1.3) |
| 3/30/2012 | Tribune Company | Mrazek,William Gregory | 0.2 | 20.00 | Follow-up research and report edits based on team feedback. |

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 3/30/2012 | Tribune Company | Ruda,Aniz | 1.5 | 412.50 | Emailed client and team for details on what to include in the report; Reviewed and edited outgoing reports |
| 3/31/2012 | Tribune Company | Lucido,Nicholas A | 1 | 160.00 | 1.0 hour - monitoring conversations via Twitter due to spikes in conversation, internal team correspondence on future of monitoring |
| 3/31/2012 | Tribune Company | Mrazek,William Gregory | 2.8 | 220.00 | Researched online conversation and constructed morning and afternoon reports |
| 3/31/2012 | Tribune Company | Ruda,Aniz | 0.5 | 137.50 | Reviewed and distributed the daily reports |
| 4/1/2012 | Tribune Company | Mrazek,William Gregory | 2 | 160.00 | Monitored online conversations and made adjustments to the report; Sent out the report to Aniz for review. |
| 4/1/2012 | Tribune Company | Ruda,Aniz | 1 | 275.00 | Reviewed the daily reports and edited them prior to distribution. |
| 4/2/2012 | Tribune Company | Stontz,Matthew Robert | 3.7 | 600.00 | Went through social media mentions from Sunday afternoon to Monday Morning (.50 hours), constructed morning report to send to Gary Weitman (1.2 hours), went through Monday morning and afternoon posts (.8 hours), and constructed afternoon report to send to Gary Weitman (1.2 hours) |
| 4/2/2012 | Tribune Company | Ruda,Aniz | 0.5 | 137.50 | Report reviews and edits, emailed to client |
| 4/3/2012 | Tribune Company | Crothers,Julia Ann | 0.5 | 187.50 | Emails with Gary Weitman about agreement and scope of work |
| 4/3/2012 | Tribune Company | Lucido,Nicholas A | 1.5 | 240.00 | 1.5 hours - completing morning update report, including updates to social media counts, developing insights and analysis, and delivering the report to the client |
| 4/3/2012 | Tribune Company | Stontz,Matthew Robert | 1.5 | 240.00 | Went through social media mentions of the Tribune/DirecTV negotiations for the last 24 hours (.8 hours) Constructed afternoon report with important topics to send to Gary Weitman (.7 hours) |

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 4/3/2012 | Tribune Company | Ruda,Aniz | 1 | 275.00 | Report reviews and edited the summary of complied data, sent updated email to client |
| 4/4/2012 | Tribune Company | Crothers,Julia Ann | 0.5 | 187.50 | Phone call with Gary Weitman to discuss agreements and project; email to update the team |
| 4/4/2012 | Tribune Company | Stontz,Matthew Robert | 2 | 320.00 | Went through social media mentions of the Tribune/DirecTV negotiations for the last 24 hours (.8 hours). Constructed another afternoon report with key topics to send to Gary Weitman (1.2 hours) |
| 4/4/2012 | Tribune Company | Ruda,Aniz | 1 | 275.00 | Email to Gary Weitman and updates with Julie Crothers |
| 4/5/2012 | Tribune Company | Mrazek,William Gregory | 1 | 80.00 | Created final report with a few changes made from the previous version. |
| 4/5/2012 | Tribune Company | Ruda,Aniz | 1 | 275.00 | Finalized reporting with client and emailed updates |
| 4/9/2012 | Tribune Company | Zilka,Jeffrey R. | 0.3 | 150.00 | Follow up with Gary Weitman re: scope of work |
| | | **TOTAL** | **57** | **$11,853.75** | |