# EXHIBIT B

**Exhibit B**

| Catagory | Amount |
|---|---|
| AT&T Teleconference Services | $26.58 |
| Automation Equipment Charges | $41.50 |
| Clerk of Court Fees | $950.00 |
| Court Reporter Charges: David Feldman Worldwide, Inc.;  Esquire Solutions; Legalink, Inc.; TSG Reporting, Inc. | $21,165.81 |
| Expert Witness Fees | $346,851.88 |
| FedEx/UPS | $699.54 |
| Filing Fee: Filing of Notice to Appeal in USDC SDNY | $455.00 |
| Out of Town Travel | $51,590.89 |
| Outside Professional Services: Discovery Document Solutions, Inc.; Driven, Inc.; Equivalent Data; Kelly Truelove;  Legallink, Inc.; Responsive Data Solutions, LLC; SDNY Court Reporters; Strut Legal, Inc.; TrialGraphix, Inc.; UnitedLex Corporation; Veritext Reporting Co. | $134,366.08 |
| Photocopy & Printing | $8,538.80 |
| Publication Charges; | $72.86 |
| Service of Process Fee; Service of process for Lauder Partners, LLC & SV Angel Management | $245.00 |
| Service of Process Fees | $510.00 |
| Soundpath Conferencing | $24.70 |
| Special Messenger Service: APEX Attorney Service, Inc; First Legal Network, LLC; Washington Express LLC | $948.37 |
| Supplies; Software for computer for screen captures | $99.00 |
| **Total** | **$566,586.01** |