# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES FROM
## JUNE 1, 2012 THROUGH AUGUST 31, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jay Ward Brown | Partner<br>First Amendment Litigation<br>Admitted 1992 | $455.00 | 2.10 | $955.50 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $455.00 | .90 | $409.50 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $455.00 | 10.10 | $4,595.50 |
| Chad R. Bowman | Partner<br>First Amendment Litigation<br>Admitted 2003 | $430.00 | 19.10 | $8,213.00 |
| Thomas Curley | Partner<br>First Amendment Litigation<br>Admitted 2000 | $430.00 | .10 | $43.00 |
| Cameron A. Stracher | Of Counsel<br>First Amendment Litigation<br>Admitted 1987 | $430.00 | .20 | $86.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $335.00 | 24.50 | $8,207.50 |
| Scott Bailey | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | .50 | $97.50 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 2.10 | $409.50 |

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| **HOURLY TOTALS** | | | 59.60 | $23,017.00 |
| **BLENDED RATE** | | | | 386.19 |
| Media Coalition-Guantanamo Press Access (*see supra* n.4) | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $1,177.08 |
| Media Coalition-Sterling (*see supra* n.4) | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $2,500.00 |
| Media Coalition-Sandusky | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $1,160.41 |
| Media Coalition-al-Nashiri Access (*see supra* n.4) | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $3,448.94 |
| Media Coalition-PRB Access | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $1,083.50 |
| Media Coalition-9/11 Commissions (*see supra* n.4) | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $2,944.75 |
| Media Coalition-Aurora Theater Shooting | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $1,915.11 |
| **TOTAL FEES** | | | | $37,246.79 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD JUNE 1, 2012 THROUGH AUGUST 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune-General | .40 | $182.00 |
| Sylvester v. Greenwich Times, *et al.* | .70 | $183.50 |
| Baltimore Sun-General Newsroom | 1.90 | $864.50 |
| Tribune-Henke | 27.30 | $11,944.00 |
| Tribune-Bankruptcy-Examiner's Report | .30 | $136.50 |
| Tribune-Fee Application | 29.00 | $9,706.50 |
| Media Coalition-Guantanamo Press Access (*see supra* n.4) | N/A (Flat fee) | $1,177.08 |

| | | |
|---|---|---|
| Media Coalition-Sterling (*see supra* n.4) | N/A (Flat fee) | $2,500.00 |
| Media Coalition-Sandusky | N/A (Flat fee) | $1,160.41 |
| Media Coalition-al-Nashiri Access (*see supra* n.4) | N/A (Flat fee) | $3,448.94 |
| Media Coalition-PRB Access | N/A (Flat fee) | $1,083.50 |
| Media Coalition-9/11 Commissions (*see supra* n.4) | N/A (Flat fee) | $2,944.75 |
| Media Coalition-Aurora Theater Shooting | N/A (Flat fee) | $1,915.11 |
| **TOTALS** | **59.60** | **$37,246.79** |

# EXHIBIT B

# EXPENSE SUMMARY

**EXPENSE SUMMARY FOR THE PERIOD
JUNE 1, 2012 THROUGH AUGUST 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses | Time Keeper |
|---|---|---|---|
| | | | |
| Travel of N. Siegel to Annapolis, MD | N/A | $26.37 | Nathan E. Siegel |
| Travel of C. Bowman to Wilmington, DE | N/A | $213.16 | Chad R. Bowman |
| **TOTALS** | | | $239.53 |