State Board of Equalization
Special Operations Branch, MIC:55
450 N Street
P O Box 942879
Sacramento CA 94279-0055
Telephone (916) 445-1122

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: KTLA INC., Debtor(s)   ) Bkcy. Case No. 08-13183
)
)
) NOTICE OF WITHDRAWAL OF PROOF
) OF CLAIM FOR TAXES
)
) Chapter No. 11
)
Account No. SR AS 011-616255,
    TK MT 044-010240
    EF EF 042-105157

J.R. WILLIAMS, undersigned states

1)   That he is one of the authorized representatives of the State Board of Equalization of the State of California; that as such he is qualified and empowered to and does withdraw the Board's claim in the amount of $3,495.61 as filed in these proceedings on 04/21/09, claim no. 1621.

2)   That the liability on which the claim is based has been satisfied.

STATE BOARD OF EQUALIZATION

of the State of California

Dated: October 11, 2012
At Sacramento, California         J. R. Williams
JRW:DEC                           Authorized Representative

-1-