State Board of Equalization
Special Operations Branch, MIC:55
450 N Street
P O Box 942879
Sacramento CA 94279-0055
Telephone (916) 445-1122

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re: KSWB-TV, INC., Debtor(s)　　　　)　Bkcy. Case No. 08-13182
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　NOTICE OF WITHDRAWAL OF PROOF
　　　　　　　　　　　　　　　　　　　　)　OF CLAIM FOR TAXES
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　Chapter No. 11
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　Account No. EF EF 042-085411

J.R. WILLIAMS, undersigned states

1)   That he is one of the authorized representatives of the State Board of Equalization of the State of California; that as such he is qualified and empowered to and does withdraw the Board's claim in the amount of $887.70  as filed in these proceedings on 5/27/09, claim no. 3619.

2)   That the liability on which the claim is based has been satisfied.

　　　　　　　　　　　　　　　　　　　　STATE BOARD OF EQUALIZATION

　　　　　　　　　　　　　　　　　　　　of the State of California

Dated: October 11, 2012
At Sacramento, California　　　　　　　J. R. Williams
JRW:DEC　　　　　　　　　　　　　　　Authorized Representative