# EXHIBIT A

# SUMMARY OF PROFESSIONAL FEES

## FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1, 2012 THROUGH AUGUST 31, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Leslie D. Davis | Partner/Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 0.3 | $172.50 |
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974 | $650.00 | 85.70 | $55,705.00 |
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 32.50 | $18,687.50 |
| Margo Weinstein | Former Partner/ Litigation/ Admitted to Illinois Bar in 1988 | $650.00 | 3.50 | $2,275.00 |
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991. | $520.00 | 35.60 | $18,512.00 |
| Tiffany Amlot | Senior Managing Associate/ Litigation/ Admitted to Wisconsin Bar in 2004 and Illinois Bar in 2007 | $400.00 | 20.10 | $8,040.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| R. Cantrell Jones | Managing Associate/ Litigation/ Admitted to Florida Bar in 2004 and Illinois Bar in 2006 | $445.00 | 1.0 | $445.00 |
| Justine N. Margolis | Managing Associate/ Litigation/ Admitted to Missouri Bar in 2006. | $440.00 | 9.90 | $4,356.00 |
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009. | $335.00 | 24.80 | $8,308.00 |
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009/ Admitted to Illinois Bar in 2010. | $380.00 | 14.20 | $5,396.00 |
| Geoffrey Bent | Research Analyst/Library/ Research Services | $150.00 | 0.50 | $75.00 |
| **Grand Total** | | | 228.10 | $121,972.00 |
| **Blended Rate** | **$534.73** | | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM JUNE 1, 2012 THROUGH AUGUST 31, 2012

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| Oak Park Distribution Issues | 8.60 | $3,740.00 |
| Roberto Rivera | 60.40 | $34,551.00 |
| Eddie Johnson | 5.30 | $3,250.00 |
| University of Illinois - FOIA Matter | 3.30 | $2,145.00 |
| Michael Tillman | 2.60 | $1,232.50 |
| Lee Wonjung Clara Subpoena | 13.00 | $6,011.00 |
| Chicago Tribune - Editorial - General | 3.90 | $1,711.50 |
| Cheryl Naedler | 45.80 | $25,720.00 |
| Chicago Magazine - Editorial | 1.60 | $710.00 |
| Christopher Buchanan | 34.30 | $19,171.00 |
| SRI Systems Research Citation | 1.30 | $617.50 |
| Quintin Sharp - Subpoena to Annie Sweeney & William Lee | 13.30 | $6,370.00 |
| Drew Peterson | 31.8 | $15,232.50 |
| Bruce Smith | 2.20 | $1,177.50 |
| Ordinance Violation re Advertising | 0.70 | $332.50 |
| **TOTAL** | **228.10** | **$121,972.00** |

# EXHIBIT B

# EXPENSE SUMMARY

# EXPENSE SUMMARY FOR THE PERIOD FROM JUNE 1, 2012 TO AUGUST 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Services | Comet Messenger Service, Inc. | $6.85 |
| Document Reproduction | SNR Denton US LLP | $36.50 |
| Outside Duplicating Charges | | $19.00 |
| Court Reporter | | $366.20 |
| Video Deposition | McCorkle Court Reporters | $332.50 |
| Online Legal Research | Westlaw | $478.02 |
| Ground Transportation | | $57.00 |
| **Total** | | **$1,296.07** |