# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Hearing Date: To Be Determined. |
| ------------------------------------------------------- x | | Objections Due: November 5, 2012 @ 4:00 p.m. (ET) |

## CERTIFICATION OF DOUGLAS E. DEUTSCH

Douglas E. Deutsch, an attorney at law, duly admitted in good standing to practice in the State of New York hereby certifies that:

1.      I am a partner with the law firm of Chadbourne & Parke LLP ("Chadbourne") and am duly authorized to make this Certification on behalf of Chadbourne.

2.      Chadbourne was retained by the Official Committee of Unsecured Creditors as co-counsel pursuant to an Order of this Court.

3.      This Certification is made in support of the Fifteenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al., for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 Through August 31, 2012 (the "Application") and in compliance with Del. Bankr. L.R. 2016-2 (the "Rule"), and with the United States Trustee's Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under U.S.C. § 330 (the "Guidelines").

4.   I have read the Application and I certify that the Application substantially complies with the Rule and Guidelines.

Dated:   October 12, 2012
New York, New York

**CHADBOURNE & PARKE LLP**

By: _____
Douglas E. Deutsch
(A Member of the Firm)

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

Co-Counsel to The Official Committee of
Unsecured Tribune Company, et al.

CPAM: 4946451.1