**SIDLEY AUSTIN** LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 08/21/12 | WES | 08/15/12-Westlaw research service | 319.14 |
| 08/21/12 | WES | 08/15/12-Westlaw research service | .97 |
| 08/21/12 | WES | 08/16/12-Westlaw research service | .97 |
| 08/21/12 | WES | 08/17/12-Westlaw research service | .97 |
| 08/21/12 | WES | 08/18/12-Westlaw research service | .97 |
| 08/21/12 | WES | 08/19/12-Westlaw research service | .97 |
| 08/22/12 | GND | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition: Amtrack (J. Bendernagel) | 270.00 |
| 08/22/12 | GND | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition: Parking (J. Bendernagel) | 60.00 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Snack/Refreshments for 1: J. Bendernagel) | 7.62 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Snacks/Refreshments for 1: J. Bendernagel) | 8.71 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Dinner for 1: J. Bendernagel) | 47.28 |
| 08/22/12 | TRV | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (J. Bendernagel) | 520.73 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Snacks/Refreshments for 1: J. Bendernagel) | 8.71 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Snacks/Refreshments for 1: J. Bendernagel) | 8.71 |
| 08/22/12 | TRV | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (J. Bendernagel) | 572.36 |
| 08/22/12 | MLO | 08/12/12-08/14/12 Washington D.C. to New York - Attend D. Kurtz deposition (Breakfast for 1: J. Bendernagel) | 7.00 |
| 08/22/12 | GND | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Wilmington, DE for certification hearing: Amtrack (J. Bendernagel) | 237.00 |
| 08/22/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Wilmington, DE for certification hearing (Snacks/Refreshments for 1: J. Bendernagel) | 6.00 |
| 08/22/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Wilmington, DE for certification hearing (Snacks/Refreshments for 1: J. Bendernagel) | 5.00 |
| 08/22/12 | TRV | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Wilmington, DE for certification hearing (J. Bendernagel) | 482.90 |
| 08/22/12 | GND | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Wilmington, DE for certification hearing: Public Transportation (J. Bendernagel) | 2.50 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 13:43:00 | 12.54 |
| 08/22/12 | SRC | 06/30/12 - COURTALERT.COM, INC - 3291441206 - Search services | 40.01 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 16:46:00 | .57 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 16:51:00 | .57 |
| 08/22/12 | CPY | 08/09/12-COLOR BLOWBACK PDF | 337.44 |
| 08/22/12 | CPY | 08/09/12-COLOR BLOWBACK PDF | 256.50 |
| 08/22/12 | CPY | 08/09/12-COLOR BLOWBACK PDF | 548.34 |
| 08/22/12 | TEL | 08/21/12-Telephone Call (Non-Local) To: 13025716703 Wilmington, DE | 1.20 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 11:04:00 | 3.42 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 11:30:00 | 3.42 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 11:08:00 | 3.42 |
| 08/22/12 | CPY | 08/21/12-Duplicating Charges (Color) Time: 12:19:00 | 3.42 |
| 08/22/12 | CPY | 08/21/12-Duplicating charges Time: 15:15:00 | .10 |
| 08/22/12 | SRC | 06/30/12 - COURTALERT.COM, INC - 3291441206 - Search services | 40.01 |
| 08/22/12 | CPY | 08/09/12-B&W BLOWBACK PDF | 63.30 |
| 08/22/12 | CPY | 08/09/12-Duplicating charges | 28.10 |
| 08/23/12 | TEL | 08/22/12-Telephone Call (Non-Local) To: 12132432508 Los Angele, CA | 1.65 |
| 08/23/12 | CPY | 08/22/12-Duplicating charges Time: 17:42:00 | 5.20 |
| 08/23/12 | CPY | 08/15/12-Duplicating charges | 113.60 |
| 08/23/12 | CPY | 08/22/12-Duplicating Charges (Color) Time: 9:32:00 | .57 |
| 08/23/12 | CPY | 08/13/12-COLOR BLOWBACK PDF | 2,321.61 |
| 08/23/12 | CPY | 08/13/12-B&W BLOWBACK PDF | 641.25 |
| 08/23/12 | CPY | 08/14/12-B&W BLOWBACK PDF | 281.25 |
| 08/23/12 | CPY | 08/15/12-B&W BLOWBACK PDF | 931.50 |
| 08/23/12 | CPY | 08/15/12-B&W BLOWBACK PDF | 259.65 |
| 08/23/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/23/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/23/12 | CPY | 08/14/12-Duplicating charges | 1,099.20 |
| 08/23/12 | OVT | 08/06/12-overtime meals (G. King) | 19.57 |
| 08/23/12 | LEX | 08/20/12-Lexis research service | 297.39 |
| 08/23/12 | LEX | 08/21/12-Lexis research service | 505.14 |

