PABLO ALVAREZ, Creditor (an employee)

3409 Hollydale Drive

Los Angeles, CA 90039

(323) 662-1910

# IN THE UNITED STATES DISTRICT COURT BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

Tribune Company; et al.

    Debtors.

Case No. 08-13141 (KJC)

**RESPONSE OF PABLO ALVAREZ TO OMNIBUS OBJECTION NO. 60, EXHIBIT A, ITEM NO. 1**

Hearing Date: November 7, 2012
Time: 1:00 p.m.

TO: THE HONORABLE KEVIN J. CAREY, AND TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:

    COMES NOW Pablo Alvarez, a creditor and an employee of debtor, KTLA, Inc., responding to the Disputed Claims defined as the Sixtieth Omnibus Objecion and in particular, Objection No. 60, Exhibit A, Item No. 1, as follows: attached herewith as Exhibit No. 1 is a true photocopy of a "Voluntary Resignation Agreement" entered into on or about March 25, 2008 between the debtor and this creditor/employee, confirming a continuation of salary, consisting of bi-weekly payments of $2,244.85 less applicable

1 deductions and taxes on payroll for 52 weeks or one (1) year, covering a period from
2 March 29, 2008 through March 27, 2009.  Of the stated period, I only received payment
3 until November 23, 2008 (see Exhibit No. 2, a true copy of a payment printout from
4 Tribune, dated December 18, 2008), **owing me $21,325.90; this represents non-**
5 **payment from November 24, 2008 through March 27, 2009.** The stated sum
6 represents **salary** owed to me that I have not received.
7     In addition, this has **adversely effected my social security benefits** as I could
8 have had higher income and obtained higher retirement benefits. Had I known that I
9 was not going to receive the salary provided in Exhibit 1, then I would have continued to
10 work a few more months to ensure better social security benefits.
11     I declare under penalty of perjury that the foregoing is true and correct to the
12 Best of my knowledge, entered into in Los Angeles, California, on October 11, 20012.
13 ///
14 Dated: October 11, 2012

16     Respectfully submitted by,

18     *[signature]*
19     **PABLO ALVAREZ**, creditor/unpaid
20     employee

CREDITOR, PABLO ALVAREZ' RESPONSE TO DISPUTED CLAIM

Page Two (2)