# TRIBUNE
HR8PRD

Home | Add to Favorites | Sign out

New Window |

## View Pay Statement
**Pablo Alvarez**

Hide

**Company:**
KTLA-TV

**Address:**
5800 Sunset Blvd.
Los Angeles, CA 90028

## TRIBUNE

**Net Pay:** $0.00
**Pay Begin Date:** 11/24/2008
**Pay End Date:** 12/07/2008
**Check Date:** 12/12/2008

**Go To:** View a Different Pay Statement
Return to Self Service

### General

| | | | |
|---|---|---|---|
| **Name:** | Pablo Alvarez | **Business Unit:** | 220TR |
| **Employee ID:** | 018067 | **Pay Group:** | 220-B Cycle Lag Mon-Sun |
| **Address:** | 3409 Hollydale Drive | **Department:** | 2207081300 - Building Operatio |
| | Los Angeles, CA 90039 | **Location:** | KTLA-TV - Hollywood, CA |
| | | **Job Title:** | Carpenter/Maintenance |
| | | **Pay Rate:** | $58,365.63    Annual |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 2 | **CA Allowances:** | 0 |
| **Fed Addl Percent:** | 0.000 | **CA Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 5.28 | 0.00 | 0.00 | 0.00 |
| YTD | 59,431.60 | 54,362.42 | 12,366.35 | 6,030.62 | 41,034.63 |

### Earnings

| Description | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Merit lump sum | | | | | 39,733.49 |
| Regular | | | | 360.00 | 10,101.74 |
| Salaried/Excptn H Vacation Pay | | | | 80.00 | 2,244.83 |
| Vacation at Separation | | | | 221.99 | 6,229.13 |
| Salaried/Excptn Hrly Sick Pay | | | | 8.00 | 224.48 |
| Salaried/Excep.Hrly Holiday | | | | 32.00 | 897.93 |

**Total:**    59,431.60