**DECLARATION OF SERVICE BY MAIL**

1. I, the undersigned, declare as follows:

2. That I am a resident of the County of Los Angeles. I am over the age of eighteen (18) and not a party to the within action. My business address is 3580 Wilshire Blvd., Suite 1780, Los Angeles, California 90010.

3. On <u>October 11, 2012</u> I served the foregoing document described as: <u>RESPONSE OF PALBO ALVAREZ TO OMINBUS OBJECTION NO. 60, EXHIBIT A, ITEM NO.</u>

in said action on <u>Attorney for Debtors & Debtors in Possession</u>

by placing the ____ original _X_ a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:   Sidley Austin, LLP, James F, Conlan, One South Dearborn Street

Chicago, IL 60603 (Attorneys for Debtors & Debtors in Possession)

Cole, Schotz, Meisel, Forman & Leonard, Norman K. Pernick

500 Delaware Avenue, Suite 1410

Wilmington, Delaware 19801(Attorneys for Debtors & Debtors in Possession)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in this declaration.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on <u>October 11, 2012</u>, in Los Angeles, California.

DECLARANT: Adolfo B. Garber

DECLARATION OF PROOF OF SERVICE