# EXHIBIT 1

## WTVJ-TV Schedule Information

Tribune Company, et al.

Exhibit 1 - Amendment to Second Notice of Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM/ SCHEDULE | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | NBC SUBSIDIARY WTVJ-TV LP<br>NBC UNIVERSAL CFS - BANK OF AMERICA<br>NBC UNIVERSAL LOCKBOX 402971<br>ATLANTA, GA 30384-2971 | 08-13148 | Channel 39, Inc. | 04/10/2009 | 148000980 | $229,000.00 |
| | | | | | TOTAL | $229,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1