## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re:   TRIBUNE COMPANY, | ) ) ) ) ) ) | Case No. 08-13141-KJC |
| Debtor | | Chapter 11 |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 (DOC. #1209)

TO: CLERK OF THE BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that the undersigned previously filed a Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 2002 (Doc. #1209) as one of the counsel for Hilda L. Solis, Secretary of Labor, United States Department of Labor in this case, and now hereby withdraws her appearance and requests that she be removed from the mailing matrix and all service and distribution lists in this proceeding.

Dated: October 16, 2012			Respectfully submitted,

**M. PATRICIA SMITH**
Solicitor of Labor

**JANET M. GRANEY**
Acting Regional Solicitor

/s/ Christine Z. Heri
**CHRISTINE Z. HERI**
Counsel for ERISA

**P.O. ADDRESS:**
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn Street, Suite 844
Chicago, Illinois 60604			Attorneys for **HILDA L. SOLIS,**
Telephone: (312) 353-7836			Secretary of Labor, United States
Facsimile:  (312) 353-5698			Department of Labor