# EXHIBIT A

# FEE SUMMARY

## SUMMARY OF PROFESSIONAL FEES
### FROM JUNE 1, 2012 THROUGH AUGUST 31, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $725.00 | 25.60 | $18,560.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 2.90 | $1,885.00 |
| Mark Lies | Partner<br>Labor & Employment<br>Admitted 1974 | $640.00 | 25.30 | $16,192.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $605.00 | 29.50 | $17,847.50 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $595.00 | 1.90 | $1,130.50 |
| John Collins | Partner<br>Labor & Employment<br>Admitted 1980 | $580.00 | 8.60 | $4,988.00 |
| Noah Finkel | Partner<br>Labor & Employment<br>Admitted 1994 | $575.00 | 33.40 | $19,205.00 |
| Ronald Kramer | Partner<br>Labor & Employment<br>Admitted 1992 | $565.00 | .30 | $169.50 |
| Todd Hunt | Sr. Counsel<br>Litigation<br>Admitted 1994 | $560.00 | 1.90 | $1,064.00 |
| Timothy Hix | Partner<br>Labor & Employment<br>Admitted 1996 | $520.00 | 3.10 | $1,612.00 |
| Debbie Caplan | Sr. Counsel<br>Labor & Employment<br>Admitted 1997 | $475.00 | 1.10 | $522.50 |
| Molly Eastman | Partner<br>Labor & Employment<br>Admitted | $455.00 | .50 | $227.50 |
| James Sowka | Associate<br>Bankruptcy<br>Admitted 2004 | $440.00 | 1.40 | $616.00 |
| Matthew Graffigna | Associate | $420.00 | .90 | $378.00 |

| | | | | |
|---|---|---|---|---|
| | Labor & Employment Admitted 1996 | | | |
| Max Sank | Associate Labor & Employment Admitted 2000 | $410.00 | 3.90 | $1,599.00 |
| Natascha Riesco | Associate Labor & Employment Admitted 2007 | $400.00 | 76.60 | $29,874.00 |
| Kyle Petersen | Associate Labor & Employment Admitted 2001 | $385.00 | 99.70 | $38,384.50 |
| Alexis Hawley | Associate Labor & Employment Admitted 2009 | $335.00 | 1.00 | $335.00 |
| Isabel Lazar | Associate Labor & Employment Admitted 2009 | $335.00 | 5.60 | $1,876.00 |
| Andrew Connor | Paralegal Bankruptcy N/A | $310.00 | 18.50 | $5,735.00 |
| Jennifer McManus | Paralegal Bankruptcy N/A | $290.00 | 25.60 | $7,424.00 |
| Aileen Tien | LitDisc Analyst | $230.00 | 9.70 | $2,231.00 |
| Darrell Grant | Litigation Support | $230.00 | 5.00 | $1,150.00 |
| Kerri McDonald | Case Assistant Labor & Employment N/A | $110.00 | 16.30 | $1,793.00 |
| Alice Shepro | Case Assistant Bankruptcy N/A | $105.00 | 19.60 | $2,058.00 |
| | | | 417.90 | $176,857.00 |
| **Less Discount** | | | | **$17,685.70** |
| | | | | **$159,171.30** |
| | | | | |
| Lorraine O'Hara | Partner Labor & Employment Admitted 1988 | $455.00 | 148.30 | $67,476.50 |
| Haley Macon | Associate Labor & Employment | $455.00 | 22.70 | $10,328.50 |

2

| Olia Golinder | Paralegal Litigation N/A | $270.00 | 16.80 | $4,536.00 |
|---|---|---|---|---|
| Anne Marie Zalatel | Partner | $455.00 | .50 | $227.50 |
| Malerie Halperin | Paralegal | $265.00 | 8.60 | $2,279.00 |
| Beth Bernstein | Librarian N/A | $185.00 | .50 | $92.50 |
| Laura Waluch | Associate | $455.00 | 62.80 | $28,574.00 |
| | | | **260.20** | **$113,514.00** |
| | | | | |
| **TOTAL** | | | **678.10** | **$272,685.30** |

