## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>**Related to Docket Nos. 5081, 5266, 5413, 5434, 9509, and 9535** |

## CERTIFICATION OF COUNSEL REGARDING WITHDRAWAL OF DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 728 OF CITY OF CHICAGO DEPARTMENT OF REVENUE

The undersigned, counsel to the debtors and debtors in possession in the above-captioned

chapter 11 cases (the "Debtors"), hereby certifies as follows:

1.      On July 19, 2010, the Debtors filed the Debtors' Thirty-Third Omnibus

(Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Docket No. 5081) (the "Objection") with the Court.  On August 4, 2010, the Debtors filed the Notice of Submission of Proofs of Claim Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 with the Court (Docket No. 5266).

2.     Among the claims identified on Exhibit A to the Objection was the claim filed by the City of Chicago Department of Revenue ("Chicago DOR") against Tribune Company ("Tribune") in the amount of $19,191.99, which was assigned Claim No. 728 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent").

3.     On or before the deadline established for the filing of responses to the Objection, counsel for Chicago DOR submitted an informal response to the Objection to counsel for the Debtors.

4.     On August 19, 2010, the Court entered an Order Partially Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims (Docket No. 5434), which sustained the Objection except as to Claim No. 728 and certain other claims enumerated therein.

5.     On July 25, 2011, the Court entered an Order Partially Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims As It Relates to Claim No. 6344 of Albert Togut, Chapter 7 Trustee of PLVTZ, Inc. (Docket No. 9535), which sustained the Objection as to Claim No. 6344.

6.     Following subsequent discussions between counsel for Tribune and its affiliate Chicago Tribune Company ("Chicago Tribune") and counsel for Chicago DOR, and their respective personnel and advisors, on October 18, 2012, the parties entered into a stipulation (the "Stipulation") resolving Claim No. 728 and certain other claims asserted by Chicago DOR

2

against the Debtors (the "Proofs of Claim").  The Stipulation was filed with the City Of Chicago,

Illinois Department Of Administrative Hearing Municipal Division, Tax Section.  A copy of the

Stipulation is attached hereto as Exhibit A.

7.    In accordance with the terms of the Bankruptcy Court's Order Granting Debtors

(I) Limited Waiver of Requirements of Local Rule 3007-1(f) and (II) Authority to Settle

Disputed Claims, dated November 25, 2009 (Docket No. 2657), the Debtors provided prior

notice of the terms of the Stipulation to the Office of the United States Trustee and counsel for

the Committee and the Debtors' senior lenders.  No party has objected to the terms of the

Stipulation.

8.    Pursuant to the terms of the Stipulation, Chicago Tribune and the Claims Agent

are authorized to and shall modify the Debtor, amount, and priority, as applicable, of the Proofs

of Claim to reflect that each of such Proofs of Claim are to be allowed against Chicago Tribune,

in the respective amounts and priority set forth in the table attached to the Stipulation.  Upon

modification of the Proofs of Claim, Chicago Tribune shall file a notice with the Bankruptcy

Court withdrawing the Objection by consent of the parties.

9.    In accordance with the foregoing terms of the Stipulation, the Debtors hereby

withdraw the Objection as it relates to Claim No. 728 of Chicago DOR.

10.    All claims that were the subject of the Objection have now been resolved, and the

Debtors will remove the Objection from future omnibus hearing agendas.

[Signature Page Follows]

Dated: October 19, 2012

                      SIDLEY AUSTIN LLP
                      James F. Conlan
                      Bryan Krakauer
                      Kenneth P. Kansa
                      Jillian K. Ludwig
                      One South Dearborn Street
                      Chicago, IL 60603
                      Telephone: (312) 853-7000

                      -and-

                      COLE, SCHOTZ, MEISEL,
                      FORMAN & LEONARD, P.A.

By:_____
                      Norman L. Pernick (No. 2290)
                      J. Kate Stickles (No. 2917)
                      500 Delaware Avenue, Suite 1410
                      Wilmington, DE 19801
                      Telephone: (302) 652-3131

                      ATTORNEYS FOR DEBTORS
                      AND DEBTORS IN POSSESSION

46429/0001-8940816v1