# EXHIBIT A

**Stipulation Between Chicago Tribune Company and Chicago Department of Revenue**

IN THE CITY OF CHICAGO, ILLINOIS DEPARTMENT OF ADMINISTRATIVE
HEARING MUNICIPAL DIVISION, TAX SECTION

| | | |
|---|---|---|
| Chicago Tribune Company, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | No.  09  TX 0018 |
| v. | ) | |
| | ) | |
| Chicago Department of Revenue, | ) | |
| | ) | |
| Respondent. | ) | |

**Stipulation
Between
Chicago Tribune Company and Chicago Department of Revenue**

Under sections 3-4-150(B)(2) and 3-4-150(G) of the Municipal Code of Chicago, Chicago Tribune Company ("Chicago Tribune") and the City of Chicago Department of Revenue ("Department of Revenue") enter into the following stipulation and agreement:

Whereas, Chicago Tribune, account number 85452, files the following Department of Revenue Tax Forms: Form 7578 (Electricity Use Tax); Form 8402B (Non-Titled Use Tax); Form 8400 (Titled Use Tax); and Form 7540 (Employer's Expense Tax).

Whereas, on December 8, 2008, Chicago Tribune filed a petition with the United States Bankruptcy Court for the District of Delaware under Chapter 11 of the Bankruptcy Code and was assigned case number 08-13152. The Bankruptcy Court administratively consolidated Chicago Tribune's bankruptcy case with the bankruptcy cases of Tribune Company, Chicago Tribune's parent company, and certain of its subsidiaries and affiliates (collectively, the "Debtors"), under case number 08-13141.

Whereas, on December 10, 2008, the Department of Revenue completed a tax audit of the types of Tax Forms noted above filed by Chicago Tribune and issued Notices of Tax Determination and Assessment (the "Notices"), including penalties and interest, for the following tax types and for the following tax periods:

| | |
|---|---|
| Titled Use Tax | 7/1/2003 through 6/30/2008 |
| Non-Titled Use Tax | 7/1/2003 through 6/30/2008 |
| Electricity Use Tax | 7/1/2001 through 6/30/2008 |
| Employer's Expense Tax | 7/1/2003 through 6/30/2008 |

Whereas, on January 14, 2009, Chicago Tribune filed a Protest and Petition for Hearing with the Department of Revenue. Such Protest and Request was assigned the File Number encaptioned

1

above and set for proceedings before the City of Chicago Department of Administrative Hearings.

Whereas, on January 30, 2009, the Department of Revenue issued Notices for additional tax, including penalties and interest, for the following tax types and periods:

| Tax Type | Period |
|---|---|
| Electricity Use Tax | 7/1/2008 through 11/30/2008 |
| Employer's Expense Tax | 7/1/2008 through 11/30/2008 |

Whereas, on March 24, 2009, Chicago Tribune filed a Protest and Petition for Hearing with the Department of Revenue with respect to the additional tax amounts and periods set forth in the Department of Revenue's January 30, 2009 Notices.

Whereas, the Department of Revenue has filed six (6) proofs of claim against Tribune Company (Claim numbers 437, 438, 440, 443, 727 and 728) in the Bankruptcy Court, asserting unsecured priority claims for tax, interest and penalties (collectively, the "Proofs of Claim") as set forth below:

| Claim No. | Tax Type | Tax Period | Amount |
|---|---|---|---|
| 437 | Titled Use Tax | 7/1/2003 – 6/30/2008 | $709.22 |
| 438 | Non-Titled Use Tax | 7/1/2003 – 6/30/2008 | $165,857.28 |
| 440 | Electricity Use Tax | 7/1/2001 – 6/30/2008 | $839,003.92 |
| 443 | Employer's Expense Tax | 7/1/2003 – 6/30/2008 | $65,411.82 |
| 727 | Electricity Use Tax | 7/1/2008 – 11/30/2008 | $39,370.03 |
| 728 | Employer's Expense Tax | 7/1/2008 – 11/30/2008 | $19,191.99 |
| | | TOTAL: | $1,129,543.38 |

Whereas, both Tribune Company and Chicago Tribune agree that the Proofs of Claim are properly asserted against Chicago Tribune, as the taxpayer of record and responsible party.

Whereas, on July 19, 2010, the Debtors filed the *Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Objection") (Bankruptcy Docket No. 5081), which requested the Bankruptcy Court to disallow and expunge certain proofs of claim asserted against the Debtors' estates on substantive grounds enumerated therein, including Claim No. 728, based on Chicago Tribune's records that showed no further amounts were due to the Department of Revenue on account of such claim.

Whereas, Chicago Tribune and the Department of Revenue wish to resolve disputes over Chicago Tribune's potential liability for the tax types and periods set forth either in the above mentioned Notices or the Proofs of Claim.

Therefore, it is hereby stipulated and agreed that the Department of Revenue will revise or amend the amounts due, as previously set forth in the determinations and assessments in its Notices, to reflect the amounts set forth in the table attached hereto as Exhibit A.

In addition, it is stipulated and agreed that Chicago Tribune and Epiq Bankruptcy Solutions, LLC, in its capacity as Bankruptcy-Court appointed claims agent for the Debtors, are hereby authorized to and shall modify the Debtor, amount, and priority, as applicable, of the Proofs of Claim to reflect that each of the Proofs of Claim are to be asserted against Chicago Tribune, in the respective amounts and priority set forth in the table attached hereto as Exhibit A, in accordance with the terms of the Bankruptcy Court's Order Granting Debtors (I) Limited Waiver of Requirements of Local Rule 3007-1(f) and (II) Authority to Settle Disputed Claims, dated November 25, 2009 (Docket No. 2657).

Upon modification of the Proofs of Claim, Chicago Tribune shall file a notice with the Bankruptcy Court withdrawing the Objection by consent of the parties.

The Department of Revenue and Chicago Tribune agree that the Proofs of Claim, as modified herein, shall be satisfied in accordance with the provisions for the payment of claims as set forth in the chapter 11 plan of reorganization, and any amendments thereto, that is confirmed and becomes effective for Chicago Tribune (the "Plan"). The satisfaction of the Proofs of Claim in accordance with the Plan shall be in full and final satisfaction of all prepetition claims arising out of or relating to the subject matter of the Proofs of Claim. The Department of Revenue agrees not to file any other or further prepetition proofs of claim in any of the Debtors' chapter 11 cases arising out of or relating to the subject matter of the Proofs of Claim.

It is further stipulated and agreed that the Department of Revenue will not assert, seek to assess or collect from any current or former directors, officers, or individual employees, of Chicago Tribune, its parent company or any of its direct and indirect affiliates, any prepetition taxes, penalties or interest for the tax types identified in the table attached hereto as Exhibit A.

By: _____          _____
City of Chicago Department of Revenue    Chicago Tribune Company

MANAGER OF AUDIT                     ASST TREASURER
Title                                 Title

10/15/12                              10/18/12
Date                                  Date

CHI 7134164v.1

**Exhibit A**

**Modified Amount and Priority**

| Claim No. and Debtor | Tax Type and Period | Priority | | Non-Priority | | |
|---|---|---|---|---|---|---|
| | | Tax | Interest | Tax | Interest | Penalty |
| 437<br>Chicago Tribune Company | Titled Use<br>7/1/2003-6/30/2008 | $311.50 | $86.64 | $222.50 | $61.88 | $26.70 |
| | | $398.14 | | $311.08 | | |
| | | Claim Total: $709.22 | | | | |
| 438<br>Chicago Tribune Company | Non-Titled Use<br>7/1/2003-6/30/2008 | $ - | $ - | $146,558.35 | $10,702.08 | $8,596.85 |
| | | $ - | | $165,857.28 | | |
| | | Claim Total: $165,857.28 | | | | |
| 440<br>Chicago Tribune Company | Electricity Use<br>7/1/2001-6/30/2008 | $165,467.42 | $28,495.75 | $302,539.18 | $178,436.67 | $47,063.25 |
| | | $193,963.17 | | $528,039.10 | | |
| | | Claim Total: $722,002.27 | | | | |
| 443<br>Chicago Tribune Company | Employer's Expense<br>7/1/2003-6/30/2008 | $3,827.67 | $1,237.69 | $2,617.29 | $1,411.00 | $2,261.74 |
| | | $5,065.36 | | $6,290.03 | | |
| | | Claim Total: $11,355.39 | | | | |

4

| | | Priority | | | Non-Priority | | |
|---|---|---|---|---|---|---|---|
| | | Tax | Interest | Tax | Interest | Penalty |
| 727 Chicago Tribune Company | Electricity Use 7/1/2008-11/30/2008 | $31,129.66 | $461.97 | $ - | $ - | $1,296.40 |
| | | $31,591.63 | | | $1,296.40 | |
| | | Claim Total: $32,888.03 | | | | |
| 728 Chicago Tribune Company | Employer's Expense 7/1/2008-11/30/2008 | $524.00 | $67.56 | $ - | $ - | $26.20 |
| | | $591.56 | | | $26.20 | |
| | | Claim Total: $617.76 | | | | |
| **AGGREGATE TOTAL:** | | | | | | **$933,429.95** |