JO ANNA CANZONERI MCCORMICK

342 NORTH ATLANTIC BOULEVARD

ALHAMBRA CALIFORNIA  91801

OCTOBER 15, 2012

UNITED STATES FEDERAL DISTRICT BANKRUPTCY COURT

824 NORTH MARKET STREET

WILMINGTON DELAWARE 19801

RE:  TRIBUNE COMPANY

DEAR HONORABLE JUDGE

I PERSONALLY REQUEST AND DEMAND TO FIRE THE UNITED STATES ATTORNEYS

THAT ARE ADMINISTRATING THE CHARPTER 11 BANKRUPTCY ON THE TRIBUNE COMPANY

BECAUSE THE CONFLICT OF INTEREST IN THIS MATTER AS THE SUPRESSION  OF  THE  DEATHS (murder)

OF  THE  ROBERT RUTHERFORD MCCORMICK AND FAMILY BESIDES THE EMBAZZEMENT

ROBBERY FRAUD  FRAND LACERY AND THEFT.  ALSO I PERSONALLY AM THE HEIR TO

BOTH THE ESTATES OF JOHN D ROCKEFELLER THERE THE JOHN D ROCKEFELLER TRUST

TO HIS CHILDREN EDITH ROCKEFELLER MARRIED HAROLD FOWLER MCCORMICK

AND ESTATE CYPRUS HALL MCCORMICK

THE TRIBUNE COMPANY IS A CIVIL LITIGATION NOT A CHARPTER 11 BANKRUPTCY COURT CASE

THE UNITED STATES OF AMERICA LAW IS BASES ON THE LAW OF THIS LAND (UNITED STATES

OF AMERICA) PURE 100 PERCENT  OWNERSHIP OF THE REAL ESTATE PROPERTY AND PERSONAL

PROPERTY THIS IS UNDER THE UNITED STATES AMERICIA CONSTITIUTION RIGHTS  AND RIGHTS

TO OWN PROPERTY  I PERSONALLY NEVER HIRED THE UNITED STATES ATTORNEYS TO

REPRESENT ME IN THIS CHAPTER 11 COURT CASE OR  HANDLE MY BUSINESS  AFFAIRS OF

THE TRIBUNE COMPANY IN THIS FRAUD BANKRUPTCY CASE

PLEASE CONTACT ME IMMEDIATELY

THANKS

*[signature]*

JO ANNA CANZONERI MCCORMICK