# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 62.50 | $28,205.00 |
| Insurance Counseling – 00005 | 51.90 | $28,184.00 |
| Marsh – 0008 | 3.70 | $1,421.00 |
| Fee Applications – 00009 | 17.00 | $6,752.00 |
| **TOTAL:** | **135.10** | **$64,562.00** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 20.20 | $7,788.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $560.00 | 2.70 | $1,512.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $555.00 | 10.20 | $5,865.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 24.00 | $13,200.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $490.00 | 33.60 | $16,464.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 12.10 | $5,445.00 |
| Forster, Paige H. | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 | 18.00 | $7,380.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 2.80 | $980.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 4.70 | $846.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 2.80 | $392.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $140.00 | 4.00 | $560.00 |
| **Grand Total:** | | | 135.10 | $64,562.00 |
| Blended Rate: | | | $477.88 | $478.88 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $507.80 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2325469
Invoice Date: October 12, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through September 30, 2012

| NON-BANKRUPTCY/REORGANIZATION | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $28,205.00 | $2,117.52 | $30,322.52 |
| RE: | Insurance Counseling 503842.00005 | $2,372.00 | $0.00 | $2,372.00 |
| RE: | Marsh 503842.00008 | $1,421.00 | $0.10 | $1,421.10 |
| | **Current Invoice Total:** | **$31,998.00** | **$2,117.62** | **$34,115.62** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Fee Applications 503842.00009 | $6,752.00 | $154.05 | $6,906.05 |
| RE: | Insurance Counseling 503842.00005 | $25,812.00 | $812.86 | $26,624.86 |
| | **Current Invoice Total:** | **$32,564.00** | **$966.91** | **$33,530.91** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $31,998.00 | $2,117.62 | $34,115.62 |
| Bankruptcy/Reorganization | $32,564.00 | $966.91 | $33,530.91 |
| **GRAND TOTAL:** | **$64,562.00** | **$3,084.53** | **$67,646.53** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

US_ACTIVE-110757355.i

# NON-BANKRUPTCY/REORGANIZATION
## RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| 09/07/12 | SS | Reviewed and catalogued case correspondence and pleadings. | 0.30 |
| 09/07/12 | TPL | Reviewed Reliance's brief and sent to client for review. | 1.00 |
| 09/10/12 | PHF | Analyzed waiver argument in opponent's brief. | 2.10 |
| 09/10/12 | TPL | Telephone call and email exchange with P. Forster and J. Shugrue regarding waiver argument made by Reliance. | 1.20 |
| 09/10/12 | JDS | Analyzed Reliance response brief on appeal to PA Supreme Court regarding LPT claim order. | 0.90 |
| 09/11/12 | PHF | Researched and drafted waiver argument for Supreme Court reply brief. | 4.10 |
| 09/12/12 | PHF | Revised waiver argument for reply brief. | 0.90 |
| 09/13/12 | PHF | Drafted and revised waiver argument for Supreme Court reply brief. | 1.70 |
| 09/14/12 | PHF | Reviewed, analyzed and drafted potential argument regarding collateral estoppel for PA Supreme Court brief. | 0.60 |
| 09/14/12 | JDS | Analyzed Reliance response brief on PA Supreme Court appeal of LPT decision. | 0.60 |
| 09/17/12 | PHF | Researched and drafted waiver argument for PA Supreme Court reply brief. | 1.50 |
| 09/17/12 | SS | Reviewed and catalogued case pleadings. | 0.30 |
| 09/17/12 | TPL | Drafted Reply Brief for PA Supreme Court brief. | 4.20 |
| 09/17/12 | JDS | Analyzed and revised draft PA Supreme Court appeal reply brief. | 1.00 |
| 09/18/12 | PHF | Research, edit, and revise argument re waiver for Supreme Court reply brief. | 1.40 |
| 09/18/12 | TPL | Drafted Reply Brief to PA Supreme Court. | 7.20 |
| 09/19/12 | TPL | Drafted reply brief to PA Supreme Court. | 9.00 |
| 09/20/12 | TPL | Email exchange regarding first draft of reply brief to PA Supreme Court. | 0.40 |
| 09/20/12 | JDS | Analyzed and revised draft PA Supreme Court reply brief regarding LPT claims. | 1.10 |
| 09/21/12 | PHF | Revised waiver argument in PA Supreme Court reply brief. | 1.20 |
| 09/21/12 | TPL | Revised reply brief to PA Supreme Court. | 4.80 |
| 09/21/12 | JDS | Analyzed and revised draft reply brief for PA Supreme Court appeal and provided comments regarding same to T. Law. | 1.90 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/22/12 | PHF | Researched, drafted, and edited waiver argument for PA Supreme Court reply brief. | 1.90 |
| 09/24/12 | PHF | Revised PA Supreme Court reply brief. | 2.60 |
| 09/24/12 | TPL | Finalized reply brief in PA Supreme Court. | 5.80 |
| 09/24/12 | MT | Cite checked Reply Brief and prepared brief for filing with PA Supreme Court. | 4.00 |
| 09/24/12 | JDS | Analyzed and revised final draft PA Supreme Court reply brief regarding LPT claim order. | 0.80 |

TOTAL FEES:            $28,205.00

## CURRENT DISBURSEMENTS

| 09/30/2012 | Duplicating/Printing/Scanning | 166.00 |
|---|---|---|
| 09/30/2012 | Westlaw | 333.00 |
| 09/30/2012 | Postage Expense | 12.25 |
| 09/30/2012 | Courier Service - Outside | 78.55 |
| 09/30/2012 | Outside Duplicating | 1,527.72 |
| | Total Disbursements | $2,117.52 |
| | Fees & Disbursements | $30,322.52 |

**NON-BANKRUPTCY/REORGANIZATION**
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.30 | 590.00 | 3,717.00 |
| TPL | T.P. Law | 33.60 | 490.00 | 16,464.00 |
| PHF | P.H. Forster | 18.00 | 410.00 | 7,380.00 |
| SS | S. Somoza | 0.60 | 140.00 | 84.00 |
| MT | M. Todd | 4.00 | 140.00 | 560.00 |
| | | 62.50 | | $28,205.00 |

US_ACTIVE-110757355.i

## NON-BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/05/12 | JDS | Analyzed and exchanged emails with client regarding issues concerning notice to insurers regarding environmental claim. | 0.30 |
| 09/06/12 | PRW | Reviewed and revised notice letters to insurers for environmental site claim. | 2.60 |
| 09/06/12 | JDS | Analyzed and exchanged emails with client regarding issues concerning notice to insurers regarding environmental claim. | 0.20 |
| 09/07/12 | PRW | Prepared e-mail to client with revised notice letters to insurers for environmental site claim. | 0.10 |
| 09/07/12 | JDS | Analyzed and exchanged emails with client and P. Walker-Bright regarding notice of environmental claim to insurers. | 0.30 |
| 09/04/12 | JDS | Telephone conference with underlying defense counsel regarding insurance coverage issues related to pending class action suit against LA Times. | 0.20 |
| 09/10/12 | A.Y. | Email correspondence with client regarding environmental claim. | 0.20 |
| 09/13/12 | A.Y. | Email correspondence with client and P. Walker-Bright regarding environmental claim. | 0.20 |
| 09/17/12 | A.Y. | Email correspondence with client regarding environmental claim. | 0.20 |

                                TOTAL FEES:                    $2,372.00


                                             Fees & Disbursements    $2,372.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.00 | 590.00 | 590.00 |
| PRW | P.R. Walker-Bright | 2.70 | 560.00 | 1,512.00 |
| A.Y. | A. Yassemedis | 0.60 | 450.00 | 270.00 |
|  |  | 4.30 |  | $2,372.00 |

## NON-BANKRUPTCY/REORGANIZATION
### RE:   Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/05/12 | JDS | Analyzed status of submissions to Marsh and next steps regarding same. | 0.10 |
| 09/07/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/14/12 | JDS | Analyzed status of upcoming submission to Marsh pursuant to parties' existing agreement. | 0.10 |
| 09/19/12 | DR | Corresponded with client regarding status of Marsh submission. | 0.40 |
| 09/20/12 | DR | Compiled materials for submission to Marsh and corresponded with client regarding same. | 0.30 |
| 09/20/12 | JDS | Emails with client and D. Rosenfield regarding upcoming submission to Marsh pursuant to settlement agreement. | 0.20 |
| 09/21/12 | DR | Drafted letter to Marsh regarding submission per settlement agreement. | 0.50 |
| 09/27/12 | DR | Finalized letter to Marsh seeking reimbursement per settlement agreement. | 1.20 |
| 09/27/12 | JDS | Emails with client regarding reimbursement submission to Marsh. | 0.30 |
| 09/28/12 | DR | Finalized reimbursement request letter per settlement agreement. | 0.40 |

                              TOTAL FEES:         $1,421.00

### CURRENT DISBURSEMENTS

| 09/30/2012 | Duplicating/Printing/Scanning | | 0.10 |
|---|---|---|---|
| | | Total Disbursements | $0.10 |
| | | Fees & Disbursements | $1,421.10 |

October 12, 2012
RE:  Marsh
     (503842.00008)

Case 08-13141-BLS    Doc 12630-3    Filed 10/25/12    Page 9 of 16

Invoice: 2325469
Page 6

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID  | Names         | Hours | Rate   | Amount     |
|-----|---------------|-------|--------|------------|
| JDS | J.D. Shugrue  | 0.70  | 590.00 | 413.00     |
| DR  | D. Rosenfield | 2.80  | 350.00 | 980.00     |
| SS  | S. Somoza     | 0.20  | 140.00 | 28.00      |
|     |               | 3.70  |        | $1,421.00  |

**BANKRUPTCY/REORGANIZATION**
**RE:   Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
| --- | --- | --- | --- |
| 09/07/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 09/12/12 | SS | Reviewed and catalogued case pleadings. | 0.40 |
| 09/17/12 | LL | E-mail correspondence with J. Shugrue regarding status of 39th Monthly Fee Application. | 0.20 |
| 09/18/12 | LL | Drafted CNO to RS's 41st Monthly Fee Application (.4); drafted RS's 43rd Monthly Fee Application (.5). | 0.90 |
| 09/18/12 | A.Y. | Analyzed Fee Examiner's preliminary report regarding 12th Fee Application and evaluated response to same. | 3.40 |
| 09/18/12 | JDS | Analyzed Fee Examiner's preliminary report concerning 12th Interim Fee Application. | 0.50 |
| 09/19/12 | LL | E-mail correspondence with J. Shugrue regarding 12th Interim Fee Application and research regarding same. | 0.30 |
| 09/19/12 | A.Y. | Drafted response to fee examiner's report regarding 12th Interim Fee Application. | 2.60 |
| 09/19/12 | JDS | Analyzed fee application status and preparation issues. | 0.20 |
| 09/20/12 | LL | E-mail correspondence with J. Shugrue regarding fee applications and research regarding same. | 0.40 |
| 09/21/12 | JDS | Drafted 43rd Monthly Fee Application. | 0.80 |
| 09/24/12 | JDS | Developed information for fee chart as requested by Alvarez & Marsal and prepared same (.6); analyzed issues for response to Fee Examiner's preliminary report on 12th Interim Fee Application (.3). | 0.90 |
| 09/25/12 | A.Y. | Analyzed response to fee examiner's objections to 12th Fee Application. | 0.70 |
| 09/25/12 | JDS | Finalized and arranged for transmittal of spreadsheet regarding outstanding fees and expenses as requested by Alvarez & Marsal. | 0.20 |
| 09/26/12 | LL | E-mail correspondence with J. Shugrue regarding fees/costs and research regarding 11th Interim Fee Application (.7); reviewed fee/costs/estimations spreadsheet from Alvarez and Marsal (.9). | 1.60 |
| 09/26/12 | A.Y. | Analyzed fee examiner's objections to 12th Interim Fee Application and evaluated response to same. | 0.70 |
| 09/27/12 | JDS | Drafted narrative text and information for 43rd Monthly Fee Application. | 1.20 |
| 09/28/12 | LL | Revisions to CNO to RS's 41st Monthly Fee Application. | 1.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/29/12 | JDS | Analyzed Fee Examiner's Final Report regarding 11th Interim Fee Application. | 0.40 |

|  |  |
|---|---|
| TOTAL FEES: | $6,752.00 |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 09/30/2012 | Duplicating/Printing/Scanning | 14.80 |
| 09/30/2012 | Outside Duplicating | 139.25 |
| | Total Disbursements | $154.05 |
| | Fees & Disbursements | $6,906.05 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.20 | 590.00 | 2,478.00 |
| A.Y. | A. Yassemedis | 7.40 | 450.00 | 3,330.00 |
| SS | S. Somoza | 0.70 | 140.00 | 98.00 |
| LL | L. Lankford | 4.70 | 180.00 | 846.00 |
| | | 17.00 | | $6,752.00 |

## BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/04/12 | AJM | Conferred with J. Shugrue and L. Geiger regarding revisions to memorandum regarding insurance policy modifications in connection with emergence from bankruptcy and proposed endorsements (.3); worked on correspondence to insurer regarding fiduciary claim (.5). | 0.80 |
| 09/04/12 | JDS | Analyzed status of drafting of insurance policy endorsements in connection with emergence from bankruptcy and next steps related to same. | 0.20 |
| 09/04/12 | LMG | Drafted endorsements for foreign CGL, foreign voluntary compensation, foreign blanket accident, all risk property in connection with emergence from bankruptcy. | 3.90 |
| 09/05/12 | AJM | Conferred with J. Shugrue regarding correspondence to insurer (.1); researched, reviewed and analyzed cases on fiduciary insurance coverage claims (1.4); drafted correspondence to insurer regarding coverage for third party claim (1.9); conferred with J. Shugrue and L. Geiger regarding drafting of proposed endorsements to expiring coverage in connection with emergence from bankruptcy (.5); analyzed substantive comments on correspondence to insurer regarding third party claim and revised same (.4); conferred with client regarding insurer correspondence and coverage issues (.2); reviewed additional draft proposed insurance policy endorsements in connection with emergence from bankruptcy (.1). | 4.60 |
| 09/05/12 | A.Y. | Reviewed updated policies and analyzed changes needed to memorandum analyzing coverage after emergence from bankruptcy. | 0.80 |
| 09/05/12 | JDS | Analyzed and revised draft letter to insurer regarding coverage for fraudulent conveyance actions (.7); analyzed and revised draft insurance policy endorsements in connection with emergence from bankruptcy (1.2); emails with client regarding insurance policy endorsements in connection with emergence from bankruptcy and regarding meeting with Marsh regarding same (.2). | 2.10 |
| 09/05/12 | LMG | Drafted endorsements for camera property, borrowed property, DIC terrorism, primary commercial crime, excess commercial crime, workers compensation, employers liability, travel DIC, auto, aviation ground and aircraft liability policies in connection with emergence from bankruptcy. | 6.30 |

October 12, 2012
RE:     Insurance Counseling
        (503842.00005)

Case 08-13141-BLS    Doc 12630-3    Filed 10/25/12    Page 13 of 16

Invoice: 2325469
Page 10

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/06/12 | AJM | Reviewed draft policy endorsements from L. Geiger and A. Yassemedis in connection with emergence from bankruptcy (.6); conferred with J. Shugrue regarding draft policy endorsements from L. Geiger and A. Yassemedis in connection with emergence from bankruptcy (.2); reviewed substantive comments from J. Shugrue on draft insurance policy endorsements in connection with emergence from bankruptcy (.2); worked on revisions to proposed insurance policy endorsements in connection with emergence from bankruptcy (2.3); further conferred with J. Shugrue regarding revisions to proposed insurance policy endorsements in connection with emergence from bankruptcy (.2); conferred with client regarding revisions to proposed endorsements (.2); reviewed defense costs summaries and invoices for demand correspondence to insurer (.5). | 4.20 |
| 09/06/12 | A.Y. | Drafted endorsement language for media and excess liability policies in connection with emergence from bankruptcy. | 3.30 |
| 09/06/12 | JDS | Analyzed and revised draft insurance policy endorsements in connection with emergence from bankruptcy (2.3); analyzed A. Moss email to client regarding draft letter to insurer and related issues concerning fraudulent conveyance actions (.2); telephone conference with client regarding draft letter to insurer and related issues concerning fraudulent conveyance actions (.3). | 2.80 |
| 09/07/12 | AJM | Reviewed and analyzed memorandum, proposed endorsements and post-emergence organization materials in preparation for meeting with client and broker representatives in connection with emergence from bankruptcy (.5); conferred with J. Shugrue regarding memorandum, proposed endorsements and post-emergence organization materials in preparation for meeting with client and broker representatives in connection with emergence from bankruptcy (.2); meeting with client, J. Shugrue and broker representatives to discuss emergence-related revisions to policies, coverage issues (1.5); reviewed and responded to email from client regarding insurer non-disclosure agreements (.1); analyzed and worked on substantive responsive comments to insurer non-disclosure agreements (1.4); conferred with client regarding substantive responsive comments to insurer non-disclosure agreements (.3). | 4.00 |
| 09/07/12 | SS | Reviewed and catalogued case correspondence (.3); reviewed and revised sub files chart for attorney review (.7). | 1.00 |
| 09/07/12 | JDS | Prepared for and meeting with client, broker and A. Moss regarding insurance policy modifications in connection with emergence from bankruptcy. | 1.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/11/12 | AJM | Reviewed and analyzed docket report, statement of issues and brief in Wilmington Trust appeal of Tribune Plan (.9); reviewed order of US Court of Appeals with respect to bond requirement (.2); conferred with J. Shugrue regarding status of claim, plan and emergence issues (.3). | 1.40 |
| 09/11/12 | JDS | Prepared summary of pending insurance claims per client request in connection with policy renewals. | 0.60 |
| 09/12/12 | SS | Prepared sub files for sending to off site storage. | 0.30 |
| 09/13/12 | JDS | Analyzed insurance policy limits erosion report received from underlying defense counsel and forwarded same to client. | 0.20 |
| 09/24/12 | AJM | Reviewed and analyzed documents for preparation of demand letter to insurer (.5); drafted demand letter to insurer (.4). | 0.90 |
| 09/25/12 | AJM | Conferred with J. Shugrue regarding inquiry from insurer regarding CGL coverage, proposed endorsements in connection with emergence from bankruptcy (.2); telephone call to P. Anderson (Zurich) to discuss proposed endorsements to GL policies in connection with emergence from bankruptcy (.1); researched and reviewed loss information with respect to demand letter to insurer regarding third party claims in connection with emergence from bankruptcy (.7); reviewed correspondence from insurer regarding third party claims in connection with emergence from bankruptcy (.2); drafted demand letter to insurer regarding third party claims in connection with emergence from bankruptcy (1.1). | 2.30 |
| 09/26/12 | AJM | Reviewed emergence memorandum, proposed endorsements in connection with emergence from bankruptcy in preparation for conference with insurer representative (.3); teleconference with P. Anderson (Zurich) to discuss proposed endorsements to GL policies in connection with emergence from bankruptcy (.6); reviewed loss information with respect to third party claims in connection with demand on insurers (.5); drafted demand correspondence to insurer regarding third party claims (1.3); conferred with J. Shugrue regarding demand correspondence to insurer regarding third party claims (.1); reviewed substantive email and inquiry from insurer regarding aviation policy and emergence issues (.2). | 3.00 |

October 12, 2012
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS    Doc 12630-3    Filed 10/25/12    Page 15 of 16

Invoice: 2325469
Page 12

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/27/12 | AJM | Reviewed substantive email from insurer underwriter and broker representatives regarding proposed emergence endorsements to aviation policies (.3); reviewed and analyzed expiring aviation policies, memorandum regarding proposed emergence endorsements to aviation policies (.6); conferred with client regarding proposed emergence endorsements to aviation policies (.2); reviewed and analyzed proposed endorsement from insurer underwriter in connection with emergence from bankruptcy and email from client regarding same (.2); further conferred with client regarding proposed emergence endorsements to aviation policies (.1); reviewed substantive comments from J. Shugrue on proposed demand letter to insurer regarding third party claims (.2); revised proposed demand letter to insurer regarding third party claims (.8); conferred with client regarding proposed demand letter to insurer regarding third party claims (.1). | 2.50 |
| 09/27/12 | JDS | Analyzed and revised draft letter to insurers regarding coverage denial concerning third party claim. | 0.30 |
| 09/28/12 | AJM | Conferred with client regarding insurer underwriter's inquiry concerning proposed emergence endorsements. | 0.30 |

|  |  |  |
|---|---|---|
|  | TOTAL FEES: | $25,812.00 |
| 09/30/2012 Westlaw |  | 812.86 |
|  | Total Disbursements | $812.86 |
|  | Fees & Disbursements | $26,624.86 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.00 | 590.00 | 4,720.00 |
| AJM | A.J. Moss | 24.00 | 550.00 | 13,200.00 |
| LMG | L.M. Geiger | 10.20 | 575.00 | 5,865.00 |
| A.Y. | A. Yassemedis | 4.10 | 450.00 | 1,845.00 |
| SS | S. Somoza | 1.30 | 140.00 | 182.00 |
|  |  | 47.60 |  | $25,812.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2325469
Invoice Date: October 12, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through September 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $28,205.00 | $2,117.52 | $30,322.52 |
| RE: Insurance Counseling 503842.00005 | $2,372.00 | $0.00 | $2,372.00 |
| RE: Marsh 503842.00008 | $1,421.00 | $0.10 | $1,421.10 |
| **Current Invoice Total:** | **$31,998.00** | **$2,117.62** | **$34,115.62** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $6,752.00 | $154.05 | $6,906.05 |
| RE: Insurance Counseling 503842.00005 | $25,812.00 | $812.86 | $26,624.86 |
| **Current Invoice Total:** | **$32,564.00** | **$966.91** | **$33,530.91** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $31,998.00 | $2,117.62 | $34,115.62 |
| Bankruptcy/Reorganization | $32,564.00 | $966.91 | $33,530.91 |
| **GRAND TOTAL:** | **$64,562.00** | **$3,084.53** | **$67,646.53** |

**INVOICE IS PAYABLE UPON RECEIPT**

US_ACTIVE-110757355.i