# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $1,666.97 |
| Printing, Duplicating, Scanning | | $180.90 |
| Courier | Parcels/DLS | $78.55 |
| Postage | | $12.25 |
| Legal Research | WestLaw | $1,145.86 |
| **TOTAL:** | | **$3,084.53** |

US_ACTIVE-110755608.1-JCFALGOW

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | $1,527.72 | | | $139.25 | | $1,666.97 |
| Printing/Duplicating & Scanning | | $166.00 | | $.10 | $14.80 | | $180.90 |
| Courier | | $78.55 | | | | | $78.55 |
| Postage | | $12.25 | | | | | $12.25 |
| Legal Research | WestLaw | $333.00 | $812.86 | | | | $1,145.86 |
| **TOTAL:** | | **$2,117.52** | **$812.86** | **$.10** | **$154.05** | **$0.00** | **$3,084.53** |

US_ACTIVE-110755608.1-JCFALGOW

October 12, 2012  
Case 08-13141-BLS    Doc 12630-4    Filed 10/25/12    Page 4 of 7  
Invoice: 2325469  
RE:     Reliance/Times Mirror  
        (503842.00004)  
Page 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/22/12 | PHF | Researched, drafted, and edited waiver argument for PA Supreme Court reply brief. | 1.90 |
| 09/24/12 | PHF | Revised PA Supreme Court reply brief. | 2.60 |
| 09/24/12 | TPL | Finalized reply brief in PA Supreme Court. | 5.80 |
| 09/24/12 | MT | Cite checked Reply Brief and prepared brief for filing with PA Supreme Court. | 4.00 |
| 09/24/12 | JDS | Analyzed and revised final draft PA Supreme Court reply brief regarding LPT claim order. | 0.80 |

TOTAL FEES: $28,205.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/2012 | Duplicating/Printing/Scanning | 166.00 |
| 09/30/2012 | Westlaw | 333.00 |
| 09/30/2012 | Postage Expense | 12.25 |
| 09/30/2012 | Courier Service - Outside | 78.55 |
| 09/30/2012 | Outside Duplicating | 1,527.72 |
| | Total Disbursements | $2,117.52 |
| | Fees & Disbursements | $30,322.52 |

NON-BANKRUPTCY/REORGANIZATION  
Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.30 | 590.00 | 3,717.00 |
| TPL | T.P. Law | 33.60 | 490.00 | 16,464.00 |
| PHF | P.H. Forster | 18.00 | 410.00 | 7,380.00 |
| SS | S. Somoza | 0.60 | 140.00 | 84.00 |
| MT | M. Todd | 4.00 | 140.00 | 560.00 |
| | | 62.50 | | $28,205.00 |

US_ACTIVE-110757355.i

## NON-BANKRUPTCY/REORGANIZATION
### RE: Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/05/12 | JDS | Analyzed status of submissions to Marsh and next steps regarding same. | 0.10 |
| 09/07/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 09/14/12 | JDS | Analyzed status of upcoming submission to Marsh pursuant to parties' existing agreement. | 0.10 |
| 09/19/12 | DR | Corresponded with client regarding status of Marsh submission. | 0.40 |
| 09/20/12 | DR | Compiled materials for submission to Marsh and corresponded with client regarding same. | 0.30 |
| 09/20/12 | JDS | Emails with client and D. Rosenfield regarding upcoming submission to Marsh pursuant to settlement agreement. | 0.20 |
| 09/21/12 | DR | Drafted letter to Marsh regarding submission per settlement agreement. | 0.50 |
| 09/27/12 | DR | Finalized letter to Marsh seeking reimbursement per settlement agreement. | 1.20 |
| 09/27/12 | JDS | Emails with client regarding reimbursement submission to Marsh. | 0.30 |
| 09/28/12 | DR | Finalized reimbursement request letter per settlement agreement. | 0.40 |

　　　　　　　　　　　　　　　TOTAL FEES:　　　　$1,421.00

### CURRENT DISBURSEMENTS

| 09/30/2012 | Duplicating/Printing/Scanning | 0.10 |
|---|---|---|
| | Total Disbursements | $0.10 |
| | Fees & Disbursements | $1,421.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/29/12 | JDS | Analyzed Fee Examiner's Final Report regarding 11th Interim Fee Application. | 0.40 |

TOTAL FEES:     $6,752.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 09/30/2012 | Duplicating/Printing/Scanning | 14.80 |
| 09/30/2012 | Outside Duplicating | 139.25 |
| | Total Disbursements | $154.05 |
| | Fees & Disbursements | $6,906.05 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 4.20 | 590.00 | 2,478.00 |
| A.Y. | A. Yassemedis | 7.40 | 450.00 | 3,330.00 |
| SS | S. Somoza | 0.70 | 140.00 | 98.00 |
| LL | L. Lankford | 4.70 | 180.00 | 846.00 |
| | | 17.00 | | $6,752.00 |

US_ACTIVE-110757355.i

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/27/12 | AJM | Reviewed substantive email from insurer underwriter and broker representatives regarding proposed emergence endorsements to aviation policies (.3); reviewed and analyzed expiring aviation policies, memorandum regarding proposed emergence endorsements to aviation policies (.6); conferred with client regarding proposed emergence endorsements to aviation policies (.2); reviewed and analyzed proposed endorsement from insurer underwriter in connection with emergence from bankruptcy and email from client regarding same (.2); further conferred with client regarding proposed emergence endorsements to aviation policies (.1); reviewed substantive comments from J. Shugrue on proposed demand letter to insurer regarding third party claims (.2); revised proposed demand letter to insurer regarding third party claims (.8); conferred with client regarding proposed demand letter to insurer regarding third party claims (.1). | 2.50 |
| 09/27/12 | JDS | Analyzed and revised draft letter to insurers regarding coverage denial concerning third party claim. | 0.30 |
| 09/28/12 | AJM | Conferred with client regarding insurer underwriter's inquiry concerning proposed emergence endorsements. | 0.30 |

|  |  |
|---|---|
| TOTAL FEES: | $25,812.00 |
| 09/30/2012  Westlaw | 812.86 |
| Total Disbursements | $812.86 |
| Fees & Disbursements | $26,624.86 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.00 | 590.00 | 4,720.00 |
| AJM | A.J. Moss | 24.00 | 550.00 | 13,200.00 |
| LMG | L.M. Geiger | 10.20 | 575.00 | 5,865.00 |
| A.Y. | A. Yassemedis | 4.10 | 450.00 | 1,845.00 |
| SS | S. Somoza | 1.30 | 140.00 | 182.00 |
|  |  | 47.60 |  | $25,812.00 |