# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

September 1, 2012 through September 30, 2012

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 52.4 | 33,145.00 |
| 005735.00008 | Plan of Reorganization | 12.3 | 7,824.00 |
| 005735.00016 | Litigation Hold | 7.7 | 4,774.00 |
| 005735.00017 | Billing and Retention | 15.8 | 9,859.00 |
| **Total Hours and Fees Incurred** | | **88.2** | **55,602.00** |

| Expenses | Amount |
|---|---|
| Hosting Fee for Data Management | 17.77 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **44.77** |

Re: Current Financials
Client/Matter # 005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/05/12 | ANL | Prepared weekly status update. | 1.80 |
| 09/05/12 | BH | Analyze weekly financial performance compared to Plan. | 1.40 |
| 09/05/12 | BH | Revise weekly report to Committee. | 0.90 |
| 09/06/12 | BH | Analyze Moelis Media Update. | 0.50 |
| 09/07/12 | ANL | Prepared weekly status update. | 1.20 |
| 09/10/12 | YK | Analyzed weekly cash flows. | 0.80 |
| 09/10/12 | YK | Analyzed weekly publishing results. | 1.10 |
| 09/10/12 | YK | Analyzed weekly broadcast results. | 1.20 |
| 09/11/12 | ANL | Prepared weekly status update. | 1.80 |
| 09/12/12 | BH | Analyze Moelis Media Update. | 0.50 |
| 09/12/12 | BH | Analyze weekly financial performance compared to Plan. | 1.50 |
| 09/12/12 | BH | Revise weekly report to Committee. | 1.00 |
| 09/17/12 | ANL | Analyzed weekly revenue flash reports, July 2012 brown book, and preliminary August results. | 2.20 |
| 09/18/12 | ANL | Prepared weekly status update. | 1.70 |
| 09/18/12 | YK | Analyzed recent weekly cash flows. | 0.80 |
| 09/18/12 | YK | Analyzed recent weekly publishing results. | 0.50 |
| 09/18/12 | YK | Prepared weekly status update. | 1.50 |
| 09/19/12 | YK | Review of prior year's broadcasting data to analyze variances. | 0.70 |
| 09/19/12 | YK | Revise report exhibit on broadcasting pacings. | 1.10 |
| 09/19/12 | BH | Revise weekly report to Committee. | 1.00 |
| 09/19/12 | BH | Review Moelis Media Update. | 0.50 |
| 09/19/12 | BH | Analyze weekly financial performance compared to Plan. | 1.50 |
| 09/20/12 | BH | Analyze August 2012 financial performance compared to Plan. | 2.10 |
| 09/20/12 | BH | Revise report to Committee on August results. | 0.70 |
| 09/21/12 | YK | Attended Tribune professionals' call to review August 2012 results. | 0.90 |
| 09/21/12 | YK | Analyzed August 2012 operating results. | 0.70 |
| 09/21/12 | YK | Analyzed cash flows. | 1.20 |
| 09/21/12 | YK | Prepared summary of August 2012 results from the Tribune call. | 1.20 |
| 09/21/12 | YK | Analyzed weekly publishing operating results. | 1.50 |
| 09/21/12 | YK | Analyzed broadcasting results. | 1.50 |
| 09/21/12 | BH | Participate in call with Tribune advisors to review August financial performance. | 0.60 |
| 09/24/12 | YK | Analyzed August 2012 monthly performance results. | 0.90 |
| 09/25/12 | YK | Analyze anomalies related to broadcasting pacing trends. | 1.80 |
| 09/25/12 | ANL | Prepared weekly status update and August preliminary results analysis. | 2.30 |
| 09/25/12 | ANL | Analyzed August 2012 publishing results. | 1.80 |

Re:                 Current Financials
Client/Matter #   005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/26/12 | ANL | Analyzed weekly revenue flash reports and cash flow forecast. | 1.20 |
| 09/26/12 | ANL | Analyzed August 2012 broadcasting results. | 1.20 |
| 09/26/12 | ANL | Prepared weekly status update. | 1.30 |
| 09/26/12 | BH | Analyze weekly financial performance compared to Plan. | 1.40 |
| 09/26/12 | YK | Analyzed August 2012 monthly results. | 1.70 |
| 09/26/12 | BH | Revise weekly report to Committee | 1.00 |
| 09/27/12 | ANL | Analyzed latest appeals and motions from DCL proponents and bondholders. | 2.20 |
| | | **Total Hours** | **52.40** |

Re: Current Financials
Client/Matter #    005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Albert Leung | 18.70 | 620.00 | 11,594.00 |
| Brad Hall | 14.60 | 665.00 | 9,709.00 |
| Young Kim | 19.10 | 620.00 | 11,842.00 |
| **Total Hours & Fees** | **52.40** | | **33,145.00** |

Re: Plan of Reorganization
Client/Matter # 005735.00008

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/06/12 | ANL | Reviewed UCC preference actions with Debtor and UCC counsel. | 2.20 |
| 09/07/12 | BH | Analyze latest claims and distribution update from Debtors advisors. | 2.90 |
| 09/07/12 | ANL | Reviewed UCC preference actions documents. | 1.80 |
| 09/10/12 | ANL | Reviewed UCC preference actions documents and POR documents. | 2.20 |
| 09/11/12 | ANL | Reviewed updated distribution analysis and POR documents. | 1.70 |
| 09/14/12 | BH | Provide summary of emergence data on proceeds to creditors based upon latest cash estimates. | 1.50 |
| | | **Total Hours** | **12.30** |

Re:             Plan of Reorganization
Client/Matter # 005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 7.90 | 620.00 | 4,898.00 |
| Brad Hall | 4.40 | 665.00 | 2,926.00 |
| **Total Hours & Fees** | 12.30 | | 7,824.00 |

Re: Litigation Hold
Client/Matter # 005735.00016

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/11/12 | ANL | Reviewed litigation hold related documents. | 1.20 |
| 09/19/12 | MFR | Review documents for production to Litigation Trustee. | 2.50 |
| 09/24/12 | MFR | Review documents for production to Litigation Trustee. | 2.00 |
| 09/25/12 | MFR | Review status of production of documents to Litigation Trustee. | 2.00 |
| | | **Total Hours** | **7.70** |

Re:             Litigation Hold
Client/Matter # 005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mark F Rule | 6.50 | 620.00 | 4,030.00 |
| Albert Leung | 1.20 | 620.00 | 744.00 |
| **Total Hours & Fees** | **7.70** | | **4,774.00** |

Re: Billing and Retention
Client/Matter # 005735.00017

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 09/06/12 | ANL | Prepared fee application and response to fee examiner. | 2.10 |
| 09/07/12 | ANL | Prepared August 2012 fee application. | 0.80 |
| 09/18/12 | ANL | Prepared August 2012 fee application. | 1.20 |
| 09/18/12 | ANL | Prepared fee application data for fee examiner. | 1.80 |
| 09/18/12 | YK | Prepared August 2012 fee application. | 1.20 |
| 09/19/12 | YK | Prepared August 2012 fee application. | 1.10 |
| 09/20/12 | YK | Reviewed data to support 14th interim fee application. | 1.80 |
| 09/24/12 | BH | Review monthly fee application. | 1.40 |
| 09/25/12 | ANL | Prepared August 2012 fee application. | 2.10 |
| 09/25/12 | ANL | Prepared fee application data for fee examiner. | 1.20 |
| 09/27/12 | ANL | Reviewed fee examiner preliminary report. | 1.10 |
| | | **Total Hours** | **15.80** |

Re:              Billing and Retention
Client/Matter #  005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 10.30 | 620.00 | 6,386.00 |
| Brad Hall | 1.40 | 665.00 | 931.00 |
| Young Kim | 4.10 | 620.00 | 2,542.00 |
| **Total Hours & Fees** | **15.80** | | **9,859.00** |