# EXHIBIT "C"

| Date | Description of Services | Expenses |
|---|---|---|
| 08/31/12 | VENDOR: kCura Corporation August 2012 Monthly User Fees | $17.77 |
| 09/26/12 | Parking & Tolls Young Kim (Overtime) | 27.00 |
| | **Total Disbursements** | **$44.77** |

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Computer Supplies / Support | 17.77 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **44.77** |