# EXHIBIT A

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 10, 2012

**Invoice No. 1420295**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

---

Total This Invoice                                $        5,377.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫪

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 10, 2012

**Invoice No. 1420295**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/02/12 | T. Amlot | 4.40 | L120 | | Research and analyze background of litigation and relevant articles (1.1); draft motion to dismiss amended complaint (3.3). |
| 09/04/12 | N. Spears | 0.40 | L120 | | Read and edit motion to dismiss. |
| 09/04/12 | T. Amlot | 0.20 | L110 | | Pursue additional information regarding criminal history and status of plaintiff. |
| 09/05/12 | N. Spears | 0.50 | L120 | | Research on ▮▮▮▮▮▮▮ ▮ (.4); call and email w/K. Flax (.1). |
| 09/05/12 | T. Amlot | 1.30 | L120 | | Review materials re: judge and criminal status of plaintiff (.2); revise motion to dismiss (.6); draft summary to K. Flax re: status and strategy (.5). |
| 09/06/12 | N. Spears | 0.20 | L120 | | Email re: SOJ. |
| 09/07/12 | T. Amlot | 0.30 | L250 | | Prepare motion for substitution of judge, including review of procedure for same. |
| 09/10/12 | N. Spears | 0.30 | L120 | | Email w/K. Flax re: filing motion to dismiss and SOJ (.1); conference w/T. Amlot re: same (.2). |
| 09/10/12 | T. Amlot | 0.90 | L240 | | Revise and finalize motion to dismiss (.4); revise and finalize motion for substitution of judge (.4); arrange for filing and service of same (.1). |
| 09/17/12 | K. Rodriguez | 1.00 | L450 | | Attend hearing on motion for substitution of judge (.8); Correspondence with clerk regarding transfer of case to presiding judge (.2). |
| 09/17/12 | N. Spears | 0.50 | L120 | | Report on Court status from K. Rodriguez (.1); draft lit. log update (.4). |
| 09/20/12 | N. Spears | 0.20 | L120 | | Update on judge assigned. |

Bruce Smith

October 10, 2012

Matter: 09721775-0005
Invoice No.: 1420295

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/21/12 | T. Amlot | 0.20 | L250 | | Notice motion (.1); arrange for service of documents (.1). |
| 09/26/12 | N. Spears | 0.40 | L120 | | Read opposition (.2);conference with K. Flax re: same (.2). |
| 09/26/12 | T. Amlot | 0.60 | L120 | | Analyze response brief re: motion to dismiss (.3); draft summary of same (.3). |

| Total Hours | 11.40 | |
|------|------|------|
| Fee Amount | | $4,932.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 2.50 | $1,437.50 |
| T. Amlot | $400.00 | 7.90 | $3,160.00 |
| K. Rodriguez | $335.00 | 1.00 | $335.00 |
| Totals | | 11.40 | $4,932.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 9/10/2012 | Court Costs - -    DOCKET PETTY CASH Check #12795 | | 436.00 |
| | | SUBTOTAL | 436.00 |
| 9/5/2012 | Outside Duplicating - -    DOCKET PETTY CASH Check #12786 | | 9.00 |
| | | SUBTOTAL | 9.00 |
| 9/2/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $445.00 |

Bruce Smith

October 10, 2012

Matter: 09721775-0005
Invoice No.: 1420295

| | | |
|---|---|---|
| Fee Total | $ | 4,932.50 |
| Disbursement Total | $ | 445.00 |
| Invoice Total | $ | 5,377.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 10, 2012

**Invoice No. 1420296**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

Total This Invoice                                    $        7,205.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 10, 2012

**Invoice No. 1420296**

Client/Matter:   09721775-0007

Roberto Rivera

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/01/12 | J. Klenk | 0.70 | L240 | | Review Dardick affidavit (.3); revise brief (.4). |
| 09/02/12 | J. Klenk | 2.10 | L240 | | Revise summary judgment brief and Dardick affidavit (2.1). |
| 09/03/12 | J. Klenk | 3.90 | L240 | | Revise summary judgment motion, brief and Dardick supporting affidavit. |
| 09/04/12 | J. Klenk | 0.70 | L240 | | Teleconference with H. Dardick re: affidavit (.3); emails H. Dardick re: same (.2); conference with K. Rodriguez re: motion for summary judgment (.2). |
| 09/04/12 | K. Rodriguez | 1.80 | L240 | | Research regarding additional ▮▮▮▮ ▮▮▮▮ cases to add to summary judgment brief (.5); Review and revise brief in support of summary judgment (1.1); Draft cover motion to accompany summary judgment brief (.2). |
| 09/05/12 | K. Rodriguez | 1.40 | L240 | | Revise motion for summary judgment. |
| 09/05/12 | J. Klenk | 0.80 | L240 | | Conference K. Rodriguez re: summary judgment filing (.2); emails K. Flax re: summary judgment motion (.2); review final draft of brief and flie (.4). |
| 09/07/12 | J. Klenk | 0.20 | L240 | | Teleconference with K. Rodriguez re: status and position on summary judgment (.2). |
| 09/07/12 | K. Rodriguez | 0.20 | L120 | | Prepare for initial presentment on motion for summary judgment by reviewing correspondence with opposing counsel regarding deposition of plaintiff and conferencing with J. Klenk regarding same. |

Roberto Rivera

October 10, 2012

Matter: 09721775-0007
Invoice No.: 1420296

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/10/12 | J. Klenk | 0.20 | L120 | | Emails K. Rodriguez re: case management conference (.2). |
| 09/10/12 | K. Rodriguez | 1.10 | L450 | | Attend hearing regarding status on plaintiff's deposition and setting of summary judgment briefing schedule. |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 13.10 | | | |
| Fee Amount | | | | | $7,097.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 8.60 | $5,590.00 |
| K. Rodriguez | $335.00 | 4.50 | $1,507.50 |
| Totals | | 13.10 | $7,097.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 7/5/2012 | Computer Research--db ACCURINT July 2012 | | 97.40 |
| | | SUBTOTAL | 97.40 |
| | Document reproduction | | 10.60 |
| | | SUBTOTAL | 10.60 |
| 9/4/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $108.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 7,097.50 | |
| Disbursement Total | $ | 108.00 | |
| Invoice Total | $ | 7,205.50 | |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 5, 2012

**Invoice No. 1418941**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                         $           5,288.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

October 5, 2012

**Invoice No. 1418941**

Client/Matter:   09721775-0009

Cheryl Naedler

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/04/12 | J. Klenk | 0.40 | L120 | | Conference with M. Weinstein re: preparation for meeting with plaintiff's counsel (.4). |
| 09/05/12 | K. Staba | 0.10 | L120 | | Respond to M. Teggelaar email. |
| 09/07/12 | K. Staba | 0.50 | L450 | | Attend hearing re: extension of time. |
| 09/07/12 | J. Klenk | 2.10 | L160 | | Meeting D. Edelman, M. Weinstein, Michelle Teggelaar to discuss settlement (.8); conference with M. Weinstein re: meeting preparation (.4); listen to plaintiff Rabb recording twice (.2); emails K. Flax re: settlement meeting (.3); conference K. Staba re: court hearing on extension (.2); review memo re: █████████ (.2). |
| 09/07/12 | M. Weinstein | 1.60 | L160 | | Review memos on ████████ █████████ (.4); confer Jim Klenk █████████████ (.4); meeting Jim Klenk and plaintiffs' counsel regarding settlement (.8). |
| 09/12/12 | J. Klenk | 0.40 | L160 | | Email M. Weinstein re: offer (.1); email M. Teggelaar re: offer (.2); conference K. Flax re: same (.1). |
| 09/13/12 | J. Klenk | 0.40 | L160 | | Email M. Teggelaar with settlement proposal (.2); email K. Flax re: same (.1); conferences K. Flax re: settlement (.1). |
| 09/14/12 | J. Klenk | 0.20 | L120 | | Email D. MacGregor re: ████████ ███ (.1); conference with K. Flax re: same (.1). |
| 09/17/12 | J. Klenk | 0.10 | L120 | | Teleconference with K. Staba re: extension (.1). |

Cheryl Naedler

October 5, 2012

Matter: 09721775-0009
Invoice No.: 1418941

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/17/12 | K. Staba | 0.60 | L250 | | Call with M. Teggelar regarding extension of time (.1); email J. Klenk regarding same (.1); draft and file motion re extension of time (.4). |
| 09/18/12 | J. Klenk | 0.40 | L120 | | Email T. Wheat re: ███ ███ (.2); teleconference with M. Weinstein (.2). |
| 09/19/12 | J. Klenk | 1.40 | L160 | | Teleconference with T. Wheat re ███ ███ (.3); email K. Flax re: settlement proposal (.3); draft letter to plaintiff re: settlement and analyze data (.6); email T. Wheat re: same (.2). |
| 09/24/12 | K. Staba | 0.40 | L450 | | Attend hearing on motion for extension of time. |
| 09/26/12 | J. Klenk | 0.20 | L160 | | Teleconference K. Flax re: settlement proposal (.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 8.80 | | |
| Fee Amount | | | | $5,288.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 5.60 | $3,640.00 |
| M. Weinstein | $650.00 | 1.60 | $1,040.00 |
| K. Staba | $380.00 | 1.60 | $608.00 |
| Totals | | 8.80 | $5,288.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,288.00 |
| Invoice Total | $ | 5,288.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 5, 2012

**Invoice No. 1418942**

Client/Matter: 09721775-0078

Ordinance Violation re Advertising

Payment Due Upon Receipt

Total This Invoice                                   $        1,905.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

October 5, 2012

**Invoice No. 1418942**

Client/Matter:  09721775-0078

Ordinance Violation re Advertising

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/04/12 | N. Spears | 0.20 | L120 | | Email K. Flax re: administrative hearing background. |
| 09/05/12 | N. Spears | 0.30 | L120 | | Call w/K. Flax re: administration hearing (.10); conference w/T. Amlot re: same and follow up email (.20). |
| 09/05/12 | T. Amlot | 0.70 | L110 | | Numerous telephone conferences with City of Chicago re: ordinance violation (.6); draft summary of status to K. Flax (.1). |
| 09/07/12 | T. Amlot | 2.50 | L230 | | Attend hearing on alleged ordinance violations (2.4); conference with N. Spears following same (.1). |
| 09/10/12 | T. Amlot | 0.80 | L190 | | Draft summary of hearing and proposed next steps. |

| | | | | | |
|------|-----------|-------|------|----------|-----------|
| Total Hours | | 4.50 | | | |
| Fee Amount | | | | | $1,887.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.50 | $287.50 |
| T. Amlot | $400.00 | 4.00 | $1,600.00 |
| Totals | | 4.50 | $1,887.50 |

Ordinance Violation re Advertising

October 5, 2012

Matter: 09721775-0078
Invoice No.: 1418942

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 9/7/2012 | Ground Transportation TIFFANY L AMLOT CABS TO/FROM TRIBUNE HEARING | | 18.00 |
| | | SUBTOTAL | 18.00 |
| | Total Disbursements | | $18.00 |

| | | |
|--|--|--|
| Fee Total | $ | 1,887.50 |
| Disbursement Total | $ | 18.00 |
| Invoice Total | $ | 1,905.50 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

October 5, 2012

**Invoice No. 1418945**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                                     $        2,585.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

October 5, 2012

**Invoice No. 1418945**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/04/12 | K. Staba | 0.40 | L390 | | Follow up with J. Klenk regarding hearing (.2); call A. Vano regarding deposition notices (.2). |
| 09/05/12 | K. Staba | 0.50 | L450 | | Attend case management hearing. |
| 09/05/12 | J. Klenk | 0.40 | L120 | | Emails re: deposition dates and case management conference with K. Staba and C. Sennet (.4). |
| 09/07/12 | J. Klenk | 0.30 | L330 | | Conference K. Staba re: hearing on deposition schedule and depositions of plaintiff (.3). |
| 09/07/12 | K. Staba | 0.20 | L450 | | Draft email to J. Klenk regarding results of oral hearing. |
| 09/14/12 | J. Klenk | 0.20 | L330 | | Teleconference with K. Staba re: deposition preparation (.1); emails C. Sennet re: deposition dates (.1). |
| 09/14/12 | K. Staba | 1.60 | L330 | | Email J. Klenk regarding inquiry into information regarding plaintiff's jail time (.2); call with J. Klenk regarding upcoming depositions (.1); begin preparation for same (1.3). |
| 09/17/12 | J. Klenk | 0.10 | L330 | | Message C. Sennet re: deposition dates (.1). |
| 09/20/12 | K. Staba | 0.30 | L330 | | Discuss deposition dates with J. Klenk (.1); leave voicemails for A. Vano and A. Feuer regarding deposition scheduling (.1). |
| 09/21/12 | K. Staba | 0.10 | L330 | | Continue to call opposing counsel regarding deposition dates. |
| 09/24/12 | J. Klenk | 0.10 | L330 | | Conference K. Staba re: deposition dates (.1). |

Christopher Buchanan

October 5, 2012

Matter: 20010074-0001
Invoice No.: 1418945

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/25/12 | J. Klenk | 0.60 | L330 | | Emails C. Sennet, K. Staba re: plaintiff's status in Statesville penitentiary(.3); teleconference with C. Sennet re: same (.1); email K. Staba re: deposition dates (.2). |
| 09/25/12 | K. Staba | 0.50 | L330 | | Calls with opposing counsel's office regarding deposition dates (.2); prepare and serve amended deposition notices (.3). |
| 09/26/12 | K. Staba | 0.20 | L330 | | Prepare and serve Second Amended Notices of Depositions due to change in date (.2). |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | | 5.50 | | | |
| Fee Amount | | | | | $2,549.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.70 | $1,105.00 |
| K. Staba | $380.00 | 3.80 | $1,444.00 |
| Totals | | 5.50 | $2,549.00 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 9/14/2012 | Outside Duplicating - - | DOCKET PETTY CASH Check #12806 | | 36.00 |
| | | | SUBTOTAL | 36.00 |
| | Total Disbursements | | | $36.00 |

3

Christopher Buchanan

October 5, 2012

Matter: 20010074-0001
Invoice No.: 1418945

| | | |
|---|---|---|
| Fee Total | $ | 2,549.00 |
| Disbursement Total | $ | 36.00 |
| Invoice Total | $ | 2,585.00 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

October 10, 2012

**Invoice No. 1420297**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

Total This Invoice                                    $        3,074.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

October 10, 2012

**Invoice No. 1420297**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through September 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/19/12 | N. Spears | 0.50 | L120 | | Vet story w/K. Flax ██████ and various phone conferences re: same (.4); research ████ for K. Flax (.1). |
| 09/26/12 | N. Spears | 0.40 | L120 | | Analyze issue w/Peterson FOIA and sealed documents (.2); email w/K. Flax and B. Healey re: same (.2). |
| 09/26/12 | G. Naron | 0.50 | L120 | | Review correspondence re: possible FOIA request and motion to unseal re: Peterson case (.2); review statute and cases re: same (.3). |
| 09/27/12 | G. Naron | 3.20 | L250 | | Review background and correspondence re: possible motion to unseal ICC records(1.9); memo N. Spears re: same (1.3). |
| 09/27/12 | N. Spears | 0.90 | L120 | | Review email to K. Flax re: ██ access (.3); phone conference w/K. Flax re: fair report and privacy for ███████ (.4); follow up email (.2). |
| 09/28/12 | N. Spears | 0.20 | L120 | | Phone conference w/K. Flax re: ███ issues. |

| | | | |
|---|---|---|---|
| Total Hours | 5.70 | | |
| Fee Amount | | | $3,074.00 |

EDITORIAL-GENERAL
0000001492

October 10, 2012

Matter: 09721775-1003
Invoice No.: 1420297

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| N. Spears | $575.00 | 2.00 | $1,150.00 |
| G. Naron | $520.00 | 3.70 | $1,924.00 |
| Totals | | 5.70 | $3,074.00 |

| | | |
|---|---|---|
| Fee Total | $ | 3,074.00 |
| Invoice Total | $ | 3,074.00 |

3