# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### September 1, 2012 - September 30, 2012

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 1.0 |
| Jason Warsavsky | Associate | 5.0 |
| Aashish Shah | Analyst | 13.0 |
| | **Total Moelis Team Hours** | **19.0** |

**Tribune Co.**
Time Log - September 2012

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 1.0 |
| Jason Warsavsky | Associate | 5.0 |
| Aashish Shah | Analyst | 13.0 |
| **Total** | | **19.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 9/4/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 9/4/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 9/11/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 9/11/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Jason Warsavsky | 9/18/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 9/18/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 9/21/2012 | 1.0 | Tribune August Results Update Call |
| Jason Warsavsky | 9/21/2012 | 1.0 | Tribune August Results Update Call |
| Aashish Shah | 9/21/2012 | 1.0 | Tribune August Results Update Call |
| Jason Warsavsky | 9/25/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 9/25/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| | **Total** | **19.0** | |