**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

  I, J. Cory Falgowski, Esquire, do hereby certify that, on this 30th day of October, 2012, I caused a true and correct copy of the **NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO FORTY-THIRD MONTHLY FEE APPLICATION OF REED SMITH LLP, SPECIAL COUNSEL FOR CERTAIN INSURANCE MATTERS TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR AUGUST 1, 2012 THROUGH AUGUST 31, 2012** to be served upon the addressees on the attached service list in the manner indicated.

                By: /s/ J. Cory Falgowski
                   J. Cory Falgowski (No. 4546)

US_ACTIVE-110755745.1-JCFALGOW

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman
 and Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

**VIA FIRST CLASS MAIL**
Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

**VIA FIRST CLASS MAIL**
Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**VIA FIRST CLASS MAIL**
Dave Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

**VIA FIRST CLASS MAIL**
Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**VIA FIRST CLASS MAIL**
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

US_ACTIVE-110755745.1-JCFALGOW

- 2 -

**VIA FIRST CLASS MAIL**
Brian Trust, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**VIA FIRST CLASS MAIL**
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**VIA FIRST CLASS MAIL**
Steven C. Schwendemann, Esquire
Stuart Maue
Legal Cost Management
3840 McKelvey Road
St. Louis, MO  63044
(Fee Examiner)

**VIA FIRST CLASS MAIL**
Barbara Yan, Esquire
Orrick
51 West 52nd Street
New York, NY  10019-5820

**VIA FIRST CLASS MAIL**
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112