UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                              :
                                                    :   Chapter 11
TRIBUNE COMPANY, ET AL.                             :
                                                    :   Case No. 08-13141
                                                    :
                            Debtors                 :   (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that National Cinemedia LLC a creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor, debtor in possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering schedule number 251000970 (as listed on the Debtor's schedules or on proofs of claim filed in the cases or otherwise on a claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to schedule number 251000970 or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

Former Address                        New Address

National Cinemedia LLC                National Cinemedia LLC
PO Box 17491                          c/o Liquidity Solutions, Inc.
Denver, CO 17491                      One University Plaza, Suite 312
                                      Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

National Cinemedia LLC

By: Marcole Sullivan / Marcole Sullivan
Date: Oct. 8, 2012
Arapahoe County CO