# EXHIBIT "A"

{698.001-W0023254.}

## **EXHIBIT "A" – SUMMARY SHEET**

September 1, 2012 through and including September 30, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 4.00 | $2,880.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 37.10 | $23,744.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 28.80 | $18,432.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 48.50 | $24,007.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 28.20 | $13,395.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 109.90 | $46,158.00 |
| K. Tyler O'Connell | Associate; admitted DE 2004 | May 2003 | $420.00 | .20 | $84.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 44.30 | $14,397.50 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 44.60 | $15,610.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 6.90 | $2,242.50 |
| Alison Baker | Law Clerk | May, 2012 | $275.00 | .50 | $137.50 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 53.50 | $12,305.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 76.00 | $15,960.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 51.40 | $10,794.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 13.10 | $2,620.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 5.00 | $650.00 |
| | | | **Total** | **552.00** | **$203,417.00** |

**Blended Rate: $368.51**

October 31, 2012<br>
Account No: 698-001<br>
Statement No: 15638

Tribune Company, et al. bankruptcy

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Adam G. Landis | 4.00 | $720.00 | $2,880.00 |
| Richard S. Cobb | 28.80 | 640.00 | 18,432.00 |
| Daniel B. Rath | 37.10 | 640.00 | 23,744.00 |
| Rebecca L. Butcher | 48.50 | 495.00 | 24,007.50 |
| Cathy A. Adams | 76.00 | 210.00 | 15,960.00 |
| Linda M. Rogers | 51.40 | 210.00 | 10,794.00 |
| Matthew B. McGuire | 28.20 | 475.00 | 13,395.00 |
| J. Landon Ellis | 44.60 | 350.00 | 15,610.00 |
| James S. Green, Jr. | 109.90 | 420.00 | 46,158.00 |
| Cassandra Lewicki | 5.00 | 130.00 | 650.00 |
| Frances A. Panchak | 53.50 | 230.00 | 12,305.00 |
| Kimberly A. Brown | 44.30 | 325.00 | 14,397.50 |
| Anthony C. Dellose | 13.10 | 200.00 | 2,620.00 |
| Jeffrey R. Drobish | 6.90 | 325.00 | 2,242.50 |
| Allison Baker | 0.50 | 275.00 | 137.50 |
| Tyler O'Connell | 0.20 | 420.00 | 84.00 |
| **TOTALS** | **552.00** | | **$203,417.00** |

{698.001-W0023355.}