# EXHIBIT "C"

{698.001-W0023254.}

October 31, 2012<br>
Account No: 698-001<br>
Statement No: 15638

Tribune Company, et al. bankruptcy

### **Expenses**

| | |
|---|---:|
| Postage | 11.50 |
| Copying | 313.60 |
| Overnight Delivery | 18.81 |
| Courier Fees | 52.16 |
| Outside Duplication Services | 18,881.07 |
| Document Retrieval | 616.10 |
| Litigation Support | 4,335.00 |
| **Total Expenses Thru 09/30/2012** | **24,228.24** |

Date: 10/31/2012
## Detail Cost Transaction File List
Landis Rath & Cobb LLP

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 09/04/2012 | 1 | U | B100 E101 | 0.100 | 9.80 | Copying | 2739 |
| 698.001 | 09/04/2012 | 1 | U | B100 E102 | | 134.84 | Outside printing Digital Legal, LLC - Invoice 68159 | 2777 |
| 698.001 | 09/04/2012 | 1 | U | B100 E102 | | 401.98 | Outside printing Digital Legal, LLC - Invoice 68161 | 2778 |
| Subtotal for Transaction Date 09/04/2012 | | | | | Billable | 546.62 | | |
| 698.001 | 09/05/2012 | 1 | U | B100 E101 | 0.100 | 7.20 | Copying | 2740 |
| 698.001 | 09/05/2012 | 1 | U | B100 E108 | | 8.10 | Postage | 2786 |
| Subtotal for Transaction Date 09/05/2012 | | | | | Billable | 15.30 | | |
| 698.001 | 09/06/2012 | 1 | U | B100 E101 | 0.100 | 3.60 | Copying | 2741 |
| Subtotal for Transaction Date 09/06/2012 | | | | | Billable | 3.60 | | |
| 698.001 | 09/07/2012 | 1 | U | B100 E101 | 0.100 | 0.60 | Copying | 2742 |
| 698.001 | 09/07/2012 | 1 | U | B100 E118 | | 1,050.00 | Placers, Inc. of Delaware Invoice #M2532 - Excel discovery/service project. | 2755 |
| Subtotal for Transaction Date 09/07/2012 | | | | | Billable | 1,050.60 | | |
| 698.001 | 09/10/2012 | 1 | U | B100 E101 | 0.100 | 44.30 | Copying | 2743 |
| Subtotal for Transaction Date 09/10/2012 | | | | | Billable | 44.30 | | |
| 698.001 | 09/11/2012 | 1 | U | B100 E101 | 0.100 | 11.00 | Copying | 2744 |
| Subtotal for Transaction Date 09/11/2012 | | | | | Billable | 11.00 | | |
| 698.001 | 09/12/2012 | 1 | U | B100 E101 | 0.100 | 7.70 | Copying | 2745 |
| 698.001 | 09/12/2012 | 1 | U | B100 E102 | | 73.51 | Outside printing Digital Legal, LLC - Invoice 68336 | 2780 |
| Subtotal for Transaction Date 09/12/2012 | | | | | Billable | 81.21 | | |
| 698.001 | 09/13/2012 | 1 | U | B100 E101 | 0.100 | 36.70 | Copying | 2746 |
| 698.001 | 09/13/2012 | 1 | U | B100 E102 | | 14,675.92 | Outside printing Digital Legal, LLC - Invoice 68331 | 2779 |
| Subtotal for Transaction Date 09/13/2012 | | | | | Billable | 14,712.62 | | |
| 698.001 | 09/14/2012 | 1 | U | B100 E101 | 0.100 | 1.10 | Copying | 2747 |
| 698.001 | 09/14/2012 | 1 | U | B100 E101 | 0.100 | 1.10 | Copying | 2767 |
| Subtotal for Transaction Date 09/14/2012 | | | | | Billable | 2.20 | | |
| 698.001 | 09/17/2012 | 1 | U | B100 E101 | 0.100 | 1.30 | Copying | 2768 |
| 698.001 | 09/17/2012 | 1 | U | B100 E102 | | 25.94 | Outside printing Digital Legal, LLC - Invoice 68451 | 2781 |
| Subtotal for Transaction Date 09/17/2012 | | | | | Billable | 27.24 | | |
| 698.001 | 09/18/2012 | 1 | U | B100 E101 | 0.100 | 1.00 | Copying | 2769 |
| 698.001 | 09/18/2012 | 1 | U | B100 E102 | | 2,824.38 | Outside printing Digital Legal, LLC - Invoice 68472 | 2782 |
| 698.001 | 09/18/2012 | 1 | U | B100 E107 | | 38.70 | Delivery services/messengers USDRS Invoice 142823 | 2784 |
| 698.001 | 09/18/2012 | 1 | U | B100 E221 | | 18.81 | Overnight Delivery FedEx - Invoice 2-035-74389 | 2801 |
| Subtotal for Transaction Date 09/18/2012 | | | | | Billable | 2,882.89 | | |
| 698.001 | 09/19/2012 | 1 | U | B100 E101 | 0.100 | 2.30 | Copying | 2770 |
| Subtotal for Transaction Date 09/19/2012 | | | | | Billable | 2.30 | | |
| 698.001 | 09/20/2012 | 1 | U | B100 E101 | 0.100 | 27.80 | Copying | 2771 |
| Subtotal for Transaction Date 09/20/2012 | | | | | Billable | 27.80 | | |
| 698.001 | 09/21/2012 | 1 | U | B100 E118 | | 3,285.00 | Placers, Inc. of Delaware Invoice #M2548 - Excel discovery/service project | 2766 |
| 698.001 | 09/21/2012 | 1 | U | B100 E101 | 0.100 | 6.40 | Copying | 2772 |
| 698.001 | 09/21/2012 | 1 | U | B100 E107 | | 13.46 | Delivery services/messengers Digital Legal - Invoice 68547 | 2776 |
| 698.001 | 09/21/2012 | 1 | U | B100 E102 | | 25.94 | Outside printing Digital Legal, LLC - Invoice 68501 | 2783 |
| 698.001 | 09/21/2012 | 1 | U | B100 E108 | | 3.40 | Postage - 9/11 thru 9/21/12 | 2787 |
| Subtotal for Transaction Date 09/21/2012 | | | | | Billable | 3,334.20 | | |
| 698.001 | 09/24/2012 | 1 | U | B100 E101 | 0.100 | 32.30 | Copying | 2773 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
Date: 10/31/2012 | | | | | **Detail Cost Transaction File List** | | | | Page: 2
| | | | | Landis Rath & Cobb LLP | | | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| | Subtotal for Transaction Date 09/24/2012 | | | | Billable | 32.30 | | |
| 698.001 | 09/25/2012 | 1 | U | B100 E101 | 0.100 | 46.50 | Copying | 2774 |
| 698.001 | 09/25/2012 | 1 | U | B100 E102 | | 92.03 | Outside printing Digital Legal, LLC - Invoice 68624 | 2792 |
| 698.001 | 09/25/2012 | 1 | U | B100 E102 | | 414.07 | Outside printing Digital Legal, LLC - Invoice 68623 | 2793 |
| | Subtotal for Transaction Date 09/25/2012 | | | | Billable | 552.60 | | |
| 698.001 | 09/26/2012 | 1 | U | B100 E101 | 0.100 | 10.20 | Copying | 2775 |
| 698.001 | 09/26/2012 | 1 | U | B100 E102 | | 31.35 | Outside printing Digital Legal, LLC - Invoice 68651 | 2795 |
| | Subtotal for Transaction Date 09/26/2012 | | | | Billable | 41.55 | | |
| 698.001 | 09/28/2012 | 1 | U | B100 E102 | | 181.11 | Outside printing Digital Legal, LLC - Invoice 68668 | 2794 |
| | Subtotal for Transaction Date 09/28/2012 | | | | Billable | 181.11 | | |
| 698.001 | 09/29/2012 | 1 | U | B100 E101 | 0.100 | 62.70 | Copying | 2785 |
| | Subtotal for Transaction Date 09/29/2012 | | | | Billable | 62.70 | | |
| 698.001 | 09/30/2012 | 1 | U | B100 E208 | | 292.60 | PACER Document Retrieval - 093012 | 2796 |
| 698.001 | 09/30/2012 | 1 | U | B100 E208 | | 323.50 | Document Retrieval LexisNexis Invoice EA-518833 (Courtlink) | 2797 |
| | Subtotal for Transaction Date 09/30/2012 | | | | Billable | 616.10 | | |
| **Total for Client ID 698.001** | | | | | **Billable** | **24,228.24** | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 24,228.24 | | |