## VERIFICATION

STATE OF NEW YORK     :
                      : ss:
COUNTY OF NEW YORK    :

Douglas E. Deutsch, after being duly sworn according to law, deposes and says:

(a) I am a partner with the applicant firm, Chadbourne & Parke LLP, and have been admitted to the bar of the State of New York since 1997.

(b) I am familiar with the work performed on behalf of the Committee by the lawyers in the firm.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such order.

_____
Douglas E. Deutsch

Sworn to before me this
26th day of October 2012

_____
Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires December 27, 2014