# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### September 1, 2012 through September 30, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 27.00 | $11,004.00 |
| Committee Meetings | 003 | 1.80 | 1,263.00 |
| Creditor Communications | 004 | 3.50 | 2,607.50 |
| Business Operations | 007 | 17.90 | 12,765.50 |
| Claims Administration/Bar Date | 009 | 5.00 | 2,720.00 |
| Fee/Retention Applications | 010 | 50.60 | 24,170.00 |
| General Litigation | 017 | 3.90 | 2,360.50 |
| Review of Pre-Petition Financings | 019 | 60.90 | 34,326.50 |
| Shareholder Claims | 020 | 15.20 | 9,211.00 |
| Plan Litigation | 021 | 295.70 | 210,144.50 |
| **Total** | | **481.50** | **$310,572.50** |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through September 30, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


09/02/12   D. E. DEUTSCH        Review last six daily reports,        1.40 hrs.
                                pleadings therein and court
                                calendar (1.2); exchange e-mails
                                with Michael Distefano re:
                                follow-up on item therein (.1);
                                e-mail David Bava re: related
                                posting item (.1).

09/04/12   D. E. DEUTSCH        Conference with David LeMay to        0.30 hrs.
                                discuss various case matters (.3).

09/04/12   D. BAVA              Review and analysis of docket         0.60 hrs.
                                sheets, including Neil district
                                court litigation, Delaware
                                adversary proceedings and
                                multi-district litigations re:
                                daily case activity (.30); review
                                district court docket sheet re:
                                Wilmington Trust's appeals
                                regarding allocation disputes
                                order and confirmation order
                                (.10); review, revise and finalize
                                case calendar based on current
                                docket entries (.20).

09/04/12   D. M. LeMAY          Review all most recent court          0.40 hrs.
                                filings.

09/05/12   M. DISTEFANO         Reviewed docket filings (.2);         0.40 hrs.
                                revised memo re Examiner record
                                retention (.2).

09/05/12   D. BAVA              Review and analysis of docket         2.20 hrs.
                                sheets, including Neil district
                                court litigation, Delaware
                                adversary proceedings and
                                multi-district litigations re:
                                daily case activity (.30); review
                                district court docket sheet re:
                                Wilmington Trust's appeals
                                regarding allocation disputes
                                order and confirmation order
                                (.10); review, revise and finalize
                                case calendar based on current
                                docket entries (.20); review and
                                restructure Intralinks materials
                                (1.60).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page   2

| | | | |
|---|---|---|---|
| 09/05/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); e-mail David Bava re: daily report issue (.2). | 0.60 hrs. |
| 09/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/10/12 | D. M. LeMAY | Review all latest court filings. | 0.60 hrs. |
| 09/10/12 | M. DISTEFANO | Reviewed docket items (.1); drafted email to Committee re Chicago Tribune article (.2). | 0.30 hrs. |
| 09/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page    3

| | | | |
|---|---|---|---|
| 09/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); review and restructure Intralinks materials (1.80). | 2.40 hrs. |
| 09/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/12/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and case calendar (.7). | 0.70 hrs. |
| 09/13/12 | M. DISTEFANO | Reviewed docket filings (.1); drafted email to Committee re Examiner Record retention (.2). | 0.30 hrs. |
| 09/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                Page   4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/14/12 | M. DISTEFANO | Reviewed docket filings (.1) | 0.10 hrs. |
| 09/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/17/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 09/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 09/18/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 09/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review, revise and finalize case calendar based on current docket entries (.20); review and restructure Intralinks materials (2.20). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                  September 30, 2012
435 N. MICHIGAN AVENUE                                        Page    5
CHICAGO, IL 60611

| 09/19/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.6); exchange e-mails with David Bava re: various Intralinks matters (.2). | 0.80 hrs. |

| 09/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 09/19/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

| 09/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 09/20/12 | M. DISTEFANO | Reviewed docket filings (.2) | 0.20 hrs. |

| 09/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20); preparation of archived IntraLinks materials (.80). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page   6

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/21/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 09/21/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: multiple Committee matters (.2). | 0.20 hrs. |
| 09/24/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review district court docket sheet re: Wilmington Trust's appeals regarding allocation disputes order and confirmation order (.10); review and restructure Intralinks materials (1.20). | 1.60 hrs. |
| 09/26/12 | M. DISTEFANO | Reviewed docket filings (.1) | 0.10 hrs. |
| 09/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              September 30, 2012
435 N. MICHIGAN AVENUE                                    Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/26/12 | D. E. DEUTSCH | Review last five daily reports, pleadings therein and court calendar (.4); exchange e-mails with David Bava re: Intralinks posting issue (.2); review update report from David Bava re: Intralinks status issues (.1). | 0.70 hrs. |
| 09/27/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 09/28/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 09/28/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

**Total Fees for Professional Services..............  $11,004.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.00 | 925.00 |
| D. E. DEUTSCH | 745.00 | 4.70 | 3501.50 |
| D. BAVA | 295.00 | 19.20 | 5664.00 |
| M. DISTEFANO | 435.00 | 2.10 | 913.50 |
| TOTALS | | 27.00 | 11004.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page    1

                                    For Services Through September 30, 2012

Our Matter #19804.003
            COMMITTEE MEETINGS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/03/12 | D. M. LeMAY | Review minutes of last Committee meeting. | 0.60 hrs. |
| 09/04/12 | M. DISTEFANO | Revised minutes from 8/23 Committee Meeting (.3). | 0.30 hrs. |
| 09/10/12 | M. DISTEFANO | Drafted emails to professionals and team re professionals call (.1) | 0.10 hrs. |
| 09/11/12 | M. DISTEFANO | Drafted email to Committee re potential Committee meeting (.1) | 0.10 hrs. |
| 09/17/12 | M. DISTEFANO | Drafted emails to parties re professionals and committee meetings (.1). | 0.10 hrs. |
| 09/17/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: professional meeting issues (.2). | 0.20 hrs. |
| 09/24/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: polling by Committee on issue (.2); exchange e-mails with Howard Seife and others re: upcoming professional meeting (.2). | 0.40 hrs. |


             **Total Fees for Professional Services.............  $1,263.00**



                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .60 | 555.00 |
| D. E. DEUTSCH | 745.00 | .60 | 447.00 |
| M. DISTEFANO | 435.00 | .60 | 261.00 |
| TOTALS | | 1.80 | 1263.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                                For Services Through September 30, 2012

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/19/12 | D. E. DEUTSCH | Call with Bob Paul (Guild) re: various case matters (.2); exchange voicemail and e-mails with Frank Anderson (PBGC) re: case inquiry (.2). | 0.40 hrs. |
| 09/20/12 | D. E. DEUTSCH | Call with Committee member (Frank Anderson) re: polling issue (.2); call with Committee member Jay Teitelbaum re: polling and various case issues (.3); two calls with Committee member Gordon Novod re: polling issue and various case issues (.5); call (.1) and e-mails with Wayne Smith (Warner Brothers) re: same (.2); exchange e-mails with Bob Paul (Guild) re: polling issue (.2); call (.1) and exchange e-mails with Alec Lipkind re: polling issue (.2). | 1.80 hrs. |
| 09/21/12 | D. E. DEUTSCH | Exchange multiple e-mails with Alec Lipkind (Buena Vista) re: case matters (.3); call with Damian Schaible re: polling issue (.2); exchange related e-mails with Damian Schaible and Eli Vonnegut (.2). | 0.70 hrs. |
| 09/25/12 | D. E. DEUTSCH | Exchange e-mails with Wayne Smith (Committee co-chair) re: various case matters (.3); call with Wayne Smith re: case matters, including FCC update (.3). | 0.60 hrs. |


          **Total Fees for Professional Services.............   $2,607.50**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 3.50 | 2607.50 |
| TOTALS | | 3.50 | 2607.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                 For Services Through September 30, 2012

Our Matter #19804.007
          BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 09/02/12 | D. E. DEUTSCH | Review lengthy e-mail and attachments from James Stenger re: FCC approval issues/next steps (1.3). | 1.30 hrs. |
| 09/04/12 | D. E. DEUTSCH | Review additional FCC filings (Public Interest filings and draft response) (1.1); exchange e-mails with David Bava re: multiple Intralinks posting matters for Committee (.3). | 1.40 hrs. |
| 09/04/12 | J. A. STENGER | Office correspondence D. LeMay regarding stay motions (0.3); prepare for telephone conference (0.3) and telephone conference with J. Feore regarding stay motions and approach to FCC on Exit Applications and opposition to Public Interest Group objection (0.6); prepare correspondence to J. Feore regarding opposition to public interest group petition (0.3); review revised draft of same (0.6). | 2.10 hrs. |
| 09/05/12 | J. A. STENGER | Review documents regarding stay in preparation for call with J. Feore (0.8); telephone conference with J. Feore regarding approach to FCC Staff on processing Exit Applications (0.4). | 1.20 hrs. |
| 09/05/12 | D. E. DEUTSCH | Review final FCC public interest responses (.7). | 0.70 hrs. |
| 09/07/12 | D. E. DEUTSCH | Review update from James Stenger on FCC matters (.2); discuss related appeals issues with David LeMay (.2); call with James Stenger re: various outstanding FCC matters (.2). | 0.60 hrs. |
| 09/10/12 | D. E. DEUTSCH | Review Tribune article on business operations (.3); discuss same with David LeMay (.1); review and edit draft posting note to Committee on same (.1); review new Third Circuit decision for FCC purposes | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|          |               |                                                                                                                                                                                                                                                              |           |
|----------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |               | (.2); review related e-mails from James Stenger and David LeMay (.2); e-mails (.1) and calls with James Stenger re: possible outreach to Debtors' FCC counsel on same (.2); review last week's AlixPartners' business report (.2).                              |           |
| 09/11/12 | D. E. DEUTSCH | Review letter to FCC from Debtors re: status of appeals (.3); e-mail David LeMay and other team members re: same (.1).                                                                                                                                         | 0.40 hrs. |
| 09/11/12 | J. A. STENGER | Review office correspondence from D.Deutsch and reply pleading regarding district court stay (0.5); prepare correspondence to Tribune FCC counsel regarding same (0.3) and review Tribune FCC filing regarding Third Circuit stay decision (0.3).               | 1.10 hrs. |
| 09/12/12 | D. E. DEUTSCH | Review appeal briefs (2.3); discuss same with James Stenger (.3).                                                                                                                                                                                             | 2.60 hrs. |
| 09/13/12 | D. E. DEUTSCH | Review update from James Stenger re: Debtors' contact with FCC (.2); call with James Stenger re: same (.2).                                                                                                                                                    | 0.40 hrs. |
| 09/13/12 | J. A. STENGER | Prepare for call with Debtor FCC counsel regarding expediting Exit Applications (0.7); telephone conference with Debtor FCC counsel regarding same (0.4); prepare correspondence to D.  Deutsch regarding same (0.2).                                           | 1.30 hrs. |
| 09/19/12 | D. E. DEUTSCH | Review last two Moelis weekly reports (.2); review and research inquiry from James Stenger and John Feore (DCL FCC counselors) re: various appeal matters (.4); hold related meeting with Marc Roitman re: additional research on same (.2); draft e-mail response to Stenger inquiry (.1). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/25/12 | D. E. DEUTSCH | Review materials on FCC matters (.5); call with James Stenger re: same (.3); related follow-up meeting with David LeMay re: raising issues with DCL proponents (.4); review e-mails to DCL plan teams on same (.2); review further update from James Stenger (.2); hold related call with James Stenger on most recent FCC report (.1); draft update to Howard Seife on FCC issues (.3). | 2.00 hrs. |
| 09/28/12 | D. E. DEUTSCH | Call with James Stenger re: update on FCC matters (.3). | 0.30 hrs. |
| 09/30/12 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report (.2). | 0.20 hrs. |

**Total Fees for Professional Services..............  $12,765.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| J. A. STENGER | 645.00 | 5.70 | 3676.50 |
| D. E. DEUTSCH | 745.00 | 12.20 | 9089.00 |
| TOTALS | | 17.90 | 12765.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page    1


                                   For Services Through September 30, 2012

Our Matter #19804.009
        CLAIMS ADMINISTRATION/BAR DATE


| Date | Name | Description | Hours |
|---|---|---|---|
| 09/05/12 | M. DISTEFANO | Revised memo to Committee re Griffin Objection (.3). | 0.30 hrs. |
| 09/05/12 | D. E. DEUTSCH | Review new claim objection (.2); exchange e-mails with Matt McGuire re: analysis of objection for Committee (.2). | 0.40 hrs. |
| 09/06/12 | D. E. DEUTSCH | Review and edit memorandum to Committee on new claim objection drafted by Michael Distefano (.5). | 0.50 hrs. |
| 09/06/12 | M. DISTEFANO | Revised memo to Committee re Griffin Objection (.5). | 0.50 hrs. |
| 09/10/12 | M. DISTEFANO | Reviewed response of Mr. Griffin to Debtors' claim objection (.2). | 0.20 hrs. |
| 09/10/12 | M. ROITMAN | Review A&M Claims and Distribution Update (0.2); Correspond with D. LeMay re: same (0.1) | 0.30 hrs. |
| 09/18/12 | M. DISTEFANO | Reviewed Landis memo on new claim objection (.3). | 0.30 hrs. |
| 09/19/12 | M. DISTEFANO | Drafted email to Committee re LRC memo on new claims objection (.4). | 0.40 hrs. |
| 09/19/12 | D. E. DEUTSCH | Review e-mail exchanges re: inquiry from Michael Distefano to Landis team on claim objection matter (.3); review and respond to further inquiry from Michael Distefano related to same (.1). | 0.40 hrs. |
| 09/23/12 | M. DISTEFANO | Reviewed claim settlement re Arbitron claims (.5). | 0.50 hrs. |
| 09/26/12 | M. DISTEFANO | Drafted email re Arbitron claims settlement (.1); reviewed settlement report and drafted email to Debtors re same (.7) | 0.80 hrs. |
| 09/26/12 | D. E. DEUTSCH | Review and respond to e-mails from Michael Distefano re: Arbitron claim settlement (.2); conference with Michael Distefano to discuss analysis of Debtors' recently-filed settlement report | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page    2

(.2).

**Total Fees for Professional Services.............. $2,720.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. E. DEUTSCH | 745.00 | 1.70 | 1266.50 |
| M. DISTEFANO | 435.00 | 3.00 | 1305.00 |
| M. ROITMAN | 495.00 | .30 | 148.50 |
| TOTALS | | 5.00 | 2720.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                                    For Services Through September 30, 2012
Our Matter #19804.010
            FEE/RETENTION APPLICATIONS
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/04/12 | E. DAUCHER | Research regarding Delaware precedent re: certain fee issues. | 0.80 hrs. |
| 09/04/12 | M. DISTEFANO | Prepare weekly professional fee report (.1) and ordinary course professional report (.2). | 0.30 hrs. |
| 09/04/12 | H. LAMB | Begin review of billing proformas/daily time detail in preparation of monthly fee application. | 3.60 hrs. |
| 09/04/12 | D. E. DEUTSCH | Review inquiry from Fee Examiner (.2); discuss additional research on same (.2) and research results with Eric Daucher (.3); call with Adam Landis re: Fee Examiner inquiry (.2); call with Fee Examiner re: various fee issues (.6). | 1.50 hrs. |
| 09/05/12 | D. E. DEUTSCH | Review Fee Examiners' report (.3). | 0.30 hrs. |
| 09/06/12 | D. E. DEUTSCH | Review last week's ordinary course professional fee report (.3). | 0.30 hrs. |
| 09/06/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 4.70 hrs. |
| 09/06/12 | M. DISTEFANO | Draft email to Committee re Zuckerman appearance modification (.4). | 0.40 hrs. |
| 09/07/12 | M. DISTEFANO | Prepare weekly professional fee report (.2) and ordinary course professional report (.1). | 0.30 hrs. |
| 09/10/12 | H. LAMB | Research and preparation of work description summaries in preparation of monthly fee application. | 2.20 hrs. |
| 09/10/12 | D. E. DEUTSCH | Review weekly professional fee report (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 30, 2012
435 N. MICHIGAN AVENUE                                      Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/12/12 | D. E. DEUTSCH | Meeting with Helen Lamb to discuss fee application matters (.6); review and edit draft fee statement summary distribution report (.4). | 1.00 hrs. |
| 09/12/12 | H. LAMB | Further research and preparation of work description summaries for fee application. | 1.60 hrs. |
| 09/13/12 | D. E. DEUTSCH | Review professional fee application summary report (.2). | 0.20 hrs. |
| 09/14/12 | M. DISTEFANO | Prepare weekly professinal fee report (.2) and ordinary course professional report (.2). | 0.40 hrs. |
| 09/17/12 | M. DISTEFANO | Draft Chadbourne's sixth supplemental disclosure affidavit. | 0.70 hrs. |
| 09/17/12 | D. E. DEUTSCH | Review notes/e-mails re: retention matter for possible update to Committee on same (.4); exchange e-mails with Eric Distefano re: same (.2). | 0.60 hrs. |
| 09/18/12 | D. E. DEUTSCH | Review e-mails/materials on Committee disclosure issues (.3); discuss research on same with Michael Distefano (.2); review and revise two related draft disclosure document (1.4); discuss related issue with Adam Landis (.2); discuss final edits to same with Michel Distefano (.2). | 2.30 hrs. |
| 09/18/12 | M. DISTEFANO | Review and revise Chadbourne sixth supplemental disclosure (2.2); drafted email to Committee re same (.8). | 3.00 hrs. |
| 09/19/12 | H. LAMB | Review Fee Examiner preliminary report on twelfth interim fee period (.3); research certain expense issues raised in report and prepare responsive exhibits (.7). | 1.00 hrs. |
| 09/19/12 | M. DISTEFANO | Drafted email to Committee re retention issue (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page   3

| 09/19/12 | D. E. DEUTSCH | Review and make final edits to memorandum to Committee on director/officer attorney fee requests and payments (.2); review further comments from David LeMay on revised court filing re: retention matter (.3); draft revisions to memorandum to Committee on disclosure matters (.3); review August fee statement time entrees and edit same (2.3). | 3.10 hrs. |
| 09/19/12 | H. SEIFE | Review of Chadbourne 6th disclosure affidavit. | 0.20 hrs. |
| 09/20/12 | H. LAMB | Review Alvarez fee spreadsheet (.2) and provide revised fee status/estimate through effective date (.5). | 0.70 hrs. |
| 09/21/12 | M. DISTEFANO | Drafted email to Committee re retentin issue (.4); drafted emails to D. Deutsch re same (.1). | 0.50 hrs. |
| 09/21/12 | D. E. DEUTSCH | Preliminary review of Fee Examiner's quarterly draft report (.6); conference with Eric Daucher to discuss proposed response to same (.3). | 0.90 hrs. |
| 09/21/12 | E. DAUCHER | Meeting with D. Deutsch to discuss response to fee examiner's preliminary report (.2); preliminary analysis of fee examiner's preliminary report (1.1). | 1.30 hrs. |
| 09/22/12 | M. DISTEFANO | Prepare weekly professional fee report (.8) and ordinary course professional report (.3). | 1.10 hrs. |
| 09/23/12 | M. DISTEFANO | Drafted email to D. Deutsch re retention issue (.1); completed weekly ordinary course fees report (.2) | 0.30 hrs. |
| 09/24/12 | M. DISTEFANO | Drafted email to Committee re retention issue (.2). | 0.20 hrs. |
| 09/24/12 | M. DISTEFANO | Finalized Chadbourne's sixth disclosure affidavit (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/24/12 | H. LAMB | Finalize monthly fee application for filing. | 1.30 hrs. |
| 09/24/12 | D. BAVA | Prepare exhibit to be used in connection with fee examiner's report related to twelfth interim fee application (1.1). | 1.10 hrs. |
| 09/24/12 | D. E. DEUTSCH | Review, edit draft and draft inserts for August fee application descriptions (1.2). | 1.20 hrs. |
| 09/25/12 | D. BAVA | Complete exhibit to be used in connection with fee examiner's report related to twelfth interim fee application (1.4). | 1.40 hrs. |
| 09/26/12 | D. E. DEUTSCH | Discuss Fee Examiner's review of 12th quarterly fee application with Eric Daucher (.1); e-mail Fee Examiner re: same (.1). | 0.20 hrs. |
| 09/26/12 | E. DAUCHER | Analysis of fee examiner's preliminary report on 12th interim period and related time records and expense records. | 3.70 hrs. |
| 09/26/12 | H. LAMB | Review draft omnibus fee order for eleventh fee period (.2); email to P.Ratkowiak regarding amounts (.1). | 0.30 hrs. |
| 09/27/12 | E. DAUCHER | Drafting response to fee examiner's report on 12th interim fee period request. | 1.80 hrs. |
| 09/28/12 | E. DAUCHER | Drafting for reply to Fee Examiner's response to 12th interim fee request. | 3.70 hrs. |
| 09/28/12 | M. DISTEFANO | Prepare ordinary course professionals report (.2) and case professionals fee reports (.2). | 0.40 hrs. |
| 09/30/12 | D. E. DEUTSCH | Review last two weekly professional fee application reports (.2); e-mail Michael Distefano re: question on update for same (.1); review last two weekly ordinary course professional reports (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page     5


Total Fees for Professional Services............. $24,170.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .20 | 199.00 |
| D. E. DEUTSCH | 745.00 | 12.50 | 9312.50 |
| D. BAVA | 295.00 | 2.50 | 737.50 |
| E. DAUCHER | 495.00 | 11.30 | 5593.50 |
| H. LAMB | 295.00 | 15.40 | 4543.00 |
| M. DISTEFANO | 435.00 | 8.70 | 3784.50 |
| TOTALS | | 50.60 | 24170.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                                  For Services Through September 30, 2012

   Our Matter #19804.017
                GENERAL LITIGATION


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/13/12 | M. DISTEFANO | Drafted D&O insurance update report (1.1); meeting with D. Deutsch re same (.3) | 1.40 hrs. |
| 09/13/12 | D. E. DEUTSCH | Review updated report from Pat Nash on officer D&O spending (.3); e-mail (.2) and call with Michael Distefano re: drafting report to Committee on same (.3). | 0.80 hrs. |
| 09/18/12 | M. DISTEFANO | Updated memo to Committee re D&O insurance report (.4). | 0.40 hrs. |
| 09/18/12 | D. E. DEUTSCH | Review draft report to Committee on director and officer reimbursement claims (.3) and research same (.3); draft related revisions (.2). | 0.80 hrs. |
| 09/19/12 | H. SEIFE | Review of memo on D&O insurance report. | 0.30 hrs. |
| 09/19/12 | M. DISTEFANO | Revised memo to Committee re D&O insurance fees update (.2). | 0.20 hrs. |


        Total Fees for Professional Services.............  $2,360.50



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .30 | 298.50 |
| D. E. DEUTSCH | 745.00 | 1.60 | 1192.00 |
| M. DISTEFANO | 435.00 | 2.00 | 870.00 |
| TOTALS | | 3.90 | 2360.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1


                                    For Services Through September 30, 2012

  Our Matter #19804.019
            REVIEW OF PREPETITION FINANCINGS


09/04/12   N. STEBINGER      Review of documents pursuant to        1.60 hrs.
                             Committee Litigation Trust
                             Transfer Agreement.

09/04/12   M. ROITMAN        Review of documents pursuant to        0.60 hrs.
                             Committee Litigation Trust
                             Transfer Agreement (0.3);
                             Correspond with K. Zafran re: same
                             (0.3)

09/04/12   K. ZAFRAN         Emails with M. Roitman re:             0.20 hrs.
                             potential search terms in
                             connection with review of his
                             post-November document production.

09/04/12   A. VOELKER        Review of documents pursuant to        0.20 hrs.
                             Committee Litigation Trust
                             Transfer Agreement (0.2).

09/04/12   E. SHINNEMAN      Review of documents pursuant to        0.50 hrs.
                             Committee Litigation Trust
                             Transfer Agreement

09/05/12   E. SHINNEMAN      Review of documents pursuant to        4.10 hrs.
                             Committee Litigation Trust
                             Transfer Agreement

09/05/12   A. VOELKER        Review of documents pursuant to        1.60 hrs.
                             Committee Litigation Trust
                             Transfer Agreement (1.6)

09/05/12   K. ZAFRAN         Review of documents pursuant to        3.20 hrs.
                             Committee Litigation Trust
                             Transfer Agreement (2.2); call
                             with L. Moloney re: relativity
                             issues (.3); emails with review
                             team to assign additional
                             documents (.3); call with A.
                             Goldfarb and M. Ashley re:
                             procedures (.4).

09/05/12   N. STEBINGER      Review of documents pursuant to        0.60 hrs.
                             Committee Litigation Trust
                             Transfer Agreement (.6).
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page    2

| | | | |
|---|---|---|---|
| 09/05/12 | M. D. ASHLEY | Call with A. Goldfarb regarding Litigation Trustee transfer agreement document review issues (.4); call issues K. Zafran, A. Goldfarb regarding same (.4); reviewed materials relating to Litigation Trustee transfer agreement document review (.4). | 1.20 hrs. |
| 09/06/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (6.3). | 6.30 hrs. |
| 09/07/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (3.9); emails with M. Ashley and A. Goldfarb re: production issues (.2). | 4.10 hrs. |
| 09/07/12 | P. ASNANI | Review of documents pursuant to Committee Litigation Trust Transfer Agreement | 2.10 hrs. |
| 09/07/12 | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb regarding Litigation Trustee Transfer Agreement document review issues (.2); reviewed related materials (.2). | 0.40 hrs. |
| 09/09/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 2.30 hrs. |
| 09/10/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 3.80 hrs. |
| 09/11/12 | K. ZAFRAN | Review of documents pursuant to Committee Litigation Trust Transfer Agreement. | 0.30 hrs. |
| 09/11/12 | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb, AlixPartners regarding Litigation Trustee Transfer Agreement document review (.4); reviewed related materials (.4). | 0.80 hrs. |
| 09/12/12 | K. ZAFRAN | Review list of 2011 discovery provided by A. Goldfarb with productions within the active Tribune Relativity database for potential disclosure to litigation | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         September 30, 2012
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

|            |              | trustee.                                                                                                                                                                         |            |
|------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 09/13/12   | K. ZAFRAN    | Review of documents pursuant to Committee Litigation Trust Transfer Agreement.                                                                                                    | 0.90 hrs.  |
| 09/14/12   | K. ZAFRAN    | Review of documents pursuant to Committee Litigation Trust Transfer Agreement (3.6); call with A. Goldfarb re: transfer of Relativity docs to litigation trustee (.4); email to A. Goldfarb and M. Ashley re: same (.4). | 4.40 hrs.  |
| 09/14/12   | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb regarding Litigation Trustee Transfer Agreement document review issues (.2); reviewed related materials (.3).                                  | 0.50 hrs.  |
| 09/17/12   | D. E. DEUTSCH | Preliminary review and analysis of outline re: division of litigation/avoidance actions to transfer to litigation trust and Debtors (2.7).                                       | 2.70 hrs.  |
| 09/20/12   | D. E. DEUTSCH | Begin review and analysis of detailed charts and plan of reorganization to  identify avoidance litigation to be transferred to litigation trust (2.7).                           | 2.70 hrs.  |
| 09/20/12   | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document review (.2); reviewed related materials (.2).                                                     | 0.40 hrs.  |
| 09/23/12   | M. D. ASHLEY | Emails with K. Zafran, M. Rule regarding AlixPartners' document review for Litigation Trustee transfer agreement (.2).                                                           | 0.20 hrs.  |
| 09/23/12   | K. ZAFRAN    | Review documents marked for production to Litigation Trustee.                                                                                                                     | 4.70 hrs.  |
| 09/24/12   | K. ZAFRAN    | Review documents in connection with production to Litigation Trustee that had been marked to produce.                                                                            | 4.70 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 30, 2012
435 N. MICHIGAN AVENUE                               Page     4
CHICAGO, IL 60611
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/25/12 | K. ZAFRAN | Review AlixPartners documents for production. | 1.00 hrs. |
| 09/26/12 | K. ZAFRAN | Review AlixPartners documents for production. | 2.60 hrs. |

**Total Fees for Professional Services............. $34,326.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | 3.50 | 2432.50 |
| D. E. DEUTSCH | 745.00 | 5.40 | 4023.00 |
| A. VOELKER | 495.00 | 1.80 | 891.00 |
| E. SHINNEMAN | 395.00 | 4.60 | 1817.00 |
| K. ZAFRAN | 565.00 | 40.70 | 22995.50 |
| M. ROITMAN | 495.00 | .60 | 297.00 |
| N. STEBINGER | 435.00 | 2.20 | 957.00 |
| P. ASNANI | 435.00 | 2.10 | 913.50 |
| TOTALS | | 60.90 | 34326.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                             Page    1

                              For Services Through September 30, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/03/12 | M. D. ASHLEY | Reviewed draft Zuckerman brief in opposition to Zell Rule 11 motion and related materials (1.4); emails with A. Goldfarb regarding draft brief (.2). | 1.60 hrs. |
| 09/04/12 | M. DISTEFANO | Revised memo re Examiner record retention (.5); reviewed docket filings (.2). | 0.70 hrs. |
| 09/04/12 | D. E. DEUTSCH | Review memorandum and attachment from Andrew Goldfarb on Zell litigation matters (.4). | 0.40 hrs. |
| 09/05/12 | D. E. DEUTSCH | Review update memorandum to Committee from Andrew Goldfarb on LBO litigation briefing matter (.2); review related materials and draft proposed edits to same (.4). | 0.60 hrs. |
| 09/05/12 | M. ROITMAN | Review of filings in state law constructive fraudulent conveyance actions (0.3) | 0.30 hrs. |
| 09/05/12 | M. DISTEFANO | Drafted email to Committee re Committee's Zell Rule 11 response (.3). | 0.30 hrs. |
| 09/05/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 09/05/12 | T. J. MCCORMACK | Review Rule 11 inquiry from Zuckerman (0.2). | 0.20 hrs. |
| 09/06/12 | M. DISTEFANO | Revised memo re Examiner Record retention (.2); drafted email to Committee re same (.2); reviewed docket filings (.1). | 0.50 hrs. |
| 09/07/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 09/07/12 | T. J. MCCORMACK | Review order on Zell Rule 11 motion (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/07/12 | M. DISTEFANO | Drafted email to Committee re MDL order and Zell Rule 11 status (.4) | 0.40 hrs. |
| 09/11/12 | M. ROITMAN | Review Master Case Order No. 3 in MDL proceeding (0.3); Revise summary of state law constructive fraudulent conveyance actions (0.2); Confer with D. Deutsch re: same (0.2) | 0.70 hrs. |
| 09/11/12 | D. E. DEUTSCH | Telephone conference with Andrew Goldfarb re: possible settlement of shareholder claim and next steps with Committee on same (.2); research re: Committee briefings on same (.7); review related legal issues (.8); meeting with Marc Roitman to discuss same (.2); call with Andrew Goldfarb re: proposal to deal with same (.3). | 2.20 hrs. |
| 09/12/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 09/13/12 | D. E. DEUTSCH | Review updated report on MDL proceeding (.3); review objection by Examiner to Bigelow document-related motion (.4); exchange e-mails with Michael Distefano re: proposed Committee approach to same (.2). | 0.90 hrs. |
| 09/14/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 09/19/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 09/19/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.1); Correspond with D. Deutsch re: same (0.1) | 0.20 hrs. |
| 09/21/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 30, 2012
435 N. MICHIGAN AVENUE                               Page    3
CHICAGO, IL 60611
```

| | | | |
|---|---|---|---|
| 09/24/12 | M. DISTEFANO | Drafted email to Committee re MDL settlement (.1). | 0.10 hrs. |
| 09/25/12 | M. DISTEFANO | Drafted email to committee re MDL settlement (.4). | 0.40 hrs. |
| 09/25/12 | T. J. MCCORMACK | Review LBO settlement materials (0.2). | 0.20 hrs. |
| 09/25/12 | D. E. DEUTSCH | Review revised posting note and memorandum to Committee from Zuckerman Spaeder on proposed litigation settlement (.6); exchange e-mails with Andrew Goldfarb on same (.2); discuss Committee notice on same with Michael Distefano (.1). | 0.90 hrs. |
| 09/26/12 | D. E. DEUTSCH | Review Zuckerman proposal re: Committee update on reimbursement of certain claim administration fees (.5); research related materials (.2); draft e-mail to Andrew Goldfarb and James Sottile re: alternative approach to same (.3); further e-mails (.1) and hold related call on same with James Sottile (.3). | 1.40 hrs. |
| 09/26/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 09/26/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 09/28/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 09/30/12 | D. E. DEUTSCH | Review drafted settlement proposal re: shareholder claims (.4); e-mail Andrew Goldfarb re: next steps with Committee on same (.1). | 0.50 hrs. |

Total Fees for Professional Services.............        $9,211.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 30, 2012
435 N. MICHIGAN AVENUE                                       Page    4
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| T. J. MCCORMACK | 875.00 | .70 | 612.50 |
| M. D. ASHLEY | 695.00 | 1.60 | 1112.00 |
| D. E. DEUTSCH | 745.00 | 6.90 | 5140.50 |
| D. BAVA | 295.00 | 2.40 | 708.00 |
| M. DISTEFANO | 435.00 | 2.40 | 1044.00 |
| M. ROITMAN | 495.00 | 1.20 | 594.00 |
| TOTALS | | 15.20 | 9211.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through September 30, 2012

Our Matter #19804.021
          PLAN LITIGATION


| 09/02/12 | D. E. DEUTSCH | Review District Court appeal pleadings (.9); review various related e-mails (.2). | 1.10 hrs. |
| 09/03/12 | M. ROITMAN | Review and comment on parts of DCL draft opposition to Aurelius emergency stay motion (4.8) | 4.80 hrs. |
| 09/03/12 | D. M. LeMAY | Review and comment on draft 3rd Circuit brief re bond. | 4.30 hrs. |
| 09/03/12 | A. ROSENBLATT | Review brief (opposition to Aurelius stay motion filed in Third Circuit) and provide comments to same (1.6); review comments to same from Roitman, Daucher and LeMay (.4). | 2.00 hrs. |
| 09/03/12 | E. DAUCHER | Analyze initial draft of DCL opposition to Aurelius's emergency motion for a stay, with particular focus on jurisdictional argument (.7); draft mark-up of same (1.7) and emails with D. LeMay and A. Rosenblatt (.4). | 2.80 hrs. |
| 09/04/12 | M. D. ASHLEY | Reviewed draft DCL opposition to Aurelius's Third Circuit emergency stay motion and related materials (.8); reviewed DCL counsel emails (.2). | 1.00 hrs. |
| 09/04/12 | A. ROSENBLATT | Review various iterations of Third Circuit jurisdiction appellate brief and provide comments to same (2.1); discuss various aspects of brief with LeMay, Roitman and Daucher (.7); review litigation trust task list in advance of call (.3) and participate on call with Roitman and Sottile re: same (.3); call with G. Novod re: same (.4); review update from Sidley re: status of negotiations with Aurelius regarding consolidated appeal briefing schedule and related issues (1.4) and review DCL Proponents email comments re: same (.2). | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 09/04/12 | H. SEIFE | Review of draft DCL opposition to emergency stay motion. | 1.10 hrs. |
|---|---|---|---|
| 09/04/12 | E. DAUCHER | Review revised DCL Opposition to Aurelius's emergency motion for a stay (.7); discuss same with D. LeMay (.3); calls with with local counsel re: appellate court admission issues (.3); review D. LeMay's proposed revisions to the opposition (.5); make further revisions to draft brief (2.1); email to DCL plan proponents re: same (.2); draft summary of opposition for circulation to the committee (.3); review third circuit and federal rules of appellate procedure to address briefing issues raised by D. LeMay (.8); draft summary of conclusions re: same (.4); review further revised DCL opposition (.3); review further edits at D. LeMay's request (.5); draft email to DCL proponents re: same (.2). | 6.60 hrs. |
| 09/04/12 | M. DISTEFANO | Drafted emails to Committee re DCL responses to Aurelius and Wilmington Trust stay motions (.6) | 0.60 hrs. |
| 09/04/12 | M. ROITMAN | Call with A. Rosenblatt and J. Sottile re: Litigation Trust emergence issues (0.2); Call with A. Rosenblatt and G. Novod re: same (0.2); Follow-up confer with A. Rosenblatt re: emergence issues (0.1); Review and comment upon draft objection to Aurelius's emergency motion to modify the Bankruptcy Court order conditioning stay pending appeal on posting of bond (1.1); | 1.60 hrs. |
| 09/04/12 | D. M. LeMAY | Work on 3rd Circuit Bond/Stay brief (8.9); conferences with A.Rosenblatt and E.Daucher regarding revisions to same (.6). | 9.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 30, 2012
435 N. MICHIGAN AVENUE                              Page    3
CHICAGO, IL 60611

| 09/04/12 | D. E. DEUTSCH | Review appeal-related pleadings and posting notices to Committee on same (1.2); conference with Michael DiStefano and, in part, Eric Daucher to address various additional appeals items to post for Committee (.3). | 1.50 hrs. |
|---|---|---|---|
| 09/05/12 | D. E. DEUTSCH | Review certain appeal disclosure documents (.2); discuss issue with same with Michael Distefano (.2). | 0.40 hrs. |
| 09/05/12 | D. M. LeMAY | Finalize 3rd Circuit Brief (3.2). Review and analysis of other Ch 11 cases re: equitable mootness (1.6). | 4.80 hrs. |
| 09/05/12 | M. ROITMAN | Review and comment on draft opposition to Aurelius's emergency stay motion in Third Circuit (0.9); Research re: equitable mootness (0.7); Correspond with D. LeMay re:  decision in similar Ch 11 case (0.4) | 2.00 hrs. |
| 09/05/12 | M. DISTEFANO | Drafted email to Committee re DCL Proponents' third circuit response (.2). | 0.20 hrs. |
| 09/05/12 | H. SEIFE | Review of revised Third Circuit brief. | 0.80 hrs. |
| 09/05/12 | A. ROSENBLATT | Final review and provide comments to opposition to Aurelius emergency brief filed in Third Circuit (.7) and review comments to same circulated by other DCL Proponents (.4); follow-up review on question about litigation trust implementation (.4); review update re: possible consolidated appeals briefing schedule (.3); discussion with LeMay re: status of Trustee bond request filed in District Court (.2). | 2.00 hrs. |
| 09/05/12 | E. DAUCHER | Review and revise draft opposition to Aurelius's motion for a stay before the Third Circuit (.7); emails re: same with D. LeMay (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/06/12 | E. DAUCHER | Review emails from R. Flag to DCL proponent group re: status of district court litigation and potential scheduling stipulation (.2); review and mark up draft DCL brief in opposition to Wilmington Trust Company's Appeal (.9); discuss same with internal working group (.3); review unsolicited reply papers by Aurelius (.5); discuss procedural issues in 3rd Circuit reply with internal working group (.3); analysis of same (.5). | 2.70 hrs. |
| 09/06/12 | A. ROSENBLATT | Review jurisdiction brief regarding Wilmington Trust appeal and comments to same (1.1); review Aurelius's reply brief filed in the Third Circuit appeal (.6); meet with LeMay and Roitman re: how to respond to same (.6); review draft letter responding to same and identifying procedural problems (.6); multiple emails with DCL Proponents regarding same (.5); review stipulation of consolidated appeals and multiple iterations of same (.9); participate on DCL Proponent call re: various appeal issues, including Aurelius's procedural problems with Third Circuit reply (.8); additional emails with DCL Proponents re: timing for filing letter and revisions to same (.5); emails from Sidley updating DCL Group on status of negotiations with Aurelius regarding consolidated appeal briefing schedule (.4). | 6.00 hrs. |
| 09/06/12 | H. SEIFE | Review of Aurelius Third Circuit reply (.9); conference with D.LeMay regarding response to reply brief (.4). | 1.30 hrs. |
| 09/06/12 | D. M. LeMAY | Review draft Stipulation regarding timing of appeal (.8); e-mail to DCL Group regarding same (.4). Conference call of DCL counsel regarding appellate briefing (.4). | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | Conference with A.Rosenblatt and M.Roitman response to Aurelius brief (.6). Review DCL draft regarding response to WTC brief (1.1); prepare response to Aurelius's improper Reply to 3rd Circuit (2.2). Conference with H.Seife regarding same (.3). E-mails to DCL counsel regarding 3rd Circuit Reply (.9). |  |
| 09/06/12 | M. ROITMAN | Review proposed appellate briefing stipulation (0.6); DCL Co-proponent call re: same (0.5); Review DCL appellate brief re: WTC appeal jurisdictional issues (0.5); Draft email to Committee re: same (0.3); Review Aurelius Reply in support of emergency stay motion (1.5); Confer with D. LeMay, A. Rosenblatt re: Aurelius Reply (0.6); Emails with A. Landis and E. Daucher re: same (0.5); Correspond with DCL co-proponents re: same (0.6). | 5.10 hrs. |
| 09/06/12 | M. D. ASHLEY | Reviewed DCL counsel emails regarding appeal issues (.4); reviewed Aurelius's Third Circuit reply brief and related materials (.7). | 1.10 hrs. |
| 09/07/12 | M. D. ASHLEY | Reviewed DCL counsel emails regarding appeal issues and related pleadings (.6). | 0.60 hrs. |
| 09/07/12 | M. ROITMAN | Review revised stipulation on appellate briefing (0.3); Review letter to Third Circuit clerk regarding Aurelius's reply (0.3); Draft email to Committee re: same (0.9) | 1.50 hrs. |
| 09/07/12 | D. M. LeMAY | Review revised brief regarding WTC Appeal for possible filing (.6). Review revised scheduling order regarding District Court appeal (.3).  Research cases regarding equitable mootness in absence of stay (Adelphia Charter Continental, MFN) (2.5). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page    6

| | | | |
|---|---|---|---|
| 09/07/12 | H. SEIFE | Review of draft letter to Third Circuit (.5); conference with D.LeMay regarding same (.3); review of stipulation and joint briefing schedule (.4). | 1.20 hrs. |
| 09/07/12 | A. ROSENBLATT | Review revised and final draft of letter to Third Circuit re: procedural problems with Aurelius reply brief (.3); review multiple emails among DCL Proponents re: status of negotiations with Aurelius re: consolidated appeals briefing schedule (.5); review latest draft of opposition to Wilmington Trust appeal brief in the event that appellate briefing schedule stipulation is not entered into (.6); review revised and final iteration of appellate briefing stipulation circulated by Sidley (.4); review updated claims distribution schedule sent from Sidley (.3). | 2.10 hrs. |
| 09/08/12 | H. SEIFE | Review of Aurelius appellate brief to District Court (1.5); review of Wilmington Trust appellate brief (1.0). | 2.50 hrs. |
| 09/08/12 | M. ROITMAN | Review Aurelius appellate brief (0.5); Correspond with D. LeMay re: same (0.2) | 0.70 hrs. |
| 09/09/12 | M. ROITMAN | Review appellate briefs filed by Senior Indenture Trustees and Wilmington Trust (2.4) | 2.40 hrs. |
| 09/09/12 | M. DISTEFANO | Drafted emails to Committee re appeals filings (.4). | 0.40 hrs. |
| 09/09/12 | D. M. LeMAY | Review District Court appeal briefs by Law Debenture, Aurelius and Wilmington Trust Co. | 4.50 hrs. |
| 09/09/12 | A. ROSENBLATT | Begin reviewing Aurelius District Court appeal (.7); emails among DCL Plan Proponents re: filing of District Court appeals and related issues (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 30, 2012
435 N. MICHIGAN AVENUE                              Page    7
CHICAGO, IL 60611

| 09/10/12 | D. E. DEUTSCH | Review lengthy MDL court order re: next steps in litigation (.4); follow-up conference with Michael Distefano re: next Committee steps on same (.1). | 0.50 hrs. |

| 09/10/12 | D. M. LeMAY | Comments on Subsequent Authority submission to Judge Sleet (.3). Conference with A. Rosenblatt and M. Roitman regarding Appellate briefs (.6).  Two e-mails to J. Stenger regarding FCC process (.3).  Conference call of DCL Respondents counsel regarding appeal briefs (.7).  Continued review of appeal briefs (3.1). Review 3rd Circuit Order and notice to Committee regarding same (.3). | 5.30 hrs. |

| 09/10/12 | M. ROITMAN | Review Third Circuit Order Denying Aurelius's Emergency Stay Motion (0.3); Confer/correspond with C&P team re: same (0.2); Draft email to Committee re: same (0.5); Review Aurelius appellate brief re: attacks on Committee members and Committee process (0.6); Correspond with D. LeMay re: same (0.2); Meet with D. LeMay and A. Rosenblatt re: Response to Indenture Trustees' Appellate Brief (0.6); Conference call with DCL Co-Proponents re: Appellate Briefs (0.7). | 3.10 hrs. |

| 09/10/12 | A. ROSENBLATT | Complete review of all three appellate briefs filed by plan objectors with District Court and note comments to same (3.2); review Third Circuit denial of Aurelius appeal on jurisdiction grounds (.4) and email with DCL Proponents re: same (.3); meeting with LeMay and Roitman re: appeal, responding to same and related tasks (.5); participate on DCL Proponents call re: appeals, Third Circuit decision, appeals filed in District Court and related issues (.8); review proposed outline of tasks and arguments to respond to | 5.90 hrs. |

|            |                |                                                                                                                                                                                                                                                                                                                                                                                   |           |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | circulated by Sidley and as supplemented by DCL Proponents (.4); email to Sidley (J. Boelter) re: litigation trust implementation (.3).                                                                                                                                                                                                                                             |           |
| 09/10/12   | H. SEIFE       | Review of Third Circuit order dismissing appeal.                                                                                                                                                                                                                                                                                                                                   | 0.30 hrs. |
| 09/10/12   | M. D. ASHLEY   | Reviewed Third Circuit stay and jurisdiction decision and related materials (.8).                                                                                                                                                                                                                                                                                                  | 0.80 hrs. |
| 09/11/12   | H. SEIFE       | Review of FCC communication (.2); review of Trustee's reply to District Court (.8).                                                                                                                                                                                                                                                                                                | 1.00 hrs. |
| 09/11/12   | A. ROSENBLATT  | Review Law Debenture and Deutsche reply brief filed in District Court to modify bankruptcy court stay order (.5); review emails from LeMay to local counsel re: notice (lack thereof) related to appeals (.2); review new pleadings filed in District Court related to appeals (.2); review time estimate associated with completing litigation trust implementation tasks (.3).     | 1.20 hrs. |
| 09/11/12   | M. ROITMAN     | Review Indenture Trustees reply in support of emergency stay motion (0.4); Draft email to Committee re: same (0.4); Confer/correspond with D. LeMay re: same (0.2);                                                                                                                                                                                                                  | 1.00 hrs. |
| 09/11/12   | D. M. LeMAY    | Review trustees reply brief regarding stay.                                                                                                                                                                                                                                                                                                                                        | 0.60 hrs. |
| 09/12/12   | M. ROITMAN     | Research re: developments in unfair discrimination case law (1.2); Draft DCL appellate brief concerning unfair discrimination appeal (2.5)                                                                                                                                                                                                                                          | 3.70 hrs. |
| 09/12/12   | A. ROSENBLATT  | Review new filings in District Court related to appeals (.3); review email from Sidley re: update on FCC approval process (.2) and review latest FCC status report re: same circulated by Sidley (.3).                                                                                                                                                                               | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/12/12 | D. M. LeMAY | Work on appeal brief. | 1.70 hrs. |
| 09/13/12 | H. SEIFE | Review emails regarding FCC status (.3); review of EGI appellate brief (1.5). | 1.80 hrs. |
| 09/13/12 | A. ROSENBLATT | Review EGI appellate brief filed in Delaware District Court (1.0); review other pleadings filed in District Court related to appeal, including motion to seal exhibits and appendix to brief (.4). | 1.40 hrs. |
| 09/13/12 | M. ROITMAN | Research re: recent case law in Third Circuit's concerning interpretation of "notwithstanding" (1.9); Draft DCL appellate brief concerning unfair discrimination appeal (4.6) | 6.50 hrs. |
| 09/14/12 | M. ROITMAN | Review EGI Appellate Brief (0.7); Draft email to Committee re: same (0.3); Draft DCL appellate brief concerning unfair discrimination appeal (6.3) | 7.30 hrs. |
| 09/14/12 | A. ROSENBLATT | Review outline of argument to support plan settlement on appeal circulated by Sidley (.5); review Davis Polk comments to same (.2). | 0.70 hrs. |
| 09/16/12 | M. ROITMAN | Draft DCL appellate brief concerning unfair discrimination appeal (3.4) | 3.40 hrs. |
| 09/17/12 | M. ROITMAN | Draft DCL appellate brief concerning unfair discrimination appeal (6.2) | 6.20 hrs. |
| 09/18/12 | M. ROITMAN | Draft DCL appellate brief concerning unfair discrimination appeal (4.6) | 4.60 hrs. |
| 09/18/12 | D. M. LeMAY | Work on Appeal Brief. | 4.40 hrs. |
| 09/19/12 | D. M. LeMAY | Review and revise appeal brief. | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/19/12 | M. ROITMAN | Call with D. LeMay re: DCL proponents' appellate brief (0.3); Meet with J. Apfel re: research for unfair discrimination issue for DCL appellate brief (0.3); Draft DCL appellate brief concerning unfair discrimination appeal (3.2) | 3.80 hrs. |
| 09/19/12 | J. APFEL | Conference with M.Roitman re appeal research (.2); initial research re unfair discrimination issue for DCL Appellate Brief (.9). | 1.10 hrs. |
| 09/19/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: Committee member inquiry on appeal issues (.2). | 0.20 hrs. |
| 09/19/12 | A. ROSENBLATT | Begin to review draft unfair discrimination section of appellate brief circulated by Roitman. | 0.50 hrs. |
| 09/19/12 | M. D. ASHLEY | Reviewed DCL group communications and related materials regarding appeal issues (.4). | 0.40 hrs. |
| 09/20/12 | A. ROSENBLATT | Complete review of unfair discrimination section of appellate brief and provide comments to same to Roitman (1.6); review blackline of same including D. LeMay's comments (.7). | 2.30 hrs. |
| 09/20/12 | M. ROITMAN | Draft DCL appellate brief concerning unfair discrimination appeal (4.9); Research re: applicable appellate standard of review to mixed questions of fact and law (1.8) | 6.70 hrs. |
| 09/20/12 | D. M. LeMAY | Revise and edit draft brief regarding unfair discrimination. | 4.50 hrs. |
| 09/20/12 | H. SEIFE | Review of status of appeals and appellate brief. | 1.30 hrs. |
| 09/20/12 | J. APFEL | Research re unfair discrimination issues for DCL Appellate Brief | 4.30 hrs. |
| 09/21/12 | H. SEIFE | Review of draft appellate brief. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 30, 2012
Page   11

| | | | |
|---|---|---|---|
| 09/21/12 | J. APFEL | Research re unfair discrimination issues for DCL Appellate Brief | 5.80 hrs. |
| 09/21/12 | A. ROSENBLATT | Begin to review Statement of Facts and Aurelius/settlement argument sections of appellate brief circulated by Sidley (.8); final review of C&P unfair discrimination section of appellate brief circulated by Roitman (.5). | 1.30 hrs. |
| 09/21/12 | D. M. LeMAY | Revise draft appeal brief (3.8). Provide second round review of draft (2.5). | 6.30 hrs. |
| 09/21/12 | M. ROITMAN | Revise draft DCL appellate brief concerning unfair discrimination appeal (3.6); Meet with D. LeMay re: same (0.4); Confer with J. Apfel re: research in connection with same (0.3); Call with J. Sottile re: DCL appellate brief (0.2); Review and comment upon draft statement of facts for DCL appellate brief (1.2) | 5.70 hrs. |
| 09/22/12 | D. M. LeMAY | Review Sidley and Jones Day Appeal Brief sections. | 4.50 hrs. |
| 09/22/12 | H. SEIFE | Review Sidley draft appellate brief section. | 0.90 hrs. |
| 09/22/12 | M. ROITMAN | Review and comment upon draft response to Aurelius's appellate brief (3.8); Research re: applicable standard of review (1.4) | 5.20 hrs. |
| 09/23/12 | M. ROITMAN | Review and comment upon draft response to Aurelius's appellate brief (0.8); Review and comment upon draft statement of facts for DCL appellate brief (1.6); Correspond with D. LeMay and A. Rosenblatt re: same (0.4); | 2.80 hrs. |
| 09/23/12 | M. D. ASHLEY | Reviewed draft DCL appellate brief sections and related materials (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 30, 2012
435 N. MICHIGAN AVENUE                             Page    12
CHICAGO, IL 60611


| 09/24/12 | M. D. ASHLEY | Reviewed revised sections of DCL draft appellate brief (.6). | 0.60 hrs. |
| 09/24/12 | A. ROSENBLATT | Review Tribune appellate brief sections re: subordination provisions and treatment of swap claim drafted by Jones Day and comment on same (1.2); review Sidley and Jones Day comments to unfair discrimination section of brief drafted by C&P (.5); emails with DCL Plan Proponents re: same (.3). | 2.00 hrs. |
| 09/24/12 | M. ROITMAN | Revise DCL appellate brief concerning unfair discrimination appeal (2.7); Review and comment upon Jones Day edits re: same (1.1) Confer with D. LeMay re: same (0.8); Correspond with K. Lantry and DCL co-proponents re: same (0.5); Review and comment upon draft statement of facts for DCL appellate brief (1.2); Review and comment upon argument responding to EGI-TRB's and Wilmington Trust's appellate briefs (0.5); | 6.80 hrs. |
| 09/24/12 | D. M. LeMAY | Review and comment on appeal brief. | 5.10 hrs. |
| 09/24/12 | H. SEIFE | Review and revise part of draft appellate brief (discrimination). | 1.20 hrs. |
| 09/25/12 | M. ROITMAN | Partial attendance at conference call with DCL Plan Proponents re: appellate brief (0.4); Revise section of DCL appellate brief concerning unfair discrimination appeal (1.7); Review and comment upon draft DCL appellate brief (0.9); Confer/correspond with D. LeMay re: same (0.5); Confer with A. Rosenblatt re: same (0.2) | 3.70 hrs. |
| 09/25/12 | A. ROSENBLATT | Review revised draft of appellate brief sections  circulated by DCL Plan Proponents. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page    13
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 09/25/12 | M. D. ASHLEY | Reviewed revised draft DCL appeal brief sections and related DCL group communications (.6). | 0.60 hrs. |
| 09/25/12 | D. M. LeMAY | Conference call of DCL proponents counsel (1.0).  Revise and edit latest draft sections of appeal brief (6.8); conferences with M.Roitman regarding same (.6). | 8.40 hrs. |
| 09/26/12 | D. M. LeMAY | Review and revise brief on appeal. | 7.20 hrs. |
| 09/26/12 | A. ROSENBLATT | Review multiple emails from Plan Proponents re: comments to sections of appellate brief. | 0.60 hrs. |
| 09/27/12 | M. D. ASHLEY | Reviewed litigation issue raised in draft DCL appeal brief and related materials (.6). | 0.60 hrs. |
| 09/27/12 | D. M. LeMAY | Conference call of DCL Plan Proponents regarding brief (.8). Review and revise appeal brief (5.9); Conferences with M.Roitman regarding same (.5). | 7.20 hrs. |
| 09/27/12 | M. ROITMAN | Review, comment upon and revise draft DCL appellate brief (2.9); Confer (0.3) and emails (0.2) with D. LeMay re: same; Review and comment upon DCL Motion for leave to exceed page limitation (0.7); Correspond with K. Stickles re: same (0.2); Draft email to Committee re: draft DCL appellate brief (0.7) | 5.00 hrs. |
| 09/27/12 | H. SEIFE | Review of DCL draft brief. | 0.80 hrs. |
| 09/27/12 | A. ROSENBLATT | Review revised drafts of appellate brief sections (1.6); participate on DCL Proponent call re: status and comments to brief (.7). | 2.30 hrs. |
| 09/28/12 | A. ROSENBLATT | Review revised drafts of appellate brief sections. | 1.50 hrs. |
| 09/28/12 | M. ROITMAN | Review, comment upon and revise draft DCL appellate brief (3.3); Confer (0.2) and emails (0.2) with E. Vonnegut re: unfair discrimination case law; Confer | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 30, 2012
435 N. MICHIGAN AVENUE                                 Page   14
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | (0.4) and emails (0.2) with D.<br>LeMay re: same. |  |
| 09/28/12 | D. M. LeMAY | Review and revise appeal Brief. | 6.60 hrs. |
| 09/29/12 | D. M. LeMAY | Review and comment on latest draft<br>on appeal brief. | 3.10 hrs. |
| 09/29/12 | M. ROITMAN | Review, comment upon and revise<br>draft DCL appellate brief (1.9) | 1.90 hrs. |
| 09/30/12 | D. M. LeMAY | Review and comment on appeal brief<br>(2.4); review cases regarding<br>Section 1129(e) (1.4). | 3.80 hrs. |

**Total Fees for Professional Services.............. $210,144.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 104.50 | 96662.50 |
| H. SEIFE | 995.00 | 15.50 | 15422.50 |
| M. D. ASHLEY | 695.00 | 6.40 | 4448.00 |
| A. ROSENBLATT | 745.00 | 40.30 | 30023.50 |
| D. E. DEUTSCH | 745.00 | 3.70 | 2756.50 |
| J. APFEL | 395.00 | 11.20 | 4424.00 |
| E. DAUCHER | 495.00 | 13.10 | 6484.50 |
| M. DISTEFANO | 435.00 | 1.20 | 522.00 |
| M. ROITMAN | 495.00 | 99.80 | 49401.00 |
| TOTALS |  | 295.70 | 210144.50 |