## EXHIBIT B

### TRIBUNE COMPANY, et al.

### SUMMARY OF EXPENSES INCURRED

### September 1, 2012 through September 30, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Late Night/Weekend Meals | $ 113.49 |
| Carfare (Late Night/Weekends) | 54.35 |
| Federal Express | 10.87 |
| Court Reporter | 2,599.14 |
| Lexis Legal Research | 415.63 |
| Westlaw Legal Research | 1,147.57 |
| Reproduction | 117.00 |
| Telephone Charges [1] | 526.26 |
| Outside Professional Fees [2] (Intralinks) | 16,562.80 |
| Managing Clerk  Services (PACER) [3] | 1,307.28 |
| **TOTAL** | **$22,854.39** |

1.    Total includes charges ($514.19) for conference call services for a Creditors' Committee meeting held on August 23, 2012.

2.    Represents workspace charges (as described in the Application).

3.    Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies.  The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|------------|
| 09/07/2012 | | | CAR | 1.00 | 46.35 | 46.35 | CARFARE | 29270706 |
| | | | | | | | Asnani Pooja | |
| | | | | | | | 49 W 49 ST | |
| | | | | | | | 169 16 ST | |
| | | | | | | | 0654450 | |
| | | | | | | | 581841 | |
| | | | | | | | Vendor=CONCORD LIMOUSINE  Balance= .00  Amount= 12875.83 | |
| | | | | | | | Check #344174  10/12/2012 | |
| 09/25/2012 | | | CAR | 1.00 | 8.00 | 8.00 | CARFARE - Vendor: CHADBOURNE & PARKE LLP 9/19 - | 29272293 |
| | | | | | | | CABFARE TAKEN LATE HOURS - HELEN LAMB | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 757.73 | |
| | | | | | | | Check #343856  09/27/2012 | |
| | | UNBILLED TOTALS:   WORK | | | | 54.35 | 2 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 54.35 | | |
| | | GRAND TOTAL:      WORK: | | | | 54.35 | 2 records | |
| | | GRAND TOTAL:      BILL: | | | | 54.35 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/05/2012 | | | FEDEXH | 1.00 | 10.87 | 10.87 | FEDERAL EXPRESS | 29241965 |
| | | | | | | | DAVID M. LEMAY | |
| | | | | | | | | |
| | | | | | | | 919 N Market St | |
| | | | | | | | WILMINGTON        DE19801     US | |
| | | | | | | | 538612443549 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= .00  Amount= 2754.26 | |
| | | | | | | | Check #344270 10/12/2012 | |
| | | UNBILLED TOTALS:  WORK | | | | 10.87 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 10.87 | | |
| | | GRAND TOTAL:      WORK: | | | | 10.87 | 1 records | |
| | | GRAND TOTAL:      BILL: | | | | 10.87 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                          Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/05/2012 | | | CRTRPT | 1.00 | 1,889.20 | 1,889.20 | COURT REPORTER - Vendor: VERITEXT NEW YORK | 29236823 |
| | | | | | | | REPORTING CO. DEPOSITION TRANSCRIPT FEES (DAVID | |
| | | | | | | | KURTZ) | |
| | | | | | | | Vendor=VERITEXT NEW YORK REPORTING CO. Balance= .00 | |
| | | | | | | | Amount= 1889.20 | |
| | | | | | | | Check #343579  09/10/2012 | |
| | | | | | | | | |
| 09/14/2012 | | | CRTRPT | 1.00 | 709.94 | 709.94 | COURT REPORTER - Vendor: VERITEXT NEW YORK | 29261528 |
| | | | | | | | REPORTING CO. DEPOSITION TRANSCRIPT ( EDDY | |
| | | | | | | | HARTENSTEIN) | |
| | | | | | | | Vendor=VERITEXT NEW YORK REPORTING CO. Balance= .00 | |
| | | | | | | | Amount= 709.94 | |
| | | | | | | | Check #343828  09/19/2012 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:  WORK: | | | | 2,599.14 | 2 records | |
| | | UNBILLED TOTALS: BILL: | | | | 2,599.14 | | |
| | | | | | | | | |
| | | GRAND TOTAL:     WORK: | | | | 2,599.14 | 2 records | |
| | | GRAND TOTAL:     BILL: | | | | 2,599.14 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/03/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 951<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29276727 |
| 09/03/2012 | | | LEXIS | 1.00 | 127.10 | 127.10 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29276728 |
| 09/03/2012 | | | LEXIS | 1.00 | 11.76 | 11.76 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29276729 |
| 09/03/2012 | | | LEXIS | 1.00 | 6.08 | 6.08 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>SHEPARD`S SERVICE | 29276730 |
| 09/03/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 130<br>100245<br>ID No.: 4FR1MDY<br>SHEPARD`S SERVICE | 29276731 |
| 09/20/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29276732 |
| 09/20/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1630<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29276733 |
| 09/20/2012 | | | LEXIS | 1.00 | 168.69 | 168.69 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29276734 |
| 09/20/2012 | | | LEXIS | 1.00 | 39.23 | 39.23 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29276735 |
| 09/20/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1800<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29276736 |
| 09/20/2012 | | | LEXIS | 1.00 | 23.55 | 23.55 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29276737 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/23/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29276738 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 0 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | LEXIS LEGAL SERVICES | |
| 09/23/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29276739 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS | 29276740 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 952 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| 09/23/2012 | | | LEXIS | 1.00 | 39.22 | 39.22 | LEXIS | 29276741 |
| | | | | | | | User Name: ROITMAN, MARC | |
| | | | | | | | CNCT (HMS) or No. of Searches: 1.00 | |
| | | | | | | | 100245 | |
| | | | | | | | ID No.: 4FR1MDY | |
| | | | | | | | COLLIER SERVICE | |
| | | UNBILLED TOTALS:   WORK | | | | 415.63 | 15 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 415.63 | | |
| | | GRAND TOTAL:   WORK: | | | | 415.63 | 15 records | |
| | | GRAND TOTAL:   BILL: | | | | 415.63 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 09/04/2012 | | | MEALH | 1.00 | 31.09 | 31.09 | MEALS | 29242060 |
| | | | | | | | Names of Diners: SHINNEMAN, ERIN | |
| | | | | | | | Reference No: 293768337 | |
| | | | | | | | Name of Restaurant: TANAKA | |
| | | | | | | | Approved by: ERIN SHINNEMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2838.23 | |
| | | | | | | | Check #344176  10/12/2012 | |
| 09/13/2012 | | | MEALH | 1.00 | 29.66 | 29.66 | MEALS | 29264564 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 295950651 | |
| | | | | | | | Name of Restaurant: OTARIAN (8TH AVE) | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2612.93 | |
| | | | | | | | Check #344319  10/19/2012 | |
| 09/20/2012 | | | MEALH | 1.00 | 29.18 | 29.18 | MEALS | 29283109 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 297605457 | |
| | | | | | | | Name of Restaurant: HUMMUS KITCHEN | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= .00  Amount= | |
| | | | | | | | 2899.34 | |
| | | | | | | | Check #344319  10/19/2012 | |
| 09/24/2012 | | | MEALH | 1.00 | 23.56 | 23.56 | MEALS | 29286509 |
| | | | | | | | Names of Diners: ROITMAN, MARC | |
| | | | | | | | Reference No: 298464951 | |
| | | | | | | | Name of Restaurant: CRISP (40TH ST) | |
| | | | | | | | Approved by: MARC ROITMAN | |
| | | | | | | | Vendor=SEAMLESSWEB PROFESSIONAL  Balance= 3817.98  Amount= | |
| | | | | | | | 3817.98 | |
| | | UNBILLED TOTALS:  WORK | | | | 113.49 | 4 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 113.49 | | |
| | | GRAND TOTAL:    WORK: | | | | 113.49 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 113.49 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/03/2012 | | | WEST | 1.00 | 5.14 | 5.14 | INFORMATION RETRIEVAL<br>User Name: DAUCHER,ERIC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7220058<br>ACCT NO: 1000813306<br>Included | 29237516 |
| 09/03/2012 | | | WEST | 1.00 | 91.61 | 91.61 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29237517 |
| 09/05/2012 | | | WEST | 1.00 | 11.32 | 11.32 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29237549 |
| 09/13/2012 | | | WEST | 1.00 | 67.91 | 67.91 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29253593 |
| 09/14/2012 | | | WEST | 1.00 | 129.98 | 129.98 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29261720 |
| 09/16/2012 | | | WEST | 1.00 | 99.08 | 99.08 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Excluded | 29262921 |
| 09/17/2012 | | | WEST | 1.00 | 48.70 | 48.70 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29262933 |
| 09/18/2012 | | | WEST | 1.00 | 15.44 | 15.44 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29264667 |
| 09/19/2012 | | | WEST | 1.00 | 41.85 | 41.85 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29265403 |
| 09/20/2012 | | | WEST | 1.00 | 100.15 | 100.15 | INFORMATION RETRIEVAL<br>User Name: APFEL,JOSHUA<br>CNNT(HMS):0:0:00<br>Westlaw ID:11023429<br>ACCT NO: 1000813306<br>Included | 29270591 |
| 09/20/2012 | | | WEST | 1.00 | 77.52 | 77.52 | INFORMATION RETRIEVAL<br>User Name: ROITMAN,MARC<br>CNNT(HMS):0:0:00<br>Westlaw ID:7202707<br>ACCT NO: 1000813306<br>Included | 29270592 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|-----------------------|------|----------|------|--------|-------------|-----------|
| 09/21/2012 | | | WEST | 1.00 | 117.98 | 117.98 | INFORMATION RETRIEVAL | 29271267 |
| | | | | | | | User Name: APFEL,JOSHUA | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:11023429 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/21/2012 | | | WEST | 1.00 | 36.01 | 36.01 | INFORMATION RETRIEVAL | 29271268 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/23/2012 | | | WEST | 1.00 | 43.55 | 43.55 | INFORMATION RETRIEVAL | 29271279 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/24/2012 | | | WEST | 1.00 | 184.17 | 184.17 | INFORMATION RETRIEVAL | 29271296 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/25/2012 | | | WEST | 1.00 | 5.14 | 5.14 | INFORMATION RETRIEVAL | 29272608 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 09/28/2012 | | | WEST | 1.00 | 72.02 | 72.02 | INFORMATION RETRIEVAL | 29275641 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS:  WORK | | | | 1,147.57 | 17 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 1,147.57 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,147.57 | 17 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,147.57 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/04/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>User Name: Roitman , Marc<br>Time of Day: (H:M:S) 12:29<br>Scan File 058966 | 29237867 |
| 09/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>785112<br>Distefano, Michael<br>4926534<br>Print | 29259275 |
| 09/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>785149<br>Distefano, Michael<br>4926534<br>Print | 29259276 |
| 09/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>785151<br>Distefano, Michael<br>4926534<br>Print | 29259277 |
| 09/04/2012 | | | REPRO | 27.00 | 0.20 | 5.40 | REPRODUCTION<br>784806<br>Daucher, Eric<br>4930285<br>Print | 29259284 |
| 09/04/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>785061<br>Distefano, Michael<br>4910623<br>Print | 29259272 |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>785896<br>Zafran, Kimberly<br>4933520<br>Print | 29259283 |
| 09/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>785859<br>Lamb, Helen<br>1812138<br>Print | 29259279 |
| 09/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>785929<br>Lamb, Helen<br>1812138<br>Print | 29259280 |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:49<br>063210 | 29240094 |
| 09/05/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 14:25<br>063289 | 29240095 |
| 09/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 10:48<br>Scan File 061099 | 29240710 |
| 09/05/2012 | | | REPRO | 9.00 | 0.20 | 1.80 | REPRODUCTION<br>User Name: Pender, Sheila<br>Time of Day: (H:M:S): 14:27<br>Scan File 061194 | 29240711 |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>785829<br>Bava, David | 29259249 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259250 |
| | | | | | | | 785840 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259251 |
| | | | | | | | 785925 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259252 |
| | | | | | | | 785938 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259253 |
| | | | | | | | 785961 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/05/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259254 |
| | | | | | | | 785968 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/06/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29259278 |
| | | | | | | | 787035 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4926534 | |
| | | | | | | | Print | |
| 09/07/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29259255 |
| | | | | | | | 787913 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 09/10/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29259256 |
| | | | | | | | 788418 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1493811 | |
| | | | | | | | Print | |
| 09/10/2012 | | | REPRO | 131.00 | 0.20 | 26.20 | REPRODUCTION | 29246261 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:12 | |
| | | | | | | | 070333 | |
| 09/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29259257 |
| | | | | | | | 789677 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400085 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259258 |
| | | | | | | | 789748 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259259 |
| | | | | | | | 789752 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259260 |
| | | | | | | | 789754 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259261 |
| | | | | | | | 789759 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259262 |
| | | | | | | | 789765 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259263 |
| | | | | | | | 789770 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259264 |
| | | | | | | | 789803 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259265 |
| | | | | | | | 789812 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259266 |
| | | | | | | | 789820 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259267 |
| | | | | | | | 789829 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259268 |
| | | | | | | | 789840 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259269 |
| | | | | | | | 789843 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/11/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259270 |
| | | | | | | | 789844 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/12/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29259271 |
| | | | | | | | 790586 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 09/12/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29246262 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:11 | |
| | | | | | | | 076307 | |
| 09/12/2012 | | | REPRO | 29.00 | 0.20 | 5.80 | REPRODUCTION | 29247102 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:12 | |
| | | | | | | | Scan File 073315 | |
| 09/12/2012 | | | REPRO | 26.00 | 0.20 | 5.20 | REPRODUCTION | 29247103 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:13 | |
| | | | | | | | Scan File 073316 | |
| 09/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29259281 |
| | | | | | | | 790087 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/12/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29259273 |
| | | | | | | | 790031 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4910623 | |
| | | | | | | | Print | |
| 09/13/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259274 |
| | | | | | | | 791639 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4378956 | |
| | | | | | | | Print | |
| 09/13/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29259282 |
| | | | | | | | 791642 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4951252 | |
| | | | | | | | Print | |
| 09/13/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29253549 |
| | | | | | | | User Name: Moloney, Lori F. | |
| | | | | | | | Time of Day: (H:M:S): 17:07 | |
| | | | | | | | Scan File 076640 | |
| 09/15/2012 | | | REPRO | 1.00 | 60.00 | 60.00 | REPRODUCTION | 29288228 |
| | | | | | | | From : H. Seife | |
| | | | | | | | Doc Size: B/W Prints | |
| | | | | | | | ref no: 116061 | |
| 09/18/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29269011 |
| | | | | | | | 794399 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/18/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29269012 |
| | | | | | | | 794633 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29269013 |
| | | | | | | | 795754 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29269018 |
| | | | | | | | 795885 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4951252 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29265363 |
| | | | | | | | User Name: Roitman , Marc | |
| | | | | | | | Time of Day: (H:M:S): 18:51 | |
| | | | | | | | Scan File 083768 | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29268999 |
| | | | | | | | 795783 | |
| | | | | | | | Bava, David | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269000 |
| | | | | | | | 795793 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269001 |
| | | | | | | | 795814 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269002 |
| | | | | | | | 795866 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269003 |
| | | | | | | | 795872 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269004 |
| | | | | | | | 795875 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269005 |
| | | | | | | | 795876 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269006 |
| | | | | | | | 795878 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269007 |
| | | | | | | | 795884 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269008 |
| | | | | | | | 795887 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269009 |
| | | | | | | | 795890 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269010 |
| | | | | | | | 795895 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/20/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION | 29265802 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:41 | |
| | | | | | | | 087780 | |
| 09/20/2012 | | | REPRO | 89.00 | 0.20 | 17.80 | REPRODUCTION | 29265803 |
| | | | | | | | User Name: Lamb, Helen | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Time of Day: (H:M:S): 16:28 | |
| | | | | | | | 087840 | |
| 09/20/2012 | | | REPRO | 59.00 | 0.20 | 11.80 | REPRODUCTION | 29265804 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 19:35 | |
| | | | | | | | 087863 | |
| 09/20/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29265805 |
| | | | | | | | User Name: Moloney, Lori F. | |
| | | | | | | | Time of Day: (H:M:S): 11:43 | |
| | | | | | | | 087781 | |
| 09/20/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29266044 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:42 | |
| | | | | | | | Scan File 085842 | |
| 09/20/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29266045 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 11:44 | |
| | | | | | | | Scan File 085945 | |
| 09/20/2012 | | | REPRO | 30.00 | 0.20 | 6.00 | REPRODUCTION | 29266046 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 19:21 | |
| | | | | | | | Scan File 085849 | |
| 09/20/2012 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 29266047 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 19:38 | |
| | | | | | | | Scan File 085850 | |
| 09/20/2012 | | | REPRO | 28.00 | 0.20 | 5.60 | REPRODUCTION | 29266048 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 19:39 | |
| | | | | | | | Scan File 085851 | |
| 09/20/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29269014 |
| | | | | | | | 796698 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29269015 |
| | | | | | | | 796701 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29269016 |
| | | | | | | | 796896 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/20/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29269017 |
| | | | | | | | 796926 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29270848 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:51 | |
| | | | | | | | 089956 | |
| 09/21/2012 | | | REPRO | 30.00 | 0.20 | 6.00 | REPRODUCTION | 29271063 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 13:44 | |
| | | | | | | | Scan File 087952 | |
| 09/21/2012 | | | REPRO | 14.00 | 0.20 | 2.80 | REPRODUCTION | 29280159 |
| | | | | | | | 797294 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 21.00 | 0.20 | 4.20 | REPRODUCTION | 29280194 |
| | | | | | | | 797817 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4948357 | |
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29280195 |
| | | | | | | | 797818 | |
| | | | | | | | Roitman, Marc | |
| | | | | | | | 4893621 | |
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29280174 |
| | | | | | | | 797174 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280175 |
| | | | | | | | 797176 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/21/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280176 |
| | | | | | | | 797508 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29280177 |
| | | | | | | | 798973 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280178 |
| | | | | | | | 798824 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29280179 |
| | | | | | | | 798783 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280180 |
| | | | | | | | 798784 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 10.00 | 0.20 | 2.00 | REPRODUCTION | 29280181 |
| | | | | | | | 798786 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1812138 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29280182 |
| | | | | | | | 798851 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29280183 |
| | | | | | | | 798857 | |
| | | | | | | | Distefano, Michael | |
| | | | | | | | 4957019 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280184 |
| | | | | | | | 798584 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280185 |
| | | | | | | | 798981 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4960623 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280186 |
| | | | | | | | 798796 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280187 |
| | | | | | | | 798797 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280188 |
| | | | | | | | 798815 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION | 29280189 |
| | | | | | | | 798817 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4907150 | |
| | | | | | | | Print | |
| 09/24/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29271605 |
| | | | | | | | User Name: Bava, David | |
| | | | | | | | Time of Day: (H:M:S): 18:11 | |
| | | | | | | | Scan File 090397 | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280160 |
| | | | | | | | 799730 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280161 |
| | | | | | | | 799736 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280162 |
| | | | | | | | 799746 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280163 |
| | | | | | | | 799752 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280164 |
| | | | | | | | 799756 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280165 |
| | | | | | | | 799761 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280166 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

Page 9

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | 799766 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280167 |
| | | | | | | | 799771 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280168 |
| | | | | | | | 799776 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280169 |
| | | | | | | | 799783 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29280170 |
| | | | | | | | 799798 | |
| | | | | | | | Bava, David | |
| | | | | | | | 4142689 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29280190 |
| | | | | | | | 799608 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 4837625 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29280191 |
| | | | | | | | 799267 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29280192 |
| | | | | | | | 799283 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/25/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29280193 |
| | | | | | | | 799288 | |
| | | | | | | | Lamb, Helen | |
| | | | | | | | 1811405 | |
| | | | | | | | Print | |
| 09/26/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29280171 |
| | | | | | | | 800538 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 09/26/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29280172 |
| | | | | | | | 800543 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 09/26/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29273614 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 16:09 | |
| | | | | | | | 096438 | |
| 09/27/2012 | | | REPRO | 24.00 | 0.20 | 4.80 | REPRODUCTION | 29274425 |
| | | | | | | | User Name: Roitman  , Marc | |
| | | | | | | | Time of Day: (H:M:S): 10:18 | |
| | | | | | | | 098609 | |
| 09/27/2012 | | | REPRO | 259.00 | 2.00 | 518.00 | REPRODUCTION | 29288095 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | Color 8-1/2 x 11 Charges - NA  - | |
| | | | | | | | 201209099 | |
| 09/28/2012 | | | REPRO | 13.00 | 0.20 | 2.60 | REPRODUCTION | 29280173 |
| | | | | | | | 802710 | |
| | | | | | | | Bava, David | |
| | | | | | | | 1504907 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:   WORK | | | | 760.00 | 120 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 117.00 | | |
| | | GRAND TOTAL:     WORK: | | | | 760.00 | 120 records | |
| | | GRAND TOTAL:     BILL: | | | | 117.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 08/13/2012 | I/39999 | Suspense Timekeeper | TEL | 121.00 | 0.04 | 4.57 | TELEPHONE CHARGES<br>CALLER: Marc Roitman<br>CNCT : 121<br>NUMBER of CALLERS:: 2<br>TIME of DAY: 14:58<br>Not E.nte > MAT | 29273137 |
| 08/23/2012 | | | TEL | 994.00 | 0.52 | 514.19 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 994<br>NUMBER of CALLERS:: 21<br>TIME of DAY: 11:17 | 29273039 |
| 09/04/2012 | | | TEL | 51.00 | 0.02 | 1.17 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 51<br>TIME of DAY: (H:M:S): 16:08<br>NUM CALLED: 3142913030<br>060473 | 29237767 |
| 09/04/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265405<br>CNCT: 1<br>TIME of DAY: (H:M:S): 13:37<br>NUM CALLED: 3024674416<br>060070 | 29237768 |
| 09/06/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265112<br>CNCT: 9<br>TIME of DAY: (H:M:S): 17:57<br>NUM CALLED: 3024674410<br>065272 | 29240479 |
| 09/06/2012 | | | TEL | 118.00 | 0.04 | 4.45 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 118<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 10:57 | 29273038 |
| 09/11/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 17:50<br>NUM CALLED: 2027781822<br>072457 | 29246771 |
| 09/12/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:20<br>NUM CALLED: 3024674438<br>074728 | 29246772 |
| 09/18/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 6<br>TIME of DAY: (H:M:S): 14:02<br>NUM CALLED: 3024674410<br>082738 | 29264404 |
| 09/19/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 09:30<br>NUM CALLED: 2023264000<br>084211 | 29265293 |
| 09/19/2012 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 8<br>TIME of DAY: (H:M:S): 09:32<br>NUM CALLED: 2028575000<br>084221 | 29265294 |
| 09/20/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29265931 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    10/25/2012 6:53:59 PM

Page 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:52 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 086397 | |
| 09/20/2012 | | | TEL | 3.00 | 0.04 | 0.13 | TELEPHONE CHARGES | 29265932 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:53 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 086402 | |
| 09/20/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29265933 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:33 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 087172 | |
| 09/20/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES | 29265934 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:50 | |
| | | | | | | | NUM CALLED: 3102776910 | |
| | | | | | | | 087366 | |
| 09/21/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29270965 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:20 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 088536 | |
| 09/21/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29270966 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:57 | |
| | | | | | | | NUM CALLED: 3108742277 | |
| | | | | | | | 089434 | |
| 09/21/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29270967 |
| | | | | | | | EXT: 265112 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:05 | |
| | | | | | | | NUM CALLED: 2132432382 | |
| | | | | | | | 089450 | |
| 09/24/2012 | | | TEL | 18.00 | 0.02 | 0.41 | TELEPHONE CHARGES | 29271493 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 18 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:08 | |
| | | | | | | | NUM CALLED: 3107531324 | |
| | | | | | | | 091855 | |
| 09/25/2012 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES | 29272453 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 12 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:00 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 094329 | |
| 09/28/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES | 29275498 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:52 | |
| | | | | | | | NUM CALLED: 2037085847 | |
| | | | | | | | 099705 | |
| | | UNBILLED TOTALS:  WORK: | | | | 526.26 | 21 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 526.26 | | |
| | | GRAND TOTAL:     WORK: | | | | 526.26 | 21 records | |
| | | GRAND TOTAL:     BILL: | | | | 526.26 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                    Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   10/25/2012 6:53:59 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 09/24/2012 | | | PROFSVS | 1.00 | 14,196.00 | 14,196.00 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 29271251 |
| | | | | | | | INTRALINKS, INC. CONTRACT EXTENSION ON | |
| | | | | | | | WORKSPACE | |
| | | | | | | | Vendor=INTRALINKS, INC.  Balance= .00  Amount= 14196.00 | |
| | | | | | | | Check #343916 09/28/2012 | |
| 09/24/2012 | | | PROFSVS | 1.00 | 2,366.80 | 2,366.80 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 29271252 |
| | | | | | | | INTRALINKS, INC. MONTHLY EXTENSION ON | |
| | | | | | | | WORKSPACE | |
| | | | | | | | Vendor=INTRALINKS, INC.  Balance= .00  Amount= 2366.80 | |
| | | | | | | | Check #343916 09/28/2012 | |
| | | UNBILLED TOTALS:   WORK | | | | 16,562.80 | 2 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 16,562.80 | | |
| | | GRAND TOTAL:     WORK: | | | | 16,562.80 | 2 records | |
| | | GRAND TOTAL:     BILL: | | | | 16,562.80 | | |