IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Objection Deadline: November 20, 2012 at 4:00 p.m. (ET)<br>Hearing Date: TBA<br>Related to Docket Nos. 12250, 12439 and 12579 |

## NOTICE OF FIFTEENTH QUARTERLY FEE APPLICATION

| | | |
|---|---|---|
| David M. Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>R. Craig Martin, Esquire<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | John F. Theil, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor)<br><br>All Parties on 2002 Service List |

PLEASE TAKE NOTICE that, on October 31, 2012, the **Fifteenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2012 through August 31, 2012** (the "Quarterly Application"), which seeks approval of a quarterly fee application for professional services rendered to the Debtors in the amount of $6,260,291.50, together with reimbursement of expenses in the amount of $438,845.57, was filed with the Court.

You are required to file a response, if any, to the Quarterly Application on or before **November 20, 2012 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Debtors' counsel so that it is received by **4:00 p.m. on November 20, 2012:**

Norman L. Pernick, Esquire  
**COLE, SCHOTZ, MEISEL,**  
**FORMAN & LEONARD, P.A.**  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
npernick@coleschotz.com

Kenneth P. Kansa, Esquire  
**SIDLEY AUSTIN LLP**  
One South Dearborn Street  
Chicago, IL 60603  
kkansa@sidley.com

    A HEARING ON THE QUARTERLY APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MA Y GRANT THE RELIEF REQUESTED BY THE QUARTERLY APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 31, 2012

                                            SIDLEY AUSTIN LLP  
                                            James F. Conlan  
                                            Bryan Krakauer  
                                            Kenneth P. Kansa  
                                            One South Dearborn Street  
                                            Chicago, IL 60603  
                                            Telephone: (312) 853-7000

                                            -and-

                                            COLE, SCHOTZ, MEISEL,  
                                            FORMAN & LEONARD, P.A.

By: _/s/ (signature)_____  
                                            Norman L. Pernick (No. 2290)  
                                            J. Kate Stickles (No. 2917)  
                                            500 Delaware Avenue, Suite 1410  
                                            Wilmington, DE 19801  
                                            Telephone: (302) 652-3131  
                                            Facsimile: (302) 652-3117

                                            ATTORNEYS FOR THE DEBTORS  
                                            AND DEBTORS IN POSSESSION