# EXHIBIT A

| Client Name | Employee Name | Transaction Date | Hours Logged | Fees Logged | Note |
|---|---|---|---|---|---|
| Tribune Company | Zilka,Jeffrey R. | 9/10/2012 | 0.3 | 175 | Field media and social monitoring request |
| Tribune Company | Zilka,Jeffrey R. | 9/11/2012 | 0.5 | 350 | Reach out to Mike Wokosin and Andrea Razzano Shatek regarding traditional and social media monitoring request. Email recommendation to Gary Weitman .5 |
| Tribune Company | Zilka,Jeffrey R. | 9/19/2012 | 0.5 | 350 | Forward media research: WSJ stories on debt investors seeking to influence BK process .5 |
| Tribune Company | Burdeen,Michael B | 9/17/2012 | 0.5 | 102.5 | Search for article on hedge funds taking advantage of Chapter 11 process |
| Tribune Company | Jeffrey,Terry A | 9/18/2012 | 1 | 320 | Search for WSJ hedge fund coverage per J. Zilka |
| | | **SEPT TOTAL** | | **$ 1,297.50** | |