# EXHIBIT A

# Declaration of Christopher L. Meazell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Fortieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period September 1, 2012 through September 30, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Fortieth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.    There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 29th day of October, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 0.9 | 495.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 36.6 | 27,816.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 18.7 | 7,293.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 6.5 | 4,225.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 3.0 | 840.00 |
| Christopher L. Meazell | Of Counsel (since 2012); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 14.3 | 6,435.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 470 | 36.9 | 17,343.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 17.8 | 11,570.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC | 350 | 1.0 | 350.00 |

**TOTALS**    135.7    76,367.00
**BLENDED RATE**    562.7634488

timekeepers working on this matter as follows:  Dailard (2012 rate is $590, up from 2011 rate of $540); Erkman (2012 rate is $470, up from 2011 rate of $450); the Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM

## SEPTEMBER 1 - SEPTEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 99.7 | 60,769.00 |
| Fee Applications 08656.0101 | 14.3 | 6,435.00 |
| Broadcast Contracts 08656.0104 | 21.7 | 9,163.00 |
| Fox and Network Agreements 08656.0104:001 | 0.0 | 0.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **135.7** | **76,367.00** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

October 25, 2012                                                                         Page 1

Tribune Company                                                                         Invoice 563457
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through September 30, 2012
FCC/Broadcast Matters

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/12 | Preparation of response to public interest petitioners' supplemental opposition regarding Tribune's FCC applications to assign broadcast licenses in bankruptcy (1.6); correspondence with lenders' counsel regarding same (0.3).<br>J. Rademacher | 1.90 hrs. |
| 09/01/12 | Research re issues raised by petitioner's letter (0.6); work on responsive FCC pleading (0.7).<br>J. Feore | 1.30 hrs. |
| 09/01/12 | Review Tribune opposition to public interest parties' ex parte submission.<br>M. Swanson | 3.90 hrs. |
| 09/02/12 | Preparation of response to public interest petitioners' supplemental opposition regarding Tribune's FCC applications to assign broadcast licenses in bankruptcy (2.5); correspondence with C. Sennett and E. Washburn regarding same (0.2).<br>J. Rademacher | 2.70 hrs. |
| 09/02/12 | Revise opposition to public interest parties' ex parte filing.<br>M. Swanson | 1.10 hrs. |
| 09/03/12 | Preparation of response to public interest petitioners' supplemental opposition regarding Tribune's FCC applications to assign broadcast licenses in bankruptcy.<br>J. Rademacher | 1.20 hrs. |
| 09/03/12 | Review draft response to public interest group petitioner's supplement.<br>J. Logan | 0.60 hrs. |

Tribune Company                                                                    Invoice 563457

| | | |
|---|---|---|
| 09/03/12 | Review final changes to opposition to public interest parties' ex parte filing. | |
| | M. Swanson | 0.40 hrs. |
| 09/04/12 | Preparation of response to public interest petitioners' supplemental opposition regarding Tribune's FCC applications to assign broadcast licenses in bankruptcy (5.4); correspondence with C. Sennett and D. Eldersveld regarding same (0.5); correspondence with counsel for JPMorgan regarding same (0.5); correspondence with FCC staff regarding same (0.2); service correspondence with opposing counsel (A. Schwartzman and A. Campbell) regarding same (0.2); telephone conference with K. Lantry (Tribune bankruptcy counsel) regarding requested changes to same (0.2). | |
| | J. Rademacher | 7.00 hrs. |
| 09/04/12 | Telephone conference with J. Stenger re Committee's comments on FCC letter (0.5); review proposed revisions to draft FCC letter (0.6); telephone conference with R. Wiley re letter pleading (0.4); work on update and FCC pleadings re public interest objections (1.9); file opposition letter with FCC (0.3). | |
| | J. Feore | 3.70 hrs. |
| 09/05/12 | Review FCC timing issues (0.3); telephone conference with co-proponent's FCC counsel re same (0.3). | |
| | C. Burrow | 0.60 hrs. |
| 09/05/12 | Attend weekly FCC status update call with D. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oaktree) regarding applications for assignment of broadcast licenses in bankruptcy (0.4); correspondence with A. Campbell (counsel for petitioners to deny) regarding Tribune opposition to supplemental petitions to deny Tribune applications for assignment of broadcast licenses in bankruptcy (0.2). | |
| | J. Rademacher | 0.60 hrs. |
| 09/05/12 | Telephone conference with FCC staff re letter response to petitions (0.4); review updates to pending applications and waivers (0.8); telephone conference with J. Stenger re court and FCC issues (0.4); telephone conference with D. Liebentritt re FCC processing (0.4). | |
| | J. Feore | 2.00 hrs. |
| 09/05/12 | Prepare for telephone conference with FCC counsel to co-proponents re pending appeals and stay requests and FCC schedule for completion of processing (0.3); telephone conference with FCC counsel to co-proponents re pending appeals and stay requests and FCC schedule for completion of processing (0.4). | |
| | J. Logan | 0.70 hrs. |
| 09/06/12 | Telephone conference with S. Sheehan re FCC petition and response and update (0.3); telephone conference with J. Stenger re FCC and next steps (0.5); telephone conference with FCC staff re update on applications (0.4); review FCC proposals and timing on resulting | |

Tribune Company

|  |  |  |
|---|---|---|
|  | outstanding complaints (0.9). | |
|  | J. Feore | 2.10 hrs. |
| 09/06/12 | Telephone conference with counsel to JPMorgan re allotment of shares for purposes of foreign ownership compliance (0.3); prepare correspondence to K. Mills and J. Boelter (Sidley) re request for allotment report from JPMorgan counsel (0.2). | |
|  | J. Logan | 0.50 hrs. |
| 09/07/12 | Review court filings re possible FCC issues re late filings (0.5); telephone conference with counsel for co-creditors re latest FCC status report (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 09/07/12 | Review re regulatory fee filing (0.4); review FCC public notice re incentive auction (0.1); telephone conference with W. Lake (FCC) and R. Hanson (FCC) re same (0.2); email exchanges with client re same (0.1). | |
|  | M. Swanson | 0.80 hrs. |
| 09/08/12 | Work on report to FCC re court decisions, impact on stay and effectiveness of Plan (0.5); review status of pending broadcast applications (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 09/09/12 | Review and revise regulatory fee waiver request. | |
|  | M. Swanson | 1.00 hrs. |
| 09/10/12 | Telephone conference with D. Liebentritt re FCC meetings and review of applications (0.3); work on ex parte letter filing for FCC (0.5); telephone conference with J. Stenger re court decisions and FCC (0.3); work on possible changes to stipulation for FCC (0.6). | |
|  | J. Feore | 1.70 hrs. |
| 09/10/12 | Review Third Circuit decision re rejection of Aurelius appeal and related motion (0.7); prepare ex parte submission re Third Circuit action on Aurelius appeal (0.9); prepare correspondence to FCC staff and to FCC counsel to petitioners to deny re ex parte filing on Aurelius appeal (0.4). | |
|  | J. Logan | 2.00 hrs. |
| 09/10/12 | Research and review re FCC annual regulatory fee issues. | |
|  | M. Swanson | 1.20 hrs. |
| 09/11/12 | Telephone conference with W. Lake (FCC) and D. Liebentritt regarding need for FCC action on Tribune applications for assignment of license of broadcast licenses in bankruptcy (0.4); preparation of summary of same (0.3). | |
|  | J. Rademacher | 0.70 hrs. |
| 09/11/12 | Telephone conferences with FCC staff re Media Bureau call and status of applications (0.4); telephone conference with D. Liebentritt re W. Lake call (0.2); review possible waiver issues from FCC re | |

October 25, 2012                                                                                          Page 4

Tribune Company                                                                              Invoice 563457

|  |  |  |
|---|---|---|
|  | newspaper/broadcast cross-ownership rule and pending litigation (0.7). | |
|  | J. Feore | 1.30 hrs. |
| 09/11/12 | Prepare correspondence to K. Mills (Sidley) re prospect for Aurelius complaint in other venues. | |
|  | J. Logan | 0.40 hrs. |
| 09/11/12 | Review and edit draft 2012 regulatory fee waiver request (0.8); edit exhibits for same (1.4); prepare correspondence to client re changes (0.2); prepare transmittal for 2012 regulatory fee payment (0.3). | |
|  | L. McCarty (Practice Group Professional) | 2.70 hrs. |
| 09/11/12 | Review re bankruptcy developments and effect on FCC applications (0.3); review re FCC annual regulatory fee issues (0.3). | |
|  | M. Swanson | 0.60 hrs. |
| 09/12/12 | Telephone conference with co-proponents' FCC counsel re status and timing. | |
|  | C. Burrow | 0.30 hrs. |
| 09/12/12 | Prepare ex parte notice for September 11 meeting with FCC staff regarding applications to assign broadcast licenses in bankruptcy (1.0); telephone conference with R. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oaktree) regarding weekly status update for applications to assign broadcast licenses in bankruptcy (0.4). | |
|  | J. Rademacher | 1.40 hrs. |
| 09/12/12 | Work on letter request to FCC re telephone conference with W. Lake (0.3); telephone conference with FCC staff re processing of applications (0.3); review complaint stipulation and settlement of FCC claims issues (0.6). | |
|  | J. Feore | 1.20 hrs. |
| 09/12/12 | Telephone conference with FCC counsel to co-proponents re status of FCC Media Bureau processing and timing of distribution to FCC Eighth Floor. | |
|  | J. Logan | 0.50 hrs. |
| 09/12/12 | Prepare for and participate in conference call with Wiley and Akin attorneys re FCC application status (0.5); research and review re FCC annual regulatory fee waiver (0.1); review re bankruptcy developments and effect on FCC application (0.2). | |
|  | M. Swanson | 0.80 hrs. |
| 09/13/12 | Prepare ex parte notice for September 11 meeting with FCC staff regarding applications to assign broadcast licenses in bankruptcy (0.6); prepare correspondence with B. Lake and B. Kreisman regarding same (0.2). | |
|  | J. Rademacher | 0.80 hrs. |
| 09/13/12 | Telephone conference with R. Wiley re FCC application and | |

October 25, 2012                                                    Page 5

Tribune Company                                                    Invoice 563457

|  | processing (0.4); telephone conference with J. Stenger re FCC and court actions (0.4); telephone conference with D. Liebentritt re FCC action and next steps (0.4); telephone conference with FCC staff re applications (0.2); review pending waiver requests re FCC rulemaking (0.4). | |
|  | J. Feore | 1.80 hrs. |
| 09/13/12 | Review ex parte filing re D. Liebentritt meeting with FCC staff. | |
|  | J. Logan | 0.30 hrs. |
| 09/13/12 | Review and revise FCC annual regulatory fee waiver request. | |
|  | M. Swanson | 0.40 hrs. |
| 09/14/12 | Telephone conference with S. Sheehan regarding FCC application and timing issues (0.4); telephone conference with J. Stenger re FCC applications (0.3); work on possible changes to FCC stipulation re pending complaints (0.5). | |
|  | J. Feore | 1.20 hrs. |
| 09/15/12 | Review waiver requests and pending FCC application requests re FCC ownership proceeding (0.5); research re possible appeals re ownership and pending D.C. Circuit appeals (0.6). | |
|  | J. Feore | 1.10 hrs. |
| 09/17/12 | Telephone conference with FCC staff re questions on FCC application and processing (0.3); review FCC order re cross-ownership waiver and filing deadlines (0.5). | |
|  | J. Feore | 0.80 hrs. |
| 09/18/12 | Telephone conference with R. Wiley re FCC application status and issues (0.3); telephone conference with FCC staff re proceeding (0.3); telephone conference with S. Sheehan re timing issues for FCC (0.3). | |
|  | J. Feore | 0.90 hrs. |
| 09/19/12 | Participate in regulatory status telephone conference with D. Wiley, J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson (counsel for Oaktree) regarding applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 09/19/12 | Telephone conference with J. Stenger re update on FCC processes (0.3); review and revise stipulation re FCC claims against Tribune (0.8); telephone conferences with FCC staff re applications (0.3). | |
|  | J. Feore | 1.40 hrs. |
| 09/19/12 | Prepare for telephone conference with FCC counsel to credit co-proponents (0.3); telephone conference with FCC counsel to credit co-proponents re timing of FCC action and prospect for Aurelius objections (0.4). | |
|  | J. Logan | 0.70 hrs. |
| 09/19/12 | Participate in conference call with Wiley and Akin attorneys re FCC | |

Tribune Company                                    Invoice 563457

|  |  |  |
|---|---|---|
|  | application status (0.4); review and revise FCC draft stipulation re Enforcement Bureau matters (1.9); telephone conference with E. Washburn re same (0.3); email K. Mills (Sidley) re revised stipulation (0.3). |  |
|  | M. Swanson | 2.90 hrs. |
| 09/20/12 | Preparation of revised stipulation for FCC claims against Tribune subsidiaries regarding applications for assignment of broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 1.30 hrs. |
| 09/20/12 | Review revised draft FCC stipulation and review Tribune complaints (0.7); telephone conference with FCC staff re FCC application (0.4). |  |
|  | J. Feore | 1.10 hrs. |
| 09/20/12 | Email exchanges with K. Mills and E. Washburn re FCC stipulation (0.3); telephone conference with E. Washburn re same (0.7); revise stipulation (0.8); email to E. Washburn re same (0.2). |  |
|  | M. Swanson | 2.00 hrs. |
| 09/21/12 | Preparation of stipulation of FCC claims against Tribune regarding applications for assignment of broadcast licenses in bankruptcy (1.1); telephone conference with L. Washburn regarding same (0.4); analysis of issues regarding discrepancies between FCC proofs of claim filed with bankruptcy court, previous records of indecency complaints provided by the FCC, and new list of pending indecency complaints provided by the FCC regarding same (1.5). |  |
|  | J. Rademacher | 3.00 hrs. |
| 09/21/12 | Telephone conferences with FCC staff and Media Bureau re FCC application and decision (0.6); telephone conference with R. Wiley re status (0.2); review and revise draft stipulation re complaints and changes proposed (0.6). |  |
|  | J. Feore | 1.40 hrs. |
| 09/21/12 | Exchange emails with S. Stone (FCC) re Enforcement Bureau complaint list (0.1); review same (0.5); review and revise FCC draft stipulation re Enforcement Bureau issues in light of complaint list (0.9). |  |
|  | M. Swanson | 1.50 hrs. |
| 09/22/12 | Review and work on final version of stipulation for FCC complaints (0.4); review follow-up to FCC draft decision and possible meetings (0.4). |  |
|  | J. Feore | 0.80 hrs. |
| 09/23/12 | Analysis of issues regarding discrepancies between FCC proofs of claim filed with Bankruptcy Court, previous records of indecency complaints provided by the FCC, and new list of pending indecency complaints provided by the FCC regarding stipulation of pending claims in pursuit of grant of applications to assign broadcast licenses |  |

October 25, 2012                                                    Page 7

Tribune Company                                                   Invoice 563457

|  |  |  |
|---|---|---|
|  | in bankruptcy. | |
|  | J. Rademacher | 2.80 hrs. |
| 09/23/12 | Review and revise FCC draft stipulation re Enforcement Bureau issues. | |
|  | M. Swanson | 0.80 hrs. |
| 09/24/12 | Preparation of stipulation of FCC claims against Tribune regarding applications for assignment of broadcast licenses in bankruptcy (3.2); correspondence with E. Washburn regarding same (0.3); telephone conference with K. Mills (bankruptcy counsel) regarding same (0.5); telephone conference with M. Godschall (FCC) regarding pending complaints regarding same (1.2); preparation of chart showing all FCC claims against Tribune regarding same (0.5). | |
|  | J. Rademacher | 5.70 hrs. |
| 09/24/12 | Telephone conference with FCC Media Bureau re FCC application (0.4); telephone conference with D. Liebentritt re FCC application (0.3); telephone conference with S. Sheehan re FCC processing (0.3); conference with FCC General Counsel's office re stipulation (0.3); work on changes to draft stipulation and complaint resolution (0.8). | |
|  | J. Feore | 2.10 hrs. |
| 09/24/12 | Prepare correspondence to client re confirmation of 2012 regulatory fee payment by US Bank for Tribune licensees. | |
|  | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 09/24/12 | Review and revise FCC draft stipulation re Enforcement Bureau issues. | |
|  | M. Swanson | 0.40 hrs. |
| 09/25/12 | Preparation of stipulation of FCC claims against Tribune regarding applications for assignment of broadcast licenses in bankruptcy (2.0); correspondence with L. Washburn regarding same (0.5); correspondence with S. Stone (FCC) regarding same (0.2); preparation of chart showing all FCC claims against Tribune regarding same (1.8). | |
|  | J. Rademacher | 4.50 hrs. |
| 09/25/12 | Work on stipulation and additional modifications re FCC claims (0.7); telephone conference with FCC staff re application (0.3); telephone conference with J. Stenger re FCC and court actions (0.5); review current restructuring items re FCC (0.5). | |
|  | J. Feore | 2.00 hrs. |
| 09/25/12 | Telephone conference with FCC counsel to JPMorgan re procedural status of FCC application. | |
|  | J. Logan | 0.30 hrs. |
| 09/26/12 | Preparation of list of FCC enforcement claims against Tribune regarding applications for assignment of broadcast licenses in bankruptcy (1.4); attend weekly regulatory status call with D. Wiley, | |

October 25, 2012                                          Page 8

Tribune Company                                          Invoice 563457

|  |  |  |
|---|---|---|
| | J. Bayes and E. Reed (counsel for JPMorgan) and T. Davidson regarding same (counsel for Oaktree) (0.3). | |
| | J. Rademacher | 1.70 hrs. |
| 09/26/12 | Telephone conference with R. Wiley re FCC application processing (0.3); telephone conference with FCC staff re resolution of FCC claims (0.3); telephone conference with E. Washburn re conference with FCC re claims (0.2); review stipulation (0.7). | |
| | J. Feore | 1.50 hrs. |
| 09/26/12 | Prepare for and participate in telephone conference with FCC counsel to credit co-proponents re status of FCC processing and prospect for further oppositions. | |
| | J. Logan | 0.50 hrs. |
| 09/27/12 | Analysis of issues regarding stipulation and chart of FCC claims regarding FCC applications  to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 09/27/12 | Research re pending waiver requests and timing on pending ownership approvals and FCC decision (0.7); telephone conference with FCC Media Bureau re FCC applications (0.3); review list of FCC complaints/claims (0.5). | |
| | J. Feore | 1.50 hrs. |
| 09/28/12 | Telephone conference with S. Stone, M. Godschall and W. Knowles-Kellet regarding stipulation for pending FCC complaints in association with applications for approval of assignment of broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.80 hrs. |
| 09/28/12 | Telephone conference with FCC General Counsel's office re stipulation and changes (0.6); review possible changes in stipulation (0.6); telephone conference with E. Washburn re stipulation (0.1); telephone conference with Sidley Austin re real estate transfers (0.1). | |
| | J. Feore | 1.40 hrs. |
| 09/28/12 | Review restructuring of corporate documents to confirm accuracy of new entities. | |
| | L. McCarty (Practice Group Professional) | 0.20 hrs. |
| 09/29/12 | Review pending FCC applications and requests re possible timeline on FCC action (0.4); research re resolution of FCC complaints and timing (0.3). | |
| | J. Feore | 0.70 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 0.90 |
| FEORE | 34.60 |

October 25, 2012                                              Page 9

Tribune Company                                              Invoice 563457

|  | LOGAN | 6.50 |
|---|---|---|
|  | SWANSON | 17.80 |
|  | RADEMACHER | 36.90 |
|  | MCCARTY | 3.00 |
|  | TOTAL | 99.70 |

Fees for Professional Services .......................................................... $          60,769.00

|  |  |  |
|---|---|---|
| REPRODUCTION | $ | 20.80 |
| TELEPHONE | $ | 15.96 |
| 09/30/12  VENDOR: Copper Conferencing; | $ | 8.35 |

09/30/12   VENDOR: Copper Conferencing;
           INVOICE#: 746415; DATE: 9/30/2012 -
           Telephone conference re stipulation for
           pending FCC complaints in association with
           applications for approval of assignment of
           broadcast licenses in bankruptcy.

Total Reimbursable Costs........................................................... $          45.11
Total Current Billing for This File.............................................. $          60,814.11

Our File # 08656.0101         For Services Through September 30, 2012
Retention and Fee Applications

| 09/05/12 | Preparation of 39th monthly fee application.<br>C. Meazell | 1.60 hrs. |
|---|---|---|
| 09/17/12 | Preparation of 39th monthly fee application.<br>C. Meazell | 1.10 hrs. |
| 09/18/12 | Analysis regarding fee projections for Alvarez.<br>C. Meazell | 1.40 hrs. |
| 09/19/12 | Analysis regarding fee projections for Alvarez (1.2); correspondence<br>with P. Gondipalli regarding same (0.4).<br>C. Meazell | 1.60 hrs. |
| 09/21/12 | Review preliminary report regarding 10th interim fee application<br>(0.4); research regarding response to same (1.4); preparation of<br>response correspondence regarding same (0.8).<br>C. Meazell | 2.60 hrs. |
| 09/24/12 | Preparation of response correspondence regarding preliminary report<br>regarding 10th interim fee application.<br>C. Meazell | 0.80 hrs. |
| 09/26/12 | Review and confirmation of Omnibus Order. | |

October 25, 2012                                        Page 10

Tribune Company                                        Invoice 563457
                        C. Meazell                    0.20 hrs.

09/27/12          Preparation of 39th and 40th monthly fee applications.
                        C. Meazell                    2.20 hrs.

09/28/12          Preparation of 13th interim fee application.
                        C. Meazell                    2.80 hrs.


### BILLING SUMMARY

|              | Hours |
|--------------|-------|
| MEAZELL      | 14.30 |
| TOTAL        | 14.30 |


Fees for Professional Services ........................................................ $     6,435.00
Total Current Billing for This File................................................. $     6,435.00


Our File # 08656.0104          For Services Through September 30, 2012
Broadcast Contracts


09/04/12          Telephone call with K. Connor re Verizon and Cablevision
                  negotiations (0.5); revise Verizon term sheet (0.6); review status of
                  Verizon negotiations in preparation for call with K. Connor (0.1).
                        R. Folliard III                1.20 hrs.

09/05/12          Prepare email to K. Connor re changes to Verizon term sheet (0.1);
                  research re status of Cablevision negotiations (0.1).
                        R. Folliard III                0.20 hrs.

09/06/12          Review issues/options for FCC complaint re Cablevision's bad faith
                  negotiating and possible remedies (0.8); telephone conference with
                  N. Larsen re FCC issues (0.2).
                        J. Feore                       1.00 hrs.

09/06/12          Prepare email re strategy for re-engaging Cablevision for
                  retransmission consent negotiations.
                        R. Folliard III                0.60 hrs.

09/07/12          Work on issues for possible FCC complaint re Cablevision's refusal
                  to negotiate in good faith.
                        J. Feore                       0.60 hrs.

09/07/12          Telephone call with N. Larsen re revising Cablevision term sheet
                  (0.3); prepare revised term sheet for Cablevision (0.8).
                        R. Folliard III                1.10 hrs.

09/09/12          Conference call with N. Larsen and G. Mazzaferri re revised

Tribune Company

|  | Cablevision term sheet (0.2); prepare revised term sheet for new Cablevision offer (0.4). | |
|  | R. Folliard III | 0.60 hrs. |
| 09/10/12 | Revise Cablevision term sheet (0.1); prepare emails to K. Connor re Wave change of control (0.4); analyze Wave agreements for WGN America and retransmission consent re change of control provisions (0.2); prepare email re impact of court decision permitting Time Warner to import Nexstar station into any TV market (0.4). | |
|  | R. Folliard III | 1.10 hrs. |
| 09/11/12 | Review unresolved issues in AT&T retransmission agreement (0.2); prepare email to K. Connor re unresolved issues with AT&T (0.2); research re requirements for WGN America under CALM Act (0.6); prepare email to K. Connor re responding to request for certification re CALM Act for WGN America. | |
|  | R. Folliard III | 1.50 hrs. |
| 09/12/12 | Analysis of Tower/Cobridge carriage agreement. | |
|  | D. Teslik | 0.50 hrs. |
| 09/13/12 | Review proposal re Cablevision carriage agreement, settlement and possible FCC issues. | |
|  | J. Feore | 0.40 hrs. |
| 09/13/12 | Prepare for conference call re Knology and WOW carriage of WGN America; telephone call with K. Connor re Knology, WOW and Cablevision and the CALM Act requirements for WGN America. | |
|  | R. Folliard III | 1.10 hrs. |
| 09/16/12 | Prepare email to L. Gardner re use of Cablevision logo in advertising against Cablevision. | |
|  | R. Folliard III | 0.20 hrs. |
| 09/18/12 | Prepare email to K. Connor re Metrocast question re blacking out of NFL Network game on WPIX-TV (0.2); conference call with N. Larson and G. Mazzaferri re Verizon term sheet (0.6); prepare revised terms sheet for Verizon (0.7). | |
|  | R. Folliard III | 1.50 hrs. |
| 09/19/12 | Analysis regarding Dish carriage of WXIN. | |
|  | D. Teslik | 0.50 hrs. |
| 09/19/12 | Research re right for Dish Network to carry WXIN-TV in Lafayette, Indiana DMA under retransmission agreement (0.4); prepare email to K. Connor re carriage of WXIN-TV by Dish Network in Lafayette, IN DMA (0.7); conference call with N. Larsen, L. Gardner and G. Mazzaferri re Verizon retransmission negotiations (0.7); revise Verizon retransmission term sheet (0.4). | |
|  | R. Folliard III | 2.10 hrs. |
| 09/20/12 | Telephone call with K. Connor re Verizon and Dish retransmission agreements. | |

October 25, 2012                                                    Page 12

Tribune Company                                                    Invoice 563457
                    R. Folliard III                    0.60 hrs.

09/21/12            Analyze carriage of WNOL-TV and WGNO-TV on Media3 system
                    in Louisiana (0.2); prepare email to K. Connor re same (0.1).
                    R. Folliard III                    0.30 hrs.

09/25/12            Prepare email to Crystal Cable re counter proposal for settling
                    retransmission consent complaint.
                    R. Folliard III                    0.40 hrs.

09/26/12            Review material for upcoming conference call re exclusivity and
                    blacking out of NFL Network games, Windjammer sale to Zito
                    Media, Google Fiber agreement and carriage of WGN on Gap Cable
                    (0.8); telephone call with K. Connor re same (0.7).
                    R. Folliard III                    1.50 hrs.

09/27/12            Prepare revised term sheet for Dish Network (0.9); prepare WGN
                    America long form agreement and broadcast retransmission long
                    form agreement for Verizon (2.7); prepare amendment to 4Com
                    agreement re HD carriage of WGN America (0.4).
                    R. Folliard III                    4.00 hrs.

09/28/12            Prepare email to K. Connor re estimated subscriber fees for various
                    cable networks (0.1); prepare amendment to 4Com agreement for
                    Google Fiber (0.3); revise Verizon agreements to remove auto-
                    renewal clause (0.1); prepare revised extension agreement for Zito
                    Media re acquisition of Windjammer systems (0.2).
                    R. Folliard III                    0.70 hrs.

                              BILLING SUMMARY
                                              Hours
                    FEORE                      2.00
                    FOLLIARD III              18.70
                    TESLIK                     1.00
                    TOTAL                     21.70


Fees for Professional Services ........................................................... $          9,163.00
Total Current Billing for This File.................................................... $          9,163.00



Total Current Billing for This Invoice.............................................. $         76,412.11

# ☯ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

October 25, 2012

Tribune Company                                                    Invoice 563457
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100        For Services Through September 30, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $            60,814.11

Our File # 08656.0101        For Services Through September 30, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $             6,435.00

Our File # 08656.0104        For Services Through September 30, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $             9,163.00

    Total Current Billing for This Invoice ............................................................ $            76,412.11

# REMITTANCE COPY

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1 - SEPTEMBER 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 20.80 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Messenger Services | Washington Express | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 8.35 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 15.96 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **45.11** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.