

**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

October 22, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
        Docket #:  08-13229  KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #7101) in the amount of $ 276.78 with a statement date of 04/02/2012.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel