

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

October 22, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York, NY 10017

Re: Claim withdrawal for 5800 SUNSET PRODUCTIONS INC.
Docket #: 08-13143 KJC   Lead Docket#: 08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim (claim #7145) in the amount of $36.17 with a statement date of 08/07/2012. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

*[signature]*

Tax Compliance Representative

cc: David Demeter
    Norman Fivel