

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

October 22, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions - Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for NORTH MICHIGAN PRODUCTION COMPANY
        Docket #:  08-13195 KJC   Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Pre Petition proof of claim (claim #7147) in the amount of $1,308.06 with a statement date of 08/13/2012.  There is no surviving Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel