# EXHIBIT A

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Harig,James Michael | Senior-Grade 1 | 275 | 10.0 | 2,750.00 |
| Huennekens,Scott J. | Staff/Assistant-Grade 3 | 175 | 3.2 | 560.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475 | 4.2 | 1,995.00 |
| Klapow, Amanda | Staff/Assistant-Grade 3 | 175 | 2.5 | 437.50 |
| Knightly,James Charles | Manager-Grade 1 | 375 | 5.1 | 1,912.50 |
| Mason,Jon S | Executive Director-Grade 2 | 525 | 1.1 | 577.50 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475 | 7.6 | 3,610.00 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175 | 19.2 | 3,360.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475 | 19.9 | 9,452.50 |
| McGee, Ginny | External Contractor | n/a | 297.9 | 16,700.00 |
| | **Grand Totals** | | **370.7** | **41,355.00** |
| | *Blended Rate* | | | *111.56* |
| | | | 370.7 | |

| | |
|---|---|
| 41,355.00 | **Total Fees** |
| (8,271.00) | **Less 20% Holdback** |
| 33,084.00 | **Sub-total** |
| 75.00 | **Expenses** |
| 33,159.00 | **Current Fee Invoice** |

# EXHIBIT B

.

200 Plaza Drive
Secaucus, NJ  07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130708797**

**October 16, 2012**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

| **PLEASE REMIT TO:** |
|---|
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

BU: **US002**    CLIENT NUMBER: **60025315**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

March, 2012 - May, 2012

| | |
|---|---|
| VAL: FCC License | $855.00 |
| VAL: Fresh Start | $18,920.00 |
| Cooking Channel Hypo PPA | $1,187.50 |
| Fee/Employment Applications | $3,692.50 |
| Fees Due | $24,655.00 |
| Expenses | $75.00 |
| Total Due | $24,730.00 |
| 20% Holdback of the fees requested | ($4,931.00) |
| Net Fees & Expenses | $19,799.00 |

*Total Due*                                    **$24,730**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ᴃ�month** *ERNST & YOUNG*

**INVOICE NUMBER: US0130708797**

October 16, 2012

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

BU: **US002**   CLIENT NUMBER: **60025315**

*Total Due*                                              **$24,730**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ☰ ERNST & YOUNG

**INVOICE NUMBER: US0130558229**

**January 27, 2012**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| |
| **EIN: 34-6565596** |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the fourth quarter 2011 Los Angeles TVT market survey.

*Total Due* **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞIJ ΕRNST & YOUNG**

**INVOICE NUMBER: US0130558229**

January 27, 2012

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                        $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ᴚ ERNST & YOUNG

**INVOICE NUMBER: US0130558296**

**January 27, 2012**

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**   CLIENT NUMBER: **60810282**

For professional services rendered in connection with the fourth quarter 2011 New York TVT market survey.

*Total Due*                                      $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞͰ ERNST & YOUNG**

**INVOICE NUMBER: US0130558296**

January 27, 2012

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

*Total Due*                                    $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ☰↓ ERNST&YOUNG

**INVOICE NUMBER: US0130612406**

**April 20, 2012**

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

| **PLEASE REMIT TO:** |
|---|
| Ernst & Young US LLP |
| PO Box 846793 |
| Los Angeles, CA 90084-6793 |
| **EIN: 34-6565596** |

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the first quarter 2012 Los Angeles TVT market survey.

*Total Due*                                    **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ᴣ⫿ ERNST & YOUNG**

**INVOICE NUMBER: US0130612406**

**April 20, 2012**

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young US LLP<br>PO Box 846793<br>Los Angeles, CA 90084-6793 |
| **EIN: 34-6565596** |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                              $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ΞII ERNST & YOUNG

**INVOICE NUMBER: US0130190550**

**February 11, 2010**

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young<br>Bank of America - Chic. 96550<br>P.O. Box 96550<br>Chicago, IL 60693 |
| **EIN: 34-6565596** |

BU: US001    CLIENT NUMBER: **60811877**

For professional service rendered in connection with the fourth quarter 2009 Los Angeles TVT market survey.

*Total Due*                                          **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**⧓ ERNST & YOUNG**

**INVOICE NUMBER: US0130190550**

**February 11, 2010**

KTLA-TV
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

BU: **US001**   CLIENT NUMBER: **60811877**

|  |  |
|---|---|
| *Total Due* | $1,875 |

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ⧉ ERNST & YOUNG

**INVOICE NUMBER: US0130230226**

**April 21, 2010**

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

BU: **US001**   CLIENT NUMBER: **60811877**

For professional service rendered in connection with the first quarter 2010 Los Angeles TVT market survey.

*Total Due*                                           **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ƎⱵ ERNST & YOUNG**

**INVOICE NUMBER: US0130230226**

**April 21, 2010**

| PLEASE REMIT TO: |
|---|
| Ernst & Young |
| Bank of America - Chic. 96550 |
| P.O. Box 96550 |
| Chicago, IL 60693 |
| **EIN: 34-6565596** |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                    $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

200 Plaza Drive
Secaucus, NJ 07094

# ☰*ll ERNST & YOUNG*

**INVOICE NUMBER: US0130612424**

**April 20, 2012**

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

> **PLEASE REMIT TO:**
>
> Ernst & Young LLP
> Pittsbg Ntnl Bnk - Pitt 640382
> P.O. Box 640382
> Pittsburgh, PA 15264-0382
>
> **EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the first quarter 2012 New York TVT market survey.

*Total Due*                                        $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130612424**

April 20, 2012

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| Pittsbg Ntnl Bnk - Pitt 640382 |
| P.O. Box 640382 |
| Pittsburgh, PA 15264-0382 |
| **EIN: 34-6565596** |

WPIX-TV
Ms. Cathy Davis
220 East 42nd Street
New York, NY 10017

BU: **US001**    CLIENT NUMBER: **60810282**

|  |  |
| --- | --- |
| *Total Due* | $2,300 |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# Эll ERNST & YOUNG

**INVOICE NUMBER: US0130190601**

**February 11, 2010**

| PLEASE REMIT TO: |
|---|
| Ernst & Young<br>Bank of America - Chic. 96550<br>P.O. Box 96550<br>Chicago, IL 60693<br><br>**EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**   CLIENT NUMBER: **60810282**

For professional service rendered in connection with the fourth quarter 2009 New York TVT market survey.

*Total Due*                                    $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞI ERNST & YOUNG**

**INVOICE NUMBER: US0130190601**

February 11, 2010

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

**EIN: 34-6565596**

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

| | |
|---|---|
| *Total Due* | $2,300 |

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031201467 ; Swift code: PNBPUS33
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wachovia Bank, N.A. Chapel Hill , NC
ABA#: 031000503
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# ⊒Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130230234**

**April 21, 2010**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young |
| Bank of America - Chic. 96550 |
| P.O. Box 96550 |
| Chicago, IL 60693 |
| **EIN: 34-6565596** |

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional service rendered in connection with the first quarter 2010 New York TVT market survey.

*Total Due*                                    $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# EXHIBIT C

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Expenses |
|---|---|
| Out of Town Travel: Lunch | 75.00 |

75.00

**Exhibit C**
**Schedule of Expenses**

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Lunch meeting with B. Litman, Tribune Controller, and N. Chakiris, Tribune Asst. Controller, to discuss fixed asset valuation procedures | 16-May-2012 | 75.00 | Out of Town Travel: Lunch |

75.00

# EXHIBIT D

**Exhibit D**
**Schedule of Fees by Project Category**

| Project Category | Total |
|---|---|
| 1) Property Tax Compliance | - |
| 2) Multi-State VD Agreements | - |
| 3) Sales Process Review | - |
| 4) VAL: FCC License | 1.8 |
| 5) VAL: Fresh Start | 48.6 |
| 6) Cooking Channel Hypo PPA | 2.5 |
| 7) Market Value Surveys | 297.9 |
| 8) Fee/Employment Applications | 19.9 |
| Net Hours | 370.7 |

| Project Category | Total |
|---|---|
| 1) Property Tax Compliance | - |
| 2) Multi-State VD Agreements | - |
| 3) Sales Process Review | - |
| 4) VAL: FCC License | 855.00 |
| 5) VAL: Fresh Start | 18,920.00 |
| 6) Cooking Channel Hypo PPA | 1,187.50 |
| 7) Market Value Surveys | 16,700.00 |
| 8) Fee/Employment Applications | 3,692.50 |
| Net Fees | 41,355.00 |

Exhibit D
Chronological Detail of Services Rendered

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Initial preparation of the data request | 12-Apr-2012 | 275.00 | 0.6 | 165.00 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Additional preparation of the valuation data request | 13-Apr-2012 | 275.00 | 1.4 | 385.00 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; B. Venisnik, EY Senior Manager responsible for implementation of personal propery workstream; M. Jones, EY Senior Manager overseeing all Valuation workstreams; J. Knightley, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and J. Putnam (via phone), EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Senior responsible for implementation of fresh start analysis) | 24-Apr-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Initial review and analysis of initial company data & february 2012 lazard valuation | 01-May-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Continued review and analysis of initial company data & february 2012 lazard valuation | 02-May-2012 | 275.00 | 0.3 | 82.50 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Analysis of guideline company data and requirements | 07-May-2012 | 275.00 | 1.5 | 412.50 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Continued analysis of guideline company data and requirements | 14-May-2012 | 275.00 | 1.8 | 495.00 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Continued analysis of guideline company data and requirements | 17-May-2012 | 275.00 | 1.4 | 385.00 | VAL: Fresh Start |
| Harig,James Michael (US012753336) | Senior-Grade 1 (421) | Call with N. Chakiris, Tribune Asst. Controller, regarding data request | 21-May-2012 | 275.00 | 0.8 | 220.00 | VAL: Fresh Start |
| Huennekens,Scott J. (US012852235) | Staff/Assistant-Grade 4 (444) | Research and comparison of the latest P4 sample against the old database | 10-May-2012 | 175.00 | 2.1 | 367.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012852235) | Staff/Assistant-Grade 4 (444) | Research and comparison of the latest P4 sample against the old database | 11-May-2012 | 175.00 | 0.1 | 17.50 | VAL: Fresh Start |
| Huennekens,Scott J. (US012852235) | Staff/Assistant-Grade 4 (444) | Analyzing the FY10 files for required valuation updates | 18-May-2012 | 175.00 | 1.0 | 175.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 3 (213) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; B. Venisnik, EY Senior Manager responsible for implementation of personal propery workstream; J. Harig, EY Senior manager for implementation of fresh start analysis; J. Knightley, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and J. Putnam (via phone), EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Senior Manager overseeing all Valuation workstreams) | 24-Apr-2012 | 475.00 | 1.1 | 522.50 | VAL: Fresh Start |

| Name (ID) | Title/Grade | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| Jones, Matthew C. (US011854414) | Senior Manager–Grade 3 (213) | Call with EY Internal Counsel, External Counsel, and N. Rodriguez, EY Staff responsible for preparation of monthly fee applications and supplemental connections check, regarding valuation engagement (attended as EY Senior Manager overseeing all Valuation workstreams, regarding valuation) | 26-Apr-2012 | 475.00 | 0.4 | 190.00 | VAL: Fresh Start |
| Jones, Matthew C. (US011854414) | Senior Manager–Grade 3 (213) | Review of forecast data for consolidated Tribune | 17-May-2012 | 475.00 | 1.4 | 665.00 | VAL: Fresh Start |
| Jones, Matthew C. (US011854414) | Senior Manager–Grade 3 (213) | Review of historical data for Newspaper, TMS, Broadcasting | 17-May-2012 | 475.00 | 0.4 | 190.00 | VAL: Fresh Start |
| Jones, Matthew C. (US011854414) | Senior Manager–Grade 3 (213) | Discussion with B. Verisink, EY Senior Manager responsible for implementation of personal propery workstream; and N. Chakiris, Tribune Asst. Controller; regarding historical and forecast data (needed to attend as EY Senior Manager overseeing all Valuation workstreams) | 21-May-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Klapow, Amanda (US012919998) | Staff/Assistant–Grade 3 (445) | Compilation of valuation analysis workpapers for Tribune workstreams | 01-May-2012 | 175.00 | 2.5 | 437.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Manager–Grade 1 (321) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; M. Jones, EY Senior Manager overseeing all Valuation workstreams; J. Harig, EY Senior responsible for implementation of fresh start analysis; B. Verisink, EY Senior Manager responsible for implementation of personal propery workstream; J. Mason, EY Executive Director responsible for overseeing valuation of personal propery workstream and high level interface with the Debtor; and J. Putnam (via phone), EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Manager responsible for all workstreams and oversees reconciliation of all workstreams) | 24-Apr-2012 | 375.00 | 1.1 | 412.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Manager–Grade 1 (321) | Analysis of the 2010 P5 fixed asset listing. | 23-May-2012 | 375.00 | 0.7 | 262.50 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Manager–Grade 1 (321) | Analysis of the 2012 P4 fixed asset listing for comparison to previously sent fixed asset detail | 23-May-2012 | 375.00 | 1.4 | 525.00 | VAL: Fresh Start |
| Knightly, James Charles (US012542157) | Manager–Grade 1 (321) | Analysis for comparison of the P4 and P5 fixed asset listing and cost basis | 23-May-2012 | 375.00 | 1.9 | 712.50 | VAL: Fresh Start |
| Mason, Jon S (US011205700) | Executive Director–Grade 2 (132) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; M. Jones, EY Senior Manager overseeing all Valuation workstreams; J. Harig, EY Senior responsible for implementation of fresh start analysis; B. Verisink, EY Senior Manager responsible for implementation of personal propery workstream; J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and J. Putnam (via phone), EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor) | 24-Apr-2012 | 525.00 | 1.1 | 577.50 | VAL: Fresh Start |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for October 2009 report | 4-Nov-2009 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for October 2009 report | 4-Nov-2009 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate October 2009 Los Angeles market data. | 10-Nov-2009 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate October 2009 Los Angeles market data | 11-Nov-2009 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile October 2009 report. | 11-Nov-2009 | n/a | 2.7 | 0.00 | Market Value Surveys |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Consolidate October 2009 New York market data. | 16-Nov-2009 | n/a | 5.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile October 2009 report. | 16-Nov-2009 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for November 2009 report | 4-Dec-2009 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for November 2009 report | 4-Dec-2009 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate November 2009 Los Angeles market data. | 11-Dec-2009 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate November 2009 New York market data. | 15-Dec-2009 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate November 2009 Los Angeles market data | 16-Dec-2009 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile November 2009 report. | 16-Dec-2009 | n/a | 2.5 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile November 2009 report. | 16-Dec-2009 | n/a | 2.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for December 2009 and Q4 2009 report | 5-Jan-2010 | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for December 2009 and Q4 2009 report | 5-Jan-2010 | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate December 2009 and Q4 2009 Los Angeles market data. | 11-Jan-2010 | n/a | 6.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q4 2009 report. | 11-Jan-2010 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate December 2009 and Q4 2009 New York market data | 18-Jan-2010 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate December 2009 and Q4 2009 New York market data. | 19-Jan-2010 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q4 2009 report. | 19-Jan-2010 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for January 2010 report | 5-Feb-2010 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for January 2010 report | 5-Feb-2010 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate January 2010 Los Angeles market data. | 10-Feb-2010 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate January 2010 Los Angeles market data | 12-Feb-2010 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile January 2010 report. | 12-Feb-2010 | n/a | 2.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate January 2010 New York market data. | 15-Feb-2010 | n/a | 5.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile January 2010 report. | 16-Feb-2010 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for February 2010 report | 5-Mar-2010 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for February 2010 report | 5-Mar-2010 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate February 2010 Los Angeles market data. | 12-Mar-2010 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate February 2010 Los Angeles market data | 15-Mar-2010 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile February 2010 report. | 15-Mar-2010 | n/a | 2.5 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate February 2010 New York market data. | 15-Mar-2010 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile February 2010 report. | 16-Mar-2010 | n/a | 2.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for March 2010 and Q1 2010 report | 5-Apr-2010 | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for March 2010 and Q1 2010 report | 5-Apr-2010 | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate March 2010 and Q1 2010 Los Angeles market data. | 12-Apr-2010 | n/a | 5.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate March 2010 and Q1 2010 Los Angeles market data. | 13-Apr-2010 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q1 2010 report. | 13-Apr-2010 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate March 2010 and Q1 2010 New York market data. | 16-Apr-2010 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate March 2010 and Q1 2010 New York market data. | 19-Apr-2010 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q1 2010 report. | 19-Apr-2010 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for October 2011 report | 4-Nov-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |

| Name | Role | Description | Date | Date | | Value | | Category |
|---|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for October 2011 report | 4-Nov-2011 | | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate October 2011 Los Angeles market data. | | 10-Nov-2011 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate October 2011 Los Angeles market data | | 11-Nov-2011 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile October 2011 report. | | 11-Nov-2011 | n/a | 2.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate October 2011 New York market data. | | 15-Nov-2011 | n/a | 5.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile October 2011 report. | | 15-Nov-2011 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for November 2011 report | 5-Dec-2011 | | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for November 2011 report | 5-Dec-2011 | | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate November 2011 Los Angeles market data. | | 12-Dec-2011 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate November 2011 New York market data. | | 15-Dec-2011 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate November 2011 Los Angeles market data | | 16-Dec-2011 | n/a | 0.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile November 2011 report. | | 16-Dec-2011 | n/a | 2.5 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile November 2011 report. | | 16-Dec-2011 | n/a | 2.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for December 2011 and Q4 2011 report | 5-Jan-2012 | | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for December 2011 and Q4 2011 report | 5-Jan-2012 | | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate December 2011 and Q4 2011 Los Angeles market data. | | 10-Jan-2012 | n/a | 7.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q4 2011 report. | | 11-Jan-2012 | n/a | 6.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate December 2011 and Q4 2011 New York market data. | | 16-Jan-2012 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate December 2011 and Q4 2011 New York market data. | | 17-Jan-2012 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q4 2011 report. | | 17-Jan-2012 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for January 2012 report | 6-Feb-2012 | | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for January 2012 report | 6-Feb-2012 | | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate January 2012 Los Angeles market data | | 10-Feb-2012 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate January 2012 Los Angeles market data | | 13-Feb-2012 | n/a | 0.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile January 2012 report. | | 13-Feb-2012 | n/a | 2.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate January 2012 New York market data. | | 15-Feb-2012 | n/a | 4.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile January 2012 report. | | 16-Feb-2012 | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set-up program for February 2012 report | 5-Mar-2012 | | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set-up program for February 2012 report | 5-Mar-2012 | | n/a | 3.2 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate February 2012 Los Angeles market data. | | 12-Mar-2012 | n/a | 5.3 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate February 2012 Los Angeles market data | | 13-Mar-2012 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile February 2012 report. | | 13-Mar-2012 | n/a | 2.8 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate February 2012 New York market data. | | 15-Mar-2012 | n/a | 5.6 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile February 2012 report. | | 16-Mar-2012 | n/a | 2.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Submitted data request to market participants and set up program for March 2012 and Q1 2012 report | 5-Apr-2012 | | n/a | 2.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Submitted data request to market participants and set up program for March 2012 and Q1 2012 report | 5-Apr-2012 | | n/a | 3.1 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate March 2012 and Q1 2012 Los Angeles market data. | | 10-Apr-2012 | n/a | 5.9 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Consolidate March 2012 and Q1 2012 Los Angeles market data. | | 11-Apr-2012 | n/a | 0.4 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | LA: Compile Q1 2012 report. | | 11-Apr-2012 | n/a | 5.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Consolidate March 2012 and Q1 2012 New York market data. | | 16-Apr-2012 | n/a | 5.7 | 0.00 | Market Value Surveys |

| Name | Title | Description | Date | Rate | Hours | Amount | Category |
|---|---|---|---|---|---|---|---|
| McGee, Ginny | External Contractor | NY: Consolidate March 2012 and Q1 2012 New York market data. | 17-Apr-2012 | n/a | 0.7 | 0.00 | Market Value Surveys |
| McGee, Ginny | External Contractor | NY: Compile Q1 2012 report. | 17-Apr-2012 | n/a | 5.6 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 4 2009 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 4 2009 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 1 2010 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 1 2010 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 4 2011 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 4 2011 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 1 2012 LA market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 2,300.00 | Market Value Surveys |
| n/a | n/a | Flat fee for market value surveys for Quarter 1 2012 NY market (see G. McGee's descriptions) | n/a | n/a | 0.0 | 1,875.00 | Market Value Surveys |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Research of data for FCC license questions from PWC, Tribune's auditor | 07-Mar-2012 | 475.00 | 1.2 | 570.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Preparation of data request for Fresh Start analysis | 19-Mar-2012 | 475.00 | 0.3 | 142.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Research of data for the Cooking Channel Media analysis from PWC, Tribune's auditors | 26-Mar-2012 | 475.00 | 1.7 | 807.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Call with N. Rodriguez, EY Staff responsible for preparation of monthly fee applications, to discuss fee application as related to new Cooking Channel engagement (attended as EY Senior Manager responsible for overall engagement on Cooking Channel entity) | 27-Mar-2012 | 475.00 | 0.3 | 142.50 | Fee/Employment Applications |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Updated report based on comments received from N. Chakiris, Tribune Asst. Controller | 04-Apr-2012 | 475.00 | 0.3 | 142.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Finalized preparation of FCC schedules | 04-Apr-2012 | 475.00 | 0.6 | 285.00 | VAL: FCC License |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Finalization of Cooking Channel report | 13-Apr-2012 | 475.00 | 0.5 | 237.50 | Cooking Channel Hypo PPA |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Reviewed and updated fresh start information request listing | 13-Apr-2012 | 475.00 | 0.5 | 237.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; M. Jones, EY Senior Manager overseeing all Valuation workstreams; J. Harig, EY Senior responsible for implementation of fresh start analysis; B. Verisnik, EY Senior Manager responsible for implementation of personal propery workstream; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream) (attended via phone) | 24-Apr-2012 | 475.00 | 1.1 | 522.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Prepared financial statement information for a call with N. Chakiris, Tribune Asst. Controller | 21-May-2012 | 475.00 | 1.1 | 522.50 | VAL: Fresh Start |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analysis of June – February monthly fee data | 02-Mar-2012 | 175.00 | 2.5 | 437.50 | Fee/Employment Applications |

| Name | Title/Grade | Description | Date | Rate | Hours | Amount | Matter |
|---|---|---|---|---|---|---|---|
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued analysis of June - February monthly fee data | 05-Mar-2012 | 175.00 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Initial compilation of June - February monthly fee application | 05-Mar-2012 | 175.00 | 1.2 | 210.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of June - February monthly fee application | 06-Mar-2012 | 175.00 | 0.3 | 52.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of June - February monthly fee application | 12-Mar-2012 | 175.00 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of June - February monthly fee application | 14-Mar-2012 | 175.00 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of June - February monthly fee application | 27-Mar-2012 | 175.00 | 2.2 | 385.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Call with J. Putnam, EY Senior Manager responsible for overall engagement on Cooking Channel entity, to discuss fee application as related to new Cooking Channel engagement (attended as preparer of monthly fee applications) | 27-Mar-2012 | 175.00 | 0.3 | 52.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Final compilation of June - February monthly fee applications | 06-Apr-2012 | 175.00 | 0.8 | 140.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 19-Apr-2012 | 175.00 | 0.7 | 122.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Call with EY Internal Counsel, External Counsel, and M. Jones, EY Senior Manager overseeing all Valuation workstreams, regarding valuation engagement (attended as preparer of monthly fee applications and supplemental connections check staff) | 26-Apr-2012 | 175.00 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 02-May-2012 | 175.00 | 3.3 | 577.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 03-May-2012 | 175.00 | 3.0 | 525.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 08-May-2012 | 175.00 | 1.1 | 192.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 10-May-2012 | 175.00 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 30-May-2012 | 175.00 | 0.4 | 70.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Analyzing Parties of Interest List and Firm's Client Databases for purposes of the Supplemental Connections Check | 31-May-2012 | 175.00 | 0.6 | 105.00 | Fee/Employment Applications |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Research for fresh start meeting with Tribune | 24-Apr-2012 | 475.00 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with B. Litman, Tribune Controller; N. Chakiris, Tribune Asst. Controller; M. Jones, EY Senior Manager overseeing all Valuation workstreams; J. Harig, EY Senior responsible for implementation of fresh start analysis; J. Knightley, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams ; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and J. Putnam (via phone), EY Senior Manager responsible for overall engagement on Cooking Channel entity and implementation of valuation of television intangible assets workstream; regarding fresh-start accounting valuation timing and analysis for potential exit (attended as EY Senior Manager responsible for implementation of personal propery workstream) | 24-Apr-2012 | 475.00 | 1.1 | 522.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of P4 download of fixed assets | 11-May-2012 | 475.00 | 3.3 | 1,567.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Prepare sample asset upload for property tax books | 14-May-2012 | 475.00 | 2.1 | 997.50 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review capex reports | 15-May-2012 | 475.00 | 3.4 | 1,615.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with M. Deloian, Tribune Director of Tax, regarding fixed asset property tax upload | 16-May-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Research for fresh start meeting with Tribune | 16-May-2012 | 475.00 | 2.7 | 1,282.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with B. Litman, Tribune Controller, and N. Chakiris, Tribune Assistant Controller, discussing fresh start valuation timing | 16-May-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review and analyze reorganization valuation | 21-May-2012 | 475.00 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with M. Jones, EY Senior Manager overseeing all Valuation workstreams; and N. Chakiris, Tribune Asst. Controller; regarding historical and forecast data (needed to attend as EY Senior Manager responsible for implementation of personal property workstream) | 21-May-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |

| | | |
|---|---|---|
| | 370.7 | 41,355.00 |

| | | |
|---|---|---|
| VAL: FCC License | 1.8 | 855.00 |
| VAL: Fresh Start | 48.6 | 18,920.00 |
| Cooking Channel Hypo PPA | 2.5 | 1,187.50 |
| Property Tax Compliance | - | - |
| Market Value Surveys | 297.9 | 16,700.00 |
| Fee/Employment Applications | 19.9 | 3,692.50 |
| Sales Process Review | - | - |
| Multi-State VDA | - | - |
| | 370.7 | 41,355.00 |