## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: November 7, 2012 at 1:00 p.m.** |

## EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 7, 2012 AT 1:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

1.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Twelfth Interim Fee Period (Filed October 12, 2012) (Docket No. 12558)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (55 10); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (1399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3161); Chicagoland Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (922 1); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart &. Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc;. (6550); JuliusAir Company, LLC (9479); JuliusAirCompany II, LLC; KIAH Inc. (4014); KPLR, Inc. (1943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (1335); North Michigan Production Company (5466); North Orange Avenue Properties, inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4221); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0120); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (1844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7218); Tribune NM, Inc. (9939); Tribune Publishing Company(9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc.; (4055); Tribune Television Northwest, Inc. (2915); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-8966437v1

**Fee Applications**:

A.    Cole, Schotz, Meisel, Forman & Leonard, P.A.

      1.     Twelfth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2011 through November 30, 2011 (Filed January 24, 2012) (Docket No. 10696)

      2.     Certification of No Objection Regarding Docket No. 10696 (Filed February 15, 2012) (Docket No. 10939)

      3.     Thirty-Third Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2011 through September 30, 2011 (Filed November 18, 2011) (Docket No. 10270)

      4.     Certification of No Objection Regarding Docket No. 10270 (Filed December 14, 2011) (Docket No. 10443)

      5.     Thirty-Fourth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2011 through October 31, 2011 (Filed November 18, 2011) (Docket No. 10271)

      6.     Certification of No Objection Regarding Docket No. 10271(Filed December 14, 2011) (Docket No. 10444)

      7.     Thirty-Fifth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2011 through November 30, 2011 (Filed January 24, 2012) (Docket No. 10687)

      8.     Certification of No Objection Regarding Docket No. 10687(Filed February 14, 2012) (Docket No. 10938)

      9.     Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed October 11, 2012) (Docket No. 12556)

B.     Sidley Austin LLP

    1.    Twelfth Quarterly Fee Application of Sidley Austin LLP for
          Compensation for Services Rendered and Reimbursement of Expenses as
          Counsel to the Debtors and Debtors in Possession for the Period from
          September 1, 2011 through November 30, 2011 (Filed July 12, 2012)
          (Docket No. 12008)

    2.    Certification of No Objection Regarding Docket No. 12008 (Filed
          August 3, 2012) (Docket No. 12176)

    3.    Thirty-Third Fee Application of Sidley Austin LLP for Compensation for
          Services Rendered and Reimbursement of Expenses as Counsel to the
          Debtors and Debtors in Possession for the Period of September 1, 2011
          through September 30, 2011 (Filed November 29, 2011) (Docket No.
          10314)

    4.    Certification of No Objection Regarding Docket No. 10314 (Filed
          December 21, 2011) (Docket No. 10499)

    5.    Thirty-Fourth Fee Application of Sidley Austin LLP for Compensation for
          Services Rendered and Reimbursement of Expenses as Counsel to the
          Debtors and Debtors in Possession for the Period of October 1, 2011
          through October 31, 2011 (Filed November 30, 2011) (Docket No. 10326)

    6.    Certification of No Objection Regarding Docket No. 10326 (Filed
          December 22, 2011) (Docket No. 10506)

    7.    Thirty-Fifth Fee Application of Sidley Austin LLP for Compensation for
          Services Rendered and Reimbursement of Expenses as Counsel to the
          Debtors and Debtors in Possession for the Period of November 1, 2011
          through November 30, 2011 (Filed January 17, 2012) (Docket No. 10632)

    8.    Certification of No Objection Regarding Docket No. 10632 (Filed
          February 9, 2012) (Docket No. 10884)

    9.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Fee
          Application of Sidley Austin LLP (Filed October 30, 2012) (Docket No.
          12642)

C.     Alvarez & Marsal North America, LLC

    1.    Twelfth Interim Fee Application of Alvarez & Marsal North America,
          LLC in their Capacity as Restructuring Advisors to the Debtors and
          Debtors-in-Possession, for Compensation and Reimbursement of
          Expenses Incurred for the Period September 1, 2011 through
          November 30, 2011 (Filed January 13, 2012) (Docket No. 10616)

46429/0001-8966437v1

2.      Certification of No Objection Regarding Docket No. 10616 (Filed March 22, 2012) (Docket No. 11223)

3.      Thirty-Third Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2011 through September 30, 2011 (Filed November 9, 2011) (Docket No. 10183)

4.      Certification of No Objection Regarding Docket No. 10183 (Filed December 1, 2011) (Docket No. 10339)

5.      Thirty-Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2011 through October 31, 2011 (Filed December 15, 2011) (Docket No. 10457)

6.      Certification of No Objection Regarding Docket No. 10457 (Filed January 9, 2012) (Docket No. 10565)

7.      Thirty-Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2011 through November 30, 2011 (Filed January 12, 2012) (Docket No. 10600)

8.      Certification of No Objection Regarding Docket No. 10600 (Filed March 22, 2012) (Docket No. 11221)

9.      Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed October 11, 2012) (Docket No. 12544)

D.    Campbell & Levine, LLC

1.      Fourth Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period September 1, 2011 through November 30, 2011 (Filed January 12, 2012) (Docket No. 10592)

2.      Certification of No Objection Regarding the Fourth Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period September 1, 2011 through November 30, 2011 (Filed February 3, 2012) (Docket No. 10851)

46429/0001-8966437v1

3.      Fourth Monthly Fee Application of Campbell & Levine, LLC for
        Compensation of Services Rendered and Reimbursement of Expenses as
        Special Litigation Counsel for the Period September 1, 2011 through
        November 30, 2011 (Filed January 12, 2012) (Docket No. 10591)

4.      No Order Required Certification of No Objection Regarding the Fourth
        Monthly Fee Application of Campbell & Levine, LLC for Compensation
        of Services Rendered and Reimbursement of Expenses as Special
        Litigation Counsel for the Period September 1, 2011 through
        November 30, 2011 (Filed February 3, 2012) (Docket No. 10852)

5.      Fee Examiner's Final Report Regarding the Fourth Interim Fee
        Application of Campbell & Levine, LLC (Filed September 28, 2012)
        (Docket No. 12481)

E.      Daniel J. Edelman, Inc.

1.      Ninth Quarterly Fee Application of Daniel J. Edelman, Inc. for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Corporate Communications and Investor Relations Consultants for the
        Debtors and Debtors-in-Possession for the Period September 1, 2011
        through November 30, 2011 (Filed January 12, 2012) (Docket No. 10603)

2.      Certification of No Objection Regarding Docket No. 10603 (Filed
        February 3, 2012) (Docket No. 10850)

3.      Twenty First Monthly Fee Application for Allowance of Compensation
        and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
        Communications and Investor Relations Consultants for the Debtors and
        Debtors-In-Possession, for Services Rendered and Expenses Incurred for
        the Period September 1, 2011 through September 30, 2011 (Filed
        October 26, 2011) (Docket No. 10073)

4.      Certification of No Objection Regarding Docket No. 10073 (Filed
        December 1, 2011) (Docket No. 10340)

5.      Twenty Second Monthly Fee Application for Allowance of Compensation
        and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate
        Communications and Investor Relations Consultants for the Debtors and
        Debtors-in-Possession, for Services Rendered and Expenses Incurred for
        the Period October 1, 2011 through October 31, 2011 (Filed December 1,
        2011) (Docket No. 10338)

6.      Certification of No Objection Regarding Docket No. 10338 (Filed
        December 23, 2011) (Docket No. 10508)

7.    Twenty Third Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period November 1, 2011 through November 30, 2011 (Filed January 1, 2011) (Docket No. 10586)

8.    Certification of No Objection Regarding Docket No. 10586 (Filed February 2, 2012) (Docket No. 10835)

9.    Fee Examiner's Final Report Regarding the Ninth Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed October 11, 2012) (Docket No. 12553)

F.    Davis Wright Tremaine LLP

1.    Fifth Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through November 30, 2011 (Filed June 5, 2012) (Docket No. 11780)

2.    Certification of No Objection Regarding Docket No. 11780 (Filed July 2, 2012) (Docket No. 11937)

3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through September 30, 2011 (Filed November 17, 2011) (Docket No. 10251)

4.    Certification of No Objection Regarding Docket No. 10251 (Filed December 9, 2011) (Docket No. 10405)

5.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (Filed February 28, 2012) (Docket No. 11040)

6.    Certification of No Objection Regarding Docket No. 11040 (Filed March 21, 2012) (Docket No. 11210)

7.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed March 26, 2012) (Docket No. 11233)

46429/0001-8966437v1

8.    Certification of No Objection Regarding Docket No. 11233 (Filed April 18, 2012) (Docket No. 11429)

9.    Fee Examiner's Final Report Regarding the Fifth Quarterly Fee Application of Davis Wright Tremaine LLP (Filed October 24, 2012) (Docket No. 12624)

G.    <u>Dow Lohnes PLLC</u>

1.    Tenth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2011 through November 30, 2011 (Filed January 11, 2012) (Docket No. 10588)

2.    Certification of No Objection Regarding Docket No. 10588 (Filed February 2, 2012) (Docket No. 10837)

3.    Twenty-Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2011 through September 30, 2011 (Filed October 31, 2011) (Docket No. 10128)

4.    Certification of No Objection Regarding Docket No. 10128 (Filed November 23, 2011) (Docket No. 10293)

5.    Twenty-Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2011 through October 31, 2011 (Filed December 13, 2011) (Docket No. 10430)

6.    Certification of No Objection Regarding Docket No. 10430 (Filed January 9, 2012) (Docket No. 10564)

7.    Thirtieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2011 through November 30, 2011 (Filed January 10, 2012) (Docket No. 10579)

8.    Certification of No Objection Regarding Docket No. 10579 (Filed February 1, 2012) (Docket No. 10808)

9.    Fee Examiner's Final Report Regarding the Tenth Interim Fee Application of Dow Lohnes PLLC (Filed October 11, 2012) (Docket No. 12552)

H.    <u>Jenner & Block LLP</u>

1.    Twelfth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10617)

2.    Certification of No Objection Regarding Docket No. 10617 (Filed February 6, 2012) (Docket No. 10860)

3.    Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through October 31, 2011 (Filed January 12, 2012) (Docket No. 10595)

4.    Certification of No Objection Regarding Docket No. 10595 (Filed February 3, 2012) (Docket No. 10846)

5.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Application of Jenner & Block LLP (Filed October 11, 2012) (Docket No. 12554)

I.    <u>Jones Day</u> (Special Counsel for Certain Litigation Matters – Antitrust)

1.    Ninth Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses in Connection with Antitrust Related Matters for the Period from September 1, 2011 through October 31, 2011 (Filed January 13, 2012) (Docket No. 10619)

2.    Certification of No Objection Regarding Docket No. 10619 (Filed February 6, 2012) (Docket No. 10862)

3.    Thirteenth Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from September 1, 2011 through October 31, 2011 (Filed December 20, 2011) (Docket No. 10473)

4.    Certification of No Objection Regarding Docket No. 10473 (Filed January 11, 2011) (Docket No. 10585)

5.    Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Jones Day (Filed October 22, 2012) (Docket No. 12610)

46429/0001-8966437v1

J.      Jones Day (Counsel for Special Committee of Board of Directors of Tribune
              Company)

    1.      Fifth Interim Fee Application of Jones Day for Allowance of
            Compensation and Reimbursement of Expenses for Services Performed on
            Behalf of the Special Committee of the Board of Directors of Tribune
            Company for the Period from September 1, 2011 through November 30,
            2011 (Filed January 13, 2012) (Docket No. 10618)

    2.      Certification of No Objection Regarding Docket No. 10618 (Filed
            February 6, 2012) (Docket No. 10861)

    3.      Thirteenth Monthly Application of Jones Day for Allowance of
            Compensation and for Reimbursement of Expenses for Services
            Performed on Behalf of the Special Committee of the Board of Directors
            of Tribune Company for the Period from September 1, 2011 through
            September 30, 2011 (Filed November 4, 2011) (Docket No. 10160)

    4.      Certification of No Objection Regarding Docket No. 10160 (Filed
            November 30, 2011) (Docket No. 10332)

    5.      Fourteenth Monthly Application of Jones Day for Allowance of
            Compensation and for Reimbursement of Expenses for Services
            Performed on Behalf of the Special Committee of the Board of Directors
            of Tribune Company for the Period from October 1, 2011 through
            October 31, 2011 (Filed December 6, 2011) (Docket No. 10377)

    6.      Certification of No Objection Regarding Docket No. 10377 (Filed
            December 29, 2011) (Docket No. 10534)

    7.      Fifteenth Monthly Application of Jones Day for Allowance of
            Compensation and for Reimbursement of Expenses for Services
            Performed on Behalf of the Special Committee of the Board of Directors
            of Tribune Company for the Period from November 1, 2011 through
            November 30, 2011 (Filed January 11, 2012) (Docket No. 10589)

    8.      Certification of No Objection Regarding Docket No. 10589 (Filed
            February 2, 2012) (Docket No. 10838)

    9.      Fee Examiner's Final Report Regarding the Fifth Interim Fee Application
            of Jones Day for Services Performed on Behalf of the Special Committee
            of the Board of Directors of Tribune Company (Filed October 24, 2012)
            (Docket No. 12623)

K.     Lazard Freres & Co. LLC

    1.     Thirteenth Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through November 30, 2011 (Filed January 12, 2012) (Docket No. 10602)

    2.     Certification of No Objection Regarding Docket No. 10602 (Filed February 3, 2012) (Docket No. 10849)

    3.     Thirty-Third Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through September 30, 2011 (Filed November 14, 2011) (Docket No. 10218)

    4.     Certification of No Objection Regarding Docket No. 10218 (Filed December 8, 2011) (Docket No. 10383)

    5.     Thirty-Fourth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (Filed December 16, 2011) (Docket No. 10465)

    6.     Certification of No Objection Regarding Docket No. 10465 (Filed January 9, 2012) (Docket No. 10566)

    7.     Thirty-Fifth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed January 12, 2012) (Docket No. 10601)

    8.     Certification of No Objection Regarding Docket No. 10601 (Filed February 3, 2012) (Docket No. 10848)

    9.     Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Lazard Freres & Co. LLC (Filed October 24, 2012) (Docket No. 12619)

46429/0001-8966437v1

L.    <u>Levine Sullivan Koch & Schulz, L.L.P.</u>

1.    Sixth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of September 1, 2011 through November 30, 2011 (Filed January 11, 2012) (Docket No. 10587)

2.    Certification of No Objection Regarding Docket No. 10587 (Filed February 2, 2012) (Docket No. 10836)

3.    Fourteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of September 1, 2011 through September 30, 2011 (Filed October 31, 2011) (Docket No. 10130)

4.    Certification of No Objection Regarding Docket No. 10130 (Filed November 28, 2011) (Docket No. 10306)

5.    Fifteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of October 1, 2011 through October 31, 2011 (Filed November 28, 2011) (Docket No. 10308)

6.    Certification of No Objection Regarding Docket No. 10308 (Filed December 21, 2011) (Docket No. 10498)

7.    Sixteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of November 1, 2011 through November 30, 2011 (Filed December 28, 2011) (Docket No. 10523)

8.    Certification of No Objection Regarding Docket No. 10523 (Filed January 19, 2012) (Docket No. 10650)

9.    Fee Examiner's Final Report Regarding the Sixth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed October 22, 2012) (Docket No. 12604)

46429/0001-8966437v1

M.    McDermott Will & Emery LLP

   1.    Twelfth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through November 30, 2011 (Filed February 2, 2012) (Docket No. 10828)

   2.    Certification of No Objection Regarding Docket No. 10828 (Filed February 27, 2012) (Docket No. 11018)

   3.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2011 through September 30, 2011 (Filed November 15, 2011) (Docket No. 10232)

   4.    Certification of No Objection Regarding Docket No. 10232 (Filed December 8, 2011) (Docket No. 10384)

   5.    Monthly Fee Application of McDermott Will & Emery LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (Filed November 22, 2011) (Docket No. 10283)

   6.    Certification of No Objection Regarding Docket No. 10283 (Filed December 14, 2011) (Docket No. 10442)

   7.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10623)

   8.    Certification of No Objection Regarding Docket No. 10623 (Filed February 6, 2012) (Docket No. 10866)

   9.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Fee Application of McDermott Will & Emery LLP (Filed October 11, 2012) (Docket No. 12555)

46429/0001-8966437v1

N.    Mercer (US) Inc.

    1.    Twelfth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of September 1, 2011 through November, 2011 (Filed January 17, 2012) (Docket No. 10631)

    2.    Thirty-Third Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from September 1, 2011 through September 30, 2011 (Filed January 17, 2012) (Docket No. 10628)

    3.    Thirty-Fourth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from October 1, 2011 through October 31, 2011 (Filed January 17, 2012) (Docket No. 10629)

    4.    Thirty-Fifth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from November 1, 2011 through November 30, 2011 (Filed January 17, 2012) (Docket No. 10630)

    5.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Application of Mercer (US) Inc. (Filed October 24, 2012) (Docket No. 12625)

O.    PricewaterhouseCoopers LLP

    1.    Twelfth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2011 through November 30, 2011 (Filed January 12, 2012) (Docket No. 10599)

    2.    Certification of No Objection Regarding Docket No. 10599 (Filed February 3, 2012) (Docket No. 10847)

    3.    Twenty-Ninth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2011 through September 30, 2011 (Filed November 1, 2011) Docket No. 10136)

    4.    Certification of No Objection Regarding Docket No. 10136 (Filed November 28, 2011) (Docket No. 10307)

5.    Thirtieth Monthly Application of PricewaterhouseCoopers LLP for
Compensation for Services Rendered and Reimbursement of Expenses as
Compensation and Tax Advisors and Independent Auditors to the Debtors
and Debtors in Possession for the Period October 1, 2011 through
November 30, 2011 (Filed December 23, 2011) (Docket No. 10509)

6.    Certification of No Objection Regarding Docket No. 10509 (Filed
January 18, 2012 (Docket No. 10643)

7.    Fee Examiner's Final Report Regarding the Twelfth Interim Fee
Application of PricewaterhouseCoopers LLP (Filed October 19, 2012)
(Docket No. 12595)

P.    <u>Reed Smith LLP</u>

1.    Twelfth Interim Fee Application of Reed Smith LLP, Special Counsel for
Certain Insurance and Employee-Related Matters to the Debtors and
Debtors in Possession, for Compensation and Reimbursement of Expenses
for the Period September 1, 2011 through November 30, 2011 (Filed
January 13, 2012) (Docket No. 10604)

2.    Certificate of No Objection to Twelfth Interim Fee Application of Reed
Smith LLP, Special Counsel for Certain Insurance and Employee-Related
Matters to the Debtors and Debtors in Possession, for Compensation and
Reimbursement of Expenses for the Period September 1, 2011 through
November 30, 2011 (Filed March 20, 2012) (Docket No. 11183)

3.    Thirty-Second Monthly Fee Application of Reed Smith LLP, Special
Counsel for Certain Insurance and Employee-Related Matters to the
Debtors and Debtors in Possession, for Compensation and Reimbursement
of Expenses for the Period September 1, 2011 through September 30,
2011 (Filed October 25, 2011) (Docket No. 10066)

4.    No Order Required Certificate of No Objection to Thirty-Second Monthly
Fee Application of Reed Smith LLP, Special Counsel for Certain
Insurance and Employee-Related Matters to the Debtors and Debtors in
Possession, for Compensation and Reimbursement of Expenses for the
Period September 1, 2011 through September 30, 2011 (Filed
November 22, 2011) (Docket No. 10282)

5.    Thirty-Third Monthly Fee Application of Reed Smith LLP, Special
Counsel for Certain Insurance and Employee-Related Matters to the
Debtors and Debtors in Possession, for Compensation and Reimbursement
of Expenses for the Period October 1, 2011 through October 31, 2011
(Filed November 25, 2011) (Docket No. 10299)

46429/0001-8966437v1

6.    No Order Required Certificate of No Objection to Thirty-Third Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (Filed December 21, 2011) (Docket No. 10493)

7.    Thirty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed December 28, 2011) (Docket No. 10522)

8.    No Order Required Certificate of No Objection to Thirty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed February 2, 2012) (Docket No. 10830)

9.    Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Reed Smith LLP (Filed October 24, 2012) (Docket No. 12617)

Q.    Seyfarth Shaw LLP

1.    Ninth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10620)

2.    Certification of No Objection Regarding Docket No. 10620 (Filed February 6, 2012) (Docket No. 10863)

3.    Twenty-Fourth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2011 through September 30, 2011 (Filed November 17, 2011) (Docket No. 10252)

4.    Certification of No Objection Regarding Docket No. 10252 (Filed December 9, 2011) (Docket No. 10406)

46429/0001-8966437v1

5.      Twenty-Fifth Monthly Fee Application of Seyfarth Shaw LLP for
        Allowance and Payment of Compensation for Services Rendered and
        Reimbursement of Expenses as Employment Litigation Counsel to the
        Debtors and Debtors in Possession for the Period of October 1, 2011
        through October 31, 2011 (Filed January 10, 2012) (Docket No. 10577)

6.      Certification of No Objection Regarding Docket No. 10577 (Filed
        February 1, 2012) (Docket No. 10805)

7.      Twenty-Sixth Monthly Application of Seyfarth Shaw LLP for Allowance
        and Payment of Compensation for Services Rendered and Reimbursement
        of Expenses as Employment Litigation Counsel to the Debtors and
        Debtors in Possession for the Period of November 1, 2011 through
        November 30, 2011 (Filed January 10, 2012) (Docket No. 10578)

8.      Certification of No Objection Regarding Docket No. 10578 (Filed
        February 1, 2012) (Docket No. 10807)

9.      Fee Examiner's Final Report Regarding the Ninth Quarterly Fee
        Application of Seyfarth Shaw LLP (Filed October 31, 2012) (Docket No.
        12644)

R.      Sitrick and Company

1.      Fifth Interim Fee Application of Sitrick and Company for Compensation
        for Services Rendered and Reimbursement of Expenses as Corporate
        Communications Consultants to Debtors and Debtors-in-Possession for
        the Period from September 1, 2011 through November 30, 2011 (Filed
        January 13, 2012) (Docket No. 10622)

2.      Certification of No Objection Regarding Docket No. 10622 (Filed
        February 6, 2012) (Docket No. 10865)

3.      Seventh Monthly Application of Sitrick and Company for Reimbursement
        of Expenses as Corporate Communications Consultants to Debtors and
        Debtors-in-Possession for the Period from September 1, 2011 through
        September 30, 2011 (Filed November 23, 2011) (Docket No. 10292)

4.      Certification of No Objection Regarding Docket No. 10292 (Filed
        December 15, 2011) (Docket No. 10456)

5.      Eighth Monthly Application of Sitrick and Company for Reimbursement
        of Expenses as Corporate Communications Consultants to Debtors and
        Debtors-in-Possession for the Period from October 1, 2011 through
        October 31, 2011 (Filed January 13, 2012) (Docket No. 10612)

6.      Certification of No Objection Regarding Docket No. 10612 (Filed
        February 6, 2012) (Docket No. 10857)

7.     Ninth Monthly Application of Sitrick and Company for Reimbursement of Expenses as Corporate Communications Consultants to Debtors and Debtors-in-Possession for the Period from November 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10613)

8.     Certification of No Objection Regarding Docket No. 10613 (Filed February 6, 2012) (Docket No. 10858)

9.     Fee Examiner's Final Report Regarding the Fifth Interim Fee Application of Sitrick and Company (Filed September 12, 2012) (Docket No. 12409)

S.     SNR Denton US LLP

1.     First Quarterly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10621)

2.     Certification of No Objection Regarding Docket No. 10621 (Filed February 6, 2012) (Docket No. 10864)

3.     First Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10614)

4.     Certification of No Objection Regarding Docket No. 10614 (Filed February 6, 2012) (Docket No. 10859)

5.     Fee Examiner's Final Report Regarding the First Quarterly Fee Application of SNR Denton US LLP (Filed October 25, 2012) (Docket No. 12631)

T.     Stuart Maue

1.     Eleventh Interim Quarterly Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2011 through November 30, 2011 (Filed January 10, 2012) (Docket No. 10570)

2.     Certification of No Objection Regarding the Eleventh Interim Quarterly Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2011 through November 30, 2011 (Filed February 1, 2012) (Docket No. 10797)

46429/0001-8966437v1

3.      Thirtieth Monthly Application of Stuart Maue as Fee Examiner for
        Allowance of Compensation and Reimbursement of Expenses for the
        Period September 1, 2011 through September 30, 2011 (Filed October 28,
        2011) (Docket No. 10085)

4.      Certificate of No Objection Regarding the Thirtieth Monthly Application
        of Stuart Maue (Related to Docket No. 10085) (Filed November 17, 2011)
        (Docket No. 10253)

5.      Thirty-First Monthly Application of Stuart Maue as Fee Examiner for
        Allowance of Compensation and Reimbursement of Expenses for the
        Period October 1, 2011 through October 31, 2011 (Filed November 28,
        2011) (Docket No. 10305)

6.      Certificate of No Objection Regarding the Thirty-First Monthly
        Application of Stuart Maue (Related to Docket No. 10305) (Filed
        December 20, 2011) (Docket No. 10474)

7.      Thirty-Second Monthly Application of Stuart Maue as Fee Examiner for
        Allowance of Compensation and Reimbursement of Expenses for the
        Period November 1, 2011 through November 30, 2011 (Filed
        December 27, 2011) (Docket No. 10515)

8.      Certificate of No Objection Regarding the Thirty-Second Monthly
        Application of Stuart Maue (Related to Docket No. 10515) (Filed
        January 20, 2012) (Docket No. 10664)

U.    Chadbourne & Parke LLP

1.      Twelfth Interim Application of Chadbourne & Parke LLP, as Co-Counsel
        to the Official Committee of Unsecured Creditors of Tribune Company, et
        al. for Allowance of Compensation and Reimbursement of Expenses for
        the Period September 1, 2011 through November 30, 2011 (Filed
        January 13, 2012) (Docket No. 10605)

2.      Thirty-Third Application of Chadbourne & Parke LLP, as Co-Counsel to
        the Official Committee of Unsecured Creditors of Tribune Company, et al.
        for Allowance of Compensation and Reimbursement of Expenses for the
        Period September 1, 2011 through September 30, 2011 (Filed October 25,
        2011) (Docket No. 10064)

3.      Certificate of No Objection to Application Re: Docket No. 10064 (Filed
        November 16, 2011) (Docket No. 10239)

4.      Thirty-Fourth Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2011 through October 31, 2011 (Filed November 23, 2011) (Docket No. 10291)

5.      Certificate of No Objection to Application Re: Docket No. 10291 (Filed December 15, 2011) (Docket No. 10454)

6.      Thirty-Fifth Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (Filed December 27, 2011) (Docket No. 10511)

7.      Certificate of No Objection to Application Re: Docket No. 10511 (Filed January 19, 2012) (Docket No. 10646)

8.      Fee Examiner's Final Report Regarding the Twelfth Interim Application of Chadbourne & Parke LLP (Filed October 24, 2012) (Docket No. 12629)

V.      Landis Rath & Cobb LLP

1.      Twelfth Interim Fee Application of Landis Rath & Cobb LLP (Filed January 13, 2012) (Docket No. 10606)

2.      Thirty-Third Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 25, 2011) (Docket No. 10065)

3.      Certificate of No Objection to Application Re: Docket No. 10065 (Filed November 16, 2011) (Docket No. 10240)

4.      Thirty-Fourth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 23, 2011) (Docket No. 10296)

5.      Certificate of No Objection to Application Re: Docket No. 10296 (Filed December 15, 2011) (Docket No. 10455)

6.      Thirty-Fifth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed December 29, 2011) (Docket No. 10533)

7.      Certificate of No Objection to Application Re: Docket No. 10533 (Filed January 20, 2012) (Docket No. 10666)

8.      Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Landis Rath & Cobb LLP (Filed October 30, 2012) (Docket No. 12643)

W.    AlixPartners, LLP

1.      Twelfth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period September 1, 2011 through November 30, 2011 (Filed January 13, 2012) (Docket No. 10607)

2.      Thirty-Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 31, 2011) (Docket No. 10129)

3.      Certificate of No Objection to Application Re: Docket No. 10129 (Filed November 23, 2011) (Docket No. 10294)

4.      Thirty-Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 29, 2011) (Docket No. 10312)

5.      Certificate of No Objection to Application Re: Docket No. 10312 (Filed December 21, 2011) (Docket No. 10495)

6.      Thirty-Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed December 27, 2011) (Docket No. 10513)

7.      Certificate of No Objection to Application Re: Docket No. 10513 (Filed January 19, 2012) (Docket No. 10648)

8.      Fee Examiner's Final Report Regarding the Twelfth Interim Application of AlixPartners, LLP (Filed October 24, 2012) (Docket No. 12618)

X.    <u>Moelis & Company LLC</u>

1.    Twelfth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2011 through November 30, 2011 (Filed January 20, 2012) (Docket No. 10667)

2.    Thirty-Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2011 through September 30, 2011 (Filed October 26, 2011) (Docket No. 10070)

3.    Certificate of No Objection to Application Re: Docket No. 10070 (Filed November 17, 2011) (Docket No. 10244)

4.    Thirty-Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period October 1, 2011 through October 31, 2011 (Filed November 28, 2011) (Docket No. 10302)

5.    Certificate of No Objection to Application Re: Docket No. 10302 (Filed December 21, 2011) (Docket No. 10494)

6.    Thirty-Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period November 1, 2011 through November 30, 2011 (Filed December 27, 2011) (Docket No. 10512)

7.    Certificate of No Objection to Application Re: Docket No. 10512 (Filed January 19, 2012) (Docket No. 10647)

8.    Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Moelis & Company LLC (Filed October 24, 2012) (Docket No. 12620)

46429/0001-8966437v1

Y.    Seitz, Van Ogtrop & Green, P.A.

    1.    Quarterly Fee Application for the Twelfth Quarterly Period of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 12, 2012) (Docket No. 10598)

    2.    Certificate of No Objection to Application Re: Docket No. 10598 (Filed March 29, 2012) (Docket No. 11265)

    3.    First Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 3, 2011) (Docket No. 9596)

    4.    Certificate of No Objection to Application Re: Docket No. 9596 (Filed September 15, 2011) (Docket No. 9779)

    5.    Second Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 15, 2011) (Docket No. 9778)

    6.    Certificate of No Objection to Application Re: Docket No. 9778 (Filed November 8, 2011) (Docket No. 10179)

    7.    Third Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 20, 2011) (Docket No. 9790)

    8.    Certificate of No Objection to Application Re: Docket No. 9790 (Filed November 8, 2011) (Docket No. 10180)

    9.    Fourth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 20, 2011) (Docket No. 9795)

    10.    Certificate of No Objection to Application Re: Docket No. 9795 (Filed November 8, 2011) (Docket No. 10181)

    11.    Fee Examiner's Final Report Regarding the First Quarterly Fee Application of Seitz, Van Ogtrop & Green, P.A. (Filed October 11, 2012) (Docket No. 12543)

46429/0001-8966437v1

Z.    Zuckerman Spaeder LLP

    1.    Ninth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval of and Allowance of Compensation and Reimbursement of Expenses (Filed January 13, 2012) (Docket No. 10615)

    2.    Twenty-Sixth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed November 14, 2011) (Docket No. 10215)

    3.    Certificate of No Objection to Application Re: Docket No. 10215 (Filed December 7, 2011) (Docket No. 10381)

    4.    Twenty-Seventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed December 7, 2011) (Docket No. 10382)

    5.    Certificate of No Objection to Application Re: Docket No. 10382 (Filed December 29, 2011) (Docket No. 10535)

    6.    Twenty-Eighth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed January 9, 2012) (Docket No. 10562)

    7.    Certificate of No Objection to Application Re: Docket No. 10562 (Filed February 3, 2012) (Docket No. 10831)

    8.    Fee Examiner's Final Report Regarding the Ninth Interim Fee Application of Zuckerman Spaeder LLP (Filed October 25, 2012) (Docket No. 12636)

AA.    Committee Members

    1.    Nineteenth Monthly Application of the Official Committee of Unsecured Creditors, for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. §§ 503(b)(3)(F) (Filed December 27, 2011) (Docket No. 10514)

    2.    Certificate of No Objection to Application Re: Docket No. 10514 (Filed January 19, 2012) (Docket No. 10649)

    3.    Fee Examiner's Final Report Regarding the Nineteenth Monthly Application of the Official Committee of Unsecured Creditors (Filed May 8, 2012) (Docket No. 11577)

46429/0001-8966437v1