# EXHIBIT B

## Modified Priority Claims

46429/0001-8904992V3

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 60: EXHIBIT B – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INDY RADIO LLC 201 DEER TRACE CT PITTSBORO, IN 46167-9194 | 946 | 04/13/2009 | Tribune Television Company | 503(b)(9) | $680.00 | Unsecured | $680.00 | Claim included services or other non-goods. |
| 2 | MESA CONSOLIDATED WATER DISTRICT PAYMENT PROCESSING CENTER P O BOX 515474 LOS ANGELES, CA 90051-6774 | 2957 | 05/18/2009 | Los Angeles Times Communications LLC | 503(b)(9) | $14,241.50 | 503(b)(9) Unsecured Subtotal | $6,216.50 $8,025.00 $14,241.50 | Goods were received by the Debtor more than 20 days before the Petition Date. |
| 3 | THOMAS, LENORA 2040 BROWNING BLVD. LOS ANGELES, CA 90062 | 1525 | 04/23/2009 | KTLA Inc. | Priority | $4,449.18 | Unsecured | $4,449.18 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claim is not on account of wages earned within 180 days of Petition Date. |
| | | | | | TOTAL | $19,370.68 | TOTAL | $19,370.68 | |