# EXHIBIT C

**Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 60: EXHIBIT C – MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SINGH, SATNAM<br>P.O. BOX 305<br>LA PUENTE, CA 91747 | 1676 | Tribune Company | Priority | $1,222.32 | Los Angeles Times Communications LLC | Unsecured | $1,222.32 | Claim asserted priority under 11 U.S.C. § 507 (a)(4). Claim is not on account of wages earned within 180 days of Petition Date. |
| | | | | TOTAL | $1,222.32 | | | $1,222.32 | |

Page 1 of 1