# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period September 1, 2011 - November 30, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 10696 | $246,647.50 | $4,197.67 | $250,845.17 |
| Sidley Austin LLP (Counsel to Debtors) | 12008 | $4,469,297.37 | $288,796.51 | $4,758,093.88 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 10616 | $957,327.50 | $1,661.56 | $958,989.06 |
| Campbell & Levine, LLC (Special Litigation Counsel) | 10592 | $875.00 | $68.60 | $943.60 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 10603 | $14,817.50 | $0.00 | $14,817.50 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 11780 | $254,980.46 | $6,899.95 | $261,880.41 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 10588 | $383,992.50 | $973.81 | $384,966.31 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 10617 | $1,889.00 | $0.00 | $1,889.00 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust)* | 10619 | $8,532.50 | $17.32 | $8,549.82 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 10618 | $164,697.50 | $1,579.83 | $166,277.33 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 10602 | $600,000.00 | $5,386.15 | $605,386.15 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters) | 10587 | $59,467.25 | $943.80 | $60,411.05 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 10828 | $1,172,702.75 | $33,803.26 | $1,206,506.01 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) | 10631 | $5,892.80 | $8,073.35 | $13,966.15 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 10599 | $740,011.00 | $22,855.26 | $762,866.26 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 10604 | $92,201.00 | $3,545.74 | $95,746.74 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 10620 | $305,261.55 | $14,305.54 | $319,567.09 |
| Sitrick and Company Inc. (Corporate Communications Consultants) | 10622 | $0.00 | $1,577.50 | $1,577.50 |
| SNR Denton US LLP (Ordinary Course Counsel to the Debtors) *** | 10621 | $45,273.50 | $548.90 | $45,822.40 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 10570 | $287,882.50 | $1,508.99 | $289,391.49 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 10605 | $1,528,725.25 | $151,441.56 | $1,680,166.81 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 10606 | $733,621.75 | $91,118.69 | $824,740.44 |
| AlixPartners, LLP (Financial Advisor to Committee) | 10607 | $399,241.50 | $1.65 | $399,243.15 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 10667 | $600,000.00 | $2,228.70 | $602,228.70 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Committee) ** | 10598 | $32,301.03 | $892.02 | $33,193.05 |

\* The Interim Period is September 1 - October 31, 2011.
\*\* The Interim Period is April 21 - November 30, 2011.
\*\*\* The Interim Period is November 2011.

#8950555v1

TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period September 1, 2011 - November 30, 2011

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Creditors' Committee's Professionals** | | | | |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 10615 | $277,128.25 | $8,247.72 | $285,375.97 |
| Committee Members (William Salganik, Esquire for Washington-Baltimore Newspaper Guild; Robert E. Paul, Esquire for Washington-Baltimore Newspaper Guild Counsel) *** | 10514 | $0.00 | $1,445.70 | $1,445.70 |

\* The Interim Period is September 1 - October 31, 2011.
\*\* The Interim Period is April 21 - November 30, 2011.
\*\*\* The Interim Period is November 2011.

2
#8950555v1