State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6361XXX |
| Entity | : | CHICAGO TRIBUNE PRESS SERVICE, INC. |
| Bankruptcy Number | : | 08-13154 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2005; 2006; 2008 |
| Claim Number | : | 6723 |

   **X**    We are withdrawing this claim.

   ____    We are reducing the secured portion of the claim to unsecured general.

   ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| Totals | $            - | $            - | $            - | $            - |

Please revise your records accordingly.

*Bernice Jones*

Bernice Jones
Special Programs Bureau
(916) 845-4077

FILED / RECEIVED

NOV 0 7 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

Section or Division    tel 916.845.7561    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXXXXXXX0079XXX |
| Entity | : | EAGLE  NEW MEDIA INVESTMENTS, LLC. |
| Bankruptcy Number | : | 08-13162 |
| Claim Filed | : | 03/28/2011 |
| Year(s) | : | 2007; 2008 |
| Claim Number | : | 6733 |

   X     We are withdrawing this claim.

        We are reducing the secured portion of the claim to unsecured general.

        We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

*Bernice Jones (signature)*

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXXXXXXX0075XXX |
| Entity | : | EAGLE PUBLISHING INVESTMENTS, LLC |
| Bankruptcy Number | : | 08-13163 |
| Claim Filed | : | 03/28/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6734 |

_X_   We are withdrawing this claim.

____   We are reducing the secured portion of the claim to unsecured general.

____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $        - |
| | | | | $        - |
| | | | | $        - |
| | | | | $        - |
| Totals | $        - | $        - | $        - | $        - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXXXXXXX0075XXX |
| Entity | : | EAGLE PUBLISHING INVESTMENTS, LLC |
| Bankruptcy Number | : | 08-13163 |
| Claim Filed | : | 04/01/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6739 |

   X     We are withdrawing this claim.

_____     We are reducing the secured portion of the claim to unsecured general.

_____     We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| Totals | $         - | $         - | $         - | $         - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California

**Franchise Tax Board**

Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX1945XXX |
| Entity | : | FORTIFY HOLDINGS CORPORATION |
| Bankruptcy Number | : | 08-13167 |
| Claim Filed | : | 06/05/2009 |
| Year(s) | : | 2008 |
| Claim Number | : | 3560 |

    __X__    We are withdrawing this claim.

    ____    We are reducing the secured portion of the claim to unsecured general.

    ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX4889XXX |
| Entity | : | HOY PUBLICATIONS, LLC |
| Bankruptcy Number | : | 08-13175 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6718 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| Totals | $ - | $ - | $ - | $ - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.7561     chair **John Chiang**
fax 916.845.9799     member **Judy Chu, Ph.D.**
ftb.ca.gov     member **Michael C. Genest**

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX2088XXX |
| Entity | : | KSWB INC. |
| Bankruptcy Number | : | 08-13182 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6722 |

  __X__   We are withdrawing this claim.

  ____   We are reducing the secured portion of the claim to unsecured general.

  ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $             - |
| | | | | $             - |
| | | | | $             - |
| | | | | $             - |
| Totals | $             - | $             - | $             - | $             - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| Subject | : | BANKRUPTCY CLAIM |
|---------|---|------------------|
| Account Number | : | XXX8059XXX |
| Entity | : | KTLA INC. |
| Bankruptcy Number | : | 08-13183 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6721 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|----------|---------|----------|-------------------|-------|
|  |  |  |  | $            - |
|  |  |  |  | $            - |
|  |  |  |  | $            - |
|  |  |  |  | $            - |
| Totals | $            - | $            - | $            - | $            - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division          tel 916.845.4750          chair **John Chiang**
fax 916.845.9799          member **Judy Chu, Ph.D.**
ftb.ca.gov          member **Michael C. Genest**

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXXXXXXX0073XXX |
| Entity | : | LOS ANGELES TIMES COMMUNICATIONS LLC |
| Bankruptcy Number | : | 08-13185 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6720 |

__X__    We are withdrawing this claim.

____    We are reducing the secured portion of the claim to unsecured general.

____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division        tel 916.845.4750        chair John Chiang
fax 916.845.9799        member Judy Chu, Ph.D.
ftb.ca.gov        member Michael C. Genest

State of California

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX5101XXX |
| Entity | : | LOS ANGELES TIMES INTERNATIONAL, LTD. |
| Bankruptcy Number | : | 08-13186 |
| Claim Filed | : | 04/01/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6736 |

__X__    We are withdrawing this claim.

____    We are reducing the secured portion of the claim to unsecured general.

____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX9616XXX |
| Entity | : | NORTH MICHIGAN PRODUCTION COMPANY |
| Bankruptcy Number | : | 08-13195 |
| Claim Filed | : | 06/05/2009 |
| Year(s) | : | 2008 |
| Claim Number | : | 3566 |

   X    We are withdrawing this claim.

   ___    We are reducing the secured portion of the claim to unsecured general.

   ___    We are changing the claim to :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division      tel 916.845.4750      chair John Chiang
fax 916.845.9799      member Judy Chu, Ph.D.
ftb.ca.gov      member Michael C. Genest

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX1230XXX |
| Entity | : | SHEPARD'S INC. |
| Bankruptcy Number | : | 08-13203 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2002; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6719 |

__X__  We are withdrawing this claim.

____  We are reducing the secured portion of the claim to unsecured general.

____  We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| Totals | $         - | $         - | $         - | $         - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division      tel 916.845.4750      chair John Chiang
                         fax 916.845.9799      member Judy Chu, Ph.D.
                         ftb.ca.gov            member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6763XXX |
| Entity | : | TMLH 2, INC. |
| Bankruptcy Number | : | 08-13217 |
| Claim Filed | : | 04/01/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6737 |

   __X__    We are withdrawing this claim.

   ____    We are reducing the secured portion of the claim to unsecured general.

   ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| Totals | $ - | $ - | $ - | $ - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair **John Chiang**
fax 916.845.9799    member **Judy Chu, Ph.D.**
ftb.ca.gov    member **Michael C. Genest**

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6762XXX |
| Entity | : | TMLS I, INC. |
| Bankruptcy Number | : | 08-13218 |
| Claim Filed | : | 04/01/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6738 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| | | | | $         - |
| Totals | $         - | $         - | $         - | $         - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division        tel 916.845.4750        chair John Chiang
                           fax 916.845.9799        member Judy Chu, Ph.D.
                           ftb.ca.gov              member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


10.24.12


Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017


| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX7520XXX |
| Entity | : | TRIBUNE CALIFORNIA PROPERTIES, INC. |
| Bankruptcy Number | : | 08-13226 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6717 |

    __X__    We are withdrawing this claim.

    ____    We are reducing the secured portion of the claim to unsecured general.

    ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |


Please revise your records accordingly.


Bernice Jones
Special Programs Bureau
(916) 845-4077

tel 916.845.4750
fax 916.845.9799
ftb.ca.gov

chair **John Chiang**
member **Judy Chu, Ph.D.**
member **Michael C. Genest**

State of California

**Franchise Tax Board**

Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX2195XXX |
| Entity | : | TRIBUNE ENTERTAINMENT COMPANY |
| Bankruptcy Number | : | 08-13228 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6715 |

__X__    We are withdrawing this claim.

____    We are reducing the secured portion of the claim to unsecured general.

____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| Totals | $            - | $            - | $            - | $            - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division      tel 916.845.4750       chair John Chiang
fax 916.845.9799      member Judy Chu, Ph.D.
ftb.ca.gov       member Michael C. Genest

State of California
# Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX9608XXX |
| Entity | : | TRIBUNE ENTERTAINMENT PRODUCTION COMPANY |
| Bankruptcy Number | : | 08-13229 |
| Claim Filed | : | 04/01/2011 |
| Year(s) | : | 2008 |
| Claim Number | : | 6735 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $               - |
| | | | | $               - |
| | | | | $               - |
| | | | | $               - |
| Totals | $               - | $               - | $               - | $               - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
# Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6876XXX |
| Entity | : | TRIBUNE LICENSE, INC. |
| Bankruptcy Number | : | 08-13232 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 1998; 2000; 2007; 2008 |
| Claim Number | : | 6714 |

   X    We are withdrawing this claim.

        We are reducing the secured portion of the claim to unsecured general.

        We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $  - |
| | | | | $  - |
| | | | | $  - |
| | | | | $  - |
| Totals | $  - | $  - | $  - | $  - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division     tel 916.845.4750     chair John Chiang
    fax 916.845.9799     member Judy Chu, Ph.D.
    ftb.ca.gov     member Michael C. Genest

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6889XXX |
| Entity | : | TRIBUNE LOS ANGELES, INC. |
| Bankruptcy Number | : | 08-13233 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2002; 2003; 2008 |
| Claim Number | : | 6713 |

   X    We are withdrawing this claim.

  ___    We are reducing the secured portion of the claim to unsecured general.

  ___    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $                - |
| | | | | $                - |
| | | | | $                - |
| | | | | $                - |
| Totals | $                - | $                - | $                - | $                - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX8279XXX |
| Entity | : | TRIBUNE MEDIA NET, INC. |
| Bankruptcy Number | : | 08-13235 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6712 |

   X     We are withdrawing this claim.

_____     We are reducing the secured portion of the claim to unsecured general.

_____     We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

*Bernice Jones*

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
## Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX2206XXX |
| Entity | : | TRIBUNE MEDIA SERVICES, INC. |
| Bankruptcy Number | : | 08-13236 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6711 |

   <u> X </u>   We are withdrawing this claim.

   <u>    </u>   We are reducing the secured portion of the claim to unsecured general.

   <u>    </u>   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division          tel 916.845.4750          chair John Chiang
fax 916.845.9799          member Judy Chu, Ph.D.
ftb.ca.gov          member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX7136XXX |
| Entity | : | TRIBUNE TELEVISION NORTHWEST, INC. |
| Bankruptcy Number | : | 08-13245 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2005; 2006; 2007; 2008 |
| Claim Number | : | 6710 |

___X___   We are withdrawing this claim.

_____   We are reducing the secured portion of the claim to unsecured general.

_____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division          tel 916.845.4750          chair John Chiang
                                               fax 916.845.9799          member Judy Chu, Ph.D.
                                               ftb.ca.gov               member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX8052XXX |
| Entity | : | TRIBUNE COMPANY |
| Bankruptcy Number | : | 08-13141 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 1998; 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6716 |

   __X__    We are withdrawing this claim.

   ____    We are reducing the secured portion of the claim to unsecured general.

   ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| | | | | $            - |
| Totals | $            - | $            - | $            - | $            - |

Please revise your records accordingly.

*Bernice Jones (signature)*
Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.7561    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


10.24.12


Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017


| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX1117XXX |
| Entity | : | CHICAGO NATIONAL LEAGUE BALL CLUB, INC. |
| Bankruptcy Number | : | 09-13496 |
| Claim Filed | : | 07/26/2010 |
| Year(s) | : | 2004; 2005; 2006 |
| Claim Number | : | 6623 |


    __X__    We are withdrawing this claim.


    ____    We are reducing the secured portion of the claim to unsecured general.


    ____    We are changing the claim to  :


| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |


Please revise your records accordingly.


Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX9613XXX |
| Entity | : | 435 PRODUCTION COMPANY |
| Bankruptcy Number | : | 08-13142 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2008 |
| Claim Number | : | 6727 |

    __X__    We are withdrawing this claim.

    ____    We are reducing the secured portion of the claim to unsecured general.

    ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division          tel 916.845.7561          chair John Chiang
fax 916.845.9799          member Judy Chu, Ph.D.
ftb.ca.gov          member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX9615XXX |
| Entity | : | 5800 SUNSET PRODUCTIONS INC. |
| Bankruptcy Number | : | 08-13143 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6726 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

*Bernice Jones*
Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division   tel 916.845.7561   chair John Chiang
fax 916.845.9799   member Judy Chu, Ph.D.
ftb.ca.gov   member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX5024XXX |
| Entity | : | CALIFORNIA COMMUNITY NEWS CORPORATION |
| Bankruptcy Number | : | 08-13145 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6725 |

    __X__    We are withdrawing this claim.

    ____    We are reducing the secured portion of the claim to unsecured general.

    ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total | |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| Totals | $ - | $ - | $ - | $ | - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division

tel 916.845.7561
fax 916.845.9799
ftb.ca.gov

chair John Chiang
member Judy Chu, Ph.D.
member Michael C. Genest

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX1943XXX |
| Entity | : | CANDLE HOLDINGS CORPORATION |
| Bankruptcy Number | : | 08-13146 |
| Claim Filed | : | 06/05/2009 |
| Year(s) | : | 2008 |
| Claim Number | : | 3554 |

   __X__   We are withdrawing this claim.

   ____   We are reducing the secured portion of the claim to unsecured general.

   ____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

*Bernice Jones*
Bernice Jones
Special Programs Bureau
(916) 845-4077

tel 916.845.4750
fax 916.845.9799
ftb.ca.gov

chair **John Chiang**
member **Judy Chu, Ph.D.**
member **Michael C. Genest**

State of California
**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX6310XXX |
| Entity | : | CHANNEL 40, INC. |
| Bankruptcy Number | : | 08-13149 |
| Claim Filed | : | 03/04/2011 |
| Year(s) | : | 2000; 2001; 2002; 2003; 2004; 2005; 2006; 2007; 2008 |
| Claim Number | : | 6724 |

   __X__    We are withdrawing this claim.

   ____    We are reducing the secured portion of the claim to unsecured general.

   ____    We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

*Bernice Jones*
Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division     tel 916.845.7561     chair **John Chiang**
fax 916.845.9799     member **Judy Chu, Ph.D.**
ftb.ca.gov     member **Michael C. Genest**

State of California
# Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

10.24.12

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York NY 10017

| | | |
|---|---|---|
| Subject | : | BANKRUPTCY CLAIM |
| Account Number | : | XXX9605XXX |
| Entity | : | CHICAGO RIVER PRODUCTION COMPANY |
| Bankruptcy Number | : | 08-13151 |
| Claim Filed | : | 06/05/2009 |
| Year(s) | : | 2008 |
| Claim Number | : | 3552 |

__X__   We are withdrawing this claim.

_____   We are reducing the secured portion of the claim to unsecured general.

_____   We are changing the claim to  :

| Tax Year | Secured | Priority | Unsecured General | Total |
|---|---|---|---|---|
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| | | | | $          - |
| Totals | $          - | $          - | $          - | $          - |

Please revise your records accordingly.

Bernice Jones
Special Programs Bureau
(916) 845-4077

Section or Division    tel 916.845.4750    chair John Chiang
fax 916.845.9799    member Judy Chu, Ph.D.
ftb.ca.gov    member Michael C. Genest