# **EXHIBIT A**


**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

October 1, 2012                                                                                                  Invoice 3796   SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/04/12 | RP | Provide additional information for response to Fee Examiner's preliminary report. | 0.30 455.00/hr | 136.50 |
| 09/04/12 | SDJ | Continue to revise response to Fee Examiner's preliminary report regarding fifth interim period (2.5); revise twenty-fourth monthly fee application (1.0); correspond with local counsel regarding same (.2). | 3.70 335.00/hr | 1,239.50 |
| 09/05/12 | SDJ | Continue to revise response to preliminary report regarding fifth interim fee period. | 1.20 335.00/hr | 402.00 |
| 09/06/12 | SDB | Review and revise response to Fee Examiner regarding preliminary report for fifth interim fee application (1.0); review and analyze Fee Examiner's preliminary report in connection with same (.5). | 1.50 455.00/hr | 682.50 |
| 09/07/12 | SDJ | Finalize response to Fee Examiner regarding fifth interim period. | 0.80 335.00/hr | 268.00 |
| 09/10/12 | SDJ | Correspond with local counsel regarding service and filing of twenty-fourth monthly fee application. | 0.20 335.00/hr | 67.00 |
| 09/19/12 | SDJ | Respond to inquiry from restructuring advisors regarding estimates of fees and expenses. | 1.10 335.00/hr | 368.50 |
| 09/19/12 | SDB | Exchange email with Fee Examiner regarding fifth interim period report (.2); address email from restructuring advisors regarding fee estimates (.2). | 0.40 455.00/hr | 182.00 |

## Levine Sullivan Koch & Schulz, LLP

I.D. 00499-080 - SDB  
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

October 1, 2012  
Invoice 3796  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/20/12 | SDB | Review and analyze preliminary report received from Fee Examiner in connection with sixth interim fee application. | 0.40 455.00/hr | 182.00 |
| 09/21/12 | SDJ | Review Fee Examiner's preliminary report regarding sixth interim fee period (1.0); draft response and review invoices regarding same (2.5); revise submission regarding fees and expenses to restructuring advisor (1.0). | 4.50 335.00/hr | 1,507.50 |
| 09/24/12 | SDB | Review and revise fee estimates for restructuring advisors (.2); review prior invoices for submission to fee examiner (.2). | 0.40 455.00/hr | 182.00 |
| 09/24/12 | SDJ | Finalize submission to restructuring advisors regarding fees and expenses. | 1.90 335.00/hr | 636.50 |
| 09/26/12 | SDJ | Continue to draft response to preliminary report regarding sixth interim period. | 2.00 335.00/hr | 670.00 |
| 09/27/12 | SDB | Address issues in connection with media amicus briefs and application for reimbursement of same. | 0.20 455.00/hr | 91.00 |
| 09/27/12 | SDJ | Draft twenty-fifth monthly fee application and review invoices regarding same. | 1.90 335.00/hr | 636.50 |
| 09/28/12 | SDJ | Correspond with client regarding twenty-fourth monthly fee application certificate of no objection. | 0.30 335.00/hr | 100.50 |
| | | **For professional services rendered** | 20.80 | $7,352.00 |
| | | **Total Amount of this Bill** | | $7,352.00 |

Levine Sullivan Koch & Schulz, LLP

| | | | October 1, 2012 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 3796 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 3 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 2.90 | 455.00 | 1,319.50 |
| Robert Penchina | 0.30 | 455.00 | 136.50 |
| Shaina D. Jones | 17.60 | 335.00 | 5,896.00 |
| Totals | 20.80 | | $7,352.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

October 1, 2012 — Invoice # 3865

In Reference To:    00526-052    9/11 Commissions

For Professional Services and Disbursements:    $ 548.42

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00566507;v1}



*Los Angeles Times*

Karlene Goller
Vice President & Deputy General Counsel
Los Angeles Times
101 W. 1st St.
Los Angeles, CA  90012

October 1, 2012                                                                                          Invoice No. 3820

In Reference To:        **00526-055 – Aurora Theater Shooting**

For Professional Services:

        1/17 of Fees and Costs:                                                        $362.85

**TOTAL DUE:**                                                                                                        $362.85

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C.  20036

Tax Identification Number: 52-2004605

{00560041;v1}