# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12694 |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                                           ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Amd Agenda Hrg on Nov 7_DI_12694_AFF_11-6-12_KH.doc

2. On November 6, 2012, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on November 7, 2012 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated November 6, 2012 [Docket No. 12694], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit C, and

    iv. delivered via facsimile to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Kerry O'Neil*

Sworn to before me this
7th day of November, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

TRIBUNE COMPANY, ET AL.
BILLING PROFESSIONALS SERVICE LIST

**SIDLEY AUSTIN LLP**
KENNETH P. KANSA, ESQUIRE
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**LANDIS RATH & COBB LLP**
ADAM G. LANDIS, ESQUIRE; MATTHEW B. MCGUIRE, ESQUIRE
919 MARKET STREET, STE. 1800
WILMINGTON, DE 19801

**PRICEWATERHOUSECOOPERS LLP**
SHONDA M. FINSETH
225 SOUTH SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

**LAZARD FRÈRES & CO. LLC**
BRADLEY DUNN, DIRECTOR
30 ROCKEFELLER PLAZA, 61ST FLOOR
NEW YORK, NY 10020

**MCDERMOTT WILL & EMERY**
GREGORY KUPACZ, ESQUIRE; NAVA HAVAN, ESQUIRE
340 MADISON AVENUE
NEW YORK, NY 10173-1922

**ZUCKERMAN SPAEDER LLP**
GRAEME W. BUSH, ESQUIRE; JAMES SOTTILE, ESQUIRE
1800 M STREET, N.W., SUITE 1000
WASHINGTON, D.C. 20036

**PAUL, HASTINGS LLP**
KATIE A. TRAXLER, ESQ.; HOLLY SNOW, ESQ.
515 SOUTH FLOWE STREET, 25TH FLOOR
LOS ANGELES, CA 90071

**CHADBOURNE & PARKE LLP**
HOWARD SEIFE, ESQ.; DAVID M. LEMAY, ESQ.; DOUGLAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**REED SMITH LLP**
J. CORY FALGOWSKI, ESQUIRE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

TRIBUNE COMPANY, ET AL.
BILLING PROFESSIONALS SERVICE LIST

**MOELIS & COMPANY LLC**
SANDHYA SISTLA; JENS OLSON
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10019

**STUART MAUE**
JOHN THEIL, ESQ.
3840 MCKELVEY RD.
ST. LOUIS, MO 63044

**DOW LOHNES PLLC**
CHRISTOPHER L. MEAZELL, ESQUIRE
THREE PARTNERS PLACE - SUITE 230
201 DAVID L. BOREN BLVD.
NORMAN, OK 73072

**SEYFARTH SHAW LLP**
JENNIFER M. MCMANUS, PARALEGAL
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603

**SEYFARTH SHAW LLP**
JEREMY SHERMAN, ESQUIRE
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL 60603-5577

**ALVAREZ & MARSAL NORTH AMERICA LLC**
BRIAN WHITTMAN, MANAGING DIRECTOR; MATTHEW FRANK
55 WEST MONROE STREET, SUITE 4000
CHICAGO IL 60603

**PRICEWATERHOUSECOOPERS LLP**
ATTN: WILLIAM T. ENGLAND
ONE NORTH WACKER
CHICAGO, IL 60606

**ALIXPARTNERSLLP**
ATTN: ALAN D. HOLTZ
40 WEST 57TH STREET
NEW YORK, NY 10019

**FREEBORN & PETERS, LLP**
DEVEON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS 60606

Tribune Company, Et Al.
Billing Professionals Service List

**CAMPBELL & LEVINE, LLC**
MARK T. HURFORD, ESQUIRE
800 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801

**JENNER & BLOCK LLP**
LANDON S. RAIFORD, ESQUIRE
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

**SITRICK AND COMPANY**
BRENDA ADRIAN, ESQUIRE
1840 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CA 90067

**LEVINE SULLIVAN KOCH & SCHULZ, LLP**
SHAINA D. JONES, ESQUIRE
1899 L. STREET, N.W., SUITE 200
WASHINGTON, DC 20036

**ZUCKERMAN SPAEDER LLP**
ANDREW GOLDFARB, ESQUIRE
1800 M STREET, SUITE 1000
WASHINGTON, DC 20036

**PRICEWATERHOUSECOOPERS LLP**
ANDREA CLARK SMITH, DIRECTOR
225 SOUTH SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

**DAVIS WRIGHT TREMAINE LLP**
KELLI SAGER, ESQUIRE; GINO PASQUALE, PARALEGAL
865 S FIGUEROA STREET, SUITE 2400
LOS ANGELES, CA 90017

**JONES DAY**
KAYE DENTON, PARALEGAL
77 W. WACKER DRIVE
CHICAGO, IL 60601-1692

**JONES DAY**
BRAD B. ERENS, ESQUIRE; JOSEPH TILLER, ESQUIRE
77 W. WACKER DRIVE
CHICAGO, IL 60601-1692

Tribune Company, Et Al.
Billing Professionals Service List

**BURKE, WARREN, MACKAY & SERRITELLA, PC**
EDWARD J. LESNIAK, ESQUIRE
330 NORTH WABASH AVENUE, 22ND FLOOR
CHICAGO, IL 60611-3607

**SNR DENTON US LLP**
STEFANIE WOWCHUK MCDONALD, ESQ.
233 S. WACKER DRIVE, SUITE 7800
CHICAGO, IL 60606

**SEITZ, VAN OGTROP & GREEN, P.A.**
JAMES S. GREE, SR., ESQ.
222 DELAWARE AVENUE, SUITE 1500
PO BOX 68
WILMINGTON, DE 19899

TRIBUNE COMPANY, ET AL.
AGENDA SERVICE LIST

**MARBURY L. VON BRIESEN**
401 PLUMBRIDGE COURT
TIMONIUM, MD 21093-8125

**CAROL HOEME WALKER**
3561 W. HEMLOCK
OXNARD, CA 93035

**MR HERBERT E. EYE**
35 APPLE ORCHARD LANE
FRANKLIN, WV 26807-7585

**ROBERT WELLS**
54 CENTER STREET
SAUNEMIN, IL 61769-0345

**MR. ROBBY S. WELLS**
P.O. BOX 345
SAUNEMIN, IL 61769

**TREY C. YANT**
13333 SW 72ND #10C
TIGARD, OR 97223

TRIBUNE COMPANY, ET AL.
AGENDA SERVICE LIST

**THE ROSNER LAW GROUP LLC**
*COUNSEL TO THE AD HOC COMMITTEE OF TRIBUNE SUBSIDIARY TRADE CREDITORS*
FREDERICK B. ROSNER, ESQUIRE, SCOTT J. LEONHARDT, ESQUIRE
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801

**COZEN O'CONNOR**
*COUNSEL TO MARK W. HIANIK, JOHN BIRMINGHAM, TOM E. EHLMANN, AND PETER A. KNAPP*
MARK E. FELGER, ESQUIRE
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

**SULLIVAN HAZELTINE ALLINSON LLC**
*ATTORNEYS FOR IVAN J BATES AND WILMINGTON TRUST COMPANY*
WILLIAM HAZELTINE, ESQUIRE
901 NORTH MARKET ST., SUITE 1300
WILMINGTON, DE 19801

**ELLIOTT GREENLEAF**
WILLIAM M. KELLEHER, ESQ.; RAFAEL X. ZAHRALDDIN-ARAVENA, ESQ.; JONATHAN M. STEMERMAN, ESQ.
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

**UNITED STATES DEBT RECOVERY III LP**
NATHAN E. JONES, ESQUIRE
PO BOX 5241
INCLINE VILLAGE, NV 89450

**TAX AND BANKRUPTCY LITIGATION DIVISION**
*NEW YORK CITY LAW DEPARTMENT*
ANDREW G. LIPKIN, ESQUIRE
SENIOR COUNSEL
100 CHURCH STREET RM. 5-214
NEW YORK, NY 10007

**EXHIBIT B**

Tribune Company, Et Al.
Agenda Service List

**NYC DEPT. OF FINANCE, AUDIT DIVISION**
ATTN: BANKRUPTCY UNIT
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY 11201

**NYC DEPT. OF FINANCE**
DARA JAFFEE, SPECIAL ASSISTANT CORPORATION COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

**MR. PABLO ALVAREZ**
3409 HOLLYDALE DRIVE
LOS ANGELES, CA 90039

**MS. LENORA F. THOMAS**
2040 BROWNING BLVD.
LOS ANGELES, CA 90062-1307

**EXHIBIT C**

TRIBUNE COMPANY, ET AL.
BILLING PROFESSIONALS EMAIL SERVICE LIST

kkansa@sidley.com
bwhittman@alvarezandmarsal.com
mfrank@alvarezandmarsal.com
mhurford@camlev.com
elesniak@burkelaw.com
kellisager@dwt.com
ginopasquale@dwt.com
cmeazell@dowlohnes.com
lraiford@jenner.com
kdenton@jonesday.com
bberens@jonesday.com
jtiller@jonesday.com
bradley.dunn@lazard.com
sjones@lskslaw.com
gkopacz@mwe.com
nhazan@mwe.com
shonda.m.finseth@us.pwc.com
william.t.england@us.pwc.com
andrea.clark.smith@us.pwc.co
deggert@freebornpeters.com
jfalgowski@reedsmith.com
jmcmanus@seyfarth.com
jsherman@seyfarth.com
stefanie.mcdonald@snrdenton.co
 tribunebkr@smmj.com
j.theil@smmj.com
landis@lrclaw.com
mcguire@lrclaw.com
panchak@lrclaw.com
hseife@chadbourne.com
dlemay@chadbourne.com
hlamb@chadbourne.com
aholtz@alixpartners.com
sandhya.sistla@moelis.com
jens.olson@moelis.com
gbush@zuckerman.com
jsottile@zuckerman.com
agoldfarb@zuckerman.com
brenda_adrian@sitrick.com
david.klauder@usdoj.gov
jgreen@svglaw.com
spappa@svglaw.com
thoffmann@jonesday.com

TRIBUNE COMPANY, ET AL.
ADDITIONAL EMAIL SERVICE LIST

mvbbvb@comcast.net
chriseyec@aol.com
stevewalkergolf@gmail.com
treyyant@gmail.com

**EXHIBIT D**

TRIBUNE COMPANY, ET AL.
AGENDA FAX SERVICE LIST

| NAME | FAX |
| --- | --- |
| David M. Klauder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire/Patricia P. McGonigle, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| John V. Fiorella, Esquire/Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/E. Rebecca Workman, Esquire | 317-231-7433 |
| Joseph L. Christensen, Esquire | 302-655-4420 |

TRIBUNE COMPANY, ET AL.
AGENDA FAX SERVICE LIST

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher D. Loizides, Esquire | 302-654-0728 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Daniel H. Golden, Esquire/David M. Zensky, Esquire/Philip C. Dublin, Esquire | 212-872-1002 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| David S. Rosner, Esquire/Andrew K. Glenn, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Robert Slack, Esquire | 212-310-8007 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |

TRIBUNE COMPANY, ET AL.
AGENDA FAX SERVICE LIST

| | |
|---|---|
| Andrew Goldman, Esquire | 212-230-8888 |
| David J. Bradford, Esquire/Catherine L. Steege, Esquire/Andrew W. Vail, Esquire | 312-527-0484 |
| Jay Teitelbaum, Esquire | 914-437-7672 |
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Nathan E. Jones, Esquire | 775-832-5085 |
| Joy L. Monahan, Esquire | 312-416-4823 |
| John R. Williams, Edquire | 203-776-9494 |
| Andrew G. Lipkin, Esquire | 212-788-0937 |
| Edward Cerasia, II, Esquire | 212-492-2501 |
| John W. Weiss, Esquire | 212-922-3860 |
| Eric Goodison, Esquire | 212-492-0292 |
| Christopher P. Poggi, Esquire | 212-492-0071 |
| Amir Shmueli, Esquire | 212-492-0407 |
| Eric Gyasi, Esquire | 212-492-0447 |
| Seth E. Jacobson, Esquire | 312-407-8511 |
| Gerard C. Martin, Esquire | 312-407-8612 |
| Carrie S. Meyers, Esquire | 312-827-9384 |
| Meyer C. Dworkin, Esquire | 212-701-5382 |
| Eli J. Vonnegut, Esquire | 212-701-5331 |
| Christopher R. Utecht, Esquire | 212-701-5616 |
| Michael F. Walsh, Esquire, David G. Litvack, Esquire | 212-310-8007 |