**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441326 |
| Invoice Date: | 10/31/2012 |

## Remittance Copy
### Billing for services rendered through 09/30/2012

Total by Matter
    0047 ESOP                                        $ 1,892.00
    Client/Reference Number: 0000001574

Total Services                                                  $ 1,892.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                                           **$ 1,892.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441326 |
| Invoice Date: | 10/31/2012 |

---

## Client Copy
### Billing for services rendered through 09/30/2012

---

Total by Matter
  0047 ESOP                                        $ 1,892.00
  Client/Reference Number: 0000001574

Total Services                                                        $ 1,892.00

Total Costs and Other Charges Posted Through Billing Period                   0.00

**Total This Invoice**                                                **$ 1,892.00**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441326
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/10/12 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding participant reporting of accounts. |
| 09/11/12 | J. Holdvogt | 1.00 | Review DOL guidance regarding annual benefit statement timing requirements (.7); email P. Compernolle regarding same (.3). |
| 09/20/12 | P. Compernolle | 0.80 | Review draft audit report. |
| 09/26/12 | P. Compernolle | 0.50 | Review revisions to plan financial statements. |
| | **Total Hours** | **2.60** | **Total For Services**          **$1,892.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 1.60 | 820.00 | 1,312.00 |
| J. Holdvogt | 1.00 | 580.00 | 580.00 |
| **Totals** | **2.60** | | **$1,892.00** |
| | | **Total This Invoice** | **$1,892.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441331 |
| Invoice Date: | 10/31/2012 |

---

## Remittance Copy
**Billing for services rendered through 09/30/2012**

---

Total by Matter
    0515 Chapter 11 Restructuring          $ 180,607.25

Total Services             $ 180,597.50

Total Costs and Other Charges Posted Through Billing Period      9.75

**Total This Invoice**          **$ 180,607.25**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2441331
Invoice Date:  10/31/2012

| Invoice | Date | |
|---------|------|---|
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 255,081.81 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |

Total Outstanding Balance                    1,043,350.56

Total Balance Due                          $ 1,223,957.81

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441331 |
| Invoice Date: | 10/31/2012 |

## Client Copy
### Billing for services rendered through 09/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 180,607.25 | |
| Total Services | | $ 180,597.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 9.75 |
| **Total This Invoice** | | **$ 180,607.25** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |
| 2200564 | 12/08/2010 | 119.97 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441331
Invoice Date:  10/31/2012

| Invoice | Date | |
|---------|------|--:|
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 255,081.81 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |

Total Outstanding Balance                        1,043,350.56

Total Balance Due                            $ 1,223,957.81

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441331
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515        Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/04/12 | N. Hazan | 1.10 | Review preliminary report of fee examiner (12th Quarterly fee application). |
| 09/04/12 | B. Rubin | 4.80 | Conference call with client regarding valuation issue (.3); review and analyze draft valuation (2.3); research and analysis regarding W-9 requirements (1.2); review and comment on escrow agreement (.4); conference call with client regarding same (.6). |
| 09/04/12 | A. Whiteway | 6.20 | Review and analysis of valuation materials (4.9); conference with co-counsel regarding same (.3); review and respond to correspondence regarding step two disgorgement escrow agreement (.7); telephone conference with client regarding same (.3). |
| 09/04/12 | J. Finkelstein | 4.30 | Review revised disgorgement settlement escrow agreement and discuss W-9 requirement with co-counsel (.7); review litigation trust valuation report (3.6). |
| 09/05/12 | B. Rubin | 4.10 | Review and analyze valuation report (2.9); conference with co-counsel to coordinate comments with respect to same (.6); correspondence with Sidley regarding emergence issues (.6). |
| 09/05/12 | A. Whiteway | 5.30 | Correspondence with Alvarez and Marsal regarding valuation (.4); review and analysis of valuation report (3.4); prepare revised emergence workplan (.4); conference with co-counsel regarding valuation (1.1). |
| 09/05/12 | J. Finkelstein | 5.10 | Review correspondence from Sidley regarding disgorgement settlement escrow agreement (.2); review litigation trust valuation report and discuss with co-counsel (4.9). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441331
Invoice Date:  10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/05/12 | M. Wilder | 0.70 | Discuss treatment of settlement for fees paid to banks with B. Rubin and others. |
| 09/06/12 | B. Rubin | 3.90 | Review and analyze valuation draft (2.8); preparation for and conference call with clients regarding valuation draft (.8); preparation for and conference call with client regarding workplan issues (.3). |
| 09/06/12 | A. Whiteway | 2.70 | Telephone conference with client regarding emergence workplan and litigation trust valuation issues (1.2); correspondence with Alvarez regarding valuation (.3); review of valuation study (1.2). |
| 09/06/12 | J. Finkelstein | 4.70 | Review litigation trust valuation report (3.6); conference with Tribune regarding emergence tax issues (1.1). |
| 09/07/12 | B. Rubin | 2.70 | Review and comment on valuation draft (1.3); finalize memo regarding emergence issues (1.4). |
| 09/07/12 | A. Whiteway | 4.60 | Review and comment on Alvarez valuation of litigation trust claims (4.6). |
| 09/07/12 | J. Finkelstein | 4.10 | Review litigation trust valuation report (3.7); review litigation trust escrow account agreement (.4). |
| 09/10/12 | B. Rubin | 5.10 | Review and analyze draft valuation report (1.3); preparation for and conference call with clients and Alvarez regarding same (2.1); review and edit opinion memorandum regarding same (1.7). |
| 09/10/12 | A. Whiteway | 5.40 | Review and comment on valuation of litigation claims (2.9); telephone conference with Alvarez and client regarding valuation (2.3); correspondence with team regarding disgorgement settlement escrow (.2). |
| 09/10/12 | J. Finkelstein | 4.60 | Review and comment on litigation trust valuation report (2.5); conference with Alvarez, Sidley and Tribune regarding same (2.1). |
| 09/10/12 | J. Kaylor-Brett | 3.80 | Prepare July, 2012 Fee Application. |
| 09/11/12 | B. Rubin | 5.60 | Review and comment on draft valuation report (1.8); preparation for and conference call with clients and Alvarez regarding same (2.1); review and edit opinion memo (1.7). |
| 09/11/12 | A. Whiteway | 4.90 | Preparation for and telephone conference with Alvarez and client regarding valuation of litigation claims (4.9). |
| 09/11/12 | J. Finkelstein | 5.60 | Review and comment on litigation trust valuation report (1.7); conference with Alvarez, Sidley and Tribune |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2441331
Invoice Date:   10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding same (2.2); review and revise litigation trust tax issues memos (1.7). |
| 09/12/12 | N. Hazan | 0.30 | Discuss expenses on bills with G. Kopacz and email exchange with A. Whiteway regarding same. |
| 09/12/12 | B. Rubin | 5.80 | Correspondence with Alvarez regarding valuation issues and comments (.8); review and analyze Black Report and Klee Report regarding valuation issues (2.1); review and analyze workplan list of status of issues (.9); review and edit same (.1); conference call with client regarding possible restructuring (1.3); research and analysis in connection with same (.6). |
| 09/12/12 | A. Whiteway | 5.40 | Revise emergence workplan (.6); review emergence tax memos regarding opinion issues (1.9); review and comment on valuation (2.9). |
| 09/12/12 | J. Finkelstein | 2.60 | Review and comment on litigation trust valuation report (1.1); review and revise litigation trust tax issues memos (1.5). |
| 09/12/12 | G. Kopacz | 3.40 | Review August time entries to ensure compliance with applicable guidelines (1.9); work on June fee application (1.5). |
| 09/13/12 | N. Hazan | 0.50 | Review and correct June fee application. |
| 09/13/12 | B. Rubin | 5.90 | Preparation for and conference call with clients regarding emergence issues (.9); conference with co-counsel regarding opinion issues (1.2); research and analysis regarding consolidated return issues (2.1); review and edit opinion memorandum (1.7). |
| 09/13/12 | A. Whiteway | 3.10 | Preparation for and telephone conference with client regarding emergence tax planning issues (1.4); review and analysis on valuation of litigation claims (1.7). |
| 09/13/12 | J. Finkelstein | 3.60 | Conference with Tribune regarding emergence tax issues (1.1); draft litigation trust memo (2.5). |
| 09/13/12 | G. Kopacz | 2.80 | Work on June fee application. |
| 09/13/12 | M. Wilder | 0.30 | Discuss post-emergence restructuring issues with B. Rubin. |
| 09/14/12 | N. Hazan | 0.10 | Email exchange with fee examiner and G. Kopacz re: time entry data. |
| 09/14/12 | B. Rubin | 3.70 | Preparation for and conference call with Alvarez and client regarding valuation issues (1.2); review and |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441331
Invoice Date:  10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | comment on valuation draft (1.7); conference with co-counsel regarding comments (.4); correspondence with Alvarez regarding valuation (.4). |
| 09/14/12 | A. Whiteway | 1.90 | Preparation for and telephone conference with Alvarez regarding valuation of litigation claims (1.9). |
| 09/14/12 | J. Finkelstein | 1.10 | Conference with Tribune, Alvarez and Sidley regarding litigation trust valuation. |
| 09/14/12 | G. Kopacz | 0.20 | Email fee examiner regarding LEDES files and finalize June fee application for filing. |
| 09/17/12 | A. Whiteway | 4.70 | Review and comment on valuation of litigation trust (4.4); correspond with Alvarez regarding same (.3). |
| 09/18/12 | A. Whiteway | 1.40 | Analysis of emergence tax issue regarding 1017. |
| 09/18/12 | J. Finkelstein | 1.60 | Draft litigation trust memo. |
| 09/19/12 | J. Finkelstein | 1.30 | Draft litigation trust memo. |
| 09/19/12 | J. Kaylor-Brett | 3.80 | Prepare August, 2012 Fee Application. |
| 09/20/12 | A. Whiteway | 1.80 | Preparation for and telephone conference with client regarding emergence tax issues (.6); conference with co-counsel regarding attribute reduction tax opinion (1.2) |
| 09/20/12 | J. Finkelstein | 5.30 | Conference with Tribune regarding emergence tax issues (.9); discuss restructuring opinions with co-counsel (.8); draft litigation trust tax memo (3.6). |
| 09/20/12 | M. Wilder | 0.50 | Discuss opinion issues for post-emergence planning with A. Whiteway and J. Finkelstein. |
| 09/21/12 | J. Finkelstein | 2.70 | Draft litigation trust tax memo (2.1); discuss restructuring opinion with co-counsel (.6). |
| 09/21/12 | M. Wilder | 1.70 | Review memo on consolidation and restructuring issues and outline opinion issues (.6); discuss same with J. Finkelstein and J. Robert (1.1). |
| 09/21/12 | J. Robert | 6.50 | Meeting with M. Wilder regarding the drafting of the Tribune opinion (1.1); analysis regarding Tribune's bankruptcy restructuring transactions and relevant issues (2.8); beginning draft of 351 rep letter (2.6). |
| 09/24/12 | B. Rubin | 4.20 | Review and comment on draft valuation study (2.3); preparation for and conference call with co-counsel regarding tax opinion issues (1.2); conference call with clients regarding issues raised by Moody's (.4); correspondence with client regarding tax matters (3). |
| 09/24/12 | A. Whiteway | 4.80 | Review litigation trust valuation (2.9); prepare for and |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441331
Invoice Date:  10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | attend conference with co-counsel regarding attribute reduction tax opinion (1.9). |
| 09/24/12 | J. Finkelstein | 4.20 | Review draft litigation trust valuation. |
| 09/24/12 | G. Kopacz | 5.10 | Work on response to fee examiner report for the 12th quarterly period. |
| 09/24/12 | M. Wilder | 0.50 | Discuss opinion issues on post emergence transaction with B. Rubin and others. |
| 09/24/12 | J. Robert | 8.20 | Drafting 351 rep letter (2.4); gathering authorities and language for 351 portion of opinion (2.1); beginning draft of opinion (2.6); prepare for and attend meeting with B. Rubin, A. Whiteway, and J. Finkelstein to discuss opinion (1.1). |
| 09/25/12 | N. Hazan | 1.10 | Review and correct response to fee examiner report. |
| 09/25/12 | B. Rubin | 2.60 | Review and edit opinion regarding emergence issues (2.6). |
| 09/25/12 | A. Whiteway | 6.70 | Review and comment on valuation. |
| 09/25/12 | J. Finkelstein | 6.90 | Review draft litigation trust valuation (3.6); analysis and discuss restructuring opinions with co-counsel (1.4); review and analysis regarding Cubs credit agreement in response to Moody's questions and conference with Tribune regarding same (1.9). |
| 09/25/12 | G. Kopacz | 3.10 | Work on response to fee examiner's 12th preliminary report. |
| 09/25/12 | M. Wilder | 0.20 | Brief review of treatise discussion of anti-abuse rules and attribute reduction. |
| 09/26/12 | N. Hazan | 1.00 | Review and correct July fee statement (0.50), review and correct August fee statement (0.50). |
| 09/26/12 | J. Finkelstein | 4.10 | Review draft litigation trust valuation. |
| 09/26/12 | G. Kopacz | 4.60 | Incorporate comments of N. Hazan into response to fee examiner's preliminary report (.3); work on July fee application (2.3); work on August fee application (2.0). |
| 09/27/12 | B. Rubin | 3.80 | Conference call with clients regarding possible transaction (.8); research and analysis in connection with same (1.3); review and edit opinion (1.7). |
| 09/27/12 | J. Finkelstein | 3.40 | Review draft litigation trust valuation. |
| 09/27/12 | G. Kopacz | 0.20 | Update August fee application based on comments of N. Hazan. |
| 09/28/12 | B. Rubin | 1.20 | Correspondence with client regarding possible |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441331 |
| Invoice Date: | 10/31/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | liquidation (.4); review and analyze credit agreement regarding covenant issues (.8). |
| 09/28/12 | J. Finkelstein | 3.40 | Review draft litigation trust valuation. |
| 09/28/12 | M. Wilder | 0.80 | Review representation letter for section 351 transaction and discussed opinion issues with John Robert. |
| 09/28/12 | J. Robert | 2.00 | Meeting with M. Wilder to discuss format of opinion, 351 rep letter, and needed research (.3); beginning research of treas. reg. sec. 1.1502-28 and the absence of any anti-abuse provision in the regulation (1.7). |

| | Total Hours | 233.40 | | Total For Services | $180,597.50 |
|---|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Finkelstein | 68.60 | 765.00 | 52,479.00 |
| N. Hazan | 4.10 | 645.00 | 2,644.50 |
| J. Kaylor-Brett | 7.60 | 265.00 | 2,014.00 |
| G. Kopacz | 19.40 | 435.00 | 8,439.00 |
| J. Robert | 16.70 | 365.00 | 6,095.50 |
| B. Rubin | 53.40 | 995.00 | 53,133.00 |
| A. Whiteway | 58.90 | 885.00 | 52,126.50 |
| M. Wilder | 4.70 | 780.00 | 3,666.00 |
| **Totals** | **233.40** | | **$180,597.50** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 08/22/12 | Transportation/Parking 8/5/12 - taxi from office (worked weekend). | 8.40 |
| 09/21/12 | Photocopy Device 03WDC14C. | 0.60 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2441331
Invoice Date:  10/31/2012

| Date | Description | Amount |
|------|-------------|--------|
| 09/24/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3638. | 0.75 |

**Total Costs and Other Charges**    **$9.75**

**Total This Invoice**    **$180,607.25**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441333 |
| Invoice Date: | 10/31/2012 |

## Remittance Copy
### Billing for services rendered through 09/30/2012

Total by Matter
    0516 Perfect Market, Inc.                $ 2,858.91

Total Services                                  $ 2,850.00

Total Costs and Other Charges Posted Through Billing Period     8.91

**Total This Invoice**                               **$ 2,858.91**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441333
Invoice Date:  10/31/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2402397 | 07/25/2012 | | 3,190.75 |
| 2415874 | 08/31/2012 | | 2,251.20 |
| 2423951 | 09/18/2012 | | 2,756.75 |

Total Outstanding Balance                           65,967.67

Total Balance Due                              $ 68,826.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441333 |
| Invoice Date: | 10/31/2012 |

## Client Copy
### Billing for services rendered through 09/30/2012

Total by Matter
    0516 Perfect Market, Inc.                             $ 2,858.91

Total Services                      $ 2,850.00

Total Costs and Other Charges Posted Through Billing Period       8.91

## Total This Invoice                 $ 2,858.91

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441333
Invoice Date:  10/31/2012

| Invoice | Date | |
|---------|------|--|
| 2402397 | 07/25/2012 | 3,190.75 |
| 2415874 | 08/31/2012 | 2,251.20 |
| 2423951 | 09/18/2012 | 2,756.75 |

Total Outstanding Balance                          65,967.67

Total Balance Due                              $ 68,826.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441333
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/04/12 | P. McCurry | 1.00 | Revise TKG and Topix LLC Agreements (0.6); calls with Nixon re the same (0.4). |
| 09/05/12 | P. McCurry | 0.60 | Calls with team regarding profits interests (0.2); revise LLC Agreements (0.4). |
| 09/10/12 | P. McCurry | 0.60 | Call with Bill Gerst re profits interest documents (0.4); prepare final documents (0.2). |
| 09/11/12 | P. McCurry | 0.10 | Revise Award Agreements (0.1). |
| 09/12/12 | P. McCurry | 0.60 | Revise Award Agreement and LLC Agreement. |
| 09/15/12 | P. McCurry | 0.10 | Revise Award Agreement (0.1). |
| 09/17/12 | P. McCurry | 0.90 | Finalize Award Agreements (0.9). |
| 09/18/12 | P. McCurry | 0.40 | Revise Award Agreements (0.4). |
| 09/20/12 | P. McCurry | 0.70 | Finalize documents for profits interest issuance (0.7). |
| 09/21/12 | P. McCurry | 0.30 | Revise profits interests documents. (0.3). |
| 09/24/12 | P. McCurry | 0.20 | Follow up with Christian McBurney and DLA re profits interest documents (0.2) |
| 09/28/12 | P. McCurry | 0.20 | Follow up regarding profits interest issuance and revise resolutions (0.2). |

|  | **Total Hours** | **5.70** | **Total For Services** | **$2,850.00** |
|--|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441333
Invoice Date:  10/31/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 5.70 | 500.00 | 2,850.00 |
| **Totals** | **5.70** | | **$2,850.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31620477; INVOICE DATE: 09/04/12; Call Date: 08/01/12; Order #33030918; Host NAME: Patrick McCurry | 6.94 |
| 08/13/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31696056; INVOICE DATE: 09/04/12; Call Date: 08/13/12; Order #33107714; Host NAME: Patrick McCurry | 1.97 |

| | | |
|---|---|---|
| | **Total Costs and Other Charges** | **$8.91** |
| | **Total This Invoice** | **$2,858.91** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441334 |
| Invoice Date: | 10/31/2012 |

---

## Remittance Copy
### Billing for services rendered through 09/30/2012

---

Total by Matter
    0527 2009 Audit         $ 24,803.00

Total Services      $ 15,653.00

Total Costs and Other Charges Posted Through Billing Period      9,150.00

**Total This Invoice**      **$ 24,803.00**

| Invoice | Date | |
|---|---|---|
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 16,800.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441334
Invoice Date:  10/31/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2402401 | 07/25/2012 | 174,091.09 | |
| 2415875 | 08/31/2012 | 38,363.87 | |
| 2423954 | 09/18/2012 | 9,867.00 | |
| Total Outstanding Balance | | | 440,188.86 |
| Total Balance Due | | | $ 464,991.86 |

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441334 |
| Invoice Date: | 10/31/2012 |

---

## Client Copy
### Billing for services rendered through 09/30/2012

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0527 2009 Audit | $ 24,803.00 | |
| Total Services | | $ 15,653.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 9,150.00 |
| **Total This Invoice** | | **$ 24,803.00** |

| Invoice | Date | |
|---|---|---|
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 16,800.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441334
Invoice Date:  10/31/2012

| Invoice | Date | |
|---------|------|--|
| 2402401 | 07/25/2012 | 174,091.09 |
| 2415875 | 08/31/2012 | 38,363.87 |
| 2423954 | 09/18/2012 | 9,867.00 |

Total Outstanding Balance                440,188.86

Total Balance Due                        $ 464,991.86

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441334
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527        2009 Audit

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/06/12 | P. McCurry | 1.30 | Review documents in connection with IRS production (1.3). |
| 09/06/12 | A. Whiteway | 0.90 | Telephone conference with IRS regarding status (.2); correspondence with client regarding IRS request for documents (.3); telephone conference with client regarding documents (.4). |
| 09/06/12 | B. Newgard | 3.20 | Run targeted searches and review documents requested by the IRS. |
| 09/06/12 | Q. McElhaney | 2.10 | Run targeted searches and review documents related to the partnership transaction to provide to the auditors at the request of P. McCurry (2.1). |
| 09/07/12 | R. Greenhouse | 0.50 | Meeting with B. Rubin and A. Whiteway regarding IRS position and request for information. |
| 09/07/12 | P. McCurry | 1.00 | Review and produce documents for IRS (1.0). |
| 09/07/12 | B. Rubin | 3.40 | Review and analyze documents relating to IRS request (1.4); correspondence with client regarding same (.3); conference call with client regarding same (.6); conference call with IRS National Office regarding same (.7); correspondence with IRS National Office regarding same (.4). |
| 09/07/12 | A. Whiteway | 2.20 | Correspondence with co-counsel regarding data production (.9); correspondence with client regarding same (.3); review documents to be produced to IRS (.8); correspond with IRS regarding same (.2). |
| 09/07/12 | B. Newgard | 6.80 | Run targeted searches and review documents requested by the IRS. |
| 09/07/12 | Q. McElhaney | 2.90 | Run targeted searches and review documents related to |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2441334 |
| Invoice Date: | 10/31/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | the partnership transaction to provide to the auditors at the request of P. McCurry (2.9). |
| 09/10/12 | P. McCurry | 0.30 | Review priv logs and documents for IRS (0.2); call with B. Rubin re the same (0.1). |
| 09/10/12 | A. Whiteway | 0.90 | Several correspondences with IRS regarding document production. |
| 09/11/12 | P. McCurry | 1.20 | Prepare CDs for Tribune and IRS (0.3); meeting the Monica Melgarejo re the same (0.9). |
| 09/11/12 | D. Skowron | 0.70 | Communicate with P. McCurry regarding creation of Privilege/Redaction log CDs (.1); extract documents, transfer to CD-ROM, duplicate, quality check and label (.6). |
| 09/25/12 | R. Greenhouse | 1.00 | Review B. Rubin email regarding Cubs and Newsday audit (.2); review privilege log (.8). |
| 09/25/12 | B. Rubin | 1.30 | Preparation for and conference call with National Office regarding documents (.6); memo to clients regarding same (.3); conference with co-counsel regarding privilege issues (.4). |
| 09/26/12 | R. Greenhouse | 0.30 | Follow up communications with B. Rubin regarding audit. |

| | **Total Hours** | **30.00** | **Total For Services** | **$15,653.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Greenhouse | 1.80 | 900.00 | 1,620.00 |
| P. McCurry | 3.80 | 500.00 | 1,900.00 |
| Q. McElhaney | 5.00 | 245.00 | 1,225.00 |
| B. Newgard | 10.00 | 245.00 | 2,450.00 |
| B. Rubin | 4.70 | 995.00 | 4,676.50 |
| D. Skowron | 0.70 | 345.00 | 241.50 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441334
Invoice Date:  10/31/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 4.00 | 885.00 | 3,540.00 |
| **Totals** | **30.00** | | **$15,653.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/12 | Computer Hosting Fees<br>August monthly charge for data storage and hosting,<br>Relativity Hosting, 305.0 GBs. | 9,150.00 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$9,150.00** |
| **Total This Invoice** | **$24,803.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441335 |
| Invoice Date: | 10/31/2012 |

## Remittance Copy
### Billing for services rendered through 09/30/2012

Total by Matter
　　0507 Newsday                                    $ 71,079.98
　　Client/Reference Number: 0000001849

Total Services                                                                    $ 69,734.00

Total Costs and Other Charges Posted Through Billing Period                       1,345.98

**Total This Invoice**                                                        **$ 71,079.98**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441335 |
| Invoice Date: | 10/31/2012 |

## Client Copy
**Billing for services rendered through 09/30/2012**

Total by Matter
0507 Newsday                                              $ 71,079.98
Client/Reference Number: 0000001849

Total Services                                                                    $ 69,734.00

Total Costs and Other Charges Posted Through Billing Period                        1,345.98

**Total This Invoice**                                                        **$ 71,079.98**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441335
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/04/12 | M. Bilut | 0.40 | Review and respond to M. Anderson's e-mail regarding ERM terms and conditions (.2); review ERM's revised terms and conditions (.2). |
| 09/05/12 | M. Bilut | 0.10 | Review and respond to R. DeBoer's e-mails regarding ERM terms. |
| 09/06/12 | B. Rubin | 3.10 | Conference calls with clients regarding issues raised by IRS exam team and National Office (.9); conference call with IRS National Office regarding tax issues (.7); correspondence with clients and co-counsel regarding IRS issues (.6); review and analyze documents produced to IRS (.9). |
| 09/06/12 | A. Whiteway | 0.90 | Telephone conference with IRS regarding status (.2); correspondence with client regarding IRS request for documents (.3); telephone conference with client regarding IRS issues (.4). |
| 09/07/12 | R. Greenhouse | 6.00 | Review Bank of America documents (3.8); review format on agreement and tax opinion (2.2). |
| 09/07/12 | B. Rubin | 0.90 | Conference call with client regarding possible restructuring (.3); correspondence with client regarding possible restructuring (.6). |
| 09/07/12 | A. Whiteway | 2.90 | Correspondence with co-counsel regarding data production (.9); review documents requested by IRS (.6); correspond with IRS regarding documents requested (.2); conference with co-counsel regarding IRS audit (1.2). |
| 09/10/12 | R. Greenhouse | 8.00 | Analyze transaction documents and submissions to IRS (7.1); discuss issues with A. Whiteway (.9). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441335
Invoice Date:  10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/10/12 | B. Rubin | 1.10 | Conference call with IRS National Office regarding document request (.3); correspondence with IRS National Office regarding same (.4); correspondence with client regarding same (.4). |
| 09/10/12 | A. Whiteway | 0.90 | Conference with co-counsel regarding structure of transaction and IRS audit process. |
| 09/11/12 | B. Rubin | 0.60 | Correspondence with co-counsel and IRS regarding document delivery (.6). |
| 09/12/12 | B. Rubin | 0.40 | Correspondence with National Office regarding document requests (.4). |
| 09/12/12 | A. Whiteway | 0.30 | Correspondence with IRS regarding document production. |
| 09/14/12 | B. Rubin | 3.10 | Conference call with Hughes Hubbard regarding refinancing (.8); review and analyze documents regarding refinancing (1.9); correspondence with client and co-counsel regarding same (.4). |
| 09/18/12 | A. Whiteway | 5.70 | Review TMA (4.7); review letter from Cablevision (.6); telephone conference with client regarding same (.4). |
| 09/18/12 | J. Finkelstein | 6.20 | Review and analysis regarding correspondence and revised indemnity agreement from Cablevision (2.1); conference with Tribune regarding Newsday refinancing (.8); draft memo regarding TMA rights related to refinancing (3.3). |
| 09/19/12 | B. Rubin | 0.90 | Review and comment on TMA summary (.6); correspondence with clients and co-counsel regarding same (.3). |
| 09/19/12 | A. Whiteway | 5.80 | Draft response to Cablevision (1.7); review and analysis of LLC agreement and statutory rights (1.6); draft memo summarizing TMA (1.9); conference with Ms. Melgarejo regarding publicly traded issue (.6). |
| 09/19/12 | J. Finkelstein | 4.40 | Draft memo to Tribune and response to Cablevision regarding proposed refinancing. |
| 09/21/12 | B. Rubin | 1.20 | Conference call with co-counsel regarding response to Cablevision letter (.6); review and comment on draft response (.6). |
| 09/21/12 | A. Whiteway | 2.40 | Prepare for and attend telephone conference with client regarding letter (.9); revise letter to Cablevision (.9); correspondence with Hughes Hubbard regarding |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2441335
Invoice Date: 10/31/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | refinancing (.6). |
| 09/21/12 | J. Finkelstein | 3.60 | Revise response to Cablevision regarding proposed refinancing and correspondence with team regarding same (3.1); correspondence with Hughes Hubbard regarding same (.5). |
| 09/24/12 | B. Rubin | 1.70 | Review and analyze CVC letter (.8); correspondence with client and co-counsel regarding same (.4); conference call with Hughes Hubbard regarding refinancing (.5). |
| 09/24/12 | J. Finkelstein | 1.30 | Review and analysis related to correspondence from Cablevision regarding proposed refinancing and conference with Hughes Hubbard regarding same. |
| 09/25/12 | B. Rubin | 0.90 | Review compliance certificates (.3); correspondence with clients and CVC regarding letter (.3); correspondence with Hughes Hubbard regarding refinancing (.3). |
| 09/25/12 | J. Finkelstein | 1.10 | Conference with co-counsel regarding Newsday refinancing status and correspondence. |
| 09/26/12 | B. Rubin | 0.40 | Correspondence with CVC and clients regarding refinancing (.4). |
| 09/26/12 | J. Finkelstein | 0.90 | Review correspondence from Cablevision regarding compliance certificates. |
| 09/27/12 | B. Rubin | 1.20 | Review and analyze credit agreement (.7); correspondence with clients and CVC regarding same (.3); conference call with co-counsel regarding same (.2). |
| 09/27/12 | A. Whiteway | 4.20 | Correspondence with team regarding loan documents (.3); review loan documents (3.9). |
| 09/27/12 | J. Finkelstein | 2.90 | Review draft Credit Agreement (2.1); conference with co-counsel regarding draft credit agreement (.4); correspondence with Tribune regarding same (.4). |
| 09/28/12 | M. Bilut | 0.20 | Review and respond to e-mails from R. DeBoer and M. Anderson regarding status of Newsday discussions and ERM work (.20). |
| 09/28/12 | B. Rubin | 1.70 | Review and analyze loan documents (1.1); correspondence with clients and CVC regarding same (.3); conference call with co-counsel regarding same (.3). |
| 09/28/12 | J. Finkelstein | 2.90 | Review draft Credit Agreement and guarantees (2.5); correspondence with Hughes Hubbard regarding same (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441335
Invoice Date:  10/31/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/28/12 | E. Eisenegger | 1.50 | Review Newsday Credit Agreement. |

| | **Total Hours** | **79.80** | **Total For Services** | **$69,734.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Bilut | 0.70 | 735.00 | 514.50 |
| E. Eisenegger | 1.50 | 825.00 | 1,237.50 |
| J. Finkelstein | 23.30 | 765.00 | 17,824.50 |
| R. Greenhouse | 14.00 | 900.00 | 12,600.00 |
| B. Rubin | 17.20 | 995.00 | 17,114.00 |
| A. Whiteway | 23.10 | 885.00 | 20,443.50 |
| **Totals** | **79.80** | | **$69,734.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 08/31/12 | Computer Hosting Fees<br>August monthly charge for data storage and hosting, Relativity Hosting, 154.6 GBs. | 1,314.10 |
| 09/04/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3233. | 0.15 |
| 09/04/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 09/07/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 1.35 |
| 09/07/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 0.90 |
| 09/13/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31927147; INVOICE DATE: 10/01/12; Call Date: 09/13/12; Order #33347080; Host NAME: Andrea Whiteway | 1.93 |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2441335
Invoice Date:   10/31/2012

| Date | Description | Amount |
|------|-------------|-------:|
| 09/14/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 0.60 |
| 09/18/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31958785; INVOICE DATE: 10/01/12; Call Date: 09/18/12; Order #33379093; Host NAME: Andrea Whiteway | 3.33 |
| 09/20/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31978957; INVOICE DATE: 10/01/12; Call Date: 09/20/12; Order #33399480; Host NAME: Andrea Whiteway | 1.09 |
| 09/21/12 | Telecommunications<br>Ext. 68426 called BALTIMORE, (410) 499-2182. | 0.45 |
| 09/24/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 1.95 |
| 09/25/12 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6315. | 0.30 |
| 09/25/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 0.60 |
| 09/30/12 | Messenger/Courier<br>VENDOR: Washington Express LLC; INVOICE#: 84485; DATE: 9/30/2012  -  Delivery Services | 19.08 |

**Total Costs and Other Charges**        **$1,345.98**

**Total This Invoice**        **$71,079.98**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441336 |
| Invoice Date: | 10/31/2012 |

## Remittance Copy
### Billing for services rendered through 09/30/2012

Total by Matter

| | | |
|---|---|---|
| 0512 LA Times | $ 2,840.00 | |
| Client/Reference Number: 0000001854 | | |

Total Services                                                          $ 2,840.00

Total Costs and Other Charges Posted Through Billing Period                0.00

**Total This Invoice**                                                **$ 2,840.00**

| Invoice | Date | |
|---|---|---|
| 2402404 | 07/25/2012 | 5,325.00 |
| 2415878 | 08/31/2012 | 10,815.01 |
| 2423959 | 09/18/2012 | 8,449.00 |

Total Outstanding Balance                                             24,589.01

Total Balance Due                                                  $ 27,429.01

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2441336 |
| Invoice Date: | 10/31/2012 |

## Client Copy
### Billing for services rendered through 09/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0512 LA Times | $ 2,840.00 | |
| Client/Reference Number: 0000001854 | | |
| Total Services | | $ 2,840.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 2,840.00** |

| Invoice | Date | | |
|---|---|---|---|
| 2402404 | 07/25/2012 | 5,325.00 | |
| 2415878 | 08/31/2012 | 10,815.01 | |
| 2423959 | 09/18/2012 | 8,449.00 | |
| Total Outstanding Balance | | | 24,589.01 |
| Total Balance Due | | | $ 27,429.01 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

10/31/2012

Invoice: 2441336
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0512          LA Times
                      Client/Reference Number: 0000001854

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/12/12 | M. Lee | 0.40 | Multiple emails with J. Xanders regarding revised Sarno letter (.2); review Sarno letter (.2). |
| 09/13/12 | M. Lee | 0.30 | Telephone conference with J. Xanders regarding Sarno letter. |
| 09/14/12 | M. Lee | 1.80 | Revise Sarno letter and prepare email to J. Xanders regarding same. |
| 09/20/12 | M. Lee | 0.30 | Review email from J. Xanders regarding revised Sarno letter (.1); review revised Sarno letter (.1); prepare email to J. Xanders regarding same (.1). |
| 09/21/12 | M. Lee | 1.20 | Emails with J. Xanders regarding Sarno letter (.3); telephone conference with J. Xanders regarding same (.3); revise Sarno letter and prepare email to J. Xanders regarding same (.6). |
| 09/28/12 | M. Lee | 0.00 | Emails with J. Xanders.  (NC) |

|  | **Total Hours** | **4.00** | **Total For Services** | **$2,840.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 4.00 | 710.00 | 2,840.00 |
| **Totals** | **4.00** | | **$2,840.00** |
| | | **Total This Invoice** | **$2,840.00** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2441336
Invoice Date:  10/31/2012