## EXHIBIT A

| |
|---|
| **Debtors** |
| Tribune Company |
| **Debtors' Current and Former Directors and Officers** |
| Robert Christie |
| William A. Osborn |
| David D. Williams |
| **Thirty Largest Unsecured Creditors (Consolidated)** |
| Barclays Capital |
| Bowater Inc. |
| Deutsche Bank National Trust Company |
| J.P. Morgan Chase Bank, N.A. |
| Merrill Lynch Capital Corporation |
| Sony Pictures Television |
| Warner Brothers Television |
| **CNLBC Twenty Largest Unsecured Creditors** |
| Bunzl |
| Chicago Transit Authority |
| J.P. Morgan Chase Bank, N.A. |
| Major League Baseball |
| Merrill Lynch Capital Corporation |
| **Debtors' Prepetition Lenders** |
| ABN AMRO Holding NV |
| AIG Global Investment Corp. |
| Aladdin Capital Management LLC |
| Alcentra Inc. |
| Allstate Investment Management Company |
| Anchorage Capital Group LLC |
| Babson Capital Management LLC |
| Bank of America N.A. |
| Basso Capital Management LP |
| Bear Stearns & Co., Inc |
| Canadian Imperial Bank of Commerce |
| Carlyle Investment Management LLC |
| Carval Investors LLC |
| Chicago Fundamental Investment Partners LLC |
| CIT Group Incorporated |
| Citicorp North America Inc. |
| Citigroup Financial Products Inc. |
| Credit Suisse Asset Management |
| Credit Suisse Group AG |
| Cypresstree Investment Management Co Inc. |
| Davidson Kempner Capital Management LLC |
| Deutsche Bank AG |
| Duquesne Capital Management LLC |
| Eaton Vance Mgmt |
| Farallon Capital Management LLC |
| Fidelity Investment/Fidelity Mutual Fund Comp |
| Fidelity Investments |
| Franklin Templeton Inv Mgmt Ltd |
| GE Asset Management Inc. |
| General Electric Capital Corporation |
| Goldentree Asset Management LP |
| Goldman Sachs Asset Management LP |
| Goldman Sachs Group Inc. |
| Gulf Stream Asset Management LLC |
| Harbourmaster CLO 10 B V |
| Highland Capital Management LP |
| IKB Capital Corporation |
| ING Investment Management LLC |
| Invesco Inst NA Inc. |
| J.P. Morgan Chase Bank, N.A. |
| Kingsland Capital Management LLC |
| Lehman Brothers Holdings Inc. |
| Loews Corporation |

**EXHIBIT A**

| |
|---|
| Lyon Capital Management |
| Marathon Asset Management LLC |
| Massachusetts Financial Services Company |
| McDonnell Investment Management LLC |
| Merrill Lynch & Co. Inc. |
| Metropolitan Life Insurance Company |
| MJX Asset Management LLC |
| Morgan Stanley |
| MSD Capital LP |
| National City Corporation |
| Neuberger Berman LLC |
| New York Life Insurance Company |
| New York Life Investment Management |
| Oaktree Capital Management LP |
| Oppenheimer Funds Inc. |
| OZ Management LP |
| Pacific Investment Management Company |
| Pentwater Capital Management L P |
| Pioneer Investment Management Inc. |
| Plainfield Asset Management LLC |
| PPM America Incorporated |
| Primus Asset Management Inc. |
| Prudential Investment Management Inc |
| Putnam Investment Management LLC |
| R3 Capital Management LLC |
| Rabobank Int'l |
| Royal Bank of Scotland plc |
| Sandell Asset Management Corporation |
| Scotia Capital Inc. |
| SEIX Investment Advisors Incorporation |
| Societe Generale |
| Stichting Pensioenfonds ABP – Portfolio 1211 |
| Strategic Value Partners LLC |
| Sumitomo Mitsui Banking Corporation |
| Sunrise Partners Limited Partnership |
| Swiss Reinsurance Company Ltd. |
| Taconic Capital Advisors LLC |
| TCW Asset Management Co. |
| UBS AG |
| Varde Partners Inc. |
| Viking Global Performance LLC |
| Wachovia Bank National Association |
| Wells Fargo Foothill Inc. |
| West Gate Horizons Advisors LLC |
| WestLB AG |
| Wilmington Trust Company – Delaware |
| York Capital Management |
| **Counterparties to Hedging Agreement** |
| Barclays Capital |
| **Agents Under Credit Agreements** |
| BANC OF AMERICA SECURITIES LLC |
| Bank of America N.A. |
| BARCLAYS BANK PLC |
| Citicorp North America Inc. |
| CITIGROUP GLOBAL MARKETS, INC. |
| J.P. Morgan Chase Bank, N.A. |
| JPMorgan Securities, Inc. |
| Merrill Lynch Capital Corporation |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. |
| **Indenture Trustee** |
| Deutsche Bank National Trust Company |
| **Former Indenture Trustees** |
| Bank of New York |
| Citibank, N.A. |

# EXHIBIT A

| |
|---|
| Wells Fargo Bank, N.A. |
| Wilmington Trust Company |
| **Professionals Retained by Prepetition Lenders** |
| Davis Polk & Wardwell |
| FTI Consulting |
| Kramer Levin Naftalis & Frankel LLP |
| **Official Committee of Unsecured Creditors** |
| J.P. Morgan Chase Bank, N.A. |
| Warner Brothers Television |
| Merrill Lynch Capital Corporation |
| Deutsche Bank Trust Company Americas |
| Wilmington Trust Company |
| **Professionals Retained by Official Committee of Unsecured Creditors** |
| Chadbourne & Parke LLP |
| AlixPartners, LLP |
| **Professionals Retained by the Debtors Outside the Ordinary Course of Business** |
| Alvarez & Marsal North America LLC |
| Deloitte & Touche LLP |
| Ernst & Young |
| Jenner & Block LLP |
| Jones Day |
| Paul Hastings Janofsky & Walker LLP |
| PricewaterhouseCoopers LLP |
| Reed Smith LLP |
| Sidley Austin LLP |
| **Insurance Carriers** |
| Ace American Insurance Company |
| Executive Risk Indemnity Inc. (Chubb) |
| Federal Insurance Company (Chubb) |
| FM Global |
| The Hartford Insurance Group |
| Indian Harbor Insurance/ESC (XL) |
| Lexington Insurance Company |
| Lloyd's |
| St. Paul Fire & Marine Insurance Company (Travelers) |
| XL Insurance (Bermuda) Ltd. |
| Zurich American Insurance Company |
| **Debtors' Major Customers** |
| American Express Co |
| Anheuser Busch |
| AT&T |
| Bank of America |
| Cablevision |
| Carmax |
| Carnival Corp. |
| Citigroup |
| Comcast |
| Comcast Cable |
| Dell |
| Disney – Buena Vista |
| Domino's Pizza |
| Dunkin Donuts |
| Ford |
| Ford Dealer Associations |
| Ford Mazda Factory |
| GE – Vivendi Universal |
| General Mills |
| General Motors |
| Glaxo Smith Kline Beecham Welcome |
| GM General Motors Corp |
| Honda Factory |
| Johnson & Johnson |
| Kraft General Foods |
| McDonalds – McDonald's |

## EXHIBIT A

| |
|---|
| News America Publ'g FSI |
| Nissan Dealer Associations |
| Pepsi Pepsi Cola Various |
| Pfizer |
| Procter & Gamble – P&G |
| Progressive Insurance |
| Qwest Communications |
| Reckitt Benckiser |
| Sony Entertainment – Pictures – Columbia Tristar |
| Southwest Airlines |
| Subway |
| T-Mobile |
| T-Mobile/Voice Stream |
| Toyota Dealer Associations |
| Verizon Wireless |
| Wachovia Bank |
| Washington Mutual |
| Yum Brands – Kentucky Fried Chicken |
| Yum Brands – Pizza Hut |
| Yum Brands – Taco Bell |
| **Parties to Significant Litigation with the Debtors** |
| CBS Broadcasting Inc. |
| Gerard E. Schultz |
| James Allen |
| U.S. Bank National Association |
| **Debtors' Significant Landlords** |
| LIT Finance L.P. |
| Wells Fargo Bank, N.A. |
| **Entities Involved in Leveraged ESOP Tranasaction** |
| GOLDMAN SACHS & CO. |
| **Major Holders of Phones** |
| Citadel Investment Group LLC |
| **Counterparties to Recent Signficant Asset Dispositions** |
| HEARST CORPORATION |
| **Joint Venture Partners** |
| MICROSOFT CORPORATION |
| **Other** |
| EQUITY GROUP INVESTMENTS LLC |
| **Equity Method Investments** |
| CAREERBUILDER, LLC |
| **Counterparties to Formation Agreement** |
| Tribune Company |
| Tribune Sports Network Holdings, LLC |