# EXHIBIT A

**Satisfied Claims**

46429/0001-9001878v1

## TRIBUNE COMPANY, ET AL.

## FIFTH NOTICE OF SATISFACTION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | DUFFER, ROBERT<br>1407 W. SIGWALT ST.<br>ARLINGTON HTS, IL 60005 | 08-13153 | Chicago Tribune Newspapers, Inc. | 12/21/2009 | 6347 [1] | $300.00 | Paid via EFT 7701630973 on 09/06/2012. |
| 2 | FRANCISCO, ALLEN<br>C/O STAVER & GAINSBERG, P.C.<br>ATTN: JARED B. STAVER<br>120 W. MADISON ST.<br>CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 06/02/2009 | 3414 [2] | $350,000.00 | Satisfied pursuant to settlement agreement approved by order of the Bankruptcy Court entered on March 15, 2011. |
| 3 | R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | 08-13246 | Valumail, Inc. | 01/21/2009 | 363 | $1,000.00 | Paid via check numbers 2424190 and 2769615 on 3/6/2009 and 6/28/2012, respectively. |
| 4 | SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | 08-13141 | Tribune Company | 04/20/2009 | 1122 | $123.02 | The liability was paid via direct deposit on 11/4/2009. |
| | | | | | TOTAL | $351,423.02 | |

---

[1] Claim 6347 was Allowed on December 08, 2011, as reflected herein, by the Order Sustaining Debtors' Forty-Ninth Omnibus (Substantive) Objection to Claims (DI 10387).
[2] Claim 3414 was Allowed pursuant to settlement agreement approved by order of the Bankruptcy Court entered on March 15, 2011.