# EXHIBIT A

**Satisfied Workers' Compensation Claims**

TRIBUNE COMPANY, ET AL.

SIXTH NOTICE OF SATISFACTION – WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED FACE AMOUNT OF CLAIM | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | ARREGUIN, MARIA C/O BARRY SILVER 707 SKOKIE BOULEVARD, SUITE 100 NORTHBROOK, IL 60062 | 08-13227 | Tribune Direct Marketing, Inc. | 06/15/2009 | 5708 | $120,000.00* | Settlement approved by Illinois Workers' Compensation Commission on 05/22/2012. |
| 2 | CLAY, MICHAEL R 1114B S DES PLAINES FOREST PARK, IL 60130 | 08-13252 | WGN Continental Broadcasting Company | 06/09/2009 | 4200 | $125,000.00 | Settlement approved by Illinois Workers' Compensation Commission on 03/26/2012. |
| 3 | KRAWCZYK, STEVE C/O ROSS TYRRELL 111 W. WASHINGTON STREET, SUITE 1120 CHICAGO, IL 60602 | 08-13152 | Chicago Tribune Company | 04/27/2009 | 1878 | Undetermined* | Settlement approved by Illinois Workers' Compensation Commission on 10/28/2011. |
| 4 | MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | 08-13211 | The Hartford Courant Company | 04/20/2009 | 1049 | Undetermined* | Approved by State of Connecticut Workers' Compensation Commission on 05/08/2012. |
| 5 | NIEVES, ANTHONY C/O LEYVA & NIGHT 2632 W BEVERLY BLVD MONTEBELLO, CA 90640 | 08-13185 | Los Angeles Times Communications LLC | 05/04/2009 | 2348 | $50,000.00* | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 02/01/2011. |
| | | | | | TOTAL | $295,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts