# EXHIBIT A

**Partially-Satisfied Claims**

# TRIBUNE COMPANY, ET AL.

## SEVENTH NOTICE OF PARTIALLY SATISFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTON BAUER, INC. 14 PROGRESS AVE SHELTON, CT 06484 | 4118 [1] | 06/09/2009 | Tribune Television Company | Unsecured | $8,184.80 | $556.05 | Paid via check number 7700864710 on 1/26/2012. |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: ADSTAR INC ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 152000900 | 04/10/2009 | Chicago Tribune Company | Unsecured | $19,137.48 | $1,137.48 | Paid via check number 7700970457 on 07/07/2009. |
| 3 | CANON - DECEMBER USAGE ONE CANON PLAZA NATIONAL ACCOUNT DIVISION LAKE SUCCESS, NY 11042 | 212007590 | 04/10/2009 | The Morning Call, Inc. | Unsecured | $535.43 | $136.85 | Paid via check numbers 7700908505, 7700916996, 7700918071 and 7700915767 on 03/31/2009, 4/13/2009, 4/14/2009 and 04/09/2009, respectively. |
| 4 | CITY OF CHICAGO DEPT OF REVENUE 8108 INNOVATION WAY CHICAGO, IL 60682-0081 | 152013540 | 04/10/2009 | Chicago Tribune Company | Unsecured | $6,561.00 | $1,296.00 | Paid via check numbers 0002560137, 0002547404 on 03/18/2010 and 02/08/2012, respectively. |

---

[1] Claim 4118 was Allowed on August 19, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-Forth Omnibus (Substantive) Objection to Claims (DI 5435).

## TRIBUNE COMPANY, ET AL.

## SEVENTH NOTICE OF PARTIALLY SATISFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|---|
| 5 | CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 4148 | 06/09/2009 | Tribune Television Company | Priority | $12,186,525.00 | $12,180,000.00 | Sales and Use tax paid via check number 2771841 on 7/12/12 and electronically via confirmation numbers 12W1111359001 and 12W1111361001 on 6/12/12.  2008 Business Entity Tax paid via check number 2433495 on 3/30/09. |
| 6 | COOKE, LIZ 23 CONNECTICUT AVE GREENWICH, CT 06830 | 141003520 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution.  Difference is federal withholding taxes already remitted to IRS. |
| 7 | ESTATE OF JACQUELYN CENACVEIRA PO BOX 90764 PASADENA, CA 91109 | 141005070 | 04/10/2009 | Tribune Company | Unsecured | $3,405.00 | $2,451.60 | Claim reduced to claimants portion of distribution.  Difference is federal withholding taxes already remitted to IRS. |
| 8 | ESTATE OF JAMES QUEENING 38 HOUSTON TERRACE STAMFORD, CT 06902 | 141005080 | 04/10/2009 | Tribune Company | Unsecured | $5,567.50 | $4,008.60 | Claim reduced to claimants portion of distribution.  Difference is federal withholding taxes already remitted to IRS. |
| 9 | ESTATE OF RALPH LEON REDMOND 6841 FIRMANENT AVE VAN NUYS, CA 91406 | 141005090 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution.  Difference is federal withholding taxes already remitted to IRS. |

## TRIBUNE COMPANY, ET AL.

## SEVENTH NOTICE OF PARTIALLY SATISFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|---|
| 10 | ESTATE OF REFUGIO CARILLO 10050 VALLEY BLVD APT 28 EL MONTE, CA 91731 | 141005100 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution. Difference is federal withholding taxes already remitted to IRS. |
| 11 | ESTATE OF SHIRLEY A BASSETT 5 MAPLE RD AMITYVILLE, NY 11701 | 141005110 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution. Difference is federal withholding taxes already remitted to IRS. |
| 12 | ESTATE OF VAN ALDEN FERGUSON 73 LAKEWOOD RD SOUTH GLASTONBURY, CT 06074 | 141005120 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution. Difference is federal withholding taxes already remitted to IRS. |
| 13 | FEDEX PO BOX 660481 DALLAS, TX 75266-0481 | 148000700 | 04/10/2009 | Channel 39, Inc. | Unsecured | $2,900.64 | $926.35 | Paid via check number 7700912702 on 04/07/2009. |
| 14 | IKON FINANCIAL SERVICES PO BOX 13708 MACON, GA 31208-3708 | 209025360 | 04/10/2009 | The Baltimore Sun Company | Unsecured | $479.78 | $19.74 | Paid via EFT 0002459212 on 06/03/2009. |
| 15 | SCHIPPERS, JERRY 1132 WEST PATTERSON CHICAGO, IL 60613 | 496010170 | 05/13/2010 | Tribune CNLBC, LLC | Unsecured | $158.28 | $19.74 | Paid via check number 1161769 on 01/15/2010. |
| 16 | SKYTEL PO BOX 70849 CHARLOTTE, NC 28272-0849 | 254002610 | 04/10/2009 | WPIX, Inc. | Unsecured | $654.26 | $293.29 | Paid via check number 7700939613 on 05/18/2009. |

TRIBUNE COMPANY, ET AL.

SEVENTH NOTICE OF PARTIALLY SATISFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|---|
| 17 | STATE BOARD OF EQUALIZATION ENVIRONMENTAL FEE DIVISION PO BOX 942879 SACRAMENTO, CA 94279-6023 | 185146940 | 04/10/2009 | Los Angeles Times Communications LLC | Unsecured | $12,908.00 | $12,061.57 | Paid via EFT 0002467888 on 06/29/2009. |
| 18 | USA TODAY PO BOX 79874 BALTIMORE, MD 21279-0874 | 165001780 | 04/10/2009 | forsalebyowner.com corp. | Unsecured | $4,000.00 | $2,451.61 | Paid via check number 7700929693 on 4/30/2009. |
| 19 | WIEMER, DORIS 28 LIBERTY ST HUNTINGTON STATION, NY 11746 | 141017060 | 04/10/2009 | Tribune Company | Unsecured | $8,972.50 | $6,460.20 | Claim reduced to claimants portion of distribution. Difference is federal withholding taxes already remitted to IRS. |
| | | | | | TOTAL | $ 12,304,852.17 | $12,244,182.49 | |

Page 4 of 4