**Georgia Department of Revenue**
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488  Fax: (404) 417-2484

Peter Donnelly, Director of Compliance                    Douglas J. MacGinnitie, State Revenue Commissioner


COPY

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5069
NEW YORK NY  10150-5069

Letter ID:        L0390087840
Issued Date:      14-NOV-2012

Re:   CHICAGO TRIBUNE NEWSPAPERS INC
      08-13153
      DIST OF DELAWARE
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 998, in the amount of $19,887.00 regarding the above referenced matter.

Sincerely,

*Daphne Hughes*
Daphne Hughes
Authorized Representative
Georgia Department of Revenue