# Exhibit A



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 14, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286276
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2012.

| | | |
|---|---|---|
| By Graeme W. Bush<br>0.50 hours at $875.00 per hour | $ | 437.50 |
| By James Sottile<br>20.10 hours at $790.00 per hour | $ | 15,879.00 |
| By Andrew N. Goldfarb<br>63.50 hours at $640.00 per hour | $ | 40,640.00 |
| By P. Andrew Torrez<br>11.20 hours at $610.00 per hour | $ | 6,832.00 |
| By Andrew Caridas<br>5.10 hours at $375.00 per hour | $ | 1,912.50 |
| By Kimberly Gainey<br>81.20 hours at $315.00 per hour | $ | 25,578.00 |
| By Sepaass Shahidi<br>94.60 hours at $290.00 per hour | $ | 27,434.00 |
| By Lisa Gehlbach<br>33.50 hours at $280.00 per hour | $ | 9,380.00 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

November 14, 2012                                                    Page 2

By Ashley C. Voss
   33.40 hours at $225.00 per hour                    $      7,515.00

By Afton B. Hodge
   72.80 hours at $220.00 per hour                    $     16,016.00
                                                                   ───────────

       TOTAL FEES                            $    151,624.00

       TOTAL EXPENSES                        $          0.00

       TOTAL FEES AND EXPENSES THIS PERIOD   $    151,624.00

November 14, 2012                                                          Page 4

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0001

James Sottile

| 09/03/12 | 0.50 | Review and edit DCL opposition to Aurelius motion for emergency stay in Third Circuit. |
| 09/04/12 | 0.30 | Call with A. Rosenblatt (Chadbourne) re Litigation Trust mechanics and items to be done at or before Effective Date. |
| 09/04/12 | 1.20 | Review and edit opposition to Aurelius emergency stay motion in Third Circuit. |
| 09/04/12 | 1.40 | Further revisions to opposition to Zell Rule 11 motion. |
| 09/06/12 | 0.50 | Extensive e-mail correspondence with DCL counsel re appeal scheduling and stay issues and review draft letter to Third Circuit re Aurelius stay filing. |
| 09/06/12 | 0.30 | Participate in call with DCL counsel re appeal briefing issues. |
| 09/06/12 | 0.20 | Review draft Committee memorandum re motion on Examiner record retention. |
| 09/06/12 | 1.20 | Further work reviewing documents to be shared with Litigation Trustee. |
| 09/07/12 | 0.40 | Review Master Case Order 3. |
| 09/19/12 | 0.20 | Call with D. Zensky (Akin) re issues on Depository Order and Litigation Trustee and next steps in MDL. |
| 09/19/12 | 0.30 | Call with J. Bendernagel (Sidley) re appeal issues. |
| 09/24/12 | 0.30 | Review and comment on draft settlement offer re MDL litigation. |
| 09/25/12 | 4.00 | Edit opposition to Aurelius appeal brief. |
| 09/25/12 | 0.70 | Participate in call with DCL counsel re opposition to Aurelius and other appellate briefs. |
| 09/25/12 | 1.60 | Legal and factual research re issues on opposition to Aurelius appeal from confirmation. |
| 09/27/12 | 3.70 | Review and edit DCL appeal brief re Noteholder appeals from confirmation. |
| 09/27/12 | 0.50 | Call with DCL counsel re appeal brief re Noteholder confirmation appeals. |

| 09/27/12 | 0.30 | Review revised draft of settlement offer to be made to MDL shareholder defendants and related documents. |
| 09/27/12 | 0.30 | Call with D. Zensky (Akin) and R. Lack (Friedman Kaplan), D. Gropper (Aurelius), J. Teitelbaum (Teitelbaum & Baskin) and A. Goldfarb re issues on settlement offer to be made to MDL shareholder defendants. |
| 09/28/12 | 1.20 | Review and edit latest version of opposition to Aurelius appeal from confirmation order. |
| 09/28/12 | 0.50 | Review draft stipulation re Morgan Stanley claims and set-off and relevant Plan provisions re same. |
| 09/28/12 | 0.50 | Review and comment on revised versions of documents re settlement offer to MDL shareholder defendants and comments re same. |

P. Andrew Torrez

| 09/03/12 | 0.80 | Review Aurelius emergency motion for stay. |
| 09/04/12 | 0.90 | Review draft opposition to Rule 11 motion filed by Zell parties. |
| 09/05/12 | 0.80 | Review draft DCL Plan Proponents' opposition to Aurelius' motion for stay. |
| 09/06/12 | 0.70 | Review Wilmington Trust's Counter-Designation of Record and statement of issues. |
| 09/07/12 | 0.50 | Review draft DCL Plan Proponents' Motion regarding Wilmington Trust's interlocutory appeal. |
| 09/07/12 | 0.90 | Review Aurelius reply brief in support of emergency stay motion. |
| 09/07/12 | 0.50 | Review response letter to Third Circuit by DCL Plan Proponents regarding Aurelius Reply. |
| 09/11/12 | 1.00 | Review appellate briefs filed by: (a) Aurelius; (b) Wilmington Trust; and (c) Law Debenture and Deutsche Bank. |
| 09/11/12 | 0.30 | Review reply brief filed by Law Debenture and Deutsche Bank regarding motion to modify bankruptcy court's stay order. |
| 09/26/12 | 0.70 | Review EGI-TRB opening brief. |
| 09/27/12 | 1.20 | Review memorandum regarding proposed settlement offer to shareholder defendants. |
| 09/28/12 | 2.90 | Review draft DCL Consolidated Appellate Brief. |

Andrew N. Goldfarb

| | | |
|---|---|---|
| 09/03/12 | 2.00 | Review documents selected for transfer to Litigation Trustee by review team. |
| 09/04/12 | 0.30 | Draft and revise stipulations of voluntary dismissal for 3 FitzSimons parties. |
| 09/04/12 | 0.10 | Call to J. Pauley's chambers re Zell Rule 11 motion briefing schedule. |
| 09/04/12 | 1.10 | Draft and revise Rule 11 opposition brief, including per M. Ashley (C&P) comments. |
| 09/04/12 | 0.30 | Emails with R. Cobb, D. Rath (LRC) and J. Sottile re proposed Rule 11 opposition brief changes. |
| 09/04/12 | 0.20 | Call with J. Goldsmith (Akin) re opposition to Zell Rule 11 motion and other issues. |
| 09/04/12 | 0.20 | Emails with R. Butcher (LRC) re proposed voluntary dismissal of FitzSimons defendants. |
| 09/04/12 | 0.10 | Call with A. Vail (Jenner) re Rule 11 briefing schedule. |
| 09/04/12 | 0.20 | Email proposed stipulations of dismissal to E. Virga (Milbank) for FMR and Geode. |
| 09/04/12 | 0.40 | Draft posting note and send with draft Rule 11 opposition brief to C&P (M. DiStefano) for posting for Committee. |
| 09/04/12 | 0.20 | Confer with A. Caridas re review of materials for transfer to Litigation Trustee. |
| 09/04/12 | 0.20 | Call with representative of Stockholm-based FitzSimons defendant re status, including review of records re same. |
| 09/04/12 | 0.20 | Review draft papers re dismissal of action against Dekan party in FitzSimons. |
| 09/04/12 | 0.20 | Confer with J. Sottile re opposition to Zell Rule 11 motion. |
| 09/04/12 | 0.30 | Email update on status of FitzSimons projects to J. Sottile. |
| 09/05/12 | 0.30 | Call with A. Smith (New Life Int'l) re status as defendant in FitzSimons. |
| 09/05/12 | 0.10 | Call with J. Sottile re briefing schedule on Zell Rule 11 Motion. |
| 09/05/12 | 0.30 | Draft and revise posting note for Committee re update in Rule 11 motion briefing. |
| 09/05/12 | 0.20 | Email MDL liaison counsel re information re MCO3 issuance timing. |

| 09/05/12 | 0.20 | Coordinate Litigation Trustee document transfer review project. |
|---|---|---|
| 09/05/12 | 2.50 | Review documents in second round check for Litigation Trustee transfer review. |
| 09/05/12 | 0.50 | Call with M. Ashley and K. Zafran (C&P) re Relativity database transfer. |
| 09/05/12 | 0.30 | Call with M. Ashley (C&P) re Relativity database. |
| 09/05/12 | 0.10 | Review Litigation Trustee document transfer agreement. |
| 09/06/12 | 0.20 | Call with C. Lynch (Reed Smith) re Santa Barbara County Employees Pension Fund status in FitzSimons. |
| 09/06/12 | 0.20 | Call with G. Eizenberg (Greenberg Traurig) re status of client in FitzSimons. |
| 09/06/12 | 0.10 | Respond to email from J. Harris re status as defendant in FitzSimons. |
| 09/06/12 | 0.40 | Draft note to Committee re modification of appearance in connection with Standard Chartered Bank in lender action. |
| 09/06/12 | 0.50 | Prepare notice of modification of appearance re Standard Chartered Bank in lender action, including emails with J. Green (SVG) re same. |
| 09/06/12 | 0.10 | Call with A. Smith (New Life) re status in FitzSimons. |
| 09/06/12 | 0.20 | Follow up with J. Menard (Preti Flaherty) re obligations of Charter Trust under agreement re production of info in FitzSimons. |
| 09/06/12 | 0.10 | Call with S. Plater (Trust Co. of West) re lender action status. |
| 09/06/12 | 0.10 | Email to J. Green (SVG) re Standard Chartered Bank representation. |
| 09/06/12 | 0.10 | Email J. Green (LRC) re service on Charter Trust in FitzSimons. |
| 09/06/12 | 0.20 | Email D. Rath and J. Green (LRC) re proposed Dekan settlement issues re FitzSimons. |
| 09/06/12 | 0.20 | Review materials from Univ. of Minn. re Tribune trading in connection with request re dismissal, and email LRC re same. |
| 09/06/12 | 0.30 | Email to J. Sottile re status of Tribune document review for transfer to Litigation Trustee and other Tribune projects. |
| 09/07/12 | 0.20 | Review MCO3. |
| 09/07/12 | 0.10 | Emails with LRC and J. Sottile re MCO3. |

| | | |
|---|---|---|
| 09/07/12 | 0.40 | Draft note for Committee re MCO3 and impact on Zell Rule 11 motion. |
| 09/07/12 | 1.30 | Review Baliban documents for Litigation Trustee transfer, including attention to processing same. |
| 09/07/12 | 0.20 | Review and finalize materials re Standard Chartered Bank to J. Green (SVG) for filing. |
| 09/07/12 | 0.10 | Email to J. Green (LRC) re BNP Paribas entity status in FitzSimons. |
| 09/07/12 | 0.20 | Emails with K. Zafran and M. Ashley (LRC) re Litigation Trustee document transfer. |
| 09/10/12 | 0.10 | Call with R. Cobb (LRC) re preference action re JPMorgan. |
| 09/10/12 | 0.30 | Review spreadsheet of Noteholder MDL action defendants. |
| 09/10/12 | 0.20 | Email to C. Doniak and J. Goldsmith (Akin) and R. Lack (Friedman Kaplan) re G. Moss, FitzSimons defendant. |
| 09/10/12 | 0.20 | Review MCO3 issued by MDL court. |
| 09/11/12 | 0.20 | Confer with D. Deutsch (C&P) re potential settlements in FitzSimons. |
| 09/11/12 | 0.10 | Call with J. Goldsmith (Akin) re potential settlements in FitzSimons. |
| 09/11/12 | 0.20 | Review Bankruptcy Court orders re settlement authority. |
| 09/11/12 | 0.30 | Email J. Sottile and LRC re settlement opportunities and options. |
| 09/11/12 | 0.10 | Email J. Goldsmith (Akin) re Committee position on settlement with Dekan. |
| 09/11/12 | 1.60 | Review documents for potential transfer to Litigation Trustee. |
| 09/11/12 | 0.20 | Email J. Rosenstrock (Direct Edge) responding to questions about FitzSimons. |
| 09/11/12 | 0.20 | Call with J. Rosenstrock (Direct Edge) re status in FitzSimons. |
| 09/11/12 | 0.40 | Email to K. Zafran (C&P) re Relativity database information in connection with Litigation Trustee agreement, including locating materials to send. |
| 09/11/12 | 0.30 | Review and revise draft stipulation of dismissal for conduits. |
| 09/11/12 | 0.10 | Review email from K. Zafran (C&P) re Relativity database. |
| 09/11/12 | 0.20 | Review order from California court about sovereign immunity. |

| | | |
|---|---|---|
| 09/12/12 | 1.90 | Draft memorandum to Committee re potential settlement with IMF Staff Plan, including review documents and prior memorandums re same. |
| 09/12/12 | 0.20 | Coordinate review of documents for transfer to Litigation Trustee. |
| 09/12/12 | 0.30 | Call with J. Green (LRC) re MCO3 and service issues for Committee in FitzSimons. |
| 09/13/12 | 2.00 | Review Concordance database documents to quality-check production to Litigation Trustee. |
| 09/13/12 | 0.30 | Confer with R. Cobb (LRC) re draft IMF settlement memorandum to Committee. |
| 09/13/12 | 0.30 | Email to D. Rath and R. Cobb (LRC) and J. Sottile re settlement issues with respect to IMF. |
| 09/13/12 | 0.40 | Coordinate review for transfer of materials to Litigation Trustee, including emails with A. Voss and K. Gainey. |
| 09/13/12 | 0.10 | Review K. Zafran (C&P) email about status of Relativity database in connection with transfer to Litigation Trustee. |
| 09/13/12 | 0.20 | Email J. Green (LRC) re interplay between confidentiality agreements and protective order in FitzSimons. |
| 09/14/12 | 1.70 | Review Concordance database documents to quality-check Litigation Trustee transfer review project. |
| 09/14/12 | 0.10 | Call with A. Voss re database review preparation for Litigation Trustee transfer project. |
| 09/14/12 | 0.30 | Review DMS database and assign review thereof in connection with Litigation Trust document transfer. |
| 09/14/12 | 0.40 | Call with K. Zafran (C&P) re Relativity database and transfer to Litigation Trustee, including preparation for same. |
| 09/14/12 | 0.10 | Review K. Zafran (C&P) email re proposal on how to proceed with Relativity database. |
| 09/14/12 | 0.20 | Email to J. Sottile re Relativity database transfer to Litigation Trustee. |
| 09/14/12 | 0.20 | Coordinate review of materials for transfer per agreement with Litigation Trustee, including responding to reviewer questions and making assignments. |
| 09/14/12 | 0.20 | Email to D. Deutsch (C&P) re potential settlement with IMF entity in FitzSimons. |

November 14, 2012                                                                                     Page 10

| 09/14/12 | 0.10 | Email R. Cobb (LRC) re Committee position on Dekan settlement. |
| 09/14/12 | 0.30 | Review FitzSimons service and defendant party spreadsheets. |
| 09/14/12 | 0.20 | Review order modifying document depository order and email J. Green (LRC) re same. |
| 09/16/12 | 2.70 | Review and tag documents marked for transfer to Litigation Trustee in second round review. |
| 09/17/12 | 1.00 | For post Oct. 2010 documents, review and tag documents marked for transfer to Litigation Trustee in second round quality review. |
| 09/17/12 | 0.30 | Review materials related to SuttonBrook party in FitzSimons per J. Green (LRC) email. |
| 09/17/12 | 0.10 | Email to J. Green (LRC) and J. Sottile re SuttonBrook party's status in FitzSimons. |
| 09/17/12 | 0.20 | Emails with Sidley (J. Bendernagel, T. Ross) re transfer of depository materials to Litigation Trustee. |
| 09/18/12 | 0.40 | Respond to calls and emails from counsel for BASF and a pro se defendant re FitzSimons. |
| 09/18/12 | 1.50 | Research JPM-related and other defendants in FitzSimons for service. |
| 09/18/12 | 0.10 | Email to M. Miller (DPW) re JPM defendants in FitzSimons. |
| 09/18/12 | 0.20 | Review papers on FitzSimons defendant contending he was not recipient of LBO proceeds. |
| 09/18/12 | 0.40 | Call with B. Burka (Sun Creative) re defendant status in FitzSimons. |
| 09/18/12 | 1.50 | Review and organize database for Zuckerman reviewers in connection with Litigation Trustee transfer. |
| 09/18/12 | 0.30 | Emails with Zuckerman document review team re review project for Litigation Trustee. |
| 09/18/12 | 0.10 | Review letter from counsel for Mizuho Bank. |
| 09/18/12 | 0.20 | Prepare summons and rider for additional FitzSimons defendants to be served by Zuckerman Spaeder. |
| 09/18/12 | 0.20 | Review revised summons rider and respond to J. Green (LRC) re same. |
| 09/19/12 | 0.30 | Response to J. Green (LRC) email re voluntarily dismissed defendants in FitzSimons. |

| | | |
|---|---|---|
| 09/19/12 | 0.30 | Call with R. Gross (atty for API) re status of FitzSimons case and API as defendant. |
| 09/19/12 | 0.30 | Review spreadsheet of FitzSimons defendants. |
| 09/20/12 | 1.50 | Review documents in connection with transfer to Litigation Trustee. |
| 09/20/12 | 1.30 | Review and analyze Litigation Trustee agreement, protective order, depository modification order. |
| 09/20/12 | 0.30 | Email to J. Sottile re Litigation Trustee transfer agreement and depository modification amendment. |
| 09/20/12 | 0.50 | Review and revise proposed settlement terms agreement and offer memorandum from Akin, send same to LRC and J. Sottile. |
| 09/20/12 | 0.10 | Review J. Green (LRC) email re parties for potential dismissal. |
| 09/21/12 | 0.50 | Confer with J. Sottile re various Tribune projects re transfer of materials to Litigation Trustee. |
| 09/21/12 | 0.40 | Confer with M. McGuire (LRC) re document depository modification order. |
| 09/21/12 | 0.10 | Call with D. Rath (LRC) re document depository modification order issues. |
| 09/21/12 | 0.20 | Review tolling agreements with PwC and Cahill. |
| 09/21/12 | 0.10 | Review J. Green (LRC) email re dissolved Trustee defendant in FitzSimons. |
| 09/21/12 | 0.20 | Respond to calls from FitzSimons defendants about case status. |
| 09/21/12 | 0.10 | Review J. Green (LRC) email to FitzSimons defendant re stipulation for dismissal without prejudice. |
| 09/24/12 | 0.20 | Confer with J. Sottile re proposed settlement offer to shareholder defendants. |
| 09/24/12 | 2.40 | Draft and revise memorandum to Committee re joint settlement offer documents. |
| 09/24/12 | 0.20 | Revise agreement among MDL plaintiffs re settlement proceeds allocation. |
| 09/24/12 | 0.20 | Email redline of proceeds allocation agreement and draft settlement offer memorandum to MDL plaintiffs counsel (Akin, Friedman Kaplan, Jay Teitelbaum, LRC). |

| | | |
|---|---|---|
| 09/24/12 | 0.30 | Email draft memorandum to Committee with shareholder offer documents and proposed posting noted to C&P, LRC, and J. Sottile. |
| 09/24/12 | 0.30 | Email D. LeMay, M. Ashley, and D. Deutsch (Chadbourne) and D. Rath and R. Cobb (LRC) and J. Sottile re settlement offer documents. |
| 09/24/12 | 1.00 | Review documents marked for transfer to Litigation Trustee. |
| 09/24/12 | 0.20 | Call with D. Viola (counsel to FitzSimons defendant) re status of case and service. |
| 09/25/12 | 0.20 | Call with T. Gilroy (Shearman & Sterling) re Galleon Management's status as defendant in FitzSimons. |
| 09/25/12 | 0.30 | Confer with J. Sottile via phone and email re administration of proposed settlement offer and notice to Committee. |
| 09/25/12 | 0.50 | Draft posting note for Committee re administration costs of proposed MDL plaintiffs' settlement offer, email same to C&P, LRC, and J. Sottile. |
| 09/25/12 | 0.30 | Revise and finalize for posting memorandum to Committee re MDL plaintiffs' proposed joint settlement offer. |
| 09/25/12 | 0.30 | Review KCC proposal for administration of MDL settlements. |
| 09/25/12 | 0.10 | Email MCO3 in response to voicemail from J. McDermott, counsel to FitzSimons defendant. |
| 09/25/12 | 0.40 | Review revised draft settlement offer documents received from D. Zensky (Akin). |
| 09/25/12 | 0.20 | Call with J. Padilla (counsel for Beaumont Fireman's Fund) re status of FitzSimons and defendant. |
| 09/25/12 | 1.70 | Review Concordance databases in connection with Litigation Transfer review. |
| 09/25/12 | 0.10 | Email R. Cobb (LRC) response to query re Committee processes in connection with draft proposed settlement offer. |
| 09/26/12 | 2.00 | Review documents marked for transfer for Litigation Trustee for secondary quality review. |
| 09/26/12 | 0.20 | Review emails re proposed communications to Committee re settlement administrator for MDL plaintiff's settlement offer. |
| 09/27/12 | 0.10 | Confer with J. Sottile re settlement offer administration strategy. |
| 09/27/12 | 0.10 | Call with J. Goldsmith (Akin) re Dekan. |

| 09/27/12 | 0.10 | Emails with J. Goldsmith re proposed joint settlement offer to IMF defendant in FitzSimons. |
| 09/27/12 | 0.20 | Review and prepare Committee portion/signature page of Dekan dismissal notice in FitzSimons. |
| 09/27/12 | 0.10 | Email to J. Green (LRC) re Galleon Management status in FitzSimons. |
| 09/27/12 | 0.20 | Review materials relating to Galleon Management trading in connection with potential dismissal without prejudice from FitzSimons. |
| 09/27/12 | 0.20 | Email MDL plaintiffs' counsel re Committee view of KCC contractual language. |
| 09/27/12 | 0.30 | Confer via email with R. Cobb (LRC) and J. Sottile re settlement administrator contract language. |
| 09/27/12 | 0.30 | Review KCC contract terms for settlement administration. |
| 09/27/12 | 0.40 | Review and research Section 1103 of Bankruptcy Code. |
| 09/27/12 | 1.00 | Prepare summons and rider papers for service of additional FitzSimons shareholder defendants. |
| 09/27/12 | 0.50 | Call with MDL plaintiffs' counsel (Akin, Friedman Kaplan, Teitelbaum) re joint settlement offer. |
| 09/27/12 | 0.10 | Email re Dekan settlement offer to D. Rath, R. Cobb (LRC) and J. Sottile. |
| 09/28/12 | 0.20 | Emails to LRC re email service of settlement offer on MDL defendants. |
| 09/28/12 | 0.60 | Research and edits addresses for service on additional FitzSimons defendants. |
| 09/28/12 | 0.20 | Review latest draft of settlement communication papers for MDL defendants. |
| 09/28/12 | 0.20 | Email to MDL plaintiffs' counsel re proposed edits to draft settlement communication document. |
| 09/28/12 | 0.40 | Email to D. Zensky (Akin) regarding modifications to depository order modification order, including review of relevant orders. |
| 09/28/12 | 0.20 | Email J. Sottile re call with M. McGuire (LRC) re amending depository order modification order. |
| 09/28/12 | 0.30 | Call with M. McGuire (LRC) re supplemental motion to amend depository order per Litigation Trustee agreement. |

| | | |
|---|---|---|
| 09/28/12 | 0.20 | Email to J. Green and R. Butcher (LRC) re status of Credit Suisse and Pequot parties in FitzSimons. |
| 09/28/12 | 0.20 | Review Credit Suisse Securities (USA) LLC status in FitzSimons. |
| 09/28/12 | 0.10 | Email to E. Virga (Milbank) re status of several Milbank clients in FitzSimons. |
| 09/28/12 | 0.20 | Review revised draft MDL settlement papers and email J. Goldsmith (Akin) edit re same. |
| 09/28/12 | 0.10 | Email B. Lack (Friedman Kaplan) re service question re R. Moy (FitzSimons defendant). |
| 09/28/12 | 0.10 | Email response to B. Choslovsky (counsel to FitzSimons defendant) re status of dollar threshold for named defendants. |
| 09/29/12 | 0.10 | Calls with J. Goldsmith (Akin) re service of settlement offer. |
| 09/29/12 | 0.20 | Emails with Akin, LRC, and J. Sottile re Committee's service of settlement offer to FitzSimons Shareholder defendants. |
| 09/30/12 | 0.20 | Response to M. Miller (DPW) email about JPM entities' status in FitzSimons. |

**Graeme W. Bush**

| | | |
|---|---|---|
| 09/04/12 | 0.30 | Review Aurelius appeal papers. |
| 09/07/12 | 0.20 | Review e-mails and order regarding case management and Rule 11. |

**Andrew Caridas**

| | | |
|---|---|---|
| 09/01/12 | 2.30 | Continue spot-check of reviewed documents for transfer to Litigation Trustee. |
| 09/02/12 | 1.80 | Continue spot-check of reviewed documents for transfer to Litigation Trustee. |
| 09/04/12 | 0.40 | Discuss transfer review quality check with A. Goldfarb. |
| 09/04/12 | 0.60 | Respond to multiple defendant inquiries regarding FitzSimons case status. |

**Kimberly Gainey**

| | | |
|---|---|---|
| 09/05/12 | 4.90 | Document review for transfer of material to Litigation Trustee. |
| 09/06/12 | 2.20 | Document review for transfer of materials to Litigation Trustee. |

| 09/07/12 | 4.50 | Document review for transfer of material to Litigation Trustee. |
|---|---|---|
| 09/10/12 | 7.80 | Document review for transfer of materials to Litigation Trustee. |
| 09/11/12 | 9.20 | Document review for transfer of materials to Litigation Trustee. |
| 09/13/12 | 1.10 | Document review for transfer of materials to Litigation Trustee. |
| 09/14/12 | 6.60 | Document review for transfer of materials to Litigation Trustee. |
| 09/17/12 | 8.60 | Document review for transfer of materials to Litigation Trustee. |
| 09/18/12 | 6.10 | Document review for transfer of materials to Litigation Trustee. |
| 09/19/12 | 8.10 | Document review for transfer of material to Litigation Trustee. |
| 09/20/12 | 8.30 | Document review for transfer of materials to Litigation Trustee. |
| 09/21/12 | 7.70 | Document review for transfer of materials to Litigation Trustee. |
| 09/23/12 | 2.20 | Document review for transfer of materials to Litigation Trustee. |
| 09/24/12 | 3.90 | Document review for transfer of materials to Litigation Trustee. |

Sepaass Shahidi

| 09/01/12 | 8.30 | Document review for the transfer of material to the Litigation Trustee. |
|---|---|---|
| 09/02/12 | 5.40 | Document review for the transfer of material to the Litigation Trustee. |
| 09/03/12 | 3.40 | Document review for the transfer of material to the Litigation Trustee. |
| 09/04/12 | 2.40 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/05/12 | 3.20 | Document review for the transfer of material to the Litigation Trustee. |

| 09/06/12 | 1.90 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/08/12 | 2.50 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/09/12 | 4.60 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/10/12 | 4.80 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/11/12 | 5.30 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/16/12 | 7.20 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/17/12 | 6.80 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/18/12 | 3.50 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/19/12 | 4.70 | Document review for the transfer of material to the Litigation Trustee. |
| 09/20/12 | 3.80 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/21/12 | 4.60 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/22/12 | 9.30 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/23/12 | 10.60 | Document review for the transfer of materials to the Litigation Trustee. |
| 09/24/12 | 2.30 | Document review for the transfer of materials to the Litigation Trustee. |

Ashley C. Voss

| 09/06/12 | 2.30 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Tr ustee. |
| 09/07/12 | 2.60 | Run data and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/12/12 | 0.20 | Discuss database organization and status with A. Goldfarb. |

| | | |
|---|---|---|
| 09/12/12 | 1.70 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/13/12 | 3.60 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee to prepare report of documents pulled from DMS folders and, prepare tag groups in concordance document database. |
| 09/14/12 | 0.10 | Discuss specifications for additional searches with A. Goldfarb. |
| 09/14/12 | 1.60 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/17/12 | 2.10 | Load search results into a Concordance document database for attorney online review. |
| 09/17/12 | 2.00 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/19/12 | 1.20 | Modify Excel attachments in Concordance database for attorney review. |
| 09/21/12 | 2.70 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/25/12 | 2.80 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/26/12 | 2.20 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/27/12 | 1.20 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/28/12 | 1.20 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |
| 09/29/12 | 3.70 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |

| 09/30/12 | 1.10 | Load search results into a Concordance document database for attorney online review. |
| 09/30/12 | 1.10 | Run date and search term filters on extracted emails in preparation for document review for transfer to Litigation Trustee. |

**Lisa Gehlbach**

| 09/04/12 | 2.30 | Document review for transfer of materials to Litigation Trustee. |
| 09/05/12 | 6.20 | Document review for transfer of materials to Litigation Trustee. |
| 09/06/12 | 1.50 | Document review for transfer of materials to Litigation Trustee. |
| 09/07/12 | 3.00 | Document review for transfer of materials to Litigation Trustee. |
| 09/10/12 | 0.30 | Document review for transfer of materials to Litigation Trustee. |
| 09/13/12 | 0.60 | Document review for transfer of materials to Litigation Trustee. |
| 09/14/12 | 1.50 | Document review for transfer of materials to Litigation Trustee. |
| 09/18/12 | 1.80 | Document review for transfer of materials to Litigation Trustee. |
| 09/19/12 | 5.00 | Document review for transfer of materials to Litigation Trustee. |
| 09/20/12 | 3.10 | Document review for transfer of materials to Litigation Trustee. |
| 09/21/12 | 4.40 | Document review for transfer of materials to Litigation Trustee. |
| 09/24/12 | 3.80 | Document review for transfer of materials to Litigation Trustee. |

**Afton B. Hodge**

| 09/04/12 | 7.20 | Document review of material for transfer to Litigation Trustee. |
| 09/05/12 | 7.20 | Document review of materials for transfer to Litigation Trustee. |

| 09/06/12 | 5.50 | Document review of materials for transfer to Litigation Trustee. |
| 09/10/12 | 7.00 | Document review of materials for transfer to Litigation Trustee. |
| 09/11/12 | 6.50 | Document review of materials for transfer to Litigation Trustee. |
| 09/12/12 | 5.20 | Document review of materials for transfer to Litigation Trustee. |
| 09/13/12 | 2.00 | Document review of materials for transfer to Litigation Trustee. |
| 09/14/12 | 3.20 | Document review of materials for transfer to Litigation Trustee. |
| 09/17/12 | 3.40 | Document review of materials for transfer to Litigation Trustee. |
| 09/19/12 | 0.20 | Confer with A. Goldfarb regarding documents for transfer. |
| 09/19/12 | 7.10 | Document review of materials for transfer to Litigation Trustee. |
| 09/20/12 | 7.00 | Document review of materials for transfer to Litigation Trustee. |
| 09/21/12 | 6.00 | Document review of materials for transfer to Litigation Trustee. |
| 09/24/12 | 5.30 | Document review of material for transfer to Litigation Trustee. |



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 14, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286277
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2012.

By Andrew N. Goldfarb
    2.30  hours at $640.00  per hour

$       1,472.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 1,472.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 1,472.00 |

BALTIMORE          NEW YORK          TAMPA          WASHINGTON, DC

November 14, 2012                                                                                Page 3

DESCRIPTION OF SERVICES                                                    CLIENT: 12464
                                                                                           MATTER: 0002

Andrew N. Goldfarb

| 09/04/12 | 0.50 | Revise and finalize 36th monthly fee application. |
| 09/10/12 | 0.20 | Preliminary review of initial report from Fee Examiner on 9th interim fee application. |
| 09/13/12 | 0.10 | Initial analysis of questions from Fee Examiner re ZS response on 8th interim fee application. |
| 09/14/12 | 0.20 | Respond to J. Theil questions re expense items in connection with final report on ZS 8th interim request. |
| 09/24/12 | 0.50 | Review ZS monthly time records for August 2012 for compliance with local rules. |
| 09/27/12 | 0.80 | Draft, revise and finalize ZS monthly fee application for August 2012. |