# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 9/1/12 - 9/30/12

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| | | | | |
| COURIER | | | | |
| Urban Express | $ 13.12 | 9/25/2012 | | |
| | | | | |
| Total | $ 13.12 | | | $ 13.12 |
| E-DISCOVERY | | | | |
| eDiscovery proc and conv to TIFF | $ 2,912.00 | 9/17/2012 | | |
| eDiscovery proc and conv to TIFF | $ 191.10 | 9/30/2012 | | |
| | | | | |
| Total | $ 3,103.10 | | | $ 3,103.10 |
| TELEPHONE CONFERENCING | | | | |
| Soundpath | $ 37.99 | 9/28/2012 | | |
| Soundpath | $ 7.84 | 9/28/2012 | | |
| Soundpath | $ 9.30 | 9/28/2012 | | |
| Soundpath | $ 5.98 | 9/28/2012 | | |
| Soundpath | $ 4.84 | 9/28/2012 | | |
| Soundpath | $ 3.63 | 9/28/2012 | | |
| | | | | |
| Total | $ 69.58 | | | $ 69.58 |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTAL | | | | $ 3,185.80 |