# EXHIBIT A



**SEYFARTH**
A·T·T·O·R·N·E·Y·S **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044808
0276 31907 / 31907-000005
W1ST

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

For legal services rendered through September 30, 2012

**Rich Pothering Unscheduled Leave Grievance**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/09/12 | K. Michaels | L410 | | Finalizing witness outline of P. Lynch (.30); e-mail correspondence to and from P. Lynch regarding witness outline (.20). | 0.50 | 302.50 |
| 09/10/12 | K. Michaels | L410 | | Drafting cross examination outline. | 1.50 | 907.50 |
| 09/10/12 | K. Michaels | L440 | | Drafting opening statement. | 1.50 | 907.50 |
| 09/14/12 | K. Michaels | L120 | | Telephone conference with A. Barnes regarding finalizing exhibits in preparation for hearing. | 0.40 | 242.00 |
| 09/17/12 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes and P. Lynch regarding modified analysis concerning sick leave usage. | 0.20 | 121.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Morning Call, The

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/17/12 | K. Michaels | L120 | | Telephone conference with T. Kohn, Union counsel, regarding location for hearing. | 0.10 | 60.50 |
| 09/17/12 | K. Michaels | L410 | | Modifying direct examination outline of witness A and witness B. | 0.80 | 484.00 |
| 09/18/12 | K. Michaels | L110 | | Review of e-mail correspondence from A. Barnes regarding review of bargaining history. | 0.20 | 121.00 |
| 09/18/12 | K. Michaels | L110 | | Review of e-mail correspondence from R. Molchany regarding responses to direct examination question. | 0.30 | 181.50 |
| 09/19/12 | K. Michaels | L410 | | Meeting in Allentown with A. Barnes, P. Lynch, G. Figueroa, R. Molchany and S. Budihas to prepare for hearing (5.00); meeting with A. Barnes regarding hearing preparation (1.00). | 6.00 | 3,630.00 |
| 09/20/12 | K. Michaels | L410 | | Preparation in Allentown with A. Barnes, P. Lynch, G. Figueroa. | 6.00 | 3,630.00 |
| 09/21/12 | K. Michaels | L450 | | Representing Company at arbitration hearing in Allentown, Pennsylvania. | 8.00 | 4,840.00 |
| 09/28/12 | K. Michaels | L160 | | Telephone conference with A. Barnes regarding suggested edit to settlement agreement. | 0.20 | 121.00 |
| 09/28/12 | K. Michaels | L160 | | Review of draft settlement agreement from A. Barnes. | 0.20 | 121.00 |

**Total Hours** 25.90

**Total Fees** $15,669.50

**Less Discount** ($1,566.95)

**Total Fees After Discount** $14,102.55

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 25.90 | hours at | $605.00 | per hour |



Morning Call, The

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 09/20/12 | Copying   (28 copies @ $0.10 per page) | 2.80 |
| | **Facsimile** | |
| 09/17/12 | Facsimile | 2.26 |

**Total Disbursements**                                                 5.06

**Total Amount Due**                                               $14,107.61


ATTORNEYS LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-01
Attn:  Ann W. Barnes
Labor Relations Director

Invoice No. 2044808
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,669.50 |
| Less Discount | ($1,566.95) |
| Total Fees after Discount | $14,102.55 |
| Total Disbursements | 5.06 |
| Total Fees and Disbursements This Statement | $14,107.61 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044888
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through September 30, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 08/20/12 | A. Shepro | B160 | | Compile Thirty-Third Monthly Fee Application. | 3.80 | 399.00 |
| 09/05/12 | J. McManus | B110 | | Revise Thirty-Fourth Monthly Fee Application (.30); review/edit fee application detail (Exhibit A) in preparation of Seyfarth's Thirty-Fifth Monthly Fee Application (.60). | 0.90 | 261.00 |
| 09/11/12 | J. McManus | B110 | | Finalize Seyfarth's Thirty-Fourth Monthly Fee Application (1.10); redact Exhibit A to Thirty-Fifth Monthly Fee Application (.40). | 1.50 | 435.00 |
| 09/12/12 | J. Sherman | L120 | | Review/execute Thirty-Fourth Monthly Fee Petition. | 0.30 | 217.50 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/12/12 | J. McManus | B110 | | Finalize/prepare Thirty-Fourth Monthly Fee Application for filing (.30); assemble Exhibit A regarding same (.20); confer with local counsel regarding filing fee application (.10); prepare Thirty-Fifth Monthly Fee Application (.60). | 1.20 | 348.00 |
| 09/13/12 | J. McManus | B110 | | Prepare Thirty-Fifth Monthly Fee Application. | 0.80 | 232.00 |
| 09/13/12 | A. Connor | B160 | | Follow up with fee examiner on facsimile charge query (.30); follow up regarding parking query (.10). | 0.40 | 124.00 |
| 09/19/12 | J. McManus | B110 | | Revise Thirty-Fifth Monthly Fee Application (.60); review S. Maue's preliminary report on Seyfarth's Ninth Interim Fee Application (.20); draft response to same (.70). | 1.50 | 435.00 |
| 09/19/12 | A. Shepro | B170 | | Begin to compile response to Seyfarth's Ninth Fee Auditor Account. | 0.50 | 52.50 |
| 09/20/12 | J. McManus | B110 | | Prepare response to Fee Examiner's Report on Seyfarth's Ninth Interim Fee Application. | 0.80 | 232.00 |
| 09/21/12 | J. McManus | B110 | | Prepare responses to Fee Examiner's Report on Seyfarth's Ninth Interim Fee Application. | 0.80 | 232.00 |
| 09/21/12 | A. Shepro | B160 | | Continue compiling Tribune Fee Auditor's Response for the Ninth Fee Application. | 0.70 | 73.50 |
| 09/25/12 | J. McManus | B110 | | Prepare Seyfarth's Thirty-Fifth Monthly Fee Application. | 0.60 | 174.00 |
| 09/25/12 | A. Shepro | B160 | | Continue to compile Response to Fee Examiner's Report for Ninth Interim Fee Application. | 0.90 | 94.50 |
| 09/26/12 | J. McManus | B110 | | Prepare response to Alvarez & Marsal regarding projected fees through effective date. | 0.30 | 87.00 |



SEYFARTH SHAW LLP

Invoice No. 2044888

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/26/12 | A. Shepro | B160 | | Continue to compile Response to Fee Examiner's Report for the Ninth Interim. | 2.20 | 231.00 |
| 09/27/12 | J. McManus | B110 | | Prepare spreadsheet of responses to Fee Examiner's Report on Seyfarth's Ninth Fee Application (.80); revise pleading portion of Seyfarth's Thirty-Fifth Monthly Fee Application (.70). | 1.50 | 435.00 |
| 09/27/12 | A. Shepro | B160 | | Continue to compile response for Ninth Fee Examiner's Report. | 3.00 | 315.00 |
| 09/28/12 | J. Sherman | L120 | | Redact September detail for August fee application. | 0.50 | 362.50 |
| 09/28/12 | J. McManus | B110 | | Revise Exhibit A to Seyfarth's Thirty-Fifth Monthly Fee Application (1.20); compile timekeepers' responses to Fee Examiner's Audit Report (.90). | 2.10 | 609.00 |

**Total Hours** 24.30

**Total Fees** $5,349.50

**Less Discount** ($534.95)

**Total Fees After Discount** $4,814.55

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.80 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 12.00 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 0.40 | hours at | $310.00 | per hour |
| A. Shepro | Case Assistant | - | 11.10 | hours at | $105.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Online Research - PACER SERVICE CENTER 2nd Quarter Charges 2012 | 81.60 |



Tribune Company/Sherman

**Total Disbursements**                                                                     81.60

**Total Amount Due**                                                                     $4,896.15



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2044888
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,349.50 |
| Less Discount | ($534.95) |
| Total Fees after Discount | $4,814.55 |
| Total Disbursements | 81.60 |
| Total Fees and Disbursements This Statement | $4,896.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044818
0276 57634 / 57634-000001
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through September 30, 2012

### General 0000000998

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/12/12 | N. Finkel | L190 | | Conference with J. Osick regarding exempt employees performing non-exempt work. | 0.10 | 57.50 |
| 09/18/12 | N. Finkel | L120 | | Conference with J. Osick regarding payment to employees working two different jobs. | 0.10 | 57.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $115.00 |
| **Less Discount** | | (<u>$11.50</u>) |
| **Total Fees After Discount** | | $103.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2044818

Page 2

Chicago Tribune Company

## Timekeeper Summary

| N. Finkel | Partner | - | 0.20 | hours at | $575.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                                                     0.00

**Total Amount Due**                                                                     $103.50



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2044818
0276 57634 / 57634-000001
General 0000000998

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $115.00 |
| Less Discount | ($11.50) |
| Total Fees after Discount | $103.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $103.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044825
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through September 30, 2012

## Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/04/12 | N. Riesco | L230 | | Attend status hearing (.90); call with L. Goldberg to discuss agreement as to settlement terms in anticipation of status (.50); compose email to J. Osick regarding settlement (.30); review and consider complainant's proposed settlement agreement (.30). | 2.00 | 780.00 |
| 09/06/12 | N. Riesco | L160 | | Draft settlement agreement. | 1.00 | 390.00 |
| 09/13/12 | N. Riesco | L160 | | Draft/revise settlement agreement. | 1.00 | 390.00 |
| 09/18/12 | G. Pauling II | L160 | | Review settlement agreement (.40); follow up regarding same (.10). | 0.50 | 297.50 |
| 09/18/12 | N. Riesco | L160 | | Communications with J. Osick regarding settlement agreement. | 0.30 | 117.00 |
| 09/18/12 | N. Riesco | L160 | | Revise settlement agreement. | 0.50 | 195.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2044825

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/18/12 | N. Riesco | L160 | | Communications with L. Goldberg regarding settlement agreement. | 0.30 | 117.00 |

| | | |
|---|---|---|
| **Total Hours** | 5.60 | |
| **Total Fees** | | $2,286.50 |
| **Less Discount** | | ($228.65) |
| **Total Fees After Discount** | | $2,057.85 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.50 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 5.10 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Online Research - N. Riesco | 17.27 |
| **Total Disbursements** | 17.27 |
| **Total Amount Due** | $2,075.12 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2044825
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,286.50 |
| Less Discount | ($228.65) |
| Total Fees after Discount | $2,057.85 |
| Total Disbursements | 17.27 |
| Total Fees and Disbursements This Statement | $2,075.12 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044853
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through September 30, 2012

### Carolyn Rusin v.; Case No. 1:12-cv-01135

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/13/12 | K. Petersen | L160 | | Correspondence with M. Salas regarding mediation scheduling and document exchange. | 0.20 | 77.00 |
| 09/14/12 | N. Finkel | L160 | | Directions to K. Peterson regarding mediation selection and mediation dates. | 0.10 | 57.50 |
| 09/18/12 | K. Petersen | L160 | | Review proposed motion to stay pending mediation (.10); review payroll and time records in connection with mediation preparation (.40). | 0.50 | 192.50 |
| 09/19/12 | N. Finkel | L160 | | Conference with K. Petersen regarding mediation scheduling and mediator selection. | 0.10 | 57.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 2044853

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/19/12 | K. Petersen | L160 | | Call with and emails to M. Salas regarding mediator selection and data production in advance of mediation (.30); confer with N. Finkel regarding same (.10); correspondence to V. Gogins regarding time and payroll records in excel format (.10). | 0.50 | 192.50 |
| 09/25/12 | N. Finkel | L120 | | Draft correspondence to J. Osick on effect of court's scheduling order. | 0.10 | 57.50 |
| 09/28/12 | K. Petersen | L320 | | Analyze payroll and time data in connection with anticipated production and mediation (.50); confer with J. Nechteval and V. Gogins regarding same (.50). | 1.00 | 385.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.50 | |
| **Total Fees** | | | $1,019.50 |
| **Less Discount** | | | ($101.95) |
| **Total Fees After Discount** | | | $917.55 |

**Timekeeper Summary**

| N. Finkel | Partner | - | 0.30 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 2.20 | hours at | $385.00 | per hour |

| | | |
|---|---|---|
| **Total Disbursements** | | 0.00 |
| **Total Amount Due** | | $917.55 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2044853
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,019.50 |
| Less Discount | ($101.95) |
| Total Fees after Discount | $917.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $917.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: <br> Seyfarth Shaw LLP <br> 3807 Collections Center Drive <br> Chicago, IL 60693 <br><br> PAYMENT BY CHECK VIA OVERNIGHT MAIL: <br> Bank of America Lockbox Services <br> 3807 Collections Center Drive <br> Chicago, IL 60693 | PAYMENT BY WIRE TO: <br><br> Bank Name: Bank of America <br> Account Name: Seyfarth Shaw LLP Operating Account <br> Account Number: 5201743357 <br> ABA Wire Payment Number: 026-009-593 <br> ABA ACH Payment Number: 081-904-808 <br> Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2045265
0276 57634 / 57634-000009
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through September 30, 2012

### Eric Benton Matter

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/05/12 | M. Lies | C300 | | Telephone conference with K. Flax, H. Cates regarding status of C. Brown, potential employment discrimination liability, potential OSHA retaliation claim. | 0.50 | 320.00 |
| 09/05/12 | M. Lies | C300 | | Conference call with F. Flax, B. Brubaker regarding status C. Brown, potential employment discrimination liability, strategy. | 0.50 | 320.00 |
| 09/05/12 | M. Lies | C300 | | Telephone conference with K. Flax regarding status of C. Brown, operator, regarding potential employment discrimination liability, strategy. | 0.60 | 384.00 |
| 09/07/12 | M. Lies | C300 | | Email to B. Brubaker, K. Flax regarding status of G. Brown. | 0.30 | 192.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 2045265

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/07/12 | M. Lies | C300 | | Telephone conference with P. Morris regarding status of audit, corrective action. | 0.30 | 192.00 |
| 09/10/12 | M. Lies | C300 | | Email to K. Flax, B. Brubaker regarding status of G. Brown employment, possible discipline (.30); review email from K. Flax regarding schedule conference to discuss G. Brown (.20). | 0.50 | 320.00 |
| 09/11/12 | M. Lies | C300 | | Telephone conference with P. Morris regarding status recommendations consultant on remedial action on audit. | 0.20 | 128.00 |
| 09/11/12 | M. Lies | C300 | | Conference call with B. Brubaker, B. Karnick regarding status of G. Brown, possible ADA, WC OSHA liability issues. | 0.50 | 320.00 |
| 09/12/12 | M. Lies | C300 | | Telephone conference with P. Morris regarding schedule conference to review audit and develop corrective action. | 0.30 | 192.00 |
| 09/13/12 | M. Lies | C300 | | Appearance at Freedom Center to meet with T. Bielke, P. Morris, consultant regarding review safety audit, corrective action, site inspection. | 2.50 | 1,600.00 |

**Total Hours**     6.20

**Total Fees**     $3,968.00

**Less Discount**     ($396.80)

**Total Fees After Discount**     $3,571.20

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| M. Lies | Partner | - | 6.20 | hours at | $640.00 | per hour |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 2045265

Page 3

Chicago Tribune Company

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $3,571.20 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 2045265
0276 57634 / 57634-000009
Eric Benton Matter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,968.00 |
| Less Discount | ($396.80) |
| Total Fees after Discount | $3,571.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $3,571.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044859
0276 33175 / 33175-000023
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through September 30, 2012

Clement, Jayne (Plaintiffs) v. Tribune Company, Tribune Interactive, Inc., Tribune Media Net, Inc., LA Times Comm., LLC, LA Times; Case No. BC390943 - 0000001813

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/18/12 | M. Sank | L120 | | Prepare email to J. Osick regarding request by court of appeal for update regarding status of bankruptcy stay. | 0.10 | 41.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.10 | |
| **Total Fees** | | $41.00 |
| **Less Discount** | | (($4.10)) |
| **Total Fees After Discount** | | $36.90 |

**Timekeeper Summary**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 2044859

Page 2

Los Angeles Times (Sherman)

| M. Sank | Associate | - | 0.10 | hours at | $410.00 | per hour |
|---------|-----------|---|------|---------|---------|----------|

| <u>Date</u> | <u>Disbursements</u> | <u>Value</u> |
|------|---------------|-------|
| | **Attorney Services** | |
| 09/20/12 | Attorney Services - NATIONWIDE LEGAL EXPRESS, LLC | 59.10 |

| **Total Disbursements** | | 59.10 |
|---|---|---|
| **Total Amount Due** | | $96.00 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 2044859
0276 33175 / 33175-000023
Clement, Jayne (Plaintiffs) v. Tribune Company,
Tribune Interactive, Inc., Tribune Media Net, Inc., LA
Times Comm., LLC, LA Times; Case No. BC390943 -
0000001813

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $41.00 |
| Less Discount | ($4.10) |
| Total Fees after Discount | $36.90 |
| Total Disbursements | 59.10 |
| Total Fees and Disbursements This Statement | $96.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044890
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

For legal services rendered through September 30, 2012

**East Coast Properties**

| **Disbursements** | **Value** |
|---|---|
| Online Research - User: LAZAR, ISABEL | 309.19 |
| **Total Disbursements** | 309.19 |
| **Total Fees And Disbursements This Statement** | $309.19 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY  10017
Attn: David S. Bralow, Esq.

Invoice No. 2044890
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 309.19 |
| Total Fees and Disbursements This Statement | $309.19 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044892
0276 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through September 30, 2012

### Karen Scott v. WPIX

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/21/12 | S. King | L390 | | Review of media in preparation of file transfer to E. Cerasia. | 0.90 | 292.50 |
| 09/25/12 | S. King | L390 | | Review of 10 hard drives provided by J. Alvires to determine whether they should be sent to E. Cerasia (1.30); email to J. Alvires regarding same (.20). | 1.50 | 487.50 |

| | | |
|---|---|---|
| **Total Hours** | 2.40 | |
| **Total Fees** | | $780.00 |
| **Less Discount** | | ($78.00) |
| **Total Fees After Discount** | | $702.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

## Timekeeper Summary

| S. King | Staff Attorney | - | 2.40 | hours at | $325.00 | per hour |

**Total Disbursements**                                                                 0.00

**Total Amount Due**                                                                 $702.00



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 2044892
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $780.00 |
| Less Discount | ($78.00) |
| Total Fees after Discount | $702.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $702.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 15, 2012

Invoice No. 2046636
0276 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through September 30, 2012

### Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/01/12 | K. Petersen | 3.90 | Prepare summary judgment memorandum (2.90); prepare statement of facts in support of motion for summary judgment (1.00). |
| 09/04/12 | N. Finkel | 1.70 | Revise summary judgment and accompanying materials (.90); directions to K. Petersen regarding same (.40); directions to K. Petersen regarding mediator selection (.40). |
| 09/04/12 | K. Petersen | 0.20 | Analyze correspondence from A. Burnette regarding mediation and mediator selection. |
| 09/04/12 | K. Petersen | 3.50 | Prepare memorandum of law in support of motion for summary judgment. |
| 09/05/12 | K. Petersen | 1.50 | Continue preparing summary judgment papers (1.00); prepare of declaration (.50). |
| 09/06/12 | K. Petersen | 0.20 | Confer with J. Thornton regarding potential mediators (.10); correspondence to A. Burnette regarding same (.10). |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/11/12 | N. Finkel | 0.30 | Directions to K. Petersen on filing of summary judgment motion (.10); conference with J. Osick regarding mediation (.20). |
| 09/11/12 | K. Petersen | 1.00 | Finalize summary judgment papers (.80 ); prepare exhibits for filing (.20). |
| 09/12/12 | N. Finkel | 0.90 | Conference with company regarding mediation strategy (.50); review and revise motion for summary judgment (.40). |
| 09/14/12 | N. Finkel | 0.30 | Review of plaintiffs' motion for conditional certification (.20); exchange correspondence with J. Osick regarding same (.10). |
| 09/19/12 | N. Finkel | 0.20 | Directions to K. Petersen on response to motion for conditional certification. |
| 09/27/12 | N. Finkel | 0.10 | Review/revise mediation statement. |
| 09/27/12 | K. Petersen | 5.70 | Prepare mediation statement (.50); prepare response to plaintiffs' motion for conditional certification (3.10). |
| 09/28/12 | N. Finkel | 1.40 | Revise plaintiffs' summary judgment response (.50); revise response to plaintiffs' motion for conditional certification (.90). |
| 09/28/12 | K. Petersen | 2.50 | Finalize mediation statement (.50); continue working on brief in opposition to conditional certification (1.70); begin preparing for mediation (.30). |
| 09/30/12 | K. Petersen | 1.10 | Revise brief in opposition to plaintiffs' motion for conditional certification and prepare alternative notice. |

**Total Hours**          24.50

**Total Fees**                                                          $10,363.50

**Less Discount**                                                      ($1,036.35)

**Total Fees After Discount**                                         $9,327.15

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| N. Finkel | - | 4.90 | hours at | $575.00 | per hour |
| K. Petersen | - | 19.60 | hours at | $385.00 | per hour |



Sun-Sentinel Company

| **Disbursements** | **Value** |
|---|---|
| Local Travel - K. Petersen - Rent a car-Avis for deposition  8/29/12 | 178.24 |
| Local Travel - K. Petersen - Taxi ride 8/29/12 | 38.70 |
| Meals - KYLE PETERSON Dinner-for depostions J. Alexanders 8/28/12 | 45.79 |
| Out-of-Town Travel - K. Petersen - Hotel- Hyatt Place Plantation for deposition 8/29/12 | 118.77 |
| Out-of-Town Travel - AMERICAN EXPRESS Petersen/Kyle Anne Chicago/Ohare-Ft Lauderdale-Chicago/Ohare 07/31/2012 | 439.60 |

**Total Disbursements**                                                            821.10

**Total Amount Due**                                                         $10,148.25



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 15, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2046636
0276 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,363.50 |
| Less Discount | ($1,036.35) |
| Total Fees after Discount | $9,327.15 |
| Total Disbursements | 821.10 |
| Total Fees and Disbursements This Statement | $10,148.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2044868
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL  60611
Attn:  John W. Powers

For legal services rendered through September 30, 2012

**Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/03/12 | L. O'Hara | L243 | | Review/revise draft of motion for summary judgment for Los Angeles Times International and Tribune Company (the non-employer defendant entities). | 1.20 | 546.00 |
| 09/04/12 | L. O'Hara | L110 | | Review territory performance documentation forwarded by R. Nguyen (.30); telephone call with J. Powers and R. Nguyen regarding same (.70). | 1.00 | 455.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



SEYFARTH SHAW LLP

Invoice No. 2044868

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/04/12 | L. O'Hara | L243 | | Communicate with H. Macon regarding revisions to draft of motion for summary judgment on behalf of Los Angeles Times International LLC and Tribune Company (.30); telephone call with J. Powers regarding identity of individuals who will sign declarations supporting same (.40); draft declaration of B. Young (.60); draft declaration of J. Rodden (.60); draft declaration of yet-to-be determined employee of Tribune Company in support of same (.60). | 2.50 | 1,137.50 |
| 09/04/12 | L. O'Hara | L310 | | Further revisions to responses to plaintiff's second set of special interrogatories (.30) and second set of document production requests (.30) and transmit to J. Powers for review (.20). | 0.80 | 364.00 |
| 09/04/12 | L. O'Hara | L310 | | Review information forwarded by E. Anaya regarding results of various employees' participation in 30 day internal job search (.20); telephone call with E. Anaya to receive clarification of method used to compile list and scope of those included on list (.40). | 0.60 | 273.00 |
| 09/04/12 | L. O'Hara | L310 | | Review additional commission reports forwarded by R. Nguyen (.10) and direction to paralegal regarding redactions of certain confidential information for production (.30). | 0.40 | 182.00 |
| 09/04/12 | L. Waluch | L243 | | Prepare B. Young declaration. | 0.40 | 182.00 |
| 09/04/12 | M. Halperin | L320 | | Review the commission spreadsheets received and redact as appropriate in preparation for production. | 2.20 | 583.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/05/12 | L. O'Hara | L110 | | Telephone call with M. Sawyer regarding issues involving use of 30-day internal job search process (.30); telephone call with E. Anaya regarding same (.30); communicate with R. Nguyen regarding performance issues of other employees in department (.20). | 0.80 | 364.00 |
| 09/05/12 | L. O'Hara | L243 | | Communicate with J. Powers regarding issues for summary judgment motion (.20); revise declarations of representatives of three defendants in support of non-employer entities for summary judgment motion (.30) and transmit to J. Powers (.10). | 0.60 | 273.00 |
| 09/05/12 | L. O'Hara | L310 | | Telephone call with J. Powers regarding responses to plaintiff's second set of special interrogatories and plaintiff's second set of document demands (.70); revise same to incorporate client comments (.30). | 1.00 | 455.00 |
| 09/05/12 | M. Halperin | L120 | | Preparation of revisions to the commission spreadsheets and forward to L. O'Hara for review for production. | 0.90 | 238.50 |
| 09/06/12 | L. O'Hara | L243 | | Review/revise motion for summary judgment for LA Times Communications LLC (2.20); communicate with J. Powers regarding same (.10); communicate with E. Anaya regarding declarations needed for same (.20). | 2.50 | 1,137.50 |
| 09/07/12 | L. O'Hara | L243 | | Telephone call with R. Nguyen regarding issues for his declaration (.40); revise same (.40). | 0.80 | 364.00 |
| 09/07/12 | L. O'Hara | L243 | | Communicate with B. Young regarding issues raised in his summary judgment declaration. | 0.30 | 136.50 |
| 09/07/12 | L. O'Hara | L243 | | Revise motion for summary judgment on behalf of LA Times Communications LLC. | 4.60 | 2,093.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/07/12 | H. Macon | L240 | | Straregize regarding revisions to punitive damages argument for motion for summary judgment for non-employer entities. | 0.20 | 91.00 |
| 09/07/12 | L. Waluch | L243 | | Prepare C. Brown declaration. | 1.70 | 773.50 |
| 09/08/12 | L. O'Hara | L243 | | Draft declaration of R. Nguyen (.40) and transmit draft to R. Nguyen (.10); draft declaration of C. Brown (.30) and communicate with E. Anaya regarding setting up meeting to discuss (.10); review changes made by B. Young to his declaration (.20). | 1.10 | 500.50 |
| 09/10/12 | L. O'Hara | L243 | | Revisions to declaration of C. Brown (.20); communicate with E. Anaya regarding background information for C. Brown to review in conjunction with her review of her declaration and timing of C. Brown's return from vacation (.20). | 0.40 | 182.00 |
| 09/10/12 | L. O'Hara | L243 | | Revise motion for summary judgment on behalf of LA Times Communication, LLC. | 4.90 | 2,229.50 |
| 09/10/12 | L. O'Hara | L243 | | Telephone call with R. Nguyen regarding his declaration (.20); review executed declaration and communicate with J. Powers regarding same (.10). | 0.30 | 136.50 |
| 09/10/12 | L. O'Hara | L310 | | E-mail J. Powers regarding documents to be produced in discovery (.10); finalize discovery responses to second set of discovery (.20). | 0.30 | 136.50 |
| 09/10/12 | H. Macon | L240 | | Review witness declarations for motion for summary judgment for non-employer entities. | 0.20 | 91.00 |
| 09/10/12 | L. Waluch | L240 | | Add cites to motion for summary judgment. | 1.90 | 864.50 |
| 09/11/12 | L. O'Hara | L243 | | Communicate with J. Powers regarding status of procuring declarations for summary judgment motion. | 0.20 | 91.00 |


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 2044868

Page 5

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/11/12 | L. O'Hara | L243 | | Direction to H. Macon regarding revisions to summary judgment motion on behalf of non-employer entities. | 0.30 | 136.50 |
| 09/11/12 | L. O'Hara | L243 | | Review E. Anaya's suggested revisions to C. Brown declaration along with e-mail explanation (.20); further revisions to same (.10). | 0.30 | 136.50 |
| 09/11/12 | H. Macon | L240 | | Strategize regarding revisions to motion for summary judgment for non-employer entities (.80); revise declaration of B. Young regarding the same (.20); preparation of e-mail memorandum to B. Young regarding the same (.10); revise motion for summary judgment to reflect statements in declarations (2.0). | 3.10 | 1,410.50 |
| 09/11/12 | L. Waluch | L243 | | Research case law regarding claim for retaliation. | 3.10 | 1,410.50 |
| 09/12/12 | H. Macon | L240 | | Revise motion for summary judgment for non-employer entities to add additional evidentiary citations and information regarding plaintiff's supervisors. | 0.90 | 409.50 |
| 09/12/12 | L. Waluch | L243 | | Add deposition cites on behalf to motion for summary judgment. | 0.60 | 273.00 |
| 09/13/12 | L. O'Hara | L243 | | Review/further revisions to summary judgment motion on behalf of LA Times International and Tribune Company (.40); direction to H. Macon regarding additional research for same (.20). | 0.60 | 273.00 |
| 09/13/12 | L. Waluch | L243 | | Cite-check motion for summary judgment. | 0.30 | 136.50 |
| 09/14/12 | L. O'Hara | L243 | | Review/revise memorandum of points and authorities in support of Tribune and LAT International's motion for summary judgment (.90); communicate with J. Powers regarding same (.20). | 1.10 | 500.50 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/15/12 | L. O'Hara | L243 | | Review/revise memorandum of points and authorities in support of LA Times Communications motion for summary judgment. | 0.90 | 409.50 |
| 09/16/12 | L. O'Hara | L243 | | Revise memorandum of points and authorities in support of LA Times Communications motion for summary judgment (1.9); communicate with J. Powers regarding same (.10); direction to L. Waluch regarding preparation of separate statement and M. Halperin regarding appendix of evidence (.10). | 2.10 | 955.50 |
| 09/17/12 | L. O'Hara | L243 | | Direction to H. Macon regarding edits to be made to separate statement on behalf of non-employer entities (.20); direction to L. Waluch regarding separate statement on behalf of LA Times Communications (.30). | 0.50 | 227.50 |
| 09/17/12 | H. Macon | L240 | | Strategize regarding revisions to motion for summary judgment for non-employer entities (.20); revise memorandum of points and authorities in support of the same (1.0); revise separate statement in support of the same (1.0); review/revise notice of motion and motion, appendix of evidence, and proposed order (.50). | 2.70 | 1,228.50 |
| 09/17/12 | L. Waluch | L243 | | Cite-check motion for summary judgment. | 3.90 | 1,774.50 |
| 09/17/12 | L. Waluch | L243 | | Prepare separate statement of uncontroverted facts on behalf of LA Times Communications LLC. | 3.70 | 1,683.50 |
| 09/17/12 | M. Halperin | L243 | | Compile/mark evidentiary citations from depositions for appendix of evidence in support of motion for summary judgment. | 2.90 | 768.50 |


**SEYFARTH**
ATTORNEYS  **SHAW** LLP

Invoice No. 2044868

Page 7

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/18/12 | L. O'Hara | L243 | | Communicate with J. Powers regarding his proposed revisions to summary judgment motions for LA Times Communications LLC, LA Times International and Tribune Company (.50); direction to associates regarding revisions, changes to supporting declarations and preparation of separate statements (.50); direction to paralegal regarding preparation of appendix of evidence and review her identified issues regarding deposition testimony discrepancies (.40). | 1.40 | 637.00 |
| 09/18/12 | H. Macon | L240 | | Starategize regarding revisions to separate statement in support of motion for summary judgment for non-employer entities (.50); revise the same (2.0); telephone conference with J. Powers regarding revisions to memorandum of points and authorities in support of motion for summary judgment for non-employer entities (.10); review/revise the same (1.2); revise appendix of evidence and proposed order (.30); revise J. Rodden declaration (.20). | 4.30 | 1,956.50 |
| 09/18/12 | L. Waluch | L243 | | Revise appendix of evidence to motion for summary judgment on behalf of LA Times Communications LLC. | 1.40 | 637.00 |
| 09/18/12 | L. Waluch | L243 | | Telephone conference with J. Powers regarding edits to motion for summary judgment on behalf of LA Times Communications LLC. | 0.40 | 182.00 |
| 09/18/12 | L. Waluch | L243 | | Prepare separate statement of uncontroverted facts on behalf of LA Times Communications LLC. | 3.10 | 1,410.50 |
| 09/18/12 | L. Waluch | L243 | | Cite-check motion for summary judgment on behalf of LA Times Communications LLC. | 2.80 | 1,274.00 |



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/18/12 | M. Halperin | L243 | | Compile evidentiary citations for appendix of evidence in support of motion for summary judgment for LA Times Communications. | 3.70 | 980.50 |
| 09/19/12 | L. Waluch | L243 | | Prepare separate statement of uncontroverted facts. | 0.50 | 227.50 |
| 09/20/12 | L. O'Hara | L243 | | Review/revise summary judgment motions and supporting papers on behalf of LA Times Communications LLC, Tribune Company and LA Times International. | 4.60 | 2,093.00 |
| 09/20/12 | H. Macon | L240 | | Communicate with J. Powers regarding J. Rodden declaration (.20); review and revise memorandum of points and authorities, separate statement, notice of motion and motion, and proposed order for non-employer entities (1.30); strategize regarding revisions to the same (1.50); review separate statement for Los Angeles Times Communications (1.0); strategize regarding revisions to the same (.50). | 4.50 | 2,047.50 |
| 09/20/12 | L. Waluch | L240 | | Revise motion for summary judgment (1.30); prepare (proposed) order (.80); revise separate statement of uncontroverted facts (2.80). | 4.90 | 2,229.50 |
| 09/20/12 | M. Halperin | L243 | | Preparation of appendix of evidence for motions for summary judgment on behalf of LA Times Communications LLC, Tribune, and LAT Internations which included compiling evidentiary citations and exhibits in addition to preparation of the declaration of L. O'Hara. | 8.60 | 2,279.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 2044868

Page 9

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/21/12 | L. O'Hara | L243 | | Review/revise separate statement of undisputed material facts to be submitted with LA Times Communications' motion for summary judgment (1.20); final review of all summary judgment motions and supporting papers to be filed on behalf of LA Times Communications, LA Times and Tribune Company (.80). | 2.00 | 910.00 |
| 09/21/12 | H. Macon | L243 | | Finalize motion papers for non-employer entities (.50); review final documents to ensure accuracy before filing (.40). | 0.90 | 409.50 |
| 09/21/12 | L. Waluch | L243 | | Final revisions to separate statement of uncontroverted facts on behalf of LA Times Communications LLC. | 2.80 | 1,274.00 |
| 09/25/12 | L. O'Hara | L160 | | Communicate with mediator regarding regarding-opening negotiations during pendency of summary judgment motion. | 0.20 | 91.00 |
| 09/26/12 | L. O'Hara | L230 | | Review order from court regarding case management conference. | 0.20 | 91.00 |
| 09/27/12 | L. O'Hara | L160 | | Communicate with mediator regarding her communications with opposing counsel regarding regarding-opening settlement negotiations. | 0.10 | 45.50 |

**Total Hours**                                                                105.20

**Total Fees**                                                              $44,389.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 38.60 | hours at | $455.00 | per hour |
| H. Macon | Associate | - | 16.80 | hours at | $455.00 | per hour |
| L. Waluch | Associate | - | 31.50 | hours at | $455.00 | per hour |
| M. Halperin | Paralegal | - | 18.30 | hours at | $265.00 | per hour |



Los Angeles Times (Sherman)

| **Date** | **Disbursements** | **Value** |
|---|---|---|
| | **Copying** | |
| 09/13/12 | Copying   (688 copies @ $0.10 per page) | 68.80 |
| 09/21/12 | Copying   (489 copies @ $0.10 per page) | 48.90 |
| | **Long Distance Telephone** | |
| 09/07/12 | Long Distance Telephone | 42.70 |
| 09/20/12 | Long Distance Telephone | 12.95 |
| | **Online Research** | |
| 09/30/12 | Online Research - L. Waluch | 435.70 |

**Total Disbursements**                                                                609.05

**Total Fees And Disbursements This Statement**                          $44,998.05



# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2044868
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $44,389.00 |
| Total Disbursements | 609.05 |
| Total Fees and Disbursements This Statement | $44,998.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Invoice No. 2045209
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through September 30, 2012

### Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/04/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding mediator's proposal. | 0.20 | 91.00 |
| 09/04/12 | L. O'Hara | L330 | | Communicate with B. Lopez-Nash regarding deposition preparation meeting for C. Reilly. | 0.20 | 91.00 |
| 09/10/12 | L. O'Hara | L160 | | Communicate with J. Powers and B. Lopez-Nash regarding inability to respond to deadline for mediator's proposal due to unavailability of decision maker (.20); communicate with mediator regarding same (.20). | 0.40 | 182.00 |
| 09/10/12 | L. O'Hara | L160 | | Telephone call from opposing counsel confirming that depositions are off calendar pending decision on mediator's proposal. | 0.20 | 91.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/10/12 | M. Halperin | L310 | | Communication with the deposition officer regarding the subpoena for records from Dr. Levine. | 0.10 | 26.50 |
| 09/11/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding status of attempting to get approval for mediator's proposal (.20); telephone call with mediator regarding need for extension and details of proposal (.40); telephone call with J. Powers regarding same (.30). | 0.90 | 409.50 |
| 09/11/12 | M. Halperin | L310 | | Review subpoenaed records received from M. Levine, MD and forward to L. O'Hara. | 0.20 | 53.00 |
| 09/12/12 | L. O'Hara | L160 | | Communication with mediator and clients regarding extension to mediator's proposal. | 0.10 | 45.50 |
| 09/17/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding status of decision regarding mediator's proposal. | 0.10 | 45.50 |
| 09/18/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding response to mediator's proposal (.30); telephone call with mediator regarding same (.40). | 0.70 | 318.50 |
| 09/19/12 | L. O'Hara | L160 | | Review e-mail from mediator regarding detailed clarification regarding issues relating to mediator's proposal (.20); telephone call with J. Powers regarding same (.20); telephone call with G. Conner regarding status of mediator's proposal (.20); e-mail communications with mediator inquiring as to status of plaintiff's acceptance (.10). | 0.70 | 318.50 |
| 09/20/12 | L. O'Hara | L160 | | Communicate with mediator regarding status of plaintiff's decision on mediator's proposal (.10); communicate with client regarding same (.10). | 0.20 | 91.00 |



Invoice No. 2045209

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 09/21/12 | L. O'Hara | L160 | | Telephone call with mediator regarding plaintiff's workers compensation counsel's request for "lifetime medical" (.30); communicate with client and client's worker's compensation counsel regarding same (.20). | 0.50 | 227.50 |
| 09/24/12 | L. O'Hara | L160 | | Telephone call with G. Conner regarding workers' compensation issues relating to mediator's proposal and his conversation with mediator. | 0.20 | 91.00 |
| 09/24/12 | L. O'Hara | L310 | | Communicate with opposing counsel regarding upcoming discovery deadlines in light of pendency of mediator's proposal. | 0.10 | 45.50 |
| 09/25/12 | L. O'Hara | L310 | | Confirm discovery extensions in writing with opposing counsel pending mediator's proposal. | 0.30 | 136.50 |
| 09/26/12 | L. O'Hara | L160 | | Communicate with mediator and client regarding deal reached for settlement. | 0.30 | 136.50 |
| 09/27/12 | L. O'Hara | L160 | | Communicate with workers' compensation counsel regarding preparation of C&R. | 0.10 | 45.50 |
| 09/28/12 | L. O'Hara | L230 | | Review notice of settlement filed by plaintiff (.10); communications with clerk regarding taking case management conference off calendar and resetting case for OSC regarding dismissal (.20). | 0.30 | 136.50 |

**Total Hours**      5.80

**Total Fees**      $2,582.00

**Timekeeper Summary**

| | | | | | | |
|------|------|---|------|---------|-----------|----------|
| L. O'Hara | Partner | - | 5.50 | hours at | $455.00 | per hour |
| M. Halperin | Paralegal | - | 0.30 | hours at | $265.00 | per hour |



KTLA-TV

| **Disbursements** | **Value** |
|---|---|
| Copying (12 copies @.10 per page) | 1.20 |
| Meals - PIKNIC Lunch for the deposition preparation meeting with B. Lopez-Nash | 22.63 |
| Out-of-Town Travel - LORRAINE H. O'HARA Mileage- Deposition of Barbara Lopez-Nash 08/21/12 | 26.64 |
| Out-of-Town Travel - LORRAINE H. O'HARA Mileage- Mediation 08/27/12 | 36.08 |
| Out-of-Town Travel - LORRAINE H. O'HARA Parking - Deposition of Barbara Lopez-Nash 08/21/12 | 17.00 |

**Total Disbursements**  103.55

**Total Fees And Disbursements This Statement**  $2,685.55



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

October 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Attn:  John W. Powers

Invoice No. 2045209
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,582.00 |
| Total Disbursements | 103.55 |
| Total Fees and Disbursements This Statement | $2,685.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |