**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 11379 |

**NOTICE OF FCC APPROVAL, DISTRIBUTION RECORD DATE, AND FINAL CERTIFICATION DEADLINE IN CONNECTION WITH ORDER ESTABLISHING PROCEDURES FOR COMPLIANCE WITH FEDERAL COMMUNICATIONS COMMISSION FOREIGN OWNERSHIP REQUIREMENTS**

ATTN:   THE SENIOR LOAN AGENT, HOLDERS OF SENIOR LOAN CLAIMS, HOLDERS OF SENIOR GUARANTY CLAIMS AND ELECTING HOLDERS OF SENIOR NOTEHOLDER CLAIMS UNDER THE FOURTH AMENDED PLAN.

1. On April 13, 2012, the Bankruptcy Court entered the Order Establishing Procedures for Compliance with Federal Communications Commission Foreign Ownership Requirements [Docket No. 11379] (the "FCC Procedures Order").[2] The FCC Procedures Order requires, *inter alia,* the distribution of a notice (the "Final

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the FCC Procedures Order or the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Modified July 19, 2012 [Docket No. 12072] (the "Fourth Amended Plan"), as applicable. The Fourth Amended Plan was confirmed by an order entered by the Bankruptcy Court on July 23, 2012 [Docket No. 12074] (the "Confirmation Order").

Certification Notice") to the Senior Loan Agent, the Holders of Senior Loan Claims, the Holders of Senior Guaranty Claims and Electing Holders of Senior Noteholder Claims within one (1) day after the release of an order by the FCC granting the FCC Approval.

2. On November 16, 2012, the FCC released an order granting the FCC Approval.

3. This notice serves as the Final Certification Notice required pursuant to the FCC Procedures Order.

4. **YOU ARE HEREBY NOTIFIED THAT**:

   a. The date that is one business day after the date of this Final Certification Notice, November 19, 2012, is the "Distribution Record Date" for purposes of distributions under the Fourth Amended Plan to Holders of Senior Loan Claims and Senior Guaranty Claims.[3] In accordance with section 7.7 of the Fourth Amended Plan, trades of Senior Loan Claims and/or Senior Guaranty Claims after the Distribution Record Date will not be recognized by the Debtors or the Disbursing Agent unless a notice re-setting the Distribution Record Date is filed on the Bankruptcy Court's docket by the Proponents. Accordingly, the Holders of Senior Loan Claims and/or Senior Guaranty Claims of record on the Distribution Record Date will receive the distributions of New Common Stock and/or New Warrants (as well as Distributable Cash and New Senior Secured Term Loan) to be made pursuant to the Fourth Amended Plan; and

   b. Each Holder of Senior Loan Claims and/or Senior Guaranty Claims and each Electing Holder of Senior Noteholder Claims that has experienced any change in foreign ownership, or any other change that such Holder believes warrants amendment (including changes related to any Alternative Recipient Designation), since such Holder last submitted a Foreign Ownership Certification must submit a final updated Foreign Ownership Certification to Epiq Bankruptcy Solutions, LLC (the "Certification Agent") so that it is received no later than November 21, 2012 (i.e. within two (2) business days after the Distribution Record Date), as follows:

**By Email**

tribunevote@epiqsystems.com
(reference "Tribune Updated Foreign Ownership Certification" in the subject line)

OR

**By Mail, Personal Delivery or Overnight Courier**

Tribune Updated Foreign Ownership Certification
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

5. If you have any questions regarding this notice or wish to obtain additional information, including copies of the Fourth Amended Plan, the Confirmation Order or the FCC Procedures Order, you may request such information by contacting the Certification Agent by telephone at (646) 282-2400. Copies of such documents are also available on the Internet at http://chapter11.epiqsystems.com/tribune.

---

[3] Section 7.7.2 of the Fourth Amended Plan provides that the Proponents shall not establish a record date for distributions to Holders of Senior Noteholder Claims. Accordingly, November 19, 2012 shall be the Distribution Record Date only for purposes of distributions to Holders of Senior Loan Claims and Senior Guaranty Claims.

Dated: November 16, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>Jessica C.K. Boelter<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-0199<br>Facsimile:  (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>James F. Bendernagel, Jr.<br>Ronald S. Flagg<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 736-8000<br>Facsimile:  (202) 736-8711 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone:  (302) 652-3131<br>Facsimile:  (302) 652-3117 |

Counsel for Debtors and Debtors In Possession