## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE RESPECTING RESTRUCTURING TRANSACTIONS

      **PLEASE TAKE NOTICE THAT** on July 20, 2012, the Debtors filed the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (as Modified July 19, 2012) [Docket No. 12072] (the "Fourth Amended Plan").[2]  On July 23, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order confirming the Fourth Amended Plan [Docket No. 12074] (the "Confirmation Order").

      **PLEASE TAKE FURTHER NOTICE THAT** the Fourth Amended Plan contemplates that the Debtors may enter into various Restructuring Transactions in connection with their emergence from their Chapter 11 Cases.  As part of these Restructuring Transactions, some or all of the contracts and leases to which certain Debtors are a party will be assumed by, assigned to and/or vest in other affiliated Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Amended Plan.

or Reorganized Debtors that will be successors to the existing Debtor parties to such contracts.  These affiliated Debtors or Reorganized Debtors shall become party to the applicable contract or lease, and the terms of such contract or lease shall remain in full force and effect (unless otherwise rejected pursuant to the terms of the Fourth Amended Plan).

**PLEASE TAKE FURTHER NOTICE THAT** on April 25, 2011, the Bankruptcy Court entered the Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code [Docket No. 8745] which, in relevant part, approved a form of "Restructuring Transactions Notice" to be provided to known contract and lease counterparties, which includes provisions substantially in the form of this notice.[3]

**PLEASE TAKE FURTHER NOTICE THAT** on July 20, 2012, the Proponents filed with the Bankruptcy Court Exhibit 5.2 to the Fourth Amended Plan, which includes a detailed outline and schematic depiction of the specific Restructuring Transactions anticipated to occur prior to, on, or after the Effective Date (including illustrative charts detailing the Restructuring Transactions).  Instructions on where you can obtain a copy of Exhibit 5.2 are set forth in the last paragraph of this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as Exhibit A is a table that provides information regarding the identity of each of the Debtor subsidiaries of Tribune Company (the "Subsidiaries") following the consummation of the Restructuring Transactions contemplated by the Fourth Amended Plan.  The column titled "Pre-Emergence Entity" on Exhibit A provides the current identity of each Subsidiary.  Set forth opposite each such Subsidiary in the column titled "Post-Emergence Entity" is the identity of its anticipated successor following the consummation of the Restructuring Transactions.

**PLEASE TAKE FURTHER NOTICE THAT** the Fourth Amended Plan and Exhibit 5.2 to the Fourth Amended Plan are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, DE 19801 and may be examined by parties in interest by visiting the Office of the Clerk of the Bankruptcy Court during business hours.  In addition, any party in interest wishing to obtain copies of the Fourth Amended Plan or Exhibit 5.2 to the Fourth Amended Plan may request such information by contacting the Voting Agent (i) by first-class mail addressed to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to: Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephoning the Voting Agent at (646) 282-2400.  Copies of the Fourth Amended Plan and Exhibit 5.2 to the Fourth Amended Plan are also available on the Internet free of charge at http://chapter11.epiqsystems.com/trb.

---

[3] See also the revised form of Restructuring Transactions Notice filed with Docket No. 11546.

Dated: November 16, 2012

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE SCHOTZ MEISEL FORMAN |
| James F. Conlan | & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick (No. 2290) |
| Kevin T. Lantry | J. Kate Stickles (No. 2917) |
| Jessica C.K. Boelter | Patrick J. Reilley (No. 4451) |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, Illinois 60603 | Wilmington, Delaware 19801 |
| Telephone: (312) 570-0199 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 652-3117 |

Counsel for Debtors and Debtors In Possession