## **EXHIBIT A**

# Information Respecting Post-Restructuring Transactions Debtors[1]

The following two column list provides information regarding the identity of each of the Debtors following the consummation of the Restructuring Transactions contemplated by the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (as Modified July 19, 2012) [Docket No. 12072] (the "Fourth Amended Plan").  The column titled "Pre-Emergence Entity" in the table below provides the current identity of each Debtor.  Set forth opposite each such Debtor is the identity of its anticipated post-emergence entity following the consummation of the Restructuring Transactions.  Any row that lists multiple entities in the "Post-Emergence Entity" column indicates that the "Pre-Emergence Entity" is contributing its businesses among the entities set forth in the column titled "Post-Emergence Entity."  The state of incorporation or formation for each entity is listed in parentheses in the "Pre-Emergence Entity" column, and unless otherwise noted, Delaware is the state of formation for all entities listed in the "Post-Emergence Entity" column.  Capitalized terms not defined herein have the meaning given in the Fourth Amended Plan.  For more information regarding the Restructuring Transactions, please refer to Exhibit 5.2 of the Fourth Amended Plan.  The Proponents reserve the right to modify, supplement, update and/or amend this list or the list provided in Exhibit 5.2 to the Fourth Amended Plan.  Pursuant to the Restructuring Transactions, the Debtor entities listed on this Exhibit A, including those entities noted with an asterisk below, may transfer some or all of the real property owned by such entities to a newly formed subsidiary of Tribune, Tribune Real Estate Holdings LLC, or another subsidiary of Tribune including newly formed single purpose entities specifically created to hold such property or group of properties, in accordance with Section 5.2 of the Fourth Amended Plan.  The property that these Debtor entities may transfer includes, without limitation, some or all of the interests in real property set forth in Schedule A of each of the Debtors' Schedules of Assets and Liabilities.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 1. | Tribune Company (DE)* | Tribune Company (no change) |
| 2. | 435 Production Company (DE) | Tribune Entertainment Company, LLC |
| 3. | 5800 Sunset Productions Inc. (DE) | Tribune Entertainment Company, LLC |
| 4. | Baltimore Newspaper Networks, Inc. (MD) | The Baltimore Sun Company, LLC |
| 5. | The Baltimore Sun Company (MD)* | The Baltimore Sun Company, LLC |
| 6. | California Community News Corporation (DE) | California Community News, LLC |
| 7. | Candle Holdings Corporation (DE) | Tribune Investments, LLC |
| 8. | Channel 20, Inc. (DE)* | Tribune Broadcasting Company, LLC |
| 9. | Channel 39, Inc. (DE) | WSFL, LLC |
| 10. | Channel 40, Inc. (DE)* | KTXL, LLC |
| 11. | Chicago Avenue Construction Company (IL) | Chicago Tribune Company, LLC |
| 12. | ChicagoLand Microwave Licensee, Inc. (DE) | Chicagoland Television News, LLC |
| 13. | Chicagoland Publishing Company (DE) | Chicagoland Publishing Company, LLC |
| 14. | Chicagoland Television News, Inc. (DE) | Chicagoland Television News, LLC |
| 15. | Chicago River Production Company (DE) | Tribune Entertainment Company, LLC |
| 16. | Chicago Tribune Company (IL)* | Chicago Tribune Company, LLC |
| 17. | Chicago Tribune Newspapers, Inc. (IL) | Chicago Tribune Company, LLC |

---

[1] This exhibit does not list any related transactions that may be consummated by (i) non-Debtors or (ii) Publishers Forest Products Company of Washington, as to which former Debtor the Fourth Amended Plan was withdrawn. Publishers Forest Products Company of Washington's chapter 11 case was dismissed on May 24, 2012 [See Docket No. 11688] and it has commenced dissolution proceedings under applicable state law.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 18. | Chicago Tribune Press Service, Inc. (IL) | Chicago Tribune Company, LLC |
| 19. | Courant Specialty Products, Inc. (CT) | The Hartford Courant Company, LLC |
| 20. | The Daily Press, Inc. (DE)* | The Daily Press, LLC |
| 21. | Direct Mail Associates, Inc. (PA) | The Morning Call, LLC |
| 22. | Distribution Systems of America, Inc. (NY) | Tribune ND, LLC |
| 23. | Eagle New Media Investments, LLC (DE)[2] | Tribune Publishing Company, LLC<br>Chicagoland Publishing Company, LLC |
| 24. | Eagle Publishing Investments, LLC (DE) | Tribune Investments, LLC |
| 25. | forsalebyowner.com corp. (NY) | forsalebyowner.com, LLC |
| 26. | ForSaleByOwner.com Referral Services LLC (FL) | ForSaleByOwner.com Referral Services LLC |
| 27. | Fortify Holdings Corporation (DE) | Tribune Investments, LLC |
| 28. | Forum Publishing Group, Inc. (DE) | Sun-Sentinel Company, LLC |
| 29. | Gold Coast Publications, Inc. (DE) | Sun-Sentinel Company, LLC |
| 30. | GreenCo, Inc. (DE) | Tribune Investments, LLC |
| 31. | The Hartford Courant Company (CT)* | The Hartford Courant Company, LLC |
| 32. | Heart & Crown Advertising, Inc. (CT) | The Hartford Courant Company, LLC |
| 33. | Homeowners Realty, Inc. (UT) | forsalebyowner.com, LLC |
| 34. | Homestead Publishing Co. (MD)* | The Baltimore Sun Company, LLC |
| 35. | Hoy, LLC (NY) | Tribune ND, LLC |
| 36. | Hoy Publications, LLC (DE) | Hoy Publications, LLC (no change) |
| 37. | InsertCo, Inc. (NY) | Tribune 365, LLC |
| 38. | Internet Foreclosure Service, Inc. (NY) | Internet Foreclosure Service, LLC |
| 39. | JuliusAir Company II, LLC (DE) | Tribune Investments, LLC |
| 40. | JuliusAir Company LLC (DE) | Tribune Investments, LLC |
| 41. | KIAH Inc. (DE)* | KIAH, LLC |
| 42. | KPLR, Inc. (MO) | KPLR, Inc. (MO) (no change) |
| 43. | KSWB Inc. (DE) | KSWB, LLC |
| 44. | KTLA Inc. (CA) | KTLA, LLC |
| 45. | KWGN Inc. (DE)* | KWGN, LLC |
| 46. | Los Angeles Times Communications LLC (DE)* | Los Angeles Times Communications LLC (no change) |
| 47. | Los Angeles Times International, Ltd. (CA)[3] | Tribune Media Services London, LLC |
| 48. | Los Angeles Times Newspapers, Inc. (DE) | Los Angeles Times Communications LLC |
| 49. | Magic T Music Publishing Company (DE) | Magic T Music Publishing Company, LLC |
| 50. | The Morning Call, Inc. (PA)* | The Morning Call, LLC |
| 51. | NBBF, LLC (DE)* | NBBF, LLC (no change) |
| 52. | Neocomm, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 53. | New Mass. Media, Inc. (MA) | The Hartford Courant Company, LLC |

---

[2] Eagle New Media Investments, LLC will convey the assets and liabilities of Chicago Magazine to Chicagoland Publishing Company, LLC and subsequently will merge into Tribune Publishing Company, LLC.

[3] The name of Los Angeles Times International, Ltd. following the Restructuring Transactions will be Tribune Media Services London, LLC (rather than Los Angeles Times International, LLC as originally contemplated by Exhibit 5.2).

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 54. | Newscom Services, Inc. (DE) | Tribune Media Services London, LLC |
| 55. | Newspaper Readers Agency, Inc. (IL) | Chicago Tribune Company, LLC |
| 56. | North Michigan Production Company (DE) | Tribune Entertainment Company, LLC |
| 57. | North Orange Avenue Properties, Inc. (FL) | Orlando Sentinel Communications Company, LLC |
| 58. | Oak Brook Productions, Inc. (DE) | Oak Brook Productions, LLC |
| 59. | Orlando Sentinel Communications Company (DE)* | Orlando Sentinel Communications Company, LLC |
| 60. | The Other Company LLC (DE) | Tribune Broadcasting Company, LLC |
| 61. | Patuxent Publishing Company (MD) | The Baltimore Sun Company, LLC |
| 62. | Sentinel Communications News Ventures, Inc. (DE) | Orlando Sentinel Communications Company, LLC |
| 63. | Shepard's Inc. (DE) | Tribune Investments, LLC |
| 64. | Signs of Distinction, Inc. (MD) | The Baltimore Sun Company, LLC |
| 65. | Southern Connecticut Newspapers, Inc. (CT) | Tribune Publishing Company, LLC |
| 66. | Star Community Publishing Group, LLC (DE) | Tribune ND, LLC |
| 67. | Stemweb, Inc. (NY) | forsalebyowner.com, LLC |
| 68. | Sun-Sentinel Company (DE)* | Sun-Sentinel Company, LLC |
| 69. | Times Mirror Land and Timber Company (OR) | Tribune Investments, LLC |
| 70. | Times Mirror Payroll Processing Company, Inc. (DE) | Tribune Investments, LLC |
| 71. | Times Mirror Services Company, Inc. (DE) | Tribune Investments, LLC |
| 72. | TMLH 2, Inc. (CA) | The Hartford Courant Company, LLC |
| 73. | TMLS I, Inc. (CA) | Tribune Publishing Company, LLC |
| 74. | TMS Entertainment Guides, Inc. (DE)[4] | Tribune Media Services, LLC |
| 75. | Tower Distribution Company (DE) | Tower Distribution Company, LLC |
| 76. | Towering T Music Publishing Company (DE) | Towering T Music Publishing Company, LLC |
| 77. | Tribune Broadcast Holdings, Inc. (DE)[5]* | Tribune Broadcasting Indianapolis, LLC<br>KRCW, LLC |
| 78. | Tribune Broadcasting Company (DE) | Tribune Broadcasting Company, LLC |
| 79. | Tribune Broadcasting Holdco, LLC (DE) | Tribune Broadcasting Company, LLC |
| 80. | Tribune California Properties, Inc. (DE) | Tribune Investments, LLC |
| 81. | Tribune CNLBC, LLC (DE) | Tribune CNLBC, LLC (no change) |
| 82. | Tribune Direct Marketing, Inc. (DE) | Tribune Direct Marketing, LLC |
| 83. | Tribune Entertainment Company (DE) | Tribune Entertainment Company, LLC |
| 84. | Tribune Entertainment Production Company (DE) | Tribune Entertainment Company, LLC |
| 85. | Tribune Finance, LLC (DE) | Tribune Investments, LLC |
| 86. | Tribune Finance Service Center, Inc. (DE) | Tribune Investments, LLC |
| 87. | Tribune License, Inc. (DE) | Tribune Publishing Company, LLC |

[4] TMS Entertainment Guides, Inc. will be merged into Tribune Media Services, Inc. (rather than converted into a limited liability company as originally contemplated by Exhibit 5.2).

[5] Tribune Broadcast Holdings, Inc. will (i) convey assets and liabilities of the WTTV television station to Tribune Broadcasting Indianapolis, LLC and (ii) convey assets and liabilities of the KRCW television station to KRCW, LLC.

| | Pre-Emergence Entity | Post-Emergence Entity |
|---|---|---|
| 88. | Tribune Los Angeles, Inc. (DE) | Los Angeles Times Communications LLC |
| 89. | Tribune Manhattan Newspaper Holdings, Inc. (DE) | Tribune ND, LLC |
| 90. | Tribune Media Net, Inc. (DE) | Tribune 365, LLC |
| 91. | Tribune Media Services, Inc. (DE)[6] | Tribune Media Services, LLC<br>TMS News and Features, LLC |
| 92. | Tribune Network Holdings Company (DE) | Tribune Broadcasting Company, LLC |
| 93. | Tribune New York Newspaper Holdings, LLC (DE) | Tribune ND, LLC |
| 94. | Tribune NM, Inc. (DE) | Tribune Publishing Company, LLC |
| 95. | Tribune Publishing Company (DE) | Tribune Publishing Company, LLC |
| 96. | Tribune Television Company (DE)[7]* | Tribune Broadcasting Hartford, LLC<br>Tribune Broadcasting Indianapolis, LLC<br>KDAF, LLC<br>WPHL, LLC<br>WPMT, LLC |
| 97. | Tribune Television Holdings, Inc. (DE)[8]* | WXMI, LLC<br>Tribune Broadcasting Seattle, LLC |
| 98. | Tribune Television New Orleans, Inc. (DE)* | Tribune Television New Orleans, Inc. (no change) |
| 99. | Tribune Television Northwest, Inc. (DE)* | Tribune Broadcasting Seattle, LLC |
| 100. | Tribune Washington Bureau Inc. (DE) | Tribune Washington Bureau, LLC |
| 101. | ValuMail, Inc. (CT) | The Hartford Courant Company, LLC |
| 102. | Virginia Community Shoppers, LLC (DE) | The Daily Press, LLC |
| 103. | Virginia Gazette Companies, LLC (DE)* | The Daily Press, LLC |
| 104. | WATL, LLC (DE) | Tribune Broadcasting Company, LLC |
| 105. | WCWN LLC (DE) | Tribune Broadcasting Company, LLC |
| 106. | WDCW Broadcasting, Inc. (DE) | WDCW, LLC |
| 107. | WGN Continental Broadcasting Company (DE)* | WGN Continental Broadcasting Company, LLC |
| 108. | WLVI Inc. (DE) | Tribune Broadcasting Company, LLC |
| 109. | WPIX, Inc. (DE) | WPIX, LLC |
| 110. | WCCT, Inc. (f/k/a WTXX Inc.) (DE) | Tribune Broadcasting Hartford, LLC |

[6] Tribune Media Services, Inc. will convey the assets and liabilities of its syndication business to TMS News and Features, LLC and subsequently will convert into a new Delaware limited liability company named Tribune Media Services, LLC.

[7] Tribune Television Company will convey (i) the assets and liabilities of the WTIC television station to Tribune Broadcasting Hartford, LLC, (ii) the assets and liabilities of the WXIN television station to Tribune Broadcasting Indianapolis, LLC, (iii) the assets and liabilities of the KDAF television station to KDAF, LLC, (iv) the assets and liabilities of the WPHL television station to WPHL, LLC and (v) the assets and liabilities of the WPMT television station to WPMT, LLC.

[8] Tribune Television Holdings, Inc. will (i) convey the assets and liabilities of the WXMI television station to WXMI, LLC and (ii) convey the assets and liabilities of the KZJO television station (formerly known as KMYQ) to Tribune Broadcasting Seattle, LLC.