**EXHIBIT A**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451012 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0040 General Employee Benefits Matters              $ 375.00
    Client/Reference Number: 0000000847

Total Services            $ 375.00

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 375.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |
| 2349835 | 02/29/2012 | 742.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451012
Invoice Date:  11/09/2012

| Invoice | Date | | |
|---------|------|---|---|
| 2360515 | 03/29/2012 | | 82.00 |
| 2380789 | 05/30/2012 | | 82.00 |
| 2392464 | 06/27/2012 | | 185.50 |

Total Outstanding Balance                                    5,418.50

Total Balance Due                                          $ 5,793.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451012 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0040 General Employee Benefits Matters | $ 375.00 | |
| Client/Reference Number: 0000000847 | | |
| | | |
| Total Services | | $ 375.00 |
| | | |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| | | |
| **Total This Invoice** | | **$ 375.00** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2308358 | 10/31/2011 | 393.00 |
| 2314989 | 11/10/2011 | 1,113.60 |
| 2349835 | 02/29/2012 | 742.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451012
Invoice Date:  11/09/2012

| Invoice | Date | |
|---------|------|---|
| 2360515 | 03/29/2012 | 82.00 |
| 2380789 | 05/30/2012 | 82.00 |
| 2392464 | 06/27/2012 | 185.50 |

Total Outstanding Balance                                    5,418.50

Total Balance Due                                        $ 5,793.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451012
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/12 | B. Schafman | 1.00 | Generate reports, gather data and prepare audit response letter. |

| | **Total Hours** | **1.00** | **Total For Services** | **$375.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Schafman | 1.00 | 375.00 | 375.00 |
| **Totals** | **1.00** | | **$375.00** |

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
Invoice: 2451012

11/09/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Schafman | 1.00 | 375.00 | 375.00 |
| **Totals** | **1.00** | | **$375.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451014 |
| Invoice Date: | 11/09/2012 |

---

## Remittance Copy
## Billing for services rendered through 10/31/2012

---

Total by Matter
    0041 Welfare Plans                                    $ 29,205.00
    Client/Reference Number: 0000000848

Total Services                                                 $ 29,205.00

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                 **$ 29,205.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2451014 |
| | | | Invoice Date: | 11/09/2012 |

| Invoice | Date | |
|---------|------|------|
| 2225163 | 02/28/2011 | 7.74 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 4,817.50 |
| 2423943 | 09/18/2012 | 2,682.50 |
| 2441325 | 10/31/2012 | 7,540.00 |

Total Outstanding Balance                          63,612.08

Total Balance Due                              $ 92,817.08

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451014 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0041 Welfare Plans                                     $ 29,205.00
    Client/Reference Number: 0000000848

Total Services                                               $ 29,205.00

Total Costs and Other Charges Posted Through Billing Period            0.00

**Total This Invoice**                                      **$ 29,205.00**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2451014
Invoice Date: 11/09/2012

| Invoice | Date | |
|---------|------|---|
| 2225163 | 02/28/2011 | 7.74 |
| 2308359 | 10/31/2011 | 852.00 |
| 2314991 | 11/10/2011 | 795.20 |
| 2329287 | 12/21/2011 | 2,450.50 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 4,817.50 |
| 2423943 | 09/18/2012 | 2,682.50 |
| 2441325 | 10/31/2012 | 7,540.00 |

Total Outstanding Balance                              63,612.08

Total Balance Due                                    $ 92,817.08

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451014
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/12 | P. Compernolle | 1.00 | Review documents regarding Brownrout loan and tax consequences. |
| 10/09/12 | A. Gordon | 0.80 | Review the Privacy Notice from K.Dansart [.4]; draft response to update question from K.Dansart. [.2]; discuss Health Savings Account contributions with K.Dansart [.2]. |
| 10/09/12 | I. Mirsky | 2.30 | Research regarding employment tax reporting and withholding obligations in connection with T. Brownrout - Northern Trust Loan (1.4); review of e-mail thread in connection with same (.3); review Promissory Note (.3); review other loan history documents (.3) |
| 10/10/12 | P. Compernolle | 1.00 | Research regarding Brownrout and tax aspects of loan forgiveness (.8); telephone conference with Sue O'Connor regarding same (.2). |
| 10/10/12 | A. Gordon | 1.20 | Review Blue Cross Blue Shield Administrative Services Agreement edits [.3]; review Tribune issues list for the Blue Cross Blue Shield Administrative Services Agreement [.2]; Review changes to the Blue Cross Blue Shield Administrative Services Agreement [.5]; note open issues for 10/11 meeting [.1]; draft email to R.DeBour and S.O'Connor regarding status of the Blue Cross Blue Shield Administrative Services Agreement [.1]. |
| 10/10/12 | I. Mirsky | 1.60 | Conference call with P. Compernolle and S. O'Connor regarding tax aspects of loan forgiveness (.2); research regarding employment tax reporting and withholding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451014
Invoice Date:  11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | obligations in connection with T. Brownrout - Northern Trust Loan (1.4). |
| 10/11/12 | A. Gordon | 0.10 | Conference call with B. Becker regarding Summary of Benefit Coverages. |
| 10/12/12 | A. Gordon | 0.50 | Conference call with B. Becker regarding Summary of Benefit Coverages [.1]; redact Kaiser Summary of Benefit Coverages for B.Becker [.3]; discuss Summary of Benefit Coverages with S.O'Connor [.1] |
| 10/15/12 | A. Gordon | 0.70 | Conference call with B.Becker regarding revisions to the Kaiser Summary of Benefit Coverages [.2]; Review Blue Cross comments to the issues list [.5] |
| 10/17/12 | A. Gordon | 1.40 | Conference call with R.DeBour and S.O'Connor regarding the Blue Cross Blue Shield Services Agreement changes [.8]; attention to agreement for WageWorks [.5]; discuss voluntary benefits with B.Becker [.1]. |
| 10/18/12 | P. Compernolle | 0.50 | Review WageWorks issues (.2); review medical plan summaries (.3). |
| 10/18/12 | A. Gordon | 6.40 | Discuss voluntary benefits with B.Becker [.1]; redact memo on voluntary benefits for B.Becker [.1]; review the open enrollment Health Savings Account communication [.1]; revise the open enrollment Health Savings Account communication [.5]; draft email to K.Dansart regarding review of the Privacy Notice [.1]; review the open enrollment cover letter [.2]; revise the open enrollment cover letter[.2]; discuss the remaining open issues on the Blue Cross Blue Shield Administration agreement with S.O'Connor and R.DeBour [.8]; review and revise the WageWorks services agreement [3.7]; review dependent eligibility language [.1]. revise dependent eligibility language [.2]; review Summary of Benefit Coverages language from A.Walker-Porter [.2]; draft response to A.Walker-Porter regarding the Summary of Benefit Coverages [.1]. |
| 10/18/12 | A. Porter | 4.20 | Review and revise 5 SBCs provided by Kaiser and BCBS for legal compliance with DOL sample and instructions and as compared to other plan documentation (2.5); outline list of items requiring follow-up (.2); analysis of |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2451014
Invoice Date: 11/09/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | "What is the overall deductible", prescription drug program, "excluded" and "other covered services" services required to be disclosed under SBC, precertification rules for all options, and fees for outpatient, inpatient, emergency care and urgent care services for all options (1.1); draft and provide disclaimer language (.2); draft cover email outlining open issues and recommendations for each providers' SBCs (.2). |
| 10/19/12 | P. Compernolle | 0.50 | Review issues in summary of benefit coverage. |
| 10/19/12 | A. Gordon | 4.10 | Discussed with S.O'Connor open enrollment documents [.1]; review WageWorks addendums to the agreement [.8]; revise WageWorks addendums [3.2] |
| 10/20/12 | A. Gordon | 0.30 | Review email from K.Dansart regarding electronic posting of Summary of Benefit Coverages [.1]; draft response to K.Dansart regarding posting of Summary of Benefit Coverages [.2]. |
| 10/22/12 | A. Gordon | 1.80 | Review the Prudential Long Term Disability Agreements [.7]; revise the Prudential Long Term Disability Agreements. [1.1] |
| 10/23/12 | A. Gordon | 4.00 | Review the Prudential Long Term Disability Agreements [1.7]; revise the Prudential Long Term Disability Agreements. [2.3] |
| 10/24/12 | A. Gordon | 0.80 | Draft amendment to the Wrap Welfare Benefit Plan for Voluntary Benefits. |
| 10/25/12 | A. Gordon | 0.20 | Discuss Voluntary Benefits with B.Becker. |
| 10/30/12 | A. Gordon | 6.90 | Review the Prudential Short Term Disability Agreement [1.4]; revise the Prudential Short Term Disability Agreement. [1.9]; review the 2013 Health and Welfare Plans communication [1.2]; revise the 2013 Health and Welfare Plans communication [2.1]; revise issues list for the Blue Cross Blue Shield agreement [.3]. |
| 10/31/12 | A. Gordon | 1.70 | Revise the issues list for the Blue Cross Blue Shield agreement [.5]; revise the Blue Cross Blue Shield agreement. [1.2] |

|  | **Total Hours** | **42.00** | **Total For Services** | **$29,205.00** |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451014 |
| Invoice Date: | 11/09/2012 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| P. Compernolle | 3.00 | 820.00 | 2,460.00 |
| A. Gordon | 30.90 | 725.00 | 22,402.50 |
| I. Mirsky | 3.90 | 645.00 | 2,515.50 |
| A. Porter | 4.20 | 435.00 | 1,827.00 |
| **Totals** | **42.00** | | **$29,205.00** |
| | | **Total This Invoice** | **$29,205.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451015 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

| | |
|---|---|
| Total by Matter | |
| 0047 ESOP | $ 9,762.00 |
| Client/Reference Number: 0000001574 | |
| | |
| Total Services | $ 9,762.00 |
| | |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| | |
| **Total This Invoice** | **$ 9,762.00** |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451015 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0047 ESOP                                                  $ 9,762.00
    Client/Reference Number: 0000001574

Total Services                                                   $ 9,762.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                        **$ 9,762.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment
for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information
(include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451015
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                      Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/12 | P. Compernolle | 0.50 | Email to J. Steffen on plan audit report and related issues. |
| 10/05/12 | W. Merten | 0.10 | Review email from Dan Fienberg regarding settlement proceeds from ESOP class member. |
| 10/09/12 | R. Schreck, Jr. PC | 0.30 | Review audit letter response update for P. Compernolle (.2); conference with B. Schafman regarding same (.1). |
| 10/10/12 | B. Schafman | 1.00 | Generate reports (.3), gather data (.3), prepare audit response letter (.4). |
| 10/23/12 | P. Compernolle | 2.00 | Telephone conference with J. Langdon of Sidley regarding ESOP termination and plan of reorganization (.5); review plan (.7), draft resolution (.8). |
| 10/24/12 | P. Compernolle | 2.30 | Research regarding ESOP termination (.50); review plan documents (.50), draft checklist of open items (.40); conference with S. Schaefer regarding same (.40); draft resolution (.50). |
| 10/24/12 | W. Merten | 0.40 | Analysis regarding matters pertaining to cancellation of shares and ESOP debt, together with termination of plan (and filing for determination letter) (.2); related conversation with Paul Compernolle (.2). |
| 10/24/12 | S. Schaefer | 0.50 | Review ESOP loan documents (.3); discussion with Paul Compernolle regarding actions to be taken to wind up ESOP in anticipation of bankruptcy settlement (.2). |
| 10/24/12 | L. Granados | 0.30 | Teleconference with B. Merten regarding plan wind-up. |
| 10/25/12 | P. Compernolle | 0.80 | Email to co-counsel regarding ESOP termination (.2), review plan of reorganization (.2); review and revise Committee resolution (.4). |
| 10/25/12 | W. Merten | 0.10 | Review email from Paul Compernolle regarding |

# McDermott
# Will & Emery

Tribune Company

| | | | | | Client: | 020336 |
| | | | | | Invoice: | 2451015 |
| | | | | | Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | termination of the ESOP. |
| 10/25/12 | S. Schaefer | 0.50 | Discussion with Paul Compernolle regarding final actions to terminate the ESOP once bankruptcy approval is given. |
| 10/25/12 | J. Holdvogt | 0.80 | Review ERISA notice requirements for ESOP (.4); conference with P. Compernolle related to same (.4). |
| 10/26/12 | P. Compernolle | 0.50 | Review issues in plan termination. |
| 10/26/12 | W. Merten | 0.20 | Review email from Dave Eldersveld regarding stock certificates (.1).  Review email from James Langton regarding to-do items (.1). |
| 10/30/12 | P. Compernolle | 0.80 | Draft ESOP termination resolution. |
| 10/30/12 | W. Merten | 0.10 | Review email from Paul Compernolle regarding review of Committee resolution. |
| 10/30/12 | S. Schaefer | 0.30 | Discussion with Paul Compernolle regarding steps to terminate ESOP. |
| 10/31/12 | P. Compernolle | 0.80 | Review EBC resolution relating to effect of plan of reorganization on ESOP (.3); email on same to team (.5). |
| 10/31/12 | W. Merten | 0.40 | Conversation with Paul regarding review of resolutions (.1). Research regarding same (.1). Review email from Paul Compernolle and final set of resolutions (.1). Review follow-up email from Company (.1). |

| | **Total Hours** | **12.70** | **Total For Services** | **$9,762.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 7.70 | 820.00 | 6,314.00 |
| L. Granados | 0.30 | 740.00 | 222.00 |
| J. Holdvogt | 0.80 | 580.00 | 464.00 |
| W. Merten | 1.30 | 820.00 | 1,066.00 |
| S. Schaefer | 1.30 | 820.00 | 1,066.00 |
| B. Schafman | 1.00 | 375.00 | 375.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451015
Invoice Date:  11/09/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Schreck, Jr. PC | 0.30 | 850.00 | 255.00 |
| **Totals** | **12.70** | | **$9,762.00** |
| | **Total This Invoice** | | **$9,762.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451021 |
| Invoice Date: | 11/09/2012 |

---

## Remittance Copy
### Billing for services rendered through 10/31/2012

---

Total by Matter
    0515 Chapter 11 Restructuring            $ 177,428.47

Total Services            $ 177,411.50

Total Costs and Other Charges Posted Through Billing Period      16.97

**Total This Invoice**          **$ 177,428.47**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment
for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information
(include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2451021 |
| | | | Invoice Date: | 11/09/2012 |

| Invoice | Date | |
|---------|------|---|
| 2200564 | 12/08/2010 | 119.97 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |
| 2441331 | 10/31/2012 | 180,607.25 |

Total Outstanding Balance                          1,019,684.50

Total Balance Due                              $ 1,197,112.97

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451021 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0515 Chapter 11 Restructuring      $ 177,428.47

Total Services      $ 177,411.50

Total Costs and Other Charges Posted Through Billing Period      16.97

**Total This Invoice**      **$ 177,428.47**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451021
Invoice Date:  11/09/2012

| Invoice | Date | |
|---------|------|---:|
| 2200564 | 12/08/2010 | 119.97 |
| 2308367 | 10/31/2011 | 63,889.10 |
| 2314993 | 11/10/2011 | 45,915.10 |
| 2329289 | 12/21/2011 | 34,397.70 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |
| 2441331 | 10/31/2012 | 180,607.25 |

Total Outstanding Balance                    1,019,684.50

Total Balance Due                          $ 1,197,112.97

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451021
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/12 | N. Hazan | 0.20 | Review final report of the fee examiner. |
| 10/01/12 | B. Rubin | 3.80 | Review documents regarding possible liquidation (1.6); research and analysis regarding possible liquidation (.6); review and comment on valuation (1.6). |
| 10/01/12 | A. Whiteway | 4.60 | Review and comment on valuation of litigation trust claims. |
| 10/01/12 | J. Finkelstein | 2.10 | Review draft litigation trust valuation. |
| 10/01/12 | G. Kopacz | 0.80 | Review final report of the fee examiner for the 11th quarterly period (.6); emails to B. Rubin and Fee examiner regarding response to fee examiner's report (.2). |
| 10/01/12 | M. Wilder | 0.50 | Discussed restructuring opinion with J. Robert. |
| 10/01/12 | M. Wilder | 0.60 | Research regarding restructuring opinion with J. Robert. |
| 10/01/12 | J. Robert | 6.00 | Drafting short form opinion (4.2); meeting with M. Wilder to discuss arguments, necessary research, and format of LRM (.5); drafting LRM (1.3). |
| 10/02/12 | B. Rubin | 3.70 | Review and analyze documents regarding possible change in structure (1.1); review and comment on valuation (1.2); review and edit opinion (1.4). |
| 10/02/12 | A. Whiteway | 2.80 | Review structure of Tribune DB LLC (.9); telephone conference with Mr. Eldersveld regarding restructuring tax issue (.4); correspondence with co-counsel regarding doing business in Dominican Republic (.3); conference with co-counsel regarding attribute reduction tax issues (1.2). |
| 10/02/12 | J. Finkelstein | 1.20 | Review and comment on litigation trust valuation report (1.2). |
| 10/02/12 | G. Kopacz | 0.20 | Coordinate with secretary to participate telephonically in |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451021
Invoice Date:  11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | up-coming hearing (.1); communications with local counsel regarding same (.1). |
| 10/02/12 | J. Robert | 6.80 | Completing draft of short form opinion and drafting LRM |
| 10/03/12 | B. Rubin | 4.90 | Review and comment on valuation (2.7); coordinate comments on same with co-counsel (.6); review and comment on opinion (1.6). |
| 10/03/12 | A. Whiteway | 3.40 | Revise workplan (.2); analysis of litigation trust tax issues and review valuation and comments (3.2). |
| 10/03/12 | J. Finkelstein | 2.60 | Review and comment on litigation trust valuation report and correspondence regarding same. |
| 10/03/12 | G. Kopacz | 0.30 | Email B. Rubin regarding order with respect to 11th quarterly fee application (.1); communications with team regarding same (.2). |
| 10/03/12 | M. Wilder | 0.70 | Discuss Section 351 issues with J. Robert. |
| 10/03/12 | J. Robert | 8.10 | Drafting section 108 opinion. |
| 10/04/12 | B. Rubin | 3.60 | Preparation for and conference call with team regarding emergence issues (.8); preparation for and meeting with co-counsel regarding tax opinion issues (.9); review and edit tax opinion (1.3); conference call with Alvarez regarding valuation issues (.6). |
| 10/04/12 | A. Whiteway | 2.90 | Telephone conference with client regarding emergence tax issues and workplan (.6); conference with co-counsel regarding tax opinion on attribute reduction (1.1); review representation letter in connection with restructuring tax opinion (1.2). |
| 10/04/12 | J. Finkelstein | 4.20 | Conference with Tribune regarding emergence tax issues (1.1); conference with Alvarez and Marsal regarding litigation trust valuation (.8); review draft restructuring short form opinion and rep letter and discuss with co-counsel (1.1); draft litigation trust opinion (1.2). |
| 10/04/12 | G. Kopacz | 1.60 | Review September pre-bills to ensure compliance with applicable guidelines. |
| 10/04/12 | M. Wilder | 1.70 | Review draft representation letters and short form opinions and discuss same with J. Robert (1.2); discuss same with B. Rubin and others (.5). |
| 10/05/12 | B. Rubin | 1.60 | Review and edit opinion and officer's certificate. |
| 10/05/12 | J. Finkelstein | 4.80 | Review draft restructuring short form opinion and rep |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2451021
Invoice Date:    11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | letter (1.1); draft litigation trust opinion (3.7). |
| 10/05/12 | G. Kopacz | 0.80 | Review September pre-bills to ensure compliance with applicable guidelines (.7); email local counsel regarding July and August fee applications (.1). |
| 10/08/12 | B. Rubin | 3.90 | Review and comment on memo regarding debt incurrence restrictions (1.3); conference with co-counsel regarding same (.3); review and edit supporting memorandum (2.3). |
| 10/08/12 | J. Finkelstein | 4.80 | Research and draft memo regarding debt limitations on Cubs and Newsday partnerships. |
| 10/08/12 | G. Kopacz | 0.30 | Email local counsel regarding fee applications and certificate of no objection (.1); review docket regarding same (.1); email B. Rubin regarding same (.1). |
| 10/08/12 | M. Wilder | 0.40 | Revised representation letter and discussed with J. Robert. |
| 10/08/12 | J. Robert | 3.00 | Revise short form opinion and rep letter (1.5); discuss rep letter with M. Wilder (.3); draft Litigation Risk Memorandum (1.2). |
| 10/09/12 | T. Shuman | 1.00 | Review representations for tax opinion on restructuring in connection with emergence from bankruptcy (.5); meeting with M. Wilder regarding same (.5). |
| 10/09/12 | B. Rubin | 2.10 | Preparation for and conference with co-counsel regarding tax opinion issues (.9); review and edit opinion (1.2). |
| 10/09/12 | A. Whiteway | 2.40 | Review and revise short form opinion on restructuring (1.8); conference with co-counsel regarding tax issues on restructuring entities (.6). |
| 10/09/12 | J. Finkelstein | 4.60 | Review and comment on restructuring opinion representation letter and short form opinion (1.2); meet with co-counsel regarding opinion representation letter and short form opinion (1.0); draft litigation trust opinion memo (2.4) |
| 10/09/12 | G. Kopacz | 0.30 | Work on 15th quarterly fee application. |
| 10/09/12 | M. Wilder | 2.30 | Discuss opinion and representation letter with B. Rubin and others (.5); review T. Shuman comments regarding same (.4); revisions to documents and discussion of changes with J. Robert (1.4). |
| 10/09/12 | J. Robert | 4.00 | Draft Litigation Risk Memorandum. |
| 10/09/12 | J. Kaylor-Brett | 5.80 | Prepare Fifteenth Quarterly Fee Application for |

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2451021 |
| | | | Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012. |
| 10/10/12 | B. Rubin | 0.80 | Review and comment on tax opinion. |
| 10/10/12 | B. Rubin | 0.60 | Conference with co-counsel regarding tax opinion. |
| 10/10/12 | A. Whiteway | 1.90 | Review and revise short form opinion on restructuring (1.1); revise work plan and circulate (.8). |
| 10/10/12 | J. Finkelstein | 5.80 | Revise draft restructuring opinion (1.6); draft litigation trust opinion memo (3.6); revise draft emergence workplan (.6). |
| 10/10/12 | G. Kopacz | 0.30 | Communications with J. Kaylor-Brett regarding 15th quarterly fee application (.1); work on 15th quarterly fee application (.2). |
| 10/10/12 | M. Wilder | 1.50 | Review changes to short-form opinion and discussed 304 and step transaction issues for long-form memo with J. Robert. |
| 10/10/12 | J. Robert | 9.00 | Meeting with M. Wilder to discuss Litigation Risk Memorandum ("LRM") arguments and format (.6); drafting LRM (8.4). |
| 10/10/12 | J. Kaylor-Brett | 2.30 | Review and revise the Fifteenth Quarterly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012. |
| 10/11/12 | N. Hazan | 0.60 | Review and correct quarterly fee application. |
| 10/11/12 | B. Rubin | 2.20 | Review and comment on opinion. |
| 10/11/12 | B. Rubin | 1.40 | Review and comment on Officer's Certificate. |
| 10/11/12 | A. Whiteway | 1.10 | Preparation for and telephone conference with client regarding emergence tax planning issues (.8); conference with co-counsel regarding tax issues on restructuring entities (.3). |
| 10/11/12 | J. Finkelstein | 4.80 | Conference with Tribune regarding emergence tax issues (.9); draft litigation trust tax memo (3.9). |
| 10/11/12 | G. Kopacz | 2.90 | Work on 15th quarterly fee application. |
| 10/11/12 | M. Wilder | 1.50 | Review and revise draft memo on post-emergence restructuring (1.2); discuss same with J. Robert (.3). |
| 10/11/12 | J. Robert | 8.80 | Drafting Litigation Risk Memorandum ("LRM") (6.4); expanding and revising LRM to incorporate suggestions from M. Wilder (2.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451021
Invoice Date:  11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/12 | B. Rubin | 3.60 | Review and comment on representation letter (1.3); review and comment on draft opinion (2.3). |
| 10/12/12 | A. Whiteway | 0.90 | Review and comment on officers certificate (.9). |
| 10/12/12 | J. Finkelstein | 6.90 | Draft litigation trust tax memo (4.8); review and comment on restructuring opinion officer's certificate (2.1). |
| 10/12/12 | G. Kopacz | 0.10 | Email the fee examiner regarding the LEDES files for the 15th quarterly fee application. |
| 10/12/12 | M. Wilder | 2.50 | Drafted portions of LRM on restructuring (1.4); reviewed drafts prepared by John Robert and discussed revisions with John Robert (1.1). |
| 10/12/12 | J. Robert | 15.30 | Making substantial revisions and expanding key sections of the Litigation Risk Memorandum to reflect suggestions from M. Wilder (14.7); meeting with M. Wilder to discuss LRM (.6). |
| 10/13/12 | M. Wilder | 3.80 | Reviewed latest draft long-form memo on restructuring transaction and drafted portions of same. |
| 10/14/12 | M. Wilder | 3.50 | Completed draft of long-form opinion memo. |
| 10/15/12 | B. Rubin | 3.80 | Review and comment on certificate (1.1); conference with co-counsel regarding comments (.6); review and comment on opinion (2.1). |
| 10/15/12 | A. Whiteway | 3.60 | Review and comment on opinion (2.1); review and comment on certificate (.9) conference with co-counsel regarding comments (.6). |
| 10/15/12 | J. Finkelstein | 3.30 | Review and comment on restructuring opinion officer's certificate and opinion memo (2.4); meet with co-counsel regarding officer's certificate for opinion (.9). |
| 10/15/12 | M. Wilder | 0.40 | Discuss changes to long-form opinion memo with J. Robert. |
| 10/15/12 | M. Wilder | 0.50 | Review changes to Officer's Certificate and discussed same with B. Rubin and others. |
| 10/15/12 | J. Robert | 1.50 | Review and revise Officer's Certificate (.6); meet with B. Rubin, A. Whiteway, J. Finkelstein, and M. Wilder to discuss Officer's Certificate (.5); meet with M. Wilder to discuss necessary changes to Litigation Risk Memorandum and potential arguments regarding business purpose in the context of a check-the-box election (.4). |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2451021
Invoice Date: 11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/16/12 | J. Finkelstein | 1.80 | Review and revise draft opinion officer's certificate (1.0); review restructuring opinion memo (.8). |
| 10/17/12 | B. Rubin | 0.90 | Review and comment on Officer's Certificate (.9). |
| 10/17/12 | A. Whiteway | 0.70 | Telephone conference with co-counsel regarding revised emergence workplan (.3); review and comment on draft memo regarding restrictions on new financings in Cubs and Newsday (.4). |
| 10/17/12 | J. Finkelstein | 2.20 | Review and revise draft opinion officer's certificate (.5); review restructuring opinion memo and correspondence with Tribune regarding same (1.9); revise emergence workplan and correspondence with Tribune regarding same (.8). |
| 10/18/12 | N. Hazan | 0.30 | Review Fee Examiners Final Report 12th Quarter. |
| 10/18/12 | B. Rubin | 0.80 | Preparation for and conference call with clients regarding tax issues (.8). |
| 10/18/12 | A. Whiteway | 0.80 | Preparation for and conference call with clients regarding emergence tax plan (.8). |
| 10/18/12 | J. Finkelstein | 4.10 | Conference with Tribune regarding emergence tax issues (1.1); review memo regarding restructuring opinion (2.5); revise summary of debt restrictions in Newsday and Cubs partnerships and correspondence with team regarding same (.5). |
| 10/18/12 | G. Kopacz | 0.20 | Review final report of the fee examiner. |
| 10/19/12 | J. Finkelstein | 2.80 | Review draft restructuring opinion supporting memo. |
| 10/19/12 | G. Kopacz | 0.20 | Communications with team regarding invoices. |
| 10/22/12 | B. Rubin | 2.10 | Review and edit draft opinion (2.1). |
| 10/22/12 | A. Whiteway | 2.80 | Review and revise tax opinion regarding restructuring (2.8). |
| 10/23/12 | B. Rubin | 2.10 | Review and edit long-form tax opinion (2.1). |
| 10/23/12 | J. Finkelstein | 0.90 | Review and comment on supporting memo for restructuring opinion. |
| 10/24/12 | B. Rubin | 3.40 | Correspondence with client regarding Dominican issues (.3); follow up with co-counsel regarding Dominican issues (.6); review and comment on schedules for credit agencies (.7); review and edit draft opinion (1.8). |
| 10/24/12 | A. Whiteway | 0.20 | Review and revise emergence workplan. |
| 10/24/12 | J. Finkelstein | 0.60 | Revise bankruptcy emergence workplan and distribute. |
| 10/25/12 | B. Rubin | 2.70 | Preparation for and conference call with client regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2451021
Invoice Date:  11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | emergence issues (.6); review and comment on debt summary (.4); review and edit tax opinion (1.7). |
| 10/25/12 | A. Whiteway | 0.40 | Telephone conference with client regarding emergence workplan (.2); review Cubs and Newsday debt summary sheet (.2). |
| 10/25/12 | J. Finkelstein | 3.10 | Conference withTribune regarding emergence issues (.9); review and comment on Cubs and Newsday partnership debt limitations and conference with Tribune regarding same (2.2). |
| 10/26/12 | B. Rubin | 1.90 | Review and edit draft supporting memorandum (1.9). |
| 10/29/12 | B. Rubin | 2.30 | Review and edit draft supporting opinion (2.3). |
| 10/29/12 | J. Finkelstein | 2.30 | Review restructuring opinion memo. |
| 10/31/12 | B. Rubin | 2.30 | Review and edit draft tax opinion (2.3). |
| 10/31/12 | A. Whiteway | 2.60 | Revise emergence workplan (.2) ; review and revise attribute reduction opinion (2.4). |
| 10/31/12 | J. Finkelstein | 3.10 | Review restructuring opinion memo (2.4); revise emergence workplan and correspondence regarding same (.7). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **252.20** | | **Total For Services** | **$177,411.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 66.00 | 765.00 | 50,490.00 |
| N. Hazan | 1.10 | 645.00 | 709.50 |
| J. Kaylor-Brett | 8.10 | 265.00 | 2,146.50 |
| G. Kopacz | 8.00 | 435.00 | 3,480.00 |
| J. Robert | 62.50 | 365.00 | 22,812.50 |
| B. Rubin | 54.50 | 995.00 | 54,227.50 |
| T. Shuman | 1.00 | 500.00 | 500.00 |
| A. Whiteway | 31.10 | 885.00 | 27,523.50 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2451021
Invoice Date: 11/09/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Wilder | 19.90 | 780.00 | 15,522.00 |
| **Totals** | **252.20** | | **$177,411.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31868631; INVOICE DATE: 10/01/12; Call Date: 09/06/12; Order #33287698; Host NAME: Andrea Whiteway | 4.97 |
| 10/01/12 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6454. | 0.90 |
| 10/02/12 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-3638. | 0.45 |
| 10/02/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6454. | 1.05 |
| 10/02/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. | 0.15 |
| 10/02/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 0.15 |
| 10/04/12 | Telecommunications<br>Ext. 68426 called NEW YORK, (212) 763-9831. | 1.20 |
| 10/04/12 | Telecommunications<br>Ext. 68426 called NEW YORK, (212) 763-9831. | 0.15 |
| 10/08/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-4707. | 0.15 |
| 10/08/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 683-9453. | 1.20 |
| 10/08/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 0.30 |
| 10/09/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 0.60 |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2451021 | |
| Invoice Date: | 11/09/2012 | |

| Date | Description | Amount |
|---|---|---|
| 10/11/12 | Telecommunications<br>Ext. 68425 called NEW YORK, (212) 837-6315. | 0.15 |
| 10/11/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 853-7515. | 0.15 |
| 10/11/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 1.95 |
| 10/15/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 837-6315. | 0.75 |
| 10/25/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3638. | 0.90 |
| 10/25/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3638. | 1.80 |

**Total Costs and Other Charges**    **$16.97**

**Total This Invoice**    **$177,428.47**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451022 |
| Invoice Date: | 11/09/2012 |

---

## Remittance Copy
### Billing for services rendered through 10/31/2012

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 5,011.36 | |
| Total Services | | $ 5,000.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 11.36 |
| **Total This Invoice** | | **$ 5,011.36** |

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Tribune Company

Client:        020336
Invoice:       2451022
Invoice Date:  11/09/2012

| Invoice | Date | |
|---------|------|---|
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 2,251.20 |
| 2423951 | 09/18/2012 | 2,756.75 |
| 2441333 | 10/31/2012 | 2,858.91 |

Total Outstanding Balance                66,272.33

Total Balance Due                      $ 71,283.69

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451022 |
| Invoice Date: | 11/09/2012 |

---

## Client Copy
### Billing for services rendered through 10/31/2012

---

Total by Matter
    0516 Perfect Market, Inc.                                $ 5,011.36

Total Services                                            $ 5,000.00

Total Costs and Other Charges Posted Through Billing Period          11.36

## Total This Invoice                               **$ 5,011.36**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2314994 | 11/10/2011 | 499.10 |
| 2329290 | 12/21/2011 | 1,687.00 |
| 2338730 | 01/30/2012 | 2,139.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451022
Invoice Date:  11/09/2012

| Invoice | Date | |
| --- | --- | --- |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 2,251.20 |
| 2423951 | 09/18/2012 | 2,756.75 |
| 2441333 | 10/31/2012 | 2,858.91 |

Total Outstanding Balance                                     66,272.33

Total Balance Due                                          $ 71,283.69

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451022
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0516      Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/18/12 | P. McCurry | 0.30 | Revise profits interest documents. (0.3) |
| 10/19/12 | P. McCurry | 1.90 | Revise LLC Agreements and Award Agreements (1.3); various calls and emails with B. Gerth and C. McBurney re the same (0.6). |
| 10/22/12 | P. McCurry | 2.90 | Revise transaction documents for profits interest issuances (2.0); calls and emails with Topix and TKG individuals re the same (0.9). |
| 10/23/12 | P. McCurry | 1.40 | Revise profits interest documents (1.0); emails with Nixon Peabody and Topix personnel regarding the same (0.4). |
| 10/24/12 | P. McCurry | 0.90 | Prepare documents for closing of profits interest transaction (0.9). |
| 10/25/12 | P. McCurry | 2.40 | Prepare documents for profits interest issuance (1.8); emails with Topix, Nixon and DLA regarding the same (0.6). |
| 10/29/12 | P. McCurry | 0.20 | Correspondences with Topix and DLA personnel re profits interest transaction (0.2). |

**Total Hours      10.00            Total For Services      $5,000.00**

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451022
Invoice Date:  11/09/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. McCurry | 10.00 | 500.00 | 5,000.00 |
| **Totals** | **10.00** | | **$5,000.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 09/06/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #31864980; INVOICE DATE: 10/01/12; Call Date: 09/06/12; Order #33284094; Host NAME: Patrick McCurry | 2.21 |
| 10/19/12 | Telecommunications<br>Ext. 42191 called WASHINGTON, (202) 585-8358. | 1.35 |
| 10/22/12 | Telecommunications<br>Ext. 42191 called WASHINGTON, (202) 585-8358. | 2.55 |
| 10/23/12 | Telecommunications<br>Ext. 42191 called FLS CHURCH, (703) 854-6949. | 1.35 |
| 10/24/12 | Telecommunications<br>Ext. 42191 called SAN FRAN, (415) 706-5105. | 2.10 |
| 10/24/12 | Telecommunications<br>Ext. 42191 called FLS CHURCH, (703) 854-6949. | 0.15 |
| 10/24/12 | Telecommunications<br>Ext. 42191 called SAN FRAN, (415) 706-5105. | 1.65 |

|  | |
|---|---:|
| **Total Costs and Other Charges** | **$11.36** |
| **Total This Invoice** | **$5,011.36** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL 60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2451023 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 3,121.00 | |
| Total Services | | $ 3,121.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 3,121.00** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2308368 | 10/31/2011 | 128.90 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:         022182
Invoice:        2451023
Invoice Date:   11/09/2012

| Invoice | Date | |
|---------|------|--|
| 2314995 | 11/10/2011 | 948.90 |
| 2338737 | 01/30/2012 | 540.40 |
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 43.80 |
| 2402398 | 07/25/2012 | 3,215.20 |
| 2415845 | 08/31/2012 | 4,926.54 |
| 2423952 | 09/18/2012 | 1,216.00 |

Total Outstanding Balance                     14,472.58

Total Balance Due                           $ 17,593.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2451023 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 3,121.00 | |
| Total Services | | $ 3,121.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 3,121.00** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2308368 | 10/31/2011 | 128.90 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2451023
Invoice Date:  11/09/2012

| Invoice | Date | | |
|---------|------|--|--|
| 2314995 | 11/10/2011 | 948.90 | |
| 2338737 | 01/30/2012 | 540.40 | |
| 2349783 | 02/29/2012 | 230.00 | |
| 2370651 | 04/30/2012 | 350.00 | |
| 2380795 | 05/30/2012 | 1,899.30 | |
| 2392472 | 06/27/2012 | 43.80 | |
| 2402398 | 07/25/2012 | 3,215.20 | |
| 2415845 | 08/31/2012 | 4,926.54 | |
| 2423952 | 09/18/2012 | 1,216.00 | |

Total Outstanding Balance                                    14,472.58

Total Balance Due                                       $ 17,593.58

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451023
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/12 | B. Gruemmer | 0.30 | Reviewing Broadcast Agreements with C. Lin regarding on air talent |
| 10/15/12 | C. Lin | 0.30 | Review Television Rights Agreement regarding obligation to assume broadcasting contracts (.2); conference with co-counsel regarding same (.1). |
| 10/26/12 | R. Harris | 0.30 | Confer with M. Lufrano regarding Dominican entity (.1); review file regarding same (.2). |
| 10/29/12 | R. Harris | 0.30 | Confer with Dominican counsel regarding process for withdrawal from Dominican Republic. |
| 10/30/12 | B. Rubin | 0.30 | Correspondence with client and co-counsel regarding lease issue (.3). |
| 10/30/12 | A. Whiteway | 0.30 | Correspondence with co-counsel regarding lease. |
| 10/31/12 | B. Rubin | 1.10 | Determine whether lease renewal exercised (.4); review and analyze lease provisions (.4); correspondence with client regarding same (.3). |
| 10/31/12 | A. Whiteway | 0.30 | Review lease (.2); conference with co-counsel regarding same (.1). |
| 10/31/12 | J. Finkelstein | 0.50 | Review correspondence from team regarding Mueller lease. |

| | **Total Hours** | **3.70** | **Total For Services** | **$3,121.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 0.50 | 765.00 | 382.50 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client: 022182
Invoice: 2451023
Invoice Date: 11/09/2012

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| B. Gruemmer | 0.30 | 840.00 | 252.00 |
| R. Harris | 0.60 | 640.00 | 384.00 |
| C. Lin | 0.30 | 595.00 | 178.50 |
| B. Rubin | 1.40 | 995.00 | 1,393.00 |
| A. Whiteway | 0.60 | 885.00 | 531.00 |
| **Totals** | **3.70** | | **$3,121.00** |
| | | **Total This Invoice** | **$3,121.00** |

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2451023

11/09/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 0.50 | 765.00 | 382.50 |
| B. Gruemmer | 0.30 | 840.00 | 252.00 |
| R. Harris | 0.60 | 640.00 | 384.00 |
| C. Lin | 0.30 | 595.00 | 178.50 |
| B. Rubin | 1.40 | 995.00 | 1,393.00 |
| A. Whiteway | 0.60 | 885.00 | 531.00 |
| **Totals** | **3.70** | | **$3,121.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451024 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0522 Baltimore Sun Mailers Pension Plan | $ 3,790.00 | |
| Total Services | | $ 3,790.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 3,790.00** |

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 119.97 |
| 2308369 | 10/31/2011 | 202.80 |
| 2314997 | 11/10/2011 | 2,457.10 |
| 2338732 | 01/30/2012 | 98.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451024 |
| Invoice Date: | 11/09/2012 |

Total Outstanding Balance                                    2,878.27

Total Balance Due                                          $ 6,668.27

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451024 |
| Invoice Date: | 11/09/2012 |

---

## Client Copy
### Billing for services rendered through 10/31/2012

---

Total by Matter
    0522 Baltimore Sun Mailers Pension Plan             $ 3,790.00

Total Services                               $ 3,790.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                             **$ 3,790.00**

| Invoice | Date | |
|---|---|---|
| 2210516 | 11/10/2010 | 119.97 |
| 2308369 | 10/31/2011 | 202.80 |
| 2314997 | 11/10/2011 | 2,457.10 |
| 2338732 | 01/30/2012 | 98.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston   Brussels   Chicago   Düsseldorf   Frankfurt   Houston   London   Los Angeles   Miami   Milan   Munich   New York   Orange County   Paris   Rome   Seoul   Silicon Valley   Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451024 |
| Invoice Date: | 11/09/2012 |

Total Outstanding Balance                                2,878.27

Total Balance Due                                    $ 6,668.27

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451024
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0522        Baltimore Sun Mailers Pension Plan

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/12 | P. Compernolle | 0.50 | Review plan documents and draft financial report. |
| 10/10/12 | J. Holdvogt | 1.80 | Review and edit Mailers Plan financial statements (1.3); conference with P. Compernolle regarding issues related to same (.5). |
| 10/11/12 | P. Compernolle | 0.50 | Review plan financial report (.2); email to co-counsel regarding same (.3). |
| 10/24/12 | P. Compernolle | 1.00 | Review issues in financial report relating to spousal death benefit (.5); review plan document and emails to team regarding same (.5). |
| 10/24/12 | J. Holdvogt | 0.70 | Review Mailers Plan death benefit issue (.5); conference with P. Compernolle regarding issues related to same (.2). |
| 10/25/12 | P. Compernolle | 0.50 | Review emails on death benefit summary for financial report. |
| 10/25/12 | J. Holdvogt | 0.50 | Telephone call with K. Dansart reviewing funding issues with Baltimore Sun plan. |
| | **Total Hours** | **5.50** | **Total For Services**      **$3,790.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 2.50 | 820.00 | 2,050.00 |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
| --- | --- | --- |
| | Invoice: | 2451024 |
| | Invoice Date: | 11/09/2012 |

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| J. Holdvogt | 3.00 | 580.00 | 1,740.00 |
| **Totals** | **5.50** | | **$3,790.00** |
| | **Total This Invoice** | | **$3,790.00** |

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451025 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0527 2009 Audit                                                    $ 38,729.30

Total Services                                                                  $ 29,566.00

Total Costs and Other Charges Posted Through Billing Period                          9,163.30

**Total This Invoice**                                                          **$ 38,729.30**

| Invoice | Date | |
|---|---|---|
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451025
Invoice Date:  11/09/2012

| Invoice | Date | |
|---------|------|---|
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 16,800.00 |
| 2402401 | 07/25/2012 | 32,902.30 |
| 2415875 | 08/31/2012 | 38,363.87 |
| 2423954 | 09/18/2012 | 9,867.00 |
| 2441334 | 10/31/2012 | 24,803.00 |

Total Outstanding Balance                          323,803.07

Total Balance Due                                  $ 362,532.37

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451025 |
| Invoice Date: | 11/09/2012 |

---

## Client Copy
### Billing for services rendered through 10/31/2012

---

Total by Matter
    0527 2009 Audit                                           $ 38,729.30

Total Services                                                          $ 29,566.00

Total Costs and Other Charges Posted Through Billing Period                 9,163.30

**Total This Invoice**                                                    **$ 38,729.30**

| Invoice | Date | |
|---|---|---|
| 2308371 | 10/31/2011 | 20,943.30 |
| 2314998 | 11/10/2011 | 583.70 |
| 2329293 | 12/21/2011 | 563.50 |
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment
for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information
(include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | | Client: | 020336 |
| | | | Invoice: | 2451025 |
| | | | Invoice Date: | 11/09/2012 |

| Invoice | Date | | |
|---------|------|---|---|
| 2360522 | 03/29/2012 | 85,574.00 | |
| 2370653 | 04/30/2012 | 22,892.08 | |
| 2380796 | 05/30/2012 | 2,714.80 | |
| 2392476 | 06/27/2012 | 16,800.00 | |
| 2402401 | 07/25/2012 | 32,902.30 | |
| 2415875 | 08/31/2012 | 38,363.87 | |
| 2423954 | 09/18/2012 | 9,867.00 | |
| 2441334 | 10/31/2012 | 24,803.00 | |

Total Outstanding Balance                                          323,803.07

Total Balance Due                                                $ 362,532.37

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels · Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451025
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/05/12 | P. McCurry | 1.30 | Review database of documents in response to IRS request. (1.3). |
| 10/05/12 | B. Rubin | 0.80 | Correspondence with clients and co-counsel regarding audit. |
| 10/05/12 | B. Rubin | 2.40 | Review and analyze documents for IRS response. |
| 10/05/12 | B. Rubin | 0.60 | Memo to clients regarding document request. |
| 10/05/12 | B. Newgard | 3.40 | Run targeted searches and produce documents related to a specific IRS request. |
| 10/10/12 | A. Whiteway | 0.20 | Telephone conference with IRS regarding document request. |
| 10/11/12 | R. Greenhouse | 0.30 | Discuss status of audit with B. Rubin. |
| 10/15/12 | R. Greenhouse | 3.50 | Review privilege logs (3.1); telephone call with P. McCurry regarding preparing for defense of privilege claims (.4). |
| 10/15/12 | P. McCurry | 0.40 | Call with Robin Greenhouse re responses to possible IRS summons. (0.4). |
| 10/17/12 | R. Greenhouse | 0.30 | Follow-up with B. Rubin regarding IRS meeting. |
| 10/17/12 | B. Rubin | 1.20 | Review and analyze information request for IRS (.8); correspondence with client regarding same (.4). |
| 10/17/12 | A. Whiteway | 0.30 | Correspondence with client regarding meeting with IRS. |
| 10/17/12 | J. Finkelstein | 0.50 | Review correspondence from IRS regarding National Office meeting. |
| 10/18/12 | B. Rubin | 0.70 | Correspondence with client regarding IDR responses (.7). |
| 10/18/12 | A. Whiteway | 0.70 | Correspondence with client regarding IDR responses (.7). |
| 10/19/12 | R. Greenhouse | 0.30 | Call to Court Reporter and email with P. Goldberg regarding deposition issues. |
| 10/19/12 | B. Rubin | 2.70 | Correspondence with client regarding meeting (.4); |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2451025
Invoice Date: 11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review and edit long-form opinion (2.3). |
| 10/19/12 | A. Whiteway | 2.40 | Correspondence with client regarding meeting (.3); review and edit long-form opinion (2.1). |
| 10/22/12 | P. McCurry | 0.80 | Prepare response to potential summons (0.8). |
| 10/22/12 | B. Rubin | 2.30 | Correspondence with client regarding meeting issues (.4); preparation for and conference call with clients regarding audit request (.7); review and analyze documents requested by IRS (1.2). |
| 10/22/12 | A. Whiteway | 0.40 | Correspondence regarding audit issues with client (.4). |
| 10/22/12 | B. Newgard | 0.70 | Review privilege and redactions logs produced to the IRS to gather information related to future requests or disputes. |
| 10/22/12 | N. LeBeau | 0.30 | Conference call with P. McCurry to discuss case status and protocol for analysis of privilege and redaction logs. |
| 10/23/12 | R. Greenhouse | 0.30 | Review IRS LB&I directors as part of additional attendees to IRS meeting. |
| 10/23/12 | B. Newgard | 10.20 | Review privilege and redactions logs produced to the IRS to gather information related to future requests or disputes. |
| 10/24/12 | R. Greenhouse | 0.30 | Telephone call with Court Report regarding Exhibits to Ricketts deposition. |
| 10/24/12 | P. McCurry | 0.30 | Prepare response regarding potential summons (0.3). |
| 10/25/12 | P. McCurry | 0.50 | Assist Robin Greenhouse in reviewing documents (0.5). |
| 10/25/12 | N. LeBeau | 1.70 | Analyze privilege log in preparation of summons response. |
| 10/26/12 | R. Greenhouse | 2.00 | Review Ricketts deposition transcript (.6); search for Exclusivity Agreement (.3); follow-up with P. McCurry and review document (1.1). |
| 10/26/12 | P. McCurry | 0.80 | Review documents relating to IRS audit. (0.8) |
| 10/26/12 | B. Rubin | 2.40 | Locate document used in Ricketts examination (.8); research regarding context (1.2); correspondence with client and co-counsel regarding same (.4). |
| 10/26/12 | A. Whiteway | 0.30 | Correspond with co-counsel regarding Ricketts deposition. |

| | **Total Hours** | **45.30** | **Total For Services** | **$29,566.00** |
|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451025
Invoice Date:  11/09/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 0.50 | 765.00 | 382.50 |
| R. Greenhouse | 7.00 | 900.00 | 6,300.00 |
| N. LeBeau | 2.00 | 245.00 | 490.00 |
| P. McCurry | 4.10 | 500.00 | 2,050.00 |
| B. Newgard | 14.30 | 245.00 | 3,503.50 |
| B. Rubin | 13.10 | 995.00 | 13,034.50 |
| A. Whiteway | 4.30 | 885.00 | 3,805.50 |
| **Totals** | **45.30** | | **$29,566.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/12 | Transportation/Parking | 16.00 |
| | Taxi to and from Tribune Company (9/11/12). | |
| 09/30/12 | Computer Hosting Fees | 9,147.00 |
| | September monthly charge for data storage and hosting, Relativity Hosting, 304.9 GBs. | |
| 10/19/12 | Telecommunications | 0.30 |
| | Ext. 68204 called CHICAGO  3, (773) 774-6367. | |

| | | |
|---|---|---|
| | **Total Costs and Other Charges** | **$9,163.30** |
| | **Total This Invoice** | **$38,729.30** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451026 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0507 Newsday                                           $ 78,735.78
    Client/Reference Number: 0000001849

Total Services                                                  $ 77,398.00

Total Costs and Other Charges Posted Through Billing Period         1,337.78

**Total This Invoice**                                         **$ 78,735.78**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451026 |
| Invoice Date: | 11/09/2012 |

## Client Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0507 Newsday                                      $ 78,735.78
    Client/Reference Number: 0000001849

Total Services                                                  $ 77,398.00

Total Costs and Other Charges Posted Through Billing Period            1,337.78

**Total This Invoice**                                          **$ 78,735.78**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451026
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/12 | M. Bilut | 1.50 | Review draft letter agreement from Newsday (.4); review environmental provisions of lease (.2); draft e-mails to R. De Boer and M. Anderson regarding Newsday's draft agreement (.5); review and respond to M. Anderson's e-mail regarding agreement (.4). |
| 10/01/12 | B. Rubin | 2.70 | Review and analyze refinancing docs (1.6); correspondence with client regarding same (.4); conference call with Hughes Hubbard regarding same (.7). |
| 10/01/12 | J. Finkelstein | 1.10 | Review draft Credit Agreement and guarantee (.8); discuss same with co-counsel (.3). |
| 10/01/12 | E. Eisenegger | 0.80 | Conference call with Blake Rubin regarding Newsday Credit Agreement (.2); consideration of issues regarding same (.6). |
| 10/02/12 | M. Bilut | 1.80 | Review and edit letter agreement from Newsday (.5); draft and respond to e-mails with R. DeBoer regarding letter agreement (.6); draft revised indemntiy provision (.4); review M. Anderson's e-mail regarding October 3 call (.3). |
| 10/02/12 | B. Rubin | 1.70 | Conference call with co-counsel regarding refinancing issues (.6); preparation for and conference call with clients regarding same (.4); correspondence with client regarding same (.3); conference call with CVC representatives regarding same (.4). |
| 10/02/12 | A. Whiteway | 2.60 | Review loan documents (1.9); telephone conference with opposing counsel regarding same (.4); telephone |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451026
Invoice Date:  11/09/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | conference with co-counsel regarding same (.3). |
| 10/02/12 | J. Finkelstein | 1.60 | Conference with co-counsel regarding draft Credit Agreement and guarantees (.6); prepare for and attend conference with Tribune regarding draft Credit Agreement and guarantees (1.0). |
| 10/02/12 | E. Eisenegger | 1.80 | Teleconference with B. Rubin regarding Cablevision Credit Agreement (.4); teleconference with Client and McDermott Team regarding Cablevision Credit Agreement Issues (.6); review Credit Agreement and related documents for non-market and changed economic terms (.8). |
| 10/03/12 | M. Bilut | 0.80 | Revise letter agreement with Newsday (.2); review and respond to e-mails from R. DeBoer and M. Anderson regarding letter agreement (.4); draft e-mail to J. Verscaj regarding revised letter agreement (.2). |
| 10/03/12 | B. Rubin | 1.10 | Review and comment on revised documents (1.1). |
| 10/03/12 | A. Whiteway | 2.60 | Correspondence with counsel regarding Credig Agreement (.6); review documents in connection with same (2.0). |
| 10/03/12 | J. Finkelstein | 1.20 | Review revised indemnity agreement and closing documents. |
| 10/04/12 | B. Rubin | 1.30 | Conference calls with Hughes Hubbard regarding loan documents (.7); correspondence with client and CVC regarding same (.6). |
| 10/04/12 | A. Whiteway | 3.20 | Correspondence with Hughes Hubbard regarding loan documents (.4); telephone conference with Mr. Samuelson regarding same (.5); correspond with Tribune regarding same (.5); review documents (1.8). |
| 10/04/12 | J. Finkelstein | 0.80 | Correspondence with team regarding revised indemnity agreement. |
| 10/05/12 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding confined space entry form. |
| 10/05/12 | B. Rubin | 0.60 | Correspondence with client and co-counsel regarding loan documents. |
| 10/05/12 | B. Rubin | 0.80 | Conference calls with Hughes Hubbard regarding loan documents. |
| 10/05/12 | E. Eisenegger | 1.30 | Review ancillary loan documents in preparation for closing. |

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
|---|---|---|---|
| | | Invoice: | 2451026 |
| | | Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/12 | B. Rubin | 2.20 | Correspondence with Hughes Hubbard regarding loan documents (.3); conference call with Hughes Hubbard regardig same (.4); correspondence with client regarding same (4); conference call with client regarding same (.4); memo to client regarding same (.7). |
| 10/08/12 | E. Eisenegger | 0.50 | Attention to closing (.2); correspondence with Team regarding same (.3). |
| 10/09/12 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding requests from Newsday. |
| 10/09/12 | B. Rubin | 4.80 | Preparation for and conference call with Hughes Hubbard regarding closing (.6); preparation for and conference call with clients and Sidley regarding same (.9); correspondence with clients, Sidley and Hughes Hubbard regarding same (.6); draft letter to CVC inconnection with same (.9); revise letter based on comments (.4); correspondence with Sidley and creditors regarding same (.7); memo to clients regarding same (.7). |
| 10/09/12 | A. Whiteway | 4.90 | Revise indemnity agreement (2.9); telephone conference with co-counsel regarding same (.6); telephone conference with client regarding same (.6); telephone conference with Hughes Hubbard regarding same (.8). |
| 10/09/12 | J. Finkelstein | 0.90 | Review letter to Cablevision and correspondence regarding same. |
| 10/09/12 | E. Eisenegger | 4.00 | Preparation for and attendance at Credit Facility pre-closing at Shearman offices (2.9); review closing documents (.8); email to Team regarding same (.3). |
| 10/10/12 | M. Bilut | 0.10 | Review e-mails from M. Anderson and J. Verscaj regarding status of letter agreement. |
| 10/10/12 | B. Rubin | 0.60 | Review and comment on draft letter. |
| 10/10/12 | B. Rubin | 1.30 | Conference calls with clients and Sidley regarding issues raised by refi. |
| 10/10/12 | B. Rubin | 0.80 | Correspondence with Hughes Hubbard regarding refinancing. |
| 10/10/12 | A. Whiteway | 5.80 | Telephone conference with co-counsel regarding bankruptcy process (.3); prepare for and attend telephone conference with client regarding refinancing (4.6); correspondence with Hughes Hubbard regarding same and follow up (.9). |

# McDermott
# Will & Emery

Tribune Company

| | | | | |
|---|---|---|---|---|
| | | | Client: | 020336 |
| | | | Invoice: | 2451026 |
| | | | Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/12 | J. Finkelstein | 1.60 | Prepare for and attend conference calls with Tribune and Sidley regarding Indemnity Agreement. |
| 10/11/12 | M. Bilut | 0.70 | Review S. Montefort's e-mail regarding revised agreement (.1); draft e-mails to R. DeBoer and M. Anderson regarding same (.2); review e-mails from R. DeBoer and M. Anderson regarding questions on agreement (.2); review revised draft agreement from Newsday (.2). |
| 10/11/12 | B. Rubin | 0.60 | Conference call with CSC regarding refinancing. |
| 10/11/12 | B. Rubin | 0.80 | Preparation for and conference call with clients and Sidley regarding refi and bankruptcy issues. |
| 10/11/12 | B. Rubin | 0.80 | Correspondence and conference calls with team regarding refinancing. |
| 10/11/12 | B. Rubin | 1.90 | Draft and negotiate letter to CSC. |
| 10/11/12 | B. Rubin | 0.30 | Correspondence with creditors regarding refinancing. |
| 10/11/12 | A. Whiteway | 4.20 | Review and revise cover letter to CVC (3.0); prepare for and attend telephone conference with co-counsel and client regarding refinancing (.7); telephone conference with Hughes Hubbard regarding same (.5). |
| 10/11/12 | J. Finkelstein | 2.20 | Conference calls with Tribune and Sidley regarding Indemnity Agreement and analysis regarding same. |
| 10/11/12 | E. Eisenegger | 1.00 | Conference call with Blake Rubin regarding closing (.2); attention to closing deliverables (.6); review changed pages of Loan Documents (.2). |
| 10/12/12 | M. Bilut | 0.80 | Draft edits to Newsday letter agreement (.2); draft e-mails to R. DeBoer and M. Anderson regarding revised letter agreement (.2); draft e-mail to S. Monteforte regarding revised letter agreement (.2); review e-mails from R. DeBoer and M. Anderson regarding same (.2). |
| 10/12/12 | B. Rubin | 2.60 | Conference call with client regarding projections (.7); follow up with Hughes Hubbard regarding closing issues (.6); correspondence with client and co-counsel regarding closing issues (.4); letter to CVC regarding same (.9). |
| 10/12/12 | A. Whiteway | 1.70 | Correspondence with Hughes Hubbard regarding Indemnity and bankruptcy process (.9); telephone conference with Mr. Larsen regarding right to financial information (.8). |
| 10/12/12 | J. Finkelstein | 0.60 | Correspondence with Hughes Hubbard regarding |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| | | Client: | 020336 |
| | | Invoice: | 2451026 |
| | | Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | amended Indemnity. |
| 10/12/12 | E. Eisenegger | 0.80 | Attention to closing and release of Indemnity Agreement signature page (.6); correspondence with Michael Steinberg regarding same (.2). |
| 10/15/12 | M. Bilut | 0.10 | Review M. Anderson's e-mail regarding work schedule. |
| 10/15/12 | B. Rubin | 1.20 | Preparation for and conference call with Hughes Hubbard regarding information request (.6); research regarding Delaware LLC statute and LLC agreement provisions (.6). |
| 10/15/12 | A. Whiteway | 1.20 | Preparation for and conference call with Hughes Hubbard regarding information request (.6); research regarding Delaware LLC statute and LLC agreement provisions (.6). |
| 10/16/12 | M. Bilut | 0.90 | Review and respond to e-mails from M. Anderson and R. DeBoer's regarding letter agreement (.3); draft e-mail to S. Monteforte regarding revised letter agreement language (.2); telephone call with S. Monteforte regarding letter agreement (.2); draft e-mail to M. Anderson regarding telephone call with Newsday's counsel (.2). |
| 10/17/12 | M. Bilut | 0.50 | Review M. Anderson's e-mail regarding call with J. Marino on Agreement (.1); review revised agreement from S. Monteforte (.2); draft e-mails to M. Anderson and R. DeBoer regarding same (.1); review and respond to letter agreement issues from R. DeBoer and S. Monteforte (.1). |
| 10/17/12 | B. Rubin | 1.30 | Review and comment on demand letter (.7); correspondence with client regarding same (.6). |
| 10/17/12 | A. Whiteway | 1.20 | Review draft demand letter to Cablevision (.8); correspondence with team regarding IDRs (.4). |
| 10/17/12 | J. Finkelstein | 2.10 | Draft information demand letter (1.7); correspondence with team regarding same (.4). |
| 10/18/12 | M. Bilut | 0.40 | Review and respond to J. Verscaj's e-mails regarding status of letter agreement (.2); review and respond to R. DeBoer's e-mails regarding final letter agreement (.2). |
| 10/22/12 | M. Bilut | 0.50 | Review S. Monteforte's e-mail regarding execution of letter agreement (.1); draft e-mails to R. DeBoer regarding same (.1); review R. DeBoer's e-mails |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2451026 |
| Invoice Date: | 11/09/2012 |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding letter agreement (.1); telephone calls with S. Monteforte and R. DeBoer regarding letter agreement (.2). |
| 10/22/12 | A. Whiteway | 0.60 | Correspondence regarding audit issues with client (.3); correspondence with client regarding refinancing of debt (.3). |
| 10/23/12 | M. Bilut | 0.30 | Review M. Anderson's e-mail regarding work scheduling (.1); review and respond to R. DeBoer's e-mails regarding letter agreement (.1); review S. Monteforte's e-mails regarding letter agreement and review M. Anderson's e-mails regarding COI and schedule (.1). |
| 10/23/12 | B. Rubin | 0.40 | Correspondence with client and Hughes Hubbard regarding Credit Agreement (.4). |
| 10/24/12 | M. Bilut | 0.30 | Review letter and agreement from S. Monteforte (.1); draft e-mail and letter to R. DeBoer regarding letter agreement (.1); review M. Anderson's e-mail regarding letter agreement (.1). |
| 10/24/12 | B. Rubin | 0.60 | Correspondence with client and Hughes Hubbard regarding credit agreement (.6). |
| 10/25/12 | M. Bilut | 0.10 | Review and respond to e-mails from M. Anderson and R. DeBoer regarding results of site investigation. |
| 10/29/12 | M. Bilut | 0.10 | Review updated e-mails from R. DeBoer and M. Anderson. |

| | Total Hours | 87.80 | Total For Services | $77,398.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Bilut | 9.10 | 735.00 | 6,688.50 |
| E. Eisenegger | 10.20 | 825.00 | 8,415.00 |
| J. Finkelstein | 12.10 | 765.00 | 9,256.50 |
| B. Rubin | 28.40 | 995.00 | 28,258.00 |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:     2451026
Invoice Date:     11/09/2012

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| A. Whiteway | 28.00 | 885.00 | 24,780.00 |
| **Totals** | **87.80** | | **$77,398.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 09/30/12 | Computer Hosting Fees<br>September monthly charge for data storage and hosting, Relativity Hosting, 154.6 GBs. | 1,314.10 |
| 10/11/12 | Express Mail<br>FedEx #205046353 - 473762089237, CHICAGO | 11.44 |
| 10/24/12 | Messenger/Courier<br>US Messenger & Logistics, Inc., Invoice# 1618-17197, dated 10/27/2012, 435 N Michigan Ave. | 10.34 |
| 10/24/12 | Photocopy<br>Device 01CHI18C. 03051 | 1.90 |

**Total Costs and Other Charges**     **$1,337.78**

**Total This Invoice**     **$78,735.78**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451027 |
| Invoice Date: | 11/09/2012 |

## Remittance Copy
### Billing for services rendered through 10/31/2012

Total by Matter
    0512 LA Times                                               $ 852.00
    Client/Reference Number: 0000001854

Total Services                                                      $ 852.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                           **$ 852.00**

| Invoice | Date | |
|---|---|---|
| 2402404 | 07/25/2012 | 1,065.00 |
| 2415878 | 08/31/2012 | 10,815.01 |
| 2423959 | 09/18/2012 | 8,449.00 |
| 2441336 | 10/31/2012 | 2,840.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451027 |
| Invoice Date: | 11/09/2012 |

Total Outstanding Balance                                     23,169.01

Total Balance Due                                        $ 24,021.01

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2451027 |
| Invoice Date: | 11/09/2012 |

---

## Client Copy
**Billing for services rendered through 10/31/2012**

---

Total by Matter
    0512 LA Times                                           $ 852.00
    Client/Reference Number: 0000001854

Total Services                                                $ 852.00

Total Costs and Other Charges Posted Through Billing Period         0.00

**Total This Invoice**                                       **$ 852.00**

| Invoice | Date | |
|---|---|---|
| 2402404 | 07/25/2012 | 1,065.00 |
| 2415878 | 08/31/2012 | 10,815.01 |
| 2423959 | 09/18/2012 | 8,449.00 |
| 2441336 | 10/31/2012 | 2,840.00 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2451027
Invoice Date:  11/09/2012

Total Outstanding Balance                                    23,169.01

Total Balance Due                                          $ 24,021.01

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

11/09/2012

Invoice: 2451027
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0512        LA Times
                    Client/Reference Number: 0000001854

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/12 | M. Lee | 0.60 | Review revised Sarno letter (.2); make further revisions to Sarno letter (.2); prepare email to J. Xanders regarding same (.2). |
| 10/08/12 | M. Lee | 0.40 | Telephone conference with J. Xanders regarding Sarno agreement (.2); revise Sarno agreement and prepare email to J. Xanders regarding same (.2). |
| 10/12/12 | M. Lee | 0.00 | Review email from J. Xanders and Sarno letter. (NC) |
| 10/16/12 | M. Lee | 0.20 | Review email from J. Xanders regarding Sarno letter; review Sarno letter; prepare email to J. Xanders regarding same. |

| | Total Hours | 1.20 | Total For Services | $852.00 |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 1.20 | 710.00 | 852.00 |
| **Totals** | **1.20** | | **$852.00** |
| | | **Total This Invoice** | **$852.00** |