**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 08-13141 (KJC)<br>)  Jointly Administered<br>)<br>)  Re: Docket No. 12739<br>) |

**DECLARATION OF ANDREW G. DEVORE IN SUPPORT OF MOTION OF TV GUIDE ONLINE, LLC AND TV GUIDE ONLINE, INC. FOR RELIEF TO LIQUIDATE PATENT INFRINGMENT CLAIMS IN THE DISTRICT COURT**

I, Andrew G. Devore, hereby certify and declare as follows based upon my own personal information and knowledge:

1. I am an attorney in the Commonwealth of Massachusetts and an associate of the law firm of Ropes & Gray LLP, counsel to TV Guide Online, Inc. and TV Guide Online, LLC (together, "TV Guide Online"). I submit this declaration in support of the Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court.

2. A true and correct copy of the complaint filed by TV Guide Online against Tribune Media Services, Inc. in the action styled *TV Guide Online, Inc. and TV Guide Online, LLC v. Tribune Media Services, Inc.*, Case No. 05-725 (D. Del.) (Stark, J.) (the "Patent Litigation"), is attached hereto as Exhibit A.

3. A true and correct copy of the docket in the Patent Litigation as accessed through the PACER Case Locator system on November 16, 2012 is attached hereto as Exhibit B.

1

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of November, 2012.

_____
Andrew G. Devore

32551955_1