IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

In re:                                            )
                                                  )
CHICAGO TRIBUNE COMPANY                           )
435 N. MICHIGAN AVE.                              )    Chapter 11
CHICAGO, ILL.  60611-4066                         )
                                                  )    Case No. 08-13152
                DEBTOR                            )
_____             )
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )
_____             )


**NOTICE OF WITHDRAWAL OF THE PROOF OF CLAIM OF**
**Illinois Department of Employment Security (Claim No.  NA      )**


**PLEASE TAKE NOTICE** that claimant, **Illinois Department of Employment Scurity** ("Claimant"), hereby withdraws its Proof of Claim dated ___08/16/2009___ in the amount of $ _41,265.40_ , filed in the above referenced Chapter _11_ proceeding and docketed as Claim Number _NA_ on the Official Claims Register.


Dated: __11/13/2012__

_____
Signature of Claimant or Authorized Agent of Claimant

**GREGGORY FAHEY**
_____
PRINT NAME OF AUTHORIZED AGENT

**COLLECTION MANAGER**
_____
TITLE OF AUTHORIZED AGENT