IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

In re: )
)
CHICAGO TRIBUNE COMPANY )
435 N. MICHIGAN AVE. )    Chapter 11
CHICAGO, ILL. 60611-4066 )
)    Case No. 08-13152
              DEBTOR )
_____ )
)
)
)
)
)
_____ )


**NOTICE OF WITHDRAWAL OF THE PROOF OF CLAIM OF**
<u>Illinois Department of Employment Security</u> **(Claim No. __NA__ )**


  **PLEASE TAKE NOTICE** that claimant, **Illinois Department of Employment Scurity** ("Claimant"), hereby withdraws its Proof of Claim dated __08/16/2009__ in the amount of $ __41,265.40__ , filed in the above referenced Chapter __11__ proceeding and docketed as Claim Number __NA__ on the Official Claims Register.


Dated: __11/13/2012__

                */s/ Greggory Fahey*
                Signature of Claimant or Authorized Agent of Claimant

                **GREGGORY FAHEY**
                PRINT NAME OF AUTHORIZED AGENT

                **COLLECTION MANAGER**
                TITLE OF AUTHORIZED AGENT