**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12727 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Agenda Hrg on Nov 20_DI_12727_AFF_11-16-12_KH.doc

2. On November 16, 2012, I caused to be served the "Notice of Agenda of matters Scheduled for Hearing on November 20, 2012 at 4:00 P.M. Before the Honorable Kevin J. Carey," dated November 16, 2012 [Docket No. 12727], by causing true and correct copies to be:

   i. delivered via facsimile to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

Pete Caris

Sworn to before me this
19th day of November, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Name | FAX |
| --- | --- |
| David M. Klauder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire/Patricia P. McGonigle, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, E | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/E. Rebecca Workman, Esquire | 317-231-7433 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher D. Loizides, Esquire | 302-654-0728 |

| | |
|---|---|
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esq | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esq | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Philip C. Dublin, Esquire | 212-872-1002 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| David S. Rosner, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire | 212-310-8007 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Andrew Goldman, Esquire | 212-230-8888 |

**EXHIBIT B**

**Additional Emails**

mfelger@cozen.com
rosner@teamrosner.com
leonhardt@teamrosner.com