IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Anthony C. Dellose being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 20th day of November, 2012, he caused a copy of the following:

**Motion of the Official Committee of Unsecured Creditors for an Order Further Modifying (A) the Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a); and (B) the Protective Order; and Modifying Confidentiality Agreements**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 21st day of November, 2012.

_____
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Nov. 5, 2016

{698.001-W0023620.}

**Via First Class Mail**
William K. Dodds
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797