# EXHIBIT A

# SNR DENTON ⏌

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 6, 2012

**Invoice No. 1427488**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

---

Total This Invoice                                    $         6,651.90

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 6, 2012

**Invoice No. 1427488**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/02/12 | T. Amlot | 5.40 | L240 | | Draft reply brief in support of motion to dismiss (4.1), perform legal research to address issues in plaintiff's response brief (2.3) |
| 10/03/12 | T. Amlot | 2.40 | L250 | | Continue drafting reply brief (1.2), additional legal research addressing plaintiff's arguments in response brief (1.2). |
| 10/04/12 | T. Amlot | 2.10 | L120 | | Review and revise reply brief (1.3), additional follow-up legal research re same (.8). |
| 10/05/12 | N. Spears | 0.50 | L120 | | Read and edit reply brief (.3); read and edit plaintiff Smith's opposition (.2). |
| 10/05/12 | T. Amlot | 1.40 | L240 | | Review and revise draft reply brief (.8); draft correspondence to K. Flax re same (.2); communications with States Attorney's office re status of criminal matter (.4). |
| 10/10/12 | T. Amlot | 0.80 | L210 | | Review and finalize reply brief and prepare for filing of same (.6); review and prepare comprehensive courtesy copies for submission to judge (.2). |
| 10/11/12 | T. Amlot | 0.50 | L210 | | Conference at court with Judge's clerk re: resolution of motion (.30); confer w/N. Spears re: same (.20). |
| 10/11/12 | N. Spears | 0.20 | L120 | | Update from T. Amlot on motion and give direction re: same. |
| 10/15/12 | T. Amlot | 2.30 | L210 | | Attend hearing on status and motion to dismiss (1.8); draft summary communications re: same (.2); serve Plaintiff with order (.1); telephone conference with ASA re: criminal proceedings (.2). |

2

Bruce Smith

November 6, 2012

Matter: 09721775-0005
Invoice No.: 1427488

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/17/12 | T. Amlot | 0.30 | L230 | | Attend hearing on motion to dismiss (2.2); prepare for same (.5); follow-up communications re: dismissal (.3). |
| 10/29/12 | T. Amlot | 0.30 | L210 | | Review communication from plaintiff and summarize same. |
| Total Hours | | 16.20 | | | |
| Fee Amount | | | | | $6,602.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.70 | $402.50 |
| T. Amlot | $400.00 | 15.50 | $6,200.00 |
| Totals | | 16.20 | $6,602.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| | Document reproduction | | 2.40 |
| | | SUBTOTAL | 2.40 |
| 9/30/2012 | Outside Professional Services - -    LAW BULLETIN PUBLISHING CO. | | 47.00 |
| | | SUBTOTAL | 47.00 |
| 10/3/2012 | WESTLAW | | 0.00 |
| 10/4/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $49.40 |

| | | | |
|------|---|---|---|
| Fee Total | $ | 6,602.50 | |
| Disbursement Total | $ | 49.40 | |
| Invoice Total | $ | 6,651.90 | |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 6, 2012

**Invoice No. 1427489**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                    $        7,062.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP          snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                                   November 6, 2012
KAREN FLAX
435 NORTH MICHIGAN AVENUE                                 **Invoice No. 1427489**
CHICAGO, IL 60611
USA

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/05/12 | J. Collins | 0.20 | L110 | | Perform research in the Chicago Tribune news file to obtain copy of requested article. |
| 10/10/12 | J. Klenk | 0.10 | L240 | | E-mail Kristen Rodriguez regarding response to summary judgment motion (.10). |
| 10/10/12 | K. Rodriguez | 0.30 | L240 | | Review plaintiff's response and cross motion for summary judgment. |
| 10/11/12 | K. Rodriguez | 0.40 | L120 | | Review exhibits in plaintiff's response/cross motion for summary judgment (.1); Review and respond to emails and correspondence regarding analysis of plaintiff's motion (.3). |
| 10/11/12 | G. Naron | 1.50 | L240 | | Review and analyze opposition to summary judgment (.5); draft arguments for reply brief (.7); emails to J. Klenk re same (.2); email to K. Rodriguez re same (.1). |
| 10/11/12 | J. Klenk | 0.30 | L240 | | Emails re: Rivera response with G. Naron and K. Rodriguez (.3). |
| 10/13/12 | K. Rodriguez | 1.90 | L240 | | Research in support of reply brief regarding effect of denial of summary judgment regarding actual malice. |
| 10/14/12 | K. Rodriguez | 1.60 | L120 | | Further research in support of reply brief regarding effect of denial of summary judgment as to actual malice. |
| 10/15/12 | G. Naron | 5.50 | L240 | | Review and analyze opposition to summary judgment (.8); research re: same (.9); draft reply brief in support of summary judgment (3.8). |

Roberto Rivera

November 6, 2012

Matter: 09721775-0007
Invoice No.: 1427489

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/16/12 | G. Naron | 0.70 | L240 | | Further draft reply brief in support of summary judgment. |
| 10/17/12 | K. Rodriguez | 0.30 | L120 | | Correspondence with K. Flax regarding draft of reply (.3). |
| 10/29/12 | G. Naron | 0.20 | L240 | | Draft reply brief (.10); emails w/J. Klenk re: same (.10). |
| 10/29/12 | J. Klenk | 1.50 | L240 | | Work on summary judgment reply (1.2); conference with K. Rodriguez re: same (.1); email G. Naron re: brief (.1); email K. Flax re: reply (.1). |
| 10/29/12 | K. Rodriguez | 0.50 | L240 | | Review and revise reply in support of motion for summary judgment (40); conference w/J. Klenk re: same (.10). |

Total Hours                                    15.00

Fee Amount                                                                      $7,062.00


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.90 | $1,235.00 |
| G. Naron | $520.00 | 7.90 | $4,108.00 |
| K. Rodriguez | $335.00 | 5.00 | $1,675.00 |
| J. Collins | $220.00 | 0.20 | $44.00 |
| Totals | | 15.00 | $7,062.00 |

Fee Total            $       7,062.00

Invoice Total        $       7,062.00

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 6, 2012

**Invoice No. 1427490**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 6,292.00 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

November 6, 2012

**Invoice No. 1427490**

Client/Matter:  09721775-0009

Cheryl Naedler

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/01/12 | J. Klenk | 0.20 | L160 | | Email K. Flax re: settlement proposal (.2). |
| 10/02/12 | J. Klenk | 0.30 | L120 | | Teleconference with K. Flax ███████ ███████ (.1); conference with K. Flax ███████ (.2). |
| 10/03/12 | J. Klenk | 0.60 | L160 | | Teleconference M. Teggelaar (plaintiff's counsel) re: settlement (.3); teleconference with K. Flax re: settlement options (.3). |
| 10/05/12 | J. Klenk | 0.60 | L160 | | Teleconference with M. Teggelaar at Edelman re: settlement offer (.2); email from K. Flax authorizing offer (.1); letter to plaintiffs' counsel with settlement offer (.3). |
| 10/09/12 | J. Klenk | 0.10 | L160 | | Email re: settlement from M. Teggelaar (.1). |
| 10/10/12 | K. Staba | 0.20 | L120 | | Analyze ███████████ change. |
| 10/11/12 | J. Klenk | 0.90 | L120 | | Teleconference with K. Flax ███████ ███████ (.2); teleconference with D. MacGregor, K. Flax, D. Bralow ███████ (.4); prepare for ███████ call (.3). |
| 10/11/12 | J. Klenk | 0.20 | L160 | | Teleconference with K. Flax re: revised settlement proposal (.2). |
| 10/12/12 | J. Klenk | 0.60 | L160 | | Conference re: settlement with V. Casanova, K. Flax re: response to plaintiffs' offer (.2); review file for settlement recommendation (.4). |
| 10/22/12 | J. Klenk | 0.60 | L160 | | Email M. Teggelaar re: settlement (.3); reply from M. Teggelaar (.1); forward all to K. Flax ███████ (.2). |

Cheryl Naedler

November 6, 2012

Matter: 09721775-0009
Invoice No.: 1427490

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/22/12 | K. Staba | 1.20 | L120 | | Review file ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; send summary to J. Klenk (.5). |
| 10/24/12 | J. Klenk | 0.40 | L160 | | Emails T. Teggelaar re: settlement offers (.2); teleconference with K. Flax re: client approval of revised offer (.2). |
| 10/25/12 | J. Klenk | 0.10 | L120 | | Email K. Staba re: answer due date (.1). |
| 10/26/12 | K. Staba | 1.70 | L210 | | Draft answer to Second Amended Complaint. |
| 10/28/12 | J. Klenk | 0.10 | L250 | | Email K. Staba re: draft answer (.1). |
| 10/29/12 | K. Staba | 0.80 | L210 | | Revise answer to Second Amended Complaint for filing. |
| 10/29/12 | J. Klenk | 1.50 | L160 | | Teleconference re: settlement with plaintiff's counsel (.3); email M. Teggelaar (.2); review and revise answer (.8); email K. Flax re: answer and other materials (.2). |
| 10/30/12 | J. Klenk | 1.10 | L230 | | Appear at court status (.8); conference with plaintiff's counsel re: settlement (.3). |
| 10/31/12 | J. Klenk | 0.10 | L160 | | Call with K. Flax re: settlement. |
| Total Hours | | 11.30 | | | |
| Fee Amount | | | | | $6,292.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 7.40 | $4,810.00 |
| K. Staba | $380.00 | 3.90 | $1,482.00 |
| Totals | | 11.30 | $6,292.00 |

3

Cheryl Naedler

November 6, 2012

Matter: 09721775-0009
Invoice No.: 1427490

|  |  |  |
|---|---|---|
| Fee Total | $ | 6,292.00 |
| Invoice Total | $ | 6,292.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 6, 2012

**Invoice No. 1427491**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

Payment Due Upon Receipt

Total This Invoice                                    $         169.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON �ᗡ

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                                    November 6, 2012
ATTN: KAREN FLAX
LOCATION: 11000                                    **Invoice No. 1427491**
P.O. BOX 118250
CHICAGO, IL 60611-8250

Client/Matter:  09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/01/12 | J. Klenk | 0.10 | L120 | | Review recent ███████ ███ decision and email K. Flax re: same (.1). |
| 10/01/12 | G. Naron | 0.20 | L120 | | Review opinions ████████ (.1). |
| Total Hours | | 0.30 | | | |
| Fee Amount | | | | | $169.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.10 | $65.00 |
| G. Naron | $520.00 | 0.20 | $104.00 |
| Totals | | 0.30 | $169.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 169.00 | |
| Invoice Total | $ | 169.00 | |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 6, 2012

**Invoice No. 1427492**

Client/Matter: 09721775-0078

Ordinance Violation re Advertising

Payment Due Upon Receipt

---

Total This Invoice                                              $          4,300.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 6, 2012

**Invoice No. 1427492**

Client/Matter:  09721775-0078

Ordinance Violation re Advertising

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/02/12 | T. Amlot | 0.10 | L230 | | Send correspondence to K. Flax re: upcoming hearing. |
| 10/05/12 | T. Amlot | 0.30 | L190 | | Draft correspondence to K. Flax re upcoming hearing (.1); analyze new violation notice and respond to follow-up communications re same (.2). |
| 10/09/12 | N. Spears | 0.30 | L120 | | Phone conference w/F. Flax re: court hearing and evidence needed for same. |
| 10/16/12 | N. Spears | 0.40 | L120 | | Update from court hearing and edit apology letter (.30); call to K. Flax re: same (.10). |
| 10/16/12 | T. Amlot | 4.80 | L230 | | Prepare for hearing on ordinance violations, including drafting memo for court re: First Amendment issues implicated (2.1); attend hearing (2.2); follow-up to same, including drafting correspondence to individual complainant (.5). |
| 10/17/12 | T. Amlot | 0.70 | L120 | | Draft correspondence to K. Flax re: orders entered in matter and status of distribution to individual complainant (.3) draft letter to individual complainant (.3); review and revise letter to P. Nesterowicz (.1). |
| 10/30/12 | T. Amlot | 0.30 | L120 | | Draft correspondence to K. Flax re: upcoming hearing and prepare for same. |
| 10/31/12 | T. Amlot | 3.40 | L230 | | Attend hearing on alleged violations (3.20); follow-up after same w/N. Spears (.20). |

Ordinance Violation re Advertising

November 6, 2012

Matter: 09721775-0078
Invoice No.: 1427492

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/31/12 | N. Spears | 0.10 | L120 | | Phone conference w/T. Amlot re: decision for court hearing (.20); conference w/K. Flax re: same (.10). |

Total Hours                                          10.40

Fee Amount                                                                                    $4,300.00

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.80 | $460.00 |
| T. Amlot | $400.00 | 9.60 | $3,840.00 |
| Totals | | 10.40 | $4,300.00 |

Fee Total              $      4,300.00

Invoice Total          $      4,300.00

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

November 6, 2012

**Invoice No. 1427497**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                     $        8,367.20

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

November 6, 2012

**Invoice No. 1427497**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/01/12 | K. Staba | 0.10 | L330 | | Call opposing counsel regarding deposition dates. |
| 10/02/12 | J. Klenk | 0.20 | L330 | | Email C. Sennet re: deposition dates (.2). |
| 10/08/12 | J. Klenk | 3.50 | L330 | | Prepare R. Strasser, LJ Tabano for deposition (2.7); meeting at WGN with C. Sennet re: depositions (.8). |
| 10/08/12 | K. Staba | 0.20 | L330 | | Correspond with J. Klenk regarding deposition (.1); confirm with opposing counsel (.1). |
| 10/09/12 | J. Klenk | 3.70 | L330 | | Deposition of Rick Strasser (1.1); deposition of L.J. Tabano (1.1); debrief on deposition with C. Sennet (.4); prepare for depositions (.9); emails C. Sennet re: C. Sadovi (.2). |
| 10/10/12 | J. Klenk | 0.60 | L330 | | Conference with K. Staba regarding deposition preparation (.2); e-mails plaintiffs attorney regarding plaintiff deposition (.10); e-mail C. Sennet regarding same (.1); e-mail regarding Carlos Sadovi deposition (.2). |
| 10/10/12 | K. Staba | 0.10 | L330 | | Discuss Christopher Buchanan unavailability with J. Klenk. |
| 10/11/12 | K. Staba | 0.40 | L330 | | Prepare arguments in preparation for deposition. |
| 10/12/12 | K. Staba | 2.00 | L330 | | Review criminal charges (.7); compile list of criminal charges for J. Klenk in preparation for deposition (.6); attend deposition (.7). |

Christopher Buchanan

November 6, 2012

Matter: 20010074-0001
Invoice No.: 1427497

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/16/12 | J. Klenk | 0.70 | L110 | | Interview C. Sadovi with C. Sennet re: Sheriff's Department/mug shots (.4); teleconference with C. Sennet re: same (.1); emails K. Staba re: status hearing and scheduling (.2). |
| 10/17/12 | J. Klenk | 0.40 | L230 | | Email C. Sennet re: Chicago Breaking and Carlos Sadovi's deposition dates (.2); report from K. Staba re: court status and emails re: same (.2). |
| 10/17/12 | K. Staba | 1.40 | L450 | | Attend status conference and prepare for same (1.0); research statement regarding collaboration of Breaking News Center and CLTV (.20); update to J. Klenk re: same (.20). |
| 10/19/12 | J. Klenk | 0.50 | L330 | | Review transcripts of Strasser/Tabano depositions (.4); email C. Sennet re: Strasser/Tabano depositions (.1). |
| 10/22/12 | K. Staba | 0.20 | L210 | | Email J. Klenk regarding answer deadline and status of settlement. |
| 10/23/12 | J. Klenk | 0.20 | L330 | | Email C. Sennet re: R. Strasser, L.J. Tabano depositions (.1); teleconference with K. Flax (.1). |

Total Hours             14.20

Fee Amount                                                                          $8,042.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 9.80 | $6,370.00 |
| K. Staba | $380.00 | 4.40 | $1,672.00 |
| Totals | | 14.20 | $8,042.00 |

Christopher Buchanan

November 6, 2012

Matter: 20010074-0001
Invoice No.: 1427497

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 8/23/2012 | Delivery - -     COMET MESSENGER SERVICE, INC. Santilli Law Group | | 11.30 |
| | | SUBTOTAL | 11.30 |
| 10/25/2012 | Outside Professional Services - - MCCORKLE COURT REPORTERS, INC. Depo of Sandra Buchanan taken 10/12/12 | | 313.90 |
| | | SUBTOTAL | 313.90 |
| | Total Disbursements | | $325.20 |

| | | |
|--|--|--|
| Fee Total | $ | 8,042.00 |
| Disbursement Total | $ | 325.20 |
| Invoice Total | $ | 8,367.20 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 6, 2012

**Invoice No. 1427494**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice    .                                    $        12,597.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

November 6, 2012

**Invoice No. 1427494**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/05/12 | N. Spears | 0.20 | L120 | | Email re: Burns testimony issues (.20). |
| 10/08/12 | N. Spears | 0.90 | L120 | | Email and call with K. Flax regarding Gregory Burns testimony (.40); review notes from file related to prior testimony and e-mails regarding same (.30); phone conference with Glenn Colton who accompanied Greg Burns to trial testimony during first Collins trial (.20). |
| 10/09/12 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: G. Burns/Collins trial background and strategy. |
| 10/11/12 | N. Spears | 0.50 | L120 | | Read email from and phone conference w/K. Flax re: Peterson trial motions and Stacey St. Clair. |
| 10/12/12 | N. Spears | 1.30 | L120 | | Review and vet ███ article (.50); phone conference w/K. Flax re: ███ article (.30); email to K. Flax re: same (.50). |
| 10/12/12 | N. Spears | 0.30 | L120 | | Phone call w/K. Flax re: legal ethics and comment by S. St. Clair in connection w/D. Peterson case. |
| 10/19/12 | N. Spears | 0.40 | L120 | | Email from and follow up w/K. Flax and w/G. Colton re: availability to attend trial w/G. Burns. |
| 10/19/12 | G. Colton | 1.00 | L120 | | Emails with Burns (.30), review Refco trial issues (.30); review prior files (.40). |
| 10/20/12 | G. Colton | 0.80 | L110 | | Emails with reporter, G. Burns (.30); review background documents and transcripts (.50). |

EDITORIAL-GENERAL
0000001492

November 6, 2012

Matter: 09721775-1003
Invoice No.: 1427494

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/22/12 | G. Colton | 1.70 | L120 | | Telephone conferences with N. Spears and in-house counsel, K. Flax to prepare for 10/23/12 court appearance (.40); follow up re: same (.20); telephone conferences w/G. Burns re same (.30); telephone conferences with AUSA and follow up re same (.40); attention to strategy issues re same (.40). |
| 10/22/12 | N. Spears | 0.40 | L120 | | Phone conference w/K. Flax and G. Colton (former AUSA in SDNY) re: strategy for testimony of G. Burns in Collins trial via subpoena from Government. |
| 10/23/12 | N. Spears | 0.20 | L120 | | Follow up w/G. Colton re: trial testimony of G. Burns. |
| 10/23/12 | G. Colton | 8.50 | L450 | | Prepare for Burns' testimony in U.S. v. Collins (4.0); accompany Greg Burns to testify in U.S. v. Collins (4.3);follow up with N. Spears re accompanying Greg Burns to testify in US v. Collins (.2). |
| 10/30/12 | N. Spears | 0.40 | L120 | | Read email re: ████ story (.2); call w/K. Flax re: same (.2) |

Total Hours          16.90

Fee Amount                                                      $12,597.50


### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| G. Colton | $815.00 | 12.00 | $9,780.00 |
| N. Spears | $575.00 | 4.90 | $2,817.50 |
| Totals | | 16.90 | $12,597.50 |

EDITORIAL-GENERAL
0000001492

November 6, 2012

Matter: 09721775-1003
Invoice No.: 1427494

| | | |
|---|---|---|
| Fee Total | $ | 12,597.50 |
| Invoice Total | $ | 12,597.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 6, 2012

**Invoice No. 1427493**

Client/Matter: 09721775-0079

Valassis Direct Mail, Inc.

Payment Due Upon Receipt

---

Total This Invoice                                            $       6,313.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

November 6, 2012

**Invoice No. 1427493**

Client/Matter:  09721775-0079

Valassis Direct Mail, Inc.

For Professional Services Rendered through October 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/12/12 | J. Klenk | 4.30 | | | Meeting with V. Casanova, K. Flax and TDM team re: Valassis complaint and contracts (1.5); review Valassis contracts (1.5); prepare for meeting (.8); teleconference with R. Joseph re: anti-competitive issue (.3); teleconference with K. Flax (.2). |
| 10/12/12 | R. Joseph | 0.30 | L120 | A105 | Teleconference with J. Klenk concerning potential antitrust issues raised by Valassis complaint with respect to joint distribution agreement. |
| 10/15/12 | J. Klenk | 2.20 | L120 | A106 | Review contracts re: Valassis complaint (1.1); prepare for call with K. Flax, J. Xanders re: same (.4); call with K. Flax, J. Xanders re: same (.4); teleconference with R. Joseph re: same (.3). |
| 10/16/12 | J. Klenk | 1.40 | L120 | A106 | Conference with R. Joseph re: antitrust issues (.4); conference call V. Casanova, K. Flax, Valassis re: settlement discussion of breach letter (1.0). |
| 10/16/12 | R. Joseph | 0.40 | L120 | A105 | Teleconferences with J. Klenk concerning antitrust issues pertaining to joint distribution contract dispute with Valassis. |
| 10/17/12 | J. Klenk | 0.90 | L120 | A106 | Draft litigation hold notice (.1); draft email re: Rule 408 for V. Casanova (.1); email K. Flax re: same (.1); review transaction documents from J. Xanders (.6). |
| 10/31/12 | J. Klenk | 0.20 | L120 | A106 | Conversation with K. Flax re: Valassis demand. |

2

Valassis Direct Mail, Inc.

November 6, 2012

Matter: 09721775-0079
Invoice No.: 1427493

Total Hours                           9.70

Fee Amount                                                              $6,305.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 9.00 | $5,850.00 |
| R. Joseph | $650.00 | 0.70 | $455.00 |
| | | | |
| Totals | | 9.70 | $6,305.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 10/16/2012 | Ground Transportation JAMES A KLENK CAB J. KLENK RE: MTG WITH K. FLAX, ET AL | 8.00 |
| | SUBTOTAL | 8.00 |
| | Total Disbursements | $8.00 |

Fee Total                         $      6,305.00

Disbursement Total                $          8.00

Invoice Total                     $      6,313.00