# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 8.90 | $5,251.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $555.00 | .20 | $115.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 19.70 | $10,835.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 4.50 | $2,025.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | .60 | $258.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | .30 | $105.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 6.20 | $1,116.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | 1.50 | $210.00 |
| **Grand Total:** | | | 41.90 | $19,915.00 |
| Blended Rate: | | | | $475.30 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $543.54 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Insurance Counseling – 00005 | 23.70 | $13,150.00 |
| Marsh – 00008 | .70 | $161.00 |
| Fee Applications – 00009 | 17.50 | $6,604.00 |
| **TOTAL:** | **41.90** | **$19,915.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2340575
Invoice Date: November 19, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through October 31, 2012

| NON-BANKRUPTCY/REORGANIZATION | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $1,531.00 | $0.00 | $1,531.00 |
| RE: | Marsh | | | |
| | 503842.00008 | $161.00 | $0.00 | $161.00 |
| | **Current Invoice Total:** | **$1,692.00** | **$0.00** | **$1,692.00** |
| **BANKRUPTCY/REORGANIZATION** | | Current Fees | Current Costs | Total for Matter |
| RE: | Fee Applications | | | |
| | 503842.00009 | $6,604.00 | $351.10 | $6,955.10 |
| RE: | Insurance Counseling | | | |
| | 503842.00005 | $11,619.00 | $15.00 | $11,634.00 |
| | **Current Invoice Total:** | **$18,223.00** | **$366.10** | **$18,589.10** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $1,692.00 | $0.00 | $1,692.00 |
| Bankruptcy/Reorganization | $18,223.00 | $366.10 | $18,589.10 |
| **GRAND TOTAL:** | **$19,915.00** | **$366.10** | **$20,281.10** |

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/16/12 | A.Y. | Email correspondence with J. Shugrue, A. Moss, and L. Geiger regarding insurance policy endorsement issues. | 0.20 |
| 10/16/12 | JDS | Analyzed email from client regarding question concerning insurance policy provision. | 0.20 |
| 10/16/12 | LMG | Analyzed proposed insurance policy language per client request. | 0.20 |
| 10/17/12 | AJM | Conferred with client regarding proposed insurance policy endorsements (.2); analyzed proposed insurance policy endorsements and information (.5). | 0.70 |
| 10/17/12 | A.Y. | Email correspondence with J. Shugrue regarding insurance policy endorsements. | 0.10 |
| 10/30/12 | AJM | Conferred with J. Shugrue regarding draft indemnification agreement. | 0.10 |
| 10/31/12 | AJM | Analyzed indemnification agreement and substantive email from client regarding same (.5); drafted proposed revisions to and substantive comments on indemnification agreement (.2); conferred with insurer regarding indemnification agreement and property insurance issues (.3); conferred with J. Shugrue regarding property insurance issues with respect to indemnification agreement (.1). | 1.10 |
| 10/31/12 | JDS | Analyzed client and A. Moss emails regarding insurance and indemnification issues related to contract. | 0.20 |

|  |  |  |
|---|---|---|
|  | TOTAL FEES: | $1,531.00 |
|  | Fees & Disbursements | $1,531.00 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.40 | 590.00 | 236.00 |
| AJM | A.J. Moss | 1.90 | 550.00 | 1,045.00 |
| LMG | L.M. Geiger | 0.20 | 575.00 | 115.00 |
| A.Y. | A. Yassemedis | 0.30 | 450.00 | 135.00 |
| | | 2.80 | | $1,531.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/04/12 | SS | Reviewed and catalogued case correspondence. | 0.40 |
| 10/15/12 | DR | Corresponded with Marsh's counsel and client regarding reimbursement request pursuant to prior agreement. | 0.30 |

|  |  |
|---|---|
| TOTAL FEES: | $161.00 |
| Fees & Disbursements | $161.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| DR | D. Rosenfield | 0.30 | 350.00 | 105.00 |
| SS | S. Somoza | 0.40 | 140.00 | 56.00 |
|  |  | 0.70 |  | $ 161.00 |

**BANKRUPTCY/REORGANIZATION**
**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/25/12 | JCF | Reviewed omnibus fee order. | 0.10 |
| 10/01/12 | LL | Calculations and revisions to RS's 43rd Monthly Fee Application (1.3); drafted CNO to RS's 42nd Monthly Fee Application (.2); phone conference with J. Shugrue regarding same (.2); revisions to RS's 43rd Monthly Fee Application (.3). | 2.10 |
| 10/01/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 10/01/12 | A.Y. | Analyzed issues related to 12th interim fee application in light of Fee Examiner's questions. | 1.00 |
| 10/01/12 | JDS | Analyzed drafts of 43rd Monthly Fee Application and CNOs for 41st and 42nd Monthly Fee Applications (.5); analyzed issues raised by Fee Examiner's Preliminary Report on 12th Interim Fee Application and identified information for response to same (.4). | 0.90 |
| 10/02/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 43rd Monthly Fee Application (.2); revisions to same (1.5). | 1.70 |
| 10/02/12 | A.Y. | Drafted responses to Fee Examiner's Preliminary Report regarding 12th Fee Application. | 2.50 |
| 10/02/12 | JDS | Analyzed and approved filing of CNOs for 41st and 42nd Monthly Fee Applications. | 0.30 |
| 10/04/12 | LL | Drafted CNO to RS's 43rd Monthly & RS's 44th Monthly Fee Application. | 0.70 |
| 10/04/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 10/04/12 | JDS | Analyzed and revised email to Fee Examiner regarding questions/issues concerning 12th Interim Fee Application. | 1.10 |
| 10/05/12 | A.Y. | Revised response to Fee Examiner's Preliminary Report regarding 12th Interim Fee Application. | 0.70 |
| 10/05/12 | JDS | Analyzed, revised and finalized email to Fee Examiner regarding preliminary report on 12th Interim Fee Application. | 0.70 |
| 10/08/12 | LL | E-mail to J. Shugrue regarding CNO to RS's 43rd Monthly & RS's 44th Monthly Fee Applications. | 0.20 |
| 10/08/12 | JDS | Drafted material for inclusion in 44th Monthly Fee Application. | 0.80 |
| 10/11/12 | LL | E-mail correspondence to J. Shugrue regarding 44th Monthly Fee Application. | 0.30 |
| 10/11/12 | JDS | Drafted 44th Monthly Fee Application. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/12/12 | LL | Corresponded with C. Falgowski regarding revised 44th Monthly Fee Application. (.3); revised RS's 44th Monthly Fee Application (.9). | 1.20 |
| 10/12/12 | JDS | Drafted narrative text for 44th Monthly Fee Application. | 0.50 |
| 10/18/12 | JDS | Analyzed and approved for filing CNO regarding 43rd Monthly Fee Application and 44th Monthly Fee Application. | 0.20 |
| 10/22/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 10/24/12 | JCF | Reviewed and revised 44th Monthly Fee Application. | 0.40 |
| 10/25/12 | JDS | Reviewed as filed 44th Monthly Fee Application and exchanged emails with J. Lord regarding same. | 0.20 |
| 10/29/12 | JCF | Communications with J. Shugrue regarding Fee Auditor's report and review of final report for 12th interim period. | 0.10 |
| 10/29/12 | JDS | Analyzed Fee Examiner's Final Report on 12th Interim Fee Application and forwarded same to L. Lankford and C. Falgowski. | 0.30 |
| 10/31/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |

TOTAL FEES:　　　　$6,604.00

**CURRENT DISBURSEMENTS**

| 10/31/12 | Duplicating/Printing/Scanning | | 27.10 |
|---|---|---|---|
| 10/31/12 | Outside Duplicating | | 324.00 |
| | | Total Disbursements | $351.10 |
| | | Fees & Disbursements | $6,955.10 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.40 | 590.00 | 3,186.00 |
| JCF | J.C. Falgowski | 0.60 | 430.00 | 258.00 |
| A.Y. | A. Yassemedis | 4.20 | 450.00 | 1,890.00 |
| SS | S. Somoza | 1.10 | 140.00 | 154.00 |
| LL | L. Lankford | 6.20 | 180.00 | 1,116.00 |
| | | 17.50 | | $6,604.00 |

November 19, 2012
Case 08-13141-BLS   Doc 12766-3   Filed 11/27/12   Page 10 of 13
RE:   Insurance Counseling
      (503842.00005)
Invoice: 2325469
Page 7

**BANKRUPTCY/REORGANIZATION**
**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/03/12 | AJM | Conferred with client regarding substantive comments on demand correspondence to insurer. | 0.10 |
| 10/04/12 | AJM | Conferred with J. Shugrue regarding coverage under policy and correspondence regarding same (.2); analyzed insurance policies (.3); drafted correspondence to insurer regarding coverage for Preference Actions (2.5); conferred with client regarding conference call to discuss comments on correspondence to insurers (.2). | 3.20 |
| 10/04/12 | JDS | Emails with client regarding strategy/approach/next steps regarding insurance coverage claims/issues regarding Preference Actions. | 0.20 |
| 10/05/12 | AJM | Conferred with client regarding review and comment on draft correspondence to insurers. | 0.10 |
| 10/08/12 | AJM | Conferred with J. Shugrue in preparation for teleconference with client to discuss coverage correspondence (.3); reviewed and analyzed email from client regarding proposed coverage correspondence (.1); analyzed correspondence to client representatives regarding coverage under policies (.2); conferred with J. Shugrue regarding proposed demand correspondence to insurer (.2); teleconference with client and J. Shugrue to discuss proposed demand correspondence to insurers, coverage issues and strategic planning (.8); analyzed summary of defense expenses incurred in Preference Actions (.2). | 1.80 |
| 10/08/12 | JDS | Telephone conference with client team and A. Moss regarding draft correspondence to insurers regarding denials of coverage regarding Preference Actions (.9); analyzed draft correspondence to insurers regarding denials of coverage regarding Preference Actions in preparation for telephone call with client team (.6). | 1.50 |
| 10/16/12 | AJM | Reviewed email from client regarding proposed endorsements, affiliate information for insurance policies. | 0.20 |
| 10/18/12 | AJM | Analyzed coverage correspondence from insurers and email between client, counsel and insurers (1.1); analyzed policies and coverage positions asserted by insurer (.5); drafted revisions to demand letters to insurers (.6); conferred with J. Shugrue regarding revisions to correspondence to insurers (.1). | 2.30 |
| 10/24/12 | JDS | Analyzed and revised draft letter to insurer regarding coverage for Preference Actions. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/25/12 | AJM | Conferred with J. Shugrue regarding demand correspondence to insurers (.5); analyzed correspondence from insurer outside counsel (.3); further revisions to demand correspondence to insurers (.2). | 1.00 |
| 10/25/12 | JDS | Analyzed and revised draft letter to insurers regarding coverage for Preference Actions, and reviewed prior insurer correspondence regarding same. | 0.50 |
| 10/26/12 | AJM | Drafted revisions to substantive demand correspondence to insurers regarding coverage for Preference Actions. | 0.50 |
| 10/27/12 | AJM | Drafted revisions to substantive demand correspondence to insurers regarding coverage for Preference Actions. | 0.50 |
| 10/30/12 | AJM | Analyzed research on coverage for defense costs, ERISA and bankruptcy proceeding remedies with respect to D&O and fiduciary liability coverage (.7); conferred with client regarding proposed emergence endorsements to Tribune aviation policies (.2); analyzed expiring aviation policies and memorandum regarding same (.3); analyzed prior proposed endorsements from aviation carriers (.1); conferred with client regarding aviation policies endorsements (.1); conferred with L. Geiger regarding insurance policy proposed endorsements (.1); conferred with client regarding same (.1); analyzed primary and excess liability policies with respect to definition of Loss and various exclusions (.5); drafted revisions to demand letter to insurer regarding preference actions (.4); conferred with J. Shugrue regarding advancement order and proposed correspondence to insurer (.2); analyzed request for advancement regarding preference actions (.2); drafted further revisions to demand letter to insurer regarding preference actions (.2); drafted correspondence to insurer regarding coverage for FitzSimons, preference and fraudulent transfer actions (.6). | 3.70 |
| 10/30/12 | JDS | Analyzed and revised draft letter to insurer regarding coverage for Preference Actions. | 0.30 |
| 10/31/12 | AJM | Analyzed coverage correspondence from insurers regarding FitzSimons, preference and fraudulent transfer actions (.7); reviewed and analyzed cases cited by insurers regarding preference and fraudulent transfer actions (.5); drafted revisions to correspondence to insurer regarding preference actions (.3); drafted correspondence to insurer regarding FitzSimons, preference and fraudulent transfer actions (2.6); conferred with J. Shugrue regarding draft correspondence and positions asserted by insurers (.3). | 4.40 |
| 10/31/12 | JDS | Analyzed and revised draft letter to insurer regarding coverage for Preference Actions (.4). | 0.40 |

|  |  |  |
|---|---|---|
|  | TOTAL FEES: | <u>$11,619.00</u> |

| Date | Description |  |
|---|---|---|
| 10/31/12 | PACER | 13.60 |
| 10/31/12 | Duplicating/Printing/Scanning | 1.40 |
|  | Total Disbursements | $15.00 |
|  | Fees & Disbursements | $11,634.00 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.10 | 590.00 | 1,829.00 |
| AJM | A.J. Moss | 17.80 | 550.00 | 9,790.00 |
|  |  | 20.90 |  | $11,619.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2340575
Invoice Date: November 19, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through October 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling | | | |
| 503842.00005 | $1,531.00 | $0.00 | $1,531.00 |
| RE: Marsh | | | |
| 503842.00008 | $161.00 | $0.00 | $161.00 |
| **Current Invoice Total:** | **$1,692.00** | **$0.00** | **$1,692.00** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications | | | |
| 503842.00009 | $6,604.00 | $351.10 | $6,955.10 |
| RE: Insurance Counseling | | | |
| 503842.00005 | $11,619.00 | $15.00 | $11,634.00 |
| **Current Invoice Total:** | **$18,223.00** | **$366.10** | **$18,589.10** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $1,692.00 | $0.00 | $1,692.00 |
| Bankruptcy/Reorganization | $18,223.00 | $366.10 | $18,589.10 |
| **GRAND TOTAL:** | **$19,915.00** | **$366.10** | **$20,281.10** |

**INVOICE IS PAYABLE UPON RECEIPT**