# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $324.00 |
| Printing, Duplicating, Scanning | | $28.50 |
| PACER | | $13.60 |
| **TOTAL:** | | **$366.10** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation –00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $324.00 | | $324.00 |
| Printing/Duplicating & Scanning | | | $1.40 | | $27.10 | | $28.50 |
| PACER | | | $13.60 | | | | $13.60 |
| TOTAL: | | $0.00 | $15.00 | $0.00 | $351.10 | $0.00 | $366.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/12/12 | LL | Corresponded with C. Falgowski regarding revised 44th Monthly Fee Application. (.3); revised RS's 44th Monthly Fee Application (.9). | 1.20 |
| 10/12/12 | JDS | Drafted narrative text for 44th Monthly Fee Application. | 0.50 |
| 10/18/12 | JDS | Analyzed and approved for filing CNO regarding 43rd Monthly Fee Application and 44th Monthly Fee Application. | 0.20 |
| 10/22/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 10/24/12 | JCF | Reviewed and revised 44th Monthly Fee Application. | 0.40 |
| 10/25/12 | JDS | Reviewed as filed 44th Monthly Fee Application and exchanged emails with J. Lord regarding same. | 0.20 |
| 10/29/12 | JCF | Communications with J. Shugrue regarding Fee Auditor's report and review of final report for 12th interim period. | 0.10 |
| 10/29/12 | JDS | Analyzed Fee Examiner's Final Report on 12th Interim Fee Application and forwarded same to L. Lankford and C. Falgowski. | 0.30 |
| 10/31/12 | SS | Reviewed and catalogued case correspondence. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $6,604.00 |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 10/31/12 | Duplicating/Printing/Scanning | 27.10 |
| 10/31/12 | Outside Duplicating | 324.00 |
| | Total Disbursements | $351.10 |
| | Fees & Disbursements | $6,955.10 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 5.40 | 590.00 | 3,186.00 |
| JCF | J.C. Falgowski | 0.60 | 430.00 | 258.00 |
| A.Y. | A. Yassemedis | 4.20 | 450.00 | 1,890.00 |
| SS | S. Somoza | 1.10 | 140.00 | 154.00 |
| LL | L. Lankford | 6.20 | 180.00 | 1,116.00 |
| | | 17.50 | | $6,604.00 |

November 19, 2012
RE:    Insurance Counseling
       (503842.00005)

Case 08-13141-BLS    Doc 12766-4    Filed 11/27/12    Page 5 of 5

Invoice: 2325469
Page 9

| | | | TOTAL FEES: | $11,619.00 |
|---|---|---|---|---|
| 10/31/12 | PACER | | | 13.60 |
| 10/31/12 | Duplicating/Printing/Scanning | | | 1.40 |
| | | | Total Disbursements | $15.00 |
| | | | Fees & Disbursements | $11,634.00 |

**BANKRUPTCY/REORGANIZATION**
Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.10 | 590.00 | 1,829.00 |
| AJM | A.J. Moss | 17.80 | 550.00 | 9,790.00 |
| | | 20.90 | | $11,619.00 |