IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | Objection Date: December 17, 2012 at 4:00 p.m. |
| | | Hearing Date: *Only if Objections are filed* |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David Buchbinder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>R. Craig Martin, Esquire<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | John F. Theil, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor) |

    PLEASE TAKE NOTICE that, on November 27, 2012, the **Forty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2012 through October 31, 2012** (the "Application"), which seeks approval of a monthly fee application for professional services rendered to the Debtors in the amount of $84,075.00, together with reimbursement of expenses in the amount of $1,209.35, was filed with the Court.

    You are required to file a response, if any, to the Application on or before **December 17, 2012 at 4:00 p.m.** (Eastern Time).

46429/0001-5902617v41

At the same time, you must also serve a copy of the response upon Applicant and Debtor's counsel so that it is received by **4:00 p.m. on December 17, 2012**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com | Kenneth P. Kansa, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br>kkansa@sidley.com | Christopher L. Meazell, Esquire<br>**DOW LOHNES PLLC**<br>Three Partners Place, Suite 230<br>201 David Boren Blvd.<br>Norman, OK 73072<br>cmeazell@dowlohes.com |

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MA Y GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 27, 2012

> SIDLEY AUSTIN LLP
> James F. Conlan
> Bryan Krakauer
> Kenneth P. Kansa
> One South Dearborn Street
> Chicago, IL 60603
> Telephone: (312) 853-7000
>
> -and-
>
> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
>
> By: _____
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> Patrick J. Reilley (No. 4451)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE 19801
> Telephone: (302) 652-3131
> Facsimile: (302) 652-3117
>
> ATTORNEYS FOR THE DEBTORS
> AND DEBTORS IN POSSESSION