# EXHIBIT A

## Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Forty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period October 1, 2012 through October 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Forty-First Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-9037691v1

4.    There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.    No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.



I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 27th day of November, 2012.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 48.3 | 36,708.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 25.1 | 9,789.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 3.7 | 2,405.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 5.4 | 1,512.00 |
| Christopher L. Meazell | Of Counsel (since 2012); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 8.9 | 4,005.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 2.7 | 648.00 |
| Maureen M. Nagle | Senior Counsel (since 2008); Corporate; 2000 (NY) & 2011 (DC) | 450 | 0.7 | 315.00 |
| Kerry E. Stotler | Associate (since 2010); Communications; 2009 (VA) & 2010 | 310 | 0.6 | 186.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 | 470 | 12.1 | 5,687.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 34.3 | 22,295.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC | 350 | 1.5 | 525.00 |

**TOTALS** — 143.3 — 84,075.00

**BLENDED RATE** — 586.7062107

[1] The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**OCTOBER 1 - OCTOBER 31, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 103.1 | 66,671.00 |
| Fee Applications 08656.0101 | 8.9 | 4,005.00 |
| Broadcast Contracts 08656.0104 | 30.6 | 13,084.00 |
| Fox and Network Agreements 08656.0104:001 | 0.7 | 315.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **143.3** | **84,075.00** |

 DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

November 26, 2012                                    Page 1

Tribune Company                                    Invoice 565197
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through October 31, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 10/01/12 | Prepare meeting preparation materials for S. Sheehan regarding FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.40 hrs. |
| 10/01/12 | Telephone conference with FCC Media Bureau re application status (0.2); telephone conference with D. Liebentritt re FCC issues (0.2); meeting with S. Sheehan re FCC applications and FCC waiver review (0.5); work on complaint resolution (0.2). | |
| | J. Feore | 1.10 hrs. |
| 10/02/12 | Review and analysis of FCC incentive auction notice of proposed rulemaking (0.4); preparation of memorandum regarding same (0.4). | |
| | J. Rademacher | 0.80 hrs. |
| 10/02/12 | Conference with FCC staff re proposed stipulation (0.3); telephone conference with R. Wiley re applications (0.3); telephone conference with FCC Media Bureau re FCC applications (0.2); conference with S. Sheehan re FCC and timing issues (0.4). | |
| | J. Feore | 1.20 hrs. |
| 10/02/12 | Research status of pending business radio license applications for Channel 40, Inc. (0.4); review corporate name changes for accuracy and consistency on pending assignment applications (0.6). | |
| | L. McCarty (Practice Group Professional) | 1.00 hrs. |
| 10/02/12 | Review re negotiations with FCC GC and Enforcement Bureau re indecency complaints. | |
| | M. Swanson | 0.50 hrs. |
| 10/03/12 | Attend weekly FCC status update call with counsel for JP Morgan (D. Wiley, J. Bayes, and E. Reed) and Oaktree (T. Davidson) regarding FCC applications to assign broadcast licenses in | |

November 26, 2012                                                        Page 2

Tribune Company                                                    Invoice 565197

|  |  |  |
|---|---|---|
|  | bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 10/03/12 | Telephone conference with R. Wiley and T. Davidson re FCC applications (0.4); telephone conference with S. Sheehan re FCC processes (0.2); telephone conference with FCC Media Bureau re FCC applications (0.2); telephone conference with D. Liebentritt re timing and processes at FCC (0.3); conference with FCC staff re resolution of complaints (0.4). | |
|  | J. Feore | 1.50 hrs. |
| 10/03/12 | Telephone conference with FCC counsel to credit co-proponents re FCC application status and approaches to FCC staff (0.5); prepare correspondence to K. Mills (Sidley) and E. Reed (JPMorgan) re response to JPMorgan inquiry re update requirements for foreign ownership certification (0.6). | |
|  | J. Logan | 1.10 hrs. |
| 10/03/12 | Review re status of Enforcement Bureau response. | |
|  | M. Swanson | 0.10 hrs. |
| 10/04/12 | Telephone conference with E. Washburn regarding update on 9/28 call with Media Bureau staff regarding stipulation for indecency complaints against Tribune broadcast stations regarding applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.20 hrs. |
| 10/04/12 | Telephone conference with D. Liebentritt re FCC applications (0.3); telephone conference with FCC Media Bureau re applications (0.3); telephone conference with FCC Commissioner's office re application (0.3); telephone conferences with R. Wiley re meetings on applications (0.4); telephone conference with J. Stenger re FCC applications (0.3). | |
|  | J. Feore | 1.60 hrs. |
| 10/04/12 | Telephone conference with M. Schneider re FCC application status and ownership issues (0.4); review FCC Enforcement/stipulation materials re same (0.9). | |
|  | M. Swanson | 1.30 hrs. |
| 10/05/12 | Telephone conference with FCC Chairman's Office re FCC application (0.4); conference with R. Wiley re FCC meeting and issues outline (0.3); work on presentation for FCC and update on applications (0.5). | |
|  | J. Feore | 1.20 hrs. |
| 10/07/12 | Review further changes to FCC stipulation to resolve pending complaints (0.4); review FCC waiver requests and issues for FCC meetings (0.4). | |
|  | J. Feore | 0.80 hrs. |
| 10/08/12 | Telephone conference with J. Stenger re conferences at FCC and application processing (0.2); review timing issues for FCC actions | |

November 26, 2012

Tribune Company

|  |  |  |
|---|---|---|
|  | on application and waivers (0.4); conference with S. Sheehan re FCC applications (0.2). |  |
|  | J. Feore | 0.80 hrs. |
| 10/09/12 | Review and analysis of draft talking points for upcoming meetings with FCC regarding applications for approval of assignment of broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.40 hrs. |
| 10/09/12 | Telephone conference with S. Sheehan re FCC meeting (0.3); telephone conference with J. Stenger re Commission's review of decision (0.3); telephone conference with D. Eldersveld re company refinancing and FCC impact (0.3); review outline and issues for FCC meeting (0.6). |  |
|  | J. Feore | 1.50 hrs. |
| 10/10/12 | Attend weekly FCC status update with counsel for JPMorgan (D. Wiley, E. Reed and J. Bayes) and Oaktree (T. Davidson) regarding FCC applications to assign broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.40 hrs. |
| 10/10/12 | Telephone conference with R. Wiley and T. Davidson re FCC applications, processing and meeting (0.5); telephone conference with J. Stenger re FCC (0.3); telephone conference with S. Sheehan re FCC meeting (0.4); review issues list for FCC meeting (0.8). |  |
|  | J. Feore | 2.00 hrs. |
| 10/10/12 | Prepare for and participate in telephone conference with FCC counsel to plan proponents re status of application. |  |
|  | J. Logan | 0.60 hrs. |
| 10/11/12 | Review FCC-revised stipulation regarding indecency complaints against Tribune stations regarding assignment of broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.50 hrs. |
| 10/11/12 | Meeting with S. Sheehan to prepare for FCC meeting (0.8); meeting with FCC Chairman's office and counsel for creditors re FCC decision (0.9); work on letter to FCC re meeting (0.4); review FCC revisions to stipulation re pending FCC complaints (0.9). |  |
|  | J. Feore | 3.00 hrs. |
| 10/11/12 | Telephone conference with W. Johnsen (FCC counsel to JPMorgan) re status of restructuring transactions. |  |
|  | J. Logan | 0.30 hrs. |
| 10/12/12 | Work on draft letter for FCC follow-up meeting with Chairman's office (0.5); work on revised stipulation for FCC and FCC claims (0.7). |  |
|  | J. Feore | 1.20 hrs. |
| 10/13/12 | Review ex parte filings on Tribune application (0.3); update latest draft letter (0.1). |  |

November 26, 2012                                      Page 4

Tribune Company                                                      Invoice 565197

|  | J. Feore | 0.40 hrs. |

| 10/15/12 | Prepare ex parte notice of October 11 meeting with FCC staff regarding applications to assign broadcast licenses in bankruptcy. |
|  | J. Rademacher | 0.60 hrs. |

| 10/15/12 | Telephone conference with R. Wiley re FCC follow-up re applications (0.3); telephone conference with J. Stenger re FCC applications and issues (0.3); review FCC ex parte filing (0.4); review FCC revisions to stipulation for court (0.7). |
|  | J. Feore | 1.70 hrs. |

| 10/16/12 | Telephone conference with S. Sheehan re FCC applications (0.4); telephone conference with D. Liebentritt re processing and FCC applications (0.3); telephone conference with FCC re applications and waivers (0.4); review waiver proposals re timing issues and FCC rulemaking (0.8). |
|  | J. Feore | 1.90 hrs. |

| 10/16/12 | Review and send S. Stone (FCC) email re stipulation to E. Washburn (0.5); telephone conference with E. Washburn re FCC visit to Chicago and Enforcement Bureau matters (0.5); email exchange with FCC staff re visit (0.1). |
|  | M. Swanson | 1.10 hrs. |

| 10/17/12 | Telephone conference with S. Sheehan re FCC (0.3); telephone conference with J. Stenger re FCC application (0.3); telephone conference with counsel for creditors re FCC process (0.4); telephone conferences with FCC staff and Commissioners' offices re FCC application (0.6); review revised FCC stipulation (0.3). |
|  | J. Feore | 1.90 hrs. |

| 10/17/12 | Telephone conference with FCC counsel to credit co-proponents re status of application processing. |
|  | J. Logan | 0.50 hrs. |

| 10/17/12 | Prepare for and telephone conference with Wiley and Akin attorneys re status of FCC exit applications (0.5); email exchange with FCC office re visit (0.1); email exchanges with client re same (0.1). |
|  | M. Swanson | 0.70 hrs. |

| 10/18/12 | Telephone conferences with R. Wiley and T. Davidson re FCC decision and action on FCC 8th Floor (0.5); telephone conferences with FCC staff re decision (0.5); telephone conference with S. Sheehan re FCC media ownership matters (0.4); review pending waiver requests and timing on FCC action (0.8). |
|  | J. Feore | 2.20 hrs. |

| 10/18/12 | Review status for staff processing. |
|  | J. Logan | 0.40 hrs. |

| 10/18/12 | Review re FCC progress on appeal of exit applications (0.2); review re FCC spectrum issues (0.2); review re stipulation issues (0.9). |

November 26, 2012                                         Page 5

Tribune Company                                                Invoice 565197

|  |  |  |
|---|---|---|
|  | M. Swanson | 1.30 hrs. |

10/19/12    Telephone conferences with FCC staff re Tribune applications (0.4); telephone conference with E. Hartenstein and officials re FCC (0.5); telephone conference with R. Wiley re FCC applications (0.4); meetings at FCC with Commissioners' offices re applications (1.6); work on reporting letters re FCC visits (0.5); telephone conference with S. Sheehan re FCC processing of applications (0.3).
J. Feore                                          3.70 hrs.

10/20/12    Work on ex parte letters for FCC meetings (0.5); review revised FCC draft re stipulation issues (0.4); research re ownership review and Tribune's requested waivers (0.7).
J. Feore                                          1.60 hrs.

10/21/12    Review revised FCC contentions re outstanding Enforcement Bureau complaints.
M. Swanson                                        1.80 hrs.

10/22/12    Compilation of FCC enforcement complaints.
A. Mejia (Practice Group Professional)            1.20 hrs.

10/22/12    Prepare ex parte notices for October 19 meetings with FCC staff (D. Grimaldi and A. Hoehn-Saric) regarding applications to transfer broadcast licenses in bankruptcy (0.6); preparation of materials for list of FCC pending complaints for stipulation necessary to process assignment of broadcast licenses in bankruptcy (0.7).
J. Rademacher                                     1.30 hrs.

10/22/12    Telephone conference with D. Liebentritt re processing of FCC applications (0.4); telephone conferences with S. Sheehan re FCC applications and waivers (0.6); telephone conference with R. Wiley re FCC visits (0.3); telephone conference with T. Davidson re FCC applications (0.3); telephone conference with FCC re pending applications (0.3); work on FCC filings and follow-up letters (0.6).
J. Feore                                          2.50 hrs.

10/22/12    Review FCC's proposed revisions to stipulation (0.9); email to K. Mills (Sidley) re same (0.2); analyze additional FCC enforcement complaints (1.8); analyze effect of same on tolling strategy (0.4).
M. Swanson                                        3.30 hrs.

10/23/12    Review and analysis of motion regarding DCL plan proponent fees and expense claims.
J. Rademacher                                     0.40 hrs.

10/23/12    File ex parte notice for October 19 meeting between Tribune and FCC staff regarding progress of FCC applications for approval of assignment of broadcast licenses in bankruptcy (0.3); correspondence with A. Hoehn-Saric (FCC) regarding same (0.2); correspondence with D. Grimaldi (FCC) regarding same (0.2); correspondence with counsel for JP Morgan (D. Wiley) and Oaktree (T. Davidson) regarding same (0.3).

November 26, 2012                                              Page 6

Tribune Company                                        Invoice 565197

|  | J. Rademacher | 1.00 hrs. |

| 10/23/12 | Preparation of materials for list of FCC pending complaints for stipulation necessary to process assignment of broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 1.30 hrs. |

| 10/23/12 | Telephone conference with T. Davidson re FCC applications (0.3); telephone conference with S. Sheehan re timing issues (0.3); telephone conference with FCC staff re application update (0.4); review language re court motion (0.3); review additional changes to stipulation on FCC claims for court (0.4). | |
|  | J. Feore | 1.70 hrs. |

| 10/23/12 | Telephone conference with E. Reed (JPMorgan) re procedures and service obligations for new ex parte filing. | |
|  | J. Logan | 0.40 hrs. |

| 10/23/12 | Research re BIA data payment issue (0.5); telephone conference with M. Fratrik (BIA) re same (0.2); letter to M. Fratrik re same (0.1); research re FCC/USG collection statute of limitations' effect on FCC's revised Enforcement Bureau complaint list (1.5); review FCC proposed changes to stipulation (0.9); email to K. Mills (Sidley) and E. Washburn re same (0.6); telephone conference with K. Mills, E. Washburn and K. Kansa (Sidley) re FCC's proposed changes (0.9); draft revisions to FCC materials (0.9); research re Communications Act provisions on initiation of related enforcement proceedings (0.8). | |
|  | M. Swanson | 6.40 hrs. |

| 10/24/12 | Participate in weekly conference call with counsel for JP Morgan (D. Wiley, J. Bayes and E. Reed) and Oaktree (T. Davidson) regarding progress of FCC applications to assign broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |

| 10/24/12 | Telephone conference with FCC re status of applications (0.3); telephone conference with R. Wiley re processing (0.4); telephone conference with S. Sheehan re FCC procedures (0.4); telephone conference with FCC re meetings and calls (0.4); review changes in stipulation and court motion (0.6); work on issues/options re FCC meetings (0.4). | |
|  | J. Feore | 2.50 hrs. |

| 10/24/12 | Prepare correspondence to K. Mills re additional information requests from M. Schein re foreign claimholders. | |
|  | J. Logan | 0.40 hrs. |

| 10/24/12 | Telephone conference with Wiley and Akin attorneys re FCC status (0.8); review bankruptcy counsel's proposed changes to stipulation (0.9); review FCC updates to Enforcement Bureau complaints (2.1); revise FCC-related language in stipulation (0.6). | |

November 26, 2012                                   Page 7

Tribune Company                                                    Invoice 565197

|  |  |  |
|---|---|---|
|  | M. Swanson | 4.40 hrs. |
| 10/25/12 | Review and revise exhibits re FCC enforcement complaints. | |
|  | A. Mejia (Practice Group Professional) | 1.50 hrs. |
| 10/25/12 | Preparation of materials for list of FCC pending complaints for stipulation necessary to process assignment of broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.60 hrs. |
| 10/25/12 | Telephone conference with R. Wiley re FCC status report (0.2); telephone conference with J. Stenger re FCC (0.3); telephone conference with D. Eldersveld re work on stipulation (0.2); conference with S. Sheehan and FCC re application procedures (0.8); preparation of stipulation update (0.2); review ex parte letters (0.2). | |
|  | J. Feore | 1.90 hrs. |
| 10/25/12 | Research re exhibits for stipulation (2.3); research re Red Light status for four licensees (2.1). | |
|  | L. McCarty (Practice Group Professional) | 4.40 hrs. |
| 10/25/12 | Review re regulatory fee issues noted in FCC proofs of claims (0.3); draft and revise stipulation exhibits (2.8); revise stipulation provisions re same (0.4). | |
|  | M. Swanson | 3.50 hrs. |
| 10/26/12 | Preparation of materials for list of FCC pending complaints for stipulation necessary to process assignment of broadcast licenses in bankruptcy. | |
|  | J. Rademacher | 0.40 hrs. |
| 10/26/12 | Telephone conferences with S. Sheehan re progress on FCC applications (0.3); telephone conference with D. Eldersveld and E. Hartenstein re FCC conference (0.3); revise updated stipulation (0.4); conference re final negotiations with FCC on stipulation (0.2); work on FCC ex parte letters (0.3). | |
|  | J. Feore | 1.50 hrs. |
| 10/26/12 | Telephone conference with M. Godschall (FCC) re Enforcement Bureau complaint chart (0.6); revise stipulation exhibits (0.3); telephone conference with K. Mills re stipulation revisions (0.2); revise stipulation (0.7). | |
|  | M. Swanson | 1.80 hrs. |
| 10/27/12 | Prepare ex parte letter re FCC conference call (0.5); review updates to stipulation and conference re final approval for court filing (0.4); review outline of issues re FCC visits and calls (0.6). | |
|  | J. Feore | 1.50 hrs. |
| 10/28/12 | Prepare ex parte letter for October 26 meeting with FCC staff regarding FCC applications to assign TV broadcast licenses in bankruptcy. | |

Tribune Company                                                  Invoice 565197

|  |  |  |
|---|---|---|
|  | J. Rademacher | 0.30 hrs. |

10/29/12    Revise FCC letter re telephone conference with Chairman's Office (0.4); telephone conference with S. Sheehan re FCC meetings (0.3); work on update re FCC review of draft decision and further meetings (0.8).

J. Feore                                    1.50 hrs.

10/30/12    Research regarding programming for analysis of issues regarding need to update requests for waiver of newspaper broadcast cross-ownership rule in conjunction with application to assign licenses in bankruptcy.

J. Rademacher                          1.00 hrs.

10/30/12    Telephone conference with R. Wiley re FCC processing (0.2); review and finalize ex parte letter (0.3); review updated stipulation for FCC (0.4).

J. Feore                                    0.90 hrs.

10/30/12    Exchange voicemails with S. Stone (FCC) re stipulation (0.2); review re results of FCC meetings (0.2); revise stipulation (0.2).

M. Swanson                            0.60 hrs.

10/31/12    File ex parte letter regarding telephone call between E. Hartenstein and FCC staff regarding progress of FCC applications for approval of assignment of broadcast licenses in bankruptcy (0.3); participate in weekly regulatory status call with counsel for JPMorgan (D. Wiley, J. Bayes and E. Reed) and Oaktree (T. Davidson) regarding progress of FCC applications for approval of assignment of broadcast licenses in bankruptcy (0.4).

J. Rademacher                          0.70 hrs.

10/31/12    Telephone conferences with D. Wiley and T. Davidson re FCC application and processing issues (0.5); telephone conference with D. Wiley and J. Bayes re FCC updates (0.3); telephone conference with J. Stenger re FCC application status report (0.3); telephone conference with FCC re application, waiver and timing issues (0.5).

J. Feore                                    1.60 hrs.

10/31/12    Prepare for and participate in conference call with Wiley and Akin attorneys re status of FCC exit applications (0.7); telephone conference with E. Washburn re FCC renewal processing, status of enforcement stipulation, electronic public file set-up, and WGN(AM) programming issues (0.9); review re waiver reporting (0.7); email to E. Washburn re same (0.1); review two different FCC complaint reports re issues and compare to previous reports (2.4); telephone conferences with M. Godschall (FCC) re same (0.4); revise stipulation charts (0.9); email same to K. Mills (0.4); research and review re license renewal "step in the shoes" issues (1.0).

M. Swanson                            7.50 hrs.

November 26, 2012                                          Page 9

Tribune Company                                          Invoice 565197

## BILLING SUMMARY

|          | Hours  |
|----------|--------|
| FEORE    | 44.90  |
| LOGAN    | 3.70   |
| SWANSON  | 34.30  |
| RADEMACHER | 12.10 |
| MCCARTY  | 5.40   |
| MEJIA    | 2.70   |
| TOTAL    | 103.10 |

Fees for Professional Services ........................................................ $         66,671.00

|          |                                                                                                                      |     |          |
|----------|----------------------------------------------------------------------------------------------------------------------|-----|----------|
|          | COURIER SERVICE                                                                                                       | $   | 80.55    |
|          | REPRODUCTION                                                                                                          | $   | 2.70     |
| 05/25/12 | VENDOR: BIA Advisory Services, LLC; INVOICE#: 9500905.A; DATE: 5/25/2012 - Additional work on Indianapolis Satellite Report- Update | $   | 1,000.00 |
| 08/29/12 | John Feore inv#ERJRF082912 - Lunch with S. Sheehan (Tribune) to discuss Tribune application and other FCC issues      | $   | 18.00    |
| 08/29/12 | John Feore inv#ERJRF082912 - Lunch with S. Sheehan (Tribune) to discuss Tribune application an other FCC issues       | $   | 104.90   |

Total Reimbursable Costs ........................................................... $          1,206.15

Total Current Billing for This File................................................ $         67,877.15

Our File # 08656.0101          For Services Through October 31, 2012
Retention and Fee Applications

| 10/03/12 | Prepare and finalize 39th monthly fee application (1.3); correspondence with Delaware counsel regarding same (0.2); telephone conference with Court Call regarding hearing scheduling (0.2). |           |
|----------|-----|-----|
|          | C. Meazell | 1.70 hrs. |
| 10/04/12 | Correspondence with fee examiner regarding 39th monthly fee application. |           |
|          | C. Meazell | 0.20 hrs. |
| 10/09/12 | Prepare and finalize 13th interim fee application (1.3); correspondence with Delaware counsel regarding same (0.2). |           |

November 26, 2012                                                                Page 10

Tribune Company                                                          Invoice 565197
                        C. Meazell                              1.50 hrs.

10/10/12                Preparation of 40th monthly fee application.
                        C. Meazell                              1.20 hrs.

10/16/12                Preparation of 40th monthly fee application.
                        C. Meazell                              2.20 hrs.

10/17/12                Preparation of 40th monthly fee application.
                        C. Meazell                              0.60 hrs.

10/24/12                Preparation of 40th monthly fee application.
                        C. Meazell                              0.60 hrs.

10/29/12                Finalize 40th monthly fee application (0.7); correspondence with
                        Delaware counsel regarding same (0.2).
                        C. Meazell                              0.90 hrs.


### BILLING SUMMARY

|                | Hours |
|----------------|-------|
| MEAZELL        | 8.90  |
| TOTAL          | 8.90  |


Fees for Professional Services ........................................................ $        4,005.00

INFORMATION SERVICES                          $        3.20

Total Reimbursable Costs ............................................................ $        3.20
Total Current Billing for This File................................................ $        4,008.20


Our File # 08656.0104          For Services Through October 31, 2012
Broadcast Contracts

10/02/12                Prepare email re marketplace developments and per sub fees.
                        R. Folliard III                        0.30 hrs.

10/03/12                Review Cablevision dispute issues re CW affiliation, non-
                        duplication protection and provision of programming in New York
                        City.
                        J. Feore                               0.70 hrs.

10/03/12                Draft material breach of retransmission agreement letter for Zoom
                        Media (0.5); email draft of same to K. Connor (0.1).
                        K. Stotler                             0.60 hrs.

November 26, 2012                                          Page 11

Tribune Company                                          Invoice 565197

| | | |
|---|---|---|
| 10/03/12 | Analyze material breach material and retransmission agreement with Zoom Media (0.3); research re WPIX-TV affiliation agreement for Cablevision systems (1.1); telephone call with L. Gardener re WPIX-TV affiliation agreement (0.4). | |
| | R. Folliard III | 1.80 hrs. |
| 10/04/12 | Telephone calls with K. Connor re Verizon proposed term sheet. | |
| | R. Folliard III | 1.00 hrs. |
| 10/05/12 | Prepare revised term sheet for Cablevision (0.7); analyze potential breaches of WOW agreements (0.3); telephone call with K. Connor re WOW (0.3). | |
| | R. Folliard III | 1.30 hrs. |
| 10/09/12 | Review possible issues re Cablevision carriage dispute and FCC filings. | |
| | J. Feore | 0.70 hrs. |
| 10/09/12 | Revise term sheet for Golden Valley retransmission agreement for KTLA(TV). | |
| | R. Folliard III | 0.30 hrs. |
| 10/11/12 | Telephone call with N. Larsen re changes to Cablevision term sheet (0.3); prepare revised term sheet for Cablevision (0.1); research re status of negotiations with AT&T (0.1); analyze WOW agreements for WGN America (0.3); telephone call with K. Connor re WOW, Verizon and Cablevision negotiations (0.4). | |
| | R. Folliard III | 1.20 hrs. |
| 10/12/12 | Analyze letter from TV Max to WGN America (0.2); prepare email to K. Connor re TV Max (0.2); analyze letter from Allegiance to WGN America re potential sale transaction (0.2); telephone call with K. Connor re Allegiance and TV Max and other pending negotiations (0.5). | |
| | R. Folliard III | 1.10 hrs. |
| 10/17/12 | Telephone call with K. Connor re Cablevision negotiations (0.6); research re status of agreements with Windjammer and Zito (0.3); research re carriage of Fox station in Terre Haute market (0.3); prepare email to K. Connor re granting consent to Cinergy Cable in Terre Haute market (0.2). | |
| | R. Folliard III | 1.40 hrs. |
| 10/18/12 | Review material re Zito and Windjammer agreements (0.1); telephone call with G. Mazzaferri re Zito and Windjammer (0.2); telephone call with K. Connor re Verizon retransmission agreement and revised term sheet (0.5); prepare revised term sheet for Verizon (0.3); telephone calls with N. Larsen re changes to Cablevision term sheet (0.7); prepare revised term sheet for Cablevision (0.8). | |
| | R. Folliard III | 2.60 hrs. |
| 10/19/12 | Prepare email re revised Verizon term sheet (0.3); telephone call with N. Larsen and G. Mazzaferri re Cablevision term sheet (0.3); | |

November 26, 2012                                    Page 12

Tribune Company                                                Invoice 565197

|  |  |  |
|---|---|---|
|  | revise Cablevision term sheet (0.2). | |
|  | R. Folliard III | 0.80 hrs. |
| 10/22/12 | Prepare email re assigning Windjammer agreement to Zito (0.1); prepare agreement for TVMax to assign agreement to BVSix (0.5); prepare email to K. Connor re responding to BVSix re TVMax (0.2). | |
|  | R. Folliard III | 0.80 hrs. |
| 10/23/12 | Revise Vermont Telephone/WGNA affiliation agreement. | |
|  | D. Teslik | 1.50 hrs. |
| 10/23/12 | Telephone call with K. Connor re Zito Media and Windjammer agreements (0.4); prepare agreements with Zito consenting to assignment of Windjammer agreement and extending WGN America agreement (1.2); telephone calls with N. Larsen re Cablevision term sheet (0.3); revise Cablevision term sheet (0.6). | |
|  | R. Folliard III | 2.50 hrs. |
| 10/24/12 | Review updated term sheet for Cablevision (0.3); telephone conference with FCC re status of negotiations (0.2). | |
|  | J. Feore | 0.50 hrs. |
| 10/24/12 | Prepare email to N. Larsen re interest in Cablevision dispute (0.1); research re recent articles about Cablevision dispute blaming Tribune for delays (0.5); telephone calls with J. Marenghi and K. Connor re upcoming call with Cablevision and follow-up from call with Cablevision (0.8); review revised Cablevision term sheet (0.8); conference call re response to Cablevision term sheet (0.5); prepare revised term sheet for Cablevision (0.7). | |
|  | R. Folliard III | 3.40 hrs. |
| 10/25/12 | Review revised term sheets and Cablevision counter-offer (0.3); review draft press release (0.1); telephone conference with FCC re negotiations (0.3). | |
|  | J. Feore | 0.70 hrs. |
| 10/25/12 | Telephone call with N. Larsen re changes to Cablevision term sheet (0.2); revise Cablevision term sheet (0.9); follow-up telephone call with N. Larsen and G. Mazzaferri re Cablevision (0.4); prepare final version of Cablevision term sheet (0.9); revise statement re call for FCC involvement in Cablevision dispute (0.5). | |
|  | R. Folliard III | 2.90 hrs. |
| 10/26/12 | Review revised term sheet and Cablevision issues (0.5); conference with FCC staff re status of negotiations (0.3). | |
|  | J. Feore | 0.80 hrs. |
| 10/26/12 | Telephone call with N. Larsen re changes to Cablevision term sheet (0.3); prepare final version of draft term sheet for Cablevision (0.4); telephone call with J. Marenghi and K. Connor re upcoming call with Cablevision (0.3); conference call with Cablevision re changes to term sheet (0.7); follow-up telephone call with J. Marenghi and K. Connor re Cablevision proposal (0.4); review Cablevision changes | |

Tribune Company                                                     Invoice 565197
to term sheet (0.3); conference call re response to Cablevision
counter-proposal (0.4); revise Cablevision term sheet (0.4); review
Cablevision final changes to term sheet and prepare email re same
(0.2); prepare redline of final changes by Cablevision to term sheet
(0.2); telephone call with J. Marenghi re final version of Cablevision
term sheet (0.1).
R. Folliard III                                    3.70 hrs.

### BILLING SUMMARY

|                | Hours  |
| -------------- | ------ |
| FEORE          | 3.40   |
| FOLLIARD III   | 25.10  |
| STOTLER        | 0.60   |
| TESLIK         | 1.50   |
| TOTAL          | 30.60  |

Fees for Professional Services ......................................................... $        13,084.00
Total Current Billing for This File.................................................. $        13,084.00


Our File # 08656.0104:001        For Services Through October 31, 2012
Fox and Network Agreements

10/24/12                Review Fox agreement re cross-default issue.
                        M. Nagle                                    0.70 hrs.

### BILLING SUMMARY

|          | Hours  |
| -------- | ------ |
| NAGLE    | 0.70   |
| TOTAL    | 0.70   |

Fees for Professional Services ......................................................... $          315.00
Total Current Billing for This File.................................................. $          315.00


Total Current Billing for This Invoice........................................... $        85,284.35

# Dow Lohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

November 26, 2012

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 565197

Our File # 08656.0100          For Services Through October 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          67,877.15

Our File # 08656.0101          For Services Through October 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $          4,008.20

Our File # 08656.0104          For Services Through October 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $          13,084.00

Our File # 08656.0104:001          For Services Through October 31, 2012
Fox and Network Agreements
    Total Current Billing for This Invoice ............................................................ $          315.00

    Total Current Billing for This Invoice ............................................................ $          85,284.35

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1 - OCTOBER 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 2.70 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 80.55 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 122.90 |
| Messenger Services | Lasership - FCC | 0.00 |
| Messenger Services | Washington Express | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 1,000.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 3.20 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 0.00 |
| Telephone Tolls | | 0.00 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                                          **1,209.35**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.