# EXHIBIT A

**TRIBUNE COMPANY, et al.**

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### October 1, 2012 through October 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 27.60 | $12,112.00 |
| Creditor Communications | 004 | 4.80 | 2,896.00 |
| Business Operations | 007 | 22.20 | 15,051.00 |
| Claims Administration/Bar Date | 009 | 6.10 | 3,248.50 |
| Fee/Retention Applications | 010 | 45.80 | 21,826.00 |
| Avoidance Issues | 013 | 7.90 | 5,885.50 |
| Employee Issues | 014 | 6.90 | 3,967.50 |
| Review of Pre-Petition Financings | 019 | 14.60 | 8,094.50 |
| Shareholder Claims | 020 | 5.70 | 3,246.50 |
| Plan Litigation | 021 | 105.20 | 75,744.00 |
| **Total** | | **246.80** | **$152,071.50** |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                   For Services Through October 31, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/01/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/01/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 10/02/12 | M. DISTEFANO | Reviewed docket filings (.2); reviewed hearing agenda and discussed same with D. Deutsch (.2). | 0.40 hrs. |
| 10/02/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.40); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 10/03/12 | M. DISTEFANO | Reviewed docket filings (.1); reviewed amended hearing agenda (.1). | 0.20 hrs. |
| 10/03/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2012
Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLInks (.30). |  |
| 10/03/12 | D. E. DEUTSCH | Review docket and court agenda re: tomorrow's hearing (.3); hold related call with Adam Landis (.1); meeting with David LeMay to discuss Committee's position on scheduled court matters (.2); review revised agenda and e-mail David LeMay re: same (.1). | 0.70 hrs. |
| 10/04/12 | D. E. DEUTSCH | Review materials and docket to prepare for today's hearing (1.0); participate in today's hearing (.8). | 1.80 hrs. |
| 10/04/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/04/12 | M. DISTEFANO | Prepared for Tribune hearing (.2); participate in Tribune hearing (.8); reviewed docket filings (.1). | 1.10 hrs. |
| 10/05/12 | M. DISTEFANO | Reviewed docket filings (.9). | 0.90 hrs. |
| 10/05/12 | M. ROITMAN | Review Bankruptcy Court order re: Committee's obligation to provide access to information for creditors in accordance with section 1102(b)(3)(A) of the Bankruptcy Code (0.2); Call with K. Brown re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    November 21, 2012
435 N. MICHIGAN AVENUE                                          Page    3
CHICAGO, IL 60611


| 10/05/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/05/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.6.). | 0.60 hrs. |
| 10/08/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/08/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 10/08/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/09/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/09/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                   November 21, 2012
435 N. MICHIGAN AVENUE                                         Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/10/12 | M. DISTEFANO | Reviewed docket items (.1). | 0.10 hrs. |
| 10/10/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/10/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 10/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/12/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.30); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to IntraLinks (.30); prepare appeal briefs for attorney review (1.80). | 2.70 hrs. |
| 10/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/15/12 | M. DISTEFANO | Reviewed all recent docket filings. | 0.20 hrs. |
| 10/15/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 10/16/12 | M. DISTEFANO | Reviewed all recent docket filings. | 0.20 hrs. |
| 10/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/18/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |
| 10/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/22/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 10/22/12 | M. DISTEFANO | Reviewed recent docket filings (.4). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        November 21, 2012
435 N. MICHIGAN AVENUE                              Page    7
CHICAGO, IL 60611


| 10/22/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 10/23/12 | M. DISTEFANO | Reviewed recent docket filings (.2). | 0.20 hrs. |

| 10/23/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 10/24/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.4). | 0.40 hrs. |

| 10/24/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |

| 10/24/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/25/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
| 10/25/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/26/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 10/26/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 10/30/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/31/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 10/31/12 | D. E. DEUTSCH | Review last four daily reports, pleadings therein and court calendar (.5). | 0.50 hrs. |

            Total Fees for Professional Services.............  $12,112.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.60 | 1480.00 |
| D. E. DEUTSCH | 745.00 | 4.80 | 3576.00 |
| D. BAVA | 295.00 | 15.60 | 4602.00 |
| M. DISTEFANO | 435.00 | 5.30 | 2305.50 |
| M. ROITMAN | 495.00 | .30 | 148.50 |
| TOTALS | | 27.60 | 12112.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                 Page    1

                                    For Services Through October 31, 2012

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/12 | M. DISTEFANO | Drafted email to parties re weekly professionals call (.3). | 0.30 hrs. |
| 10/01/12 | M. ROITMAN | Emails with D. Dunn re: status of MDL proceedings (0.3) | 0.30 hrs. |
| 10/02/12 | M. ROITMAN | Call with David Dunn (Arrowgrass Capital) re: Litigation Trust issues (0.4); correspond with J. Sottile re: same (0.2); Call with Matt Kaplan (Imperial Capital) re: Senior Noteholder claims (0.4) | 1.00 hrs. |
| 10/04/12 | M. ROITMAN | Call with M. Kaplan re: emergence timeline (0.2) | 0.20 hrs. |
| 10/09/12 | D. E. DEUTSCH | Call with creditor (D. Dunn) re case status inquiry (.2). | 0.20 hrs. |
| 10/11/12 | D. E. DEUTSCH | Review and respond to inquiry from Committee chair (Wayne Smith) re: case status (.2). | 0.20 hrs. |
| 10/12/12 | D. E. DEUTSCH | Review and respond to e-mail from Wayne Smith (Committee co-chair) re: Committee matter (.2); hold related call with Wayne Smith (.2). | 0.40 hrs. |
| 10/15/12 | M. ROITMAN | Call with A. Nellos (Caterpillar) re: state law constructive fraudulent conveyance actions (0.2) | 0.20 hrs. |
| 10/15/12 | D. E. DEUTSCH | Review and respond to inquiry from creditor (Arrowgrass) (.2). | 0.20 hrs. |
| 10/16/12 | M. ROITMAN | Call E. Neiger re: plan of reorganization inquiry (0.1) | 0.10 hrs. |
| 10/23/12 | M. DISTEFANO | Call with A. Lipkind of Buena Vista re JPM releases (0.2) | 0.20 hrs. |
| 10/23/12 | M. ROITMAN | Call with E. Neiger re: treatment of preference actions under plan (0.2); Review plan re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                  Page     2
CHICAGO, IL 60611


10/31/12   D. E. DEUTSCH          Review inquiry from Bob Paul          1.20 hrs.
                                  (Committee member) re: effective
                                  date issue (.1); exchange e-mails
                                  with Marc Roitman re: research and
                                  response to Bob Paul inquiry (.2);
                                  review inquiry from Wayne Smith
                                  re: post-effective processing
                                  issue (.2); exchange e-mails with
                                  Marc Roitman re: research on same
                                  (.1); discuss research results
                                  with Marc Roitman (.2) and draft
                                  detailed memorandum to Wayne Smith
                                  to address inquiry (.4).


          **Total Fees for Professional Services.............**   **$2,896.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 2.20 | 1639.00 |
| M. DISTEFANO | 435.00 | .50 | 217.50 |
| M. ROITMAN | 495.00 | 2.10 | 1039.50 |
| TOTALS | | 4.80 | 2896.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

For Services Through October 31, 2012

Our Matter #19804.007
         BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 10/03/12 | J. A. STENGER | Review draft court documents and reports on Intralinks website to prepare for call with J. Feore regarding expediting FCC Exit Applications. | 0.80 hrs. |
| 10/04/12 | J. A. STENGER | Telephone conference with J. Feore regarding FCC Exit Applications (0.4); prepare correspondence to D. Deutsch regarding same (0.3). | 0.70 hrs. |
| 10/05/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC decision status (.2). | 0.20 hrs. |
| 10/06/12 | D. E. DEUTSCH | Review e-mails from James Stenger re: FCC matters (.2); exchange e-mails with James Stenger re: status and next steps with Committee (.2). | 0.40 hrs. |
| 10/08/12 | D. E. DEUTSCH | Review weekly AlixPartners' report on business operations (.2). | 0.20 hrs. |
| 10/08/12 | J. A. STENGER | Telephone conference with J. Feore regarding lobbying schedule on FCC exit applications. | 0.30 hrs. |
| 10/09/12 | D. E. DEUTSCH | Review and respond to e-mail from James Stenger re: FCC matters/status (.2); review pending financing e-mails (.2) and e-mail Jessica Boelter as to status of same (.1); review additional update e-mail from James Stenger (.1); hold related call with James Stenger (.2); e-mail Howard Seife re: FCC status and possible update to Committee on same (.1). | 0.90 hrs. |
| 10/09/12 | J. A. STENGER | Telephone conference with J. Feore regarding FCC Exit applications (0.3); office correspondence with D.Deutsch regarding same (0.2); prepare for meeting with FCC Chairman's office regarding same (1.3). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2012
Page    2

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/10/12 | D. E. DEUTSCH | Review e-mails from Aurelius re: FCC issue (.2); discuss same with David LeMay (.1); review FCC update materials (.3); participate in meeting with DCL plan proponents re: response to Aurelius inquiry and various other matters (.4); review Debtors proposed response to same (.2). | 1.20 hrs. |
| 10/11/12 | D. E. DEUTSCH | Meeting with Michael Distefano to discuss research on indemnity issue re: Newsday (.2); call with Bryan Krakauer re: same (.3); review update on today's FCC meeting from James Stenger (.2); hold related call with James Stenger (.2); review and research analyses of original Newsday transaction (.7); review proposed revised indemnity letter (.2); exchange additional e-mails on transaction with Bryan Krakauer (.2); conference with David LeMay to discuss same (.2); draft memorandum to Committee on FCC matters update (.7). | 2.90 hrs. |
| 10/11/12 | M. DISTEFANO | Reviewed tax attributes of Cubs sale to inform analysis of Newsday restructuring (.7); reviewed email to Committee re FCC approval process (.1). | 0.80 hrs. |
| 10/11/12 | J. A. STENGER | Prepare for meeting with FCC Chairman's office (1.3); telephone conference/ pre-meeting with J. Feore regarding same (0.4); meeting with FCC Chairman's office (0.8); post-meeting conference with J. Feore regarding same (0.2); exchange correspondence with D. Deutsch regarding same (0.6). | 3.30 hrs. |
| 10/12/12 | M. DISTEFANO | Drafted email to Committee re FCC process update (.5). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                Page    3
CHICAGO, IL 60611

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/12/12 | D. E. DEUTSCH | Exchange e-mails with David LeMay and James Stenger re: edits to proposed memorandum to Committee on FCC update (.4); e-mail Michael Distefano regarding adding confidentiality and other provisions to FCC update memorandum for Committee (.1). | 0.50 hrs. |
| 10/12/12 | D. M. LeMAY | Revise e-mail to the Committee regarding FCC status. | 0.30 hrs. |
| 10/15/12 | J. A. STENGER | Review draft ex parte letter to FCC regarding meeting at Chairman's office (0.2); telephone conference with J. Feore regarding NBCO and TV duopoly waiver issues in final decision (0.7); prepare correspondence to D. Deutsch regarding same (0.4). | 1.30 hrs. |
| 10/15/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC status/matters (.3). | 0.30 hrs. |
| 10/17/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC status matters (.2). | 0.20 hrs. |
| 10/17/12 | J. A. STENGER | Telephone conference with J. Feore regarding FCC lobbying issues and prepare correspondence to D. Deutsch regarding same. | 0.60 hrs. |
| 10/18/12 | D. E. DEUTSCH | Review weekly AlixPartners' report on business operations (.2). | 0.20 hrs. |
| 10/19/12 | J. A. STENGER | Telephone conference with J. Feore regarding lobbying FCC Chairman's office (0.4); prepare correspondence to D. Deutsch regarding same (0.2). | 0.60 hrs. |
| 10/22/12 | J. A. STENGER | Telephone conference with J. Feore regarding lobbying FCC Commissioners (0.5); prepare correspondence to D. Deutsch regarding same (0.3); research regarding same (0.7). | 1.50 hrs. |
| 10/22/12 | H. SEIFE | Review of FCC update. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       November 21, 2012
435 N. MICHIGAN AVENUE                              Page    4
CHICAGO, IL 60611

| 10/22/12 | D. E. DEUTSCH | Review articles on Murdoch interest in purchasing certain newspaper assets (.4); discuss posting articles and note to Committee on same with Michael Distefano (.2); review and edit final posting note (.1). | 0.70 hrs. |
| 10/22/12 | M. DISTEFANO | Reviewed articles re sale of LA Times and drafted email re same to Committee (.4). | 0.40 hrs. |
| 10/25/12 | D. E. DEUTSCH | Review update on FCC matters from James Stenger (.1); e-mail Howard Seife on same (.1); review e-mail and attachments from Brad Hall re: possible (confidential) acquisition by Tribune of certain businesses (.4); exchange related e-mails with Brad Hall re: notice to Committee of same (.2). | 0.80 hrs. |
| 10/26/12 | D. E. DEUTSCH | Review weekly AlixPartners' business operations report (.2). | 0.20 hrs. |
| 10/31/12 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC status/processing update (.3). | 0.30 hrs. |

**Total Fees for Professional Services.............**   **$15,051.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .30 | 277.50 |
| H. SEIFE | 995.00 | .30 | 298.50 |
| J. A. STENGER | 645.00 | 10.90 | 7030.50 |
| D. E. DEUTSCH | 745.00 | 9.00 | 6705.00 |
| M. DISTEFANO | 435.00 | 1.70 | 739.50 |
| TOTALS | | 22.20 | 15051.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                               For Services Through October 31, 2012

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| 10/09/12 | M. DISTEFANO | Drafted memo re 60th and 61st omnibus objections (1.2). | 1.20 hrs. |
|----------|--------------|-------------|-----------|
| 10/10/12 | M. DISTEFANO | Meeting with D. Deutsch re 60th and 61st omnibus objections (.1). | 0.10 hrs. |
| 10/11/12 | M. ROITMAN | Confer with D. Deutsch re: inquiry from Xerox (0.1) | 0.10 hrs. |
| 10/11/12 | M. DISTEFANO | Reviewed adversary complaint and executory contracts involving Xerox and treatment of same under confirmed Plan (1.5); drafted email to Buena Vista re committee lawsuits (.6). | 2.10 hrs. |
| 10/11/12 | D. E. DEUTSCH | Review and edit draft memorandum to Committee on 60th and 61st omnibus claim objections (.3). | 0.30 hrs. |
| 10/11/12 | D. E. DEUTSCH | Review e-mail and telephonic inquiries from creditor's (Xerox) counsel, Marc Ralston (.2); discuss research related to claim part of inquiry with Michael Distefano (.2); discuss plan issue-related inquiry with Marc Roitman (.1); review analysis on Xerox claims (.2); hold related call with Marc Ralston (.3); review inquiry from Committee member (Alec Lipkind) (.1); request Michael Distefano review and respond to same (.1); review and edit revised response (.2). | 1.40 hrs. |
| 10/12/12 | M. DISTEFANO | Revised memo re 60th and 61st Omnibus Objections (.3) and drafted email to Committee re same (.1). | 0.40 hrs. |
| 10/16/12 | M. DISTEFANO | Reviewed response to 60th Omnibus Objection (.2) and drafted email to D. Deutsch re same (.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


10/18/12   D. E. DEUTSCH      Review e-mail from Michael          0.20 hrs.
                             Distefano (.1) and related court
                             filing re: Pablo Alvarez claim
                             (.1).


          **Total Fees for Professional Services**.............  **$3,248.50**


                         TIMEKEEPER SUMMARY

     Timekeeper's Name           Rate    Hours        Amount

     D. E. DEUTSCH              745.00    1.90        1415.50
     M. DISTEFANO              435.00    4.10        1783.50
     M. ROITMAN                 495.00     .10          49.50
                        TOTALS          6.10        3248.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through October 31, 2012
Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/12 | E. DAUCHER | Review of time records and drafting for response to Fee Examiner's preliminary report on twelfth interim fees. | 4.60 hrs. |
| 10/01/12 | D. BAVA | Revise exhibit to response to Fee Examiner (.80). | 0.80 hrs. |
| 10/02/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of monthly fee application. | 2.70 hrs. |
| 10/02/12 | E. DAUCHER | Review of time records and drafting for response to Fee Examiner's preliminary report on twelfth interim fees. | 3.70 hrs. |
| 10/03/12 | E. DAUCHER | Review of time records and drafting response to fee examiner's preliminary report on twelfth interim fee request (2.2); draft exhibits to same (3.3). | 5.50 hrs. |
| 10/04/12 | E. DAUCHER | Revise response letter to fee examiner's preliminary report on twelfth interim fees (1.2); complete drafting of exhibits to same (1.9); first round of revisions to same (.5) | 3.60 hrs. |
| 10/04/12 | D. E. DEUTSCH | Review and editing draft response to Fee Examiner re: 12th Fee Application (1.8); research and draft two additional inserts for same (.9). | 2.70 hrs. |
| 10/04/12 | H. LAMB | Begin preparation of work description summaries in preparation of September fee application. | 1.30 hrs. |
| 10/05/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: question on ordinary course professionals (.2). | 0.20 hrs. |
| 10/05/12 | M. DISTEFANO | Prepare case professionals fee report (.3) and ordinary course professionals report (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| 10/05/12 | E. DAUCHER | Revise response letter (and exhibits) to fee examiner's preliminary report on twelfth interim fees. | 1.20 hrs. |
|---|---|---|---|
| 10/05/12 | H. LAMB | Further review of billing proformas/daily time detail in preparation of September fee application (2.2); draft fifteenth interim fee application (1.3). | 3.50 hrs. |
| 10/08/12 | H. LAMB | Finalize draft of fifteenth interim fee application. | 1.10 hrs. |
| 10/08/12 | D. E. DEUTSCH | Review inquiry from mediator re: billing issue (.2); e-mails with Kate Stickles re: follow-up on same (.2); exchange related e-mails with mediator (.2). | 0.60 hrs. |
| 10/08/12 | D. E. DEUTSCH | Review last two weekly ordinary course professional reports (.2); review last two weekly professional fee reports (.2); | 0.40 hrs. |
| 10/11/12 | D. E. DEUTSCH | Review and analysis from JPM's counsel re: proposal on non-hourly secured lender professional fee review (.4); review related plan provision re: Committee's obligations on same (.2); discuss issue with David LeMay to determine next steps (.2); call with Fee Examiner re: Chadbourne's 12th fee application (.3). | 1.10 hrs. |
| 10/12/12 | D. E. DEUTSCH | Review and make final edits to 15th interim fee application (.3). | 0.30 hrs. |
| 10/12/12 | M. DISTEFANO | Prepare weekly case professionals fee report (.7); prepare ordinary course professionals report (.4). | 1.10 hrs. |
| 10/16/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 1.80 hrs. |
| 10/20/12 | M. DISTEFANO | Prepare weekly case professional fee report (.5); prepare ordinary course professionals report (.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2012
Page    3

| 10/24/12 | D. BAVA | Review and analysis of committee professionals' fees for the 14th and 15th interim periods re: updated totals (1.10). | 1.10 hrs. |
|---|---|---|---|
| 10/24/12 | M. DISTEFANO | Reviewed committee professionals fees (.6). | 0.60 hrs. |
| 10/24/12 | D. E. DEUTSCH | Exchange e-mails with Michael Distefano re: notice to Committee on professional fee issue (.3). | 0.30 hrs. |
| 10/25/12 | D. E. DEUTSCH | Review and mark-up September fee statement (1.6); exchange e-mails with other Committee case professionals re: billing report for Committee (.3). | 1.90 hrs. |
| 10/25/12 | H. LAMB | Review and finalize September fee application (.7); finalize exhibits to same (.9). | 1.60 hrs. |
| 10/26/12 | D. E. DEUTSCH | Review September fee statement summary descriptions and edit same (.6); review last two weekly ordinary course professional reports (.1); review last two weekly regular professional fee reports (.2); draft insert for September fee statement summary descriptions (.3). | 1.20 hrs. |
| 10/26/12 | M. DISTEFANO | Prepare ordinary course professionals report (.4); prepare case professionals fee report (.5). | 0.90 hrs. |
| 10/26/12 | M. ROITMAN | Review and comment upon draft fee application re: plan litigation in district court (0.4); Confer with H. Lamb re: same (0.2) | 0.60 hrs. |

**Total Fees for Professional Services............. $21,826.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 8.70 | 6481.50 |
| D. BAVA | 295.00 | 1.90 | 560.50 |
| E. DAUCHER | 495.00 | 18.60 | 9207.00 |
| H. LAMB | 295.00 | 12.00 | 3540.00 |
| M. DISTEFANO | 435.00 | 4.00 | 1740.00 |
| M. ROITMAN | 495.00 | .60 | 297.00 |
| TOTALS | | 45.80 | 21826.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                                For Services Through October 31, 2012

Our Matter #19804.013
               AVOIDANCE ISSUES


| 10/15/12 | D. E. DEUTSCH | Preliminary review of e-mail and lengthy attachments from Kevin Lantry re: preference transfer issues (.7); exchange related e-mails with David LeMay re: next steps on addressing same (.2). | 0.90 hrs. |
|---|---|---|---|
| 10/18/12 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: preference analysis next steps (.2); review and analysis of spreadsheets and legal analysis from Kevin Lantry re: options with respect to different preference claims (of 196 total claims) (3.4); review and analyze related plan terms (1.2); review and compare spreadsheet on preferences from Debtors to materials prepared by Landis/AlixPartners (1.3). | 6.10 hrs. |
| 10/19/12 | D. E. DEUTSCH | Further review of avoidance action materials to prepare for call with Kevin Lantry (.5); participate in related call with Kevin Lantry (.4); | 0.90 hrs. |


            **Total Fees for Professional Services............. $5,885.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 7.90 | 5885.50 |
| TOTALS | | 7.90 | 5885.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                                    For Services Through October 31, 2012

Our Matter #19804.014
            EMPLOYEE ISSUES


| 10/04/12 | M. DISTEFANO | Reviewed Debtors' severance payment to Walter Mahoney (.1); drafted email to AlixPartners re same (.1). | 0.20 hrs. |
|---|---|---|---|
| 10/05/12 | D. GALLAI | Reviewed separation agreements (1.3) and memo to Committee regarding same (0.5); confs. w/ M. Distefano re same (0.3). | 2.10 hrs. |
| 10/05/12 | D. E. DEUTSCH | Review multiple draft notices from Kevin Lantry re: executive departures (.4); e-mail Michael Distefano re: required follow-up/analysis on same for Committee (.1); review and revise related draft of memorandum to Committee on same (.3); exchange multiple e-mails with Albert Leung and Michael Distefano re: inquiries on AlixPartners' analysis of departure terms (.4). | 1.20 hrs. |
| 10/05/12 | M. DISTEFANO | Drafted memo to Committee re Mitchell and Mahoney termination (2.4) and email to Committee re same (.6); call with D. Gallai re same (.3). | 3.30 hrs. |
| 10/09/12 | D. GALLAI | Review correspondence re separation agreement and noncompete provision. | 0.10 hrs. |


          **Total Fees for Professional Services.............**  **$3,967.50**


                    <u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 1.20 | 894.00 |
| D. GALLAI | 705.00 | 2.20 | 1551.00 |
| M. DISTEFANO | 435.00 | 3.50 | 1522.50 |
| TOTALS | | 6.90 | 3967.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                                For Services Through October 31, 2012

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| 10/08/12 | K. ZAFRAN | Emails with Zuckerman and Alix re: Alix's planned production to litigation trust. | 0.80 hrs. |
|---|---|---|---|
| 10/16/12 | K. ZAFRAN | Prepare documents for production to Litigation Trustee (.3) and draft email articulating step plan (.2). | 0.50 hrs. |
| 10/19/12 | K. ZAFRAN | Review of over 1100 documents prepared for production by Zuckerman and related to Chadbourne. | 7.30 hrs. |
| 10/19/12 | L. F. MOLONEY | Confer with K. Zafran re materials to provide to Zuckerman (.2); Research in Relativity re required documents (.5); Correspondence with CDS re preparation of requested documents (.4). | 1.10 hrs. |
| 10/22/12 | K. ZAFRAN | Review Chadbourne documents for production to Litigation Trustee that were related to Zuckerman. | 1.70 hrs. |
| 10/24/12 | K. ZAFRAN | Call (.4) and emails (.4) with Zuckerman re: providing Litigation Trustee access to Relativity. | 0.80 hrs. |
| 10/24/12 | M. D. ASHLEY | Call with K. Zafran regarding Litigation Trustee transfer agreement document production (.2); reviewed related materials (.4); emails with K. Zafran, A. Goldfarb regarding document production (.2). | 0.80 hrs. |
| 10/25/12 | K. ZAFRAN | Call with Zuckerman and CDS re: Relativity issues for Litigtion Trustee (.7); review Zuckerman's comments to Alix's production (.9). | 1.60 hrs. |


          Total Fees for Professional Services.............    $8,094.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2012
Page    2

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | .80 | 556.00 |
| K. ZAFRAN | 565.00 | 12.70 | 7175.50 |
| L. F. MOLONEY | 330.00 | 1.10 | 363.00 |
| TOTALS | | 14.60 | 8094.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through October 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/12 | M. DISTEFANO | Drafted email to the Committee re MDL settlement offer (.3). | 0.30 hrs. |
| 10/01/12 | H. SEIFE | Review of MDL settlement proposal. | 0.30 hrs. |
| 10/03/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.40). | 0.40 hrs. |
| 10/05/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 10/10/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 10/12/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 10/16/12 | T. J. MCCORMACK | Review of Foundation's Rule 11 letter (0.3); review of Zuckerman draft response (0.3). | 0.60 hrs. |
| 10/17/12 | T. J. MCCORMACK | Review revised Zuckerman draft on response to Rule 11 letter by McCormick Foundation (0.3). | 0.30 hrs. |
| 10/17/12 | D. E. DEUTSCH | Review Foundations' Rule 11 demand, proposed response to same and details regarding proposal on presentation to Committee on same (.6); draft related e-mail to Andrew Goldfarb (.2); review and edit proposed memorandum to Committee on Foundations' Rule 11 demand (.5). | 1.30 hrs. |
| 10/17/12 | M. DISTEFANO | Drafted email to the Committee re Foundations Rule 11 letter (.7); meeting with D. Deutsch re same (.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/19/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 10/22/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.1) | 0.10 hrs. |
| 10/24/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 10/26/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 10/31/12 | M. ROITMAN | Review email from D. Liebentritt re: Tribune fraudulent conveyance litigation (0.1); Call with J. Sottile re: same (0.1); Confer with D. Deutsch re: same (0.1) | 0.30 hrs. |

**Total Fees for Professional Services.............  $3,246.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .30 | 298.50 |
| T. J. MCCORMACK | 875.00 | .90 | 787.50 |
| D. E. DEUTSCH | 745.00 | 1.30 | 968.50 |
| D. BAVA | 295.00 | 1.60 | 472.00 |
| M. DISTEFANO | 435.00 | 1.20 | 522.00 |
| M. ROITMAN | 495.00 | .40 | 198.00 |
| TOTALS | | 5.70 | 3246.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

For Services Through October 31, 2012

Our Matter #19804.021
        PLAN LITIGATION


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/12 | M. ROITMAN | Review, comment upon and revise draft DCL appellate brief (2.7); | 2.70 hrs. |
| 10/01/12 | D. M. LeMAY | Review and comment on latest draft of appeal brief. | 3.60 hrs. |
| 10/01/12 | A. ROSENBLATT | Review comments sent from Davis Polk and Jones Day to brief and in particular C&P section (.5); review cumulative blackline sent from Sidley and Davis Polk comments to same (.4). | 0.90 hrs. |
| 10/01/12 | H. SEIFE | Review of revised DCL appellate brief. | 1.50 hrs. |
| 10/02/12 | A. ROSENBLATT | Review additional comments from Roitman to brief (.4) and review final changes to appellate brief sent from Sidley (.5); emails with debtors' counsel re: disclosure statement to be filed with brief (.2). | 1.10 hrs. |
| 10/02/12 | D. M. LeMAY | Finalize and signoff on Appeal brief. | 3.10 hrs. |
| 10/02/12 | M. ROITMAN | Review, comment upon and revise draft DCL appellate brief (1.7); Confer with D. LeMay re: same (0.4); correspond with T. Ross re: same (0.3); Research re: recent developments in unfair discrimination case law (0.8); Call with D. LeMay re: same (0.2) | 3.40 hrs. |
| 10/03/12 | M. ROITMAN | Review Trustees' answering briefs with respect to EGI and Wilmington Trust appeals (0.6); Confer with D. LeMay re: same (0.3); Draft email to Committee re: same (0.3) | 1.20 hrs. |
| 10/03/12 | D. M. LeMAY | Review Answering Briefs filed by Law Debenture and Deutsche to EGI-TRB and Wilmington Trust Co. appeals. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/03/12 | H. SEIFE | Review of Indenture Trustees answering briefs (District Court). | 1.30 hrs. |
| 10/04/12 | H. SEIFE | Review of D.Golden email regarding FCC and disclosure (.3); emails with team regarding same (.3). | 0.60 hrs. |
| 10/04/12 | D. M. LeMAY | E-mails to Sidley regarding D. Golden's e-mail request of today. | 0.30 hrs. |
| 10/04/12 | M. ROITMAN | Correspond with DCL co-proponents re: requests from Aurelius in connection with FCC process and notices of appeals (0.5); Confer with D. LeMay re: same (0.3) | 0.80 hrs. |
| 10/04/12 | A. ROSENBLATT | Review Aurelius effective date request list sent to Debtors and Committee. | 0.30 hrs. |
| 10/05/12 | A. ROSENBLATT | Call with Sidley re: Aurelius effective date requests (.4); participate on DCL Group call re: same (.5); review trust implementation to-do list in anticipation of call with Novod (.4); emails with Sottile re: timing for FCC approval and setting up call with Novod or Trustee (.3). | 1.60 hrs. |
| 10/05/12 | M. DISTEFANO | Meeting with D. Deutsch re post effective date financing (.3); reviewed past credit facility fee disclosures (.5). | 0.80 hrs. |
| 10/05/12 | M. ROITMAN | Call with Sidley re: requests from Aurelius for information relating to FCC process and appeals (0.3); Call with DCL co-proponents re: same (0.4); Confer with D. LeMay re: same (0.2); | 0.90 hrs. |
| 10/05/12 | D. M. LeMAY | Conference call with Sidley (.3) and call with DCL Group (.4) regarding latest Aurelius requests. | 0.70 hrs. |
| 10/05/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Boelter re: Debtors' new loan facility on emergence (.3); preliminary review of related motion (1.0); discuss related | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          November 21, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

|            |              |                                                                                                                                                                                                                          |            |
|------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | Committee issue with David LeMay (.2); meeting with Michael Distefano to discuss required research for Committee on Debtors' motion re: loan facility (.3).                                                                 |            |
| 10/06/12   | D. M. LeMAY  | Review Sidley draft response to Aurelius request for various notice (.6). Review status of postings on Creditors Committee site (.4) and e-mail M. Roitman regarding same (.3).                                            | 1.30 hrs.  |
| 10/07/12   | H. SEIFE     | Review of draft response to Akin.                                                                                                                                                                                         | 0.30 hrs.  |
| 10/07/12   | M. ROITMAN   | Review order re: Committee's information sharing program (0.7); Draft email memorandum to D. LeMay re: same (0.8); Correspond with K. Brown re: responding to request from Aurelius for information relating to FCC process and appeals (0.9); | 2.40 hrs.  |
| 10/08/12   | M. ROITMAN   | Review and comment upon draft response to request from Aurelius for information relating to FCC process and appeals (0.7); Confer with D. LeMay re: same (0.3); Correspond with DCL Co-Proponents re: draft response (0.2); Draft memorandum to Committee re: same (0.6) | 1.80 hrs.  |
| 10/08/12   | A. ROSENBLATT| Review draft letter response to Aurelius request (.4) and review various comments from DCL Proponents to same (.4).                                                                                                        | 0.80 hrs.  |
| 10/08/12   | H. SEIFE     | Review of Akin letter (.2) and review proposed response (.3); email Akin regarding same (.3).                                                                                                                             | 0.80 hrs.  |
| 10/09/12   | H. SEIFE     | Review response to Aurelius regarding FCC.                                                                                                                                                                                | 0.70 hrs.  |
| 10/09/12   | A. ROSENBLATT| Emails from Sidley re: sending response to Akin (.2) and review final letter re: same (.2); review follow-up email from Sidley forwarding Akin reply and additional request or                                              | 1.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     November 21, 2012
435 N. MICHIGAN AVENUE                            Page    4
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | clarification regarding information being made publicly available (.3); review litigation trust tasks and timing of same as related to the effective date (.4). |  |
| 10/09/12 | M. ROITMAN | Call with J. Bendernagel re: response to request from Aurelius for information relating to FCC process and appeals (0.1); Confer/correspond with D. LeMay re: same (0.1); Revise memorandum to Committee re: same (0.2) | 0.40 hrs. |
| 10/09/12 | D. M. LeMAY | Review draft e-mail to the Committee regarding Aurelius request. | 0.20 hrs. |
| 10/09/12 | D. E. DEUTSCH | Review draft motion on exit financing to prepare for call with Jessica Boelter (.2); participate in related call (.2). | 0.40 hrs. |
| 10/10/12 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: responding to Aurelius latest information/notice request (.4); review response to Aurelius request sent from Sidley (.2) and confer with Deutsch and LeMay re: same (.2). | 0.80 hrs. |
| 10/10/12 | M. ROITMAN | Correspond with D. Deutsch and D. LeMay re: Aurelius's request for information regarding FCC approval process (0.2); Call with DCL Co-Proponents re: same (0.3); Review draft email response to Aurelius re: same (0.1) | 0.60 hrs. |
| 10/10/12 | D. E. DEUTSCH | Exchange e-mails with David LeMay regarding various plan matters (.2). | 0.20 hrs. |
| 10/10/12 | H. SEIFE | Review of draft response to Akin. | 0.40 hrs. |
| 10/11/12 | H. SEIFE | Review of Aurelius reply brief. | 2.40 hrs. |
| 10/11/12 | A. ROSENBLATT | Review update re: expected timing of FCC approval. | 0.30 hrs. |

| | | | |
|---|---|---|---|
| 10/11/12 | M. ROITMAN | Correspond with D. LeMay and D. Deutsch re: Creditors' Committee's post-effective date responsibilities (0.3); Review EGI appellate reply brief (0.5); Review appellants' reply briefs (1.7); Draft email to Committee re: same (0.6); Correspond with D. LeMay and A. Rosenblatt re: same (0.3) | 3.40 hrs. |
| 10/11/12 | D. M. LeMAY | Review Reply Briefs. | 1.80 hrs. |
| 10/12/12 | M. ROITMAN | Review appellants' reply briefs (0.5); Call with D. LeMay re: appellants' reply briefs (0.3); Call with DCL Plan proponents re: response to Aurelius's request for expedited oral argument (0.5); Confer with D. LeMay following call (0.2); Correspond with K. Brown re: local rules regarding requests for oral argument (0.3); Correspond with M. Ashley and M. Distefano re: anticipated effective date of DCL Plan following FCC approval (0.4) | 2.20 hrs. |
| 10/12/12 | D. M. LeMAY | Review Reply brief and Aurelius oral argument motion (3.3). Conference call of DCL counsel regarding same (.5). | 3.80 hrs. |
| 10/12/12 | H. SEIFE | Review emails with parties regarding expedited appeal (.5); review of reply brief (1.0). | 1.50 hrs. |
| 10/12/12 | A. ROSENBLATT | Participate on DCL call re: responding to Aurelius motion to expedite oral argument (.5); review email from DiStefano updating Committee on status of FCC approval (.2); emails (.1) and call (.2) with Sottile re: contacting Novod to discuss trust issues; review Aurelius reply appellate brief (.8). | 1.80 hrs. |
| 10/13/12 | A. ROSENBLATT | Review Law Debenture/Deutsche Bank and Wilmington Trust reply appellate briefs. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/13/12 | H. SEIFE | Review of draft response to Aurelius. | 0.40 hrs. |
| 10/14/12 | D. M. LeMAY | Review Aurelius Reply brief and Motion for Expedited Argument (1.8).  Review draft response (.4). | 2.20 hrs. |
| 10/15/12 | D. E. DEUTSCH | Review new DCL plan proponent legal briefings in appeals (1.2); call with James Sottile re: various case/plan matters (.3); | 1.50 hrs. |
| 10/15/12 | A. ROSENBLATT | Review brief in response to Aurelius motion to expedite oral argument and DCL Proponents' comments to same. | 1.00 hrs. |
| 10/15/12 | H. SEIFE | Review of draft response to Aurelius and suggested edits. | 0.90 hrs. |
| 10/15/12 | D. M. LeMAY | Review and revise multiple rounds of comments on District Court filling regarding argument timing. | 2.30 hrs. |
| 10/15/12 | M. ROITMAN | Review and revise DCL Proponents' draft response to Aurelius's request for expedited oral argument (1.3); Research re: equitable mootness decision in similar large case (0.5); Draft email to Committee re: same (0.7); Confer/correspond with D. LeMay re: same (0.3); Correspond with DCL co-proponents re: same (0.3); Confer with D. Bava re: preparation of index of appellate briefing (0.3) | 3.40 hrs. |
| 10/17/12 | H. SEIFE | Review of Sidley email (.2) and Aurelius response (.4). | 0.60 hrs. |
| 10/17/12 | A. ROSENBLATT | Review emails between Sidley and Akin re: alleged misrepresentations in brief DCL brief (.3); multiple emails among DCL group re: how to respond to Akin accusations and related issues (.3); discuss same with LeMay (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         November 21, 2012
435 N. MICHIGAN AVENUE                                Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 10/17/12 | M. ROITMAN | Correspond with D. LeMay re: Aurelius's complaint in connection with DCL Plan Proponents' response to Aurelius's request for expedited oral argument (0.2) | 0.20 hrs. |
| 10/17/12 | D. M. LeMAY | Respond to issue raised by Aurelius regarding DCL filing in District Court. | 0.40 hrs. |
| 10/22/12 | D. M. LeMAY | Review motions filed by Debtors regarding fees for exit facility (.4) and procedures for distributions on senior notes (.4). | 1.20 hrs. |
| 10/22/12 | D. E. DEUTSCH | Exchange multiple e-mails with Jessica Boelter re: plan financing fee letters (.5). | 0.50 hrs. |
| 10/22/12 | M. ROITMAN | Confer/correspond with D. LeMay re: post-effective date responsibilities of Committee (0.2) | 0.20 hrs. |
| 10/23/12 | D. E. DEUTSCH | Review motion re: implementation issues (.4) and hold call with Kate Stickles re: same (.3); related call with James Stenger re: timing issues based on FCC status (.4); hold call with Jessica Boelter re: implementation motion issue (.2); draft memorandum to John Feore and James Stenger re: options to change implementation order language on FCC approval (.5); review post-effective date financing fee letters (.5); e-mails Michael Distefano re: required follow-up steps on same (.2); review proposal from John Feore on FCC language issue (.3) and respond to same (.2); second call with Jessica Boelter re: financing fee issue (.2); call with James Sottile re: implementation order changes (.4). | 3.60 hrs. |
| 10/23/12 | M. DISTEFANO | Drafted email to Comittee re exit facility fee letters (.4). | 0.40 hrs. |

| 10/23/12 | D. M. LeMAY | Conference with D. Deutsch re: two pending motions (.2). Conference with M. Roitman re: preparation of memo to the Committee re: Committee member fee reimbursement (.2). Conference with D. Deutsch re: Debtors' Motion concerning indenture trustee fees (.1). | 0.50 hrs. |
|---|---|---|---|
| 10/24/12 | D. E. DEUTSCH | Review e-mails to/from Brad Hall re: review of post petition bank fees (.2); review e-mail from Jessica Boelter re: post petition bank fees (.1); review related motion (.2) and draft e-mail to Jessica Boelter re: requested additional information (.3); exchange e-mails with Kate Stickles re: language in implementation order tied to FCC approval (.3); e-mail James Sottile re: same (.1); call with Kevin Lantry re: implementation language order options/changes and other plan issues (.4). | 1.60 hrs. |
| 10/25/12 | D. E. DEUTSCH | Review additional plan financing letters (.6); e-mail Brad Hall re: required analysis on same (.2). | 0.80 hrs. |
| 10/25/12 | M. DISTEFANO | Drafted memo to Committee re Exit Facilities (3.3). | 3.30 hrs. |
| 10/26/12 | M. DISTEFANO | Call to Sidley re exit facilities fees (.1); meeting with D. Deutsch re same (.1); drafted email to team re same (.4). | 0.60 hrs. |
| 10/26/12 | M. ROITMAN | Review proposed emergence timeline (0.1); Confer with D. LeMay re: same (0.1) | 0.20 hrs. |
| 10/26/12 | D. E. DEUTSCH | Review draft memorandum to Committee re: fees related to post-effective financings and research same (.9); discuss questions on same with Michael Distefano (.2); draft initial related comments to motion (.4); exchange e-mails on fees issue with Brad Hall (.2); related e-mails (.1) and call with Jessica | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

November 21, 2012
Page     9

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Boelter on same (.2); e-mail James Sottile re: implementation order changes updates (.2).                                                                                                                                                                                                                                                                                                                                            |            |
| 10/26/12   | D. M. LeMAY    | Review Emergence Timeline from Sidley.                                                                                                                                                                                                                                                                                                                                                                                               | 1.10 hrs.  |
| 10/27/12   | M. ROITMAN     | Draft memorandum to Committee re: payment of professional fees under the DCL Plan to individual Committee members and Lenders (3.8)                                                                                                                                                                                                                                                                                                   | 3.80 hrs.  |
| 10/29/12   | M. DISTEFANO   | Revised memo re Exit Facilities (2.5); exchanged numerous eamils with both B.Hall and D.Deutsch re same (.8); call with D.Deutsch re same (.2).                                                                                                                                                                                                                                                                                       | 3.50 hrs.  |
| 10/29/12   | M. ROITMAN     | Revise memorandum to Committee re: payment of professional fees under the DCL Plan (1.3); Correspond with D. LeMay re: same (0.2)                                                                                                                                                                                                                                                                                                     | 1.50 hrs.  |
| 10/29/12   | D. E. DEUTSCH  | Exchange e-mails with AlixPartners re: financing issue (.3); exchange e-mails with Jessica Boelter re: same (.2); call with Brad Hall re: financing issue discrepancy (.3); e-mail Michael Distefano re: next steps with Committee on same (.2); exchange e-mails with James Sottile re: status/issues with implementation motion (.3); draft insert for memorandum re: OID treatment issue in post-effective date financing (.4); review and edit final version of memorandum on post-effective date financing (.5); related call with Michael Distefano (.2). | 2.40 hrs.  |
| 10/31/12   | D. E. DEUTSCH  | Review e-mail from Brad Hall re: reserve issue (.2) review attachments and plan to research reserve issue raised by Brad Hall (1.0); discuss same with Andrew Rosenblatt (.1); call with Kevin Lantry re: implementation motion update and related issues (.4); research re: segregation of reserve accounts (.5); conference with David LeMay to discuss same                                                                              | 2.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                November 21, 2012
435 N. MICHIGAN AVENUE                                      Page    10
CHICAGO, IL 60611

|            |              |                                                                                                                                                     |           |
|------------|--------------|-----------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |              | (.3); exchange e-mails with Kevin Lantry re: effective date timing issues (.3).                                                                       |           |
| 10/31/12   | H. SEIFE     | Review of email regarding FCC status update.                                                                                                         | 0.40 hrs. |
| 10/31/12   | M. ROITMAN   | Revise memorandum to Committee re: payment of professional fees under the DCL Plan to individual Committee members and Lenders (0.5); Confer with D. LeMay re: same (0.2) | 0.70 hrs. |
| 10/31/12   | D. M. LeMAY  | Prepare e-mail to Committee regarding Committee member fee/expense reimbursement process.                                                              | 1.60 hrs. |

**Total Fees for Professional Services.............. $75,744.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours  | Amount   |
|-------------------|--------|--------|----------|
| D. M. LeMAY       | 925.00 | 25.20  | 23310.00 |
| H. SEIFE          | 995.00 | 11.80  | 11741.00 |
| A. ROSENBLATT     | 745.00 | 12.00  | 8940.00  |
| D. E. DEUTSCH     | 745.00 | 17.80  | 13261.00 |
| M. DISTEFANO      | 435.00 | 8.60   | 3741.00  |
| M. ROITMAN        | 495.00 | 29.80  | 14751.00 |
| TOTALS            |        | 105.20 | 75744.00 |