# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
### October 1, 2012 through October 31, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Carfare (Late Night/Weekends) | $ 120.20 |
| Federal Express | 13.19 |
| Lexis Legal Research | 68.04 |
| Westlaw Legal Research | 219.83 |
| Reproduction | 244.20 |
| Telephone Charges | 3.30 |
| Telephone Reimbursement | 19.29 |
| Outside Professional Fees [1] (Complete Document Services) | 45,598.50 |
| TOTAL | $46,286.55 |

1. Represents charge for electronic data discovery services (as described in the Application).

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/02/2012 | | | CAR | 1.00 | 120.20 | 120.20 | CARFARE - Vendor: CHADBOURNE & PARKE LLP : | 29281704 |
| | | | | | | | 09/13, 09/20, 09/21, 09/24, 09/28 & 09/29/12 | |
| | | | | | | | CABS - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 752.64 | |
| | | | | | | | Check #343980  10/04/2012 | |
| | | UNBILLED TOTALS: WORK | | | | 120.20 | 1 records | |
| | | UNBILLED TOTALS: BILL: | | | | 120.20 | | |
| | | GRAND TOTAL:  WORK: | | | | 120.20 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 120.20 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/22/2012 | | | FEDEXH | 1.00 | 13.19 | 13.19 | FEDERAL EXPRESS | 29315260 |
| | | | | | | | KIMBERLY ZAFRAN | |
| | | | | | | | Zuckerman Spaeder LLP | |
| | | | | | | | 1800 M St NW | |
| | | | | | | | WASHINGTON    DC20036   US | |
| | | | | | | | 538612453080 | |
| | | | | | | | Vendor=FEDERAL EXPRESS  Balance= 1681.74  Amount= 1681.74 | |
| | | UNBILLED TOTALS:  WORK | | | | 13.19 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 13.19 | | |
| | | GRAND TOTAL:   WORK: | | | | 13.19 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 13.19 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/15/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 900<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29316357 |
| 10/15/2012 | | | LEXIS | 1.00 | 28.02 | 28.02 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29316358 |
| 10/28/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29316359 |
| 10/28/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 266<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29316360 |
| 10/28/2012 | | | LEXIS | 1.00 | 25.01 | 25.01 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 1.00<br>100245<br>ID No.: 4FR1MDY<br>COLLIER SERVICE | 29316361 |
| 10/28/2012 | | | LEXIS | 1.00 | 0.00 | 0.00 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 927<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29316362 |
| 10/28/2012 | | | LEXIS | 1.00 | 15.01 | 15.01 | LEXIS<br>User Name: ROITMAN, MARC<br>CNCT (HMS) or No. of Searches: 2.00<br>100245<br>ID No.: 4FR1MDY<br>LEXIS LEGAL SERVICES | 29316363 |
| | | UNBILLED TOTALS: WORK: | | | | 68.04 | 7 records | |
| | | UNBILLED TOTALS: BILL: | | | | 68.04 | | |
| | | GRAND TOTAL: WORK: | | | | 68.04 | 7 records | |
| | | GRAND TOTAL: BILL: | | | | 68.04 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/02/2012 | | | WEST | 1.00 | 204.40 | 204.40 | INFORMATION RETRIEVAL | 29282224 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 10/12/2012 | | | WEST | 1.00 | 5.14 | 5.14 | INFORMATION RETRIEVAL | 29290969 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| 10/15/2012 | | | WEST | 1.00 | 10.29 | 10.29 | INFORMATION RETRIEVAL | 29298632 |
| | | | | | | | User Name: ROITMAN,MARC | |
| | | | | | | | CNNT(HMS):0:00:00 | |
| | | | | | | | Westlaw ID:7202707 | |
| | | | | | | | ACCT NO: 1000813306 | |
| | | | | | | | Included | |
| | | UNBILLED TOTALS: WORK: | | | | 219.83 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 219.83 | | |
| | | GRAND TOTAL: WORK: | | | | 219.83 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 219.83 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/04/2012 | | | REPRO | 75.00 | 0.20 | 15.00 | REPRODUCTION<br>User Name: Gardner, Norman<br>Time of Day: (H:M:S): 13:38<br>109808 | 29286026 |
| 10/16/2012 | | | REPRO | 2148.00 | 0.20 | 429.60 | REPRODUCTION<br>User Name: Morales, Antonio<br>Time of Day: (H:M:S): 10:00<br>127101 | 29298928 |
| 10/16/2012 | | | REPRO | 152.00 | 0.20 | 30.40 | REPRODUCTION<br>User Name: Morales, Antonio<br>Time of Day: (H:M:S): 13:54<br>127162 | 29298929 |
| 10/25/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 20:11<br>Scan File 140687 | 29311992 |
| 10/26/2012 | | | REPRO | 42.00 | 0.20 | 8.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:23<br>Scan File 142908 | 29317233 |
| 10/26/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:34<br>Scan File 142921 | 29317234 |
| 10/31/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION<br>User Name: Roitman, Marc<br>Time of Day: (H:M:S): 18:06<br>Scan File 145791 | 29317328 |
| | | UNBILLED TOTALS: WORK | | | | 488.40 | 7 records | |
| | | UNBILLED TOTALS: BILL: | | | | 244.20 | | |
| | | GRAND TOTAL:  WORK: | | | | 488.40 | 7 records | |
| | | GRAND TOTAL:  BILL: | | | | 244.20 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/02/2012 | | | EL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:52<br>NUM CALLED: 2032291814<br>105203 | 29282588 |
| 10/02/2012 | | | EL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:16<br>NUM CALLED: 3024674410<br>105244 | 29282589 |
| 10/02/2012 | | | EL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 3<br>TIME of DAY: (H:M:S): 11:22<br>NUM CALLED: 2027368374<br>104478 | 29282590 |
| 10/02/2012 | | | EL | 23.00 | 0.02 | 0.53 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 23<br>TIME of DAY: (H:M:S): 15:45<br>NUM CALLED: 3102463607<br>105093 | 29282591 |
| 10/03/2012 | | | EL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:07<br>NUM CALLED: 2037085847<br>106453 | 29286099 |
| 10/04/2012 | | | EL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265477<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:52<br>NUM CALLED: 4042662464<br>109202 | 29286225 |
| 10/04/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:52<br>NUM CALLED: 2037085847<br>109200 | 29286226 |
| 10/04/2012 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 3<br>TIME of DAY: (H:M:S): 15:14<br>NUM CALLED: 3102463607<br>109105 | 29286227 |
| 10/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:51<br>NUM CALLED: 3024674436<br>111257 | 29287004 |
| 10/05/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:27<br>NUM CALLED: 3024674436<br>111333 | 29287005 |
| 10/09/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 09:38<br>NUM CALLED: 3128537030<br>114554 | 29288831 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/09/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:32<br>NUM CALLED: 3102776910<br>115140 | 29288832 |
| 10/09/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265271<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:47<br>NUM CALLED: 2027368136<br>114812 | 29288833 |
| 10/11/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 13:46<br>NUM CALLED: 3142913030<br>119414 | 29290273 |
| 10/11/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:55<br>NUM CALLED: 2023264000<br>119574 | 29290274 |
| 10/11/2012 | | | TEL | 21.00 | 0.02 | 0.48 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 21<br>TIME of DAY: (H:M:S): 18:19<br>NUM CALLED: 3142913030<br>119972 | 29290275 |
| 10/12/2012 | | | TEL | 8.00 | 0.02 | 0.18 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 8<br>TIME of DAY: (H:M:S): 12:12<br>NUM CALLED: 8189546007<br>121531 | 29291124 |
| 10/16/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:09<br>NUM CALLED: 2023264000<br>126600 | 29299039 |
| 10/18/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:19<br>NUM CALLED: 2138966022<br>130907 | 29308930 |
| 10/22/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:19<br>NUM CALLED: 4158480308<br>135249 | 29310422 |
| 10/23/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:40<br>NUM CALLED: 3128537030<br>137785 | 29311594 |
| 10/23/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 16:41<br>NUM CALLED: 3026523131 | 29311595 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 137796 | |
| 10/24/2012 | | | TEL | 13.00 | 0.02 | 0.30 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 16:32<br>NUM CALLED: 2027781894<br>140007 | 29311596 |
| 10/26/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 2<br>TIME of DAY: (H:M:S): 10:04<br>NUM CALLED: 3024674444<br>143661 | 29316948 |
| 10/29/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 252114<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:01<br>NUM CALLED: 4158480308<br>145213 | 29317011 |
| 10/29/2012 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES<br>EXT: 252114<br>CNCT: 10<br>TIME of DAY: (H:M:S): 14:07<br>NUM CALLED: 4158480308<br>145218 | 29317012 |
| 10/31/2012 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 11:48<br>NUM CALLED: 3128537030<br>146380 | 29317118 |
| 10/31/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:58<br>NUM CALLED: 2138966022<br>146381 | 29317119 |
| 10/31/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:00<br>NUM CALLED: 3128537030<br>146385 | 29317120 |
| 10/31/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:01<br>NUM CALLED: 2138966022<br>146453 | 29317121 |
| 10/31/2012 | | | TEL | 15.00 | 0.02 | 0.35 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 15<br>TIME of DAY: (H:M:S): 14:14<br>NUM CALLED: 2138966022<br>146467 | 29317122 |
| | | UNBILLED TOTALS: WORK | | | | 3.30 | 31 records | |
| | | UNBILLED TOTALS: BILL: | | | | 3.30 | | |
| | | GRAND TOTAL:   WORK: | | | | 3.30 | 31 records | |
| | | GRAND TOTAL:   BILL: | | | | 3.30 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/01/2012 | | | TELH | 1.00 | 19.29 | 19.29 | TELEPHONE CHARGES - Vendor: CHADBOURNE & PARKE | 29281633 |
| | | | | | | | LLP : 08/09- 09/03/12 CELL PHONE CHARGES | |
| | | | | | | | ROAMING OVERSEAS DATA - MARC ROITMAN | |
| | | | | | | | Vendor=CHADBOURNE & PARKE LLP  Balance= .00  Amount= 644.32 | |
| | | | | | | | Check #343980  10/04/2012 | |
| | | UNBILLED TOTALS:  WORK: | | | | 19.29 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 19.29 | | |
| | | GRAND TOTAL:    WORK: | | | | 19.29 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 19.29 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/01/2012 | | | PROFSVS | 1.00 | 30,195.40 | 30,195.40 | OUTSIDE PROFESSIONAL SERVICES - Vendor: COMPLETE DISCOVERY SOURCE MONTHLY DATA HOSTING FEE Vendor=COMPLETE DISCOVERY SOURCE Balance= .00 Amount= 30195.40 Check #344467 11/16/2012 | 29327946 |
| 10/31/2012 | | | PROFSVS | 1.00 | 15,403.10 | 15,403.10 | OUTSIDE PROFESSIONAL SERVICES - Vendor: COMPLETE DISCOVERY SOURCE MONTHLY DATA HOSTING, MONTHLY USER LICENSE, EDD TECHNICAL TIME. Vendor=COMPLETE DISCOVERY SOURCE Balance= 15403.10 Amount= 15403.10 | 29318453 |
| | | UNBILLED TOTALS: WORK | | | | 45,598.50 | 2 records | |
| | | UNBILLED TOTALS: BILL: | | | | 45,598.50 | | |
| | | GRAND TOTAL: WORK: | | | | 45,598.50 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 45,598.50 | | |