# EXHIBIT "A"

{698.001-W0023648.}

## EXHIBIT "A" – SUMMARY SHEET

October 1, 2012 through and including October 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 6.50 | $4,680.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 58.40 | $37,376.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 21.60 | $13,824.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 59.30 | $29,353.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 56.70 | $26,932.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 107.20 | $45,024.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 58.00 | $18,850.00 |
| J. Landon Ellis | Associate; admitted DE 2006 | May, 2006 | $350.00 | 36.60 | $12,810.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 35.90 | $11,667.50 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 63.60 | $13,356.00 |

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Linda M. Rogers | Paralegal | N/A | $210.00 | 37.20 | $7,812.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 44.20 | $8,840.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 3.90 | $507.00 |
| | | | Total | 589.1 | $231,032.50 |

**Blended Rate: $392.18**

{698.001-W0023648.}