# EXHIBIT "C"

{698.001-W0023648.}

November 27, 2012
Account No:  698-001
Statement No:     15748

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 1.80 |
| Overtime Wages | 740.00 |
| Copying | 113.50 |
| Courier Fees | 225.00 |
| Online research | 16.68 |
| Outside Duplication Services | 5,725.41 |
| Document Retrieval | 250.00 |
| Court Reporter Fee | 266.20 |
| Meals | 94.00 |
| Litigation Support | 8,800.00 |
| Telephonic Court Appearance | 74.00 |
| | --------- |
| **Total Expenses Thru 10/31/2012** | **$16,306.59** |

{698.001-W0023720.}

Date: 11/27/2012          Case 08-13141-BLS   Doc 12770-4   Filed 11/27/12   Page 3 of 3
Detail Cost Transaction File List
Landis Rath & Cobb LLP

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 10/01/2012 | AGL | U | B100 | E101 | 0.100 | 9.70 Copying | |
| 698.001 | 10/02/2012 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 2788 |
| 698.001 | 10/03/2012 | AGL | U | B100 | E101 | 0.100 | 0.60 Copying | 2789 |
| 698.001 | 10/03/2012 | AGL | U | B100 | E102 | | 2,857.55 Outside printing Digital Legal, LLC Invoice 68825 - Settlement agreement | 2790 2804 |
| 698.001 | 10/04/2012 | AGL | U | B100 | E107 | | 225.00 Delivery services/messengers Parcels, Inc. - Invoice 409177 | 2798 |
| 698.001 | 10/04/2012 | AGL | U | B100 | E102 | | 499.42 Outside printing Parcels, Inc. - Invoice 409370 | 2799 |
| 698.001 | 10/04/2012 | AGL | U | B100 | E217 | | 266.20 Hearing Transcripts: Diaz Data Services - Invoice 9643 | 2800 |
| 698.001 | 10/04/2012 | AGL | U | B100 | E228 | | 74.00 Telephonic Court Appearance American Express - Courtcall ID 5197572, 5197683 | 2851 |
| 698.001 | 10/05/2012 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 2791 |
| 698.001 | 10/07/2012 | AGL | U | B100 | E118 | | 3,315.00 Placers, Inc. of Delaware Invoice #M2576 - Excel discovery /service project | 2802 |
| 698.001 | 10/11/2012 | AGL | U | B100 | E101 | 0.100 | 22.80 Copying | 2805 |
| 698.001 | 10/11/2012 | AGL | U | B100 | E102 | | 815.25 Outside printing Digital Legal, LLC - Invoice 68984 | 2812 |
| 698.001 | 10/15/2012 | AGL | U | B100 | E101 | 0.100 | 3.60 Copying | 2806 |
| 698.001 | 10/15/2012 | AGL | U | B100 | E102 | | 1,235.75 Outside printing Digital Legal, LLC - Invoice 69071 | 2813 |
| 698.001 | 10/16/2012 | AGL | U | B100 | E101 | 0.100 | 0.50 Copying | 2807 |
| 698.001 | 10/17/2012 | AGL | U | B100 | E101 | 0.100 | 52.90 Copying | 2808 |
| 698.001 | 10/17/2012 | AGL | U | B100 | E102 | | 26.66 Outside printing Digital Legal, LLC - Invoice 69121 | 2814 |
| 698.001 | 10/18/2012 | AGL | U | B100 | E101 | 0.100 | 5.00 Copying | 2809 |
| 698.001 | 10/18/2012 | AGL | U | B100 | E102 | | 26.66 Outside printing Digital Legal, LLC - Invoice 69135 | 2815 |
| 698.001 | 10/19/2012 | AGL | U | B100 | E101 | 0.100 | 1.00 Copying | 2810 |
| 698.001 | 10/19/2012 | AGL | U | B100 | E118 | | 3,035.00 Placers, Inc. of Delaware Invoice #M2588 - Excel discovery/service project | 2817 |
| 698.001 | 10/22/2012 | AGL | U | B100 | E101 | 0.100 | 2.10 Copying | 2811 |
| 698.001 | 10/22/2012 | AGL | U | B100 | E111 | | 28.00 Meals: Working dinner for E. Myrick (Mikimoto's 448723) | 2818 |
| 698.001 | 10/22/2012 | AGL | U | B100 | E209 | 40.000 | 200.00 Overtime wages - E. Myrick assist attorney J. Green with edits to master defendant list (returns, NOAs) | 2827 |
| 698.001 | 10/23/2012 | AGL | U | B100 | E111 | | 24.50 Meals: Working dinner for E. Myrick, C. Adams, A. Dellose (DeMeo's 91868/Amex) | 2819 |
| 698.001 | 10/23/2012 | AGL | U | B100 | E102 | | 32.07 Outside printing Digital Legal, LLC - Invoice 69235 | 2820 |
| 698.001 | 10/23/2012 | AGL | U | B100 | E209 | 40.000 | 240.00 Overtime wages - E. Myrick assist attorney J. Green with edits to master defendant list (returns, NOAs) | 2828 |
| 698.001 | 10/23/2012 | AGL | U | B100 | E101 | 0.100 | 0.80 Copying | 2830 |
| 698.001 | 10/24/2012 | AGL | U | B100 | E111 | | 41.50 Meals: working dinner for C. Adams, E. Myrick, F. Savin (Ernest & Scott/EM) | 2816 |
| 698.001 | 10/24/2012 | AGL | U | B100 | E108 | | 1.80 Postage | 2823 |
| 698.001 | 10/24/2012 | AGL | U | B100 | E209 | 40.000 | 180.00 Overtime wages - E. Myrick assist attorney J. Green with edits to master defendant list (returns, NOAs) | 2829 |
| 698.001 | 10/24/2012 | AGL | U | B100 | E101 | 0.100 | 1.50 Copying | 2831 |
| 698.001 | 10/25/2012 | AGL | U | B100 | E102 | | 57.23 Outside printing Digital Legal, LLC - Invoice 69264 | 2821 |
| 698.001 | 10/26/2012 | AGL | U | B100 | E102 | | 69.31 Outside printing Digital Legal, LLC - Invoice 69360 | 2822 |
| 698.001 | 10/26/2012 | AGL | U | B100 | E101 | 0.100 | 6.80 Copying | 2832 |
| 698.001 | 10/26/2012 | AGL | U | B100 | E209 | 40.000 | 20.00 Overtime wages - E. Myrick edits to master defendant list | 2843 |
| 698.001 | 10/30/2012 | AGL | U | B100 | E209 | 40.000 | 100.00 Overtime wages - E. Myrick edits to master defendant list | 2844 |
| 698.001 | 10/31/2012 | AGL | U | B100 | E208 | | 250.00 PACER Document Retrieval - 10/1-10/31/12 | 2824 |
| 698.001 | 10/31/2012 | AGL | U | B100 | E106 | | 16.68 Online research - LexisNexis 10/1-10/31/12 | 2825 |
| 698.001 | 10/31/2012 | AGL | U | B100 | E118 | | 2,450.00 Placers, Inc. of Delaware Invoice #M2605 - Excel discovery/service project | 2826 |
| 698.001 | 10/31/2012 | AGL | U | B100 | E101 | 0.100 | 4.60 Copying | 2833 |
| 698.001 | 10/31/2012 | AGL | U | B100 | E102 | | 105.51 Outside printing Digital Legal, LLC - Invoice 69380 | 2836 |

Total for Client ID 698.001                                    Billable     16,306.59  Official Committee of Unsecured Creditors
Tribune Company, et al. bankruptcy

GRAND TOTALS

Billable     16,306.59

CL