**Change of Address**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re.: ) | |
| ) | |
| Tribune Company, et al. ) | Chapter 11 |
| ) | |
| Debtor. ) | CASE NO. 08-13141 |
| ) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that DIELECTRIC COMMUNICATIONS, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
DIELECTRIC COMMUNICATIONS
ATTN: ACCOUNTS RECEIVABLE
22 TOWER ROAD
RAYMOND, ME 04071

Claim #774

**New Address**
DIELECTRIC COMMUNICATIONS
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

DIELECTRIC COMMUNICATIONS

By: _[signature]_

Title: CFO

Date: November 27, 2012