# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### October 1, 2012 through October 31, 2012

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 62.00 | 39,236.50 |
| 005735.00007 | Employee Issues | 2.20 | 1,463.00 |
| 005735.00008 | Plan of Reorganization | 30.90 | 19,959.00 |
| 005735.00017 | Billing and Retention | 18.00 | 11,416.50 |
| **Total Fees Incurred** | | | **72,075.00** |

| Expenses | Amount |
|---|---|
| Computer Supplies / Support | 69.66 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **96.66** |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/12 | ANL | Prepared weekly status update. | 1.50 |
| 10/02/12 | ANL | Reviewed August publishing and broadcasting results and weekly revenue flash. | 2.20 |
| 10/02/12 | YK | Prepared summaries of recent industry-related articles. | 1.20 |
| 10/02/12 | BH | Analyzed weekly financial results compared to Plan and edit report to Committee on same. | 2.30 |
| 10/03/12 | BH | Analyzed Moelis Media Update. | 0.50 |
| 10/04/12 | ANL | Reviewed weekly revenue flash and cash reports. | 1.10 |
| 10/08/12 | ANL | Reviewed weekly revenue flash and cash reports. | 1.50 |
| 10/09/12 | ANL | Reviewed weekly revenue flash and cash reports. | 1.30 |
| 10/09/12 | BH | Analyzed weekly financial performance compared to Plan and edit report to Committee on same. | 2.40 |
| 10/10/12 | ANL | Prepared weekly status update. | 1.60 |
| 10/10/12 | BH | Analyzed Moelis Media Update. | 0.50 |
| 10/11/12 | ANL | Prepared weekly status update and revenue analysis. | 2.10 |
| 10/12/12 | ANL | Analyzed weekly cash flow forecast and results. | 1.10 |
| 10/15/12 | ANL | Reviewed weekly revenue flash and cash reports. | 1.30 |
| 10/16/12 | ANL | Analyzed August 2012 brown book. | 1.20 |
| 10/17/12 | BH | Analyzed weekly financial performance compared to Plan and report to Committee. | 2.30 |
| 10/17/12 | BH | Analyzed Moelis Media Update. | 0.50 |
| 10/18/12 | BH | Analyzed September monthly operating results compared to Plan. | 2.40 |
| 10/18/12 | YK | Prepared summaries of September financial results. | 1.50 |
| 10/18/12 | YK | Prepared summary of management comments re: Sept results. | 1.30 |
| 10/18/12 | YK | Prepared for and participated in a call Tribune regarding September month-end performance. | 0.80 |
| 10/19/12 | ANL | Analyzed Sept 2012 broadcasting results. | 1.30 |
| 10/19/12 | ANL | Analyzed Sept 2012 publishing results. | 1.50 |
| 10/22/12 | ANL | Prepared weekly status update. | 2.10 |
| 10/22/12 | BH | Revise weekly report to Committee. | 0.90 |
| 10/22/12 | BH | Analyzed weekly results and cash report. | 1.30 |
| 10/22/12 | BH | Discuss news articles with Chadbourne on potential sale of entity plans for Tribune. | 0.30 |
| 10/23/12 | ANL | Prepared weekly status update. | 2.10 |
| 10/23/12 | YK | Analyzed September results. | 1.80 |
| 10/23/12 | YK | Analyzed cash flows. | 0.80 |
| 10/23/12 | BH | Discussion with Debtors advisors on news articles regarding potential sale of assets. | 0.50 |
| 10/23/12 | YK | Analyzed recent industry developments. | 1.20 |
| 10/23/12 | YK | Analyzed publishing results. | 1.40 |

Re:                        Current Financials
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/23/12 | YK | Analyzed broadcasting results. | 1.40 |
| 10/24/12 | ANL | Analyzed September publishing and broadcasting results. | 1.50 |
| 10/25/12 | BH | Draft memo to Chadbourne on potential equity investment by Tribune. | 0.90 |
| 10/25/12 | BH | Analyzed Moelis Media Report. | 0.50 |
| 10/29/12 | ANL | Prepared weekly status update. | 1.10 |
| 10/30/12 | ANL | Prepared weekly status update. | 1.50 |
| 10/30/12 | ANL | Analyzed weekly flash and weekly cash reports. | 1.30 |
| 10/30/12 | YK | Analyzed cash flows. | 0.80 |
| 10/30/12 | YK | Analyzed publishing results. | 1.20 |
| 10/30/12 | YK | Analyzed recent industry developments. | 1.20 |
| 10/30/12 | YK | Analyzed broadcasting results. | 1.50 |
| 10/31/12 | ANL | Prepared weekly status update. | 0.90 |
| 10/31/12 | BH | Revise weekly report to Committee. | 1.10 |
| 10/31/12 | BH | Analyzed weekly results and cash report. | 1.30 |
| | | **Total Hours** | **62.00** |

Re:                        Current Financials
Client/Matter #            005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 28.20 | 620.00 | 17,484.00 |
| Brad Hall | 17.70 | 665.00 | 11,770.50 |
| Young Kim | 16.10 | 620.00 | 9,982.00 |
| **Total Hours & Fees** | **62.00** | | **39,236.50** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/04/12 | BH | Analyzed the termination agreements of Mahoney and Mitchell in relation to approved bankruptcy court limitations. | 1.80 |
| 10/09/12 | BH | Review correspondence from Debtors advisors in response to inquiries about terminated employees. | 0.40 |
| | | **Total Hours** | **2.20** |

Re:                        Employee Issues
Client/Matter #            005735.00007


Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Brad Hall | 2.20 | 665.00 | 1,463.00 |
| **Total Hours & Fees** | **2.20** | | **1,463.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/02/12 | ANL | Reviewed MDL settlement offer and related documents. | 1.80 |
| 10/02/12 | ANL | Reviewed DCL briefs. | 1.10 |
| 10/03/12 | ANL | Reviewed DCL documents and MDL settlement offer and related documents. | 1.20 |
| 10/09/12 | ANL | Reviewed Aurelius letter request for additional information and DCL related documents. | 1.50 |
| 10/15/12 | ANL | Reviewed Aurelius response information and DCL related documents. | 1.20 |
| 10/16/12 | ANL | Analyzed updated effective date cash distribution detail. | 1.50 |
| 10/18/12 | BH | Review status of claims and updated report provided by Debtor's advisors. | 0.60 |
| 10/23/12 | BH | Review motion to obtain term loan at emergence, and related fees. | 1.50 |
| 10/23/12 | BH | Draft memo to Chadbourne on Debtor's estimate of reserve cash accounts post emergence, and the protection of these funds from post-petition secured creditors. | 1.30 |
| 10/24/12 | BH | Review motion for term loan financing and related fee estimates. | 3.20 |
| 10/24/12 | BH | Draft memo to Chadbourne on recommended action for Committee regarding escrow funds post emergence. | 1.80 |
| 10/25/12 | BH | Draft memo to Chadbourne on new term loan Fee Letter and Agent Fee Letter. | 1.80 |
| 10/25/12 | BH | Analyzed fees associated with proposed ABL Fee Letter. | 1.30 |
| 10/25/12 | ANL | Reviewed exit financing motions and documents. | 1.80 |
| 10/25/12 | BH | Discussion with Tribune advisors on the fee estimates for term loan financing. | 0.60 |
| 10/26/12 | BH | Draft memo to Chadbourne on fee estimate of OID in new term loan. | 0.70 |
| 10/26/12 | BH | Correspondence with Debtors advisors on the fee estimates included in the motion to approve fee letters for new term loan. | 1.60 |
| 10/26/12 | BH | Analyzed the Emergence Timeline provided by Debtors advisors. | 0.80 |
| 10/29/12 | BH | Analyze the potential cost of ticking fees associated with motion for term loan and associated fee letters. | 1.40 |
| 10/29/12 | BH | Revised memo to Committee on motion for term loan and related fees. | 0.50 |
| 10/29/12 | ANL | Reviewed updated distribution presentation and financing motion. | 1.80 |
| 10/29/12 | BH | Discussion with Chadbourne about the potential cost of ticking fees which could be a pre-emergence expense of the estate. | 0.70 |
| 10/31/12 | ANL | Reviewed updated distribution presentation and financing motion. | 1.20 |
| | | **Total Hours** | **30.90** |

Re:                           Plan of Reorganization
Client/Matter #               005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 13.10 | 620.00 | 8,122.00 |
| Brad Hall | 17.80 | 665.00 | 11,837.00 |
| **Total Hours & Fees** | **30.90** | | **19,959.00** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/04/12 | ANL | Prepared response letter to fee examiner regarding 12th interim fee application report. | 1.70 |
| 10/08/12 | ANL | Prepared response letter to fee examiner regarding 12th interim fee application report. | 1.30 |
| 10/09/12 | ANL | Prepared response letter to fee examiner regarding 12th interim fee application report. | 1.50 |
| 10/09/12 | AH | Review billing estimate, recent fee auditor report and status of outstanding invoices | 0.30 |
| 10/09/12 | YK | Prepared September fee application. | 0.80 |
| 10/09/12 | BH | Revised letter to fee examiner on fee application. | 1.50 |
| 10/10/12 | ANL | Prepared response letter to fee examiner regarding 12th interim fee application report. | 1.10 |
| 10/11/12 | BH | Review and edit fee application. | 1.10 |
| 10/12/12 | ANL | Prepared 15th interim fee application and September 2012 monthly fee application. | 2.50 |
| 10/17/12 | YK | Prepared September fee application. | 1.10 |
| 10/18/12 | YK | Prepared September fee application. | 1.40 |
| 10/19/12 | BH | Revised fee application. | 1.10 |
| 10/19/12 | ANL | Prepared September 2012 monthly fee application. | 1.30 |
| 10/26/12 | ANL | Reviewed fee examiner reports and fee applications. | 1.30 |
| | | **Total Hours** | **18.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.30 | 920.00 | 276.00 |
| Albert Leung | 10.70 | 620.00 | 6,634.00 |
| Brad Hall | 3.70 | 665.00 | 2,460.50 |
| Young Kim | 3.30 | 620.00 | 2,046.00 |
| **Total Hours & Fees** | **18.00** | | **11,416.50** |