# EXHIBIT "C"

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/30/12 | Computer Supplies / Support - - VENDOR: kCura Corporation September 2012 Monthly User Fees | 69.66 |
| 10/23/12 | Parking & Tolls Young Kim | 27.00 |
| | **Total Disbursements** | **96.66** |

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Computer Supplies / Support | 69.66 |
| Parking & Tolls | 27.00 |
| **Total Disbursements** | **96.66** |

40 West 57th Street  |  New York, NY  |  10019  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com