# ATTACHMENTS

Tribune Company
Summary of Stipulation Calculations

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment C Page 1 - Calculation of Reserved Distribution Amount - DCL Plan Distributions Other Than Litigation Trust Interests (Updated as of 11/28/2012)**

| | | | |
|---|---:|---:|---|
| **DBTCA Noteholder Claim** | **$** | **1,048,070,044.04** | [A] |
| plus: DBTCA Fees Not Shared | | $7,187,041.49 | [B] |
| plus: DBTCA Fees Shared | | $7,887,558.67 | [C] |
| **Allowed DBTCA Claim Before Any MSCS Setoff** | **$** | **1,063,144,644.20** | [D] |
| | | | |
| **Law Debenture Noteholder Claim** | **$** | **234,985,699.73** | [E] |
| plus: Law Debenture Fees Not Shared | | $12,897,037.67 | |
| plus: Law Debenture Fees Shared | | $1,768,453.83 | [F] |
| **Allowed Law Debenture Claim** | **$** | **249,651,191.23** | [G] |
| | | | |
| **Allowed Senior Noteholder Claims Before Any MSCS Setoff** | **$** | **1,312,795,835.43** | [H] = [D] + [G] |
| **Designated Debentures** | **$** | **39,627,847.92** | [I] |
| *Initial Designated Debenture Percentage* | | *3.02%* | *= [I] / [H]* |
| x Senior Noteholder Distributable Cash Amount ($431,041,451) | $ | 431,041,451.00 | [J] |
| **Initial Designated Debenture Distribution** | **$** | **13,011,349.22** | |
| | | | |
| DBTCA Fees Not Shared | $ | 7,187,041.49 | |
| less: Distribution on Account of DBTCA Fees Not Shared | $ | 2,359,782.62 | = [B] / [H] * [J] |
| DBTCA Fees Not Shared Charging Lien Amount | $ | 4,827,258.87 | [K] |
| | | | |
| DBTCA and Law Debenture Fees Shared | $ | 9,656,012.50 | [L] = [C] + [F] |
| less: Distribution on Account of DBTCA and Law Debenture Fees Shared | $ | 3,170,440.92 | = [L] / [H] * [J] |
| DBTCA and Law Debenture Fees Shared Charging Lien Amount | $ | 6,485,571.58 | [M] |
| | | | |
| Law Debenture Fees Shared | $ | 1,768,453.83 | |
| less: Distribution on Account of Law Debenture Fees Shared | $ | 580,651.53 | = [F] / [H] * [J] |
| Law Debenture Fees Shared Charging Lien Amount | $ | 1,187,802.30 | |
| | | | |
| *Designated Debenture Percentage of DBTCA Noteholder Claim* | | *3.78%* | *[N] = [I] / [A]* |
| *Designated Debenture Percentage of DBTCA and Law Debenture Noteholder Claims* | | *3.09%* | *[O] = [I] / (([A] + [E])* |
| | | | |
| Initial Designated Debenture Distribution | $ | 13,011,349.22 | |
| less: Pro Rata Portion of DBTCA Fees Not Shared Charging Lien | $ | 182,520.13 | = [K] * [N] |
| less: Pro Rata Portion of DBTCA and Law Debenture Fees Shared Charging Lien | $ | 200,310.27 | = [M] * [O] |
| **Reserved Distribution** | **$** | **12,628,518.82** | |

*Note: DBTCA and Law Debenture Fees submitted on November 27, 2012 included (i) incurred fees and expenses (through November 25, 2012) of $14,017,380.54 for DBTCA and $14,232,711.12 for Law Debenture and (ii) reserved fees and expenses of $1,057,219.62 for DBTCA and $432,780.38 for Law Debenture.*
*Note: Line items in bold are defined terms in the Stipulation*

Tribune Company
Summary of Stipulation Calculations

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment C Page 2 - Hypothetical Setoff Valid Calculations - DCL Plan Distributions Other Than Litigation Trust Interests (Updated as of 11/28/2012)**

| Assumptions | Scenario 1 | Scenario 2 | Scenario 3 | Scenario 4 | Scenario 5 | |
|---|---|---|---|---|---|---|
| % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | [P] |
| **Initial MSCS Reduction** | | | | | | |
| Disputed MSCS Claim | $ 39,627,847.92 | $ 29,720,885.94 | $ 19,813,923.96 | $ 9,906,961.98 | $ - | [Q] = [I] * [P] |
| Revised Allowed Senior Noteholder Claims | $ - | $ 9,906,961.98 | $ 19,813,923.96 | $ 29,720,885.94 | $ 39,627,847.92 | [R] = [I] - [Q] |
| Revised DBTCA Noteholder Claim | $ 1,273,167,987.51 | $ 1,283,074,949.49 | $ 1,292,981,911.47 | $ 1,302,888,873.45 | $ 1,312,795,835.43 | [S] = [H] - [Q] |
| Revised DBTCA Noteholder Claim and Law Debenture Noteholder Claim | $ 1,008,442,196.12 | $ 1,018,349,158.10 | $ 1,028,256,120.08 | $ 1,038,163,082.06 | $ 1,048,070,044.04 | [T] = [A] - [Q] |
| Revised Law Debenture Fees Shared Percentage | $ 1,243,427,895.85 | $ 1,253,334,857.83 | $ 1,263,241,819.81 | $ 1,273,148,781.79 | $ 1,283,055,743.77 | [U] = [E] + [T] |
| Revised DBTCA and Law Debenture Fees Shared Percentage | 0.14% | 0.14% | 0.14% | 0.14% | 0.13% | [V] = [F] / [S] |
| | 0.76% | 0.75% | 0.75% | 0.74% | 0.74% | [W] = [L] / [S] |
| **Initial Law Debenture Escrow Distribution** | | | | | | |
| Initial Designated Debenture Distribution | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | |
| x % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | |
| x Revised Law Debenture Percentage | 19.61% | 19.46% | 19.31% | 19.16% | 19.02% | = [G] / [S] |
| Initial Incremental Law Debenture Escrow Distribution | $ 2,551,351.33 | $ 1,898,738.75 | $ 1,256,126.94 | $ 623,287.78 | $ - | |
| less: (Revised Law Debenture Notes % of Total Notes) | 18.90% | 18.75% | 18.60% | 18.46% | 18.31% | = [E] / [U] |
| x Revised DBTCA and Law Debenture Fees Shared Charging Lien Amount | $ 6,386,890.37 | $ 6,412,132.13 | $ 6,436,987.08 | $ 6,461,464.04 | $ 6,485,571.58 | = [L] - ([J] * [W]) |
| plus: (Initial Law Debenture Notes % of Total Notes) | 18.31% | 18.31% | 18.31% | 18.31% | 18.31% | = [E] / ([A] + [E]) |
| x Initial DBTCA and Law Debenture Fees Shared Charging Lien Amount | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | = [M] |
| less: Initial Law Debenture Fees Shared Charging Lien Amoun | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | |
| plus: Revised Law Debenture Fees Shared Charging Lien Amoun | $ 1,169,729.30 | $ 1,174,352.21 | $ 1,178,904.28 | $ 1,183,387.12 | $ 1,187,802.30 | = [F] - ([J] * [V]) |
| **Initial Law Debenture Escrow Distribution** | $ 2,514,072.24 | $ 1,870,890.81 | $ 1,237,635.85 | $ 614,079.29 | $ - | |
| **Initial DBTCA Escrow Distribution** | | | | | | |
| Reserved Distribution | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | |
| x % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | |
| less: Initial Law Debenture Escrow Distributior | $ 2,514,072.24 | $ 1,870,890.81 | $ 1,237,635.85 | $ 614,079.29 | $ - | |
| **(Initial DBTCA Escrow Distribution** | $ 10,114,446.58 | $ 7,600,498.31 | $ 5,076,623.56 | $ 2,543,050.42 | $ - | |
| less: Incremental DBTCA Charging Lien (if any) | $ - | $ - | $ - | $ - | $ - | |
| x MSCS Share of Revised DBTCA Noteholder Claims | 0.00% | 0.97% | 1.93% | 2.86% | 3.78% | = [R] / [T] |
| **MSCS Pro Rata Share for Disputed Claim** | $ - | $ 73,941.09 | $ 97,823.71 | $ 72,803.31 | $ - | |
| **Remaining Reserve** | | | | | | |
| Reserved Distribution | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | |
| less: Initial Law Debenture Escrow Distributior | $ 2,514,072.24 | $ 1,870,890.81 | $ 1,237,635.85 | $ 614,079.29 | $ - | |
| less: Initial DBTCA Escrow Distribution | $ 10,114,446.58 | $ 7,600,498.31 | $ 5,076,623.56 | $ 2,543,050.42 | $ - | |
| plus: MSCS Pro Rata Share for Disputed Claim | $ - | $ 73,941.09 | $ 97,823.71 | $ 72,803.31 | $ - | |
| **Remaining Reserve** | $ - | $ 3,231,070.79 | $ 6,412,083.12 | $ 9,544,192.42 | $ 12,628,518.82 | |

*Note: Line items in bold are defined terms in the Stipulation*

**Tribune Company**
**Summary of Stipulation Calculations**

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment C Page 3 - Hypothetical Allowed Claim Calculations - DCL Plan Distributions Other Than Litigation Trust Interests (Updated as of 11/28/2012)**

| | Scenario 3a | Scenario 3b | Scenario 5a | Scenario 5b | Scenario 5c | |
|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | |
| % Setoff Valid (from prior page) | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% | |
| % of Remaining MSCS Claim Allowed | 50.00% | 100.00% | 75.00% | 100.00% | 100.00% | |
| **Additional MSCS Reduction** | $ 9,906,961.98 | $ - | $ 9,906,961.98 | $ - | $ 39,627,847.92 | = (1 - [X]) * [R] |
| Total MSCS Reduction | $ 29,720,885.94 | $ 19,813,923.96 | $ 9,906,961.98 | $ - | $ 39,627,847.92 | [Y] = [Q] + (1 - [X]) * [R] |
| **Allowed MSCS Claim** | $ 9,906,961.98 | $ 19,813,923.96 | $ 29,720,885.94 | $ 39,627,847.92 | $ - | [Z] = [I] - [Y] |
| Final Allowed Senior Noteholder Claims | $ 1,283,074,949.49 | $ 1,292,981,911.47 | $ 1,302,888,873.45 | $ 1,312,795,835.43 | $ 1,273,167,987.51 | [AA] = [H] - [Y] |
| Final DBTCA Noteholder Claim | $ 1,018,349,158.10 | $ 1,028,256,120.08 | $ 1,038,163,082.06 | $ 1,048,070,044.04 | $ 1,008,442,196.12 | [BB] = [A] - [Y] |
| Final DBTCA Noteholder Claim and Law Debenture Noteholder Claim | $ 1,253,334,857.83 | $ 1,263,241,819.81 | $ 1,273,148,781.79 | $ 1,283,055,743.77 | $ 1,243,427,895.85 | [CC] = [E] + [BB] |
| Final Law Debenture Fees Shared Percentage | 0.14% | 0.14% | 0.14% | 0.13% | 0.14% | [DD] = [F] / [AA] |
| Final DBTCA and Law Debenture Fees Shared Percentage | 0.75% | 0.75% | 0.74% | 0.74% | 0.76% | [EE] = [L] / [AA] |
| **MSCS Escrow Distribution** | | | | | | |
| Remaining Reserve | $ 6,412,083.12 | $ 6,412,083.12 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | |
| x % of Remaining MSCS Claim Allowed | 50.00% | 100.00% | 75.00% | 100.00% | 0.00% | |
| **MSCS Escrow Distribution** | $ 3,206,041.56 | $ 6,412,083.12 | $ 9,471,389.12 | $ 12,628,518.82 | $ - | |
| **Final Law Debenture Escrow Distribution** | | | | | | |
| Initial Designated Debenture Distribution | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | $ 13,011,349.22 | |
| x % of MSCS Setoff Valid / Claim Disallowed | 75.00% | 50.00% | 25.00% | 0.00% | 100.00% | |
| x Final Law Debenture Percentage | 19.46% | 19.31% | 19.16% | 19.02% | 19.61% | |
| Total Incremental Law Debenture Escrow Distribution | $ 1,898,738.75 | $ 1,256,126.94 | $ 623,287.78 | $ - | $ 2,551,351.33 | = [P] + (1 - [P]) * (1 - [X]) |
| less: (Final Law Debenture Notes % of Total Notes) | 18.75% | 18.60% | 18.46% | 18.31% | 18.90% | = [GJ] / [AA] |
| x Final DBTCA and Law Debenture Fees Shared Charging Lien Amount | $ 6,412,132.13 | $ 6,436,987.08 | $ 6,461,464.04 | $ 6,485,571.58 | $ 6,386,890.37 | = [E] / [CC] |
| plus: (Initial Law Debenture Notes % of Total Notes) | 18.31% | 18.31% | 18.31% | 18.31% | 18.31% | = [L] - ([J] * [EE]) |
| x Initial DBTCA and Law Debenture Fees Shared Charging Lien Amount | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | $ 6,485,571.58 | = [E] / ([A] + [E]) |
| less: Initial Law Debenture Fees Shared Charging Lien Amount | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | $ 1,187,802.30 | = [M] |
| plus: Final Law Debenture Fees Shared Charging Lien Amount | $ 1,174,352.21 | $ 1,178,904.28 | $ 1,183,387.12 | $ 1,187,802.30 | $ 1,169,729.30 | = [F] - ([J] * [DD]) |
| less: Initial Law Debenture Escrow Distribution | $ 1,237,635.85 | $ 1,237,635.85 | $ - | $ - | $ - | |
| **Final Law Debenture Escrow Distribution** | $ 633,254.96 | $ - | $ 614,079.29 | $ - | $ 2,514,072.24 | |
| **Final DBTCA Escrow Distribution** | | | | | | |
| Remaining Reserve | $ 6,412,083.12 | $ 6,412,083.12 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | |
| less: MSCS Escrow Distribution | $ 3,206,041.56 | $ 6,412,083.12 | $ 9,471,389.12 | $ 12,628,518.82 | $ - | |
| less: Final Law Debenture Escrow Distribution | $ 633,254.96 | $ - | $ 614,079.29 | $ - | $ 2,514,072.24 | |
| **Final DBTCA Escrow Distribution** | $ 2,572,786.60 | $ - | $ 2,543,050.41 | $ - | $ 10,114,446.58 | |
| less: Incremental DBTCA Charging Lien (if any) | $ - | $ - | $ - | $ - | $ - | |
| x MSCS Share of Final DBTCA Noteholder Claims | 0.97% | 1.93% | 2.86% | 3.78% | 0.00% | = [Z] / [BB] |
| **MSCS Pro Rata Share for Allowed Claim** | $ 25,029.23 | $ - | $ 72,803.31 | $ - | $ - | |
| **Summary - Total Stipulation Distributions** | | | | | | |
| MSCS (1) | $ 3,231,070.79 | $ 6,412,083.12 | $ 9,544,192.43 | $ 12,628,518.82 | $ - | |
| Law Debenture (2) | $ 1,870,890.81 | $ 1,237,635.85 | $ 614,079.29 | $ - | $ 2,514,072.24 | |
| DBTCA (3) | $ 7,526,557.22 | $ 4,978,799.85 | $ 2,470,247.10 | $ - | $ 10,114,446.58 | |
| **Total Stipulation Payments** | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | $ 12,628,518.82 | |

(1) MSCS Escrow Distribution plus MSCS Pro Rata Share for Allowed Claim
(2) Initial Law Debenture Escrow Distribution plus Final Law Debenture Escrow Distribution
(3) Initial DBTCA Escrow Distribution plus Final DBTCA Escrow Distribution less MSCS Pro Rata Share for Disputed Claim less MSCS Pro Rata Share for Allowed Claim

*Note: Line items in bold are defined terms in the Stipulation*

Tribune Company
Summary of Stipulation Calculations

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment D Page 1 – Calculation of Reserved Distribution Amount - Distributions of Litigation Trust Interests (expressed as %) (Updated as of 11/28/2012)**

| | | |
|---|---:|---|
| **DBTCA Noteholder Claim** | $ 1,048,070,044.04 | [A] |
| plus: DBTCA Fees Not Shared | $7,187,041.49 | [B] |
| plus: DBTCA Fees Shared | $7,887,558.67 | [C] |
| **Allowed DBTCA Claim Before Any MSCS Setoff** | $ 1,063,144,644.20 | [D] |
| | | |
| **Law Debenture Noteholder Claim** | $ 234,985,699.73 | [E] |
| plus: Law Debenture Fees Not Shared | $12,897,037.67 | |
| plus: Law Debenture Fees Shared | $1,768,453.83 | |
| **Allowed Law Debenture Claim** | $ 249,651,191.23 | [F] |
| | | |
| **Allowed Senior Noteholder Claims Before Any MSCS Setoff** | $ 1,312,795,835.43 | [G] = [D] + [F] |
| **Designated Debentures** | $ 39,627,847.92 | [H] |
| | | |
| (Initial Designated Debenture Percentage | 3.02% | = [H] / [G] |
| plus: (MSCS % of DBTCA Noteholder Claim | 3.78% | = [H] / [A] |
| x DBTCA Fees % of Allowed Senior Noteholder Claims Before Any MSCS Setoff) | 1.15% | = ([B] + [C]) / [G] |
| x Class 1E Litigation Trust Interests (expressed as %) | 100% | |
| **Reserved Distribution - Litigation Trust Interests (%)** | 3.06% | |

Note: DBTCA and Law Debenture Fees submitted on November 27, 2012 included (i) incurred fees and expenses (through November 25, 2012) of $14,017,380.54 for DBTCA and $14,232,711.12 for Law Debenture and (ii) reserved fees and expenses of $1,057,219.62 for DBTCA and $432,780.38 for Law Debenture.
Note: Line items in bold are defined terms in the Stipulation
Note: Model assumes that (1) Indenture Trustee fees are paid in full by exercising charging liens against cash distributions and (2) Litigation Trust Interests distributed to Indenture Trustees for fee claims are distributed to each Indenture Trustee's Senior Noteholders

Tribune Company
Summary of Stipulation Calculations

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment D Page 2 - Hypothetical Setoff Valid Calculations - Distributions of Litigation Trust Interests (expressed as %) (Updated as of 11/28/2012)**

| Assumptions | Scenario 1 | Scenario 2 | Scenario 3 | Scenario 4 | Scenario 5 | |
|---|---|---|---|---|---|---|
| % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | [I] |
| **Initial MSCS Reduction** | | | | | | |
| Disputed MSCS Claim | $ 39,627,847.92 | $ 29,720,885.94 | $ 19,813,923.96 | $ 9,906,961.98 | $ - | [J] = [H] * [I] |
| Revised Allowed Senior Noteholder Claims | $ - | $ 9,906,961.98 | $ 19,813,923.96 | $ 29,720,885.94 | $ 39,627,847.92 | [K] = [H] - [J] |
| Revised DBTCA Noteholder Claim | $ 1,273,167,987.51 | $ 1,283,074,949.49 | $ 1,292,981,911.47 | $ 1,302,888,873.45 | $ 1,312,795,835.43 | [L] = [G] - [J] |
|  | $ 1,008,442,196.12 | $ 1,018,349,158.10 | $ 1,028,256,120.08 | $ 1,038,163,082.06 | $ 1,048,070,044.04 | [M] = [A] - [J] |
| **Initial Law Debenture Escrow Distribution** | | | | | | |
| Initial Designated Debenture Distribution - Litigation Trust Interests (%) | 3.06% | 3.06% | 3.06% | 3.06% | 3.06% | |
| x % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | |
| x Revised Law Debenture Percentage | 19.61% | 19.46% | 19.31% | 19.16% | 19.02% | = [F] / [L] |
| Initial Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.60% | 0.45% | 0.30% | 0.15% | 0.00% | |
| **Initial DBTCA Escrow Distribution** | | | | | | |
| Reserved Distribution - Litigation Trust Interests (%) | 3.06% | 3.06% | 3.06% | 3.06% | 3.06% | |
| x % of MSCS Setoff Valid | 100.00% | 75.00% | 50.00% | 25.00% | 0.00% | |
| less: Initial Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.60% | 0.45% | 0.30% | 0.15% | 0.00% | |
| Initial DBTCA Escrow Distribution - Litigation Trust Interests (%) | 2.46% | 1.85% | 1.24% | 0.62% | 0.00% | |
| *x MSCS Share of Revised DBTCA Noteholder Claims* | 0.00% | 0.97% | 1.93% | 2.86% | 3.78% | = [K] / [M] |
| MSCS Pro Rata Share for Disputed Claim - Litigation Trust Interests (%) | 0.00% | 0.02% | 0.02% | 0.02% | 0.00% | |
| **Remaining Reserve** | | | | | | |
| Reserved Distribution - Litigation Trust Interests (%) | 3.06% | 3.06% | 3.06% | 3.06% | 3.06% | |
| less: Initial Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.60% | 0.45% | 0.30% | 0.15% | 0.00% | |
| less: Initial DBTCA Escrow Distribution - Litigation Trust Interests (%) | 2.46% | 1.85% | 1.24% | 0.62% | 0.00% | |
| plus: MSCS Pro Rata Share for Disputed Claim - Litigation Trust Interests (%) | 0.00% | 0.02% | 0.02% | 0.02% | 0.00% | |
| Remaining Reserve - Litigation Trust Interests (%) | 0.00% | 0.78% | 1.55% | 2.31% | 3.06% | |

*Note: Line items in bold are defined terms in the Stipulation*
*Note: Model assumes that (1) Indenture Trustee fees are paid in full by exercising charging liens against cash distributions and (2) Litigation Trust Interests distributed to Indenture Trustees for fee claims are distributed to each Indenture Trustee's Senior Noteholders*

Tribune Company
Summary of Stipulation Calculations

HYPOTHETICAL SCENARIOS
PREPARED FOR ILLUSTRATIVE PURPOSES ONLY

**Attachment D Page 3 - Hypothetical Allowed Claim Calculations - Distributions of Litigation Trust Interests (expressed as %) (Updated as of 11/28/2012)**

| | Scenario 3a | Scenario 3b | Scenario 5a | Scenario 5b | Scenario 5c | |
|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | |
| % Setoff Valid (from prior page) | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% | |
| % of Remaining MSCS Claim Allowed | 50.00% | 100.00% | 75.00% | 100.00% | 0.00% | |
| **Additional MSCS Reduction** | $ 9,906,961.98 | $ - | $ 9,906,961.98 | $ - | $ 39,627,847.92 | = (1 - [N]) * [K] |
| Total MSCS Reduction | $ 29,720,885.94 | $ 19,813,923.96 | $ 9,906,961.98 | $ - | $ 39,627,847.92 | [O] = [J] + (1 - [N]) * [K] |
| Allowed MSCS Claim | $ 9,906,961.98 | $ 19,813,923.96 | $ 29,720,885.94 | $ 39,627,847.92 | $ - | [P] = [H] - [O] |
| Final Allowed Senior Noteholder Claims | $ 1,283,074,949.49 | $ 1,292,981,911.47 | $ 1,302,888,873.45 | $ 1,312,795,835.43 | $ 1,273,167,987.51 | [Q] = [G] - [O] |
| Final DBTCA Noteholder Claim | $ 1,018,349,158.10 | $ 1,028,256,120.08 | $ 1,038,163,082.06 | $ 1,048,070,044.04 | $ 1,008,442,196.12 | [R] = [A] - [O] |
| **MSCS Escrow Distribution** | | | | | | |
| Remaining Reserve - Lit Trust Interests (%) | 1.55% | 1.55% | 3.06% | 3.06% | 3.06% | |
| x % of Remaining MSCS Claim Allowed | 50.00% | 100.00% | 75.00% | 100.00% | 0.00% | [N] |
| MSCS Escrow Distribution - Litigation Trust Interests (%) | 0.78% | 1.55% | 2.30% | 3.06% | 0.00% | |
| **Final Law Debenture Escrow Distribution** | | | | | | |
| (Reserved Distribution - Litigation Trust Interests (%) | 3.06% | 3.06% | 3.06% | 3.06% | 3.06% | |
| x % of MSCS Setoff Valid / Claim Disallowed | 75.00% | 50.00% | 25.00% | 0.00% | 100.00% | |
| x Final Law Debenture Percentage) | 19.46% | 19.31% | 19.16% | 19.02% | 19.61% | |
| less: Initial Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.30% | 0.30% | 0.00% | 0.00% | 0.00% | |
| Final Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.15% | 0.00% | 0.15% | 0.00% | 0.60% | |
| **Final DBTCA Escrow Distribution** | | | | | | |
| Remaining Reserve - Litigation Trust Interests (%) | 1.55% | 1.55% | 3.06% | 3.06% | 3.06% | |
| less: MSCS Escrow Distribution - Litigation Trust Interests (%) | 0.78% | 1.55% | 2.30% | 3.06% | 0.00% | |
| less: Final Law Debenture Escrow Distribution - Litigation Trust Interests (%) | 0.15% | 0.00% | 0.15% | 0.00% | 0.60% | = [J] + (1 - [I]) * (1 - [N]) |
| Final DBTCA Escrow Distribution - Litigation Trust Interests (%) | 0.63% | 0.00% | 0.62% | 0.00% | 2.46% | = [F] / [Q] |
| *x MSCS Share of Final DBTCA Noteholder Claims* | *0.97%* | *1.93%* | *2.86%* | *3.78%* | *0.00%* | |
| MSCS Pro Rata Share for Allowed Claim - Litigation Trust Interests (%) | 0.01% | 0.00% | 0.02% | 0.00% | 0.00% | = [P] / [R] |
| **Summary - Total Stipulation Litigation Trust Interest Distributions** | | | | | | |
| MSCS (1) | 0.78% | 1.55% | 2.31% | 3.06% | 0.00% | |
| Law Debenture (2) | 0.45% | 0.30% | 0.15% | 0.00% | 0.60% | |
| DBTCA (3) | 1.83% | 1.21% | 0.60% | 0.00% | 2.46% | |
| Total Stipulation Litigation Trust Interest Distributions | 3.06% | 3.06% | 3.06% | 3.06% | 3.06% | |

(1) MSCS Escrow Distribution plus MSCS Pro Rata Share for Allowed Claim
(2) Initial Law Debenture Escrow Distribution plus Final Law Debenture Escrow Distribution
(3) Initial DBTCA Escrow Distribution plus Final DBTCA Escrow Distribution less MSCS Pro Rata Share for Disputed Claim less MSCS Pro Rata Share for Allowed Claim

Note: Line items in bold are defined terms in the Stipulation
Note: Model assumes that (1) Indenture Trustee fees are paid in full by exercising charging liens against cash distributions and (2) Litigation Trust Interests distributed to Indenture Trustees for fee claims are distributed to each Indenture Trustee's Senior Noteholders