# EXHIBIT A

**Tribune Co.** 
Time Log

Moelis & Company
**Summary of Hours Worked**
**October 1, 2012 - October 31, 2012**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 5.0 |
| Jason Warsavsky | Associate | 6.0 |
| Aashish Shah | Analyst | 16.0 |
| | **Total Moelis Team Hours** | **27.0** |

**Tribune Co.**
Time Log - October 2012

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 5.0 |
| Jason Warsavsky | Associate | 6.0 |
| Aashish Shah | Analyst | 16.0 |
| **Total** | | **27.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 10/2/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 10/2/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 10/3/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 10/4/2012 | 0.5 | Conducting Calls |
| Jason Warsavsky | 10/9/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 10/9/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 10/10/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 10/11/2012 | 0.5 | Conducting Calls |
| Jason Warsavsky | 10/16/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 10/16/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 10/17/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 10/18/2012 | 0.5 | Conducting Calls |
| Zul Jamal | 10/18/2012 | 1.0 | Tribune September Results Update Call |
| Jason Warsavsky | 10/18/2012 | 1.0 | Tribune September Results Update Call |
| Aashish Shah | 10/18/2012 | 1.0 | Tribune September Results Update Call |
| Jason Warsavsky | 10/23/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 10/23/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 10/24/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 10/25/2012 | 0.5 | Conducting Calls |
| Jason Warsavsky | 10/30/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 10/30/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| | **Total** | **27.0** | |