# Exhibit A

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 29, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286589
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2012.

| | |
|---|---:|
| By Graeme W. Bush<br>0.20  hours at  $875.00  per hour | $ 175.00 |
| By James Sottile<br>30.70  hours at  $790.00  per hour | $ 24,253.00 |
| By Andrew N. Goldfarb<br>57.00  hours at  $640.00  per hour | $ 36,480.00 |
| By P. Andrew Torrez<br>2.50  hours at  $610.00  per hour | $ 1,525.00 |
| By Kimberly Gainey<br>2.60  hours at  $315.00  per hour | $ 819.00 |
| By Sepaass Shahidi<br>13.20  hours at  $290.00  per hour | $ 3,828.00 |
| By Lisa Gehlbach<br>5.00  hours at  $280.00  per hour | $ 1,400.00 |
| By Ashley C. Voss<br>14.70  hours at  $225.00  per hour | $ 3,307.50 |

BALTIMORE          NEW YORK               TAMPA          WASHINGTON, DC

| | | |
|---|---|---|
| TOTAL FEES | $ | 71,787.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 71,787.50 |

DESCRIPTION OF SERVICES                                    CLIENT: 12464
                                                           MATTER: 0001

James Sottile

| Date | Hours | Description |
|---|---|---|
| 10/01/12 | 0.40 | Review edits to opposition to Aurelius appeal and e-mail to DCL counsel with comments re same. |
| 10/01/12 | 0.50 | Review and edit draft Morgan Stanley stipulation. |
| 10/01/12 | 0.50 | Analyze several requests for dismissal of shareholder defendants and review underlying documents. |
| 10/01/12 | 0.70 | Final review of opposition to Aurelius appeal. |
| 10/01/12 | 0.80 | Analysis of steps to be taken in connection with Litigation Trust on Plan Effective Date. |
| 10/02/12 | 0.20 | Call with J. Bendernagel (Sidley) re settlement offer to MDL shareholder defendants. |
| 10/03/12 | 1.20 | Review Navigant documents for Litigation Trust production. |
| 10/04/12 | 1.70 | Continued review of privileged documents for production to Litigation Trustee. |
| 10/05/12 | 0.50 | Analyze claims by shareholder defendants that they should be dismissed from MDL proceeding. |
| 10/09/12 | 0.40 | Work on stipulation re Morgan Stanley distribution. |
| 10/10/12 | 1.50 | Review Rule 11 letter and draft motion from McCormick Foundation counsel. |
| 10/11/12 | 0.80 | Further review/analysis of draft Rule 11 motion by McCormick Foundation and strategy for response. |
| 10/11/12 | 0.30 | Call with D. Rath and R. Cobb (Landis Rath) and A. Goldfarb re strategy for response to McCormick Foundation draft Rule 11 motion. |
| 10/11/12 | 1.00 | Analyze requests for dismissal by several shareholder suit defendants and supporting documentation. |
| 10/11/12 | 0.40 | Analyze remaining Step Two Disgorgement defendants. |
| 10/11/12 | 0.70 | Review documents to be shared with Litigation Trust. |
| 10/12/12 | 0.30 | Review and comment on draft agreement for dismissal of conduit defendants in Fitzsimons. |
| 10/12/12 | 0.60 | Review requests for dismissal from shareholder defendants and supporting documentation. |

| 10/12/12 | 1.70 | Review of documents and emails to go to Litigation Trustee. |
| 10/15/12 | 0.50 | Call with A. Goldfarb and Landis Rath lawyers re issues on defendants to add and remove in Fourth Amended Complaint. |
| 10/15/12 | 0.60 | Review and edit motion modifying protective order and confidentiality agreements for benefit of Litigation Trustee. |
| 10/16/12 | 0.40 | Edit response to Rule 11 letter from McCormick Foundation. |
| 10/16/12 | 0.60 | Further analysis of issues re Morgan Stanley distributions and potential solutions. |
| 10/17/12 | 0.40 | Call with K. Stickles and N. Pernick (Cole Schotz) and Alvarez & Marsal re Morgan Stanley stipulation issues. |
| 10/17/12 | 0.10 | Edit posting note for Committee re Foundations' Rule 11 letter. |
| 10/17/12 | 0.20 | Call with B. Bennett (Jones Day) re issues on appeal briefing from confirmation order. |
| 10/17/12 | 0.20 | Call with P. Dublin (Akin) re Morgan Stanley stipulation issues. |
| 10/17/12 | 0.80 | Review appeal briefs from confirmation order. |
| 10/18/12 | 0.20 | Call with J. Bendernagel (Sidley) re issues on Morgan Stanley stipulation. |
| 10/19/12 | 0.20 | Call with K. Lantry (Sidley) re issues on Morgan Stanley stipulation. |
| 10/19/12 | 0.20 | Finalize and send response to Foundations' Rule 11 letter. |
| 10/23/12 | 0.70 | Call with J. Bendernagel and K. Lantry (Sidley) and K. Stickles (Cole Schotz) re Morgan Stanley stipulation issues. |
| 10/23/12 | 0.20 | Call with J. Bendernagel (Sidley) re MDL litigation issues. |
| 10/23/12 | 0.20 | Call with D. Deutsch (Chadbourne) re preference/ordinary litigation claims. |
| 10/23/12 | 0.30 | Review/analyze correspondence from shareholder defendant counsel requesting dismissal of claims. |
| 10/23/12 | 0.50 | Review/analyze Plan provisions re Morgan Stanley claims. |
| 10/23/12 | 0.70 | Analyze issues re preference/ordinary litigation claims and review relevant Plan provisions. |
| 10/24/12 | 1.50 | Participate in conference call with counsel for parties to draft Morgan Stanley stipulation re issues on stipulation. |
| 10/24/12 | 0.40 | Review/analyze revised drafts of Morgan Stanley stipulation. |

| 10/24/12 | 0.40 | Review additional requests for dismissal of shareholder defendants. |
| 10/24/12 | 0.20 | Call with M. Kirschner re documents to be turned over to Litigation Trustee. |
| 10/24/12 | 0.20 | Call with K. Lantry (Sidley) re issues on Morgan Stanley stipulation. |
| 10/24/12 | 0.80 | Review Third Amended Complaint for changes needed in Fourth Amended Complaint. |
| 10/24/12 | 0.60 | Review e-mails for production to Litigation Trustee. |
| 10/25/12 | 1.50 | Review tolling agreements for preference claims and analyze which preference claims are ordinary litigation claims that revert to the Debtors. |
| 10/26/12 | 1.00 | Conference call with counsel for parties to Morgan Stanley stipulation re outstanding issues on stipulation. |
| 10/26/12 | 0.30 | Calls with K. Lantry (Sidley) re issues on Morgan Stanley stipulation. |
| 10/29/12 | 0.60 | Edit draft settlement agreement for MDL shareholder defendants. |
| 10/31/12 | 0.30 | Review revised draft of Morgan Stanley stipulation. |
| 10/31/12 | 0.10 | Note to R. Paul (counsel for union Committee member) re question on dismissal of shareholders receiving less than $50,000. |
| 10/31/12 | 0.50 | Draft/edit outline of argument re Omnicare $40 million payment. |
| 10/31/12 | 1.10 | Review draft Fourth Amended Complaint. |

## P. Andrew Torrez

| 10/02/12 | 1.00 | Review DCL Plan Proponents' Consolidated Answering Brief on Appeals. |
| 10/11/12 | 0.20 | Review of analysis of litigation strategy. |
| 10/17/12 | 0.50 | Review of Aurelius reply brief. |
| 10/19/12 | 0.80 | Review of McCormick and Cantigny Foundations' Rule 11 letter and draft Committee response. |

## Andrew N. Goldfarb

| 10/01/12 | 0.10 | Call with J. Goldsmith (Akin) re status of SuttonBrook defendant in MDL. |

| 10/01/12 | 0.10 | Email with J. Green (LRC) re status of SuttonBrook and Akin position. |
| 10/01/12 | 0.20 | Call with J. Green (LRC) re approach to service on FitzSimons defendants. |
| 10/01/12 | 0.40 | Draft posting note to Committee re settlement offer to FitzSimons shareholder defendants. |
| 10/01/12 | 0.20 | Review and revise call script for MDL settlement administrator. |
| 10/01/12 | 0.20 | Emails to MDL plaintiffs re suggested changes to settlement administrator call script. |
| 10/01/12 | 0.20 | Review emails from MDL plaintiffs re settlement administrator call script. |
| 10/01/12 | 0.20 | Emails with B. Lack (Friedman Kaplan) and others re comments to settlement offer call script. |
| 10/01/12 | 0.20 | Revise supplemental service address sheet after analysis of parties. |
| 10/01/12 | 1.00 | Second tier review of materials marked for transfer to Litigation Trustee. |
| 10/02/12 | 0.20 | Call with J. Green (LRC) re service of settlement offer on shareholder defendants and Committee corporate disclosure. |
| 10/02/12 | 0.30 | Research Committee's corporate disclosure issue in MDL. |
| 10/02/12 | 0.10 | Review agenda for 10/4 hearing. |
| 10/02/12 | 0.10 | Email J. Sottile and LRC re Committee issues for 10/4 hearing. |
| 10/02/12 | 0.40 | Review Bigelow motion and related papers and send email to J. Sottile re same. |
| 10/02/12 | 0.10 | Review D. Zensky (Akin) comments on draft supplemental motion re access of Litigation Trustee to documents. |
| 10/02/12 | 0.10 | Call with E. Virga (Milbank) re State Street Bank upcoming supplemental production. |
| 10/02/12 | 0.10 | Call with D. Plon (Unisys counsel) re status of lender action and FitzSimons. |
| 10/02/12 | 0.20 | Call with M. McGuire (LRC) re supplemental motion to modify depository and protective orders. |
| 10/02/12 | 0.30 | Email to M. McGuire, D.Rath, R. Cobb (LRC) and J. Sottile re supplemental motion to modify depository order and protective orders for Litigation Trustee agreement. |

| | | |
|---|---|---|
| 10/03/12 | 0.10 | Response to M. McGuire (LRC) email re scope of supplemental motion on depository and protective order modification, including review of protective order. |
| 10/03/12 | 0.10 | Respond to call from R. Wasserman (Venable) re FitzSimons defendant. |
| 10/04/12 | 0.30 | Call with R. Wasserman (Venable) re FitzSimons defendant status. |
| 10/04/12 | 0.20 | Emails with B. Chosvlosky (counsel to FitzSimons defendants) about status of case and Committee threshold. |
| 10/04/12 | 0.30 | Revise and re-send Abbott Labs voluntary dismissal notice to judgment clerk of SDNY. |
| 10/05/12 | 0.20 | Email D. Rath (LRC) and J. Sottile re response to J. Sottile's email re follow-up on FitzSimons defendant (SIPCA). |
| 10/05/12 | 0.20 | Respond to J. Sottile email query re need for response to letter to Zensky. |
| 10/05/12 | 2.00 | Research and respond to multiple email queries from individual FitzSimons defendants/counsel re status of litigation, LBO proceeds, settlement offer. |
| 10/05/12 | 0.30 | Conference call and email with A. Guttler (CentraState counsel) re status in FitzSimons. |
| 10/05/12 | 0.20 | Email J. Green (LRC) re CentraState status and service in FitzSimons. |
| 10/07/12 | 3.00 | Perform second level review of documents marked for transfer to Litigation Trustee. |
| 10/08/12 | 0.30 | Analyze Noteholder and Committee databases for information about Mary and William Brown per G. MacDonald's (Teitelbaum) request. |
| 10/08/12 | 0.10 | Email J. Green (LRC) re status of W. Brown in FitzSimons. |
| 10/08/12 | 1.00 | Review A. Caridas's emails for secondary review for transfer of materials to Litigation Trustee. |
| 10/08/12 | 0.20 | Email to A. Voss re next steps in document transfer review project. |
| 10/08/12 | 0.20 | Review 9/26 version of Committee defendant spreadsheet in FitzSimons. |
| 10/08/12 | 0.10 | Respond to email from counsel for E-Trade parties in FitzSimons re service recipient. |

| | | |
|---|---|---|
| 10/08/12 | 0.10 | Emails re access to Alix Partners' documents for Litigation Trustee review project. |
| 10/08/12 | 0.20 | Review and send list of FitzSimons served defendants to J. Bendernagel (Sidley). |
| 10/09/12 | 0.10 | Call and email with S. Gordon re FitzSimons complaint and service. |
| 10/10/12 | 0.10 | Respond to call from Dickstein Shapiro about FitzSimons settlement offer. |
| 10/11/12 | 0.10 | Respond to B. Whittman (A&M) request for certain information about served FitzSimons defendants. |
| 10/11/12 | 0.30 | Call with D. Rath, R. Cobb (LRC) and J. Sottile re Foundations' Rule 11 letter and amendment to FitzSimons complaint. |
| 10/11/12 | 0.10 | Review and answer email response from C. Heune, counsel to VLI and Rabo Capital, re status in FitzSimons. |
| 10/11/12 | 0.20 | Emails with J. Sottile re individual FitzSimons defendants. |
| 10/12/12 | 1.60 | Response to multiple J. Sottile emails re status of various FitzSimons issues. |
| 10/12/12 | 0.50 | Prepare notices of dismissal and stipulation re Galleon entities in FitzSimons. |
| 10/12/12 | 0.20 | Emails with T. Gilroy (Shearman) re Galleon entities dismissal without prejudice in FitzSimons. |
| 10/12/12 | 0.40 | Emails with J. Green (LRC) re follow-up on FitzSimons defendants' status, service, and dismissals. |
| 10/12/12 | 0.20 | Email Ross Reeves, FitzSimons pro se defendant, re motion to dismiss. |
| 10/12/12 | 0.40 | Review FitzSimons and Noteholder defendant lists. |
| 10/12/12 | 0.10 | Review notice of dismissal entered by J. Pauley for Abbott Labs Annuity Retirement Trust. |
| 10/12/12 | 0.20 | Calls to C. Killfoyle, M. Odagoney (counsel for different FitzSimons defendants ) re status of parties in FitzSimons. |
| 10/12/12 | 0.20 | Email to D. Zensky (Akin) re scope of settlement offer to MDL shareholder defendants. |
| 10/12/12 | 0.10 | Email to J. Sottile re scope of settlement offer to MDL shareholder defendants. |
| 10/12/12 | 0.20 | Review FitzSimons complaint and settlement offer document. |

| | | |
|---|---|---|
| 10/12/12 | 0.30 | Email responses to C. Rogers (counsel for Harmony Investments) re status in FitzSimons. |
| 10/12/12 | 0.30 | Emails to R. Lack (Friedman Kaplan) re status of Tribune retirement plans in LBO litigation. |
| 10/12/12 | 0.30 | Call with B. Beaird, FitzSimons defendant, re case status. |
| 10/15/12 | 0.50 | Review and revise draft letter response to Foundations' Rule 11 letter. |
| 10/15/12 | 2.70 | Review and revise draft supplemental motion to modify depository order. |
| 10/15/12 | 0.20 | Emails to J. Sottile re draft supplemental motion to modify depository order. |
| 10/15/12 | 0.50 | Call with D. Rath, R. Cobb, J. Green, R. Butcher (LRC) and J. Sottile re amendments to FitzSimons complaint. |
| 10/15/12 | 0.10 | Emails with R. Butcher re J. Harris, FitzSimons defendant. |
| 10/15/12 | 0.20 | Prepare for call with LRC and J. Sottile re FitzSimons amended complaint. |
| 10/15/12 | 0.20 | Emails to M. McGuire (LRC) re draft motion to modify depository order and protective order. |
| 10/16/12 | 0.20 | Review revised drafts of letter response to Foundations' Rule 11 letter. |
| 10/16/12 | 0.30 | Revise draft letter response to Foundations' Rule 11 letter. |
| 10/16/12 | 0.30 | Call with J. Green (LRC) re list of FitzSimons defendants and notice of voluntary dismissal of defendant. |
| 10/16/12 | 1.50 | Revise supplemental motion to modify depository and protective orders. |
| 10/16/12 | 0.10 | Email draft motion to LRC and J. Sottile. |
| 10/16/12 | 0.20 | Review and redline proposed changed stipulation for K&L Gates clients in FitzSimons. |
| 10/16/12 | 0.10 | Email J. Green (LRC) re K&L Gates stipulation. |
| 10/16/12 | 0.10 | Send revised draft of response letter to Foundations' Rule 11 demand to Chadbourne. |
| 10/17/12 | 0.30 | Revise draft posting note for Committee re Foundations' Rule 11 demand. |
| 10/17/12 | 1.50 | Review Chadbourne documents in the Litigation Trustee transfer document set. |

| 10/17/12 | 0.10 | Email A. Voss re preparing disk to send to Chadbourne with Litigation Trustee transfer materials. |
| 10/17/12 | 0.10 | Emails with J. Sottile re transfer of depository materials to Litigation Trustee. |
| 10/17/12 | 0.10 | Email to K. Zafran (C&P) re document format for Litigation Trustee transfer set. |
| 10/18/12 | 0.10 | Emails with J. Green (LRC) re FitzSimons defendants potential dismissal without prejudice. |
| 10/18/12 | 0.10 | Respond to M. McGuire (LRC) email re strategy on supplemental depository order modification order. |
| 10/18/12 | 0.20 | Respond to J. Schmitz (A&M) request for information about FitzSimons defendants. |
| 10/19/12 | 0.40 | Respond to M. Miller (DPW) re proceeds information received by several JPM defendant parties in FitzSimons. |
| 10/19/12 | 0.10 | Email J. Drobish (LRC) re correction to JPM name in FitzSimons defendant database. |
| 10/19/12 | 0.30 | Call with J. Green (LRC) re Tribune service and dismissal projects. |
| 10/19/12 | 0.20 | Emails with K. Zafran (Chadbourne) re Litigation Trustee documents transfer project. |
| 10/21/12 | 0.10 | Email to M. Rule (Alix) re Litigation Trustee transfer review project. |
| 10/21/12 | 0.30 | Respond to C. Heune (M&W) email re VLI and Robo Capital defendants in FitzSimons. |
| 10/22/12 | 0.50 | Call with E. Virga (Milbank) re BNP Paribas, US Bancorp, and Fidelity parties in FitzSimons. |
| 10/22/12 | 0.40 | Prepare for call with E. Virga (Milbank). |
| 10/22/12 | 0.30 | Call with C. Huene (M&W) re VLI status in FitzSimons. |
| 10/22/12 | 0.30 | Call with J. Green (LRC) re various FitzSimons defendants status. |
| 10/22/12 | 0.30 | Review revised VLI draft stipulation from C. Huene (M&W). |
| 10/22/12 | 0.30 | Call and email with J. Hong, counsel for Carlyle parties in FitzSimons. |
| 10/22/12 | 0.20 | Research Carlyle parties' LBO proceeds amounts in FitzSimons. |

| 10/22/12 | 0.50 | Organize review of Alix Partners documents marked for transfer to Litigation Trustee. |
| 10/22/12 | 0.20 | Email J. Sottile and LRC re VLI proposed stipulation for FitzSimons. |
| 10/22/12 | 0.70 | Review and respond to E. Virga (Milbank) draft affidavits for Geode Capital and FMR for FitzSimons dismissal. |
| 10/22/12 | 0.20 | Email LRC and J. Sottile re C. Heune response on Rabo Capital status in FitzSimons. |
| 10/22/12 | 0.30 | Research and email J. Green (LRC) re status of BNP parties in FitzSimons. |
| 10/22/12 | 0.20 | Email J. Drobish (LRC) re Carlyle entities' proceeds amounts in FitzSimons. |
| 10/22/12 | 0.20 | Review results of Alix document review for Litigation Trustee transfer from Zuckerman reviewers. |
| 10/23/12 | 0.50 | Review and revise stipulation with VLI re dismissal in FitzSimons. |
| 10/23/12 | 0.40 | Emails with C. Huene (M&W) re VLI status in FitzSimons. |
| 10/23/12 | 0.30 | Emails with J. Goldsmith (Akin) re VLI stipulation. |
| 10/23/12 | 0.20 | Call with J. Padilla (counsel to FitzSimons defendant) about complaint amendment. |
| 10/23/12 | 0.20 | Call with J. Green (LRC) re VLI and G. Moss re dismissals in FitzSimons. |
| 10/23/12 | 0.10 | Revise draft letter to J. Pauley re G. Moss dismissal notice in FitzSimons. |
| 10/23/12 | 0.20 | Email to J. Sottile re status of Tribune projects. |
| 10/23/12 | 0.20 | Email to C. Doniak (Akin) re G. Moss status and LBO proceeds in FitzSimons. |
| 10/24/12 | 0.30 | Call with D. Savage (counsel for FitzSimons defendants) re status in case, including prep for same. |
| 10/24/12 | 1.80 | Research and address status of US Bancorp Trust and party issues. |
| 10/24/12 | 0.40 | Review Akin proposed edits to supplemental motion. |
| 10/24/12 | 0.20 | Email R. Cobb, D. Rath, M. McGuire (LRC) and J. Sottile re reactions to Akin edits. |
| 10/24/12 | 0.20 | Call with K. Zafran (C&P) re Relativity database. |

| | | |
|---|---|---|
| 10/24/12 | 0.10 | Call with J. Sottile re call with Litigation Trustee re Relativity. |
| 10/24/12 | 0.30 | Respond to Ira Levee (counsel for FitzSimons defendants) re LBO proceeds amounts. |
| 10/24/12 | 0.10 | Respond to email from J. Green (LRC) re Galleon entities' status in FitzSimons. |
| 10/24/12 | 0.20 | Email to J. Green (LRC) re status of Fourth Amended FitzSimons Complaint. |
| 10/24/12 | 0.40 | Prepare revised draft stipulation of dismissal for certain US Bancorp accounts in FitzSimons. |
| 10/24/12 | 0.20 | Research and email J. Green (LRC) re Credit Suisse (Guernsey) entity. |
| 10/24/12 | 0.10 | Email Akin and LRC re comments on draft supplemental motion re Litigation Trustee transfer agreement. |
| 10/25/12 | 0.30 | Call with D. Newman (Akin) re Sottile re supplemental motion re Litigation Trust Agreement. |
| 10/25/12 | 0.30 | Emails with D. Rath and R. Cobb (LRC) and J. Sottile re supplemental motion re Litigation Trust Agreement. |
| 10/25/12 | 0.10 | Review T. Gilroy (Shearman) proposed changes to dismissal stipulation for Galleon entities in FitzSimons. |
| 10/25/12 | 1.20 | Revise draft supplemental motion per Akin comments and call with D. Newman (Akin). |
| 10/25/12 | 0.10 | Confer with J. Sottile re supplemental motion comments. |
| 10/25/12 | 0.30 | Call with L. Moloney and K. Zafran (C&P) and CDS re Relativity database in connection with transfer to Litigation Trustee. |
| 10/25/12 | 1.40 | Review Alix Partners documents for transfer to Litigation Trustee. |
| 10/25/12 | 0.20 | Email to K. Zafran (C&P) re Alix documents for Litigation Trustee transfer. |
| 10/25/12 | 0.10 | Respond to J. Sottile inquiry re preference action tolling agreements revision schedule. |
| 10/25/12 | 0.20 | Research and respond to J. Sottile inquiry re the Tribune defined benefit plan status in FitzSimons. |
| 10/25/12 | 0.20 | Respond to A. Shandell (Gannett) re status of McCorkindale party in FitzSimons. |

| 10/25/12 | 0.30 | Research and prepare draft stipulation of voluntary dismissal for Mizuho Bank Ltd. |
| 10/25/12 | 0.10 | Email J. Green (LRC) re status and correct name of Mizuho Bank party in FitzSimons. |
| 10/25/12 | 0.40 | Review various spreadsheets of defendant parties in Tribune re current status. |
| 10/26/12 | 0.30 | Call with T. Gilroy (Shearman) re Galleon entities about proposed changes to FitzSimons stipulation. |
| 10/26/12 | 0.20 | Respond to A. Shandell (Gannett) query re status of T. McCorkindale in FitzSimons. |
| 10/26/12 | 0.80 | Review and edit draft template settlement agreement from Akin. |
| 10/26/12 | 0.20 | Call with C. Scheuder, FitzSimons defendant, re her status in case. |
| 10/26/12 | 0.20 | Call with R. Bloom, counsel for LA County, re their status as defendant in FitzSimons. |
| 10/26/12 | 0.30 | Review SuttonBrook materials re Tribune-related trading. |
| 10/26/12 | 0.20 | Emails with J. Green (LRC) re SuttonBrook status in FitzSimons. |
| 10/26/12 | 0.10 | Email B. Lack (Friedman Kaplan) re status of Tribune Defined Contribution retirement plan in FitzSimons. |
| 10/26/12 | 0.10 | Email J. Green (LRC) re Drawbridge status as FitzSimons defendant and LBO proceeds. |
| 10/26/12 | 0.30 | Call with C. Primis (Kirkland) re BASF parties' status in FitzSimons, including review documents to prepare for same. |
| 10/26/12 | 0.40 | Review old FitzSimons defendant questions needing follow-up. |
| 10/26/12 | 0.20 | Respond to request for Zuckerman Spader fee and expense estimates through the effective date from Alvarez & Marsal. |
| 10/26/12 | 0.30 | Review C&P documents marked for transfer to Litigation Trustee, including confer with S. Shahidi re same. |
| 10/26/12 | 0.20 | Call with J. Green (LRC) re spreadsheets to share with Noteholders' counsel. |
| 10/29/12 | 0.20 | Review R. Lack (Friedman Kaplan) email re potential FitzSimons defendants marked for dismissal. |
| 10/29/12 | 1.00 | Research entries on R. Lack (Friedman Kaplan) and draft long email to J. Green and R. Butcher (LRC) re same. |

| 10/31/12 | 1.00 | Finalize, execute, and file stipulations and notices of dismissal without prejudice for Geode Capital and FMR LLC. |
|---|---|---|
| 10/31/12 | 0.20 | Emails with E. Virga (Milbank) re stipulations and notices of dismissal for Geode Capital and FMR LLC. |
| 10/31/12 | 1.00 | Email to J. Green (LRC) summarizing research re Fidelity defendants' status in FitzSimons. |
| 10/31/12 | 0.30 | Revise draft 4th Amended complaint in FitzSimons, including email to LRC and J. Sottile re same. |
| 10/31/12 | 0.20 | Emails with J. Green (LRC) re 4th amended complaint. |
| 10/31/12 | 0.20 | Emails with L. Gehlbach re assignment reviewing potential dismissal parties in FitzSimons produced by US Bank. |
| 10/31/12 | 0.70 | Review and research results from L. Gehlbach research. |
| 10/31/12 | 0.30 | Email J. Green (LRC) re parties related to US Bank re sub-50K dismissals in FitzSimons. |
| 10/31/12 | 0.20 | Email E. Virga (Milbank) re US Bank parties allegedly under 50k in LBO proceeds in FitzSimons. |
| 10/31/12 | 0.10 | Email D. Newman (Akin) re supplemental motion to modify depository order and protective order. |
| 10/31/12 | 0.60 | Email J. Green (LRC) re to-do items to prepare Fourth Amended Complaint for filing. |
| 10/31/12 | 0.20 | Review and send E. Virga (Milbank) draft stipulation for US Bancorp accounts, prepare notice of dismissal from FitzSimons for same. |

**Graeme W. Bush**

| 10/12/12 | 0.20 | Review communications regarding FCC approval. |
|---|---|---|

**Kimberly Gainey**

| 10/22/12 | 2.60 | Document review for transfer of material to Litigation trustee. |
|---|---|---|

**Sepaass Shahidi**

| 10/02/12 | 3.20 | Document review for the transfer of material to the Litigation Trustee. |
|---|---|---|
| 10/22/12 | 3.30 | Document review for the transfer of material to the Litigation Trustee. |
| 10/24/12 | 2.90 | Document review for the transfer of material to the Litigation Trustee. |

| 10/26/12 | 2.50 | Document review for the transfer of material to the Litigation Trustee. |
| 10/27/12 | 1.30 | Document review for the transfer of material to the Litigation Trustee. |

**Ashley C. Voss**

| 10/10/12 | 2.00 | Consolidate documents for upcoming Litigation Trust transfer production. |
| 10/10/12 | 0.70 | Modify and append concordance document database for attorney online review. |
| 10/11/12 | 2.40 | Consolidate documents for upcoming Litigation Trust transfer production. |
| 10/11/12 | 0.80 | Modify and append concordance document database for attorney online review. |
| 10/12/12 | 1.90 | Consolidate documents for upcoming Litigation Trust transfer production. |
| 10/12/12 | 1.00 | Modify and append concordance document database for attorney online review. |
| 10/17/12 | 2.70 | Prepare documents for transfer to Chadbourne. |
| 10/17/12 | 0.10 | Discuss same with A. Goldfarb. |
| 10/18/12 | 2.00 | Prepare documents for transfer to Chadbourne. |
| 10/18/12 | 1.10 | Modify and append concordance document database for attorney online review. |

**Lisa Gehlbach**

| 10/03/12 | 3.00 | Document review for transfer of documents to Litigation Trustee. |
| 10/31/12 | 2.00 | Review and compare defendant lists in FitzSimons to prepare for Fourth Amended Complaint. |


ZUCKERMAN SPAEDER LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

November 29, 2012

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286590
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through October 31, 2012.

By Andrew N. Goldfarb
   6.80  hours at  $640.00  per hour                                    $     4,352.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 4,352.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 4,352.00 |

November 29, 2012                                                                                              Page 3

DESCRIPTION OF SERVICES                                                         CLIENT: 12464
                                                                                                   MATTER: 0002


Andrew N. Goldfarb

| 10/01/12 | 0.20 | Review Fee Examiner's final report on ZS 8th interim report and confirm that proposed fee order matches recommended amounts. |
| 10/05/12 | 0.30 | Respond to request from Alvarez re anticipated future fees. |
| 10/11/12 | 0.60 | Begin drafting response to Fee Examiner's preliminary response on Zuckerman 9th interim fee application. |
| 10/13/12 | 0.80 | Draft and revise 12th interim fee application. |
| 10/13/12 | 2.90 | Draft and revise response to Fee Examiner's preliminary report on 9th interim fee application. |
| 10/15/12 | 0.30 | Revise, finalize, and send response to preliminary report of Fee Examiner on 9th interim fee application. |
| 10/15/12 | 0.30 | Revise, finalize, and send for filing Zuckerman's 12th interim fee application. |
| 10/21/12 | 0.10 | Email to M. McGuire (LRC) re status of ZS 6th and 7th interim fee applications. |
| 10/23/12 | 0.20 | Email to V. Garlati (Tribune) re filing of CNOs and eligibility for payment. |
| 10/24/12 | 0.30 | Review timesheets for ZS monthly fee application for compliance with local rules. |
| 10/25/12 | 0.20 | Emails with LRC re status of 6th and 7th interim fee supplemental applications. |
| 10/25/12 | 0.20 | Email and call with K. Stickles (Cole Schotz) re ZS supplemental interim fee applications. |
| 10/28/12 | 0.40 | Review timesheets for September 2012 fee application for compliance with local rules. |