# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 10/1/12 - 10/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| MEAL | $ 10.95 | 7/12/2012 | |
| Total | $ 10.95 | | $ 10.95 |
| OUTSIDE SERVICES | | | |
| DTI Skyline | $ 88.55 | 10/10/2012 | |
| Total | $ 88.55 | | $ 88.55 |
| CD/DVD CREATION | $ 40.00 | 10/31/2012 | |
| Total | $ 40.00 | | $ 40.00 |
| LOCAL TRANSPORTATION | $ 29.00 | 7/12/2012 | |
| Total | $ 29.00 | | $ 29.00 |
| POSTAGE | $ 0.45 | | |
| Total | $ 0.45 | | $ 0.45 |
| TELEPHONE CONFERENCING | | | |
| Soundpath | $ 9.21 | 10/25/2012 | |
| Total | $ 9.21 | | $ 9.21 |
| GRAND TOTAL | | | $ 178.16 |