

# STATE OF CONNECTICUT
## DEPARTMENT OF REVENUE SERVICES

November 19, 2012

Tribune Company Claims Processing Center   CEBKPT
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue  3rd Floor
New York, NY  10017

Re:                               Star Community Publishing Group LLC
Bankruptcy Case Number:           08-13206 KJC  (Jointly Administered)
**Claim Number:**                 **4144**

Dear Clerk:

This office hereby respectfully **withdraws** its State of Connecticut **pre-petition proof-of-claim # 4144** filed on 06/09/09 in the amount of $675.00 against the above referenced debtor.

Sincerely,

*[signature]*

Bohdan S. Sowa
Revenue Agent III
Collection & Enforcement Division
Telephone:   (860) 297-5905
Fax:         (860) 297-5916