**Change of Address**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              )
                                                    )
Tribune Company, et al.                             )          Chapter 11
                                                    )
        Debtor                                      )          CASE no. 08-13141
                                                    )
                                                    )
_____ )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that BK SOUTH, LLC, a creditor in the cases of the above-captioned debtors
("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution
agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request
that services of any pleadings, notices, correspondences and distributions relating to such claim be sent to the New
Address set forth below, effective as of the date hereof.

**Former Address**
David Shaiken
BK SOUTH, LLC
C/O DAVID SHAIKEN LLC 45 HARTFORD TURNPIKE PO BOX 2421
VERNO, CT 06066


**New Address**
BK SOUTH, LLC
C/O Block & Kahan Properties, LLC
38 Trumbull Street
New Haven, CT 06510
203-562-4000
203-562-7000 fax


BK SOUTH, LLC

By: _____

Title: _MANAGING MEMBER_

Date: _11/27/2012_