**Change of Address**

## UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |  |
|---|---|---|
| In re.: | ) | |
| | ) | |
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that SCHUR PACKAGING SYSTEMS INC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Rick
SCHUR PACKAGING SYSTEMS INC
165 E COMMERCE DR STE 105
SCHAUMBURG, IL 60173


**New Address**
SCHUR PACKAGING SYSTEMS INC
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000


SCHUR PACKAGING SYSTEMS INC

By: _____

Title: _CHAIRMAN._____

Date: _Dec. 4, 2012._____