**EXHIBIT A**

**Blackline of Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | )<br>) Chapter 11<br>)<br>)<br>) Case No..08-13141 (KJC)<br>) Jointly Administered<br>)<br>) RE:  Docket No. _____<br>) |

**ORDER GRANTING MOTION OF TV GUIDE ONLINE, LLC
AND TV GUIDE ONLINE, INC. FOR RELIEF TO LIQUIDATE
PATENT INFRINGMENT CLAIMS IN THE DISTRICT COURT**

Upon the Motion (the "Motion")[1] dated November 19, 2012, of TV Guide Online, Inc.

and TV Guide Online, LLC (together, "TV Guide Online") pursuant to sections 105 and

362(d)(1) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 4001

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the

Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), for entry of an order lifting the automatic stay set forth in Bankruptcy Code section 362

and, to the extent necessary, to clarify the discharge injunction set forth in the *Fourth Amended*

*Joint Plan of Reorganization For Tribune Company and Its Subsidiaries Proposed by the*

*Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP.,*

*Angelo, Gordon & Co., LP., and JPMorgan Chase Bank NA.* (the "Confirmed Plan") [D.I.

12072] and the *Order Confirming Fourth Amended Joint Plan of Reorganization For Tribune*

*Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured*

*Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., LP., and JPMorgan*

---

[1] Capitalized terms not defined herein have the meaning afforded them in TV Guide Online's Motion for Relief to Liquidate Patent Infringement Claims in the District Court.

*Chase Bank NA.* (the "Confirmation Order") [D.I. 12074], to allow TV Guide Online to proceed

with liquidation of its claims against Debtor Tribune Media Services, Inc. ("TMS") for patent

infringement in the United States District Court for the District of Delaware (the "District

Court"), where such litigation is pending in the action styled *TV Guide Online, Inc. and TV*

*Guide Online, LLC v. Tribune Media Services, Inc.*, Case No. 05-725 (D. Del.) (Stark, J.) (the

"Patent Litigation"); and due and appropriate notice of the Motion and the relief requested

therein having been provided; and upon the record and arguments of counsel at any hearing held

on the Motion; and the Court having considered any objections to the relief sought by the

Motion; and after due deliberation and consideration and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.     The Motion is GRANTED in its entirety.

2.     The automatic stay set forth in section 362 of the Bankruptcy Code is hereby

lifted, and the discharge injunction set forth in the Confirmation Order and section 11.1.2 of the

Confirmed Plan is hereby clarified to the extent necessary, to permit TV Guide Online to proceed

with prosecution of, and nothing contained in the Confirmed Plan or the Confirmation Order

shall preclude TV Guide from, prosecuting the Patent Litigation to its final resolution, including

all proceedings in the District Court to and through final award and judgment, including any

amendment to the Complaint or any other proceeding necessary to allocate any judgment

between prepetition and postpetition infringement, and appeals in any appellate court with

jurisdiction, but excluding execution or enforcement of any monetary judgment obtained except

as provided for in the Confirmed Plan.

3.     In the event TV Guide Online obtains any final monetary judgment against TMS

on account of the Patent Litigation, including without limitation prejudgment interest, attorneys'

fees, double or treble damages, or any other amounts (a "Final Monetary Judgment"), (i) TV

Guide Online shall not seek to satisfy the Final Monetary Judgment from any property of the

estate of TMS except as provided for in the Confirmed Plan; (ii) Claim Nos. 3754 and 3755 filed

by TV Guide Online against TMS on account of the Patent Litigation (the "TMS General

Unsecured Claims") shall be allowed as Class 1E General Unsecured Claims (as such terms are

defined in the Confirmed Plan) in the amount of the Final Monetary Judgment against TMS

relating to prepetition patent infringement; and (iii) the Requests for Payment of Administrative

Expense Claims filed at D.I. 8425 and 8426 against TMS on account of the Patent Litigation (the

"TMS Administrative Expense Claims") shall be allowed as Administrative Expense Claims (as

such term is defined in the Confirmed Plan) for the amount of the Final Monetary Judgment

against TMS relating to postpetition patent infringement; *provided, however*, that the allowed

amount of the TMS General Unsecured Claims and TMS Administrative Expense claims shall in

no event exceed the amount of the Final Monetary Judgment against TMS.

4.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry, and the fourteen-day stay provided by Bankruptcy Rule 4001 (a)(3)

shall not apply.

5.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order. Dated: December ___,2012

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3