IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 12798** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 12798

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that on December 5, 2012, the Debtors and Debtors in Possession in the above-captioned cases filed the Debtors' Limited Objection to Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court [Docket No. 12798].

PLEASE TAKE FURTHER NOTICE that Docket Number 12798 is hereby withdrawn.

Dated: December 5, 2012

SIDLEY AUSTIN LLP
Kenneth P. Kansa
Dennis M. Twomey
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

/s/ *illegible signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-9066598v1