# EXHIBIT A

**Blackline of Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 )<br>) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) Jointly Administered ) |
| Debtors. | ) RE: Docket No. _____ ) |

### ORDER GRANTING MOTION OF TV GUIDE ONLINE, LLC AND TV GUIDE ONLINE, INC. FOR RELIEF TO LIQUIDATE PATENT INFRINGMENT CLAIMS IN THE DISTRICT COURT

Upon the Motion (the "Motion")[1] dated November 19, 2012, of TV Guide Online, Inc. and TV Guide Online, LLC (together, "TV Guide Online") pursuant to sections 105 and 362(d)(1) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order lifting the automatic stay set forth in Bankruptcy Code section 362 and, to the extent necessary, to clarify the discharge injunction set forth in the *Fourth Amended Joint Plan of Reorganization For Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., LP., and JPMorgan Chase Bank NA.* (the "Confirmed Plan") [D.I. 12072] and the *Order Confirming Fourth Amended Joint Plan of Reorganization For Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, LP., Angelo, Gordon & Co., LP., and JPMorgan*

---

[1] Capitalized terms not defined herein have the meaning afforded them in TV Guide Online's Motion for Relief to Liquidate Patent Infringement Claims in the District Court.

*Chase Bank NA.* (the "Confirmation Order") [D.I. 12074], to allow TV Guide Online to proceed with liquidation of its claims against Debtor Tribune Media Services, Inc. ("TMS") for patent infringement in the United States District Court for the District of Delaware (the "District Court"), where such litigation is pending in the action styled *TV Guide Online, Inc. and TV Guide Online, LLC v. Tribune Media Services, Inc.*, Case No. 05-725 (D. Del.) (Stark, J.) (the "Patent Litigation"); and due and appropriate notice of the Motion and the relief requested therein having been provided; and upon the record and arguments of counsel at any hearing held on the Motion; and the Court having considered any objections to the relief sought by the Motion; and after due deliberation and consideration and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED in its entirety.

2. The automatic stay set forth in section 362 of the Bankruptcy Code is hereby lifted, ~~and the discharge injunction set forth in the Confirmation Order and section 11.1.2 of the Confirmed Plan is hereby clarified to the extent necessary,~~ to permit TV Guide ~~Online~~ to proceed with ~~prosecution of~~, and nothing contained in the Confirmed Plan or the Confirmation Order shall preclude TV Guide from, prosecuting the Patent Litigation to its final resolution, including all proceedings in the District Court to and through final award and judgment, ~~including any amendment to the Complaint or any other proceeding necessary to allocate any judgment between prepetition and postpetition infringement,~~ and appeals in any appellate court with jurisdiction, but excluding execution or enforcement of any monetary judgment obtained except as provided for in the Confirmed Plan.

3. In the event TV Guide Online obtains any final monetary judgment against TMS on account of the Patent Litigation, including without limitation prejudgment interest, attorneys'

fees, double or treble damages, or any other amounts (a "Final Monetary Judgment"), ~~(i)~~ TV Guide Online shall not seek to satisfy the Final Monetary Judgment from any property of the estate of TMS except as provided for in the Confirmed Plan~~; (ii) Claim Nos. 3754 and 3755 filed by TV Guide Online against TMS on account of the Patent Litigation (the "TMS General Unsecured Claims") shall be allowed as Class 1E General Unsecured Claims (as such terms are defined in the Confirmed Plan) in the amount of the Final Monetary Judgment against TMS relating to prepetition patent infringement; and (iii) the Requests for Payment of Administrative Expense Claims filed at D.I. 8425 and 8426 against TMS on account of the Patent Litigation (the "TMS Administrative Expense Claims") shall be allowed as Administrative Expense Claims (as such term is defined in the Confirmed Plan) for the amount of the Final Monetary Judgment against TMS relating to postpetition patent infringement; *provided, however,* that the allowed amount of the TMS General Unsecured Claims and TMS Administrative Expense claims shall in no event exceed the amount of the Final Monetary Judgment against TMS.~~.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the fourteen-day stay provided by Bankruptcy Rule 4001 (a)(3) shall not apply.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December ___, 2012

 

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3