Change of Address

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re.: ) | |
| ) | |
| Tribune Company, et al. ) | Chapter 11 |
| ) | |
| Debtor. ) | CASE NO. 08-13141 |
| ) | |
| ) | |
| _____ ) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that 3-D CONVENTION SERVICES, INC., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Dean Dixon
3-D CONVENTION SERVICES, INC.
7041 SW 21ST PL STE 2
DAVIE, FL 33317-8113


**New Address**
3-D CONVENTION SERVICES, INC.
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000


3-D CONVENTION SERVICES, INC.

By: _Dean Dixon_ (signature)

Title: _President_

Date: _12/1/12_