United States Bankruptcy Court
For the District Of Delaware

| WDCW Broadcasting, Inc./Tribune Company et al | }Chapter 11 |
|---|---|
| | }Case No.08-13141 |
| Debtor | }Amount $9,380.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**
**Cadence Law Group LLP**
**PO Box 351510**
**Los Angeles CA 90019**

The transfer of your claim as shown above in the amount of **$9,380.00** has been transferred to:

**The Law Office of Clara Martin PC**
**PO Box 351510**
**Los Angeles CA 90019**

No action is required if you do not object to the transfer of your Claim.

By:/s/ Clara Martin
The Law Office of Clara Martin PC
323-732-2300

## TRANSFER NOTICE

CADENCE LAW GROUP LLP ("Assignor"), transfers and assigns unto THE LAW OFFICE OF CLARA MARTIN PC with an address at PO Box 351510, Los Angeles, California 90019, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against TRIBUNE, INC. (the "Debtor"), in the aggregate amount of $9,380.00 representing all of the claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 08-13141.

i

IN WITNESS WHEREOF, Assignor has signed below as of the 6th day of December, 2012.

CADENCE LAW GROUP LLP                THE LAW OFFICE OF

                                      CLARA MARTIN PC

_Clara Martin_                        _Clara Martin_
Signature                             Signature

_Clara Martin, Partner_               _Clara Martin, President_
Print Name/Title                      Print Name/Title