# **EXHIBIT A**


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

November 1, 2012                                                          Invoice  4066    SDB

In Reference To:  00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client:  Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/01/12 | SDJ | Review draft of omnibus order regarding debtors' eleventh interim fee period. | 0.30<br>335.00/hr | 100.50 |
| 10/03/12 | SDJ | Review entered order regarding debtors' eleventh interim fee period (.3); continue to revise preliminary report regarding sixth interim fee period (1.0). | 1.30<br>335.00/hr | 435.50 |
| 10/03/12 | RP | Respond to examiner inquiries. | 0.40<br>455.00/hr | 182.00 |
| 10/04/12 | SDB | Review and revise response to fee examiner's preliminary report for sixth quarterly period. | 0.80<br>455.00/hr | 364.00 |
| 10/04/12 | SDJ | Draft and revise twenty-fifth monthly fee application and review invoices regarding same (1.5); continue to draft and revise response to Fee Examiner's preliminary report regarding sixth interim fees (1.9) | 3.40<br>335.00/hr | 1,139.00 |
| 10/04/12 | RP | Respond to follow-up inquiries from examiner. | 0.50<br>455.00/hr | 227.50 |
| 10/05/12 | SDJ | Finalize preliminary report response regarding sixth interim fee period (.5); correspond with Fee Examiner regarding same (.2). | 0.70<br>335.00/hr | 234.50 |
| 10/05/12 | JPB | Review and revise twenty fifth monthly fee application. | 0.60<br>195.00/hr | 117.00 |
| 10/08/12 | SDJ | Revise ninth quarterly fee application. | 0.70<br>335.00/hr | 234.50 |
| 10/11/12 | JPB | Review and revise ninth quarterly fee application. | 0.80<br>195.00/hr | 156.00 |

Levine Sullivan Koch & Schulz, LLP

| | | | | November 1, 2012 |
|---|---|---|---|---|
| I.D. 00499-080 - SDB | | | | Invoice 4066 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | | Page 2 |
| **Date** | **Atty** | **Description** | **Hours/Rate** | **Amount** |
| 10/12/12 | SDJ | Correspond with Fee Examiner regarding Ledes files of twenty-fifth monthly fee application (.3); continue to revise ninth quarterly fee application (.6); correspond with local counsel regarding same (.3). | 1.20<br>335.00/hr | 402.00 |
| 10/16/12 | SDJ | Correspond with Fee Examiner regarding prior Ledes files of twenty-forth monthly fee application. | 0.20<br>335.00/hr | 67.00 |
| 10/31/12 | SDJ | Draft and revise statement of future fees and expenses for debtor's financial advisor. | 2.50<br>335.00/hr | 837.50 |
| | | **For professional services rendered** | **13.40** | **$4,497.00** |
| | | **Total Amount of this Bill** | | **$4,497.00** |

Levine Sullivan Koch & Schulz, LLP

| | | | November 1, 2012 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 4066 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 3 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 0.80 | 455.00 | 364.00 |
| Robert Penchina | 0.90 | 455.00 | 409.50 |
| Shaina D. Jones | 10.30 | 335.00 | 3,450.50 |
| Jennifer P. Burke | 1.40 | 195.00 | 273.00 |
| **Totals** | 13.40 | | $4,497.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

*Tribune*

David S. Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

November 1, 2012                                                                 Invoice # 4225

In Reference To:     00526-050     al-Nashiri Access

For Professional Services and Disbursements:                                     $ 658.33

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00575360;v1}



LEVINE SULLIVAN KOCH & SCHULZ, LLP

*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

November 1, 2012                                          Invoice # 4083

In Reference To:    00526-052    9/11 Commissions

For Professional Services and Disbursements:                $ 3,713.12

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00574022;v1}

**LEVINE SULLIVAN KOCH & SCHULZ, LLP**

*Los Angeles Times*

Karlene Goller
Vice President & Deputy General Counsel
Los Angeles Times
101 W. 1st St.
Los Angeles, CA  90012

November 1, 2012                                                              Invoice No. 3991

In Reference To:     **00526-055 – Aurora Theater Shooting**

For Professional Services:

      1/16 of Fees and Costs:                                                       $687.78

**TOTAL DUE:**                                                                                    $687.78

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C.  20036

Tax Identification Number:  52-2004605

{00570512;v1}