IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Re: Docket Nos. 12739 and 12800 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING MOTION OF TV GUIDE ONLINE, LLC AND TV GUIDE ONLINE, INC. FOR RELIEF TO LIQUIDATE PATENT INFRINGEMENT CLAIMS IN THE DISTRICT COURT**

1.  On November 19, 2012, TV Guide Online, Inc. and TV Guide Online, LLC (together, "TV Guide Online") filed the *Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court* [Docket No. 12739] (the "Motion").

2.  On December 5, 2012, the above-captioned debtors (the "Debtors") filed *Debtors' Limited Objection to Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief To Liquidate Patent Infringement Claims in the District Court* [Docket No. 12800] (the "Objection").

3.  Since the filing of the Objection, TV Guide Online has conferred with the Debtors, and the parties have consensually resolved the Debtors' Objection. The resolution is embodied in the revised form of order (the "Revised Order"), attached hereto is attached as **Exhibit A**. For the Court's convenience, a blackline comparison marking the changes in the

RLF1 7705004v.1

Revised Order against the original form of order filed with the Motion is attached hereto as **Exhibit B**.

WHEREFORE, TV Guide Online requests that the Court enter the Revised Order at its earliest convenience.

Dated: December 10, 2012                    Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

_____
Paul N. Heath (DE No. 3704)
Christopher M. Samis (DE No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651 7701

-AND-

ROPES & GRAY LLP
Andrew G. Devore (*pro hac vice pending*)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel: (617) 951-7000
Fax: (617 951-7050

Christopher J. Harnett (*pro hac vice*)
Stuart W. Yothers (*pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
Fax: (212) 596-9090

*Attorneys for TV Guide Online, Inc. and TV Guide Online, LLC*

RLF1 7705004v.1