UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| Debtors. | ) ) ) ) ) | CASE NO. 08-13141 (Jointly Administered) |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim, **related document 12820,** is hereby withdrawn by Tannor Partners Credit Fund, LP.

By: /s/ Robert J. Tannor
Tannor Partners Credit Fund, LP
(914) 514-5000