IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 12818** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 12, 2012 AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

## AS NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELLED

Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

**CONTINUED MATTERS**

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

    Response Deadline: December 8, 2009 at 4:00 p.m.
    Responses Received:

    (a) Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (b) Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c) Informal Response received from GE Capital Fleet Services

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

    (c) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

    (d) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as it Relates to Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

    Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. The hearing on the claims of GE Capital Fleet Services and Robby S. Wells is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

2.  Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

    Response Deadline: May 11, 2010 at 4:00 p.m.

    Responses Received:

    (a) Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

    (b) Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

    (c) Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

    (d) Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

    (b) Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

    (c) Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Entered October 28, 2010) (Docket No. 6158)

    (d) Order Approving Stipulation Between Certain of the Debtors and Oracle Corporation Oracle America, Inc., as Successor-By-Merger to Sun Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claims of Oracle and (II) Allowance of Certain Prepetition Claims of Oracle (Entered November 23, 2010) (Docket No. 6593)

    (e) Order Partially Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claim of Terry Godbey (Entered May 25, 2011) (Docket No. 8988)

46429/0001-8947128v2

      (f)      Order Regarding Submission of Documents with Respect to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Entered September 14, 2011) (Docket No. 9773)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc. and Claim No. 3672 of Terry Godbey. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The Court is adjudicating the Objection to the claim of Maureen Dombeck based on certain submissions as identified in Docket No. 9773. The hearing on the claims of Marbury von Briesen and Herbert Eye is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

3. Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

      (a)      Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Related Documents:

      (a)      Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

      (b)      Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC. The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

4. Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed January 28, 2011) (Docket No. 7674)

   Response Deadline: February 22, 2011 at 4:00 p.m.

   Responses Received:

   (a) Response of USDR (CLM #1672, CLM #2279 and CLAIM No. 2827) to Debtor's Fortieth Omnibus Objection to Claims (Docket #3792); Declaration of Jon Dickinson (Filed February 14, 2011) (Docket No. 7932)

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007, and Local Rule 3007-1 (Filed February 11, 2011) (Docket No. 7906)

   (b) Order Partially Sustaining Debtors' Fortieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Entered February 25, 2011) (Docket No. 8146)

   (c) Order Partially Sustaining Debtors' Fortieth Omnibus (Substantive) Objection to Claims as Relates to Claim Nos. 753 and 754 of ASM Capital L.P. (Entered June 24, 2011) (Docket No. 9344)

   Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and an Order with respect to Claim Nos. 753 and 754 of ASM Capital L.P. The Objection was withdrawn as to Claim No. 2279 of USDR, Claim No. 6683 of Hess Corporation and Claim No. 749 of ASM Capital L.P. The Objection was modified by consent of the parties with respect to Claim No. 2554 of Corre Opportunities Fund. The hearing on Claim No. 1672 of USDR – CNI Corporation is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

5. Debtors' Objection to Claim No. 5972 Asserted by the New York City Department of Finance Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 6, 2012) (Docket No. 11963)

   Response Deadline: July 31, 2012 at 4:00 p.m.
   On consent of the parties, the Objection Deadline is extended until 4:00 p.m. on January 9, 2013 for the New York City Department of Finance and the Reply Deadline is extended to January 11, 2013 for the Debtors.

Responses Received: None at this time.

Related Documents:

(a) Notice of Submission of Proof of Claim Regarding Debtors' Objection to Claim No. 5972 Asserted by the New York City Department of Finance Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 24, 2012) (Docket No. 12092)

Status: The hearing on the Objection is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

6. Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed August 6, 2012) (Docket No. 12199)

Response Deadline: August 29, 2012 at 4:00 p.m.

Responses Received:

(a) Trey C. Yant's Response to Debtors' Fifty-Seventh Omnibus Objection to Claims (Filed August 29, 2012) (Docket No. 12346)

Related Documents:

(a) Notice of Submission of Proofs of Claim Regarding Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed August 22, 2012) (Docket No. 12311)

(b) Order Sustaining Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered August 31, 2012) Docket No. 12362)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection. The hearing on Mr. Yant's Claims (Nos. 843 and 6675) is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

7. Debtors' Objection to Claim No. 3045 of James Griffin Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed August 23, 2012) (Docket No. 12324)

Response Deadline: September 27, 2012 at 4:00 p.m.

46429/0001-8947128v2

Responses Received:

(a) Claimant's Memorandum in Opposition to Debtors' Objection to Claim No. 3045 of James Griffin (Filed September 10, 2012) (Docket No. 12396)

Status: This matter is adjourned to the January 16, 2013 hearing. This matter will not be going forward.

**CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL**

8. Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline: March 15, 2011 at 4:00 p.m.

Responses Received:

(a) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

(b) Informal response by Broadspire Services [Claim No. 5335] (Received March 4, 2011)

(c) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

(a) Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

(b) Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

(c) Order Approving Stipulation Between Los Angeles Times Communications LLC and Software AG, Inc. Regarding Resolution of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 5283 (Entered July 30, 2012) (Docket No. 12129)

    (d)    Certification of Counsel Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to Claim No. 5335 (Filed December 7, 2012) (Docket No. 12812)

    (e)    **Order Sustaining the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to Claim No. 5335 (Entered December 10, 2012) (Docket No. 12822)**

**Status:** **The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283. The hearing on Claim No. 6601 of Carol Walker is adjourned to the January 16, 2013 hearing. This matter will not be going forward.**

9. Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Further Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed October 31, 2012) (Docket No. 12647)

Objection Deadline: November 19, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 12647 (Filed November 26, 2012) (Docket No. 12758)

    (b)    **Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 Further Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Relating to the Debtors' Chapter 11 Proceedings (Entered December 10, 2012) (Docket No. 12823)**

**Status:** **The Court entered an Order granting the Motion. This matter will not be going forward.**

10. Application of Loeb & Loeb LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to Tribune Broadcasting Company and Tribune Media Services, Inc. for Certain Entertainment and Litigation Matters During the Period from December 2010 through February 2011 (Filed November 2, 2012) (Docket No. 12671)

   Objection Deadline: November 23, 2012 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 12671 (Filed November 27, 2012) (Docket No. 12777)

   (b) **Order Allowing Payment to Loeb & Loeb LLP of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to Tribune Broadcasting Company and Tribune Media Services, Inc. for Certain Entertainment and Litigation Matters During the Period from December 2010 through February 2011 (Entered December 10, 2012) (Docket No. 12824)**

   **Status:** **The Court entered an Order granting the Application. This matter will not be going forward.**

11. Motion of the Official Committee of Unsecured Creditors for an Order Further Modifying (A) the Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a); and (B) the Protective Order; and Modifying Confidentiality Agreements (Filed November 16, 2012) (Docket No. 12728)

   Objection Deadline: November 30, 2012 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 12728 (Filed December 4, 2012) (Docket No. 12795)

      (b)      **Order Approving Motion of the Official Committee of Unsecured Creditors for an Order Further Modifying (A) Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a); and (B) Protective Order; and Modifying All Other Applicable Orders and Agreements (Entered December 10, 2012) (Docket No. 12825)**

      **Status:**      **The Court entered an Order approving the Motion. This matter will not be going forward.**

12.    Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court (Filed November 19, 2012) (Docket No. 12739)

    Objection Deadline: December 5, 2012 at 4:00 p.m.

    Responses Received:

      (a)      Debtors' Limited Objection to Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court (Filed December 5, 2012) (Docket No. 12800)

    Related Documents:

      (a)      Declaration of Andrew G. Devore in Support of Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court (Filed November 19, 2012) (Docket No. 12740)

      (b)      Certification of Counsel **(Filed December 10, 2012) (Docket No. 12819)**

      (c)      **Order Granting Motion of TV Guide Online, LLC and TV Guide Online, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court (Entered December 10, 2012) (Docket No. 12826)**

    **Status:**      **The Court entered an Order granting the Motion. This matter will not be going forward.**

13.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into, and Approval of, a Stipulation Between Debtor Parties and Warner Bros. Television Distribution Inc. and New Line Television, Inc. Regarding Resolution of Claims (Filed November 21, 2012) (Docket No. 12753)

    Objection Deadline: December 5, 2012 at 4:00 p.m.

    Responses Received: None.

Related Documents:

(a)     Certification of No Objection Regarding Docket No. 12753 (Filed December 7, 2012) (Docket No. 12815)

(b)     **Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into, and Approval of, a Stipulation Between Debtor Parties and Warner Bros. Television Distribution Inc. and New Line Television, Inc. Regarding Resolution of Claims (Entered December 10, 2012) (Docket No. 12827)**

Status:     **The Court entered an Order approving the Motion. This matter will not be going forward.**

14. Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into a Settlement Between Certain Debtors and EZ Buy & EZ Sell Recycler Corporation, Wilshire Classifieds, LLC, and Target Media Partners Operating Company LLC (Filed November 21, 2012) (Docket No. 12754)

Objection Deadline: December 5, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

(a)     Certification of No Objection Regarding Docket No. 12754 (Filed December 7, 2012) (Docket No. 12816)

(b)     **Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into and Performance of a Settlement Between Certain Debtors and EZ Buy & EZ Sell Recycler Corporation, Wilshire Classifieds, LLC, and Target Media Partners Operating Company LLC (Entered December 11, 2012) (Docket No. 12829)**

Status:     **The Court entered an Order granting the Motion. This matter will not be going forward.**

Dated: December 11, 2012

                                         SIDLEY AUSTIN LLP
                                         James F. Conlan
                                         Bryan Krakauer
                                         Kevin T. Lantry
                                         One South Dearborn Street
                                         Chicago, IL 60603
                                         Telephone: (312) 853-7000

                                         -and-

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *illegible signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION