## EXHIBIT C

## CLAIM NO. 3643 ("HOME INSURANCE CLAIM")

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT — District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Tribune Company, et al., | Case Number: 08-13141 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): The Home Insurance Company in Liquidation | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: The Home Insurance Company in Liquidation - Karen Tisdell, 55 South Commercial Street, Manchester, NH 03101 Telephone number: (603) 634-0181 | Court Claim Number:_____ *(If known)* Filed on:_____ |
| Name and address where payment should be sent (if different from above): Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____unknown_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Insurance Premiums
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 2097

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**
**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any d[ocuments...] [p]urchase orders, invoices, itemized statements of running [accounts, contracts, judgments, mortgages, and security agr]eements. You may also attach a summary. Attach redac[ted copies of documents providing evidence of perfection of] a security interest. You may also attach a sum[mary. (See instruction 7 and definition of "redacted" on rever]se side.)

DO NOT SEND ORIGINAL DOCUMENTS. [ATTACHED DOCUMENTS MAY BE DESTROYED AFTER] SCANNING.

If the documents are not available, please expla[in:]

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000003643

**Date:** 06/04/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Karen Tisdell - Financial Analyst   /s/ Karen Tisdell - Financial Analyst

FOR COURT USE ONLY
**FILED / RECEIVED**
JUN 0 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Name Insured:
**Tribune Company**          **Sentinel Communications**
**Direct Mail Associates Inc**   **Sun-Sentinel Company**
**Eagle Publishing**          **Times Mirror**
**GreenCo, Inc.**             **Tribune Publishing Company**
**Homeowners Realty, Inc.**

List of policies issued to the Debtor(s) by The Home Insurance Company ordered into Liquidation 6/13/03

| Inception Date | Expiration | Prefix | Policy | Type of Coverage | Effective Date | Description | Amount |
|---|---|---|---|---|---|---|---|
| 02/83 | 02/84 | BOP | P160941 | Package | Future | Liabilities | Unknown |
| 01/86 | 01/87 | CC | P484420 | Package | Future | Liabilities | Unknown |
| 09/92 | 09/93 | REL | F747684 | General Liability | Future | Liabilities | Unknown |
| 12/81 | 12/82 | WC | L110806 | Worker's Compensation | Future | Liabilities | Unknown |
| 12/82 | 12/83 | WC | L110806 | Worker's Compensation | Future | Liabilities | Unknown |
| 12/83 | 12/84 | WC | L110806 | Worker's Compensation | Future | Liabilities | Unknown |
| 12/84 | 12/85 | WC | L110806 | Worker's Compensation | Future | Liabilities | Unknown |
| 12/85 | 12/86 | WC | L110806 | Worker's Compensation | Future | Liabilities | Unknown |
| 08/81 | 08/82 | BOP | P145293 | Package | Future | Liabilities | Unknown |
| 08/82 | 08/83 | BOP | P145293 | Package | Future | Liabilities | Unknown |
| 08/83 | 08/86 | BOP | P145293 | Package | Future | Liabilities | Unknown |
| 06/85 | 06/86 | SMP | P469267 | Package | Future | Liabilities | Unknown |
| 09/82 | 09/83 | RFE | 0025209 | Reinsurance Property | Future | Liabilities | Unknown |
| 06/82 | 09/85 | RFE | 0025945 | Reinsurance Property | Future | Liabilities | Unknown |
| 09/82 | 09/85 | RFE | 0025945 | Reinsurance Property | Future | Liabilities | Unknown |
| 09/79 | 09/82 | RFE | 0043740 | Reinsurance Property | Future | Liabilities | Unknown |
| 07/81 | 07/84 | RFE | 0051693 | Reinsurance Property | Future | Liabilities | Unknown |
| 03/80 | 03/81 | SP | 0573918 | Inland Marine | Future | Liabilities | Unknown |
| 07/81 | 07/84 | TR | 0721699 | Inland Marine | Future | Liabilities | Unknown |
| 01/81 | 01/82 | WC | 1053877 | Worker's Compensation | Future | Liabilities | Unknown |
| 07/82 | 07/85 | GL | 1142751 | General Liability | Future | Liabilities | Unknown |
| 09/82 | 09/83 | HEC | 1199869 | Excess Liability | Future | Liabilities | Unknown |
| 09/82 | 09/83 | HEC | 1199869 | Excess Liability | Future | Liabilities | Unknown |
| 09/83 | 09/84 | HEC | 1199869 | Excess Liability | Future | Liabilities | Unknown |
| 09/84 | 09/85 | HEC | 1199869 | Excess Liability | Future | Liabilities | Unknown |
| 09/84 | 09/85 | HEC | 1199869 | Excess Liability | Future | Liabilities | Unknown |
| 12/80 | 12/81 | WC | 1221056 | Worker's Compensation | Future | Liabilities | Unknown |
| 01/86 | 01/87 | GL | 1488227 | General Liability | Future | Liabilities | Unknown |
| 06/84 | 06/85 | HUL | 1570818 | Excess Liability | Future | Liabilities | Unknown |
| 06/84 | 06/85 | HUL | 1572381 | Excess Liability | Future | Liabilities | Unknown |
| 08/84 | 08/85 | HXL | 1576584 | Excess Liability | Future | Liabilities | Unknown |
| 02/84 | 01/85 | HXL | 1577760 | Excess Liability | Future | Liabilities | Unknown |
| 01/85 | 01/86 | HXL | 1643075 | Excess Liability | Future | Liabilities | Unknown |
| 06/85 | 06/86 | WC | 1755772 | Worker's Compensation | Future | Liabilities | Unknown |
| 09/82 | 09/83 | BA | 2813289 | Automobile | Future | Liabilities | Unknown |
| 02/82 | 01/83 | BA | 2832816 | Automobile | Future | Liabilities | Unknown |
| 02/83 | 02/84 | BA | 2941039 | Automobile | Future | Liabilities | Unknown |
| 01/83 | 01/84 | BA | 2950863 | Automobile | Future | Liabilities | Unknown |
| 06/84 | 06/85 | BA | 2994078 | Automobile | Future | Liabilities | Unknown |

Name Insured:
**Tribune Company**  **Sentinel Communications**
**Direct Mail Associates Inc**  **Sun-Sentinel Company**
**Eagle Publishing**  **Times Mirror**
**GreenCo, Inc.**  **Tribune Publishing Company**
**Homeowners Realty, Inc.**

List of policies issued to the Debtor(s) by The Home Insurance Company ordered into Liquidation 6/13/03

| Inception Date | Expiration | Prefix | Policy | Type of Coverage | Effective Date | Description | Amount |
|---|---|---|---|---|---|---|---|
| 01/84 | 01/85 | BA | 2995025 | Automobile | Future | Liabilities | Unknown |
| 01/85 | 01/86 | BA | 4029705 | Automobile | Future | Liabilities | Unknown |
| 01/85 | 01/86 | BA | 4034252 | Automobile | Future | Liabilities | Unknown |
| 01/86 | 01/87 | BA | 4037038 | Automobile | Future | Liabilities | Unknown |
| 12/71 | 12/74 | HEC | 4165872 | Excess Liability | Future | Liabilities | Unknown |
| 01/79 | 01/80 | BA | 6034582 | Automobile | Future | Liabilities | Unknown |
| 02/80 | 02/81 | BA | 6100916 | Automobile | Future | Liabilities | Unknown |
| 01/80 | 01/81 | BA | 6102100 | Automobile | Future | Liabilities | Unknown |
| 09/80 | 09/81 | BA | 6155498 | Automobile | Future | Liabilities | Unknown |
| 09/81 | 09/82 | BA | 6159369 | Automobile | Future | Liabilities | Unknown |
| 01/81 | 01/82 | BA | 6163607 | Automobile | Future | Liabilities | Unknown |
| 08/79 | 08/80 | BOP | 8633274 | Package | Future | Liabilities | Unknown |
| 08/80 | 08/81 | BOP | 8633274 | Package | Future | Liabilities | Unknown |
| 02/82 | 02/83 | BOP | 8799603 | Package | Future | Liabilities | Unknown |
| 01/83 | 01/84 | BOP | 8928287 | Package | Future | Liabilities | Unknown |
| 02/82 | 02/83 | BOP | 8928287 | Package | Future | Liabilities | Unknown |
| 01/84 | 01/85 | BOP | 8928287 | Package | Future | Liabilities | Unknown |
| 01/85 | 01/86 | BOP | 8938641 | Package | Future | Liabilities | Unknown |
| 01/69 | 12/72 | HEC | 9304899 | Excess Liability | Future | Liabilities | Unknown |
| 03/76 | 12/76 | HEC | 9328516 | Excess Liability | Future | Liabilities | Unknown |
| 09/79 | 09/80 | HEC | 9631121 | Excess Liability | Future | Liabilities | Unknown |
| 09/79 | 09/80 | HEC | 9631130 | Excess Liability | Future | Liabilities | Unknown |
| 09/78 | 09/79 | HEC | 9631130 | Excess Liability | Future | Liabilities | Unknown |
| 08/78 | 08/79 | HEC | 9694276 | Excess Liability | Future | Liabilities | Unknown |
| 01/79 | 01/80 | GA | 9739760 | General Liability | Future | Liabilities | Unknown |
| 01/79 | 01/80 | WC | 9770693 | Worker's Compensation | Future | Liabilities | Unknown |
| 08/79 | 08/80 | HEC | 9825333 | Excess Liability | Future | Liabilities | Unknown |
| 01/80 | 01/81 | WC | 9851595 | Worker's Compensation | Future | Liabilities | Unknown |
| 09/80 | 09/81 | HEC | 9903666 | Excess Liability | Future | Liabilities | Unknown |
| 09/80 | 09/81 | HEC | 9903666 | Excess Liability | Future | Liabilities | Unknown |
| 09/81 | 09/82 | HEC | 9903666 | Excess Liability | Future | Liabilities | Unknown |
| 01/80 | 01/81 | GA | 9956494 | General Liability | Future | Liabilities | Unknown |
| 01/81 | 01/82 | GA | 9969667 | General Liability | Future | Liabilities | Unknown |

**Plus any additional policies that may be identified in the future**

## *The Home Insurance Company In Liquidation*

*55 South Commercial Street  Manchester, New Hampshire 03101*
*E-Mail:  karen.tisdell@homeinsco.com*
*Phone (603)634-0181*
*Fax (603)634-0436*

June 4, 2009

Sent Via UPS Ground
**Attention:  Tribune Company**
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Bankruptcy Case#:  08-13141
Debtor:  Tribune Company, et al.,
Account:  087-522097
Amount Due:  Unknown

Dear Sir or Madam:

We've enclosed a Proof of Claim to be filed in this matter on behalf of The Home Insurance Company that was ordered into Liquidation on June 13, 2003.

Kindly acknowledge receipt of this document for filing purposes by signing the carbon copy of this letter and/or copy of Proof of Claim and returning it in the enclosed postage paid envelope.

Yours Truly,

Karen Tisdell
Financial Analyst

UPS Internet Shipping: Shipment Label                                        Page 1 of 1

**UPS Internet Shipping: View/Print Label**

1. **Print the label(s):**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services[SM] (including via Ground) are also accepted at Drop Boxes.
   - To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

