IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. | Chapter 11 <br> Bankruptcy Case No. 08-13141 (KJC) <br> Jointly Administered <br><br> Case No. 12-cv-128 GMS <br> Case No. 12-mc-108 GMS <br> Case No. 12-cv-1072 GMS <br> Case No. 12-cv-1073 GMS <br> Case No. 12-cv-1100 GMS <br> Case No. 12-cv-1106 GMS |

## ORDER

WHEREAS presently before the court is the Motion of the DCL Plan Proponents, appellees in the above-referenced appeals, to Consolidate Pending Appeals of Bankruptcy Court Orders Relating to Plan Confirmation and to Establish a Unified Briefing Schedule (12-cv-128, D.I. 11; 12-mc-108, D.I. 7; 12-cv-1072, D.I. 10; 12-cv-1073, D.I. 8);

WHEREAS no responsive briefs to this Motion to Consolidate have been filed in any of the above-referenced appeals;

WHEREAS, on September 7, 2012, the parties in the above-referenced appeals filed a Stipulation and Joint Proposed Briefing Schedule (12-128, D.I. 29; 12-mc-29, D.I. 9; 12-mc-108, D.I. 24; 12-1072, D.I. 25; 12-1073, D.I. 32; 12-1100, D.I. 8; 12-1106, D.I. 5) establishing a consolidated briefing schedule;

WHEREAS the parties have submitted their papers in accordance with that consolidated briefing schedule;

WHEREAS the court finds that considerations of judicial economy support the consolidation of the above-referenced appeals;

IT IS HEREBY ORDERED THAT:

1. The appellees' Motion to Consolidate be GRANTED.

2. The above-referenced appeals are hereby consolidated and shall be administered under the first-docketed appeal, Civil Action No. 12-cv-128 (GMS), using the following case caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| TRIBUNE COMPANY, et al., ) | |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| WILMINGTON TRUST COMPANY, ) | Chapter 11 |
| et al., ) | Bankruptcy Case No. 08-13141 (KJC) |
| ) | Jointly Administered |
| Appellants, ) | |
| ) | Case No. 12-cv-128 GMS |
| v. ) | Case No. 12-mc-108 GMS |
| ) | Case No. 12-cv-1072 GMS |
| TRIBUNE COMPANY, et al., ) | Case No. 12-cv-1073 GMS |
| ) | Case No. 12-cv-1100 GMS |
| Appellees. ) | Case No. 12-cv-1106 GMS |
| ) | CONSOLIDATED APPEALS |
| ) | |

3. A docket entry shall be made on the docket of each of the other appeals stating as follows:

> An Order has been entered in this appeal directing the consolidation of the appeals under Civil Action No. 12-cv-128 (GMS). The docket in Civil Action No. 12-cv-128 (GMS) should be consulted for all matters affecting this appeal.

4. All papers to be filed in the appeals, whether before or after consolidation, should be filed or deemed filed, as applicable, in the docket of the consolidated appeals.

5. The parties to the appeals are hereby authorized to utilize a combined service list for the appeals.

Dated: December 7, 2012

CHIEF, UNITED STATES DISTRICT JUDGE