# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 63: SCHEDULE I

|   | NAME | EXHIBIT |
|---|------|---------|
| 1 | CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | B |
| 2 | MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC<br>C/O DAVID W. REIMANN, THE REIMANN LAW GRP<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | A |