# EXHIBIT A

## Modified Amount Real Estate Claims

# TRIBUNE COMPANY, ET AL.

## EXHIBIT A – MODIFIED AMOUNT REAL ESTATE CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC C/O DAVID W.REIMANN, THE REIMANN LAW GRP 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO, CA 90245 | 6119 | 07/24/2009 | Los Angeles Times Communications LLC | Administrative Unsecured | $118,693.43 $318,516.48 | Unsecured | $306,824.56 | Rejected Pursuant to the Fourth Omnibus Motion to Reject Certain Leases of Nonresidential Real Property (Amended Order entered June 25, 2009). Proof of claim lacks sufficient documentation as to certain asserted property-related damages necessary to validate certain alleged amounts. Unsecured portion of claim reduced to incorrect calculation of applicable section 502(b)(6) cap on lease rejection damages. Administrative portion of claim is reduced and disallowed in full pursuant to paragraph 17 of objection. |
|  |  |  |  | Subtotal | $437,209.91 |  |  |  |
|  |  |  |  | TOTAL | $437,209.91 | TOTAL | $306,824.56 |  |