# EXHIBIT B

**Modified Amount, Modified Debtor Real Estate Claims**

## TRIBUNE COMPANY, ET AL.

### EXHIBIT B – MODIFIED AMOUNT, MODIFIED DEBTOR REAL ESTATE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | CAWLEY CHICAGO PORTFOLIO, LLC C/O EKL WILLIAMS PLLC 901 WARRENVILLE ROAD # 175 LISLE, IL 60532 | 5830 | Tribune Company | Unsecured | $75,649.06 | Chicago Tribune Company | $36,469.51 | Rejected pursuant to the First Omnibus Motion to Reject Certain Leases of Nonresidential Real Estate Property Pursuant to Section 365 of the Bankruptcy Code (Order entered January 15, 2009). Proof of claim lacks sufficient documentation to substantiate asserted liability. |
| | | | | TOTAL | $75,649.06 | TOTAL | $36,469.51 | |