# EXHIBIT A

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057212
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through October 31, 2012

## Labor-General 0000001174

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/19/12 | J. Sherman | C300 | | Conference with A. Barnes regarding labor relations transfer issues relating to redundant employee under applicable labor agreements. | 0.50 | 362.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $362.50 |
| **Less Discount** | | ($36.25) |
| **Total Fees After Discount** | | $326.25 |

## Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Baltimore Sun

| J. Sherman | Partner | - | 0.50 | hours at | $725.00 | per hour |
|---|---|---|---|---|---|---|

**Total Disbursements**                                      0.00

**Total Amount Due**                                      $326.25

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 2057212
0276 12575 / 12575-000001
Labor-General 0000001174

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $362.50 |
| Less Discount | ($36.25) |
| Total Fees after Discount | $326.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $326.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057250
0276 31907 / 31907-000005
W1ST

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

---

For legal services rendered through October 31, 2012

### Rich Pothering Unscheduled Leave Grievance

| Date | Disbursements | Value |
|---|---|---|
| | **Out-of-Town Travel** | |
| 10/03/12 | Out-of-Town Travel - KRISTIN E. MICHAELS Taxi- Arbitration hearing 09/19/12 | 56.00 |
| 10/03/12 | Out-of-Town Travel - KRISTIN E. MICHAELS Taxi- Arbitration hearing 09/21/12 | 56.00 |
| 10/03/12 | Out-of-Town Travel - KRISTIN E. MICHAELS Taxi- Arbitration hearing 09/19-09/20/12 | 283.80 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Morning Call, The

| 10/22/12 | Out-of-Town Travel -  UNITED AIRLINES Michaels/Kristin Chicago/Ohare -Baltimore -Chicago/Ohare 09/19/2012 - Arbitration hearing | 570.71 |
|---|---|---|

**Total Disbursements**                                              966.51

**Total Fees And Disbursements This Statement**               $966.51

# SEYFARTH
#### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

Invoice No. 2057250
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 966.51 |
| Total Fees and Disbursements This Statement | $966.51 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP <br> 3807 Collections Center Drive <br> Chicago, IL 60693 <br><br> **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** <br> Bank of America Lockbox Services <br> 3807 Collections Center Drive <br> Chicago, IL 60693 | Bank Name: Bank of America <br> Account Name: Seyfarth Shaw LLP Operating Account <br> Account Number: 5201743357 <br> ABA Wire Payment Number: 026-009-593 <br> ABA ACH Payment Number: 081-904-808 <br> Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057290
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2012

## Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/02/12 | J. McManus | B110 | | Review/confirm for local counsel Seyfarth's portion of proposed fee order in preparation for Court hearing on 10/4/12. | 0.20 | 58.00 |
| 10/03/12 | A. Shepro | B160 | | Compile Thirty-Fourth Tribune Fee Application. | 2.90 | 304.50 |
| 10/04/12 | J. McManus | B110 | | Revise spreadsheet of regarding responses to Fee Examiner's Report on Seyfarth's Ninth Interim Fee Application (.50); cull expense back-up regarding same (.30). | 0.80 | 232.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2057290

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/12 | J. McManus | B110 | | Review/edit detail in preparation of Seyfarth's Thirty-Sixth Monthly Fee Application (.50); cull information necessary to respond to expense items in Fee Examiner's Report of Seyfarth's Ninth Interim Fee Application (.50); revise response to same (.50). | 1.50 | 435.00 |
| 10/08/12 | J. McManus | B110 | | Continue to cull attorney entries in question by Fee Examiner. | 0.90 | 261.00 |
| 10/09/12 | J. McManus | B110 | | Finalize Seyfarth's Thirty-Fifth Fee Application in preparation for filing (.70); assemble/submit same to local counsel for filing (.10); prepare Seyfarth's Twelfth Interim Fee Application (.70). | 1.50 | 435.00 |
| 10/09/12 | A. Shepro | B160 | | Compile Twelfth Quarterly Fee Application (4.10); conference with J. McManus regarding same (.20). | 4.30 | 451.50 |
| 10/10/12 | J. Sherman | L120 | | Review and execute Thirty-Fifth Monthly Fee Petition. | 0.30 | 217.50 |
| 10/10/12 | J. McManus | B110 | | Revise Twelfth Interim Fee Application charts (.60); continue culling attorney responses to Fee Examiner requests pursuant to fee entries in Ninth Interim Fee Application (2.70); revise expense responses regarding same (.50). | 3.80 | 1,102.00 |
| 10/11/12 | J. McManus | B110 | | Revise Twelfth Interim Fee Application to include new matter inadvertently omitted for May, June, July and August (.90); revise fee application charts (.30); include attorney responses to Fee Examiner Report in Seyfarth response spreadsheet (.60). | 1.80 | 522.00 |
| 10/11/12 | A. Connor | B110 | | Coordinate responses to fee examiner. | 0.10 | 31.00 |
| 10/12/12 | J. McManus | B110 | | Revise Seyfarth's Twelfth Interim Fee Application. | 0.70 | 203.00 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/12/12 | A. Connor | B160 | | Follow up with numerous attorneys and legal professionals for clarification of time entries in response to fee examiner's 9th report (4.30); incorporate responses into fee examiner report response spreadsheet (2.20). | 6.50 | 2,015.00 |
| 10/12/12 | A. Shepro | B160 | | Continue edits to Twelfth Interim Fee Application with the June and July invoices for the Beetz matter. | 0.50 | 52.50 |
| 10/15/12 | A. Connor | B160 | | Prepare responses to Fee Examiner Report. | 0.20 | 62.00 |
| 10/15/12 | A. Shepro | B160 | | Edit Twelfth Interim Fee Application with May invoice for Beetz matter. | 0.80 | 84.00 |
| 10/16/12 | J. McManus | B110 | | Investigate back-up for J. Theil regarding East Coast Property flat-fee invoices (.10); revise/finalize Seyfarth's Twelfth Interim Fee Application (.40); prepare Seyfarth's Thirty-Sixth Monthly Fee Application (.60). | 1.10 | 319.00 |
| 10/16/12 | A. Connor | B160 | | Follow up on prior inquiries to attorneys for responses to Fee Examiner's Report. | 2.80 | 868.00 |
| 10/17/12 | J. McManus | B110 | | Final revisions to Twelfth Interim Fee Application (.30); prepare/assemble Exhibit C to same (.10); email communications with local counsel regarding filing Twelfth Interim Fee Application (.10). | 0.50 | 145.00 |
| 10/17/12 | A. Connor | B160 | | Follow up on prior inquiries to attorneys for responses to Fee Examiner's Report. | 0.70 | 217.00 |
| 10/18/12 | J. McManus | B110 | | Letter to local counsel enclosing signature page for Twelfth Interim Fee Application (.10); follow-up regarding J. Theil's request for additional information in connection with May Monthly Fee Application (.10). | 0.20 | 58.00 |



SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 2057290

Page 4

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|------------|------|----------|-------------|-------|-------|
| 10/18/12 | A. Connor | B160 | | Follow up on prior inquiries to attorneys for responses to fee examiner's report. | 0.20 | 62.00 |
| 10/19/12 | J. McManus | B110 | | Prepare responses to Fee Examiner Report regarding J. McManus and A. Shepro time entries. | 0.40 | 116.00 |
| 10/19/12 | A. Connor | B110 | | Follow up on prior inquiries to attorneys for responses to Fee Examiner's Report. | 0.40 | 124.00 |
| 10/22/12 | J. McManus | B110 | | Prepare Thirty-Sixth Monthly Fee Application. | 0.60 | 174.00 |
| 10/22/12 | A. Connor | B160 | | Work on response spreadsheet to Fee Examiner's Report. | 1.30 | 403.00 |
| 10/23/12 | A. Connor | B160 | | Work on response spreadsheet to Fee Examiner's Report. | 0.70 | 217.00 |
| 10/25/12 | A. Connor | B160 | | Finalize response to Fee Examiner's Report on Ninth Quarterly Fee Application (2.10); circulate final version and expense detail and back up (.10). | 2.20 | 682.00 |
| 10/26/12 | J. McManus | B110 | | Prepare Thirty-Sixth Monthly Fee Application. | 0.80 | 232.00 |
| 10/30/12 | A. Connor | B160 | | Follow up regarding Fee Examiner Report with resect to facsimile charges. | 0.40 | 124.00 |
| 10/31/12 | J. McManus | B110 | | Prepare/revise Exhibit A to Seyfarth's Thirty-Sixth Monthly Fee Application. | 0.80 | 232.00 |

**Total Hours**                                           39.90

**Total Fees**                                            $10,439.00

**Less Discount**                                         ($1,043.90)

**Total Fees After Discount**                             $9,395.10



Tribune Company/Sherman

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 15.60 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 15.50 | hours at | $310.00 | per hour |
| A. Shepro | Case Assistant | - | 8.50 | hours at | $105.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Copying** | |
| 10/22/12 | Copying   (78 copies @ $0.10 per page) | 7.80 |
| | **Long Distance Telephone** | |
| 10/11/12 | Long Distance Telephone | 0.52 |

**Total Disbursements**                                                                                   8.32

**Total Amount Due**                                                                                   $9,403.42

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2057290
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $10,439.00 |
| Less Discount | ($1,043.90) |
| Total Fees after Discount | $9,395.10 |
| Total Disbursements | 8.32 |
| Total Fees and Disbursements This Statement | $9,403.42 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057213
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through October 31, 2012

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/12/12 | N. Riesco | L190 | | Respond to Fee Examiner report. | 0.30 | 117.00 |
| 10/24/12 | N. Riesco | L120 | | Communications with K. Kansa of Sidley Austin regarding bankruptcy petition and late proof of claim petition status in preparation for status hearing. | 0.40 | 156.00 |
| 10/25/12 | N. Riesco | L230 | | Attend status conference before Judge Lee. | 0.50 | 195.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 | |
| **Total Fees** | | $468.00 |
| **Less Discount** | | ($46.80) |
| **Total Fees After Discount** | | $421.20 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 2057213

Page 2

Chicago Tribune Company

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.20 | hours at | $390.00 | per hour | |

**Total Disbursements** 0.00

**Total Amount Due** $421.20

# SEYFARTH
**ATTORNEYS**  # SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2057213
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $468.00 |
| Less Discount | ($46.80) |
| Total Fees after Discount | $421.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $421.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057218
0276 57634 / 57634-000007
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through October 31, 2012

### Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/12 | N. Riesco | L190 | | Review/analyze correspondence from opposing counsel regarding settlement agreement. | 0.30 | 117.00 |
| 10/09/12 | N. Riesco | L160 | | Research IHRC rules concerning settlement. | 0.30 | 117.00 |
| 10/09/12 | N. Riesco | L160 | | Review edits to settlement agreement and disputed settlement provisions. | 0.20 | 78.00 |
| 10/10/12 | N. Riesco | L160 | | Telephone conference/communications with J. Osick regarding settlement agreement. | 0.50 | 195.00 |
| 10/17/12 | N. Riesco | L120 | | Review/respond to email from L. Goldberg regarding settlement agreement. | 0.10 | 39.00 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Invoice No. 2057218

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/18/12 | G. Pauling II | L160 | | Attention to settlement details and terms (.10); follow up regarding same (.10). | 0.20 | 119.00 |
| 10/18/12 | N. Riesco | C200 | | Conduct research regarding IHRC rules on settlement and voluntary dismissal (.50); draft/edit settlement agreement (.30); compose email to opposing counsel with proposed edits to agreement (.20). | 1.00 | 390.00 |
| 10/22/12 | G. Pauling II | L120 | | Review plaintiff's counter-proposal regarding settlement (.30); work with N. Riesco to advise client regarding same and formulate response (.20). | 0.50 | 297.50 |
| 10/29/12 | N. Riesco | L120 | | Review/analyze email and supporting documents received from opposing counsel regarding agreement (1.00); conduct research and calls to IDHR and IHRC regarding independent authority to pursue charge despite complainant settlement (1.00); compose email to J. Osick regarding agreement (.70). | 2.70 | 1,053.00 |

**Total Hours**                                                                 5.80

**Total Fees**                                                                   $2,405.50

**Less Discount**                                                                ($240.55)

**Total Fees After Discount**                                                    $2,164.95

**Timekeeper Summary**

| G. Pauling II | Partner | - | 0.70 | hours at | $595.00 | per hour |
|---------------|---------|---|------|----------|---------|----------|
| N. Riesco | Associate | - | 5.10 | hours at | $390.00 | per hour |

**Total Disbursements**                                                          0.00

**Total Amount Due**                                                             $2,164.95

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2057218
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,405.50 |
| Less Discount | ($240.55) |
| Total Fees after Discount | $2,164.95 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,164.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057228
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through October 31, 2012

### Carolyn Rusin v.; Case No. 1:12-cv-01135

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/02/12 | K. Petersen | L320 | | Correspondence with V. Gogins regarding Kronos data (.10); analyze Kronos data in connection with production and mediation (.30). | 0.40 | 154.00 |
| 10/04/12 | N. Finkel | L160 | | Conference and correspondence with J. Osick to establish loss reserve. | 0.30 | 172.50 |
| 10/04/12 | K. Petersen | L160 | | Work on analyzing and preparing time and payroll records for production in connection with mediation. | 0.30 | 115.50 |
| 10/07/12 | J. Stewart | L320 | | Prepare payroll data for analysis and production. | 0.70 | 273.00 |
| 10/10/12 | K. Petersen | L320 | | Analyze template for time and payroll data production. | 0.20 | 77.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2057228

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/10/12 | J. Stewart | L320 | | Continue to analyze pay and time data provided by the client for production. | 0.60 | 234.00 |
| 10/12/12 | K. Petersen | L320 | | Finalize initial production of time and payroll documents for production to plaintiff. | 1.00 | 385.00 |
| 10/12/12 | J. Stewart | L320 | | Continue to prepare pay and time data for analysis and production to plaintiff. | 1.00 | 390.00 |
| 10/15/12 | J. Stewart | L320 | | Continue to prepare time and pay data for analysis and production. | 1.00 | 390.00 |
| 10/16/12 | J. Stewart | L320 | | Continue to prepare time and pay data for analysis and production. | 1.70 | 663.00 |
| 10/17/12 | J. Stewart | L320 | | Telephone conference with plaintiffs' counsel regarding pay and time data for the Rusin matter. | 0.20 | 78.00 |
| 10/18/12 | N. Finkel | L160 | | Exchange correspondence with mediator. | 0.10 | 57.50 |
| 10/19/12 | J. Stewart | L320 | | Continue to prepare pay and time data for analysis and production. | 2.80 | 1,092.00 |
| 10/22/12 | N. Finkel | L160 | | Conference with mediator regarding mediation logistics (.50); prepare for same (.10); directions to K. Petersen regarding activities arising out of same (.20). | 0.80 | 460.00 |
| 10/22/12 | K. Petersen | L160 | | Participate in pre-mediation conference with Judge Denlow, N. Finkel, and opposing counsel (.50); prepare correspondence to J. Osick regarding pre-mediation conference and other issues in preparation for mediation (.20). | 0.70 | 269.50 |
| 10/22/12 | J. Stewart | L320 | | Continue to prepare pay and time data for analysis and production. | 0.90 | 351.00 |
| 10/24/12 | J. Stewart | L320 | | Continue to prepare 2009-2012 time and payroll data for analysis and production to plaintiff. | 2.30 | 897.00 |
| 10/25/12 | J. Stewart | L320 | | Continue to analyze and prepare 2009-2012 pay and time data for analysis and production to plaintiff. | 2.20 | 858.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 2057228

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/29/12 | J. Stewart | L320 | | Continue to prepare 2011 pay and time data for analysis and production. | 3.20 | 1,248.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 20.40 | |
| **Total Fees** | | | $8,165.00 |
| **Less Discount** | | | ($816.50) |
| **Total Fees After Discount** | | | $7,348.50 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 1.20 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 2.60 | hours at | $385.00 | per hour |
| J. Stewart | Associate | - | 16.60 | hours at | $390.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $7,348.50 |

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2057228
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $8,165.00 |
| Less Discount | ($816.50) |
| Total Fees after Discount | $7,348.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $7,348.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057232
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through October 31, 2012

### Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/01/12 | L. O'Hara | L160 | | Draft settlement agreement. | 1.20 | 546.00 |
| 10/02/12 | L. O'Hara | L160 | | Finalize draft of settlement agreement (.80); communicate with J. Powers and G. Conner regarding same (.30). | 1.10 | 500.50 |
| 10/03/12 | L. O'Hara | L160 | | E-mail with G. Conner regarding language in settlement agreement (.10); telephone call with G. Conner regarding same (.10); revise agreement (.10); e-mail to J. Powers regarding same (.10). | 0.40 | 182.00 |
| 10/04/12 | L. O'Hara | L160 | | Communicate with opposing counsel and client regarding settlement agreement. | 0.20 | 91.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/05/12 | L. O'Hara | L110 | | Review/analysis of opposing counsel's comments regarding settlement agreement (.30); communicate with J. Powers and G. Conner regarding same (.20). | 0.50 | 227.50 |
| 10/05/12 | M. Halperin | L310 | | Preparation of communication to J. Cambe at Titan Legal Services requesting that they forward their final invoices for the subpoenas they issued. | 0.10 | 26.50 |
| 10/08/12 | L. O'Hara | L160 | | E-mails with G. Conner and J. Powers regarding settlement agreement (.20) ; telephone conversation with G. Conner regarding same (.10); telephone conversation with J. Powers regarding same (.10); revise settlement agreement (.30); communication with opposing counsel regarding same (.20); review opposing counsel's comments (.30); review e-mails regarding mediation proposal history (.30); telephone conversation with mediator regarding same (.40). | 1.90 | 864.50 |
| 10/09/12 | L. O'Hara | L160 | | Telephone conference with mediator and opposing counsel regarding issues with settlement agreement (.50); telephone conference with G. Conner regarding earliest that C&R can be approved by WCAB (.20); telephone conference with J. Powers regarding issues involving settlement agreement (.20); voicemail and e-mail communication with B. Lopez-Nash regarding settlement check (.20); follow-up e-mail communication with opposing counsel regarding issues relating to settlement agreement (.20); further telephone conference with mediator regarding issues involving settlement agreement and strategy for resolving same (.50); revise settlement agreement (.50); communication with J. Powers regarding same (.20). | 2.50 | 1,137.50 |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Invoice No. 2057232

Page 3

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 10/10/12 | L. O'Hara | L160 | | Communicate with J. Powers regarding mediator's proposed changes to settlement agreement (.10); communicate with opposing counsel regarding same (.10); communicate with B. Lopez Nash regarding settlement check (.10). | 0.30 | 136.50 |
| 10/11/12 | L. O'Hara | L160 | | Communicate with opposing counsel regarding their firm's W-9 form (.10); communicate with B. Lopez-Nash regarding settlement check timing (.10). | 0.20 | 91.00 |
| 10/11/12 | L. O'Hara | L160 | | Review e-mail from G. Conner regarding push back from applicant's counsel regarding C&R (.20); telephone conference with G. Conner regarding same and regarding status of civil settlement (.20). | 0.40 | 182.00 |
| 10/12/12 | L. O'Hara | L160 | | Communicate with client regarding timing of settlement check and holding of check until WCAB C&R approval (.20); communicate with opposing counsel regarding same and regarding status of executed agreement (.10); communicate with opposing counsel (.20) and client (.10) regarding issues regarding plaintiff's 401 k (10). | 0.60 | 273.00 |
| 10/15/12 | L. O'Hara | L160 | | Communicate with client regarding settlement check (.10); communicate with opposing counsel regarding same and status of C&R (.10). | 0.20 | 91.00 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/16/12 | L. O'Hara | L160 | | E-mail communication with opposing counsel regarding settlement check and that check will not be released until workers' compensation issues are resolved (.20); e-mail communications with G. Conner regarding status of workers' compensation settlement negotiations (.20); telephone conference with G. Conner regarding issues involving workers' compensation settlement, unreasonable position taken by plaintiff's counsel and strategy for dealing with same (.30). | 0.70 | 318.50 |
| 10/17/12 | L. O'Hara | L160 | | Communicate with workers' compensation counsel (.10); plaintiff's counsel regarding status of plaintiff's execution of C&R and civil settlement agreement (.10). | 0.20 | 91.00 |
| 10/18/12 | L. O'Hara | L160 | | Communicate with G. Conner regarding C&R approval. | 0.10 | 45.50 |
| 10/22/12 | L. O'Hara | L160 | | Telephone conference with G. Conner regarding workers' compensation C&R and to verify that no final issues remain (.20); communicate with B. Lopez-Nash regarding defendant's execution of settlement agreement (.10); e-mail communication with opposing counsel regarding settlement check and dismissal (.10); correspondence regarding same (.10). | 0.50 | 227.50 |
| 10/29/12 | L. O'Hara | L160 | | Review court order regarding dismissal (.10); communications with opposing counsel regarding fixing error in order which incorrectly dismisses only single defendant (.10). | 0.20 | 91.00 |

**Total Hours**          11.30

**Total Fees**          $5,122.50



KTLA-TV

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 11.20 | hours at | $455.00 | per hour |
| M. Halperin | Paralegal | - | 0.10 | hours at | $265.00 | per hour |

| **Disbursements** | **Value** |
|---|---|
| Copying (20 copies @ .10 ea) | 2.00 |
| Copying (11 copies @ .10 ea) | 1.10 |
| Courier/Messenger Inv#: 206190431 Date Sent: 10/22/2012 Sender: Jodi Snyder Airbill: 793904996155 Timothy Gonzales Mancini & Associates 15303 Ventura Blvd SHERMAN OAKS, CA  91403 | 10.29 |
| Long Distance Telephone | 1.75 |
| Parking Validations - B. Lopez-Nash (meeting with L. O'Hara) | 34.00 |
| Subpoena Fees -  TITAN LEGAL SERVICES | 227.95 |
| Subpoena Fees -  TITAN LEGAL SERVICES | 85.65 |

**Total Disbursements**                                         362.74

**Total Fees And Disbursements This Statement**                 $5,485.24

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2057232
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $5,122.50 |
| Total Disbursements | 362.74 |
| Total Fees and Disbursements This Statement | $5,485.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |

# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057236
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through October 31, 2012

### Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/22/12 | L. O'Hara | L160 | | Communicate with mediator regarding timing of plaintiff's summary judgment opposition hearing date, and settlement strategy. | 0.30 | 136.50 |
| 10/29/12 | L. O'Hara | L160 | | Communication from mediator regarding regarding opening settlement discussions. | 0.10 | 45.50 |

**Total Hours**     0.40

**Total Fees**     $182.00

### Timekeeper Summary

| | | | | | |
|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 0.40 | hours at | $455.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2057236

Page 2

Los Angeles Times (Sherman)

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 10/26/12 | Attorney Services - NATIONWIDE LEGAL EXPRESS, LLC (9/21/12) regarding motion summary judgment documents and supporting documents (L. O'Hara) | 94.50 |
| | **Overnight Delivery/Local Messenger** | |
| 10/26/12 | Overnight Delivery/Local Messenger - NATIONWIDE LEGAL EXPRESS, LLC (9/21/12) | 146.48 |
| | **Filing Fees** | |
| 10/26/12 | Filing Fees - NATIONWIDE LEGAL EXPRESS, LLC (9/21/12) | 1,000.00 |
| | **Online Research** | |
| 10/31/12 | Online Research - L. Wallach - research for issues regarding Summary Judgment Motions | 856.04 |
| | **Litigation Support Vendors** | |
| 10/30/12 | Litigation Support Vendors - LITIDOX (09/21/12) | 66.77 |

**Total Disbursements**                                           2,163.79

**Total Fees And Disbursements This Statement**          $2,345.79

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2057236
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $182.00 |
| Total Disbursements | 2,163.79 |
| Total Fees and Disbursements This Statement | $2,345.79 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057249
0276 33175 / 33175-000020
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through October 31, 2012

## Clement, Jayne v. Los Angeles Times, et al. 0000001656

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/09/12 | M. Sank | L230 | | Prepare for status conference. | 0.20 | 82.00 |
| 10/10/12 | M. Sank | L230 | | Attend status conference (1.80); prepare notice of further status conference (.10); telephone conference with plaintiff's counsel regarding settlement (.10); prepare email to J. Osick regarding same (.10). | 2.40 | 984.00 |
| 10/12/12 | M. Sank | L120 | | Telephone conference with plaintiff's counsel regarding settlement procedure. | 0.10 | 41.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.70 | |
| **Total Fees** | | $1,107.00 |
| **Less Discount** | | ($110.70) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2057249

Page 2

Los Angeles Times (Sherman)

**Total Fees After Discount** $996.30

**Timekeeper Summary**

M. Sank    Associate    -    2.70    hours at    $410.00    per hour

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 10/11/12 | Copying (10 copies @.10 ea) | 1.00 |
| | **Local Travel** | |
| 10/24/12 | Local Travel - MAX SANK parking - Attend status conference hearing 10/10/12 | 10.50 |
| 10/24/12 | Local Travel - MAX SANK mileage - Attend status conference hearing 10/10/12 | 15.38 |

**Total Disbursements** 26.88

**Total Amount Due** $1,023.18

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

James P. Osick, Esq.
Director, Labor and Employee Relations
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 2057249
0276 33175 / 33175-000020
Clement, Jayne v. Los Angeles Times, et al.
0000001656

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,107.00 |
| Less Discount | ($110.70) |
| Total Fees after Discount | $996.30 |
| Total Disbursements | 26.88 |
| Total Fees and Disbursements This Statement | $1,023.18 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057252
0276 10537 / 10537-000047
W6S

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/01/12 | N. Finkel | 0.10 | Exchange correspondence with K. Petersen and J. Osick regarding mediation progress. |
| 10/01/12 | K. Petersen | 5.00 | Represent client at court-mandated mediation and prepare for same. |
| 10/01/12 | K. Petersen | 2.60 | Finalize opposition to plaintiffs' motion for conditional certification (1.50); analyze plaintiffs' response to motion for summary judgment and statement of additional undisputed facts (1.10). |
| 10/02/12 | N. Finkel | 0.30 | Directions to K. Petersen on reply on summary judgment motion. |
| 10/02/12 | K. Petersen | 1.30 | Strategize with N. Finkel regarding reply in support of motion for summary judgment (.30); work on preparing summary judgment reply (1.0). |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2057252

Page 2

Sun-Sentinel Company

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/03/12 | K. Petersen | 2.00 | Prepare defendant's reply brief in support of its motion for summary judgment. |
| 10/04/12 | K. Petersen | 3.10 | Prepare reply in support of motion for summary judgment. |
| 10/05/12 | N. Finkel | 0.80 | Revise reply on motion for summary judgment (.60); directions to K. Petersen regarding same (.20). |
| 10/05/12 | K. Petersen | 3.60 | Continue preparing reply brief in support of motion for summary judgment and response to plaintiffs' additional statement of undisputed facts. |
| 10/08/12 | K. Petersen | 0.50 | Finalize reply in support of motion for summary judgment (.30); conference with J. Thornton regarding filing same (.20). |
| 10/09/12 | N. Finkel | 0.30 | Review and assessment of plaintiffs' reply on motion for conditional certification (.20); directions to K. Petersen on potential sur-reply for same (.10). |
| 10/10/12 | N. Finkel | 0.10 | Directions to K. Petersen on response to plaintiffs' motion for cross summary judgment. |
| 10/10/12 | K. Petersen | 3.20 | Prepare motion to strike plaintiffs' cross-motion for summary judgment (1.30); legal research in support of motion to strike (.50); confer with J. Thornton regarding local practices and procedures with respect to sur-reply and cross-motion responses (.20); prepare motion for leave to file sur-reply in opposition to plaintiffs' motion for conditional certification (1.20). |
| 10/11/12 | N. Finkel | 0.30 | Revise response to cross motion for summary judgment. |
| 10/11/12 | K. Petersen | 0.60 | Finalize sur-reply and motion to strike cross-motion for summary judgment (.40); correspondence to J. Osick regarding same (.10); correspondence to A. Burnette to determine if plaintiffs oppose motion for leave to file sur-reply in accordance with local meet and confer requirements (.10). |
| 10/25/12 | N. Finkel | 0.50 | Conference with K. Petersen regarding general trial preparation in light of upcoming trial date, including whether to file any motions in limine. |
| 10/25/12 | K. Petersen | 1.20 | Strategize regarding motions in limine and other pretrial considerations, including conferences with N. Finkel and J. Thornton (.80); correspondence with A. Burnette regarding pretrial scheduling matters (.40). |
| 10/26/12 | K. Petersen | 0.20 | Conference with A. Burnette regarding joint motion to continue trial date. |



Sun-Sentinel Company

| Date | Timekeeper | | Hours | Description |
|------|-----------|---|-------|-------------|
| 10/29/12 | N. Finkel | | 0.60 | Revise motion to continue trial date (.30); review of court order granting motion for summary judgment (.30). |
| 10/29/12 | K. Petersen | | 2.00 | Prepare joint motion to continue trial date (1.50); analyze plaintiffs' response to defendant's motion to strike cross-motion for summary judgment, plaintiffs' response to defendant's motion for leave to file a sur-reply brief in opposition to plaintiffs' motion to facilitate notice (.30); analyze order granting summary judgment in Sun Sentinel's favor (.20). |
| 10/30/12 | K. Petersen | | 0.20 | Begin preparing bill of costs. |

**Total Hours**          28.50

**Total Fees**                                                              $11,542.50

**Less Discount**                                                           ($1,154.25)

**Total Fees After Discount**                                               $10,388.25

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | - | 3.00 | hours at | $575.00 | per hour | |
| K. Petersen | - | 25.50 | hours at | $385.00 | per hour | |

| Disbursements | Value |
|---------------|-------|
| Gray Robinson, Invoice # 10286250, Invoice Date 10/03/2012 | 2,117.20 |
| Online Research - K. Petersen | 61.56 |
| Out-of-Town Travel -  UNITED AIRLINES Finkel/Noah A Ft Lauderdale - Chicago/Ohare 06/28/2012 - Take deposition of Beetz | 150.00 |
| Out-of-Town Travel -  UNITED AIRLINES Petersen/Kyle A Chicago/Ohare -Ft Lauderdale 08/28/2012 - Prepare for and attend depositions of third party district coordinators | 254.83 |
| Out-of-Town Travel - AMERICAN EXPRESS Petersen/Kyle A Ft Lauderdale-Atlanta -Chicago/Ohare 08/29/2012 - Prepare for and attend depositions for third party district coordinators | 275.60 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 2057252

Page 4

Sun-Sentinel Company

| Disbursements | Value |
|---|---|
| Out-of-Town Travel - AMERICAN EXPRESS Petersen/Kyle A Ft Lauderdale-Chicago/Mdway 08/29/2012 - Prepare for and attend depositions for third party district coordinators | 259.80 |

**Total Disbursements**                                                3,118.99

**Total Amount Due**                                                $13,507.24

# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2057252
0276 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $11,542.50 |
| Less Discount | ($1,154.25) |
| Total Fees after Discount | $10,388.25 |
| Total Disbursements | 3,118.99 |
| Total Fees and Disbursements This Statement | $13,507.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# GRAYROBINSON

Attorneys At Law
Suite 1400
301 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802

Telephone (407) 843-8880
Federal ID # 59-1300132

Sun-Sentinel Company                                    October 3, 2012
Noah A. Finkel, Esq.                                    FILE # 827770 - 1
Seyfarth Shaw, LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577

Statement #     10286250
Re: Jeannette Zarra and Mark Beetz

This summary includes all transactions on the above matter processed up to and including the
date of the last transaction shown on this invoice. Any transactions, including credits or receipts
processed after that date will be reflected on a future statement.

|                           |            |
|---------------------------|------------|
| PRIOR BALANCE:            | $ 2,167.50 |
| CURRENT FEES:             | $ 2,040.00 |
| CURRENT DISBURSEMENTS:    | $ 77.20    |
| CURRENT BALANCE DUE:      | $ 2,117.20 |
| **TOTAL BALANCE DUE:**    | **$ 4,284.70** |

0716                    **REMITTANCE COPY**
**Please return this remittance copy with your payment for proper allocation.**
**PAYMENT IS DUE UPON RECEIPT**

**Fees**

| | | | | |
|---|---|---|---|---|
| 09/04/12 | JJT | Review communications from proposed Mediator Spector re: plaintiff's cancellation of mediator due to deposit requirement, and communications with Seyfarth Shaw counsel re: same and alternative prospective mediators. | 0.40 | $ 170.00 |
| 09/07/12 | JJT | Review/analyze Sun Sentinel's Motion for Summary Judgment, supporting Memorandum of Law and supporting Declarations, and communications with Seyfarth lead counsel re: same. | 1.10 | $ 467.50 |
| 09/11/12 | JJT | Review communications from Plaintiff's counsel seeking consent to Motion to Facilitate Notice and Certify Class Action, and communications with Seyfarth counsel re: objection to same. | 0.10 | $ 42.50 |
| 09/12/12 | JJT | Review Sun Sentinel's Motion for Summary Judgment, Supporting Memorandum of Law, Statement of Undisputed Facts, and related exhibits and file same (1.3); review communications from Mediator re: 10/1 Mediation and time for same (.1). | 1.40 | $ 595.00 |
| 09/13/12 | JJT | Communications with Seyfarth counsel re: Local Rules relative to filing of memoranda and opposition. | 0.10 | $ 42.50 |
| 09/14/12 | JJT | Review Local Rule briefing deadlines relative to Summary Judgment with Seyfarth counsel. | 0.30 | $ 127.50 |
| 09/14/12 | JJT | Initial review of Plaintiff's Motion to Certify Class of FLSA Plaintiffs. | 0.40 | $ 170.00 |
| 09/27/12 | JJT | Review Court Status Report Order re: mediation. | 0.10 | $ 42.50 |
| 09/28/12 | JJT | Review/analyze Plaintiff's Response to Sun Sentinel's Motion for Summary Judgment, and Plaintiff's Statement of Material Facts in Support of Response to Summary Judgment Motion. | 0.80 | $ 340.00 |
| 09/28/12 | JJT | Review Mediation Joint Status Report. | 0.10 | $ 42.50 |

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Thornton, James J | 4.80 | $ 425.00 | $ 2,040.00 |

Current Fees:                                     $ 2,040.00

**Disbursements:**

| | | |
|---|---|---|
| 09/13/12 | Internal Reproduction Costs | $29.40 |
| 09/14/12 | Internal Reproduction Costs | $0.60 |
| 09/17/12 | Internal Reproduction Costs | $0.40 |
| 09/18/12 | Internal Reproduction Costs | $1.40 |

| | | |
|---|---|---|
| 09/21/12 | Internal Reproduction Costs | $3.00 |
| 09/21/12 | Internal Reproduction Costs | $0.40 |
| 09/21/12 | Internal Reproduction Costs | $0.40 |
| 09/21/12 | Internal Reproduction Costs | $4.40 |
| 09/21/12 | Internal Reproduction Costs | $1.80 |
| 09/24/12 | Internal Reproduction Costs | $14.20 |
| 09/24/12 | Internal Reproduction Costs | $2.40 |
| 09/24/12 | Internal Reproduction Costs | $1.20 |
| 09/24/12 | Internal Reproduction Costs | $0.40 |
| 09/25/12 | Internal Reproduction Costs | $1.00 |
| 09/25/12 | Internal Reproduction Costs | $1.80 |
| 09/26/12 | Internal Reproduction Costs | $8.00 |
| 09/27/12 | Internal Reproduction Costs | $2.20 |
| 09/27/12 | Internal Reproduction Costs | $0.20 |
| 09/27/12 | Internal Reproduction Costs | $1.40 |
| 09/27/12 | Internal Reproduction Costs | $0.20 |
| 09/28/12 | Internal Reproduction Costs | $2.40 |

| Description | Amount |
|---|---|
| Internal Reproduction Costs | $ 77.20 |
| Current Disbursements | $77.20 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Sun-Sentinel Company

**Total Amount Due**                                              $13,507.24



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2057252
0276 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $11,542.50 |
| Less Discount | ($1,154.25) |
| Total Fees after Discount | $10,388.25 |
| Total Disbursements | 3,118.99 |
| Total Fees and Disbursements This Statement | $13,507.24 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
## SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057294
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2012

### Labor-General 0000000968

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/15/12 | N. Finkel | C300 | | Review of job descriptions to determine exempt status of various positions (.60); conference and correspondence with J. Osick regarding same (.30). | 0.90 | 517.50 |
| 10/18/12 | N. Finkel | C300 | | Conference with J. Osick and others in Company regarding exempt status of various positions at newspapers. | 0.60 | 345.00 |
| 10/25/12 | N. Finkel | C300 | | Review of materials from N. Martell to determine exempt status of various positions. | 0.30 | 172.50 |
| 10/30/12 | N. Finkel | C300 | | Conference with Company regarding exempt status of various positions; calculate potential risk in connection with same. | 1.80 | 1,035.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Tribune Company

| | | |
|---|---|---|
| **Total Hours** | | 3.60 |
| **Total Fees** | | $2,070.00 |
| **Less Discount** | | ($207.00) |
| **Total Fees After Discount** | | $1,863.00 |

**Timekeeper Summary**

N. Finkel        Partner        -        3.60        hours at        $575.00        per hour

| | | |
|---|---|---|
| **Total Disbursements** | | 0.00 |
| **Total Amount Due** | | $1,863.00 |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2057294
0276 11089 / 11089-000001
Labor-General 0000000968

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,070.00 |
| Less Discount | ($207.00) |
| Total Fees after Discount | $1,863.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,863.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057296
0276 11089 / 11089-000038
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through October 31, 2012

### Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No. 2011-62692

| Disbursements | Value |
|---|---|
| Other -  CASE FILE XPRESS, L.P. | 27.61 |
| | |
| **Total Disbursements** | 27.61 |
| | |
| **Total Fees And Disbursements This Statement** | $27.61 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2057296
0276 11089 / 11089-000038
Karen Fisher v. KIAH, Inc. a/k/a KIAH TV; Case No.
2011-62692

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 27.61 |
| Total Fees and Disbursements This Statement | $27.61 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

**Case file Xpress, L.P.**

Invoice 5102 TX

9-26-2012

| | |
|---|---|
| 35790/35- $258.70 | 54597/1- $18.40 |
| 38627/219- $27.61 | 74427/8- $27.61 |
| 18811/751- $46.01 | 18811/753- $46.01 |
| 37459/39- $27.61 | 11089/38- $27.61 |
| 31706/119- $18.40 | 74427/26- $247.44 |
| 77235/2- $36.80 | 76684/1- $278.12 |
| 32899/71- $82.83 | 32899-102- $55.22 |
| 67448/2- $110.44 | 31004/123- $16.36 |
| 23650/86- $18.40 | 77212/8- $16.36 |

Total: 1359.93

POSTED

OCT 29 2012

SEYFARTH SHAW LLP

OCT 12 PM 3:40

Case File Xpress, LP.
105 Decker Court, Suite 1100
Irving, TX 75062-2211
Phone 1-877-433-4533
Fax 1-972-893-0099

Seyfarth Shaw
700 Louisiana, Suite 3700
Houston, TX 77002
Phone : 713-225-2300   Contact Person : Shelley Willis
Fax : 713-225-2340   Contact Email : swillis@seyfarth.com

Monthly Billing for the period 08/01/2012 through 08/31/2012

Invoice #: 5102TX
Date: 9/26/2012
Terms: Net 15

| Attorney | Trace No | Submitted Date | Charged Date | Jurisdiction | Cause Number | Client Matter | Status | CFX Fee | NIC Fee | Court Fee | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blair, Misty | ED101J017001688 | 7/31/2012 16:34 | 8/1/2012 19:13 | Harris District Civil | 2011-23308 | 35790-35 | Confirmation | $16.50 | $10.03 | $43.00 | $69.53 |
| Blair, Misty | ED101J017008480 | 8/2/2012 16:11 | 8/2/2012 21:25 | Harris District Civil | 2011-23308 | 35790-35 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Blair, Misty | ED101J017015774 | 8/8/2012 18:54 | 8/9/2012 17:42 | Harris County Civil Courts at Law | 1011465-002 | 35790-35 | Confirmation | $12.00 | $5.42 | $47.00 | $64.42 |
| Blair, Misty | ED101J017028554 | 8/16/2012 13:45 | 8/16/2012 21:11 | Harris District Civil | 2011-23308 | 35790-35 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Blair, Misty Total | | | | | | | | | | | $258.70 |
| Brucmiller, Randy | ED101J017001832 | 7/31/2012 17:07 | 8/1/2012 15:02 | Harris District Civil | 2012-10975 | 54597-1 | Confirmation | $12.00 | $4.40 | $2.00 | $18.40 |
| Brucmiller, Randy | ED101J017021469 | 8/13/2012 12:43 | 8/13/2012 17:52 | Harris District Civil | 2011-61635 | 38627-219 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Brucmiller, Randy | ED101J017058884 | 8/30/2012 15:36 | 8/31/2012 14:12 | Bexar District | 2011C109318 | 74427.8 | Confirmation | $45.00 | $23.62 | $5.00 | $73.62 |
| Brucmiller, Randy Total | | | | | | | | | | | |
| Cary, Robert | ED101J017033070 | 8/20/2012 09:26 | 8/20/2012 16:15 | Bexar District | 2012-01218D | 18811-751 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Cary, Robert | ED101J017033099 | 8/20/2012 09:33 | 8/20/2012 16:24 | Bexar District | 2012-12895 | 18811-753 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Cary, Robert | ED101J017098065 | 8/20/2012 11:47 | 8/21/2012 18:40 | Bexar District | 2012-12895 | 18811-753 | Confirmation | $12.00 | $4.40 | $2.00 | $18.40 |
| Cary, Robert | ED101J017098065 | 8/21/2012 11:51 | 8/21/2012 18:43 | Harris District Civil | 2012-12160 | 18811-751 | Confirmation | $12.00 | $4.40 | $2.00 | $18.40 |
| Cary, Robert | ED101J017098065 | 8/16/2012 | 8/16/2012 | Harris District Civil | 2011-23308 | 18811-751 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Cary, Robert Total | | | | | | | | | | | |
| Clifford, Dennis | ED008A017031251 | 8/17/2012 14:14 | 8/17/2012 20:02 | Galveston County District Courts | 12cv0111 | 37495-39 | Confirmation | $57.00 | $27.02 | $8.00 | $92.02 |
| Clifford, Dennis Total | | | | | | | | | | | $92.02 |
| Collins, John | ED101J017031592 | 8/17/2012 15:04 | 8/17/2012 20:56 | Harris District Civil | 2011-62692 | 11088-38 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Collins, John Total | | | | | | | | | | | $27.61 |
| Glenn, Cleve | EC05ZJ017010081 | 8/8/2012 16:16 | 8/17/2012 19:05 | Dallas County - Civil | CC-12-03685-A | 31706.000119 | Confirmation | $12.00 | $4.40 | $2.00 | $18.40 |
| Glenn, Cleve | EC101J017029740 | 8/16/2012 17:16 | 8/17/2012 17:33 | Harris County Civil Courts at Law | 1018729 | 74427.26 | Confirmation | $12.00 | $9.44 | $226.00 | $247.44 |
| Glenn, Cleve | ED101J017031628 | 8/17/2012 16:11 | 8/17/2012 20:48 | Harris District Civil | 2012-41788 | 77235.1 | Confirmation | $16.50 | $9.11 | $2.00 | $18.40 |
| Glenn, Cleve | ED0020J017032726 | 8/17/2012 16:35 | 8/21/2012 21:17 | Brazoria District | WallOnCourt | 76984.1 | Confirmation | $10.12 | $256.00 | $256.00 | $278.12 |
| Glenn, Cleve | ED101J017033943 | 8/20/2012 12:21 | 8/20/2012 21:04 | Harris District Civil | 77235.2 | 77235.2 | Confirmation | $16.50 | $9.11 | $2.00 | $18.40 |
| Glenn, Cleve | ED101J017044607 | 8/27/2012 17:06 | 8/27/2012 16:31 | Harris District Civil | 2011-61487 | 328899-71 | Confirmation | $16.50 | $9.11 | $2.00 | $18.40 |
| Glenn, Cleve | ED101J017044941 | 8/24/2012 17:11 | 8/27/2012 16:23 | Harris District Civil | 2011-61487 | 328899-71 | Confirmation | $16.50 | $9.11 | $2.00 | $18.40 |
| Glenn, Cleve | ED101J017045101 | 8/24/2012 18:25 | 8/27/2012 21:40 | Harris District Civil | 328899-71 | 328899-000102 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Glenn, Cleve | ED101J017045112 | 8/27/2012 18:34 | 8/27/2012 21:42 | Harris District Civil | 2009-00518 | 32899.000102 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Glenn, Cleve Total | | | | | | | | | $69.20 | $496.00 | $691.20 |
| Mata, Emma | ED101J017017224 | 8/9/2012 15:37 | 8/9/2012 21:00 | Harris District Civil | 2009-04966 | 67448-2 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Mata, Emma | ED101J017018384 | 8/10/2012 10:52 | 8/10/2012 16:10 | Harris District Civil | 2009-04966 | 67448-2 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Mata, Emma | ED101J017022126 | 8/13/2012 15:19 | 8/13/2012 20:37 | Harris District Civil | 2009-04966 | 67448-2 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Mata, Emma | ED101J017022471 | 8/13/2012 16:13 | 8/13/2012 21:15 | Harris District Civil | 2009-04966 | 67448-2 | Confirmation | $16.50 | $9.11 | $2.00 | $27.61 |
| Mata, Emma Total | | | | | | | | $66.00 | $36.44 | $8.00 | $110.44 |

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Invoice No. 2057297
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through October 31, 2012

**East Coast Properties**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/22/12 | T. Haley | L120 | | Telephone conference with D. Bralow regarding unemployment insurance audit of distributor. | 0.30 | 195.00 |

| | | |
|---|---|---|
| **Total Hours** | | 0.30 |
| **Total Fees** | | $195.00 |
| **Less Discount** | | ($19.50) |
| **Total Fees After Discount** | | $175.50 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| T. Haley | Sr Partner I | - | 0.30 | hours at | $650.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**  SHAW LLP

Invoice No. 2057297

Page 2

Tribune Company/Olson

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $175.50 |

# SEYFARTH
### ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 9, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 2057297
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $195.00 |
| Less Discount | ($19.50) |
| Total Fees after Discount | $175.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $175.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |