# EXHIBIT A

```
alp_212: Matter Analysis Sheet                         PAUL WEISS RIFKIND WHARTON GARRISON LLP                          PAGE     2
Run Date & Time: 12/03/12 12:41:55                     Work Date From : 09/01/12 Thru : 09/30/12                         LEAF     2

Client: 020139 Tribune Company                         Resp Prtnrs: KMS RJB RCF        Proforma: (00215)
Matter: 00001 Tribune Company - General                       Bill Frq: M  Class: 2070 Status: B

U N B I L L E D   T I M E   S U M M A R Y
Employee Name                Off  Dp Position       Oldest Entry   Latest Entry     Hours

Weinberger, Erica G.         NY Bkcy ASSOCIATE        09/07/12       09/19/12        1.60
Denhoff, Adam M.             NY Bkcy ASSOCIATE        09/12/12       09/28/12        8.00
Shumejda, Lauren             NY Bkcy ASSOCIATE        09/02/12       09/28/12        1.70
Shmueli, Amir                NY Corp ASSOCIATE        09/28/12       09/28/12        1.00
                                                                                   ------
                             Total:                                                 12.30

U N B I L L E D   T I M E   D E T A I L
Employee Name            Dept  Position     Work Date  Description                                                      Hours

Shumejda, Lauren         Bkcy  ASSOCIATE    09/02/12   Review Tribune docket in connection with Paul                     0.50
                                                       Weiss retention application.
Weinberger, Erica G.     Bkcy  ASSOCIATE    09/07/12   Call with L. Shumejda re supplemental                             0.10
                                                       declaration in support of retention application
                                                       and attend to emails from Paul Weiss attorneys
                                                       re same.
Shumejda, Lauren         Bkcy  ASSOCIATE    09/10/12   Confer with E. Weinberger re supplemental                         0.70
                                                       disclosure in support of retention application
                                                       (.1); draft same (.5); t/c with J. Boelter
                                                       (Sidley) re same (.1).
Weinberger, Erica G.     Bkcy  ASSOCIATE    09/10/12   Review draft supplemental declaration and                         0.10
                                                       confer with L. Shumejda re same.
Weinberger, Erica G.     Bkcy  ASSOCIATE    09/12/12   Revise supplemental declaration in support of                     0.30
                                                       retention application and coordinate filing
                                                       (.1); review fee application materials (.1) and
                                                       confer with A. Denhoff regarding same (.1).
Denhoff, Adam M.         Bkcy  ASSOCIATE    09/12/12   Office conference with E. Weinberger re                           0.10
                                                       drafting fee application.
                                            09/13/12   Draft Paul, Weiss's first fee application.                        5.20
                                            09/14/12   Edit Paul, Weiss's fee application and review                     1.90
                                                       time sheets for compliance with DE local rules
                                                       in connection with same.
Weinberger, Erica G.     Bkcy  ASSOCIATE    09/19/12   Review draft Paul Weiss fee application and                       1.10
                                                       related materials
Shumejda, Lauren         Bkcy  ASSOCIATE    09/27/12   Review fee application materials for compliance                   0.20
                                                       with DE local rules.
Denhoff, Adam M.         Bkcy  ASSOCIATE    09/28/12   Edit Paul, Weiss's fee application and review                     0.80
                                                       time sheets for compliance with DE local rules
                                                       in connection with same.
Shmueli, Amir            Corp  ASSOCIATE    09/28/12   Review fee application materials for compliance                   1.00
                                                       with DE local rules in connection with Paul
                                                       Weiss fee application.
Shumejda, Lauren         Bkcy  ASSOCIATE    09/28/12   Review fee application materials for compliance                   0.30
                                                       with DE local rules.
                                                                                                        Total          12.30

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General
```

```
alp_212: Matter Analysis Sheet                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                   PAGE    3
                                                                                                                      LEAF    3
Run Date & Time: 12/03/12 12:41:55                          Work Date From : 09/01/12 Thru : 09/30/12

Client: 020139 Tribune Company                              Resp Prtnrs: KMS RJB RCF         Proforma: (00215)
Matter: 00001 Tribune Company - General                        Bill Frq: M   Class: 2070 Status: B

                                              Matter Total              12.30
```

alp_212: Matter Analysis Sheet                                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                                   PAGE  2
Run Date & Time: 12/03/12 12:41:52                                                                                                                    LEAF  2

Client: 020139 Tribune Company                                              Resp Prtnrs: KMS RJB RCF       Proforma: (00215)
Matter: 00002 Tribune Company - Exit Financing                              Work Date From : 09/01/12 Thru : 09/30/12
                                                                            Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Off  Dp  Position               Oldest Entry    Latest Entry      Hours

Davis, Douglas R                NY Bkcy PARTNER            09/27/12        09/27/12           0.20
Goodison, Eric                  NY Corp PARTNER            09/04/12        09/28/12           9.80
Poggi, Christopher              NY Corp COUNSEL            09/04/12        09/28/12          33.90
Shmueli, Amir                   NY Corp ASSOCIATE          09/01/12        09/30/12          42.10
Gyasi, Eric                     NY Corp ASSOCIATE          09/04/12        09/29/12          19.50
                                                                                           --------
                    Total:                                                                  105.50

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position      Work Date  Description                                                                                     Hours

Shmueli, Amir          Corp  ASSOCIATE     09/01/12   Preparation of Perfection Certificate.                                                           4.90
Goodison, Eric         Corp  PARTNER       09/04/12   Call with C. Poggi re letter of credit issues                                                    0.70
                                                      and status of Tribune exit financing.
Poggi, Christopher     Corp  COUNSEL       09/04/12   Call with E. Goodison regarding Tribune status,                                                  3.90
                                                      letters of credit (.7). Conference call with J.
                                                      Schmaltz (Alvarez & Marsal), J. Boelter
                                                      (Sidley) and E. Gyasi to discuss Perfection
                                                      Certificate issues (.9). Conference call with
                                                      D. Eldersveld (Tribune), J. Boelter (Sidley)
                                                      and G. Martin (Skadden) regarding DEP letter of
                                                      credit issues (1.5). Review of revised ABL
                                                      issues list (.5) and call with A. Shmueli to
                                                      discuss changes to same (.3).
Shmueli, Amir          Corp  ASSOCIATE     09/04/12   Review of Perfection Certificate (2.3);                                                          3.90
                                                      revisions to ABL Issues Lists (.6); call with
                                                      C. Poggi re same (.3); revisions to ABL
                                                      Commitment Letter (.7).
Gyasi, Eric            Corp  ASSOCIATE     09/04/12   Review Perfection Certificate in preparation                                                     1.00
                                                      for conference call re same (.1). Call w/ J.
                                                      Schmaltz (Alvarez & Marsal), J. Boelter
                                                      (Sidley) and C. Poggi re: Perfection
                                                      Certificate (.9).
Poggi, Christopher     Corp  COUNSEL       09/05/12   Review of changes to ABL commitment letter and                                                   1.10
                                                      comments to A. Shmueli on same (.9). Call with
                                                      A. Shmueli to discuss commitment papers (.2).
Shmueli, Amir          Corp  ASSOCIATE     09/05/12   Markup of ABL Commitment Letter (.7); updating                                                   1.60
                                                      of ABL and term loan documents (.7); call with
                                                      C. Poggi re same (.2).
Goodison, Eric         Corp  PARTNER       09/06/12   Revisions to Perfection Certificate.                                                             1.00
                                           09/07/12   Attention to D. Eldersveld (Tribune) comments                                                    0.20
                                                      to commitment letter.

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                         PAGE    3
Run Date & Time: 12/03/12 12:41:52                 Work Date From : 09/01/12 Thru : 09/30/12                      LEAF    3

Client: 020139 Tribune Company                     Resp Prtnrs: KMS RJB RCF         Proforma:       (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M    Class: 2070  Status: B
```

## UNBILLED TIME DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Poggi, Christopher | Corp | COUNSEL | 09/07/12 | Review of comments to term and ABL commitment papers from Tribune (.6), and review of changes to papers and comments to E. Gyasi on same (1.7). Review of Perfection Certificate changes with A. Shmueli (.8). Correspondence with A. Shmueli and E. Gyasi regarding fee letter comments (.3). | 3.40 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/07/12 | Revisions to Term Loan mandate papers (.7), revisions to ABL commitment papers (.5). Update call w/ G. Martin (Skadden) (.6). Review of perfection certificate (.2). | 2.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/07/12 | Revisions to Perfection Certificate (3.3); review comments to same with C. Poggi (.8). | 4.10 |
| Poggi, Christopher | Corp | COUNSEL | 09/10/12 | Review of Tribune comments to Term Loan fee letters (.8) and memo to A. Shmueli regarding comments to same (.3). Call with A. Shmueli regarding fee letters (.2). | 2.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/10/12 | Revisions to Fee Letters (1.0); call with C. Poggi re same (.2); revisions to Perfection Certificate (.7). | 1.90 |
| Poggi, Christopher | Corp | COUNSEL | 09/11/12 | Correspondence with D. Eldersveld (Tribune) regarding DPW comments. | 0.80 |
| Goodison, Eric | Corp | PARTNER | 09/12/12 | E/mails to D. Eldersveld (Tribune) re J. Rodden (Tribune) comments to commitment papers (.2); call on term loan papers with M. Dworkin (Davis Polk), E. Gyasi, C. Poggi and A. Shmueli (.8). | 1.00 |
| Poggi, Christopher | Corp | COUNSEL | 09/12/12 | Review of changes to ABL fee letters (1.0) and correspondence with D. Eldersveld (Tribune), A. Shmueli regarding same (.1). Conference call with M. Dworkin (Davis Polk), E. Goodison, E. Gyasi and A. Shmueli to discuss comments to term loan papers (.8). Drafting of memo to D. Eldersveld (Tribune) regarding same (.6). | 2.50 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/12/12 | Call with M. Dworkin (Davis Polk), E. Goodison, C. Poggi and A. Shmueli re: JPM term papers (.8). Draft summary of call for C. Poggi (.7). | 1.50 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/12/12 | Revisions of ABL Fee Letters (1.3); emails with C. Poggi re same (.1); attended lawyer's call with M. Dworkin (Davis Polk), E. Goodison, E. Gyasi and C. Poggi re comments to term loan papers (.8). | 2.20 |

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                      PAGE   4
Run Date & Time: 12/03/12 12:41:53                      Work Date From : 09/01/12 Thru : 09/30/12                    LEAF   4

Client: 020139 Tribune Company                          Resp Prtnrs: KMS RJB RCF     Proforma:      (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M  Class: 2070 Status: B
```

UNBILLED TIME DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Goodison, Eric | Corp | PARTNER | 09/13/12 | Review memo to D. Eldersveld (Tribune) re summary of DPW call (.6); call with M. Dworkin (Davis Polk) re term loan papers (.3); teleconference J. Boelter (Sidley) re board resolutions (.3). | 1.20 |
| Poggi, Christopher | Corp | COUNSEL | 09/13/12 | Draft memo to D. Eldersveld (Tribune) regarding conference call with DPW and term sheet business issues. | 1.20 |
| Goodison, Eric | Corp | PARTNER | 09/14/12 | E/mails to J. Boelter (Sidley) re board resolutions. | 0.20 |
| Poggi, Christopher | Corp | COUNSEL | 09/14/12 | Review of J. Boelter (Sidley) summary of call with bank counsel on term loan commitment papers. | 0.50 |
| | | | 09/17/12 | Review of D. Eldersveld (Tribune) comments to Perfection Certificate. | 0.50 |
| Goodison, Eric | Corp | PARTNER | 09/18/12 | Review ABL commitment papers and Issues List (.7); teleconference G. Martin (Skadden) re same (.5). | 1.20 |
| Poggi, Christopher | Corp | COUNSEL | 09/18/12 | Review of G. Martin (Skadden) comments to ABL commitment papers and draft comments to same (1.5). Review and comment on issues list (.6). | 2.10 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/18/12 | Review of G. Martin (Skadden) draft commitment papers, draft Issues list (2.5). Call w/ D. Eldersveld (Tribune) re: Perfection Certificate (.1). Creation of Perfection Certificate Checklist (1.4). | 4.00 |
| Goodison, Eric | Corp | PARTNER | 09/19/12 | Call with D. Eldersveld (Tribune), C. Poggi, E. Gyasi and A. Shmueli re ABL commitment papers (1.0); review TL papers (.8). | 1.80 |
| Poggi, Christopher | Corp | COUNSEL | 09/19/12 | Conference call with D. Eldersveld (Tribune), E. Goodison, E. Gyasi and A. Shmueli to discuss issues list on ABL commitment papers (1.0). Meeting with E. Gyasi, A. Shmueli to discuss same (.5). Review of revised drafts of term loan engagement letter (1.4). | 2.90 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/19/12 | Call w/ D. Eldersveld (Tribune), E. Goodison, C. Poggi and A. Shmueli to discuss Issues List on ABL commitment papers (1.0). Revision to ABL commitment papers per conference call (.5). Meeting with C. Poggi and A. Shmueli re same (.5). Call w/ M. Dworkin (Davis Polk) re JPM drafts (.3). Review of draft Term Loan papers from DPW (.6). Draft Term Loan issues list (.6). | 3.50 |

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE    5
                                                                                                            LEAF    5
Run Date & Time: 12/03/12 12:41:53                Work Date From : 09/01/12 Thru : 09/30/12

Client: 020139 Tribune Company                    Resp Prtnrs: KMS RJB RCF         Proforma:        (00215)
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M    Class: 2070 Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Shmueli, Amir | Corp | ASSOCIATE | 09/19/12 | ABL call with D. Eldersveld (Tribune), E. Goodison, C. Poggi and E. Gyasi (1.0); meeting with PW team re same (.5); preparation of perfection certificate (3.2); review of Term Loan documents and distribution of Term Loan Issues List (.8). | 5.50 |
| Poggi, Christopher | Corp | COUNSEL | 09/20/12 | Review of revised drafts of term loan engagement letter and term sheet (.3), and memo to J. Boelter (Sidley) regarding open issues on same (.2). | 0.50 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/20/12 | Preparation of Perfection Certificate. | 1.50 |
| Goodison, Eric | Corp | PARTNER | 09/21/12 | Analyze Chicago Cubs issues in connection with exit financing re limitations on pledges by Cubs holders. | 0.20 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/21/12 | Call w/ J. Langdon (Sidley Austin) re: perfection certificate work flow. | 0.20 |
| Goodison, Eric | Corp | PARTNER | 09/24/12 | Review and revise term loan and ABL commitment docs (.6); teleconference S. Jacobsen (Skadden) re same (.1); attn to excluded prepetition claims issues (.3). | 1.00 |
| Poggi, Christopher | Corp | COUNSEL | 09/24/12 | Correspondence with E. Goodison, J. Boelter (Sidley) regarding open issues (.2). Review of draft comments to ABL commitment letter and term sheet and comment to E. Gyasi on same (.8). | 1.00 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/24/12 | Call w/ J. Schmaltz (Alvarez & Marsal) re: perfection certificate (.5). Revision to ABL commitment paper and term sheet (.5). | 1.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/24/12 | Revisions to ABL documents. | 1.80 |
| Goodison, Eric | Corp | PARTNER | 09/25/12 | Prep JPM markup of commitment papers. | 0.50 |
| Poggi, Christopher | Corp | COUNSEL | 09/25/12 | Review of revised term loan commitment papers with PW comments (.5), and memo to PW team with comments on same (.2). Review of memo from Tribune regarding limitations on pledges by Cubs holdcos (.8) and memo to E. Goodison on same (.4). Review of Cubs holdco organizational documents (1.2). | 3.10 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/25/12 | Preparation of Perfection Certificate. | 0.80 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/25/12 | Revision of term loan papers and distribution to Tribune of same. | 1.00 |

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                          PAGE    6
Run Date & Time: 12/03/12 12:41:53                      Work Date From : 09/01/12 Thru : 09/30/12                         LEAF    6

Client: 020139 Tribune Company                          Resp Prtnrs: KMS RJB RCF       Proforma:            (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M   Class: 2070 Status: B
```

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Poggi, Christopher | Corp | COUNSEL | 09/26/12 | Correspondence with D. Eldersveld (Tribune) regarding open issues on term loan papers (.2). Review of revised drafts of term and ABL issues lists, and comments to E. Gyasi, E. Goodison on same (3.1). | 3.30 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/26/12 | Revising ABL Issues List and Term Loan Issues List into Sponsors version per D. Eldersveld (Tribune) request (.4). Revision to ABL term sheet (.6). | 1.00 |
| Goodison, Eric | Corp | PARTNER | 09/27/12 | Revise term loan and ABL issues list per D. Eldersveld (Tribune) (.8); teleconference D. Eldersveld (Tribune) re same (.2); discuss Delaware resolutions with D. Davis (.1); review Delaware resolutions (.1). | 1.20 |
| Davis, Douglas R | Bkcy | PARTNER | 09/27/12 | Talk w/Mr. Goodison re requirement of bankruptcy court orders and board resolutions to approve exit financing (.1); review Delaware statute on board resolutions (.1). | 0.20 |
| Poggi, Christopher | Corp | COUNSEL | 09/27/12 | Call with A. Shmueli re guarantor list for perfection certificate (.2). Review of documentation regarding guarantor list (1.4). Call with M. Dworkin (Davis Polk) to discuss guarantor and corporate issues relating to term loan facility (.9). | 2.50 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/27/12 | Preparation of Guarantor list for purposes of assembling the Perfection Certificate (1.3); call with C. Poggi re same (.2). | 1.50 |
| | | | 09/27/12 | Research in connection with approval of exit facilities on whether resolutions are required in addition to bankruptcy court orders. | 0.50 |
| Gyasi, Eric | Corp | ASSOCIATE | 09/27/12 | Revisions to Sponsors versions of Term Loan and ABL Issues Lists and distribution of same. | 2.00 |
| Goodison, Eric | Corp | PARTNER | 09/28/12 | Review A. Shmueli research results re board resolution requirements (.3); teleconference J. Boelter (Sidley) re same (.3). | 0.60 |
| Poggi, Christopher | Corp | COUNSEL | 09/28/12 | Correspondence with A. Shmueli regarding research (.1). Review of changes to ABL papers and issues list (.9). Review changes to ABL and term loan term sheet comments and draft comments to PW team on same (1.6). | 2.60 |
| Shmueli, Amir | Corp | ASSOCIATE | 09/28/12 | Revisions to ABL Term Sheet (2.8) and Issues List (.9); calls with E. Gyasi re same (.3). | 4.00 |
| | | | 09/28/12 | Research on resolution requirements for LLCs emerging from bankruptcy. | 2.70 |

```
alp_212: Matter Analysis Sheet                              PAUL WEISS RIFKIND WHARTON GARRISON LLP                      PAGE   7
                                                                                                                          LEAF   7
Run Date & Time: 12/03/12 12:41:53                          Work Date From : 09/01/12 Thru : 09/30/12

Client: 020139 Tribune Company                              Resp Prtnrs: KMS RJB RCF         Proforma:        (00215)
Matter: 00002 Tribune Company - Exit Financing              Bill Frq: M     Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name           Dept  Position     Work Date  Description                                                Hours

Gyasi, Eric             Corp  ASSOCIATE    09/28/12   Revisions to Issues List for Term Loan and ABL              1.50
                                                      (1.2). Calls w/ A. Shuemli regarding comments
                                                      to ABL and Term Loans Issues list (.3).
                                           09/29/12   Review of term Loan and ABL papers prepared by              0.80
                                                      A. Shmueli.
Shmueli, Amir           Corp  ASSOCIATE    09/30/12   Revisions to ABL and Term Loan Term Sheets                  4.20
                                                      (3.3) and Issues Lists (.9).

                                                                          Total                                105.50

                                                                          Matter Total                         105.50
```

```
alp_212: Matter Analysis Sheet                  PAUL WEISS RIFKIND WHARTON GARRISON LLP                                    PAGE    2
Run Date & Time: 12/20/12 11:00:24              Work Date From : 09/01/12 Thru : 09/30/12                                  LEAF    2

Client: 020139 Tribune Company                       Resp Prtnrs: KMS RJB RCF      Proforma:                                  (00215)
Matter: 00001 Tribune Company - General                  Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

Code  Disbursement Name                               Amount
----  -----------------                             --------
1707  Overtime Meals                                  18.20
1801  Reproduction Exp                                 0.30
                                                    --------
         Total                                        18.50

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description       Employee           Off  St   Date        Costs      Index    Voucher#   Fin Date

0912                                         Denhoff, A M       01   B    09/13/12    18.20    38750969              09/26/12
      BUSINESS MEAL CHARGES (JR)
                                                   1707 Overtime Meals Total :        18.20

0912                                         Weinberger, E G    01   B    09/12/12     0.30    38725350              09/20/12
      Copies-2133 Cluster  2
                                                   1801 Reproduction Exp Total :       0.30

                                                            Matter Total :            18.50
```

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                         PAGE    2
                                                                                                                  LEAF    2
Run Date & Time: 12/20/12 10:47:49                Work Date From : 09/01/12 Thru : 09/30/12

Client: 020139 Tribune Company                    Resp Prtnrs: KMS RJB RCF    Proforma:                           (00215)
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

Code  Disbursement Name                    Amount
----  -----------------                    ------
1401  Lexis                                749.53
1901  Telephone Tolls                       36.26
1082  Taxi Services                          7.39
                                           -------
         Total                             793.18


U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description              Employee          Off  St   Date      Costs    Index    Voucher#  Fin Date

0912                                                Shmueli, A S      01   B    09/28/12  749.53   38830738           10/03/12
       LEXIS - ACCT#: D7TP57S
                                                 1401 Lexis Total :            749.53

1112   Two Rivers Conferencing,                     Shmueli, A S      01   B    09/04/12    8.81   39134998  772354   12/04/12
       TELEPHONE TOLLS
0912   312-222-5080 (3071) CHICAGO IL               Poggi, C P        01   B    09/04/12    2.79   38677512           09/10/12
0912   312-853-7030 (3559) CHICAGO IL               Shumejda, L S     01   B    09/10/12    0.27   38701333           09/17/12
0912   312-853-7030 (3292) CHICAGO IL               Goodison, E       01   B    09/13/12    1.62   38721900           09/19/12
0912   312-222-4707 (3447) CHICAGO IL               Gyasi, E G        01   B    09/18/12    0.09   38741145           09/21/12
1012   American Teleconferencin                     Gyasi, E G        01   B    09/21/12   22.14   38847285  764715   10/05/12
       Telephone Tolls 0901Communications - - VENDOR:
       American Teleconferencing
0912   312-853-7401 (3447) CHICAGO IL               Gyasi, E G        01   B    09/21/12    0.09   38749837           09/25/12
0912   312-853-7401 (3447) CHICAGO IL               Gyasi, E G        01   B    09/21/12    0.45   38749838           09/25/12
                                                 1901 Telephone Tolls Total :   36.26

0912   Amir Shmueli                                 Shmueli, A S      01   B    09/01/12    7.39   38792248  764237   10/02/12
       Taxi Services 1102Local Transportation Expenses
                                                 1082 Taxi Services Total :      7.39
```

```
alp_212: Matter Analysis Sheet                                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE    3
                                                                                                                                             LEAF    3
Run Date & Time: 12/20/12 10:47:49                                      Work Date From : 09/01/12 Thru : 09/30/12

Client: 020139 Tribune Company                                          Resp Prtnrs: KMS RJB RCF        Proforma:              (000215)
Matter: 00002 Tribune Company - Exit Financing                            Bill Frq: M    Class: 2070 Status: B

                                                  Matter Total :          793.18
```

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
                                                    :
TRIBUNE COMPANY, et al.,¹                           :   Case No. 08-13141 (KJC)
          Debtors.                                  :   (Jointly Administered)
                                                    :
                                                    :
                                                    :
                                                    :
------------------------------------------------------------ x
```

## AFFIDAVIT AND CERTIFICATION PURSUANT TO
## BANKRUPTCY RULE 2016 AND LOCAL RULE 2016-2

STATE OF NEW YORK    )
                     :  ss.:
COUNTY OF NEW YORK   )

ANDREW N. ROSENBERG, being duly sworn, says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (48 I 7); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (793 I); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

I. I am a member of the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for certain financing matters. I submit this affidavit in support of the second monthly fee application of Paul Weiss for compensation and for reimbursement of expenses (the "Monthly Fee Application") for the period from September 1, 2012 through September 30, 2012.

II. No agreement or understanding exists between Paul Weiss and any other person for the sharing of compensation received or to be received for services rendered by Paul Weiss in or in connection with these chapter 11 cases.

III. No agreement prohibited by 18 U.S.C. § 155 has been or will be made by Paul Weiss in connection with these chapter 11 cases.

IV. To the best of my knowledge, information and belief, subsequent to the Debtors' retention of Paul Weiss, no partner, counsel or associate of Paul Weiss has acquired or transferred, for his or her own account, any beneficial interest in or claim against the Debtor.

V. I am the Paul Weiss attorney responsible for compliance with Local Bankruptcy Rule 2016-2 regarding the contents of applications for compensation and reimbursement of expenses ("Local Rule 2016-2") in the Debtors' chapter 11 cases. I have reviewed the Monthly Fee Application and believe that it substantially complies with Local Rule 2016-2. I, or others operating under my supervision, have reviewed Paul Weiss's time entries attached to the Monthly Fee Application as Exhibit A and believe that such time entries comply with the requirements set forth in Local Rule 2016-2.

Andrew N. Rosenberg

Sworn to before me this
20th day of December, 2012

Notary Public

CAROLYN DOLAN
Notary Public, State of New York
No. 01DO4613170
Qualified in Queens County
Commission Expires November 30, 2013