# EXHIBIT A

alp_212: Matter Analysis Sheet

Run Date & Time: 12/14/12 14:49:54

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

Resp Prtnrs: KMS RJB RCF
Bill Frq: M    Class: 2070 Status: B

Proforma:

**U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Poggi, Christopher | NY | Corp | COUNSEL | 10/01/12 | 10/01/12 | 0.90 |
| Weinberger, Erica G. | NY | Bkcy | ASSOCIATE | 10/02/12 | 10/11/12 | 3.40 |
| Denhoff, Adam M. | NY | Bkcy | ASSOCIATE | 10/01/12 | 10/22/12 | 19.50 |
| Shmueli, Amir | NY | Corp | ASSOCIATE | 10/02/12 | 10/02/12 | 0.50 |
| | | | | | | -------- |
| Total: | | | | | | 24.30 |

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Poggi, Christopher | Corp | COUNSEL | 10/01/12 | Review diary entries and fee application materials for Denhoff to ensure compliance with local rules (0.9). | 0.90 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/01/12 | Edit Paul Weiss's fee application and review time sheets in connection with same for compliance with DE local rules. | 4.00 |
| | | | 10/02/12 | Edit Paul Weiss's fee application and review time sheets in connection with same for compliance with DE local rules (.8). Call with E. Weinberger re fee application and time sheets (.2). | 1.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/02/12 | Review fee application materials for compliance with local rules. | 0.50 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/02/12 | Review time entries to ensure compliance with local rules (.2); call with A. Denhoff regarding same (.2) | 0.40 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/03/12 | Edit Paul Weiss fee application pursuant to E. Weinberger comments. | 0.10 |
| | | | 10/04/12 | Edit Paul Weiss's fee application and review time sheets in connection with same for compliance with DE local rules (1.8). Review DE local bankruptcy rules re fee applications (.3). Review fee application precedents filed in Tribune bankruptcy (.6). | 2.70 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/04/12 | Review fee application materials for compliance with local rules; emails with Paul Weiss team regarding estimate of time for Alvarez. | 0.80 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/05/12 | Edit Paul Weiss fee application (1.5). Discuss edits to fee application with E. Weinberger (.1). | 1.60 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/05/12 | Review tribune fee application and supporting documentation (.8); call with A. Denhoff regarding same (.1). | 0.90 |

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                          PAGE    4
                                                                                                                  LEAF    4
Run Date & Time: 12/14/12 14:49:55        Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company               Resp Prtnrs: KMS RJB RCF          Proforma:                          (00215)
Matter: 00001 Tribune Company - General      Bill Frq: M    Class: 2070 Status: B
```

| U N B I L L E D   T I M E   D E T A I L | | | | |
|---|---|---|---|---|
| Employee Name | Dept | Position | Work Date | Description | Hours |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/08/12 | Edit Paul Weiss fee application and review time entries in connection with same to ensure compliance with local rules (1.3); discuss same with E. Weinberger (.2). | 1.50 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/08/12 | Confer with A. Denhoff and K. Schneider regarding fee application and local rules (.2); review materials to provide update on fee estimate for Alvarez (.2) | 0.40 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/09/12 | Call with E. Weinberger re Paul Weiss fee application (.3). Edit Paul Weiss fee application and review time entries in connection with same to ensure compliance with local rules (3.6). | 3.90 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/09/12 | Calls with A. Denhoff regarding fee estimate and fee application (.3) | 0.30 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/10/12 | Review time sheets for compliance with DE local rules in connection with Paul Weiss's first interim fee application (.3). Discuss same with E. Weinberger (.1). | 0.40 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/10/12 | Review revised fee application and attachments (.3); confer with A. Denhoff regarding final comments on fee application (.1) | 0.40 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/11/12 | Review and edit Paul Weiss's first interim fee application (2.6). Review DE local rules to ensure fee application complies (.5). Review other fee applications filed in Tribune as precedents (.6). Emails to E. Weinberger and J. Boelter (Sidley) re same (.1). | 3.80 |
| Weinberger, Erica G. | Bkcy | ASSOCIATE | 10/11/12 | Finalize fee application (.2) | 0.20 |
| Denhoff, Adam M. | Bkcy | ASSOCIATE | 10/12/12 | Emails to J. Boelter (Sidley) and E. Weinberger re hearing date in connection with Paul Weiss's first interim fee application. | 0.10 |
| | | | 10/17/12 | Email to K. Stickles (Cole Schotz) re hearing date for Paul Weiss's interim fee application (.1). Review notice of hearing for fee applications (.1). | 0.20 |
| | | | 10/22/12 | Call with K. Stickles (Cole Schotz) re hearing date in connection with Paul Weiss's first interim fee application (.1). Attn to emails from K. Stickles re same (.1). | 0.20 |

```
                                                                              Total        24.30
```

```
Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General
```

PAGE    5
LEAF    5

(00215)

alp_212: Matter Analysis Sheet

Run Date & Time: 12/14/12 14:49:55

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

Resp Prtnrs: KMS RJB RCF        Proforma:
        Bill Frq: M    Class: 2070 Status: B

Matter Total        24.30

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

```
alp_212: Matter Analysis Sheet                    PAUL, WEISS RIFKIND WHARTON GARRISON LLP                              PAGE    3
                                                                                                                        LEAF    3
Run Date & Time: 12/17/12 12:00:46                Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company                    Resp Prtnr: KMS RJB RCF         Proforma:                            (00215)
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Off  Dp  Position    Oldest Entry   Latest Entry    Hours

Davis, Douglas R           NY  Bkcy PARTNER      10/05/12       10/05/12        0.40
Radwaner, Valerie E        NY  Corp PARTNER      10/25/12       10/25/12        0.80
Googe, Charles H           NY  Corp PARTNER      10/15/12       10/25/12        2.00
Goodison, Eric             NY  Corp PARTNER      10/01/12       10/22/12       18.80
Gruder, Bruce              NY  Corp PARTNER      10/24/12       10/26/12        0.90
Meredith-Goujon, Cla       NY  Corp COUNSEL      10/15/12       10/25/12        0.80
Poggi, Christopher         NY  Corp COUNSEL      10/01/12       10/12/12       23.50
Carbullido, Mitchel        NY  Corp ASSOCIATE    10/15/12       10/26/12        7.80
Shmueli, Amir              NY  Corp ASSOCIATE    10/01/12       10/31/12       75.40
Gyasi, Eric                NY  Corp ASSOCIATE    10/01/12       10/26/12       19.60
NON-LEGAL SUPPORT          NY  Corp ASSOCIATE    10/19/12       10/26/12        6.10
                                                                            --------
                    Total:                                                    156.10

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position    Work Date  Description                                              Hours

Goodison, Eric       Corp  PARTNER     10/01/12  Call with D. Eldersveld (Tribune) on Escrow               1.20
                                                 (.2); revise term sheets/Issues List per D.
                                                 Eldersveld (1.0).
Poggi, Christopher   Corp  COUNSEL     10/01/12  Review of term loan and ABL term sheet changes            1.70
                                                 (0.6). Review of changes to ABL issues list and
                                                 commitment papers and comments to Shmueli on
                                                 same (1.1).
Shmueli, Amir        Corp  ASSOCIATE   10/01/12  Revisions to ABL and Term Loan Term Sheets                3.10
                                                 (2.8). Discuss same with E. Gyasi (.3).
                                                 Distribution of ABL documents to Skadden and             2.20
                                                 Term Loan documents to Davis Polk.
Gyasi, Eric          Corp  ASSOCIATE   10/01/12  Discussion of D. Eldersveld/Company comments              0.30
                                                 with A. Shuemili re: issues list for
                                                 distribution.
Goodison, Eric       Corp  PARTNER     10/02/12  Draft bullets on "escrow" (.1); revise Fee                0.20
                                                 Letter (.1).
Poggi, Christopher   Corp  COUNSEL     10/02/12  Review of term sheet and issues list changes.             0.50
                                                 (0.3) Correspondence with Shmueli, Gyasi, D.
                                                 Eldersveld (Tribune) regarding same (0.2).
Shmueli, Amir        Corp  ASSOCIATE   10/02/12  Edits to Term Loan documents.                             0.90
```

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                        PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE      4
Run Date & Time: 12/17/12 12:00:46                    Work Date From : 10/01/12 Thru : 10/31/12                            LEAF      4

                                                                                                                          (02215)
Client: 020139 Tribune Company                        Resp Prtnrs: KMS  RJB RCF            Proforma:
Matter: 00002 Tribune Company - Exit Financing        Bill Frq: M    Class: 2070 Status: B

U N B I L L E D    T I M E    D E T A I L
Employee Name         Dept  Position     Work Date  Description                                                    Hours

Goodison, Eric        Corp  PARTNER      10/03/12   Call with Tribune (D. Eldersveld, J. Rodden),                   5.00
                                                    G. Martin (Skadden), J. Boelter (Sidley), C.
                                                    Poggi and A. Shmueli re ABL papers (1.1); call
                                                    with Tribune (D. Eldersveld, J. Rodden), M.
                                                    Dworkin (Davis Polk), C. Poggi and E. Gyasi re
                                                    term loan papers and term sheet (2.2); pre call
                                                    with S. Jacobsen (Skadden) re ABL call (.5);
                                                    pre call with Tribune (D. Eldersveld, J.
                                                    Rodden) and C. Poggi re ABL (.7); review
                                                    Newsday agreement in connection with term loan
                                                    collateral issues (.3); review bankruptcy
                                                    motion and order to approve financing (.2).

Poggi, Christopher    Corp  COUNSEL      10/03/12   Review of draft motion to enter into commitment                 6.20
                                                    papers for ABL and term loan facility and
                                                    drafted comments to same (1.3). Review of memo
                                                    from Eldersveld at Tribune and copy of Newsday
                                                    LLC Agreement in connection with term loan
                                                    collateral issues (0.5). Conference call with
                                                    Tribune (Eldersveld, Rodden, others), Goodison,
                                                    Shmueli, G. Martin (Skadden) to discuss open
                                                    issues on ABL commitment papers and term sheet
                                                    (1.1).  Call with Goodison, Tribune (Bigelow,
                                                    Eldersveld, Rodden, others) to discuss ABL term
                                                    sheet (0.7). Call with Ian at Davis Polk to
                                                    discuss bankruptcy issues on Term Loan
                                                    commitment papers (0.4). Made distributions of
                                                    Chicago Cubs, Newsday LLC documentation and
                                                    memos to Term Loan counsel regarding same in
                                                    connection with term sheet (0.5). Conference
                                                    calls with JPMorgan, Tribune (Bigelow,
                                                    Eldersveld, Rodden, others), Goodison, Gyasi,
                                                    Davis Polk (Dworkin) to discuss open issues on
                                                    Term Loan commitment papers and term sheet
                                                    (2.2).

Shmueli, Amir         Corp  ASSOCIATE    10/03/12   Review and comment on ABL papers and term sheet                 3.20
                                                    in preparation for all-hands call with Skadden
                                                    (G. Martin), Tribune (D. Eldersveld, J. Rodden,
                                                    C. Bigelow), and Sidley (J. Boelter).
                                         10/03/12   Review of comments to ABL and Term Loan                         0.50
                                                    documents from Tribune's controller.
                                         10/03/12   All-hands call with Skadden (G. Martin),                        1.10
                                                    Tribune (D. Eldersveld, J. Rodden, C. Bigelow),
                                                    Sidley (J. Boelter), E. Goodison, C. Poggi re
                                                    ABL papers and term sheet.
```

aip_212: Matter Analysis Sheet

Run Date & Time: 12/17/12 12:00:46

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

Resp Prtnr: KMS RJB RCF
Bill Frq: M    Class: 2070  Status: B

Proforma:

PAGE  5
LEAF  5

(00215)

UNBILLED TIME DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Shmueli, Amir | Corp | ASSOCIATE | 10/03/12 | Review of draft of motion seeking approval to enter into the various letters in connection with the Debtors' exit facilities. | 4.90 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/03/12 | Review of Newsday lease per request by C. Poggi (.4). Review term loan papers in preparation for Tribune all hands call (.2). Review of LMAs per C. Poggi request (.2). All-hands call with Tribune (D Eldersveld, J. Rodden), Davis Polk (M. Dworkin), C. Poggi and E. Goodison re term loan commitment papers (2.2). | 3.00 |
| Goodison, Eric | Corp | PARTNER | 10/04/12 | Review motion and approval order authorizing exit facilities (.6); review ABL docs (.8). | 1.40 |
| Poggi, Christopher | Corp | COUNSEL | 10/04/12 | Review of draft motion to authorize debtors to enter into ABL and term loan facilities, and Shmueli comments to same. (0.8). Drafted comments on same for Shmueli. (0.4). Call with Dworkin at DPW to discuss issues with term loan commitment papers. (0.4). Review of revised drafts of ABL commitment papers and drafted issues list for Tribune on same. (1.6) | 3.20 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/04/12 | Review of motion authorizing entry into the commitment letters (and related fee letters) and preparation of comments. | 5.10 |
| | | | 10/04/12 | Preparation of signature pages for ABL and Term Loan Documents. | 0.50 |
| Goodison, Eric | Corp | PARTNER | 10/05/12 | Review revised ABL/OP Papers (1.9); emails to D. Davis re motion and order approving facilities (.1). | 2.00 |
| Davis, Douglas R | Bkcy | PARTNER | 10/05/12 | Review form of motion and order approving exit financing (.3); respond to question from E. Goodison re same (.1). | 0.40 |
| Poggi, Christopher | Corp | COUNSEL | 10/05/12 | Review of motion to seal fee letters. (0.3). Review of Sidley and DPW changes to draft motion to approve financing commitment papers. (0.4). Review of revised drafts of Term Loan commitment papers and drafted issues list for Tribune on same. (0.5). Review of open issues on the ABL commitment papers and drafted mark-up of same, issues list on same to Goodison and Shmueli. (0.4). Calls with Shmueli to discuss same. (0.3) | 1.90 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/05/12 | Comments to motion drafted by Sidley. | 0.20 |

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

alp_212: Matter Analysis Sheet

PAUL WEISS RIFKIND WHARTON GARRISON LLP

PAGE   6
LEAF   6

Run Date & Time: 12/17/12 12:00:46

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company                          Resp Prtnr: KMS  R2B RCF              Proforma:          (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M   Class: 2070 Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position      Work Date  Description                                                              Hours

Shmueli, Amir          Corp  ASSOCIATE     10/05/12   Markup of ABL and Term Loan Term Sheets per                              7.50
                                                      comments from Company (7.2) and calls with C.
                                                      Poggi re same (.3).
                                           10/06/12   Distribution of interim drafts of comments to                           0.50
                                                      ABL and Term Loan documents.

Goodison, Eric         Corp  PARTNER       10/08/12   Teleconference D. Eldersveld (Tribune) on FCC                           1.30
                                                      issue (.20); prepare and distribute revised
                                                      letters (.30); attn to memos in connection with
                                                      issues re "Excluded Claim" definition (.20);
                                                      motion and timing status call with D.
                                                      Eldersveld of Tribune and J. Boelter of Sidley
                                                      (.40); email with J. Boelter (Sidley) and D.
                                                      Eldersveld (Tribune) on JPM ask re Conditions
                                                      to facility re plan (.20).

Poggi, Christopher     Corp  COUNSEL       10/08/12   Review of updated comments to term loan and ABL                         3.40
                                                      commitment papers and comments to Goodison,
                                                      Shmueli on same (0.9). Memo to M. Dworkin
                                                      (Davis Polk) and JPM with comments on Term Loan
                                                      engagement letter and term sheet (0.3). Calls
                                                      with Meyers at Skadden (.2), correspondence
                                                      with Goodison and Boelter at Sidley to discuss
                                                      letter of credit sublimit issue on ABL (0.2).
                                                      Call with Boelter at Sidley regarding term
                                                      sheet issues. (0.3) Review of organizational
                                                      documents for Career Builder, Classified
                                                      Ventures and Food Network joint ventures and
                                                      memo to Gyasi regarding same (0.9). Worked with
                                                      Shmueli to turn changes to term loan term sheet
                                                      and commented on same (0.6).

Shmueli, Amir          Corp  ASSOCIATE     10/08/12   Edits to ABL documents.                                                 1.60
                                           10/08/12   Review and comments to Motion to Enter into                             2.60
                                                      Letters for Exit Facility and Term Loan.
                                           10/08/12   Preparation of Perfection Certificate Schedules                         2.80
                                                      to be sent to business units and coordination
                                                      with J. Schmaltz at Alvarez & Marsal.
                                           10/08/12   Revisions to Term Loan Term Sheet.                                      1.10

Gyasi, Eric            Corp  ASSOCIATE     10/08/12   Call w/ Justin S. of Alvarez and Marsal re:                             1.50
                                                      Perfection Certificate (.7). Research into
                                                      defined term of depsit account (.8).
                                           10/08/12   Review of subsidiary agreements per Company                             1.50
                                                      request in light of proposed financing.

aip_212: Matter Analysis Sheet

Run Date & Time: 12/17/12 12:00:46

PAUL WEISS RIFKIND WHARTON GARRISON LLP

PAGE   7
LEAF   7

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

Work Date From : 10/01/12 Thru : 10/31/12

Resp Prtnrs: KMS RJB RCF
Bill Frq: M    Class: 2070 Status: B

Proforma:
(00215)

| U N B I L L E D   T I M E   D E T A I L | | | | |
|---|---|---|---|---|
| Employee Name | Dept Position | Work Date | Description | Hours |
| Goodison, Eric | Corp PARTNER | 10/09/12 | Emails to address JPM commitment papers on Plan with D. Eldersveld (Tribune) and J. Boelter (Sidley) (.30); review and respond to revised ABL papers (.40); comments on papers motion (.20); review D. Eldersveld (Tribune) issues on ABL papers (.30); teleconference J. Rodden (Tribune)on letters of credit (.20). | 1.40 |
| Poggi, Christopher | Corp COUNSEL | 10/09/12 | Review of revised ABL term sheet and comments to same. (0.4). Review of changes to bankruptcy court motion and memo to Martinez at Sidley on same. (0.3). Negotiation of final changes to ABL commitment papers with Skadden and discussions with Goodison, Boelter at Sidley regarding same. (0.9). Negotiation of final changes to term loan engagement letters with DPW. (1.2). | 2.80 |
| Shmueli, Amir | Corp ASSOCIATE | 10/09/12 | Review and edits to ABL and Term Loan documents. | 3.40 |
| Goodison, Eric | Corp PARTNER | 10/09/12 | Review and comments to Motion to Enter into Letters for Exit Facility and Term Loan. | 4.30 |
| Goodison, Eric | Corp PARTNER | 10/10/12 | Finalize ABL letters (.50); finalize Term letters (.50); review Confidential Information Memorandum (.30). | 1.30 |
| Poggi, Christopher | Corp COUNSEL | 10/10/12 | Correspondence with Boelter at Sidley regarding motion filing issues (0.4). Drafting of comments to ABL and term loan commitment papers to finalize same (1.3). Correspondence with Gyasi, Goodison and Shmueli regarding finalization and closing of commitment letters (0.3). | 2.00 |
| Shmueli, Amir | Corp ASSOCIATE | 10/10/12 | Review of ABL documents. | 1.50 |
| | | 10/10/12 | Comments to Motion to Enter into Letters for Exit Facility and Term Loan. | 3.90 |
| Goodison, Eric | Corp PARTNER | 10/11/12 | Prepare Audit Letter comments (.10); BoA chg to Letter re "Successful Syndication" (.20). | 0.30 |
| Poggi, Christopher | Corp COUNSEL | 10/11/12 | Review of final changes to ABL and term loan commitment papers and correspondence with Shmueli regarding closing of same (0.5). Review of changes to ABL and term loan lender Confidential Information Memorandum (0.3). Review of final proposed change to ABL commitment letter and correspondence with G. Martin (Skadden), Goodison regarding same (0.4). | 1.20 |

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP                    PAGE    8
Run Date & Time: 12/17/12 12:00:46                Work Date From : 10/01/12 Thru : 10/31/12                 LEAF    8

Client: 020139 Tribune Company                    Resp Prtnrs: KMS RJB RCF        Proforma:                 (00215)
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M    Class: 2070 Status: B
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Shmueli, Amir | Corp | ASSOCIATE | 10/11/12 | Preparation of signature pages. | 0.60 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/11/12 | Per C. Poggi's request, review of draft Bank of America Confidential Information Memorandum to ensure conformity with JPM Confidential Information Memorandum (.8). Emails to D. Eldersveld (Tribune) re same (.1). Emails to J. Schmaltz (Alvarez & Marsal) re: perfection certificate (.1). | 1.00 |
| Goodison, Eric | Corp | PARTNER | 10/12/12 | Teleconferences with C. Poggi on fees, timing and motion (.20); emails re same with PW team (.20). | 0.40 |
| Poggi, Christopher | Corp | COUNSEL | 10/12/12 | Calls with Goodison to discuss status (0.2). Call with Dworkin at DPW to discuss execution of term loan commitment papers (0.2). Call with Meyers at Skadden to discuss execution of ABL papers (0.2). | 0.60 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/12/12 | Call w/ Justin from Alvarez & Marsal, Company representatives (Sal/Michelle), A. Shmueli to discuss perfection certificate responsibilities and process. | 2.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/12/12 | Call with Alvarez & Marsal (J. Schmaltz), various representatives from Tribune (S. Karottki, M. Watkins) and E. Gyasi to discuss Perfection Certificate (2.0). Review comments to same (.7). | 2.70 |
| | | | 10/12/12 | Review of Motion to Enter into Letters for Exit Facility and Term Loan. | 0.10 |
| Googe, Charles H | Corp | PARTNER | 10/15/12 | Email/telephone Eric Goodison re IP issues in connection with financing (.1); conference Claudine Meredith Goujon re same (.2); conference Mitch Carbullido re same (.6). | 0.90 |
| Goodison, Eric | Corp | PARTNER | 10/15/12 | Teleconference on ABL syndicate Lender comments with S. Jacobsen of Skadden (.1); teleconference C. Googe re financing IP issues (.1). | 0.20 |
| Meredith-Goujon, Clau | Corp | COUNSEL | 10/15/12 | T/C C. Googe re: new financing matter and IP issues in same | 0.20 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/15/12 | Meeting with C. Googe re: financing and IP issues. | 0.60 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/15/12 | Call with Alvarez & Marsal (M. Frank), Tribune (S. Karottki) and E. Gyasi concerning the Perfection Certificate. | 1.60 |
| | | | 10/15/12 | Coordination with PW IP team on Perfection Certificate. | 0.40 |

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

alp_212: Matter Analysis Sheet

Run Date & Time: 12/17/12 12:00:46

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

Resp Prtnrs: KMS RGB RCF
Bill Frq: M    Class: 2070 Status: B

Proforma:

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position     Work Date  Description                                                          Hours

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Gyasi, Eric | Corp | ASSOCIATE | 10/15/12 | Preparation for Perfection Certificate Call (.1). Call w/ Tribune (Sal & Michelle), A&M (Justin & Matt) and Paul, Weiss (A. Shuemil) regarding IP components of Perfection Certificate (1.6). Preparation for Perfection Certificate Call - Deposit Account (.2). Call w/ Tribune (Vince), A&M (Justin & Matt) regarding Deposit Accounts (1.0). Call w/ Sidley (Chris Kreuger) re: Schedule 7a of Perfection Certificate (.6). Research into rabbi trusts as part of deposit accounts per J. Schmaltz (A&M) (1.5). | 5.00 |
| Googe, Charles H | Corp | PARTNER | 10/16/12 | Telephone Mitch Carbullido re IP issues. | 0.80 |
| Goodison, Eric | Corp | PARTNER | 10/16/12 | Teleconference Skadden (G. Martin) re lender comments on Letters (.20); review revised ABL Lettes (.40). | 0.60 |
| Meredith-Goujon, Clau | Corp | COUNSEL | 10/16/12 | Discussion IP issues in financing with M. Carbullido. | 0.40 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/16/12 | T/C with S. Karottki (Tribune) re: IP assets and scheduling (.8); phone call with E. Gyasi re: same (.2); phone call with C. Googe re: same (.8); discuss same with C. Meredith-Goujon (.4). | 2.20 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/16/12 | Perfection Certificate calls with Alvarez & Marsal (J. Schmaltz), Tribune (S. Karottki) and E Gyasi | 1.50 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/16/12 | Call w/ FW internal (M. Carbullido (IP) to prepare for IP discussion (.2) call w/ Alvarez & Marsal (J. Schmaltz) and Tribune (S. Karottki) re perfection certificate (1.5). Review of draft Tribune Commitment Letter distributed by ABL Counsel (.2). Review of Term Sheet and Lender Fee Letter drafts distributed by ABL Counsel (.1). | 2.00 |
| Goodison, Eric | Corp | PARTNER | 10/17/12 | Calls and emails with G. Martin (Skadden) to finalize ABL Letters (.30); calls and email with D. Eldersveld (Tribune) to finalize ABL Letter and Motion (.40); teleconference M. Dworkin (Davis Polk) on Motion (.10). | 0.80 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/17/12 | Call w/ A. Shuemili re: ABL commitment papers (.10). | 0.20 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/17/12 | Review and edits to ABL papers (.8). Call with E. Gyasi re same (.2). | 1.00 |

Client: 020139 Tribune Company
   Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                          PAUL WEISS RIFKIND WHARTON GARRISON LLP                                            PAGE    10
                                                                                                                                          LEAF    10
Run Date & Time: 12/17/12 12:00:46              Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company                          Resp Prtnrs: KMS  RJB RCF          Proforma:                              (00215)
Matter: 00002 Tribune Company - Exit Financing          Bill Frq: M   Class: 2070 Status: B
```

UNBILLED    TIME    DETAIL

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Goodison, Eric | Corp | PARTNER | 10/18/12 | Emails and teleconferences with Skadden (G. Martin) and Tribune (D. Eldersveld) on Lender comments to letters (.50); emails and teleconferences with DPW (M. Dworkin) and Tribune (D. Eldersveld) on Lender Comments to letter (1.50); emails with Sidley (J. Boelter) on motions (.10); Review term loan Bank Cmts (.30). | 2.40 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/18/12 | Review and comments to Motion to Enter into Letters for Exit Facility and Term Loan. | 1.80 |
|  |  |  | 10/18/12 | Review of updated Perfection Certificate Schedules. | 0.30 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/18/12 | Review and comments to Term Loan papers. | 4.00 |
|  |  |  | 10/18/12 | Responding to questions from A. Shmueli re: Tribune commitment papers revisions (.2). Call w/ Davis Polk (M. Dworkin) re term loan papers (.8). | 1.00 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/19/12 | Preparing for Conference Call (.4). Tribune Perfection Certificate call w/ A&M (Justin Schmaltz), Sidley (James Langdon), Tribune (Sal, Michelle Watkins) and A. Shmueli (.6). | 1.00 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/19/12 | Phone call with S. Karottki (Tribune) re: IP collateral issues (.8); IP searches re: same (.6). | 1.40 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/19/12 | Preparation of final execution versions of ABL and Term Loan documents. | 1.00 |
|  |  |  | 10/19/12 | Call to discuss preparation of the Perfection Certificate with Tribune (S. Karottki), Sidley (J. Langdon), Alvarez & Marsal (J. Schmaltz) and E. Gyasi. | 0.60 |
| Mendes, Emily Joy | Corp | PARALEGAL | 10/19/12 | Copyright searches of entity names. | 1.00 |
| McCartin, Kathleen | LIB | PARALGL | 10/19/12 | DATABASE search for copyrights owned by a company for E Mendes | 0.30 |
| Goodison, Eric | Corp | PARTNER | 10/22/12 | Authorization letter comments (.2) and email D. Eldersveld (Tribune) re same (.1). | 0.30 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/22/12 | Correspondence with C. Meredith-Goujon re: IP collateral issues and IP searches. | 0.40 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/22/12 | Review of Perfection Certificate Schedule drafts. | 1.10 |
| Mendes, Emily Joy | Corp | PARALEGAL | 10/22/12 | Interpreting copyright search results. | 0.70 |
| McCartin, Kathleen | LIB | PARALGL | 10/22/12 | DATABASE search for copyrights owned by long list of companies for E Mendes | 2.10 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/23/12 | IP searches (.7); correspondence with C. Meredith-Goujon re: IP collateral issues (.3). | 1.00 |

```
Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing
```

```
alp_212: Matter Analysis Sheet          PAUL WEISS RIFKIND WHARTON GARRISON LLP                      PAGE    11
                                                                                                    LEAF    11
Run Date & Time: 12/17/12 12:00:47      Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company          Resp Prtnrs: KMS  RJB RCF         Proforma:        (00215)
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M   Class: 2070  Status: B
```

| U N B I L L E D   T I M E   D E T A I L | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| Gyasi, Eric | Corp | ASSOCIATE | 10/23/12 | Review of perfection Schedule 7(a) and response back to Sidley. | 0.30 |
| Gruder, Bruce | Corp | COUNSEL | 10/24/12 | Messages to Radwaner re: Tribune background. | 0.10 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/24/12 | IP searches (.2); correspondence with C. Meredith-Goujon re: IP collateral issues (.1). | 0.30 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/24/12 | Preparation of Perfection Certificate. | 0.20 |
| Mendes, Emily Joy | Corp | PARALEGAL | 10/24/12 | Confirming number of copyright search results. | 0.40 |
| Radwaner, Valerie E | Corp | PARTNER | 10/25/12 | Office conference w/ Goodison re term loan (.1); review term loan term sheet (.7). | 0.80 |
| Googe, Charles H | Corp | PARTNER | 10/25/12 | Email M. Carbullido re IP collateral issues (.1); conference rel Mitch/C. Meredith-Goujon re IP collateral issues (.2). | 0.30 |
| Meredith-Goujon, Clau | Corp | COUNSEL | 10/25/12 | Discussion M. Carbullido and C. Googe re: copyright searches. | 0.20 |
| Gruder, Bruce | Corp | COUNSEL | 10/25/12 | Teleconf. Eldersveld (Tribune), Radwaner re: background on term loans (.2); t/c Gyassi re: background documents (.2). | 0.40 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/25/12 | Review IP searches (.9); call with C. Meredith-Goujon and C. Googe re: IP collateral issues (.2). | 1.10 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/25/12 | Preparation of signing documents binders. | 2.70 |
| Mendes, Emily Joy | Corp | PARALEGAL | 10/25/12 | Confirming and charting copyright search results. | 1.40 |
| Gruder, Bruce | Corp | COUNSEL | 10/26/12 | Several emails to E. Goodison, E. Gyasi re: status (.2); review background documents (.2). | 0.40 |
| Gyasi, Eric | Corp | ASSOCIATE | 10/26/12 | Perfection Certificate Call with A&M (Justin and Matt), Sidley (James Langdon), Tribune (Gina, Sal, Michelle) and PW (Amir) (.6) and prep for same (.2). | 0.80 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/26/12 | Call concerning Perfection Certificate with Alvarez & Marsal (M. Frank and J. Schmaltz), Tribune (S. Karottki), Sidley (J. Langdon) and E. Gyasi. | 0.60 |
| | | | 10/26/12 | Preparation of precedents for review of credit agreement. | 0.90 |
| Carbullido, Mitchel | Corp | ASSOCIATE | 10/26/12 | T/c with S. Karottki (Tribune) re: IP collateral. | 0.80 |
| Mitchum, David | RES | PARALGL | 10/26/12 | Database research re: company filings for A Shmueli | 0.20 |
| Shmueli, Amir | Corp | ASSOCIATE | 10/29/12 | Assembly of precedents for the review of Credit Agreements. | 0.40 |
| | | | 10/31/12 | Review of Perfection Certificate Schedule drafts. | 3.00 |
| | | | Total | | 156.10 |

```
Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing
```

aip_212: Matter Analysis Sheet

Run Date & Time: 12/17/12 12:00:47

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

(00215)

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

Resp Prtnrs: KMS RJB RCF        Proforma:
Bill Frq: M   Class: 2070 Status: B

Matter Total                    156.10

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

aip_212: Matter Analysis Sheet                    PAUL WEISS RIFKIND WHARTON GARRISON LLP

Run Date & Time: 12/14/12 14:49:55        Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company              Resp Prtnrs: KMS RJB RCF              Proforma:
Matter: 00001 Tribune Company - General       Bill Frq: M    Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   S U M M A R Y

| Code | Disbursement Name | Amount |
|------|-------------------|--------|
| 1418 | Docketing Retrieval | 0.54 |
| 1601 | Word Processing | 960.00 |
| 1706 | O/T Transportation | 24.89 |
| 1707 | Overtime Meals | 29.99 |
| 1801 | Reproduction Exp | 49.40 |
| 1082 | Taxi Services | 66.84 |
| 1083 | Auto Exp & Car Rent | 46.36 |

Total    1,178.02

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|----------------------------------------|----------|-----|----|----|-------|-------|----------|----------|
| 1112 | Conniff, D C | 01 | B | 10/11/12 | 0.54 | 39161115 | | 12/05/12 |
| DOCKETING RESEARCH-PACER | | | | | | | | |
| 1418 Docketing Retrieval Total : | | | | | 0.54 | | | |
| 1012  WP-JOB 181276-53943 | Shmueli, A S | 01 | B | 10/26/12 | 85.00 | 38970106 | | 11/02/12 |
| 1012  WP-JOB 181276-53943 | Shmueli, A S | 01 | B | 10/26/12 | 85.00 | 38970107 | | 11/02/12 |
| 1012  WP-JOB 181276-53943 | Shmueli, A S | 01 | B | 10/26/12 | 106.25 | 38970108 | | 11/02/12 |
| 1012  WP-JOB 181276-53943 | Shmueli, A S | 01 | B | 10/26/12 | 21.25 | 38970109 | | 11/02/12 |
| 1012  WP-JOB 181276-53413 | Shmueli, A S | 01 | B | 10/26/12 | 127.50 | 38970110 | | 11/02/12 |
| 1012  WP-JOB 181277-52534 | Shmueli, A S | 01 | B | 10/26/12 | 510.00 | 38970111 | | 11/02/12 |
| 1012  WP-JOB 181277-52534 | Shmueli, A S | 01 | B | 10/27/12 | 25.00 | 38970112 | | 11/02/12 |
| 1012  WP-JOB 181277-53413 | Shmueli, A S | | | | | | | |
| 1601 Word Processing Total : | | | | | 960.00 | | | |
| 1012  Dialcar, Inc. | Shmueli, A S | 01 | B | 10/08/12 | 24.89 | 38949535 | 767449 | 10/25/12 |
| CARSV - INV#: 1151732 -  VH: DLLVU3CB8PDial | | | | | | | | |
| 1706 O/T Transportation Total : | | | | | 24.89 | | | |
| 1012  SeamlessWeb Professional | Denhoff, A M | 01 | B | 10/01/12 | 29.99 | 38907518 | 766142 | 10/17/12 |
| SWEB TKT#:300182706 Calista Superfoods | | | | | | | | |

alp_212: Matter Analysis Sheet
Run Date & Time: 12/14/12 14:49:55

**PAUL WEISS RIFKIND WHARTON GARRISON LLP**

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

Resp Prtnrs: KMS RJB RCF
Bill Frq: M      Class: 2070 Status: B      Proforma: 29.99

**UNBILLED DISBURSEMENTS DETAIL**

| Period | Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|---|
| | 1707 Overtime Meals Total : | | | | | | | | |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/01/12 | 1.90 | 38869995 | | 10/15/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/01/12 | 1.90 | 38869996 | | 10/15/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/04/12 | 2.70 | 38869997 | | 10/15/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/04/12 | 2.70 | 38869998 | | 10/15/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/05/12 | 2.70 | 38869999 | | 10/15/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/08/12 | 0.10 | 38886099 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/08/12 | 0.20 | 38886100 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/08/12 | 0.10 | 38886102 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/09/12 | 0.60 | 38886104 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/09/12 | 2.00 | 38886105 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/10/12 | 3.90 | 38886108 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/10/12 | 0.30 | 38886110 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/11/12 | 0.10 | 38886111 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/11/12 | 0.10 | 38886113 | | 10/16/12 |
| 1012 | Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/11/12 | 0.10 | 38886115 | | 10/16/12 |
| 1012 | COPIES: 1 - MACHINE 21 | Watson-Oliver, S | 01 | B | 10/17/12 | 11.10 | 38894276 | | 10/18/12 |
| 1012 | REPRODUCTION EXP | Lynn, P L | 01 | B | 10/26/12 | 0.10 | 38956334 | | 10/31/12 |
| 1012 | REPRODUCTION EXP | Shmueli, A S | 01 | B | 10/26/12 | 18.70 | 38956335 | | 10/31/12 |
| | 1801 Reproduction Exp Total : | | | | | 49.40 | | | |

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

PAGE 8
LEAF 8

(00215)

alp_212: Matter Analysis Sheet

Run Date & Time: 12/14/12 14:49:55

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 10/01/12 Thru : 10/31/12

Client: 020139 Tribune Company          Resp Prtnrs: KMS RJB RCF
Matter: 00001 Tribune Company - General          Bill Frq: M    Class: 2070 Status: B          Proforma:

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L

| Period Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|
| 1012 Adam Denhoff | | | | | | | | |
| Taxi Services 1102 Local Transportation Expenses | | | | | | | | |
| 1112 Executive Charge, Inc. | Denhoff, A M | 01 | B | 10/01/12 | 14.50 | 38854276 | 765083 | 10/09/12 |
| CARSV - INV#: 3157416 - VH: LWW5CC9S8ZEXEC | Hersom, C | 01 | B | 10/26/12 | 52.34 | 39017478 | 769068 | 11/09/12 |
| 1082 Taxi Services Total : | | | | | 66.84 | | | |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 3.00 | 39016348 | 768807 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 9.50 | 39016349 | 768807 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 33.86 | 39016350 | 768807 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Reversal from Cancelled Voucher 768807 | Donnellan, P | 01 | B | 10/27/12 | -3.00 | 39017082 | 769031 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Reversal from Cancelled Voucher 768807 | Donnellan, P | 01 | B | 10/27/12 | -9.50 | 39017083 | 769031 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Reversal from Cancelled Voucher 768807 | Donnellan, P | 01 | B | 10/27/12 | -33.86 | 39017084 | 769031 | 11/09/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 3.00 | 39016746 | 768913 | 11/08/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 9.50 | 39016747 | 768913 | 11/08/12 |
| 1112 Patricia Donnellan | | | | | | | | |
| Auto Exp & Car Rent 1103Local Transportation Exp | Donnellan, P | 01 | B | 10/27/12 | 33.86 | 39016748 | 768913 | 11/08/12 |
| 1083 Auto Exp & Car Rent Total : | | | | | 46.36 | | | |
| Matter Total : | | | | | 1,178.02 | | | |

Client: 020139 Tribune Company
Matter: 00001 Tribune Company - General

```
alp_212: Matter Analysis Sheet                    PAUL, WEISS RIFKIND WHARTON GARRISON LLP

Run Date & Time: 12/14/12 14:49:58                Work Date From : 10/01/12 Thru : 10/31/12
```

Client: 020139 Tribune Company                  Resp Prtnrs: KMS RJB RCF        Proforma:
Matter: 00002 Tribune Company - Exit Financing    Bill Frq: M    Class: 2070  Status: B

UNBILLED DISBURSEMENTS SUMMARY

| Code | Disbursement Name | Amount |
|------|-------------------|--------|
| 1401 | Lexis | 1,320.59 |
| 1706 | O/T Transportation | 43.00 |
| 1707 | Overtime Meals | 13.90 |
| 1801 | Reproduction Exp | 80.78 |
| 1901 | Telephone Tolls | 4.53 |
| | Total | 1,462.80 |

UNBILLED DISBURSEMENTS DETAIL

| Period Cost Type/ Vendor / Description | Employee | Off | St | Date | Costs | Index | Voucher# | Fin Date |
|---|---|---|---|---|---|---|---|---|
| 1012 LEXIS - ACCT#: K41637F | McCartin, K | 01 | B | 10/19/12 | 22.81 | 38969337 | | 11/02/12 |
| 1012 LEXIS - ACCT#: K41637F | McCartin, K | 01 | B | 10/22/12 | 1,297.78 | 38969338 | | 11/02/12 |
| 1401 Lexis Total : | | | | | 1,320.59 | | | |
| 1012 Luxury Worldwide Transpo CARSV - INV#: 301189 - VH: SRLVPFCC7LLuxury | Shmueli, A S | 01 | B | 10/04/12 | 21.50 | 38950567 | 767561 | 10/26/12 |
| 1012 Luxury Worldwide Transpo CARSV - INV#: 301188 - VH: SRLVKSCC80Luxury | Shmueli, A S | 01 | B | 10/10/12 | 21.50 | 38950763 | 767614 | 10/26/12 |
| 1706 O/T Transportation Total : | | | | | 43.00 | | | |
| 1112 Amir Shmueli Meals-Outside of Office 0714Overtime Expenses | Shmueli, A S | 01 | B | 10/18/12 | 13.90 | 39117851 | 772117 | 12/03/12 |
| 1707 Overtime Meals Total : | | | | | 13.90 | | | |
| 1012 Copies-2114 Cluster 2 | Denhoff, A M | 01 | B | 10/09/12 | 1.40 | 38886116 | | 10/16/12 |
| 1012 REPRODUCTION EXP | Rivera, O R | 01 | B | 10/16/12 | 0.20 | 38914864 | | 10/18/12 |
| 1012 REPRODUCTION EXP | Rivera, O R | 01 | B | 10/16/12 | 0.20 | 38914865 | | 10/18/12 |
| 1012 REPRODUCTION EXP | Rosetta-Cusick, L | 01 | B | 10/25/12 | 69.80 | 38956336 | | 10/31/12 |
| 1012 COPIES: 698 - MACHINE 0 | Rosetta-Cusick, L | 01 | B | 10/25/12 | 9.18 | 38956337 | | 10/31/12 |
| 1801 Reproduction Exp Total : | | | | | 80.78 | | | |

TABS: 54

Client: 020139 Tribune Company
Matter: 00002 Tribune Company - Exit Financing

```
alp_212: Matter Analysis Sheet                        PAUL WEISS RIFKIND WHARTON GARRISON LLP                              PAGE  22
                                                                                                                          LEAF  14
Run Date & Time: 12/14/12 14:49:58         Work Date From : 10/01/12 Thru : 10/31/12

                                                                                                                          (002215)
Client: 020139 Tribune Company                    Resp Prtnrs: KMS RJB RCF          Proforma:
Matter: 00002 Tribune Company - Exit Financing           Bill Frq: M     Class: 2070 Status: B

U N B I L L E D   D I S B U R S E M E N T S   D E T A I L
Period Cost Type/ Vendor / Description          Employee            Off  St   Date        Costs       Index     Voucher#  Fin Date

1112 American Teleconferencin                    Gyasi, E G          01   B   10/21/12       4.53  39132189 772334        12/04/12
  Telephone Tolls 0901Communications - - VENDOR:
  American Teleconferencing

         1901 Telephone Tolls Total :                                                       4.53

                    Matter Total :                                                      1,462.80
```

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :   Chapter 11
                                                 :
                                                 :
TRIBUNE COMPANY, et al.,¹                        :   Case No.  08-13141 (KJC)
         Debtors.                                :   (Jointly Administered)
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

## AFFIDAVIT AND CERTIFICATION PURSUANT TO
## BANKRUPTCY RULE 2016 AND LOCAL RULE 2016-2

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NEW YORK   )

### ANDREW N. ROSENBERG, being duly sworn, says:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (48 1 7); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (793 1); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

I.      I am a member of the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") for certain financing matters. I submit this affidavit in support of the third monthly fee application of Paul Weiss for compensation and for reimbursement of expenses (the "Monthly Fee Application") for the period from October 1, 2012 through October 31, 2012.

II.     No agreement or understanding exists between Paul Weiss and any other person for the sharing of compensation received or to be received for services rendered by Paul Weiss in or in connection with these chapter 11 cases.

III.    No agreement prohibited by 18 U.S.C. § 155 has been or will be made by Paul Weiss in connection with these chapter 11 cases.

IV.     To the best of my knowledge, information and belief, subsequent to the Debtors' retention of Paul Weiss, no partner, counsel or associate of Paul Weiss has acquired or transferred, for his or her own account, any beneficial interest in or claim against the Debtor.

2

V.    I am the Paul Weiss attorney responsible for compliance with Local Bankruptcy Rule 2016-2 regarding the contents of applications for compensation and reimbursement of expenses ("Local Rule 2016-2") in the Debtors' chapter 11 cases.  I have reviewed the Monthly Fee Application and believe that it substantially complies with Local Rule 2016-2.  I, or others operating under my supervision, have reviewed Paul Weiss's time entries attached to the Monthly Fee Application as Exhibit A and believe that such time entries comply with the requirements set forth in Local Rule 2016-2.

_____
Andrew N. Rosenberg

Sworn to before me this
20th day of December, 2012

_____
Notary Public

CAROLYN DOLAN
Notary Public, State of New York
No. 01DO4613170
Qualified in Queens County
Commission Expires November 30, 2013

3