# United States Bankruptcy Court
## District of Delaware

In re: <u>Tribune Company, et al.</u>       Case No. <u>08-13141 (KJC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| Oaktree Opportunities Fund VIII (Parallel), L.P. | Oaktree Opportunities Fund VIII Delaware, L.P. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Oaktree Opportunities Fund VIII (Parallel), L.P.
c/o Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Annette Sing
Telephone: (213) 830-6343
Facsimile: (213) 830-6292
Email: tradesupport@oaktreecapital.com

Last Four Digits of Acct. #: _____

Court Claim Nos: Please see attached Schedule, which Court Claim Nos. are incorporated herein by reference.

Amount of Claim Transferred for Each of the Claims Listed on the Attached Schedule: $3,300,958.18

Date Claims Filed: July 11, 2009

Phone: (212) 412-5937
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Oaktree Opportunities Fund VIII (Parallel), L.P.

By: Oaktree Opportunities Fund VIII GP, L.P.
Its: General Partner
By: Oaktree Opportunities Fund VIII GP Ltd.
Its: General Partner
By: Oaktree Capital Management, L.P.
Its: Director

By: _____   Date: 12/20/12
      Transferee/Transferee's Agent

By: _____   Date: 12/20/12
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-4590/CERTS/3645097.1

# United States Bankruptcy Court
# District of Delaware

In re: Tribune Company, et al.           Case No. 08-13141 (KJC) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

The Claims listed on the attached Schedule were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the partial transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on           .

| Oaktree Opportunities Fund VIII Delaware, L.P. | Oaktree Opportunities Fund VIII (Parallel), L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Oaktree Opportunities Fund VIII Delaware, L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA 90071<br>Annette Sing<br>Telephone: (213) 830-6343<br>Facsimile: (213) 830-6292<br>Email: tradesupport@oaktreecapital.com | Oaktree Opportunities Fund VIII (Parallel), L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA 90071<br>Annette Sing<br>Telephone: (213) 830-6343<br>Facsimile: (213) 830-6292<br>Email: tradesupport@oaktreecapital.com |

**—DEADLINE TO OBJECT TO TRANSFER—**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                                     CLERK OF THE COURT

# SCHEDULE

## (List of Claims Transferred)

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4526 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4527 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4528 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4529 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4530 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4531 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4532 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4533 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4534 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4535 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4536 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4537 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4538 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4539 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4540 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4541 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4542 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4543 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4544 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4545 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4546 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4547 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4548 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4549 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4550 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4551 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4552 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4553 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4554 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4555 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4556 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4557 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4558 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4559 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4560 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4561 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4562 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4563 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4564 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4565 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4566 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4567 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |

| Claim # | Transferor | Date Claim Filed | Filed Claim Amount | Amount of Claim Transfered |
|---|---|---|---|---|
| 4568 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4569 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4570 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4571 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4572 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4573 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4574 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4575 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4576 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4577 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4578 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4579 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4580 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4581 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4582 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4583 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4584 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4585 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4586 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |
| 4587 | Barclays Bank PLC | 6/11/2009 | $150,948,822.00 | $3,300,958.18 |