# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
**Summary of Hours Worked**
**November 1, 2012 - November 30, 2012**

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 5.0 |
| Jason Warsavsky | Associate | 5.0 |
| Aashish Shah | Analyst | 13.0 |
| | **Total Moelis Team Hours** | **23.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 5.0 |
| Jason Warsavsky | Associate | 5.0 |
| Aashish Shah | Analyst | 13.0 |
| **Total** | | **23.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 11/6/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 11/6/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/7/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 11/8/2012 | 0.5 | Conducting Calls |
| Jason Warsavsky | 11/13/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 11/13/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/14/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 11/15/2012 | 0.5 | Conducting Calls |
| Zul Jamal | 11/16/2012 | 1.0 | Tribune October Results Update Call |
| Jason Warsavsky | 11/16/2012 | 1.0 | Tribune October Results Update Call |
| Aashish Shah | 11/16/2012 | 1.0 | Tribune October Results Update Call |
| Jason Warsavsky | 11/20/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 11/20/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/21/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 11/22/2012 | 0.5 | Conducting Calls |
| Jason Warsavsky | 11/27/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 11/27/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 11/28/2012 | 0.5 | Reviewing Emails |
| Zul Jamal | 11/29/2012 | 0.5 | Conducting Calls |
| | **Total** | **23.0** | |