# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### November 1, 2012 through November 30, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 18.40 | $ 8,531.00 |
| Creditor Communications | 004 | 4.20 | 2,750.00 |
| Business Operations | 007 | 11.30 | 7,612.50 |
| Claims Administration/Bar Date | 009 | 13.80 | 6,890.00 |
| Fee/Retention Applications | 010 | 30.90 | 13,478.50 |
| Review of Pre-Petition Financings | 019 | 17.20 | 10,945.00 |
| Shareholder Claims | 020 | 6.60 | 3,812.00 |
| Plan Litigation | 021 | 56.90 | 44,220.50 |
| **Total** | | **159.30** | **$98,239.50** |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page     1


                                 For Services Through November 30, 2012

Our Matter #19804.002
          BANKRUPTCY GENERAL


| 11/01/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 11/02/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/02/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 11/05/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 11/05/12 | M. DISTEFANO | Reviewed docket filings (.2); reviewed hearing agenda (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/05/12 | D. E. DEUTSCH | Review last daily report and court calendar (.2); review court agenda for Wednesday's hearing (.2). | 0.40 hrs. |
| 11/05/12 | D. M. LeMAY | Review all latest court filings. | 0.30 hrs. |
| 11/06/12 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court calendar (.4); exchange e-mails (.2) and hold call with Adam Landis re: tomorrow's hearing matters (.2); review docket (.3) and discuss same with David LeMay (.1). | 1.20 hrs. |
| 11/06/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.20); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 11/06/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
| 11/07/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 11/07/12 | M. DISTEFANO | Reviewed docket filings (.1); reviewed motion re Litigation Trust and drafted emails re same (.6). | 0.70 hrs. |
| 11/08/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 21, 2012
Page    3

| | | | |
|---|---|---|---|
| 11/09/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 11/09/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 11/12/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 11/12/12 | D. M. LeMAY | Review all latest court filings. | 0.30 hrs. |
| 11/12/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 11/13/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page   4
CHICAGO, IL 60611


| 11/13/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
|---|---|---|---|
| 11/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/14/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/15/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10); post certain materials to IntraLinks (.30). | 0.90 hrs. |
| 11/16/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/16/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.10); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 11/17/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 21, 2012
435 N. MICHIGAN AVENUE                                      Page    5
CHICAGO, IL 60611


| 11/19/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.20 hrs. |
| 11/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/19/12 | D. E. DEUTSCH | Review last four daily pleading reports, pleadings therein and court calendar (.7); | 0.70 hrs. |
| 11/19/12 | D. E. DEUTSCH | Review articles on new Tribune CEO (.2); call Michael Distefano re: Committee posting on same (.1). | 0.30 hrs. |
| 11/19/12 | D. M. LeMAY | Review all latest court filings. | 0.30 hrs. |
| 11/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/21/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 11/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611


|            |               | revise and finalize case calendar based on current docket entries (.10). |           |
|------------|---------------|--------------------------------------------------------------------------|-----------|
| 11/25/12   | D. E. DEUTSCH | Review Wednesday's pleading report, pleadings therein and court calendar (.2); | 0.20 hrs. |
| 11/26/12   | M. DISTEFANO  | Reviewed docket filings (.1).                                            | 0.10 hrs. |
| 11/26/12   | D. M. LeMAY   | Review all latest court filings.                                         | 0.30 hrs. |
| 11/26/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/27/12   | M. DISTEFANO  | Reviewed docket filings (.1).                                            | 0.10 hrs. |
| 11/27/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/28/12   | M. DISTEFANO  | Reviewed docket filings (.1).                                            | 0.10 hrs. |
| 11/29/12   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 21, 2012
Page    7

|  |  |  |  |
|---|---|---|---|
|  |  | district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). |  |
| 11/29/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/30/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 11/30/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 11/30/12 | H. SEIFE | Preparation for Committee meeting. | 0.70 hrs. |

**Total Fees for Professional Services.............. $8,531.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 1.20 | 1110.00 |
| H. SEIFE | 995.00 | .70 | 696.50 |
| D. E. DEUTSCH | 745.00 | 3.10 | 2309.50 |
| D. BAVA | 295.00 | 10.10 | 2979.50 |
| M. DISTEFANO | 435.00 | 3.30 | 1435.50 |
| TOTALS |  | 18.40 | 8531.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                              For Services Through November 30, 2012

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 11/12/12 | D. E. DEUTSCH | Research inquiry from Wayne Smith on professional fees and FCC update (.4). | 0.40 hrs. |
| 11/14/12 | M. DISTEFANO | Drafted email to Committee re FCC approval (.2). | 0.20 hrs. |
| 11/15/12 | M. DISTEFANO | Drafted email to Committee re Morgan Stanley stipulation (.3). | 0.30 hrs. |
| 11/15/12 | D. E. DEUTSCH | Call with Wayne Smith re: post-effective date fee issues (.2) and FCC matters (.1). | 0.30 hrs. |
| 11/16/12 | D. E. DEUTSCH | Call with Bill Niese re: effective date and remaining case issues (.2); call with Gordon Novod re: case/case status issues (.3). | 0.50 hrs. |
| 11/19/12 | D. E. DEUTSCH | Review e-mail inquiry from creditor (Arrowgrass) re: plan related questions (.1); research (.1) and respond to same (.1); | 0.30 hrs. |
| 11/19/12 | M. DISTEFANO | Drafted email to Committee re CEO news articles (.4). | 0.40 hrs. |
| 11/20/12 | D. E. DEUTSCH | Review inquiry from Liquidity Solutions re: case status (.1) and respond to same (.1); e-mail Marc Roitman, Michael Distefano and others re: confidentiality issues on emergence issues (.2); | 0.40 hrs. |
| 11/20/12 | M. ROITMAN | Call with C. Walker re: general unsecured claim (0.4) | 0.40 hrs. |
| 11/27/12 | D. E. DEUTSCH | Review e-mail (.1) and hold call with Wayne Smith re: effective date and plan issues (.2); exchange e-mails with case creditor (J. Minnick) (.2); | 0.50 hrs. |
| 11/28/12 | D. E. DEUTSCH | Review plan provisions to respond to inquiry from Bob Paul (.3); hold related call with Bob Paul (.2); | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611


**Total Fees for Professional Services............. $2,750.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. E. DEUTSCH | 745.00 | 2.90 | 2160.50 |
| M. DISTEFANO | 435.00 | .90 | 391.50 |
| M. ROITMAN | 495.00 | .40 | 198.00 |
| TOTALS | | 4.20 | 2750.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                          For Services Through November 30, 2012

Our Matter #19804.007
          BUSINESS OPERATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 11/05/12 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report (.2). | 0.20 hrs. |
| 11/07/12 | J. A. STENGER | Research regarding FCC exit applications processing and expediting grant. | 1.20 hrs. |
| 11/08/12 | M. DISTEFANO | Drafted email to Committee re Debtors' extension of Food Network partnership (1.4); meeting with D. Deutsch re same (.1). | 1.50 hrs. |
| 11/08/12 | H. SEIFE | Review of memo on joint venture. | 0.30 hrs. |
| 11/09/12 | J. A. STENGER | Telephone conference with J. Feore regarding FCC lobbying (0.4); prepare correspondence to D. Deutsch regarding same (0.7). | 1.10 hrs. |
| 11/12/12 | D. E. DEUTSCH | Review materials from James Stenger re: FCC matters (.3); draft related e-mail to James Stenger (.1); review weekly AlixPartners' business operations report (.2); e-mail (.1) and conference with David LeMay to discuss inquiry from Committee member on FCC matter and next options on same (.2). | 0.90 hrs. |
| 11/14/12 | D. E. DEUTSCH | Review update from James Stenger re: FCC matters (.2); hold two related calls with James Stenger (.5); exchange related e-mails with James Stenger (.2) and other DCL Plan members (Howard Seife, David LeMay, etc.) re: next DCL FCC-related steps (.4); review certain provisions of plan related to effectiveness (1.2); draft FCC-related memorandum to Committee re: same (.2); research related to prior FCC postings (.2). | 2.90 hrs. |
| 11/16/12 | D. E. DEUTSCH | E-mails (.1) and call with James Stenger re: FCC decision and next steps with Committee on same (.2); revised related posting note for Committee (.2); review FCC | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 21, 2012
435 N. MICHIGAN AVENUE     Page   2
CHICAGO, IL 60611

|            |               | decision (1.1).                                                                                                                          |            |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 11/16/12   | M. DISTEFANO  | Reviewed FCC approval materials (.6).                                                                                                     | 0.60 hrs.  |
| 11/19/12   | D. E. DEUTSCH | Review revised documents re: TFV amendment and related e-mail from Bryan Krakauer (.3); review last week's weekly report on Debtors' business operations (.2); | 0.50 hrs.  |
| 11/25/12   | D. E. DEUTSCH | Review memorandum from Brad Hall re: Tribune's CEO after emergence (.2); e-mail David LeMay re: same (.1);                                 | 0.30 hrs.  |
| 11/26/12   | D. E. DEUTSCH | Review weekly AlixPartners business operations report (.2);                                                                               | 0.20 hrs.  |

**Total Fees for Professional Services..............**    $7,612.50


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate    | Hours  | Amount   |
|-------------------|---------|--------|----------|
| H. SEIFE          | 995.00  | .30    | 298.50   |
| J. A. STENGER     | 645.00  | 2.30   | 1483.50  |
| D. E. DEUTSCH     | 745.00  | 6.60   | 4917.00  |
| M. DISTEFANO      | 435.00  | 2.10   | 913.50   |
| TOTALS            |         | 11.30  | 7612.50  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1


                                    For Services Through November 30, 2012
     Our Matter #19804.009
               CLAIMS ADMINISTRATION/BAR DATE


| 11/20/12 | M. DISTEFANO | Reviewed lift stay motion of TV Guide (.3); meeting with D. Deutsch re same (.2). | 0.50 hrs. |
| 11/21/12 | D. E. DEUTSCH | Exchange multiple e-mails with Michael Distefano re: specific new claim settlements and next steps with Committee on same (.3); | 0.30 hrs. |
| 11/25/12 | D. E. DEUTSCH | Review proposed settlement with Warner Brothers (.3); e-mail Michael Distefano (.1) and David LeMay re: required Committee next steps on same (.1); | 0.50 hrs. |
| 11/25/12 | M. DISTEFANO | Drafted memos re claim settlements with Warner Bros. and Recycler claimants (1.6). | 1.60 hrs. |
| 11/26/12 | M. DISTEFANO | Drafted and revised memo re Warner Bros. claim settlement (2.0); call with Cole Schotz re same (.2); prep for call with Sidley re TV Guide lift stay motion (.2); call with Sidley re same (.3); reviewed Debtors motion to settle claims of Recycler parties (.2); meeting with D. Deutsch re various claims settlements (.2); drafted and revised memo re Recycler claimants and TV Guide claim liquidation (1.8). | 4.90 hrs. |
| 11/27/12 | M. DISTEFANO | Revised memo re Recycler Settlement and TV Guide lift stay motion (1.7); drafted email re same to AlixPartners (.2); call with A. Leung of AlixPartners re same (.1); call with Sidley re Recycler Settlement (.2); meeting with D. Deutsch re Warner Bros. memo (.6); revised Warner Bros. memo (.4); drafted email to Committee re Warner Bros. memo (.4); call with A. Leung re Recycler Settlement (.2); drafted email to Committee re Recycler Settlement and TV Guide memo (.3). | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611


| 11/27/12 | D. E. DEUTSCH | Review and mark-up draft memorandum on Warner Brothers settlement motion (.4); meeting with Distefano re: same (.3); and call with Cole Schotz (Pat) re: same ( .2); review TV Guide lift stay motion memorandum (.3); review memorandum addressing other claim settlements and mark-up same (.3); related meeting with Michael Distefano (.2); | 1.70 hrs. |
| 11/28/12 | H. SEIFE | Review of terms of Warner Brothers claims settlement. | 0.20 hrs. |


             **Total Fees for Professional Services..............   $6,890.00**



                    TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 995.00 | .20 | 199.00 |
| D. E. DEUTSCH | | 745.00 | 2.50 | 1862.50 |
| M. DISTEFANO | | 435.00 | 11.10 | 4828.50 |
| | TOTALS | | 13.80 | 6890.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1
```

For Services Through November 30, 2012

Our Matter #19804.010
            FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 11/01/12 | D. M. LeMAY | Revise memo regarding Committee Member Fee reimbursement. | 0.40 hrs. |
| 11/01/12 | M. ROITMAN | Revise memorandum to Committee re: payment of Committee member professional fees under the DCL Plan (1.5) | 1.50 hrs. |
| 11/02/12 | M. DISTEFANO | Prepare ordinary course (.2) and case professionals fee reports (.2). | 0.40 hrs. |
| 11/05/12 | M. ROITMAN | Revise memorandum to Committee re: payment Committee member professional fees under the DCL Plan (0.3); Draft email to Committee re: same (0.3) | 0.60 hrs. |
| 11/05/12 | H. LAMB | Review of billing proformas/daily time records in preparation of October fee application. | 2.20 hrs. |
| 11/07/12 | M. DISTEFANO | Update to weekly case professionals fee report (.2). | 0.20 hrs. |
| 11/08/12 | H. LAMB | Begin preparation of work description summaries for October fee application. | 1.80 hrs. |
| 11/09/12 | M. DISTEFANO | Prepare case professionals (.2) and ordinary course professionals fee reports (.2). | 0.40 hrs. |
| 11/12/12 | D. E. DEUTSCH | Review last two weekly professional fee application reports (.3); e-mail Michael Distefano re: query on related issue (.1); review last ordinary course professional report (.3). | 0.70 hrs. |
| 11/14/12 | H. LAMB | Continue research and preparation of work description summaries for monthly fee application. | 1.30 hrs. |
| 11/16/12 | M. DISTEFANO | Prepare weekly case professionals (.1) and ordinary course professionals fee reports (.2). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| 11/19/12 | H. LAMB | Further research and preparation of work description summaries for monthly fee application. | 1.30 hrs. |
|---|---|---|---|
| 11/19/12 | D. E. DEUTSCH | Review professional fee application report (.2); review ordinary course professional report (.2); | 0.40 hrs. |
| 11/21/12 | D. E. DEUTSCH | Review and edit draft fee statement for October (1.0); | 1.00 hrs. |
| 11/21/12 | M. DISTEFANO | Prepare weekly ordinary course professionals (.3) and case professionals fee reports (.4). | 0.70 hrs. |
| 11/21/12 | H. LAMB | Review fee examiner preliminary report on thirteenth interim fees (.6); research on issues raised on certain portions of report and prepare response to same (1.2). | 1.80 hrs. |
| 11/21/12 | H. LAMB | Review D.Deutsch comments and revise and finalize draft of fee application. | 1.10 hrs. |
| 11/21/12 | D. BAVA | Prepare fee summaries for the 14th and 15th interim periods (1.60). | 1.60 hrs. |
| 11/26/12 | M. DISTEFANO | Update weekly professionals fee report (.2); reviewed 14th and 15th quarterly fee summaries and drafted email to Committee re same (.6). | 0.80 hrs. |
| 11/27/12 | D. BAVA | Prepare exhibit to be used in connection with response to fee examiner's report for the 13th Quarterly period (1.6). | 1.60 hrs. |
| 11/27/12 | D. E. DEUTSCH | Review e-mail from Davis Polk (Eli Vonnegut) re: senior lender billing matter (.2); review/research related materials (.2); e-mail David LeMay re: same (.1); | 0.50 hrs. |
| 11/27/12 | M. ROITMAN | Confer with D. Deutsch and D. LeMay re: inquiry from Committee member in connection with Committee member fee/expense claims (0.4) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page     3
CHICAGO, IL 60611


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/12 | E. DAUCHER | Analysis of records and drafting for response to fee examiner's preliminary report on 13th interim fee application. | 4.40 hrs. |
| 11/29/12 | H. SEIFE | Review of quarterly fee summaries. | 0.30 hrs. |
| 11/29/12 | D. BAVA | Finalize exhibit to be used in connection with response to fee examiner's report for the 13th Quarterly period (.60). | 0.60 hrs. |
| 11/30/12 | M. DISTEFANO | Update weekly case professionals fee report (.2) and ordinary course professinals report (.2); posted fee summaries to Intralinks (.2). | 0.60 hrs. |
| 11/30/12 | D. E. DEUTSCH | Exchange multiple e-mails with Eli Vonnegut re: senior lender billing items (.3). | 0.30 hrs. |
| 11/30/12 | E. DAUCHER | Analysis of records and drafting for response to fee examiner's 13th preliminary report. | 3.70 hrs. |

**Total Fees for Professional Services.............. $13,478.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .40 | 370.00 |
| H. SEIFE | 995.00 | .30 | 298.50 |
| D. E. DEUTSCH | 745.00 | 2.90 | 2160.50 |
| D. BAVA | 295.00 | 3.80 | 1121.00 |
| E. DAUCHER | 495.00 | 8.10 | 4009.50 |
| H. LAMB | 295.00 | 9.50 | 2802.50 |
| M. DISTEFANO | 435.00 | 3.40 | 1479.00 |
| M. ROITMAN | 495.00 | 2.50 | 1237.50 |
| TOTALS | | 30.90 | 13478.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                           For Services Through November 30, 2012

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| 11/02/12 | K. ZAFRAN | Review Relativity in connection with CDS issue and email M. Ashley and L. Moloney re: same. | 0.40 hrs. |
| 11/06/12 | K. ZAFRAN | Emails with M. Ashley, A. Goldfarb and M. Rule re: document production to Litigation Trustee. | 0.40 hrs. |
| 11/06/12 | M. D. ASHLEY | Reviewed draft motion to modify depository protective order and related materials (.7); emails with K. Zafran, A. Goldfarb regarding Litigation Trustee transfer agreement document review issues (.3). | 1.00 hrs. |
| 11/09/12 | M. D. ASHLEY | Reviewed motion and related materials regarding motion to modify depository order (.7); emails with A. Goldfarb regarding same (.2). | 0.90 hrs. |
| 11/12/12 | D. E. DEUTSCH | Review e-mails from Marc Ashley and Andrew Goldfarb re: transfer of materials to litigation trustee (.3). | 0.30 hrs. |
| 11/13/12 | D. E. DEUTSCH | Review motion to modify depository order (.7); exchange e-mails with Michael Distefano re: posting to Committee on same (.2). | 0.90 hrs. |
| 11/13/12 | H. SEIFE | Review of draft motion regarding documents and Litigation Trustee agreement. | 0.40 hrs. |
| 11/13/12 | M. DISTEFANO | Drafted email to Committee re litigation trust motion (.4). | 0.40 hrs. |
| 11/13/12 | M. D. ASHLEY | Emails with Zuckerman regarding Litigation Trustee transfer agreement issues (.3); reviewed related materials relating to document production (.5). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 21, 2012
Page    2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/15/12 | M. D. ASHLEY | Emails with Zuckerman regarding Litigation Trustee transfer agreement issues (.3); reviewed materials relating to document production (.4). | 0.70 hrs. |
| 11/19/12 | M. D. ASHLEY | Emails with K. Zafran, Zuckerman regarding Litigation Trustee transfer agreement issues (.3); reviewed related materials (.3). | 0.60 hrs. |
| 11/19/12 | K. ZAFRAN | Emails with A. Goldfarb re: database to provide to litigation trustee and relevant tagging to be provided and confidentiality designation to be used (1.3); emails with M. Ashley and D. Deutsch re: Chadbourne's Relativity database (.4) and email to Litigation Trustee re: same (.8). | 2.50 hrs. |
| 11/20/12 | K. ZAFRAN | Review proposed production to the Litigation Trustee in light of comments from Zuckerman. | 1.90 hrs. |
| 11/20/12 | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb regarding Litigation Trustee transfer agreement document production issues (.3); reviewed related materials (.3). | 0.60 hrs. |
| 11/21/12 | M. D. ASHLEY | Call with K. Zafran regarding Litigation Trustee transfer agreement document production issues (.5); reviewed related materials (.3); emails with K. Zafran, Zuckerman regarding document production issues (.3). | 1.10 hrs. |
| 11/21/12 | K. ZAFRAN | Call with M. Ashley re: transfer to litigation trustee (.7); email to Counsel re: Relativity issues (.5). | 1.20 hrs. |
| 11/25/12 | D. E. DEUTSCH | Review e-mail from Kim Zafran to litigation trustee re: conveyance of materials to Trustee and related Relativity issues (.2); e-mail Kim Zafran, Marc Ashley and others re: additional required next steps on Relativity (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 11/26/12 | K. ZAFRAN | Call with Robbins Russell re: relativity database (.5); emails to Robbins Russell, L. Moloney, and M. Ashley re: same (.8). | 1.30 hrs. |
| 11/26/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document production (.2); reviewed related materials (.2). | 0.40 hrs. |
| 11/27/12 | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb regarding Litigation Trustee transfer agreement document production issues (.2). | 0.20 hrs. |
| 11/27/12 | K. ZAFRAN | Call with Zuckerman and CDS re: ability to set up LBO relativity database in accordance with the requests of Robbins Russell. | 0.30 hrs. |
| 11/29/12 | K. ZAFRAN | Email (.2) and follow-up call (.3) with L. Moloney re: production to Litigation Trustee. | 0.50 hrs. |

**Total Fees for Professional Services..............    $10,945.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 995.00 | .40 | 398.00 |
| M. D. ASHLEY | 695.00 | 6.30 | 4378.50 |
| D. E. DEUTSCH | 745.00 | 1.60 | 1192.00 |
| K. ZAFRAN | 565.00 | 8.50 | 4802.50 |
| M. DISTEFANO | 435.00 | .40 | 174.00 |
| TOTALS | | 17.20 | 10945.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                  Page    1

                           For Services Through November 30, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 11/01/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 11/02/12 | M. ROITMAN | Correspond with A. Goldfarb re: MDL proceeding (0.1) | 0.10 hrs. |
| 11/02/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 11/02/12 | M. D. ASHLEY | Reviewed materials relating to MDL plaintiffs' settlement offer (.6). | 0.60 hrs. |
| 11/06/12 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with James Sottile re: MDL litigation issue/next steps (.4). | 0.60 hrs. |
| 11/08/12 | D. E. DEUTSCH | Preliminary review of MDL motion to dismiss (.5); review related MDL case background materials (.4); discuss posting to Committee on same (.2); review related e-mail from James Sottile et al. (.2) and propose alternative Committee review approach to Marc Roitman (.2). | 1.50 hrs. |
| 11/08/12 | M. ROITMAN | Review phase one motion to dismiss in MDL proceeding (0.6); Draft email to Committee re: same (0.6); Confer with D. Deutsch, A. Goldfarb and J. Sottile re: same (0.3) | 1.50 hrs. |
| 11/12/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise summary re: same (0.5) | 0.50 hrs. |
| 11/12/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: MDL case updates/matters (.2). | 0.20 hrs. |
| 11/19/12 | D. E. DEUTSCH | Review MDL case report (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


| 11/21/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 11/26/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions and revise summary re: same (0.4). | 0.40 hrs. |
| 11/29/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 11/30/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |


          Total Fees for Professional Services.............   $3,812.00



                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. D. ASHLEY | 695.00 | .60 | 417.00 |
| D. E. DEUTSCH | 745.00 | 2.50 | 1862.50 |
| D. BAVA | 295.00 | 1.00 | 295.00 |
| M. ROITMAN | 495.00 | 2.50 | 1237.50 |
| TOTALS | | 6.60 | 3812.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 21, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1
```

For Services Through November 30, 2012

Our Matter #19804.021
          PLAN LITIGATION

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/02/12 | D. E. DEUTSCH | Call (.3) and e-mail with Jessica Boelter re: reserve account segregation issues (.1); e-mail Brad Hall re: same (.1); discuss plan implementation issues with David LeMay (.3); exchange additional e-mails with Jessica Boelter re: reserve accounts issue (.3). | 1.10 hrs. |
| 11/05/12 | D. E. DEUTSCH | Review and respond to e-mail from Jessica Boelter re: reserve account issue (.4). | 0.40 hrs. |
| 11/05/12 | M. ROITMAN | Call with G. Novod re: FCC approval process (0.2); Confer/correspond with D. LeMay re: same (0.2) | 0.40 hrs. |
| 11/06/12 | D. E. DEUTSCH | Call with Kevin Lantry re: certain claims against employees (.3); review and research materials related to same (.9); call (.1) and e-mail Paul Weiss (Eric Gyasi) re: post-effective date financing matter (.1). | 1.40 hrs. |
| 11/07/12 | D. E. DEUTSCH | Research (.6) and call with Debtors' special counsel (Eric Gyasi) re: senior lender reserve issue (.2); draft related e-e-mail to Eric Gyasi seeking confirmation of treatment related to same (.3); review and research draft Debtors' motion re: depository order changes (1.2); exchange e-mails with Marc Roitman re: additional follow-up on same (.2); review response from Eric Gyasi re: earlier inquiry on reserve accounts (.1); e-mail team (David LeMay) on same (.1). | 2.70 hrs. |
| 11/08/12 | D. E. DEUTSCH | Meeting with David LeMay to discuss various plan related matters (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/14/12 | A. ROSENBLATT | Review update on FCC process and review email from DiStefano setting forth expected timing of effective date (.3). | 0.30 hrs. |
| 11/14/12 | M. ROITMAN | Correspond with M. Distefano and D. Deutsch re: FCC waivers (0.2) | 0.20 hrs. |
| 11/14/12 | H. SEIFE | Review of FCC update in connection with effective date timeline. | 0.30 hrs. |
| 11/15/12 | M. ROITMAN | Draft email to Committee re: approval of Tribune's FCC applications (0.7); Correspond with D. Deutsch and D. LeMay re: same (0.4); Correspond with D. Deutsch and K. Mills re: emergence timelines (0.2) | 1.30 hrs. |
| 11/15/12 | D. E. DEUTSCH | Review articles on Tribune's FCC approval (.3); exchange e-mails with Marc Roitman re: posting of same (.2); call with James Sottile re: new litigation/confirmation matter (.2); review and edit draft memorandum to Committee on Morgan Stanley and other procedural matters (.4); review materials from Debtors on effective date tasks (1.4); review related plan references (.4); e-mail Marc Ashley re: effective date task related to litigation trust (.2); review blacklines from Debtors of certain corporate documents (.5); e-mail David LeMay re: required corporate analysis of certain of those documents (.2); e-mail exchange with Andrew Rosenblatt and Marc Roitman re: undertaking review of certain revised corporate documents (.3). | 4.10 hrs. |
| 11/15/12 | A. ROSENBLATT | Email from Sidley re: FCC approval and open issues on implementing plan (.2); review previous effective date timeline sent from Sidley re: open issues before going effective (.3). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/16/12 | D. E. DEUTSCH | Review e-mail from Jessica Boelter and attached draft notices re: certification motion, related order and related court documents re: next steps in confirmation (.6); related call with David LeMay (.2). | 0.80 hrs. |
| 11/16/12 | A. ROSENBLATT | Review trust-related documents circulated by Sidley (.6); email with Deutsch re: same (.1); meet with LeMay to provide update re: same (.2); call with J. Sottile re: discussions with Kirschner and Committee role in implementing trust (.3). | 1.20 hrs. |
| 11/16/12 | D. M. LeMAY | Review draft Litigation Trust Agreement and Reg Rights Agreement changes (1.7). Review FCC approval order (1.4). | 3.10 hrs. |
| 11/16/12 | H. SEIFE | Review of FCC order and decision. | 1.00 hrs. |
| 11/19/12 | D. E. DEUTSCH | Exchange e-mails with Kerriann Mills (Sidley) re: emergence timeline (.2); exchange e-mails with David LeMay, Kevin Lantry and others re: Aurlieus inquiry and next steps to effective date (.3); review DCL plan provisions related to effective date issues (.8); review related litigation trust issues e-mail from Kim Zafran (.2); draft e-mail memorandum to Kim Zafran and Marc Ashley on next steps related to litigation trust effective date issues (.3); | 1.80 hrs. |
| 11/19/12 | D. M. LeMAY | Review two emails regarding effective date. | 0.20 hrs. |
| 11/19/12 | M. ROITMAN | Review appeal-related filings re: update to Committee website (0.4); Correspond with K. Brown re: same (0.3); Confer/correspond with D. Deutsch re Committee Litigation Trust Confidentiality Agreement (0.4) | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/19/12 | H. SEIFE | Review of email from D.Goldin (.3); review of draft responses from parties (.3); review emails regarding effective date (.8). | 1.40 hrs. |
| 11/19/12 | A. ROSENBLATT | Multiple emails with DCL Plan Proponents and Sidley, and LeMay re: timing for effective date, Aurelius request for notice and related issues (.5); review old timeline circulated by Debtors and open issue list in preparation for upcoming call with Sidley (.4). | 0.90 hrs. |
| 11/20/12 | A. ROSENBLATT | Review Sidley proposed draft response to Aurelius request re: notice and related issues (.2); participate on call with Sidley to discuss timing of effective date (.6); discuss concerns re: proposed timeline with D. Deutsch (.2); review Deutsch emails to Sidley re: same (.3); review email from Deutsch summarizing call with Sidley and timing issues (.2). | 1.50 hrs. |
| 11/20/12 | H. SEIFE | Review of draft Sidley email to Aurelius (.2); review D.Deutsch emails regarding effective date (.8). | 1.00 hrs. |
| 11/20/12 | M. ROITMAN | Confer with D. LeMay re: emergence issues (0.3) | 0.30 hrs. |
| 11/20/12 | D. M. LeMAY | Conferences with H.Seife (.2) and D.Deutsch (.1) re timing of effective date. | 0.30 hrs. |
| 11/20/12 | D. E. DEUTSCH | Review material on emergence to prepare for call with Debtors' team (Lantry, Bendernagel, Boelter, etc.) and Andrew Rosenblatt (.6); participate in related call (.5); call with Kevin Lantry re: emergence issues related to claims (.2); draft memorandum to Seife and LeMay re: effective date (.3); | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/20/12 | D. E. DEUTSCH | Exchange e-mails with Marc Ashley and Tom McCormack re: litigation issue post-emergence (.3); | 0.30 hrs. |
| 11/21/12 | D. E. DEUTSCH | Exchange e-mails with Jessica Boelter and Kevin Lantry re: emergence timeline (.1); review revised emergence timeline (.4); meetings with David LeMay to discuss proposed response to same (.3); draft response to emergence timeline (.1); calls with Kevin Lantry (.1) and Jessica Boelter re: same (.3); meeting with Howard Seife re: timeline (.4); additional meeting with David LeMay to discuss same (.2); exchange e-mails with Marc Ashley re: transfer of certain materials to litigation trustee (.2); exchange related e-mails with Kim Zafran (.2); | 2.30 hrs. |
| 11/21/12 | D. M. LeMAY | Review issue of selecting effective date (.4); conference with D.Deutsch regarding same (.4). | 0.80 hrs. |
| 11/21/12 | H. SEIFE | Review of effective date timeline (.8); conference with D.Deutsch regarding same (.5). | 1.30 hrs. |
| 11/21/12 | A. ROSENBLATT | Review new timeline sent from Sidley (.3); discuss same with Deutsch (.2); review update on status of Sidley response to Aurelius notice request (.2). | 0.70 hrs. |
| 11/25/12 | D. E. DEUTSCH | Review materials/e-mail from Debtors team (Jessica Boelter and otters) re: emergence date issues (.2); e-mail to Jessica Boelter and Kevin Lantry re: same and related meeting with other DCL plan proponents (.2); | 0.40 hrs. |
| 11/27/12 | D. E. DEUTSCH | Two calls with Jessica Boelter re: effective date issues (.4); meeting with David LeMay to discuss same (.3); call with Kevin Lantry re: effective date matter (.2); exchange e-mails with Jessica Boelter re: addressing tax | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                    |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | issue related to effective date timing (.3); call with Richard Leder re: same (.2);                                                                                                                                                                                                 |            |
| 11/27/12   | M. ROITMAN     | Draft email memorandum to D. LeMay re: harm to Debtors from delay in emergence (1.2)                                                                                                                                                                                                | 1.20 hrs.  |
| 11/27/12   | D. M. LeMAY    | Conference with H.Seife and D.Deutsch regarding effective date issues (.3); review M.Roitman memo regarding delay in emergence issues (.2).                                                                                                                                         | 0.50 hrs.  |
| 11/27/12   | D. M. LeMAY    | Analysis re: harm related to possible extension of Effective Date, including review of Plan provisions re: same (1.1). Conference w/D. Deutsch (.2) and H. Seife and D. Deutsch (.2) re: next steps.                                                                                 | 1.50 hrs.  |
| 11/27/12   | H. SEIFE       | Conference with D.LeMay and D.Deutsch regarding plan effective date issues (.5); review of summary of factual basis regarding effective date (.4).                                                                                                                                  | 0.90 hrs.  |
| 11/28/12   | A. ROSENBLATT  | Review email to DCL Plan Proponents re: problems with timing of proposed effective date and related issues (.2); review update from Roitman re: same (.2); review alternative treatment creditor election information sent from Roitman in preparation for DCL call (.2).             | 0.60 hrs.  |
| 11/28/12   | M. ROITMAN     | Correspond with DCL group re: effective date planning (0.2); call with D. Schaible re: same (0.1); Correspond with D. LeMay and D. Deutsch re: same (0.2); Draft email memorandum to D. LeMay re: alternative treatment elections of Senior Noteholders and Other Parent Claimants (0.5); confer with D. LeMay re same (0.1) | 1.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/28/12 | D. E. DEUTSCH | Draft e-mail to DCL proponents re: effective date issues (.4); exchange e-mails with David LeMay and, in part, Marc Roitman re: same (.2); exchange message with Eli Vonnegut re: plan/billing matters (.2); exchange e-mails with Jessica Boelter (.2); and, in part, Debtors and C&P tax team (including Richard Leder) re: next steps to resolve tax issue (.3); review multiple e-mails from DCL lawyers re: effective date issue (.2); | 1.50 hrs. |
| 11/29/12 | M. ROITMAN | Call with DCL proponents re: effective date planning (0.6); Confer with C&P team following call (0.3); Draft email to Committee re: special telephonic meeting re: effective date considerations (0.7); Correspond with D. LeMay and Committee co-chairs re: same (0.2); | 1.80 hrs. |
| 11/29/12 | A. ROSENBLATT | Participate on call with DCL Plan Proponents re: timing of effective date (.6); post call discussion with LeMay re: creditor inquiries re: same (.3). | 0.90 hrs. |
| 11/29/12 | H. SEIFE | Review emails regarding timing of effective date (.6); conference with D.Deutsch regarding timing (.4). | 1.00 hrs. |
| 11/29/12 | D. M. LeMAY | Prepare for (.4) and participate in (.6) DCL Co-Proponent counsel call re: Effective Date timing. Two calls with Sidley re: same (.3). Review due diligence on exit loan timing and tax issues (.5). | 1.80 hrs. |
| 11/29/12 | D. E. DEUTSCH | Exchange e-mails with Marc Roitman re: effective date issue (.2); review multiple related e-mails from team (Roitman, LeMay, Leder) (.2); meeting with Howard Seife re: effective date timing (.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 21, 2012
435 N. MICHIGAN AVENUE                               Page    8
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 11/30/12 | M. ROITMAN | Call with Debtors' advisors re: effective date timing considerations (0.4); Confer with C&P team following call (0.6); Revise email to Committee re: special telephonic meeting re: effective date considerations (0.4); Call with B. Salganik re: same (0.3); Confer with D. LeMay re: same (0.1); Call with B. Hall re: due diligence on exit financing syndication in connection with effective date timing (0.2) | 2.00 hrs. |
| 11/30/12 | H. SEIFE | Conference with D.LeMay regarding effective date (.4); review of issues regarding effective date (.7). | 1.10 hrs. |
| 11/30/12 | A. ROSENBLATT | Review email to committee re: meeting about timing of effective date and related issues (.2); review summary from LeMay of call with tax experts re: effective date/tax benefit issue (.2). | 0.40 hrs. |
| 11/30/12 | D. M. LeMAY | Prepare for (.4) and conference call with Debtors' advisors regarding effective date issues (.5); follow up conference with C&P team regarding same (.5). | 1.40 hrs. |
| 11/30/12 | D. M. LeMAY | Tax call with Tribune (.9) and follow up with Dick Leder (.5) re: Effective Date Timing. | 1.40 hrs. |
| 11/30/12 | R. M. LEDER | Conference call with Sidley tax group, David LeMay, and Mark Roitman re: proposal to defer exit until December 31, 2012 for tax reasons (.4); consider related issues (0.4). | 0.80 hrs. |

**Total Fees for Professional Services.............   $44,220.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 21, 2012
435 N. MICHIGAN AVENUE                                 Page    9
CHICAGO, IL 60611
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 11.00 | 10175.00 |
| H. SEIFE | 995.00 | 8.00 | 7960.00 |
| R. M. LEDER | 995.00 | .80 | 796.00 |
| A. ROSENBLATT | 745.00 | 7.00 | 5215.00 |
| D. E. DEUTSCH | 745.00 | 20.70 | 15421.50 |
| M. ROITMAN | 495.00 | 9.40 | 4653.00 |
| TOTALS | | 56.90 | 44220.50 |