# EXHIBIT B

### TRIBUNE COMPANY, et al.
### SUMMARY OF EXPENSES INCURRED
### November 1, 2012 through November 30, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Reproduction | $ 40.50 |
| Telephone Charges | 14.69 |
| Managing Clerk Services (PACER)[1] | 1,086.95 |
| Outside Professional Services[2] (Complete Document Services) | 42,739.54 |
| TOTAL | $43,881.68 |

1. Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies. The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

2. Represents charge for electronic data discovery services (as described in the Application).

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   12/19/2012 1:42:22 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/05/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>807844<br>Pender, Sheila<br>520045<br>Print | 29349174 |
| 10/10/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>810341<br>Pender, Sheila<br>4400073<br>Print | 29349175 |
| 10/10/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>810624<br>Pender, Sheila<br>4400073<br>Print | 29349176 |
| 10/10/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>810635<br>Pender, Sheila<br>4400073<br>Print | 29349177 |
| 10/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>812133<br>Pender, Sheila<br>4400096<br>Print | 29349178 |
| 10/12/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>812224<br>Pender, Sheila<br>4400073<br>Print | 29349179 |
| 11/09/2012 | | | REPRO | 130.00 | 0.20 | 26.00 | REPRODUCTION<br>User Name: Morales, Antonio<br>Time of Day: (H:M:S): 13:07<br>159004 | 29325398 |
| 11/19/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>831842<br>Pender, Sheila<br>4400073<br>Print | 29349180 |
| 11/21/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 11:41<br>169988 | 29342470 |
| 11/21/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 13:35<br>170028 | 29342471 |
| 11/21/2012 | | | REPRO | 68.00 | 0.20 | 13.60 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 17:31<br>170092 | 29342472 |
| 11/21/2012 | | | REPRO | 33.00 | 0.20 | 6.60 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 10:05<br>169943 | 29342473 |
| 11/22/2012 | | | REPRO | 39.00 | 0.20 | 7.80 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 14:34<br>170280 | 29342544 |
| 11/22/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 19:13<br>170281 | 29342545 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   12/19/2012 1:42:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/22/2012 | | | REPRO | 38.00 | 0.20 | 7.60 | REPRODUCTION | 29343344 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:37 | |
| | | | | | | | Scan File 170110 | |
| 11/22/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 29343345 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:38 | |
| | | | | | | | Scan File 170111 | |
| 11/22/2012 | | | REPRO | 11.00 | 0.20 | 2.20 | REPRODUCTION | 29343346 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 14:54 | |
| | | | | | | | Scan File 170112 | |
| 11/26/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 29343444 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:47 | |
| | | | | | | | Scan File 170737 | |
| 11/26/2012 | | | REPRO | 22.00 | 0.20 | 4.40 | REPRODUCTION | 29342664 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:46 | |
| | | | | | | | 172139 | |
| 11/30/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29366208 |
| | | | | | | | 837895 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS:  WORK | | | | 81.00 | 20 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 40.50 | | |
| | | GRAND TOTAL:    WORK: | | | | 81.00 | 20 records | |
| | | GRAND TOTAL:    BILL: | | | | 40.50 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    12/19/2012 1:42:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/09/2012 | | | TEL | 237.00 | 0.04 | 9.13 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 237<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 10:57<br>9804..029 > MAT | 29312666 |
| 10/25/2012 | | | TEL | 76.00 | 0.04 | 2.93 | TELEPHONE CHARGES<br>CALLER: Lori F. Moloney<br>CNCT : 76<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 13:57 | 29355029 |
| 11/01/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:27<br>NUM CALLED: 3128537030<br>147630 | 29321350 |
| 11/02/2012 | | | TEL | 14.00 | 0.02 | 0.32 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 14<br>TIME of DAY: (H:M:S): 10:57<br>NUM CALLED: 3024674410<br>148990 | 29321486 |
| 11/02/2012 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 11:22<br>NUM CALLED: 3142913030<br>149028 | 29321487 |
| 11/02/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:47<br>NUM CALLED: 3038927420<br>149829 | 29321488 |
| 11/02/2012 | | | TEL | 10.00 | 0.02 | 0.23 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 10<br>TIME of DAY: (H:M:S): 16:52<br>NUM CALLED: 3142913030<br>149855 | 29321489 |
| 11/06/2012 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 7<br>TIME of DAY: (H:M:S): 14:20<br>NUM CALLED: 6172045145<br>153078 | 29321783 |
| 11/08/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 11:08<br>NUM CALLED: 3128537515<br>157577 | 29325743 |
| 11/08/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:09<br>NUM CALLED: 9734493025<br>157780 | 29325744 |
| 11/12/2012 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:30<br>NUM CALLED: 2037085847<br>159779 | 29326642 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                  Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   12/19/2012 1:42:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/12/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29326643 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:24 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 159978 | |
| 11/14/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 29328604 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:54 | |
| | | | | | | | NUM CALLED: 2162443367 | |
| | | | | | | | 163232 | |
| 11/15/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29329477 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:39 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 164718 | |
| 11/15/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29329478 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:05 | |
| | | | | | | | NUM CALLED: 3102776910 | |
| | | | | | | | 164734 | |
| 11/21/2012 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES | 29342857 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:39 | |
| | | | | | | | NUM CALLED: 3123711921 | |
| | | | | | | | 169523 | |
| 11/26/2012 | | | TEL | 39.00 | 0.02 | 0.90 | TELEPHONE CHARGES | 29343060 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 39 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:38 | |
| | | | | | | | NUM CALLED: 4792049156 | |
| | | | | | | | 171700 | |
| 11/26/2012 | | | TEL | 7.00 | 0.02 | 0.16 | TELEPHONE CHARGES | 29343061 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:03 | |
| | | | | | | | NUM CALLED: 3128531049 | |
| | | | | | | | 171693 | |
| 11/27/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29343217 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:05 | |
| | | | | | | | NUM CALLED: 3128537030 | |
| | | | | | | | 173142 | |
| 11/27/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 29343218 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:08 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 173302 | |
| 11/27/2012 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29343219 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:27 | |
| | | | | | | | NUM CALLED: 3026523131 | |
| | | | | | | | 173375 | |
| 11/30/2012 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES | 29356961 |
| | | | | | | | EXT: 265271 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:15 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 177983 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   12/19/2012 1:42:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | UNBILLED TOTALS: WORK | | | | 14.69 | 22 records | |
| | | UNBILLED TOTALS: BILL: | | | | 14.69 | | |
| | | GRAND TOTAL:   WORK: | | | | 14.69 | 22 records | |
| | | GRAND TOTAL:   BILL: | | | | 14.69 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                               Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   12/19/2012 1:42:22 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/14/2012 | | | PROFSVS | 1.00 | 28,244.19 | 28,244.19 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 29327947 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY DATA HOSTING | |
| | | | | | | | FEE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 28244.19 | |
| | | | | | | | Check #344467  11/16/2012 | |
| 11/19/2012 | | | PROFSVS | 1.00 | 14,495.35 | 14,495.35 | OUTSIDE PROFESSIONAL SERVICES - Vendor: | 29331608 |
| | | | | | | | COMPLETE DISCOVERY SOURCE MONTHLY DATA HOSTING | |
| | | | | | | | AND USER FEE | |
| | | | | | | | Vendor=COMPLETE DISCOVERY SOURCE  Balance= .00  Amount= | |
| | | | | | | | 14495.35 | |
| | | | | | | | Check #344648  12/06/2012 | |
| | | UNBILLED TOTALS:  WORK: | | | | 42,739.54 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 42,739.54 | | |
| | | GRAND TOTAL:    WORK: | | | | 42,739.54 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 42,739.54 | | |