# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 4.80 | $2,832.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $555.00 | .30 | $172.50 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 8.80 | $4,840.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 4.50 | $2,025.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | .80 | $344.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 5.00 | $900.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $140.00 | .80 | $112.00 |
| **Grand Total:** | | | **25.00** | **$11,225.50** |
| Blended Rate: | | | | $449.02 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $531.95 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .30 | $42.00 |
| Insurance Counseling - 00005 | 10.00 | $5,543.50 |
| Fee Applications – 00009 | 14.70 | $5,640.00 |
| **TOTAL:** | **25.00** | **$11,225.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2356274
Invoice Date: December 21, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through November 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $550.00 | $0.00 | $550.00 |
| RE: Reliance/Times Mirror 503842.00004 | $42.00 | $0.00 | $42.00 |
| RE: HR Investigation 503842.00011 | $0.00 | $5,139.17 | $5,139.17 |
| **Current Invoice Total:** | **$592.00** | **$5,139.17** | **$5,731.17** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Fee Applications 503842.00009 | $5,640.00 | $139.35 | $5,779.35 |
| RE: Insurance Counseling 503842.00005 | $4,993.50 | $10.20 | $5,003.70 |
| **Current Invoice Total:** | **$10,633.50** | **$149.55** | **$10,783.05** |
|  | Current Fees | Current Costs | Totals |
| Non-Bankruptcy/Reorganization | $592.00 | $5,139.17 | $5,731.17 |
| Bankruptcy/Reorganization | $10,633.50 | $149.55 | $10,783.05 |
| **GRAND TOTAL:** | **$11,225.50** | **$5,288.72** | **$16,514.22** |

REMITTANCE COPY
Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

US_ACTIVE-111474921.1

## NON-BANKRUPTCY/REORGANIZATION
### RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/20/12 | AJM | Reviewed and analyzed proposed liability notice correspondence (.6); drafted proposed revisions to liability notice correspondence (.2); conferred with client regarding liability notice correspondence (.2). | 1.00 |

|  |  |  |
|---|---|---|
|  | TOTAL FEES: | $550.00 |
|  | Fees & Disbursements | $550.00 |

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Insurance Counseling

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| AJM | A.J. Moss | 1.00 | 550.00 | 550.00 |
|  |  | 1.00 |  | $ 550.00 |

December 21, 2012     Case 08-13141-BLS    Doc 12893-3    Filed 12/27/12    Page 6 of 12    Invoice: 2356274
RE:     Reliance/Times Mirror                                                                 Page 3
         (503842.00004)

## NON-BANKRUPTCY/REORGANIZATION
**RE:     Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/07/12 | SS | Reviewed and catalogued case files. | 0.30 |

|  |  |
|---|---|
| TOTAL FEES: | <u>$42.00</u> |
| Fees & Disbursements | $42.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| SS | S. Somoza | 0.30 | 140.00 | 42.00 |
|  |  | 0.30 |  | $ 42.00 |

**NON-BANKRUPTCY/REORGANIZATION**
**RE:　　HR Investigation**

### CURRENT DISBURSEMENTS

| | | |
|---|---|---:|
| 11/30/12 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 5,139.17 |
| | Total Disbursements | $5,139.17 |
| | Fees & Disbursements | $5,139.17 |

**BANKRUPTCY/REORGANIZATION**
**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/02/12 | JCF | Reviewed fee auditor's report and compared with draft fee order and communicated with J. Shugrue regarding same. | 0.30 |
| 11/02/12 | JDS | Analyzed, revised and finalized updated fee/expense chart requested by Alvarez and Marsal. | 0.40 |
| 11/06/12 | LL | Prepared first draft of RS's 45th Monthly Fee Application (.5); drafted CNO to RS's 44th Monthly Fee Application (.2); drafted RS's 15th Interim Fee Application (.8); e-mail correspondence with J. Shugrue regarding Order for 12th Interim (.2); confered with C. Falgowski regarding same (.2). | 1.90 |
| 11/07/12 | LL | E-mail correspondence with J. Shugrue regarding fee application and CNO deadlines (.2); confered with C. Falgowski regarding 15th Interim (.1); revised and finalized RS's 15th Interim (.9). | 1.20 |
| 11/07/12 | JCF | Reviewed fee applications. | 0.20 |
| 11/07/12 | SS | Reviewed and catalogued case files. | 0.20 |
| 11/07/12 | A.Y. | Email correspondence with J. Shugrue regarding 13th Interim Fee Petition (.1); reviewed same (.4). | 0.50 |
| 11/07/12 | JDS | Analyzed Fee Examiner's Preliminary Report on 13th Interim Fee Application (.5); analyzed and approved filing of 15th Interim Fee Application (.2). | 0.70 |
| 11/09/12 | A.Y. | Analyzed fee examiner's preliminary report and outlined response to same. | 2.30 |
| 11/14/12 | JDS | Analyzed status of response to Fee Examiner's Preliminary Report on 13th Interim Fee Application. | 0.20 |
| 11/15/12 | LL | Follow-up e-mail correspondence with J. Shugrue regarding RS's 45th Monthly Fee Applications (.1); e-mail correspondence with client regarding fee application questions (.3). | 0.40 |
| 11/15/12 | A.Y. | Drafted response to examiner's report regarding 13th Interim Fee Application (1.7). | 1.70 |
| 11/15/12 | JDS | Emails with client regarding monthly fee application status and questions. | 0.20 |
| 11/16/12 | JDS | Prepared, finalized and transmitted response email to Fee Examiner regarding Preliminary Report on 13th Interim Fee Application (.7); drafted materials for inclusion in 45th Monthly Fee Application (.6); reviewed and approved for filing CNO regarding 44th Monthly Fee Application (.2). | 1.50 |
| 11/19/12 | JDS | Prepared narrative text for 45th Monthly Fee Application. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/21/12 | LL | Revisions and calculations to RS's 45th Monthly Fee Application. | 0.50 |
| 11/26/12 | JCF | Reviewed monthly and interim fee applications for filing. | 0.30 |
| 11/26/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/27/12 | LL | Revised and finalized CNO for RS's 44th Monthly Fee Application (.4); revised and finalized RS's 45th Monthly Fee Application (.6). | 1.00 |
| 11/27/12 | JDS | Analyzed as filed CNO regarding 44th Monthly Fee Application, and 45th Monthly Fee Application. | 0.20 |

|  |  | TOTAL FEES: | **$5,604.00** |
|---|---|---|---|

### CURRENT DISBURSEMENTS

| 10/31/12 | Duplicating/Printing/Scanning |  | 14.30 |
|---|---|---|---|
| 10/31/12 | Outside Duplicating |  | 125.05 |
|  |  | Total Disbursements | $139.35 |
|  |  | Fees & Disbursements | $5,779.35 |

### BANKRUPTCY/REORGANIZATION
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.90 | 590.00 | 2,301.00 |
| JCF | J.C. Falgowski | 0.80 | 430.00 | 344.00 |
| A.Y. | A. Yassemedis | 4.50 | 450.00 | 2,025.00 |
| SS | S. Somoza | 0.50 | 140.00 | 70.00 |
| LL | L. Lankford | 5.00 | 180.00 | 900.00 |
|  |  | 14.70 |  | $5,640.00 |

December 21, 2012
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS    Doc 12893-3    Filed 12/27/12    Page 10 of 12
Invoice 2356274
Page 7

**BANKRUPTCY/REORGANIZATION**
**RE:   Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/02/12 | JDS | Emails with client regarding D&O insurance coverage question. | 0.50 |
| 11/05/12 | AJM | Teleconference with insurer to discuss proposed emergence endorsements to policy (.5); conferred with L. Geiger regarding property insurance provisions (.2); reviewed property insurance policy (.5); reviewed substantive emails from insurer regarding proposed emergence endorsements to property policy (.6); conferred with client regarding property insurance policy (.2); teleconference with insurer to discuss proposed emergence endorsements to liability policy (.4); conferred with client regarding liability policy (.2). | 2.60 |
| 11/05/12 | LMG | Analyzed property policy provisions. | 0.30 |
| 11/20/12 | AJM | Conferred with client regarding proposed revisions to insurer non-disclosure agreements (.6); reviewed and analyzed mark-up of non-disclosure agreement with insurers (1.0). | 1.60 |
| 11/21/12 | AJM | Conferred with client regarding response and proposed revisions to insurer non-disclosure agreement. | 0.30 |
| 11/22/12 | AJM | Conferred with client regarding response and proposed revisions to insurer non-disclosure agreement. | 0.20 |
| 11/26/12 | AJM | Reviewed and analyzed emergence memorandum and proposed liability policy endorsements (.4); conferred with client regarding same (.1); reviewed executed non-disclosure agreements from insurers (.6); conferred with client regarding insurer non-disclosure agreements (.2); analyzed proposed changes to insurer non-disclosure agreement (.4); conferred with client regarding same (.1); worked on redline comparison of insurer non-disclosure agreement (.4); conferred with client regarding same (.1); reviewed substantive email from insurer representative regarding liability policy erosion status (.2). | 2.50 |
| 11/26/12 | JDS | Analyzed and exchanged emails with insurer counsel regarding policy limits erosion. | 0.20 |
| 11/27/12 | AJM | Reviewed email from insurer regarding fiduciary liability policy erosion. | 0.10 |
| 11/27/12 | JDS | Analyzed and exchanged emails with insurer counsel regarding erosion of policy limits and emails with client regarding same. | 0.20 |
| 11/29/12 | AJM | Reviewed voicemail and email from defense counsel regarding reimbursement of defense costs in FitzSimons litigation. | 0.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 11/30/12 | AJM | Conferred with J. Shugrue regarding inquiry from defense counsel in FitzSimons, preference actions (.1); telephone call with defense counsel to discuss reimbursement of defense costs for former employee defendants (.3). | 0.40 |

|  |  | TOTAL FEES: | $4,993.50 |
|--|--|--|--|
| 10/31/12 | Duplicating/Printing/Scanning | | 10.20 |
|  |  | Total Disbursements | $10.20 |
|  |  | Fees & Disbursements | $5003.70 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.90 | 590.00 | 531.00 |
| AJM | A.J. Moss | 7.80 | 550.00 | 4,290.00 |
| LMG | L.M. Geiger | 0.30 | 575.00 | 172.50 |
|  |  | 9.00 |  | $4,993.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2356274
Invoice Date: December 21, 2012

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through November 30, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Insurance Counseling 503842.00005 | $550.00 | $0.00 | $550.00 |
| RE: Reliance/Times Mirror 503842.00004 | $42.00 | $0.00 | $42.00 |
| RE: HR Investigation 503842.00011 | $0.00 | $5,139.17 | $5,139.17 |
| **Current Invoice Total:** | **$592.00** | **$5,139.17** | **$5,731.17** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $5,640.00 | $139.35 | $5,779.35 |
| RE: Insurance Counseling 503842.00005 | $4,993.50 | $10.20 | $5,003.70 |
| **Current Invoice Total:** | **$10,633.50** | **$149.55** | **$10,783.05** |

| | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $592.00 | $5,139.17 | $5,731.17 |
| Bankruptcy/Reorganization | $10,633.50 | $149.55 | $10,783.05 |
| **GRAND TOTAL:** | **$11,225.50** | **$5,288.72** | **$16,514.22** |

**INVOICE IS PAYABLE UPON RECEIPT**