# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $125.05 |
| Printing, Duplicating, Scanning | | $24.50 |
| Electronically Stored Information | | $5,139.17 |
| **TOTAL:** | | **$5,288.72** |

## EXPENSE SUMMARY

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $125.05 | | $125.05 |
| Printing/Duplicating & Scanning | | | $10.20 | | $14.30 | | $24.50 |
| Electronically Stored Information | | | | | | $5,139.17 | $5,139.17 |
| TOTAL: | | $0.00 | $10.20 | $0.00 | $139.35 | $5,139.17 | $5,288.72 |

December 21, 2012    Case 08-13141-BLS    Doc 12893-4    Filed 12/27/12    Page 4 of 6    Invoice: 2356274
RE:    HR Investigation                                                                                                          Page 4
(503842.00011)

**NON-BANKRUPTCY/REORGANIZATION**
**RE: HR Investigation**

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/30/12 | Electronically Stored Information -- Retrieval/Storage of emails by client-approved vendor in connection with review of documents related to HR Investigation matter. | 5,139.17 |
| | Total Disbursements | $5,139.17 |
| | Fees & Disbursements | $5,139.17 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/21/12 | LL | Revisions and calculations to RS's 45th Monthly Fee Application. | 0.50 |
| 11/26/12 | JCF | Reviewed monthly and interim fee applications for filing. | 0.30 |
| 11/26/12 | SS | Reviewed and catalogued case correspondence. | 0.30 |
| 11/27/12 | LL | Revised and finalized CNO for RS's 44th Monthly Fee Application (.4); revised and finalized RS's 45th Monthly Fee Application (.6). | 1.00 |
| 11/27/12 | JDS | Analyzed as filed CNO regarding 44th Monthly Fee Application, and 45th Monthly Fee Application. | 0.20 |

TOTAL FEES: $5,604.00

## CURRENT DISBURSEMENTS

| 10/31/12 | Duplicating/Printing/Scanning | 14.30 |
|---|---|---|
| 10/31/12 | Outside Duplicating | 125.05 |
| | Total Disbursements | $139.35 |
| | Fees & Disbursements | $5,779.35 |

## BANKRUPTCY/REORGANIZATION
Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.90 | 590.00 | 2,301.00 |
| JCF | J.C. Falgowski | 0.80 | 430.00 | 344.00 |
| A.Y. | A. Yassemedis | 4.50 | 450.00 | 2,025.00 |
| SS | S. Somoza | 0.50 | 140.00 | 70.00 |
| LL | L. Lankford | 5.00 | 180.00 | 900.00 |
| | | 14.70 | | $5,640.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/30/12 | AJM | Conferred with J. Shugrue regarding inquiry from defense counsel in FitzSimons, preference actions (.1); telephone call with defense counsel to discuss reimbursement of defense costs for former employee defendants (.3). | 0.40 |

|  |  | TOTAL FEES: | $4,993.50 |
|---|---|---|---|
| 10/31/12 | Duplicating/Printing/Scanning |  | 10.20 |
|  |  | Total Disbursements | $10.20 |
|  |  | Fees & Disbursements | $5003.70 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.90 | 590.00 | 531.00 |
| AJM | A.J. Moss | 7.80 | 550.00 | 4,290.00 |
| LMG | L.M. Geiger | 0.30 | 575.00 | 172.50 |
|  |  | 9.00 |  | $4,993.50 |