## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## FEE EXAMINER'S FINAL REPORT REGARDING THE THIRTEENTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Thirteenth Interim Fee Application of Alvarez & Marsal North America, LLC* [Docket No. 11368] (the "**Fee**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**Application**").   The Fee Application seeks approval of fees that total $1,182,330.00 and reimbursement of expenses in the amount of $1,190.26 for the period from December 1, 2011 through February 29, 2012.[2]   Alvarez & Marsal North America, LLC ("**A&M**") acts as restructuring advisors to the Debtors and Debtors-in-Possession.

## Background

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.     On December 26, 2008, the Debtors filed the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, Nunc Pro Tunc to the Petition Date* [Docket No. 140] (the "**Retention Application**").  By order dated February 11, 2009, this Court approved the retention of A&M (see Docket No. 362) (the "**Retention Order**").

3.     A&M submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.     In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense

---

[2] This includes fees invoiced by Managing Director Steve Kortaba, for fees incurred during the period from 10/17/2011 through 10/28/2011, which the firm inadvertently left out of its previous fee application.

analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect

to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

      7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

      8.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to A&M for review and comment. The firm provided a written response to the Preliminary Report. After evaluation and consideration of the additional information provided by A&M, the Fee Examiner submits this Final Report for the Court's consideration. This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total
amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and
"**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or
hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The
Fee Examiner determined the Fees Requested exceeded the Fees Computed by $140.00, resulting
in an apparent overcharge.  The discrepancy was the result of task hours within one entry that did
not equal the time billed for the entry as a whole.  The entry was displayed in **Exhibit A** to the
Preliminary Report.  The firm was asked to comment.  In response, A&M agreed with the Fee
Examiner's calculations, which resulted in a fee reduction of $140.00.  Exhibit A is omitted from
this Report.

The Fee Examiner further determined that there was no discrepancy between the
Expenses Requested and the Expenses Computed.   The figures in this report and the
accompanying exhibits reflect Fees Computed and Expenses Computed.

10.    **Block Billing.**[3]  The Local Rules provide that "[a]ctivity descriptions shall not be
lumped – each activity shall have a separate description and a time allotment." *Local
Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time
entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not
combined or 'lumped' together, with each service showing a separate time entry." *UST*

---

[3] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time
resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single
time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry
that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained
within the blocked entry.  This methodology has been adopted by courts when evaluating fees and ruling on fee
applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

*Guidelines* ¶(b)(4)(v).[4]   The Delaware Bankruptcy Court has found that time entries that generally only combine work on one issue, and a conference/communication with the client or opposing counsel on the same issue, while technically block billing, will not be objectionable.[5] The Fee Examiner did not identify any block billed entries.

11.   **Potential Double Billing.**   Potentially double billed entries are tasks that appear to be duplicated (*i.e.*, invoiced on the same date by the same timekeeper with identical or nearly identical descriptions and time increments).  The Fee Examiner did not identify any double billed entries.

12.   **Time Increments.**   The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  A&M timekeepers invoiced their fees in one-tenth hour increments.

## Review of Fees

13.   **Firm Staffing.**   The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 13 A&M professionals

---

[4] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

[5] See *In re Worldwide Direct. Inc.*, 316 B.R. 637, 643 (Bankr. D. Del. 2004) (the court did disallow 100% of the block billed entries that combined more than one discrete task and issue from which it could not determine the amount of time that was allocated to each task).

and paraprofessionals who billed to this matter, consisting of 4 managing directors, 4 directors,
1 senior associate, 1 associate, 1 consultant,[6] 1 analyst, and 1 paraprofessional. A summary of
hours and fees billed by each timekeeper is displayed in **Exhibit B**.[7]

The firm billed a total of 2,717.90 hours with associated fees of $1,182,190.00. The
following table displays the hours and fees computed by timekeeper position and the percentage
of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 369.70 | 14% | $  258,095.00 | 22% |
| Director | 780.90 | 29% | 372,892.50 | 32% |
| Senior Associate | 428.50 | 16% | 179,742.50 | 15% |
| Associate | 422.70 | 15% | 155,015.00 | 13% |
| Consultant | 314.90 | 11% | 102,342.50 | 9% |
| Analyst | 371.70 | 14% | 108,350.00 | 9% |
| Paraprofessional | 29.50 | 1% | 5,752.50 | * |
| **TOTAL** | 2,717.90 | 100% | $1,182,190.00 | 100% |

* Less than 1%

The blended hourly rate for the A&M professionals is $437.60 and the blended hourly rate for
professionals and paraprofessionals is $434.96.

14.    **Hourly Rate Increases.**  A&M increased the hourly rates of timekeepers during
this interim period, effective January 1, 2012.

15.    **Timekeepers' Roles.**    A court may not allow compensation of fees for
duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee
Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to
the representation, including a comparison to others' efforts.   On the whole, each A&M

---

[6] Including one timekeeper, who was promoted from analyst to consultant, effective January 1, 2012.

[7] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry
associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The
tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the
same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit
category.

timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, the Fee Examiner requested additional information from A&M regarding the necessity of services rendered by two managing directors, and a director. The entries billed by these timekeepers, totaling 3.70 hours with $1,982.50 in associated fees, were displayed in **Exhibit C** to the Preliminary Report. A&M responded by providing additional detail regarding the questioned timekeepers activities and involvement in the case as a whole. Based on the additional information provided, no fee reduction is recommended. Exhibit C has been omitted from this Report.

16. **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more A&M timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 125.30 hours with $63,952.50 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, we identified

-8-

the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the individual leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 67.80 hours with $27,400.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, A&M first stated that it endeavors to minimize the number of attendees at any meeting, but seeks to balance minimization with the scope of the meeting, number of individuals requested by Debtors, and the need for certain individuals to have firsthand knowledge of the issues presented. The firm also explained that due to the size and complexity of these cases, and the substance of the matters being addressed, the matters often require different A&M personnel to focus on different areas. The firm then addressed, in detail, the questioned timekeepers with more than 10.00 hours of "multiple attendance" by providing additional information regarding each of their respective roles. After consideration of the supplemental information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from the Final Report.

17. **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified intraoffice conferences totaling 159.80 hours with $73,597.50 in associated fees, or approximately 6% of the Fees Computed, which were displayed in **Exhibit E** to the Preliminary Report. In certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences

invoiced by two or more firm personnel total 140.60 hours with $65,692.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that the firm strive to limit fees resulting from intraoffice communication; however an explanation of the timekeepers' roles and an explanation of the necessity of the attendance of the timekeepers was requested.

In response, A&M claimed that it strives to eliminate unnecessary intraoffice conferencing. But, the firm stated that conferences are generally utilized to collaborate to efficiently and effectively serve the client and are required to keep others apprised of progress that directly impacts related work streams. A&M also provided additional detail regarding the timekeepers involved and the necessity and purpose of the conferences and their attendance. For these reasons, the Fee Examiner makes no recommendation for a fee reduction, and Exhibit E is omitted from this report.

18.     **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the

communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

        a.    **Vague Communications.**  The Fee Examiner identified entries totaling 2.40 hours with \$1,212.50 in associated fees in which a conference or other communication was not described with sufficient detail. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable guidelines. The entries were displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner requested A&M provide the missing detail that is required by the Local Rules and UST Guidelines. The firm responded by providing the missing subject matter and/or participant information, which brought the entries into compliance. Exhibit F is omitted from the Final Report.

        b.    **Vague Tasks.**  The Fee Examiner reviewed the substantive detail of each billing entry and identified 2.40 hours with \$1,680.00 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper. The entries were displayed in **Exhibit G** to the Preliminary Report. As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[8] The Fee Examiner requested A&M provide the missing detail that is required by the Local Rules and UST Guidelines. The firm responded by providing the missing task information, which brought the entries into compliance. Exhibit G is omitted from the Final Report.

---

[8] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g., In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

19.     **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner reviewed each timekeeper's billing activities and identified entries describing administrative activities, including several entries related to updating claimant addresses. The questioned entries were displayed in **Exhibit H** to the Preliminary Report, totalling 6.20 hours with $2,077.50 in associated fees. The Fee Examiner believed a fee reduction was appropriate for these entries, but invited comment from the firm. The firm provided additional information regarding the activities in question. In the end, the firm and the Fee Examiner reached a compromise whereby the firm agreed to a $693.00 fee reduction. Exhibit H has been omitted from the Final Report.

20.     **Clerical Activities.** Clerical activities do not require legal acumen, and may be effectively performed by administrative assistants, secretaries, or support personnel. Similar to administrative activities, clerical activities are generally not billable and are considered to be part of the firm's overhead. In the 3rd Circuit, however, some clerical and non-clerical activities may be compensable at a rate commensurate with the level of expertise or knowledge typically found to be necessary to complete the task. The firm billed 2.70 hours and $1,012.50 in associated fees for these questioned activities, which were displayed in **Exhibit I** to the Preliminary Report. In response A&M disagreed with the Fee Examiner's classification of several of the entries and provided the basis for its position. In the end, the Fee Examiner and the firm reached a compromise whereby the firm agreed to voluntarily reduce its fees in an amount of $236.00. Exhibit I has been omitted from the Final Report.

21.     **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. A&M did not bill travel time.

22.     **A&M Retention/Compensation.** A&M billed 40.40 hours with associated fees of $9,985.00 to prepare the firm's retention documents and applications for compensation, less than 1% of the Fees Computed. The fee entries describing A&M's retention/compensation activities are displayed in **Exhibit J**, which is included in the Final Report.

23.     **Other Firms' Retention/Compensation.**     A&M billed 129.60 hours with associated fees of $47,670.00 related to other firms' retention documents and applications for compensation, approximately 4% of the Fees Computed. The fee entries describing these activities are displayed in **Exhibit K**, which is included in the Final Report.

**Review of Expenses**

24.     **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.     The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. A&M provided an itemization for the firm

expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.    **Working Meals.** A&M requested reimbursement of $71.59 for working lunches which solely involved A&M employees. These meal charges were displayed in **Exhibit L** to the Preliminary Report. The Fee Examiner acknowledges the firm's belief that charges for working lunches are compensable. The Fee Examiner intended to recommend an expense reduction for meals provided solely to firm employees, but invited comment from the firm. A&M agreed to voluntarily reduce its expense request in the amount of $71.59. Exhibit L has been omitted from the Final Report.

## CONCLUSION

The Fee Examiner submits this Final Report regarding A&M's Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,181,261.00 ($1,182,330.00 minus $1,069.00) and reimbursement of expenses in the amount of $1,118.67 ($1,190.26 minus $71.59) for the interim period from December 1, 2011 through February 29, 2012. The findings are set forth in the summary on the following page.

-14-

## ALVAREZ & MARSAL NORTH AMERICA, LLC

## SUMMARY OF FINDINGS

### Thirteenth Interim Fee Application (December 1, 2011 through February 29, 2012)

### A.   Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,182,330.00 | |
| Expenses Requested | 1,190.26 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,183,520.26 |
| Fees Computed | $1,182,190.00 | |
| Expenses Computed | 1,190.26 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,183,380.26 |
| Discrepancy in Fees | $      140.00 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      140.00 |

### B.   Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $1,182,330.00 | | |
| *Agreed Reduction for Discrepancy in Fees* | | *($   140.00)* | |
| *Agreed Reduction for Administrative Activities* | | *(693.00)* | |
| *Agreed Reduction for Clerical Activities* | | *(236.00)* | |
| Subtotal | | *($1,069.00)* | |
| RECOMMENDED FEE ALLOWANCE | | | $1,181,261.00 |
| Expenses Requested | $1,190.26 | | |
| *Agreed Reduction for Working Meals* | | *($71.59)* | |
| Subtotal | | *($71.59)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 1,118.67 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,182,379.67 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 27th day of December, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE  19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE  19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY  10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Thomas E. Hill, Esq.
Alvarez & Marsal North America, LLC
55 West Monroe Street, Suite 4000
Chicago, IL  60603

John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Alvarez & Marsal North America, LLC

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| BWHI | Whittman, Brian | MANAG DIRECTOR | $700.00 | $700.00 | 362.40 | $253,680.00 |
| SKOT | Kotarba, Steve | MANAG DIRECTOR | $575.00 | $575.00 | 6.50 | $3,737.50 |
| KKEC | Kechik, Keith | MANAG DIRECTOR | $890.00 | $890.00 | 0.50 | $445.00 |
| THIL | Hill, Tom | MANAG DIRECTOR | $775.00 | $775.00 | 0.30 | $232.50 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $698.12 | | 369.70 | $258,095.00 |
| | | | | % of Total: | 13.60% | % of Total: 21.83% |
| RSTO | Stone, Richard | DIRECTOR | $500.00 | $500.00 | 487.10 | $243,550.00 |
| JEHR | Ehrenhofer, Jodi | DIRECTOR | $425.00 | $425.00 | 202.80 | $86,190.00 |
| SKAU | Kaufman, Stuart | DIRECTOR | $475.00 | $475.00 | 88.10 | $41,847.50 |
| MZEI | Zeiss, Mark | DIRECTOR | $450.00 | $450.00 | 2.90 | $1,305.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $477.52 | | 780.90 | $372,892.50 |
| | | | | % of Total: | 28.73% | % of Total: 31.54% |
| MFRA | Frank, Matt | SR. ASSOCIATE | $400.00 | $425.00 | 428.50 | $179,742.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $419.47 | | 428.50 | $179,742.50 |
| | | | | % of Total: | 15.77% | % of Total: 15.20% |
| MBER | Berger, Mark | ASSOCIATE | $350.00 | $375.00 | 422.70 | $155,015.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $366.73 | | 422.70 | $155,015.00 |
| | | | | % of Total: | 15.55% | % of Total: 13.11% |
| DTOR | Torres, Diego | CONSULTANT | $325.00 | $325.00 | 314.90 | $102,342.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $325.00 | | 314.90 | $102,342.50 |
| | | | | % of Total: | 11.59% | % of Total: 8.66% |
| DHIN | Hingtgen, Dwight | ANALYST | $300.00 | $300.00 | 245.30 | $73,590.00 |
| DTOR | Torres, Diego | ANALYST | $275.00 | $275.00 | 126.40 | $34,760.00 |

EXHIBIT B

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Alvarez & Marsal North America, LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $291.50 | | 371.70 | $108,350.00 |
| | | | | % of Total: | 13.68% | % of Total: 9.17% |
| MNAP | Napoliello, Mary | PARAPROFESSIONA | $195.00 | $195.00 | 29.50 | $5,752.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $195.00 | | 29.50 | $5,752.50 |
| | | | | % of Total: | 1.09% | % of Total: 0.49% |
| | Total No. of Billers: 13 | Blended Rate for Report: | $434.96 | | 2,717.90 | $1,182,190.00 |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Frank, M | 2.90 | 1,232.50 |
| Hingtgen, D | 6.50 | 1,950.00 |
| Napoliello, M | 29.50 | 5,752.50 |
| Whittman, B | 1.50 | 1,050.00 |
| | 40.40 | $9,985.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 40.40 | 9,985.00 |
| | 40.40 | $9,985.00 |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 12/07/11 Wed | Napoliello, M 123111-130/51 | 2.40 | 2.40 | 468.00 | MATTER NAME: Fee Application<br>1 FINALIZE FIRST DRAFT OF OCTOBER EXHIBITS. |
| 12/12/11 Mon | Whittman, B 123111-130/447 | 0.20 | 0.20 | 140.00 | MATTER NAME: Fee Application<br>1 REVIEW DRAFT OCTOBER FEE APPLICATION. |
| 12/14/11 Wed | Hinglgen, D 123111-130/1 | 0.70 | 0.70 | 210.00 | MATTER NAME: Fee Application<br>1 REVIEW FEE APPLICATION FOR 10/1/2011 THROUGH 10/31/2011. |
| 12/14/11 Wed | Napoliello, M 123111-130/52 | 2.40 | 2.40 | 468.00 | MATTER NAME: Fee Application<br>1 DRAFT COVER SHEET AND APPLICATION. |
| 12/14/11 Wed | Napoliello, M 123111-130/53 | 0.50 | 0.50 | 97.50 | MATTER NAME: Fee Application<br>1 PREPARE EDITS TO EXHIBITS. |
| 12/14/11 Wed | Napoliello, M 123111-130/54 | 0.30 | 0.30 | 58.50 | MATTER NAME: Fee Application<br>1 REVIEW CASE DOCKET FOR CNO DATA. |
| 12/15/11 Thu | Napoliello, M 123111-130/55 | 0.60 | 0.60 | 117.00 | MATTER NAME: Fee Application<br>1 PREPARE ADDITIONAL EDITS TO APPLICATION. |
| 01/06/12 Fri | Frank, M 013112-130/258 | 0.30 | 0.30 | 127.50 | MATTER NAME: Fee Application<br>1 REVIEW OF FEE AUDITOR PRELIMINARY EVALUATION OF ALVAREZ & MARSAL'S EIGHTH INTERIM FEE APPLICATION. |
| 01/09/12 Mon | Hinglgen, D 013112-130/412 | 2.70 | 2.70 | 810.00 | MATTER NAME: Fee Application<br>1 PREPARATION OF RESPONSE TO PRELIMINARY REPORT REGARDING FEE APPLICATION. |
| 01/10/12 Tue | Hinglgen, D 013112-130/415 | 2.10 | 2.10 | 630.00 | MATTER NAME: Fee Application<br>1 REVISE RESPONSE TO PRELIMINARY REPORT REGARDING FEE APPLICATION STEMMING FROM DISCUSSION WITH M. FRANK (A&M). |
| 01/10/12 Tue | Napoliello, M 013112-130/472 | 2.30 | 2.30 | 448.50 | MATTER NAME: Fee Application<br>1 WORK ON EXHIBITS FOR NOVEMBER '11 STATEMENT. |
| 01/11/12 Wed | Hinglgen, D 013112-130/416 | 0.50 | 0.50 | 150.00 | MATTER NAME: Fee Application<br>1 FINALIZE RESPONSE TO PRELIMINARY REPORT REGARDING FEE APPLICATION. |
| 01/11/12 Wed | Napoliello, M 013112-130/473 | 2.70 | 2.70 | 526.50 | MATTER NAME: Fee Application<br>1 FINALIZE FIRST DRAFT OF NOVEMBER '11 STATEMENT EXHIBITS. |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|----------------|-------------|-------|------|-------------|
| 01/11/12 Wed | Napoliello, M 013112-130/474 | 1.90 | 1.90 | 370.50 | MATTER NAME: Fee Application 1 DRAFT EXHIBITS FOR NOVEMBER '11 FEE STATEMENT. |
| 01/12/12 Thu | Frank, M 013112-130/296 | 0.50 | 0.50 | 212.50 | MATTER NAME: Fee Application 1 FEE AUDITOR RESPONSE REVIEW. |
| 01/12/12 Thu | Frank, M 013112-130/297 | 0.60 | 0.60 | 255.00 | MATTER NAME: Fee Application 1 REVIEW OF FEE APPLICATION FOR ALVAREZ FOR NOVEMBER 2011. |
| 01/12/12 Thu | Napoliello, M 013112-130/475 | 0.30 | 0.30 | 58.50 | MATTER NAME: Fee Application 1 REVIEW CASE DOCKET FOR CNO DATA. |
| 01/12/12 Thu | Napoliello, M 013112-130/476 | 2.40 | 2.40 | 468.00 | MATTER NAME: Fee Application 1 DRAFT COVER SHEET AND APPLICATION FOR NOVEMBER '11 FEE STATEMENT. |
| 01/12/12 Thu | Napoliello, M 013112-130/477 | 0.70 | 0.70 | 136.50 | MATTER NAME: Fee Application 1 INCORPORATE EDITS TO NOVEMBER '11 EXHIBITS. |
| 01/12/12 Thu | Whittman, B 013112-130/910 | 0.20 | 0.20 | 140.00 | MATTER NAME: Fee Application 1 REVIEW NOVEMBER FEE APPLICATION. |
| 01/13/12 Fri | Frank, M 013112-130/306 | 0.60 | 0.60 | 255.00 | MATTER NAME: Fee Application 1 REVIEW 12TH INTERIM (SEP TO NOV 2011) QUARTERLY FEE APPLICATION, RELATED ADJUSTMENTS. |
| 01/13/12 Fri | Frank, M 013112-130/307 | 0.30 | 0.30 | 127.50 | MATTER NAME: Fee Application 1 REVIEW FEE AUDITOR RESPONSE. |
| 01/13/12 Fri | Napoliello, M 013112-130/478 | 3.20 | 3.20 | 624.00 | MATTER NAME: Fee Application 1 PREPARE DRAFT OF ELEVENTH INTERIM FEE STATEMENT. |
| 01/13/12 Fri | Whittman, B 013112-130/917 | 0.30 | 0.30 | 210.00 | MATTER NAME: Fee Application 1 REVIEW DRAFT RESPONSE TO INITIAL FEE EXAMINER REPORT. |
| 01/17/12 Tue | Whittman, B 013112-130/936 | 0.30 | 0.30 | 210.00 | MATTER NAME: Fee Application 1 REVIEW FINAL RESPONSE LETTER TO FEE EXAMINER. |
| 01/18/12 Wed | Frank, M 013112-130/324 | 0.20 | 0.20 | 85.00 | MATTER NAME: Fee Application 1 REVIEW FINAL FEE AUDITOR RESPONSE. |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 02/07/12 Tue | Whittman, B 022912-130/1070 | 0.20 | 0.20 | 140.00 | MATTER NAME: Fee Application<br>1 CORRESPONDENCE WITH D. KLAUDER (UST) RE: QUESTION ON INTERIM FEE APPLICATION. |
| 02/09/12 Thu | Napoliello, M 022912-130/552 | 2.20 | 2.20 | 429.00 | MATTER NAME: Fee Application<br>1 BEGIN PREPARATION OF DECEMBER EXHIBITS. |
| 02/10/12 Fri | Napoliello, M 022912-130/553 | 3.60 | 3.60 | 702.00 | MATTER NAME: Fee Application<br>1 FINALIZE FIRST DRAFT OF EXHIBITS. |
| 02/13/12 Mon | Napoliello, M 022912-130/554 | 1.40 | 1.40 | 273.00 | MATTER NAME: Fee Application<br>1 WORK ON EDITS TO EXHIBITS. |
| 02/13/12 Mon | Whittman, B 022912-130/1138 | 0.30 | 0.30 | 210.00 | MATTER NAME: Fee Application<br>1 REVIEW DRAFT DECEMBER FEE APPLICATION. |
| 02/14/12 Tue | Frank, M 022912-130/362 | 0.40 | 0.40 | 170.00 | MATTER NAME: Fee Application<br>1 REVIEW OF DECEMBER 2011 FEE APPLICATION DOCUMENT. |
| 02/14/12 Tue | Hinglgen, D 022912-130/496 | 0.50 | 0.50 | 150.00 | MATTER NAME: Fee Application<br>1 REVIEW FEE APPLICATION FOR 12/1/2011 THROUGH 12/31/2011. |
| 02/14/12 Tue | Napoliello, M 022912-130/555 | 0.30 | 0.30 | 58.50 | MATTER NAME: Fee Application<br>1 REVIEW CASE DOCKET FOR CNO DATA. |
| 02/14/12 Tue | Napoliello, M 022912-130/556 | 2.30 | 2.30 | 448.50 | MATTER NAME: Fee Application<br>1 PREPARE DRAFT OF COVER SHEET AND APPLICATION. |
| Total | | | 40.40 | $9,985.00 | |
| Number of Entries: | 35 | | | | |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Frank, M | 2.90 | 1,232.50 |
| Hingtgen, D | 6.50 | 1,950.00 |
| Napoliello, M | 29.50 | 5,752.50 |
| Whittman, B | 1.50 | 1,050.00 |
| | 40.40 | $9,985.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 40.40 | 9,985.00 |
| | 40.40 | $9,985.00 |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 129.60 | 47,670.00 |
| | 129.60 | $47,670.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 129.60 | 47,670.00 |
| | 129.60 | $47,670.00 |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 12/01/11 Thu | Berger, M 123111-30/1 | 0.60 | 0.60 | 210.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH R. MARIELLA (TRIBUNE) RE: POST-PETITION BILLING ISSUES AND PRE-PETITION CLAIMS RECONCILIATIONS. |
| 12/01/11 Thu | Berger, M 123111-30/2 | 1.60 | 1.60 | 560.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RECONCILE OCP VENDORS PRIOR TO APPROVING FOR PAYMENT PER OCP ORDER. |
| 12/01/11 Thu | Berger, M 123111-30/9 | 0.40 | 0.40 | 140.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW DOCKET FOR CERTIFICATE OF NO OBJECTIONS IN ORDER TO CLEAN UP POST-PETITION BILLING PRIOR TO YEAR END. |
| 12/02/11 Fri | Berger, M 123111-30/12 | 2.10 | 2.10 | 735.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE PRE-PETITION AND POST-PETITION RECONCILIATION FOR CRITICAL DOCUMENT RETENTION VENDOR WITH POTENTIAL CURE AMOUNTS OWED. |
| 12/02/11 Fri | Berger, M 123111-30/16 | 0.80 | 0.80 | 280.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF CHICAGO TRIBUNE OPEN INVOICES AS THEY RELATED TO STANDARD PARKING IN ORDER TO SETTLE PRE-PETITION CLAIM. |
| 12/05/11 Mon | Berger, M 123111-30/22 | 0.60 | 0.60 | 210.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE OCP MODEL WITH OCP CAP RAISE VENDORS. |
| 12/07/11 Wed | Berger, M 123111-30/43 | 0.10 | 0.10 | 35.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>FURTHER REVIEW OF DOCKET FOR CNO'S AND FEE APP PAYMENT ORDERS TO FACILITATE YEAR END PAYMENTS TO OCP FIRMS. |
| 12/08/11 Thu | Berger, M 123111-30/49 | 0.30 | 0.30 | 105.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF FILES ON DOCKET RELATED TO UPCOMING PAYMENTS FOR OCP PURPOSES. |
| 12/13/11 Tue | Berger, M 123111-30/64 | 1.40 | 1.40 | 490.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE MODEL WITH ALL FIRMS MOST RECENTLY RECONCILED AND MAKE ADJUSTMENTS TO MODEL FOR FIRMS WITH NAME CHANGES. |
| 12/13/11 Tue | Berger, M 123111-30/65 | 1.50 | 1.50 | 525.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE OCP MODEL WITH REVISED NON-DEBTOR FUNCTIONALITY IN ORDER TO ENSURE TIMELY PAYMENT FOR OCP VENDORS PAID BY NON-DEBTORS. |
| 12/13/11 Tue | Berger, M 123111-30/66 | 0.40 | 0.40 | 140.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH PAYMENTS MADE TO LOEB & LOEB INCLUDING POST-PETITION RECONCILIATION PER TRIBUNE LEGAL REQUEST. |
| 12/13/11 Tue | Berger, M 123111-30/67 | 0.60 | 0.60 | 210.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPLOAD TEMPLATES PRIOR TO SUBMISSION RELATED TO OCP INVOICES PROPOSED IN PRIOR MONTH. |
| 12/14/11 Wed | Berger, M 123111-30/78 | 1.60 | 1.60 | 560.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>COMPLETE POST-PETITION PAYMENT RECONCILIATION PER TRIBUNE LEGAL REQUEST FOR CERTAIN OCP VENDORS. |

~ See the last page of exhibit for explanation

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 12/14/11 Wed | Berger, M 123111-30/79 | 0.80 | 0.80 | 280.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF CAP OVERAGES VENDORS INCLUDING UPDATES TO TRACKING SUMMARY. |
| 12/14/11 Wed | Berger, M 123111-30/80 | 0.30 | 0.30 | 105.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF OPEN OCP INVOICES IN ACCOUNTING SYSTEM. |
| 12/15/11 Thu | Berger, M 123111-30/83 | 0.30 | 0.30 | 105.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>RESEARCH POSSIBLE MISALLOCATION OF POST-PETITION INVOICES FOR MANDELL MANKES & PHYLLIS VOLK. |
| 12/15/11 Thu | Berger, M 123111-30/84 | 0.40 | 0.40 | 140.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>DRAFT MEMO TO H. SEGAL RE: ACCRUALS TO BE PAID PRIOR TO YEAR END AND INVOICES BILLED TO WRONG BU. |
| 12/15/11 Thu | Berger, M 123111-30/86 | 0.20 | 0.20 | 70.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>DRAFT MEMO TO B. MYRICK RE: UPDATED TRIBUNE PROFESSIONALS LISTING CLARIFYING POINTS. |
| 12/15/11 Thu | Berger, M 123111-30/87 | 0.50 | 0.50 | 175.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>PREPARE UPLOADS FOR SNR DENTON. |
| 12/15/11 Thu | Berger, M 123111-30/88 | 0.20 | 0.20 | 70.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF DOCKET FOR FEE APPLICATIONS TO BE PAID. |
| 12/15/11 Thu | Berger, M 123111-30/90 | 0.40 | 0.40 | 140.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>RESOLVE BU BILLING DISCREPANCIES. |
| 12/16/11 Fri | Berger, M 123111-30/95 | 1.40 | 1.40 | 490.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>CONDUCT INITIAL REVIEW OF INVOICES TO BE PROPOSED IN CURRENT MONTH FOR OCP INCLUDING REVIEW OF OCP MODEL. |
| 12/16/11 Fri | Berger, M 123111-30/96 | 3.10 | 3.10 | 1,085.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>CALCULATE CAP OVERAGES FOR MONTHLY OCP REPORT INCLUDING TESTING AND DRAFT MEMO RE: THE SAME. |
| 12/16/11 Fri | Berger, M 123111-30/97 | 1.70 | 1.70 | 595.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>UPDATE OCP AFFIDAVIT RECONCILIATION TRACKING SUMMARY. |
| 12/16/11 Fri | Berger, M 123111-30/100 | 1.10 | 1.10 | 385.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF UPDATED TRIBUNE PROFESSIONAL LISTING INCLUDING UPDATES TO THE OCP MODEL RE: THE SAME. |
| 12/19/11 Mon | Berger, M 123111-30/101 | 1.80 | 1.80 | 630.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>TIE-OUT OCP SPREADSHEET AND OCP MODEL TO ENSURE ACCURATE RECORDING OF INVOICES FOR COURT REPORTING AND ACCOUNTING PURPOSES. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/19/11 Mon | Berger, M 123111-30/109 | 1.10 | 1.10 | 385.00 | | 1 | MATTER NAME: AP/Vendor Issues REVIEW OF OCP SPREADSHEET INCLUDING UPDATES TO VARIANCES. |
| 12/20/11 Tue | Berger, M 123111-30/110 | 0.20 | 0.20 | 70.00 | | 1 | MATTER NAME: AP/Vendor Issues FURTHER REVIEW OF DOCKET FOR PROFESSIONAL FIRMS NOW POTENTIALLY AUTHORIZED TO BE PAID VIA COURT ORDER. |
| 12/20/11 Tue | Berger, M 123111-30/111 | 0.30 | 0.30 | 105.00 | | 1 | MATTER NAME: AP/Vendor Issues REVIEW OF REVISED OCP SPREADSHEET PRIOR TO FINALIZING MONTHLY REPORT. |
| 12/20/11 Tue | Berger, M 123111-30/113 | 0.20 | 0.20 | 70.00 | | 1 | MATTER NAME: AP/Vendor Issues DRAFT MEMO TO R. STONE (A&M) RE: NEXT STEPS TO STIPULATE AND SETTLE WITH DOCUMENT RETENTION VENDOR. |
| 12/20/11 Tue | Berger, M 123111-30/114 | 0.30 | 0.30 | 105.00 | | 1 | MATTER NAME: AP/Vendor Issues REVIEW SPECIAL UPLOADS PRIOR TO PROCESSING. |
| 12/20/11 Tue | Berger, M 123111-30/115 | 3.20 | 3.20 | 1,120.00 | 2.90 F 0.30 F | 1 2 | MATTER NAME: AP/Vendor Issues PREPARE 12TH QUARTERLY OCP REPORT (2.9) INCLUDING CORRESPONDENCE WITH B. MYRICK (SIDLEY) RE: THE SAME (0.3). |
| 12/20/11 Tue | Berger, M 123111-30/116 | 0.80 | 0.80 | 280.00 | | 1 | MATTER NAME: AP/Vendor Issues REVISE OCP MODEL FOR INPUT ERRORS MADE BY ACCOUNTING DEPARTMENT. |
| 12/20/11 Tue | Berger, M 123111-30/117 | 2.90 | 2.90 | 1,015.00 | | 1 | MATTER NAME: AP/Vendor Issues PREPARE/FINALIZE MONTHLY OCP REPORT. |
| 12/27/11 Tue | Berger, M 123111-30/122 | 0.30 | 0.30 | 105.00 | | 1 | MATTER NAME: AP/Vendor Issues REVIEW UPDATED ACCOUNTING FOR LEGAL INVOICES PROPOSED IN DECEMBER. |
| 12/27/11 Tue | Berger, M 123111-30/126 | 1.90 | 1.90 | 665.00 | | 1 | MATTER NAME: AP/Vendor Issues REVISE OCP MODEL BASED ON UPDATED INFORMATION FROM ACCOUNTING DEPARTMENT. |
| 12/27/11 Tue | Berger, M 123111-30/127 | 1.40 | 1.40 | 490.00 | | 1 | MATTER NAME: AP/Vendor Issues REVIEW OF CAP OVERAGE TRACKING SUMMARY INCLUDING SET-UP OF PAYMENTS TO OCP VENDORS WITH FEE APPLICATION APPROVALS. |
| 12/29/11 Thu | Berger, M 123111-30/137 | 0.40 | 0.40 | 140.00 | | 1 | MATTER NAME: AP/Vendor Issues CORRESPONDENCE WITH M. REGALA RE: PAYMENTS FOR INVOICES THAT OVERLAPPED BILLING PERIODS. |
| 01/09/12 Mon | Berger, M 013112-30/1 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues CONVERSATION WITH R. MARIELLA TO DISCUSS OUTSTANDING OCP ISSUES. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 01/09/12 Mon | Berger, M 013112-30/2 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>DISCUSS TIMELINE FOR OCP FOR UPCOMING MONTH WITH OCP TEAM. |
| 01/09/12 Mon | Berger, M 013112-30/3 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVISE OCP SPREADSHEET TO PROPERLY ACCOUNT FOR ONE-OFF SPECIAL UPLOAD SUBMISSIONS. |
| 01/09/12 Mon | Berger, M 013112-30/4 | 0.20 | 0.20 | 75.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH B. MYRICK RELATED TO QUARTERLY OCP REPORT AND POSSIBLE OBJECTIONS TO INVOICES PROPOSED IN PRIOR MONTH. |
| 01/09/12 Mon | Berger, M 013112-30/5 | 0.50 | 0.50 | 187.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF NOBLE SYSTEMS MATTER RELATED TO SPLIT INVOICES NOT PROPERLY ACCOUNTED FOR. |
| 01/09/12 Mon | Berger, M 013112-30/6 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW UPLOAD VENDORS INCLUDING TIE-OUT TO OCP SPREADSHEET AND OCP MODEL. |
| 01/10/12 Tue | Berger, M 013112-30/19 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF OPEN LIABILITIES ANALYSIS RUN IN EARLY DECEMBER TO ENSURE AMOUNT ACCRUED FOR BROADCASTING ENTITIES IS IN LINE WITH RECONCILED AMOUNTS. |
| 01/10/12 Tue | Berger, M 013112-30/20 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>PROCESS UPLOADS FOR INVOICES PROPOSED IN PRIOR MONTH. |
| 01/12/12 Thu | Berger, M 013112-30/44 | 2.30 | 2.30 | 862.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>COMPREHENSIVE REVIEW OF FINAL OCP MODEL (MAINTAINED BY TRIB FINANCIAL REPORTING) INCLUDING UPDATES TO CAP OVERAGE VENDORS IN MODEL. |
| 01/12/12 Thu | Berger, M 013112-30/46 | 2.10 | 2.10 | 787.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF FINAL OCP SPREADSHEET (MAINTAINED BY TRIB LEGAL) FROM PRIOR MONTH. |
| 01/13/12 Fri | Berger, M 013112-30/48 | 0.50 | 0.50 | 187.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH J. REA (FOX BROADCASTING) RE: PRE-PETITION CLAIMS. |
| 01/13/12 Fri | Berger, M 013112-30/50 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>OVERSEE PAYMENT PROCESSING FOR CLAIMS THAT NEED TO BE SATISFIED DUE TO DEBTOR/NON-DEBTOR OR PRE/POST DISTINCTIONS. |
| 01/13/12 Fri | Berger, M 013112-30/51 | 1.40 | 1.40 | 525.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF PRE/POST PETITION CUT-OFF ISSUES RELATED TO TWENTIETH CENTURY CONTRACTS. |
| 01/13/12 Fri | Berger, M 013112-30/52 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH R. MARIELLA TO DISCUSS MULTIPLE OCP ISSUES. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 01/16/12 Mon | Berger, M 013112-30/58 | 1.80 | 1.80 | 675.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE TO PREFERENCE MEMO EXHIBIT. |
| 01/17/12 Tue | Berger, M 013112-30/62 | 2.80 | 2.80 | 1,050.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH OF CAP OVERAGE ISSUES RE: RAM & OLSON AND WINSTEAD PC PER B. MYRICK (SIDLEY) AND R. MARIELLA (TRIB LEGAL) REQUEST. |
| 01/18/12 Wed | Berger, M 013112-30/69 | 1.30 | 1.30 | 487.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF MOST RECENT OCP SPREADSHEET FROM S. BLASZCZYK (TRIBUNE LEGAL). |
| 01/18/12 Wed | Berger, M 013112-30/70 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH OF KDAF ACCOUNTING ISSUES PER F. BONEBERG REQUEST. |
| 01/18/12 Wed | Berger, M 013112-30/71 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH W. YUOH (TRIBUNE) RE: POST PETITION BALANCES TO BE PAID. |
| 01/18/12 Wed | Berger, M 013112-30/72 | 2.30 | 2.30 | 862.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF OCP MODEL RECENTLY SUBMITTED BY M. REGALA (TRIBUNE). |
| 01/19/12 Thu | Berger, M 013112-30/78 | 2.10 | 2.10 | 787.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>PRODUCE ROUGH DRAFT OF MONTHLY OCP REPORT PRIOR TO CAP TESTING. |
| 01/19/12 Thu | Berger, M 013112-30/79 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH OF REASONS BEHIND VARIANCES BETWEEN OCP SPREADSHEET AND OCP MODEL. |
| 01/19/12 Thu | Berger, M 013112-30/80 | 1.80 | 1.80 | 675.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVISE OCP MODEL TO AUTOMATE ADDITIONAL NEW VENDORS. |
| 01/19/12 Thu | Berger, M 013112-30/81 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH M. DAVIS (TRIBUNE) RE: PAYMENT AND ACCOUNTING RECLASS OF PRE/POST INVOICES. |
| 01/19/12 Thu | Berger, M 013112-30/82 | 1.30 | 1.30 | 487.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>COMPARISON OF OCP MODEL TO OCP SPREADSHEET FOR VARIANCE PURPOSES. |
| 01/19/12 Thu | Berger, M 013112-30/83 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>IDENTIFICATION OF INVOICES IN OCP SPREADSHEET AND MODEL CAUSING VARIANCES. |
| 01/19/12 Thu | Berger, M 013112-30/84 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF IRON MOUNTAIN FILES PER R. STONE(A&M) REQUEST. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 01/20/12 Fri | Berger, M 013112-30/86 | 0.90 | 0.90 | 337.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>FINALIZE RESEARCH OF ISSUES RELATED TO MULTIPLE OCP VENDORS INCLUDING CAP OVERAGE ISSUES. |
| 01/20/12 Fri | Berger, M 013112-30/87 | 1.80 | 1.80 | 675.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>FINALIZE OCP SPREADSHEET, OCP MODEL, MONTHLY MEMOS AND MONTHLY REPORT TO COMPLY WITH OCP ORDER. |
| 01/20/12 Fri | Berger, M 013112-30/88 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVISE MONTHLY OCP REPORT PER B. MYRICK (SIDLEY) REQUEST. |
| 01/20/12 Fri | Berger, M 013112-30/89 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>DRAFT MEMO RELATED TO MONTHLY CAP OVERAGE. |
| 01/20/12 Fri | Berger, M 013112-30/90 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF MONTHLY OCP MEMO. |
| 01/20/12 Fri | Berger, M 013112-30/91 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>FINALIZE MONTHLY OCP REPORT PRIOR TO SUBMISSION TO UCC AND OTHER CASE PROFESSIONALS. |
| 01/20/12 Fri | Berger, M 013112-30/92 | 1.30 | 1.30 | 487.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRECT OCP SPREADSHEET AND OCP MODEL WITH UPDATED RECONCILED INVOICED AMOUNTS. |
| 01/20/12 Fri | Berger, M 013112-30/93 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>BREAK-OUT OF TIME BETWEEN VARIOUS MONTHS FOR OCP FIRMS WHO DID NOT FOLLOW OCP ORDER BY PRODUCING MONTHLY BILLING STATEMENTS IN ORDER TO PRODUCE ACCURATE CAP TESTING. |
| 01/20/12 Fri | Berger, M 013112-30/94 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>PERFORM CAP TESTING ANALYSIS FOR MONTHLY OCP REPORT. |
| 01/23/12 Mon | Berger, M 013112-30/96 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH OF KCC INVOICE STATUS INCLUDING PAYMENT TIMING ESTIMATE PER B. MYRICK (SIDLEY) REQUEST. |
| 01/23/12 Mon | Berger, M 013112-30/97 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>RESEARCH OF INADVERTENT EARLY PAYMENT TO OCP VENDOR. |
| 01/23/12 Mon | Berger, M 013112-30/98 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>MEETING WITH M. REGALA TO DISCUSS OCP ISSUES. |
| 01/23/12 Mon | Berger, M 013112-30/99 | 0.70 | 0.70 | 262.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH S. BLASZCZYK RE: OCP PROCESSES. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|-------------|
| 01/23/12 Mon | Berger, M 013112-30/100 | 0.60 | 0.60 | 225.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>UPDATE OCP MODEL WITH NEW VENDORS APPROVED. |
| 01/23/12 Mon | Berger, M 013112-30/102 | 0.80 | 0.80 | 300.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF FINALIZED OCP SPREADSHEET FOR JANUARY 2012. |
| 01/23/12 Mon | Berger, M 013112-30/104 | 1.10 | 1.10 | 412.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>UPDATE QUARTERLY SUMMARY FILES FOR OCP PURPOSES. |
| 02/01/12 Wed | Berger, M 022912-30/1 | 0.80 | 0.80 | 300.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF UPLOAD TEMPLATES FROM M. REGALA (TRIBUNE) FOR INVOICES PROPOSED IN PRIOR MONTH INCLUDING TIE-OUT TO ACCOUNTING AND LEGAL MODELS. |
| 02/01/12 Wed | Berger, M 022912-30/2 | 0.30 | 0.30 | 112.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>RESEARCH OF POST-PETITION PAYMENTS IN EXCESS OF CAP TO WINSTEAD INCLUDING REVIEW OF CORRESPONDENCE FROM B. MYRICK RE: THE SAME. |
| 02/06/12 Mon | Berger, M 022912-30/21 | 1.10 | 1.10 | 412.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF DISPUTE BETWEEN WGN RADIO AND A VENDOR INCLUDING REVIEW OF CONTRACTS, DETERMINATION OF PRE/POST BANKRUPTCY AND REVIEW OF EMAIL CORRESPONDENCE: FROM DEC 2008 AND JAN 2009 BETWEEN WGN AND VENDOR. |
| 02/07/12 Tue | Berger, M 022912-30/33 | 2.80 | 2.80 | 1,050.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF JANUARY 2011 AP LIABILITY EXTRACTS INCLUDING COMPARISON TO PRIOR MONTHS. |
| 02/07/12 Tue | Berger, M 022912-30/34 | 0.60 | 0.60 | 225.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>RESEARCH OF PAYMENTS MADE TO CERTAIN CASE PROFESSIONALS AT DIRECTION OF SIDLEY. |
| 02/08/12 Wed | Berger, M 022912-30/39 | 1.10 | 1.10 | 412.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>REVIEW OF PRE/POST BROADCAST RIGHT PAYMENT SETTLEMENT ISSUES INCLUDING OVERSEEING ACCOUNTING FOR UPDATED INFORMATION IN ACCOUNTING SYSTEM. |
| 02/08/12 Wed | Berger, M 022912-30/40 | 2.90 | 2.90 | 1,087.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>UPDATE DATA RETENTION FILES WITH UPDATED DEBTOR INFORMATION AND UPDATED PAYMENT INFORMATION FOR PAYMENTS MADE SINCE PRIOR DISTRIBUTION OF RECONCILIATION FILE. |
| 02/09/12 Thu | Berger, M 022912-30/46 | 2.60 | 2.60 | 975.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>BEGIN PROCESS OF REVIEWING INVOICES TO BE VOUCHERED (INCLUDING REVIEW OF DISPUTED INVOICES) ON TEMPLATES OUTSIDE OF ONBASE AS PART OF LARGER CLAIMS SETTLEMENT AND VENDOR MANAGEMENT PROJECT. |
| 02/13/12 Mon | Berger, M 022912-30/57 | 0.30 | 0.30 | 112.50 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>DISCUSS OCP TIMING FOR UPCOMING MONTH WITH TRIB LEGAL AND ACCOUNTING TEAMS. |
| 02/13/12 Mon | Berger, M 022912-30/59 | 0.40 | 0.40 | 150.00 | | 1 | *MATTER NAME: AP/Vendor Issues*<br>CORRESPONDENCE WITH S. BLASZCZYK (TRIBUNE) RELATED TO OCP ORDER AND UPDATES TO OCP SPREADSHEET. |

~ See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 02/13/12 Mon | Berger, M 022912-30/60 | 2.90 | 2.90 | 1,087.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>TIE-OUT UPLOAD TEMPLATES TO OCP SPREADSHEET AND OCP MODEL TO ENSURE PROPER ACCOUNTING TREATMENT, ADHERENCE TO COURT ORDER AND TO PREVENT OVERPAYMENT. |
| 02/14/12 Tue | Berger, M 022912-30/64 | 0.20 | 0.20 | 75.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH R. MARIELLA TO DISCUSS PAYMENT OF FIRMS EXPENSES. |
| 02/14/12 Tue | Berger, M 022912-30/65 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>DISCUSSION WITH R. MARIELLA (TRIB LEGAL) RELATED TO PRE-PETITION CLAIMS INCLUDING CODING OF SEVERAL APPROVED INVOICES. |
| 02/14/12 Tue | Berger, M 022912-30/67 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW AND PROCESS FILING FEE PAYMENT FOR NEW OCP FIRM. |
| 02/15/12 Wed | Berger, M 022912-30/75 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>PROCESS FILING FEE PAYMENTS. |
| 02/16/12 Thu | Berger, M 022912-30/85 | 2.90 | 2.90 | 1,087.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF PRELIMINARY OCP SPREADSHEET DISTRIBUTED BY TRIB LEGAL GROUP. |
| 02/16/12 Thu | Berger, M 022912-30/86 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED OCP SPREADSHEET PROVIDED BY M. REGALA (TRIB ACCOUNTING). |
| 02/16/12 Thu | Berger, M 022912-30/87 | 2.60 | 2.60 | 975.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>CONTINUE EXTENSION OF USEFUL LIFE OF OCP MODEL BY ANOTHER TWO YEARS BY UPDATING CAP OVERAGE AND QUARTERLY REPORT TABS. |
| 02/16/12 Thu | Berger, M 022912-30/88 | 2.40 | 2.40 | 900.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>BEGIN TO EXTEND USEFUL LIFE OF OCP MODEL BY ANOTHER TWO YEARS FOR MONTHLY REPORT AND CALCULATION TABS. |
| 02/17/12 Fri | Berger, M 022912-30/92 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>ADD INVOICES RECEIVED AFTER DEADLINE TO OCP MODEL. |
| 02/17/12 Fri | Berger, M 022912-30/93 | 3.80 | 3.80 | 1,425.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>FINALIZE EXTENDING USEFUL LIFE OF OCP MODEL BY UPDATING ALL TABS FOR EACH MONTH IN 2013 AND 2014, UPDATE SORT AND FILE TABS, UPDATE NON-DEBTOR TAB, UPDATE CAP OVERAGE TRACKING TAB. |
| 02/17/12 Fri | Berger, M 022912-30/94 | 1.50 | 1.50 | 562.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF OCP MODEL PREPARED BY M. REGALA. |
| 02/17/12 Fri | Berger, M 022912-30/95 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>ADD NEWLY APPROVED VENDORS TO OCP MODEL. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 02/20/12 Mon | Berger, M 022912-30/96 | 0.80 | 0.80 | 300.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>COORDINATE UPLOAD PROCESSING FOR NON-DEBTOR INVOICES FOR FIRMS NOT APPROVED AS OCPS. |
| 02/20/12 Mon | Berger, M 022912-30/97 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REMOVE DUPLICATE INVOICES FROM OCP SPREADSHEET. |
| 02/20/12 Mon | Berger, M 022912-30/98 | 2.60 | 2.60 | 975.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>PREPARE MONTHLY OCP REPORT. |
| 02/20/12 Mon | Berger, M 022912-30/99 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED TRIBUNE PROFESSIONALS LISTING INCLUDING UPDATES TO OCP MODEL RE: THE SAME. |
| 02/20/12 Mon | Berger, M 022912-30/100 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>COMMUNICATION WITH B. MYRICK RELATED TO OCP PROCESS. |
| 02/20/12 Mon | Berger, M 022912-30/101 | 1.90 | 1.90 | 712.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OCP MODEL TO DETERMINE IF ANY CAP OVERAGES EXISTED FOR INVOICES TO BE PROPOSED IN FEBRUARY. |
| 02/20/12 Mon | Berger, M 022912-30/102 | 3.80 | 3.80 | 1,425.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>BUILD TIE-OUTS BETWEEN OCP SPREADSHEET AND OCP MODEL INCLUDING UPDATING BOTH FILES FOR ERRORS AND FOR INVOICES RECEIVED AFTER THE CUT-OFF. |
| 02/21/12 Tue | Berger, M 022912-30/103 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>FURTHER PROCESSING OF INVOICES NOT PROPOSED DURING OCP PROCESS FOR EXPENSES OR FEES RELATED TO NON-DEBTOR BUSINESS UNITS. |
| 02/21/12 Tue | Berger, M 022912-30/104 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>MEETING WITH S. BLASZCZYK TO DISCUSS OCP SPREADSHEET INCLUDING PROPER WAY TO FILL IN EACH COLUMN AND OTHER TRACKING ISSUES. |
| 02/21/12 Tue | Berger, M 022912-30/105 | 0.60 | 0.60 | 225.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF CTC OCP INVOICE ISSUES PRESENTED BY C. HA (CTC ACCOUNTING). |
| 02/21/12 Tue | Berger, M 022912-30/106 | 1.10 | 1.10 | 412.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>FINALIZE OCP SPREADSHEET PER LEGAL REQUEST PRIOR TO INTERNAL DISTRIBUTION. |
| 02/22/12 Wed | Berger, M 022912-30/112 | 0.30 | 0.30 | 112.50 | | 1 | MATTER NAME: AP/Vendor Issues<br>FURTHER CORRESPONDENCE WITH TRIBUNE LEGAL REGARDING BATCH DATE FIELDS TO BETTER TRACK AGAINST OCP ORDER. |
| 02/22/12 Wed | Berger, M 022912-30/113 | 0.40 | 0.40 | 150.00 | | 1 | MATTER NAME: AP/Vendor Issues<br>PROCESS ADDITIONAL PAYMENTS RELATED BUT SEPARATE FROM OCP. |

~  See the last page of exhibit for explanation

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 02/23/12 Thu | Berger, M 022912-30/119 | 0.80 | 0.80 | 300.00 | | 1 | *MATTER NAME: AP/Vendor Issues* REVIEW OF DOCKET FOR OCP FILINGS YEAR TO DATE INCLUDING REVIEW OF FILES FOUND. |
| 02/29/12 Wed | Berger, M 022912-30/135 | 2.10 | 2.10 | 787.50 | | 1 | *MATTER NAME: AP/Vendor Issues* UPDATE OCP MODEL TO AUTOMATE QUARTERLY REPORTS FOR FUTURE PERIODS. |
| Total | | | 129.60 | $47,670.00 | | | |
| Number of Entries: | 119 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 129.60 | 47,670.00 |
| | 129.60 | $47,670.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 129.60 | 47,670.00 |
| | 129.60 | $47,670.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F      FINAL BILL