B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Tribune Company, et al., Jointly Administered      Case No.  08-13141
Related case:  Channel 40, Inc.      Case No.  08-13149

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.


Tannor Partners Credit Fund, LP           CLEAR CHANNEL BROADCASTING, INC

   Name of Transferee               Name of Transferor

Name and Address where notices to transferee should be sent:      Name and Address where notices to transferor should be sent:

Tannor Partners Credit Fund, LP           Clear Channel Broadcasting, Inc.
150 Grand Street, Suite 401             200 East Basse Road 78209
White Plains, NY 10601              San Antonio, TX 32751
Phone: (914) 509-5000              Phone: _____

                                  Court Claim # (if known)    5349
Last Four Digits of Acct #:_____     Amount of Claim: $1,182,144.41




I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.



By:  /s/ Robert J. Tannor _____      Date:   12/27/2012 _____
     Transferee/Transferee's Agent



*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

**Clear Channel Broadcasting, Inc.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than **$1,182,144.41** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Tribune Company, et al.**, Jointly Administered, in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 08-13141** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 27th day of December, 2012

By: _____
        (Signature of Authorized Party)

_Clear Channel Broadcasting, Inc._
        (Company Name)
                Brian Coleman
        Senior Vice President - Treasurer
        (Print name of Authorized Party)

By:  /s/ Robert J. Tannor
            General Partner

Tannor Partners Credit Fund, LP

        914-509-5000