UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: January 9, 2013 at 4 p.m. (ET)<br>Hearing Date: January 16, 2013 at 11 a.m. (ET) |

**MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE USE OF AN AMENDED CAPTION IN THE DEBTORS' CASES PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n)**

The debtors and debtors in possession in the above-captioned chapter 11 cases (each a "Debtor" and collectively, the "Debtors"), by and through their undersigned counsel, hereby move this Court, pursuant to sections 105(a) and 342(c) of title 11 of the United States Code, 11 U.S.C. §§ et seq. (the "Bankruptcy Code") and Rules 1005, 2002(m) and 2002(n) of the Federal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order directing the use of an amended caption in the Debtors' chapter 11 cases. The relief requested herein is for the limited purpose of changing the caption in the Debtors' chapter 11 cases to reflect the consummation of certain of the restructuring transactions (the "Restructuring Transactions") contemplated by the confirmed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (the "Plan").[2] In support of the Motion, the Debtors respectfully represent as follows:

## STATUS OF THE CASE AND JURISDICTION

1.   On December 8, 2008 (the "Petition Date"), Tribune Company ("Tribune") and certain of its subsidiaries each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC,[3] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009.

2.   The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

3.   The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.   On December 18, 2008, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee").

5.   On July 23, 2012, the Court entered an order (the "Confirmation Order") confirming the Plan.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.
[3] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

6.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 105(a) and 342(c)(1) of the Bankruptcy Code, and Bankruptcy Rules 1005, 2002(m), and 2002(n).

## BACKGROUND

7.      Prior to entry of the Confirmation Order, the Debtors and their advisors undertook an analysis of the Debtors' corporate structure, focusing on, among other things, identifying modifications to the corporate structure that would reduce administrative inefficiencies and expenses, streamline post-emergence tax reporting and facilitate future strategic decision making. To implement these initiatives and to simplify the organizational structure of the Reorganized Debtors, Section 5.2 of the confirmed Plan provides that on, prior to, or after the Effective Date, any Debtor may enter into or undertake any Restructuring Transactions and take any steps necessary or appropriate to effect the Restructuring Transactions. Section 5.2 of the confirmed Plan further provides that the Restructuring Transactions may include, without limitation, mergers, consolidations, conversions, joint ventures, restructurings, recapitalizations, dispositions, liquidations or dissolutions.

8.      A description of the Restructuring Transactions is set forth in Exhibit 5.2 to the Plan, which was revised and supplemented as set forth in the Notice Respecting Restructuring Transactions that was filed with the Court on November 16, 2012 [Docket No. 12732] (the "Restructuring Transactions Notice" and, together with Exhibit 5.2 to the Plan, the "Restructuring Transactions Exhibits").[4] The Restructuring Transactions Exhibits contain

---

[4] In Exhibit 5.2 to the Plan, the Proponents expressly reserved the right, subject to Section 15.8 of the Plan, to supplement, modify or revise the Exhibit at any time prior to the Effective Date.

3

46429/0001-9129909v1

information regarding the identity of each of the Debtors or successors-in-interest to the Debtors following the consummation of the Restructuring Transactions, including (i) pre-transaction organizational charts for each of Tribune's primary business groups, (ii) organizational charts setting forth the organizational structure of each business group after giving effect to the Restructuring Transactions, and (iii) a table setting forth the pre- and post- transaction identity of each of the Debtors or successors-in-interest to the Debtors. Most of the Restructuring Transactions were conversions of Debtors to limited liability companies or mergers of Debtors with and into limited liability companies, and in many instances multiple Debtors were ultimately merged into one surviving entity.[5]

9. Following entry of the Confirmation Order, the Debtors began implementing the Restructuring Transactions described in the Plan and the Restructuring Transactions Exhibits, as authorized by the Confirmation Order. The Restructuring Transactions have since been largely consummated, resulting in the 110 Debtor entities becoming 52 post-transaction entities.[6]

## RELIEF REQUESTED

10. By this Motion, the Debtors seek entry of an order, pursuant to sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n), directing the use of an amended caption that has been revised to reflect the implementation and

---

[5] In addition, as part of the Restructuring Transactions and in accordance with Section 5.2 of the Plan, certain Debtors transferred some or all of the real property owned by such entities to newly formed single purpose entities specifically created to hold such real property. Each of these newly formed single purpose entities are held by a newly formed subsidiary of Tribune Company named Tribune Real Estate Holdings, LLC.

[6] The identity of each debtor or successor-in-interest to the debtor following consummation of the Restructuring Transactions is provided in the Restructuring Transactions Notice. Upon request, the Debtors will provide evidence of the Restructuring Transactions described in the Restructuring Transactions Notice to the Court. Evidence of each of the Restructuring Transactions is available to other parties-in-interest through the applicable Secretary of State's office.

consummation of the Restructuring Transactions set forth in the Plan and approved in the Confirmation Order. The new caption should read as follows:[7]

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[8] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

---

[7] The Debtors intend to further modify the caption after the Effective Date of the Plan to refer to the Debtors as "Reorganized Debtors."

[8] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9129909v1

## BASIS FOR RELIEF REQUESTED

11. The Court has the authority to direct the use of an amended caption under sections 105(a) and 342(c)(1) of the Bankruptcy Code, as well as Bankruptcy Rules 1005, 2002(m), and 2002(n). Section 342(c) of the Bankruptcy Code requires, in relevant part, that notices "required to be given by the debtor to a creditor...shall contain the name, address, and last 4 digits of the taxpayer identification number of the debtor." 11 U.S.C. § 342(c)(1). Similarly, Bankruptcy Rule 1005 requires that a proper caption include the name of the debtor and last 4 digits of the taxpayer identification number of the debtor. Section 105(a) provides this Court with the authority to issue orders that are necessary to carry out the provisions of the Bankruptcy Code. 11 U.S.C. § 105(a). Bankruptcy Rule 2002(m) provides that the "court may from time to time enter orders designating...the form and manner in which notices shall be sent" and Bankruptcy Rule 2002(n) requires that the caption of every notice include the information required to be in the notice by section 342(c) of the Bankruptcy Code and Bankruptcy Rule 1005. Similarly, Del. Bankr. L.R. 9004-1 provides that "[d]ocuments submitted for filing shall contain in the caption the name of the debtor, the case number, the initials of the Judge to whom the case has been assigned, the docket number assigned to the case and, if applicable, the adversary proceeding number."

12. The relief sought herein is entirely procedural and will prejudice no creditor or other party-in-interest. The Court expressly approved the Restructuring Transactions in the Confirmation Order, and the Debtors provided notice of the Restructuring Transactions to all contract counterparties of the Debtors that are affected by the Restructuring Transactions and to other parties-in-interest.[8] Additionally, consistent with Section 5.2 of the Plan, the

---

[8] See, e.g., Certification of Counsel Regarding (I) Proposed Confirmation Order and (II) Amended Plan and Related Documents [Docket 12072]; Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice

46429/0001-9129909v1

consummation of the Restructuring Transactions will not affect any distributions, discharges, exculpations, releases or injunctions set forth in the Plan and approved in the Confirmation Order.

13.  Due to the changes to the Debtor entities as a result of the Restructuring Transactions, the use of the amended caption is necessary to reflect the current corporate name and tax identification number of the Debtors and successors-in-interest to the Debtors. Granting the relief sought in this Motion will accurately reflect the Debtors' records and prevent confusion among parties doing business with the Debtors going forward. Accordingly, it is necessary and appropriate and in the best interest of the Debtors' estates, creditors and other parties-in-interest to modify the caption of the Debtors' chapter 11 cases as set forth above to reflect the consummation of the Restructuring Transactions described herein.

## NOTICE

14.  Notice of this Motion has been provided to (i) the Office of the United States Trustee; (ii) counsel to the Creditors' Committee; (iii) counsel to the administrative agent for Tribune Company's prepetition loan facilities; (iv) counsel to the administrative agent for the Debtors' postpetition financing facility; and (v) all parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no further notice need be given.

---

of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code [Docket No. 8745] (approving, among other things, a form or Restructuring Transactions Notice to be provided to known contract and lease counterparties); Notice of Filing Amended Exhibits Pursuant to Order Establishing Procedures for (I) Fixing Cure Amounts and (II) Providing Notice of Assumption and/or Assignment of Certain Executory Contract and Unexpired Leases by a Successor Reorganized Debtor Pursuant to Sections 365, 1123, and 1129 of the Bankruptcy Code [Docket No. 11546] (including a revised form of Restructuring Transactions Notice); Notice Respecting Restructuring Transactions [Docket No. 12732].

46429/0001-9129909v1

WHEREFORE, the Debtors request that this Court enter an order directing the use of an amended caption and granting such further relief as is necessary or appropriate.

Dated: Wilmington, Delaware
December 27, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Jessica C.K. Boelter
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION