UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Tribune Company, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 08-13141 |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **CLEAR CHANNEL BROADCASTING, INC**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (**Proof of Claim No. 310, 1653, 5209, 5215, 5225, 5228, 5232, 5234, 5239, 5245, 5255, 5271, 5349, 5352, 5359, 5360 and Schedule No. 181000320, 212009310, 241001870, 241001900, and 241001940**), and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address
CLEAR CHANNEL BROADCASTING, INC
THOMAS RICE COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
San Antonio, TX 78205

New Address
CLEAR CHANNEL BROADCASTING, INC
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000

CLEAR CHANNEL BROADCASTING, INC

By: _____

Title: _____Brian Coleman_____
        Senior Vice President - Treasurer

Date: __12/27/12__