**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**FEE EXAMINER'S FINAL REPORT REGARDING THE**
**THIRTEENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP**

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Thirteenth Interim Application of Chadbourne & Parke LLP* [Docket No. 11372] (the "**Fee Application**"). The Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

seeks approval of fees that total $1,644,199.25 and reimbursement of expenses that total $58,307.65 for the period from December 1, 2011 through February 29, 2012. Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.      On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.      Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee *Examiner* "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated

skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment. The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

### DISCUSSION OF FINDINGS

### <u>Technical Requirements</u>

9.     **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Requested exceeded the Fees Computed by $920.50, resulting in an apparent overcharge.  The discrepancy was the result of task hours within two entries that did not equal the time billed for the entry as a whole, as was displayed in **Exhibit A** to the Preliminary Report.  The Fee Examiner requested that Chadbourne comment on the discrepancy.  The firm agreed with the Fee Examiner's calculation.  Chadbourne indicated that it would deduct the $920.50 error from its final fee request.  Exhibit A is omitted from this Report.

The Fee Examiner further determined that there was not a discrepancy between the Expenses Requested and the Expenses Computed.   The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.     **Block Billing.**  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment."  *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry."  *UST Guidelines* ¶(b)(4)(v).[2]  The Fee Examiner identified several incidental block billed entries,

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g., In re Brous,* 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g., In re Baker,* 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

which were displayed in **Exhibit B** to the Preliminary Report.[3]  Given the relatively limited number of block billed entries, a fee reduction is not being recommended. Exhibit B has been omitted from the Final Report.

11.     **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Chadbourne complied with the applicable rules regarding time increments.

12.     **Potential Double Billing**.  The Fee Examiner identified a potential instance where a conference was mistakenly billed twice.  **Exhibit C** displayed the time entries in question. A timekeeper invoiced 0.40 hour to "Prepare for" and 0.60 hour to "Participate in" a call, but mistakenly invoiced an additional 1.00 hour when describing the participants and subject-matter of the call. The questioned entry totaled $925.00 in fees and was highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested from Chadbourne either confirmation that the fees were mistakenly billed twice or an explanation of the apparent discrepancy.  In response, the firm agreed that the attorney had inadvertently billed the time twice and agreed to deduct the $925.00 in associated fees from its final fee request. Exhibit C has been omitted from the Final Report.

### Review of Fees

13.     **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time,

---

[3] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

-6-

[an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 26 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 9 partners, 4 counsel, 11 associates, and 2 paraprofessionals.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit D**.

The firm billed a total of 2,496.40 hours with associated fees of $1,643,278.75.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1,117.10 | 45% | $  935,442.75 | 57% |
| Counsel | 346.40 | 14% | 234,319.75 | 14% |
| Associate | 862.50 | 34% | 423,248.25 | 26% |
| Paraprofessional | 170.40 | 7% | 50,268.00 | 3% |
| **TOTAL** | 2,496.40 | 100% | $1,643,278.75 | 100% |

The blended hourly rate for the Chadbourne professionals is $684.87 and the blended hourly rate for professionals and paraprofessionals is $658.26.

14.   **Hourly Rate Increases.**   Chadbourne did not increase the hourly rate of professionals during this interim period.

15.   **Timekeepers' Roles.**   A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*.  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.  With limited exceptions, each

---

[4] This amount reflects the Fees Computed.

timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. The Fee Examiner requested additional information regarding the contribution of five timekeepers who cumulatively invoiced 17.70 hours and $10,588.50 in associated fees. The questioned timekeepers' entries were displayed in **Exhibit E** to the Preliminary Report. The Fee Examiner invited comment from the firm.

In response to the Preliminary Report, Chadbourne explained that the timekeepers in question were asked to perform discrete tasks based upon their experience and knowledge in a particular area of law. The firm further asserted that the use of these timekeepers was an efficient and proper use of estate resources. After consideration of the additional information and the firm's assertions, the Fee Examiner makes no recommendation for a fee reduction. Exhibit E is omitted from this report.

16.     **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix),* and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v).* While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained

-8-

the role of each participant or the need for multiple attendees. The entries, totaling 245.40 hours with $170,671.00 in associated fees, were displayed in **Exhibit F** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 186.50 hours with $117,389.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. Nonworking travel associated with the multiple attendance has also been included where appropriate. The Fee Examiner requests that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As with responses to prior preliminary reports, the firm also provided two exhibits through which the meetings and events were divided into specific categories, each of which contained detailed explanations for the need of multiple timekeepers at the various meetings and/or events. After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and UST Guidelines have been satisfied. No recommendation for a fee reduction is being made, and Exhibit F has been omitted from this Report.

17. **Intraoffice Conferences.** Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 149.30 hours with $102,981.50 in associated fees, or 6% of the total Fees Computed, as was displayed in **Exhibit G** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel total 66.20 hours with $46,938.00 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, but makes no recommendation for a fee reduction. Exhibit G is omitted from the Final Report.

18. **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).* The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*

The Fee Examiner identified entries totaling 6.00 hours with $4,422.00 in associated fees in which a conference or other communication was insufficiently described. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in violation of the applicable guidelines. The entries were displayed in **Exhibit H** to the Preliminary Report. Chadbourne was invited to comment on or bring the questioned entries into compliance by providing the missing participant and/or subject matter information. Chadbourne responded by providing the missing information that removed most of the entries from the vague category. With regard to the remainder of the entries the firm and the Fee Examiner reached a compromise whereby the firm agreed, without waiving any future rights to contest similar disputes, to reduce its final fee request by $1,937.75. Exhibit H is omitted from this Report.

19.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner identified one administrative activity totaling 0.20 hour and $59.00 in associated fees, which was displayed in **Exhibit I** to the Preliminary Report. The Fee Examiner invited comment from the firm. In its response, Chadbourne explained the exact nature and purpose of the questioned activity, which took it out of the administrative category. Therefore, no fee reduction is warranted. Exhibit I is omitted from the Final Report.

20.    **Clerical Activities.**  Clerical activities do not require legal acumen, and may be effectively performed by administrative assistants, secretaries, or support personnel. Similar to administrative activities, clerical activities are generally not billable and are considered to be part of the firm's overhead. In the 3rd Circuit, however, some clerical and non-clerical activities may be compensable at a rate commensurate with the level of expertise or knowledge typically found

to be necessary to complete the task. The Fee Examiner reviewed each timekeeper's billing activities and did not identify any clerical activities.

21. **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Chadbourne complied with the Local Rules regarding nonworking travel.

22. **Chadbourne Retention/Compensation.** Chadbourne billed 90.10 hours with associated fees of $35,909.50 to prepare the firm's applications for compensation, approximately 2% of the Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit J**, which is included in the Final Report for the Court's reference.

23. **Other Firms' Retention/Compensation**. Chadbourne billed 20.10 hours with associated fees of $9,853.50 for the retention and/or compensation of other firms, less than 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit K**, which is included in the Final Report for the Court's reference.

**Review of Expenses**

24. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and

purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Chadbourne states in the Application that the firm's rate for duplication is $0.10 per page.

26.    **Computer Assisted Legal Research.**  The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*.  Chadbourne billed $13,844.59 for computer-assisted legal research and the Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services.  In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

27.    **Overtime Expenses.**  Chadbourne requested reimbursement of late night and weekend carfare totaling $492.49, late night and weekend meals totaling $931.61, and paralegal overtime totaling $1,633.78.  Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.  In addition, overtime charges for employees working late are also considered part of a firm's overhead.  The charges, totaling $3,057.88, were displayed in **Exhibit L** to the Preliminary Report.

In response, Chadbourne provided additional information regarding the charges and reiterated its continued belief that the expenses are reimbursable. The Fee Examiner and the firm discussed this issue further, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and that it will not contest the reduction at the interim hearing. The result, at least for this interim fee period, is a $3,057.88 reduction in Chadbourne's expense reimbursement. Exhibit L has been omitted from the Final Report.

28. **Telephone Charges.** Chadbourne requested reimbursement of $5,431.41 for telephone charges. Chadbourne states in the Application "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long distance telephone and conference call services have been required. In accordance with the Guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers. Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

29. **Electronic Data Discovery Services.** Chadbourne requests reimbursement of $22,128.85 for electronic data discovery services. The Application states that "In connection with the LBO/ESOP transaction investigation Chadbourne entered into a contract for electronic data discovery services with Complete Document Source, Inc. ("CDS"). Chadbourne continues to use the CDS services in connection with the plan confirmation process in reviewing and analyzing the various trial exhibits and documents presented at the confirmation hearing for potential admission on the trial record. In addition, Chadbourne is reviewing and analyzing

-14-

certain documents regarding issues raised in recent caselaw that may have implications on confirmation of the DCL Plan. The CDS charges incurred during the Application Period represent a monthly hosting fee as well as processing fees for loading data and/or converting data to a searchable format. In seeking reimbursement for these outside professional services, Chadbourne requests reimbursement for the actual costs incurred."

30.     **Travel - Airfare.** The Fee Examiner requested additional information and/or supporting documentation for the airfare charge displayed in **Exhibit M** to the Preliminary Report. Chadbourne verified the ticket was purchased at a coach (economy) class rate. The firm also stated that it would continue to purchase refundable tickets only where they are clearly cost-effective. Exhibit M has been omitted from the Final Report.

31.     **Travel - Lodging.** The Fee Examiner has recommended and the Court has followed a domestic lodging ceiling of $350.00 per night. Three of the lodging charges requested for reimbursement by the firm appear to exceed this amount. In addition, one of the hotel charges includes a meal charge. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each lodging charge and the meal charge listed in **Exhibit N** to the Preliminary Report.

In response, Chadbourne maintains its position that there is no basis for a $350.00 cap and that a $350.00 per night cap is too low for business hotels in Wilmington, Delaware. The Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving its right to request full payment at a final fee hearing – the firm acknowledged an expense reduction of $266.70 will be made and it will not contest the reduction at the interim hearing. Exhibit N has been omitted from this Report.

32.    **Travel Meals.** The Fee Examiner has recommended and the Court has followed certain per person ceilings for meals incurred during travel (i.e. breakfast - $15.00, lunch - $25.00, and dinner - $50.00). Several meal charges requested for reimbursement appeared to exceed the caps on meal charges. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each meal listed in **Exhibit O** to the Preliminary Report. In response, Chadbourne indicated that while it does not necessarily agree with the Fee Examiner's caps on meal costs, it would voluntarily agree to a related expense reduction in the amount of $46.84. Exhibit O has been omitted from the Final Report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,640,416.00 ($1,644,199.25 minus $3,783.25) and reimbursement of expenses in the amount of $54,936.23 ($58,307.65 minus $3,371.42) for the period from December 1, 2011 through February 29, 2012. The findings are set forth in the summary on the following page.

**CHADBOURNE & PARKE LLP**

**SUMMARY OF FINDINGS**

**Thirteenth Interim Application (December 1, 2011 through February 29, 2012)**

### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,644,199.25 | |
| Expenses Requested | 58,307.65 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,702,506.90 |
| Fees Computed | $1,643,278.75 | |
| Expenses Computed | 58,307.65 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,701,586.40 |
| Discrepancy in Fees | $       920.50 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      920.50 |

### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $1,644,199.25 | |
| *Agreed Reduction for Discrepancy in Fees* | | *($  920.50)* |
| *Agreed Reduction for Potential Double Billing* | | *(925.00)* |
| *Agreed Reduction for Vague Communications* | | *(1,937.75)* |
| Subtotal | | *($3,783.25)* |
| RECOMMENDED FEE ALLOWANCE | | $1,640,416.00 |
| Expenses Requested | $58,307.65 | |
| *Agreed Reduction for Overtime Expenses* | | *($3,057.88)* |
| *Agreed Reduction for Travel – Lodging* | | *(266.70)* |
| *Agreed Reduction for Travel Meals* | | *(46.84)* |
| Subtotal | | *($3,371.42)* |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 54,936.23 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $1,695,352.23 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 27th day of December, 2012.

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801
(Co-Counsel to Debtors)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0351 | LeMay, David M. | PARTNER | $462.50 | $925.00 | 241.80 | $220,982.50 |
| 1426 | Deutsch, Douglas E. | PARTNER | $372.50 | $745.00 | 285.70 | $210,723.25 |
| 0525 | Seife, Howard | PARTNER | $995.00 | $995.00 | 197.10 | $196,114.50 |
| 3042 | Rosenblatt, Andrew | PARTNER | $372.50 | $745.00 | 253.30 | $186,622.50 |
| 0095 | McCormack, Thomas J. | PARTNER | $875.00 | $875.00 | 123.30 | $107,887.50 |
| 0819 | Alpert, Marc A. | PARTNER | $855.00 | $855.00 | 9.30 | $7,951.50 |
| 6587 | Gallai, David | PARTNER | $705.00 | $705.00 | 3.90 | $2,749.50 |
| 0361 | Leder, Richard M. | PARTNER | $995.00 | $995.00 | 1.60 | $1,592.00 |
| 1257 | Berson, Scott | PARTNER | $745.00 | $745.00 | 1.10 | $819.50 |
| No. of Billers for Position: 9 | | Blended Rate for Position: | $837.38 | | 1,117.10 | $935,442.75 |
| | | | | | % of Total:  44.75% | % of Total:  56.93% |
| 7699 | Ashley, Marc D. | COUNSEL | $347.50 | $695.00 | 232.70 | $160,927.25 |
| 7681 | Stenger, James A. | COUNSEL | $645.00 | $645.00 | 110.90 | $71,530.50 |
| 6651 | Rivera, Christy L. | COUNSEL | $665.00 | $665.00 | 1.60 | $1,064.00 |
| 3643 | Vazquez, Francisco | COUNSEL | $665.00 | $665.00 | 1.20 | $798.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $676.44 | | 346.40 | $234,319.75 |
| | | | | | % of Total:  13.88% | % of Total:  14.26% |
| 6870 | Roitman, Marc | ASSOCIATE | $247.50 | $495.00 | 388.30 | $189,708.75 |
| 6967 | Marrero, Jessica | ASSOCIATE | $435.00 | $435.00 | 187.40 | $81,519.00 |
| 6878 | Yoo, Young | ASSOCIATE | $565.00 | $565.00 | 61.80 | $34,917.00 |
| 6951 | Distefano, Michael | ASSOCIATE | $435.00 | $435.00 | 71.80 | $31,233.00 |
| 6906 | Daucher, Eric | ASSOCIATE | $247.50 | $495.00 | 52.40 | $23,710.50 |
| 6826 | Kirby, Robert | ASSOCIATE | $595.00 | $595.00 | 36.20 | $21,539.00 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $655.00 | $655.00 | 27.60 | $18,078.00 |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $655.00 | $655.00 | 15.20 | $9,956.00 |
| 6862 | Kronstadt, Alison | ASSOCIATE | $565.00 | $565.00 | 12.40 | $7,006.00 |
| 6864 | Kurth Santangelo, Rachel | ASSOCIATE | $565.00 | $565.00 | 6.40 | $3,616.00 |
| 6762 | Tanck, Paul J. | ASSOCIATE | $655.00 | $655.00 | 3.00 | $1,965.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 11 | Blended Rate for Position: | $490.72 | | 862.50 | $423,248.25 |
| | | | | % of Total: | 34.55% | % of Total: 25.76% |
| 8036 | Bava, David | PARAPROFESSIONA | $295.00 | $295.00 | 102.80 | $30,326.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $295.00 | $295.00 | 67.60 | $19,942.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $295.00 | | 170.40 | $50,268.00 |
| | | | | % of Total: | 6.83% | % of Total: 3.06% |
| | Total No. of Billers: 26 | Blended Rate for Report: | $658.26 | | 2,496.40 | $1,643,278.75 |

EXHIBIT J

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 1.80 | 531.00 |
| Deutsch, D | 17.80 | 13,261.00 |
| Distefano, M | 0.70 | 304.50 |
| Lamb, H | 61.80 | 18,231.00 |
| Marrero, J | 6.30 | 2,740.50 |
| Roitman, M | 1.70 | 841.50 |
| | 90.10 | $35,909.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 90.10 | 35,909.50 |
| | 90.10 | $35,909.50 |

EXHIBIT J
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/02/11 Fri | Lamb, H 1313951010/141 | 4.40 | 4.40 | 1,298.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/03/11 Sat | Lamb, H 1313951010/142 | 3.30 | 3.30 | 973.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/05/11 Mon | Lamb, H 1313951010/143 | 2.80 | 2.80 | 826.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE TO REVIEW BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF NOVEMBER FEE APPLICATION. |
| 12/05/11 Mon | Lamb, H 1313951010/146 | 0.90 | 0.90 | 265.50 | 0.70<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW PROPOSED OMNIBUS FEE ORDER RE C&P AND COMMITTEE MEMBER APPROVED FEES AND EXPENSES IN CONNECTION WITH 12/13 HEARING ON SAME (.7):<br>RESPOND TO P.RATKOWIAK WITH CORRECT NUMBERS (.2). |
| 12/07/11 Wed | Lamb, H 1313951010/148 | 2.40 | 2.40 | 708.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN TO RESEARCH AND PREPARE WORK DESCRIPTION SUMMARIES FOR NOVEMBER FEE APPLICATION. |
| 12/09/11 Fri | Lamb, H 1313951010/149 | 1.70 | 1.70 | 501.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE TO RESEARCH AND PREPARE WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 12/09/11 Fri | Lamb, H 1313951010/150 | 1.60 | 1.60 | 472.00 | 0.70<br>0.90 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF EXPENSES INCURRED DURING FEE PERIOD (.7):<br>FOLLOW UP RESEARCH ON CERTAIN ITEMS TO CLARIFY (.9). |
| 12/11/11 Sun | Lamb, H 1313951010/151 | 2.20 | 2.20 | 649.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR NOVEMBER FEE APPLICATION. |
| 12/12/11 Mon | Deutsch, D 1313951010/154 | 0.90 | 0.90 | 670.50 | 0.10<br>0.30<br>0.40<br>0.10 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW E-MAIL FROM FEE EXAMINER (.1):<br>REVIEW RELATED FILE/MATERIALS (.3):<br>CALL WITH FEE EXAMINER RE: SAME (.4):<br>E-MAIL FEE EXAMINER RE: SAME (.1): |
| 12/13/11 Tue | Deutsch, D 1313951010/156 | 1.30 | 1.30 | 968.50 | 1.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN REVIEW OF NOVEMBER TIME DETAIL (1.3): |
| 12/14/11 Wed | Deutsch, D 1313951010/155 | 2.90 | 2.40 | 1,788.00 | 2.20<br>0.20<br>0.20<br>0.30 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>COMPLETE REVIEW AND EDITING OF NOVEMBER FEE DETAIL (2.2):<br>DISCUSS FOLLOW-UP ITEMS THEREON WITH HELEN LAMB (.2):<br>REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.2):<br>REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL FEE REPORT (.3): |

~  See the last page of exhibit for explanation

EXHIBIT J

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|-----------|---|---|-------------|
| 12/15/11 Thu | Roitman, M 1313951010/158 | 0.60 | 0.60 | 297.00 | 0.40 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>REVISE FEE APPLICATION DESCRIPTIVE ENTRY (0.4);<br>CORRESPOND WITH D. BAVA RE: 11TH QUARTERLY FEE SUMMARY (0.2) |
| 12/19/11 Mon | Lamb, H 1313951010/157 | 1.20 | 1.20 | 354.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE DRAFT OF NOVEMBER FEE APPLICATION. |
| 12/19/11 Mon | Roitman, M 1313951010/160 | 1.10 | 1.10 | 544.50 | 1.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT INSERT FOR 35TH MONTHLY FEE APPLICATION RE: PLAN LITIGATION MATTERS (1.1) |
| 12/20/11 Tue | Deutsch, D 1313951010/162 | 1.90 | 1.90 | 1,415.50 | 1.40 0.30 0.20 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications<br>REVIEW DRAFT FEE APPLICATION AND EDIT SAME (1.4);<br>REVIEW DRAFT MEMORANDUM TO COMMITTEE RE: D&O ATTORNEY FEES (.3)<br>AND EDIT SAME (.2). |
| 12/21/11 Wed | Lamb, H 1313951010/161 | 1.30 | 1.30 | 383.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW, REVISE AND FINALIZE FOR FILING NOVEMBER FEE APPLICATION IN ACCORDANCE WITH D.DEUTSCH COMMENTS. |
| 12/22/11 Thu | Deutsch, D 1313951010/163 | 1.40 | 1.40 | 1,043.00 | 0.20 0.10 0.30 0.60 0.20 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE E-MAILS WITH HOWARD SEIFE RE: BILLING ISSUE TO RAISE WITH COMMITTEE (.2);<br>DISCUSS SAME WITH HELEN LAMB (.1);<br>E-MAIL COMMITTEE PROFESSIONALS RE: UPDATING FEE REPORT DATA FOR COMMITTEE (.3);<br>REVIEW AND REVISE DRAFT REPORT TO THE COMMITTEE ON SAME (.6);<br>DRAFT RELATED POSTING NOTE (.2). |
| 01/03/12 Tue | Lamb, H 1313967010/215 | 3.60 | 3.60 | 1,062.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF DECEMBER FEE APPLICATION. |
| 01/05/12 Thu | Lamb, H 1313967010/216 | 2.20 | 2.20 | 649.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARATION OF TWELFTH INTERIM FEE APPLICATION. |
| 01/08/12 Sun | Lamb, H 1313967010/217 | 3.40 | 3.40 | 1,003.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 01/09/12 Mon | Marrero, J 1313967010/219 | 0.80 | 0.60 | 261.00 | 0.20 0.30 0.30 | F F F | 1 2 3 | DRAFT ORDINARY COURSE PROFESSIONALS REPORT (.2);<br>REVIEW DOCKET/RESEARCH RE: FEE AUDITOR REPORTS (.3);<br>DRAFT EMAIL SUMMARY RE: SAME (.3). |
| 01/10/12 Tue | Lamb, H 1313967010/221 | 2.30 | 2.30 | 678.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT J

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/11/12 Wed | Lamb, H 1313967010/220 | 0.50 | 0.50 | 147.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE TWELFTH INTERIM FEE APPLICATION FOR FILING. |
| 01/13/12 Fri | Lamb, H 1313967010/222 | 1.70 | 1.70 | 501.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR DECEMBER FEE APPLICATION. |
| 01/17/12 Tue | Lamb, H 1313967010/224 | 1.60 | 1.60 | 472.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 01/18/12 Wed | Lamb, H 1313967010/227 | 1.70 | 1.70 | 501.50 | 0.60<br>1.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF EXPENSES INCURRED DURING DECEMBER FEE PERIOD (.6);<br>FOLLOW-UP RESEARCH ON CERTAIN EXPENSES (1.1). |
| 01/20/12 Fri | Marrero, J 1313967010/230 | 2.40 | 2.40 | 1,044.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT PROFESSIONAL FEE APPLICATION REPORT. |
| 01/21/12 Sat | Deutsch, D 1313967010/229 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>DRAFT E-MAIL TO KEVIN LANTRY RE: PROPOSED SCHEDULING ON FEE HEARINGS AND RELATED MATTERS (.2). |
| 01/22/12 Sun | Lamb, H 1313967010/231 | 2.80 | 2.80 | 826.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF LITIGATION WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 01/24/12 Tue | Marrero, J 1313967010/238 | 1.10 | 1.10 | 478.50 | 0.20<br>0.10<br>0.40<br>0.40 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW EMAIL CORRESPONDENCE WITH DEBTORS RE: QUARTERLY FEE APPLICATION SCHEDULE (0.2);<br>EMAIL CORRESPONDENCE WITH D.DEUTSCH RE: 8TH INTERIM FEE HEARING (0.1);<br>REVISE PROFESSIONAL FEE REPORT (0.4);<br>DRAFT CALENDAR AND REPORT RE: FEE HEARINGS (0.4). |
| 01/28/12 Sat | Deutsch, D 1313967010/232 | 2.40 | 2.40 | 1,788.00 | 2.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW MONTHLY FEE APPLICATION DETAIL FOR DECEMBER AND MARK-UP SAME (2.4). |
| 01/29/12 Sun | Lamb, H 1313967010/233 | 2.10 | 2.10 | 619.50 | 0.70<br>1.40 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW D.DEUTSCH COMMENTS TO MONTHLY FEES (.7);<br>REVISE AND FINALIZE MONTHLY FEE APPLICATION ACCORDINGLY (1.4). |
| 01/30/12 Mon | Deutsch, D 1313967010/234 | 1.40 | 1.40 | 1,043.00 | 1.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT FEE APPLICATION (DETAILED SUMMARY DESCRIPTIONS) FOR DECEMBER 2012 (1.3);<br>DISCUSS RELATED FOLLOW-UP ITEM WITH HELEN LAMB (.1). |
| 01/31/12 Tue | Lamb, H 1313967010/236 | 1.00 | 1.00 | 295.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE DECEMBER FEE APPLICATION FOR FILING. |

~  See the last page of exhibit for explanation

EXHIBIT J
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/01/12 Wed | Lamb, H 1313983010/212 | 3.80 | 3.80 | 1,121.00 | | F | 1 | MATTER NAME: Fee/Retention Applications COMPREHENSIVE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JANUARY FEE APPLICATION. |
| 02/05/12 Sun | Lamb, H 1313983010/213 | 3.40 | 3.40 | 1,003.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 02/07/12 Tue | Deutsch, D 1313983010/219 | 0.40 | 0.40 | 298.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS (.2) AND REVIEW RELATED DOCUMENTS PER FEE EXAMINER INQUIRY (.2). |
| 02/08/12 Wed | Deutsch, D 1313983010/214 | 0.40 | 0.20 | 149.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.2); REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT(.2). |
| 02/08/12 Wed | Lamb, H 1313983010/215 | 2.60 | 2.60 | 767.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR JANUARY FEE APPLICATION. |
| 02/09/12 Thu | Lamb, H 1313983010/216 | 0.30 | 0.30 | 88.50 | 0.10 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW PROPOSED OMNIBUS FEE ORDER FOR SEVENTH INTERIM FEE PERIOD (.1) AND FOLLOW-UP RESEARCH TO CONFIRM AMOUNTS (.2). |
| 02/12/12 Sun | Lamb, H 1313983010/217 | 2.50 | 2.50 | 737.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR JANUARY FEE APPLICATION. |
| 02/17/12 Fri | Lamb, H 1313983010/220 | 2.20 | 2.20 | 649.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 02/20/12 Mon | Deutsch, D 1313983010/221 | 0.70 | 0.20 | 149.00 | 0.20 0.20 0.30 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2); REVIEW WEEKLY PROFESSIONAL FEE APPLICATION SUMMARY (.2); EXCHANGE E-MAILS WITH MARC ROITMAN AND, IN PART, DAVID BAVA RE: NEXT COMMITTEE QUARTERLY FEE APPLICATION REPORT (.3). |
| 02/21/12 Tue | Bava, D 1313983010/226 | 1.80 | 1.80 | 531.00 | 1.80 | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE 12TH QUARTERLY PROFESSIONAL FEE SUMMARY (1.80). |
| 02/21/12 Tue | Deutsch, D 1313983010/223 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH DAVID BAVA RE: SUMMARY CHART TO COMMITTEE ON BILLING (.2). |
| 02/21/12 Tue | Marrero, J 1313983010/222 | 0.50 | 0.50 | 217.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW PRIOR AFFIDAVITS RE C&P RETENTION TO DETERMINE IF SUPPLEMENTAL AFFIDAVIT NEEDED. |

~  See the last page of exhibit for explanation

EXHIBIT J

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/22/12 Wed | Deutsch, D 1313983010/224 | 3.40 | 3.40 | 2,533.00 | 0.20 0.10 2.90 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications<br>REVIEW DRAFT REPORT TO COMMITTEE ON 12TH QUARTERLY FEE APPLICATIONS (.2);<br>E-MAIL MARC ROITMAN AND MICHAEL DISTEFANO RE: RELATED FOLLOW-UP (.1);<br>REVIEW OF JANUARY MONTHLY FEE APPLICATION DETAILS AND EDIT SAME (2.9);<br>DISCUSS POTENTIAL DISCLOSURE ISSUE WITH JESSICA MARRERO (.2). |
| 02/22/12 Wed | Distefano, M 1313983010/227 | 0.70 | 0.70 | 304.50 | 0.20 0.50 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>MEETING WITH M. ROITMAN RE: QUARTERLY FEE REPORT (.2);<br>REVIEW OF FEE SUMMARIES (.5). |
| 02/22/12 Wed | Marrero, J 1313983010/225 | 1.30 | 1.30 | 565.50 | 0.60 0.10 0.60 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications<br>REVIEW C&P RETENTION AFFIDAVITS RE: NEW CONFLICT DISCLOSURES (0.6);<br>EMAIL CORRESPONDENCE WITH D.DEUTSCH RE: SAME (0.1);<br>DRAFT RECOMMENDATION RE: DISCLOSURE REQUIREMENTS RE: SAME (0.6). |
| 02/23/12 Thu | Lamb, H 1313983010/228 | 1.40 | 1.40 | 413.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE DRAFT OF MONTHLY FEE APPLICATION. |
| 02/24/12 Fri | Deutsch, D 1313983010/229 | 1.30 | 1.30 | 968.50 | 1.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT DRAFT JANUARY FEE APPLICATION, INCLUDING NARRATIVES (1.3). |
| 02/27/12 Mon | Lamb, H 1313983010/233 | 0.90 | 0.90 | 265.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE JANUARY FEE APPLICATION IN ACCORDANCE WITH D.DEUTSCH COMMENTS. |
| 02/28/12 Tue | Deutsch, D 1313983010/231 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW WEEKLY PROFESSIONAL FEE REPORT (.2). |
| 02/29/12 Wed | Marrero, J 1313983010/232 | 0.40 | 0.40 | 174.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>EMAIL CORRESPONDENCE WITH TURKEY OFFICE RE: POSSIBLE NEW MATTER AND COURT REPRESENTATION OF SAME. |
| Total Number of Entries: 54 | | | 90.10 | $35,909.50 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT J

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 1.80 | 531.00 |
| Deutsch, D | 17.80 | 13,261.00 |
| Distefano, M | 0.70 | 304.50 |
| Lamb, H | 61.80 | 18,231.00 |
| Marrero, J | 6.30 | 2,740.50 |
| Roitman, M | 1.70 | 841.50 |
| | 90.10 | $35,909.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 90.10 | 35,909.50 |
| | 90.10 | $35,909.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 2.20 | 649.00 |
| Deutsch, D | 4.40 | 3,278.00 |
| Marrero, J | 12.60 | 5,481.00 |
| Roitman, M | 0.90 | 445.50 |
| | 20.10 | $9,853.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 20.10 | 9,853.50 |
| | 20.10 | $9,853.50 |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/02/11 Fri | Marrero, J 1313951010/147 | 0.50 | 0.50 | 217.50 | 0.10 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications FOLLOW UP CONFERENCE WITH D.DEUTSCH RE: NEW SNR DENTON APPLICATION (0.1); DRAFT PROFESSIONAL FEE REPORT (0.4). |
| 12/03/11 Sat | Marrero, J 1313951010/144 | 1.00 | 1.00 | 435.00 | 0.80 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVISE MEMO TO COMMITTEE RE: SNR DENTON RETENTION (0.8); DRAFT POSTING TO COMMITTEE RE SAME (0.2). |
| 12/05/11 Mon | Marrero, J 1313951010/145 | 1.10 | 1.10 | 478.50 | | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT. |
| 12/07/11 Wed | Deutsch, D 1313951010/152 | 0.60 | 0.60 | 447.00 | 0.20 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY PROFESSIONAL FEE REPORT (.2); REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.4). |
| 12/12/11 Mon | Marrero, J 1313951010/153 | 0.30 | 0.30 | 130.50 | | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE WEEKLY ORDINARY COURSE PROFESSIONALS REPORT. |
| 12/14/11 Wed | Deutsch, D 1313951010/155 | 2.90 | 0.50 | 372.50 | 2.20 0.20 0.20 0.30 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications COMPLETE REVIEW AND EDITING OF NOVEMBER FEE DETAIL (2.2); DISCUSS FOLLOW-UP ITEMS THEREON WITH HELEN LAMB (.2); REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.2); REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL FEE REPORT (.3); |
| 12/19/11 Mon | Marrero, J 1313951010/159 | 0.60 | 0.60 | 261.00 | 0.30 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (0.3) AND PROFESSIONAL FEE REPORT (0.3). |
| 12/22/11 Thu | Bava, D 1313951010/165 | 2.20 | 2.20 | 649.00 | 2.20 | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE AND REVISE 11TH QUARTERLY PROFESSIONAL FEE SUMMARY (2.20). |
| 12/22/11 Thu | Roitman, M 1313951010/164 | 0.90 | 0.90 | 445.50 | 0.40 0.50 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH H. LAMB AND D. BAVA RE: 11TH QUARTERLY FEE SUMMARY (0.4); CORRESPOND WITH H. LAMB RE: MEMORANDUM ON 2012 FISCAL YEAR COMMITTEE PROFESSIONAL BILLING RATES (0.5) |
| 12/23/11 Fri | Deutsch, D 1313951010/169 | 0.30 | 0.30 | 223.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CALL (.2) AND E-MAIL WITH ALAN HOLTZ RE: COMMITTEE FEE PROCEDURES ISSUE (.1). |
| 12/28/11 Wed | Marrero, J 1313951010/166 | 0.70 | 0.70 | 304.50 | | F | 1 | MATTER NAME: Fee/Retention Applications UPDATE ORDINARY COURSE PROFESSIONALS REPORT. |
| 12/29/11 Thu | Marrero, J 1313951010/167 | 1.10 | 1.10 | 478.50 | 0.50 0.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW DEBTORS 5TH SUPPLEMENTAL APPLICATION RE: E&Y (0.5); DRAFT MEMO TO COMMITTEE RE: SAME (0.6) |

~ See the last page of exhibit for explanation

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/30/11 Fri | Deutsch, D 1313951010/170 | 0.50 | 0.50 | 372.50 | 0.20 0.20 0.10 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* REVIEW MOTION RE: E&Y RETENTION (.2) AND REVIEW AND EDIT RELATED MEMORANDUM TO COMMITTEE (.2); EXCHANGE RELATED E-MAILS WITH JESSICA MARRERO (.1). |
| 12/30/11 Fri | Marrero, J 1313951010/168 | 1.40 | 1.40 | 609.00 | 0.40 0.70 0.30 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* DRAFT POSTING TO COMMITTEE RE: E&Y RETENTION APPLICATION (0.4); DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.7); DRAFT PROFESSIONAL FEE REPORT (0.3) |
| 01/02/12 Mon | Deutsch, D 1313967010/214 | 0.40 | 0.40 | 298.00 | 0.20 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW LAST WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2); REVIEW LAST WEEKLY PROFESSIONAL FEE REPORT (.2). |
| 01/09/12 Mon | Deutsch, D 1313967010/218 | 0.80 | 0.80 | 596.00 | 0.40 0.20 0.20 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* REVIEW ORDINARY COURSE PROFESSIONALS REPORT (.4); EXCHANGE RELATED E-MAILS WITH JESSICA MARRERO RE: REQUIRED FOLLOW-UP RELATED TO CERTAIN ORDINARY COURSE PROFESSIONALS (.2); REVIEW WEEKLY CASE PROFESSIONALS FEE STATUS REPORT (.2). |
| 01/09/12 Mon | Marrero, J 1313967010/219 | 0.80 | 0.20 | 87.00 | 0.20 0.30 0.30 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* DRAFT ORDINARY COURSE PROFESSIONALS REPORT (.2); REVIEW DOCKET/RESEARCH RE: FEE AUDITOR REPORTS (.3); DRAFT EMAIL SUMMARY RE: SAME (.3). |
| 01/13/12 Fri | Marrero, J 1313967010/225 | 1.20 | 1.20 | 522.00 | 0.20 0.40 0.60 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* DRAFT ORDINARY COURSE PROFESSIONALS REPORT (.2) AND FOLLOW UP RESEARCH RE: OUTSTANDING FEE APPLICATIONS (.4); DRAFT PROFESSIONAL FEE REPORT (.6). |
| 01/16/12 Mon | Deutsch, D 1313967010/223 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 01/17/12 Tue | Marrero, J 1313967010/226 | 0.20 | 0.20 | 87.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* CALL DEBTORS' COUNSEL RE: OUTSTANDING ORDINARY COURSE PROFESSIONALS FEE APPLICATIONS (.1); EMAIL CORRESPONDENCE WITH D.DEUTSCH RE: SAME (.1). |
| 01/18/12 Wed | Deutsch, D 1313967010/228 | 0.20 | 0.20 | 149.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.1); E-MAIL JESSICA MARRERO RE: FOLLOW-UP ON SAME (.1). |
| 01/27/12 Fri | Deutsch, D 1313967010/235 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* EXCHANGE E-MAILS WITH JESSICA MARRERO RE: ORDINARY COURSE PROFESSIONAL ISSUE (.2). |
| 01/27/12 Fri | Marrero, J 1313967010/239 | 1.30 | 1.30 | 565.50 | 0.60 0.50 0.20 | F F F | 1 2 3 | *MATTER NAME: Fee/Retention Applications* DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.6); DRAFT PROFESSIONAL FEE REPORT (0.5); EMAIL CORRESPONDENCE RE: SAME (0.2) |

~  See the last page of exhibit for explanation

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/08/12 | Deutsch, D | 0.40 | 0.20 | 149.00 | 0.20 | F | 1 | REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.2); |
| Wed | 1313983010/214 | | | | 0.20 | F | 2 | REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT(.2). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/13/12 | Marrero, J | 1.20 | 1.20 | 522.00 | 0.50 | F | 1 | DRAFT ORDINARY COURSE PROFESSIONALS WEEKLY REPORT (0.5); |
| Mon | 1313983010/218 | | | | 0.70 | F | 2 | DRAFT PROFESSIONAL FEE REPORT (0.7) |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/20/12 | Deutsch, D | 0.70 | 0.50 | 372.50 | 0.20 | F | 1 | REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2); |
| Mon | 1313983010/221 | | | | 0.20 | F | 2 | REVIEW WEEKLY PROFESSIONAL FEE APPLICATION SUMMARY (.2); |
| | | | | | 0.30 | F | 3 | EXCHANGE E-MAILS WITH MARC ROITMAN AND, IN PART, DAVID BAVA RE: NEXT COMMITTEE QUARTERLY FEE APPLICATION REPORT (.3). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/27/12 | Marrero, J | 0.80 | 0.80 | 348.00 | 0.30 | F | 1 | DRAFT WEEKLY ORDINARY COURSE PROFESSIONALS REPORT (0.3); |
| Mon | 1313983010/234 | | | | 0.50 | F | 2 | DRAFT PROFESSIONAL FEE REPORT (0.5). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/28/12 | Marrero, J | 1.00 | 1.00 | 435.00 | 0.50 | F | 1 | UPDATE ORDINARY COURSE PROFESSIONAL REPORT (0.5) |
| Tue | 1313983010/230 | | | | 0.50 | F | 2 | AND REVIEW DOCKET FOR UPDATES TO PROFESSIONAL FEE REPORT (0.5). |

| | | | HOURS | FEES | | | | |
|------|-----------------|------|-------|------|---|---|---|---|
| Total | | | 20.10 | $9,853.50 | | | | |
| | Number of Entries: | 28 | | | | | | |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 2.20 | 649.00 |
| Deutsch, D | 4.40 | 3,278.00 |
| Marrero, J | 12.60 | 5,481.00 |
| Roitman, M | 0.90 | 445.50 |
| | 20.10 | $9,853.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 20.10 | 9,853.50 |
| | 20.10 | $9,853.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL