**EXHIBIT A**

**("FULL SUBSTITUTION ADVERSARIES")**

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55672 | Acanfora, John F | $48,194.11 | $0.00 | $48,194.11 | The Morning Call, Inc. |
| 10-55673 | Agarwal, Deepak | $195,245.08 | $0.00 | $195,245.08 | Chicago Tribune Company |
| 10-55675 | Aldape, Javier J. | $118,210.67 | $18,029.43 | $136,240.10 | Hoy Publications, LLC |
| 10-55685 | Allen, Craig | $272,357.93 | $0.00 | $272,357.93 | Southern Connecticut Newspapers |
| 10-55682 | Allen, F Ashley | $79,285.97 | $0.00 | $79,285.97 | Orlando Sentinel Communications Company |
| 10-55793 | Anderson, Julie D | $214,790.18 | $0.00 | $214,790.18 | N/A |
| 10-55678 | Anischik, Thomas J | $237,326.10 | $302,528.67 | $539,854.77 | The Hartford Courant Company |
| 10-55680 | Arroyo, Gladys M | $34,512.32 | $0.00 | $34,512.32 | Hoy Publications, LLC |
| 10-55683 | Asher, Michael D | $150,950.30 | $0.00 | $150,950.30 | Orlando Sentinel Communications Company |
| 10-55686 | Baker, Cynthia | $199,605.40 | $8,103.90 | $207,709.30 | Tribune Broadcasting News Network |
| 10-55689 | Bare, Roger A | $206,227.02 | $0.00 | $206,227.02 | KIAH, Inc. |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55691 | Barrett, Henry R | $331,079.66 | $0.00 | $331,079.66 | LA Times Communications LLC |
| 10-55693 | Bazanos, Alexa A | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55695 | Bellack, Bob | $478,602.95 | $0.00 | $478,602.95 | LA Times Communications LLC |
| 10-55696 | Bennett, David A | $96,559.24 | $0.00 | $96,559.24 | The Hartford Courant Company |
| 10-55697 | Benson, Kelly F | $115,098.07 | $37,270.73 | $152,368.80 | Orlando Sentinel Communications Company |
| 10-55710 | Biedron, Theodore J | $218,839.09 | $10,930.90 | $229,769.99 | Chicagoland Publishing Company |
| 10-55712 | Birmingham, John | $217,150.29 | $0.00 | $217,150.29 | Chicago Tribune Company |
| 10-55795 | Brewer, Lisa E | $66,732.93 | $0.00 | $66,732.93 | N/A |
| 10-55715 | Brown, Thomas F | $77,746.78 | $0.00 | $77,746.78 | The Morning Call, Inc. |
| 10-55718 | Brubaker, Rebecca M | $173,388.15 | $11,524.13 | $184,912.28 | Chicago Tribune Company |
| 10-55720 | Bucknor, David A | $196,060.66 | $0.00 | $196,060.66 | Sun-Sentinel Company |
| 10-55722 | Budihas, Stephen M | $221,742.26 | $0.00 | $221,742.26 | The Morning Call, Inc. |
| 10-55593 | Caputo, Thomas | $478,049.54 | $0.00 | $478,049.54 | N/A |

| I. INSIDER DEFENDANTS | | | | | |
|---|---|---|---|---|---|
| **Adversary Proceeding Number** | **Insider Defendant** | **Ordinary Litigation Claim Amounts** | | **Total Complaint Amount Asserted (Total of Ordinary Litigation Claims)** | **Subsidiary Debtor[1] to be substituted in addition to Tribune[2]** |
| | | ***Restricted Stock Unit or Option Transfers*** | ***Deferred Bonus Transfers*** | | |
| 10-55725 | Casanova, Vincent | $668,591.81 | $0.00 | $668,591.81 | Tribune Publishing Company |
| 10-55798 | Catania, Matthew | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55730 | Conway, Susan M | $53,817.63 | $0.00 | $53,817.63 | The Daily Press, Inc. |
| 10-55698 | Daley, Raymond | $368,315.32 | $0.00 | $368,315.32 | Sun-Sentinel Company |
| 10-55699 | Davis, Catherine A | $63,312.48 | $9,703.61 | $73,016.09 | WPIX, Inc. |
| 10-55700 | Delia, Lawrence | $146,654.24 | $34,182.24 | $180,836.48 | Tribune Television New Orleans, Inc. |
| 10-55701 | DePaola, Kenneth J | $720,251.59 | $0.00 | $720,251.59 | Chicago Tribune Company |
| 10-55703 | Doherty, Philip | $285,956.38 | $201,966.12 | $487,922.50 | Chicago Tribune Company |
| 10-55704 | Donnelly, Cindy | $8,551.12 | $0.00 | $8,551.12 | Tribune Entertainment Company |
| 10-55706 | Donovan, Dianne | $44,329.01 | $0.00 | $44,329.01 | The Baltimore Sun Company |
| 10-55713 | Engberg, Richard | $240,431.50 | $0.00 | $240,431.50 | Channel 39, Inc. |
| 10-55716 | Farber, Steve | $125,975.09 | $0.00 | $125,975.09 | ChicagoLand Television News, Inc. |
| 10-55719 | Farrington, Audrey L | $338,089.39 | $41,144.76 | $379,234.15 | Channel 40, Inc. |
| 10-55702 | Feeney, Richard S | $165,602.10 | $141,138.10 | $306,740.20 | The Hartford Courant Company |
| 10-55705 | Feher Jr, James F | $66,919.53 | $0.00 | $66,919.53 | The Morning Call, Inc. |

CH1 7235600v.7

**I. INSIDER DEFENDANTS**

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55709 | Fehnel, James D | $221,800.27 | $0.00 | $221,800.27 | Tribune Media Services, Inc. |
| 10-55714 | Felty, Richard D | $143,817.23 | $0.00 | $143,817.23 | Tribune Broadcasting News Network |
| 10-55717 | Filice, Peter D | $21,890.86 | $0.00 | $21,890.86 | Channel 40, Inc. |
| 10-55595 | Flax, Karen H | $103,571.16 | $0.00 | $103,571.16 | N/A |
| 10-55721 | Foux, Michael C | $103,400.14 | $45,289.92 | $148,690.06 | The Morning Call, Inc. |
| 10-55723 | Franklin, Timothy | $236,253.81 | $0.00 | $236,253.81 | The Baltimore Sun Company |
| 10-55729 | Gart, Michael | $154,125.38 | $0.00 | $154,125.38 | Tribune Media Services, Inc. |
| 10-55731 | Gates, Ernest C | $107,638.22 | $0.00 | $107,638.22 | The Daily Press, Inc. |
| 10-55802 | Gates, Michael C | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55736 | Goldstone, Ira | $260,895.96 | $670,346.85 | $931,242.81 | Tribune Broadcasting Company |
| 10-55740 | Graziano, Richard J | $237,591.50 | $0.00 | $237,591.50 | Tribune Television Company |
| 10-55742 | Greenberg, Howard | $490,846.10 | $199,708.52 | $690,554.62 | Sun-Sentinel Company |
| 10-55750 | Hall, Charlotte H | $206,800.27 | $110,931.08 | $317,731.35 | Orlando Sentinel Communications Company |
| 10-55756 | Hano, Randy | $197,706.95 | $0.00 | $197,706.95 | Chicagoland Publishing Company |
| 10-55758 | Haselden, William B | $217,749.97 | $0.00 | $217,749.97 | Tribune Media Net, Inc. |

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | ***Restricted Stock Unit or Option Transfers*** | ***Deferred Bonus Transfers*** | | |
| 10-55790 | Hayes Jr, Dana C. | $467,876.25 | $9,144.64 | $477,020.89 | N/A |
| 10-55792 | Healy, Greg | $42,755.60 | $0.00 | $42,755.60 | N/A |
| 10-55760 | Healy, Jane E | $46,039.23 | $0.00 | $46,039.23 | Orlando Sentinel Communications Company |
| 10-55763 | Hertz, Catherine M | $119,785.57 | $0.00 | $119,785.57 | Orlando Sentinel Communications Company |
| 10-55770 | Hilliard, Ardith | $70,734.86 | $0.00 | $70,734.86 | The Morning Call, Inc. |
| 10-55597 | Holm, Robert | $127,651.11 | $0.00 | $127,651.11 | N/A |
| 10-55732 | Hudspeth, Carolyn | $28,800.17 | $0.00 | $28,800.17 | Tribune Television Company |
| 10-55733 | Hunter, Bonnie B | $11,250.00 | $0.00 | $11,250.00 | Chicago Tribune Company |
| 10-55735 | Hunter, Tony | $412,585.23 | $0.00 | $412,585.23 | Chicago Tribune Company |
| 10-55737 | Hutzler, Linda | $43,542.30 | $0.00 | $43,542.30 | Tribune Television Holdings, Inc. |
| 10-55738 | Inouye, Richard E | $86,297.89 | $0.00 | $86,297.89 | Tribune Entertainment Company |
| 10-55741 | Iskra, Alice T | $6,743.75 | $0.00 | $6,743.75 | Patuxent Publishing Company |
| 10-55743 | Jacobs, Janice | $251,751.90 | $0.00 | $251,751.90 | Chicago Tribune Company |
| 10-55744 | Jimenez, Terry | $366,940.30 | $0.00 | $366,940.30 | Tribune Media Net, Inc. |

**I. INSIDER DEFENDANTS**

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55746 | Jones, Gordon L. | $388,725.48 | $0.00 | $388,725.48 | Tribune Media Net, Inc. |
| 10-55754 | Kelly Jr, Paul R | $40,463.90 | $0.00 | $40,463.90 | WGN Continental Broadcasting Company |
| 10-55747 | Kennedy, Timothy R | $536,176.66 | $0.00 | $536,176.66 | The Morning Call, Inc. |
| 10-55749 | Kern, Gerould | $439,622.14 | $11,524.13 | $451,146.27 | Tribune Publishing Company |
| 10-55752 | Khahaifa, Avido Dikari | $384,176.48 | $0.00 | $384,176.48 | Orlando Sentinel Communications Company |
| 10-55753 | Klunder, Jack D | $363,048.55 | $0.00 | $363,048.55 | LA Times Communications LLC |
| 10-55757 | Kniffin, David | $204,492.58 | $0.00 | $204,492.58 | Star Community Publishing, LLC |
| 10-55759 | Kolb, Patricia A | $127,119.34 | $0.00 | $127,119.34 | Tribune Television Holdings, Inc. |
| 10-55762 | Koller, Timothy L | $32,550.17 | $0.00 | $32,550.17 | Tribune Television Company |
| 10-55764 | Kranzley, Glenn G | $8,972.50 | $0.00 | $8,972.50 | The Morning Call, Inc. |
| 10-55765 | Lanesey, William A | $135,279.71 | $0.00 | $135,279.71 | KPLR, Inc. |
| 10-55768 | Langmyer, Thomas E. | $257,775.23 | $0.00 | $257,775.23 | WGN Continental Broadcasting Company |

| I. INSIDER DEFENDANTS | | | | | |
|---|---|---|---|---|---|
| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55771 | Levine, Jeffrey S | $160,436.19 | $0.00 | $160,436.19 | Sun-Sentinel Company |
| 10-55766 | Lipinski, Ann Marie | $691,892.62 | $285,622.93 | $977,515.55 | Chicago Tribune Company |
| 10-55769 | Mahoney, Walter F | $57,566.14 | $54,967.76 | $112,533.90 | Tribune Media Services, Inc. |
| 10-55796 | Malee, Michael J | $73,573.83 | $0.00 | $73,573.83 | N/A |
| 10-55773 | Manzi, John M | $143,253.49 | $0.00 | $143,253.49 | Tribune Broadcast Holdings, Inc. |
| 10-55774 | Maranto, Louis | $97,995.82 | $0.00 | $97,995.82 | The Baltimore Sun Company |
| 10-55775 | Martin, Jerome P | $389,637.60 | $0.00 | $389,637.60 | Tribune Television Company |
| 10-55776 | Maucker, Earl R | $280,281.72 | $199,708.52 | $479,990.24 | Sun-Sentinel Company |
| 10-55778 | McCleary La France, Kim A | $103,400.14 | $0.00 | $103,400.14 | LA Times Communications LLC |
| 10-55779 | Meyer, Nancy A | $102,613.43 | $0.00 | $102,613.43 | The Hartford Courant Company |
| 10-55780 | Meyrowitz, Eric J | $257,775.23 | $0.00 | $257,775.23 | WDCW Broadcasting, Inc. |
| 10-55784 | Mitchell, Kenneth | $84,006.19 | $0.00 | $84,006.19 | Sun-Sentinel Company |
| 10-55782 | Mitchell, Susan M | $444,435.37 | $87,355.52 | $531,790.89 | Tribune Publishing Company |
| 10-55786 | Mitrovich, Dan | $60,594.57 | $0.00 | $60,594.57 | KSWB, Inc. |

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55787 | Molchany, Richard D | $54,453.53 | $0.00 | $54,453.53 | The Morning Call, Inc. |
| 10-55781 | Morehouse III, L Clark | $206,800.27 | $0.00 | $206,800.27 | Tribune Entertainment Company |
| 10-55783 | Morrill, Christopher C | $100,654.22 | $0.00 | $100,654.22 | The Hartford Courant Company |
| 10-55785 | Motley, Robyn L | $119,920.90 | $0.00 | $119,920.90 | Sun-Sentinel Company |
| 10-55788 | Mulderrig, Stephen J | $138,391.32 | $0.00 | $138,391.32 | Tribune Entertainment Company |
| 10-55611 | Murakami, Gwen P | $303,393.47 | $318,327.80 | $621,721.27 | LA Times Communications LLC |
| 10-55613 | NeJame, George C | $33,862.43 | $0.00 | $33,862.43 | Tribune Entertainment Company |
| 10-55614 | Newton, Russell J | $229,846.70 | $0.00 | $229,846.70 | LA Times Communications LLC |
| 10-55615 | Nork, Thomas J | $160,966.27 | $0.00 | $160,966.27 | Sun-Sentinel Company |
| 10-55651 | O'Brien, Dennis G | $28,800.17 | $0.00 | $28,800.17 | KWGN, Inc. |
| 10-55656 | O'Loughlin, John T | $473,605.63 | $0.00 | $473,605.63 | LA Times Communications LLC |

| I. INSIDER DEFENDANTS | | | | | |
|---|---|---|---|---|---|
| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55619 | Ortiz, Norbert E | $77,746.78 | $0.00 | $77,746.78 | Orlando Sentinel Communications Company |
| 10-55658 | O'Shea, James | $183,916.27 | $0.00 | $183,916.27 | LA Times Communications LLC |
| 10-55660 | O'Sullivan, Daniel A | $69,024.63 | $0.00 | $69,024.63 | Tribune Television Company |
| 10-55623 | Palermini, Robert J | $291,402.46 | $0.00 | $291,402.46 | LA Times Communications LLC |
| 10-55627 | Pedersen, Gregory C | $96,388.22 | $0.00 | $96,388.22 | The Daily Press, Inc. |
| 10-55628 | Pisani, Joseph F | $179,281.25 | $0.00 | $179,281.25 | Southern Connecticut Newspapers |
| 10-55617 | Pompe, Scott G | $59,721.02 | $0.00 | $59,721.02 | LA Times Communications LLC |
| 10-55620 | Posada, Julian G | $69,982.36 | $0.00 | $69,982.36 | Hoy Publications, LLC |
| 10-55622 | Ramirez, Myrna G | $229,297.43 | $68,486.64 | $297,784.07 | Tribune Broadcasting Company |
| 10-55624 | Ramsey, Robert J | $206,227.02 | $8,103.90 | $214,330.92 | KSWB, Inc. |
| 10-55631 | Riggle, John A | $49,191.18 | $166,235.52 | $215,426.70 | Tribune Television Company |
| 10-55607 | Rodden, John B | $127,514.29 | $103,891.40 | $231,405.69 | N/A |

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55632 | Ross, Sheau-ming Kuo | $115,098.07 | $0.00 | $115,098.07 | WGN Continental Broadcasting Company |
| 10-55633 | Rounce, Robert R | $43,542.30 | $95,332.15 | $138,874.45 | The Hartford Courant Company |
| 10-55653 | Ryan, Timothy E | $581,586.48 | $0.00 | $581,586.48 | The Baltimore Sun Company |
| 10-55654 | Santay, Stephen G | $20,180.64 | $0.00 | $20,180.64 | Tribune Entertainment Company |
| 10-55657 | Scanlon, Kevin P | $126,761.80 | $0.00 | $126,761.80 | The Baltimore Sun Company |
| 10-55636 | Schaible, Linda A | $69,982.36 | $0.00 | $69,982.36 | N/A |
| 10-55799 | Scholly, Alison R | $241,537.06 | $28,506.03 | $270,043.09 | N/A |
| 10-55638 | Schrepf, Robert K | $65,077.11 | $0.00 | $65,077.11 | The Hartford Courant Company |
| 10-55642 | Segall, Lynne A | $73,118.96 | $0.00 | $73,118.96 | LA Times Communications LLC |
| 10-55643 | Seidl, Stephen G | $149,302.54 | $0.00 | $149,302.54 | The Baltimore Sun Company |
| 10-55609 | Sennet, Charles | $135,810.21 | $0.00 | $135,810.21 | N/A |
| 10-55647 | Sheehan, Shaun M | $458,594.85 | $363,010.34 | $821,605.19 | Tribune Broadcasting Company |
| 10-55800 | Skipper, Kathy H | $92,557.32 | $0.00 | $92,557.32 | N/A |

CH1 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55650 | Slason, Michael D | $187,595.79 | $0.00 | $187,595.79 | Orlando Sentinel Communications Company |
| 10-55634 | Smist, Erik A | $43,542.30 | $0.00 | $43,542.30 | The Baltimore Sun Company |
| 10-55639 | Solomon, Digby A | $300,062.98 | $0.00 | $300,062.98 | The Daily Press, Inc. |
| 10-55641 | Stancampiano, Louis J | $288,713.64 | $94,857.96 | $383,571.60 | Orlando Sentinel Communications Company |
| 10-55646 | Tazioli, Lou | $221,443.38 | $0.00 | $221,443.38 | Tribune Direct Marketing, Inc. |
| 10-55648 | Teutsch, Clifford L | $43,452.48 | $0.00 | $43,452.48 | The Hartford Courant Company |
| 10-55655 | Thomas, Douglas | $440,988.30 | $0.00 | $440,988.30 | Tribune Publishing Company |
| 10-55659 | Thomas, Timothy J | $65,780.13 | $0.00 | $65,780.13 | The Baltimore Sun Company |
| 10-55661 | Tippie, Stephen P | $68,816.14 | $0.00 | $68,816.14 | Tribune Media Services, Inc. |
| 10-55664 | Trinh, Cam B | $28,800.17 | $0.00 | $28,800.17 | Channel 39, Inc. |
| 10-55666 | Twohey, John C | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55669 | Vinakos, Deborah B | $103,400.14 | $0.00 | $103,400.14 | N/A |
| 10-55681 | Weinstein, Howard G | $592,604.01 | $202,008.33 | $794,612.34 | The Baltimore Sun Company |
| 10-55684 | Whisler, Jack | $168,352.10 | $0.00 | $168,352.10 | Chicago Tribune Company |

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55662 | Williams, Roger D | $42,003.10 | $0.00 | $42,003.10 | WDCW Broadcasting, Inc. |
| 10-55663 | Windsor, Timothy F | $76,036.55 | $0.00 | $76,036.55 | The Baltimore Sun Company |
| 10-55665 | Wolinsky, Leo C | $27,979.26 | $0.00 | $27,979.26 | LA Times Communications LLC |
| 10-55667 | Wollney, John | $94,868.51 | $0.00 | $94,868.51 | Tribune Media Net, Inc. |
| 10-55671 | Xanders, Julie K | $378,810.21 | $174,238.78 | $553,048.99 | LA Times Communications LLC |
| 10-55690 | Youngman, Owen | $328,049.82 | $9,144.64 | $337,194.46 | Chicago Tribune Company |
| 10-55692 | Zelenka, John E | $60,644.53 | $0.00 | $60,644.53 | Tribune Media Services, Inc. |
| 10-55694 | Zerwekh, James D | $332,650.88 | $0.00 | $332,650.88 | KWGN, Inc. |

## II. THIRD PARTY DEFENDANTS

| Adversary Proceeding Number | Third Party Defendant | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|
| 10-55824 | Eagle Aircraft & Transportation Management, Inc. | $332,250.00 | N/A |
| 10-55841 | JPMorgan Chase Bank, N.A. | $79,088,012.45 | N/A |
| 10-55957 | Katten Muchin Rosenman LLP | $25,560.40 | Tribune California Properties, Inc. |
| 10-55967 | Paul, Hastings, Janofsky & Walker LLP | $797,772.31 | N/A |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.