## EXHIBIT B

**("SPLIT SUBSTITUTION ADVERSARIES")**

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | | *Phantom Equity Transfers* | *Success Bonus Transfers* | | |
| 10-55707 | Berlamino, Betty Ellen | $846,094.25 | $733,710.72 | $37,383.53 | $771,094.25 | WPIX, Inc. | $0 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55708 | Ehlmann, Tom E | $1,009,905.99 | $601,572.66 | $0.00 | $601,572.66 | WGN Continental Broadcasting Company | $333,333.33 | $75,000.00 | $408,333.33 | $0.00 |
| 10-55711 | Ellis, James L | $848,058.26 | $442,058.26 | $0.00 | $442,058.26 | Tribune Publishing Company | $0.00 | $0.00 | $0.00 | $406,000.00 |
| 10-55734 | Giannini, Vincent R | $539,002.04 | $338,089.39 | $175,912.65 | $514,002.04 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55761 | Hendricks, John R | $371,861.60 | $296,861.60 | $0.00 | $296,861.60 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55755 | Knapp, Peter A | $389,486.20 | $314,486.20 | $0.00 | $314,486.20 | Tribune Publishing Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55602 | Litman, Brian F | $431,544.23 | $356,544.23 | $0.00 | $356,544.23 | N/A | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.
[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune in place of the Creditors' Committee.
[3] Except as otherwise noted, the amounts listed below are asserted to recover executive transition payments.

CH1 7216054v.5

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | | *Phantom Equity Transfers* | *Success Bonus Transfers* | | |
| 10-55772 | Malcolm, Vincent A | $2,732,539.24 | $569,015.94 | $40,878.20 | $658,971.72[4] | KTLA, Inc. | $0.00 | $75,000.00 | $105,763.10[5] | $1,967,804.42[6] |
| 10-55777 | Mazzaferri, Gina M | $401,946.72 | $227,608.96 | $99,337.76 | $326,946.72 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55612 | Murphy, David P | $2,454,813.53 | $862,013.53 | $0.00 | $862,013.53 | LA Times Communications LLC | $0.00 | $0.00 | $0.00 | $1,592,800.00 |
| 10-55625 | Pearson, Pamela S | $541,970.48 | $389,637.60 | $127,332.88 | $516,970.48 | Tribune Television Northwest, Inc. | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55616 | Poelking, John F | $544,258.91 | $279,672.31 | $214,586.60 | $494,258.91 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55635 | Schacher, Marc S | $972,094.85 | $458,594.85 | $0.00 | $458,594.85 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $463,500.00 |
| 10-55605 | Sewell, Irene M F | $997,490.70 | $609,640.70 | $0.00 | $609,640.70 | N/A | $0.00 | $50,000.00 | $50,000.00 | $337,850.00 |

---

[4] This amount also includes a claim for the recovery of $49,077.58 in excise taxes.
[5] This amount also includes a claim for the recovery of $30,763.10 in excise taxes.
[6] This amount also includes a claim for the recovery of $573,308.02 in excise taxes.

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
| 10-55606 | Shanahan, Patrick | $879,716.10 | $526,336.20 | $253,379.90 | $779,716.10 | N/A | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 10-55645 | Shaw, William P | $505,209.53 | $411,452.07 | $18,757.46 | $430,209.53 | WGN Continental Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55608 | Weitman, Gary | $609,059.44 | $559,059.44 | $0.00 | $559,059.44 | N/A | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55687 | Young, Joseph A | $579,663.22 | $293,274.28 | $261,388.94 | $554,663.22 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |

CH1 7216054v.5