# EXHIBIT C

## ("FULL SUBSTITUTION NOTICE")

| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE ||
|---|---|
| In re:<br>TRIBUNE COMPANY, *et al.*,[1] | <u>Chapter 11</u><br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| TRIBUNE COMPANY [and applicable Reorganized Debtor(s)]<br>　　　　　　　　　　Plaintiff(s),<br>v.<br>[Applicable Defendant]<br>　　　　　　　　　　Defendant. | Adv. Pro. No. [＿＿＿＿＿＿] |

### **<u>NOTICE OF SUBSTITUTION</u>**

In accordance with that order entered on [insert date], [Docket No.] approving the Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This Substitution [Docket No.], and the Effective Date having occurred on [insert date], Reorganized Debtor Tribune Company ("<u>Tribune</u>") and [Reorganized Debtor(s) (if any)] hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as Plaintiff(s) in the above-captioned adversary proceeding.

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

CH1 7216831v.2

Dated: Wilmington, Delaware
       [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS