**EXHIBIT E**

**("TOLLED ORDINARY LITIGATION CLAIMS")**

| Tolling Agreements with the Creditors' Committee, listed by applicable Third Party Defendant |
|---|
| Cahill Gordon & Reindel LLP |
| Citigroup Global Markets Inc. |
| Davis Wright Tremaine LLP |
| Jenner & Block LLP |
| King Blackwell Downs & Zehnder PA |
| Levine Sullivan Koch & Schulz LLP |
| McDermott Will & Emery LLP |
| PricewaterhouseCoopers LLP |
| Seyfarth Shaw LLP |
| Sidley Austin LLP |