# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

**ORDER GRANTING THE DEBTORS' MOTION FOR AN OMNIBUS
ORDER AUTHORIZING THE SUBSTITUTION OF THE
REORGANIZED DEBTORS IN PLACE OF THE CREDITORS'
COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS
AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION**

Upon consideration of the Debtors' Motion ("Motion") For An Omnibus Order

Authorizing The Substitution Of The Reorganized Debtors[2] In Place Of The Creditors'

Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Evidence This Substitution; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Motion having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is hereby granted; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are substituted as the plaintiffs(s) for the Creditors' Committee in each Full Substitution Adversary as detailed on Exhibit A by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Full Substitution Adversaries in place of the Creditors' Committee, as illustrated on Exhibit C, and authorized to file the Full Substitution Notice evidencing such substitution in the dockets of each Full Substitution Adversary following the Effective Date; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are substituted as the plaintiffs(s) for the Creditors' Committee solely with respect to the Ordinary Litigation Claims in each of the Split Substitution Adversaries as detailed on Exhibit B by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Split Substitution Adversaries in place of the Creditors' Committee solely with respect to the Ordinary Litigation Claims, as illustrated on Exhibit D, and are authorized to file a Split Substitution Notice evidencing such substitution in the dockets of each Split Substitution Adversary following the Effective Date; and it is further

ORDERED that the Reorganized Debtors are substituted as the prospective plaintiffs for the Creditors' Committee with respect to each of the Tolled Ordinary Litigation Claims as detailed on Exhibit E; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January ___, 2013

                                              _____

The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

## ("FULL SUBSTITUTION ADVERSARIES")

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55672 | Acanfora, John F | $48,194.11 | $0.00 | $48,194.11 | The Morning Call, Inc. |
| 10-55673 | Agarwal, Deepak | $195,245.08 | $0.00 | $195,245.08 | Chicago Tribune Company |
| 10-55675 | Aldape, Javier J. | $118,210.67 | $18,029.43 | $136,240.10 | Hoy Publications, LLC |
| 10-55685 | Allen, Craig | $272,357.93 | $0.00 | $272,357.93 | Southern Connecticut Newspapers |
| 10-55682 | Allen, F Ashley | $79,285.97 | $0.00 | $79,285.97 | Orlando Sentinel Communications Company |
| 10-55793 | Anderson, Julie D | $214,790.18 | $0.00 | $214,790.18 | N/A |
| 10-55678 | Anischik, Thomas J | $237,326.10 | $302,528.67 | $539,854.77 | The Hartford Courant Company |
| 10-55680 | Arroyo, Gladys M | $34,512.32 | $0.00 | $34,512.32 | Hoy Publications, LLC |
| 10-55683 | Asher, Michael D | $150,950.30 | $0.00 | $150,950.30 | Orlando Sentinel Communications Company |
| 10-55686 | Baker, Cynthia | $199,605.40 | $8,103.90 | $207,709.30 | Tribune Broadcasting News Network |
| 10-55689 | Bare, Roger A | $206,227.02 | $0.00 | $206,227.02 | KIAH, Inc. |

---

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55691 | Barrett, Henry R | $331,079.66 | $0.00 | $331,079.66 | LA Times Communications LLC |
| 10-55693 | Bazanos, Alexa A | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55695 | Bellack, Bob | $478,602.95 | $0.00 | $478,602.95 | LA Times Communications LLC |
| 10-55696 | Bennett, David A | $96,559.24 | $0.00 | $96,559.24 | The Hartford Courant Company |
| 10-55697 | Benson, Kelly F | $115,098.07 | $37,270.73 | $152,368.80 | Orlando Sentinel Communications Company |
| 10-55710 | Biedron, Theodore J | $218,839.09 | $10,930.90 | $229,769.99 | Chicagoland Publishing Company |
| 10-55712 | Birmingham, John | $217,150.29 | $0.00 | $217,150.29 | Chicago Tribune Company |
| 10-55795 | Brewer, Lisa E | $66,732.93 | $0.00 | $66,732.93 | N/A |
| 10-55715 | Brown, Thomas F | $77,746.78 | $0.00 | $77,746.78 | The Morning Call, Inc. |
| 10-55718 | Brubaker, Rebecca M | $173,388.15 | $11,524.13 | $184,912.28 | Chicago Tribune Company |
| 10-55720 | Bucknor, David A | $196,060.66 | $0.00 | $196,060.66 | Sun-Sentinel Company |
| 10-55722 | Budihas, Stephen M | $221,742.26 | $0.00 | $221,742.26 | The Morning Call, Inc. |
| 10-55593 | Caputo, Thomas | $478,049.54 | $0.00 | $478,049.54 | N/A |

3

CH1 7235600v.7

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55725 | Casanova, Vincent | $668,591.81 | $0.00 | $668,591.81 | Tribune Publishing Company |
| 10-55798 | Catania, Matthew | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55730 | Conway, Susan M | $53,817.63 | $0.00 | $53,817.63 | The Daily Press, Inc. |
| 10-55698 | Daley, Raymond | $368,315.32 | $0.00 | $368,315.32 | Sun-Sentinel Company |
| 10-55699 | Davis, Catherine A | $63,312.48 | $9,703.61 | $73,016.09 | WPIX, Inc. |
| 10-55700 | Delia, Lawrence | $146,654.24 | $34,182.24 | $180,836.48 | Tribune Television New Orleans, Inc. |
| 10-55701 | DePaola, Kenneth J | $720,251.59 | $0.00 | $720,251.59 | Chicago Tribune Company |
| 10-55703 | Doherty, Philip | $285,956.38 | $201,966.12 | $487,922.50 | Chicago Tribune Company |
| 10-55704 | Donnelly, Cindy | $8,551.12 | $0.00 | $8,551.12 | Tribune Entertainment Company |
| 10-55706 | Donovan, Dianne | $44,329.01 | $0.00 | $44,329.01 | The Baltimore Sun Company |
| 10-55713 | Engberg, Richard | $240,431.50 | $0.00 | $240,431.50 | Channel 39, Inc. |
| 10-55716 | Farber, Steve | $125,975.09 | $0.00 | $125,975.09 | ChicagoLand Television News, Inc. |
| 10-55719 | Farrington, Audrey L | $338,089.39 | $41,144.76 | $379,234.15 | Channel 40, Inc. |
| 10-55702 | Feeney, Richard S | $165,602.10 | $141,138.10 | $306,740.20 | The Hartford Courant Company |
| 10-55705 | Feher Jr, James F | $66,919.53 | $0.00 | $66,919.53 | The Morning Call, Inc. |

4

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55709 | Fehnel, James D | $221,800.27 | $0.00 | $221,800.27 | Tribune Media Services, Inc. |
| 10-55714 | Felty, Richard D | $143,817.23 | $0.00 | $143,817.23 | Tribune Broadcasting News Network |
| 10-55717 | Filice, Peter D | $21,890.86 | $0.00 | $21,890.86 | Channel 40, Inc. |
| 10-55595 | Flax, Karen H | $103,571.16 | $0.00 | $103,571.16 | N/A |
| 10-55721 | Foux, Michael C | $103,400.14 | $45,289.92 | $148,690.06 | The Morning Call, Inc. |
| 10-55723 | Franklin, Timothy | $236,253.81 | $0.00 | $236,253.81 | The Baltimore Sun Company |
| 10-55729 | Gart, Michael | $154,125.38 | $0.00 | $154,125.38 | Tribune Media Services, Inc. |
| 10-55731 | Gates, Ernest C | $107,638.22 | $0.00 | $107,638.22 | The Daily Press, Inc. |
| 10-55802 | Gates, Michael C | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55736 | Goldstone, Ira | $260,895.96 | $670,346.85 | $931,242.81 | Tribune Broadcasting Company |
| 10-55740 | Graziano, Richard J | $237,591.50 | $0.00 | $237,591.50 | Tribune Television Company |
| 10-55742 | Greenberg, Howard | $490,846.10 | $199,708.52 | $690,554.62 | Sun-Sentinel Company |
| 10-55750 | Hall, Charlotte H | $206,800.27 | $110,931.08 | $317,731.35 | Orlando Sentinel Communications Company |
| 10-55756 | Hano, Randy | $197,706.95 | $0.00 | $197,706.95 | Chicagoland Publishing Company |
| 10-55758 | Haselden, William B | $217,749.97 | $0.00 | $217,749.97 | Tribune Media Net, Inc. |

5

CHI 7235600v.7

## I.    INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55790 | Hayes Jr, Dana C. | $467,876.25 | $9,144.64 | $477,020.89 | N/A |
| 10-55792 | Healy, Greg | $42,755.60 | $0.00 | $42,755.60 | N/A |
| 10-55760 | Healy, Jane E | $46,039.23 | $0.00 | $46,039.23 | Orlando Sentinel Communications Company |
| 10-55763 | Hertz, Catherine M | $119,785.57 | $0.00 | $119,785.57 | Orlando Sentinel Communications Company |
| 10-55770 | Hilliard, Ardith | $70,734.86 | $0.00 | $70,734.86 | The Morning Call, Inc. |
| 10-55597 | Holm, Robert | $127,651.11 | $0.00 | $127,651.11 | N/A |
| 10-55732 | Hudspeth, Carolyn | $28,800.17 | $0.00 | $28,800.17 | Tribune Television Company |
| 10-55733 | Hunter, Bonnie B | $11,250.00 | $0.00 | $11,250.00 | Chicago Tribune Company |
| 10-55735 | Hunter, Tony | $412,585.23 | $0.00 | $412,585.23 | Chicago Tribune Company |
| 10-55737 | Hutzler, Linda | $43,542.30 | $0.00 | $43,542.30 | Tribune Television Holdings, Inc. |
| 10-55738 | Inouye, Richard E | $86,297.89 | $0.00 | $86,297.89 | Tribune Entertainment Company |
| 10-55741 | Iskra, Alice T | $6,743.75 | $0.00 | $6,743.75 | Patuxent Publishing Company |
| 10-55743 | Jacobs, Janice | $251,751.90 | $0.00 | $251,751.90 | Chicago Tribune Company |
| 10-55744 | Jimenez, Terry | $366,940.30 | $0.00 | $366,940.30 | Tribune Media Net, Inc. |

6

CH1 7235600v.7

**I.   INSIDER DEFENDANTS**

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55746 | Jones, Gordon L. | $388,725.48 | $0.00 | $388,725.48 | Tribune Media Net, Inc. |
| 10-55754 | Kelly Jr, Paul R | $40,463.90 | $0.00 | $40,463.90 | WGN Continental Broadcasting Company |
| 10-55747 | Kennedy, Timothy R | $536,176.66 | $0.00 | $536,176.66 | The Morning Call, Inc. |
| 10-55749 | Kern, Gerould | $439,622.14 | $11,524.13 | $451,146.27 | Tribune Publishing Company |
| 10-55752 | Khahaifa, Avido Dikari | $384,176.48 | $0.00 | $384,176.48 | Orlando Sentinel Communications Company |
| 10-55753 | Klunder, Jack D | $363,048.55 | $0.00 | $363,048.55 | LA Times Communications LLC |
| 10-55757 | Kniffin, David | $204,492.58 | $0.00 | $204,492.58 | Star Community Publishing, LLC |
| 10-55759 | Kolb, Patricia A | $127,119.34 | $0.00 | $127,119.34 | Tribune Television Holdings, Inc. |
| 10-55762 | Koller, Timothy L | $32,550.17 | $0.00 | $32,550.17 | Tribune Television Company |
| 10-55764 | Kranzley, Glenn G | $8,972.50 | $0.00 | $8,972.50 | The Morning Call, Inc. |
| 10-55765 | Lanesey, William A | $135,279.71 | $0.00 | $135,279.71 | KPLR, Inc. |
| 10-55768 | Langmyer, Thomas E. | $257,775.23 | $0.00 | $257,775.23 | WGN Continental Broadcasting Company |

7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55771 | Levine, Jeffrey S | $160,436.19 | $0.00 | $160,436.19 | Sun-Sentinel Company |
| 10-55766 | Lipinski, Ann Marie | $691,892.62 | $285,622.93 | $977,515.55 | Chicago Tribune Company |
| 10-55769 | Mahoney, Walter F | $57,566.14 | $54,967.76 | $112,533.90 | Tribune Media Services, Inc. |
| 10-55796 | Malee, Michael J | $73,573.83 | $0.00 | $73,573.83 | N/A |
| 10-55773 | Manzi, John M | $143,253.49 | $0.00 | $143,253.49 | Tribune Broadcast Holdings, Inc. |
| 10-55774 | Maranto, Louis | $97,995.82 | $0.00 | $97,995.82 | The Baltimore Sun Company |
| 10-55775 | Martin, Jerome P | $389,637.60 | $0.00 | $389,637.60 | Tribune Television Company |
| 10-55776 | Maucker, Earl R | $280,281.72 | $199,708.52 | $479,990.24 | Sun-Sentinel Company |
| 10-55778 | McCleary La France, Kim A | $103,400.14 | $0.00 | $103,400.14 | LA Times Communications LLC |
| 10-55779 | Meyer, Nancy A | $102,613.43 | $0.00 | $102,613.43 | The Hartford Courant Company |
| 10-55780 | Meyrowitz, Eric J | $257,775.23 | $0.00 | $257,775.23 | WDCW Broadcasting, Inc. |
| 10-55784 | Mitchell, Kenneth | $84,006.19 | $0.00 | $84,006.19 | Sun-Sentinel Company |
| 10-55782 | Mitchell, Susan M | $444,435.37 | $87,355.52 | $531,790.89 | Tribune Publishing Company |
| 10-55786 | Mitrovich, Dan | $60,594.57 | $0.00 | $60,594.57 | KSWB, Inc. |

8

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55787 | Molchany, Richard D | $54,453.53 | $0.00 | $54,453.53 | The Morning Call, Inc. |
| 10-55781 | Morehouse III, L Clark | $206,800.27 | $0.00 | $206,800.27 | Tribune Entertainment Company |
| 10-55783 | Morrill, Christopher C | $100,654.22 | $0.00 | $100,654.22 | The Hartford Courant Company |
| 10-55785 | Motley, Robyn L | $119,920.90 | $0.00 | $119,920.90 | Sun-Sentinel Company |
| 10-55788 | Mulderrig, Stephen J | $138,391.32 | $0.00 | $138,391.32 | Tribune Entertainment Company |
| 10-55611 | Murakami, Gwen P | $303,393.47 | $318,327.80 | $621,721.27 | LA Times Communications LLC |
| 10-55613 | NeJame, George C | $33,862.43 | $0.00 | $33,862.43 | Tribune Entertainment Company |
| 10-55614 | Newton, Russell J | $229,846.70 | $0.00 | $229,846.70 | LA Times Communications LLC |
| 10-55615 | Nork, Thomas J | $160,966.27 | $0.00 | $160,966.27 | Sun-Sentinel Company |
| 10-55651 | O'Brien, Dennis G | $28,800.17 | $0.00 | $28,800.17 | KWGN, Inc. |
| 10-55656 | O'Loughlin, John T | $473,605.63 | $0.00 | $473,605.63 | LA Times Communications LLC |

9

CH1 7235600v.7

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55619 | Ortiz, Norbert E | $77,746.78 | $0.00 | $77,746.78 | Orlando Sentinel Communications Company |
| 10-55658 | O'Shea, James | $183,916.27 | $0.00 | $183,916.27 | LA Times Communications LLC |
| 10-55660 | O'Sullivan, Daniel A | $69,024.63 | $0.00 | $69,024.63 | Tribune Television Company |
| 10-55623 | Palermini, Robert J | $291,402.46 | $0.00 | $291,402.46 | LA Times Communications LLC |
| 10-55627 | Pedersen, Gregory C | $96,388.22 | $0.00 | $96,388.22 | The Daily Press, Inc. |
| 10-55628 | Pisani, Joseph F | $179,281.25 | $0.00 | $179,281.25 | Southern Connecticut Newspapers |
| 10-55617 | Pompe, Scott G | $59,721.02 | $0.00 | $59,721.02 | LA Times Communications LLC |
| 10-55620 | Posada, Julian G | $69,982.36 | $0.00 | $69,982.36 | Hoy Publications, LLC |
| 10-55622 | Ramirez, Myrna G | $229,297.43 | $68,486.64 | $297,784.07 | Tribune Broadcasting Company |
| 10-55624 | Ramsey, Robert J | $206,227.02 | $8,103.90 | $214,330.92 | KSWB, Inc. |
| 10-55631 | Riggle, John A | $49,191.18 | $166,235.52 | $215,426.70 | Tribune Television Company |
| 10-55607 | Rodden, John B | $127,514.29 | $103,891.40 | $231,405.69 | N/A |

10

CH1 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55632 | Ross, Sheau-ming Kuo | $115,098.07 | $0.00 | $115,098.07 | WGN Continental Broadcasting Company |
| 10-55633 | Rounce, Robert R | $43,542.30 | $95,332.15 | $138,874.45 | The Hartford Courant Company |
| 10-55653 | Ryan, Timothy E | $581,586.48 | $0.00 | $581,586.48 | The Baltimore Sun Company |
| 10-55654 | Santay, Stephen G | $20,180.64 | $0.00 | $20,180.64 | Tribune Entertainment Company |
| 10-55657 | Scanlon, Kevin P | $126,761.80 | $0.00 | $126,761.80 | The Baltimore Sun Company |
| 10-55636 | Schaible, Linda A | $69,982.36 | $0.00 | $69,982.36 | N/A |
| 10-55799 | Scholly, Alison R | $241,537.06 | $28,506.03 | $270,043.09 | N/A |
| 10-55638 | Schepf, Robert K | $65,077.11 | $0.00 | $65,077.11 | The Hartford Courant Company |
| 10-55642 | Segall, Lynne A | $73,118.96 | $0.00 | $73,118.96 | LA Times Communications LLC |
| 10-55643 | Seidl, Stephen G | $149,302.54 | $0.00 | $149,302.54 | The Baltimore Sun Company |
| 10-55609 | Sennet, Charles | $135,810.21 | $0.00 | $135,810.21 | N/A |
| 10-55647 | Sheehan, Shaun M | $458,594.85 | $363,010.34 | $821,605.19 | Tribune Broadcasting Company |
| 10-55800 | Skipper, Kathy H | $92,557.32 | $0.00 | $92,557.32 | N/A |

11

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55650 | Slason, Michael D | $187,595.79 | $0.00 | $187,595.79 | Orlando Sentinel Communications Company |
| 10-55634 | Smist, Erik A | $43,542.30 | $0.00 | $43,542.30 | The Baltimore Sun Company |
| 10-55639 | Solomon, Digby A | $300,062.98 | $0.00 | $300,062.98 | The Daily Press, Inc. |
| 10-55641 | Stancampiano, Louis J | $288,713.64 | $94,857.96 | $383,571.60 | Orlando Sentinel Communications Company |
| 10-55646 | Tazioli, Lou | $221,443.38 | $0.00 | $221,443.38 | Tribune Direct Marketing, Inc. |
| 10-55648 | Teutsch, Clifford L | $43,452.48 | $0.00 | $43,452.48 | The Hartford Courant Company |
| 10-55655 | Thomas, Douglas | $440,988.30 | $0.00 | $440,988.30 | Tribune Publishing Company |
| 10-55659 | Thomas, Timothy J | $65,780.13 | $0.00 | $65,780.13 | The Baltimore Sun Company |
| 10-55661 | Tippie, Stephen P | $68,816.14 | $0.00 | $68,816.14 | Tribune Media Services, Inc. |
| 10-55664 | Trinh, Cam B | $28,800.17 | $0.00 | $28,800.17 | Channel 39, Inc. |
| 10-55666 | Twohey, John C | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55669 | Vinakos, Deborah B | $103,400.14 | $0.00 | $103,400.14 | N/A |
| 10-55681 | Weinstein, Howard G | $592,604.01 | $202,008.33 | $794,612.34 | The Baltimore Sun Company |
| 10-55684 | Whisler, Jack | $168,352.10 | $0.00 | $168,352.10 | Chicago Tribune Company |

12

CH1 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55662 | Williams, Roger D | $42,003.10 | $0.00 | $42,003.10 | WDCW Broadcasting, Inc. |
| 10-55663 | Windsor, Timothy F | $76,036.55 | $0.00 | $76,036.55 | The Baltimore Sun Company |
| 10-55665 | Wolinsky, Leo C | $27,979.26 | $0.00 | $27,979.26 | LA Times Communications LLC |
| 10-55667 | Wollney, John | $94,868.51 | $0.00 | $94,868.51 | Tribune Media Net, Inc. |
| 10-55671 | Xanders, Julie K | $378,810.21 | $174,238.78 | $553,048.99 | LA Times Communications LLC |
| 10-55690 | Youngman, Owen | $328,049.82 | $9,144.64 | $337,194.46 | Chicago Tribune Company |
| 10-55692 | Zelenka, John E | $60,644.53 | $0.00 | $60,644.53 | Tribune Media Services, Inc. |
| 10-55694 | Zerwekh, James D | $332,650.88 | $0.00 | $332,650.88 | KWGN, Inc. |

13

## II. THIRD PARTY DEFENDANTS

| Adversary Proceeding Number | Third Party Defendant | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|
| 10-55824 | Eagle Aircraft & Transportation Management, Inc. | $332,250.00 | N/A |
| 10-55841 | JPMorgan Chase Bank, N.A. | $79,088,012.45 | N/A |
| 10-55957 | Katten Muchin Rosenman LLP | $25,560.40 | Tribune California Properties, Inc. |
| 10-55967 | Paul, Hastings, Janofsky & Walker LLP | $797,772.31 | N/A |

---

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.

## EXHIBIT B

## ("SPLIT SUBSTITUTION ADVERSARIES")

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
| 10-55707 | Berlamino, Betty Ellen | $846,094.25 | $733,710.72 | $37,383.53 | $771,094.25 | WPIX, Inc. | $0 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55708 | Ehlmann, Tom E | $1,009,905.99 | $601,572.66 | $0.00 | $601,572.66 | WGN Continental Broadcasting Company | $333,333.33 | $75,000.00 | $408,333.33 | $0.00 |
| 10-55711 | Ellis, James L | $848,058.26 | $442,058.26 | $0.00 | $442,058.26 | Tribune Publishing Company | $0.00 | $0.00 | $0.00 | $406,000.00 |
| 10-55734 | Giannini, Vincent R | $539,002.04 | $338,089.39 | $175,912.65 | $514,002.04 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55761 | Hendricks, John R | $371,861.60 | $296,861.60 | $0.00 | $296,861.60 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55755 | Knapp, Peter A | $389,486.20 | $314,486.20 | $0.00 | $314,486.20 | Tribune Publishing Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55602 | Litman, Brian F | $431,544.23 | $356,544.23 | $0.00 | $356,544.23 | N/A | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune in place of the Creditors' Committee.

[3] Except as otherwise noted, the amounts listed below are asserted to recover executive transition payments.

CH1 721,60Sav.5

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | | *Phantom Equity Transfers* | *Success Bonus Transfers* | | |
| 10-55772 | Malcolm, Vincent A | $2,732,539.24 | $569,015.94 | $40,878.20 | $658,971.72[4] | KTLA, Inc. | $0.00 | $75,000.00 | $105,763.10[5] | $1,967,804.42[6] |
| 10-55777 | Mazzaferri, Gina M | $401,946.72 | $227,608.96 | $99,337.76 | $326,946.72 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55612 | Murphy, David P | $2,454,813.53 | $862,013.53 | $0.00 | $862,013.53 | LA Times Communications LLC | $0.00 | $0.00 | $0.00 | $1,592,800.00 |
| 10-55625 | Pearson, Pamela S | $541,970.48 | $389,637.60 | $127,332.88 | $516,970.48 | Tribune Television Northwest, Inc. | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55616 | Poelking, John F | $544,258.91 | $279,672.31 | $214,586.60 | $494,258.91 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55635 | Schacher, Marc S | $972,094.85 | $458,594.85 | $0.00 | $458,594.85 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $463,500.00 |
| 10-55605 | Sewell, Irene M F | $997,490.70 | $609,640.70 | $0.00 | $609,640.70 | N/A | $0.00 | $50,000.00 | $50,000.00 | $337,850.00 |

[4] This amount also includes a claim for the recovery of $49,077.58 in excise taxes.
[5] This amount also includes a claim for the recovery of $30,763.10 in excise taxes.
[6] This amount also includes a claim for the recovery of $573,308.02 in excise taxes.

CHI 7216054v.5

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
| 10-55606 | Shanahan, Patrick | $879,716.10 | $526,336.20 | $253,379.90 | $779,716.10 | N/A | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 10-55645 | Shaw, William P | $505,209.53 | $411,452.07 | $18,757.46 | $430,209.53 | WGN Continental Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55608 | Weitman, Gary | $609,059.44 | $559,059.44 | $0.00 | $559,059.44 | N/A | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55687 | Young, Joseph A | $579,663.22 | $293,274.28 | $261,388.94 | $554,663.22 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |

CH1 7216054v.5

**EXHIBIT C**

**("FULL SUBSTITUTION NOTICE")**

<table>
<tr><td colspan="2" align="center"><strong>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</strong></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <em>et al.</em>,[1]</td><td><u>Chapter 11</u><br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [and applicable<br>Reorganized Debtor(s)]<br> Plaintiff(s), v.<br><br>[Applicable Defendant]<br> Defendant. </td><td>Adv. Pro. No. [＿＿＿＿＿＿]</td></tr>
</table>

<u>**NOTICE OF SUBSTITUTION**</u>

   In accordance with that order entered on [insert date], [Docket No.] approving the

Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized

Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings

And Approving Procedures To Evidence This Substitution [Docket No.], and the Effective Date

having occurred on [insert date], Reorganized Debtor Tribune Company ("<u>Tribune</u>") and

[Reorganized Debtor(s) (if any)] hereby file(s) this notice of substitution of Tribune [and

applicable Reorganized Debtor(s)] for the Creditors' Committee as Plaintiff(s) in the above-

captioned adversary proceeding.

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

Dated: Wilmington, Delaware
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

    -and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

**EXHIBIT D**

**("SPLIT SUBSTITUTION NOTICE")**

<table>
<tr><td colspan="2" align="center"><strong>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</strong></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <em>et al.</em>,[1]</td><td>Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [and applicable Reorganized Debtor(s)]<br><br>          Plaintiff(s) with respect to the Ordinary Litigation Claims,<br><br>v.<br><br>[Applicable Defendant]<br>          Defendant.</td><td>Adv. Pro. No. [_____]</td></tr>
</table>

<u>**NOTICE OF SUBSTITUTION**</u>

       In accordance with that order entered on [insert date], [Docket No.] approving the Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This Substitution ("<u>Motion</u>") [Docket No.], and the Effective Date having occurred on [insert date], Reorganized Debtor Tribune Company ("<u>Tribune</u>") [and applicable Reorganized Debtor(s)] hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as plaintiff(s) in the above-captioned adversary proceeding solely with respect to the Ordinary Litigation

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

Claim(s)[2] asserted therein, which seek to avoid and recover [$_] in deferred bonus transfers, [$_]

in restricted stock units and/or options, and [$_] in associated Excise Tax Transfers.

Dated: Wilmington, Delaware
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

---

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.

## EXHIBIT E

### ("TOLLED ORDINARY LITIGATION CLAIMS")

| Tolling Agreements with the Creditors' Committee, listed by applicable Third Party Defendant |
| --- |
| Cahill Gordon & Reindel LLP |
| Citigroup Global Markets Inc. |
| Davis Wright Tremaine LLP |
| Jenner & Block LLP |
| King Blackwell Downs & Zehnder PA |
| Levine Sullivan Koch & Schulz LLP |
| McDermott Will & Emery LLP |
| PricewaterhouseCoopers LLP |
| Seyfarth Shaw LLP |
| Sidley Austin LLP |