## EXHIBIT A

### Fee Statements for Compensation Period

(please see attached statements)

| INVOICE NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|
| 1927429 | April 2012 | $757.50 | $30.90 |
| 1951308 | June 2012 - October 2012 | $16,322.50 | $30.00 |
| 1953096 | November 2012 | $614.50 | $0.00 |
|  |  |  |  |
| TOTAL |  | $17,694.50 (80% of which is $14,155.60) | $60.90 |

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

May 18, 2012

Please refer to
Invoice Number: 1927429

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

### Post-Petition General Matter
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2012 | $757.50 |
| Costs incurred and advanced | 30.90 |
| **Current Fees and Costs** | **$788.40** |
| **Total Balance Due** | **$788.40** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 18, 2012

Please refer to
Invoice Number: 1927429

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PH LLP Client/Matter # 75245-00001
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2012 | $757.50 |
| Costs incurred and advanced | 30.90 |
| **Current Fees and Costs Due** | **$788.40** |
| **Total Balance Due** | **$788.40** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

May 18, 2012

Please refer to
Invoice Number: 1927429

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2012

## Post-Petition General Matter                                        $757.50

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/12 | HS5 | Review and revise final fee application (0.3) | 0.30 | 505.00 | 151.50 |
| 04/13/12 | HS5 | Review and revise final fee application | 0.90 | 505.00 | 454.50 |
| 04/17/12 | HS5 | Review correspondence from K. Traxler regarding fee applications | 0.30 | 505.00 | 151.50 |
| | | **Subtotal: B160   Fee/ Employment Applications** | **1.50** | | **757.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| HS5 | Holly Snow | Associate | 1.50 | 505.00 | 757.50 |

**Costs incurred and advanced**

Tribune Company     Page 2
75245-00001
Invoice No. 1927429

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 02/20/2012 | KAT2 | Requested by Katherine Traxler Abele Court Reporting Services - Court Call, Invoice # 4766147 dated 02/20/2012, CourtCall Charge for appearance on 2/15/12 (Katie Traxler -- Tribune Company). | | | 30.00 |
| 04/18/2012 | HS5 | Postage/Express Mail | | | 0.90 |
| | | **Total Costs** | | | **$30.90** |

**Current Fees and Costs**     **$788.40**

**Total Balance Due**     **$788.40**

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
   Vice President & Deputy General Counsel

November 30, 2012

Please refer to
Invoice Number: 1951308

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2012 | $16,322.50 |
| Costs incurred and advanced | 30.00 |
| **Current Fees and Costs** | **$16,352.50** |
| **Total Balance Due** | **$16,352.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

November 30, 2012

Please refer to
Invoice Number: 1951308

PH LLP Tax ID No. 95-2209675

## REMITTANCE COPY

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending October 31, 2012 | $16,322.50 |
| Costs incurred and advanced | 30.00 |
| **Current Fees and Costs Due** | **$16,352.50** |
| **Total Balance Due** | **$16,352.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

November 30, 2012

Please refer to
Invoice Number: 1951308

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2012

## KTLA                                                                              $16,322.50

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/12 | KAT2 | Prepare supplemental disclosure affidavit for P. Ramsey | 2.50 | 715.00 | 1,787.50 |
| 10/30/12 | KAT2 | Prepare correspondence to P. Ramsey and C. Walworth regarding same | 0.20 | 715.00 | 143.00 |
| 10/30/12 | KAT2 | Exchange correspondence with N. Marine regarding same | 0.10 | 715.00 | 71.50 |
| 10/30/12 | KAT2 | Research regarding interested parties and disclosure for affidavit | 0.40 | 715.00 | 286.00 |
| 10/30/12 | KAT2 | Exchange correspondence with B. Ritter regarding disclosure affidavit | 0.10 | 715.00 | 71.50 |
| | Subtotal: B160 Fee/Employment Applications | | 3.30 | | 2,359.50 |

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/12 | PAR | Telephone conference with R. DeBoer regarding KTLA tenant improvement letter agreement | 0.30 | 940.00 | 282.00 |

Tribune Company  Page 2
75245-00013
Invoice No. 1951308

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/12 | PAR | Review issues regarding tenant improvements | 0.30 | 940.00 | 282.00 |
| 06/08/12 | FLH | Review letter from Hudson Properties to KTLA regarding request for consent to tenant improvements to KTLA property (.20); review KTLA lease requirements for landlord consent to same (.20); conference call with R. DeBoer, D. Cox, M. Weiner, A. deVallet, J. Moczulski, T. Cherry and P. Ramsey regarding landlord consent requirements with respect to tenant improvements under the KTLA lease (.60) | 1.00 | 345.00 | 345.00 |
| 06/08/12 | PAR | Prepare for conference call with R. DeBoer, D. Cox, M. Weiner, A. deVallet, J. Moczulski, T. Cherry, and F. Holley regarding landlord consent requirements with respect to tenant improvements under the KTLA lease (.2); conference call with R. DeBoer, D. Cox, M. Weiner, A. deVallet, J. Moczulski, T. Cherry, and F. Holley regarding same (.6) | 0.80 | 940.00 | 752.00 |
| 06/18/12 | PAR | Review R. DeBoer email regarding tenant improvement issues | 0.20 | 940.00 | 188.00 |
| 06/18/12 | PAR | Telephone conference with T. Cherry regarding KTLA construction issues | 0.20 | 940.00 | 188.00 |
| 06/18/12 | PAR | Review KTLA lease provisions | 0.40 | 940.00 | 376.00 |
| 06/21/12 | PAR | Review correspondence from J. Moczulski, R. DeBoer, T. Cherry, and F. Holley regarding KTLA Bldg 21 meeting | 0.30 | 940.00 | 282.00 |

Tribune Company                                                                                                Page 3
75245-00013
Invoice No. 1951308

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/22/12 | FLH | Review KTLA lease regarding responsible party for payment of costs related to ADA compliance and landlord consent standards for alterations (.5); conference call with R. DeBoer, D. Cox, J. Moczulski, T. Cherry, and J. Wrich regarding KTLA lease and approach to landlord for alterations work (.5) | 1.00 | 345.00 | 345.00 |
| 06/22/12 | PAR | Review KTLA lease on construction issues (.8); conference call with R. DeBoer, D. Cox, J. Moczulski, T. Cherry, F. Holley, and J. Wrich regarding KTLA lease and approach to landlord for alterations work (.5) | 1.30 | 940.00 | 1,222.00 |
| 07/02/12 | PAR | Prepare changes to letter to landlord regarding R. DeBoer comments | 0.30 | 940.00 | 282.00 |
| 08/07/12 | PAR | Review construction issues in connection with KTLA lease (.2); discuss construction issues with S. Spira (.1) | 0.30 | 940.00 | 282.00 |
| 08/07/12 | SGS4 | Review construction agreement | 0.60 | 550.00 | 330.00 |
| 08/07/12 | SGS4 | Research regarding California requirements for construction agreement | 0.60 | 550.00 | 330.00 |
| 08/08/12 | PAR | Review construction issues with S. Spira | 0.30 | 940.00 | 282.00 |
| 08/08/12 | SGS4 | Conference with R. DeBoer regarding California provisions for constructions agreement | 0.50 | 550.00 | 275.00 |
| 08/08/12 | SGS4 | Prepare provisions for construction agreement | 0.50 | 550.00 | 275.00 |
| 08/10/12 | SGS4 | Research construction contracts and review AIA form | 1.30 | 550.00 | 715.00 |
| 08/13/12 | SGS4 | Review construction agreement under Illinois law | 1.00 | 550.00 | 550.00 |
| 08/13/12 | SGS4 | Prepare construction agreement | 0.50 | 550.00 | 275.00 |

Tribune Company                                                                                              Page 4
75245-00013
Invoice No. 1951308

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/12 | SGS4 | Telephone conference with R. DeBoer regarding construction agreement | 0.60 | 550.00 | 330.00 |
| 08/14/12 | SGS4 | Research regarding additional provisions to construction agreement | 0.60 | 550.00 | 330.00 |
| 08/15/12 | SGS4 | Telephone conference with R. DeBoer regarding construction agreement | 0.50 | 550.00 | 275.00 |
| 08/15/12 | SGS4 | Review construction agreement | 0.50 | 550.00 | 275.00 |
| 08/20/12 | SGS4 | Review revised construction contract | 0.50 | 550.00 | 275.00 |
| 08/20/12 | SGS4 | Conference with R DeBoer regarding revised construction contract | 0.50 | 550.00 | 275.00 |
| 08/28/12 | SGS4 | Revise construction agreement under California law | 1.00 | 550.00 | 550.00 |
| 08/28/12 | SGS4 | Telephone conference with client (R. DeBoer) regarding construction agreement under California law | 0.50 | 550.00 | 275.00 |
| 09/18/12 | SGS4 | Conference with R. DeBoer regarding construction agreement (.6); review and revise client's construction agreement under California law (1.2) | 1.80 | 550.00 | 990.00 |
| 09/19/12 | SGS4 | Revise construction contract under California law (.9); correspond with R. DeBoer regarding same (.4) | 1.30 | 550.00 | 715.00 |
| 09/20/12 | SGS4 | Revise construction contract under California law (2.1); correspond with R. DeBoer regarding same (.4) | 2.50 | 550.00 | 1,375.00 |
| 09/21/12 | SGS4 | Correspond with client (R. DeBoer) regarding construction agreement | 0.80 | 550.00 | 440.00 |
| **Subtotal: B250 Real Estate** | | | **22.80** | | **13,963.00** |

Tribune Company  Page 5
75245-00013
Invoice No. 1951308

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| PAR | Patrick A. Ramsey | Partner | 4.70 | 940.00 | 4,418.00 |
| KAT2 | Katherine A. Traxler | Other Attorney | 3.30 | 715.00 | 2,359.50 |
| SGS4 | Susan G. Spira | Other Attorney | 16.10 | 550.00 | 8,855.00 |
| FLH | Felicia L. Holley | Paralegal | 2.00 | 345.00 | 690.00 |

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/18/2012 | KAT2 | Court Reporting Services - Court Call, Invoice # 5044096 dated 07/18/2012, CourtCall Charge for appearance on 7/11/12 (Katie Traxler -- Tribune Company) | | | 30.00 |

**Total Costs** $30.00

**Current Fees and Costs** $16,352.50

**Total Balance Due** $16,352.50

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

December 18, 2012

Please refer to
Invoice Number: 1953096

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2012 | $614.50 |
| **Current Fees and Costs Due** | **$614.50** |
| **Total Balance Due** | **$614.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 18, 2012

Please refer to
Invoice Number: 1953096

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending November 30, 2012 | $614.50 |
| **Current Fees and Costs Due** | $614.50 |
| **Total Balance Due** | $614.50 |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

December 18, 2012

Please refer to
Invoice Number: 1953096

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2012

## KTLA $614.50

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/12 | HS5 | Review fee applicable withdrawal | 0.20 | 570.00 | 114.00 |
| 11/08/12 | KAT2 | Prepare ninth supplemental disclosure affidavit | 0.50 | 715.00 | 357.50 |
| 11/08/12 | KAT2 | Exchange correspondence with M. Wetzler regarding supplemental affidavit | 0.10 | 715.00 | 71.50 |
| 11/08/12 | KAT2 | Exchange correspondence with C. Walworth regarding supplemental affidavit | 0.10 | 715.00 | 71.50 |
| | | Subtotal: B160   Fee/Employment Applications | 0.90 | | 614.50 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| HS5 | Holly Snow | Associate | 0.20 | 570.00 | 114.00 |
| KAT2 | Katherine A. Traxler | Other Attorney | 0.70 | 715.00 | 500.50 |

Tribune Company                                                Page 2
75245-00013
Invoice No. 1953096

| | |
|---|---:|
| **Current Fees and Costs** | $614.50 |
| **Total Balance Due** | $614.50 |

# EXHIBIT B

## Expense Summary for Compensation Period

| Expense Category | April Expenses | July Expenses | Total Expenses |
|---|---|---|---|
| Court Reporting Services - Court Call, Invoice # 4766147 dated 02/20/2012, CourtCall Charge for appearance on 2/15/12 (Katie Traxler -- Tribune Company) | $30.00 | $0.00 | $30.00 |
| Court Reporting Services - Court Call, Invoice # 5044096 dated 07/18/2012, CourtCall Charge for appearance on 7/11/12 (Katie Traxler -- Tribune Company) | $0.00 | $30.00 | $30.00 |
| Postage/Express Mail | $0.90 | $0.00 | $0.90 |
| **TOTAL** | **$30.90** | **$30.00** | **$60.90** |