# EXHIBIT A

**Sixth Interim Compensation Period December 1, 2010 to February 28, 2011**

| Docket No. | Interim Fees Approved | Interim Expenses Approved | Total Amount Approved |
|---|---|---|---|
| 8730 | $1,246,958.75 | $2,299,209.52 | $3,546,168.27 |

**Seventh Interim Compensation Period March 1, 2011 to May 31, 2011**

| Docket No. | Interim Fees Approved | Interim Expenses Approved | Total Amount Approved |
|---|---|---|---|
| 9475 | $1,101,290.50 | $546,085.93 | $1,647,376.43 |

{698.001-W0024113.}

3