Change of Address

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| In re.: ) | |
| ) | |
| Los Angeles Times Communications LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | CASE NO. 08-13185 |
| ) | |
| ) | |
| _____ ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that BURNHAM 17TH STREET CORNER, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court and any representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
CAROLINE DJANG
BURNHAM 17TH STREET CORNER, LLC
C/O PENELOPE PARMES RUTAN & TUCKER LLP611 ANTON BLVD., 14TH FLOOR
COSTA MESA, CA 92626


**New Address**
BURNHAM 17TH STREET CORNER, LLC
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601
914-509-5000


BURNHAM 17TH STREET CORNER, LLC
By: _____

Title: Authorized Agent

Date: 12/18/12

Ref. Proof of Claim No. 6054
//MB