IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Objection Date: January 17, 2013 at 4:00 p.m.<br>Hearing Date: *Only if Objections are filed* |

## FORTY-SIXTH FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | **October 1, 2012 through October 31, 2012** |
| Amount of compensation sought as actual, reasonable and necessary: | **$1,700,074.55** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$56,416.06** |

This is a(n): __X__ monthly _____ interim _____ final application

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | **$1,360,059.64** |
| Expenses at 100% | **$56,416.06** |

## FEE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 15 years. Admitted 1997. | $875 | 2.50 | $2,187.50 |
| Suresh T. Advani | Partner/ Tax/ 20 years. Admitted 1992. | $925 | 34.40 | $31,820.00 |
| Anthony J. Aiello | Partner/ Real Estate/ 26 years. Admitted 1986. | $850 | 3.60 | $3,060.00 |
| Jeannette K. Arazi | Partner/ Global Finance/ 13 years. Admitted 1999. | $725 | 3.00 | $2,175.00 |
| Larry A. Barden | Partner/ Corporate/ 30 years. Admitted 1982. | $1,000 | 27.50 | $27,500.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 35 years. Admitted 1977. | $900 | 113.50 | $102,150.00 |
| Kevin F. Blatchford | Partner/ Litigation/ 26 years. Admitted 1986. | $800 | 20.20 | $16,160.00 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jessica C.K. Boelter | Partner/Bankruptcy/10 years. Admitted 2002. | $725 | 22.90 | $16,602.50 |
| James F. Conlan | Partner/Bankruptcy/24 years. Admitted 1988. | $1,000 | 76.20 | $76,200.00 |
| James W. Ducayet | Partner/Litigation/16 years. Admitted 1996. | $800 | 8.80 | $7,040.00 |
| Max C. Fischer | Partner/Employment/17 years. Admitted 1995. | $675 | 2.30 | $1,552.50 |
| Ronald S. Flagg | Partner/Litigation/31 years. Admitted 1981. | $725 | 53.80 | $39,005.00 |
| Scott J. Heyman | Partner/Tax/25 years. Admitted 1987. | $800 | 3.20 | $2,560.00 |
| Robert W. Hirth | Partner/Litigation/33 years. Admitted 1979. | $950 | .90 | $855.00 |
| Michael Hyatte | Partner/Regulatory/33 years. Admitted 1979. | $1,000.00 | .80 | $800.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 13 years. Admitted 1999. | $800 | 47.70 | $38,160.00 |
| David M. Katz | Partner/ Regulatory/ 28 years. Admitted 1984. | $975 | 6.80 | $6,630.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 30 years. Admitted 1982. | $1,000 | 43.10 | $43,100.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 21 years. Admitted 1991. | $950 | 138.70 | $129,770.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 18 years. Admitted 1994. | $725 | .60 | $435.00 |
| Paul D. Monson | Partner/ Real Estate/ 30 years. Admitted 1982. | $800 | 16.00 | $12,800.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 32 years. Admitted 1980. | $1,000 | 1.90 | $1,900.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 13.80 | $12,765.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Schneider | Partner/ Communications/ 27 years. Admitted 1985. | $750 | 34.70 | $26,025.00 |
| Charles E. Schrank | Partner/ Real Estate/ 22 years. Admitted 1990. | $900 | .50 | $450.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 173.00 | $160,025.00 |
| John W. Treece | Partner/ Litigation/ 34 years. Admitted 1978. | $850 | .30 | $255.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 12 years. Admitted 2000. | $750 | 41.40 | $31,050.00 |
| Jay H. Zimbler | Partner/ Tax/ 37 years. Admitted 1975. | $950 | .50 | $475.00 |
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 34 years. Admitted 1978. | $900 | .80 | $720.00 |
| Richard W. Havel | Senior Counsel/ Bankruptcy/ 40 years. Admitted 1972. | $900 | .50 | $450.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 36.10 | $27,075.00 |
| Peter K. Booth | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 5.00 | $2,775.00 |
| Emily R. Bronner | Associate/ Regulatory/ >1 year. Admission pending. | $380 | 2.00 | $760.00 |
| Leslie Carter | Associate/ Tax/ 3 years. Admitted 2012. | $435 | 5.80 | $2,523.00 |
| Nathan J. Davis | Associate/ Corporate/ >1 year. Admitted 2012. | $325 | 8.00 | $2,600.00 |
| Stuart Forgan | Associate/ Corporate/ 11 years. Admitted 2001. | $824.82 $819.64 £525 | 1.30 6.40 | $6,311.55 |
| Jenna M. Gallagher | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 65.30 | $22,202.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael T. Gustafson | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 131.70 | $59,265.00 |
| Timothy R. Hargadon | Associate/ Litigation/ 3 years. Admitted 2010. | $500 | .80 | $400.00 |
| Michael P. Heinz | Associate/ Corporate/ 8 years. Admitted 2004. | $600 | 11.80 | $7,080.00 |
| Christine M. Herbas | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 20.10 | $6,834.00 |
| Dennis Kao | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $500 | 5.50 | $2,750.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 94.70 | $47,350.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 171.90 | $95,404.50 |
| Marc A. Korman | Associate/ Litigation/ 2 years. Admitted 2010. | $395 | .60 | $237.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jason S. Koslowe | Associate/ Bankruptcy/ 1 year. Admitted 2012. | $400 | 9.70 | $3,880.00 |
| Christopher S. Krueger | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 18.80 | $8,930.00 |
| Francis S. Lam | Associate/ Employment/ 1 year. Admitted 2011. | $355 | 1.30 | $461.50 |
| James P. Langdon | Associate/ Corporate/ 6 years. Admitted 2006. | $550 | 71.30 | $39,215.00 |
| Matthew E. Linder | Associate/ Bankruptcy/ >1 year. Admitted 2012. | $325 | 12.10 | $3,932.50 |
| Shawn C. Luna | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 32.30 | $16,150.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 94.00 | $52,170.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 205.30 | $138,577.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brett H. Myrick | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 56.00 | $28,000.00 |
| Andrew P. Propps | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 95.50 | $47,750.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 165.50 | $82,750.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 3 years. Admitted 2009. | $435 | 13.70 | $5,959.50 |
| Thomas E. Ross | Associate/ Litigation/ 3 years. Admitted 2009. | $445 | 142.90 | $63,590.50 |
| Richard M. Silverman | Associate/ Tax/ 5 years. Admitted 2007. | $525 | 47.80 | $25,095.00 |
| Lydia Hill Slaby | Associate/ Bankruptcy/ 1 year. Admitted 2011. | $400 | 38.20 | $15,280.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 5 years. Admitted 2007. | $525 | 59.40 | $31,185.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell J. Coutinho | Senior Legal Assistant/ Real Estate/ 15 years. | $265 | 23.20 | $6,148.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 11 years. | $250 | 22.30 | $5,575.00 |
| Danuta A. Lucenko | Senior Legal Assistant/ Litigation/ 18 years. | $235 | .50 | $117.50 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $315 | 37.10 | $11,686.50 |
| Eileen A. McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 26 years. | $325 | .90 | $292.50 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 10 years. | $250 | 79.90 | $19,975.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 16 years. | $270 | 2.80 | $756.00 |
| James P. Platt | Legal Assistant/ Litigation/ 9 years. | $235 | 2.50 | $587.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenley Stark | Legal Assistant/ Bankruptcy 1 year. | $245 | 5.50 | $1,347.50 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $210 | 47.00 | $9,870.00 |
| Christa M. Lange | Librarian/ 33 years. | $160 | .30 | $48.00 |
| Tiffany Katata | Project Assistant/ 4 years. | $120 | 6.10 | $732.00 |
| Samantha E. Richey | Project Assistant/ >1 year. | $100 | 5.00 | $500.00 |
| Diliana Stamatova | Project Assistant/ 7 years. | $120 | 9.40 | $1,128.00 |
| Robert Singh | Docket Clerk/ 21 years. | $100 | 1.40 | $140.00 |
| **Grand Total** | | | 2,768.60 | $1,700,074.55[1] |
| **Blended Rate** | | $614.06 | | |

---

[1] $6,311.55 of this amount represents professional fees for services performed before October 1, 2011 that were not included in any prior monthly fee application.

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| FCC Matters (20100) | 35.60 | $26,547.00[2] |
| Fee Applications (30390) | 356.30 | $155,311.50 |
| Use/Sale/Lease of Assets (30430) | 1.00 | $950.00 |
| Litigated Matters (30470) | 1,111.60 | $705,398.00 |
| Travel Time (30480) (with 50% discount) | 4.20 | $1,995.00 |
| Labor Matters (30490) | .80 | $540.00 |
| Professional Retention (30510) | 12.50 | $5,366.00 |
| Tax Matters (30520) | 92.00 | $64,075.50 |
| Claims Processing (30530) | 238.00 | $140,628.50 |
| Business Operations (30550) | 44.60 | $36,316.55 |
| Case Administration (30560) | 88.70 | $70,122.00 |
| Creditor Communications (30570) | 1.00 | $630.00 |
| Employee Matters (30590) | 4.00 | $2,779.00 |
| Exit Facility (13700) | 78.00 | $50,243.50 |
| Post-Confirmation Matters (13730) | 700.30 | $439,172.00 |
| **TOTAL** | **2,768.60** | **$1,700,074.55[3]** |

---

[2] $3,525.00 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (4.70 hrs., $3,525.00 fees) which have been separately invoiced at the request of the Debtors.

[3] $6,311.55 of this amount represents professional fees for services before October 1, 2012 that were not included in any prior monthly fee application.

13

## EXPENSE SUMMARY FOR THE PERIOD FROM
## OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[4] | Various | $2,011.03 |
| Duplicating Charges[5] | | $2,482.89 |
| Court Costs | | $67.00 |
| Document Delivery Services | | $78.83 |
| Document Services | | $419.04 |
| Ground Transportation | | $371.09 |
| Lexis Research Service[6] | Lexis | $9,542.21 |
| Legal Support Services | | $16,676.00 |
| Meals – Out of Town | | $129.77 |
| Messenger Services | | $1,489.98 |
| Other | | $17.51 |
| Overtime | | $373.19 |
| Search Services | | $12,457.11 |
| Telephone Tolls | | $187.87 |
| Travel/Lodging | | $1,476.45 |
| Westlaw Research Service[6] | Westlaw | $8,636.09 |
| | | |
| **Total** | | **$56,416.06** |

---

[4] Sidley submits that, to the best of its knowledge, air transportation utilized during the period covered by this Application was charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters, excepting certain limited instances where coach-class reservations were unavailable.

[5] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[6] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

LA1 2597440V.1