## EXHIBIT 1

## AMENDED GLOBAL CONTRACT EXHIBITS

Exhibit A - Tribune Assumed Contracts/Leases
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Legal Entity | Cure Amount | Category |
|---|---|---|---|
| Advocate Fitness | Tribune Company | $ 27,423.07 | Office Services |
| AT & T Corporation | Tribune Company | 391,979.99 | Telecom |
| Centerpoint Energy Services, Inc. | Tribune Company | 61,202.87 | Utilities |
| CS Stars LLC | Tribune Company | 1,390.87 | Software License |
| Ikon Office Solutions | Tribune Company | 5,543.25 | Office Services |
| Iron Mountain Information Management Inc | Tribune Company | 58,189.24 | Data Management |
| LexisNexis A Div. of Reed Elsevier Inc | Tribune Company | 1,485.84 | Research Services |
| MacMunnis, Inc | Tribune Company | 4,590.00 | Real Estate Management |
| Merrill Communications | Tribune Company | 9,635.73 | Data Management |
| Oracle America, Inc. | Tribune Company | 8,560.19 | Software |
| Redwood Software | Tribune Company | 19,020.09 | Software |
| SBC Global Services, Inc. | Tribune Company | 321,424.91 | Telecom |
| Sprint Nextel | Tribune Company | 186,514.56 | Telecom |
| T-Mobile USA, Inc. | Tribune Company | 149,500.00 | Telecom |
| Verizon Communications Inc | Tribune Company | 108,657.43 | Telecom |
| Verizon Wireless | Tribune Company | 23,879.25 | Telecom |
| Xerox | Tribune Company | 71,001.06 | Business Services |
| Grand Total | | $ 1,449,998.35 | |

Exhibit B[1] - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **20th Century** | | | | **Broadcast Rights** |
| 20th Century | Channel 39, Inc. | WSFL, LLC | $ 583,654.32 | Family Guy, The Simpsons |
| 20th Century | Channel 40, Inc. | KTXL, LLC | 115,742.00 | Family Guy |
| 20th Century | KIAH Inc. | KIAH, LLC | 125,387.13 | Family Guy |
| 20th Century | KPLR, Inc. | KPLR, Inc. | 43,333.33 | Family Guy |
| 20th Century | KSWB Inc. | KSWB, LLC | 125,806.45 | Family Guy |
| 20th Century | KTLA Inc. | KTLA, LLC | 838,709.68 | Family Guy |
| 20th Century | Tribune Broadcast Holdings, Inc. | SEE FOOTNOTE | 55,913.97 | Family Guy |
| [2] 20th Century | Tribune Television Company | SEE FOOTNOTE | 985,099.17 | Family Guy, The Simpsons |
| [3] 20th Century | Tribune Television Holdings, Inc. | SEE FOOTNOTE | 31,408.60 | Family Guy, The Simpsons |
| [4] 20th Century | Tribune Television New Orleans, Inc. | SEE FOOTNOTE | 35,761.27 | Family Guy, The Simpsons |
| 20th Century | Tribune Television New Orleans, Inc. | Tribune Television New Orleans, Inc. | 279,233.55 | Family Guy, The Simpsons |
| 20th Century | Tribune Television Northwest, Inc. | Tribune Broadcasting Seattle, LLC | 181,720.42 | Family Guy, The Simpsons |
| 20th Century | WDCW Broadcasting, Inc. | WDCW, LLC | 434,032.26 | Family Guy |
| 20th Century | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 978,494.61 | Family Guy |
| 20th Century | WPIX, Inc. | WPIX, LLC | 4,814,296.76 | Family Guy |
| **Arbitron Multimedia Services** | | | | **Ratings Data Provider** |
| Arbitron Multimedia Services | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | $ 153,823.30 | |
| **Arm Solutions** | | | | **Debt Recovery** |
| [5] Arm Solutions | The Hartford Courant Company | The Hartford Courant Company, LLC | $ 44,465.14 | |
| **ASCAP** | | | | **Music Royalties** |
| ASCAP | KPLR, Inc. | KPLR, Inc. | $ 91,704.62 | |
| ASCAP | | | 755.10 | |
| | | | 92,459.72 | |
| **Broadcast Music, Inc.** | | | | **Music Royalties** |
| Broadcast Music, Inc. | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | $ 85,213.29 | |
| Broadcast Music, Inc. | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 203.00 | |
| | | | $ 85,416.29 | |
| **Buena Vista** | | | | **Broadcast Rights** |
| Buena Vista | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | $ 424,259.84 | America's Funniest Home Videos, Scrubs |
| **CCI Europe International Inc** | | | | **Software Services** |
| CCI Europe International Inc | Tribune Publishing Company | Tribune Publishing Company, LLC | TBD** | |
| **Chicago White Sox LTD.** | | | | **Broadcast Rights** |
| Chicago White Sox LTD. | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | $ 210,214.61 | |
| **Constellation New Energy** | | | | **Utility Provider** |
| Constellation New Energy | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | TBD** | |

Exhibit B[(1)] - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **Crown Credit Company** | | | | **Trucks & Other Heavy Equipment** |
| Crown Credit Company | Chicago Tribune Company | Chicago Tribune Company, LLC | $ 5,653.90 | |
| | | | | **Broadcast Rights** |
| [6] **Debmar-Mercury** | | | | |
| Debmar-Mercury | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | $ 29,677.41 | Lionsgate Film Package |
| [3] Debmar-Mercury | Tribune Television Company | SEE FOOTNOTE | 160,752.68 | House of Payne |
| | | | $ 190,430.09 | |
| | | | | **Business Intelligence** |
| **Dow Jones & Company** | | | | |
| Dow Jones & Company | Chicago Tribune Company | Chicago Tribune Company, LLC | $ 3,240.48 | |
| Dow Jones & Company | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 64,516.13 | |
| Dow Jones & Company | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 1,225.81 | |
| | | | $ 68,982.42 | |
| | | | | **Broadcast Rights** |
| **Fox Broadcasting** | | | | |
| Fox Broadcasting | KSWB Inc. | KSWB, LLC | $ 1,128,900.91 | Network Affiliation |
| Fox Broadcasting | Channel 40, Inc. | KTXL, LLC | 132,689.38 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 1,380,232.00 | Network Affiliation, NFL Supplement |
| [3] Fox Broadcasting | Tribune Television Company | SEE FOOTNOTE | 234,044.96 | Network Affiliation, NFL Supplement |
| [4] Fox Broadcasting | Tribune Television Holdings, Inc. | SEE FOOTNOTE | 62,534.51 | Network Affiliation, NFL Supplement |
| Fox Broadcasting | Tribune Television Northwest, Inc. | Tribune Broadcasting Seattle, LLC | 320,850.91 | Network Affiliation, NFL Supplement |
| | | | $ 3,259,252.67 | |
| | | | | **Financing** |
| **GE Capital Corp.** | | | | |
| GE Capital Corp. | Tribune Media Services, Inc. | Tribune Media Services, LLC | TBD** | |
| GE Capital Corp. | The Hartford Courant Company | The Hartford Courant Company, LLC | TBD** | |
| GE Capital Corp. | Forum Publishing Group, Inc. | Sun-Sentinel Company, LLC | TBD** | |
| GE Capital Corp. | Chicago Tribune Company | Chicago Tribune Company, LLC | TBD** | |
| GE Capital Corp. | Tribune Publishing Company | Tribune Publishing Company, LLC | TBD** | |
| | | | | **Imaging Services** |
| **Getty Images** | | | | |
| Getty Images | Chicago Tribune Company | Chicago Tribune Company, LLC | $ 6,694.77 | |
| Getty Images | The Hartford Courant Company | The Hartford Courant Company, LLC | 1,562.00 | |
| Getty Images | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 13,698.39 | |
| Getty Images | Hoy, LLC | Tribune ND, LLC | 125.00 | |
| | | | $ 22,080.16 | |
| | | | | **Satellite Services** |
| **Intelsat Corporation** | | | | |
| Intelsat Corporation | Tribune Broadcasting News Network, Inc. | Tribune Washington Bureau, LLC | $ 80,934.40 | |
| | | | | **Programming** |
| [7] **Kamakazee Kiwi Corp.** | | | | |
| Kamakazee Kiwi Corp. | Tribune Entertainment Company | Tribune Entertainment Company, LLC | $ 28,575.00 | |

Exhibit B[(1)] - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **LexisNexis A Div. Of Reed Elsevier Inc** | | | | Research Services |
| LexisNexis A Div. Of Reed Elsevier Inc | Channel 40, Inc. | KTXL, LLC | $ 269.81 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Chicago Tribune Company | Chicago Tribune Company, LLC | 76,926.12 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Chicagoland Television News, Inc. | Chicagoland Television News, LLC | 1,470.97 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Hoy Publications, LLC | Hoy Publications, LLC | 2,138.41 | |
| LexisNexis A Div. Of Reed Elsevier Inc | KWGN Inc. | KWGN, LLC | 500.70 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 86,842.35 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 22,586.00 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Patuxent Publishing Company | The Baltimore Sun Company, LLC | 206.80 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 39,922.10 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 28,066.61 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Daily Press, Inc. | The Daily Press, LLC | 6,305.96 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Hartford Courant Company | The Hartford Courant Company, LLC | 10,217.66 | |
| LexisNexis A Div. Of Reed Elsevier Inc | The Morning Call, Inc. | The Morning Call, LLC | 9,272.90 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Tribune Media Net, Inc. | Tribune 365, LLC | 230.81 | |
| [3] LexisNexis A Div. Of Reed Elsevier Inc | Tribune Television Company | SEE FOOTNOTE | 450.98 | |
| LexisNexis A Div. Of Reed Elsevier Inc | Tribune Television Northwest, Inc. | Tribune Broadcasting Seattle, LLC | 442.93 | |
| LexisNexis A Div. Of Reed Elsevier Inc | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 1,935.42 | |
| LexisNexis A Div. Of Reed Elsevier Inc | WPIX, Inc. | WPIX, LLC | 1,992.71 | |
| | | | $ 289,779.24 | |
| **MSA** | | | | Data Storage |
| [8] MSA | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | $ 25,029.74 | |
| **Multicorp** | | | | Cleaning Services |
| Multicorp | The Baltimore Sun Company | The Baltimore Sun Company, LLC | $ 31,597.09 | |
| **New York Times Syndication** | | | | Comics and Games |
| New York Times Syndication | Gold Coast Publications, Inc. | Sun-Sentinel Company, LLC | $ 450.00 | |
| New York Times Syndication | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 62.16 | |
| New York Times Syndication | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 792.00 | |
| New York Times Syndication | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 323.66 | |
| New York Times Syndication | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 1,176.42 | |
| New York Times Syndication | The Hartford Courant Company | The Hartford Courant Company, LLC | 349.65 | |
| New York Times Syndication | The Morning Call, Inc. | The Morning Call, LLC | 418.02 | |
| | | | $ 3,571.91 | |
| **Oracle America, Inc.** | | | | Technology Services |
| Oracle America, Inc. | Chicago Tribune Company | Chicago Tribune Company, LLC | TBD** | |
| Oracle America, Inc. | The Baltimore Sun Company | The Baltimore Sun Company, LLC | TBD** | |
| Oracle America, Inc. | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | TBD** | |
| | | | TBD** | |
| **Penske Truck Leasing** | | | | Equipment Rental |
| Penske Truck Leasing | The Hartford Courant Company | The Hartford Courant Company, LLC | $ 27,888.93 | |
| Penske Truck Leasing | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 37,939.56 | |
| | | | $ 65,828.49 | |

Exhibit B⁽¹⁾ - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **Ryder Truck Rental, Inc.** | | | | Equipment Rental |
| Ryder Truck Rental, Inc. | Chicago Tribune Company | Chicago Tribune Company, LLC | $ 183,113.45 | |
| Ryder Truck Rental, Inc. | Homestead Publishing Co. | The Baltimore Sun Company, LLC | 2,048.77 | |
| Ryder Truck Rental, Inc. | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 9,814.67 | |
| Ryder Truck Rental, Inc. | Tribune Direct Marketing, Inc. | Tribune Direct Marketing, LLC | 486.50 | |
| Ryder Truck Rental, Inc. | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 229.23 | |
| | | | $ 195,692.62 | |
| **SESAC Inc** | | | | Music Royalties |
| SESAC Inc | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | $ 51,750.77 | |
| **Sony** | | | | Broadcast Rights |
| Sony | KPLR, Inc. | KPLR, Inc. | $ 38,783.33 | King of Queens |
| **Sprint Nextel** | | | | Telecom |
| Sprint Nextel | Sun-Sentinel Company | Sun-Sentinel Company, LLC | $ 53.63 | |
| **Tele Reach Inc** | | | | Subscription Sales |
| [9] Tele Reach Inc | The Hartford Courant Company | The Hartford Courant Company, LLC | $ 40,748.50 | |
| **TW Telecom Inc** | | | | Telecommunications |
| TW Telecom Inc | Tribune Media Services, Inc. | Tribune Media Services, LLC | $ 1,315.89 | |
| TW Telecom Inc | WPIX, Inc. | WPIX, LLC | 1,067.96 | |
| TW Telecom Inc | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 3,459.47 | |
| | | | $ 5,843.32 | |
| **Universal Press Syndicate** | | | | Comics and Games |
| Universal Press Syndicate | Gold Coast Publications, Inc. | Sun-Sentinel Company, LLC | $ 77.20 | |
| Universal Press Syndicate | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 3,962.79 | |
| Universal Press Syndicate | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 4,672.02 | |
| Universal Press Syndicate | Los Angeles Times Communications LLC | Los Angeles Times Communications LLC | 10,441.19 | |
| Universal Press Syndicate | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 960.00 | |
| Universal Press Syndicate | The Daily Press, Inc. | The Daily Press, LLC | 879.46 | |
| Universal Press Syndicate | New Mass. Media, Inc. | The Hartford Courant Company, LLC | 367.33 | |
| Universal Press Syndicate | Chicago Tribune Company | Chicago Tribune Company, LLC | 27,023.66 | |
| Universal Press Syndicate | The Hartford Courant Company | The Hartford Courant Company, LLC | 8,842.80 | |
| Universal Press Syndicate | The Morning Call, Inc. | The Morning Call, LLC | 2,953.06 | |
| Universal Press Syndicate | Patuxent Publishing Company | The Baltimore Sun Company, LLC | 120.00 | |
| | | | $ 60,299.51 | |
| **USA Today** | | | | Syndication Content Provider |
| USA Today | Tribune Media Services, Inc. | Tribune Media Services, LLC | $ 20,233.42 | |

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

Exhibit B[1] - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|
| **[10] Warner Brothers** | | | | **Broadcast Rights** |
| Warner Brothers | WPIX, Inc. | WPIX, LLC | $ 3,986,641.94 | Friends, Two and a Half Men |
| Warner Brothers | KTLA Inc. | KTLA, LLC | 3,158,762.81 | Friends, Two and a Half Men |
| [3] Warner Brothers | Tribune Television Company | SEE FOOTNOTE | 2,610,082.92 | Friends, Two and a Half Men |
| Warner Brothers | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 1,481,131.74 | Friends, Two and a Half Men |
| Warner Brothers | WDCW Broadcasting, Inc. | WDCW, LLC | 724,916.14 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television Northwest, Inc. | Tribune Broadcasting Seattle, LLC | 841,738.36 | Friends, Two and a Half Men |
| Warner Brothers | Channel 39, Inc. | WSFL, LLC | 550,554.84 | Friends, Two and a Half Men |
| Warner Brothers | KIAH Inc. | KIAH, LLC | 474,290.42 | Friends, Two and a Half Men |
| Warner Brothers | KSWB Inc. | KSWB, LLC | 396,661.71 | Friends, Two and a Half Men |
| Warner Brothers | Channel 40, Inc. | KTXL, LLC | 361,081.73 | Two and a Half Men |
| [2] Warner Brothers | Tribune Broadcast Holdings, Inc. | SEE FOOTNOTE | 501,770.72 | Friends, Two and a Half Men |
| Warner Brothers | KPLR, Inc. | KPLR, Inc. | 203,467.00 | Friends, Two and a Half Men |
| [4] Warner Brothers | Tribune Television Holdings, Inc. | SEE FOOTNOTE | 104,966.80 | Friends, Two and a Half Men |
| Warner Brothers | Tribune Television New Orleans, Inc. | Tribune Television New Orleans, Inc. | 44,995.01 | Friends, Two and a Half Men |
| | | | $ 15,441,062.12 | |
| | | | | **Utility Provider** |
| **WDSU Television Inc** | | | | |
| [11] WDSU Television Inc | Tribune Television New Orleans, Inc. | Tribune Television New Orleans, Inc. | $ 53,526.62 | |
| | | | | **Copier Services** |
| **Xerox** | | | | |
| Xerox | California Community News Corporation | California Community News, LLC | $ 438.95 | |
| Xerox | Channel 40, Inc. | KTXL, LLC | 941.75 | |
| Xerox | Chicago Tribune Company | Chicago Tribune Company, LLC | 51,156.57 | |
| Xerox | Chicagoland Publishing Company | Chicagoland Publishing Company, LLC | 970.83 | |
| Xerox | Chicagoland Television News, Inc. | Chicagoland Television News, LLC | 104.00 | |
| Xerox | Eagle New Media Investments, LLC | Tribune Publishing Company, LLC | 697.68 | |
| Xerox | KWGN Inc. | KWGN, LLC | 1,325.04 | |
| Xerox | Los Angeles Times Communications LLC | Los Angeles Times Communications, LLC | 12,773.33 | |
| Xerox | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 7,224.68 | |
| Xerox | Southern Connecticut Newspapers, Inc. | Tribune Publishing Company, LLC | 265.19 | |
| Xerox | Star Community Publishing Group, LLC | Tribune ND, LLC | 2,291.99 | |
| Xerox | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 28,199.56 | |
| Xerox | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 16,320.93 | |
| Xerox | The Daily Press, Inc. | The Daily Press, LLC | 8,742.23 | |
| Xerox | The Hartford Courant Company | The Hartford Courant Company, LLC | 4,432.82 | |
| Xerox | The Morning Call, Inc. | The Morning Call, LLC | 7,833.40 | |
| Xerox | Tribune Broadcasting Company | Tribune Broadcasting Company, LLC | 5,120.55 | |
| Xerox | Tribune Direct Marketing, Inc. | Tribune Direct Marketing, LLC | 36,145.21 | |
| Xerox | Tribune Media Net, Inc. | Tribune 365, LLC | 499.94 | |
| Xerox | Tribune Media Services, Inc. | Tribune Media Services, LLC | 3,553.83 | |
| Xerox | Tribune Publishing Company | Tribune Publishing Company, LLC | 770.73 | |
| Xerox | Tribune Television Company | Tribune Broadcasting Company, LLC | 1,470.42 | |
| Xerox | Tribune Television New Orleans, Inc. | Tribune Television New Orleans, Inc. | 932.09 | |
| Xerox | Virginia Gazette Companies, LLC | The Daily Press, LLC | 44.81 | |
| Xerox | WGN Continental Broadcasting Company | WGN Continental Broadcasting Company, LLC | 6,576.25 | |
| Xerox | WPIX, Inc. | WPIX, LLC | 80.08 | |
| | | | $ 198,912.86 | |
| **Grand Total** | | | $ 26,003,557.48 | |

Exhibit B[(1)] - Subsidiary Assumed Contracts/Leases
(As Amended December 30, 2012)

| Vendor | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

**Notes:**

[1] On July 23, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [D.I. 12072]. The Plan provides that one or more of the Debtors may undertake Restructuring Transactions (as defined in the Plan) on, prior to, or after the Effective Date, which may include, without limitation, mergers, consolidations, conversions, joint ventures, restructurings, recapitalizations, dispositions, liquidations, or dissolutions. See Plan §5.2, Ex. 5.2 and D.I. 12732. Certain of the Debtors will undertake or have undertaken certain of these Restructuring Transactions, pursuant to which they have been or will be merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company. A notice with information respecting each Debtor's anticipated post-emergence entity following the consummation of the Restructuring Transactions (the "Additional Restructuring Transactions Notice") was filed with the Bankruptcy Court on November 16, 2012 [D.I. 12732] and served on the Debtors' known executory contract and lease counterparties. The "Post-Emergence Legal Entities" listed herein have been updated to reflect the anticipated post-emergence entities set forth in the previously served Additional Restructuring Transactions Notice.

[2] Tribune Broadcast Holdings, Inc. conveyed its assets and liabilities related to or used in connection with the operation of the television broadcast station WTTV, in Bloomington, Indiana, to Tribune Broadcasting Indianapolis, LLC and (ii) the operation of the television broadcast station KRCW, in Salem, Oregon, to KRCW, LLC (collectively, the "TBHI Transfers"), provided, however, that certain assets and liabilities of Tribune Broadcast Holdings, Inc. were not conveyed in connection with the TBHI Transfers, including any assets that are related to or used in connection with the operation of more than one television broadcast station and the liabilities related thereto. Consistent with Exhibit 5.2 to the Plan, Tribune Broadcast Holdings, Inc. merged with and into Tribune Broadcasting Company, LLC following the TBHI Transfers.

[3] Tribune Television Company conveyed its assets and liabilities related to or used in connection with (i) the operation of the television broadcast station WTIC, in Hartford, Connecticut, to Tribune Broadcasting Hartford, LLC, (ii) the operation of the television broadcast station WXIN, in Indianapolis, Indiana, to Tribune Broadcasting Indianapolis, LLC, (iii) the operation of the television broadcast station KDAF, in Dallas, Texas, to KDAF, LLC, (iv) the operation of the television broadcast station WPHL, in Philadelphia, Pennsylvania, to WPHL, LLC and (v) the operation of the television broadcast station WPMT, in York, Pennsylvania to WPMT, LLC (collectively, the "TTC Transfers"), provided, however, that certain assets and liabilities of Tribune Television Company were not conveyed in connection with the TTC Transfers, including any assets that are related to or used in connection with the operation of more than one television broadcast station and the liabilities related thereto. Consistent with Exhibit 5.2 to the Plan, Tribune Television Company merged with and into Tribune Broadcasting Company, LLC following the TTC Transfers.

[4] Tribune Television Holdings, Inc. conveyed the assets and liabilities related to or used in connection with (i) the operation of the television broadcast station WXMI, in Grand Rapids, Michigan to WXMI, LLC and (ii) the operation of the television broadcast station KZJO, in Seattle, Washington (formerly known as KMYQ), to Tribune Broadcasting Seattle, LLC (collectively, the "TTHI Transfers"). Consistent with Exhibit 5.2 to the Plan, Tribune Television Holdings, Inc. merged with and into Tribune Broadcasting Company, LLC following the TTHI Transfers.

[5] Arm Solutions sold claims to Core Opportunities Fund, L.P. (as of December 13, 2012).
[6] Debmar-Mercury sold claims to ASM Capital III, L.P. (as of December 13, 2012).
[7] An additional cure amount may be outstanding in connection with the Gene Roddenberry's Andromeda Exploitation Agreement by and between Kamakazee Kiwi Corporation and Tribune Entertainment Company dated as of December 9, 1999 (the "Exploitation Agreement"). The Debtors and Kamakazee Kiwi Corporation will continue to negotiate in accordance with the Global Contract Order and the confirmed Plan towards the consensual resolution of the outstanding cure amount, if any, with respect to the Exploitation Agreement.
[8] MSA sold a claim to Longacre Opportunity Fund, L.P. (as of December 13, 2012).
[9] Tele Reach sold claims to Longacre Opportunity Fund, L.P. (as of December 13, 2012).
[10] Warner Bros sold claims to NBC Studios LLC (as of December 13, 2012).
[11] WDSU Television Inc sold claims to TRC Master Fund LLC (as of December 13, 2012).

** Each "Vendor" with a "Cure Amount" that is listed herein as "TBD" remains in ongoing discussions with the Debtors regarding the appropriate cure amount, if any, outstanding with respect to the executory contract(s) and expired lease(s) in the corresponding "Category." The Debtors and such Vendors will continue to negotiate toward the consensual resolution of any outstanding cure amounts in accordance with the Global Contract Order and the confirmed Plan.

Exhibit C[1] - Assumed Customer Program Obligations
(As Amended December 30, 2012)

Note: The Debtors expressly reserve the right to supplement, modify or amend this Exhibit prior to the Effective Date to, among other things, modify the "Cure Amount" and add or delete any executory contract or unexpired lease.

| Agency | Advertiser | Pre-Emergence Legal Entity | Post-Emergence Legal Entity | Cure Amount | Category |
|---|---|---|---|---|---|
| Allied Advertising Limited | Buena Vista Pictures | The Baltimore Sun Company | The Baltimore Sun Company, LLC | $ 296.58 | Advertising Credit |
| Blitz Media | Sylvan Learning Ctr / C. Gables | Gold Coast Publications, Inc. | Sun-Sentinel Company, LLC | 2,387.50 | Advertising Credit |
| Lennar Cheaspeake Division | Lennar Cheaspeake Division | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 489.44 | Advertising Credit |
| Mansi Media | Pier 1 Imports Inc | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 205.80 | Advertising Credit |
| Mansi Media | Kia Motors | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 98.93 | Advertising Credit |
| Media Solutions Advertising | Friedman'S Jeweler D.I.P. | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 12.48 | Advertising Credit |
| Mediacom | Jetblue Corp | Orlando Sentinel Communications Company, LLC | Orlando Sentinel Communications Company, LLC | 14,109.50 | Advertising Credit |
| News America Marketing Inc | U S Cellular | Hoy Publications, LLC | Hoy Publications, LLC | 1,038.10 | Advertising Credit |
| NNN-PA Disbursement | Procter & Gamble | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 957.92 | Advertising Credit |
| NSA Media | Linens N Things | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 4,722.28 | Advertising Credit |
| Office Max | Office Max | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 376.74 | Advertising Credit |
| Publicitas - Spain | Spanish Tourist Board | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,685.55 | Advertising Credit |
| Shaker Advertising Agcy IL | Peapod | Hoy Publications, LLC | Hoy Publications, LLC | 490.20 | Advertising Credit |
| Sunshine Travel Tours | Sunshine Travel Tours | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 2,280.00 | Advertising Credit |
| Terry*Hines & Associates Inc | America The Beautiful | LA Times Communications, LLC | LA Times Communications, LLC | 9,210.00 | Advertising Credit |
| THA/Grey | Warner Brothers | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 7,265.00 | Advertising Credit |
| THA/Grey | Focus Film Productions | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,699.20 | Advertising Credit |
| THA/Grey | Warner Brothers Films-Burbank (Print) | Chicago Tribune Company | Chicago Tribune Company, LLC | 2,962.58 | Advertising Credit |
| THA/Grey | Warner Independent Pictures | Chicago Tribune Company | Chicago Tribune Company, LLC | 3,890.55 | Advertising Credit |
| THA/Grey - Terry Hines & Assoc | Warner Brothers | Sun-Sentinel Company | Sun-Sentinel Company, LLC | 2,109.82 | Advertising Credit |
| The Miller Group | Ryan Homes | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 673.93 | Advertising Credit |
| TMP Worldwide | A General Client | LA Times Communications, LLC | LA Times Communications, LLC | 300.00 | Advertising Credit |
| TMP Worldwide | Coinstar | The Baltimore Sun Company | The Baltimore Sun Company, LLC | 157.55 | Advertising Credit |
| Tmp Worldwide | Genesis Eldercare | The Baltimore Sun Company, LLC | The Baltimore Sun Company, LLC | 57.18 | Advertising Credit |
| Tweeter Home Ent. Group | Tweeter Home Ent. Group | Orlando Sentinel Communications Company | Orlando Sentinel Communications Company, LLC | 281.16 | Advertising Credit |
| **Grand Total** | | | | **$ 61,757.99** | |

Notes:

(1) On July 23, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [D.I. 12072] (the "Plan"). The Plan provides that one or more Debtors may undertake Restructuring Transactions (as defined in the Plan) on, prior to, or after the Effective Date, which may include, without limitation, mergers, consolidations, conversions, joint ventures, restructurings, recapitalizations, dispositions, liquidations or dissolutions. See Plan §5.2, Ex. 5.2 and D.I. 12732. Certain of the Debtors will undertake certain of these Restructuring Transactions, pursuant to which they have been or will be merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company. A notice with information respecting each Debtor's anticipated post-emergence entity following the consummation of the Restructuring Transactions (the "Additional Restructuring Transactions Notice") was filed with the Bankruptcy Court on November 16, 2012 [D.I. 12732] and served on the Debtors' known executory contract and lease counterparties. The "Post-Emergence Legal Entities" listed herein have been updated to reflect the anticipated post-emergence entities set forth in the previously served Additional Restructuring Transactions Notice.