**EXHIBIT A**

## SUPPLEMENTAL EXHIBIT 5.3.2(2)

### Directors of Reorganized Tribune

Set forth below is a table that identifies the directors proposed to serve on the board of Reorganized Tribune[1] on and after the Effective Date and the other affiliations of each such director. The only proposed director that is an insider (as defined in section 101(31) of the Bankruptcy Code) other than by virtue of being a director, is Eddy W. Hartenstein. The nature of Mr. Hartenstein's compensation in his role as an officer of Reorganized Tribune is described in Exhibit 5.3.2(1), and it is not contemplated that Mr. Hartenstein will receive any additional compensation for his service on the board of Reorganized Tribune.

| Name | Other Affiliations |
| --- | --- |
| Eddy W. Hartenstein | Eddy W. Hartenstein is President and Chief Executive Officer of Tribune Company. He has also been Publisher and Chief Executive Officer of the Los Angeles Times since August, 2008. Previously, Hartenstein was Vice President of Hughes Communications and President of a Hughes-owned subsidiary founded to develop direct-to-home satellite TV service. Since 1990, he served as DirecTV's Chairman and CEO through 2004, when the company was sold to News Corp.<br><br>Currently Hartenstein is a board member at Broadcom Corporation, City of Hope, SanDisk and Sirius XM Radio, where he also serves as non-executive chairman. |
| Craig A. Jacobson | Mr. Jacobson is a founding partner at the law firm of Hansen, Jacobson, Teller, Hoberman, Newman, Warren, Richman, Rush and Kaller L.L.P., where he has practiced entertainment law for the past 25 years. Mr. Jacobson is a member of the Board of Directors of Expedia, Inc. and Aver Media, a privately held Canadian lending institution. Mr. Jacobson presently serves on the board of directors of Charter Communications, Inc. Mr. Jacobson was a director of Ticketmaster from August 2008 until its merger with Live-Nation, Inc. in January 2010. |
| Bruce A. Karsh | Since 1995, Mr. Karsh has served as President and co-founder of Oaktree Capital Management, L.P., formerly Oaktree Capital Management, LLC, a Los Angeles-based investment management firm. Prior to co-founding Oaktree, Mr. Karsh was a Managing Director of the TCW Group, and the portfolio manager of its Special Credits Funds for seven years. Prior to joining TCW, Mr. Karsh worked as Assistant to the Chairman of Sun Life Insurance Company of America and of SunAmerica, Inc., its parent. Prior to that, Mr. Karsh was an attorney with the law firm of O'Melveny & Myers. Mr. Karsh serves on the board of directors of Charter Communications, Inc. and Oaktree Capital Group, LLC. Mr. Karsh also serves as the Chairman of the Board of Directors for Duke University's investment management company. |
| Ross Levinsohn | Ross Levinsohn most recently served as Interim CEO at Yahoo! Inc. Prior to |

---

[1] Capitalized terms used in this Supplemental Exhibit 5.3.2(2) but not defined herein shall have the meanings ascribed to such terms in the Plan.

| | |
|---|---|
| | that post he was Executive Vice President of the Americas region for Yahoo!. During his tenure, he also served as EVP, Head of Global Media. Levinsohn was the co-founder and managing director of Fuse Capital, an investment and strategic equity management firm focused on investing in and building digital media and communications companies. Levinsohn previously served as the President of News Corporation's Fox Interactive Media. Levinsohn also held senior management positions with AltaVista, CBS Sportsline, and HBO. Levinsohn currently serves on the board of the Bogart Pediatric Cancer Research Program, Zefr, Inc, which provides solutions for professional content owners on YouTube, and Minitime, a social travel site. He previously held board positions with Freedom Communications, Napster, Inc. (NASDAQ: NAPS), Generate, BBE, Crowd Fusion and True/Slant. |
| Kenneth Liang | Mr. Liang is a Managing Director and Head of Restructurings in the Distressed Debt Group of Oaktree Capital Management, a Los Angeles-based investment management firm. Mr. Liang has worked with a number of Oaktree's portfolio companies including STORE Capital (specialty REIT), Jackson Square Aviation (aircraft leasing), Tekni-Plex (packaging and tubing manufacturer) and Taylor Morrison (North American homebuilder). From Oaktree's formation in 1995 until June 2001, Mr. Liang was Oaktree's General Counsel. Earlier, he served as a Senior Vice President at Trust Company of the West with primary legal and restructuring responsibility for Special Credits Funds investments and, before that, he was an associate at the law firm of O'Melveny & Myers. |
| Peter Liguori | Peter Liguori most recently served as Chief Operating Officer of Discovery Communications. Before joining Discovery in 2009, Liguori served as Chairman of entertainment for the Fox Broadcasting Company. Prior to assuming that position in 2005, Liguori was president and CEO of News Corp.'s FX Networks since 1998, overseeing business and programming operations for FX and Fox Movie Channel. |
| | Liguori joined Fox/Liberty Networks in 1996 as senior vice president, marketing, for a new joint venture, which now includes Fox Sports Net, FX, Fox Sports World, SPEED and National Geographic Channel. Prior to joining Fox, Liguori was vice president, consumer marketing, at HBO. He also held several positions in HBO's Home Video Division, including vice president, marketing, and senior vice president, marketing. |
| | Liguori also has experience as a producer of the widely acclaimed independent feature film, "Big Night." Prior to HBO, he worked in advertising at Ogilvy & Mather and Saatchi & Saatchi. Mr. Liguori's board affiliations include The TOPPS Company, MGM, and Yahoo!. |
| Peter E. Murphy | Peter E. Murphy is the founder of Wentworth Capital Management, a private investment and venture capital firm focused on media, technology, and branded consumer businesses. Mr. Murphy previously served as President, Strategy & Development of Caesars Entertainment, an Apollo-TPG portfolio company and the world's largest gaming company. Prior to Caesars, Mr. Murphy was an operating partner at Apollo Global Management focused on media and entertainment investing. |
| | Previously, Mr. Murphy spent 18 years at The Walt Disney Company in senior executive roles, serving as Disney's senior executive vice president, |

|  | |
|---|---|
|  | chief strategic officer, senior advisor to the CEO, a member of the company's executive management committee, and CFO of ABC, Inc. Mr. Murphy currently serves on the board of directors of Dial Global (NASDAQ: DG), and is a Board Advisor to DECA TV, a private internet video company in Santa Monica, CA. He previously served on the board of directors of Fisher Communications (NASDAQ: FSCI). |