# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned law firm of Connolly Bove Lodge & Hutz LLP hereby withdraws its appearance as counsel to Certain Current and Former Directors and Officers,[1] in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, effective as of January 1, 2013, the undersigned law firm of Connolly Gallagher LLP hereby enters its appearance as counsel to Certain Current and Former Directors and Officers in the above-captioned case.

Dated: December 31, 2012    CONNOLLY BOVE LODGE & HUTZ LLP

_____
Francis DiGiovanni (DE Bar No. 3189)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

Dated: January 2, 2013    CONNOLLY GALLAGHER LLP

_____
Jeffrey C. Wisler (DE Bar No. 2795)
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
Attorneys for Certain Current and Former Directors and Officers

#5095996

---

[1] Harry Amsden, Stephen Carver, Dennis FitzSimons, Bob Gremillion, Don Grenesko, David Hiller, Tim Landon, Tom Leach, Luis Lewin, Mark Mallory, Dick Malone, Ruthellyn Musil, John Reardon, Scott Smith, John Vitanovec, Kathy Waltz, and David Williams.