**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of January, 2013, a copy of the Notice of Substitution of Counsel was served via CM/ECF on all counsel of record.

_____
Jeffrey C. Wisler (#2795)