IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: TRIBUNE TELEVISION COMPANY | CASE NO: 08-13241 (KJC) CHAPTER: 11 |
| Debtor(s). | |

## NOTICE OF WITHDRAWAL OF CLAIM

Comes now Creditor, Indiana Department of Revenue (IDR), and hereby files a Notice of Withdrawal of Proof of Claim Number 4298.   Pursuant to Bankruptcy Rule 3006, the Proof of Claim referenced previously in this document is hereby withdrawn.

By:    /s/    Carol Swaffar, Bankruptcy Tax Analyst

Indiana Department of Revenue
Bankruptcy Section, MS #108
100 North Senate Avenue, Room N-240
Indianapolis, IN 46204
Phone: (317) 232-2190
Fax: (317) 232-2343
E-mail: cswaffar@dor.in.gov