# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

November 1, 2012 through November 30, 2012

| Current Charges: | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Brad Hall | Director | 21.90 | 665.00 | 14,563.50 |
| Mark F Rule | Director | 23.50 | 620.00 | 14,570.00 |
| Albert Leung | Director | 17.50 | 620.00 | 10,850.00 |
| Young Kim | Director | 9.70 | 620.00 | 6,014.00 |
| Stacey Macumber | Associate | 0.10 | 190.00 | 19.00 |
| Total Hours & Fees | | 72.70 | | 46,016.50 |

**Total Amount Due**             <u>USD     46,016.50</u>

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.