# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### November 1, 2012 through November 30, 2012

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 35.1 | 22,491.00 |
| 005735.00008 | Plan of Reorganization | 8.3 | 5,326.00 |
| 005735.00016 | Litigation Hold | 23.6 | 14,589.00 |
| 005735.00017 | Billing and Retention | 5.7 | 3,610.50 |
| **Total Hours and Fees Incurred** | | **72.7** | **46,016.50** |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/01/12 | ANL | Analyzed September/Q3 2012 brown book. | 1.80 |
| 11/01/12 | ANL | Prepared weekly status update. | 0.90 |
| 11/01/12 | ANL | Reviewed Sinclair and Gray TV Q3 results. | 0.70 |
| 11/01/12 | ANL | Reviewed term loan engagement letter and fee letters. | 1.20 |
| 11/01/12 | BH | Review and analyze weekly financial performance compared to Plan and edit report on same. | 2.30 |
| 11/02/12 | BH | Review Moelis Media update. | 0.50 |
| 11/02/12 | ANL | Analyzed weekly revenue flash reports. | 1.20 |
| 11/07/12 | BH | Review Moelis Media update. | 0.50 |
| 11/08/12 | BH | Review weekly financial revenue reports and cash reports. | 1.60 |
| 11/08/12 | BH | Review weekly report to the UCC. | 0.90 |
| 11/09/12 | BH | Review ABC reports comparing circulation of Tribune publications to the market. | 1.40 |
| 11/14/12 | BH | Review Moelis Media update. | 0.50 |
| 11/15/12 | BH | Review weekly financial revenue reports and cash reports. | 1.50 |
| 11/15/12 | BH | Review weekly report to the UCC. | 0.90 |
| 11/15/12 | YK | Reviewed weekly status report. | 0.40 |
| 11/16/12 | YK | Participated in the financial advisors' conference call regarding October 2012 results. | 0.60 |
| 11/16/12 | YK | Analyzed October 2012 results. | 2.20 |
| 11/16/12 | YK | Analyzed weekly publishing results. | 1.20 |
| 11/16/12 | YK | Analyzed weekly broadcasting results. | 1.70 |
| 11/16/12 | YK | Analyzed weekly cash flows. | 0.80 |
| 11/16/12 | YK | Prepared notes from the conference call and summary of October 2012 results. | 1.60 |
| 11/16/12 | BH | Analyze October monthly financial results. | 1.20 |
| 11/19/12 | ANL | Analyzed weekly revenue flash reports. | 1.50 |
| 11/21/12 | BH | Review weekly report to the UCC. | 0.90 |
| 11/21/12 | BH | Review weekly financial revenue reports and cash reports. | 1.40 |
| 11/27/12 | ANL | Prepared weekly status update. | 1.20 |
| 11/29/12 | ANL | Prepared weekly status update. | 1.10 |
| 11/29/12 | BH | Review weekly financial revenue reports and cash reports. | 1.20 |
| 11/29/12 | BH | Review weekly report to the UCC. | 0.90 |
| 11/30/12 | ANL | Prepared weekly status update. | 0.80 |
| 11/30/12 | BH | Review Moelis Media Update. | 0.50 |
| | | **Total Hours** | **35.10** |

Re:                         Current Financials
Client/Matter #             005735.00004


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 10.40 | 620.00 | 6,448.00 |
| Brad Hall | 16.20 | 665.00 | 10,773.00 |
| Young Kim | 8.50 | 620.00 | 5,270.00 |
| **Total Hours & Fees** | **35.10** | | **22,491.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/12 | BH | Review correspondence from Chadbourne on handling of cash for creditor reserve accounts. | 0.60 |
| 11/21/12 | BH | Draft memo to Chadbourne about Debtors knowledge of potential executive level changes post confirmation. | 0.50 |
| 11/21/12 | BH | Call with Debtors advisors to discuss article purporting to describe new management to be hired upon emergence. | 0.30 |
| 11/26/12 | BH | Review stipulation between Debtor and Warner Brothers on claim amount. | 0.80 |
| 11/26/12 | ANL | Reviewed amended POR and global contracts motion. | 1.50 |
| 11/26/12 | ANL | Analyzed Warner Bros stipulation motion and exhibits and discussed with Debtors. | 1.20 |
| 11/27/12 | ANL | Analyzed Recycler stipulation motion and exhibits and discussed with Debtors. | 1.60 |
| 11/30/12 | BH | Call with Debtors advisors on emergence timeline and alternative emergence dates. | 1.50 |
| 11/30/12 | BH | Call with Cadbourne on emergence date issues and information needs. | 0.30 |
| | | **Total Hours** | **8.30** |

Re:                     Plan of Reorganization
Client/Matter #         005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 4.30 | 620.00 | 2,666.00 |
| Brad Hall | 4.00 | 665.00 | 2,660.00 |
| **Total Hours & Fees** | **8.30** | | **5,326.00** |

Re:                          Litigation Hold
Client/Matter #              005735.00016

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 11/06/12 | MFR | Review of documents to be produced to the Litigation Trustee. | 3.00 |
| 11/12/12 | MFR | Review of documents to be produced to Litigation Trustee. | 6.00 |
| 11/13/12 | MFR | Review of documents to be produced to Litigation Trustee. | 3.50 |
| 11/14/12 | MFR | Review of documents to be produced to Litigation Trustee. | 2.00 |
| 11/15/12 | MFR | Review of documents to be produced to Litigation Trustee. | 4.00 |
| 11/15/12 | SM | Reset 1 existing relativity users password for "Helsinki Review" case and then emailed the credentials to the case manager. | 0.10 |
| 11/19/12 | MFR | Review of documents to be produced to Litigation Trustee. | 2.00 |
| 11/28/12 | MFR | Review of documents to be produced to Litigation Trustee. | 3.00 |
| | | **Total Hours** | **23.60** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 23.50 | 620.00 | 14,570.00 |
| Stacey Macumber | 0.10 | 190.00 | 19.00 |
| **Total Hours & Fees** | **23.60** | | **14,589.00** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/07/12 | BH | Provide Debtors a projection of fees for balance of the case. | 0.50 |
| 11/15/12 | YK | Prepared October 2012 fee application. | 1.20 |
| 11/19/12 | ANL | Prepared October 2012 fee application. | 1.30 |
| 11/27/12 | BH | Review and edit fee application. | 1.20 |
| 11/29/12 | ANL | Prepared October 2012 fee application. | 1.50 |
| | | **Total Hours** | **5.70** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.80 | 620.00 | 1,736.00 |
| Brad Hall | 1.70 | 665.00 | 1,130.50 |
| Young Kim | 1.20 | 620.00 | 744.00 |
| **Total Hours & Fees** | **5.70** | | **3,610.50** |