# EXHIBIT "C"

*No reimburse of expenses is sought for this fee application period at this time.*