# EXHIBIT A



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2012                                                                 Invoice 4355    DAS

In Reference To: 00499-008 - General

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/05/12 | RP | Review cease and desist letter regarding New Haven Living Magazine (.4); research regarding same (1.0); exchange email with client regarding same (.3). | 1.70<br>455.00/hr | 773.50 |
| 11/06/12 | RP | Research regarding trademark demand from New Haven Living Magazine. | 1.00<br>455.00/hr | 455.00 |
| 11/06/12 | PSK | Legal research regarding issues raised in cease and desist letter (1.0); legal research regarding additional issues raised in cease and desist letter (.5). | 1.50<br>295.00/hr | 442.50 |
| 11/07/12 | RP | Review research regarding issues raised in cease and desist letter (.5); telephone conference with client regarding cease and desist letter concerning New Haven Living Magazine (.4); draft response thereto (1.2). | 2.10<br>455.00/hr | 955.50 |
| 11/09/12 | RP | Exchange email with client regarding response to cease and desist letter (.3); finalize response letter (.4). | 0.70<br>455.00/hr | 318.50 |
| 11/14/12 | RP | Exchange email with client regarding New Haven Living Magazine dispute. | 0.20<br>455.00/hr | 91.00 |
| 11/26/12 | RP | Exchange email with client regarding dispute over New Haven Living Magazine. | 0.30<br>455.00/hr | 136.50 |

**For professional services rendered**                                            7.50       $3,172.50

Levine Sullivan Koch & Schulz, LLP

| | December 1, 2012 |
|---|---|
| I.D. 00499-008 - DAS | Invoice 4355 |
| Re: General | Page 2 |
| **Total Amount of this Bill** | **$3,172.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| I.D. 00499-008 - DAS | December 1, 2012 |
| Re: General | Invoice 4355 |
| | Page 3 |

**Timekeeper Summary**

| | **Hours** | **Rate/Hour** | **Amount** |
|---|---|---|---|
| Robert Penchina | 6.00 | 455.00 | 2,730.00 |
| Patrick S. Kabat | 1.50 | 295.00 | 442.50 |
| **Totals** | **7.50** | | **$3,172.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



LEVINE SULLIVAN
KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

December 1, 2012     Invoice 4274   SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues
Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/01/12 | SDJ | Correspond with local counsel regarding twenty-fifth monthly fee application certificate of no objection (.2); draft twenty-sixth monthly fee application (.5). | 0.70<br>335.00/hr | 234.50 |
| 11/02/12 | SDB | Review proposed order regarding twelfth quarterly fee request (.2); review proposed submission to restructuring advisor regarding fee estimates (.2). | 0.40<br>455.00/hr | 182.00 |
| 11/02/12 | SDJ | Review Omnibus order regarding twelfth interim fee period (.3); review statement of future fees and expense estimates (.3); correspond with Tribune financial advisor regarding same (.2). | 0.80<br>335.00/hr | 268.00 |
| 11/05/12 | SDJ | Correspond with D. Beezie and local counsel regarding twenty-fifth monthly fee application certificate of no objection. | 0.20<br>335.00/hr | 67.00 |
| 11/06/12 | SDB | Review order received from court. | 0.20<br>455.00/hr | 91.00 |
| 11/06/12 | SDJ | Review omnibus order regarding twelfth interim fee period (.3); revise twenty-sixth monthly fee application (.6). | 0.90<br>335.00/hr | 301.50 |
| 11/07/12 | SDB | Review and revise twenty-sixth monthly fee application. | 0.30<br>455.00/hr | 136.50 |
| 11/07/12 | SDJ | Revise twenty-sixth monthly fee application. | 1.00<br>335.00/hr | 335.00 |
| 11/08/12 | SDJ | Finalize twenty-sixth monthly fee application (.3); correspond with local counsel regarding filing and service of same (.3). | 0.60<br>335.00/hr | 201.00 |

## Levine Sullivan Koch & Schulz, LLP

I.D. 00499-080 - SDB  
Re: Tribune Company - Fee Application-Bankruptcy Retention Issues

December 1, 2012  
Invoice 4274  
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/13/12 | SDJ | Review preliminary report regarding seventh interim fee period. | 0.50<br>335.00/hr | 167.50 |
| 11/19/12 | SDJ | Conduct research regarding prior fees and expenses in connection with response to preliminary report for seventh interim fee application (1.3); draft response to seventh interim preliminary report (.7). | 2.00<br>335.00/hr | 670.00 |
| 11/19/12 | SDB | Review and revise response to fee examiner in connection with seventh quarterly fee application. | 0.20<br>455.00/hr | 91.00 |
| 11/19/12 | NES | Respond to query from invoice examiner. | 0.20<br>455.00/hr | 91.00 |
| | | **For professional services rendered** | **8.00** | **$2,836.00** |
| | | **Total Amount of this Bill** | | **$2,836.00** |

Levine Sullivan Koch & Schulz, LLP

| | December 1, 2012 |
|---|---|
| I.D. 00499-080 - SDB | Invoice 4274 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 3 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.10 | 455.00 | 500.50 |
| Nathan E. Siegel | 0.20 | 455.00 | 91.00 |
| Shaina D. Jones | 6.70 | 335.00 | 2,244.50 |
| **Totals** | **8.00** | | **$2,836.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


LEVINE SULLIVAN
KOCH & SCHULZ, LLP

*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

December 1, 2012                                              Invoice # 4358

In Reference To:     **00526-052      9/11 Commissions**

For Professional Services and Disbursements:                  $ 697.03

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00579926;v1}