# EXHIBIT A

## Declaration of Christopher L. Meazell

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Forty-Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period November 1, 2012 through November 30, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Forty-Second Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 7th day of January, 2013.

Christopher L. Meazell

# EXHIBIT B

# Invoices and Excel Spreadsheet

# DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

January 7, 2013                                                    Page 1

Tribune Company                                              Invoice 566677
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Our File # 08656.0100          For Services Through November 30, 2012
FCC/Broadcast Matters

| | | |
|---|---|---|
| 11/01/12 | Analysis of issues regarding FCC decision addressing applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 11/01/12 | Telephone conference with R. Wiley re FCC review of pending applications (0.3); telephone conference with FCC staff re processing and timing of applications (0.3); review stipulation issues and list of pending complaints (0.4); telephone conference with T. Davidson re FCC applications (0.3). | |
| | J. Feore | 1.30 hrs. |
| 11/01/12 | Research status of license renewals filed to date (0.9); research status of pending wireless license application (0.3); prepare correspondence to client re submission of notice of completion of construction for new business radio licenses used by Channel 40, Inc. (0.2). | |
| | L. McCarty (Practice Group Professional) | 1.40 hrs. |
| 11/01/12 | Research and review re status of exit application (0.4); telephone conference with D. Roberts (FCC) re pending renewal questions and stipulation (0.4); email to K. Mills (Sidley) re status of revisions (0.1); review Sidley revisions (0.2). | |
| | M. Swanson | 1.10 hrs. |
| 11/02/12 | Preparation of stipulation of enforcement claims agreement with FCC regarding applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 11/02/12 | Telephone conference with FCC re applications, warrant and processing (0.4); telephone conferences with R. Wiley and T. Davidson re FCC review (0.4); telephone conference with S. | |

January 7, 2013                                            Page 2

Tribune Company                                           Invoice 566677

Sheehan re FCC updates (0.3); telephone conferences with FCC re open issues (0.3); review final stipulation re pending complaints (0.5).
J. Feore                                                  1.90 hrs.

11/02/12    Prepare draft amendment to Channel 40, Inc., DIP assignment of license to add two new business radio licenses.
L. McCarty (Practice Group Professional)    0.80 hrs.

11/02/12    Revise stipulation (2.4); telephone conference with M. Godschall (FCC) re pending indecency complaints (0.2); email revised stipulation to K. Mills (0.3); telephone conference with E. Washburn re same, renewals, WGN(AM) programming matter, and electronic public file compliance (0.4); telephone conference with K. Mills re stipulation changes (0.3); email same to S. Stone and K. Mills (0.1).
M. Swanson                                                3.40 hrs.

11/02/12    Research re maximum FCC forfeitures for Tribune tolling agreement with FCC Enforcement Bureau (0.4); research re applicability of CALM Act requirements for Tribune broadcast stations and programming created by Tribune (0.2).
R. Folliard III                                           0.60 hrs.

11/03/12    Review updated credit agreement re exit from bankruptcy (0.7); research re final FCC issues re pending complaints, pending renewals and pending appeals (0.8).
J. Feore                                                  1.50 hrs.

11/03/12    Review draft credit agreement.
J. Logan                                                  1.80 hrs.

11/04/12    Email to E. Washburn re trade press report re FCC timetable on exit applications.
M. Swanson                                                0.10 hrs.

11/05/12    Telephone conference with E. Hartenstein and officials re FCC issues (0.4); telephone conference with FCC staff re processing (0.4); review stipulation issues (0.5); review credit agreement (0.6); telephone conference with S. Sheehan re FCC issues (0.4).
J. Feore                                                  2.30 hrs.

11/05/12    Review draft ABL credit agreement re FCC matters (0.4); prepare correspondence to J. Boelter and J. Langdon (Sidley) re FCC-related matters in draft credit agreements (0.4); complete review of draft non-ABL credit agreement (1.4).
J. Logan                                                  2.20 hrs.

11/05/12    Telephone conference with E. Washburn re WGN(AM) programming matter (0.3); telephone conference with W. Howles-Kellett (FCC) re Enforcement Bureau list (0.3); draft and revise WGN(AM) response (0.4); telephone conferences with S. Stone re stipulation changes (0.3); voice mail messages to S. Stone and K.

Tribune Company                                                    Invoice 566677

|  |  |  |
|---|---|---|
|  | Mills re same (0.1). |  |
|  | M. Swanson | 1.30 hrs. |
| 11/05/12 | Telephone call with J. Roberts re compliance with CALM Act for Tribune properties. |  |
|  | R. Folliard III | 0.10 hrs. |
| 11/06/12 | Telephone conference with FCC staff re processing of pending applications (0.2); telephone conference with S. Sheehan re ownership issues (0.3); review proposed programming changes and amendment issues (0.4); review FCC stipulation changes (0.3). |  |
|  | J. Feore | 1.20 hrs. |
| 11/06/12 | Email exchanges with E. Washburn re WGN(AM) programming issue (0.4); voice mails to K. Mills (Sidley) and S. Stone (FCC) re stipulation procedure (0.1); telephone conference with K. Mills re same (0.2); voice mails with S. Stone re same (0.1); telephone conferences with S. Stone re revision to stipulation (0.3). |  |
|  | M. Swanson | 1.10 hrs. |
| 11/07/12 | Participate in regulatory status call with counsel for JP Morgan (D. Wiley, J. Bayes and E. Reed) and Oaktree (T. Davidson) regarding progress of FCC applications for approval of assignment of broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.50 hrs. |
| 11/07/12 | Telephone conference with FCC and follow-up re applications and pending waivers (0.3); telephone conference with R. Wiley and T. Davidson re applications (0.5); telephone conference with S. Sheehan re update on applications (0.4); review final stipulation and technical information with FCC (0.4); review timing options on applications and closing (0.6). |  |
|  | J. Feore | 2.20 hrs. |
| 11/07/12 | Prepare for and participate in telephone conference with FCC counsel to co-proponents re status of FCC proceeding for consent. |  |
|  | J. Logan | 0.40 hrs. |
| 11/07/12 | Prepare correspondence to client re preparation and filing of DTV ancillary fee reports for Tribune licensees (0.1); telephone conference with client re online public file review (0.4). |  |
|  | L. McCarty (Practice Group Professional) | 0.50 hrs. |
| 11/07/12 | Prepare for and participate in conference call with Akin and Wiley attorneys re FCC application status and issues (0.3); review electronic public file issues for November 8 client call (0.3); review FCC stipulation changes (0.4); email to FCC re stipulation (0.3); email to K. Mills and E. Washburn re same (0.3). |  |
|  | M. Swanson | 1.60 hrs. |
| 11/08/12 | Telephone conference with FCC re processing of application and waivers (0.4); telephone conference with R. Wiley re FCC review (0.4); telephone conference with E. Hartenstein and Tribune officials |  |

January 7, 2013                                                 Page 4

Tribune Company                                           Invoice 566677

|  |  |  |
|---|---|---|
|  | re FCC application (0.5); telephone conference with FCC re stipulation (0.2). | |
|  | J. Feore | 1.50 hrs. |
| 11/08/12 | Review spectrum outline issues and possible proposals. | |
|  | J. Feore | 0.20 hrs. |
| 11/08/12 | Review online public file contents for WSFL-TV (2.3); prepare draft checklist re same (1.7). | |
|  | L. McCarty (Practice Group Professional) | 4.00 hrs. |
| 11/08/12 | Email to S. Stone (FCC) re stipulation signature pages (0.1); telephone conference with E. Washburn re electronic public file review (0.6); telephone conference with S. Stone re finalizing stipulation (0.2); review re "reserves" issue related to indecency complaints (0.6); review Tribune file re electronic public file compliance (0.7); telephone conference with E. Washburn re "reserves" issue (0.2); voice mail to J. Ehrenhofer (EPIQ) re same (0.1); telephone conference with E. Washburn and J. Ehrenhofer re "reserves" (0.5); email to E. Washburn and J. Ehrenhofer re same (0.1). | |
|  | M. Swanson | 3.10 hrs. |
| 11/09/12 | Telephone conferences with FCC to follow-up on pending application and waivers (0.6); telephone conferences with R. Wiley re applications (0.6); telephone conference with T. Davidson re FCC (0.4); telephone conference with J. Stenger re FCC applications (0.4); telephone conference with S. Sheehan re FCC review (0.4); review pending ownership and waiver requests re FCC rulemaking (0.8). | |
|  | J. Feore | 3.20 hrs. |
| 11/10/12 | Telephone conference with FCC re processing of FCC applications and waiver (0.3); telephone conference with counsel for creditors re FCC (0.3). | |
|  | J. Feore | 0.60 hrs. |
| 11/10/12 | Review FCC D.C. Circuit filing in Tribune appeal. | |
|  | M. Swanson | 0.10 hrs. |
| 11/12/12 | Telephone conference with FCC staff re status of application processing and waiver requests (0.3); telephone conference with FCC re ownership proceeding and draft decision (0.4). | |
|  | J. Feore | 0.70 hrs. |
| 11/12/12 | Research status of KPLR business radio license cancellations (0.2); confirm submission of notice of completion fees for business radio licenses licensed to Channel 40, Inc. (0.2); prepare draft amendment to pending wireless assignment application for Channel 40 to add new business radio authorizations (0.4); research notice of consummation deadline for pro forma assignment applications (0.6). | |
|  | L. McCarty (Practice Group Professional) | 1.40 hrs. |

Tribune Company

| 11/13/12 | Telephone conference with FCC re status of pending applications (0.3); review draft releases re announcement on FCC action (0.3); telephone conference with counsel for Committee re FCC status issues (0.3). | |
| | J. Feore | 0.90 hrs. |
| 11/13/12 | Review and respond to client inquiry re CARS electronic filing database. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 11/14/12 | Attend status update telephone conference with D. Wiley and J. Bayes (counsel for JP Morgan) and T. Davidson (counsel for Oaktree) regarding progress of FCC applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.50 hrs. |
| 11/14/12 | Telephone conferences with FCC staff re Tribune decision and waivers (0.7); telephone conferences with R. Wiley and T. Davidson re FCC (0.5); telephone conferences with J. Stenger re FCC application and processing (0.4); telephone conference with E. Hartenstein re FCC (0.4); telephone conference with D. Liebentritt re applications (0.4); telephone conference with N. Larsen re applications and waivers (0.3); telephone conference with S. Sheehan re FCC (0.3); review FCC order re impact on pending waivers (0.9). | |
| | J. Feore | 3.90 hrs. |
| 11/14/12 | Prepare for and participate in telephone conference with FCC counsel to co-proponents re status of applications and possible steps to expedite (0.5); telephone conference with R. Wiley and J. Bayes (FCC counsel to JPMorgan) re additional information re status of FCC order (0.4); review issues in connection with extension of consents for restructuring transactions (0.6); review amendment and application to include additional wireless authorization (0.3). | |
| | J. Logan | 1.80 hrs. |
| 11/14/12 | Prepare for and participate in conference call re status of FCC application and issues with Wiley and Akin attorneys. | |
| | M. Swanson | 0.60 hrs. |
| 11/15/12 | Telephone conferences with R. Wiley and T. Davidson re proposed FCC decision (0.6); telephone conference with FCC staff re follow-up to decision and waivers (0.5); telephone conference with J. Stenger re FCC proposed action (0.5); review pending appeals and waiver grants re impact of new waivers (0.8). | |
| | J. Feore | 2.40 hrs. |
| 11/15/12 | Telephone conference with K. Kensinger re extension of consents for restructuring transaction for satellite services (0.5); telephone conference with D. Roberts and D. Brown (FCC) re recommendations of FCC staff re extension of consents to restructuring transactions (0.5); review issues in connection with | |

Tribune Company                                                                 Invoice 566677

|  |  |  |
|---|---|---|
| | restructuring consents and other FCC authorizations for emergence (0.8). | |
| | J. Logan | 1.80 hrs. |
| 11/15/12 | Update draft amendment to pending assignment of license for Channel 40, Inc. business radio licenses to add new licenses. | |
| | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 11/16/12 | Review and analysis of order granting applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.30 hrs. |
| 11/16/12 | Telephone conference with FCC staff re FCC decision (0.3); telephone conference with S. Sheehan re updates (0.3); telephone conference with D. Eldersveld re waivers (0.3); telephone conference with Sidley Austin re impact of decision (0.3); review FCC decision and waiver grant (1.1); research re impact and timing of waiver grants on existing waivers and pending petitions (1.2). | |
| | J. Feore | 3.50 hrs. |
| 11/16/12 | Review and revise security and pledge agreements for term loan agreement and ABL credit agreement re FCC issues in connection with collateral agreements (2.6); review issues re consent to extension of pro forma restructuring consents and sufficiency of license list in FCC order (0.9); telephone conference with J. Boelter and J. Langdon re current status of FCC consents (0.3); prepare correspondence to J. Boelter and J. Langdon re security and pledge agreements for credit agreements (0.3); review FCC order granting consent to emergence of Tribune from bankruptcy (1.2). | |
| | J. Logan | 5.30 hrs. |
| 11/16/12 | Withdraw pending assignment of license for KPLR wireless licenses (0.2); prepare correspondence to client re same (0.1); prepare and submit request for extension of time to consummate pro forma assignment of license applications granted June 2012 (5.6). | |
| | L. McCarty (Practice Group Professional) | 5.90 hrs. |
| 11/16/12 | Telephone conference with E. Washburn re release of FCC decision (0.2); review and analyze same (1.0). | |
| | M. Swanson | 1.20 hrs. |
| 11/17/12 | Review FCC decision, waiver options and FCC filings (0.8); telephone conference with S. Sheehan re follow-up issues (0.3); research re timing of waivers and pending appeals (0.8). | |
| | J. Feore | 1.90 hrs. |
| 11/17/12 | Review issues re corrections needed to assignment charts in FCC order. | |
| | J. Logan | 0.40 hrs. |
| 11/17/12 | Review FCC order for accuracy re pending assignment of license applications (2.7); prepare correspondence to client re same (0.1). | |

January 7, 2013                                                                    Page 7

Tribune Company                                                              Invoice 566677

|  |  |  |
|---|---|---|
| | L. McCarty (Practice Group Professional) | 2.80 hrs. |
| 11/17/12 | Review and analyze FCC decision and evaluate mistakes in same and ordering clauses. | |
| | M. Swanson | 2.80 hrs. |
| 11/18/12 | Preparation of memorandum regarding FCC order granting applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 1.30 hrs. |
| 11/19/12 | Preparation of summary of waivers granted by FCC regarding Tribune broadcast licenses. | |
| | J. Rademacher | 0.50 hrs. |
| 11/19/12 | Work on outline re waiver grants and options (0.3); review FCC ownership proposals and likely waivers (0.7). | |
| | J. Feore | 1.00 hrs. |
| 11/19/12 | Research re current revised comprehensive exhibit filed with FCC. | |
| | L. McCarty (Practice Group Professional) | 0.40 hrs. |
| 11/19/12 | Telephone conference with D. Roberts (FCC) re decision ordering clauses. | |
| | M. Swanson | 0.10 hrs. |
| 11/20/12 | Review issues re "red light" status (0.5); prepare email to FCC staff re same (0.3). | |
| | C. Burrow | 0.80 hrs. |
| 11/20/12 | Preparation of summary of waivers of newspaper/broadcast cross-ownership rule granted by FCC. | |
| | J. Rademacher | 0.30 hrs. |
| 11/20/12 | Work on outline of FCC decision and waivers granted (0.3); telephone conference with FCC staff re decision and follow-up (0.3); review pending appeals and reconsideration requests (0.8). | |
| | J. Feore | 1.40 hrs. |
| 11/20/12 | Review issues re "red light" hold on satellite and wireless applications. | |
| | J. Logan | 0.60 hrs. |
| 11/20/12 | Research "red light" status of all license subsidiaries (1.2); telephone conference with J. Roberts re same (0.1); telephone conference with FCC Wireless Bureau staff re "red light" status re processing of pending wireless assignment applications (0.8); telephone conference with FCC International Bureau re "red light" status re processing of pending International Bureau assignment applications (0.9); telephone conference with FCC Office of the Managing Director re 2012 regulatory fee waiver request and related "red light" status resulting from same (1.1); prepare correspondence to FCC Office of the Managing Director re FCC order granting pending assignments in all bureaus (1.3). | |

Tribune Company                                                          Invoice 566677

| | | |
|---|---|---|
| | L. McCarty (Practice Group Professional) | 5.40 hrs. |
| 11/20/12 | Telephone call with FCC staff re unpaid regulatory fee for earth station owned by Tribune. | |
| | R. Folliard III | 0.10 hrs. |
| 11/21/12 | Review "red light" issues. | |
| | C. Burrow | 0.80 hrs. |
| 11/21/12 | Research (0.2) and analysis of issues regarding tax implications of FCC incentive auction proposals (0.2). | |
| | J. Rademacher | 0.40 hrs. |
| 11/21/12 | Telephone conference with R. Wiley and T. Davidson re FCC issues, closing matters and stock trading issues (0.4); review FCC filings re fee payment issues and updates (0.3); telephone conference with FCC re pending petitions for reconsideration (0.3). | |
| | J. Feore | 1.00 hrs. |
| 11/21/12 | Telephone conference with J. Tobias (FCC) re "red light" hold issues (0.2); review issues re consistency of staff "red light" holds with Commission-assigned Media Bureau order on grant (0.5). | |
| | J. Logan | 0.70 hrs. |
| 11/23/12 | Review pre-closing items re exit from bankruptcy and security agreements (0.3); review FCC decision re handling of appeals (0.4). | |
| | J. Feore | 0.70 hrs. |
| 11/26/12 | Review court filing re status of reconsideration petitions by FCC (0.4); telephone conference with FCC staff re follow-up to waiver grants and pending applications (0.3). | |
| | J. Feore | 0.70 hrs. |
| 11/26/12 | Review and analyze "red light" status issues blocking grant of satellite and wireless applications (1.2); telephone conference with D. Roberts (FCC) re "red light" issues (0.4). | |
| | J. Logan | 1.60 hrs. |
| 11/26/12 | Telephone conference with Wireless Bureau staff re "red light" issue for KWGN (0.8); telephone conference with client re "red light" issue (0.2); telephone conference with client re modifications to KWGN licenses re ASR correction (1.1); telephone conference with FCC staff in Office of Managing Director re "red light" issue (1.3). | |
| | L. McCarty (Practice Group Professional) | 3.40 hrs. |
| 11/26/12 | Review FCC report to Third Circuit (0.1); email same to client (0.1). | |
| | M. Swanson | 0.20 hrs. |
| 11/27/12 | Work on ownership waiver summary and analysis (0.3); review timing issues on reconsideration review (0.3); review red light issues and holds on license applications (0.4). | |
| | J. Feore | 1.00 hrs. |
| 11/27/12 | Telephone conference with D. Roberts re "red light" issues. | |

Tribune Company                                         Invoice 566677

|  |  |  |
|---|---|---|
| | J. Logan | 0.60 hrs. |

| | | |
|---|---|---|
| 11/27/12 | Research "red light" database to confirm entities affected by "red light" status (1.3); research all databases to confirm licenses affected by "red light" status (2.1); prepare list of all licenses affected by "red light" status (1.1); prepare correspondence to FCC staff in Office of the Managing Director re entities and related licenses affected by "red light" status (0.9). | |
| | L. McCarty (Practice Group Professional) | 5.40 hrs. |
| 11/27/12 | Email exchange with K. Nolls (Sidley) re FCC amended proofs of claim; voice mail to S. Stone (FCC) re same. | |
| | M. Swanson | 0.10 hrs. |
| 11/28/12 | Participate in regulatory status call with counsel for JP Morgan (D. Wiley, J. Bayes, E. Reed) and Oaktree (T. Davidson) regarding Tribune applications to assign broadcast licenses in bankruptcy. | |
| | J. Rademacher | 0.40 hrs. |
| 11/28/12 | Telephone conference with FCC staff re pending petitions for reconsideration (0.3); review station licenses and FCC fee issues re grant (0.4); review pending FCC ownership report re cross-ownership issues (0.3). | |
| | J. Feore | 1.00 hrs. |
| 11/28/12 | Telephone conference with R. Wiley, T. Davidson, et al. re status of consummation and potential for objection (0.7); prepare correspondence to C. Kreuger (Sidley) re FCC-related matters for loan agreements (0.6). | |
| | J. Logan | 1.30 hrs. |
| 11/28/12 | Research and confirm FCC grant of assignment applications (1.3); telephone conference with Office of Managing Director to research status of "red light" issue (0.4). | |
| | L. McCarty (Practice Group Professional) | 1.70 hrs. |
| 11/28/12 | Participate in conference call with Wiley and Akin attorneys re FCC status (0.5); review re closing date issues (0.2). | |
| | M. Swanson | 0.70 hrs. |
| 11/29/12 | Review and analysis of FCC order extending incentive auction comment and reply dates (0.1); correspondence with E. Washburn regarding same (0.1). | |
| | J. Rademacher | 0.20 hrs. |
| 11/29/12 | Telephone conference with FCC re Tribune pending petitions and applications (0.3); conference re license updates and pro forma changes in structure (0.5). | |
| | J. Feore | 0.80 hrs. |
| 11/29/12 | Telephone conference with J. Langdon (Sidley), et al. re FCC schedules for loan agreements (0.4); work on draft schedules on FCC matters for loan agreements (1.8). | |

January 7, 2013                                                    Page 10

Tribune Company                                                   Invoice 566677
                    J. Logan                          2.20 hrs.

11/30/12            Preparation of outline of incentive auction comments.
                    J. Rademacher                     1.00 hrs.

11/30/12            Telephone conference with FCC staff and follow-up re transfer
                    grants and timing (0.4); telephone conference with counsel for
                    creditors re company and closing issues (0.3); review restructuring
                    applications, closings and notifications (0.6).
                    J. Feore                          1.30 hrs.

11/30/12            Telephone conference with D. Brown (FCC) re issues in connection
                    with issuance of Form 732 certificates for long-form transaction
                    (0.4); telephone conference with J. Boelter (Sidley) re FCC proposal
                    for issuance of Form 732 certificates (0.3); telephone conference
                    with J. Langdon (Sidley) re required notices to FCC in connection
                    with restructuring applications (0.3).
                    J. Logan                          1.00 hrs.

### BILLING SUMMARY

|              | Hours  |
|--------------|--------|
| BURROW       | 1.60   |
| FEORE        | 38.10  |
| LOGAN        | 21.70  |
| SWANSON      | 17.50  |
| RADEMACHER   | 7.40   |
| FOLLIARD III | 0.80   |
| MCCARTY      | 33.80  |
| TOTAL        | 120.90 |

Fees for Professional Services ........................................................ $        68,570.00

|          |                                                                                                  |    |           |
|----------|--------------------------------------------------------------------------------------------------|----|-----------|
|          | CONFERENCE CALL (SOUNDPATH)                                                                       | $  | 6.36      |
| 11/01/12 | John R. Feore, Jr.; INVOICE#: ERJRF101912; DATE: 10/25/2012 - Taxi to lunch meeting with S. Sheehan (Tribune) and FCC official to discuss ownership issues | $  | 12.00     |
| 11/01/12 | John R. Feore, Jr.; INVOICE#: ERJRF101912; DATE: 10/19/2012 - Parking at FCC to attend FCC meeting re Tribune | $  | 18.00     |
| 11/29/12 | EXP#ERJRF111012 J. Feore- Telephone charge re Tribune application while on business travel | $  | 17.98     |
| 11/29/12 | John R. Feore, Jr.; INVOICE#:                                                                     | $  | 56.97     |

January 7, 2013                                                          Page 11

Tribune Company                                                    Invoice 566677
              ERJRF102512; DATE: 10/25/2012 -
              Lunch with S. Sheehan (Tribune) and FCC
              official re FCC issues.

     Total Reimbursable Costs ................................................................................ $                111.31
     Total Current Billing for This File ................................................................. $        68,681.31

Our File # 08656.0100:001          For Services Through November 30, 2012
Spectrum Issues

| | | |
|---|---|---|
| 11/06/12 | Participate in conference call with client (N. Larsen, E. Washburn, D. Eldersveld and G. Mazzaferri) re development of client's FCC spectrum comments. | |
| | M. Swanson | 1.10 hrs. |
| 11/07/12 | Research regarding IRS revenue rulings regarding previous spectrum transfer payments regarding upcoming FCC incentive auctions. | |
| | J. Rademacher | 0.60 hrs. |
| 11/07/12 | Review re spectrum tax issues for development of client's FCC comments. | |
| | M. Swanson | 0.30 hrs. |
| 11/08/12 | Review spectrum outline issues and possible proposals. | |
| | J. Feore | 0.50 hrs. |
| 11/10/12 | Review outline of issues  for FCC spectrum proceeding and tax-related issues. | |
| | J. Feore | 0.50 hrs. |
| 11/10/12 | Review re client's proposed issues for spectrum comments. | |
| | M. Swanson | 0.50 hrs. |
| 11/11/12 | Research and preparation of correspondence with E. Washburn, N. Larson and G. Mazzaferri regarding tax implications of upcoming incentive auctions. | |
| | J. Rademacher | 0.30 hrs. |
| 11/13/12 | Review re spectrum rulemaking at FCC. | |
| | M. Swanson | 0.50 hrs. |
| 11/16/12 | Research re positions for client's spectrum auction/repack comments (0.7); conference call with E. Washburn and other Tribune principals re same (1.0). | |
| | M. Swanson | 1.70 hrs. |
| 11/21/12 | Correspondence with E. Washburn regarding CTIA and NAB request for extension of time to file comments and reply comments | |

January 7, 2013                                                    Page 12

Tribune Company                                                    Invoice 566677

|          |                                                                                 |           |
|----------|---------------------------------------------------------------------------------|-----------|
|          | in FCC incentive auction proceeding.                                            |           |
|          | J. Rademacher                                                                   | 0.20 hrs. |
| 11/24/12 | Review FCC spectrum notice and outline of proposed comments for rulemaking.     |           |
|          | J. Feore                                                                        | 0.50 hrs. |
| 11/26/12 | Research and preparation of outline of comments in FCC incentive auction proceeding. |      |
|          | J. Rademacher                                                                   | 3.70 hrs. |
| 11/26/12 | Review re spectrum auction comment extension request (0.1); work on comment outline for client (0.2). | |
|          | M. Swanson                                                                      | 0.30 hrs. |
| 11/27/12 | Research (1.0) and preparation of outline of comments in FCC incentive auction proceeding (2.9); telephone conference with E. Washburn regarding same (0.2). | |
|          | J. Rademacher                                                                   | 4.10 hrs. |
| 11/29/12 | Preparation of outline of incentive auction comments.                           |           |
|          | J. Rademacher                                                                   | 0.70 hrs. |
| 11/29/12 | Research and revise spectrum comment outline.                                   |           |
|          | M. Swanson                                                                      | 0.40 hrs. |
| 11/30/12 | Telephone conference with R. Kaplan (NAB) regarding incentive auction issues.   |           |
|          | J. Rademacher                                                                   | 0.20 hrs. |
| 11/30/12 | Preparation for (0.2) and telephone conference with R. Kaplan (NAB) re CTIA negotiations re band plan and NAB comments and effect on client's comments issues (0.5); revise spectrum comment outline (0.9). | |
|          | M. Swanson                                                                      | 1.60 hrs. |

BILLING SUMMARY

|            | Hours |
|------------|-------|
| FEORE      | 1.50  |
| SWANSON    | 6.40  |
| RADEMACHER | 9.80  |
| TOTAL      | 17.70 |

Fees for Professional Services ........................................................................ $        9,906.00
Total Current Billing for This File.................................................................. $        9,906.00

January 7, 2013                                             Page 13

Tribune Company                                              Invoice 566677
Our File # 08656.0101          For Services Through November 30, 2012
Retention and Fee Applications

| | | |
|---|---|---|
| 11/01/12 | Research regarding fee estimates for Alvarez.<br>C. Meazell | 2.60 hrs. |
| 11/02/12 | Correspondence with P. Gondipalli regarding fee estimates for Alvarez.<br>C. Meazell | 0.30 hrs. |
| 11/06/12 | Preparation of 41st monthly fee application.<br>C. Meazell | 1.80 hrs. |
| 11/13/12 | Review fee examiner's report regarding 11th interim fee application.<br>C. Meazell | 0.40 hrs. |
| 11/20/12 | Research regarding response to fee examiner's preliminary report regarding 11th interim fee application.<br>C. Meazell | 2.70 hrs. |
| 11/21/12 | Preparation of response correspondence regarding preliminary report.<br>C. Meazell | 0.60 hrs. |
| 11/27/12 | Finalize 41st monthly fee application (1.4); correspondence with Delaware counsel regarding same (0.2).<br>C. Meazell | 1.60 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 10.00 |
| TOTAL | 10.00 |

Fees for Professional Services ...................................................................... $      4,500.00
Total Current Billing for This File.................................................................. $      4,500.00

Our File # 08656.0104          For Services Through November 30, 2012
Broadcast Contracts

| | | |
|---|---|---|
| 11/02/12 | Prepare email to K. Connor re retransmission term sheet with TV Max.<br>R. Folliard III | 0.10 hrs. |
| 11/05/12 | Review World Cinema proposal for WGN America (0.1); analyze | |

Tribune Company                                                    Invoice 566677

|  |  |  |
|---|---|---|
|  | impact of MFNs on World Cinema proposal for WGN America (0.4); telephone call with K. Connor re World Cinema (0.3); telephone call with G. Mazzaferri re Verizon agreement (0.1); revise Verizon term sheet (0.3). |  |
|  | R. Folliard III | 1.20 hrs. |
| 11/06/12 | Review World Cinema SMATV agreement for WGN America and drop rights in current agreement (0.4); analyze whether drop rights MFN for major MVPDs apply to SMATVs (0.3); prepare email to K. Connor re same (0.1). |  |
|  | R. Folliard III | 0.80 hrs. |
| 11/07/12 | Prepare email to Crystal Cable re status of settlement negotiations for carriage of WXMI(TV) without consent (0.4); prepare email to K. Connor re request from Windjammer to release it from liability in advance of sale to Zito Media (0.3). |  |
|  | R. Folliard III | 0.70 hrs. |
| 11/12/12 | Telephone call with K. Connor re extending World Cinema agreement. |  |
|  | R. Folliard III | 0.30 hrs. |
| 11/13/12 | Prepare for FCC call re carriage of WXMI(TV) by Crystal Cable without consent. |  |
|  | R. Folliard III | 0.20 hrs. |
| 11/14/12 | Telephone call with the FCC re Crystal Cable carriage complaint. |  |
|  | R. Folliard III | 0.20 hrs. |
| 11/16/12 | Review Verizon term sheet in preparation for conference call with N. Larsen (0.1); conference call with N. Larsen re changes to Verizon term sheet (0.3). |  |
|  | R. Folliard III | 0.40 hrs. |
| 11/17/12 | Prepare revised term sheet for Verizon with per subscriber rates (0.4); research re prior term sheets sent to Verizon (0.2); prepare email to N. Larsen re changes to Verizon term sheet (0.2). |  |
|  | R. Folliard III | 0.80 hrs. |
| 11/18/12 | Prepare further revised term sheet for Verizon to modify after-acquired stations clause (0.2); prepare email to N. Larsen and G. Mazzaferri re same (0.1). |  |
|  | R. Folliard III | 0.30 hrs. |
| 11/19/12 | Telephone call with K. Connor re Verizon retransmission consent negotiations and revised term sheet. |  |
|  | R. Folliard III | 0.50 hrs. |
| 11/20/12 | Telephone call with N. Larsen re potential Tribune split signal agreements for cable operators (0.1); research re current split signal agreements for Tribune stations (0.1). |  |
|  | R. Folliard III | 0.20 hrs. |

January 7, 2013                                      Page 15

Tribune Company                                      Invoice 566677

11/28/12     Prepare form split signal and zoned advertising agreement for
             Tribune (6.8); review split signal agreements for Tribune and
             Comcast, Cox and Cablevision (0.6).
             R. Folliard III                         7.40 hrs.

11/29/12     Telephone call with K. Connor re status of negotiations with WOW,
             Verizon, TV Max and World Cinema.
             R. Folliard III                         0.80 hrs.

BILLING SUMMARY

|  | Hours |
|---|---|
| FOLLIARD III | 13.90 |
| TOTAL | 13.90 |

Fees for Professional Services .......................................................... $          5,421.00
Total Current Billing for This File.................................................. $          5,421.00

Total Current Billing for This Invoice............................................ $        88,508.31

# ℧ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

T  202.776.2000  F  202.776.2222

# DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

January 7, 2013

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 566677

Our File # 08656.0100          For Services Through November 30, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ........................................................... $          68,681.31

Our File # 08656.0100:001     For Services Through November 30, 2012
Spectrum Issues
    Total Current Billing for This Invoice ........................................................... $           9,906.00

Our File # 08656.0101          For Services Through November 30, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ........................................................... $           4,500.00

Our File # 08656.0104          For Services Through November 30, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ........................................................... $           5,421.00

    Total Current Billing for This Invoice ........................................................... $          88,508.31

REMITTANCE COPY

Bank Name: Wells Fargo Bank, N.A.
Account Name: Dow Lohnes PLLC Main Operating Account
Account #: 2000026604103

Reference: Client/Matter # and Invoice#

**Wire Transfer Instructions:**
Domestic – Wire Transfer Routing Transit Number:  121000248
International – Wire Transfer SWIFT BIC Routing Number:  WFBIUS6S

**ACH Transmission Instructions:**
ACH Transmission Routing Transit Number:  054001220

## EXHIBIT B

### FEE SUMMARY FOR THE PERIOD FROM
### NOVEMBER 1 - NOVEMBER 30, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | 1.6 | 880.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 39.6 | 30,096.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 14.7 | 5,733.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 21.7 | 14,105.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 33.8 | 9,464.00 |
| Christopher L. Meazell | Of Counsel (since 2012); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 10.0 | 4,500.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 17.2 | 8,084.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 23.9 | 15,535.00 |
| **TOTALS** | | | **162.5** | **88,397.00** |
| **BLENDED RATE** | | | | **543.9815385** |

[1] The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### NOVEMBER 1 - NOVEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 120.9 | 68,570.00 |
| Spectrum Issues | 17.7 | 9,906.00 |
| Fee Applications 08656.0101 | 10.0 | 4,500.00 |
| Broadcast Contracts 08656.0104 | 13.9 | 5,421.00 |
| Fox and Network Agreements 08656.0104:001 | 0.0 | 0.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **162.5** | **88,397.00** |

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## NOVEMBER 1 - NOVEMBER 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 0.00 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 30.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 56.97 |
| Messenger Services | Lasership - FCC | 0.00 |
| Messenger Services | Washington Express | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 6.36 |
| Telephone Tolls | | 17.98 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                                    **111.31**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.