**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                                  )      Chapter 11
In re:                                                            )
                                                                  )      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,[1]                       )
                                                                  )      Jointly Administered
                      Debtors.                              )
                                                                  )
_____)

## REQUEST TO BE REMOVED FROM THE MAILING LIST

Please remove the following address and email address from the mailing list and the e-notification list for the above-captioned matter.

> Pamela Kohlman Webster, Esq.
> Buchalter Nemer, APC
> 1000 Wilshire Blvd., Suite 1500
> Los Angeles, CA 90017
> Email: pwebster@buchalter.com

Dated:  Los Angeles, California              Respectfully submitted,
              January 7, 2013

                                                              BUCHALTER NEMER, APC

                                                              By: /s/ Pamela Kohlman Webster
                                                              Pamela Kohlman Webster (CA No. 105937)
                                                              1000 Wilshire Boulevard, Suite 1500
                                                              Los Angeles, CA  90017
                                                              Telephone: (213) 891-0700
                                                              Facsimile:  (213) 896-0400
                                                              Email: pwebster@buchalter.com
                                                              Attorneys for Sony Pictures Television Inc.

_____

1