# EXHIBIT A

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466281 |
| Invoice Date: | 12/13/2012 |

## Remittance Copy
### Billing for services rendered through 11/30/2012

Total by Matter
    0041 Welfare Plans                            $ 6,909.35
    Client/Reference Number: 0000000848

Total Services                                      $ 6,908.00

Total Costs and Other Charges Posted Through Billing Period           1.35

## Total This Invoice                           $ 6,909.35

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466281
Invoice Date:  12/13/2012

| Invoice | Date | |
|---------|------|---|
| 2225163 | 02/28/2011 | 7.74 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 4,817.50 |
| 2423943 | 09/18/2012 | 2,682.50 |
| 2441325 | 10/31/2012 | 7,540.00 |
| 2451014 | 11/09/2012 | 29,205.00 |

Total Outstanding Balance                    88,719.38

Total Balance Due                        $ 95,628.73

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466281 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0041 Welfare Plans                                        $ 6,909.35
    Client/Reference Number: 0000000848

Total Services                                                              $ 6,908.00

Total Costs and Other Charges Posted Through Billing Period           1.35

**Total This Invoice**                                                 **$ 6,909.35**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2181810 | 10/27/2010 | 119.97 |
| 2193507 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment
for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information
(include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466281
Invoice Date:  12/13/2012

| Invoice | Date | |
| --- | --- | --- |
| 2225163 | 02/28/2011 | 7.74 |
| 2338727 | 01/30/2012 | 2,479.50 |
| 2349836 | 02/29/2012 | 1,363.00 |
| 2360516 | 03/29/2012 | 125.40 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 4,817.50 |
| 2423943 | 09/18/2012 | 2,682.50 |
| 2441325 | 10/31/2012 | 7,540.00 |
| 2451014 | 11/09/2012 | 29,205.00 |

Total Outstanding Balance                                    88,719.38

Total Balance Due                                          $ 95,628.73

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466281
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041         Welfare Plans
                     Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/12 | A. Gordon | 0.20 | Discuss Tribune Welfare Plan open issues with B.Becker. |
| 11/05/12 | A. Gordon | 1.00 | Discuss Tribune Critical Injury coverage with K.Dansart and B.Becker [.2]; research issues regarding ineligible health savings account coverage [.3]; draft email response to K.Dansart and B.Becker regarding critical injury coverage and health savings accounts [.2]; discuss summary of benefit disclosure with B.Becker [.3]. |
| 11/08/12 | A. Gordon | 0.50 | Conference call with B. Becker regarding the transportation reimbursement contracts. |
| 11/12/12 | A. Gordon | 0.30 | Review question regarding plan document from B.Becker [.1]; respond to plan document question of B. Becker [.2]. |
| 11/13/12 | A. Gordon | 1.70 | Conference call with B. Becker regarding the WageWorks Agreement [.5]; review email from K.Dansart regarding same [.2]; respond to Health Savings Account email from co-counsel [.2]; attend WageWorks conference call with team [.5]; review Technical Release 92-01 as it relates to Welfare Plan issues [.3]. |
| 11/14/12 | A. Gordon | 0.80 | Review edits to Blue Cross issues list from R.DeBoer [.2]; respond to issues list edits from R.DeBoer [.1]; review WageWorks communication to B.Becker [.3]; draft response to B.Becker regarding plan asset issue [.2]. |
| 11/15/12 | A. Gordon | 0.40 | Call with R. Deboer and B.Becker regarding the WageWorks plan asset alternatives. |
| 11/16/12 | A. Gordon | 1.60 | Outline the alternative contract terms in the WageWorks |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2466281 |
| Invoice Date: | 12/13/2012 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | contract for B.Becker [.7]; conference call with B.Becker prior to the WageWorks call regarding contract issues [.2]; conference call with WageWorks regarding same [.4]; revise language in agreement based on comments during call [.3]. |
| 11/19/12 | A. Gordon | 1.90 | Review the WageWorks amended language for B.Becker [.4]; revise the WageWorks contract language [.3] conference call with B.Becker regarding the WageWorks edits [.2]; review the Blue Cross Blue Shield issues list and Agreement [.3]; revise the Blue Cross Agreement [.2]; draft an email to Blue Cross Blue Shield regarding contract changes [.2]; review Health Savings Account domestic partner question from C. Kaminsky [.2]; draft response to C.Kaminsky regarding same [.1]. |
| 11/29/12 | A. Gordon | 0.40 | Prepare for phone call with C.Nelson of Blue Cross Blue Shield regarding Agreement. |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **8.80** | | **Total For Services** | **$6,908.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Gordon | 8.80 | 785.00 | 6,908.00 |
| **Totals** | **8.80** | | **$6,908.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 10/10/12 | Telecommunications<br>Ext. 68165 called WHEATON, (630) 260-0594. | 1.35 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$1.35** |
| **Total This Invoice** | **$6,909.35** |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466281 |
| Invoice Date: | 12/13/2012 |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466283 |
| Invoice Date: | 12/13/2012 |

## Remittance Copy
### Billing for services rendered through 11/30/2012

Total by Matter
    0047 ESOP                                     $ 5,255.00
    Client/Reference Number: 0000001574

Total Services                                             $ 5,255.00

Total Costs and Other Charges Posted Through Billing Period      0.00

**Total This Invoice**                                 **$ 5,255.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466283 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0047 ESOP                                                              $ 5,255.00
    Client/Reference Number: 0000001574

Total Services                                                                      $ 5,255.00

Total Costs and Other Charges Posted Through Billing Period                         0.00

**Total This Invoice**                                                          **$ 5,255.00**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466283
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047          ESOP
                      Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/12 | P. Compernolle | 0.50 | Revise committee resolution. |
| 11/02/12 | W. Merten | 0.20 | Review correspondence between P. Compernolle, Dave Eldersveld and John Langdon regarding plan termination and related resolutions. |
| 11/05/12 | P. Compernolle | 0.30 | Review revisions to committee resolution. |
| 11/05/12 | W. Merten | 0.10 | Review email from Joseph Langdon regarding ESOP transaction resolutions (as to tweaks and timing of its option). |
| 11/13/12 | P. Compernolle | 0.80 | Review and analyze open issues in plan termination. |
| 11/14/12 | P. Compernolle | 0.80 | Review and develop strategy regarding follow up issues in termination of ESOP. |
| 11/14/12 | W. Merten | 0.10 | Review email from James Langdon and Sidley regarding updated ESOP termination check list. |
| 11/21/12 | P. Compernolle | 0.50 | Telephone conference with K. Dansart regarding issues relating to ESOP termination. |
| 11/26/12 | P. Compernolle | 0.80 | Research regarding participant notices of plan termination. |
| 11/26/12 | W. Merten | 0.10 | Review email from James Langdon regarding updated ESOP termination task list. |
| 11/26/12 | J. Holdvogt | 1.50 | Review notice of plan termination and IRS filing requirements in connection with ESOP termination (.9); email P. Compernolle regarding same (.6). |
| 11/27/12 | P. Compernolle | 0.80 | Draft emails to co-counsel regarding employee communications on plan termination. |

|  | **Total Hours** | **6.50** | **Total For Services** | **$5,255.00** |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2466283
Invoice Date: 12/13/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 4.50 | 850.00 | 3,825.00 |
| J. Holdvogt | 1.50 | 670.00 | 1,005.00 |
| W. Merten | 0.50 | 850.00 | 425.00 |
| **Totals** | **6.50** | | **$5,255.00** |
| | | **Total This Invoice** | **$5,255.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466290 |
| Invoice Date: | 12/13/2012 |

---

## Remittance Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0515 Chapter 11 Restructuring            $ 242,962.07

Total Services            $ 242,758.00

Total Costs and Other Charges Posted Through Billing Period            204.07

**Total This Invoice**            **$ 242,962.07**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| --- | --- | --- | --- |
| | | Invoice: | 2466290 |
| | | Invoice Date: | 12/13/2012 |

| Invoice | Date | |
| --- | --- | --- |
| 2200564 | 12/08/2010 | 119.97 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |
| 2441331 | 10/31/2012 | 180,607.25 |
| 2451021 | 11/09/2012 | 177,428.47 |

Total Outstanding Balance                                            1,052,911.07

Total Balance Due                                              $ 1,295,873.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466290 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0515 Chapter 11 Restructuring                          $ 242,962.07

Total Services                                                        $ 242,758.00

Total Costs and Other Charges Posted Through Billing Period                 204.07

**Total This Invoice**                                                **$ 242,962.07**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2180988 | 10/27/2010 | 119.97 |
| 2193509 | 11/19/2010 | 119.97 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Invoice | Date | |
|---------|------|---|
| 2200564 | 12/08/2010 | 119.97 |
| 2338729 | 01/30/2012 | 48,348.10 |
| 2349838 | 02/29/2012 | 29,426.60 |
| 2360519 | 03/29/2012 | 35,325.20 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 194,503.10 |
| 2423949 | 09/18/2012 | 86,152.06 |
| 2441331 | 10/31/2012 | 180,607.25 |
| 2451021 | 11/09/2012 | 177,428.47 |

Total Outstanding Balance                         1,052,911.07

Total Balance Due                              $ 1,295,873.14

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466290
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515         Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/12 | S. Wells, P.C. | 0.30 | Discussion with P. Levine regarding device issue. |
| 11/01/12 | P. Levine | 0.50 | Conference with S. Wells regarding incorporation of real estate assets. |
| 11/01/12 | P. Levine | 1.00 | Review memorandum regarding restructuring. |
| 11/01/12 | P. Levine | 1.00 | Research spinoff issues related to restructuring. |
| 11/01/12 | P. Levine | 1.30 | Telephone conference with A. Whiteway, J. Finkelstein, M. Wilder regarding incorporation of real estate assets. |
| 11/01/12 | N. Hazan | 0.20 | Review Fee Examiners 12th Quarterly Report. |
| 11/01/12 | B. Rubin | 1.90 | Conference with co-counsel regarding possible restructuring (.6); research and analysis regarding same (1.3). |
| 11/01/12 | A. Whiteway | 4.30 | Preparation for and telephone conference with client regarding emergence tax issues (.5); analysis of tax issues raised by real estate assets (3.8). |
| 11/01/12 | J. Finkelstein | 3.20 | Conference with Tribune regarding emergence tax issues (.9); analysis regarding proposed real estate restructuring (1.3); meet with co-counsel regarding proposed restructuring (1.0). |
| 11/01/12 | G. Kopacz | 0.10 | Email local counsel regarding certificates of no objection (.1); |
| 11/01/12 | M. Wilder | 0.50 | Further discussions and emails regarding analysis of issues presented by formation of real estate holding company with P. Levine. |
| 11/01/12 | M. Wilder | 0.50 | Analysis of issues presented by formation of real estate holding company. |
| 11/01/12 | M. Wilder | 1.20 | Prepare for and attend conference with co-counsel to discuss analysis of issues presented by formation of real |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | estate holding company. |
| 11/02/12 | P. Levine | 1.30 | Research spin-off issues. |
| 11/02/12 | P. Levine | 1.50 | Prepare for and attend conference with A. Whiteway, J. Finkelstein, M. Wilder regarding formation of real estate holding company. |
| 11/02/12 | B. Rubin | 1.70 | Research and analysis regarding possible restructuring (1.1); conference with co-counsel regarding same (.6). |
| 11/02/12 | A. Whiteway | 3.40 | Prepare for and attend conference with co-counsel regarding real estate assets and restructuring impact. |
| 11/02/12 | J. Finkelstein | 3.10 | Analysis regarding proposed real estate restructuring (1.1); meet with co-counsel regarding proposed restructuring (1.1); draft outline of issues related to real estate restructuring (.9). |
| 11/02/12 | G. Kopacz | 0.20 | Attention to email from local counsel regarding proposed fee application order. |
| 11/02/12 | M. Wilder | 0.90 | Further analysis regarding restructuring issues (.7); discuss same with P. Levine (.2). |
| 11/02/12 | M. Wilder | 0.50 | Review Thrifty Oil case for 1017(b)(2) memo. |
| 11/02/12 | M. Wilder | 1.00 | Prepare for and attend conference call with co-counsel regarding real estate holding company alternative. |
| 11/02/12 | M. Wilder | 0.30 | Review correspondence from team regarding real estate holding company issue. |
| 11/02/12 | J. Robert | 1.30 | Revise Litigation Risk Memorandum to incorporate suggestions from M. Wilder. |
| 11/02/12 | J. Kaylor-Brett | 2.80 | Prepare September, 2012 Monthly Fee Statement. |
| 11/05/12 | P. Levine | 2.80 | Telephone conference with client, B. Rubin, A. Whiteway, J. Finkelstein, M. Wilder regarding formation of real estate holding company (1.4); research regarding issues relating to same (1.4). |
| 11/05/12 | B. Rubin | 3.90 | Conference with co-counsel regarding possible restructuring (1.2); preparation for and conference call with clients regarding possible restructuring (1.1); review and edit opinion memo (1.6). |
| 11/05/12 | A. Whiteway | 5.20 | Research regarding restructuring tax issues (2.6); conference with co-counsel regarding emergence restructuring tax issues (1.4); preparation for and telephone conference with client regarding real estate assets (1.2). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/05/12 | J. Finkelstein | 3.60 | Prepare for and attend conference with co-counsel regarding real estate holdco restructuring (1.4); conference with Tribune regarding real estate holdco restructuring (.9); review and comment on restructuring opinion memo (1.3). |
| 11/05/12 | G. Kopacz | 0.30 | Email team regarding July and August CNOs (.2); coordinate with secretary regarding making arrangements to attend up-coming fee application hearing (.1). |
| 11/05/12 | M. Wilder | 0.50 | Brief research regarding formation of real estate holding company and collateral issues. |
| 11/05/12 | M. Wilder | 1.40 | Conference calls with team to discuss formation of real estate holding company and collateral issues. |
| 11/06/12 | B. Rubin | 3.40 | Review and edit opinion memo regarding restructuring (2.1); research and analysis regarding tax issues for memo (1.3). |
| 11/06/12 | J. Finkelstein | 2.70 | Review and comment on tax opinion memo. |
| 11/06/12 | G. Kopacz | 4.10 | Review October pre-bills to ensure compliance with applicable guidelines (3.7); review order regarding quarterly fee application and draft email to B. Rubin regarding same (.4). |
| 11/06/12 | M. Wilder | 1.20 | Review recent double-deduction authorities for revision of 1017(b)(2) memo. |
| 11/07/12 | N. Hazan | 0.40 | Review and correct September monthly fee application. |
| 11/07/12 | B. Rubin | 4.20 | Review and edit tax opinion (2.3); research and analysis in connection with same (1.9). |
| 11/07/12 | A. Whiteway | 1.60 | Conference with co-counsel regarding emergence tax issues (.7); review non-tax basis liabilities analysis (.9). |
| 11/07/12 | J. Finkelstein | 3.10 | Revise emergence tax planning workplan and distribute (.5); review and comment on tax opinion memo (2.6). |
| 11/07/12 | G. Kopacz | 2.30 | Review October pre-bills to ensure compliance with applicable guidelines (.8); work on September fee application (1.5). |
| 11/08/12 | B. Rubin | 1.40 | Research and analysis regarding emergence issues. |
| 11/08/12 | B. Rubin | 2.40 | Review and edit opinion regarding tax opinion. |
| 11/08/12 | B. Rubin | 0.80 | Preparation for and conference call with clients regarding status on emergence issues. |
| 11/08/12 | A. Whiteway | 0.90 | Preparation for and telephone conference with client regarding emergence issues. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/12 | J. Finkelstein | 5.10 | Conference with Tribune regarding emergence planning (.9); review and comment on tax opinion memo (4.2). |
| 11/09/12 | J. Finkelstein | 5.10 | Review and comment on tax opinion memos. |
| 11/09/12 | G. Kopacz | 0.50 | Incorporate comments of N. Hazan into September fee application. |
| 11/12/12 | B. Rubin | 3.90 | Preparation for and meeting with co-counsel regarding comments on opinion (1.3); review and comment on supporting memorandum (2.6). |
| 11/12/12 | A. Whiteway | 5.30 | Review and comment on opinion regarding non tax basis liabilities (4.2); conference with co-counsel regarding opinion regarding non tax basis liabilities (1.1). |
| 11/12/12 | J. Finkelstein | 6.60 | Review and comment on tax opinion memos (5.6); conference with co-counsel regarding non-tax liabilities opinion (1.0). |
| 11/12/12 | G. Kopacz | 1.10 | Work on October fee application. |
| 11/12/12 | M. Wilder | 1.30 | Review Blake Rubin comments on section 1017(b)(2) memo and related authorities. |
| 11/12/12 | M. Wilder | 1.00 | Meeting to discuss comments on section 1017(b)(2) with Blake Rubin and others (.7); discussion of same with J. Robert (.3). |
| 11/12/12 | J. Robert | 0.40 | Meet with B. Rubin, A. Whiteway, J. Finkelstein, and M. Wilder to discuss B. Rubin's comments on the additional section 1017 opinion memorandum. |
| 11/12/12 | J. Kaylor-Brett | 3.60 | Prepare October, 2012 Fee Application. |
| 11/13/12 | B. Rubin | 3.40 | Review and edit tax memorandum (2.1); conference call with client regarding same (.4); research and analysis regarding same (.9). |
| 11/13/12 | J. Finkelstein | 3.10 | Review and comment on tax opinion memos. |
| 11/13/12 | M. Wilder | 0.50 | Discussed 1017(b)(2) memo with J. Robert. |
| 11/13/12 | J. Robert | 8.30 | Review and revise Section 1017(b)(2) Liabilities Supporting Memorandum (5.4); draft short form opinion relating to same (2.9). |
| 11/14/12 | N. Hazan | 1.40 | Review report from fee examiner - 13th quarterly (1.00), correct October fee application (0.40). |
| 11/14/12 | B. Rubin | 2.70 | Conference call with client regarding possible transaction (.8); research and analysis regarding same (1.9). |
| 11/14/12 | A. Whiteway | 3.80 | Review and comment on emergence tax issues workplan (.6); review and revise litigation risk assessment memo |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding restructuring (3.2). |
| 11/14/12 | J. Finkelstein | 3.70 | Review and comment on tax opinion memos (2.9); revise emergence tax workplan (.5); correspondence with Tribune regarding same (.3). |
| 11/14/12 | G. Kopacz | 2.40 | Work on October fee application (1.2); work on response to fee examiner's 13th preliminary report (1.2). |
| 11/14/12 | M. Wilder | 0.30 | Discuss 1017(b)(2) memo issues with J. Robert. |
| 11/14/12 | J. Robert | 5.00 | Review and revise Section 1017(b)(2) Liabilities Supporting Memorandum (3.1); revise short form opinion (1.9). |
| 11/15/12 | B. Rubin | 4.70 | Review and edit tax opinion supporting memorandum (4.4); correspondence with client regarding same (.3). |
| 11/15/12 | A. Whiteway | 0.80 | Preparation for and telephone conference with client regarding emergence tax planning issues. |
| 11/15/12 | J. Finkelstein | 4.40 | Conference with Tribune regarding emergence tax issues (.9); review and comment on tax opinion memos (2.3); review revised litigation trust valuation report (1.2). |
| 11/15/12 | G. Kopacz | 5.90 | Work on response to the 13th preliminary report of the fee examiner. |
| 11/15/12 | M. Wilder | 1.80 | Review and revise opinions on 1017(b)(2) transactions. |
| 11/15/12 | M. Wilder | 0.30 | Discuss revisions to memo with J. Robert. |
| 11/15/12 | J. Robert | 2.20 | Revise supporting 1017(b)(2) memorandum. |
| 11/16/12 | N. Hazan | 2.10 | Review and correct response to examiner's preliminary report. |
| 11/16/12 | B. Rubin | 5.40 | Review and edit opinions and supporting memoranda (5.1); correspondence with client regarding same (.3). |
| 11/16/12 | A. Whiteway | 3.90 | Review and revise litigation risk assessment memo regarding restructuring (3.9). |
| 11/16/12 | J. Finkelstein | 4.80 | Review and comment on revised litigation trust valuation report (1.9); review and analyze restructuring opinion memo (2.9). |
| 11/16/12 | G. Kopacz | 2.90 | Work on response to fee examiner's 13th quarterly report. |
| 11/16/12 | M. Wilder | 0.60 | Discuss changes to drafts of 1017(b)(2) short and long-form opinions with J. Robert. |
| 11/16/12 | M. Wilder | 3.00 | Review and revise drafts of 1017(b)(2) short and long-form opinions. |
| 11/16/12 | J. Robert | 5.80 | Review and revise Section 1017(b)(2) Supporting Memorandum and short form opinion to incorporate |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | suggestions from M. Wilder (2.5); discuss changes with M. Wilder (.6); make additional revisions (2.7). |
| 11/18/12 | J. Finkelstein | 2.60 | Review and comment on revised litigation trust valuation report. |
| 11/19/12 | B. Rubin | 5.30 | Review and comment on valuation report (2.1); review and edit draft opinion and supporting memorandum (3.2). |
| 11/19/12 | A. Whiteway | 5.40 | Review and comment on tax opinion (4.2); conference with co-counsel regarding tax opinion comments (1.2). |
| 11/19/12 | J. Finkelstein | 4.60 | Review and comment on revised litigation trust valuation report (1.7); review and comment on restructuring opinion memo (1.4); conference with co-counsel regarding restructuring opinion memo (1.1); review correspondence from Alvarez regarding litigation trust valuation report (.4). |
| 11/19/12 | M. Wilder | 2.30 | Review Blake Rubin comments on post-emergence memo (.8); conference with team regarding same (1.5). |
| 11/19/12 | J. Robert | 1.50 | Prepare for and attend meeting with B. Rubin, J. Finkelstein, A. Whiteway, and M. Wilder regarding the Supporting Memorandum to opinion regarding the restructuring. |
| 11/20/12 | B. Rubin | 5.80 | Research and analysis regarding restructuring issue (.8); correspondence with client and co-counsel regarding same (.6); review and edit tax opinion and supporting memorandum (4.4). |
| 11/20/12 | A. Whiteway | 4.80 | Review and revise tax opinion regarding IRC 1017 and non-tax basis liabilities (4.4); conference with co-counsel regarding same (.2); analysis of Newsday restructuring proposal (.2). |
| 11/20/12 | J. Finkelstein | 4.80 | Review and revise draft section 1017(b)(2) opinion. |
| 11/21/12 | B. Rubin | 5.40 | Review and edit tax opinion and supporting memorandum (3.6); memo to client regarding issues raised by Moody's (1.8). |
| 11/21/12 | A. Whiteway | 3.50 | Review and comment on Alvarez valuation document. |
| 11/21/12 | J. Finkelstein | 3.70 | Review and revise draft emergence tax opinions. |
| 11/21/12 | M. Wilder | 0.40 | Review revisions to 1017 opinions by J. Finkelstien and B. Rubin. |
| 11/26/12 | B. Rubin | 2.40 | Review and comment on draft valuation report (1.3); coordinate comments regarding same with co-counsel |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2466290
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/26/12 | J. Finkelstein | 4.70 | (1.1). Review and revise draft emergence tax opinions (2.1); review and comment on draft litigation trust valuation (2.2); correspondence with Alvarez regarding same (.4). |
| 11/26/12 | J. Robert | 5.10 | Review and revise supplemental memorandum incorporating comments from B. Rubin and J. Finkelstein. |
| 11/27/12 | B. Rubin | 4.10 | Review and edit tax opinion (2.4); research and analysis in connection with same (1.7). |
| 11/27/12 | M. Wilder | 2.70 | Complete draft of memo on restructuring. |
| 11/27/12 | J. Robert | 7.30 | Review and revise supplemental memorandum incorporating comments from B. Rubin and J. Finkelstein (5.1); meet with M. Wilder regarding same (.4); revise supplemental memorandum incorporating comments from M. Wilder (1.8). |
| 11/28/12 | B. Rubin | 4.10 | Review and edit supporting memorandum (2.6); preparation for and conference call with clients and Alvarez regarding draft valuation report (1.1); conference with co-counsel regarding emergence tax issues (.4). |
| 11/28/12 | A. Whiteway | 1.80 | Review and update emergence workplan (.4); review and comment on opinion on restructuring (1.4). |
| 11/28/12 | J. Finkelstein | 1.90 | Conference call with Alvarez, Tribune and Sidley regarding litigation trust valuation report (1.3); review correspondence from team regarding supporting memorandum related to restructuring opinion (.6). |
| 11/28/12 | M. Wilder | 1.20 | Review of J. Robert revisions to restructuring memo and draft further revisions of same (.6); research on attribute reduction rule (.6). |
| 11/28/12 | J. Robert | 4.70 | Revise supporting memorandum to include additional suggestions from M. Wilder (2.7); meet with M. Wilder regarding same (.2); revise supporting memorandum to incorporate additional suggestions from M. Wilder (1.2); review supporting memorandum one last time before circulating (.6). |
| 11/29/12 | B. Rubin | 4.10 | Review and comment on opinion letter (2.2); research and analysis in connection with same (1.2); preparation for and conference call with client regarding emergence issues (.7). |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2466290
Invoice Date: 12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/12 | A. Whiteway | 1.90 | Preparation for and telephone conference with client regarding emergence issues (.8); review and comment on restructuring tax opinion (1.1). |
| 11/29/12 | J. Finkelstein | 3.40 | Conference with Tribune regarding emergence tax issues (1.1); review draft restructuring opinion supporting memo (2.3). |
| 11/29/12 | J. Robert | 0.80 | Revise supporting memorandum to include legislative history discussing Congress' intention behind the timing of the basis reduction required under sections 108(b) and 1017. |
| 11/30/12 | R. Feldgarden, PC | 0.80 | Discussions with B. Rubin regarding inclusion and deduction of bonuses (.3); discussions with S. Pavlick regarding same (.5). |
| 11/30/12 | S. Pavlick, P.C. | 1.30 | Discussions with B. Rubin regarding deduction for payment of deferred compensation (.3); research regarding the same (.5); discussions with R. Feldgarden regarding same (.5). |
| 11/30/12 | B. Rubin | 4.70 | Conference with co-counsel regarding executive compensation issues (.8); research and analysis in connection with same (1.8); review and edit supporting memorandum (2.1). |

|  | **Total Hours** | **304.40** | **Total For Services** | **$242,758.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Feldgarden, PC | 0.80 | 1,020.00 | 816.00 |
| J. Finkelstein | 74.20 | 795.00 | 58,989.00 |
| N. Hazan | 4.10 | 710.00 | 2,911.00 |
| J. Kaylor-Brett | 6.40 | 280.00 | 1,792.00 |
| G. Kopacz | 19.80 | 515.00 | 10,197.00 |
| P. Levine | 9.40 | 990.00 | 9,306.00 |
| S. Pavlick, P.C. | 1.30 | 850.00 | 1,105.00 |
| J. Robert | 42.40 | 385.00 | 16,324.00 |
| B. Rubin | 75.70 | 1,040.00 | 78,728.00 |
| S. Wells, P.C. | 0.30 | 990.00 | 297.00 |

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2466290 |
| | | Invoice Date: | 12/13/2012 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 46.60 | 925.00 | 43,105.00 |
| M. Wilder | 23.40 | 820.00 | 19,188.00 |
| **Totals** | **304.40** | | **$242,758.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32083399; INVOICE DATE: 11/01/12; Call Date: 10/04/12; Order #33505382; Host NAME: Andrea Whiteway | 2.10 |
| 10/09/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32110449; INVOICE DATE: 11/01/12; Call Date: 10/09/12; Order #33532988; Host NAME: Blake Rubin | 2.99 |
| 10/10/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32113282; INVOICE DATE: 11/01/12; Call Date: 10/10/12; Order #33536028; Host NAME: Andrea Whiteway | 7.05 |
| 10/10/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32113283; INVOICE DATE: 11/01/12; Call Date: 10/10/12; Order #33536029; Host NAME: Andrea Whiteway | 7.00 |
| 10/11/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32132011; INVOICE DATE: 11/01/12; Call Date: 10/11/12; Order #33554826; Host NAME: Andrea Whiteway | 5.12 |
| 10/18/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32180903; INVOICE DATE: 11/01/12; Call Date: 10/18/12; Order #33604526; Host NAME: Andrea | 5.97 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466290
Invoice Date:  12/13/2012

| Date | Description | Amount |
|------|-------------|-------:|
| 10/25/12 | Whiteway<br>Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32229254; INVOICE DATE: 11/01/12; Call Date: 10/25/12; Order #33653616; Host NAME: Andrea Whiteway | 1.03 |
| 11/01/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32280545; INVOICE DATE: 12/03/12; Call Date: 11/01/12; Order #33705412; Host NAME: Andrea Whiteway | 3.98 |
| 11/02/12 | Telecommunications<br>Ext. 68426 called CHICAGO, (312) 222-3638. | 1.35 |
| 11/05/12 | Computer Research<br>Pacer Quarterly Billing Cycle: 7/1/12 - 9/30/12. | 10.00 |
| 11/05/12 | Computer Research<br>Pacer Quarterly Billing Cycle: 7/1/12 - 9/30/12. | 53.60 |
| 11/05/12 | Computer Research<br>Pacer Quarterly Billing Cycle: 7/1/12 - 9/30/12. | 39.50 |
| 11/05/12 | Computer Research<br>Pacer Quarterly Billing Cycle: 7/1/12 - 9/30/12. | 2.60 |
| 11/05/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32301141; INVOICE DATE: 12/03/12; Call Date: 11/05/12; Order #33726357; Host NAME: Andrea Whiteway | 6.16 |
| 11/08/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3638. | 0.15 |
| 11/08/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32329554; INVOICE DATE: 12/03/12; Call Date: 11/08/12; Order #33755267; Host NAME: Andrea Whiteway | 4.57 |
| 11/09/12 | Telecommunications<br>Ext. 68425 called CHICAGO, (312) 222-5578. | 0.30 |

# McDermott
# Will & Emery

Tribune Company

Client:     020336
Invoice:    2466290
Invoice Date:   12/13/2012

| Date | Description | Amount |
|------|-------------|-------:|
| 11/12/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 861-7590. | 1.80 |
| 11/12/12 | Telecommunications<br>Ext. 68424 called BALTIMORE, (410) 499-2182. | 0.30 |
| 11/12/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32339994; INVOICE DATE: 12/03/12; Call Date: 11/12/12; Order #33766117; Host NAME: Andrea Whiteway | 1.11 |
| 11/15/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32374481; INVOICE DATE: 12/03/12; Call Date: 11/15/12; Order #33800861; Host NAME: Andrea Whiteway | 3.67 |
| 11/26/12 | Photocopy<br>Device 03WDC28C. | 40.60 |
| 11/27/12 | Telecommunications<br>Ext. 68424 called CHICAGO, (312) 222-3017. | 0.15 |
| 11/29/12 | Telecommunications<br>Ext. 68424 called NEW YORK, (212) 922-9500. | 0.15 |
| 11/29/12 | Telecommunications<br>VENDOR: Conference Plus, Incorporated; INVOICE #32448933; INVOICE DATE: 12/03/12; Call Date: 11/29/12; Order #33876350; Host NAME: Andrea Whiteway | 2.82 |

**Total Costs and Other Charges**    **$204.07**

**Total This Invoice**    **$242,962.07**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| Client: | 020336 |
| Invoice: | 2466291 |
| Invoice Date: | 12/13/2012 |

---

## Remittance Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0516 Perfect Market, Inc.                     $ 1,904.30

Total Services                                            $ 1,904.00

Total Costs and Other Charges Posted Through Billing Period             0.30

**Total This Invoice**                                   **$ 1,904.30**

| Invoice | Date | |
| --- | --- | --- |
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| | | Invoice: | 2466291 |
| | | Invoice Date: | 12/13/2012 |

| Invoice | Date | |
| --- | --- | --- |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 2,251.20 |
| 2423951 | 09/18/2012 | 2,756.75 |
| 2441333 | 10/31/2012 | 2,858.91 |
| 2451022 | 11/09/2012 | 5,011.36 |

Total Outstanding Balance                                          69,097.59

Total Balance Due                                              $ 71,001.89

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466291 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0516 Perfect Market, Inc.                                $ 1,904.30

Total Services                                             $ 1,904.00

Total Costs and Other Charges Posted Through Billing Period            0.30

## Total This Invoice                                 **$ 1,904.30**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2200565 | 12/08/2010 | 119.97 |
| 2338730 | 01/30/2012 | 2,139.70 |
| 2349839 | 02/29/2012 | 300.50 |
| 2360520 | 03/29/2012 | 561.70 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466291
Invoice Date:  12/13/2012

| Invoice | Date | |
|---------|------|--|
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 2,251.20 |
| 2423951 | 09/18/2012 | 2,756.75 |
| 2441333 | 10/31/2012 | 2,858.91 |
| 2451022 | 11/09/2012 | 5,011.36 |

Total Outstanding Balance                    69,097.59

Total Balance Due                         $ 71,001.89

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466291
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/12 | P. McCurry | 0.30 | Review and comment on revised Topix LLC Agreement and Board resolutions (0.3). |
| 11/05/12 | P. McCurry | 0.90 | Finalize Topix LLC Agreement and Board Resolutions (0.9). |
| 11/06/12 | P. McCurry | 0.20 | Emails to co-counsel regarding closing of TKG/Topix transactions (0.2). |
| 11/09/12 | P. McCurry | 1.30 | Coordinate with co-counsel regarding closing of profits interest issuance transaction (1.3). |
| 11/13/12 | P. McCurry | 0.50 | Prepare final document package for Bill Gerth (0.5). |
| **Total Hours** | | **3.20** | **Total For Services**       **$1,904.00** |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466291
Invoice Date:  12/13/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| P. McCurry | 3.20 | 595.00 | 1,904.00 |
| **Totals** | **3.20** | | **$1,904.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 11/09/12 | Telecommunications<br>Ext. 42191 called FLS CHURCH, (703) 854-6949. | 0.30 |

| | | |
|---|---|---:|
| | **Total Costs and Other Charges** | **$0.30** |
| | **Total This Invoice** | **$1,904.30** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2466292 |
| Invoice Date: | 12/13/2012 |

## Remittance Copy
### Billing for services rendered through 11/30/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0021 Post Closing Matters | $ 1,757.45 | |
| Total Services | | $ 1,757.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.45 |
| **Total This Invoice** | | **$ 1,757.45** |

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2338737 | 01/30/2012 | 540.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:         022182
Invoice:        2466292
Invoice Date:   12/13/2012

| Invoice | Date | |
|---------|------|--|
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 43.80 |
| 2402398 | 07/25/2012 | 3,215.20 |
| 2415845 | 08/31/2012 | 4,926.54 |
| 2423952 | 09/18/2012 | 1,216.00 |
| 2451023 | 11/09/2012 | 3,121.00 |

Total Outstanding Balance                        16,515.78

Total Balance Due                              $ 18,273.23

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC
435 N. Michigan Ave
Chicago, IL  60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2466292 |
| Invoice Date: | 12/13/2012 |

## Client Copy
### Billing for services rendered through 11/30/2012

Total by Matter
    0021 Post Closing Matters             $ 1,757.45

Total Services                $ 1,757.00

Total Costs and Other Charges Posted Through Billing Period      0.45

**Total This Invoice**            **$ 1,757.45**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2180989 | 10/27/2010 | 119.97 |
| 2202007 | 12/08/2010 | 119.97 |
| 2338737 | 01/30/2012 | 540.40 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:       022182
Invoice:      2466292
Invoice Date:  12/13/2012

| Invoice | Date | |
|---------|------|---|
| 2349783 | 02/29/2012 | 230.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 43.80 |
| 2402398 | 07/25/2012 | 3,215.20 |
| 2415845 | 08/31/2012 | 4,926.54 |
| 2423952 | 09/18/2012 | 1,216.00 |
| 2451023 | 11/09/2012 | 3,121.00 |

Total Outstanding Balance                                    16,515.78

Total Balance Due                                         $ 18,273.23

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466292
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021          Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/12 | C. Parker | 0.30 | Review complaint naming cubs related to antitrust matters. |
| 11/02/12 | R. Harris | 0.70 | Analyze issues regarding dissolution of Dominican entity. |
| 11/05/12 | S. Hoeft, P.C. | 0.30 | Review class action amended compliant (.2); office conferences with R. Harris regarding defendants (.1). |
| 11/05/12 | R. Harris | 1.00 | Review Amended Complaint regarding MLB litigation (.5); confer with S. Hoeft regarding same (.1); telephone conference with Dominican counsel regarding dissolution of Dominican baseball holdings (.4). |
| 11/27/12 | R. Harris | 0.30 | Analyze issues regarding withdrawal of Cubs Dominican entity from Dominican Republic. |

|  | **Total Hours** | **2.60** | **Total For Services** | **$1,757.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 2.00 | 670.00 | 1,340.00 |
| S. Hoeft, P.C. | 0.30 | 875.00 | 262.50 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

| | | |
|---|---|---|
| Client: | 022182 |
| Invoice: | 2466292 |
| Invoice Date: | 12/13/2012 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Parker | 0.30 | 515.00 | 154.50 |
| **Totals** | **2.60** | | **$1,757.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 11/27/12 | Postage | 0.45 |
| | **Total Costs and Other Charges** | **$0.45** |
| | **Total This Invoice** | **$1,757.45** |

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
Invoice: 2466292

12/13/2012

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 2.00 | 670.00 | 1,340.00 |
| S. Hoeft, P.C. | 0.30 | 875.00 | 262.50 |
| C. Parker | 0.30 | 515.00 | 154.50 |
| **Totals** | **2.60** | | **$1,757.00** |

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466293 |
| Invoice Date: | 12/13/2012 |

---

## Remittance Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0527 2009 Audit                       $ 76,357.60

Total Services                                         $ 67,175.00

Total Costs and Other Charges Posted Through Billing Period       9,182.60

**Total This Invoice**                               **$ 76,357.60**

| Invoice | Date | |
|---|---|---|
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2466293
Invoice Date: 12/13/2012

| Invoice | Date | |
|---------|------|---|
| 2392476 | 06/27/2012 | 16,800.00 |
| 2402401 | 07/25/2012 | 32,902.30 |
| 2415875 | 08/31/2012 | 38,363.87 |
| 2423954 | 09/18/2012 | 9,867.00 |
| 2441334 | 10/31/2012 | 24,803.00 |
| 2451025 | 11/09/2012 | 38,729.30 |

Total Outstanding Balance                                    340,441.87

Total Balance Due                                          $ 416,799.47

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466293 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0527 2009 Audit                              $ 76,357.60

Total Services                                      $ 67,175.00

Total Costs and Other Charges Posted Through Billing Period       9,182.60

**Total This Invoice**                                  **$ 76,357.60**

| Invoice | Date | |
|---|---|---|
| 2338733 | 01/30/2012 | 1,645.60 |
| 2349842 | 02/29/2012 | 66,149.92 |
| 2360522 | 03/29/2012 | 85,574.00 |
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466293
Invoice Date:  12/13/2012

| Invoice | Date | | |
|---------|------|------|------|
| 2392476 | 06/27/2012 | 16,800.00 | |
| 2402401 | 07/25/2012 | 32,902.30 | |
| 2415875 | 08/31/2012 | 38,363.87 | |
| 2423954 | 09/18/2012 | 9,867.00 | |
| 2441334 | 10/31/2012 | 24,803.00 | |
| 2451025 | 11/09/2012 | 38,729.30 | |

Total Outstanding Balance                              340,441.87

Total Balance Due                                    $ 416,799.47

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466293
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527          2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/12 | A. Whiteway | 0.90 | Correspondence with co-counsel regarding meeting with IRS (.2); preparation for meeting with IRS regarding audit (.7). |
| 11/05/12 | J. Finkelstein | 0.50 | Correspondence with co-counsel regarding IRS national office meeting. |
| 11/06/12 | R. Greenhouse | 0.50 | Preparation for IRS meeting (.3); discuss same with A. Whiteway (.2). |
| 11/06/12 | A. Whiteway | 2.20 | Preparation for meeting with IRS regarding audit. |
| 11/06/12 | J. Finkelstein | 0.70 | Correspondence with team regarding IRS national office meeting. |
| 11/07/12 | R. Greenhouse | 1.30 | Analyze D. Michael's article on Canal case (.8); discuss same with A. Whiteway (.2); research on author (.3). |
| 11/07/12 | B. Rubin | 2.10 | Review and analyze article regarding leveraged partnership issue (1.4); discuss possible response with co-counsel (.4); correspondence with client regarding same (.3). |
| 11/07/12 | A. Whiteway | 2.30 | Conference with co-counsel regarding analysis of indemnity and anti-abuse issues. |
| 11/08/12 | R. Greenhouse | 0.30 | Meeting with B. Rubin regarding preparation for IRS meeting regarding audit. |
| 11/08/12 | B. Rubin | 0.40 | Correspondence with client regarding audit issues. |
| 11/08/12 | B. Rubin | 0.90 | Prepare response to IRS queries regarding audit. |
| 11/08/12 | B. Rubin | 0.40 | Correspondence with client regarding additional IRS document requests. |
| 11/09/12 | P. McCurry | 1.90 | Various calls with A. Whiteway re IRS requests for documents (0.9); review documents relating to same (1.0). |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2466293
Invoice Date:   12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/09/12 | B. Rubin | 1.70 | Correspondence with client and co-counsel regarding additional IRS document request (.4); review related documents (1.3). |
| 11/09/12 | A. Whiteway | 5.20 | Review IDR and responses (.9); analysis of issues raised by IRS (2.5); conference with co-counsel regarding prior IDR response (.4); telephone conference with client regarding IDR response (.3); correspondence with client regarding IDR response (1.1). |
| 11/12/12 | A. Whiteway | 0.20 | Prepare for meeting with IRS regarding IDR. |
| 11/13/12 | B. Rubin | 0.90 | Correspondence with client regarding additional IRS document request (.3); review related documents (.6). |
| 11/15/12 | J. Finkelstein | 0.20 | Review correspondence from IRS regarding meeting. |
| 11/26/12 | R. Greenhouse | 2.00 | Review IRS questions regarding Cubs and Newsday transactions (.3); telephone call with B. Rubin, A. Whiteway, and J. Finkelstein regarding same (.6); review Newsday Cablevision Notes (1.1). |
| 11/26/12 | B. Rubin | 2.80 | Review and analyze questions from IRS (.9); conference with co-counsel regarding same (.6); prepare for presentation to IRS regarding same (1.3). |
| 11/26/12 | A. Whiteway | 3.60 | Review and preparation for IRS meeting regarding IDRs. |
| 11/26/12 | J. Finkelstein | 3.60 | Review and analysis of correspondence from IRS regarding questions for meeting (.8); draft proposed responses regarding same (2.8). |
| 11/27/12 | S. Hoeft, P.C. | 0.20 | Draft letter to plaintiff's attorney regarding improper service of summons. |
| 11/27/12 | B. Rubin | 1.60 | Develop talking points for meeting with IRS (1.2); preparation for and conference call with clients regarding same (.4). |
| 11/27/12 | A. Whiteway | 2.10 | Review prior IRS responses (1.4); prepare for upcoming meeting with IRS (.7). |
| 11/27/12 | J. Finkelstein | 6.70 | Review and analysis of correspondence from IRS regarding questions for meeting (1.1); draft proposed responses regarding same (4.5); conference with Tribune regarding IRS questions (1.1). |
| 11/28/12 | B. Rubin | 1.70 | Review and analyze IDR responses (.8); preparation for meeting with IRS regarding same (.9). |
| 11/28/12 | A. Whiteway | 4.70 | Review materials in preparation for IRS meeting regarding IDRs. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466293
Invoice Date:  12/13/2012

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/28/12 | J. Finkelstein | 3.70 | Review and analysis of correspondence from IRS regarding questions for meeting (.7); draft proposed responses regarding same (3.0). |
| 11/29/12 | B. Rubin | 2.40 | Review and analyze IDR responses (.6); prepare responses to IRS questions (1.6); correspondence with client regarding same (.2). |
| 11/29/12 | A. Whiteway | 2.10 | Prepare response to IRS audit questions. |
| 11/29/12 | J. Finkelstein | 2.80 | Draft responses to IRS questions (2.8). |
| 11/30/12 | R. Greenhouse | 0.50 | Preparing for IRS meeting regarding audit. |
| 11/30/12 | B. Rubin | 2.40 | Review and analyze client materials regarding IRS submissions (.8); review and analyze prior IRS submissions (.7); prepare responses to IRS regarding same (.9). |
| 11/30/12 | A. Whiteway | 2.90 | Prepare response to IRS audit questions regarding IDRs. |
| 11/30/12 | J. Finkelstein | 6.10 | Draft responses to IRS questions (3.7); review and comment on restructuring opinion memo (2.4). |

| | **Total Hours** | **74.50** | **Total For Services** | **$67,175.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 24.30 | 795.00 | 19,318.50 |
| R. Greenhouse | 4.60 | 940.00 | 4,324.00 |
| S. Hoeft, P.C. | 0.20 | 875.00 | 175.00 |
| P. McCurry | 1.90 | 595.00 | 1,130.50 |
| B. Rubin | 17.30 | 1,040.00 | 17,992.00 |
| A. Whiteway | 26.20 | 925.00 | 24,235.00 |
| **Totals** | **74.50** | | **$67,175.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/12 | Computer Hosting Fees October monthly charge for data storage and hosting, | 9,147.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2466293
Invoice Date:  12/13/2012

| Date | Description | Amount |
|------|-------------|--------|
| 11/27/12 | Relativity Hosting, 304.9 GBs.<br>Photocopy<br>Device 03WDC28C. | 35.60 |

**Total Costs and Other Charges**    **$9,182.60**

**Total This Invoice**    **$76,357.60**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466295 |
| Invoice Date: | 12/13/2012 |

## Remittance Copy
### Billing for services rendered through 11/30/2012

Total by Matter
    0505 Cubs                                        $ 555.15
    Client/Reference Number: 0000001847

Total Services                                                  $ 555.00

Total Costs and Other Charges Posted Through Billing Period        0.15

**Total This Invoice**                                         **$ 555.15**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466295 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0505 Cubs                                                $ 555.15
    Client/Reference Number: 0000001847

Total Services                                                 $ 555.00

Total Costs and Other Charges Posted Through Billing Period          0.15

**Total This Invoice**                                    **$ 555.15**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466295
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0505        Cubs
                    Client/Reference Number: 0000001847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/12 | A. Whiteway | 0.60 | Correspondence with co-counsel regarding litigation and Dominican operations. |
| | **Total Hours** | **0.60** | **Total For Services**     **$555.00** |

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| A. Whiteway | 0.60 | 555.00 |
| **Totals** | **0.60** | **$555.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications | 0.15 |
| **Total Costs and Other Charges** | **$0.15** |
| **Total This Invoice** | **$555.15** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466296 |
| Invoice Date: | 12/13/2012 |

## Remittance Copy
### Billing for services rendered through 11/30/2012

Total by Matter
    0507 Newsday                                     $ 27,007.10
    Client/Reference Number: 0000001849

Total Services                                               $ 25,693.00

Total Costs and Other Charges Posted Through Billing Period         1,314.10

**Total This Invoice**                                  **$ 27,007.10**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2466296 |
| Invoice Date: | 12/13/2012 |

---

## Client Copy
### Billing for services rendered through 11/30/2012

---

Total by Matter
    0507 Newsday                              $ 27,007.10
    Client/Reference Number: 0000001849

Total Services                                         $ 25,693.00

Total Costs and Other Charges Posted Through Billing Period      1,314.10

**Total This Invoice**                              **$ 27,007.10**

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

12/13/2012

Invoice: 2466296
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507          Newsday
                      Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/12 | M. Bilut | 0.30 | Review e-mails from R. DeBoer and M. Anderson regarding action strategy. |
| 11/09/12 | B. Rubin | 2.20 | Correspondence with client regarding financial issues (.4); review and analyze refi documents and financial statements (1.4); correspondence with co-counsel regarding same (.4). |
| 11/09/12 | A. Whiteway | 2.10 | Review credit agreement and financial statements to analyze loan amortization issues (2.1). |
| 11/12/12 | B. Rubin | 2.80 | Review and analyze financing documents and financial statements (1.8); conference with co-counsel regarding same (.6); preparation for and conference call with clients regarding same (.4). |
| 11/12/12 | A. Whiteway | 0.80 | Preparation for and telephone conference with client regarding loan amortization issues. |
| 11/19/12 | B. Rubin | 0.40 | Correspondence with co-counsel regarding news report (.4). |
| 11/20/12 | J. Finkelstein | 0.70 | Review and analysis of Newsday operating agreement transfer restrictions and proposed merger of Tribune ND, Inc. into new limited liability company. |
| 11/26/12 | B. Rubin | 2.80 | Review and analyze questions from IRS (.9); conference with co-counsel regarding same (.6); prepare for presentation to IRS regarding IDR matters (1.3). |
| 11/26/12 | A. Whiteway | 3.60 | Review and preparation for IRS meeting regarding tax issues (3.6) |
| 11/27/12 | B. Rubin | 1.60 | Develop talking points for meeting with IRS (1.2); preparation for and conference call with clients regarding |

# McDermott
# Will&Emery

Tribune Company

| | | | | |
|---|---|---|---|---|
| | | Client: | 020336 | |
| | | Invoice: | 2466296 | |
| | | Invoice Date: | 12/13/2012 | |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | same (.4). |
| 11/27/12 | A. Whiteway | 1.20 | Prepare for upcoming meeting with IRS regarding IDR issues. |
| 11/28/12 | B. Rubin | 1.70 | Review and analyze IDR responses (.8); preparation for meeting with IRS regarding same (.9). |
| 11/29/12 | B. Rubin | 2.40 | Review and analyze IDR responses (.6); prepare responses to IRS questions (1.6); correspondence with client regarding same (.2). |
| 11/30/12 | B. Rubin | 2.40 | Review and analyze client materials (.8); review and analyze prior IRS submissions (.7); prepare responses to IRS requests (.9). |
| 11/30/12 | A. Whiteway | 0.90 | Review talking points regarding IRS audit. |

| | Total Hours | 25.90 | Total For Services | $25,693.00 |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Bilut | 0.30 | 765.00 | 229.50 |
| J. Finkelstein | 0.70 | 795.00 | 556.50 |
| B. Rubin | 16.30 | 1,040.00 | 16,952.00 |
| A. Whiteway | 8.60 | 925.00 | 7,955.00 |
| **Totals** | **25.90** | | **$25,693.00** |

## Costs and Other Charges

| Date | Description | Amount |
|---|---|---|
| 10/31/12 | Computer Hosting Fees October monthly charge for data storage and hosting, Relativity Hosting, 154.6 GBs. | 1,314.10 |

| | Total Costs and Other Charges | $1,314.10 |
|---|---|---|
| | **Total This Invoice** | **$27,007.10** |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2466296
Invoice Date:  12/13/2012

U.S. practice conducted through McDermott Will & Emery LLP.