# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603 5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071842
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2012

### Bankruptcy Fee Application 0000001891

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/12 | J. Sherman | L120 | | Review/redact October statements for September services. | 0.40 | 290.00 |
| 11/02/12 | J. McManus | B110 | | Review omnibus fee order regarding Seyfarth's Ninth Interim Fee Application (.10); confirm no objection to fees with local counsel (.10); review time detail in preparation of Seyfarth's Thirty-Seventh Monthly Fee Application (.30). | 0.50 | 145.00 |
| 11/06/12 | A. Shepro | B160 | | Begin edits to Thirty-Sixth Monthly Fee Application. | 1.20 | 126.00 |
| 11/07/12 | A. Shepro | B160 | | Edit Tribune Thirty-Sixth Monthly Fee Application. | 1.70 | 178.50 |



Invoice No. 2071842

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/08/12 | J. McManus | B110 | | Prepare fee estimate spreadsheet regarding fees and expenses through plan confirmation date for P. Gandipalli at Alvarez & Marsal (.30); confer with J. Sherman regarding same (.10); prepare pleading portion of Seyfarth's Thirty-Sixth Monthly Fee Application (.70); review e-mail communications from local counsel regarding upcoming omnibus orders and upcoming fee hearing dates and calendar same (.10). | 1.20 | 348.00 |
| 11/09/12 | J. McManus | B110 | | Revise Exhibit A to Seyfarth's Thirty-Sixth Monthly Fee Application. | 0.40 | 116.00 |
| 11/13/12 | J. McManus | B110 | | Finalize Thirty-Sixth Monthly Fee Application in preparation for filing (.90); prepare outline of response to Fee Examiner's Report on Seyfarth's Tenth Interim Fee Application (.40). | 1.30 | 377.00 |
| 11/14/12 | J. McManus | B110 | | Confer with local counsel regarding revisions to Seyfarth's Thirty-Sixth Fee Application and filing of same. | 0.20 | 58.00 |
| 11/19/12 | A. Shepro | B160 | | Conference with O. Reyes regarding compensation summary from Fee Examiner's Report. | 0.30 | 31.50 |
| 11/29/12 | J. McManus | B110 | | Prepare spreadsheet of responses to Fee Examiner's Report on Seyfarth's Tenth Interim Fee Application (.60); prepare Thirty-Seventh Monthly Fee Application (.80). | 1.40 | 406.00 |
| 11/30/12 | J. McManus | B110 | | Revise pleading portion of Thirty-Seventh Fee Application. | 0.50 | 145.00 |

| | | |
|---|---|---|
| **Total Hours** | 9.10 | |
| **Total Fees** | | $2,221.00 |
| **Less Discount** | | ($222.10) |
| **Total Fees After Discount** | | $1,998.90 |



Invoice No. 2071842

Page 3

Tribune Company/Sherman

### Timekeeper Summary

| J. Sherman | Partner | - | 0.40 | hours at | $725.00 | per hour |
| J. McManus | Paralegal | - | 5.50 | hours at | $290.00 | per hour |
| A. Shepro | Case Assistant | - | 3.20 | hours at | $105.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Online Research** | |
| 11/13/12 | Online Research - PACER SERVICE CENTER 3rd Quarter Charges | 112.10 |

| **Total Disbursements** | 112.10 |
| **Total Amount Due** | $2,111.00 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2071842
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,221.00 |
| Less Discount | ($222.10) |
| Total Fees after Discount | $1,998.90 |
| Total Disbursements | 112.10 |
| Total Fees and Disbursements This Statement | $2,111.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071838
0276 57634 / 57634-000007
WIST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through November 30, 2012

### Marcia E. Sinclair Harassment; IDHR Charge No. 2008CN4074

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/05/12 | N. Riesco | L160 | | Correspondence to L. Goldberg regarding settlement. | 0.30 | 117.00 |
| 11/06/12 | G. Pauling II | L120 | | Attention to correspondence with client regarding settlement and follow up regarding same. | 0.20 | 119.00 |
| 11/06/12 | N. Riesco | L120 | | Review signed settlement agreement. | 0.20 | 78.00 |
| 11/07/12 | G. Pauling II | L160 | | Review settlement documents. | 0.20 | 119.00 |
| 11/15/12 | N. Riesco | L160 | | Review/respond to email from G. Silva regarding settlement payment processing. | 0.20 | 78.00 |
| 11/19/12 | G. Pauling II | L120 | | Review/forward notice of dismissal. | 0.20 | 119.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Invoice No. 2071838

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/26/12 | N. Riesco | L160 | | Draft letter to opposing counsel enclosing settlement checks and fully executed settlement agreement (.10); communications with J. Osick regarding same (.30); review Commission order dismissing case (.10). | 0.50 | 195.00 |
| 11/27/12 | G. Pauling II | L160 | | Attention to email correspondence with client regarding settlement. | 0.20 | 119.00 |
| 11/27/12 | N. Riesco | L160 | | Compose email to J. Osick concerning final order and decision. | 0.10 | 39.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 2.10 | |
| **Total Fees** | | | $983.00 |
| **Less Discount** | | | ($98.30) |
| **Total Fees After Discount** | | | $884.70 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 0.80 | hours at | $595.00 | per hour |
| N. Riesco | Associate | - | 1.30 | hours at | $390.00 | per hour |

**Total Disbursements**                                                0.00

**Total Amount Due**                                                $884.70



SEYFARTH
ATTORNEYS   SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

Invoice No. 2071838
0276 57634 / 57634-000007
Marcia E. Sinclair Harassment; IDHR Charge No.
2008CN4074

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $983.00 |
| Less Discount | ($98.30) |
| Total Fees after Discount | $884.70 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $884.70 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



# SEYFARTH
## ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071854
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through November 30, 2012

### Carolyn Rusin v.; Case No. 1:12-cv-01135

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/05/12 | K. Petersen | L120 | | Analyze payroll records to prepare damages analysis for mediation. | 0.50 | 192.50 |
| 11/06/12 | K. Petersen | L160 | | Analyze correspondence from V. Gogins regarding various payroll codes in connection with preparing damages analysis. | 0.20 | 77.00 |
| 11/07/12 | N. Finkel | L160 | | Review/analysis of plaintiff's mediation statement and damages calculations (.70); draft correspondence to J. Osick regarding same (.50). | 1.20 | 690.00 |
| 11/07/12 | J. Stewart | L160 | | Continue to prepare damages model based on pay and time information provided, including a calculation of damages based on this model. | 1.00 | 390.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2071854

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/08/12 | N. Finkel | L160 | | Prepare for mediation. | 0.40 | 230.00 |
| 11/08/12 | K. Petersen | L160 | | Analyze plaintiff's mediation statement and damages analysis (1.00); update damages model and strategize regarding defendant's mediation statement (1.00); analyze client documents regarding plaintiff's performance in connection with same (.60). | 2.60 | 1,001.00 |
| 11/08/12 | J. Stewart | L160 | | Analyze plaintiff's damage model, including a review of the model under various assumptions of additional hours worked per week. | 0.90 | 351.00 |
| 11/11/12 | K. Petersen | L160 | | Prepare mediation statement. | 1.50 | 577.50 |
| 11/12/12 | N. Finkel | L160 | | Revise mediation statement. | 1.10 | 632.50 |
| 11/12/12 | K. Petersen | L160 | | Continue preparing mediation statement and damages analysis (4.50); strategize with N. Finkel regarding same (.20). | 4.70 | 1,809.50 |
| 11/13/12 | N. Finkel | L160 | | Revise mediation statement (1.00); revise exposure analysis (1.00); draft detailed exposure analysis memorandum to J. Osick (1.90). | 3.90 | 2,242.50 |
| 11/13/12 | K. Petersen | L160 | | Revise mediation statement and damages analysis (.80); strategize with N. Finkel regarding same (.20). | 1.00 | 385.00 |
| 11/13/12 | J. Stewart | L160 | | Prepare additional calculations for damage assessment model based on one-half hour increments of additional time to the weekly hours reported by potential class members. | 1.20 | 468.00 |
| 11/14/12 | N. Finkel | L160 | | Conference with Company regarding mediation strategy. | 1.80 | 1,035.00 |
| 11/14/12 | K. Petersen | L160 | | Meet with N. Finkel, J. Osick and other client representatives regarding mediation, settlement strategy, and authority (1.30); analyze C. Rusin payroll and time records regarding final compensation (.50). | 1.80 | 693.00 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 2071854

Page 3

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/15/12 | N. Finkel | L160 | | Prepare for mediation; final revisions to mediation statement. | 0.30 | 172.50 |
| 11/15/12 | K. Petersen | L160 | | Finalize mediation statement. | 0.50 | 192.50 |
| 11/19/12 | N. Finkel | L160 | | Represent Company at mediation. | 7.00 | 4,025.00 |
| 11/19/12 | K. Petersen | L160 | | Represent client at mediation. | 5.00 | 1,925.00 |

| | | |
|---|---|---|
| **Total Hours** | 36.60 | |
| **Total Fees** | | $17,089.50 |
| **Less Discount** | | ($1,708.95) |
| **Total Fees After Discount** | | $15,380.55 |

**Timekeeper Summary**

| | | | | | | |
|--|--|--|--|--|--|--|
| N. Finkel | Partner | - | 15.70 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 17.80 | hours at | $385.00 | per hour |
| J. Stewart | Associate | - | 3.10 | hours at | $390.00 | per hour |

| | |
|--|--|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $15,380.55 |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2071854
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $17,089.50 |
| Less Discount | ($1,708.95) |
| Total Fees after Discount | $15,380.55 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $15,380.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071863
0276 10537 / 10537-000047
W1ST

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/05/12 | N. Finkel | L460 | | Revise bill of costs. | 0.20 | 115.00 |
| 11/05/12 | K. Petersen | L460 | | Prepare motion and incorporated memorandum in support of defendant's bill of costs (1.10); prepare bill of costs/itemization of costs (.50); prepare declaration in support of bill of costs (.50). | 2.10 | 808.50 |
| 11/14/12 | K. Petersen | L460 | | Correspondence to opposing counsel regarding bill of costs in accordance with local rules. | 0.10 | 38.50 |

| | | |
|---|---|---|
| **Total Hours** | 2.40 | |
| **Total Fees** | | $962.00 |
| **Less Discount** | | ($96.20) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Sun-Sentinel Company

**Total Fees After Discount**                                                                    $865.80

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 0.20 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 2.20 | hours at | $385.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Online Research** | |
| 11/30/12 | Online Research - K. Petersen | 56.81 |
| | **Local Travel** | |
| 11/06/12 | Local Travel -  K. Petersen - midway parking for Mediation session 10/10/12 | 31.00 |
| 11/06/12 | Local Travel -  K. Petersen - Car rental Hertz for Mediation session 10/10/12 | 68.95 |
| 11/06/12 | Local Travel -  K. Peteresen - Hotel s@ Hyatt place Plantation 10/01/12 for Mediation session 10/10/12 | 108.78 |
| | **Out of Town Travel** | |
| 11/30/12 | Local Travel - K. Petersen - Air Travel - Mediation Session - 10/10/12 | 819.60 |

**Total Disbursements**                                                                      1,085.14

**Total Amount Due**                                                                        $1,950.94



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152207

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2071863
0276 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC

---

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $962.00 |
| Less Discount | ($96.20) |
| Total Fees after Discount | $865.80 |
| Total Disbursements | 1,085.14 |
| Total Fees and Disbursements This Statement | $1,950.94 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071844
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2012

**Labor-General 0000000968**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/12 | N. Finkel | C300 | | Review of materials on exempt status of assistant editorial page editor (.10); conference with E. Bergmann regarding same (.20); exchange correspondence with N. Martell regarding same (.10). | 0.40 | 230.00 |
| 11/02/12 | E. Bergmann | C300 | | Conference with N. Finkel regarding status of editorial page editor under Fair Labor Standards Act. | 0.20 | 144.00 |
| 11/06/12 | N. Finkel | C300 | | Review materials to determine exempt status of daily press assistant editorial page editor. | 0.20 | 115.00 |

| | | | | | | |
|------|-----------|------|----------|-------------|-------|-------|
| **Total Hours** | | | | | 0.80 | |
| **Total Fees** | | | | | | $489.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 2071844

Page 2

Tribune Company

| | |
|---|---:|
| **Less Discount** | ($48.90) |
| **Total Fees After Discount** | $440.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 0.60 | hours at | $575.00 | per hour |
| E. Bergmann | Senior Partner | - | 0.20 | hours at | $720.00 | per hour |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $440.10 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2071844
0276 11089 / 11089-000001
Labor-General 0000000968

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $489.00 |
| Less Discount | ($48.90) |
| Total Fees after Discount | $440.10 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $440.10 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2072119
0276 11089 / 11089-000039
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through November 30, 2012

## Thomas Langmyer Potential Legal Claims Against WGN-AM Radio

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/12/12 | J. Ross | C300 | | Exchange messages with J. Osick regarding executive termination (.20); review demand letter (.10); conference with J. Osick regarding same (.10); review proposed Tribune settlement agreement (.90); conference with management regarding facts/strategies regarding same (.70); conference with T. Langmyer attorney, R. Levison regarding same (.80); correspondence to J. Osick regarding same (.70); conference with R. Levinson regarding new offer (.60). | 4.10 | 2,788.00 |
| 11/13/12 | J. Ross | C300 | | Correspondence to J. Osick regarding conference with T. Langmyer attorney regarding new settlement offer. | 0.90 | 612.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/14/12 | J. Ross | C300 | | Review material in preparation for client conference (.20); preparation of draft notice regarding extension of time to respond to records request (.20); conference with management regarding negotiation issues, strategies and counter-offer (.50). | 0.90 | 612.00 |
| 11/15/12 | J. Ross | L120 | | Preparation of IPRA notice (.30); prepare for conference with attorney for executive (.10); conference with J. Osick regarding issue regarding same (.90); correspondence to N. Larsen regarding same (.10); conference with N. Larsen regarding same (.10); correspondence to J. Osick regarding same (.10); correspondence to R. Levinson regarding Personnel Records Review Act (.10); conference with R. Levinson regarding counter offer and facts underlying same (.60). | 2.30 | 1,564.00 |
| 11/19/12 | J. Ross | C300 | | Review R. Levinson correspondence regarding bonus (.10); correspondence to J. Osick regarding same (.10). | 0.20 | 136.00 |
| 11/20/12 | J. Ross | C300 | | Correspondence to management regarding bonus issue (.10); correspondence to T. Langmyer attorney regarding same (.20). | 0.30 | 204.00 |
| 11/26/12 | J. Ross | C300 | | Conference with T. Langmyer attorney regarding settlement counter offer (.50); preparation of correspondence to management regarding same (.20). | 0.70 | 476.00 |
| 11/27/12 | J. Ross | L160 | | Conference with management regarding response to executive counteroffer and strategies regarding same. | 0.50 | 340.00 |



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/28/12 | J. Ross | C300 | | Review settlement agreement bonus provision (.30); conference with R. Levinson regarding final offer (.20); conference with J. Osick regarding bonus payment issues and settlement agreement language issues (.30); supplemental conference with R. Levinson regarding bonus provision in settlement agreement (.30). | 1.10 | 748.00 |

| | | |
|---|---|---|
| **Total Hours** | 11.00 | |
| **Total Fees** | | $7,480.00 |
| **Less Discount** | | ($748.00) |
| **Total Fees After Discount** | | $6,732.00 |

**Timekeeper Summary**

| J. Ross | Partner | - | 11.00 | hours at | $680.00 | per hour |
|---------|---------|---|-------|----------|---------|----------|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $6,732.00 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2072119
0276 11089 / 11089-000039
Thomas Langmyer Potential Legal Claims Against
WGN-AM Radio

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,480.00 |
| Less Discount | ($748.00) |
| Total Fees after Discount | $6,732.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $6,732.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071850
0276 36078 / 36078-000011
W1ST

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

For legal services rendered through November 30, 2012

### East Coast Properties

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/01/12 | T. Haley | L110 | | Telephone conference with B. Iannuci regarding analysis of Hartford distributor's unemployment insurance audit. | 0.80 | 520.00 |
| 11/01/12 | T. Haley | L120 | | Correspondence with B. Iannuci providing legal citations regarding independent contractor status of carriers under Conn. unemployment insurance laws. | 0.60 | 390.00 |
| 11/01/12 | T. Haley | L120 | | Review memorandum analyzing independent contractor status of newspaper carriers under Conn. unemployment insurance laws. | 0.50 | 325.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2071850

Page 2

Tribune Company/Olson

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/02/12 | T. Haley | L120 | | Telephone conference with D. Bralow regarding status and strategies for dealing with Connecticut unemployment insurance audit of Hartford Courant distributor. | 0.30 | 195.00 |
| 11/16/12 | T. Haley | L120 | | Telephone conference with D. Metzker, counsel for Hartford Courant distributor, regarding strategies for responding to unemployment insurance tax audit. | 0.60 | 390.00 |
| 11/19/12 | T. Haley | L120 | | Correspondence with D. Metzker, counsel for distributor, transmitting relevant case citations. | 0.40 | 260.00 |
| 11/19/12 | T. Haley | L120 | | Telephone conference with D. Bralow regarding Hartford Courant distributor unemployment insurance audit status and strategies. | 0.40 | 260.00 |
| 11/20/12 | T. Haley | L120 | | Telephone conference with D. Metzker, counsel for distributor, regarding status and strategies regarding unemployment insurance investigation of distributor. | 0.50 | 325.00 |
| 11/26/12 | T. Haley | L120 | | Telephone conference with D. Bralow regarding issue of gift payment to subcontractor carrier who saved a life. | 0.20 | 130.00 |

**Total Hours** — 4.30

**Total Fees** — $2,795.00

**Less Discount** — ($279.50)

**Total Fees After Discount** — $2,515.50

**Timekeeper Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T. Haley | Sr Partner I | - | 4.30 | hours at | $650.00 | per hour | | |



Invoice No. 2071850

Page 3

Tribune Company/Olson

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                    $2,515.50



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Tribune Company, East Coast Media
10th Floor/WPIX, 220 East 42nd Street
New York, NY 10017
Attn: David S. Bralow, Esq.

Invoice No. 2071850
0276 36078 / 36078-000011
East Coast Properties

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,795.00 |
| Less Discount | ($279.50) |
| Total Fees after Discount | $2,515.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,515.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071862
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through November 30, 2012

### Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/05/12 | L. O'Hara | L243 | | Review anticipated issues for reply brief in support of summary judgment motion. | 0.30 | 136.50 |
| 11/06/12 | L. O'Hara | L243 | | Communicate with opposing counsel regarding issues involving separate statement (.20); communicate with mediator regarding status of rekindling settlement discussions in light of pending summary judgment motion (.20); communicate with opposing counsel (.10) and J. Powers (.10) regarding possible dismissal of non-employer entities. | 0.60 | 273.00 |
| 11/08/12 | L. O'Hara | L190 | | Calendar pre-trial and expert disclosure deadlines (.40); communicate with J. Powers regarding plaintiff's settlement proposal (.20). | 0.60 | 273.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2071862

Page 2

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 11/12/12 | L. O'Hara | L160 | | Communicate with mediator regarding her conversation with opposing counsel regarding settlement issues (.30); review e-mail from E. Lona and compare information to that used in summary judgment declaration (.30). | 0.60 | 273.00 |
| 11/13/12 | L. O'Hara | L190 | | Review issues regarding timing of required posting by plaintiff of jury fees under amended rules (.40); communicate with J. Powers regarding settlement status and strategy (.30); communicate with mediator (.10). | 0.80 | 364.00 |
| 11/15/12 | L. O'Hara | L160 | | Review and revise agreement forwarded by opposing counsel regarding dismissal of non-employer defendants in exchange for waiver of costs (.30); telephone conference with mediator C. Masters regarding settlement issues (.30). | 0.60 | 273.00 |
| 11/19/12 | L. O'Hara | L160 | | Communicate with mediator C. Masters regarding her communications with opposing counsel regarding settlement. | 0.10 | 45.50 |
| 11/20/12 | L. O'Hara | L160 | | Review e-mail to mediator regarding settlement progress (.10); telephone conference with J. Powers regarding same (.10). | 0.20 | 91.00 |
| 11/21/12 | L. O'Hara | L210 | | Direction to L. Waluch regarding preparation of summary judgment reply brief (.20); communicate with J. Powers regarding plaintiff's motion for summary judgment reply (.10). | 0.30 | 136.50 |
| 11/23/12 | L. Waluch | L243 | | Analysis of issues for reply to opposition to motion for summary judgment. | 2.60 | 1,183.00 |
| 11/25/12 | L. Waluch | L243 | | Prepare defendants' objections to plaintiff's evidence submitted in support of his opposition to defendants' motion for summary judgment. | 4.10 | 1,865.50 |



SEYFARTH
ATTORNEYS SHAW LLP

Invoice No. 2071862

Page 3

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/26/12 | L. O'Hara | L243 | | Review plaintiff's opposition papers and evidence to motion for summary judgment (1.60); analysis regarding reply brief and research issues (1.80); conference with J. Powers regarding same (.30); conference with J. Powers regarding possible mediator's proposal (.20). | 3.90 | 1,774.50 |
| 11/26/12 | L. Waluch | L243 | | Research case law regarding a party's ability to supplement deposition testimony with a declaration (2.50); prepare defendants' objections to plaintiff's declaration in support of opposition to motion for summary judgment (2.20); research issues for reply to opposition to motion for summary judgment (3.10). | 7.80 | 3,549.00 |
| 11/27/12 | L. O'Hara | L160 | | Telephone conference with J. Powers regarding possible mediator's proposal (.30); draft reply brief in support of motion for summary judgment (8.80). | 9.10 | 4,140.50 |
| 11/27/12 | L. Waluch | L243 | | Prepare defendants' objections to plaintiff's declaration in support of opposition to motion for summary judgment (4.50); research case law regarding a party's ability to supplement deposition testimony with a declaration (1.00); research case law regarding exhaustion of administrative remedies (2.00); research case law regarding a court's inability to substitute its judgment for personnel decisions (2.20). | 9.70 | 4,413.50 |



Invoice No. 2071862

Page 4

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/28/12 | L. O'Hara | L243 | | Draft reply brief in support of motion for summary judgment (4.80); multiple telephone conferences with mediator regarding issues for mediator's proposal (.70); e-mail and voicemail communications with J. Powers regarding same (.30); review mediator's draft proposal (.30); telephone conference with J. Powers regarding same (.30). | 6.40 | 2,912.00 |
| 11/28/12 | L. Waluch | L243 | | Analysis of case law and evidence cited by plaintiff in summary judgment opposition. | 6.10 | 2,775.50 |
| 11/29/12 | L. O'Hara | L160 | | Draft revisions to mediator's proposal (.90); communicate with J. Powers regarding same (.10); communicate with mediator regarding same (.20); draft reply brief to motion for summary judgment (8.00); review and revise first draft of objections to plaintiff's evidence (.70). | 9.90 | 4,504.50 |
| 11/29/12 | L. Waluch | IMMH 10 | | Cite-check reply brief (1.30); research caselaw for use in defendant's reply brief regarding: 1) whether negative performance reviews constitute adverse employment actions; 2) whether an employer must reasonably accommodate disabled employee by placing him in another job even if more qualified applicants exist; 3) a party may not contradict deposition testimony with a subsequent declaration; 4) whether other employees must forego their own absences to provide coverage for disabled plaintiff whose leave has expired; 5) courts should not step in to substitute its judgment for personnel decisions (11.20). | 12.50 | 5,687.50 |



Invoice No. 2071862

Page 5

Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/30/12 | L. O'Hara | L160 | | Telephone conference with mediator regarding issues pertaining to mediator's proposal (.50); e-mail to client mediator's proposal when received (.10); telephone conference with J. Powers regarding reply brief for summary judgment motion and status of mediator's proposal and whether one will be made (.40); finalize reply brief (.70); additional revisions to and finalize objections to evidence (3.20); e-mail communications with opposing counsel regarding reply brief (.20). | 5.10 | 2,320.50 |
| 11/30/12 | L. Waluch | L243 | | Finalize defendants' objections to plaintiff's declaration in support of opposition to motion for summary judgment. | 4.30 | 1,956.50 |

**Total Hours** 85.60

**Total Fees** $38,948.00

**Timekeeper Summary**

| | | | | | | |
|--|--|--|--|--|--|--|
| L. O'Hara | Partner | - | 38.50 | hours at | $455.00 | per hour |
| L. Waluch | Associate | - | 47.10 | hours at | $455.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Courier/Messenger** | |
| 11/30/12 | Courier/Messenger Inv#: 210475548 Date Sent: 11/30/2012 Sender: Karla Villalobos Roque Airbill: 794193371714 Geoffrey c. Lyon/Sereena J. Si Lyon Law PC 400 Oceangate, Suite 450 LONG BEACH, CA 90802 | 13.54 |
| | **Copying** | |

# SEYFARTH
ATTORNEYS
# SHAW LLP

Invoice No. 2071862

Page 6

Los Angeles Times (Sherman)

| | | |
|---|---|---:|
| 11/21/12 | Copying  (541 copies @ $0.10 per page) | 54.10 |
| 11/30/12 | Copying  (140 copies @ $0.10 per page) | 14.00 |
| | **Long Distance Telephone** | |
| 11/08/12 | Long Distance Telephone | 1.05 |

**Total Disbursements**                                                    82.69

**Total Fees And Disbursements This Statement**                    $39,030.69



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2071862
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $38,948.00 |
| Total Disbursements | 82.69 |
| Total Fees and Disbursements This Statement | $39,030.69 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071857
0276 15827 / 15827-000020
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through November 30, 2012

**Neil Levine v. Tribune Entertainment Co. dba KTLA, et al.; Case No. BC477541**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/06/12 | L. O'Hara | L160 | | Review conformed copy of dismissal. | 0.10 | 45.50 |
| 11/09/12 | L. O'Hara | L120 | | Telephone call from opposing counsel regarding threats made by plaintiff and status of police report (.50); telephone conference with B. Lopez-Nash regarding same (.30). | 0.80 | 364.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



KTLA-TV

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 11/12/12 | L. O'Hara | L110 | | Telephone conference with C. Lugo-Leigh regarding plaintiff's threatening fax (.30); telephone conference with M. Mancini to get more information regarding their police report (.20); review police report and transmit to C. Lugo Leigh (.30); e-mail communications with C. Lugo Leigh regarding background information regarding plaintiff for KTLA security (.30); telephone conference with M. Fostakowsky regarding his trip to police statement and conversation with officer and detective (.30). | 1.40 | 637.00 |
| 11/13/12 | L. O'Hara | L120 | | Communicate with J. Powers regarding status of issues regarding N. Levine's threats. | 0.20 | 91.00 |
| 11/14/12 | L. O'Hara | L120 | | Review security consultant's report (.20); communicate with C. Lugo-Leigh regarding issues related to same (.30). | 0.50 | 227.50 |
| 11/15/12 | L. O'Hara | L110 | | Telephone conference with opposing counsel to clarify whether any threats were specifically made by plaintiff directed at any KTLA employee (.20); telephone conference with C. Lugo-Leigh regarding same (.20). | 0.40 | 182.00 |

**Total Hours**                                                                3.40

**Total Fees**                                                            $1,547.00

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. O'Hara | Partner | - | 3.40 | hours at | $455.00 | per hour |



Invoice No. 2071857

Page 3

KTLA-TV

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Copying** | |
| 11/01/12 | Copying   (6 copies @ $0.10 per page) | 0.60 |
| | **Subpoena Fees** | |
| 11/19/12 | Subpoena Fees -  TITAN LEGAL SERVICES | 62.91 |

**Total Disbursements** <u>63.51</u>

**Total Fees And Disbursements This Statement** <u>$1,610.51</u>



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Los Angeles Times
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2071857
0276 15827 / 15827-000020
Neil Levine v. Tribune Entertainment Co. dba KTLA, et
al.; Case No. BC477541

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,547.00 |
| Total Disbursements | 63.51 |
| Total Fees and Disbursements This Statement | $1,610.51 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



YFARTH
SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071834
0276 31907 / 31907-000005
WIST

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

For legal services rendered through November 30, 2012

**Rich Pothering Unscheduled Leave Grievance**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Out-of-Town Travel** | |
| 11/27/12 | Out-of-Town Travel - UNITED AIRLINES Michaels/Kristin Chicago/Ohare -Baltimore -Chicago/Ohare 09/19/2012 | -570.71 |
| 11/27/12 | Out-of-Town Travel - K. Michaels- Chicago/Ohare -Baltimore - Allentwn/Bthl -Chicago/Ohare - 09/19/2012 - Preparation for and representing Company at arbitration hearing. | 285.36 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 2071834

Page 2

Morning Call, The

| 11/27/12 | Out-of-Town Travel -  UNITED AIRLINES Michaels/Kristin Baltimore - Chicago/Ohare 09/21/2012 - Preparation for and representing Company at arbitration hearing in Allentwon, Pennsylvania. | 503.85 |
|----------|---|---|

**Total Disbursements** 218.50

**Total Fees And Disbursements This Statement** $218.50


ATTORNEYS LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

The Morning Call
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-01
Attn: Ann W. Barnes
Labor Relations Director

Invoice No. 2071834
0276 31907 / 31907-000005
Rich Pothering Unscheduled Leave Grievance

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 218.50 |
| Total Fees and Disbursements This Statement | $218.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br><br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Invoice No. 2071855
0276 57634 / 57634-000009
WIST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL  60611
Attn:  Ms. Janice Jacobs

For legal services rendered through November 30, 2012

**Eric Benton Matter**

| Disbursements | Value |
|---|---|
| Out-of-Town Travel -  M. Lies II - Taxi- Site inspection 9/13/12 | 21.43 |
| **Total Disbursements** | 21.43 |
| **Total Fees And Disbursements This Statement** | $21.43 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

December 10, 2012

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 2071855
0276 57634 / 57634-000009
Eric Benton Matter

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Disbursements | 21.43 |
| Total Fees and Disbursements This Statement | $21.43 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |