# EXHIBIT "A"

### SUMMARY SHEET

September 1, 2012 through and including September 30, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 3.0 | $1,620.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .2 | $75.00 |
| Susan Pappa | Paralegal | N/A | $125.00 | 4.70 | $587.50 |
| | | | Total | 7.9 | $2,282.50 |

**Blended Rate: $288.92**

# EXHIBIT "B"

81117 v1

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
January 10, 2013
Account No: 30402-001M
Statement No: 28930

Tribune

For Services Rendered Through 09/30/2012

Fees

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/06/2012 | PPM | Emails to/from Mr. Goldfarb re: SVG proceeding as sole counsel in action vs. Standard Charter Bank (Case Administration) | 0.20 |
| 09/07/2012 | JSG | Receipt and review of several e-mails from Andrew Goldfarb regarding Standard Chartered and revised entry of appearance (Case Administration) | 0.30 |
| | SLP | Draft Certificate of Service of Modified Entry of Appearance (Standard Charter Bank) (Case Administration) | 0.30 |
| | SLP | File and Serve Modified Entry of Appearance (Case Administration) | 0.30 |
| | JSG | Reviewing and finalizing Modified Entry of Appearance (Case Administration) | 0.30 |
| 09/21/2012 | SLP | Prepare Estimate of Professional Fees for Debtors' Restructuring Advisors (Fee Matters) | 0.30 |
| 09/24/2012 | JSG | Reviewing e-mail from Alvarez and Marsal regarding estimated fees (Fee Matters) | 0.10 |
| | JSG | Reviewing response to Alvarez and Marsal regarding estimated fees from SVG (Fee Matters) | 0.10 |
| 09/25/2012 | JSG | Reviewing fee applications for July (.2), August (.1), and September (.1) (monthly) and quarterly fee application and Certificate of No Objection (June) (.1) (Fee Matters) | 0.50 |
| | SLP | Draft Certificate of No Objection of 8th, 9th, 10th Monthly Fee Application (Fee Matters) | 0.20 |
| 09/26/2012 | JSG | Reviewing and revising 12th (.7) and 13th (1.0) Monthly and Quarterly Fee Applications (Fee Matters) | 1.70 |

Case 08-13141-BLS   Doc 13004-1   Filed 01/10/13   Page 4 of 5

Page: 2
January 10, 2013

Offi Comm of Unsecured Cred Tribune Company et al

Account No: 30402-001M
Statement No: 28930

Tribune

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  | SLP | Draft and File Certificate of No Objection to the 11th Monthly Fee Application (Fee Matters) | 0.30 |  |
|  | SLP | Draft 12th Monthly Fee Application (Fee Matters) | 0.80 |  |
| 09/28/2012 | SLP | Draft 13th Monthly Fee Application (Fee Matters) | 0.50 |  |
|  | SLP | Draft 15th Quarterly Fee Application (Fee Matters) | 0.50 |  |
|  | SLP | File and Serve 12th Monthly Fee Application (Fee Matters) | 0.50 |  |
|  | SLP | File and Serve 13th Monthly Fee Application (Fee Matters) | 0.50 |  |
|  | SLP | File and Serve 15th Quarterly Fee Application (Fee Matters) | 0.50 |  |
|  |  | For Current Services Rendered | 7.90 | 2,282.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| James S. Green | 3.00 | $540.00 | $1,620.00 |
| Patricia P. McGonigle | 0.20 | 375.00 | 75.00 |
| Susan L. Pappa | 4.70 | 125.00 | 587.50 |

### Expenses

| | |
|---|---:|
| Postage | 7.80 |
| Photocopies | 91.90 |
| Reimbursable Costs Thru 09/30/2012 | 99.70 |

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| Postage: | $7.80 |
|---|---|
| Photocopies at .10 per page: | $91.90 |
| TOTAL: | $99.70 |

81117 v1