# EXHIBIT "A"

## SUMMARY SHEET

October 1, 2012 through and including October 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 3.1 | $1,674.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .7 | $262.50 |
| Susan Pappa | Paralegal | N/A | $125.00 | .3 | $37.50 |
|  |  |  | Total | 4.1 | $1,974.00 |

**Blended Rate: $481.46**

81117 v1

# EXHIBIT "B"

81117 v1

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600   Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>January 10, 2013<br>Account No: 30402-001M<br>Statement No: 28930 |

Tribune

For Services Rendered Through 10/31/2012

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/01/2012 | | | | |
| | JSG | Review and draft response to Fee Examiner's preliminary report, including reviewing time records and e-mails to provide additional detail (Fee Matters) | 2.00 | |
| | PPM | Receipt and review correspondence re: settlement offer in fraudulent conveyance litigation; | 0.50 | |
| | PPM | Receipt and review correspondence from Note Holder Plaintiffs, Committee Plaintiffs and Retiree Plaintiffs; | 0.20 | |
| 10/02/2012 | | | | |
| | JSG | Finalize correspondence to Fee Examiner (Fee Matters) | 0.40 | |
| 10/03/2012 | | | | |
| | JSG | Reviewing Agenda for 10/4/12 hearing (Case Administration) | 0.30 | |
| 10/04/2012 | | | | |
| | JSG | Reviewing e-mail from John Theil (.1); Correspondence to Mr. Theil (.1) (Fee Matters) | 0.20 | |
| 10/16/2012 | | | | |
| | JSG | Reviewing Fee Examiners Final Report (Fee Matters) | 0.20 | |
| 10/31/2012 | | | | |
| | SLP | Prepare fee estimate for Debtors' Restructuring Advisors | 0.30 | |
| | | For Current Services Rendered | 4.10 | 1,974.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 3.10 | $540.00 | $1,674.00 |
| Patricia P. McGonigle | 0.70 | 375.00 | 262.50 |
| Susan L. Pappa | 0.30 | 125.00 | 37.50 |

|  |  |
|---|---|
| Total Current Work | 1,974.00 |

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| TOTAL: | $0 |