# Exhibit A



ZUCKERMAN SPAEDER LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

January 7, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286955
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2012.

| | |
|---|---:|
| By Graeme W. Bush<br>0.20 hours at $875.00 per hour | $       175.00 |
| By James Sottile<br>9.30 hours at $790.00 per hour | $     7,347.00 |
| By Andrew N. Goldfarb<br>145.10 hours at $640.00 per hour | $   92,864.00 |
| By P. Andrew Torrez<br>1.70 hours at $610.00 per hour | $     1,037.00 |
| By Keisha N. Stanford<br>5.30 hours at $350.00 per hour | $     1,855.00 |
| By Benjamin L. Krein<br>67.00 hours at $430.00 per hour | $   28,810.00 |
| By Kurt M. Reiser<br>16.70 hours at $315.00 per hour | $     5,260.50 |
| By Kimberly Gainey<br>22.60 hours at $315.00 per hour | $     7,119.00 |

BALTIMORE            NEW YORK            TAMPA            WASHINGTON, DC

January 7, 2013                                                                                    Page 2

By Nina J. Falvello
    16.20  hours at  $295.00  per hour                              $        4,779.00

By Janet M. Braunstein
    3.40  hours at  $310.00  per hour                               $        1,054.00

By Jer-Wei (Jay) Chen
    5.80  hours at  $280.00  per hour                               $        1,624.00

By Lisa Gehlbach
    7.30  hours at  $280.00  per hour                               $        2,044.00

By Alexander Ross Smith
    7.00  hours at  $275.00  per hour                               $        1,925.00

By Patrick Schmidt
    3.90  hours at  $270.00  per hour                               $        1,053.00

By Afton B. Hodge
    14.60  hours at  $220.00  per hour                              $        3,212.00

By Rey Caling
    1.00  hours at  $200.00  per hour                               $          200.00

                    TOTAL FEES                                     $     160,358.50

                    TOTAL EXPENSES                                 $            0.00

                    TOTAL FEES AND EXPENSES THIS PERIOD            $     160,358.50

January 7, 2013                                                                                      Page 4

DESCRIPTION OF SERVICES                                                      CLIENT: 12464
                                                                            MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 11/01/12 | 0.70 | Call with Akin Gump, A. Goldfarb and D. Gropper (Aurelius) re shareholder defendant settlement agreement. |
| 11/01/12 | 0.20 | Edit shareholder defendant settlement agreement. |
| 11/01/12 | 0.40 | Call re issues on Fourth Amended Complaint with D. Rath and J. Green (LRC) and A. Goldfarb. |
| 11/01/12 | 0.20 | Call with J. Bendernagel (Sidley) re issues on FitzSimons Fourth Amended Complaint. |
| 11/01/12 | 0.20 | E-mail correspondence with Akin Gump and D. Gropper (Aurelius) re same. |
| 11/02/12 | 0.30 | Call with D. Rath (LRC) re Fourth Amended Complaint in FitzSimons and notices of appearance by pro se defendants. |
| 11/02/12 | 0.20 | E-mail correspondence with Akin Gump and D. Gropper (Aurelius) re changes to form settlement agreement for shareholder defendants. |
| 11/02/12 | 0.70 | Review and edit Fourth Amended Complaint and notice of filing. |
| 11/02/12 | 0.50 | Further analysis of issues related to Morgan Stanley stipulation. |
| 11/02/12 | 0.20 | Review and revise draft settlement agreement for shareholder defendants. |
| 11/06/12 | 0.40 | Review revised drafts of FitzSimons Notice of Filing and Fourth Amended Complaint and related documents. |
| 11/06/12 | 0.30 | Review further requests from FitzSimons shareholder defendants for dismissal. |
| 11/07/12 | 0.40 | Call with counsel for MDL plaintiffs re defendants' demand that alleged conduit defendants be dismissed. |
| 11/13/12 | 0.40 | Call with M. Kirschner (Litigation Trustee), M. Waldman (Robbins Russell) and A. Goldfarb re production of documents to Litigation Trustee and status of MDL proceedings. |
| 11/13/12 | 0.20 | Meeting with A. Goldfarb re production of documents to Litigation Trustee and service of 4th Amended Complaint. |

| 11/13/12 | 0.50 | Call with counsel to parties to draft Morgan Stanley stipulation re issues on same. |
| 11/13/12 | 0.80 | Review additional documents to go to Litigation Trustee. |
| 11/14/12 | 0.20 | Call with J. Bendernagel (Sidley) re MDL litigation. |
| 11/15/12 | 0.30 | Call with parties to Morgan Stanley stipulation to finalize stipulation. |
| 11/15/12 | 0.30 | Review final version of Morgan Stanley stipulation. |
| 11/15/12 | 0.20 | Draft posting note for Committee re Morgan Stanley stipulation and arrange for posting. |
| 11/15/12 | 0.70 | Review draft MDL settlement agreements with shareholder defendants and various proposals from such defendants re settlement. |
| 11/15/12 | 0.10 | Conference call with K. Lantry (Sidley) re finalize stipulation. |
| 11/21/12 | 0.20 | Call with J. Bendernagel (Sidley) re MDL litigation. |
| 11/26/12 | 0.20 | Call with J. Bendernagel (Sidley) re MDL litigation and notices of appearance by pro se shareholder defendants. |
| 11/27/12 | 0.20 | Call with D. Zensky (Akin) re MDL settlement discussions with shareholder defendants. |
| 11/30/12 | 0.30 | Call with K. Lantry (Sidley) re Effective Date issues. |

P. Andrew Torrez

| 11/05/12 | 0.30 | Review of memorandum re Committee's post-effective date responsibilities. |
| 11/12/12 | 0.90 | Review of "phase one" motion to dismiss filed by defendants in Tribune fraudulent conveyance MDL. |
| 11/13/12 | 0.50 | Review of draft motion and proposed order concerning litigation trustee. |

Andrew N. Goldfarb

| 11/01/12 | 0.80 | Call with D. Rath and J. Green (LRC) and J. Sottile re 4th Amended Complaint preparation projects. |
| 11/01/12 | 0.50 | Emails with J. Drobish and J. Green (LRC) re various FitzSimons defendant spreadsheets, including analysis of same. |
| 11/01/12 | 0.50 | Email L. Gehlbach and A. Hodge re FitzSimons exhibit and spreadsheet comparison project. |

| 11/01/12 | 0.80 | Call with MDL plaintiffs' counsel re settlement template agreement. |
|---|---|---|
| 11/01/12 | 1.10 | Revise draft settlement agreement template and recirculate to MDL plaintiffs' counsel. |
| 11/01/12 | 0.20 | Respond to counsel for Frost National Bank and Penson Securities re status as defendant in FitzSimons. |
| 11/01/12 | 0.60 | Research status of defendants' proceeds amounts for FitzSimons dismissal of sub-50K parties and Exhibit A defendants. |
| 11/01/12 | 0.20 | Prepare and circulate agenda for call with LRC and J. Sottile. |
| 11/01/12 | 0.30 | Call with J. Green (LRC) re potential dismissal of party in FitzSimons. |
| 11/01/12 | 0.30 | Revise draft 4th Amended Complaint in FitzSimons. |
| 11/02/12 | 1.20 | Review and revise proposed MDL settlement agreement to incorporate changes from D. Gropper (Aurelius), D. Zensky (Akin) and J. Sottile. |
| 11/02/12 | 1.40 | Edit, final review, email and mail draft MDL settlement agreement to requesting defendants in FitzSimons. |
| 11/02/12 | 0.60 | Coordinate FitzSimons defendant spreadsheet review project. |
| 11/02/12 | 0.40 | Emails and call with J. Drobish and J. Green (LRC) re FitzSimons defendant spreadsheets. |
| 11/02/12 | 1.50 | Review and analyze FitzSimons defendant spreadsheets in preparation for 4th Amended Complaint. |
| 11/02/12 | 0.40 | Research issues related to Trudman Trust status in FitzSimons. |
| 11/02/12 | 0.30 | Email to R. Lack (Friedman Kaplan) and J. Green (LRC) re Step 2 record date and strategy toward trades close to or on 12/20/2007. |
| 11/02/12 | 0.30 | Finalize stipulations and file notices of dismissal for US Bancorp Accounts and Mizuho Bank. |
| 11/02/12 | 0.20 | Call with J. Goldsmith (Akin) re distribution of settlement agreement to MDL defendants. |
| 11/03/12 | 0.50 | Coordinate review of spreadsheets of defendants to be dismissed and Exh. A defendants in FitzSimons. |
| 11/03/12 | 0.40 | Research cases and federal rules on amended complaints and service obligations. |

| | | |
|---|---|---|
| 11/03/12 | 0.10 | Email Bob Cornish (Dilworth) re FitzSimons proposed settlement agreement. |
| 11/04/12 | 6.50 | Research and review defendant lists in FitzSimons in preparation for filing of 4th Amended Complaint. |
| 11/04/12 | 2.60 | Draft notice of filing 4th Amended Complaint. |
| 11/04/12 | 0.40 | Calls with J. Green (LRC) re spreadsheet review and 4th Amended complaint. |
| 11/04/12 | 0.20 | Call with J. Braunstein to coordinate defendant spreadsheets review project. |
| 11/05/12 | 0.50 | Phone call with R. Cobb (LRC) re complaint amendments in FitzSimons. |
| 11/05/12 | 0.20 | Confer with J. Sottile re FitzSimons amendments. |
| 11/05/12 | 0.70 | Confer with J. Green (LRC) re defendant spreadsheets in FitzSimons. |
| 11/05/12 | 13.70 | Detailed review, analyze, and review defendant spreadsheets in FitzSimons. |
| 11/05/12 | 0.40 | Call with Eben Smith (FitzSimons defendant) re settlement proposal. |
| 11/05/12 | 0.20 | Confer with B. Krein re research on SDNY filing requirements and rules for amended complaints and sealed pleadings. |
| 11/06/12 | 0.30 | Call with Ted Levitt re Case Trust (FitzSimons defendant). |
| 11/06/12 | 0.40 | Call with J. Weinstein, counsel to FitzSimons defendant re case and status. |
| 11/06/12 | 0.50 | Call with J. Green (LRC) re 4th Amended Complaint. |
| 11/06/12 | 4.00 | Review emails and FitzSimons defendants' spreadsheets to revise and clean up defendant lists. |
| 11/06/12 | 0.60 | Respond to several calls from defendants re potential FitzSimons/MDL settlements. |
| 11/06/12 | 0.40 | Revise draft notice from LRC of filing 4th Amended Complaint and notice of dismissing sub-50K LBO proceeds. |
| 11/06/12 | 0.30 | Draft notice of sealed filing. |
| 11/06/12 | 0.40 | Revise supplemental motion to modify depository order and other orders consistent with Committee Litigation Trust Agreement. |

| | | |
|---|---|---|
| 11/06/12 | 0.40 | Draft email and Committee posting note to Chadbourne re motion to further modify orders per Litigation Trust Agreement. |
| 11/06/12 | 0.20 | Call and email J. Drobish (LRC) re updating and consolidating changes to spreadsheet of dismissed parties. |
| 11/06/12 | 0.40 | Emails with W. Allen and C. Primis (Kirkland) re issues regarding status of BASF Corp. and Honeywell in FitzSimons. |
| 11/06/12 | 0.20 | Emails with T. Gilroy (Shearman) re Galleon entities' status in FitzSimons. |
| 11/06/12 | 0.10 | Review email from MDL defendants re conduit dismissal demand. |
| 11/06/12 | 0.20 | Review letter from and call with from M. D'Agostino, counsel for several FitzSimons parties re process for potential dismissals. |
| 11/06/12 | 0.40 | Multiple emails to J. Green and J. Drobish (LRC) re defendant lists for 4th Amended Complaint in FitzSimons. |
| 11/07/12 | 0.30 | Call with MDL plaintiffs' counsel re MDL defendants' email on conduit issue. |
| 11/07/12 | 1.00 | Review, revise, and finalize notices to accompany filing of Fourth Amended Complaint. |
| 11/07/12 | 0.20 | Confer with J. Chen re filing scheduling and SDNY Rules. |
| 11/07/12 | 7.80 | Review, revise, and finalize defendant spreadsheets for filing with 4th Amended Complaint. |
| 11/07/12 | 0.40 | Calls with J. Green (LRC) re finalizing spreadsheets and filing of 4th Amended Complaint. |
| 11/07/12 | 0.10 | Call with R. Cobb (LRC) re revisions to notice documents for 4th Amended Complaint filing. |
| 11/08/12 | 0.30 | Revise 4th Amended Complaint and create update blackline against 3rd Amended Complaint. |
| 11/08/12 | 1.40 | Coordinate filing of revised 4th Amended Complaint, including calls with J. Green (LRC) and J. Chen. |
| 11/08/12 | 0.30 | Confer with B. Krein re settlement agreement project and responding to defendant parties. |
| 11/08/12 | 0.20 | Emails to B. Krein with relevant background information and contact emails for settlement agreement preparation. |

| 11/08/12 | 1.00 | Research and respond to multiple FitzSimons defendants interested in settlement. |
|---|---|---|
| 11/08/12 | 0.10 | Email to M. Roitman (C&P) re draft posting note to Committee re Phase 1 Motion in MDL. |
| 11/08/12 | 0.10 | Email to C. Heune (M&W) re VLI stipulation in FitzSimons. |
| 11/08/12 | 0.10 | Email to J. Clark re to stipulation with Galleon entities for dismissal from FitzSimons without prejudice. |
| 11/09/12 | 0.50 | Call with D. Rath (LRC) re Tribune strategy for 4th Amended Complaint. |
| 11/09/12 | 0.20 | Call with J. Korns (counsel for FitzSimons defendants) re MDL settlement agreements. |
| 11/09/12 | 0.20 | Call with B. Krein re settlement agreement proposals. |
| 11/09/12 | 0.10 | Call with K. Stanford re research on pleading and service standards for FitzSimons. |
| 11/09/12 | 0.20 | Email to K. Stanford re legal research request re service and pleading standard. |
| 11/09/12 | 0.30 | Emails to B. Krein re MDL settlement project. |
| 11/09/12 | 0.10 | Emails with J. Chen re sending materials to SDNY court. |
| 11/09/12 | 0.10 | Email to J. Drobish (LRC) re Exhibit A spreadsheet to FitzSimons 4th Amended Complaint. |
| 11/10/12 | 0.30 | Review and analyze draft changes to settlement agreement from Noteholders' counsel. |
| 11/10/12 | 2.50 | Review and revise FitzSimons defendant spreadsheets to confirm amounts for potential settlement agreements. |
| 11/10/12 | 0.10 | Email Noteholders' counsel (Akin and Friedman Kaplan) and J. Sottile re redline to settlement agreement. |
| 11/10/12 | 0.10 | Email to B. Krein re status of settlement agreements. |
| 11/11/12 | 2.50 | Research LBO proceeds of multiple parties interested in potential settlement with MDL plaintiffs (Burris, HC Capital, Regional Transport Dist. Salaried Employees Pension Trust, JNL/Mellon parties, Cleveland Bakers & Teamsters, etc.), including emails to potential settling parties. |
| 11/11/12 | 0.20 | Email to B. Lack re RhumbLine and other Noteholder defendant issues in connection with MDL settlement. |
| 11/11/12 | 0.30 | Revise and update settlement tracking chart. |

| 11/12/12 | 4.20 | Revise, edit and send multiple proposed MDL settlement agreements to FitzSimons defendants. |
|----------|------|---------------------------------------------------------------------------------------------|
| 11/12/12 | 0.20 | Execute and return Galleon entities' stipulations to T. Gilroy (Shearman). |
| 11/12/12 | 0.20 | Confer with B. Krein re settlement agreement project. |
| 11/12/12 | 0.30 | Emails with C. Genaitis re RhumbLine parties. |
| 11/12/12 | 0.20 | Call with C. Genaitis re RhumbLine parties' LBO proceeds amounts and potential settlement. |
| 11/12/12 | 0.20 | Emails with J. Korns (Buchanan Ingersoll) re his client's potential settlement in MDL. |
| 11/12/12 | 0.20 | Research Microsoft status in MDL litigation and email counsel re same. |
| 11/12/12 | 0.20 | Emails with S. Reilly re C. Boynton Trust potential MDL settlement. |
| 11/12/12 | 0.40 | Call with M. Fink re HC Capital Trust potential MDL settlement. |
| 11/12/12 | 0.40 | Email to M. Fink (counsel for HC Capital) potential settlement agreement after preparing same. |
| 11/12/12 | 0.20 | Revise draft notice re service of 4th Amended Complaint. |
| 11/12/12 | 0.40 | Call with R. Cobb (LRC) re notice of service re 4th Amended Complaint. |
| 11/12/12 | 0.30 | Revise template of MDL plaintiffs settlement agreement. |
| 11/12/12 | 0.10 | Email template of MDL agreement to MDL plaintiffs' counsel. |
| 11/12/12 | 0.10 | Email E. Virga (Milbank) re voluntary dismissals of Milbank clients (Geode, FMR). |
| 11/12/12 | 0.30 | Update internal settlement tracking worksheet to reflect actions in connection with settlement activity. |
| 11/13/12 | 4.50 | Revise, edit, and send multiple settlement agreements to MDL FitzSimons defendants. |
| 11/13/12 | 0.10 | Submit supplemental motion on depository order and Litigation Trustee transfer for posting to Committee. |
| 11/13/12 | 0.30 | Call with S. McCulloch (Kobre & Kim) re Monetary Authority of Singapore status in MDL. |
| 11/13/12 | 0.50 | Call with Litigation Trustee and his counsel re transition from Committee as FitzSimons plaintiff. |

| 11/13/12 | 0.30 | Confer with J. Sottile re FitzSimons service and document projects. |
| 11/13/12 | 0.30 | Call with CDS and Chadbourne and Robbins Russell personnel to discuss Relativity document transfer. |
| 11/13/12 | 0.10 | Send materials to M. Waldman (Robbins Russell) re 4th Amended Complaint. |
| 11/13/12 | 0.30 | Review and respond to K. Zafran (C&P) email on Relativity tags for Litigation Trust transfer project. |
| 11/13/12 | 0.20 | Email to CDS and Robbins Russell re Relativity tags for document transfer to Litigation Trustee. |
| 11/13/12 | 0.50 | Meeting with and confer with B. Krein to discuss status of settlements. |
| 11/13/12 | 0.50 | Call with L3 Corp. counsel re possible MDL settlement. |
| 11/13/12 | 0.10 | Call with J. Sottile re Relativity follow-up in connection with imminent transfer to Litigation Trustee. |
| 11/13/12 | 0.20 | Emails with MDL counsel re template agreement, including email same to J. Goldsmith (Akin). |
| 11/13/12 | 0.30 | Call to R. Lack (Friedman Kaplan) re question re Noteholder complaints and class allegations. |
| 11/13/12 | 0.20 | Call with J. Green (LRC) re status of service. |
| 11/13/12 | 0.30 | Call with D. McCluskey (FitzSimons defendant) re status of case and settlement. |
| 11/13/12 | 0.10 | Call with C. Reilly re F. Hanes Byerly settlement with MDL plaintiffs. |
| 11/13/12 | 0.30 | Call with K. Dybos (FitzSimons defendant) re potential settlement with MDL plaintiffs. |
| 11/13/12 | 0.20 | Call with J. Lemkin (Everest counsel) re MDL settlement offer. |
| 11/13/12 | 0.10 | Call with Ira Levee re client's potential MDL exposure and settlement. |
| 11/13/12 | 0.10 | Call with R. Meister re R. Gruenthal potential MDL settlement. |
| 11/13/12 | 0.30 | Research L3 Corp. status in FitzSimons and MDL. |
| 11/14/12 | 0.20 | Call with B. Markley (Stinson) re AAFP Pooled Investment Fund re FitzSimons settlement issue. |
| 11/14/12 | 0.20 | Call with D. Felice re HC Capital's view of MDL settlement. |

| 11/14/12 | 0.20 | Email B. Krein re settlement-related projects, including updating tracking sheet. |
| 11/14/12 | 0.10 | Call with S. McCulloch (Kobre & Kim) re Government Investment of Singapore status in FitzSimons. |
| 11/14/12 | 0.20 | Call with G. Aizenberg (Greenberg) re six FitzSimons defendants and settlement issues. |
| 11/14/12 | 0.30 | Call with J. Green (LRC) re service and settlement issues. |
| 11/14/12 | 0.30 | Call with G. Moss re FitzSimons transfers and settlement issues. |
| 11/14/12 | 0.50 | Call with C. Rosato (Janney) re T. Kasler and D. Contarino potential settlements in FitzSimons. |
| 11/14/12 | 0.20 | Review letter from Tendering PHONES holder to J. Pauley. |
| 11/14/12 | 0.20 | Emails with D. Zensky (Akin) and other MDL plaintiffs' counsel re settlement timing issues. |
| 11/14/12 | 0.10 | Email B. Kyzer re Eva Burris settlement in FitzSimons. |
| 11/14/12 | 0.20 | Emails with B. Choslovsky, counsel to FitzSimons defendants re potential settlements. |
| 11/14/12 | 0.30 | Email and call with N. Wainblat, counsel to Cleveland Bakers & Teamsters Union, re FitzSimons settlement status. |
| 11/14/12 | 0.50 | Email to MDL plaintiffs' counsel re L-3 Communications counteroffer for Tribune settlement. |
| 11/14/12 | 0.20 | Email to R. Mandler (L-3 Communications Corp.) re settlement offer. |
| 11/14/12 | 0.30 | Review and revise draft letter from J. Goldsmith (Akin) re conduit party issues in MDL. |
| 11/14/12 | 0.10 | Review information provided to R. Johnson (counsel to Corbitt, FitzSimons defendant) and respond via email. |
| 11/14/12 | 0.20 | Review comments from J. Korns (Buchanan) re potential Elicker settlement agreement. |
| 11/14/12 | 0.10 | Email J. Weinstein (counsel to FitzSimons party) in response to request for MCO-3. |
| 11/14/12 | 0.20 | Emails with Microsoft counsel re extension for consideration of MDL settlement offer. |
| 11/14/12 | 1.50 | Review FitzSimons and Noteholder cases defendant spreadsheets in connection with potential settlements. |

| | | |
|---|---|---|
| 11/14/12 | 0.20 | Call with R. Meister (Pedowitz) re Gruenthal potential settlement. |
| 11/14/12 | 0.30 | Review FitzSimons settlement tracking sheet. |
| 11/14/12 | 0.10 | Email T. Pettit re Carol Case Trust potential settlement in FitzSimons/MDL. |
| 11/15/12 | 0.10 | Call with J. Korns (Buchanan Ingersoll) re status of settlements with Mahaffey and Elicker defendants. |
| 11/15/12 | 0.30 | Emails to counsel for numerous FitzSimons defendants re potential settlement issues. |
| 11/15/12 | 0.10 | Email to R. Meister (Pedowitz) re extension to consummate Gruenthal settlement. |
| 11/15/12 | 0.10 | Call to B. Burka (Foley) re FitzSimons dismissal issues. |
| 11/15/12 | 0.10 | Call with S. Reilly (Sally & Fitch) re Tribune settlement issue. |
| 11/15/12 | 0.20 | Email MDL plaintiffs' counsel re revised L-3 settlement offer. |
| 11/15/12 | 0.20 | Call with B. Burka (FitzSimons defendant) re status of case. |
| 11/15/12 | 0.60 | Prepare revised summons and packet for service on additional FitzSimons defendants. |
| 11/15/12 | 0.10 | Email B. Krein re additional settlement defendants to research for proceeds amounts. |
| 11/15/12 | 0.10 | Email G. Eizenberg (Greenberg) re status of work on 6 FitzSimons defendants. |
| 11/15/12 | 0.20 | Email to T. Petit (counsel to Case Trust) re settlement status. |
| 11/15/12 | 0.20 | Email to D. Felice (counsel to HC Capital Trust) re status of settlement. |
| 11/15/12 | 0.10 | Email to R. Mandler (L-3 counsel) re potential settlement in FitzSimons. |
| 11/15/12 | 0.30 | Second email to MDL plaintiffs' counsel re L-3 settlement counteroffer. |
| 11/15/12 | 0.20 | Email to Bob Cornish (counsel to Glenn Family Trust) re potential LBO settlement. |
| 11/15/12 | 0.20 | Email to J. Fourmaux (Friedman Kaplan) responding to questions about FitzSimons defendant spreadsheet. |
| 11/15/12 | 0.10 | Email to J. Lemkin (counsel to Everest) re potential MDL settlement counteroffer. |

| 11/15/12 | 0.20 | Email to M. Ledwin (counsel to FitzSimons defendant) re status of 50K proceeds threshold in FitzSimons and MCO-3. |
| 11/15/12 | 0.20 | Emails to M. Hiller (Robbins Russell) re transfer of materials to Litigation Trustee. |
| 11/15/12 | 0.10 | Email to K. Dybos (FitzSimons defendant) responding to her request not to pursue settlement. |
| 11/15/12 | 0.30 | Review and revise letter to pro se defendants re notice of appearance in FitzSimons. |
| 11/15/12 | 0.20 | Emails with J. Chen and L. Gehlbach to coordinate summons issuance in FitzSimons. |
| 11/16/12 | 0.30 | Call with G. Aizenberg (Greenberg) re potential settlement for 6 FitzSimons defendants. |
| 11/16/12 | 0.10 | Email to G. Sprague re status of settlement agreement for his FitzSimons defendant client. |
| 11/16/12 | 1.30 | Research additional parties for Zuckerman Spaeder service in FitzSimons sent by LRC. |
| 11/16/12 | 0.10 | Prepare letter to Court for G. Bush re ECF filing. |
| 11/16/12 | 0.10 | Email to E. Virga (Milbank) re Milbank clients in FitzSimons and 4th Amended Complaint. |
| 11/16/12 | 0.10 | Call to J. Smith (counsel to ACT) re MDL settlement. |
| 11/16/12 | 0.30 | Email to counsel to Contra Costa County Employees Retirement Association re potential MDL settlement. |
| 11/16/12 | 0.10 | Email to J. McGurk re potential MDL settlement. |
| 11/16/12 | 0.30 | Emails with J. Korns (Buchanan) re settlement agreement with Elicker and Mahaffie. |
| 11/16/12 | 0.10 | Email to N. Wainblat (counsel to Cleveland Bakers & Teamsters Funds) re potential settlement. |
| 11/16/12 | 0.30 | Emails with B. Krein re tracking sheet for MDL settlements. |
| 11/16/12 | 0.10 | Call with D. Rath (LRC) re Contra Costa County Employees Retirement Association interest in MDL settlement. |
| 11/16/12 | 0.10 | Call with J. Green (LRC) re FitzSimons defendant spreadsheet. |
| 11/16/12 | 0.30 | Review and finalize for filing supplemental motion to modify depository order. |
| 11/16/12 | 0.30 | Research confidentiality status of D. Kazan email in FitzSimons complaint. |

| 11/16/12 | 0.20 | Email to C. Heffelfinger (counsel to CCCERA) re deadline for settlement offer with MDL plaintiffs. |
| 11/16/12 | 0.10 | Review letter from C. Heffelfinger's firm re settlement counteroffer from Contra Costa County Employees Retirement Association with additional conditions. |
| 11/16/12 | 0.20 | Email to J. Thoman (counsel to Clarkson defendant in FitzSimons) re MDL plaintiffs' settlement offer. |
| 11/16/12 | 0.30 | Email information about FitzSimons confidentiality agreements to M. McGuire (LRC) to aid service of supplemental motion. |
| 11/16/12 | 0.30 | Finalize and send to SDNY judgments clerk notice of voluntary dismissal without prejudice for Galleon entities, including email to T. Gilroy re same. |
| 11/16/12 | 0.10 | Email to D. D'Attomo (counsel for Edgar Gifford) re potential settlement in MDL. |
| 11/16/12 | 0.20 | Call with D. D'Attomo (counsel for Edgar Gifford) re potential MDL settlement. |
| 11/18/12 | 0.80 | Research FitzSimons complaint citations for J. Sottile request. |
| 11/19/12 | 0.30 | Call with D. Rath and J. Green (LRC) re notice of appearance form. |
| 11/19/12 | 0.40 | Revise notice of appearance form and cover notice. |
| 11/19/12 | 0.10 | Email to MDL plaintiffs' counsel re L-3 settlement issue in FitzSimons. |
| 11/19/12 | 0.20 | Emails to D. Zensky (Akin) re revised MDL settlement agreement. |
| 11/19/12 | 0.10 | Email to Akin and Friedman Kaplan and Jay Teitelbaum re draft notice of appearance form and cover. |
| 11/19/12 | 0.20 | Email to A. Entwistle and M. Neubauer (MDL liaison counsel) re notice of appearance form. |
| 11/19/12 | 0.50 | Legal research re prejudgment interest rate in NY. |
| 11/19/12 | 0.20 | Email to J. Goldsmith (Akin) re PJI legal basis. |
| 11/19/12 | 0.20 | Emails to C. Heffelfinger re PJI calculation for CCCERA potential settlement. |
| 11/19/12 | 0.20 | Emails to M. Quashnock re CCCERA settlement payment computation. |

| | | |
|---|---|---|
| 11/19/12 | 0.50 | Emails to numerous defendants' counsel in FitzSimons re timing of settlement agreement revision, status of FitzSimons, and PJI calculations. |
| 11/19/12 | 0.20 | Email to R. Mandler (L-3) re potential FitzSimons settlement. |
| 11/19/12 | 0.20 | Emails with K. Zafran (C&P) re transfer of materials to Litigation Trustee. |
| 11/19/12 | 0.30 | Meeting with P. Schmidt re IT prep for transfer of materials to Litigation Trustee including, prep for same. |
| 11/19/12 | 0.40 | Email to P. Schmidt re transfer materials database after review of Concordance database. |
| 11/19/12 | 0.20 | Revise and finalize letter to Court re electronic notices. |
| 11/19/12 | 0.20 | Confer with J. Chen re transfer of documents from J. Baliban to Litigation Trustee. |
| 11/19/12 | 0.20 | Call with J. Pauley's clerk re status of 4th Amended Complaint. |
| 11/19/12 | 0.10 | Review KCC call log of potential MDL settlements. |
| 11/19/12 | 0.10 | Confer/email with B. Krein re MDL settlement tracking log. |
| 11/19/12 | 0.10 | Execute stipulation with Value Line Inc. re voluntary dismissal. |
| 11/19/12 | 0.20 | Revise, finalize, and submit notice of voluntary dismissal of Value Line Inc. to Court. |
| 11/19/12 | 0.20 | Review revisions to notice and settlement agreement form from B. Lack (Friedman Kaplan). |
| 11/20/12 | 5.00 | Review, revise, and send via email 18 draft MDL settlement agreements to shareholder defendants and their counsel for review, consideration, and execution. |
| 11/20/12 | 0.30 | Email to B. Krein re needed revisions to settlement tracking spreadsheet. |
| 11/20/12 | 0.20 | Email to R. Cobb and D. Rath (LRC) and J. Sottile re draft notice of appearance forms. |
| 11/20/12 | 0.10 | Email to J. McCambridge (Grippo) re notice of appearance forms. |
| 11/20/12 | 0.20 | Email revision of notice of filing document to J. Green (LRC). |
| 11/20/12 | 0.20 | Email revised cover note and notice of appearance forms to MDL liaison defense counsel. |

| | | |
|---|---|---|
| 11/20/12 | 0.20 | Further revise notice of draft notice of appearance form to reflect R. Cobb (LRC) comments. |
| 11/20/12 | 0.10 | Follow-up call with J. Pauley's clerk re issue with filing of FitzSimons 4th Amended Complaint. |
| 11/20/12 | 0.20 | Email to case openings clerk at direction of J. Pauley's clerk to sort out filing of 4th Amended Complaint. |
| 11/20/12 | 0.10 | Respond to email for 4th Amended Complaint from MDL defense counsel. |
| 11/20/12 | 0.50 | Draft proposed response to MDL defense counsel objection to inclusion of notice of appearance forms/info to shareholder defendants. |
| 11/20/12 | 0.70 | Call with B. Lack (Friedman Kaplan), M. Hurley (Akin) and R. Cobb (LRC) re strategy with respect to notice of appearance issues for MDL shareholder defendants. |
| 11/21/12 | 0.80 | Review, revise, and send via email 2 draft MDL settlement agreements to shareholder defendants. |
| 11/21/12 | 0.20 | Emails to J. Green (LRC) re Monetary Auth. of Singapore, FitzSimons defendant, re LBO transfers. |
| 11/21/12 | 0.30 | Draft and send email to MDL plaintiffs' counsel re settlement agreement language question. |
| 11/21/12 | 0.10 | Email to MDL defense counsel about MDL plaintiffs' decision not to distribution notice of appearance materials. |
| 11/21/12 | 0.20 | Emails to K. Scully (Akin) re status of J. Mahaffie in Noteholder cases. |
| 11/21/12 | 0.10 | Email P. Schmidt re production of Zuckerman materials to Litigation Trustee. |
| 11/21/12 | 0.30 | Call with S. McCulloch (Kobre) re Singapore defendants in MDL and potential settlement. |
| 11/21/12 | 0.10 | Email to S. McCulloch (Kobre) in follow-up to confirm settlement-related conversation. |
| 11/21/12 | 0.20 | Email to G. Sprague (counsel to Regional Transportation Pension Trust) re MDL settlement. |
| 11/21/12 | 0.40 | Email negotiations with B. Meister (counsel for R. Gruenthal) re settlement payment amount and calculation. |
| 11/21/12 | 0.20 | Emails with J. Korns (Buchanan) re J. Mahaffie and R. Elicker MDL settlements. |

| | | |
|---|---|---|
| 11/21/12 | 0.30 | Emails with other settling parties about timing of and receipt of executed MDL settlements. |
| 11/21/12 | 0.60 | Review and analyze MDL defendants spreadsheets and lists. |
| 11/21/12 | 0.20 | Review MDL plaintiffs' email (from D. Zensky) to MDL defendants on conduit party issue. |
| 11/25/12 | 1.50 | Review transfer amounts for 12 potential settling parties in connection with settlement offer. |
| 11/25/12 | 0.20 | Emails to J. Green and J. Drobish (LRC) re transfer amounts received by FitzSimons defendants. |
| 11/25/12 | 0.10 | Email to B. Krein re additional settlement agreements to prepare for circulations with updated settlement tracking sheet. |
| 11/26/12 | 0.20 | Emails and calls with J. Korns (Buchanan) re Elicker and Mahaffie settlements. |
| 11/26/12 | 0.10 | Revise Elicker settlement agreement. |
| 11/26/12 | 0.10 | Review Mahaffie settlement agreement. |
| 11/26/12 | 2.10 | Revise and send out ten (10) settlement agreements for potential settling parties with MDL plaintiffs. |
| 11/26/12 | 0.20 | Call and email with C. Allison (Manning) re San Diego Zoo response to settlement offer. |
| 11/26/12 | 0.10 | Review progress on document preparation for transfer to Litigation Trustee. |
| 11/26/12 | 0.30 | Respond to emails from counsel and representatives for several potential settling parties. |
| 11/26/12 | 0.40 | Research and respond to question from D. Siegler (counsel for J. Risley) re LBO transfers amounts. |
| 11/26/12 | 0.10 | Call with M. Fink (Montgomery McCracken) re HC Capital settlement status. |
| 11/26/12 | 0.50 | Review documents from expert's production for materials to go to Litigation Trustee. |
| 11/26/12 | 0.30 | Email to P. Schmidt re expert documents to load for transfer to Litigation Trustee. |
| 11/26/12 | 1.00 | Research and analyze information about Monetary Authority of Singapore and Government Investment Corp. of Singapore. |

| 11/26/12 | 0.40 | Email to MDL Plaintiffs summarizing information and position of Monetary Authority of Singapore and Government Investment Corp. of Singapore re potential settlement. |
|----------|------|---|
| 11/26/12 | 0.40 | Daft and revise settlement agreement for Government Investment Corp. of Singapore. |
| 11/26/12 | 0.30 | Research and email information to T. Manns (counsel to J. Risley) in connection with potential settlement discussions. |
| 11/27/12 | 0.30 | Revise and send draft settlement agreement to J. McGurk (counsel for DeGeorge Trust). |
| 11/27/12 | 0.40 | Email to MDL plaintiffs' counsel re Monetary Authority of Singapore and Government Investment Corp. of Singapore. |
| 11/27/12 | 0.30 | Call with D. Rath (LRC) re Contra Costa County Employees Retirement Association defendant in FitzSimons and potential settlement. |
| 11/27/12 | 0.40 | Call with C. Heffelfinger, counsel to Contra Costa County Employees' Retirement Association, re potential settlement. |
| 11/27/12 | 0.30 | Call with S. McCulloch (Kobre) re potential settlement with Monetary Authority of Singapore and Government Investment Corp. of Singapore. |
| 11/27/12 | 0.30 | Call with J. Green (LRC) re service and Ex. A review. |
| 11/27/12 | 0.30 | Call with CDS (Paul Kelley) and K. Zafran (C&P) re Relativity and transfer to Litigation Trustee. |
| 11/27/12 | 0.20 | Email to P. Kelley (CDS) re results of Relativity document tag analysis. |
| 11/27/12 | 0.20 | Emails with M. Hiller (Robbins Russell) re updates to Relativity analysis and database transfer to Litigation Trustee. |
| 11/27/12 | 0.20 | Review D. Zensky (Akin) and B. Lack (Friedman Kaplan) emails re form of settlement agreement. |
| 11/27/12 | 0.20 | Emails with J. Korns (Buchanan) re timing of settlement agreement execution for Mahaffie and Elicker parties. |
| 11/27/12 | 0.30 | Email MDL plaintiffs' counsel re summary of status of settlement activity. |
| 11/27/12 | 0.20 | Call with R. Cobb (LRC) re MDL plaintiffs' strategy approach to multiple parties sued for same transfer. |
| 11/27/12 | 0.30 | Call with T. Manns (counsel) re J. Risley potential settlement with MDL plaintiffs. |

| | | |
|---|---|---|
| 11/27/12 | 0.30 | Analyze information for QC & Co., from G. Aizenberg (Greenberg) in connection with request for dismissal. |
| 11/27/12 | 0.20 | Emails with G. Aizenberg (Greenberg) re QC & Co. and other defendants seeking dismissal or possible settlement. |
| 11/27/12 | 0.10 | Email with K. Scully (Akin) re Noteholders' position on QC & Co. |
| 11/27/12 | 0.10 | Email M. Henkel (Vorys) re Ohio Carpenters' Pension Fund position on settlement. |
| 11/28/12 | 0.20 | Emails with B. Krein re preparation of additional requested settlements. |
| 11/28/12 | 0.40 | Review call log of potential MDL settling parties received from KCC through J. Goldsmith (Akin), confer with B. Krein re same. |
| 11/28/12 | 0.20 | Emails with B. Lack (Friedman Kaplan) re settlement agreement form and strategy as to Singapore entities. |
| 11/28/12 | 0.20 | Email to M. Quashnock (counsel for LACERA) re settlement payment amount for potential settlement with LACERA. |
| 11/28/12 | 0.30 | Emails with counsel for settling defendants, including J. Korns (for Elicker and Mahaffie) and G. Sprague. |
| 11/28/12 | 0.20 | Calls and email to D. D'Attomo (counsel to Gifford Trust) re settlement payment amount and case status. |
| 11/28/12 | 1.30 | Draft and revise settlement agreement for Monetary Authority of Singapore. |
| 11/28/12 | 0.10 | Circulate draft agreement for Monetary Authority of Singapore to MDL plaintiffs' counsel for review. |
| 11/28/12 | 0.10 | Email to G. Aizenberg (Greenberg) re status of QC & Co. in FitzSimons. |
| 11/28/12 | 0.10 | Respond to emails from MDL plaintiffs' counsel (J. Goldsmith, G. MacDonald) re settlement agreements, defendant lists. |
| 11/29/12 | 0.30 | Draft and send settlement agreement with cover letter to Frederick Share. |
| 11/29/12 | 0.30 | Call and email with J. Lauderdale (counsel to Victory defendants) re status in FitzSimons. |
| 11/29/12 | 2.20 | Revise and send settlement agreements to several MDL defendants (Fong Trust, Koch Trust, Baylor Health, South Shore Hospital, Dalton Trust, Weinstein, etc.). |

| 11/29/12 | 0.40 | Update settlement tracking sheet. |
|---|---|---|
| 11/29/12 | 0.20 | Emails with J. Goldsmith and B. Krein re MDL settlement. |
| 11/29/12 | 0.20 | Emails to J. Green (LRC) re LBO proceeds totals for FitzSimons defendants. |
| 11/29/12 | 0.30 | Email to MDL plaintiffs' counsel (Akin, Friedman Kaplan, Teitelbaum) re Singapore parties and other settlement-related issues. |
| 11/29/12 | 0.20 | Email SDNY case openings clerk re status of filing of Fourth Amended Complaint on the docket. |
| 11/30/12 | 0.60 | Prepare and send settlement agreements to Anne McCutcheon Lewis Trust and Lincoln Fund Tax Advantaged. |
| 11/30/12 | 0.20 | Review and send letter to M. and T. Murphy re MDL settlement agreement for consideration and execution. |
| 11/30/12 | 0.40 | Call with M. Quashnock (counsel for CCCERA and LACERA) re settlement revisions, including prep for same. |
| 11/30/12 | 0.30 | Revise potential clause on jurisdiction for CCCERA and LACERA settlement agreements. |
| 11/30/12 | 0.10 | Email revised potential clause on jurisdiction for CCCERA and LACERA settlement agreements to MDL plaintiffs' counsel for review. |
| 11/30/12 | 0.30 | Call with R. Cobb (LRC) and M. Hurley (Akin) re various settlement agreement issues, including potential MFN and jurisdictional clauses. |
| 11/30/12 | 0.20 | Prep for call with MDL plaintiffs' counsel re various settlement agreement issues. |
| 11/30/12 | 0.90 | Draft memo to Committee re MDL settlement. |
| 11/30/12 | 0.10 | Email to J. Sottile draft memorandum to Committee. |
| 11/30/12 | 0.10 | Email to J. Thoman (counsel to W. Clarkson) re timing of settlement offer deadline. |
| 11/30/12 | 0.30 | Review status of M&I Trust in FitzSimons in connection with service for Capital One Bank account, email A. Oettinger (M&I Trust counsel) re same. |
| 11/30/12 | 0.20 | Respond to emails from Cherokee defendant, L-3 Communications re MDL settlement status. |
| 11/30/12 | 0.60 | Revise and update MDL settlement tracking worksheet. |
| 11/30/12 | 0.10 | Review rider to summons for service of Fourth Amended Complaint in FitzSimons. |

| | | |
|---|---|---|
| 11/30/12 | 0.30 | Review and revise notice of filing and service of Fourth Amended Complaint in FitzSimons. |
| 11/30/12 | 0.30 | Emails with M. Hiller (Robbins Russell) re provisions of Litigation Trust document transfer agreement, including review of agreement. |
| 11/30/12 | 0.20 | Emails with M. O'Connell (counsel to Matsco) re execution of MDL settlement. |
| 11/30/12 | 0.20 | Emails with J. Green (LRC) re notice of filing and rider. |

Graeme W. Bush

| | | |
|---|---|---|
| 11/14/12 | 0.20 | E-mail regarding FCC approval. |

Keisha N. Stanford

| | | |
|---|---|---|
| 11/09/12 | 4.80 | Research pleading requirements and objections to service of summons. |
| 11/09/12 | 0.50 | Email correspondence to A. Goldfarb regarding same. |

Benjamin L. Krein

| | | |
|---|---|---|
| 11/05/12 | 0.90 | Analyze local rules and procedures regarding requirements for sealed filings, affidavits, and exhibits, for filings in the Southern District of New York. |
| 11/05/12 | 0.10 | Follow-up telephone call to court regarding requirements for sealed filings, affidavits, and exhibits, for filings in the SDNY. |
| 11/05/12 | 0.20 | Confer with A. Goldfarb regarding requirements for sealed filings, affidavits, and exhibits, for filings in the SDNY. |
| 11/05/12 | 0.20 | Conferences with J. Chen regarding requirements for sealed filings, affidavits, and exhibits, for filings in the SDNY. |
| 11/07/12 | 0.10 | Confer with J. Chen regarding the filing of Amended Complaint in the SDNY. |
| 11/08/12 | 0.10 | Discuss settlement materials with A. Goldfarb. |
| 11/08/12 | 0.90 | Analyze settlement offer, settlement agreement, and data regarding mulltiple defendants' exposures. |
| 11/09/12 | 5.10 | Analyze data regarding mulltiple defendants' exposures and create spreadsheet regarding same for A. Goldfarb's review. |
| 11/09/12 | 2.00 | Begin drafting settlement agreements for various MDL defendants. |
| 11/09/12 | 0.30 | Review emails with defendants and their counsel. |

January 7, 2013                                                                                    Page 23

| | | |
|---|---|---|
| 11/09/12 | 0.30 | Emails with A. Goldfarb regarding same. |
| 11/11/12 | 0.40 | Review revised draft settlement agreement. |
| 11/11/12 | 0.40 | Review emails regarding status of settlements. |
| 11/11/12 | 0.10 | Emails with A. Goldfarb regarding status of MDL settlements. |
| 11/11/12 | 0.20 | Review revised spreadsheet of defendant data sent by A. Goldfarb. |
| 11/12/12 | 3.70 | Analyze data regarding defendants' exposures and modify spreadsheet regarding same. |
| 11/12/12 | 2.60 | Draft settlement agreements for various MDL defendants. |
| 11/12/12 | 0.40 | Review new settlement agreement templates. |
| 11/12/12 | 0.20 | Meeting with A. Goldfarb to discuss status of settlement agreements. |
| 11/12/12 | 0.70 | Review emails with defendants and their counsel. |
| 11/13/12 | 3.10 | Analyze data regarding defendants' exposures and modify settlement tracking spreadsheet regarding same. |
| 11/13/12 | 2.90 | Draft settlement agreements for various defendants. |
| 11/13/12 | 0.30 | Review internal e-mails regarding status of MDL settlement process. |
| 11/13/12 | 0.50 | Review e-mails with defendants and their counsel re MDL settlements. |
| 11/14/12 | 2.20 | Analyze data regarding potential settleing defendants' exposures and modify tracking spreadsheet regarding same. |
| 11/14/12 | 0.70 | Gather information regarding other potential parties wishing to settle. |
| 11/14/12 | 0.40 | Review internal emails regarding status of MDL settlement process. |
| 11/14/12 | 0.40 | Review emails with defendants and their counsel re MDL settlement process. |
| 11/15/12 | 2.80 | Analyze data regarding potential settleing defendants' exposures and modify tracking spreadsheet regarding same. |
| 11/15/12 | 0.20 | Review internal e-mails regarding status of MDL settlement process. |
| 11/15/12 | 0.40 | Review emails with defendants and their counsel about potential MDL settlements. |

| 11/16/12 | 2.40 | Analyze data regarding defendants' exposures and modify spreadsheet regarding same. |
| 11/16/12 | 0.20 | Review internal emails regarding status of MDL settlement process. |
| 11/16/12 | 0.30 | Review emails with defendants and their counsel re MDL settlement process. |
| 11/18/12 | 1.50 | Analyze data regarding defendants' exposures and modify tracking spreadsheet regarding same. |
| 11/19/12 | 1.90 | Analyze data regarding defendants' exposures and modify spreadsheet regarding same. |
| 11/19/12 | 0.10 | Emails with A. Goldfarb regarding status re MDL settlement process. |
| 11/19/12 | 0.30 | Review emails with defendants and their counsel re MDL settlement process. |
| 11/20/12 | 2.00 | Revise spreadsheet regarding defendants' exposures. |
| 11/20/12 | 0.20 | Meet with A. Goldfarb to discuss status of MDL settlement agreements. |
| 11/20/12 | 5.20 | Draft settlement agreements with various defendants. |
| 11/20/12 | 0.50 | Review e-mails with defendants and their counsel regarding settlement. |
| 11/21/12 | 1.70 | Revise spreadsheet regarding defendants' exposures. |
| 11/21/12 | 0.20 | Emails with A. Goldfarb regarding status re MDL settlement process. |
| 11/21/12 | 0.70 | Draft settlement agreements with various defendants. |
| 11/21/12 | 0.50 | Review e-mails with defendants and their counsel re MDL settlement process. |
| 11/26/12 | 0.60 | Analyze data regarding defendants' exposures and modify tracking spreadsheet regarding same. |
| 11/26/12 | 0.30 | Emails with A. Goldfarb regarding status re MDL settlement process. |
| 11/26/12 | 0.40 | Review e-mails with defendants and their counsel re MDL settlement process. |
| 11/26/12 | 3.00 | Draft settlement agreements. |
| 11/27/12 | 0.50 | Review e-mails with defendants and their counsel re MDL settlement process. |

| 11/28/12 | 3.70 | Analyze data regarding defendants' exposures and update tracking spreadsheet regarding same. |
| 11/28/12 | 0.60 | Emails with A. Goldfarb regarding status of various MDL settlement matters. |
| 11/28/12 | 0.40 | Review e-mails with defendants and their counsel re MDL settlement process. |
| 11/29/12 | 1.70 | Analyze data regarding defendants' exposures and revise spreadsheet regarding same. |
| 11/29/12 | 0.30 | Telephone conferences with multiple defendants regarding status. |
| 11/29/12 | 0.20 | Emails with A. Goldfarb regarding status re MDL settlement process. |
| 11/29/12 | 0.30 | Review emails with defendants and their counsel re MDL settlement process. |
| 11/29/12 | 3.00 | Draft MDL settlement agreements. |
| 11/30/12 | 0.40 | Analyze data regarding defendants' exposures and modify spreadsheet regarding same. |
| 11/30/12 | 0.20 | Emails with A. Goldfarb regarding status re MDL settlement process. |
| 11/30/12 | 0.30 | Review emails with defendants and their counsel re MDL settlement process. |
| 11/30/12 | 0.60 | Draft MDL settlement agreements. |

Kurt M. Reiser

| 11/02/12 | 0.30 | Confer with A. Goldfarb and K. Gainey to discuss defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/02/12 | 0.40 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/03/12 | 5.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/04/12 | 6.50 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/05/12 | 4.50 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |

Kimberly Gainey

January 7, 2013                                                                                                  Page 26

| | | |
|---|---|---|
| 11/02/12 | 0.30 | Confer with A. Goldfarb and K. Reiser regarding analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/02/12 | 0.60 | Conduct analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/03/12 | 6.70 | Conduct analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/04/12 | 7.10 | Conduct analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/05/12 | 7.90 | Conduct analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |

Nina J. Falvello

| | | |
|---|---|---|
| 11/04/12 | 5.50 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/05/12 | 3.70 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/07/12 | 7.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |

Janet M. Braunstein

| | | |
|---|---|---|
| 11/04/12 | 3.40 | Analysis of defendants' spreadsheets for FitzSimons Fourth Amended Complaint. |

Alexander Ross Smith

| | | |
|---|---|---|
| 11/03/12 | 1.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/04/12 | 4.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/06/12 | 2.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |

Jer-Wei (Jay) Chen

| | | |
|---|---|---|
| 11/07/12 | 2.30 | Assist A. Goldfarb with the preparation and filing of Fourth Amended Complaint and sealed exhibit in FitzSimons. |
| 11/08/12 | 2.30 | Assist A. Goldfarb with the preparation and filing of Fourth Amended Complaint. |
| 11/09/12 | 0.10 | Prepare and email Fourth Amended Complaint and supporting papers to clerk of court. |

| 11/09/12 | 0.10 | Prepare and email same to A. Goldfarb and J. Green (LRC). |
| 11/15/12 | 0.50 | Prepare and email Fourth Amended Complaint to SDNY court docketing clerk. |
| 11/19/12 | 0.50 | Preparation of materials for production for A. Goldfarb's review. |

**Rey Caling**

| 11/26/12 | 1.00 | Provide document review support; work on case production. |

**Lisa Gehlbach**

| 11/02/12 | 3.00 | Review defendants list as of October 26 and compare with bounce back list. |
| 11/07/12 | 3.80 | Review and compare list of additional defendants with list of defendants to dismiss. |
| 11/21/12 | 0.50 | Prepare and finalize Fourth Amended Complaint service packages for delivery. |

**Afton B. Hodge**

| 11/02/12 | 0.70 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/02/12 | 0.10 | Conference with A. Goldfarb regarding defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/03/12 | 4.00 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/04/12 | 6.50 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/05/12 | 3.20 | Analysis of defendants spreadsheets for FitzSimons Fourth Amended Complaint. |
| 11/05/12 | 0.10 | Email edited spreadsheets to A. Goldfarb. |

**Patrick Schmidt**

| 11/19/12 | 0.40 | Prepare material to co-counsel for export. |
| 11/19/12 | 0.20 | Meeting regarding transfer of material to co-counsel. |
| 11/19/12 | 0.90 | Review database. |
| 11/26/12 | 2.00 | Prepare ZSLT documents for production, volumes ZSLT001 and ZSLT002. |

January 7, 2013                                                                                      Page 28

11/27/12          0.40  Prepare client material for ZSLT numbered production,
                        volume ZSLT003.

 **ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

January 7, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:286956
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through November 30, 2012.

By Andrew N. Goldfarb
  2.20  hours at  $640.00  per hour                              $      1,408.00
                                                                  ─────────────
        TOTAL FEES                                               $      1,408.00

        TOTAL EXPENSES                                           $          0.00

        TOTAL FEES AND EXPENSES THIS PERIOD                      $      1,408.00

DESCRIPTION OF SERVICES                                                     CLIENT: 12464
                                                                           MATTER: 0002

Andrew N. Goldfarb

| | | |
|---|---|---|
| 11/01/12 | 0.20 | Respond to Alvarez & Marsal re predictions re remaining fees to Effective Date. |
| 11/14/12 | 0.50 | Revise and finalize 38th monthly fee application. |
| 11/15/12 | 0.20 | Email K. Stickles (Cole Schotz) and M McGuire (LRC) re ZS 6th and 7th interim fee applications. |
| 11/19/12 | 0.20 | Initial review of fee examiner's preliminary report on 10th interim fee application. |
| 11/26/12 | 0.40 | Review October 2012 timesheets for compliance with local rules. |
| 11/28/12 | 0.20 | Review and send native files of fee applications to Fee Examiner. |
| 11/30/12 | 0.50 | Review, draft and finalize ZS 39th monthly fee application. |