# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 11/1/12 - 11/30/12

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **EXPRESS DELIVERY** | | | |
| FedEx | $ 54.88 | 11/6/2012 | |
| FedEx | $ 27.12 | 11/28/2012 | |
| Total | $ 82.00 | | $ 82.00 |
| **INHOUSE PHOTOCOPY** | | | |
| | $ 1.30 | 11/2/2012 | |
| | $ 0.10 | 11/8/2012 | |
| | $ 77.60 | 11/21/2012 | |
| | $ 0.40 | 11/28/2012 | |
| | $ 0.50 | 11/29/2012 | |
| Total | $ 79.90 | | $ 79.90 |
| **POSTAGE** | | | |
| | $ 8.05 | 11/21/2012 | |
| | $ 10.95 | 11/21/2012 | |
| | $ 28.25 | 11/21/2012 | |
| | $ 33.26 | 11/21/2012 | |
| | $ 11.30 | 11/21/2012 | |
| | $ 8.05 | 11/21/2012 | |
| | $ 6.30 | 11/21/2012 | |
| | $ 5.65 | 11/21/2012 | |
| | $ 8.05 | 11/21/2012 | |
| | $ 3.10 | 11/30/2012 | |
| | $ 1.90 | 11/29/2012 | |
| Total | $ 124.86 | | $ 124.86 |
| GRAND TOTAL | | | $ 286.76 |