# EXHIBIT "A"

## SUMMARY SHEET

September 1, 2012 through and including November 30, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 8.9 | $4,806.00 |
| Patricia P. McGonigle | Partner; admitted DE 1992 | 1992 | $375.00 | .9 | $337.50 |
| Susan Pappa | Paralegal | N/A | $125.00 | 6.30 | $787.50 |
| | | | Total | 16.1 | $5,931.00 |

**Blended Rate: $368.38**

81117 v1

# EXHIBIT "B"

81117 v1

Case 08-13141-BLS  SEITZ VAN OGTROP & GREEN, P.A. 01/10/13  Page 3 of 6
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Offi Comm of Unsecured Cred Tribune Company et al | Page: 1<br>January 10, 2013<br>Account No: 30402-001M<br>Statement No: 28931 |

Tribune

For Services Rendered Through 11/30/2012

### Fees

| Date / Initials | Description | Hours |
|---|---|---|
| **09/06/2012** | | |
| PPM | Emails to/from Mr. Goldfarb re: SVG proceeding as sole counsel in action vs. Standard Charter Bank (Case Administration) | 0.20 |
| **09/07/2012** | | |
| JSG | Receipt and review of several e-mails from Andrew Goldfarb regarding Standard Chartered and revised entry of appearance (Case Administration) | 0.30 |
| SLP | Draft Certificate of Service of Modified Entry of Appearance (Standard Charter Bank) (Case Administration) | 0.30 |
| SLP | File and Serve Modified Entry of Appearance (Case Administration) | 0.30 |
| JSG | Reviewing and finalizing Modified Entry of Appearance (Case Administration) | 0.30 |
| **09/21/2012** | | |
| SLP | Prepare Estimate of Professional Fees for Debtors' Restructuring Advisors (Fee Matters) | 0.30 |
| **09/24/2012** | | |
| JSG | Reviewing e-mail from Alvarez and Marsal regarding estimated fees (Fee Matters) | 0.10 |
| JSG | Reviewing response to Alvarez and Marsal regarding estimated fees from SVG (Fee Matters) | 0.10 |
| **09/25/2012** | | |
| JSG | Reviewing fee applications for July (.2), August (.1), and September (.1) (monthly) and quarterly fee application and Certificate of No Objection (June) (.1) (Fee Matters) | 0.50 |
| SLP | Draft Certificate of No Objection of 8th, 9th, 10th Monthly Fee Application (Fee Matters) | 0.20 |
| **09/26/2012** | | |
| JSG | Reviewing and revising 12th (.7) and 13th (1.0) Monthly and Quarterly Fee Applications (Fee Matters) | 1.70 |

Case 08-13141-BLS    Doc 13008-1    Filed 01/10/13    Page 4 of 6

Offi Comm of Unsecured Cred Tribune Company et al

Page: 2
January 10, 2013
Account No: 30402-001M
Statement No: 28931

Tribune

|  |  |  | Hours |
|---|---|---|---|
|  | SLP | Draft and File Certificate of No Objection to the 11th Monthly Fee Application (Fee Matters) | 0.30 |
|  | SLP | Draft 12th Monthly Fee Application (Fee Matters) | 0.80 |
| 09/28/2012 | SLP | Draft 13th Monthly Fee Application (Fee Matters) | 0.50 |
|  | SLP | Draft 15th Quarterly Fee Application (Fee Matters) | 0.50 |
|  | SLP | File and Serve 12th Monthly Fee Application (Fee Matters) | 0.50 |
|  | SLP | File and Serve 13th Monthly Fee Application (Fee Matters) | 0.50 |
|  | SLP | File and Serve 15th Quarterly Fee Application (Fee Matters) | 0.50 |
| 10/01/2012 | JSG | Review and draft response to Fee Examiner's preliminary report, including reviewing time records and e-mails to provide additional detail (Fee Matters) | 2.00 |
|  | PPM | Receipt and review correspondence re: settlement offer in fraudulent conveyance litigation; | 0.50 |
|  | PPM | Receipt and review correspondence from Note Holder Plaintiffs, Committee Plaintiffs and Retiree Plaintiffs; | 0.20 |
| 10/02/2012 | JSG | Finalize correspondence to Fee Examiner (Fee Matters) | 0.40 |
| 10/03/2012 | JSG | Reviewing Agenda for 10/4/12 hearing (Case Administration) | 0.30 |
| 10/04/2012 | JSG | Reviewing e-mail from John Theil (.1); Correspondence to Mr. Theil (.1) (Fee Matters) | 0.20 |
| 10/16/2012 | JSG | Reviewing Fee Examiners Final Report (Fee Matters) | 0.20 |
| 10/31/2012 | SLP | Prepare fee estimate for Debtors' Restructuring Advisors | 0.30 |
| 11/02/2012 | JSG | Reviewing Omnibus Order approving fee applications for September 1 - November 30, 2011 and Exhibit A thereto | 0.30 |
| 11/05/2012 | JSG | Reviewing agenda for November 7, 2012 hearing | 0.50 |
| 11/06/2012 | SLP | Draft, File and Serve Certificate of No Objection to the 12th, 13th Monthly and 15th Quarterly Fee Applications | 0.50 |
| 11/13/2012 | JSG | Reviewing Fee Examiner's Preliminary Report (Fee Matters) | 0.30 |

Offi Comm of Unsecured Cred Tribune Company et al

Account No: 30402-001M
Statement No: 28931

Tribune

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2012 | JSG | Reviewing Fee Examiner's Preliminary Report for the 13th Interim Fee Application (.3); Reviewing time records (.3); Draft response (1.0); E-mails with John Theil (.1) (Fee Matters) | 1.70 | |
| 11/28/2012 | SLP | Revising Fee Auditor's Report Exhibits | 0.80 | |
| | | For Current Services Rendered | 16.10 | 5,931.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 8.90 | $540.00 | $4,806.00 |
| Patricia P. McGonigle | 0.90 | 375.00 | 337.50 |
| Susan L. Pappa | 6.30 | 125.00 | 787.50 |

# EXHIBIT "C"

## STATEMENT OF EXPENSE

| | |
|---|---|
| Postage: | $30.90 |
| Photocopies: | $91.90 |
| TOTAL: | $122.80 |

81117 v1