# EXHIBIT "A"

{698.001-W0024062.}

## EXHIBIT "A" – SUMMARY SHEET

November 1, 2012 through and including November 30, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $720.00 | 2.1 | $1,512.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 68.5 | $43,840.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 38.0 | $24,320.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 45.2 | 22,374.00 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 22.4 | $10,640.00 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 134.5 | $56,490.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 39.9 | 12,967.50 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 129.0 | 41,925.00 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 29.6 | $6,808.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 110.9 | 23,289.00 |
| Linda M. Rogers | Paralegal | N/A | $210.00 | 63.5 | 13,335.00 |

{698.001-W0024062.}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 4.0 | 800.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 3.3 | $429.00 |
| | | | Total | 690.9 | $258,729.50 |

**Blended Rate: $374.48**

{698.001-W0024062.}