# EXHIBIT "C"

January 11, 2013
Account No:  698-001
Statement No:    15837

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 0.85 |
| Overtime Wages | 2,040.00 |
| Copying | 625.30 |
| Service fee | 5,460.00 |
| Courier Fees | 22.50 |
| Online research | 123.34 |
| Outside Duplication Services | 83,244.66 |
| Document Retrieval | 243.90 |
| Meals | 109.00 |
| Litigation Support | 16,090.52 |
| | ---------- |
| **Total Expenses Thru 11/30/2012** | 107,960.07 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 07/27/2012 | AGL | U B100 | E118 | | 7,933.02 | TransPerfect Translations International Invoice 459134 - Document translation into 6 languages | 2892 |
| 698.001 | 11/01/2012 | AGL | U B100 | E101 | 0.100 | 21.80 | Copying | 2834 |
| 698.001 | 11/01/2012 | AGL | U B100 | E209 | 40.000 | 40.00 | Overtime wages - E. Myrick edits to master defendant list | 2845 |
| 698.001 | 11/02/2012 | AGL | U B100 | E101 | 0.100 | 15.70 | Copying | 2835 |
| 698.001 | 11/02/2012 | AGL | U B100 | E209 | 40.000 | 20.00 | Overtime wages - E. Myrick edits to master defendant list | 2846 |
| 698.001 | 11/03/2012 | AGL | U B100 | E101 | 0.100 | 5.00 | Copying | 2852 |
| 698.001 | 11/04/2012 | AGL | U B100 | E111 | | 24.50 | Meals: working lunch for J. Green, F. Savin - Chelsea Tavern (Amex) | 2837 |
| 698.001 | 11/04/2012 | AGL | U B100 | E118 | | 1,230.00 | Placers, Inc. of Delaware Invoice #M2605 - Excel discovery/service project | 2838 |
| 698.001 | 11/04/2012 | AGL | U B100 | E209 | 40.000 | 60.00 | Overtime wages - E. Myrick edits to master defendant list | 2847 |
| 698.001 | 11/05/2012 | AGL | U B100 | E107 | | 22.50 | Delivery services/messengers Digital Legal, LLC - Invoice 69678 | 2840 |
| 698.001 | 11/05/2012 | AGL | U B100 | E111 | | 84.50 | Meals: Working dinner for J. Green, C. Adams, L. Rogers, E. Myrick - Digital Legal, LLC Invoice 69678 (Mikimotos) | 2841 |
| 698.001 | 11/05/2012 | AGL | U B100 | E209 | 40.000 | 400.00 | Overtime wages - E. Myrick edits to master defendant list | 2848 |
| 698.001 | 11/05/2012 | AGL | U B100 | E101 | 0.100 | 19.40 | Copying | 2853 |
| 698.001 | 11/06/2012 | AGL | U B100 | E209 | 40.000 | 60.00 | Overtime wages - E. Myrick edits to master defendant list | 2849 |
| 698.001 | 11/06/2012 | AGL | U B100 | E101 | 0.100 | 39.00 | Copying | 2854 |
| 698.001 | 11/07/2012 | AGL | U B100 | E101 | 0.100 | 8.00 | Copying | 2855 |
| 698.001 | 11/08/2012 | AGL | U B100 | E101 | 0.100 | 41.80 | Copying | 2856 |
| 698.001 | 11/09/2012 | AGL | U B100 | E101 | 0.100 | 78.20 | Copying | 2857 |
| 698.001 | 11/11/2012 | AGL | U B100 | E118 | | 1,855.00 | Placers, Inc. of Delaware Invoice #M2613 - Excel discovery/service project | 2839 |
| 698.001 | 11/12/2012 | AGL | U B100 | E209 | 40.000 | 140.00 | Overtime wages - E. Myrick edits to master defendant list | 2850 |
| 698.001 | 11/13/2012 | AGL | U B100 | E101 | 0.100 | 8.60 | Copying | 2858 |
| 698.001 | 11/13/2012 | AGL | U B100 | E209 | 40.000 | 100.00 | Overtime wages - E. Myrick research parties for master defendant list | 2866 |
| 698.001 | 11/14/2012 | AGL | U B100 | E102 | | 59.39 | Outside printing Digital Legal, LLC - Invoice 69762 | 2842 |
| 698.001 | 11/14/2012 | AGL | U B100 | E101 | 0.100 | 6.10 | Copying | 2859 |
| 698.001 | 11/14/2012 | AGL | U B100 | E209 | 40.000 | 70.00 | Overtime wages - E. Myrick edits to master defendant list | 2867 |
| 698.001 | 11/15/2012 | AGL | U B100 | E101 | 0.100 | 10.60 | Copying | 2860 |
| 698.001 | 11/15/2012 | AGL | U B100 | E209 | 40.000 | 120.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2868 |
| 698.001 | 11/16/2012 | AGL | U B100 | E101 | 0.100 | 1.20 | Copying | 2861 |
| 698.001 | 11/16/2012 | AGL | U B100 | E209 | 40.000 | 60.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2869 |
| 698.001 | 11/16/2012 | AGL | U B100 | E118 | | 1,590.00 | Placers, Inc. of Delaware Invoice #M2619 - Excel discovery/service project | 2878 |
| 698.001 | 11/16/2012 | AGL | U B100 | E102 | | 25.94 | Outside printing Digital Legal, LLC - Invoice 69849 | 2888 |
| 698.001 | 11/16/2012 | AGL | U B100 | E102 | | 868.87 | Outside printing Digital Legal, LLC - Invoice 69850 | 2889 |
| 698.001 | 11/18/2012 | AGL | U B100 | E209 | 40.000 | 80.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2870 |
| 698.001 | 11/19/2012 | AGL | U B100 | E101 | 0.100 | 4.70 | Copying | 2862 |
| 698.001 | 11/19/2012 | AGL | U B100 | E209 | 40.000 | 60.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2871 |
| 698.001 | 11/20/2012 | AGL | U B100 | E101 | 0.100 | 3.10 | Copying | 2863 |
| 698.001 | 11/20/2012 | AGL | U B100 | E108 | | 0.85 | Postage | 2865 |
| 698.001 | 11/20/2012 | AGL | U B100 | E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2872 |
| 698.001 | 11/20/2012 | AGL | U B100 | E102 | | 26.30 | Outside printing Digital Legal, LLC - Invoice 69889 | 2887 |
| 698.001 | 11/21/2012 | AGL | U B100 | E101 | 0.100 | 21.60 | Copying | 2864 |
| 698.001 | 11/21/2012 | AGL | U B100 | E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2873 |
| 698.001 | 11/21/2012 | AGL | U B100 | E118 | | 1,400.00 | Placers, Inc. of Delaware Invoice #M2636 - Excel discovery/service project | 2891 |
| 698.001 | 11/22/2012 | AGL | U B100 | E209 | 40.000 | 80.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2874 |
| 698.001 | 11/24/2012 | AGL | U B100 | E209 | 40.000 | 200.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2875 |
| 698.001 | 11/25/2012 | AGL | U B100 | E209 | 40.000 | 200.00 | Overtime wages - E. Myrick assist attorney J. Green on service project | 2876 |
| 698.001 | 11/26/2012 | AGL | U B100 | E101 | 0.100 | 38.30 | Copying | 2879 |
| 698.001 | 11/26/2012 | AGL | U B100 | E102 | | 32.07 | Outside printing Digital Legal, LLC - Invoice 69976 | 2886 |
| 698.001 | 11/27/2012 | AGL | U B100 | E209 | 40.000 | 90.00 | Overtime wages - E. Myrick assist attorney J. | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | | |
| | | | | | | | | Green on service project with edits and conflicts | |
| 698.001 | 11/27/2012 | AGL | U | B100 | E101 | 0.100 | 149.20 | Copying | 2880 |
| 698.001 | 11/27/2012 | AGL | U | B100 | E102 | | 143.87 | Outside printing Digital Legal, LLC - Invoice 70016 | 2885 |
| 698.001 | 11/27/2012 | AGL | U | B100 | E113 | | 5,460.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 11 | 2895 |
| 698.001 | 11/28/2012 | AGL | U | B100 | E101 | 0.100 | 2.70 | Copying | 2881 |
| 698.001 | 11/28/2012 | AGL | U | B100 | E209 | 40.000 | 100.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2907 |
| 698.001 | 11/29/2012 | AGL | U | B100 | E101 | 0.100 | 102.30 | Copying | 2882 |
| 698.001 | 11/29/2012 | AGL | U | B100 | E102 | | 54.79 | Outside printing Digital Legal, LLC - Invoice 7047 | 2884 |
| 698.001 | 11/29/2012 | AGL | U | B100 | E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2908 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E101 | 0.100 | 48.00 | Copying | 2883 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E106 | | 123.34 | Online research LexisNexis Invoice 1211139498 | 2890 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E208 | | 155.00 | Document Retrieval LexisNexis/Courtlink - Invoice EA-526007 | 2893 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E208 | | 88.90 | PACER Document Retrieval | 2894 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E102 | | 81,944.52 | Outside printing Digital Legal, LLC - Invoice 70070 | 2896 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E102 | | 88.91 | Outside printing Digital Legal, LLC - Invoice 70071 | 2897 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E118 | | 2,082.50 | Placers, Inc. of Delaware Invoice #M2643 - Excel discovery/service project | 2900 |
| 698.001 | 11/30/2012 | AGL | U | B100 | E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with conflicts | 2909 |
| Total for Client ID 698.001 | | | | | | Billable | 107,960.07 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

| | GRAND TOTALS | | |
|---|---|---|---|
| | Billable | 107,960.07 | |