**EXHIBIT A**

**FEE SUMMARY**

## SUMMARY OF PROFESSIONAL FEES
## FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jeremy Sherman | Partner<br>Labor & Employment<br>Admitted 1976 | $725.00 | 2.00 | $1,450.00 |
| Edward Bergmann | Senior Partner<br>Labor & Employment<br>Admitted 1966 | $720.00 | .20 | $144.00 |
| Jeffrey Ross | Partner<br>Labor & Employment<br>Admitted 1976 | $680.00 | 11.00 | $7,480.00 |
| Timothy Haley | Partner<br>Labor & Employment<br>Admitted 1978 | $670.00 | 4.60 | $2,990.00 |
| Mark Lies | Partner<br>Labor & Employment<br>Admitted 1974 | $640.00 | 6.20 | $3,968.00 |
| Kristin Michaels | Partner<br>Labor & Employment<br>Admitted 1991 | $605.00 | 25.90 | $15,669.50 |
| Gerald Pauling II | Partner<br>Labor & Employment<br>Admitted 1992 | $595.00 | 2.00 | $1,190.00 |
| Noah Finkel | Partner<br>Labor & Employment<br>Admitted 1994 | $575.00 | 29.70 | $17,077.50 |
| Max Sank | Associate<br>Labor & Employment<br>Admitted 2000 | $410.00 | 2.80 | $1,148.00 |
| Natascha Riesco | Associate<br>Labor & Employment<br>Admitted 2007 | $400.00 | 12.70 | $4,953.00 |
| Jeremy Stewart | Associate<br>Labor & Employment<br>Admitted 2007 | $390.00 | 19.70 | $7,683.00 |
| Kyle Petersen | Associate<br>Labor & Employment<br>Admitted 2001 | $385.00 | 69.90 | $26,911.50 |
| Sojourner King | Staff Attorney<br>Litigation<br>Admitted 2005 | $325.00 | 2.40 | $780.00 |

2

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Andrew Connor | Paralegal<br>Bankruptcy<br>N/A | $310.00 | 15.90 | $4,929.00 |
| Jennifer McManus | Paralegal<br>Bankruptcy<br>N/A | $290.00 | 33.10 | $9,599.00 |
| Alice Shepro | Case Assistant<br>Bankruptcy<br>N/A | $105.00 | 22.80 | $2,394.00 |
|  |  |  | **260.90** | **$108,366.50** |
| **Less Discount** |  |  |  | **$10,836.65** |
|  |  |  |  | **$97,529.85** |
|  |  |  |  |  |
| Lorraine O'Hara | Partner<br>Labor & Employment<br>Admitted 1988 | $455.00 | 97.60 | $44,408.00 |
| Haley Macon | Associate<br>Labor & Employment | $455.00 | 16.80 | $7,644.00 |
| Malerie Halperin | Paralegal | $265.00 | 18.70 | $4,955.50 |
| Laura Waluch | Associate | $455.00 | 78.60 | $35,763.00 |
|  |  |  | **211.70** | **$92,770.50** |
|  |  |  |  |  |
| TOTAL |  |  | **472.60** | **$190,300.35** |

46429/0001-9170564v1

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Tribune - Labor General (11089-01) | 4.40 | $2,559.00 |
| Tribune - Thomas Langmyer (11089-39) | 11.00 | $7,480.00 |
| Baltimore Sun - Labor Geneal (12575-01) | .50 | $362.50 |
| Baltimore Sun and Morning Call: Pich Pothering Unscheduled (31907-05) | 25.90 | $15,669.50 |
| Chicago Tribune - General (57635-01) | .20 | $115.00 |
| Chicago Tribune - JoAnn Parker v. (57634-06) | 1.20 | $468.00 |
| Chicago Tribune -Marcia E. Sinclair Harassment (57934-07) | 13.50 | $5,675.00 |
| Chicago Tribune – Carolyn Rusin (57934-08) | 59.50 | $26,274.00 |
| Tribune - Bankruptcy Fee Application (36377-07) | 73.30 | $18,009.50 |
| Tribune – Eric Benton (57634-09) | 6.20 | $3,968.00 |
| Tribune - East Coast Properties (36078-11) | 4.60 | $2,990.00 |
| Tribune - Karen Scott v WPIX (68308-03) | 2.40 | $780.00 |
| Los Angeles Times – Clement, Jayne (33175-20) | 2.70 | $1,107.00 |
| Los Angeles Times - Clement, Jayne (Plaintiffs) (33175-23) | .10 | $41.00 |
| Sun-Sentinal - Zarra and Beetz (10537-000047) | 55.40 | $22,868.00 |
| **TOTAL** | **260.90** | **$108,366.50** |
| **Less Discount** | | **$10,836.65** |
| | | **$97,529.85** |
| | | |
| Los Angeles Times - Christino Escandon (33175-26)* | 202.10 | $88,459.50 |
| KTLA-TV- Neil Levine (15827-20)* | 9.60 | $4,311.00 |
| | 211.70 | $92,770.50 |
| | | |
| **TOTAL** | **472.60** | **$190,300.35** |

\* NOTE: THIS MATTER HAS SPECIAL RATES IN LIEU OF A 10% DISCOUNT
\*\*NOTE: THIS MATTER HAS A FLAT FEE IN LIEU OF A 10% DISCOUNT

46429/0001-9170564v1

## EXHIBIT B

## EXPENSE SUMMARY

46429/0001-9170564v1

**EXPENSE SUMMARY FOR THE PERIOD**
**SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Long Distance Telephone | | $58.97 |
| Copying @ .10/page | | $202.30 |
| Facsimile @ $1.00/page | | $2.26 |
| Online Research | | $1,930.27 |
| Courier/Messenger | | $23.83 |
| Overnight Messenger | | $146.48 |
| Local Travel | K. Petersen | $451.55 |
| Out of Town Travel | K. Michaels, L. O'Hara | $3,604.36 |
| Meals | K. Petersen | $68.42 |
| Subpoena Fees | Titan Legal Services | $376.51 |
| Filing Fees | | $1,000.00 |
| Attorney Services | Nationwide Legal | $153.60 |
| Parking Validations | B. Nash | $34.00 |
| Litigation Support Vendors | | $66.77 |
| Other | Case File Xpress L.P. | $2,144.81 |
| **TOTALS** | | **$10,264.13** |