

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

January 03, 2013

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o Epic Solutions - Tribune Company
757 Third Avenue
New York, NY 10017

Re: Claim withdrawal for 5800 SUNSET PRODUCTIONS INC.
    Docket #: 08-13143 KJC   Lead Docket #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Pre Petition proof of claim (claim #7143) in the amount of $382.32 with a statement date of 07/31/2012. There is no surviving Pre Petition period proof of claim. Claim #7143 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation & Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
    Norman Fivel