## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al. ) | Case No. 08-13141 (KJC) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Re: Docket No. 12961** |
| ) | |
| ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

       Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of January, 2013 she caused a copy of the following to be served via first class mail upon the parties on the attached service list:

- **Notice of Filing of Senior Lender Fee Expense Claim Statements Pursuant to Section 9.1.1 of the Confirmed and Effective Plan of Reorganization [Docket 12961]**

<br>

Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this _9th_ day of January, 2013.

<br>

Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires March 10, 2013

**In re: Tribune Company, et al.**
**Case No. 08-13141 (KJC)**
**Service List**

**Via First Class Mail**

Tribune Company
435 Michigan Avenue
Chicago, Illinois 60611
Attn: Chief Legal Officer

Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Attn: Jessica C.K. Boelter

Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Attn: J. Kate Stickles

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Attn: David M. LeMay

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Attn: Adam G. Landis

Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899
Attn: David L. Buchbinder