IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>) Jointly Administered<br>)<br>) RE: Docket Nos. 12819 & 12826 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE     :
                     : SS.
NEW CASTLE COUNTY     :

   Ann Jerominski, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on the 10th day of December, 2012 she caused copies of the following to be served in the manner indicated on the parties on the attached service list:

- **Certification of Counsel Regarding Order Granting Motion of TV Guide Online, LLC and TV Guide, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court** [Docket No. 12819]

- **Order Granting Motion of TV Guide Online, LLC and TV Guide, Inc. for Relief to Liquidate Patent Infringement Claims in the District Court** [Docket No. 12826]

                 /s/ Ann Jerominski
                 Ann Jerominski, Paralegal
                 RICHARDS, LAYTON & FINGER, P.A.
                 One Rodney Square
                 920 North King Street
                 Wilmington, DE  19801
                 (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 13th day of December, 2012.

/s/ Lesley G. Morris
Notary Public

[Notary Seal: LESLEY A. MORRIS, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES MARCH 22, 2013]

RLF1 7705692v.1

## SERVICE LIST

**Via Hand Delivery**

Normal L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**Via First Class Mail**

James F. Bendernagel, Jr.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603