# EXHIBIT A

# FEE SUMMARY

# SUMMARY OF PROFESSIONAL FEES FROM
## SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Professional | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Seth D. Berlin | Partner<br>First Amendment Litigation<br>Admitted 1991 | $455.00 | 4.80 | $2,184.00 |
| Robert Penchina | Partner<br>First Amendment Litigation<br>Admitted 1989 | $455.00 | 7.20 | $3,276.00 |
| Nathan E. Siegel | Partner<br>First Amendment Litigation<br>Admitted 1992 | $455.00 | .20 | $91.00 |
| Shaina D. Jones | Associate<br>First Amendment Litigation<br>Admitted 2009 | $335.00 | 34.60 | $11,591.00 |
| Patrick S. Kabat | Associate<br>First Amendment Litigation<br>Not Yet Admitted | $295.00 | 1.50 | $442.50 |
| Jennifer Pinkerton-Burke | Paralegal<br>First Amendment Litigation<br>N/A | $195.00 | 1.40 | $273.00 |
| **HOURLY TOTALS** | | | 49.70 | $17,857.50 |
| **BLENDED RATE** | | | | 359.31 |
| Media Coalition-al-Nashiri Access | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $658.33 |
| Media Coalition-9/11 Commissions | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $4,958.57 |
| Media Coalition-Aurora Theater Shooting | N/A (Flat fee) | N/A (Flat fee) | N/A (Flat fee) | $1,050.63 |
| **TOTAL FEES** | | | | $24,525.03 |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD
## SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Tribune-General | 7.50 | $3,172.50 |
| Tribune-Fee Application | 42.20 | $14,685.00 |
| Media Coalition-al-Nashiri Access | N/A (Flat fee) | $658.33 |
| Media Coalition-9/11 Commissions | N/A (Flat fee) | $4,958.57 |
| Media Coalition-Aurora Theater Shooting | N/A (Flat fee) | $1,050.63 |
| **TOTALS** | **49.70** | **$24,525.03** |