# EXHIBIT A

| Transaction Date | Client Name | Employee Name | Actual Hours Logged | Fees Logged | Description |
|---|---|---|---|---|---|
| 10/11/2012 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Discuss communications for FCC approval and day of emergence with G. Weitman of Tribune Company. |
| 10/15/2012 | Tribune Company | Burdeen,Michael B | 0.5 | 102.5 | Researched and sent file of example press releases for firms emerging out of bankruptcy to J. Zilka. |
| 10/15/2012 | Tribune Company | Zilka,Jeffrey R. | 0.2 | 175 | Review and forward to G. Weitman four recent plan of emergence press releases .2 |
| 11/16/2012 | Tribune Company | Zilka,Jeffrey R. | 0.3 | 175 | Email with G. Weitman re: news reports re: FCC approval and Tribune Company exit from bankruptcy |
| 11/20/2012 | Tribune Company | Zilka,Jeffrey R. | 1 | 700 | Review recent media coverage .2 Discuss emergence communications strategy and execution with G. Weitman .8 |
|  |  | **TOTAL** | 3 | $ 1,852.50 |  |