# EXHIBIT A

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2012

**Invoice No. 1437686**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

Total This Invoice                                                    $            315.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2012

**Invoice No. 1437686**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 11/14/12 | N. Spears | 0.20 | L120 | | Review notice of appeal and related email. |
| 11/15/12 | T. Amlot | 0.50 | L120 | | Review notice of appeal and analyze timeliness of same (.2); review and analyze summary of anticipated appellate proceedings (.2); draft correspondence summarizing same (.1). |

| | | | |
|---|---|---|---|
| Total Hours | 0.70 | | |
| Fee Amount | | | $315.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| N. Spears | $575.00 | 0.20 | $115.00 |
| T. Amlot | $400.00 | 0.50 | $200.00 |
| Totals | | 0.70 | $315.00 |

| | | |
|---|---|---|
| Fee Total | $ | 315.00 |
| Invoice Total | $ | 315.00 |

# SNR DENTON ⫬

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437687**

Client/Matter: 09721775-0007

Roberto Rivera

Payment Due Upon Receipt

---

Total This Invoice                               $          3,328.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437687**

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/05/12 | K. Rodriguez | 0.10 | L120 | | Prepare for hearing on motion for summary judgment. |
| 11/06/12 | K. Rodriguez | 3.70 | L240 | | Strategize with J. Klenk regarding argument on motion for summary judgment (.4); Prepare for argument on motion for summary judgment by reviewing briefs, affidavits, and key cases (3.3). |
| 11/06/12 | G. Bent | 0.50 | L140 | | Locate and email decisions requested by K. Rodriguez |
| 11/06/12 | J. Klenk | 0.50 | L240 | | Teleconference K. Flax re: oral argument (.1); conference with K. Rodriguez re: summary judgment, hearing, argument and Judge Larsen (.4). |
| 11/07/12 | J. Klenk | 1.50 | L240 | | Hearing on summary judgment motion (1.1); email to K. Flax, H. Dardick re: ruling (.2); teleconference with R. Gibson re: ruling (.2). |
| 11/07/12 | K. Rodriguez | 1.60 | L450 | | Review key briefs in preparation for oral argument (.5); Attend and argue at hearing on motion for summary judgment (1.1 ). |
| 11/09/12 | J. Klenk | 0.20 | L240 | | Email re: ███ summary judgment ███ ███ (.2). |

| Total Hours | | 8.10 | | | |
|---|---|---|---|---|---|
| Fee Amount | | | | | $3,314.00 |

Roberto Rivera

December 7, 2012

Matter: 09721775-0007
Invoice No.: 1437687

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Klenk | $650.00 | 2.20 | $1,430.00 |
| K. Rodriguez | $335.00 | 5.40 | $1,809.00 |
| G. Bent | $150.00 | 0.50 | $75.00 |
| Totals | | 8.10 | $3,314.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 14.50 |
| | | SUBTOTAL | 14.50 |
| 10/15/2012 | WESTLAW | | 0.00 |
| 10/16/2012 | WESTLAW | | 0.00 |
| 11/6/2012 | WESTLAW | | 0.00 |
| | Total Disbursements | | $14.50 |

| | | |
|---|---|---|
| Fee Total | $ | 3,314.00 |
| Disbursement Total | $ | 14.50 |
| Invoice Total | $ | 3,328.50 |

3

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2012

**Invoice No. 1437688**

Client/Matter: 09721775-0009

Cheryl Naedler

Payment Due Upon Receipt

Total This Invoice                                    $          945.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

December 7, 2012

**Invoice No. 1437688**

Client/Matter:   09721775-0009

Cheryl Naedler

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/07/12 | J. Klenk | 0.30 | L160 | | Teleconference with M. Teggelaar re: settlement (.3). |
| 11/08/12 | J. Klenk | 0.50 | L160 | | Teleconference with L. Bruno re: settlement (.2); emails re: same to L. Bruno (.3). |
| 11/08/12 | L. Bruno | 0.50 | L120 | | Conference with J. Klenk re: settlement issues (.2).  Review and analyze materials related to same (.3). |
| 11/09/12 | J. Klenk | 0.20 | L160 | | Email describing settlement in principle to K. Flax (.2). |

| | | | |
|---|---|---|---|
| Total Hours | 1.50 | | |
| Fee Amount | | | $945.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.00 | $650.00 |
| L. Bruno | $590.00 | 0.50 | $295.00 |
| Totals | | 1.50 | $945.00 |

| | | |
|---|---|---|
| Fee Total | $ | 945.00 |
| Invoice Total | $ | 945.00 |
| Amount Due | $ | 945.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437689**

Client/Matter: 09721775-0078

Ordinance Violation re Advertising

Payment Due Upon Receipt

---

Total This Invoice                               $          27.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437689**

Client/Matter:  09721775-0078

Ordinance Violation re Advertising

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/2012 | Ground Transportation TIFFANY L AMLOT TAXI FROM WORK TO HEARING | 9.00 |
| 10/16/2012 | Ground Transportation TIFFANY L AMLOT TAXI FROM HEARING TO WORK | 9.00 |
| 10/31/2012 | Ground Transportation TIFFANY L AMLOT CAB FROM HEARING TO OFFICE | 9.00 |
| | SUBTOTAL | 27.00 |
| Total Disbursements | | $27.00 |

| | | |
|---|---|---|
| Disbursement Total | $ | 27.00 |
| Invoice Total | $ | 27.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437690**

Client/Matter: 09721775-0079

Valassis Direct Mail, Inc.

Payment Due Upon Receipt

---

Total This Invoice                                          $          9,328.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437690**

Client/Matter:  09721775-0079

Valassis Direct Mail, Inc.

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/01/12 | J. Klenk | 0.30 | L120 | A106 | Review email from K. Flax to Valassis (.1); call to V. Casanova re: Valassis ▓ (.2). |
| 11/02/12 | J. Klenk | 0.40 | L120 | A106 | Teleconference with V. Casanova re: Valassis ▓ (.3); email K. Flax with update on status (.1). |
| 11/06/12 | J. Klenk | 0.20 | L120 | A106 | Teleconference with K. Flax re: reply to demand, declaratory action (.2). |
| 11/08/12 | J. Klenk | 0.50 | L120 | A103 | Draft letter confirming Valassis agreement (.2); email same to K. Flax with note (.1); review Valassis contract (.1); teleconference with S. Merouse re: dec. action (.1). |
| 11/08/12 | J. Steele | 0.90 | L120 | A102 | Researched and analyzed case law ▓ |
| 11/09/12 | J. Klenk | 0.40 | L120 | A105 | Emails K. Flax re: December 3 extension letter (.1); conference S. Merouse re: briefing to draft complaint (.3). |
| 11/09/12 | S. Merouse | 0.70 | L190 | A104 | Review contract at issue and certain related correspondence (.4); conference with J. Klenk regarding background on dispute (.3). |
| 11/16/12 | J. Klenk | 0.10 | L120 | A106 | Email K. Flax re: former Valassis employee (.1). |
| 11/26/12 | S. Merouse | 5.10 | L210 | A103 | Draft and revise complaint (3.3); review case materials related to same (1.8). |
| 11/26/12 | R. Joseph | 0.30 | L120 | A105 | Teleconference with S. Merouse concerning ▓ draft declaratory judgment complaints. |

Valassis Direct Mail, Inc.

December 7, 2012

Matter: 09721775-0079
Invoice No.: 1437690

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/26/12 | J. Klenk | 0.60 | L120 | A104 | Review draft complaint from S. Merouse (.4); emails K. Flax re: ▮▮▮▮▮▮ (.2). |
| 11/27/12 | S. Merouse | 0.40 | L210 | A103 | Revisions to Valassis complaint. |
| 11/27/12 | S. Merouse | 0.40 | L210 | A102 | Follow up ▮▮▮▮▮▮▮ regarding Valassis declaratory judgment count. |
| 11/27/12 | R. Joseph | 1.40 | L120 | A105 | Review ▮▮▮▮▮▮▮ draft complaint for declaratory judgment with related teleconferences with S. Merouse. |
| 11/27/12 | J. Steele | 2.70 | L120 | A102 | Research and analyze case law re ▮ ▮▮▮▮▮▮▮▮▮▮; conference with S. Merouse re same (.2). |
| 11/28/12 | R. Joseph | 0.20 | L120 | A105 | Conference with S. Merouse concerning ▮▮▮▮▮▮ draft complaint. |
| 11/28/12 | S. Merouse | 0.90 | L210 | A103 | Review and revise complaint as a federal complaint and make additional edits. |
| 11/28/12 | S. Merouse | 1.00 | L210 | A102 | Conduct and review research ▮ ▮▮▮▮▮▮▮. |
| 11/28/12 | J. Klenk | 0.40 | L120 | A106 | Email K. Flax re: Valassis ▮▮▮ ▮▮▮ (.2); teleconference with S. Merouse re: draft declaratory judgment suit (.2). |
| 11/29/12 | S. Merouse | 0.10 | L160 | A104 | Review ▮▮▮▮▮ letter and discuss with J. Klenk. |

Total Hours          17.00

Fee Amount                                                                $9,328.00

Valassis Direct Mail, Inc.

December 7, 2012

Matter: 09721775-0079
Invoice No.: 1437690

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| J. Klenk | $650.00 | 2.90 | $1,885.00 |
| S. Merouse | $590.00 | 8.60 | $5,074.00 |
| R. Joseph | $650.00 | 1.90 | $1,235.00 |
| J. Steele | $315.00 | 3.60 | $1,134.00 |
| Totals | | 17.00 | $9,328.00 |

| | | |
|---|---|---|
| Fee Total | $ | 9,328.00 |
| Invoice Total | $ | 9,328.00 |

4

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437691**

Client/Matter: 09721775-0080

Potential litigation over contract dispute

Payment Due Upon Receipt

Total This Invoice                                    $        3,445.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437691**

Client/Matter:  09721775-0080

Potential litigation over contract dispute

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/05/12 | J. Klenk | 2.00 | L110 | A101 | Teleconference with S. Karottki, K. Flax re: ▮▮▮▮ demand letter (.7); review contract, demand letter (1.2); teleconference with S. Karottki re: same (.1). |
| 11/06/12 | J. Klenk | 0.50 | L110 | A101 | Teleconference with K. Flax re: settlement demand (.2); teleconference with Sal Karottki re: ▮▮▮▮ demand (.3). |
| 11/07/12 | J. Klenk | 0.60 | L110 | A101 | Teleconferences with S. Karottki re: settlement demand and response (.4); email re: ▮▮▮▮ (.2). |
| 11/08/12 | J. Klenk | 1.90 | L110 | A101 | Meeting K. Flax, S. Karottki on case issues (.5); meeting V. Casanova, K. Flax and S. Karottki re: ▮▮▮▮ demand (.9); prepare for client meetings, reviewing contract and other documents (.5). |
| 11/16/12 | J. Klenk | 0.30 | L120 | A106 | Teleconference with S. Karottki re: status and reply to demand (.2); email re: ▮▮▮▮ (.1). |

| Total Hours | 5.30 | | |
|---|---|---|---|
| Fee Amount | | | $3,445.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 5.30 | $3,445.00 |
| Totals | | 5.30 | $3,445.00 |

2

Potential litigation over contract dispute

December 7, 2012

Matter: 09721775-0080
Invoice No.: 1437691

| | | |
|---|---|---|
| Fee Total | $ | 3,445.00 |
| Invoice Total | $ | 3,445.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437692**

Client/Matter: 09721775-0081

Tent-Related Contract Dispute

Payment Due Upon Receipt

Total This Invoice                                             $        455.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

December 7, 2012

**Invoice No. 1437692**

Client/Matter:  09721775-0081

Tent-Related Contract Dispute

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/05/12 | J. Klenk | 0.40 | L110 | A101 | Teleconference with K. Flax, B. Healey re: ███████ (.4). |
| 11/06/12 | J. Klenk | 0.30 | L110 | A101 | Email B. Healey re: conflicts (.1); teleconference with K. Flax (.2). |

Total Hours          0.70

Fee Amount                                                                    $455.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.70 | $455.00 |
| Totals | | 0.70 | $455.00 |

Fee Total                    $        455.00

Invoice Total                $        455.00

2

# SNR DENTON 刁

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 7, 2012

**Invoice No. 1437693**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                  $         5,750.00

Please return this page with your payment

| | | |
|---|---|---|
| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊓

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

December 7, 2012

**Invoice No. 1437693**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/05/12 | T. Amlot | 2.30 | L120 | | Analyze pleadings and recent case law re: ███████ (1.4); draft summary recommendation re: same (0.9). |
| 11/05/12 | N. Spears | 0.90 | L120 | | Email and review motion and opposition re: ██████ deposition transcript (.40); call w/K. Flax re: same (.20); edit email to K. Flax re: same and strategy (.30). |
| 11/06/12 | N. Spears | 0.20 | L120 | | Follow up email w/K. Flax re: ████████ issue. |
| 11/08/12 | N. Spears | 1.20 | L120 | | Read article re: ██████ (.40); conference w/G. Naron to research and write letter for same (.30); edit letter ████████ (.50). |
| 11/08/12 | G. Naron | 2.00 | L120 | | Teleconferences, emails N. Spears re ████████ (.2); research, review statute re same (.8); draft letter to corporate counsel re same (1.0). |
| 11/11/12 | N. Spears | 0.40 | L120 | | Read emails to/from S. Patton (Corp. Counsel) and email K. Flax re: same. |
| 11/14/12 | N. Spears | 0.70 | L120 | | Email and phone conference w/K. Flax re: ██████ and next steps (.40); email w/T. Amlot re: same (.30). |

EDITORIAL-GENERAL
0000001492

December 7, 2012

Matter: 09721775-1003
Invoice No.: 1437693

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/15/12 | N. Spears | 0.40 | L120 | | Email w/K. Flax and T. Amlot re: ███ ███ research and bounds of authority. |
| 11/15/12 | T. Amlot | 1.20 | L120 | | Analyze authority and jurisdiction ███ ███████████████ (.7); summarize same ███████████ ███████ (.4). |
| 11/26/12 | N. Spears | 0.30 | L120 | | Email and phone calls to K. Flax re: ███ ███████ |
| 11/27/12 | N. Spears | 0.30 | L120 | | Phone conference w/K. Flax re: IG call. |
| 11/30/12 | G. Naron | 1.50 | L120 | | Review docket in Markham case, correspondence re same (.8); analyze protective order and possible motion (.5); emails N. Spears, J. Klenk re same (.2). |

Total Hours            11.40

Fee Amount                                                          $5,750.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 4.40 | $2,530.00 |
| G. Naron | $520.00 | 3.50 | $1,820.00 |
| T. Amlot | $400.00 | 3.50 | $1,400.00 |
| Totals | | 11.40 | $5,750.00 |

Fee Total          $     5,750.00

Invoice Total          $     5,750.00

3

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

December 7, 2012

**Invoice No. 1437695**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

Total This Invoice                           $          1,610.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

December 7, 2012

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

**Invoice No. 1437695**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/18/12 | N. Spears | 2.50 | L120 | | Review and vet article re: ███████ ████ (1.80); email and phone conference w/K. Flax re: same (.60). |
| 11/19/12 | N. Spears | 0.30 | L120 | | Review photographs for article and discuss same with K. Flax. |

| | | | |
|---|---|---|---|
| Total Hours | 2.80 | | |
| Fee Amount | | | $1,610.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 2.80 | $1,610.00 |
| Totals | | 2.80 | $1,610.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,610.00 |
| Invoice Total | $ | 1,610.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

December 7, 2012

**Invoice No. 1437696**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                                    $            38.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

December 7, 2012

**Invoice No. 1437696**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through November 30, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/26/12 | K. Staba | 0.10 | L330 | | Review and analyze status of ▉ ▉▉▉▉▉▉▉. |
| Total Hours | | 0.10 | | | |
| Fee Amount | | | | | $38.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K. Staba | $380.00 | 0.10 | $38.00 |
| Totals | | 0.10 | $38.00 |

| | | |
|---|---|---|
| Fee Total | $ | 38.00 |
| Invoice Total | $ | 38.00 |