# EXHIBIT A

# SUMMARY OF PROFESSIONAL FEES

## FEE SUMMARY FOR THE PERIOD FROM
## SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Leah R. Bruno | Partner/Litigation/ Admitted to Illinois Bar in 1999 | $590.00 | 0.5 | $295.00 |
| Glenn C. Colton | Partner/Litigation/ Admitted to New York Bar in 1990 | $815.00 | 12.0 | $9,780.00 |
| Robert T. Joseph | Partner/Litigation/ Admitted to Michigan Bar in 1971, Illinois Bar in 1976, and D.C. Bar in 2009 | $650.00 | 2.6 | $1,690.00 |
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974 | $650.00 | 56.2 | $36,530.00 |
| Steven L. Merouse | Partner/Litigation/ Admitted to Illinois Bar in 1997 | $590.00 | 8.6 | $5,074.00 |
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 18.8 | $10,810.00 |
| Margo Weinstein | Former Partner/ Litigation/ Admitted to Illinois Bar in 1988 | $650.00 | 1.6 | $1,040.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991 | $520.00 | 15.3 | $7,956.00 |
| Tiffany Amlot | Senior Managing Associate/ Litigation/ Admitted to Wisconsin Bar in 2004 and Illinois Bar in 2007 | $400.00 | 41.0 | $16,400.00 |
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009 | $335.00 | 15.9 | $5,326.50 |
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009/ Admitted to Illinois Bar in 2010 | $380.00 | 13.8 | $5,244.00 |
| Jonathan Steele | Associate/ Litigation/ Admitted to Missouri Bar in 2010, Kansas Bar in 2011, and Illinois Bar in 2012 | $315.00 | 3.6 | $1,134.00 |
| Geoffrey Bent | Research Analyst/Library/ Research Services | $150.00 | 0.50 | $75.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Janice Collins | Research Analyst/Library/ Research Services | $220.00 | 0.2 | $44.00 |
| **Total** | | | **190.6** | **$101,398.50** |
| **Blended Rate** | **$532.00** | | | |
| *Minus $402.50 Reduction of September Fees* | | | | *($402.50)* |
| **Grand Total** | | | | **$100,996.00** |

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Bruce Smith | 28.3 | $11,850.00 |
| Roberto Rivera | 36.2 | $17,473.50 |
| Cheryl Naedler | 21.6 | $12,525.00 |
| Ordinance Violation re Advertising | 14.9 | $6,187.50 |
| Christopher Buchanan | 19.8 | $10,629.00 |
| Chicago Tribune - Editorial - General | 34 | $21,421.50 |
| Eddie Johnson | 0.3 | $169.00 |
| Valassis Direct Mail, Inc. | 26.7 | $15,633.00 |
| Potential Litigation Over Contract Dispute | 5.3 | $3,445.00 |
| Tent-Related Contract Dispute | 0.7 | $455.00 |
| Editorial - Chicago Magazine | 2.8 | $1,610.00 |
| **SUBTOTAL** | **190.6** | **$100,996.00** |
| *Minus $402.50 Reduction of September Fees* | | ($402.50) |
| **TOTAL** | | **$100,996.00** |

# EXHIBIT B

# EXPENSE SUMMARY

## EXPENSE SUMMARY FOR THE PERIOD FROM SEPTEMBER 1, 2012 TO NOVEMBER 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Messenger Services | Comet Messenger Service, Inc. | $11.30 |
| Document Reproduction | SNR Denton US LLP | $27.50 |
| Outside Duplicating Charges | | $45.00 |
| Court Reporter | McCorkle Court Reporter, Inc. | $313.90 |
| Court Costs | | $436.00 |
| Online Legal Research | Law Bulletin Publishing Co. | $47.00 |
| Online Research Database | Accurint | $97.40 |
| Ground Transportation | | $53.00 |
| **Total** | | **$1,031.10** |