# EXHIBIT A

| Adv. Pro. No. | Name | Subt. Mot. Exhibit |
|---|---|---|
| 10-55673 | Agatwal, Deepak | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55686 | Baker, Cynthia | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55689 | Bare, Roger A | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55695 | Bellack, Bob | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55707 | Berlamino, Betty Ellen | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55701 | DePaola, Kenneth J | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55708 | Ehlmann, Tom E. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55713 | Engberg, Richard | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55760 | Healy, Jane E | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55743 | Jacobs, Janice | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55841 | JPMorgan Chase Bank, N.A. | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55747 | Kennedy, Timothy R | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55755 | Knapp, Peter A. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55602 | Litman, Brian F. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55775 | Martin, Jerome P | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55782 | Mitchell, Susan M | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55785 | Motley, Robyn L | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55656 | O'Loughlin, John T | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55616 | Poelking, John F. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55622 | Ramirez, Myrna G | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55624 | Ramsey, Robeti J | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |
| 10-55605 | Sewell, Irene M. F. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55687 | Young, Joseph A. | Split Substitution Adversary (Exhibit B to Debtors' Substitution Motion) |
| 10-55694 | Zerwekh, James D | Full Substitution Adversary (Exhibit A to Debtors' Substitution Motion) |