# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 16, 2013 AT 11:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
    502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
    1 (Filed November 13, 2009) (Docket No. 2561)

    Response Deadline:  December 8, 2009 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Responses Received:

 (a) Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

 (b) Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

 (c) Informal Response received from GE Capital Fleet Services

Related Documents:

 (a) Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

 (b) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

 (c) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

 (d) Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as it Relates to Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker.  The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver.  The hearing on the claims of GE Capital Fleet Services and Robby S. Wells is adjourned to the February 13, 2013 hearing.  This matter will not be going forward.

2. Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline: May 11, 2010 at 4:00 p.m.

46429/0001-9060111v1

Responses Received:

(a)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

(b)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

(c)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

(d)    Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

(b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

(c)    Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Entered October 28, 2010) (Docket No. 6158)

(d)    Order Approving Stipulation Between Certain of the Debtors and Oracle Corporation Oracle America, Inc., as Successor-By-Merger to Sun Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claims of Oracle and (II) Allowance of Certain Prepetition Claims of Oracle (Entered November 23, 2010) (Docket No. 6593)

(e)    Order Partially Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claim of Terry Godbey (Entered May 25, 2011) (Docket No. 8988)

(f)    Order Regarding Submission of Documents with Respect to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Entered September 14, 2011) (Docket No. 9773)

46429/0001-9060111v1

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc. and Claim No. 3672 of Terry Godbey. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The Court is adjudicating the Objection to the claim of Maureen Dombeck based on certain submissions as identified in Docket No. 9773. The hearing on the claims of Marbury von Briesen and Herbert Eye is adjourned to the February 13, 2013 hearing. This matter will not be going forward.

3.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

(a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Related Documents:

(a)    Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

(b)    Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC. The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

4.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline: March 15, 2011 at 4:00 p.m.

46429/0001-9060111v1

Responses Received:

    (a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

    (b)    Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

    (c)    Order Approving Stipulation Between Los Angeles Times Communications LLC and Software AG, Inc. Regarding Resolution of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 5283 (Entered July 30, 2012) (Docket No. 12129)

    (d)    Order Sustaining the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to Claim No. 5335 (Entered December 10, 2012) (Docket No. 12822)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283. The hearing on Claim No. 6601 of Carol Walker is adjourned to the February 13, 2013 hearing. This matter will not be going forward.

5.    Debtors' Objection to Claim No. 5972 Asserted by the New York City Department of Finance Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 6, 2012) (Docket No. 11963)

Response Deadline: July 31, 2012 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on January 9, 2013 for the New York City Department of Finance and the Reply Deadline was extended to January 11, 2013 for the Debtors.

Responses Received: None.

Related Documents:

    (a)    Notice of Submission of Proof of Claim Regarding Debtors' Objection to Claim No. 5972 Asserted by the New York City Department of Finance Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 24, 2012) (Docket No. 12092)

Status:    The parties have resolved the objection in principle, subject to documentation. This matter will not be going forward.

6.    Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed August 6, 2012) (Docket No. 12199)

Response Deadline: August 29, 2012 at 4:00 p.m.

Responses Received:

    (a)    Trey C. Yant's Response to Debtors' Fifty-Seventh Omnibus Objection to Claims (Filed August 29, 2012) (Docket No. 12346)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed August 22, 2012) (Docket No. 12311)

    (b)    Order Sustaining Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered August 31, 2012) Docket No. 12362)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection. The hearing on Mr. Yant's Claims (Nos. 843 and 6675) is adjourned to the February 13, 2013 hearing. This matter will not be going forward.

7.    KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed December 11, 2012) (Docket No. 12832)

Response Deadline: January 4, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline is extended to 4:00 p.m. on February 6, 2013 for Marta Waller.

Responses Received: None at this time.

Status:        The hearing on this Objection is adjourned to the February 13, 2013
               hearing.  This matter will not be going forward.

8.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 (Filed December 17, 2012) (Docket No. 12854)

      Objection Deadline: January 9, 2013 at 4:00 p.m.
      On consent of the parties, the Objection Deadline was extended to 500 p.m. on
      January 11, 2013 for Cawley Chicago Portfolio, LLC and Majestic Realty Co. and Yorba
      Linda Sub, LLC.

      Responses Received:  None at this time.

      Related Documents:

            (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Sixty-Third
                   Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
                   the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                   3007-1 (Filed January 2, 2013) (Docket No. 12945)

      Status:        The hearing on this Objection is adjourned to the February 13, 2013
                     hearing.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

9.    Debtors' Sixty-Second Omnibus (Substantive) Objection to Insurance Claims Pursuant to
      Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007
      (Filed December 11, 2012) (Docket No. 12833)

      Objection Deadline:  January 4, 2013 at 4:00 p.m.

      Responses Received:  None.

      Related Documents:

            (a)    Certification of No Objection Regarding Docket No. 12833 (Filed
                   January 10, 2013) (Docket No. 13001)

      Status:        A Certification of No Objection was filed with the Court.  This matter will
                     not be going forward unless otherwise directed by the Court.

46429/0001-9060111v1

10.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P.
       9019(a) Authorizing Entry Into, and Approval of, a Stipulation Between Debtor Parties
       and Universal City Studios Productions, LLLP, NBC Studios LLC, NBC News, NBC
       Subsidiary WTVJ-TV LP, and Universal Worldwide Television Inc. Regarding
       Resolution of Certain Claims (Filed December 26, 2012) (Docket No. 12887)

       Objection Deadline:  January 9, 2013 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              (a)    Certification of No Objection Regarding Docket No. 12887 (Filed
                     January 11, 2013) (Docket No. 13024)

       Status:       A Certification of No Objection was filed with the Court.  This matter will
                     not be going forward unless otherwise directed by the Court.

11.    Motion of Debtors and Debtors in Possession for an Order Directing the Use of an
       Amended Caption in the Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the
       Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed
       December 27, 2012) (Docket No. 12915)

       Objection Deadline:  January 9, 2013 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              (a)    Certification of No Objection Regarding Docket No. 12915 (Filed
                     January 11, 2013) (Docket No. 13025)

       Status:       A Certification of No Objection was filed with the Court.  This matter will
                     not be going forward unless otherwise directed by the Court.

12.    Supplemental Application for an Order Modifying the Scope of the Debtors' Retention of
       Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Include Certain
       Real Estate Emergence Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro
       Tunc to November 19, 2012 (Filed December 28, 2012) (Docket No. 12935)

       Objection Deadline:  January 9, 2013 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              (a)    Certification of No Objection Regarding Docket No. 12935 (Filed
                     January 11, 2013) (Docket No. 13026)

Status:        A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## MATTERS GOING FORWARD

13.    Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Filed December 27, 2012) (Docket No. 12922)

Objection Deadline:  January 9, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 11:00 a.m. on January 14, 2013 for the Litigation Trustee.

Responses Received:

(a)    Limited Objection and Reservation of Rights to the Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Filed January 9, 2013) (Docket No. 12995)

(b)    Litigation Trustee's Limited Objection to Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions (Filed January 14, 2013) (Docket No. 13035)

Status:        This matter will be going forward.

## FEE APPLICATIONS - CERTIFICATION OF COUNSEL FILED

14.    Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Thirteenth Interim Fee Period (Filed December 19, 2012) (Docket No. 12862)

Related Documents:

(a)    Index identifying the relevant fee requests, certifications and Fee Examiner final reports for the Thirteenth Interim Fee Period (attached hereto as Exhibit A)

(b)    Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Compensation Period December 1, 2011 Through and Including February 29, 2012 (Filed January 14, 2013) (Docket No. 13034)

Objection Deadlines:  See respective Fee Applications.

Responses Received:  None.

Status:   All Fee Applications are uncontested and all issues raised by the Fee
          Examiner with respect to the Fee Applications have been resolved.  A
          Certification of Counsel, together with a proposed order, has been filed
          with the Court.  This matter will be going forward unless otherwise
          directed by the Court.

Dated: January 14, 2013

                          SIDLEY AUSTIN LLP
                          James F. Conlan
                          Bryan Krakauer
                          Kevin T. Lantry
                          One South Dearborn Street
                          Chicago, IL  60603
                          Telephone:  (312) 853-7000

                          -and-

                          James F. Bendernagel, Jr.
                          1501 K Street, N.W.
                          Washington, D.C.  20005
                          Telephone:  (202) 736-8000

                          -and-

                          COLE, SCHOTZ, MEISEL,
                          FORMAN & LEONARD, P.A.

                   By:    _____
                          Norman L. Pernick (No. 2290)
                          J. Kate Stickles (No. 2917)
                          500 Delaware Avenue, Suite 1410
                          Wilmington, DE  19801
                          Telephone:  (302) 652-3131

                          ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9060111v1