# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered<br>**Hearing Date: January 16, 2013 at 11:00 a.m.** |

## EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 16, 2013 AT 11:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

I.   Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Thirteenth Interim Fee Period (Filed December 19, 2012) (Docket No. 12862)

**Fee Applications**:

  A.   Cole, Schotz, Meisel, Forman & Leonard, P.A.

  1.   Thirteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from December 1, 2011 through February 29, 2012 (Filed April 3, 2012) (Docket No. 11305)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9167345v1

2.    Certification of No Objection Regarding Docket No. 11305 (Filed April 25, 2012) (Docket No. 11473)

3.    Thirty-Sixth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2011 through December 31, 2011 (Filed February 3, 2012) (Docket No. 10843)

4.    Certification of No Objection Regarding Docket No. 10843 (Filed February 27, 2012) (Docket No. 11019)

5.    Thirty-Seventh Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2012 through January 31, 2012 (Filed March 30, 2012) (Docket No. 11270)

6.    Certification of No Objection Regarding Docket No. 11270 (Filed April 23, 2012) (Docket No. 11452)

7.    Thirty-Eighth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2012 through February 29, 2012 (Filed March 30, 2012) (Docket No. 11272)

8.    Certification of No Objection Regarding Docket No. 11272 (Filed April 23, 2012) (Docket No. 11453)

9.    Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed December 27, 2012) (Docket No. 12920)

B.    Sidley Austin LLP

1.    Thirteenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2011 through February 29, 2012 (Filed July 27, 2012) (Docket No. 12121)

2.    Certification of No Objection Regarding Docket No. 12121 (Filed August 21, 2012) (Docket No. 12309)

46429/0001-9167345v1

3.      Thirty-Sixth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through December 31, 2011 (Filed March 9, 2012) (Docket No. 11117)

4.      Certification of No Objection Regarding Docket No. 11117 (Filed April 2, 2012) (Docket No. 11293)

5.      Thirty-Seventh Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2012 through January 31, 2012 (Filed March 9, 2012) (Docket No. 11118)

6.      Certification of No Objection Regarding Docket No. 11118 (Filed April 2, 2012) (Docket No. 11294)

7.      Thirty-Eighth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2012 through February 29, 2012 (Filed April 25, 2012) (Docket No. 11472)

8.      Certification of No Objection Regarding Docket No. 11472 (Filed May 17, 2012) (Docket No. 11640)

9.      Fee Examiner's Final Report Regarding Thirteenth Quarterly Fee Application of Sidley Austin LLP (Filed January 8, 2013) (Docket No. 12992)

C.      Alvarez & Marsal North America, LLC

1.      Thirteenth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11368)

2.      Certification of No Objection Regarding Docket No. 11368 (Filed May 7, 2012) (Docket No. 11551)

3.      Thirty-Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2011 through December 31, 2011 (Filed February 16, 2012) (Docket No. 10947)

4.      Certification of No Objection Regarding Docket No. 10947 (Filed March 9, 2012) (Docket No. 11131)

46429/0001-9167345v1

5.    Thirty-Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2012 through January 31, 2012 (Filed March 20, 2012) (Docket No. 11191)

6.    Certification of No Objection Regarding Docket No. 11191 (Filed April 12, 2012) (Docket No. 11360)

7.    Thirty-Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2012 through February 29, 2012 (Filed April 11, 2012) (Docket No. 11353)

8.    Certification of No Objection Regarding Docket No. 11353 (Filed May 3, 2012) (Docket No. 11533)

9.    Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed December 27, 2012) (Docket No. 12895)

D.    Davis Wright Tremaine LLP

1.    Sixth Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed September 13, 2012) (Docket No. 12414)

2.    Certification of No Objection Regarding Docket No. 12414 (Filed October 5, 2012) (Docket No. 12519)

3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed April 10, 2012) (Docket No. 11341)

4.    Certification of No Objection Regarding Docket No. 11341 (Filed May 2, 2012) (Docket No. 11517)

5.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed May 8, 2012) (Docket No. 11581)

6.     Certification of No Objection Regarding Docket No. 11581 (Filed May 31, 2012) (Docket No. 11728)

7.     Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed June 8, 2012) (Docket No. 11779)

8.     Certification of No Objection Regarding Docket No. 11779 (Filed July 2, 2012) (Docket No. 11936)

9.     Fee Examiner's Final Report Regarding the Sixth Quarterly Fee Application of Davis Wright Tremaine LLP (Filed January 9, 2013) (Docket No. 12993)

E.     <u>Dow Lohnes PLLC</u>

1.     Eleventh Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from December 1, 2011 through February 29, 2012 (Filed April 12, 2012) (Docket No. 11362)

2.     Certification of No Objection Regarding Docket No. 11362 (Filed May 4, 2012) (Docket No. 11542)

3.     Thirty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through December 31, 2011 (Filed February 7, 2012) (Docket No. 10870)

4.     Certification of No Objection Regarding Docket No. 10870 (Filed February 29, 2012) (Docket No. 11050)

5.     Thirty-Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2012 through January 31, 2012 (Filed April 11, 2012) (Docket No. 11351)

6.     Certification of No Objection Regarding Docket No. 11351 (Filed May 3, 2012) (Docket No. 11531)

46429/0001-9167345v1

7.    Thirty-Third Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2012 through February 29, 2012 (Filed April 11, 2012) (Docket No. 11352)

8.    Certification of No Objection Regarding Docket No. 11352 (Filed May 3, 2012) (Docket No. 11532)

9.    Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Dow Lohnes PLLC (Filed December 27, 2012) (Docket No. 12919)

F.    Ernst & Young LLP

1.    Ninth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2011 through February 29, 2012 ( Filed June 27, 2012) (Docket No. 11914)

2.    Certification of No Objection Regarding Docket No. 11914 (Filed July 19, 2012) (Docket No. 12065)

3.    Combined Twenty-Third through Thirty-First Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2011 through February 29, 2012 (Filed May 16, 2012) (Docket No. 11633)

4.    Certification of No Objection Regarding Docket No. 11633 (Filed June 7, 2012) (Docket No. 11769)

5.    Fee Examiner's Final Report Regarding the Ninth Quarterly Fee Application of Ernst & Young LLP (Filed December 19, 2012) (Docket No. 12872)

G.    Jenner & Block LLP

1.    Thirteenth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11383)

2.    Certification of No Objection Regarding Docket No. 11383 (Filed May 7, 2012) (Docket No. 11558)

3.      Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed April 12, 2012) (Docket No. 11361)

4.      Certification of No Objection Regarding Docket No. 11361 (Filed May 4, 2012) (Docket No. 11541)

5.      Fee Examiner's Final Report Regarding the Thirteenth Quarterly Application of Jenner & Block LLP (Filed January 4, 2013) (Docket No. 12970)

H.      Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company)

1.      Sixth Interim Fee Application of Jones Day for Allowance of Compensation and Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11387)

2.      Certification of No Objection Regarding Docket No. 11387 (Filed May 7, 2012) (Docket No. 11561)

3.      Sixteenth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from December 1, 2011 through December 31, 2011 (Filed January 25, 2012) (Docket No. 10712)

4.      Certification of No Objection Regarding Docket No. 10712 (Filed February 16, 2012) (Docket No. 10946)

5.      Seventeenth Monthly Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company for the Period from January 1, 2012 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11380)

6.      Certification of No Objection Regarding Docket No. 11380 (Filed May 8, 2012) (Docket No. 11580)

7.      Fee Examiner's Final Report Regarding the Sixth Interim Fee Application of Jones Day for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company (Filed January 2, 2013) (Docket No. 12947)

I.    Lazard Freres & Co. LLC

    1.    Thirteenth Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11382)

    2.    Certification of No Objection Regarding Docket No. 11382 (Filed May 7, 2012) (Docket No. 11557)

    3.    Thirty-Sixth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed February 8, 2012) (Docket No. 10873)

    4.    Certification of No Objection Regarding Docket No. 10873 (Filed March 1, 2012) (Docket No. 11058)

    5.    Thirty-Seventh Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed March 15, 2012) (Docket No. 11159)

    6.    Certification of No Objection Regarding Docket No. 11159 (Filed April 9, 2012) (Docket No. 11335)

    7.    Thirty-Eighth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed April 5, 2012) (Docket No. 11327)

    8.    Certification of No Objection Regarding Docket No. 11327 (Filed April 27, 2012) (Docket No. 11497)

    9.    Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Lazard Freres & Co. LLC (Filed January 2, 2013) (Docket No. 12948)

J.    Levine Sullivan Koch & Schulz, L.L.P.

1.    Seventh Quarterly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of December 1, 2011 through February 29, 2012 (Filed April 12, 2012) (Docket No. 11363)

2.    Certification of No Objection Regarding Docket No. 11363 (Filed May 4, 2012) (Docket No. 11543)

3.    Seventeenth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of December 1, 2011 through December 31, 2011 (Filed February 1, 2012) (Docket No. 10804)

4.    Certification of No Objection Regarding Docket No. 10804 (Filed February 24, 2012) (Docket No. 10992)

5.    Eighteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of January 1, 2012 through January 31, 2012 (Filed March 1, 2012) (Docket No. 11057)

6.    Certification of No Objection Regarding Docket No. 11057 (Filed March 23, 2012) (Docket No. 11230)

7.    Nineteenth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of February 1, 2012 through February 29, 2012 (Filed April 4, 2012) (Docket No. 11317)

8.    Certification of No Objection Regarding Docket No. 11317 (Filed April 26, 2012) (Docket No. 11483)

9.    Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed January 2, 2013) (Docket No. 12949)

K.    McDermott Will & Emery LLP

1.    Thirteenth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed June 1, 2012) (Docket No. 11743)

2.    Certification of No Objection Regarding Docket No. 11743 (Filed June 25, 2012) (Docket No. 11893)

3.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed February 22, 2012) (Docket No. 10976)

4.    Certification of No Objection Regarding Docket No. 10976 (Filed March 15, 2012) (Docket No. 11161)

5.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed March 28, 2012) (Docket No. 11254)

6.    Certification of No Objection Regarding Docket No. 11254 (Filed April 19, 2012) (Docket No. 11440)

7.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed April 18, 2012) (Docket No. 11425)

8.    Certification of No Objection Regarding Docket No. 11425 (Filed May 10, 2012) (Docket No. 11591)

9.    Fee Examiner's Final Report Regarding the Thirteenth Quarterly Fee Application of McDermott Will & Emery LLP (Filed January 9, 2013) (Docket No. 12994)

L.    PricewaterhouseCoopers LLP

    1.    Thirteenth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11367)

    2.    Certification of No Objection Regarding Docket No. 11367 (Filed May 7, 2012) (Docket No. 11550)

    3.    Thirty-First Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2011 through December 31, 2011 (Filed February 9, 2012) (Docket No. 10887)

    4.    Certification of No Objection Regarding Docket No. 10887 (Filed March 2, 2012) (Docket No. 11078)

    5.    Thirty-Second Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period January 1, 2012 through February 29, 2012 (Filed April 3, 2012) (Docket No. 11307)

    6.    Certification of No Objection Regarding Docket No. 11307 (Filed April 25, 2012) (Docket No. 11474)

    7.    Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of PricewaterhouseCoopers LLP (Filed January 3, 2013) (Docket No. 12954)

M.    Reed Smith LLP

    1.    Thirteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed March 29, 2012) (Docket No. 11262)

    2.    Certificate of No Objection to Thirteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed May 8, 2012) (Docket No. 11566)

3.  Thirty-Fifth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed February 2, 2012) (Docket No. 10829)

4.  No Order Required Certificate of No Objection to Thirty-Fifth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed March 20, 2012) (Docket No. 11184)

5.  Thirty-Sixth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed March 20, 2012) (Docket No. 11185)

6.  No Order Required Certificate of No Objection to Thirty-Sixth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed May 8, 2012) (Docket No. 11564)

7.  Thirty-Seventh Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed March 29, 2012) (Docket No. 11261)

8.  No Order Required Certificate of No Objection to Thirty-Seventh Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed May 8, 2012) (Docket No. 11565)

9.  Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Reed Smith LLP (Filed January 8, 2013) (Docket No. 12987)

N.    Seyfarth Shaw LLP

    1.    Tenth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11384)

    2.    Certification of No Objection Regarding Docket No. 11384 (Filed May 7, 2012) (Docket No. 11559)

    3.    Twenty-Seventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through December 31, 2011 (Filed March 2, 2012) (Docket No. 11063)

    4.    Certification of No Objection Regarding Docket No. 11063 (Filed March 26, 2012) (Docket No. 11238)

    5.    Twenty-Eighth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2012 through January 31, 2012 (Filed April 9, 2012) (Docket No. 11333)

    6.    Certification of No Objection Regarding Docket No. 11333 (Filed May 2, 2012) (Docket No. 11514)

    7.    Twenty-Ninth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2012 through February 29, 2012 (Filed April 9, 2012) (Docket No. 11336)

    8.    Certification of No Objection Regarding Docket No. 11336 (Filed May 2, 2012) (Docket No. 11515)

    9.    Fee Examiner's Final Report Regarding the Tenth Quarterly Fee Application of Seyfarth Shaw LLP (Filed December 31, 2012) (Docket No. 12940)

O.    SNR Denton US LLP

    1.    Second Quarterly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11385)

2.      Certification of No Objection Regarding Docket No. 11385 (Filed May 7, 2012) (Docket No. 11560)

3.      Second Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2011 through December 31, 2011 (Filed April 13, 2012) (Docket No. 11369)

4.      Certification of No Objection Regarding Docket No. 11369 (Filed May 7, 2012) (Docket No. 11552)

5.      Third Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of January 1, 2012 through January 31, 2012 (Filed April 13, 2012) (Docket No. 11370)

6.      Certification of No Objection Regarding Docket No. 11370 (Filed May 7, 2012) (Docket No. 11554)

7.      Fourth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of February 1, 2012 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11371)

8.      Certification of No Objection Regarding Docket No. 11371 (Filed May 7, 2012) (Docket No. 11555)

9.      Fee Examiner's Final Report Regarding the Second Quarterly Fee Application of SNR Denton US LLP (Filed January 7, 2013) (Docket No. 12984)

P.    <u>Stuart Maue</u>

1.      Twelfth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11386)

2.      Certification of No Objection Regarding the Twelfth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of December 1, 2011 through February 29, 2012 (Filed May 16, 2012) (Docket No. 11629)

3.    Thirty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed January 23, 2012) (Docket No. 10686)

4.    Certificate of No Objection Regarding the Thirty-Third Monthly Application of Stuart Maue (Related to Docket No. 10686) (Filed February 17, 2012) (Docket No. 10956)

5.    Thirty-Fourth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed February 28, 2012) (Docket No. 11038)

6.    Certificate of No Objection Regarding the Thirty-Fourth Monthly Application of Stuart Maue (Related to Docket No. 11038) (Filed March 20, 2012) (Docket No. 11179)

7.    Thirty-Fifth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed March 26, 2012) (Docket No. 11234)

8.    Certificate of No Objection Regarding the Thirty-Fifth Monthly Application of Stuart Maue (Related to Docket No. 11234) (Filed April 18, 2012) (Docket No. 11423)

Q.    Chadbourne & Parke LLP

1.    Thirteenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11372)

2.    Thirty-Sixth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2011 through December 31, 2011 (Filed January 31, 2012) (Docket No. 10772)

3.    Certificate of No Objection to Application Re: Docket No. 10772 (Filed February 23, 2012) (Docket No. 10988)

4.      Thirty-Seventh Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2012 through January 31, 2012 (Filed February 27, 2012) (Docket No. 11023)

5.      Certificate of No Objection to Application Re: Docket No. 11023 (Filed March 21, 2012) (Docket No. 11204)

6.      Thirty-Eighth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2012 through February 29, 2012 (Filed March 27, 2012) (Docket No. 11240)

7.      Certificate of No Objection to Application Re: Docket No. 11240 (Filed April 18, 2012) (Docket No. 11426)

8.      Fee Examiner's Final Report Regarding the Thirteenth Interim Application of Chadbourne & Parke LLP (Filed December 27, 2012) (Docket No. 12921)

R.    Landis Rath & Cobb LLP

1.      Thirteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed April 13, 2012) (Docket No. 11373)

2.      Thirty-Sixth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 30, 2012) (Docket No. 10758)

3.      Certificate of No Objection to Application Re: Docket No. 10758 (Filed February 28, 2012) (Docket No. 11035)

4.      Thirty-Seventh Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed February 28, 2012) (Docket No. 11036)

5.      Certificate of No Objection to Application Re: Docket No. 11036 (Filed March 21, 2012) (Docket No. 11205)

6.      Thirty-Eighth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 28, 2012) (Docket No. 11251)

46429/0001-9167345v1

7.   Certificate of No Objection to Application Re: Docket No. 11251 (Filed April 19, 2012) (Docket No. 11439)

8.   Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed January 3, 2013) (Docket No. 12963)

S.   AlixPartners, LLP

1.   Thirteenth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period December 1, 2011 through February 29, 2012 (Filed April 13, 2012) (Docket No. 11374)

2.   Thirty Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed February 3, 2012) (Docket No. 10842)

3.   Certificate of No Objection to Application Re: Docket No. 10842 (Filed February 27, 2012) (Docket No. 11021)

4.   Thirty Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 13, 2012) (Docket No. 11147)

5.   Certificate of No Objection to Application Re: Docket No. 11147 (Filed April 4, 2012) (Docket No. 11316)

6.   Thirty Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 4, 2012) (Docket No. 11315)

7.   Certificate of No Objection to Application Re: Docket No. 11315 (Filed April 26, 2012) (Docket No. 11479)

8.   Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of AlixPartners, LLP (Filed December 19, 2012) (Docket No. 12871)

T.   Moelis & Company LLC

1.   Thirteenth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period December 1, 2011 through February 29, 2012 (Filed April 17, 2012) (Docket No. 11398)

2.      Thirty-Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period December 1, 2011 through December 31, 2011 (Filed January 25, 2012) (Docket No. 10705)

3.      Certificate of No Objection to Application Re: Docket No. 10705 (Filed February 16, 2012) (Docket No. 10944)

4.      Thirty-Seventh Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period January 1, 2012 through January 31, 2012 (Filed March 7, 2012) (Docket No. 11105)

5.      Certificate of No Objection to Application Re: Docket No. 11105 (Filed April 2, 2012) (Docket No. 11291)

6.      Thirty-Eighth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period February 1, 2012 through February 29, 2012 (Filed March 27, 2012) (Docket No. 11241)

7.      Certificate of No Objection to Application Re: Docket No. 11241 (Filed April 18, 2012) (Docket No. 11427)

8.      Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Moelis & Company LLC (Filed January 2, 2013) (Docket No. 12946)

U.      Seitz, Van Ogtrop & Green, P.A.

1.      Quarterly Fee Application for the Thirteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period December 1, 2011 through February 29, 2012 (Filed April 10, 2012) (Docket No. 11340)

2.      Certificate of No Objection to Application Re: Docket No. 11340 (Filed June 21, 2012) (Docket No. 11872)

46429/0001-9167345v1

3.   Fifth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 28, 2012) (Docket No. 11246)

4.   Certificate of No Objection to Application Re: Docket Nos. 11246, 11248 and 11249 (Filed June 21, 2012) (Docket No. 11871)

5.   Sixth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 28, 2012) (Docket No. 11248)

6.   Certificate of No Objection to Application Re: Docket Nos. 11246, 11248 and 11249 (Filed June 21, 2012) (Docket No. 11871)

7.   Seventh Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 28, 2012) (Docket No. 11249)

8.   Certificate of No Objection to Application Re: Docket Nos. 11246, 11248 and 11249 (Filed June 21, 2012) (Docket No. 11871)

9.   Fee Examiner's Final Report Regarding the Quarterly Fee Application for the Thirteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A. (Filed January 7, 2013) (Docket No. 12983)

V.   Zuckerman Spaeder LLP

1.   Tenth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed April 13, 2012) (Docket No. 11375)

2.   Twenty-Ninth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed February 16, 2012) (Docket No. 10945)

3.   Certificate of No Objection to Application Re: Docket No. 10945 (Filed March 9, 2012) (Docket No. 11128)

4.   Thirtieth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed March 5, 2012) (Docket No. 11087)

5.   Certificate of No Objection to Application Re: Docket No. 11087 (Filed March 28, 2012) (Docket No. 11253)

6.      Thirty-First Monthly Application of Zuckerman Spaeder LLP for Interim
        Allowance of Compensation and Reimbursement of Expenses (Filed
        April 4, 2012) (Docket No. 11309)

7.      Certificate of No Objection to Application Re: Docket No. 11309 (Filed
        April 26, 2012) (Docket No. 11478)

8.      Fee Examiner's Final Report Regarding the Tenth Interim Fee Application
        of Zuckerman Spaeder LLP (Filed January 7, 2013) (Docket No. 12982)