# EXHIBIT A

## Claims Settlement Report

TRIBUNE COMPANY, ET AL.
EIGHTH CLAIM SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ARBITRON MULTIMEDIA SERVICES<br>ATTN: LEGAL COUNSEL<br>9705 PATUXENT WOOD DR.<br>COLUMBIA, MD 21046 | 3456 | 6/3/2009 | WGN Continental Broadcasting Company | Unsecured | $171,219.67 | WGN Continental Broadcasting Company | Unsecured | $153,823.30 |
| 2 | BADILLO, ROSSANA<br>AV FELIPE II NO. 2 URB JUAN AUSTRIA<br>EDIF FLANDES PUERTA 303 EL ESCORIAL C O<br>MADRID, 28280<br>SPAIN | 7152 | 11/12/2012 | Tribune Media Services, Inc. | Unsecured | $19,379.76 | Tribune Media Services, Inc. | Unsecured | $19,379.76 |
| 3 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 437 | 2/9/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $682.52<br>$26.70<br>$709.22 | Chicago Tribune Company<br>Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $398.14<br>$311.08<br>$709.22 |
| 4 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 438 | 2/9/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $157,260.43<br>$8,596.85<br>$165,857.28 | Chicago Tribune Company | Unsecured | $165,857.28 |
| 5 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 440 | 2/9/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $674,939.02<br>$164,064.90<br>$839,003.92 | Chicago Tribune Company<br>Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $193,963.17<br>$528,039.10<br>$722,002.27 |
| 6 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 443 | 2/9/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $59,369.28<br>$6,042.54<br>$65,411.82 | Chicago Tribune Company<br>Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $5,065.36<br>$6,290.03<br>$11,355.39 |
| 7 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 727 | 3/13/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $31,591.63<br>$7,778.40<br>$39,370.03 | Chicago Tribune Company<br>Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $31,591.63<br>$1,296.40<br>$32,888.03 |
| 8 | CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | 728 | 3/13/2009 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $19,095.99<br>$96.00<br>$19,191.99 | Chicago Tribune Company<br>Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $591.56<br>$26.20<br>$617.76 |
| 9 | JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4948 | 6/12/2009 | The Baltimore Sun Company | Secured | $355,602.54* | The Baltimore Sun Company | Unsecured | $29.35 |
| 10 | JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4949 | 6/12/2009 | The Daily Press, Inc. | Secured | $355,602.54* | The Daily Press, Inc. | Unsecured | $16,512.24 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
EIGHTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4950 | 6/12/2009 | The Hartford Courant Company | Secured | $355,602.54* | The Hartford Courant Company | Unsecured | $31,143.16 |
| 12 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4951 | 6/12/2009 | The Morning Call, Inc. | Secured | $355,602.54* | The Morning Call, Inc. | Unsecured | $4.60 |
| 13 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4952 | 6/12/2009 | WPIX, Inc. | Secured | $355,602.54* | WPIX, Inc. | Unsecured | $1,346.46 |
| 14 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4953 | 6/12/2009 | WGN Continental Broadcasting Company | Secured | $355,602.54* | WGN Continental Broadcasting Company | Unsecured | $177.12 |
| 15 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4954 | 6/12/2009 | Tribune Television New Orleans, Inc. | Secured | $355,602.54* | Tribune Television New Orleans, Inc. | Unsecured | $1,614.29 |
| 16 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4955 | 6/12/2009 | Tribune Entertainment Company | Secured | $355,602.54* | Tribune Entertainment Company | Unsecured | $10,916.55 |
| 17 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4956 | 6/12/2009 | Tribune Direct Marketing, Inc. | Secured | $355,602.54* | Tribune Direct Marketing, Inc. | Unsecured | $147.76 |
| 18 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4957 | 6/12/2009 | Tribune Company | Secured | $355,602.54* | Tribune Company | Unsecured | $5,907.72 |
| 19 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4958 | 6/12/2009 | Orlando Sentinel Communications Company | Secured | $355,602.54* | Orlando Sentinel Communications Company | Unsecured | $62.58 |
| 20 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4959 | 6/12/2009 | Los Angeles Times Communications LLC | Secured | $355,602.54* | Los Angeles Times Communications LLC | Unsecured | $4.60 |
| 21 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4960 | 6/12/2009 | InsertCo, Inc. | Secured | $355,602.54* | InsertCo, Inc. | Unsecured | $19.88 |
| 22 JPMORGAN CHASE BANK, N.A. ATTN: MIRIAM KULNIS 277 PARK AVENUE, 8TH FLOOR NEW YORK, NY 10172 | 4961 | 6/12/2009 | Gold Coast Publications, Inc. | Secured | $355,602.54* | Gold Coast Publications, Inc. | Unsecured | $13.06 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.
EIGHTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4962 | 6/12/2009 | Sun-Sentinel Company | Secured | $355,602.54* | Sun-Sentinel Company | Unsecured | $130.72 |
| 24 JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4963 | 6/12/2009 | Star Community Publishing Group, LLC | Secured | $355,602.54* | Eagle New Media Investments, LLC | Unsecured | $798.56 |
| | | | | | | Tribune Finance Service Center, Inc. | Unsecured | $1,302.69 |
| | | | | | | Tribune Television Company | Unsecured | $2,649.76 |
| | | | | | | | Subtotal | $4,751.01 |
| 25 JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4964 | 6/12/2009 | Chicagoland Television News, Inc. | Secured | $355,602.54* | Chicagoland Television News, Inc. | Unsecured | $1,225.22 |
| 26 JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | 4965 | 6/12/2009 | Chicago Tribune Company | Secured | $355,602.54* | Chicago Tribune Company | Unsecured | $277,220.72 |
| 27 MAFFI, NORA<br>LANZA 2411<br>BUENOS AIRES, 1437<br>ARGENTINA | 7153 | 11/12/2012 | Tribune Media Services, Inc. | Unsecured | $22,329.57 | Tribune Media Services, Inc. | Unsecured | $22,329.57 |
| 28 RAMSEY, ROBERT J.<br>3820 N GREENVIEW AVE #3<br>CHICAGO, IL 60613 | 7151 | 11/12/2012 | Channel 40, Inc. | Unsecured | $99,076.96 | Channel 40, Inc. | Unsecured | $99,076.96 |
| 29 TAYLOR, DAVID ROSS<br>C/O GERALD S. SACK, ESQUIRE<br>LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | 6599 | 7/15/2010 | Tribune Company | Unsecured | Undetermined* | Tribune Company | Unsecured | $0.00 |
| 30 TAYLOR, DAVID ROSS<br>C/O GERALD S. SACK, ESQUIRE<br>LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | 9000100 | 12/11/2012 | The Hartford Courant Company | Unsecured | $23,000.00 | The Hartford Courant Company | Unsecured | $23,000.00 |
| | | | | TOTAL | $7,865,395.94 | | TOTAL | $1,602,266.58 |

\* - Indicates claim contains unliquidated and/or undetermined amounts