UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br>                    Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 08-13141 (KJC) <br> ) <br> ) Jointly Administered <br> ) |

## VERIFICATION

STATE OF ILLINOIS    )
                             ) ss
COUNTY OF COOK    )

    I, David J. Bradford, after being duly sworn according to law, deposes and says:

    (a)    I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

    (b)    I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

    (c)    I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

                                                                       /s/ David J. Bradford
                                                                         David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 11th DAY OF JANUARY, 2013.

/s/ Francine M. Sattelmayer
Notary Public

> OFFICIAL SEAL
> FRANCINE M. SATTELMAYER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-9-2014

1778046.1