# EXHIBIT A

# AEREO APPEAL

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      52081
MATTER NUMBER      10024

FOX LEGAL GROUP                                    NOVEMBER 30, 2012
2121 AVENUE OF THE STARS                        INVOICE # 9248447
SUITE 700
LOS ANGELES, CA 90067
ATTN: JILL RATNER

UNIVISION COMMUNICATIONS, INC.
5999 CENTER DRIVE
LOS ANGELES, CA 90045
ATTN:  ARYA TOWFIGHI, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
6TH FLOOR
ATTN:  CHARLES SENNET, ESQ.


### AEREO APPEAL

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2012 | $405,795.00 |
| LESS AGREED UPON DISCOUNT | -$40,579.50 |
| LESS ADDITIONAL ASSOCIATE WRITE-OFF | -$2,374.20 |
| FEE SUB-TOTAL | $362,841.30 |
| DISBURSEMENTS | $40,595.62 |
| TOTAL INVOICE | $403,436.92* |

\*   Fox Legal Group to pay $201,718.46
\*   Univision Communications, Inc. to pay $100,859.23
\*   Tribune Company to pay $100,859.23


REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.
ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

Page 1

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

FOX/UNIVISION/TRIBUNE

INVOICE # 9248447

2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES,  CA 90067
ATTN: JILL RATNER

NOVEMBER 30, 2012

CLIENT NUMBER - 52081

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2012

AEREO APPEAL

MATTER NUMBER- 10024



| Date | Initials | Hours | | Amount |
|---|---|---|---|---|
| 9/1/2012 | SBF | 1.30 | | 975.00 |
| 9/2/2012 | MEP | 0.30 | | 166.50 |
| 9/2/2012 | PMS | 0.30 | | 285.00 |
| 9/2/2012 | SBF | 1.00 | | 750.00 |
| 9/3/2012 | AMG | 9.50 | | 5,937.50 |
| 9/4/2012 | PMS | 5.10 | | 4,845.00 |
| 9/4/2012 | SRE | 1.70 | | 1,300.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 9/4/2012 | AMG | 8.50 | | 5,312.50 |
| 9/4/2012 | MEP | 0.60 | | 333.00 |
| 9/4/2012 | SBF | 3.70 | | 2,775.00 |
| 9/4/2012 | JNF | 0.50 | | 220.00 |
| 9/4/2012 | MKJ | 3.80 | | 1,501.00 |
| 9/4/2012 | KLD | 1.60 | | 1,096.00 |
| 9/4/2012 | SBW | 2.50 | | 1,462.50 |
| 9/4/2012 | RLS | 5.50 | | 4,290.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 9/5/2012 | PMS | 0.50 | | 475.00 |
| 9/5/2012 | RLS | 5.20 | | 4,056.00 |
| 9/5/2012 | MEP | 0.50 | | 277.50 |
| 9/5/2012 | SBW | 2.00 | | 1,170.00 |
| 9/5/2012 | AMG | 6.50 | | 4,062.50 |
| 9/5/2012 | JNF | 9.20 | | 4,048.00 |
| 9/5/2012 | MKJ | 5.60 | | 2,212.00 |
| 9/5/2012 | KLD | 0.40 | | 274.00 |
| 9/5/2012 | WHB | 1.90 | | 313.50 |
| 9/5/2012 | SBF | 3.80 | | 2,850.00 |
| 9/6/2012 | PMS | 1.50 | | 1,425.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | | |
|---|---|---|---|---|
| 9/6/2012 | MEP | 4.20 | | 2,331.00 |
| 9/6/2012 | RLS | 3.70 | | 2,886.00 |
| 9/6/2012 | SBF | 2.40 | | 1,800.00 |
| 9/6/2012 | SBW | 0.50 | | 292.50 |
| 9/6/2012 | KDK | 2.00 | | 1,560.00 |
| 9/6/2012 | AMG | 6.00 | | 3,750.00 |
| 9/6/2012 | JNF | 5.70 | | 2,508.00 |
| 9/6/2012 | MKJ | 2.40 | | 948.00 |
| 9/6/2012 | WHB | 5.20 | | 858.00 |
| 9/6/2012 | AZC | 2.00 | | 490.00 |
| 9/7/2012 | MEP | 5.40 | | 2,997.00 |
| 9/7/2012 | RLS | 5.50 | | 4,290.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 9/7/2012 | SBF | 5.20 | | 3,900.00 |
| 9/7/2012 | SBW | 4.00 | | 2,340.00 |
| 9/7/2012 | PMS | 4.60 | | 4,370.00 |
| 9/7/2012 | KDK | 1.40 | | 1,092.00 |
| 9/7/2012 | AMG | 4.00 | | 2,500.00 |
| 9/7/2012 | JNF | 4.10 | | 1,804.00 |
| 9/7/2012 | MKJ | 1.70 | | 671.50 |
| 9/8/2012 | MEP | 1.10 | | 610.50 |
| 9/8/2012 | RLS | 1.50 | | 1,170.00 |
| 9/8/2012 | PMS | 8.00 | | 7,600.00 |
| 9/8/2012 | AMG | 2.00 | | 1,250.00 |
| 9/8/2012 | JNF | 3.30 | | 1,452.00 |
| 9/9/2012 | SRE | 0.70 | | 535.50 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

Page 6

| | | | | |
|---|---|---|---|---|
| 9/9/2012 | MEP | 1.20 | | 666.00 |
| 9/9/2012 | RLS | 4.30 | | 3,354.00 |
| 9/9/2012 | AMG | 5.00 | | 3,125.00 |
| 9/9/2012 | SBF | 2.30 | | 1,725.00 |
| 9/9/2012 | PMS | 3.80 | | 3,610.00 |
| 9/9/2012 | KLD | 0.60 | | 411.00 |
| 9/10/2012 | AMG | 6.50 | | 4,062.50 |
| 9/10/2012 | MEP | 2.30 | | 1,276.50 |
| 9/10/2012 | RLS | 6.60 | | 5,148.00 |
| 9/10/2012 | SRE | 0.70 | | 535.50 |

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | |
|---|---|---|---|
| 9/10/2012 | SBW | 3.80 | 2,223.00 |
| 9/10/2012 | JNF | 10.10 | 4,444.00 |
| 9/10/2012 | MKJ | 5.40 | 2,133.00 |
| 9/10/2012 | KLD | 1.40 | 959.00 |
| 9/10/2012 | KDK | 1.30 | 1,014.00 |
| 9/10/2012 | SBF | 8.50 | 6,375.00 |

**Redacted**

LAW OFFICES

Page 8

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | |
|---|---|---|---:|
| 9/10/2012 | PMS | 4.20 | 3,990.00 |
| 9/11/2012 | PMS | 5.00 | 4,750.00 |
| 9/11/2012 | MEP | 1.90 | 1,054.50 |
| 9/11/2012 | JNF | 8.10 | 3,564.00 |
| 9/11/2012 | MKJ | 5.70 | 2,251.50 |
| 9/11/2012 | KLD | 0.70 | 479.50 |
| 9/11/2012 | CLO | 1.10 | 324.50 |
| 9/11/2012 | AMG | 3.00 | 1,875.00 |
| 9/11/2012 | AMG | 2.00 | 1,250.00 |
| 9/11/2012 | SBW | 3.50 | 2,047.50 |

**Redacted**

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

Page 9

| 9/11/2012 | RLS | 6.00 | 4,680.00 |
| 9/11/2012 | SBF | 3.80 | 2,850.00 |
| 9/12/2012 | SRE | 0.20 | 153.00 |
| 9/12/2012 | KDK | 3.30 | 2,574.00 |
| 9/12/2012 | MEP | 0.50 | 277.50 |
| 9/12/2012 | SBW | 1.30 | 760.50 |
| 9/12/2012 | RLS | 6.00 | 4,680.00 |
| 9/12/2012 | PMS | 1.30 | 1,235.00 |
| 9/12/2012 | MKJ | 5.00 | 1,975.00 |
| 9/12/2012 | KLD | 1.20 | 822.00 |
| 9/12/2012 | CLO | 2.60 | 767.00 |

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 9/12/2012 | AMG | 6.50 | | 4,062.50 |
| 9/12/2012 | JNF | 8.20 | | 3,608.00 |
| 9/12/2012 | SBF | 10.70 | | 8,025.00 |
| 9/13/2012 | MEP | 1.00 | | 555.00 |
| 9/13/2012 | KDK | 0.80 | | 624.00 |
| 9/13/2012 | SRE | 0.30 | | 229.50 |
| 9/13/2012 | PMS | 1.50 | | 1,425.00 |
| 9/13/2012 | JNF | 9.00 | | 3,960.00 |
| 9/13/2012 | MKJ | 6.80 | | 2,686.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

Page 11

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 9/13/2012 | KLD | 2.30 | 1,575.50 |
| 9/13/2012 | CLO | 1.70 | 501.50 |
| 9/13/2012 | SBF | 2.80 | 2,100.00 |
| 9/13/2012 | AMG | 2.00 | 1,250.00 |
| 9/13/2012 | RLS | 3.80 | 2,964.00 |
| 9/13/2012 | SBW | 3.00 | 1,755.00 |
| 9/14/2012 | SBW | 4.50 | 2,632.50 |
| 9/14/2012 | MEP | 2.20 | 1,221.00 |
| 9/14/2012 | RLS | 2.30 | 1,794.00 |
| 9/14/2012 | JNF | 5.90 | 2,596.00 |
| 9/14/2012 | MKJ | 4.40 | 1,738.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

Page 12

| | | | | |
|---|---|---|---|---|
| 9/14/2012 | KLD | 2.70 | | 1,849.50 |
| 9/14/2012 | AMG | 2.00 | | 1,250.00 |
| 9/14/2012 | JLW | 0.20 | | 100.00 |
| 9/14/2012 | PMS | 1.00 | | 950.00 |
| 9/15/2012 | SBW | 2.00 | | 1,170.00 |
| 9/16/2012 | KLD | 1.00 | | 685.00 |
| 9/17/2012 | SRE | 1.50 | | 1,147.50 |
| 9/17/2012 | AZC | 3.00 | | 735.00 |
| 9/17/2012 | AMG | 1.00 | | 625.00 |
| 9/17/2012 | PMS | 0.80 | | 760.00 |
| 9/18/2012 | SBW | 0.50 | | 292.50 |
| 9/18/2012 | AZC | 3.00 | | 735.00 |
| 9/18/2012 | KLD | 0.60 | | 411.00 |
| 9/19/2012 | MKJ | 1.80 | | 711.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

Page 13

| | | | | |
|---|---|---|---|---|
| 9/19/2012 | AZC | 3.00 | | 735.00 |
| 9/20/2012 | SRE | 0.30 | | 229.50 |
| 9/20/2012 | MKJ | 0.60 | | 237.00 |
| 9/20/2012 | KLD | 1.30 | | 890.50 |
| 9/20/2012 | SBW | 0.50 | | 292.50 |
| 9/20/2012 | AMG | 1.00 | | 625.00 |
| 9/21/2012 | MKJ | 0.10 | | 39.50 |
| 9/21/2012 | KLD | 1.50 | | 1,027.50 |
| 9/22/2012 | SRE | 0.70 | | 535.50 |
| 9/22/2012 | RLS | 2.00 | | 1,560.00 |
| 9/23/2012 | RLS | 0.50 | | 390.00 |
| 9/25/2012 | PMS | 2.50 | | 2,375.00 |
| 9/25/2012 | MKJ | 2.10 | | 829.50 |
| 9/25/2012 | SBW | 0.30 | | 175.50 |
| 9/25/2012 | AZC | 3.00 | | 735.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | | | | Amount |
|------|------|------|---|-------:|
| 9/26/2012 | RLS | 1.70 | | 1,326.00 |
| 9/26/2012 | AMG | 2.50 | | 1,562.50 |
| 9/27/2012 | MEP | 0.20 | | 111.00 |
| 9/28/2012 | MEP | 0.70 | | 388.50 |
| 10/1/2012 | SBW | 0.30 | | 175.50 |
| 10/2/2012 | RLS | 1.50 | | 1,170.00 |
| 10/4/2012 | PMS | 0.30 | | 285.00 |
| 10/4/2012 | SBF | 0.30 | | 225.00 |
| 10/10/2012 | AMG | 5.50 | | 3,437.50 |
| 10/11/2012 | AMG | 4.50 | | 2,812.50 |
| 10/12/2012 | AMG | 5.00 | | 3,125.00 |
| 10/12/2012 | MKJ | 1.50 | | 592.50 |
| 10/13/2012 | AMG | 4.50 | | 2,812.50 |
| 10/15/2012 | RLS | 0.30 | | 234.00 |
| 10/15/2012 | AMG | 6.00 | | 3,750.00 |
| 10/16/2012 | EAG | 1.80 | | 900.00 |

Federal Identification No. 36-2192554

**Redacted**

Page 15

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 10/16/2012 | RLS | 1.00 | | 780.00 |
| 10/16/2012 | AMG | 5.00 | | 3,125.00 |
| 10/17/2012 | RLS | 2.50 | | 1,950.00 |
| 10/17/2012 | MKJ | 0.30 | | 118.50 |
| 10/17/2012 | AMG | 5.00 | | 3,125.00 |
| 10/18/2012 | RLS | 1.50 | | 1,170.00 |
| 10/18/2012 | AMG | 0.50 | | 312.50 |
| 10/19/2012 | RLS | 1.30 | | 1,014.00 |
| 10/19/2012 | JNF | 1.60 | | 704.00 |
| 10/19/2012 | SBW | 0.50 | | 292.50 |
| 10/19/2012 | AMG | 1.00 | | 625.00 |
| 10/20/2012 | SBW | 0.30 | | 175.50 |
| 10/20/2012 | SBF | 0.30 | | 225.00 |
| 10/20/2012 | PMS | 3.00 | | 2,850.00 |
| 10/21/2012 | SRE | 1.30 | | 994.50 |
| 10/21/2012 | RLS | 2.50 | | 1,950.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

Page 16

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 10/21/2012 | MEP | 0.60 | | 333.00 |
| 10/21/2012 | AMG | 0.10 | | 62.50 |
| 10/21/2012 | SBF | 4.20 | | 3,150.00 |
| 10/22/2012 | SRE | 0.20 | | 153.00 |
| 10/22/2012 | MEP | 0.80 | | 444.00 |
| 10/22/2012 | RLS | 2.20 | | 1,716.00 |
| 10/22/2012 | KDK | 3.00 | | 2,340.00 |
| 10/22/2012 | MKJ | 0.30 | | 118.50 |
| 10/22/2012 | SBW | 0.50 | | 292.50 |
| 10/22/2012 | AMG | 5.70 | | 3,562.50 |
| 10/22/2012 | SBF | 2.20 | | 1,650.00 |
| 10/23/2012 | PMS | 1.80 | | 1,710.00 |
| 10/23/2012 | MEP | 4.70 | | 2,608.50 |
| 10/23/2012 | RLS | 2.80 | | 2,184.00 |
| 10/23/2012 | MKJ | 2.10 | | 829.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 10/23/2012 | JNF | 6.60 | | 2,904.00 |
| 10/23/2012 | SBW | 1.20 | | 702.00 |
| 10/23/2012 | AMG | 1.00 | | 625.00 |
| 10/23/2012 | SBF | 1.70 | | 1,275.00 |
| 10/24/2012 | MEP | 4.60 | | 2,553.00 |
| 10/24/2012 | JNF | 3.90 | | 1,716.00 |
| 10/24/2012 | SBW | 1.50 | | 877.50 |
| 10/24/2012 | PMS | 0.30 | | 285.00 |
| 10/25/2012 | JNF | 5.90 | | 2,596.00 |
| 10/25/2012 | SBW | 0.30 | | 175.50 |
| 10/25/2012 | MEP | 9.80 | | 5,439.00 |
| 10/25/2012 | AMG | 0.10 | | 62.50 |
| 10/25/2012 | SBF | 0.40 | | 300.00 |
| 10/25/2012 | SRE | 0.20 | | 153.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

Page 18

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | | |
|---|---|---|---|---|
| 10/26/2012 | MEP | 5.80 | | 3,219.00 |
| 10/26/2012 | SRE | 0.60 | | 459.00 |
| 10/26/2012 | JNF | 9.00 | | 3,960.00 |
| 10/27/2012 | PMS | 4.50 | | 4,275.00 |
| 10/28/2012 | RLS | 2.00 | | 1,560.00 |
| 10/28/2012 | PMS | 3.50 | | 3,325.00 |
| 10/28/2012 | MEP | 0.90 | | 499.50 |
| 10/28/2012 | SBW | 4.50 | | 2,632.50 |
| 10/28/2012 | AMG | 3.00 | | 1,875.00 |
| 10/29/2012 | RLS | 6.00 | | 4,680.00 |
| 10/29/2012 | PMS | 0.50 | | 475.00 |
| 10/29/2012 | MEP | 0.20 | | 111.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

Page 19

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | | |
|---|---|---|---|---|
| 10/29/2012 | AMG | 10.50 | | 6,562.50 |
| 10/30/2012 | MEP | 3.30 | | 1,831.50 |
| 10/30/2012 | PMS | 1.00 | | 950.00 |
| 10/30/2012 | JNF | 2.00 | | 880.00 |
| 10/30/2012 | RLS | 4.70 | | 3,666.00 |
| 10/30/2012 | SBW | 2.50 | | 1,462.50 |
| 10/30/2012 | AMG | 3.00 | | 1,875.00 |
| 10/31/2012 | PMS | 6.00 | | 5,700.00 |
| 10/31/2012 | MKJ | 1.40 | | 553.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours | | Amount |
|---|---|---|---|---|
| 10/31/2012 | JNF | 4.80 | | 2,112.00 |
| 10/31/2012 | MEP | 2.40 | | 1,332.00 |
| 10/31/2012 | MEP | 0.20 | | 111.00 |
| 10/31/2012 | RLS | 4.30 | | 3,354.00 |
| 10/31/2012 | CLO | 0.70 | | 206.50 |
| 10/31/2012 | SRE | 2.60 | | 1,989.00 |
| 10/31/2012 | SBW | 3.30 | | 1,930.50 |
| 10/31/2012 | SBW | 0.50 | | 292.50 |
| 10/31/2012 | AMG | 3.50 | | 2,187.50 |
| 10/31/2012 | SBF | 1.80 | | 1,350.00 |
| | | 651.90 | PROFESSIONAL SERVICES | $405,795.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Outside Professional Services; Counsel Press LLC | 38,030.72 |
| Outside Professional Services; Strut Legal, Inc. (eBrief) | 2,549.10 |
| Photocopy | 15.80 |
| TOTAL DISBURSEMENTS | $40,595.62 |

| | |
|---|---|
| INVOICE TOTAL | $446,390.62 |

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| PAUL M. SMITH | 61.00 | 950.00 | 57,950.00 |
| KENNETH D. KLEIN | 11.80 | 780.00 | 9,204.00 |
| RICHARD L. STONE | 87.20 | 780.00 | 68,016.00 |
| STEVEN R. ENGLUND | 11.00 | 765.00 | 8,415.00 |
| STEVEN B. FABRIZIO | 56.40 | 750.00 | 42,300.00 |
| KENNETH L. DOROSHOW | 15.30 | 685.00 | 10,480.50 |
| AMY M. GALLEGOS | 131.90 | 625.00 | 82,437.50 |
| SCOTT B. WILKENS | 43.80 | 585.00 | 25,623.00 |
| MATTHEW E. PRICE | 55.40 | 555.00 | 30,747.00 |
| ETHAN A. GLICKSTEIN | 1.80 | 500.00 | 900.00 |
| JENNIFER L. WAGMAN | .20 | 500.00 | 100.00 |
| JOSHUA N. FRIEDMAN | 97.90 | 440.00 | 43,076.00 |
| MARINA K. JENKINS | 51.00 | 395.00 | 20,145.00 |
| CHERYL L. OLSON | 6.10 | 295.00 | 1,799.50 |
| ALLISON CROWE | 14.00 | 245.00 | 3,430.00 |
| WILLIAM H. BOSTWICK | 7.10 | 165.00 | 1,171.50 |
| TOTAL | 651.90 | | $405,795.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER        52081
MATTER NUMBER      10024

FOX LEGAL GROUP                                      DECEMBER 18, 2012
2121 AVENUE OF THE STARS                      INVOICE # 9250832
SUITE 700
LOS ANGELES,  CA 90067
ATTN: JILL RATNER

UNIVISION COMMUNICATIONS, INC.
5999 CENTER DRIVE
LOS ANGELES, CA 90045
ATTN:  ARYA TOWFIGHI, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
6TH FLOOR
ATTN:  CHARLES SENNET, ESQ.

### AEREO APPEAL
### CA2011003261

| | | |
|---|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2012 | | $251,008.00 |
| LESS AGREED UPON DISCOUNT | | -$25,100.80 |
| LESS ADDITIONAL ASSOCIATE WRITE-OFF | | -$1,194.46 |
| | FEE SUB-TOTAL | $224,712.74 |
| DISBURSEMENTS | | $12,455.00 |
| | TOTAL INVOICE | $237,167.74* |

\*    Fox Legal Group to pay $118,583.88
\*    Univision Communications, Inc. to pay $59,291.93
\*    Tribune Company to pay $59,291.93

**Redacted**

Page 1

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

FOX LEGAL GROUP                                          INVOICE # 9250832
2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES, CA 90067
ATTN: JILL RATNER

UNIVISION COMMUNICATIONS, INC.
5999 CENTER DRIVE
LOS ANGELES, CA 90045
ATTN:  ARYA TOWFIGHI, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
6TH FLOOR
ATTN:  CHARLES SENNET, ESQ.

DECEMBER 18, 2012

CLIENT NUMBER - 52081

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2012

AEREO APPEAL                                   MATTER NUMBER- 10024
    CA2011003261



| 9/11/2012 | SBF | 5.90 |
| 10/1/2012 | SBF | 0.60 |
| 11/1/2012 | SRE | 2.00 |
| 11/1/2012 | RLS | 1.00 |
| 11/1/2012 | MEP | 0.70 |
| 11/1/2012 | PMS | 3.80 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/1/2012 | SBW | 1.50 |
| 11/1/2012 | MKJ | 0.80 |
| 11/1/2012 | SBF | 0.40 |
| 11/1/2012 | JNF | 5.00 |
| 11/1/2012 | CLO | 4.20 |
| 11/1/2012 | AMG | 2.00 |
| 11/2/2012 | PMS | 2.00 |
| 11/2/2012 | RLS | 2.00 |
| 11/2/2012 | SBW | 3.50 |
| 11/2/2012 | MKJ | 3.80 |
| 11/2/2012 | SBF | 2.60 |
| 11/2/2012 | JNF | 6.20 |
| 11/2/2012 | CLO | 0.80 |
| 11/2/2012 | AMG | 2.00 |
| 11/3/2012 | RLS | 2.00 |
| 11/5/2012 | MEP | 0.20 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 11/5/2012 | PMS | 1.30 |
|---|---|---|
| 11/5/2012 | RLS | 1.00 |
| 11/5/2012 | SBW | 2.00 |
| 11/5/2012 | SBF | 0.30 |
| 11/5/2012 | JNF | 3.80 |
| 11/5/2012 | AZC | 2.00 |
| 11/6/2012 | PMS | 4.50 |
| 11/6/2012 | SBW | 1.00 |
| 11/6/2012 | SBF | 0.30 |
| 11/6/2012 | JNF | 2.10 |
| 11/7/2012 | SRE | 0.90 |
| 11/7/2012 | RLS | 0.50 |
| 11/7/2012 | PMS | 6.00 |

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/7/2012 | SBW | 0.50 |
| 11/8/2012 | PMS | 2.50 |
| 11/8/2012 | MKJ | 0.20 |
| 11/8/2012 | SBW | 0.80 |
| 11/9/2012 | PMS | 3.50 |
| 11/9/2012 | MAG | 5.50 |
| 11/11/2012 | PMS | 3.00 |
| 11/12/2012 | PMS | 2.50 |
| 11/12/2012 | RLS | 2.00 |
| 11/13/2012 | PMS | 2.00 |
| 11/13/2012 | SBF | 1.30 |
| 11/13/2012 | RLS | 1.00 |
| 11/13/2012 | SBW | 0.30 |
| 11/13/2012 | AMG | 2.00 |
| 11/14/2012 | MEP | 0.30 |
| 11/14/2012 | MEP | 0.20 |
| 11/14/2012 | PMS | 2.50 |
| 11/14/2012 | SBF | 2.00 |
| 11/14/2012 | SBW | 0.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/14/2012 | AMG | 4.00 |
| 11/15/2012 | SRE | 1.40 |
| 11/15/2012 | MAG | 2.50 |
| 11/15/2012 | PMS | 1.50 |
| 11/15/2012 | RLS | 0.50 |
| 11/15/2012 | MEP | 2.20 |
| 11/15/2012 | JNF | 1.90 |
| 11/15/2012 | MKJ | 2.00 |
| 11/15/2012 | SBF | 4.70 |
| 11/16/2012 | MEP | 1.90 |
| 11/16/2012 | MEP | 2.00 |
| 11/16/2012 | MAG | 4.50 |
| 11/16/2012 | PMS | 7.50 |
| 11/16/2012 | RLS | 3.00 |
| 11/16/2012 | JNF | 5.20 |
| 11/16/2012 | SRE | 3.40 |
| 11/16/2012 | AMG | 2.20 |
| 11/16/2012 | MKJ | 4.20 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/16/2012 | SBF | 6.40 |
| 11/16/2012 | SBW | 5.30 |
| 11/18/2012 | PMS | 3.50 |
| 11/19/2012 | PMS | 6.00 |
| 11/19/2012 | RLS | 0.80 |
| 11/19/2012 | MEP | 0.70 |
| 11/19/2012 | JNF | 3.50 |
| 11/19/2012 | SBW | 1.50 |
| 11/19/2012 | AMG | 1.00 |
| 11/19/2012 | SBF | 0.20 |
| 11/20/2012 | PMS | 2.50 |
| 11/20/2012 | RLS | 0.30 |
| 11/20/2012 | MEP | 0.20 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/20/2012 | JNF | 3.30 |
| 11/20/2012 | SBF | 0.30 |
| 11/21/2012 | JNF | 3.00 |
| 11/21/2012 | MEP | 0.20 |
| 11/21/2012 | SBW | 3.00 |
| 11/21/2012 | PMS | 1.20 |
| 11/21/2012 | AMG | 0.50 |
| 11/21/2012 | RLS | 0.60 |
| 11/21/2012 | SBF | 0.40 |
| 11/22/2012 | SBW | 0.50 |
| 11/22/2012 | PMS | 2.00 |
| 11/23/2012 | JNF | 3.00 |

Federal Identification No. 36-2192554

**Redacted**

Page 8

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/24/2012 | JNF | 3.20 |
| 11/24/2012 | MKJ | 7.70 |
| 11/24/2012 | RLS | 2.20 |
| 11/25/2012 | PMS | 4.50 |
| 11/25/2012 | RLS | 1.00 |
| 11/25/2012 | SBF | 4.60 |
| 11/26/2012 | MEP | 3.70 |
| 11/26/2012 | PMS | 8.50 |
| 11/26/2012 | SRE | 4.80 |
| 11/26/2012 | AMG | 2.50 |
| 11/26/2012 | MKJ | 3.60 |
| 11/26/2012 | SBW | 8.80 |
| 11/26/2012 | JNF | 13.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/26/2012 | RLS | 4.30 |
| 11/26/2012 | SBF | 5.20 |
| 11/27/2012 | SBW | 4.00 |
| 11/27/2012 | JNF | 1.70 |
| 11/27/2012 | RLS | 0.30 |
| 11/27/2012 | SBF | 0.40 |
| 11/28/2012 | PMS | 1.50 |
| 11/28/2012 | JNF | 1.00 |
| 11/28/2012 | MKJ | 4.40 |
| 11/28/2012 | SBW | 1.80 |
| 11/29/2012 | JNF | 0.40 |
| 11/29/2012 | MEP | 1.80 |
| 11/29/2012 | MEP | 0.80 |
| 11/29/2012 | PMS | 10.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours |
|------|----------|-------|
| 11/29/2012 | MKJ | 2.60 |
| 11/29/2012 | SBF | 2.60 |
| 11/29/2012 | SBW | 8.80 |
| 11/30/2012 | MEP | 3.00 |
| 11/30/2012 | MEP | 2.70 |
| 11/30/2012 | PMS | 12.00 |
| 11/30/2012 | AMG | 0.50 |
| 11/30/2012 | RLS | 4.80 |
| 11/30/2012 | SRE | 0.50 |
| 11/30/2012 | SBF | 3.90 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES                                        Page 11

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

11/30/2012   SBW   8.00

370.90      PROFESSIONAL SERVICES                    $251,008.00

**DISBURSEMENTS**

| | |
|---|---:|
| Photocopy & Printing | 1,019.58 |
| UPS | 30.63 |
| Outside Professional Services; JAMS, Inc. (Judge Birch retainer for Moot Court) | 9,900.00 |
| Out of Town Travel, Scott B. Wilkens, 11/26/2012-11/27/2012; New York, NY; to attend appeal - moot court session | 1,504.79 |
| TOTAL DISBURSEMENTS | $12,455.00 |

INVOICE TOTAL                                         $263,463.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| PAUL M. SMITH | 94.30 | 950.00 | 89,585.00 |
| RICHARD L. STONE | 27.30 | 780.00 | 21,294.00 |
| STEVEN R. ENGLUND | 13.00 | 765.00 | 9,945.00 |
| STEVEN B. FABRIZIO | 42.10 | 750.00 | 31,575.00 |
| MARC A. GOLDMAN | 12.50 | 650.00 | 8,125.00 |
| AMY M. GALLEGOS | 16.70 | 625.00 | 10,437.50 |
| SCOTT B. WILKENS | 51.80 | 585.00 | 30,303.00 |
| MATTHEW E. PRICE | 20.60 | 555.00 | 11,433.00 |
| JOSHUA N. FRIEDMAN | 56.30 | 440.00 | 24,772.00 |
| MARINA K. JENKINS | 29.30 | 395.00 | 11,573.50 |
| CHERYL L. OLSON | 5.00 | 295.00 | 1,475.00 |
| ALLISON CROWE | 2.00 | 245.00 | 490.00 |
| TOTAL | 370.90 | | $251,008.00 |

# FEE APPLICATION

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    45394
MATTER NUMBER    10164


THE TRIBUNE COMPANY                          OCTOBER 31, 2012
435 NORTH MICHIGAN AVENUE                    INVOICE # 9245367
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.


## FEE APPLICATION


FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2012                              $1,859.00

DISBURSEMENTS                                              $0.00
                                                   _____

                    TOTAL INVOICE                      $1,859.00

REMITTANCE COPY
PLEASE RETURN THIS COPY WITH YOUR PAYMENT AND PLACE IN THE ENCLOSED ENVELOPE.

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

Page 1

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9245367

OCTOBER 31, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2012

FEE APPLICATION

MATTER NUMBER- 10164

| | | | | |
|---|---|---|---|---|
| 9/5/2012 | LSR | 0.20 | { L110 } {A106} Drafted email to D. Bradford re Fee Examiner inquiry in connection with Eleventh Quarterly Fee Application. | 97.00 |
| 9/17/2012 | MXP | 0.90 | { L140 } {A111} Reviewed invoices and prepared Excel chart of December 2011 to April 2012 time for the Trustee. | 162.00 |
| 9/17/2012 | LSR | 0.30 | { L120 } {A106} Coordinated with M. Patterson re preparation of time summary for upcoming Quarterly Fee Application. | 145.50 |
| 9/18/2012 | LSR | 0.30 | { L120 } {A106} Worked with F. Sattelmayer re billing issues for upcoming monthly fee application. | 145.50 |
| 9/20/2012 | MXP | 1.60 | { L140 } {A111} Worked on redacting December 2011 to April 2012 invoices. | 288.00 |
| 9/20/2012 | MXP | 1.90 | { L140 } {A111} Reviewed invoices and prepared Excel chart of February 2012 to July 2012 time for the Trustee. | 342.00 |
| 9/24/2012 | LSR | 1.40 | { L210 } {A103} Drafted monthly fee application for February - August 2012. | 679.00 |
| | | 6.60 | PROFESSIONAL SERVICES | $1,859.00 |

**INVOICE TOTAL**

**$1,859.00**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

Page 2

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| LANDON S. RAIFORD | 2.20 | 485.00 | 1,067.00 |
| MARC A. PATTERSON | 4.40 | 180.00 | 792.00 |
| TOTAL | 6.60 | | $1,859.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                              NOVEMBER 30, 2012
435 NORTH MICHIGAN AVENUE                        INVOICE # 9247695
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2012                                    $2,059.00

DISBURSEMENTS                                                  $0.00
                                                 _____

                              TOTAL INVOICE                $2,059.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE        Federal Identification No. 36-2192554

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9247695

NOVEMBER 30, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2012

FEE APPLICATION

MATTER NUMBER- 10164

| | | | | |
|---|---|---|---|---|
| 10/1/2012 | LSR | 0.50 | { L210 } {A101} Prepared fee application for February - August (2012). | 242.50 |
| 10/2/2012 | LSR | 0.60 | { L210 } {A103} Edited fee and expense summary chart requested by debtors' financial advisors. | 291.00 |
| 10/4/2012 | MXP | 2.90 | { L140 } {A111} Reviewed invoices and prepared exhibits to Jenner & Block's fee application and updated fee application re same. | 522.00 |
| 10/9/2012 | DJB | 0.20 | { L190 } {A104} Reviewed and completed monthly fee application. | 200.00 |
| 10/10/2012 | LSR | 0.80 | { L210 } {A104} Conducted final review of Feb. Aug (2012) fee application (.2); drafted Fifteenth Quarterly Fee Application (.6). | 388.00 |
| 10/12/2012 | MXP | 1.50 | { L140 } {A111} Reviewed invoices and prepared excel chart of February 2012 to August 2012 time for the Trustee. | 270.00 |
| 10/12/2012 | LSR | 0.30 | { L210 } {A103} Edited Fifteenth Quarterly Fee Application. | 145.50 |
| | | 6.80 | PROFESSIONAL SERVICES | $2,059.00 |

**INVOICE TOTAL**                                                        **$2,059.00**

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                  Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | .20 | 1,000.00 | 200.00 |
| LANDON S. RAIFORD | 2.20 | 485.00 | 1,067.00 |
| MARC A. PATTERSON | 4.40 | 180.00 | 792.00 |
| TOTAL | 6.80 | | $2,059.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER      45394
MATTER NUMBER      10164

THE TRIBUNE COMPANY                                    DECEMBER 31, 2012
435 NORTH MICHIGAN AVENUE                              INVOICE # 9250109
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2012                                        $ 582.00

DISBURSEMENTS                                                     $0.00
                                                          _____

                              TOTAL INVOICE                      $ 582.00

Page 1

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

THE TRIBUNE COMPANY                                          INVOICE # 9250109
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO,  IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.
                                                            DECEMBER 31, 2012

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2012


FEE APPLICATION                                        MATTER NUMBER- 10164


| | | | | |
|---|---|---|---|---|
| 11/19/2012 | LSR | 0.40 | { L210 } {A103} Edited Tribune fee summary report as requested by Debtors. | 194.00 |
| 11/30/2012 | LSR | 0.80 | { L110 } {A104} Responded to inquiry re calculation of fees in latest invoice (.2); prepared summary of outstanding fees and expenses per Debtors' request (.6). | 388.00 |
| | | 1.20 | PROFESSIONAL SERVICES | $ 582.00 |


**INVOICE TOTAL**                                               **$ 582.00**


**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 1.20 | 485.00 | 582.00 |
| TOTAL | 1.20 | | $ 582.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

# EXHIBIT B

**Exhibit B**

| Category | Amount |
|---|---|
| Out of Town Travel, Scott B. Wilkens, 11/26/2012-11/27/2012; New York, NY; to attend appeal - moot court session | $1,504.79 |
| Outside Professional Services; Counsel Press LLC; JAMS, Inc.; Strut Legal, Inc. | $50,479.82 |
| Photocopy & Printing | $1,035.38 |
| UPS | $30.63 |
| **Total** | **$53,050.62** |