## VERIFICATION

DAVID KURTZ, being duly sworn, deposes and says:

1. I am a Managing Director of Lazard Frères & Co. LLC ("Lazard"), which maintains offices for providing investment banking services at 30 Rockefeller Plaza, New York, New York 10020. Lazard has acted as an investment banker and financial advisor to and rendered professional services on behalf of Tribune Company, et al. (the "Debtors").

2. This affidavit is submitted pursuant to Bankruptcy Code Rule 2016 in connection with Lazard's application (the "Application") for Allowance of Compensation and Reimbursement of Expenses for the time period of November 1, 2012 through and including November 30, 2012 in the amount of **$202,110.68.**

3. All of the services for which compensation is sought by Lazard were performed for and on behalf of the Debtors and not on behalf of any other person.

4. No agreement or understanding exists between Lazard and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

/s/ *David S. Kurtz*

David Kurtz
Managing Director

Sworn to before this 14th day of January 2013

*/s/ Christina K. Celestino*
Christina K. Celestino
Notary Public, State of Illinois
No. 754383
Qualified in Cook County
Commission Expires August 18, 2015