**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period September 1, 2012 through November 30, 2012**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2012 Consolidated Audit | 2,743.10 | $540,000.00 |
| **Subtotal - Fixed Fee Services** | **2,743.10** | **$540,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 0.50 | $250.00 |
| Fresh Start | 312.60 | $142,897.50 |
| Records Management: Phase II | 4.60 | $1,483.50 |
| **Subtotal - Hourly Services** | **317.70** | **$144,631.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 33.10 | $13,375.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **33.10** | **$13,375.00** |
| | | |
| **Total Hours and Compensation** | **3,093.90** | **$698,006.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period September 1, 2012 through November 30, 2012**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2012 Consolidated Audit | 2,743.10 | $540,000.00 |
| **Subtotal - Fixed Fee Services** | **2,743.10** | **$540,000.00** |
| **Total Hours and Compensation** | **2,743.10** | **$540,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2011 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the**

**Period September 1, 2012 through November 30, 2012**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Grant E Hellwarth | Partner | 6.00 |
| L Allen Arnett | Partner | 5.00 |
| Shara L Slattery | Partner | 45.50 |
| Theresa M Gee | Partner | 1.00 |
| William T England | Partner | 37.00 |
| Christopher J King | Senior Managing Director | 1.00 |
| Betsy J Smith | Director | 3.50 |
| Christopher D. Farwell | Director | 1.50 |
| Roger Martin Pearson | Director | 1.00 |
| Thomas L Koops | Director | 38.00 |
| Darrell George Campbell | Senior Manager | 1.00 |
| Justin A Spahn | Senior Manager | 165.50 |
| Anna V Kamenova | Manager | 7.10 |
| Maria Sanchez | Manager | 1.00 |
| Sheri L York | Manager | 171.00 |
| Bhavin Patel | Senior Associate | 366.80 |
| John Robert Craven | Senior Associate | 462.00 |
| Joseph Panganai | Senior Associate | 64.00 |
| Lydia Kuebler | Senior Associate | 79.00 |
| Matthew V Trinh | Senior Associate | 2.00 |
| Allison Rose Williams | Associate | 24.00 |
| Carla Rodriguez | Associate | 4.30 |
| Cristian Corbalán | Associate | 2.50 |
| Cynthia Burna | Associate | 7.50 |
| Douglas Silva | Associate | 8.00 |
| Esteban Panetta | Associate | 3.00 |
| Jeremy Nuzzo | Associate | 18.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period September 1, 2012 through November 30, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Jesus A Popoca | Associate | 9.00 |
| Juan Velazquez | Associate | 3.00 |
| Kelsey Megan Karmell | Associate | 23.00 |
| Lauren L Hemington | Associate | 11.00 |
| Macarena Rojas | Associate | 10.70 |
| Maria Mosi | Associate | 4.00 |
| Matthew William Lynch | Associate | 404.50 |
| Pablo Pecini | Associate | 1.00 |
| Ruben E Martinez | Associate | 0.50 |
| Seth Kinzbrunner | Associate | 3.00 |
| Thomas Bradley Stutesman | Associate | 397.00 |
| Young Lim | Associate | 339.00 |
| James Zachry Digamon | Paraprofessional | 8.90 |
| Michael Lawrence Komro | Paraprofessional | 1.80 |

| | | |
|---|---|---|
| **Total Hours Incurred during Compensation Period** | | **2,743.10** |
| Total Hours Incurred prior to September 1, 2012 | | 1,317.20 |
| **Total Hours Incurred through November 30, 2012** | | **4,060.30** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2012 Consolidated Audit** | | **$540,000.00** |
| **Remaining Payments for 2012 Consolidated Audit** | | **$1,155,000.00** |
| **Total Fixed Fee for 2012 Consolidated Audit** | | **$1,695,000.00** |

| | | |
|---|---|---|
| **Requested Payment - 2012 Consolidated Audit** | **2,743.10** | **$540,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - September 1, 2012 through November 30, 2012**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 717.40 |
| 2000 - Entity Level Controls | 16.10 |
| 3000 - Advertising Revenue and Receivables | 204.60 |
| 3055 - Broadcast Rights Process | 16.00 |
| 3200 - Treasury and Cash Management Process | 3.00 |
| 3400 - Property, Plant & Equipment Process | 28.90 |
| 3450 - Goodwill and Intangibles Process | 12.00 |
| 3600 - Payroll Process | 29.50 |
| 3650 - Benefits Process | 12.00 |
| 3700 - Income Tax Process | 12.00 |
| 8200 - Litigation, Claims and Assessments/Lawyer's Letters | 2.00 |
| 9200 - Q1 Interim Review Procedures | 8.00 |
| 9201 - Q2 Interim Review Procedures | 31.50 |
| 9202 - Q3 Interim Review Procedures | 119.50 |
| 2900 - Information Technology General Controls | 146.80 |
| 9300 - Bankruptcy emergence and fresh start financial statements | 13.10 |
| 9600 - Key Reports Testing | 15.00 |
| CTC Fieldwork | 168.20 |
| KTLA Fieldwork | 130.60 |
| Orlando Fieldwork | 5.50 |
| Sun Sentinel Fieldwork | 168.50 |
| TBC Group Office Fieldwork | 11.00 |
| TPC Group Office Fieldwork | 8.00 |
| WGN-Cable Fieldwork | 30.00 |
| WGN-TV Fieldwork | 69.50 |
| WPIX Fieldwork | 178.50 |
| LAT Fieldwork | 255.80 |
| Liabilities Subject to Compromise | 6.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**

**Summary of Hours - September 1, 2012 through November 30, 2012**

| Category | Hours |
|---|---|
| Blue Lynx Media Fieldwork | 317.80 |
| Corp Fieldwork | 6.30 |
| **Total Hours Incurred for the 2012 Consolidated Audit** | **2,743.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)**  Exhibit C-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $500 | 0.50 | $250.00 |
| **Subtotal - Claims Consulting Services** | | | **0.50** | **$250.00** |
| **Fresh Start** | | | | |
| Archie D Fagot | Partner | $700 | 2.50 | $1,750.00 |
| Cody L Smith | Partner | $693 | 1.00 | $693.00 |
| John A Sandmeier | Partner | $693 | 2.00 | $1,386.00 |
| Robert C Whitley | Partner | $700 | 24.50 | $17,150.00 |
| Shara L Slattery | Partner | $700 | 19.00 | $13,300.00 |
| William T England | Partner | $693 | 2.00 | $1,386.00 |
| Betsy J Smith | Director | $475 | 10.30 | $4,892.50 |
| Daniel Goerlich | Director | $475 | 139.50 | $66,262.50 |
| Justin A Spahn | Senior Manager | $475 | 14.00 | $6,650.00 |
| Phillip Ryan Rossi | Senior Manager | $475 | 0.50 | $237.50 |
| Jeff T Crawford | Senior Associate | $300 | 97.30 | $29,190.00 |
| **Subtotal - Fresh Start** | | | **312.60** | **$142,897.50** |
| **Records Management: Phase II** | | | | |
| Timothy L Abrahams | Director | $350 | 2.30 | $805.00 |
| Rudolph Mayer | Manager | $295 | 2.30 | $678.50 |
| **Subtotal - Records Management: Phase II** | | | **4.60** | **$1,483.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.90 | $495.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 32.20 | $12,880.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **33.10** | **$13,375.00** |
| **Total Hours and Compensation** | | | **350.80** | **$158,006.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 10/30/2012 | Stephen B Danton | Director | 1112H0001: Discussion with M. Melgarajo (Tribune) regarding closure of case and necessary stipulation. | $500.00 | 0.50 | $250.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **0.50** | **$250.00** |
| **Fresh Start** | | | | | | |
| 9/4/2012 | Betsy J Smith | Director | 1112H0002: Research fresh start tax consideration related to Cubs and Newsday partnerships. | $475.00 | 0.30 | $142.50 |
| 9/5/2012 | Shara L Slattery | Partner | 1112H0003: Review the issues log. | $700.00 | 1.00 | $700.00 |
| 9/6/2012 | Betsy J Smith | Director | 1112H0004: Research fresh start tax consideration related to Cubs and Newsday partnerships. | $475.00 | 0.30 | $142.50 |
| 9/12/2012 | Daniel Goerlich | Director | 1112H0005: Update issues log in advance of meeting with Tribune. | $475.00 | 1.00 | $475.00 |
| 9/12/2012 | Daniel Goerlich | Director | 1112H0006: Review preliminary intangibles valuation model and research use of floor value. | $475.00 | 3.00 | $1,425.00 |
| 9/12/2012 | Daniel Goerlich | Director | 1112H0007: Review E&Y intangibles valuation model. | $475.00 | 1.00 | $475.00 |
| 9/12/2012 | Justin A Spahn | Senior Manager | 1112H0008: Review E&Y intangibles valuation model. | $475.00 | 3.00 | $1,425.00 |
| 9/13/2012 | Daniel Goerlich | Director | 1112H0009: Review and update the issues log. | $475.00 | 2.00 | $950.00 |
| 9/13/2012 | Daniel Goerlich | Director | 1112H0010: Research new issue log items proposed by Tribune during meeting. | $475.00 | 3.00 | $1,425.00 |
| 9/13/2012 | Justin A Spahn | Senior Manager | 1112H0011: Review issues log and provide commentary. | $475.00 | 1.00 | $475.00 |
| 9/17/2012 | Justin A Spahn | Senior Manager | 1112H0012: Review real property workpapers and coordinate review with real property valuation team. | $475.00 | 2.00 | $950.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/20/2012 | Daniel Goerlich | Director | 1112H0013: Perform accounting research on fresh start accounting issues (leases and valuation of intangible contracts upon emergence). | $475.00 | 4.00 | $1,900.00 |
| 9/20/2012 | Daniel Goerlich | Director | 1112H0014: Continue to perform accounting research on fresh start accounting issues (leases and valuation of intangible contracts upon emergence). | $475.00 | 2.00 | $950.00 |
| 9/20/2012 | Shara L Slattery | Partner | 1112H0015: Review E&Y intangibles valuation model in advance of meeting. | $700.00 | 1.00 | $700.00 |
| 9/20/2012 | Shara L Slattery | Partner | 1112H0016: Discuss intangibles valuation model with E&Y, B. Litman, N. Chakiris, L. Hammond (Tribune), D. Goerlich, J. Spahn, and C. Whitley (PwC). | $700.00 | 2.00 | $1,400.00 |
| 9/20/2012 | Robert C Whitley | Partner | 1112H0017: Discuss intangibles valuation model with E&Y, B. Litman, N. Chakiris, L. Hammond (Tribune), D. Goerlich, J. Spahn, and S. Slattery (PwC). | $700.00 | 2.00 | $1,400.00 |
| 9/20/2012 | Justin A Spahn | Senior Manager | 1112H0018: Discuss intangibles valuation model with E&Y, B. Litman, N. Chakiris, L. Hammond (Tribune), D. Goerlich, S. Slattery, and C. Whitley (PwC). | $475.00 | 2.00 | $950.00 |
| 9/20/2012 | Daniel Goerlich | Director | 1112H0019: Discuss intangibles valuation model with E&Y, B. Litman, N. Chakiris, L. Hammond (Tribune), S. Slattery, J. Spahn, and C. Whitley (PwC). | $475.00 | 2.00 | $950.00 |
| 9/21/2012 | Robert C Whitley | Partner | 1112H0020: Review E&Y intangibles valuation model. | $700.00 | 1.00 | $700.00 |
| 9/26/2012 | Daniel Goerlich | Director | 1112H0021: Perform research on presentation of equity upon emergence. | $475.00 | 3.00 | $1,425.00 |
| 9/26/2012 | Daniel Goerlich | Director | 1112H0022: Perform research on lease classification and recognition upon emergence. | $475.00 | 3.00 | $1,425.00 |
| 9/26/2012 | Jeff T Crawford | Senior Associate | 1112H0023: Review accounting matters whitepapers and process proposed edits. | $300.00 | 2.00 | $600.00 |
| 9/26/2012 | Jeff T Crawford | Senior Associate | 1112H0024: Perform research of accounting treatment for the extinguishment of equity upon fresh start. | $300.00 | 2.00 | $600.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/27/2012 | Daniel Goerlich | Director | 1112H0025: Discuss lease accounting implications of fresh start accounting with N. Chakiris and M. Rodrigues (Tribune). | $475.00 | 1.50 | $712.50 |
| 9/27/2012 | Daniel Goerlich | Director | 1112H0026: Perform research on benchmark companies. | $475.00 | 2.50 | $1,187.50 |
| 9/27/2012 | Jeff T Crawford | Senior Associate | 1112H0027: Perform research of accounting treatment for the extinguishment of equity upon fresh start. | $300.00 | 5.00 | $1,500.00 |
| 9/28/2012 | Daniel Goerlich | Director | 1112H0028: Review E&Y intangibles valuation model. | $475.00 | 1.00 | $475.00 |
| 9/28/2012 | Daniel Goerlich | Director | 1112H0029: Research presentation of equity on comparable companies upon emergence. | $475.00 | 2.00 | $950.00 |
| 9/28/2012 | Jeff T Crawford | Senior Associate | 1112H0030: Perform research of accounting treatment for the extinguishment of equity upon fresh start. | $300.00 | 5.00 | $1,500.00 |
| 10/11/2012 | Jeff T Crawford | Senior Associate | 1112H0031: Discuss updated issues log and status with B. Litman, N. Chakiris, L. Hammond, J. Doyle (Tribune), J. Spahn, D. Goerlich, and S. Slattery (PwC). | $300.00 | 1.50 | $450.00 |
| 10/2/2012 | Robert C Whitley | Partner | 1112H0032: Perform research regarding leveraged partnership accounting upon emergence. | $700.00 | 1.00 | $700.00 |
| 10/2/2012 | Daniel Goerlich | Director | 1112H0033: Research classification of equity upon cancellation at time of emergence by comparable filers. | $475.00 | 1.00 | $475.00 |
| 10/2/2012 | Jeff T Crawford | Senior Associate | 1112H0034: Research accounting and classification of cancellation of predecessor equity upon emergence. | $300.00 | 0.70 | $210.00 |
| 10/3/2012 | Betsy J Smith | Director | 1112H0035: Review S-Corp to C-Corp conversion whitepaper. | $475.00 | 0.30 | $142.50 |
| 10/3/2012 | Daniel Goerlich | Director | 1112H0036: Review prior year working papers to understand the historical accounting for the leveraged partnerships. | $475.00 | 4.00 | $1,900.00 |
| 10/3/2012 | Daniel Goerlich | Director | 1112H0037: Continue to review prior year working papers to understand the historical accounting for the leveraged partnerships. | $475.00 | 2.00 | $950.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/4/2012 | Daniel Goerlich | Director | 1112H0038: Research classification of equity upon cancellation at time of emergence by comparable filers. | $475.00 | 3.00 | $1,425.00 |
| 10/4/2012 | Jeff T Crawford | Senior Associate | 1112H0039: Research and prepare whitepaper on accounting and classification of cancellation of predecessor equity upon emergence. | $300.00 | 4.00 | $1,200.00 |
| 10/4/2012 | Jeff T Crawford | Senior Associate | 1112H0040: Continue to research and prepare whitepaper on accounting and classification of cancellation of predecessor equity upon emergence. | $300.00 | 4.00 | $1,200.00 |
| 10/5/2012 | Shara L Slattery | Partner | 1112H0041: Prepare for meeting with Tribune and team to discuss the updated issues log. | $700.00 | 0.50 | $350.00 |
| 10/5/2012 | Jeff T Crawford | Senior Associate | 1112H0042: Review issues log and prepare discussion in advance of meeting. | $300.00 | 4.00 | $1,200.00 |
| 10/5/2012 | Shara L Slattery | Partner | 1112H0043: Discuss updated issues log with N. Chakiris, L. Hammond, J. Doyle (Tribune), D. Goerlich and J. Crawford (PwC). | $700.00 | 1.50 | $1,050.00 |
| 10/5/2012 | Daniel Goerlich | Director | 1112H0044: Discuss updated issues log with N. Chakiris, L. Hammond, J. Doyle (Tribune), S. Slattery and J. Crawford (PwC). | $475.00 | 1.50 | $712.50 |
| 10/5/2012 | Jeff T Crawford | Senior Associate | 1112H0045: Discuss updated issues log with N. Chakiris, L. Hammond, J. Doyle (Tribune), S. Slattery and D. Goerlich (PwC). | $300.00 | 1.50 | $450.00 |
| 10/5/2012 | Justin A Spahn | Senior Manager | 1112H0046: Review issues log. | $475.00 | 2.50 | $1,187.50 |
| 10/5/2012 | Daniel Goerlich | Director | 1112H0047: Perform research on classification of equity upon cancellation and lease valuation methodology. | $475.00 | 1.50 | $712.50 |
| 10/8/2012 | Jeff T Crawford | Senior Associate | 1112H0048: Research classification of equity upon cancellation at time of emergence by comparable filers. | $300.00 | 3.00 | $900.00 |
| 10/10/2012 | Daniel Goerlich | Director | 1112H0049: Research and document conclusions related to accounting for leases and equity cancellation upon emergence. | $475.00 | 3.00 | $1,425.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/10/2012 | Jeff T Crawford | Senior Associate | 1112H0050: Research and document conclusions related to accounting for leases and equity cancellation upon emergence. | $300.00 | 4.00 | $1,200.00 |
| 10/10/2012 | Jeff T Crawford | Senior Associate | 1112H0051: Continue to research and document conclusions related to accounting for leases and equity cancellation upon emergence. | $300.00 | 2.50 | $750.00 |
| 10/11/2012 | Shara L Slattery | Partner | 1112H0052: Prepare for meeting with Tribune and team to discuss the updated issues log. | $700.00 | 0.50 | $350.00 |
| 10/11/2012 | Justin A Spahn | Senior Manager | 1112H0053: Discuss updated issues log and status with B. Litman, N. Chakiris, L. Hammond, J. Doyle (Tribune), S. Slattery, D. Goerlich, and J. Crawford (PwC). | $475.00 | 1.50 | $712.50 |
| 10/11/2012 | Daniel Goerlich | Director | 1112H0054: Discuss updated issues log and status with B. Litman, N. Chakiris, L. Hammond, J. Doyle (Tribune), S. Slattery, J. Spahn, and J. Crawford (PwC). | $475.00 | 1.50 | $712.50 |
| 10/11/2012 | Shara L Slattery | Partner | 1112H0055: Discuss updated issues log and status with B. Litman, N. Chakiris, L. Hammond, J. Doyle (Tribune), J. Spahn, D. Goerlich, and J. Crawford (PwC). | $700.00 | 1.50 | $1,050.00 |
| 10/11/2012 | Robert C Whitley | Partner | 1112H0056: Review research regarding leveraged partnership accounting upon emergence. | $700.00 | 3.50 | $2,450.00 |
| 10/11/2012 | Robert C Whitley | Partner | 1112H0057: Continue to review research regarding leveraged partnership accounting upon emergence. | $700.00 | 2.00 | $1,400.00 |
| 10/11/2012 | Daniel Goerlich | Director | 1112H0058: Perform research on accounting for debt issue costs for exit financing whether the debt will survive the bankruptcy emergence. | $475.00 | 4.00 | $1,900.00 |
| 10/11/2012 | Daniel Goerlich | Director | 1112H0059: Continue to perform research on accounting for debt issue costs for exit financing whether the debt will survive the bankruptcy emergence. | $475.00 | 1.50 | $712.50 |
| 10/11/2012 | Jeff T Crawford | Senior Associate | 1112H0060: Research accounting for cancellation of equity upon emergence. | $300.00 | 3.00 | $900.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/11/2012 | Jeff T Crawford | Senior Associate | 1112H0061: Continue to research accounting for cancellation of equity upon emergence. | $300.00 | 3.50 | $1,050.00 |
| 10/12/2012 | Daniel Goerlich | Director | 1112H0062: Review open questions and requests for real estate, personal property, and intangible asset valuations and aggregate questions for discussion with E&Y. | $475.00 | 2.00 | $950.00 |
| 10/15/2012 | Jeff T Crawford | Senior Associate | 1112H0063: Update documentation for versions of whitepapers sent to client. | $300.00 | 4.00 | $1,200.00 |
| 10/16/2012 | Jeff T Crawford | Senior Associate | 1112H0064: Perform research on accounting for lease related balances pursuant to fresh start accounting. | $300.00 | 3.00 | $900.00 |
| 10/17/2012 | Jeff T Crawford | Senior Associate | 1112H0065: Review the progress of research on lease related balances. | $300.00 | 1.00 | $300.00 |
| 10/18/2012 | Daniel Goerlich | Director | 1112H0066: Accounting research on intangible asset accounting for commitments not yet effective and best practices from benchmark companies on accounting for unfavorable/favorable contracts. | $475.00 | 4.00 | $1,900.00 |
| 10/19/2012 | Robert C Whitley | Partner | 1112H0067: Review research on affiliate relationship accounting and valuation as unfavorable versus favorable contracts. | $700.00 | 0.50 | $350.00 |
| 10/24/2012 | Daniel Goerlich | Director | 1112H0068: Discuss scope and methodology of broadcast rights valuation with G. Mazzaferri, C. Connaughton, N. Chakiris, B. Litman, J. Doyle (Tribune), J. Spahn and S. Slattery (PwC). | $475.00 | 1.00 | $475.00 |
| 10/19/2012 | Jeff T Crawford | Senior Associate | 1112H0069: Update reorganized value memo to address the appropriate comments from Tribune management. | $300.00 | 4.00 | $1,200.00 |
| 10/22/2012 | Jeff T Crawford | Senior Associate | 1112H0070: Research fresh start tax consideration related to Cubs and Newsday partnerships. | $300.00 | 2.50 | $750.00 |
| 10/23/2012 | Daniel Goerlich | Director | 1112H0071: Review research fresh start tax consideration related to Cubs and Newsday partnerships. | $475.00 | 4.00 | $1,900.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/23/2012 | Daniel Goerlich | Director | 1112H0072: Perform research of accounting treatment by comparable companies for debt issuance costs associated with emergence financing. | $475.00 | 4.00 | $1,900.00 |
| 10/24/2012 | Robert C Whitley | Partner | 1112H0073: Discuss tax accounting treatment for S-Corp to C-Corp conversion upon emergence with D. Goerlich (PwC). | $700.00 | 1.00 | $700.00 |
| 10/24/2012 | Daniel Goerlich | Director | 1112H0074: Discuss tax accounting treatment for S-Corp to C-Corp conversion upon emergence with C. Whitley (PwC). | $475.00 | 1.00 | $475.00 |
| 10/24/2012 | Daniel Goerlich | Director | 1112H0075: Perform research and update whitepaper for accounting for S-Corp to C-corp upon emergence. | $475.00 | 2.00 | $950.00 |
| 10/24/2012 | Shara L Slattery | Partner | 1112H0076: Discuss scope and methodology of broadcast rights valuation with G. Mazzaferri, C. Connaughton, N. Chakiris, B. Litman, J. Doyle (Tribune), J. Spahn and D. Goerlich (PwC). | $700.00 | 1.00 | $700.00 |
| 10/24/2012 | Justin A Spahn | Senior Manager | 1112H0077: Discuss scope and methodology of broadcast rights valuation with G. Mazzaferri, C. Connaughton, N. Chakiris, B. Litman, J. Doyle (Tribune), D. Goerlich and S. Slattery (PwC). | $475.00 | 1.00 | $475.00 |
| 10/25/2012 | Betsy J Smith | Director | 1112H0078: Research fresh start tax consideration related to Cubs and Newsday partnerships. | $475.00 | 1.00 | $475.00 |
| 10/25/2012 | Daniel Goerlich | Director | 1112H0079: Research fresh start tax consideration related to Cubs and Newsday partnerships. | $475.00 | 1.00 | $475.00 |
| 10/26/2012 | Robert C Whitley | Partner | 1112H0080: Review the updated issues log. | $700.00 | 1.50 | $1,050.00 |
| 10/26/2012 | Jeff T Crawford | Senior Associate | 1112H0081: Review the issues log and perform updates to primary and secondary issues. | $300.00 | 0.50 | $150.00 |
| 10/29/2012 | Daniel Goerlich | Director | 1112H0082: Review equity method investments valuations and aggregate questions and comments for Tribune. | $475.00 | 2.00 | $950.00 |
| 10/29/2012 | Jeff T Crawford | Senior Associate | 1112H0083: Review unfavorable contracts and the appropriate accounting pursuant to fresh start. | $300.00 | 3.00 | $900.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/30/2012 | Daniel Goerlich | Director | 1112H0084: Perform research of accounting for debt issuance costs related to emergence financing. | $475.00 | 2.00 | $950.00 |
| 10/30/2012 | Jeff T Crawford | Senior Associate | 1112H0085: Research unfavorable contracts related to affiliate relationships. | $300.00 | 3.20 | $960.00 |
| 10/31/2012 | Daniel Goerlich | Director | 1112H0086: Research implications of equity method investments on valuation and accounting for affiliation relationships. | $475.00 | 2.00 | $950.00 |
| 10/31/2012 | Jeff T Crawford | Senior Associate | 1112H0087: Continue to research on unfavorable contracts related to affiliate relationships. | $300.00 | 4.00 | $1,200.00 |
| 11/1/2012 | Daniel Goerlich | Director | 1112H0088: Research on cancellation of intercompany gain/loss on equity method investees. | $475.00 | 1.00 | $475.00 |
| 11/1/2012 | Daniel Goerlich | Director | 1112H0089: Research the accounting and valuation for favorable and unfavorable contracts with equity method investees in fresh start reporting. | $475.00 | 1.00 | $475.00 |
| 11/2/2012 | Betsy J Smith | Director | 1112H0090: Research various tax matters related to emergence. | $475.00 | 0.30 | $142.50 |
| 11/6/2012 | Shara L Slattery | Partner | 1112H0091: Prepare materiality analysis and memo for use in assessing convenience date. | $700.00 | 4.00 | $2,800.00 |
| 11/6/2012 | Betsy J Smith | Director | 1112H0092: Research various tax matters related to emergence. | $475.00 | 0.80 | $380.00 |
| 11/6/2012 | Jeff T Crawford | Senior Associate | 1112H0093: Review affiliate arrangements. | $300.00 | 0.50 | $150.00 |
| 11/8/2012 | Shara L Slattery | Partner | 1112H0094: Review accounting whitepapers. | $700.00 | 0.50 | $350.00 |
| 11/8/2012 | Daniel Goerlich | Director | 1112H0095: Perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 4.00 | $1,900.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/8/2012 | Daniel Goerlich | Director | 1112H0096: Continue to perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 4.00 | $1,900.00 |
| 11/8/2012 | Jeff T Crawford | Senior Associate | 1112H0097: Research and documentation of accounting considerations related to CareerBuilder's and Classified Venture's affiliate arrangements with Tribune. | $300.00 | 3.30 | $990.00 |
| 11/8/2012 | Jeff T Crawford | Senior Associate | 1112H0098: Continue to research and documentation of accounting considerations related to CareerBuilder's and Classified Venture's affiliate arrangements with Tribune. | $300.00 | 4.70 | $1,410.00 |
| 11/9/2012 | Daniel Goerlich | Director | 1112H0099: Perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 2.80 | $1,330.00 |
| 11/9/2012 | Daniel Goerlich | Director | 1112H0100: Continue to perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 3.20 | $1,520.00 |
| 11/11/2012 | Daniel Goerlich | Director | 1112H0101: Perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 3.00 | $1,425.00 |
| 11/11/2012 | Jeff T Crawford | Senior Associate | 1112H0102: Compile accounting examples of alternatives to the affiliate arrangements. | $300.00 | 1.50 | $450.00 |
| 11/12/2012 | Daniel Goerlich | Director | 1112H0103: Perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 1.50 | $712.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/16/2012 | Robert C Whitley | Partner | 1112H0104: Review all pending accounting whitepapers as well as plan of reorganization for conditions precedent to emergence. | $700.00 | 1.00 | $700.00 |
| 11/19/2012 | Robert C Whitley | Partner | 1112H0105: Review all pending accounting whitepapers as well as plan of reorganization for conditions precedent to emergence. | $700.00 | 4.00 | $2,800.00 |
| 11/19/2012 | Daniel Goerlich | Director | 1112H0106: Review approved plan of reorganization to understand implications as Tribune nears emergence. | $475.00 | 4.00 | $1,900.00 |
| 11/19/2012 | Jeff T Crawford | Senior Associate | 1112H0107: Review how to account for affiliate arrangements between Tribune and its equity method investees. | $300.00 | 3.50 | $1,050.00 |
| 11/20/2012 | Shara L Slattery | Partner | 1112H0108: Review the issues log and whitepaper edits. | $700.00 | 2.00 | $1,400.00 |
| 11/20/2012 | Cody L Smith | Partner | 1112H0109: Research the accounting and valuation for favorable and unfavorable contracts with equity method investees in fresh start reporting. | $693.00 | 1.00 | $693.00 |
| 11/20/2012 | Robert C Whitley | Partner | 1112H0110: Review all pending accounting whitepapers as well as plan of reorganization for conditions precedent to emergence. | $700.00 | 2.00 | $1,400.00 |
| 11/20/2012 | Daniel Goerlich | Director | 1112H0111: Aggregate list of open items and questions from review of the various valuation analyses and update the tracking of in-process valuation review for Tribune management. | $475.00 | 2.00 | $950.00 |
| 11/20/2012 | Daniel Goerlich | Director | 1112H0112: Research the accounting and valuation for favorable and unfavorable contracts with equity method investees in fresh start reporting and presentation on the income statement. | $475.00 | 4.00 | $1,900.00 |
| 11/20/2012 | Phillip Ryan Rossi | Senior Manager | 1112H0113: Research the accounting and valuation for favorable and unfavorable contracts with equity method investees in fresh start reporting. | $475.00 | 0.50 | $237.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/21/2012 | Robert C Whitley | Partner | 1112H0114: Review of all pending accounting whitepapers as well as plan of reorganization for conditions precedent to emergence. | $700.00 | 2.00 | $1,400.00 |
| 11/21/2012 | Daniel Goerlich | Director | 1112H0115: Perform research surrounding the E&Y submitted cash flow data supporting the intangible asset values as well as allocations to reporting units under US GAAP. | $475.00 | 4.50 | $2,137.50 |
| 11/21/2012 | Jeff T Crawford | Senior Associate | 1112H0116: Update the issues log. | $300.00 | 0.50 | $150.00 |
| 11/26/2012 | Shara L Slattery | Partner | 1112H0117: Review the issues log edits and accounting whitepapers. | $700.00 | 1.50 | $1,050.00 |
| 11/26/2012 | Betsy J Smith | Director | 1112H0118: Research various tax matters related to emergence. | $475.00 | 0.30 | $142.50 |
| 11/26/2012 | Daniel Goerlich | Director | 1112H0119: Perform research regarding consideration of the gap in time from the date of the Lazard determined reorganization value and the expected date of emergence. | $475.00 | 5.00 | $2,375.00 |
| 11/26/2012 | Daniel Goerlich | Director | 1112H0120: Continue to perform research regarding consideration of the gap in time from the date of the Lazard determined reorganization value and the expected date of emergence. | $475.00 | 3.00 | $1,425.00 |
| 11/26/2012 | Jeff T Crawford | Senior Associate | 1112H0121: Research PwC Consulting Insights to determine appropriate accounting for affiliate arrangements. | $300.00 | 1.00 | $300.00 |
| 11/26/2012 | Jeff T Crawford | Senior Associate | 1112H0122: Review valuation schedules for CareerBuilder and Classified Ventures to understand valuation methodologies for such arrangements. | $300.00 | 3.00 | $900.00 |
| 11/27/2012 | Shara L Slattery | Partner | 1112H0123: Review accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 11/27/2012 | Betsy J Smith | Director | 1112H0124: Research various tax matters related to emergence. | $475.00 | 0.50 | $237.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/27/2012 | Daniel Goerlich | Director | 1112H0125: Perform research on the implications of using floor value on the fixed asset, real property and intangible asset valuations. | $475.00 | 5.00 | $2,375.00 |
| 11/27/2012 | Jeff T Crawford | Senior Associate | 1112H0126: Update the issues log. | $300.00 | 3.40 | $1,020.00 |
| 11/28/2012 | Shara L Slattery | Partner | 1112H0127: Review accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 11/28/2012 | Betsy J Smith | Director | 1112H0128: Review and edit S-Corp to C-Corp conversion whitepaper. | $475.00 | 1.00 | $475.00 |
| 11/28/2012 | Daniel Goerlich | Director | 1112H0129: Perform research on the implications of using floor value on the fixed asset, real property and intangible asset valuations. | $475.00 | 5.50 | $2,612.50 |
| 11/28/2012 | Daniel Goerlich | Director | 1112H0130: Continue to perform research on the implications of using floor value on the fixed asset, real property and intangible asset valuations. | $475.00 | 5.00 | $2,375.00 |
| 11/28/2012 | Jeff T Crawford | Senior Associate | 1112H0131: Research on allocation of goodwill to reporting units and research on discounting broadcast rights under FAS 141R. | $300.00 | 5.00 | $1,500.00 |
| 11/28/2012 | Archie D Fagot | Partner | 1112H0132: Review S-Corp to C-Corp conversion whitepaper and review materials provided by Tribune. | $700.00 | 1.00 | $700.00 |
| 11/29/2012 | Betsy J Smith | Director | 1112H0133: Research various tax matters related to emergence. | $475.00 | 3.50 | $1,662.50 |
| 11/29/2012 | Betsy J Smith | Director | 1112H0134: Review S-Corp to C-Corp accounting whitepaper. | $475.00 | 0.50 | $237.50 |
| 11/29/2012 | Archie D Fagot | Partner | 1112H0135: Meeting with P. Shanahan, M. Melgarejo (Tribune) and B. Smith (PwC) to discuss tax opinions Tribune will obtain related to pre and post emergence tax matters. | $700.00 | 0.50 | $350.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/29/2012 | Betsy J Smith | Director | 1112H0136: Meeting with P. Shanahan, M. Melgarejo (Tribune) and A. Fagot (PwC) to discuss tax opinions Tribune will obtain related to pre and post emergence tax matters. | $475.00 | 0.50 | $237.50 |
| 11/29/2012 | John A Sandmeier | Partner | 1112H0137: Review Tribune prepared discussion materials in advance of meeting with management. | $693.00 | 1.00 | $693.00 |
| 11/29/2012 | William T England | Partner | 1112H0138: Review Tribune prepared discussion materials in advance of meeting with management. | $693.00 | 1.00 | $693.00 |
| 11/29/2012 | Betsy J Smith | Director | 1112H0139: Meeting to discuss tax implications of restructuring and emergence with Tribune management and J. Sandmeier, A. Fagot, B. England, C. Whitley, and J. Spahn (PwC). | $475.00 | 1.00 | $475.00 |
| 11/29/2012 | Robert C Whitley | Partner | 1112H0140: Review of all pending accounting whitepapers as well as plan of reorganization for conditions precedent to emergence. | $700.00 | 2.00 | $1,400.00 |
| 11/29/2012 | Robert C Whitley | Partner | 1112H0141: Meeting to discuss tax implications of restructuring and emergence with Tribune management and J. Sandmeier, A. Fagot, B. England, B. Smith, and J. Spahn (PwC). | $700.00 | 1.00 | $700.00 |
| 11/29/2012 | John A Sandmeier | Partner | 1112H0142: Meeting to discuss tax implications of restructuring and emergence with Tribune management and B. Smith, A. Fagot, B. England, C. Whitley, and J. Spahn (PwC). | $693.00 | 1.00 | $693.00 |
| 11/29/2012 | William T England | Partner | 1112H0143: Meeting to discuss tax implications of restructuring and emergence with Tribune management and J. Sandmeier, A. Fagot, B. Smith, C. Whitley, and J. Spahn (PwC). | $693.00 | 1.00 | $693.00 |
| 11/29/2012 | Daniel Goerlich | Director | 1112H0144: Perform research regarding consideration of the gap in time from the date of the Lazard determined reorganization value and the expected date of emergence. | $475.00 | 2.00 | $950.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 11/29/2012 | Justin A Spahn | Senior Manager | 1112H0145: Meeting to discuss tax implications of restructuring and emergence with Tribune management and J. Sandmeier, A. Fagot, B. England, C. Whitley, and B. Smith (PwC). | $475.00 | 1.00 | $475.00 |
| 11/29/2012 | Archie D Fagot | Partner | 1112H0146: Meeting to discuss tax implications of restructuring and emergence with Tribune management and J. Sandmeier, B. Smith, B. England, C. Whitley, and J. Spahn (PwC). | $700.00 | 1.00 | $700.00 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **312.60** | **$142,897.50** |
| **Records Management: Phase II** | | | | | | |
| 11/15/2012 | Timothy L Abrahams | Director | 1112H0147: Meeting with T. Caputo and J. Janecek (Tribune) and R. Mayer (PwC) to discuss IRM strategy, program components and roll-out). | $350.00 | 0.70 | $245.00 |
| 11/15/2012 | Rudolph Mayer | Manager | 1112H0148: Meeting with T. Caputo and J. Janecek (Tribune) and T. Abrahams (PwC) to discuss IRM strategy, program components and roll-out). | $295.00 | 0.70 | $206.50 |
| 11/15/2012 | Timothy L Abrahams | Director | 1112H0149: Continuation of meeting with T. Caputo and J. Janecek (Tribune) and R. Mayer (PwC) to discuss IRM strategy, program components and roll-out. | $350.00 | 1.60 | $560.00 |
| 11/15/2012 | Rudolph Mayer | Manager | 1112H0150: Continuation of meeting with T. Caputo and J. Janecek (Tribune) and T. Abrahams (PwC) to discuss IRM strategy, program components and roll-out. | $295.00 | 1.60 | $472.00 |
| **Subtotal - Hours and Compensation for Records Management: Phase II** | | | | | **4.60** | **$1,483.50** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/6/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0151: Review responses to the 11th Interim Fee Examiner Report provided by the respective teams for meeting with the Fee Examiner on Friday. | $400.00 | 0.40 | $160.00 |
| 9/7/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0152: Meeting with J. Theil (Fee Examiner) to review the responses to the 11th Interim Fee Examiner Report. | $400.00 | 0.20 | $80.00 |
| 9/17/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0153: Incorporate the August 2012 time details. | $400.00 | 2.10 | $840.00 |
| 9/17/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0154: Incorporate the August 2012 expense details. | $400.00 | 2.00 | $800.00 |
| 10/2/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0155: Review the June through August 2012 Monthly Fee Application. | $400.00 | 3.50 | $1,400.00 |
| 10/3/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0156: Review the June through August 2012 Monthly Fee Application. | $400.00 | 4.60 | $1,840.00 |
| 10/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0157: Review the 12th Fee Examiner Report and send email to R. Mayer (PwC) for response. | $400.00 | 1.00 | $400.00 |
| 10/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0158: Review the June through August 2012 Monthly Fee Application. | $400.00 | 4.30 | $1,720.00 |
| 10/10/2012 | Andrea Clark Smith | Director (Bankruptcy) | 1112H0159: Review the June through August 2012 Monthly Fee Application and provide feedback regarding compliance with Compensation procedures. | $550.00 | 0.90 | $495.00 |
| 10/10/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0160: Review the July through August 2012 Monthly Fee Application exhibits and process revisions. | $400.00 | 4.10 | $1,640.00 |
| 10/10/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0161: Review the July through August 2012 Monthly Fee Application Narrative. | $400.00 | 1.30 | $520.00 |
| 10/10/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0162: Prepare the 15th Interim Fee Application. | $400.00 | 1.00 | $400.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 10/12/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0163: Finalize 15th Interim Fee Application and distribute to Counsel. | $400.00 | 1.00 | $400.00 |
| 10/12/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0164: Prepare the September 2012 time consolidator. | $400.00 | 2.40 | $960.00 |
| 11/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0167: Incorporate the October 2012 time details. | $400.00 | 3.30 | $1,320.00 |
| 11/9/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1112H0168: Incorporate the October 2012 expense details. | $400.00 | 1.00 | $400.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | 33.10 | $13,375.00 |
| **Total Hours and Compensation** | | | | | 350.80 | $158,006.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period September 1, 2012 through November 30, 2012**

| Transaction Type | Total Expenditures |
|---|---|
| **2012 Consolidated Audit** | |
| Research | $0.00 |
| **Subtotal - 2012 Consolidated Audit** | **$0.00** |
| **Fresh Start** | |
| Airfare | $3,910.60 |
| Lodging | $3,619.46 |
| Meals | $380.00 |
| Parking | $420.00 |
| Public/ground transportation | $399.01 |
| **Subtotal - Fresh Start** | **$8,729.07** |
| **Total Expenditures** | **$8,729.07** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, January 09, 2013

TRIBUNE COMPANY., et al (Case 08-13141)

Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period September 1, 2012 through November 30, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2012 Consolidated Audit** | | | | |
| 3/31/2012 | PricewaterhouseCoopers | Research | 1112E0001: MARKET RESEARCH - FOR Q1 2012 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. THIS EXPENSE WAS ORIGINALLY BILLED WITHIN THE 33RD APPLICATION AND THEN AGAIN IN THE 34TH FEE APPLICATION. THIS ENTRY IS TO REVERSE THE DUPLICATE EXPENSE CHARGE. | ($1,350.00) |
| 9/30/2012 | PricewaterhouseCoopers | Research | 1112E0002: MARKET RESEARCH - FOR Q3 2012 COMPILATION REPORT ON TELEVISION REVENUE SURVEY. | $1,350.00 |
| Subtotal - 2012 Consolidated Audit | | | | $0.00 |
| **Fresh Start** | | | | |
| 9/11/2012 | Daniel Goerlich | Airfare | 1112E0003: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 09/11/12 TO 09/14/12. | $261.54 |
| 9/11/2012 | Daniel Goerlich | Meals | 1112E0004: FRONTERA GRILL INC CHICAGO IL - DINNER - SELF. | $50.00 |
| 9/12/2012 | Daniel Goerlich | Meals | 1112E0005: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.51 |
| 9/13/2012 | Daniel Goerlich | Meals | 1112E0006: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $10.00 |
| 9/14/2012 | Daniel Goerlich | Parking | 1112E0007: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 4 DAYS. | $60.00 |
| 9/14/2012 | Daniel Goerlich | Public/ground transportation | 1112E0008: CHICAGO TAXI 1 GLOBE LONG ISLAND CITY NY - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $36.30 |
| 9/15/2012 | Daniel Goerlich | Lodging | 1112E0009: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 09/11/12 TO 09/14/12 (3 NIGHTS). | $790.39 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 9/20/2012 | Daniel Goerlich | Airfare | 1112E0010: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 09/20/12 TO 09/21/12. | $335.82 |
| 9/20/2012 | Daniel Goerlich | Public/ground transportation | 1112E0011: DNC TRAVEL - DETROIT DETROIT MI - TAXI FROM HOME TO DETROIT AIRPORT. | $13.34 |
| 9/21/2012 | Daniel Goerlich | Meals | 1112E0012: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $7.62 |
| 9/21/2012 | Daniel Goerlich | Parking | 1112E0013: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 2 DAYS. | $40.00 |
| 9/21/2012 | Daniel Goerlich | Public/ground transportation | 1112E0014: VTS SUN TAXI VTS SUN LONG ISLAND CITY NY - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $37.26 |
| 9/22/2012 | Daniel Goerlich | Lodging | 1112E0015: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 09/20/12 TO 09/21/12 (1 NIGHT). | $282.22 |
| 9/26/2012 | Daniel Goerlich | Airfare | 1112E0016: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 09/26/12 TO 09/27/12. | $420.58 |
| 9/26/2012 | Daniel Goerlich | Meals | 1112E0017: EINSTEIN BROS BAGELS DETROIT MI - BREAKFAST - SELF. | $5.29 |
| 9/27/2012 | Daniel Goerlich | Meals | 1112E0018: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.74 |
| 9/27/2012 | Daniel Goerlich | Meals | 1112E0019: HARRY CARAYS 7TH INN CHICAGO IL - DINNER - SELF. | $29.86 |
| 9/27/2012 | Daniel Goerlich | Parking | 1112E0020: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 2 DAYS. | $40.00 |
| 9/28/2012 | Daniel Goerlich | Lodging | 1112E0021: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 09/26/12 TO 09/27/12 (1 NIGHT). | $371.02 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY**, et al (Case 08-13141)

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 10/4/2012 | Daniel Goerlich | Airfare | 1112E0022: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 10/04/12 TO 10/05/12. | $420.58 |
| 10/4/2012 | Daniel Goerlich | Meals | 1112E0023: EINSTEIN BROS BAGELS DETROIT MI - BREAKFAST - SELF. | $5.33 |
| 10/5/2012 | Daniel Goerlich | Meals | 1112E0024: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST - SELF. | $5.54 |
| 10/5/2012 | Daniel Goerlich | Meals | 1112E0025: HARRY CARAYS 7TH INN CHICAGO IL - DINNER - SELF. | $44.60 |
| 10/5/2012 | Daniel Goerlich | Parking | 1112E0026: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 2 DAYS. | $40.00 |
| 10/5/2012 | Jeff T Crawford | Public/ground transportation | 1112E0027: YOUR-TAXICAB-RECEIPT CHICAGO IL - TAXI FROM PWC OFFICE TO TRIBUNE BUILDING TO BRING LARGE VOLUME OF PRINTED MATERIALS FOR A MEETING. | $7.65 |
| 10/6/2012 | Daniel Goerlich | Lodging | 1112E0028: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 10/04/12 TO 10/05/12 (1 NIGHT). | $318.01 |
| 10/10/2012 | Daniel Goerlich | Airfare | 1112E0029: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 10/10/12 TO 10/12/12. | $420.58 |
| 10/11/2012 | Robert C Whitley | Airfare | 1112E0030: UNITED AIRLINES MIAMI LAKES FL - ECONOMY ONE-WAY AIRFARE BOSTON, MA TO CHICAGO, IL. | $203.86 |
| 10/11/2012 | Robert C Whitley | Meals | 1112E0031: PRIMEHOUSE RESTAURAN CHICAGO IL - DINNER WITH D. GOERLICH AND SELF. | $100.00 |
| 10/11/2012 | Robert C Whitley | Airfare | 1112E0032: UNITED AIRLINES HOUSTON TX - AIRLINE CHANGE FEE ON 11/11/2012 DUE TO CHANGE IN MEETING SCHEDULES. | $49.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.

Exhibit D-2

**TRIBUNE COMPANY**, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period September 1, 2012 through November 30, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 10/11/2012 | Robert C Whitley | Public/ground transportation | 1112E0033: CHICAGO TAXI - TAXI FROM ORD AIRPORT TO TRIBUNE BUILDING. | $68.00 |
| 10/11/2012 | Daniel Goerlich | Meals | 1112E0034: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.74 |
| 10/12/2012 | Robert C Whitley | Airfare | 1112E0035: AMERICAN AIRLINES IN MIAMI LAKES FL - ECONOMY ONE-WAY AIRFARE CHICAGO, IL TO BOSTON, MA. | $182.64 |
| 10/12/2012 | Robert C Whitley | Parking | 1112E0036: PORT AUTHORITY BOSTON MA - PARKING AT BOS AIRPORT FOR 2 DAYS. | $54.00 |
| 10/12/2012 | Robert C Whitley | Public/ground transportation | 1112E0037: CHICAGO TAXI - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $45.00 |
| 10/12/2012 | Daniel Goerlich | Parking | 1112E0038: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 3 DAYS. | $40.00 |
| 10/12/2012 | Daniel Goerlich | Public/ground transportation | 1112E0039: CHICAGO TAXI CHICAGO CHICAGO IL - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $35.15 |
| 10/13/2012 | Robert C Whitley | Lodging | 1112E0040: MARRIOTT 3370?CHIOHR CHICAGO IL - LODGING IN CHICAGO, IL FROM 10/11/12 TO 10/12/12 (1 NIGHT). | $195.99 |
| 10/13/2012 | Daniel Goerlich | Lodging | 1112E0041: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 10/10/12 TO 10/12/12 (2 NIGHTS). | $491.22 |
| 10/23/2012 | Daniel Goerlich | Airfare | 1112E0042: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 10/23/12 TO 10/24/12. | $265.26 |
| 10/24/2012 | Daniel Goerlich | Meals | 1112E0043: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST - SELF. | $7.20 |
| 10/24/2012 | Daniel Goerlich | Parking | 1112E0044: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 2 DAYS. | $40.00 |

Page 4 of 6

Wednesday, January 09, 2013

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                                              Exhibit D-2

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Detail of Expenditures by Project and Date**

**For the Period September 1, 2012 through November 30, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 10/24/2012 | Daniel Goerlich | Public/ground transportation | 1112E0045: CHICAGO ELITE 4426 0 CHICAGO IL - TAXI FROM ORD AIRPORT TO HOTEL. | $38.05 |
| 10/25/2012 | Daniel Goerlich | Lodging | 1112E0046: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 10/23/12 TO 10/24/12 (1 NIGHT). | $389.63 |
| 11/8/2012 | Daniel Goerlich | Airfare | 1112E0047: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 11/08/12 TO 11/09/12. | $423.93 |
| 11/8/2012 | Daniel Goerlich | Meals | 1112E0048: HUB 51 CHICAGO IL - DINNER - SELF. | $38.12 |
| 11/9/2012 | Daniel Goerlich | Meals | 1112E0049: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $7.73 |
| 11/9/2012 | Daniel Goerlich | Parking | 1112E0050: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 2 DAYS. | $40.00 |
| 11/9/2012 | Daniel Goerlich | Public/ground transportation | 1112E0051: MR. TAXI VTS MR TAXI CHICAGO IL - TAXI FROM TRIBUNE BUILDING TO ORD AIRPORT. | $37.26 |
| 11/10/2012 | Daniel Goerlich | Lodging | 1112E0052: W CHICAGO LAKESHORE CHICAGO IL - LODGING IN CHICAGO, IL FROM 11/08/12 TO 11/09/12 (1 NIGHT). | $256.07 |
| 11/26/2012 | Daniel Goerlich | Airfare | 1112E0053: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 11/26/12 TO 11/28/12. | $337.32 |
| 11/26/2012 | Daniel Goerlich | Meals | 1112E0054: EINSTEIN BROS BAGELS DETROIT MI - BREAKFAST - SELF. | $4.39 |
| 11/27/2012 | Daniel Goerlich | Meals | 1112E0055: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $7.73 |
| 11/28/2012 | Daniel Goerlich | Airfare | 1112E0056: AMERICAN EXPRESS TICKET FEE - CHANGE FEE FOR FLIGHT FROM CHICAGO, IL TO DETROIT, MI. | $34.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period

Wednesday, January 09, 2013

Exhibit D-2

**TRIBUNE COMPANY.**, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period September 1, 2012 through November 30, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 11/28/2012 | Daniel Goerlich | Airfare | 1112E0057: SOUTHWEST AIRLINES ( DALLAS TX - ECONOMY ONE-WAY AIRFARE CHICAGO, IL TO DETROIT, MI. | $127.39 |
| 11/28/2012 | Daniel Goerlich | Meals | 1112E0058: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $6.74 |
| 11/28/2012 | Daniel Goerlich | Meals | 1112E0059: HARRY CARAYS 7TH INN CHICAGO IL - DINNER - SELF. | $29.86 |
| 11/28/2012 | Daniel Goerlich | Parking | 1112E0060: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW AIRPORT FOR 3 DAYS. | $60.00 |
| 11/29/2012 | Betsy J Smith | Public/ground transportation | 1112E0061: AMTRAK WASHINGTON DC - TRAVEL TO CHICAGO, IL FROM MILWAUKEE, WI ON AMTRAK. | $48.00 |
| 11/29/2012 | Betsy J Smith | Parking | 1112E0062: IMPARK00210051U MILWAUKEE WI - PARKING AT MILWAUKEE, WI AMTRAK STATION ON 11/29/12 (1 DAY). | $6.00 |
| 11/29/2012 | Betsy J Smith | Public/ground transportation | 1112E0063: CHICAGO TAXI - TAXIS FROM CHICAGO UNION STATION TO CHICAGO PWC OFFICE AND THEN TO TRIBUNE BUILDING. | $33.00 |
| 11/29/2012 | Daniel Goerlich | Lodging | 1112E0064: SHERATON CHICAGO HOT CHICAGO IL - LODGING IN CHICAGO, IL FROM 11/26/12 TO 11/28/12 (2 NIGHTS). | $524.91 |
| 12/3/2012 | Daniel Goerlich | Airfare | 1112E0065: DELTA AIR LINES INC. MIAMI LAKES FL - ECONOMY ROUNDTRIP AIRFARE DETROIT, MI TO CHICAGO, IL FROM 12/03/12 TO 12/05/12. | $428.10 |
| Subtotal - Fresh Start | | | | $8,729.07 |
| **Total Expenditures** | | | | **$8,729.07** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.