IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br>                 Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered <br> Objection Date: February 4, 2013 at 4:00 p.m. <br> Hearing Date: *Only if Objections are filed* <br> Related to Docket Nos. 12730, 12817 and 13039 |

### SIXTEENTH INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **September 1, 2012 through November 30, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | $600,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,907.75 |
| Less: Amounts Paid to Date: | ($0.00) |
| Net Amount of Compensation Requested: | $606,907.75 |

This is a: ___ monthly   _X_ interim   ___ final application.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Amounts Paid | Hold-back Amount |
|---|---|---|---|---|---|---|---|---|
| 11/16/12 [12730] | 09/01/12 through 09/30/12 | $200,000.00 | $1,074.58 | 12/10/12 [12828] | $160,000.00 | $1,074.58 | $161,074.58 | $40,000.00 |
| 12/07/12 [12817] | 10/01/12 through 10/31/12 | $200,000.00 | $3,722.49 | 01/02/13 [12953] | $160,000.00 | $25.91 | $0.00 | $40,000.00 |
| 1/14/13 [tbd] | 11/01/12 through 11/30/12 | $200,000.00 | $2,110.68 | Objection Deadline 2/4/13 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| Totals | 09/01/12 through 11/30/12 | $600,000.00 | $6,907.75 | n/a | $320,000.00 | $25.91 | $0.00 | $120,000.00 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its fifteenth interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering September 1, 2012 through November 30, 2012 (collectively, the "Fee Applications")[1], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[1] Each of the Fee Applications is incorporated by reference as if set forth herein.

2

46429/0001-9176171v1

Dated:  January 14, 2013
        New York, New York

                                 LAZARD FRÈRES & CO. LLC

                                 */s/ David S. Kurtz*
                                 David S. Kurtz
                                 Managing Director
                                 Lazard Frères & Co. LLC
                                 30 Rockefeller Plaza, 61st Floor
                                 New York, NY  10020
                                 (212/632-6000)
                                 Investment Banker and Financial Advisor
                                 to the Debtors