# EXHIBIT A

**FEE SUMMARY FOR SEPTEMBER 2012**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald A. Tarkington | Partner/Litigation/ 29 years/Admitted in 1983 | $555 | 2.8 | $1,554.00 |
| **Monthly Total** | | | 2.8 | $1,554.00 |

All time billed during September 2012 related to Novack and Macey's representation of the Debtor with respect to certain Morgan Stanley claims.

**FEE SUMMARY FOR NOVEMBER 2012**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julie Johnston-Ahlen | Counsel/Litigation/ 10 years/Admitted in 2002 | $315 | 6.6 | $2,079.00 |
| **Monthly Total** | | | | $2,079.00 |

All time billed during November 2012 related to the preparation of this Application. Novack and Macey reserves its right to file a later fee application as necessary if additional time related hereto is expended.

**FEE SUMMARY FOR THE (SIXTEENTH) QUARTERLY**
**PERIOD FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Donald A. Tarkington | Partner/Litigation/ 29 years/Admitted in 1983 | $555 | 2.8 | $1,554.00 |
| Julie Johnston-Ahlen | Counsel/Litigation/ 10 years/Admitted in 2002 | $315 | 6.6 | $2,079.00 |
| **Quarterly Total** | | | 9.4 | $3,633.00 |

# EXHIBIT B

**novack▸macey**

TAX IDENTIFYING NO.: 36-3331397

December 20, 2012

Billed through 11/01/2012 - 11/30/2012

Invoice No. 0 TRIB 01001

Donald Liebentritt
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

Re: Dispute with Morgan Stanley

LEGAL SERVICES RENDERED

DAT 09/18/2012 0.20 0.20 555.00 111.00

| | | | | | |
|---|---|---|---|---|---|
| 09/18/12 | DAT | Telephone conference with J. Bendernagel regarding valuation reports. | 0.20 hrs | $555.00 | $111.00 |

DAT 09/19/2012 0.60 0.60 555.00 333.00

| | | | | | |
|---|---|---|---|---|---|
| 09/19/12 | DAT | Read valuation reports. | 0.60 hrs | $555.00 | $333.00 |

DAT 09/20/2012 2.00 2.00 555.00 1110.00

| | | | | | |
|---|---|---|---|---|---|
| 09/20/12 | DAT | Telephone conferences with Debtor's counsel regarding Morgan Stanley claim valuation (.7); review and compare UCC complaint with Tribune draft (.7); telephone conference with L. Ryan and Debtor's counsel regarding basis for Morgan Stanley claim (.6). | 2.00 hrs | $555.00 | $1,110.00 |

JJA 11/05/2012 0.10 0.10 315.00 31.50

| | | | | | |
|---|---|---|---|---|---|
| 11/05/12 | JJA | Office conference with CJM regarding time billed, etc.; e-mail from CJM regarding same. | 0.10 hrs | $315.00 | $31.50 |

novack·macey

Invoice No. 0 PAGE 2

JJA 11/07/2012 0.70 0.70 315.00 220.50

| | | | | | |
|---|---|---|---|---|---|
| 11/07/12 | JJA | Review previously filed fee applications (0.5); e-mail to local counsel regarding procedure for filing additional fee application (0.1); e-mail to DAT regarding same (0.1). | 0.70 hrs | $315.00 | $220.50 |

JJA 11/09/2012 1.00 1.00 315.00 315.00

| | | | | | |
|---|---|---|---|---|---|
| 11/09/12 | JJA | E-mails to/from K. Stickles regarding fee application (0.1); e-mail to P. Gondipalli regarding fees (0.1); work on draft of application (0.8). | 1.00 hrs | $315.00 | $315.00 |

JJA 11/13/2012 1.00 1.00 315.00 315.00

| | | | | | |
|---|---|---|---|---|---|
| 11/13/12 | JJA | Draft third interim fee application. | 1.00 hrs | $315.00 | $315.00 |

JJA 11/15/2012 1.00 1.00 315.00 315.00

| | | | | | |
|---|---|---|---|---|---|
| 11/15/12 | JJA | Work on draft of fee application. | 1.00 hrs | $315.00 | $315.00 |

JJA 11/16/2012 1.20 1.20 315.00 378.00

| | | | | | |
|---|---|---|---|---|---|
| 11/16/12 | JJA | Work on fee petition. | 1.20 hrs | $315.00 | $378.00 |

JJA 11/20/2012 1.60 1.60 315.00 504.00

| | | | | | |
|---|---|---|---|---|---|
| 11/20/12 | JJA | Work on draft of fee application and cover sheet (0.8); review previous applications for same as necessary (0.4); draft related affidavit and order (0.3); review charts for appendix (0.1). | 1.60 hrs | $315.00 | $504.00 |

Total fees for this matter $3,633.00

DISBURSEMENTS

CCIN 12/31/2012 $0.10

| | | |
|---|---|---|
| 12/31/12 | Photocopies | $0.10 |

Total disbursements for this matter $0.10

novack▸macey

Invoice No. 0

BILLING SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| DAT | Donald A. Tarkington | Partner | 2.80 hrs | $555.00 | $1,554.00 |
| JJA | Julie Johnston-Ahlen | Associate | 6.60 hrs | $315.00 | $2,079.00 |
| | TOTAL FEES | | 9.40 hrs | | $3,633.00 |
| | TOTAL DISBURSEMENTS | | | | $0.10 |
| | AMOUNT DUE THIS INVOICE | | | | $3,633.10 |

# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

**AFFIDAVIT OF DONALD A. TARKINGTON**

Donald A. Tarkington, being first duly sworn, on oath states as follows:

1. I am a partner of the applicant firm, Novack and Macey LLP, and have been admitted to the bar of the State of Illinois since 1983.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Third Interim Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2012 through November 30, 2012 (the "Application").

3. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with the same.

Donald A. Tarkington

SUBSCRIBED AND SWORN to before me this 21st day of December, 2012.

NOTARY PUBLIC

"OFFICIAL SEAL"
MARY C. BIANCHI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/26/2014