# SCHEDULE 1

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: SCHEDULE 1

| | NAME | EXHIBIT |
|---|---|---|
| 1 | BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | C |
| 2 | CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | A |
| 3 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 4 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 5 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 6 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | A |
| 7 | STATE OF NEW JERSEY<br>DEPARTMENT OF TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08646-0245 | B |