# EXHIBIT A

# Amended Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 06/09/2009 | 08-13241 | 4148 | $12,180,000.00 [1] | CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 11/26/2012 | 08-13241 | 7154 | $12,180,000.00 |
| 2 DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 12/26/2012 | 08-13208 | 7156 | $30,519.05 |
| 3 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2009 | 08-13236 | 6320 | $50.00 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/20/2012 | 08-13236 | 7139 [2] | $1,163,013.72* |

---

[1] Claim 4148 was modified on November 13, 2012, as reflected herein, by the Seventh Notice of Partially Satisfied Claims (DI 12718).
[2] Claim 7139 was withdrawn on January 4, 2013 (DI 12966) by claimant as underlying liability for both claims was satisfied by Debtors.

**\* - Indicates claim contains unliquidated and/or undetermined amounts**        Page 1 of 2

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13141 | 6568 | $1,251.73* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/26/2012 | 08-13141 | 7155 | $25.76* |
| 5 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08646-0245 | 04/20/2009 | 08-13141 | 1059 | $31,024.77 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08646-0245 | 12/28/2012 | 08-13141 | 7157 | $0.00 |
| | | | | TOTAL | $12,461,747.11 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts