# EXHIBIT B

# Late-Filed Claim

CH1 7311918v.2

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: EXHIBIT B – LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 04/02/2012 | 7103 | $32,356.25 | Claim filed after the applicable Bar Date.  Please see paragraphs 17-20 of the Objection for specific discussion of this Late-Filed Claim. |
| | | | | | TOTAL | $32,356.25 | |