# **EXHIBIT C**

## **Insufficient Documentation Claim**

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 64: EXHIBIT C – INSUFFICIENT DOCUMENTATION**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | 08-13141 | Tribune Company | 06/12/2009 | 5440 | $19,526.00 | Claimant provided insufficient documentation to support claim amount and did not provide additional documentation after multiple requests. |
| | | | | Total | | $19,526.00 | |