# **PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. ____ |

**ORDER SUSTAINING DEBTORS' SIXTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Debtors' Sixty-Fourth Omnibus (Non-Substantive) Objection to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing and expunging the Disputed Claims set forth on Exhibit A, Exhibit B, and Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

CH1 7311918v.2

C hereto; and upon consideration of the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

      ORDERED that the Objection is sustained; and it is further

      ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further

      ORDERED that the Late-Filed Claim set forth on the attached Exhibit B is hereby disallowed in its entirety; and it is further

      ORDERED that the Insufficient Documentation Claim set forth on the attached Exhibit C is hereby disallowed in its entirety; and it is further

      ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

      ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" on Exhibits A attached hereto, and the parties' rights with respect to the "Surviving Claims" are reserved; provided, however, that each of the claims identified as "Surviving Claims" on Exhibit A attached hereto is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable Bar Date; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2013

                                        _____
                                        The Honorable Kevin J. Carey
                                        United States Bankruptcy Judge

# **EXHIBIT A**

# **Amended Claims**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 06/09/2009 | 08-13241 | 4148 | $12,180,000.00 [1] | CONNECTICUT DEPT OF REVENUE SERVICES C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD, CT 06106-5032 | 11/26/2012 | 08-13241 | 7154 | $12,180,000.00 |
| 2 DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 10/09/2009 | 08-13208 | 6300 | $249,420.61 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 12/26/2012 | 08-13208 | 7156 | $30,519.05 |
| 3 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/28/2009 | 08-13236 | 6320 | $50.00 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/20/2012 | 08-13236 | 7139 [2] | $1,163,013.72* |

---

[1] Claim 4148 was modified on November 13, 2012, as reflected herein, by the Seventh Notice of Partially Satisfied Claims (DI 12718).
[2] Claim 7139 was withdrawn on January 4, 2013 (DI 12966) by claimant as underlying liability for both claims was satisfied by Debtors.

\* - Indicates claim contains unliquidated and/or undetermined amounts       Page 1 of 2

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 64: EXHIBIT A – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13141 | 6568 | $1,251.73* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/26/2012 | 08-13141 | 7155 | $25.76* |
| 5 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08646-0245 | 04/20/2009 | 08-13141 | 1059 | $31,024.77 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08646-0245 | 12/28/2012 | 08-13141 | 7157 | $0.00 |
| | | | TOTAL | | $12,461,747.11 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT B**

# **Late-Filed Claim**

CH1 7311918v.2

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 64: EXHIBIT B – LATE FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 08-13141 | Tribune Company | 04/02/2012 | 7103 | $32,356.25 | Claim filed after the applicable Bar Date. Please see paragraphs 17-20 of the Objection for specific discussion of this Late-Filed Claim. |
| | | | | | TOTAL | $32,356.25 | |

Page 1 of 1

# EXHIBIT C

## Insufficient Documentation Claim

CH1 7311918v.2

**TRIBUNE COMPANY, ET AL.**

**OMNIBUS OBJECTION 64: EXHIBIT C – INSUFFICIENT DOCUMENTATION**

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | 08-13141 | Tribune Company | 06/12/2009 | 5440 | $19,526.00 | Claimant provided insufficient documentation to support claim amount and did not provide additional documentation after multiple requests. |
|   |   |   |   | Total |   | $19,526.00 |   |