## Schedule 1

46429/0001-9178039V1

# TRIBUNE COMPANY, ET AL

# OMNIBUS OBJECTION 65: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 1  | ARMSTEAD, BLISS E | D |
| 2  | ASM CAPITAL, L.P. | A |
| 3  | ASM CAPITAL, L.P. | D |
| 4  | BROWN, MARVIN | D |
| 5  | BURKE, MICHAEL P | D |
| 6  | BURKE, SUSAN B | D |
| 7  | CAMACHO, JOSE A | D |
| 8  | CASTELLUZZO, RENEEE | D |
| 9  | CHANNON, MARK P. | D |
| 10 | EDLUND, RICK | C |
| 11 | FAULLER, BILLY L. III | C |
| 12 | FOARD, EDWIN M. III | A |
| 13 | GALAUSKAS, JAMES | D |
| 14 | HOSLER, KAREN A | B |
| 15 | JENKINS, ALLIEL | D |
| 16 | KELLEY, GERALD | D |
| 17 | KLEINSCHMIDT, DON | A |
| 18 | LOCHRIDGE, MICHAEL W | D |
| 19 | MARTIN, ROBERTA | D |
| 20 | MOREHOUSE, L CLARK III | D |
| 21 | NORMAN, PEGGY L | C |
| 22 | NULSEN, JOHN | C |
| 23 | POOLE, ANDREW L | D |
| 24 | PULLEY, DAN | C |
| 25 | ROONEY, DONALD | D |
| 26 | SAVINO, RICHARD | E |

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 65: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 27 | SMITH, KATHERINE F. | E |
| 28 | STANCZAK, DIANEA | D |
| 29 | UNITED STATES DEBT RECOVERY IIA, LLC | D |
| 30 | WHISLER, JACK | D |
| 31 | WHITMORE, DONALD E | D |
| 32 | WOLLNEY, JOHN | D |
| 33 | ZERWEKH, JAMES D | D |