## EXHIBIT A

**Modified Amount Claims**

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 65: EXHIBIT A -- MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: MANZI, JOHN | 3223 | Tribune Broadcast Holdings, Inc. | Unsecured | $229,738.58 | $223,093.58 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| 2 | FOARD, EDWIN M. III | 3228 | The Baltimore Sun Company | Unsecured | $279,273.48 | $12,471.07 | Claim amount reduced to reflect claimant's remaining salary continuation per Voluntary Separation Agreement and Debtors' books and records. |
| 3 | KLEINSCHMIDT, DON | 6136 | Chicago Tribune Company | Unsecured | Undetermined* | $8,511.75 | Claim amount liquidated to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| | | | | TOTAL | $509,012.06 | $244,076.40 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts