**EXHIBIT B**

**Modified Amount, Modified Priority Claim**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | HOSLER, KAREN A | 2281 | The Baltimore Sun Company | Priority | $12,477.81 | Unsecured | $12,121.13 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records and reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $12,477.81 | TOTAL | $12,121.13 | |