## EXHIBIT C

**Modified Amount, Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED | | | | MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | | REASON |
| 1 | EDLUND, RICK | 3271 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$21,644.00<br>$32,594.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $1,877.58<br>$19,766.42<br>$21,644.00 | | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 2 | FAULLER, BILLY L. III | 3274 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $4,224.00<br>$4,224.00<br>$8,448.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $604.39<br>$3,619.61<br>$4,224.00 | | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 3 | NORMAN, PEGGY L | 2613 | No Debtor Asserted | Priority | $5,225.00 | Los Angeles Times Communications LLC | Unsecured | $4,997.30 | | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 4 | NULSEN, JOHN | 3273 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $1,286.00<br>$1,286.00<br>$2,572.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $105.31<br>$1,180.69<br>$1,286.00 | | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 5 | PULLEY, DAN | 3272 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $2,276.80<br>$2,276.80<br>$4,553.60 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $83.70<br>$2,193.10<br>$2,276.80 | | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $53,392.60 | | TOTAL | $34,428.10 | | |