## EXHIBIT D

**Modified Priority Claims**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | |
| 1 | ARMSTEAD, BLISS E | 2165 | Virginia Gazette Companies, LLC | Priority | $5,788.71 | Unsecured | $5,788.71 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: RIGGLE, JOHN | 3640 | Tribune Television Company | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$127,380.77<br>$138,330.77 | Priority<br>Unsecured<br>Subtotal | $1,540.18<br>$136,790.59<br>$138,330.77 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 3 | BROWN, MARVIN | 708 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$41,634.00<br>$52,584.00 | Priority<br>Unsecured<br>Subtotal | $1,159.05<br>$51,424.95<br>$52,584.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 4 | BURKE, MICHAEL P | 1691 | Orlando Sentinel Communications Company | Priority | $3,334.62 | Unsecured | $3,334.62 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 5 | BURKE, SUSAN B | 3410 | KPLR, Inc. | Priority | $50,440.13 | Priority<br>Unsecured<br>Subtotal | $708.89<br>$49,731.24<br>$50,440.13 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 6 | CAMACHO, JOSE A | 2156 | Chicago Tribune Company | Priority | $7,187.70 | Priority<br>Unsecured<br>Subtotal | $61.34<br>$7,126.36<br>$7,187.70 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 7 | CASTELLUZZO, RENEEE | 2589 | Chicago Tribune Company | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$10,742.31<br>$21,692.31 | Unsecured | $21,692.31 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 8 | CHANNON, MARK P. | 6086 | The Hartford Courant Company | Priority | $3,855.85 | Unsecured | $3,855.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | |
| 9 | GALAUSKAS, JAMES | 2699 | Chicago Tribune Company | Priority | $8,511.75 | Priority Unsecured | $80.92 $8,430.83 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Subtotal | $8,511.75 | |
| 10 | JENKINS, ALLIEL | 2849 | Orlando Sentinel Communications Company | Priority | $3,401.74 | Unsecured | $3,401.74 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 11 | KELLEY, GERALD | 444 | KWGN Inc. | Priority | $22,482.85 | Priority Unsecured | $1,061.29 $21,421.56 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Subtotal | $22,482.85 | |
| 12 | LOCHRIDGE, MICHAEL W | 2028 | Orlando Sentinel Communications Company | Priority | $8,105.40 | Unsecured | $8,105.40 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 13 | MARTIN, ROBERTA | 2599 | Orlando Sentinel Communications Company | Priority | $5,413.85 | Unsecured | $5,413.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 14 | MOREHOUSE, L CLARK III | 3617 | Tribune Entertainment Company | Priority Unsecured | $10,950.00 $203,963.46 | Priority Unsecured | $730.46 $214,183.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Subtotal | $214,913.46 | Subtotal | $214,913.46 | |
| 15 | POOLE, ANDREW L | 2340 | Chicago Tribune Company | Priority | $8,511.75 | Priority Unsecured | $83.26 $8,428.49 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Subtotal | $8,511.75 | |
| 16 | ROONEY, DONALD | 4777 | KWGN Inc. | Priority Unsecured | $10,950.00 $32,926.92 | Unsecured | $43,876.92 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | Subtotal | $43,876.92 | | | |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON |

| # | NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 17 | STANCZAK, DIANEA | 4420 | The Morning Call, Inc. | Priority | $11,304.97 | Unsecured | $11,304.97 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 18 | UNITED STATES DEBT RECOVERY IIA, LLC TRANSFEROR: GARCIA, MAT | 502 | KWGN Inc. | Priority | $161,932.00 | Priority Unsecured Subtotal | $8,489.23 $153,442.77 $161,932.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 19 | WHISLER, JACK | 2320 | Chicago Tribune Company | Priority Unsecured Subtotal | $4,519.23 $81,346.15 $85,865.38 | Priority Unsecured Subtotal | $3,881.31 $81,984.07 $85,865.38 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 20 | WHITMORE, DONALD E | 2237 | Orlando Sentinel Communications Company | Priority | $3,778.85 | Unsecured | $3,778.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 21 | WOLLNEY, JOHN | 2252 | Tribune Media Net, Inc. | Priority Unsecured Subtotal | $10,950.00 $4,103.50 $15,053.50 | Unsecured | $15,053.50 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 22 | ZERWEKH, JAMES D | 4413 | KWGN Inc. | Priority Unsecured Subtotal | $10,950.00 $234,165.35 $245,115.35 | Priority Unsecured Subtotal | $3,773.10 $241,342.25 $245,115.35 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $1,121,481.86 | TOTAL | $1,121,481.86 | |