# EXHIBIT E

## Modified Priority, Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT E – MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SAVINO, RICHARD | 446 | No Debtor Asserted | Priority | $15,383.00 | KWGN Inc. | Priority<br>Unsecured<br><br>Subtotal | $1,085.40<br>$14,297.60<br><br>$15,383.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 2 | SMITH, KATHERINE F. | 719 | Tribune Company | Priority | $2,508.48 | The Daily Press, Inc. | Unsecured | $2,508.48 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $17,891.48 | | TOTAL | $17,891.48 | |

Page 1 of 1