**<u>PROPOSED ORDER</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

## ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 507(a)(4) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Sixty-Fifth Omnibus (Substantive) Objection

to Claims, by which the Debtors[2] request entry of an order pursuant to sections 502(b) and

507(a)(4) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347);Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

modifying the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and

Exhibit E, attached hereto; and upon consideration of the Bourgon Declaration; and it appearing

that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due

and adequate notice of the Objection having been given under the circumstances; and sufficient

cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

ORDERED, that the value of each of the Modified Amount Claims set forth on

the attached Exhibit A is hereby fixed and/or reduced and allowed at the dollar value listed under

the column heading "Modified Amount;" and it is further

ORDERED, that the value of the Modified Amount, Modified Priority Claim set

forth on the attached Exhibit B is hereby reduced and allowed at the dollar value listed under the

column heading "Modified Claim Amount" and such claim is modified to the priority as

indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the value of each of the Modified Amount, Modified Priority,

Modified Debtor Claims set forth on the attached Exhibit C is hereby reduced and allowed at the

dollar value listed under the column heading "Modified Amount," the priority of each such claim

is modified to the priority as indicated under the column heading "Modified Priority Status," and

such claims are reassigned to the Debtor specified under the column heading "Modified

Debtor;"and it is further

2

ORDERED, that the priority of each of the Modified Priority Claims set forth on the attached Exhibit D is hereby modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the priority of each Modified Priority, Modified Debtor Claims set forth on the attached Exhibit E is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;"and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      February _____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

46429/0001-9178039V1

# EXHIBIT A

## Modified Amount Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: MANZI, JOHN | 3223 | Tribune Broadcast Holdings, Inc. | Unsecured | $229,738.58 | $223,093.58 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| 2 | FOARD, EDWIN M. III | 3228 | The Baltimore Sun Company | Unsecured | $279,273.48 | $12,471.07 | Claim amount reduced to reflect claimant's remaining salary continuation per Voluntary Separation Agreement and Debtors' books and records. |
| 3 | KLEINSCHMIDT, DON | 6136 | Chicago Tribune Company | Unsecured | Undetermined* | $8,511.75 | Claim amount liquidated to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| | | | | TOTAL | $509,012.06 | $244,076.40 | |

\* – Indicates claim contains unliquidated and/or undetermined amounts

## **EXHIBIT B**

**Modified Amount, Modified Priority Claim**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | HOSLER, KAREN A | 2281 | The Baltimore Sun Company | Priority | $12,477.81 | Unsecured | $12,121.13 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records and reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $12,477.81 | TOTAL | $12,121.13 | |

## EXHIBIT C

**Modified Amount, Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | | REASON |
|---|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | CLASS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | |
| 1 | EDLUND, RICK | 3271 | Tribune Company | Priority | $10,950.00 | KPLR, Inc. | Priority | $1,877.58 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $21,644.00 | | Unsecured | $19,766.42 | |
| | | | | Subtotal | $32,594.00 | | Subtotal | $21,644.00 | |
| 2 | FAULER, BILLY L. III | 3274 | Tribune Company | Priority | $4,224.00 | KPLR, Inc. | Priority | $604.39 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $4,224.00 | | Unsecured | $3,619.61 | |
| | | | | Subtotal | $8,448.00 | | Subtotal | $4,224.00 | |
| 3 | NORMAN, PEGGY L | 2613 | No Debtor Asserted | Priority | $5,225.00 | Los Angeles Times Communications LLC | Unsecured | $4,997.30 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 4 | NULSEN, JOHN | 3273 | Tribune Company | Priority | $1,286.00 | KPLR, Inc. | Priority | $105.31 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $1,286.00 | | Unsecured | $1,180.69 | |
| | | | | Subtotal | $2,572.00 | | Subtotal | $1,286.00 | |
| 5 | PULLEY, DAN | 3272 | Tribune Company | Priority | $2,276.80 | KPLR, Inc. | Priority | $83.70 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $2,276.80 | | Unsecured | $2,193.10 | |
| | | | | Subtotal | $4,553.60 | | Subtotal | $2,276.80 | |
| | | | | TOTAL | $53,392.60 | | TOTAL | $34,428.10 | |

## EXHIBIT D

**Modified Priority Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | ARMSTEAD, BLISS E | 2165 | Virginia Gazette Companies, LLC | Priority | $5,788.71 | Unsecured | $5,788.71 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: RIGGLE, JOHN | 3640 | Tribune Television Company | Priority | $10,950.00 | Priority | $1,540.18 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $127,380.77 | Unsecured | $136,790.59 | |
| | | | | Subtotal | $138,330.77 | Subtotal | $138,330.77 | |
| 3 | BROWN, MARVIN | 708 | KPLR, Inc. | Priority | $10,950.00 | Priority | $1,159.05 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $41,634.00 | Unsecured | $51,424.95 | |
| | | | | Subtotal | $52,584.00 | Subtotal | $52,584.00 | |
| 4 | BURKE, MICHAEL P | 1691 | Orlando Sentinel Communications Company | Priority | $3,334.62 | Unsecured | $3,334.62 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 5 | BURKE, SUSAN B | 3410 | KPLR, Inc. | Priority | $50,440.13 | Priority | $708.89 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $49,731.24 | |
| | | | | | | Subtotal | $50,440.13 | |
| 6 | CAMACHO, JOSE A | 2156 | Chicago Tribune Company | Priority | $7,187.70 | Priority | $61.34 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $7,126.36 | |
| | | | | | | Subtotal | $7,187.70 | |
| 7 | CASTELLUZZO, RENEEE | 2589 | Chicago Tribune Company | Priority | $10,950.00 | Unsecured | $21,692.31 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $10,742.31 | | | |
| | | | | Subtotal | $21,692.31 | | | |
| 8 | CHANNON, MARK P. | 6086 | The Hartford Courant Company | Priority | $3,855.85 | Unsecured | $3,855.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | |
| 9 | GALAUSKAS, JAMES | 2699 | Chicago Tribune Company | Priority | $8,511.75 | Priority<br>Unsecured<br><br>Subtotal | $80.92<br>$8,430.83<br><br>$8,511.75 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 10 | JENKINS, ALLIEL | 2849 | Orlando Sentinel Communications Company | Priority | $3,401.74 | Unsecured | $3,401.74 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 11 | KELLEY, GERALD | 444 | KWGN Inc. | Priority | $22,482.85 | Priority<br>Unsecured<br><br>Subtotal | $1,061.29<br>$21,421.56<br><br>$22,482.85 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 12 | LOCHRIDGE, MICHAEL W | 2028 | Orlando Sentinel Communications Company | Priority | $8,105.40 | Unsecured | $8,105.40 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 13 | MARTIN, ROBERTA | 2599 | Orlando Sentinel Communications Company | Priority | $5,413.85 | Unsecured | $5,413.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 14 | MOREHOUSE, L CLARK III | 3617 | Tribune Entertainment Company | Priority<br>Unsecured<br><br>Subtotal | $10,950.00<br>$203,963.46<br><br>$214,913.46 | Priority<br>Unsecured<br><br>Subtotal | $730.46<br>$214,183.00<br><br>$214,913.46 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 15 | POOLE, ANDREW L | 2340 | Chicago Tribune Company | Priority | $8,511.75 | Priority<br>Unsecured<br><br>Subtotal | $83.26<br>$8,428.49<br><br>$8,511.75 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 16 | ROONEY, DONALD | 4777 | KWGN Inc. | Priority<br>Unsecured<br><br>Subtotal | $10,950.00<br>$32,926.92<br><br>$43,876.92 | Unsecured | $43,876.92 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|
| 17 STANCZAK, DIANEA | 4420 | The Morning Call, Inc. | Priority | $11,304.97 | Unsecured | $11,304.97 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 18 UNITED STATES DEBT RECOVERY IIA, LLC TRANSFEROR: GARCIA, MAT | 502 | KWGN Inc. | Priority | $161,932.00 | Priority | $8,489.23 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | Unsecured | $153,442.77 | |
| | | | | | Subtotal | $161,932.00 | |
| 19 WHISLER, JACK | 2320 | Chicago Tribune Company | Priority | $4,519.23 | Priority | $3,881.31 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | Unsecured | $81,346.15 | Unsecured | $81,984.07 | |
| | | | Subtotal | $85,865.38 | Subtotal | $85,865.38 | |
| 20 WHITMORE, DONALD E | 2237 | Orlando Sentinel Communications Company | Priority | $3,778.85 | Unsecured | $3,778.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 21 WOLLNEY, JOHN | 2252 | Tribune Media Net, Inc. | Priority | $10,950.00 | Unsecured | $15,053.50 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | Unsecured | $4,103.50 | | | |
| | | | Subtotal | $15,053.50 | | | |
| 22 ZERWEKH, JAMES D | 4413 | KWGN Inc. | Priority | $10,950.00 | Priority | $3,773.10 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | Unsecured | $234,165.35 | Unsecured | $241,342.25 | |
| | | | Subtotal | $245,115.35 | Subtotal | $245,115.35 | |
| | | | TOTAL | $1,121,481.86 | TOTAL | $1,121,481.86 | |

## EXHIBIT E

**Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT E – MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | DEBTOR | PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SAVINO, RICHARD | 446 | No Debtor Asserted | Priority | $15,383.00 | KWGN Inc. | Priority | $1,085.40 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | | Unsecured | $14,297.60 | |
| | | | | | | | Subtotal | $15,383.00 | |
| 2 | SMITH, KATHERINE F. | 719 | Tribune Company | Priority | $2,508.48 | The Daily Press, Inc. | Unsecured | $2,508.48 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $17,891.48 | | TOTAL | $17,891.48 | |

Page 1 of 1