## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY**, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### RESPONSE OF THE TRIBUNE COMPANY EMPLOYEE COMPENSATION DEFENDANTS GROUP TO LITIGATION TRUSTEE'S LIMITED OBJECTION TO MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION [DOCKET NOS. 12922, 13035]

The Tribune Company Employee Compensation Defendants Group (the "ECDG")[1] is comprised of 60 members of senior management who are also preference defendants because they were forced to cash in stock options and other forms of earned compensation prior to the transaction that privatized the Debtors. The ECDG hereby responds to the Litigation Trustee's Limited Objection to Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution [Docket No. 12922] (the "Substitution Motion").

### PRELIMINARY STATEMENT

On January 14, 2012, Marc S. Kirschner, as Litigation Trustee of the Tribune Litigation Trust (the "Litigation Trustee"), filed his Limited Objection [Docket No. 13035] (the

---

[1] This Memorandum  is filed on behalf of the following employees of the Debtors and members of the ECDG:  Julie D. Anderson, Tom M. Anischik, Michael D. Asher, Roger A. Bare, Thomas F. Brown, Rebecca M. Brubaker, David A. Bucknor, Thomas F. Caputo, Vincent Casanova, Raymond Daley, Catherine A. Davis, Lawrence Delia, Philip Doherty, Steve Farber, Richard S. Feeney, James F. Feher Jr., James D. Fehnel, Karen H. Flax, Michael Gart, Vincent R. Giannini, Richard J. Graziano, Howard Greenberg, John R. Hendricks, Janice Jacobs, Gerould Kern, Avido Dikari Khahaifa, Patricia A. Kolb, Thomas A. Langmyer, Brian F. Litman, Walter F. Mahoney, Gina M. Mazzaferri, Nancy A. Meyer, Eric J. Meyrowitz, Susan M. Mitchell, Dan Mitrovich, Robyn L. Motley, Gwen P. Murakami, Russell J. Newton, Thomas J. Nork, Dan O'Sullivan, Norbert E. Ortiz, Pamela S. Pearson, Scott G. Pompe, Robert R. Rounce, Timothy E. Ryan, Stephen G. Seidl, Charles Sennet, Patrick Shanahan, Shaun M. Sheehan, Digby A. Solomon, Lou Tazioli, Douglas Thomas, Timothy T. Thomas, Stephen P. Tippie, Cam B. Trinh, Deborah B. Vinakos, Gary Weitman, Feli M. Wong, Julie K. Xanders and Joseph A. Young.

"Objection") to the Debtors'[2] Substitution Motion.  Although the Litigation Trustee states that he does not "generally object to the relief being sought by the Debtors' in the Debtors' Substitution Motion" (Objection at ¶ 15), the Litigation Trustee nevertheless seeks extraordinary relief.  He primarily asks this Court to grant the type of relief that this Court has declined to provide throughout this bankruptcy case – an advisory opinion as to whether the Litigation Trustee will be prejudiced if the Reorganized Debtors decide to dismiss with prejudice the Substitution Adversaries.  Because the Substitution Motion does not alter the Litigation Trustee's substantive rights, but is merely a procedural device to aid in the implementation the DCL Plan, the Litigation Trustee's Objection should be overruled, and the Substitution Motion granted.

## ARGUMENT

The substitution of parties pursuant to Fed.R.Civ.P. Rule 25(c), made applicable herein by Fed.R.Bankr.P. 7025, does not alter the substantive rights of parties, but is merely a "procedural device designed to facilitate the conduct of a case." *Fontana v. United Bonding Ins. Co.*, 468 F.2d 168, 169 (3d Cir. 1972) (citing cases); *United Access Technologies, LLC v. EarthLink, Inc.*, 2012 WL 2175786, *4 (D. Del. June 14, 2012).  Substitution under Rule 25(c) is a matter of convenience (*see Minnesota Mining & Mfg. Co. v. Eco Chem, Inc.*, 757 F.2d 1256, 1263 (Fed.Cir.1985)), and the rule "does not determine what actions survive a transfer of interest . . . ." *See generally Battery Corp., v. Globe–Union, Inc.*, 100 F.R.D. 258, 261 (D. Del. 1982) (*quoting Hilbrands v. Far East Trading Company, Inc.*, 509 F.2d 1321,1323 (9th Cir. 1975)); *see also* 6 James Wm. Moore *et al.*, *Moore's Federal Practice,* ¶ 25.32 (3d ed. 2004) ("Rule 25(c) is merely a procedural device designed to facilitate the conduct of the case, and does not alter the substantive rights of the parties or the transferee.").  Rather, Rule 25(c) involves "a discretionary determination by the trial court to facilitate the conduct of the litigation." *Maysonet-Robles v.*

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

*Cabrero*, 323 F.3d 43, 49 (1st Cir. 2003) (*quoting Pacamor Bearings, Inc. v. Minebea Co.*, 892

F.Supp. 347, 360 (D.N.H. 1995)).

Although the Substitution Motion does not affect the Litigation Trustee's substantive

rights, and the Substitution Motion states that "the Debtors do not seek any relief with respect to

the Unresolved Claims asserted with the Substitution Adversaries" (Substitution Motion at ¶ 12),

the Litigation Trustee improperly asks the Court to render an opinion on certain perceived

controversies that have not, and may never arise. *See United States Nat'l Bank v. Independent*

*Ins. Agents of America, Inc.*, 508 U.S. 439, 446 (1993) (federal courts are not authorized to issue

advisory opinions for the guidance of litigants in future cases); *In re McDonald*, 205 F.3d 606,

608 (3d Cir. 2000) (same).

First, the Litigation Trustee asks the Court to direct dismissal only **without prejudice** in

the event the Debtors' decide to dismiss any Ordinary Litigation Claims that may overlap with

the claims asserted by the Litigation Trustee in the FitzSimons Adversary pending before Judge

Pauley.  Alternatively, the Litigation Trustee asks this Court to require defendants in the

FitzSimons Adversary to agree in writing that the Debtors' dismissal of the Ordinary Litigation

Claims would be without prejudice to the Litigations Trustee's Preserved Causes of Action

which may be pending against them.  The Litigation Trustee then broadens this request, and asks

that the Court require (i) any order dismissing *any* defendant contain language stating that the

dismissal is without prejudice to the Litigation Trustee's right to pursue any Preserved Causes of

Action or Unresolved Claims against such defendants; and (ii) "any activities" by the Debtors

with respect to an Ordinary Litigation Claim shall have no effect whatsoever on any Preserved

Cause of Action or Unresolved Claim pending against such defendant.  Finally, the Litigation

Trustee seeks to enjoin all defendants, including the members of the ECDG, from participating in

discussions with the Debtors and the Litigation Trustee to determine whether an Unresolved

Claim should be categorized as a Preserved Cause of Action, or an Ordinary Litigation Claim.

This Court lacks the power to render an opinion on the Objection simply because the

issues raised *may* arise in the future. *See N.L.R.B. v. Globe Sec. Services, Inc.*, 548 F.2d 1115,

1118 (3d Cir. 1977) (*citing SEC v. Medical Committee for Human Rights*, 404 U.S. 403, 406-07

(1972); *Samoff v. Building & Construction Trades Council*, 475 F.2d 203, 205 n. 4 (3d Cir.),

vacated as moot, 414 U.S. 808 (1973); *Harris v. Texas & Pacific Ry. Co.,* 196 F.2d 88 (7th Cir.

1952).  If the Debtors dismiss any claims following substitution, the Litigation Trustee may ask

the court presiding over actions still pending to address these anticipated controversies should

they ever arise.  In addition, the notion that defendants should be enjoined from engaging in

substantive talks with the Litigation Trustee and the Debtors as to whether an Unresolved Claim

should be classified as a Preserved Cause of Action or an Ordinary Litigation Claim ignores the

requirement that injunctive relief be sought only in an adversary proceeding (Fed.R.Bankr.P.

7001(7)).  Moreover, this request is contrary to considerations of judicial economy, would

discourage compromise, and would not promote the conservation of the Litigation Trust's assets.

Because the Substitution Motion does not alter the Litigation Trustee's substantive rights

and the Litigation Trustee improperly asks the Court to enter advisory opinions and an

injunction, the Objection should be overruled, and the Substitution Motion granted.

WHEREFORE, the members of the ECDG request that the Court enter an order:

(i)       Granting the Debtors' Substitution Motion;

(ii)      Overruling the Litigation Trustee's Objection to the Substitution Motion; and

(iii)     Granting such further relief as this Court deems just.


Dated: January 15, 2013                    EMPLOYEE COMPENSATION
                                           DEFENDANTS GROUP

                                           FRANKGECKER LLP


                                           _ /s/ Reed Heiligman_____

                                           Joseph D. Frank *admitted pro hac vice*
                                           Frances Gecker *admitted pro hac vice*
                                           Reed Heiligman *admitted pro hac vice*
                                           325 North LaSalle Street, Suite 625
                                           Chicago, Illinois  60654
                                           Telephone:     (312) 276-1400
                                           Facsimile:     (312) 276-0035
                                           jfrank@fgllp.com; fgecker@fgllp.com;
                                           rheiligman@fgllp.com

## CERTIFICATE OF SERVICE

I, Reed Heiligman, an attorney, state that on **January 15, 2013**, a copy of the **Response of the Tribune Company Employee Compensation Defendants Group to Litigation Trustee's Limited Objection to Motion for an Omnibus Order Authorizing the Substitution of The Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution [Docket Nos. 12922, 13035]** was filed electronically. Notice of this filing will be sent to all parties listed on the attached Electronic Mail Notice List by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

By:    _/s/ Reed Heiligman_

# Mailing Information for Case 08-13141-KJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Justin R. Alberto    jalberto@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Michael S. Amato    mamato@rmfpc.com
- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Artemio C. Aranilla    acaranilla@mdwcg.com, sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
- Brian L. Arban    barban@hillerarban.com
- Thomas V. Askounis    taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com
- Daniel K. Astin    dastin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
- Jean-Marie L. Atamian    jatamian@mayerbrown.com
- Mary E. Augustine    maugustine@bglawde.com
- Mary E. Augustine    maugustine@bglawde.com
- Mary E. Augustine    maugustine@bglawde.com
- Allison R Axenrod    allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
- Willliam J. Barrett    william.barrett@bfkn.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Elaine Conway Becraft    hforrest@jw.com;kcavazos@jw.com
- Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
- Ian Connor Bifferato    cbifferato@bifferato.com
- Mark M. Billion    counseling@billionlaw.com

- Alexander R. Bilus    sandy.bilus@dechert.com
- L. John N. Bird    jbird@foxrothschild.com, spage@foxrothschild.com
- Michael F. Bonkowski    mbonkowski@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Eric D. Boyle    eboyle@fandpnet.com, acole@fandpnet.com
- Robert S. Brady    bankfilings@ycst.com
- Patrick M. Brannigan    pbrannigan@crosslaw.com
- Amy D. Brown    abrown@margolisedelstein.com
- Charles J. Brown    cbrown@gsbblaw.com, dabernathy@archerlaw.com
- Kimberly A. Brown    brown@lrclaw.com, adams@lrclaw.com
- Stuart M. Brown    stuart.brown@dlapiper.com
- Kate R. Buck    kbuck@mccarter.com
- Rebecca L. Butcher    butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
- Kevin M. Capuzzi    kcapuzzi@phw-law.com
- David W. Carickhoff    carickhoff@blankrome.com, senese@blankrome.com
- James C. Carignan    carignaj@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Brian T. Carney    bcarney@akingump.com, nymco@akingump.com
- Thomas P. Carroll    thomas.carroll@usdoj.gov
- Paul J. Catanese    pcatanese@mcguirewoods.com
- Camela J. Chapman    cchapman@co.ho.md.us
- Christopher S. Chow    chowc@ballardspahr.com
- Joseph L. Christensen    jchristensen@paulweiss.com, idensmore@paulweiss.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- M. Blake Cleary    bankfilings@ycst.com
- Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com
- Howard A. Cohen    howard.cohen@dbr.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com
- Mark D. Collins    rbgroup@rlf.com
- Colm F. Connolly    cconnolly@morganlewis.com, lgibson@morganlewis.com
- Andrew S. Conway    Aconway@taubman.com
- L. Jason Cornell    jcornell@foxrothschild.com, dkemp@foxrothschild.com;slynch@foxrothschild.com
- Scott D. Cousins    bankruptcyservice@ccbllp.com, mccloskey@ccbllp.com;dero@ccbllp.com
- Angie M. Cowan    cowan@ask-attorneys.com
- W. Andrew Dalton    a.dalton@smmj.com
- Scott I. Davidson    sdavidson@kslaw.com
- John Louis Decker    j.decker@smmj.com
- John D. Demmy    jdd@stevenslee.com
- Andrew Glenn Devore    andrew.devore@ropesgray.com
- John Patrick DiTomo    jditomo@paulweiss.com
- Denis C. Dice    dcdice@mdwcg.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    cdjang@rutan.com
- Heather L. Donald    donaldh@michigan.gov
- Amish R. Doshi    adoshi@magnozzikye.com
- Thomas F. Driscoll    tdriscoll@bifferato.com
- Devon J. Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Landon Ellis    ellis@lrclaw.com, adams@lrclaw.com;dellose@lrclaw.com;rogers@lrclaw.com
- Michael E. Emrich    notice@regencap.com
- Margaret Fleming England    mfe@darbylawllc.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Brian G. Esders    besders@abato.com
- Nancy G. Everett    neverett@winston.com, ecf_bank@winston.com
- Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

- Michael J. Farnan    mfarnan@saul.com, rwarren@saul.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com
- Kerry K. Fennelly    kerrykessler@gmail.com, ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
- Norman P. Fivel    norman.fivel@oag.state.ny.us
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser    sfraser@cozen.com
- Joel E. Friedlander    sbrodowski@bmf-law.com;jspeakman@bmf-law.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com
- Antranig N. Garibian    agaribian@stradley.com, ckelly@stradley.com
- Kevin P. Garland    garlandk@gtlaw.com
- Patrick Theodore Garvey    garveyp@jbltd.com, danelskis@jbltd.com
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Yonatan Gelblum    yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert    rgellert@gsbblaw.com
- Leonard H. Gerson    gerson.leonard@dol.gov
- Christopher J. Giaimo    cgiaimo@bakerlaw.com, jravick@bakerlaw.com
- Scott Golden    sagolden@hhlaw.com
- Andrew N. Goldman    andrew.goldman@wilmerhale.com, yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.com;michelle.goldis@wilmerhale.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Jeffrey M Gorris    jgorris@paulweiss.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- James S. Green    jgreen@svglaw.com, spappa@svglaw.com
- James S. Green, Jr.    green@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
- Joseph Grey    jgrey@crosslaw.com
- Virginia Whitehill Guldi    vguldi@zuckerman.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com
- Gregg R. Hague    grh@sperling-law.com
- Aaron L. Hammer    ahammer@sugarfgh.com, bkdocket@sugarfgh.com;mbrandess@sugarfgh.com
- Tara Hannon    thannon@loan-law.com
- Lee Harrington    lharrington@nixonpeabody.com
- Donna L. Harris    dharris@phw-law.com
- J. Zachary Haupt    zhaupt@bifferato.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Michael A. Henry    mhenry@grossmcginley.com
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    ahiller@hillerarban.com
- Adam Hiller    ahiller@hillerarban.com
- Adam Hiller    ahiller@hillerarban.com
- Adam L Hirsch    adam.hirsch@srz.com, adam.hirsch@srz.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,lcampbell@dkhogan.com
- Robert T. Honeywell    robert.honeywell@klgates.com, richard.miller@klgates.com
- Steven T. Hoort    shoort@ropesgray.com, Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com
- Meghan Colleen Horn    mhorn@abato.com
- Daniel Horowitz    dhorowit@alumni.law.upenn.edu
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Mark T Hurford    cl@camlev.com
- Mark T Hurford    mhurford@camlev.com

- Joseph H. Huston    jhh@stevenslee.com
- Jennifer M Jackson    JacksonJ5@michigan.gov
- Lawrence M. Jacobson    lmj@gfjlawfirm.com
- Bruce E. Jameson    Bejameson@prickett.com
- Ericka Fredricks Johnson    erjohnson@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com
- James Johnston    jjohnston@jonesday.com
- Nathan Jones    nate@usdrllc.com
- Michael Joseph Joyce    mjoyce@crosslaw.com
- Ivan Lerer Kallick    ikallick@manatt.com
- Shanti M. Katona    skatona@polsinelli.com, docket@polsinelli.com;LSuprum@Polsinelli.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- William M. Kelleher    wkelleher@gfmlaw.com
- Julia B. Klein    klein@teamrosner.com
- Lawrence Joel Kotler    ljkotler@duanemorris.com
- Bryan Krakauer    bkrakauer@sidley.com
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- ANDREW GARY LIPKIN    alipkin@law.nyc.gov, andrewlipkin@msn.com
- Robert J. Lack    rlack@fklaw.com, vgarvey@fklaw.com
- Adam G. Landis    landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Neil Raymond Lapinski    nrl@elliottgreenleaf.com
- Tara L. Lattomus    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com
- George T. Lees, III    , kbecker@rawle.com
- David S. Leinwand    dleinwand@amroc.com
- Raymond Howard Lemisch    rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
- Scott J. Leonhardt    leonhardt@teamrosner.com
- Ira M. Levee    ilevee@lowenstein.com, krosen@lowenstein.com
- Christopher Dean Loizides    loizides@loizides.com
- Brian E. Lutness    brain@silverman-mcdonald.com
- Thomas G. Macauley    bankr@zuckerman.com
- Robert W. Mallard    mallard.robert@dorsey.com
- Kevin J Mangan    kmangan@wcsr.com, hsasso@wcsr.com
- Brain E. Martin    bmartin@stamostrucco.com
- D. Ross Martin    rmartin@ropesgray.com
- R. Craig Martin    craig.martin@dlapiper.com, charlotte.neuberger@dlapiper.com;carolyn.fox@dlapiper.com
- Katharine L. Mayer    kmayer@mccarter.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Elizabeth R. McColm    emccolm@paulweiss.com, bfiller@paulweiss.com
- Garvan F. McDaniel    gmcdaniel@bglawde.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Patricia P. McGonigle    pmcgonigle@svglaw.com, dclack@svglaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- John D. McLaughlin    jmclaughlin@ciardilaw.com, dchigges@ciardilaw.com;jclarke@ciardilaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- Barbara Suzanne Mehlsack    bmehlsack@gkllaw.com
- Dennis A. Meloro    bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
- Rachel B. Mersky    rmersky@monlaw.com
- George R. Mesires    grmesires@uhlaw.com
- Joshua M. Mester    jmester@jonesday.com
- Michael P. Migliore    mpm@skjlaw.com
- Maria Ann Milano    mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com

- Curtis S. Miller    cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Kathleen M. Miller    kmiller@skjlaw.com, dlm@skjlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Norman M. Monhait    nmonhait@rmgglaw.com
- Edmon L. Morton    bankfilings@ycst.com
- Michael P. Morton    mmorton@michaelpmorton.com, mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Claire P. Murphy    cmurphy@sperling-law.com, lsands@sperling-law.com
- Kathleen A. Murphy    kmurphy@reedsmith.com
- Michael F. Murphy    MurphyM2@michigan.gov, ballingerb1@michigan.gov
- Mark A. Neubauer    mneubauer@steptoe.com, mrodriguez@steptoe.com;smcloughlin@steptoe.com
- James D. Newbold    James.Newbold@illinois.gov
- Jami B. Nimeroff    jnimeroff@bsnlawyers.com, cmhannan@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    mona.parikh@bipc.com
- Mark N. Parry    mparry@mosessinger.com, dkick@mosessinger.com,dbutvick@mosessinger.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- John C. Phillips    tlb@pgslaw.com;scs@pgslaw.com
- Marc J. Phillips    mphillips@regerlaw.com
- Joan E. Pilver    Joan.Pilver@ct.gov
- Joanne P. Pinckney    jpinckney@phw-law.com, arussell@phw-law.com;lmolinaro@phw-law.com
- Dana S. Plon    dplon@sirlinlaw.com
- David M. Powlen    dpowlen@btlaw.com, pgroff@btlaw.com
- Mark Harrington Ralston    mralston@taberestes.com
- Leigh-Anne M. Raport    lraport@ashby-geddes.com
- Daniel B. Rath    rath@lrclaw.com, rogers@lrclaw.com;panchak@lrclaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- David William Reimann    dreimann@reimannlawgroup.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Michael P. Richman    mrichman@pattonboggs.com, candonian@hunton.com
- Timothy M. Riffin    thomase@gtlaw.com;bankruptcydel@gtlaw.com
- Richard W. Riley    rwriley@duanemorris.com
- Richard A. Robinson    rrobinson@reedsmith.com
- Martha E. Romero    romero@dslextreme.com
- Alan Michael Root    root@blankrome.com, senese@blankrome.com
- Richard E Rosberger    rrosberger@rlrpclaw.com
- Frederick Brian Rosner    rosner@teamrosner.com
- Sommer Leigh Ross    slross@duanemorris.com
- Brian M Rostocki    brostocki@reedsmith.com
- W. Bradley Russell    William.B.Russell@usdoj.gov, eastern.taxcivil@usdoj.gov
- Anthony M. Saccullo    ams@saccullolegal.com
- Christopher M. Samis    samis@rlf.com, rbgroup@rlf.com
- Jason Beram Sanjana    jason.sanjana@lw.com
- John Henry Schanne    schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, dkemp@foxrothschild.com
- Eric Lopez Schnabel    de.ecf@Dorsey.com
- Andrew Schoulder    andrew.schoulder@bgllp.com, josephine.moon@bgllp.com;anna.rozin@bgllp.com;adam.shane@bgllp.com;andrew.schoulder@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com
- Steven C. Schwendemann    s.schwendemann@smmj.com
- John M. Seaman    seaman@abramsbayliss.com, farro@abramsbayliss.com
- Elaine M Seid    emseid@mstpartners.com
- Maurie J. Shalmone    maurie@longacrellc.com

- John K. Sherwood    jsherwood@lowenstein.com, dclaussen@lowenstein.com
- Joseph Emil Shickich    jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
- Daniel A. Shmikler    dshmikler@sperling-law.com, cmurphy@sperling-law.com,sflorsheim@sperling-law.com
- Hugh H. Shull    hshull@law.nyc.gov
- John P. Sieger    john.sieger@kattenlaw.com, paige.barr@kattenlaw.com
- Glen Silverstein    gsilverstein@leaderberkon.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- Drew G. Sloan    dsloan@rlf.com, rbgroup@rlf.com
- Wayne M. Smith    wayne.smith@warnerbros.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- Robert J. Stearn    stearn@rlf.com, rbgroup@rlf.com
- Robert J. Stearn Jr.    stearn@rlf.com, rbgroup@rlf.com
- Catherine Steege    csteege@jenner.com, docketing@jenner.com;dhixson@jenner.com
- Arthur Steinberg    asteinberg@kslaw.com, rtrowbridge@kslaw.com
- Jonathan M. Stemerman    jms@elliottgreenleaf.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Alan J. Stone    astone@milbank.com, aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com
- Brian A. Sullivan    bsullivan@werbsullivan.com, abrown@werbsullivan.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Eric Michael Sutty    ems@elliottgreenleaf.com
- Daniel R. Swetnam    Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- John F. Theil    j.theil@smmj.com
- Christina M. Thompson    cthompson@connollygallagher.com
- Judy D. Thompson    jdt@jdthompsonlaw.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrownrowe.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- Michael T. Trucco    mtrucco@stamostrucco.com, erosenquist@stamostrucco.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Eva H. Vlachynsky    deecf@dor.mo.gov
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com
- Mary K. Ware    mware@law.ga.gov
- William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- Gregory W. Werkheiser    gwerkheiser@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
- Joel M. Wertman    jmwertman@mdwcg.com
- William Douglas White    wdw@mccarthywhite.com, clm@mccarthywhite.ocm
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
- Amanda Marie Winfree    awinfree@ashby-geddes.com
- Jeffrey C. Wisler    jwisler@connollygallagher.com
- Alissa S. Wright    alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
- James S. Yoder    yoderj@whiteandwilliams.com
- Michael W. Yurkewicz    myurkewicz@klehr.com
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- David M. Zensky    dzensky@akingump.com, nymco@akingump.com

- Scott A Zuber    szuber@daypitney.com