TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period December 1, 2011 - February 29, 2012

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 11305 | $274,201.00 | $3,012.28 | $277,213.28 |
| Sidley Austin LLP (Counsel to Debtors) | 12121 | $5,327,855.00 | $167,328.06 | $5,495,183.06 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 11368 | $1,181,261.00 | $1,118.67 | $1,182,379.67 |
| Davis Wright Tremaine LLP (Special Counsel for Domestic Legal Matters) | 12414 | $318,516.75 | $14,398.83 | $332,915.58 |
| Dow Lohnes PLLC (Special Regulatory Counsel) | 11362 | $248,654.00 | $1,180.90 | $249,834.90 |
| Ernst & Young LLP * (Valuation and Business Modeling, and Marketing Survey Services) | 11914 | $42,667.50 | $700.00 | $43,367.50 |
| Jenner & Block LLP (Special Counsel for Certain Litigation Matters for Debtors) | 11383 | $3,382.50 | $0.00 | $3,382.50 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 11387 | $44,315.00 | $2,778.01 | $47,093.01 |
| Lazard Frères & Co. LLC (Investment Bankers to Debtors) | 11382 | $600,000.00 | $95.17 | $600,095.17 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel re Certain Litigation Matters) | 11363 | $21,237.50 | $1,358.60 | $22,596.10 |
| McDermott Will & Emery LLP (Special Counsel for General Domestic Legal Matters for Debtors) | 11743 | $1,658,540.75 | $34,507.43 | $1,693,048.18 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 11367 | $542,351.00 | $6,105.08 | $548,456.08 |
| Reed Smith LLP (Special Counsel for Certain Litigation Matters for Debtors) | 11262 | $72,632.50 | $1,123.74 | $73,756.24 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 11384 | $200,171.80 | $5,415.87 | $205,587.67 |
| SNR Denton US LLP (Ordinary Course Counsel to the Debtors) | 11385 | $187,793.50 | $1,497.91 | $189,291.41 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 11386 | $199,950.00 | $1,462.13 | $201,412.13 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Counsel to Committee) | 11372 | $1,640,416.00 | $54,936.23 | $1,695,352.23 |
| Landis Rath & Cobb LLP (Co-Counsel to Committee) | 11373 | $773,640.50 | $288,197.19 | $1,061,837.69 |
| AlixPartners, LLP (Financial Advisor to Committee) | 11374 | $316,749.75 | $3,147.00 | $319,896.75 |
| Moelis & Company LLC (Financial Advisor and Investment Banker to Committee) | 11398 | $600,000.00 | $1,603.26 | $601,603.26 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Committee) | 11340 | $13,950.38 | $10,272.08 | $24,222.46 |
| Zuckerman Spaeder LLP (Special Counsel to Committee) | 11375 | $239,705.25 | $23,701.64 | $263,406.89 |

* The Interim Period is June 1, 2011 - February 29, 2012.

1
#9163292v1

---

* The Interim Period is June 1, 2011 - February 29, 2012.

1
#9163292v1