**SIDLEY AUSTIN** LLP

Invoice Number:  32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/23/12 | WES | 08/21/12-Westlaw research service | 62.21 |
| 08/23/12 | CPY | 08/22/12-Duplicating Charges (Color) Time: 11:04:00 | 2.28 |
| 08/23/12 | TEL | 08/22/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 3.15 |
| 08/23/12 | CPY | 08/15/12-Duplicating charges | 146.40 |
| 08/23/12 | LEX | 08/20/12-Lexis research service | 49.99 |
| 08/23/12 | WES | 08/21/12-Westlaw research service | 2.70 |
| 08/23/12 | WES | 08/20/12-Westlaw research service | .98 |
| 08/23/12 | WES | 08/21/12-Westlaw research service | .98 |
| 08/23/12 | CPY | 08/14/12-COLOR BLOWBACK PDF | 3.42 |
| 08/23/12 | OVT | 08/15/12 - Taxi/Car Service - Taxi home (A. Propps) | 22.23 |
| 08/23/12 | WES | 08/20/12-Westlaw research service | 29.72 |
| 08/23/12 | WES | 08/21/12-Westlaw research service | 318.46 |
| 08/23/12 | GND | 07/12/12 - Parking - Gellman ex parte hearing (K. Roberts) | 18.00 |
| 08/23/12 | WES | 08/21/12-Westlaw research service | 137.70 |
| 08/23/12 | CPY | 08/22/12-Duplicating Charges (Color) Time: 16:22:00 | 14.82 |
| 08/23/12 | GND | 08/13/12-Elite Limo LGA (J. Steen) | 57.10 |
| 08/23/12 | CPY | 08/13/12-B&W BLOWBACK PDF | 192.30 |
| 08/23/12 | CPY | 08/15/12-B&W BLOWBACK PDF | 85.65 |
| 08/23/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/23/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/23/12 | CPY | Hand labor duplicating-weekday | 15.92 |
| 08/23/12 | CPY | 08/10/12-Duplicating charges | 61.60 |
| 08/23/12 | CPY | 08/13/12-Duplicating charges | 159.70 |
| 08/23/12 | CPY | 08/14/12-Duplicating charges | 80.60 |
| 08/23/12 | CPY | 08/14/12-Duplicating charges | 263.20 |
| 08/23/12 | CPY | 08/14/12-Duplicating charges | 84.90 |
| 08/23/12 | CPY | 08/15/12-Duplicating charges | 207.20 |
| 08/23/12 | WES | 08/21/12-Westlaw research service | 192.02 |
| 08/23/12 | CPY | 08/15/12-Duplicating charges | 99.10 |
| 08/23/12 | CPY | 08/15/12-Duplicating Charges (Color) | 104.88 |
| 08/23/12 | WES | 08/20/12-Westlaw research service | .97 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/23/12 | WES | 08/21/12-Westlaw research service | .97 |
| 08/24/12 | CPY | 08/15/12-Binding | 8.60 |
| 08/24/12 | CPY | 08/16/12-Duplicating Charges (Color) | 23.94 |
| 08/24/12 | TEL | 08/23/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.05 |
| 08/24/12 | TEL | 08/23/12-Telephone Call (Non-Local) To: 13126414872 Chicago, IL | 1.50 |
| 08/24/12 | TEL | 08/23/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.95 |
| 08/24/12 | CPY | 08/23/12-Duplicating charges Time: 14:38:00 | .20 |
| 08/24/12 | SRC | 07/31/12 - COURTALERT.COM, INC - 3291441207 - search services | 41.92 |
| 08/24/12 | CPY | 08/16/12-B&W BLOWBACK PDF | 175.65 |
| 08/24/12 | TRV | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Delaware to attend hearing: Amtrack (T. Ross) | 268.00 |
| 08/24/12 | TRV | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Delaware to attend hearing: (T. Ross) | 438.90 |
| 08/24/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Delaware to attend hearing (Snacks: T. Ross) | 4.00 |
| 08/24/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington - Travel to Delaware to attend hearing (Snacks: T. Ross) | 3.00 |
| 08/24/12 | GND | 08/16/12-08/17/12 Washington D.C. to Wilmington - Taxi to Union Station (T. Ross) | 23.00 |
| 08/24/12 | GND | 08/16/12-08/17/12 Washington D.C. to Wilmington - Taxi from train station to office site  in Delaware (T. Ross) | 10.00 |
| 08/24/12 | GND | 08/16/12-08/17/12 Washington D.C. to Wilmington - Taxi from Union Station to Residence (T. Ross) | 30.00 |
| 08/24/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington (Refreshments for 1: T. Ross) | 3.00 |
| 08/24/12 | MLO | 08/16/12-08/17/12 Washington D.C. to Wilmington - Dinner related to travel (Dinner for 1: T. Ross) | 15.21 |
| 08/24/12 | OVT | 08/22/12 - Taxi/Car Service - Overtime on 8/22 (J. Steen) | 55.00 |
| 08/24/12 | CPY | 08/22/12-Duplicating Charges (Color) Time: 21:37:00 | 5.70 |
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 11:53:00 | 6.27 |
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 12:17:00 | 5.13 |
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 12:27:00 | .57 |
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 12:50:00 | 5.13 |
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 12:49:00 | 6.27 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/24/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 12:16:00 | 6.27 |
| 08/25/12 | CPY | 08/24/12-Duplicating charges Time: 8:11:00 | .10 |
| 08/25/12 | CPY | 08/24/12-Duplicating charges Time: 8:39:00 | 14.00 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 13:03:00 | 10.26 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 15:23:00 | 10.83 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 11:29:00 | 4.56 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:03:00 | 10.26 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:06:00 | 6.84 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:07:00 | 6.84 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:04:00 | 10.26 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:06:00 | 17.10 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 14:05:00 | 16.53 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 7:57:00 | 6.84 |
| 08/25/12 | CPY | 08/24/12-Duplicating charges Time: 10:05:00 | 16.20 |
| 08/25/12 | CPY | 08/24/12-Duplicating charges Time: 10:19:00 | 15.50 |
| 08/25/12 | CPY | 08/21/12-Duplicating charges | 234.80 |
| 08/25/12 | CPY | 08/24/12-Duplicating charges Time: 9:19:00 | 3.20 |
| 08/25/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 20:36:00 | 11.40 |
| 08/25/12 | CPY | 08/23/12-Duplicating Charges (Color) Time: 19:47:00 | 3.42 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 16:12:00 | 10.26 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 16:35:00 | 3.42 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 16:34:00 | 3.42 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 16:35:00 | 3.42 |
| 08/25/12 | OVT | 08/15/12-overtime meals (A. Propps) | 17.94 |
| 08/25/12 | TEL | 08/24/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 2.25 |
| 08/25/12 | CPY | 08/21/12-B&W BLOWBACK TIFF | 1,765.98 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 9:34:00 | 6.84 |
| 08/25/12 | CPY | 08/24/12-Duplicating Charges (Color) Time: 9:49:00 | 7.98 |
| 08/27/12 | MSG | 7/18/12 - FIRST LEGAL NETWORK LLC - 166914 - LASC-LOS ANGELES | 39.25 |
| 08/27/12 | MSG | 7/13/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/27/12 | MSG | 7/16/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 322.65 |
| 08/27/12 | MSG | 7/18/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | MSG | 7/20/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | MSG | 7/23/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | MSG | 7/25/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | MSG | 7/27/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | MSG | 7/30/12 - FIRST LEGAL NETWORK LLC - 166914 - ACSC-OAKLAND / OFFICE | 134.50 |
| 08/27/12 | OVT | 07/13/12 - Taxi/Car Service - Overtime cab (K. Mills) | 8.00 |
| 08/27/12 | OVT | 07/13/12 - Dinner - Overtime dinner (K. Mills) | 12.25 |
| 08/27/12 | OVT | 07/14/12 - Lunch - Overtime lunch (K. Mills) | 9.95 |
| 08/27/12 | OVT | 07/16/12 - Taxi/Car Service - Overtime cab (K. MIlls) | 8.00 |
| 08/27/12 | OVT | 07/16/12 - Dinner - Overtime dinner (K. Mills) | 24.04 |
| 08/28/12 | CPY | 08/27/12-Duplicating charges Time: 16:12:00 | 1.00 |
| 08/28/12 | CPY | 08/27/12-Duplicating charges Time: 9:37:00 | 2.40 |
| 08/28/12 | TEL | 08/27/12-Telephone Call (Non-Local) To: 12124504019 New York, NY | 1.80 |
| 08/28/12 | LEX | 08/22/12-Lexis research service | 159.82 |
| 08/28/12 | LEX | 08/22/12-Lexis research service | 525.50 |
| 08/28/12 | LEX | 08/23/12-Lexis research service | 93.64 |
| 08/28/12 | LEX | 08/24/12-Lexis research service | 15.42 |
| 08/28/12 | LEX | 08/25/12-Lexis research service | 6.17 |
| 08/28/12 | LEX | 08/26/12-Lexis research service | 15.42 |
| 08/28/12 | TEL | 08/27/12-Telephone Call (Non-Local) To: 13122224707 Chicago, IL | 1.20 |
| 08/28/12 | TEL | 08/27/12-Telephone Call (Non-Local) To: 15166636681 Mineola, NY | 1.35 |
| 08/28/12 | LEX | 08/22/12-Lexis research service | 21.02 |
| 08/28/12 | LEX | 08/23/12-Lexis research service | 18.55 |
| 08/28/12 | LEX | 08/24/12-Lexis research service | 32.46 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/28/12 | LEX | 08/26/12-Lexis research service | 13.91 |
| 08/28/12 | DLV | 08/06/12- Federal Express Corporation- TR #798702286869 DEANE SHANANDERESQ. SHANANDER LAW GROUP 2772 ARTESIA BLVD. REDONDO BEACH, CA  90278 | 5.17 |
| 08/28/12 | LEX | 08/22/12-Lexis research service | 36.74 |
| 08/28/12 | LEX | 08/24/12-Lexis research service | 36.74 |
| 08/28/12 | LEX | 08/26/12-Lexis research service | 43.70 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time:  9:57:00 | 5.70 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 10:04:00 | 30.21 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 10:22:00 | 1.14 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time:  9:39:00 | 1.71 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 15:48:00 | 5.13 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 12:41:00 | 5.70 |
| 08/28/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 12:40:00 | 30.21 |
| 08/28/12 | LEX | 08/23/12-Lexis research service | 85.99 |
| 08/29/12 | TEL | 08/28/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.50 |
| 08/29/12 | CPY | 08/27/12-Duplicating Charges (Color) Time: 19:51:00 | 1.71 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | 219.42 |
| 08/29/12 | CPY | 07/18/12-Duplicating charges | 158.10 |
| 08/29/12 | CPY | 08/15/12-Duplicating charges | 3.10 |
| 08/29/12 | CPY | 07/19/12-Duplicating charges | 3.30 |
| 08/29/12 | CPY | 07/19/12-Duplicating charges | 1.90 |
| 08/29/12 | CPY | 07/19/12-Duplicating charges | 187.30 |
| 08/29/12 | CPY | 07/24/12-Duplicating charges | 6.20 |
| 08/29/12 | WES | 08/24/12-Westlaw research service | 9.80 |
| 08/29/12 | WES | 05/25/12-Westlaw research service | 21.56 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | 4.86 |
| 08/29/12 | WES | 08/23/12-Westlaw research service | 10.69 |
| 08/29/12 | AIR | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (C. Kline) | 608.32 |
| 08/29/12 | GND | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (C. Kline) | 8.88 |

**SIDLEY AUSTIN** LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/29/12 | MLO | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (Breakfast for 1: C. Kline) | 4.00 |
| 08/29/12 | MLO | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (Dinner for 1: C. Kline) | 12.60 |
| 08/29/12 | GND | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (C. Kline) | 43.00 |
| 08/29/12 | GND | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (C. Kline) | 43.81 |
| 08/29/12 | GND | 08/10/12-08/13/12 Chicago to New York - Travel to New York for Kurtz deposition (C. Kline) | 40.92 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 9:49:00 | 13.11 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 11:40:00 | 3.99 |
| 08/29/12 | TEL | 07/25/12-Telephone Charges Conference Call Customer: PJL5249 JAMES LANGDON | 5.09 |
| 08/29/12 | TEL | 07/12/12-Telephone Charges Conference Call Customer: PJL6817 JAMES LANGDON | 16.09 |
| 08/29/12 | TEL | 07/13/12-Telephone Charges Conference Call Customer: PJL8602 JAMES LANGDON | 2.28 |
| 08/29/12 | TEL | 07/06/12-Telephone Charges Conference Call Customer: PJL4713 JAMES LANGDON | 3.51 |
| 08/29/12 | TEL | 07/12/12-Telephone Charges Conference Call Customer: PJL1703 JAMES LANGDON | 1.20 |
| 08/29/12 | TEL | 07/24/12-Telephone Charges Conference Call Customer: PKL1550 ATTORNEY KEVIN LANTRY | 3.41 |
| 08/29/12 | TEL | 08/28/12-Telephone Call (Non-Local) To: 12125061717 | 2.25 |
| 08/29/12 | TEL | 08/28/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.20 |
| 08/29/12 | TEL | 08/28/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 2.40 |
| 08/29/12 | TEL | 07/25/12-Telephone Charges Conference Call Customer: ZJL8286 JONATHAN LOTSOFF | 1.36 |
| 08/29/12 | TEL | 07/10/12-Telephone Charges Conference Call Customer: ZJL8559 JONATHAN LOTSOFF | .71 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | .98 |
| 08/29/12 | WES | 08/23/12-Westlaw research service | .98 |
| 08/29/12 | WES | 08/24/12-Westlaw research service | .98 |
| 08/29/12 | WES | 08/25/12-Westlaw research service | 4.25 |

**SIDLEY AUSTIN LLP**

Invoice Number:  32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/29/12 | WES | 08/26/12-Westlaw research service | .98 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 16:19:00 | 7.41 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 17:36:00 | 9.69 |
| 08/29/12 | TEL | 07/25/12-Telephone Charges Conference Call Customer: AKM4099 KERRIANN MILLS | 2.39 |
| 08/29/12 | TEL | 07/18/12-Telephone Charges Conference Call Customer: AKM8410 KERRIANN MILLS | .05 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | 35.60 |
| 08/29/12 | WES | 08/24/12-Westlaw research service | 157.43 |
| 08/29/12 | WES | 08/25/12-Westlaw research service | 236.16 |
| 08/29/12 | WES | 08/26/12-Westlaw research service | 102.88 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | 89.75 |
| 08/29/12 | WES | 08/24/12-Westlaw research service | 290.44 |
| 08/29/12 | WES | 08/25/12-Westlaw research service | 4.86 |
| 08/29/12 | WES | 05/28/12-Westlaw research service | 98.16 |
| 08/29/12 | WES | 05/25/12-Westlaw research service | 22.68 |
| 08/29/12 | WES | 05/27/12-Westlaw research service | 57.42 |
| 08/29/12 | TEL | 07/23/12-Telephone Charges Conference Call Customer: BJR2664 JED ROSENKRANTZ | 11.10 |
| 08/29/12 | TEL | 07/02/12-Telephone Charges Conference Call Customer: BJR1743 JED ROSENKRANTZ | 1.65 |
| 08/29/12 | TEL | 07/30/12-Telephone Charges Conference Call Customer: BJR2585 JED ROSENKRANTZ | 2.84 |
| 08/29/12 | TEL | 07/09/12-Telephone Charges Conference Call Customer: BJR7105 JED ROSENKRANTZ | 1.65 |
| 08/29/12 | TEL | 07/16/12-Telephone Charges Conference Call Customer: BJR6418 JED ROSENKRANTZ | 3.29 |
| 08/29/12 | CPY | 06/19/12-Duplicating charges | 14.50 |
| 08/29/12 | TEL | 08/28/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 2.25 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 10:34:00 | 3.99 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 12:48:00 | 5.70 |
| 08/29/12 | CPY | 08/28/12-Duplicating Charges (Color) Time: 12:50:00 | 5.13 |
| 08/29/12 | WES | 05/25/12-Westlaw research service | 762.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/29/12 | WES | 08/25/12-Westlaw research service | 299.00 |
| 08/29/12 | WES | 05/25/12-Westlaw research service | .97 |
| 08/29/12 | WES | 05/26/12-Westlaw research service | .97 |
| 08/29/12 | WES | 05/27/12-Westlaw research service | .97 |
| 08/29/12 | WES | 05/28/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/22/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/23/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/24/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/25/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/26/12-Westlaw research service | .97 |
| 08/29/12 | WES | 08/23/12-Westlaw research service | 510.19 |
| 08/30/12 | PRD | 08/23/12-Word Processing | 12.50 |
| 08/30/12 | PRD | 08/23/12-Word Processing | 37.50 |
| 08/30/12 | LEX | 08/27/12-Lexis research service | 180.84 |
| 08/30/12 | LEX | 08/28/12-Lexis research service | 406.99 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 10:44:00 | 2.28 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 16:31:00 | 15.39 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 16:24:00 | 14.82 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 8:44:00 | 3.99 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 16:39:00 | .57 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 16:33:00 | 15.96 |
| 08/30/12 | TEL | 08/29/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.50 |
| 08/30/12 | LEX | 08/27/12-Lexis research service | 20.95 |
| 08/30/12 | CPY | 08/29/12-Duplicating charges Time: 10:52:00 | .30 |
| 08/30/12 | LEX | 08/27/12-Lexis research service | 87.29 |
| 08/30/12 | AIR | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (J. Steen) | 607.80 |
| 08/30/12 | MLO | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (Dinner for 2: J. Steen and C. Kline) | 75.57 |
| 08/30/12 | GND | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (J. Steen) | 93.60 |

**SIDLEY AUSTIN** LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/30/12 | GND | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (J. Steen) | 55.00 |
| 08/30/12 | GND | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (J. Steen) | 66.00 |
| 08/30/12 | TRV | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings (J. Steen) | 438.90 |
| 08/30/12 | AIR | 07/26/12-08/24/12 Chicago to Chicago - Trip to Wilmington, Delaware for bankruptcy stay hearing and preparation meetings | 328.80 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 13:48:00 | 2.28 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 17:33:00 | 10.26 |
| 08/30/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 11:00:00 | .57 |
| 08/30/12 | LIT | 08/20/12-E-Discovery Services .50 Hour @ $125.00 Junior Technical Time | 62.50 |
| 08/30/12 | AIR | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing (P. Wackerly) | 310.68 |
| 08/30/12 | AIR | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing (P. Wackerly) | 571.60 |
| 08/30/12 | MLO | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing  (Dinner for 1: P. Wackerly) | 19.82 |
| 08/30/12 | GND | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing  (P. Wackerly) | 60.00 |
| 08/30/12 | GND | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing  (P. Wackerly) | 75.00 |
| 08/30/12 | MLO | 08/16/12-08/17/12 Chicago to Philadelphia (Snacks/Refreshments for 1: P. Wackerly) | 9.00 |
| 08/30/12 | TRV | 08/16/12-08/17/12 Chicago to Philadelphia - Hearing  (P. Wackerly) | 438.90 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 9:02:00 | 16.53 |
| 08/31/12 | TEL | 08/30/12-Telephone Call (Non-Local) To: 18182162033 Van Nuys, CA | 2.25 |
| 08/31/12 | TEL | 08/31/12-Telephone Call (Non-Local) To: 12122094829 New York, NY | 1.20 |
| 08/31/12 | WES | 08/29/12-Westlaw research service | 748.97 |
| 08/31/12 | WES | 08/30/12-Westlaw research service | 323.36 |
| 08/31/12 | CPY | 08/31/12-Duplicating charges Time: 16:33:00 | 33.30 |
| 08/31/12 | CPY | 08/31/12-Duplication charges Time: 17:09:00 | .30 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 134.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 147.90 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 134.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 134.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 134.50 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 134.50 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 14:10:00 | .57 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 14:09:00 | .57 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 14:10:00 | .57 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 18:55:00 | 1.14 |
| 08/31/12 | LEX | 08/29/12-Lexis research service | 382.95 |
| 08/31/12 | LEX | 08/30/12-Lexis research service | 363.62 |
| 08/31/12 | LEX | 08/31/12-Lexis research service | 173.51 |
| 08/31/12 | WES | 08/31/12-Westlaw research service | 15.55 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 18:29:00 | 3.99 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672042 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 34.56 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672112 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 33.06 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672101 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 30.06 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672053 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 24.05 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672031 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 24.05 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672178 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 54.51 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672189 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 49.59 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672086 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 49.59 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672123 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 48.12 |

**SIDLEY AUSTIN** LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672190 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 47.06 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672097 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 40.58 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672064 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 40.58 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672075 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 39.08 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672020 PAULINE Z RATKOWIAK COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 37.58 |
| 08/31/12 | CPY | 08/29/12-Duplicating Charges (Color) Time: 20:14:00 | 17.67 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 12:56:00 | 1.71 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 10:22:00 | 17.67 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 12:36:00 | 1.14 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 9:15:00 | 1.71 |
| 08/31/12 | DLV | 08/14/12- Federal Express Corporation- TR #536764086765 PATRICK REILLEY COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVENUE WILMINGTON, DE 19801 | 8.81 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #489372672204 PATRICK REILLEY COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVE WILMINGTON, DE 19801 | 52.31 |
| 08/31/12 | PRD | 08/31/12-Word Processing | 25.00 |
| 08/31/12 | PRD | 08/31/12-Word Processing | 12.50 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 13:43:00 | 1.14 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 17:33:00 | 1.14 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 9:53:00 | 1.14 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 128.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 137.25 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 39.25 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 10:27:00 | 1.71 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 08/31/12 | MSG | 08/22/12-US Messenger-1438.082212 Tribune Company 435 N Michigan Ave Chicago, Il 60611-4066 | 5.25 |
| 08/31/12 | TEL | 08/30/12-Telephone Call (Non-Local) To: 13122223207 Chicago, IL | 1.50 |
| 08/31/12 | TEL | 08/31/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.20 |
| 08/31/12 | TEL | 08/31/12-Telephone Call (Non-Local) To: 13026512001 Wilmington, DE | 1.65 |
| 08/31/12 | TEL | 08/31/12-Telephone Call (Non-Local) To: 15037785326 Portland, OR | 1.05 |
| 08/31/12 | WES | 08/29/12-Westlaw research service | .98 |
| 08/31/12 | WES | 08/30/12-Westlaw research service | .98 |
| 08/31/12 | WES | 08/31/12-Westlaw research service | .98 |
| 08/31/12 | PRD | 08/26/12-Word Processing | 12.50 |
| 08/31/12 | PRD | 08/27/12-Word Processing | 162.50 |
| 08/31/12 | CPY | 08/27/12-B&W BLOWBACK PDF | 4.20 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 15:38:00 | .57 |
| 08/31/12 | WES | 08/29/12-Westlaw research service | 4.90 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 17.25 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 160.75 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 101.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 101.50 |
| 08/31/12 | MSG | 8/1-15/12 - FIRST LEGAL NETWORK LLC - 168978 - Messenger Service | 101.50 |
| 08/31/12 | WES | 08/31/12-Westlaw research service | 11.99 |
| 08/31/12 | LEX | 08/29/12-Lexis research service | 135.32 |
| 08/31/12 | LEX | 08/30/12-Lexis research service | 43.70 |
| 08/31/12 | LEX | 08/31/12-Lexis research service | 217.14 |
| 08/31/12 | LIT | 08/31/12 - August SFT Billings | 180.00 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #798754603459 PATRICK REILLEY COLE SCHOTZ MEISEL FORMAN & LE 500 DELAWARE AVENUE WILMINGTON, DE 19801 | 11.66 |
| 08/31/12 | LEX | 08/30/12-Lexis research service | 84.75 |
| 08/31/12 | CPY | 08/23/12-Binding | 77.40 |
| 08/31/12 | CPY | Hand labor duplicating-weekday | 206.90 |
| 08/31/12 | CPY | 08/23/12-Duplicating charges | 1,075.50 |
| 08/31/12 | CPY | 08/22/12-B&W BLOWBACK PDF | 123.90 |

SIDLEY AUSTIN LLP

Invoice Number: 32052001
Tribune Company

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/31/12 | CPY | 08/22/12-B&W BLOWBACK PDF | 172.20 |
| 08/31/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/31/12 | CPY | Hand labor duplicating-weekday | 7.96 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 17:25:00 | 7.98 |
| 08/31/12 | CPY | 08/30/12-Duplicating Charges (Color) Time: 9:32:00 | 17.67 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 12:35:00 | 1.14 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 9:10:00 | 10.26 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 17:06:00 | 3.99 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 17:04:00 | 5.13 |
| 08/31/12 | CPY | 08/31/12-Duplicating Charges (Color) Time: 14:50:00 | 1.14 |
| 08/31/12 | DLV | 08/16/12- Federal Express Corporation- TR #536764087625 GEOFF KING C/O J KATE STICKLES COLE SCHOTZ MEISEL FORMAN LEON 500 DELAWARE AVENUE WILMINGTON, DE  19801 | 81.02 |
| 08/31/12 | LEX | 08/29/12-Lexis research service | 48.51 |
| 08/31/12 | LEX | 08/30/12-Lexis research service | 4.63 |
| 08/31/12 | LEX | 08/31/12-Lexis research service | 547.24 |
| 08/31/12 | LEX | 08/31/12-Lexis research service | 9.25 |
| 08/31/12 | WES | 08/29/12-Westlaw research service | 282.40 |
| 08/31/12 | WES | 08/30/12-Westlaw research service | 70.70 |
| 08/31/12 | WES | 08/31/12-Westlaw research service | 132.27 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #536764087100 PATRICK REILLEY COLE SCHOTZ 500 DELAWARE AVENUE WILMINGTON, DE 19801 | 35.86 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #536764087110 PATRICK REILLEY COLE SCHOTZ 500 DELAWARE AVENUE WILMINGTON, DE 19801 | 35.86 |
| 08/31/12 | DLV | 08/15/12- Federal Express Corporation- TR #536764087121 PATRICK REILLEY COLE SCHOTZ 500 DELAWARE AVENUE WILMINGTON, DE 19801 | 35.86 |
| 08/31/12 | WES | 08/29/12-Westlaw research service | .97 |
| 08/31/12 | WES | 08/30/12-Westlaw research service | .97 |
| 08/31/12 | WES | 08/31/12-Westlaw research service | .97 |

**Total Expenses**   **$135,833.15**



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | PALO ALTO |
| DALLAS | SAN FRANCISCO |
| FRANKFURT | SHANGHAI |
| GENEVA | SINGAPORE |
| HONG KONG | SYDNEY |
| HOUSTON | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 28, 2012

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 32052002
Client Matter 90795-30570

For professional services rendered and expenses incurred through
August 31, 2012 re Creditor Communications

Fees                                                                                $830.00

**Total Due This Bill**                                                    **$830.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number:  32052002
Tribune Company

RE: Creditor Communications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/12 | MT Gustafson | Monitor Tribune hotline to answer questions of creditors/equity holders (.1) | .10 |
| 08/06/12 | BH Myrick | Emails w/ M. Gustafson re: Tribune hotline | .20 |
| 08/13/12 | BH Myrick | T/c w/ creditor re: unclaimed check (.2); review same (.4); several emails w/ Alvarez and creditor re: same (.2). | .80 |
| 08/15/12 | JK Ludwig | Telephone call with creditor re: status of case (0.1) | .10 |
| 08/17/12 | MT Gustafson | Telephone call with next of kin of claim holder re: claim and current status of bankruptcy (.3); E-mail to J. Ehrenhofer re: noting response to Retiree Omnibus Objection (.1) | .40 |
| 08/24/12 | MT Gustafson | Review hotline calls re: creditor concerns/questions (.1) | .10 |
| | | **Total Hours** | **1.70** |

**SIDLEY AUSTIN** LLP

Invoice Number:  32052002
Tribune Company

RE: Creditor Communications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| JK Ludwig | .10 | $600.00 | $60.00 |
| BH Myrick | 1.00 | 500.00 | 500.00 |
| MT Gustafson | .60 | 450.00 | 270.00 |
| **Total Hours and Fees** | **1.70** | | **$830.00** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN** LLP | BEIJING | LOS ANGELES |
| ONE SOUTH DEARBORN | BRUSSELS | NEW YORK |
| CHICAGO, IL 60603 | CHICAGO | PALO ALTO |
| (312) 853 7000 | DALLAS | SAN FRANCISCO |
| (312) 853 7036 FAX | FRANKFURT | SHANGHAI |
| | GENEVA | SINGAPORE |
| | HONG KONG | SYDNEY |
| | HOUSTON | TOKYO |
| | LONDON | WASHINGTON, DC |

FOUNDED 1866

FEDERAL ID 36-4474078

September 28, 2012

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 32052003
Client Matter 90795-30590

For professional services rendered and expenses incurred through
August 31, 2012 re Employee Matters

Fees                                                                          $27,343.50

**Total Due This Bill**                                         **$27,343.50**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                                     Sidley Austin LLP
P.O. Box 0642                                          JP Morgan Chase Bank, NA
Chicago, Illinois  60690                          Account Number:  5519624
                                                              ABA Number:  071000013
                                                              Swift Code:  CHASUS33XXX

Due and Payable Upon Receipt

**SIDLEY AUSTIN** LLP

Invoice Number: 32052003
Tribune Company

RE: Employee Matters

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/12 | MC Fischer | {Gellman v. L.A. Times} Analyze fact investigation strategy (.2); analyze settlement (.2); review pleading strategy (.1) | .50 |
| 08/01/12 | KT Lantry | Telephone call with J. Lotsoff re: MIP | .20 |
| 08/01/12 | JD Lotsoff | Telephone call with K. Lantry re: MIP Trust Agreement (.10) | .10 |
| 08/01/12 | KA Roberts | {Gellman v. LA TImes} Confer w/ supervising partner re: case strategy (0.5); Review discovery (.5);  draft meet/confer letter to plaintiff's counsel (.5) | 1.50 |
| 08/02/12 | MC Fischer | {Gellman v. L.A. Times} Respond to email from Plaintiff's Counsel (.1); review draft answer (.1); analyze pleading strategy (.2); | .40 |
| 08/02/12 | JD Lotsoff | Revise MIP trust agreements (.50); e-mail to D. Eldersveld re: same (.10); telephone call with D. Eldersveld re: same (.20) | .80 |
| 08/02/12 | KA Roberts | {Gellman v. LA TImes} Draft discovery responses (0.4); Draft answer to complaint (1.0); revise same (.4) | 1.80 |
| 08/03/12 | FS Lam | {Gellman v. L.A. Times} Research and analyze statute of limitations issue for demurrer. | 1.00 |
| 08/04/12 | FS Lam | (Gellman v. L.A. Times) Research statute of limitations (1.1); analyze same (.4) | 1.50 |
| 08/06/12 | MC Fischer | {Gellman v. L.A. Times} Analyze written discovery and meet/confer matters | .30 |
| 08/06/12 | FS Lam | (Gellman v. L.A. Times) Draft Scott Pompe's Demurrer to Plaintiff's SAC (2.6); edit same (.4) | 3.00 |
| 08/06/12 | FS Lam | (Gellman v. L.A. Times) Research statute of limitations issue for demurrer and motion for judgment on the pleadings (1.5); analyze same (.5) | 2.00 |
| 08/06/12 | KT Lantry | Communications with J. Osick re: employee matter | .20 |
| 08/06/12 | KA Roberts | {Gellman v. LA TImes} Finalize answer to complaint (0.2); email to/from client re: same (0.2). | .40 |
| 08/07/12 | MC Fischer | {Gellman v. L.A. Times} Analyze deposition, former employer subpoena, and written discovery meet/confer strategy (.3) | .30 |
| 08/07/12 | EM Huber | Conduct research to locate contact information on former employee | .80 |
| 08/07/12 | FS Lam | (Gellman v. LA Times) Draft S. Pompe's Demurrer to Plaintiff's Second Amended Complaint (1.7); revise same (.3) | 2.00 |
| 08/07/12 | KA Roberts | {Gellman v. LA TImes} Draft email to client re: discovery | 6.50 |

SIDLEY AUSTIN LLP

Invoice Number: 32052003
Tribune Company

RE: Employee Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | (0.4); draft email to plaintiff's counsel re: same (0.3); review discovery requests (0.7); draft discovery responses (5.1) | |
| 08/08/12 | JD Lotsoff | Finalize MIP trust agreements (.10); e-mails with D. Eldersveld and to S. Florsheim and J. Ben re: same (.20); e-mails to J. Ducayet re: confirmation hearing (.20) review materials re: same (.20) | .70 |
| 08/08/12 | KA Roberts | {Gellman v. LA TImes} Draft discovery responses (2.8). | 2.80 |
| 08/09/12 | MC Fischer | {Gellman v. L.A. Times} Review responses to requests for production of documents (.3); revise same (.1); revise demurrer (.3) | .70 |
| 08/09/12 | FS Lam | (Gellman v. L.A. Times) Draft S. Pompe's Demurrer to Plaintiff's SAC (.4); revise same (.1) | .50 |
| 08/09/12 | KT Lantry | Telephone call with J. Osick re: potential terminations | .40 |
| 08/09/12 | KA Roberts | {Gellman v. LA TImes} Call to client re: discovery (0.6); draft discovery responses (.9); revise same (.3) | 1.80 |
| 08/10/12 | MC Fischer | {Gellman v. L.A. Times} Revise demurrer for S. Pompe (.4); analyze fact investigation re: third party witnesses (.4) | .80 |
| 08/10/12 | FS Lam | (Gellman v. LA Times) Prepare S. Pompe's Demurrer, Statement of Demurrer, Notice of Demurrer, Proposed Order Sustaining Demurrer (1.9); prepare Motion for Judgment on the Pleadings, Notice of Motion for Judgment on the Pleadings (2.0); and prepare Proposed Order Granting Motion for Judgment on the pleadings (1.1) | 5.00 |
| 08/10/12 | KT Lantry | Communications with J. Lotsoff re: terms of possible terminations | .30 |
| 08/10/12 | JD Lotsoff | Telephone call with J. Osick re: consulting agreements (.30); communications to K. Lantry re: same (.10) | .40 |
| 08/10/12 | KA Roberts | {Gellman v. LA TImes} Confer re: upcoming court filings (0.3); Prepare discovery (0.7). | 1.00 |
| 08/13/12 | KT Lantry | Telephone calls with J. Lotsoff and J. Osick re: separation arrangements | .30 |
| 08/13/12 | JD Lotsoff | Review materials from J. Osick re: consulting agreements (.20); telephone call with K. Lantry re: same (.20) | .40 |
| 08/13/12 | KA Roberts | {Gellman v. LA TImes} Call to court clerk re: scheduling and motions. | .40 |
| 08/13/12 | KA Roberts | {Gellman v. LA TImes} Draft discovery responses. | 1.50 |
| 08/16/12 | MC Fischer | Review client documents in preparation for conf. call w/ A. Foran re: FMLA issues (.4); attend conf. call w/ A. Foran and G. Malcolm re: FMLA issues (1.0) | 1.40 |

SIDLEY AUSTIN LLP

Invoice Number:  32052003
Tribune Company

RE: Employee Matters

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/16/12 | MC Fischer | Review subpoena (.2); analyze subpoena response strategy (.2) | .40 |
| 08/17/12 | MC Fischer | Respond to emails from A. Foran re: FMLA issues | .20 |
| 08/27/12 | MC Fischer | {Gellman v. L.A. Times} Review motions to quash (.2); analyze written discovery response strategy (.3) | .50 |
| 08/27/12 | KA Roberts | {Gellman v. LA TImes} Revise discovery responses. | .50 |
| 08/29/12 | MC Fischer | {Gellman v. L.A. Times} Analzye motion to quash | .50 |
| 08/29/12 | KA Roberts | {Gellman v. LA TImes} Draft discovery response (0.8); legal research re: same (0.4); analyze research (.5); respond to plaintiff's counsel email re: motion to quash (.5). | 2.20 |
| 08/30/12 | MC Fischer | {Gellman v. L.A. Times} TC w/ A. Foran re: mediation and subpoena | .30 |
| 08/30/12 | KA Roberts | {Gellman v. LA TImes} Draft responses to three sets of RFPs (1.7); draft four sets of employment form interrogatories (1.9) | 3.60 |
| 08/31/12 | KA Roberts | {Gellman v. LA TImes} Revise and finalize objections and responses to RFPs (LAT Communications, LAT Newspapers, Tribune) (1.7); revise Employment form interrogatories (LAT Communications, LAT Newspapers, Tribune, Pompe) (1.5) ; prepare document production (.9) | 4.10 |

|  |  | **Total Hours** | **54.00** |

**SIDLEY AUSTIN** LLP

Invoice Number: 32052003
Tribune Company

RE: Employee Matters

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| KT Lantry | 1.40 | $950.00 | $1,330.00 |
| JD Lotsoff | 2.40 | 725.00 | 1,740.00 |
| MC Fischer | 6.30 | 675.00 | 4,252.50 |
| KA Roberts | 28.10 | 520.00 | 14,612.00 |
| FS Lam | 15.00 | 355.00 | 5,325.00 |
| EM Huber | .80 | 105.00 | 84.00 |
| **Total Hours and Fees** | **54.00** | | **$27,343.50** |



**SIDLEY AUSTIN** LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | |
|---|---|
| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | PALO ALTO |
| DALLAS | SAN FRANCISCO |
| FRANKFURT | SHANGHAI |
| GENEVA | SINGAPORE |
| HONG KONG | SYDNEY |
| HOUSTON | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 28, 2012

Tribune Company/D.C.
435 N. Michigan Avenue
Chicago, IL  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 32052005
BNSF Reference # 0000000952
Client Matter 16379-20050

For professional services rendered and expenses incurred through
August 31, 2012 re Newspaper Crossownership

Fees                                                                                                      $825.00

**Total Due This Bill**                                                                       **$825.00**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  32052005
Tribune Company/D.C.

RE: Newspaper Crossownership

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/31/12 | MD Schneider | Correspondence with S. Sheehan on inquiries on filings (0.40); response to inquiries on proceeding status (0.70) | 1.10 |
| | | **Total Hours** | **1.10** |

**SIDLEY AUSTIN LLP**

Invoice Number:  32052005
Tribune Company/D.C.

RE: Newspaper Crossownership

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| MD Schneider | 1.10 | $750.00 | $825.00 |
| **Total Hours and Fees** | **1.10** | | **$825.00** |