46429/0001-8937185v1

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD**
**FROM JUNE 1, 2012 THROUGH AUGUST 31, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Baltimore Sun – Labor General (12575-01) | 6.20 | $4,144.00 |
| Baltimore Sun - 2012 Pressroom Negotiations (12575-303) | .80 | $580.00 |
| Baltimore Sun - Direct Dealing Allegation (12575-305) | 14.20 | $10,295.00 |
| Baltimore Sun and Morning Call: Pich Pothering Unscheduled (31907-05) | 28.10 | $17,000.50 |
| Chicago Tribune - General (57635-01) | 4.70 | $3,008.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 9.10 | $3,590.00 |
| Chicago Tribune -Marcia E. Sinclair Harassment (57934-07) | 69.40 | $27,414.50 |
| Chicago Tribune – Carolyn Rusin (57934-08) | 49.90 | $17,193.50 |
| Tribune - Karen Fisher (11089-38) | 8.60 | $4,988.00 |
| Tribune - Corporate Labor Relations (36377-01) | 4.10 | $2,972.50 |
| Tribune - Bankruptcy Fee Application (36377-07) | 67.60 | $17,645.50 |
| Tribune – Eric Benton (57634-09) | 20.60 | $13,184.00 |
| Tribune - East Coast Properties (36078-11) | 9.50 | $4,096.00 |
| Los Angeles Times -General Matters (33175-01) | 2.00 | $900.50 |
| Los Angeles Times – Clement, Jayne (33175-20) | 2.80 | $1,456.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | 4.20 | $1,755.00 |
| Los Angeles Times - John Bragg Jr. Health (33175-27) | 1.90 | $1,064.00 |
| Sun-Sentinal - Zarra and Beetz (10537-000047) | 114.20 | $45,570.00 |
| **TOTAL** | **417.90** | **$176,857.00** |
| **Less Discount** | | **$17,685.70** |
| | | **$159,171.30** |
| | | |
| Los Angeles Times - Christino Escandon (33175-26)* | 68.60 | $31,004.00 |
| KTLA-TV- Neil Levine (15827-20)* | 191.60 | $82,510.00 |
| | **260.20** | **$113,514.00** |
| | | |
| **TOTAL** | **678.10** | **$272,685.30** |

*NOTE: THIS MATTER HAS SPECIAL RATES IN LIEU OF A 10% DISCOUNT
**NOTE: THIS MATTER HAS A FLAT FEE IN LIEU OF A 10% DISCOUNT

## **EXHIBIT B**

## **EXPENSE SUMMARY**

**EXPENSE SUMMARY FOR THE PERIOD**
**JUNE 1, 2012 THROUGH AUGUST 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $69.09 |
| Copying @ .10/page | | $840.40 |
| Facsimile @ $1.00/page | | $10.00 |
| Online Research | | $1,154.39 |
| Courier/Messenger | | $406.24 |
| Travel | | $1,220.28 |
| Meals | | $135.80 |
| Filing Fees | | $35.00 |
| Attorney Services | | $84.55 |
| Parking Validations | | $329.26 |
| Process of Service | | $1,290.80 |
| Other | | $44.90 |
| **TOTALS** | | **$5,620.71** |

# EXHIBIT C

## NEW MATTER 10537-000047

## MONTHLY FEE STATEMENTS



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 11, 2012
**REVISED**

Invoice No. 1998829
0740 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through May 31, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/12 | K. Petersen | 1.00 | Review and analyze plaintiffs' document requests and interrogatories (.50); correspondence to J. Osick and others regarding same and regarding collection of information and documents to prepare responses to same (.50). |
| 05/02/12 | K. Petersen | 0.10 | Prepare response to audit request. |
| 05/03/12 | N. Finkel | 0.50 | Conference with J. Osick regarding Zarra separation. |
| 05/14/12 | K. Petersen | 0.10 | Finalize defendant's response to plaintiffs' statement of claim for filing. |
| 05/15/12 | N. Finkel | 0.30 | Review of amended complaint (.10); directions to K. Petersen regarding depositions (.20). |
| 05/15/12 | K. Petersen | 1.10 | Begin review and analysis of client documents in preparation for responding to plaintiffs' discovery requests. |
| 05/16/12 | N. Finkel | 0.10 | Directions to K. Petersen on written discovery. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/16/12 | K. Petersen | 4.60 | Prepare responses to plaintiffs' document requests and interrogatories (1.90) ; prepare Rule 26(a)(1) Initial Disclosures (2.00); review and analyze client documents (.20); multiple emails with K. Goldberg regarding client documents and information for responding to discovery requests (.50). |
| 05/17/12 | N. Finkel | 0.40 | Revise written discovery requests. |
| 05/18/12 | N. Finkel | 0.40 | Revise discovery responses and direction to K. Petersen whether to oppose plaintiffs' motion for leave to file amended the complaint. |
| 05/18/12 | K. Petersen | 1.10 | Review and analyze additional documents from K. Goldberg (.50); revise responses to plaintiffs' discovery requests accordingly (.60). |
| 05/20/12 | K. Petersen | 0.40 | Analyze plaintiffs' proposed amended complaint. |
| 05/20/12 | K. Petersen | 0.60 | Continue preparing responses and objections to plaintiffs' discovery requests (.20); revise Rule 26(a)(1) Initial Disclosures (.30); correspondence to J. Osick regarding same (.10). |
| 05/22/12 | N. Finkel | 0.30 | Communications with K. Petersen regarding deposition scheduling and mediation. |
| 05/22/12 | K. Petersen | 0.20 | Strategize regarding court-required mediation and selection of mediator. |
| 05/22/12 | K. Petersen | 1.40 | Analyze plaintiffs' responses to document requests (.40); correspondence to K. Goldberg regarding additional information in connection with responding to plaintiffs' discovery requests (.50); review additional client documents for potential production (.50). |
| 05/22/12 | K. Petersen | 0.50 | Work on deposition scheduling, including calls with opposing counsel and correspondence with J. Osick. |
| 05/23/12 | K. Petersen | 0.30 | Call with opposing counsel regarding deposition schedule. |
| 05/25/12 | N. Finkel | 0.20 | Review of plaintiffs 30(b)(6) notice. |
| 05/29/12 | N. Finkel | 0.30 | Directions to K. Petersen on 30(b)(6) notice. |
| 05/29/12 | K. Petersen | 0.80 | Correspondence with opposing counsel regarding extension of time to respond to plaintiffs' discovery requests (.20); analyze plaintiffs' Rule 30(b)(6) deposition notice, including conference with N. Finkel (.30); correspondence to J. Osick and K. Goldberg regarding responses to plaintiffs' discovery requests (.20); provide direction to K. McDonald regarding preparation of documents for production (.10). |



Invoice No. 1998829

Page 3

Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/31/12 | K. Petersen | 0.50 | Prepare correspondence to J. Osick regarding analysis of Rule 30(b)(6) deposition topics and proposed strategy regarding same. |

**Total Hours**          15.20

**Total Fees**                                                                          $6,327.00

**Less Discount**                                                                      ($632.70)

**Total Fees After Discount**                                                          $5,694.30

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| N. Finkel | - | 2.50 | hours at | $575.00 | per hour |
| K. Petersen | - | 12.70 | hours at | $385.00 | per hour |

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                  $5,694.30



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 11, 2012
**REVISED**

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1998829
0740 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,327.00 |
| Less Discount | ($632.70) |
| Total Fees after Discount | $5,694.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $5,694.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 22, 2012

Invoice No. 2027137
0740 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/05/12 | D. Grant | 2.00 | Organize and prepare new documents received from client and made available in Ringtail for attorneys analysis. |
| 06/12/12 | K. McDonald | 2.20 | Prepare J. Zarra and M. Beetz documents for production. |
| 06/13/12 | K. Petersen | 1.10 | Correspondence with K. Goldberg regarding additional documents for production (.10); review additional personnel documents regarding J. Zarra (.30); revise Rule 26(a)(1) to incorporate client revisions (.10); review correspondence from J. Osick regarding discovery responses and finalize same for production (.30); prepare correspondence to plaintiffs' counsel regarding document production and discovery responses (.30). |
| 06/13/12 | K. McDonald | 1.00 | Prepare J. Zarra and M. Beetz documents for entry into Ringtail and attorney review. |
| 06/14/12 | D. Grant | 1.00 | Prepared new responsive documents in Ringtail and made available for attorneys analysis. |



Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/14/12 | K. McDonald | 0.50 | Prepare J. Zarra and M. Beetz documents for entry into Ringtail and attorney review. |
| 06/15/12 | N. Finkel | 0.60 | Begin preparations for plaintiffs' depositions. |
| 06/15/12 | K. Petersen | 1.20 | Finalize and serve production of documents and discovery responses to opposing counsel (1.00); direct K. McDonald regarding creation of witness files in preparation for plaintiffs' depositions (.20). |
| 06/15/12 | D. Grant | 1.00 | Prepared responsive documents for production to plaintiff. |
| 06/18/12 | N. Finkel | 0.20 | Prepare for depositions of plaintiffs. |
| 06/19/12 | K. McDonald | 3.60 | Prepare J. Zarra and M. Beetz witness files for attorney review. |
| 06/20/12 | N. Finkel | 0.80 | Prepare for deposition of plaintiff; conference with K. Petersen regarding same. |
| 06/20/12 | K. Petersen | 2.70 | Analyze client documents and plaintiffs' discovery responses in preparation for depositions; confer with N. Finkel regarding same. |
| 06/21/12 | N. Finkel | 2.10 | Prepare for deposition of plaintiff. |
| 06/21/12 | K. Petersen | 1.30 | Continue analyzing documents in preparation for plaintiffs' depositions; strategize with N. Finkel regarding same. |
| 06/22/12 | N. Finkel | 2.00 | Prepare for depositions of plaintiffs. |
| 06/22/12 | K. Petersen | 2.10 | Confer with N. Finkel regarding deposition preparation and strategy; continue preparing for deposition, including identification of exhibits. |
| 06/25/12 | N. Finkel | 0.80 | Prepare for depositions of Plaintiffs. |
| 06/25/12 | K. Petersen | 0.20 | Review correspondence from opposing counsel regarding Rule 30(b)(6) depositions; prepare correspondence to J. Osick regarding same. |
| 06/26/12 | N. Finkel | 3.00 | Prepare for depositions of plaintiffs. |
| 06/27/12 | N. Finkel | 5.50 | Take deposition of plaintiff Zarra. |
| 06/28/12 | N. Finkel | 5.10 | Take deposition of Beetz. |
| 06/29/12 | N. Finkel | 0.50 | Directions to K. Peterson regarding post-plaintiff's deposition activity, including 30(b)6 deposition; conference with company regarding same. |
| 06/29/12 | K. Petersen | 0.50 | Call with J. Osick and others regarding designees for Rule 30(b)(6) deposition. |



Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/30/12 | K. Petersen | 1.80 | Prepare correspondence to opposing counsel detailing objections to Rule 30(b)(6) deposition topics. |
| 07/05/12 | N. Finkel | 0.70 | Revise Rule 30(b)(6) objections; exchange correspondence with plaintiffs' counsel and Company regarding scheduling of same. |
| 07/09/12 | N. Finkel | 0.40 | Communications with plaintiff's counsel and company regarding scheduling of Rule 30b(6) deposition. |
| 07/11/12 | N. Finkel | 0.20 | Conference with K. Petersen regarding Rule 30(b)(6)b deposition. |
| 07/13/12 | N. Finkel | 0.20 | Conferences with J. Osick and K. Petersen regarding upcoming 30(b)(6) deposition. |
| 07/13/12 | K. Petersen | 0.30 | Finalize and serve response and objections to Rule 30(b)(6) deposition notice. |
| 07/23/12 | N. Finkel | 0.10 | Directions to K. Petersen regarding reply on 30(b)(6) deposition. |
| 07/23/12 | K. Petersen | 0.20 | Analyze correspondence from plaintiffs' counsel responding to Rule 30(b)(6) deposition objections and prepare response to same. |
| 07/24/12 | K. Petersen | 0.90 | Prepare response and objection to revised Rule 30(b)(6) deposition topics and related correspondence to plaintiffs' counsel (.50); begin preparing for depositions including direct K. McDonald regarding creation of witness files to prepare (.40). |
| 07/27/12 | D. Grant | 1.00 | Organize and Compile new documents received from client and made available in Ringtail for attorneys analysis. |
| 07/27/12 | K. McDonald | 2.50 | Prepare documents including payroll records, expense report documents, job descriptions, employee handbooks, etc. for witness files. |
| 07/30/12 | K. Petersen | 3.90 | Prepare for Rule 30(b)(6) depositions and witness preparation meetings. |
| 07/31/12 | K. Petersen | 8.10 | Prepare for Rule 30(b)(6) depositions, including meetings with K. Goldberg and M. Baker. |

**Total Hours**     61.30

| | |
|---|---|
| **Total Fees** | $24,348.50 |
| **Less Discount** | ($2,434.85) |
| **Total Fees After Discount** | $21,913.65 |



Sun-Sentinel Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | - | 22.20 | hours at | $575.00 | per hour |
| K. Petersen | - | 24.30 | hours at | $385.00 | per hour |
| D. Grant | - | 5.00 | hours at | $230.00 | per hour |
| K. McDonald | - | 9.80 | hours at | $110.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying | 64.70 |
| Courier/Messenger Inv#: 793752202 Date Sent: 06/25/2012 Sender: Kyle A. Petersen Airbill: 793720015710 Jay Thornton Gray Robinson, P.A. FORT LAUDERDALE, FL 33301 | 73.20 |
| Meals - NOAH A. FINKEL Breakfast expense - 06/26/12 | 6.00 |
| Meals - NOAH A. FINKEL Dinners Expense 06/26/12 | 20.97 |
| Other - NOAH A. FINKEL Hotel stay at Riverside Hotel 06/26-28/12) | 301.26 |
| Out-of-Town Travel - NOAH A. FINKEL Cab from Airport - Ft Lauderdale Florida 06/26/12 | 32.00 |
| Out-of-Town Travel - NOAH A. FINKEL Parking Charges 06/26/12 | 71.00 |

**Total Disbursements**  569.13

**Total Amount Due**  $22,482.78



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 22, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2027137
0740 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $24,348.50 |
| Less Discount | ($2,434.85) |
| Total Fees after Discount | $21,913.65 |
| Total Disbursements | 569.13 |
| Total Fees and Disbursements This Statement | $22,482.78 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 18, 2012

Invoice No. 2035634
0740 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through August 31, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/01/12 | N. Finkel | 0.10 | Conference with K. Petersen regarding deposition results. |
| 08/01/12 | K. Petersen | 8.00 | Defend depositions of K. Goldberg and M. Baker and prepare for same. |
| 08/02/12 | K. Petersen | 1.10 | Analyze payroll data regarding deductions in connection with salary basis test (.90); correspondence to K. Goldberg regarding same (.20). |
| 08/03/12 | N. Finkel | 0.20 | Conference with K. Petersen regarding next steps after 30(b)(6) deposition. |
| 08/03/12 | K. Petersen | 0.50 | Confer with N. Finkel regarding rule 30(b)(6) depositions and summary judgment (.20); correspondence to J. Osick regarding same (.10); review correspondence from K. Golberg regarding payroll coding of leave bank deductions (.20). |
| 08/03/12 | K. Petersen | 0.10 | Correspondence to opposing counsel requesting supplemental production of mileage records referenced during deposition. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2035634

Page 2

Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/08/12 | K. Petersen | 0.80 | Review and analyze correspondence from opposing counsel regarding proposed depositions, including review of case file materials and court scheduling orders (.50); confer with J. Thornton regarding same (.30). |
| 08/09/12 | K. Petersen | 0.70 | Review correspondence from M. Baker regarding proposed deponents' employment history (.20); strategize regarding response to deposition request (.50). |
| 08/09/12 | K. Petersen | 1.20 | Prepare joint status report (.80); correspondence with opposing counsel regarding joint status report (.10); confer with J. Thornton regarding local procedural issues and regarding potential mediators (.30). |
| 08/09/12 | K. Petersen | 0.90 | Review and analyze court order regarding joint status report and proposed amended complaint (.20); prepare answer to amended complaint (.50); correspondence to J. Osick regarding plaintiffs' proposed depositions and amended answer (.20). |
| 08/10/12 | K. Petersen | 0.70 | Call with A. Burnette regarding depositions and mediation; review plaintiffs' proposed changes to joint status report. |
| 08/14/12 | N. Finkel | 0.60 | Assessment of plaintiff's demand for deposition of district coordinators; analysis of same and strategy conference with K. Petersen. |
| 08/14/12 | K. Petersen | 0.20 | Strategize with N. Finkel regarding plaintiffs' proposed depositions and summary judgment; analyze plaintiffs' discovery requests in connection with same. |
| 08/15/12 | N. Finkel | 0.10 | Strategy conference with J. Osick and K. Petersen. |
| 08/15/12 | K. Petersen | 0.10 | Call with J. Osick and N. Finkel regarding depositions and mandatory mediation. |
| 08/16/12 | N. Finkel | 0.20 | Revise correspondence to plaintiff's counsel regarding district coordinator depositions; directions to K. Petersen regarding same. |
| 08/16/12 | K. Petersen | 0.40 | Correspondence to plaintiff's counsel regarding proposed depositions of district coordinators (.20); correspondence with opposing counsel regarding joint status report and mediator selection (.20). |
| 08/17/12 | N. Finkel | 0.10 | Directions to K. Peterson on plaintiff's threatened motion to compel depositions. |
| 08/17/12 | K. Petersen | 0.20 | Correspondence to A. Burnette detailing objections to plaintiffs' proposed depositions of district coordinators (.10); confer with N. Finkel regarding same (.10). |



Invoice No. 2035634

Page 3

Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/22/12 | K. Petersen | 1.00 | Call with J. Osick and other client representatives regarding status and next steps (.30); correspondence with opposing counsel regarding deposition subpoenas (.20); review subpoenas served by opposing counsel and work on development of strategy regarding response to same (.50). |
| 08/24/12 | N. Finkel | 0.20 | Directions to K. Petersen on depositions of District coordinators. |
| 08/27/12 | N. Finkel | 0.10 | Directions to K. Petersen on upcoming depositions. |
| 08/27/12 | K. Petersen | 2.60 | Calls with deponents C. Nering and D. Pollard (1.10); prepare for district coordinator deposition (1.50). |
| 08/28/12 | N. Finkel | 0.10 | Directions to K. Petersen on district coordinator depositions. |
| 08/28/12 | K. Petersen | 1.10 | Review and analysis of deposition testimony for preparation of summary judgment motion. |
| 08/28/12 | K. Petersen | 5.00 | Plan and prepare for district coordinator depositions. |
| 08/29/12 | N. Finkel | 0.10 | Exchange correspondence with K. Petersen regarding status of deposition. |
| 08/29/12 | K. Petersen | 2.50 | Analyze J. Zarra mileage logs in connection with motion for summary judgment (1.30); work on preparing summary judgment statement of undisputed facts (1.00); update legal research regarding newspaper carrier exemption (.20). |
| 08/29/12 | K. Petersen | 8.00 | Prepared for and attended depositions of third party district coordinators. |
| 08/30/12 | K. Petersen | 0.10 | Correspondence to client regarding third party depositions, summary judgment, and mediation. |
| 08/30/12 | K. Petersen | 0.50 | Continue working on motion for summary judgment. |
| 08/31/12 | N. Finkel | 0.20 | Conference with K. Petersen regarding next steps following depositions taken by plaintiffs. |

**Total Hours**          37.70

**Total Fees**                                                    $14,894.50

**Less Discount**                                                ($1,489.45)

**Total Fees After Discount**                                    $13,405.05



Invoice No. 2035634

Page 4

Sun-Sentinel Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | - | 2.00 | hours at | $575.00 | per hour | |
| K. Petersen | - | 35.70 | hours at | $385.00 | per hour | |

| Disbursements | Value |
|---|---|
| Copying | 271.30 |
| Copying | 44.90 |
| Inv#: 825567484 Office: CHICAGO User: PETERSEN, KYLE A KEYCITE | 2.34 |
| Inv#: 825567484 Office: CHICAGO User: PETERSEN, KYLE A MULTI-SEARCH TRANSACTIONAL SEARCHES | 20.53 |
| Inv#: 825567484 Office: CHICAGO User: PETERSEN, KYLE A TRANSACTIONAL ONLINE FINDS | 2.51 |
| Meals -  KYLE PETERSON 7/31 DINNER AT MARKET 17 | 46.64 |
| Meals -  KYLE PETERSON 8/1 DINNER AT KEY WEST | 5.25 |
| Out-of-Town Travel -  KYLE PETERSON 7/31 AVIS CAR RENTAL | 154.95 |
| Out-of-Town Travel -  KYLE PETERSON 7/31-8/1 HYATT HOTEL | 128.88 |
| Out-of-Town Travel -  KYLE PETERSON 8/1 PARKING AT ORD | 66.00 |
| Out-of-Town Travel -  KYLE PETERSON 8/1PARKING AT HOTEL | 22.26 |
| Out-of-Town Travel -  UNITED AIRLINES Finkel/Noah A Ft Lauderdale - Chicago/Ohare 06/27/2012 | 261.88 |
| Out-of-Town Travel - AMERICAN EXPRESS Finkel/Noah A Chicago/Ohare-Ft Lauderdale 06/26/2012 | 136.80 |

**Total Disbursements**    1,164.24

**Total Amount Due**    $14,569.29



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

September 18, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2035634
0740 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,894.50 |
| Less Discount | ($1,489.45) |
| Total Fees after Discount | $13,405.05 |
| Total Disbursements | 1,164.24 |
| Total Fees and Disbursements This Statement | $14,569.29 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER