TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| PENNSYLVANIA ELECTRIC COMPANY,<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK, NJ 07701 | | Claim Number: 1<br>Claim Date: 12/15/2008<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $2,722.07 | | |

---

| | | | | |
|---|---|---|---|---|
| METROPOLITAN EDISON COMPANY,<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK, NJ 07701 | | Claim Number: 2<br>Claim Date: 12/15/2008<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $22,701.12 | Scheduled: | $16,917.13 |

---

| | | | | |
|---|---|---|---|---|
| NEFF, LAWRENCE<br>1169 PENN DR<br>ANDREAS, PA 18211 | | Claim Number: 3<br>Claim Date: 12/15/2008<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $720.00 |

---

| | | | | |
|---|---|---|---|---|
| NEFF, LAWRENCE<br>1169 PENN DRIVE<br>ANDREAS, PA 18211 | | Claim Number: 4<br>Claim Date: 12/15/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $300.00 | | |

---

| | | | | |
|---|---|---|---|---|
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 5<br>Claim Date: 12/16/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $572,411.41 | | |

---

| | | | | |
|---|---|---|---|---|
| MAYNE, NICHOLAS<br>3280 CRAIG RD<br>CLINTON, NY 13323-3906 | | Claim Number: 6<br>Claim Date: 12/16/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $1,500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | | Claim Number: 7<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $1,468.54 | Scheduled: | $1,009.40 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | Claim Number: 8<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | |
| UNSECURED          Claimed: | $1,714.79 | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | Claim Number: 9<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12041 (07/17/2012) | |
| UNSECURED          Claimed: | $1,062.18 | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | Claim Number: 10<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $3,142.22 | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | Claim Number: 11<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12042 (07/17/2012) | |
| UNSECURED          Claimed: | $1,136.65 | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL<br>PO BOX 644006<br>MOBERLY, MO 65270 | Claim Number: 12<br>Claim Date: 12/16/2008<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $2,513.70 | |
| ROUND2 COMMUNICATIONS, LLC<br>ATTN: ISAAC BRANTNER<br>10866 WILSHIRE BLVD # 900<br>LOS ANGELES, CA 90024 | Claim Number: 13<br>Claim Date: 12/17/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| UNSECURED          Claimed: | $442,163.38 | |
| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 14<br>Claim Date: 12/19/2008<br>Debtor: HOMESTEAD PUBLISHING CO. | |
| UNSECURED          Claimed:          $2,025.37 | Scheduled:          $6.68 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| AVAYA INC. DBA EXPANETS<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 15<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $17.21 | Scheduled: | $73.74 |
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 16<br>Claim Date: 12/19/2008<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $13,476.87 | | |
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 17<br>Claim Date: 12/19/2008<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $385.68 | | |
| DOVER MASTER FUND II, L.P.<br>TRANSFEROR: ROCKWELL AUTOMATION<br>C/O LONGACRE MANAGEMENT, LLC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 18-01<br>Claim Date: 12/19/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | |
| UNSECURED | Claimed: | $466,878.70 | | |
| DOVER MASTER FUND II, L.P.<br>TRANSFEROR: ROCKWELL AUTOMATION<br>C/O LONGACRE MANAGEMENT, LLC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 18-02<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | |
| UNSECURED | Claimed: | $10,720.00 | | |
| ORENSTEIN, BETH W.<br>104 CANDLEWYCKE LANE<br>NORTHAMPTON, PA 18067-1794 | | Claim Number: 19<br>Claim Date: 12/19/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $560.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: BURST COMMUNICATIONS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 20<br>Claim Date: 12/22/2008<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $17,249.39 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RAHE, ELIZABETH
5180 POLK LANE
OLIVE BRANCH, MS 38654

Claim Number: 21
Claim Date: 12/22/2008
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $4,200.00 |
|---|---|---|

---

GRIFFEN'S SATELLITE SERVICE
ERIC E. GRIFFEN
1423 STATE ROUTE 28N
MINERVA, NY 12857

Claim Number: 22
Claim Date: 12/22/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

RUSSELL, MARY H.
842 W. CHALMERS PLACE
CHICAGO, IL 60614

Claim Number: 23
Claim Date: 12/22/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

---

MIKLISH, BRENDA
415 ARCH AVE
GREENSBURG, PA 15601

Claim Number: 24
Claim Date: 12/22/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $360.00 |
|---|---|---|

---

KLUG, DAVID
1063 SUMMER PLACE
PITTSBURGH, PA 15243

Claim Number: 25
Claim Date: 12/22/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

---

VIP TRANSPORT, INC.
2703 WARDLOW ROAD
CORONA, CA 91720

Claim Number: 26
Claim Date: 12/22/2008
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| UNSECURED | Claimed: | $80,179.28 | Scheduled: | $79,861.62 |
|---|---|---|---|---|

---

WITLEN, IAN
4375 CARAMBOLA CIR N
COCONUT CREEK, FL 33066-2458

Claim Number: 27
Claim Date: 12/23/2008
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| PRIORITY | Claimed: | $1,675.00 |
|---|---|---|
| UNSECURED | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | | Claim Number: 28<br>Claim Date: 12/23/2008<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11755 (06/04/2012) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $71.01   UNLIQ |

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 29<br>Claim Date: 12/23/2008<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $44,824.93   UNLIQ |

| ALMAN, ISADORA<br>917 WALNUT STREET<br>ALAMEDA, CA 94501 | | Claim Number: 30<br>Claim Date: 12/23/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|---|
| UNSECURED | Claimed: | $1,815.00 |

| LOCKARD, SARAN<br>2423 CHELSEA STREET<br>ORLANDO, FL 32803 | | Claim Number: 31<br>Claim Date: 12/23/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|---|
| PRIORITY | Claimed: | $1,575.00 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 32<br>Claim Date: 12/24/2008<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $105.29 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 33<br>Claim Date: 12/24/2008<br>Debtor: STEMWEB, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|---|
| SECURED | Claimed: | $679.05 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 34<br>Claim Date: 12/24/2008<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| PRIORITY | Claimed: | $3,525.11 |
| UNSECURED | Claimed: | $410.84 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 35 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: INTERNET FORECLOSURE SERVICE, INC. |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 4417 (05/14/2010) |

| UNSECURED | | $639.70 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 36 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: HOY PUBLICATIONS, LLC |
| PO BOX 5300 | |
| ALBANY, NY 12205-0300 | |

| UNSECURED | Claimed: | $198.33 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 37 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: HOMESTEAD PUBLISHING CO. |
| PO BOX 5300 | Comments: WITHDRAWN |
| ALBANY, NY 12205-0300 | DOCKET: 12280 (08/16/2012) |

| PRIORITY | Claimed: | $2,757.61 |
| UNSECURED | Claimed: | $448.92 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 38 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: FORSALEBYOWNER.COM CORP. |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 2270 (10/02/2009) |

| PRIORITY | Claimed: | $5,941.04 |
| UNSECURED | Claimed: | $104.64 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 39 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC |
| PO BOX 5300 | |
| ALBANY, NY 12205-0300 | |

| UNSECURED | Claimed: | $872.17 |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 40 |
| TAXATION AND FINANCE | Claim Date: 12/24/2008 |
| BANKRUPTCY SECTION | Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $348.22 |

---

| ESCOBAR, MARIA I. | Claim Number: 41 |
| 2734 CARAMBOLA CIR S | Claim Date: 12/24/2008 |
| COCONUT CREEK, FL 33066-2593 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3011 (01/05/2010) |

| UNSECURED | Claimed: | $626.85 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ESCOBAR, MARIA I.<br>2734 CARAMBOLA CIR S<br>COCONUT CREEK, FL 33066-2593 | | Claim Number: 42<br>Claim Date: 12/24/2008<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195.75 | | |
| WEINMAN, SARAH<br>2576 BROADWAY # 426<br>NEW YORK, NY 10025 | | Claim Number: 43<br>Claim Date: 12/24/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | |
| PRIORITY | Claimed: | $650.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $650.00 | | |
| TOTAL | Claimed: | $650.00 | | |
| MARGULIES, JIMMY<br>THE RECORD<br>150 RIVER ST.<br>HACKENSACK, NJ 07601 | | Claim Number: 44<br>Claim Date: 12/24/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $300.00 | | |
| ESCOBAR, MARIA I.<br>2734 CARAMBOLA CIR S<br>COCONUT CREEK, FL 33066-2593 | | Claim Number: 45<br>Claim Date: 12/24/2008<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $1,188.75 | | |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: GSN NEWS INC.<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 46<br>Claim Date: 12/24/2008<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $17,750.00 | Scheduled: | $7,950.00 |
| SOLSTICE CONSULTING, LLC<br>641 W. LAKE, SUITE 102<br>CHICAGO, IL 60661 | | Claim Number: 47<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| PRIORITY | Claimed: | $10,200.00 | | |
| POLLACK COMMUNICATIONS<br>5143 CLEVELAND ROAD<br>DELRAY BEACH, FL 33484 | | Claim Number: 48<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| PRIORITY | Claimed: | $6,210.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CRUZ, MAYRA<br>1855 COBLE DR.<br>DELTONA, FL 32738 | | Claim Number: 49<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $2,414.05 | | |

---

| | | | | |
|---|---|---|---|---|
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 50<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $79,699.55 | | |

---

| | | | | |
|---|---|---|---|---|
| PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | | Claim Number: 51<br>Claim Date: 12/26/2008<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 2269 (10/02/2009) | | |
| UNSECURED | Claimed: | $6,056.52 | Scheduled: | $5,891.24 |

---

| | | | | |
|---|---|---|---|---|
| VERTIS, INC.<br>HUSCH BLACKWELL SANDERS LLP<br>JOHN J. CRUCIANI<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | | Claim Number: 52<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| BEACH, RANDI<br>PO BOX 12<br>FAIRFAX, CA 94978-0012 | | Claim Number: 53<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY<br>UNSECURED | Claimed: | $355.60 | Scheduled: | $1,388.20 |

---

| | | | | |
|---|---|---|---|---|
| BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | Claim Number: 54<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $349.30 | | |

---

| | | | | |
|---|---|---|---|---|
| BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | Claim Number: 55<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $100.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | Claim Number: 56<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $334.90 |

---

| | | |
|---|---|---|
| BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | Claim Number: 57<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $348.40 |

---

| | | |
|---|---|---|
| BEACH, RANDI<br>PO BOX 297<br>SANTA CLARA, CA 95052 | | Claim Number: 58<br>Claim Date: 12/29/2008<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
| PRIORITY<br>UNSECURED | Claimed: | $100.00 |

---

| | | |
|---|---|---|
| HUMBERTO TAKESHI BARRIOS MIYATA<br>REFORMA # 177 NTE. COL. BALDERRAMA<br>HERMOSILLO, SONORA,<br>MEXICO | | Claim Number: 59<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $4,010.00 |

---

| | | |
|---|---|---|
| DORA GUADALUPE PICOS AGUILERA<br>PEDRO ASCENCIO # 717 FRACC. VIRREYES<br>HERMOSILLO, SONORA,<br>MEXICO | | Claim Number: 60<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
| PRIORITY | Claimed: | $1,579.50 |

---

| | | |
|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 61<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $44,824.93   UNLIQ |

---

| | | |
|---|---|---|
| DIANI, STEPHANIE<br>656 S. RIDGELEY DR. # 301<br>LOS ANGELES, CA 90036 | | Claim Number: 62<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $374.72 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM COMM. NEW ORLEANS<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 63<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $33,969.40 | Scheduled: | $33,900.80 |

---

| | | | | |
|---|---|---|---|---|
| GET ME THAT VOICE!<br>3633 KIMBLE DR<br>PLANO, TX 75025-4453 | | Claim Number: 64<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $275.00 | | |

---

| | | | | |
|---|---|---|---|---|
| STRATEGIC FULFILLMENT GROUP<br>111 CORPORATE DRIVE<br>BIG SANDY, TX 75755 | | Claim Number: 65<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $9,195.84 | Scheduled: | $10,443.79 |

---

| | | | | |
|---|---|---|---|---|
| CREATIVE STUDIO SOLUTIONS, INC.<br>ANDREW ROSENBERG<br>7390 S. CARR COURT<br>LITTLETON, CO 80128-4205 | | Claim Number: 66<br>Claim Date: 12/29/2008<br>Debtor: KWGN INC. | | |
| UNSECURED | Claimed: | $1,460.00 | Scheduled: | $1,460.00 |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 67<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $0.79 | | |
| UNSECURED | Claimed: | $761.56 | | |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 68<br>Claim Date: 12/29/2008<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | |
| SECURED | Claimed: | $382.32 | | |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 69<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $20.28 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 70<br>Claim Date: 12/29/2008<br>Debtor: VALUMAIL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| SECURED | Claimed: | $123.76 |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 71<br>Claim Date: 12/29/2008<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
|---|---|---|
| PRIORITY | Claimed: | $6.17 |
| UNSECURED | Claimed: | $98.19 |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 72<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE NM, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $4,687.88 |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 73<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $412.25 |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 74<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |
|---|---|---|
| PRIORITY | Claimed: | $3,522.76 |
| UNSECURED | Claimed: | $535.07 |

---

| KEENAN, STEFANIE 956 N WILTON PL LOS ANGELES, CA 90038-3214 | | Claim Number: 75<br>Claim Date: 12/31/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|---|
| PRIORITY | Claimed: | $4,500.00 |
| UNSECURED | Claimed: | $4,500.00 |
| TOTAL | Claimed: | $4,500.00 |

---

| HUECKEL, JILL ANGIULI, KATKIN, & GENTILE, LLP 60 BAY STREET, PENTHOUSE STATEN ISLAND, NY 10301 | | Claim Number: 76<br>Claim Date: 12/31/2008<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SIGNAL MECHANICAL, INC.<br>2901 GARDENA AVE.<br>SIGNAL HILL, CA 90755 | | Claim Number: 77<br>Claim Date: 01/02/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,036.48 | Scheduled: | $10,061.32 |

| | | | | |
|---|---|---|---|---|
| HUECKEL, JILL<br>ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | | Claim Number: 78<br>Claim Date: 01/02/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: POSSIBLE DUPLICATE OF 76 | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PDQ PLASTICS, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 79<br>Claim Date: 01/02/2009<br>Debtor: THE BALTIMORE SUN COMPANY |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,803.91 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROSEN, KIM<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 80<br>Claim Date: 01/02/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,000.00 | | |
| SECURED | Claimed: | $4,000.00 | | |
| UNSECURED | | | Scheduled: | $4,000.00 |
| TOTAL | Claimed: | $4,000.00 | | |

| | | |
|---|---|---|
| SEGERDAHL CORPORATION, THE<br>1351 SOUTH WHEELING ROAD<br>WHEELING, IL 60090 | | Claim Number: 81<br>Claim Date: 01/02/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $311,995.18 |

| | | |
|---|---|---|
| SIBLEY, JOHN C.<br>406 SIBLEYS LANDING RD.<br>SALUDA, VA 23149 | | Claim Number: 82<br>Claim Date: 01/02/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |

| | | |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $47.74 |

| | | | | |
|---|---|---|---|---|
| ARCHON BAY CAPITAL, LLC<br>TRANSFEROR: LUTTWAK, EDWARD N.<br>P.O. BOX 14610<br>ATTN: CLAIMS PROCESSING DEPT<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 83<br>Claim Date: 01/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RODRIGUEZ, KRISTINE B.
1917 E. ILLINOIS ST
WHEATON, IL 60187

Claim Number: 84
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $350.00 | |
| UNSECURED | Claimed: | $10.00 | |

---

MARDAR ENTERPRISES
6910 33RD ST.
VERO BEACH, FL 32966

Claim Number: 85
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,200.00 | |

---

NELSON CHARTERS, LLC
15801 STANTON
WEST OLIVE, MI 49460

Claim Number: 86
Claim Date: 01/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $330.62 | |

---

SYNDICATE BLEU DBA OF CAREER GROUP INC.
10100 SANTA MONICA BLVD, SUITE 900
LOS ANGELES, CA 90067

Claim Number: 87
Claim Date: 01/05/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,133.50 | Scheduled: | $2,972.75 |

---

WELLCOMEMAT, LLC
ATTN: CHRISTIAN STERNER
1525 QUINCE AVE
BOULDER, CO 80304

Claim Number: 88
Claim Date: 01/06/2009
Debtor: FORSALEBYOWNER.COM CORP.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,362.27 | Scheduled: | $1,889.17 |

---

JAMES, SUSAN E.
4534 HILLARD AVENUE
LA CANADA, CA 91011

Claim Number: 89
Claim Date: 01/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $76.25 | |

---

AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE OPP OFFSHORE FUND,
LTD. AS ASSIG. OF ADVANCED MEDIA RES GP
ATN: D.LEINWAND; 399 PARK AVENUE, 6TH FL
NEW YORK, NY 10022

Claim Number: 90
Claim Date: 01/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $30,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ACCUWEATHER, INC.
385 SCIENCE PARK ROAD
STATE COLLEGE, PA 16803

Claim Number: 91
Claim Date: 01/07/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $9,077.56 | Scheduled: | $9,899.00 |

ACCUWEATHER, INC.
385 SCIENCE PARK ROAD
STATE COLLEGE, PA 16803

Claim Number: 92
Claim Date: 01/07/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $4,736.27 | | |

P2I NEWSPAPER LLC
1236 MAIN ST
HELLERTOWN, PA 18055

Claim Number: 93-01
Claim Date: 01/07/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $506.00 | Scheduled: | $506.00 |

P2I NEWSPAPER LLC
1236 MAIN ST
HELLERTOWN, PA 18055

Claim Number: 93-02
Claim Date: 01/07/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $209.00 | | |

P2I NEWSPAPER LLC
1236 MAIN ST
HELLERTOWN, PA 18055

Claim Number: 93-03
Claim Date: 01/07/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

P2I NEWSPAPER LLC
1236 MAIN ST
HELLERTOWN, PA 18055

Claim Number: 93-04
Claim Date: 01/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $506.00 | Scheduled: | $506.00 |

P2I NEWSPAPER LLC
1236 MAIN ST
HELLERTOWN, PA 18055

Claim Number: 93-05
Claim Date: 01/07/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $308.00 | Scheduled: | $308.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BETZA, GREGORY
12 GOLF ROAD
BLOOMFIELD, NJ 07003

Claim Number: 94
Claim Date: 01/07/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,300.00 |

---

STANDARD REGISTER COMPANY
LILLIAN FLATT
600 ALBANY ST
DAYTON, OH 45408

Claim Number: 95
Claim Date: 12/18/2008
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,147.36 |

---

CORBIS CORPORATION
ATTN: CREDIT DEPT.
710 SECOND AVE, STE 220
SEATTLE, WA 98104

Claim Number: 96
Claim Date: 12/19/2008
Debtor: CHICAGOLAND PUBLISHING COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,477.50 |

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 97
Claim Date: 12/19/2008
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $44,824.93   UNLIQ |

---

HARRIS COUNTY
TREASURER
1001 PRESTON        STE 652
HOUSTON, TX 77002

Claim Number: 98
Claim Date: 12/23/2008
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $71.01   UNLIQ |

---

AMERENCILCO
CREDIT & COLLECTIONS
2105 E. STATE ROUTE 104
PAWNEE, IL 62558

Claim Number: 99
Claim Date: 12/22/2008
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,152.92 | Scheduled: | $345.65 |

---

CORBIS CORPORATION
ATTN: CREDIT DEPT.
710 SECOND AVE, STE 220
SEATTLE, WA 98104

Claim Number: 100
Claim Date: 12/22/2008
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $178.62 | Scheduled: | $250.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AMEREN UE | Claim Number: 101 |
| PO BOX 66881 - MAIL CODE 310 | Claim Date: 12/23/2008 |
| SAINT LOUIS, MO 63166 | Debtor: KPLR, INC. |
| | Comments: ALLOWED |
| | DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $14,921.70 |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 102 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: TRIBUNE COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 103 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: WTXX, INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 104 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 105 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 106 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: KWGN INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 107 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: KTLA INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 108<br>Claim Date: 12/29/2008<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 109<br>Claim Date: 12/29/2008<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 110<br>Claim Date: 12/29/2008<br>Debtor: JULIUSAIR COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 111<br>Claim Date: 12/29/2008<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 112<br>Claim Date: 12/29/2008<br>Debtor: JULIUSAIR COMPANY II, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 113<br>Claim Date: 12/29/2008<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 114<br>Claim Date: 12/29/2008<br>Debtor: HOMEOWNERS REALTY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 115<br>Claim Date: 12/29/2008<br>Debtor: HEART & CROWN ADVERTISING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 116<br>Claim Date: 12/29/2008<br>Debtor: GREENCO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 117<br>Claim Date: 12/29/2008<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 118<br>Claim Date: 12/29/2008<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 119<br>Claim Date: 12/29/2008<br>Debtor: FORTIFY HOLDINGS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 120<br>Claim Date: 12/29/2008<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 121<br>Claim Date: 12/29/2008<br>Debtor: COURANT SPECIALTY PRODUCTS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED         Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 122<br>Claim Date: 12/29/2008<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 123<br>Claim Date: 12/29/2008<br>Debtor: CHICAGOLAND PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 124<br>Claim Date: 12/29/2008<br>Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 125<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 126<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 127<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 128<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 129<br>Claim Date: 12/29/2008<br>Debtor: CHICAGO AVENUE CONSTRUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 130<br>Claim Date: 12/29/2008<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 131<br>Claim Date: 12/29/2008<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 132<br>Claim Date: 12/29/2008<br>Debtor: CHANNEL 20, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 133<br>Claim Date: 12/29/2008<br>Debtor: CANDLE HOLDINGS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 134<br>Claim Date: 12/29/2008<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 135<br>Claim Date: 12/29/2008<br>Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 136<br>Claim Date: 12/29/2008<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 137<br>Claim Date: 12/29/2008<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 138<br>Claim Date: 12/29/2008<br>Debtor: OAK BROOK PRODUCTIONS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 139<br>Claim Date: 12/29/2008<br>Debtor: NORTH ORANGE AVENUE PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 140<br>Claim Date: 12/29/2008<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 141<br>Claim Date: 12/29/2008<br>Debtor: NEWSPAPER READERS AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 142<br>Claim Date: 12/29/2008<br>Debtor: NEWSCOM SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 143 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: NEOCOMM, INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 144 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: MAGIC T MUSIC PUBLISHING COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 145 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 146 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 147 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: PATUXENT PUBLISHING COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 148 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL | Claim Number: 149 |
| ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 | Claim Date: 12/29/2008 |
| 1400 AMERICAN LANE | Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC. |
| SCHAUMBURG, IL 60196 | Comments: EXPUNGED |
| | DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 150
Claim Date: 12/29/2008
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 151
Claim Date: 12/29/2008
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 152
Claim Date: 12/29/2008
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 153
Claim Date: 12/29/2008
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 154
Claim Date: 12/29/2008
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 155
Claim Date: 12/29/2008
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

ZURICH AMERICAN INSURANCE COMPANY, ET AL
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 156
Claim Date: 12/29/2008
Debtor: TMLH 2, INC.
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 157<br>Claim Date: 12/29/2008<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 158<br>Claim Date: 12/29/2008<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 159<br>Claim Date: 12/29/2008<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 160<br>Claim Date: 12/29/2008<br>Debtor: TMS ENTERTAINMENT GUIDES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 161<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 162<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 163<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 164<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 165<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 166<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 167<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 168<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 169<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 170<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE FINANCE, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 171<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE LICENSE, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 172<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE LOS ANGELES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 173<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 174<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 175<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 176<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 177<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 178<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 179<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 180<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 181<br>Claim Date: 12/29/2008<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 182<br>Claim Date: 12/29/2008<br>Debtor: VALUMAIL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 183<br>Claim Date: 12/29/2008<br>Debtor: VIRGINIA COMMUNITY SHOPPERS, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 184<br>Claim Date: 12/29/2008<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 185<br>Claim Date: 12/29/2008<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| DELL, INC<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX 78682 | | Claim Number: 186-01<br>Claim Date: 12/29/2008<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $335.44 | Scheduled: | $335.44 |
| DELL, INC<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX 78682 | | Claim Number: 186-02<br>Claim Date: 12/29/2008<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $1,132.00 | Scheduled: | $1,132.00 |
| CONSOLIDATED EDISON COMPANY OF<br>NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | | Claim Number: 187<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $15,419.92 | | |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 188<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED | Claimed: | $13,532.00 | | |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 189<br>Claim Date: 12/30/2008<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED | Claimed: | $13,532.00 | | |
| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | | Claim Number: 190<br>Claim Date: 12/30/2008<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED | Claimed: | $10,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TWTR, INC., ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 191<br>Claim Date: 12/30/2008<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

---

| HUECKEL, JILL<br>ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | Claim Number: 192<br>Claim Date: 01/05/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 | | |

---

| CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 193<br>Claim Date: 01/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,482.85 | | |

---

| COLUMBIA GAS OF VIRGINIA, INC.<br>200 CIVIC CENTER DR., 11TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 194<br>Claim Date: 01/08/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346.51 | Scheduled: | $128.24 |

---

| COLUMBIA GAS OF PENNSYLVANIA, INC.<br>200 CIVIC CENTER DR., 11TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 195<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $236.77 | Scheduled: | $268.16 |

---

| STORYTELLERS'S WORKSHOP INC<br>TED SLAMPYAK<br>217 CALLE EVANGELINE<br>BERNALILLO, NM 87004 | Claim Number: 196<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,800.00 | | |

---

| KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | Claim Number: 197-01<br>Claim Date: 01/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $278.02 | Scheduled: | $704.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-02
Claim Date: 01/08/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $117.00 | Scheduled: | $117.00 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-03
Claim Date: 01/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $20,094.21 | Scheduled: | $843.23 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-04
Claim Date: 01/08/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $273.32 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-05
Claim Date: 01/08/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $632.40 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-06
Claim Date: 01/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $14.55 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-07
Claim Date: 01/08/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $14,073.18 | Scheduled: | $13,799.76 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-08
Claim Date: 01/08/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $91,225.53 | Scheduled: | $16,876.76 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-09
Claim Date: 01/08/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $568.06 | | |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-10
Claim Date: 01/08/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,866.91 | Scheduled: | $1,866.91 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-11
Claim Date: 01/08/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $138.32 | | |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-12
Claim Date: 01/08/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,684.64 | Scheduled: | $497.73 |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 197-13
Claim Date: 01/08/2009
Debtor: TRIBUNE PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $88.10 | Scheduled: | $88.10 |

---

GENESYS
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 198-01
Claim Date: 01/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54.06 | | |

---

GENESYS
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 198-02
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $537.74 | Scheduled: | $161.61 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GENESYS
ATTN: MELODY LOHR
11808 MIRACLE HILLS DR.
OMAHA, NE 68154

Claim Number: 198-03
Claim Date: 01/08/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11.40 | Scheduled: | $11.40 |

---

MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSEL'S OFFICE
PO BOX 475
JEFFERSON CITY, MO 65105-0475

Claim Number: 199
Claim Date: 01/08/2009
Debtor: KPLR, INC.
Comments: DOCKET: 12465 (09/25/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,181.97 |
| UNSECURED | Claimed: | $67,443.15 |

---

MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSEL'S OFFICE
PO BOX 475
JEFFERSON CITY, MO 65105-0475

Claim Number: 200
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 12465 (09/25/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $993.96 |

---

SCHASSLER, KATHLEEN
24 VERNONDALE CT
SOUTHINGTON, CT 06489

Claim Number: 201
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125.00 |

---

CONVERGENT COMMUNICATIONS CONSULTANTS,
1737 W CARY ST
RICHMOND, VA 23220-5308

Claim Number: 202
Claim Date: 01/08/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $505.12 | Scheduled: | $505.12 |

---

SNYDER, AMANDA
554 IRVING ST
SAN FRANCISCO, CA 94122-2555

Claim Number: 203
Claim Date: 01/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $495.00 |

---

NEATLY CHISELED FEATURES
N1870 LORAMOOR DR.
LAKE GENEVA, WI 53147

Claim Number: 204
Claim Date: 01/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,732.85 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| THROPE, CAROLINE<br>11252 GONSALVES ST.<br>CERRITOS, CA 90703 | | Claim Number: 205<br>Claim Date: 01/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
| UNSECURED | Claimed: | $60,000.00 |

---

| | | |
|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 206<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $1,593.34 |

---

| | | |
|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 207<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $149.36 |

---

| | | |
|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 208<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $99.17 |

---

| | | |
|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 209<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $87.76 |

---

| | | |
|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 210<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $651.88 |

---

| | | |
|---|---|---|
| ABSORBTECH LLC<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | | Claim Number: 211<br>Claim Date: 01/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $17.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ABSORBTECH LLC
2700 S. 160TH ST.
NEW BERLIN, WI 53151

Claim Number: 212
Claim Date: 01/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $138.50 |
| --- | --- | --- |

---

ABSORBTECH LLC
2700 S. 160TH ST.
NEW BERLIN, WI 53151

Claim Number: 213
Claim Date: 01/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $1,083.50 |
| --- | --- | --- |

---

TANNOR PARTNERS CREDIT FUND II, LP
TRANSFEROR: BUSINESS TECHNOLOGY, INC.
TANNOR CAPITAL PARTNERS FUND II, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 214
Claim Date: 01/12/2009
Debtor: WPIX, INC.
Comments: DOCKET: 10318 (11/29/2011)

| UNSECURED | Claimed: | $1,742.41 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: MURPHY SECURITY SERVICE LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 215
Claim Date: 01/12/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $69,979.82 |
| --- | --- | --- |

---

REYSEN, NATE
4819 MANOR CT APT 46
CAPE CORAL, FL 33904-9568

Claim Number: 216
Claim Date: 01/12/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $4,400.00 |
| --- | --- | --- |

---

MISIASZEK, LORENIA R
3360 CALLE ODESSA
CARLSBAD, CA 92009-8621

Claim Number: 217
Claim Date: 01/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| PRIORITY | Claimed: | $2,156.00 |
| --- | --- | --- |

---

TEKSYSTEMS, INC.
ATTN: MATT HUDSON
7437 RACE RD.
HANOVER, MD 21076

Claim Number: 218
Claim Date: 01/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $10,572.00 | Scheduled: | $960.00 |
| --- | --- | --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| APPVAULT, LLC<br>1800 PARKWAY PLACE # 1000<br>MARIETTA, GA 30067 | | Claim Number: 219<br>Claim Date: 01/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $35,000.00 | Scheduled: | | $21,451.61 |
| BONNEVILLE INT'L DBA WTMX-FM<br>130 E. RANDOLPH ST., SUITE 2700<br>CHICAGO, IL 60601 | | Claim Number: 220<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $28,900.00 | | | |
| DUNLAP, KRIS<br>5780 MEADOWVIEW DRIVE<br>WHITE BEAR LAKE, MN 55110 | | Claim Number: 221<br>Claim Date: 01/12/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | | $300.00 |
| LUSTIG, CAROL<br>9740 NW 51ST ST.<br>CORAL SPRINGS, FL 33076 | | Claim Number: 222<br>Claim Date: 01/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | $1,402.50 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 223<br>Claim Date: 01/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $31,117.05 | Scheduled: | | $31,117.05 |
| MYRICK'S CLEANING SERVICE<br>C/O LYN MYRICK-CABASSA<br>8001 JONES RD.<br>JESSUP, MD 20794 | | Claim Number: 224<br>Claim Date: 01/12/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
| UNSECURED | Claimed: | $585.00 | | | |
| ORVIDAS, KEN<br>16724 NE 138TH CT.<br>WOODINVILLE, WA 98072 | | Claim Number: 225<br>Claim Date: 01/12/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | $1,600.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: BUSINESS TECHNOLOGY, INC.<br>TANNOR CAPITAL PARTNERS FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 226<br>Claim Date: 01/13/2009<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 10318 (11/29/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,712.50 | Scheduled: | $3,712.50 |

| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | Claim Number: 227<br>Claim Date: 01/13/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,512.28 | |
| UNSECURED | | | Scheduled: | $5,512.28 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: CA WALKER RESEARCH SOLUTIONS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 228<br>Claim Date: 01/13/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|
| UNSECURED | Claimed: | $57,000.00 |

| GLEN HERMANN DBA NEWSREEL<br>11271 VENTURA BLVD # 601<br>STUDIO CITY, CA 91604 | Claim Number: 229<br>Claim Date: 01/13/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| UNSECURED | Claimed: | $4,200.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: STROBE TECH, LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 230<br>Claim Date: 01/14/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,160.00 | Scheduled: | $7,160.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: STROBE TECH, LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 231<br>Claim Date: 01/14/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments:<br>May be replaced by claim number 3128 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,861.00 | Scheduled: | $4,777.00 |

| STARK, LINDSEY<br>1139 N VICTORIA PARK RD<br>FT LAUDERDALE, FL 33304-2464 | Claim Number: 232<br>Claim Date: 01/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |
|---|---|
| PRIORITY | Claimed: | $257.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| PLATFORM-A INC. (QUIGO TECHNOLOGIES INC. A DIV. OF AOL) TIFFANY STRELOW COBB ESQ. VORYS, SATER, SEYMOUR & PEASE LLP 52 EAST GAY STREET (PO BOX 1008) COLUMBUS, OH 43216-1008 | Claim Number: 233 Claim Date: 01/15/2009 Debtor: FORSALEBYOWNER.COM CORP. Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $72,340.80 |
|---|---|---|

| | |
|---|---|
| THIRD SCREEN MEDIA INC. DBA QUIGO ET AL TIFFANY STRELOW COBB ESQ. VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET (PO BOX 1008) COLUMBUS, OH 43216-1008 | Claim Number: 234 Claim Date: 01/15/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4410 (05/14/2010) |

| UNSECURED | Claimed: | $7,500.00 |
|---|---|---|

| | |
|---|---|
| PLATFORM-A INC., AN AOL LLC COMPANY TIFFANY STRELOW COBB, ESQ. VORYS, SATER, SEYMOUR AND PEASE LLP 52 EAST GAY STREET (PO BOX 1008) COLUMBUS, OH 43216-1008 | Claim Number: 235 Claim Date: 01/15/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2832 (12/11/2009) |

| UNSECURED | Claimed: | $216,404.98 |
|---|---|---|

| | |
|---|---|
| AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | Claim Number: 236 Claim Date: 01/15/2009 Debtor: SUN-SENTINEL COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $14,235.51 |
|---|---|---|

| | |
|---|---|
| OTIS ELEVATOR COMPANY, ET AL ATTN: TREASURY SERVICES - J. PARENT 1 FARMS SPRINGS, 3RD FLOOR FARMINGTON, CT 06032 | Claim Number: 237 Claim Date: 01/15/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $3,679.60 |
|---|---|---|

| | |
|---|---|
| COLLECTIVE MEDIA INC. 99 PARK AVE FL 5 NEW YORK, NY 10016-1601 | Claim Number: 238 Claim Date: 01/15/2009 Debtor: SUN-SENTINEL COMPANY Comments: DOCKET: 4099 (04/19/2010) |

| UNSECURED | Claimed: | $19,626.03 | Scheduled: | $10,499.99 |
|---|---|---|---|---|

| | |
|---|---|
| SHOEMAKER, TIMOTHY 124 N. 3RD STREET APT 2R EASTON, PA 18042 | Claim Number: 239 Claim Date: 01/15/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2832 (12/11/2009) |

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MERCER, INC.
PO BOX 730182
DALLAS, TX 75373-0182

Claim Number: 240
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 8091 (02/22/2011)

| UNSECURED | Claimed: | $35,596.00 | Scheduled: | $18,026.98 |

---

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 241
Claim Date: 01/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $26,219.18 |

---

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 242
Claim Date: 01/15/2009
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $38,729.32 |

---

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 243
Claim Date: 01/15/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $38,729.32 |

---

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 244
Claim Date: 01/15/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $38,729.32 |

---

OHIO DEPARTMENT OF TAXATION
CHARLES W. RHILINGER JR.
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 245
Claim Date: 01/15/2009
Debtor: TOWER DISTRIBUTION COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $38,729.32 |

---

BOYARSKY, BENJAMIN WILLIAM
2135 GREENFIELD AVE
LOS ANGELES, CA 90025

Claim Number: 246
Claim Date: 01/16/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $900.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SAMMCO, INC.<br>2735 DERBY ST<br>BERKELEY, CA 94705 | | Claim Number: 247<br>Claim Date: 01/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $18,927.37 | | |

---

| | | | | |
|---|---|---|---|---|
| MILES, DANIEL L.<br>45 EASY STREET<br>RINGGOLD, GA 30736 | | Claim Number: 248<br>Claim Date: 01/16/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $8,511.75 | | |

---

| | | | | |
|---|---|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC.<br>ATTN: SUSAN RECTOR<br>2002 PAPA JOHN'S BLVD<br>LOUISVILLE, KY 40299 | | Claim Number: 249<br>Claim Date: 01/16/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $23,357.50 | Scheduled: | $4,665.00 |

---

| | | | | |
|---|---|---|---|---|
| MEJIA, MICHELLE A.<br>C/O BROOKWELL<br>2725 NE 1ST AVE<br>WILTON MANORS, FL 33334 | | Claim Number: 250<br>Claim Date: 01/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $440.50 | | |

---

| | | | | |
|---|---|---|---|---|
| CONNECTICUT NATURAL GAS CORPORATION<br>ATTN: JULIETTE MORLE<br>76 MEADOW STREET<br>EAST HARTFORD, CT 06108 | | Claim Number: 251<br>Claim Date: 12/29/2008<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $45,309.79 | Scheduled: | $38,899.54 |

---

| | | | | |
|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ATLANTA GAS/VIRGINIA NATURAL<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 252<br>Claim Date: 01/08/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 10317 (11/29/2011) | | |
| UNSECURED | Claimed: | $1,155.56 | | |

---

| | | | | |
|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ATLANTA GAS/VIRGINIA NATURAL<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 253<br>Claim Date: 01/08/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 10317 (11/29/2011) | | |
| UNSECURED | Claimed: | $954.24 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: JTD CONSULTING, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 254<br>Claim Date: 01/09/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $48,749.20 | Scheduled: | $51,399.20 |

---

| | | |
|---|---|---|
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | | Claim Number: 255<br>Claim Date: 01/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $4,066.97   UNLIQ |

---

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 256<br>Claim Date: 01/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $28,355.87 |

---

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 257<br>Claim Date: 01/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $39,623.95 |

---

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 258<br>Claim Date: 01/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $11,660.13 |

---

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 259<br>Claim Date: 01/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11800 (06/12/2012) |
| UNSECURED | Claimed: | $155,503.46 |

---

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 260<br>Claim Date: 01/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11801 (06/12/2012) |
| UNSECURED | Claimed: | $13,544.22 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CITY OF LEESBURG, FLORIDA<br>C/O FRED A. MORRISON, CITY ATTORNEY<br>PO BOX 491357<br>LEESBURG, FL 34749-1357 | Claim Number: 261<br>Claim Date: 01/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $757.52 | Scheduled: | $757.52 |

---

| VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | Claim Number: 262<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |

| UNSECURED | Claimed: | $100,544.88 |

---

| WALLER, MARTA<br>10490 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025-5033 | Claim Number: 263<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11216 (03/22/2012) |

| UNSECURED | Claimed: | $5,000,000.00 |

---

| PRECO, INC<br>7500 E. MCDONALD DRIVE<br>SUITE 200A<br>SCOTTSDALE, AZ 85250 | Claim Number: 264<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |

| UNSECURED | Claimed: | $12,277.72 |

---

| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 265<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| SECURED | Claimed: | $276,729.21   UNLIQ |

---

| NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | Claim Number: 266<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $86,370.50 |

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | Claim Number: 267<br>Claim Date: 01/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11459 (04/23/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| K&M NEWSPAPER SERVICES, INC<br>45 GILBERT ST EXT<br>MONROE, NY 10950 | Claim Number: 268<br>Claim Date: 01/19/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $152,565.60 | | |
| CLEAR CHANNEL RADIO-ORLANDO<br>2500 MAITLAND CENTER PARKWAY<br>SUITE 401<br>MAITLAND, FL 32751 | Claim Number: 269<br>Claim Date: 01/19/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 270<br>Claim Date: 01/20/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
| UNSECURED | Claimed: | $263.79 | Scheduled: | $172.62 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 271<br>Claim Date: 01/20/2009<br>Debtor: THE MORNING CALL, INC. | | | |
| UNSECURED | Claimed: | $24.83 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 272<br>Claim Date: 01/20/2009<br>Debtor: THE MORNING CALL, INC. | | | |
| UNSECURED | Claimed: | $75.98 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 273<br>Claim Date: 01/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $5.16 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 274<br>Claim Date: 01/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $477.03 | Scheduled: | $463.87 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 275
Claim Date: 01/20/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $5.35 | Scheduled: | $5.18 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 276
Claim Date: 01/20/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $138.47 | Scheduled: | $140.89 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 277
Claim Date: 01/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $25.77 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 278
Claim Date: 01/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $288.84 | Scheduled: | $305.31 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 279
Claim Date: 01/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $32.39 | Scheduled: | $531.38 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 280
Claim Date: 01/20/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $264.72 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 281
Claim Date: 01/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $6,035.96 | Scheduled: | $5,999.99 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: TROPIC OIL COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 282<br>Claim Date: 01/20/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| UNSECURED | Claimed: | $17,506.40 | | |
| BADEN, LYNN E.<br>1118 STARFISH LANE<br>TARPON SPRINGS, FL 34689 | | Claim Number: 283<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $690.00 | | |
| TIME WARNERCABLE/COLLECTIONS<br>10450 PACIFIC CENTER CT<br>SAN DIEGO, CA 92121 | | Claim Number: 284<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $1,315.98 | | |
| FORD MODELS INC.<br>PO BOX 29629 - GENERAL POST OFFICE<br>NEW YORK, NY 10087-9629 | | Claim Number: 285<br>Claim Date: 01/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $2,904.08 | Scheduled: | $665.43 |
| USA TODAY<br>ATTN: PETE GALLO<br>535 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 286<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $285,377.36 | Scheduled: | $9,431.99 |
| REM CONSULTING, INC.<br>8301 BROADWAY ST, STE 219<br>SAN ANTONIO, TX 78209 | | Claim Number: 287<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $3,195.60 | | |
| VITEC BROADCAST SERVICE<br>DBA BEXEL<br>2701 N. ONTARIO ST.<br>BURBANK, CA 91504 | | Claim Number: 288<br>Claim Date: 01/20/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $467.23 | Scheduled: | $467.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COOPER, CHARLES B.<br>4361 MISSION BLVD SPC 96<br>MONTCLAIR, CA 91763-6060 | | Claim Number: 289<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|---|
| PRIORITY | Claimed: | $490.00 |

---

| PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | | Claim Number: 290<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $6,056.52 |

---

| ON TIME SOLUTIONS, INC.<br>CLAUDINE MCCARTHY<br>40 HASTINGS LANE<br>BOYNTON BEACH, FL 33426 | | Claim Number: 291<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|---|
| UNSECURED | Claimed: | $65.00 |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON        STE 652<br>HOUSTON, TX 77002 | | Claim Number: 292<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ |
| SECURED | Claimed: | $35,200.63    UNLIQ |

---

| CHEUNG, JESSICA<br>2336 WEST 13TH STREET, THIRD FLOOR<br>BROOKLYN, NY 11223 | | Claim Number: 293<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|
| UNSECURED | Claimed: | $2,682.50 |

---

| MEDIA CONCEPTS, INC.<br>2448 E 81ST ST # 4960<br>TULSA, OK 74137-4250 | | Claim Number: 294<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $45,000.00 |

---

| LEONARD, JOSEPH J.<br>26 LAPEER ST.<br>DEER PARK, NY 11729 | | Claim Number: 295<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|---|
| PRIORITY | Claimed: | $36,267.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: KROMA PRINTING INDUSTRIES CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 296<br>Claim Date: 01/21/2009<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $12,452.44 | Scheduled: | $12,452.44 |
| CCC BUSINESS TRUST<br>C/O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES, INC.<br>110 NORTH WACKER DRIVE BSC 1-26<br>CHICAGO, IL 60606 | | Claim Number: 297<br>Claim Date: 01/21/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) | | |
| PRIORITY | Claimed: | $2,442.54 | | |
| UNSECURED | Claimed: | $35,335.44 | | |
| VCK BUSINESS TRUST<br>C/O STEPHEN WARSH<br>GENERAL GROWTH PROPERTIES, INC.<br>110 NORTH WACKER DRIVE BSC 1-26<br>CHICAGO, IL 60606 | | Claim Number: 298<br>Claim Date: 01/21/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) | | |
| PRIORITY | Claimed: | $8,181.69 | | |
| UNSECURED | Claimed: | $135,270.64 | | |
| SPENSER COMMUNICATIONS, INC.<br>3579 E FOOTHILL BLVD<br>PASADENA, CA 91107-3119 | | Claim Number: 299<br>Claim Date: 01/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| UNSECURED | Claimed: | $55,480.63 | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: EVERTZ MICROSYSTEMS LTD.<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 300<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $5,931.25 | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: EVERTZ MICROSYSTEMS LTD.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 301<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $16,492.50 | Scheduled: | $22,423.75 |
| BONNEVILLE INT'L CORP. DBA WILV-FM<br>130 E. RANDOLPH ST., SUITE 2780<br>CHICAGO, IL 60601 | | Claim Number: 302<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $4,590.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>1162 E SONTERRA BLVD., SUITE 130<br>SAN ANTONIO, TX 78258 | | Claim Number: 303<br>Claim Date: 01/14/2009<br>Debtor: WPIX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11802 (06/12/2012) | | |
| UNSECURED | Claimed: | $15,877.52 | | |

---

| | | | | |
|---|---|---|---|---|
| DE MARTINI, THOMAS<br>529 COLLEGE DR<br>ALLENTOWN, PA 18104-6137 | | Claim Number: 304<br>Claim Date: 01/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY | Claimed: | $1,500.00 | | |
| UNSECURED | | | Scheduled: | $300.00 |

---

| | | | | |
|---|---|---|---|---|
| NOTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410 | | Claim Number: 305<br>Claim Date: 01/16/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $19,219.69 | Scheduled: | $22,714.00 |

---

| | | | | |
|---|---|---|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 306<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $14,866.47 | | |

---

| | | | | |
|---|---|---|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 307<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $28,431.58 | | |

---

| | | | | |
|---|---|---|---|---|
| ST. LOUIS COUNTY, MISSOURI<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 308<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $20,583.09 | | |

---

| | | | | |
|---|---|---|---|---|
| L&P FINANCIAL SERVICES<br>L&P FINANCIAL SERVICES<br>PO BOX 952092<br>ST LOUIS, MO 63195 | | Claim Number: 309<br>Claim Date: 01/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,938.91 | Scheduled: | $698.86 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL RADIO - ORLANDO<br>2500 MAITLAND CENTER PARKWAY<br>SUITE 401<br>MAITLAND, FL 32751 | Claim Number: 310<br>Claim Date: 01/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON        STE 652<br>HOUSTON, TX 77002 | Claim Number: 311<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $35,200.63 UNLIQ |

---

| PECO<br>PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | Claim Number: 312<br>Claim Date: 01/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $29,706.72 | Scheduled: | $29,167.91 |
|---|---|---|---|---|

---

| OCE NORTH AMERICA, INC.<br>ATTN: LEE-ANN PETERICK<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | Claim Number: 313<br>Claim Date: 01/26/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 9345 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $15,717.18 |
|---|---|---|

---

| PADRE JANITORIAL SUPPLIES<br>3380 MARKET STREET<br>SAN DIEGO, CA 92102 | Claim Number: 314<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $489.45 |
|---|---|---|

---

| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | Claim Number: 315<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $8,401.31 |
|---|---|---|
| TOTAL | Claimed: | $8,401.50 |

---

| BOJANOWSKI, ERIC<br>202 NE 1ST CT #2<br>DANIA, FL 33004-2819 | Claim Number: 316<br>Claim Date: 01/26/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $720.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | Claim Number: 317<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $960.00 | | |
|---|---|---|---|---|

| ARONSON, CLAIRE<br>722 SAN REMO DRIVE<br>WESTON, FL 33326 | Claim Number: 318<br>Claim Date: 01/26/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $35.00 | | |
|---|---|---|---|---|

| STREETER PRINTING<br>C.O PRINTING INDUSTRIES ASSOCIATION<br>COLLECTION SERVICE, INC.<br>5800 S. EASTERN AVE, STE 400<br>LOS ANGELES, CA 90040 | Claim Number: 319<br>Claim Date: 01/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $4,175.32 | | |
|---|---|---|---|---|

| DIXIELINE PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138 | Claim Number: 320<br>Claim Date: 01/26/2009<br>Debtor: KSWB INC. |
|---|---|

| UNSECURED | Claimed: | $394.62 | Scheduled: | $124.99 |
|---|---|---|---|---|

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: RENAISSANCE GRAPHICS<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 321<br>Claim Date: 01/26/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 10317 (11/29/2011) |
|---|---|

| UNSECURED | Claimed: | $3,764.52 | | |
|---|---|---|---|---|

| AT&T<br>C/O JNR ADJUSTMENT COMPANY INC.<br>PO BOX 27070<br>MINNEAPOLIS, MN 55427-0070 | Claim Number: 322<br>Claim Date: 01/26/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 11972 (07/09/2012) |
|---|---|

| UNSECURED | Claimed: | $2,083.36 | | |
|---|---|---|---|---|

| COLLEGE OF WILLIAM & MARY<br>BURSARS OFFICE/SHARON MIKANOWICZ<br>PO BOX 8795<br>WILLIAMSBURG, VA 23187-8795 | Claim Number: 323<br>Claim Date: 01/26/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $193.75 | Scheduled: | $204.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 997300<br>SACRAMENTO, CA 95899-7300 | Claim Number: 324<br>Claim Date: 01/26/2009<br>Debtor: CHANNEL 40, INC. |
|---|---|

| UNSECURED | Claimed: | $475.37 | Scheduled: | $446.21 |
|---|---|---|---|---|

---

| GARCIA, MAT<br>4301 SHADY OAK LN<br>SCHERTZ, TX 78154-3610 | Claim Number: 325<br>Claim Date: 01/27/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $161,932.00 |
|---|---|---|

---

| RJ BENNETT REPRESENTS<br>530 EAST 20TH, # 2B<br>NEW YORK, NY 10009 | Claim Number: 326<br>Claim Date: 01/27/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $960.00 |
|---|---|---|

---

| AFEDERAL EXTERMINATING<br>6801 11TH AVE<br>BROOKLYN, NY 11219-6023 | Claim Number: 327<br>Claim Date: 01/27/2009<br>Debtor: INSERTCO, INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $455.16 |
|---|---|---|

---

| AGILYSYS NJ, INC.<br>204 FERNWOOD AVENUE<br>EDISON, NJ 08837 | Claim Number: 328<br>Claim Date: 01/28/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $11,820.11 |
|---|---|---|
| SECURED | Claimed: | $11,820.11 |
| TOTAL | Claimed: | $11,820.11 |

---

| PEREZ, KATERINA<br>67 SAINT JOHNS AVE<br>VALLEY STREAM, NY 11580 | Claim Number: 329<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $2,100.00 |
|---|---|---|

---

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 330<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $23,811.52 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNIVERSAL PROTECTION SERVICE
PO BOX 512719
LOS ANGELES, CA 90051

Claim Number: 331
Claim Date: 01/28/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $84,634.65 | Scheduled: | $6,468.25 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CALIFORNIA OFFSET PRINTERS,
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 332
Claim Date: 01/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $126,367.58 | Scheduled: | $126,367.58 |
|---|---|---|---|---|

TAC WORLDWIDE COMPANIES
PO BOX 9130
NORWOOD, MA 02062-9130

Claim Number: 333
Claim Date: 01/29/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $3,664.40 | Scheduled: | $588.00 |
|---|---|---|---|---|

FONTANA, GINA
2893 S.W. 22ND CIR. 46-C
DELRAY BEACH, FL 33445

Claim Number: 334
Claim Date: 01/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $2,285.00 |
|---|---|---|

NEW DIRECTION SERVICES
8300 FAIR OAKS BLVD., # 100
CARMICHAEL, CA 95608

Claim Number: 335
Claim Date: 01/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $170.81 |
|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: SWEET AUDIO, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 336
Claim Date: 01/30/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $705.00 | Scheduled: | $705.00 |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: EVERTZ MICROSYSTEMS, LTD.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 337
Claim Date: 01/30/2009
Debtor: KIAH INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $10,483.99 | Scheduled: | $10,483.99 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MILLER KAPLAN ARASE & CO.<br>4123 LANKERSHIM BLVD.<br>NORTH HOLLYWOOD, CA 91602 | Claim Number: 338<br>Claim Date: 01/30/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED          Claimed: | $6,690.00 | | | |
| WHITMIRE, ALISON / EMERGENCY SERVICES<br>5208 CARLTON ST<br>BETHESDA, MD 20816-2306 | Claim Number: 339<br>Claim Date: 01/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | | |
| UNSECURED          Claimed: | $500.00 | | | |
| KELLY CREWS INC.<br>1823 QUARTER HORSE DR.<br>WOODSTOCK, MD 21163 | Claim Number: 340<br>Claim Date: 01/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| PRIORITY          Claimed: | $8,116.00 | | | |
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 341<br>Claim Date: 02/02/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 12255 (08/14/2012) | | | |
| UNSECURED          Claimed: | $21,669.79 | | | |
| HOSLER, KAREN<br>12 CONSTITUTION AVENUE<br>ANNAPOLIS, MD 21401 | Claim Number: 342<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY          Claimed: | $12,477.71 | | | |
| 3-D CONVENTION SERVICES, INC.<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 343<br>Claim Date: 02/02/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED          Claimed: | $1,680.69 | Scheduled: | | $1,060.00 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK,<br>INC. - BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | Claim Number: 344<br>Claim Date: 02/02/2009<br>Debtor: INSERTCO, INC.<br>Comments: DOCKET: 4102 (04/19/2010)<br>May amend or duplicate in part, claim number 187 | | | |
| UNSECURED          Claimed: | $10,918.13 | Scheduled: | | $10,918.13 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BARNHARDT CECH, LAURA C<br>10 TANGLEWOOD RD<br>CATONSVILLE, MD 21228 | | Claim Number: 345<br>Claim Date: 02/02/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $1,800.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CUNNINGHAM, JEFFREY<br>1413 BRACKIN CT.<br>HAMPTON, VA 23663 | | Claim Number: 346<br>Claim Date: 02/02/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $100.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ARIZONA REPUBLIC, THE<br>P.O. BOX 200<br>PHOENIX, AZ 85001 | | Claim Number: 347<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $1,767.86 | | |

---

| | | | | |
|---|---|---|---|---|
| CAPO HOLDINGS INC.<br>DBA HOMESMART REPORTS<br>P.O. BOX 7526<br>CAPISTRANO BEACH, CA 92624 | | Claim Number: 348<br>Claim Date: 02/02/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | |
| UNSECURED | Claimed: | $2,972.00 | Scheduled: | $5,649.50 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: CALIFORNIA COMMERCIAL CLEANI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 349<br>Claim Date: 02/02/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,200.37 |

---

| | | | | |
|---|---|---|---|---|
| EMMIS COMMUNICATIONS-CHICAGO RADIO<br>WK1X-FM<br>222 MERCHANDISE MART PLAZA - SUITE 230<br>CHICAGO, IL 60654 | | Claim Number: 350<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,683.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PLAS-TECH ENGINEERING, INC.<br>875 GENEVA PARKWAY N.<br>LAKE GENEVA, WI 53147 | | Claim Number: 351<br>Claim Date: 02/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $164.47 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GRAPHICS 2000 INC<br>7530 S MADISON ST STE 3<br>WILLOWBROOK, IL 60527-8435 | Claim Number: 352<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $667.84 | | |

---

| | | | | |
|---|---|---|---|---|
| SIGNODE SERVICE BUSINESS<br>3456 RIDGE RAVE<br>ARLINGTON HEIGHTS, IL 60004 | Claim Number: 353<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $1,105.53 | | |

---

| | | | | |
|---|---|---|---|---|
| UNIVERSAL FORMS, LABELS & SYSTEMS, INC.<br>2020 S. EASTWOOD AVE.<br>SANTA ANA, CA 92705 | Claim Number: 354<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | | |
| UNSECURED | Claimed: | $5,169.45 | | |

---

| | | | | |
|---|---|---|---|---|
| SELLER'S RESOURCE GROUP<br>273 WILDBRIAR RD<br>FLETCHER, NC 28732 | Claim Number: 355<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| PRIORITY | Claimed: | $200.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FASHION CENTRE AT PENTAGON<br>C/O SIMON PROPERTY GROUP<br>ATTN: PATTY SUMMERS<br>225 W. WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | Claim Number: 356<br>Claim Date: 02/03/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $110,999.00 | | |
| UNSECURED | | $1.00 | Scheduled: | $120,212.90 |

---

| | | | | |
|---|---|---|---|---|
| FASHION CENTRE AT PENTAGON, BOWIE TOWN<br>CENTER, LAKEFOREST MALL, POTOMAC MILLS,<br>ST. CHARLES TC - ATTN: PATTY SUMMERS<br>225 W WASHINGTON ST - SIMON PROPERTY GRP<br>INDIANAPOLIS, IN 46204 | Claim Number: 357<br>Claim Date: 02/03/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $40,800.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PACIFICA HEALTH AND MEDICAL<br>PMB 478<br>5580 LA JOLLA BLVD<br>LA JOLLA, CA 92037-7651 | Claim Number: 358<br>Claim Date: 02/04/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | | | |
| UNSECURED | Claimed: | $629.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRODIE SYSTEM, INC.<br>1539 W ELIZABETH AVE<br>LINDEN, NJ 07036-6322 | | Claim Number: 359<br>Claim Date: 02/04/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $4,500.00 |

| | | | | |
|---|---|---|---|---|
| WILLY'S ELECTRONIC SUPPLY CO INC<br>1636 D AVE<br>NATIONAL CITY, CA 91950 | | Claim Number: 360<br>Claim Date: 02/05/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $105.72 | Scheduled: | $105.72 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: PACIFIC RADIO ELECTRONICS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 361<br>Claim Date: 02/05/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $2,135.09 | Scheduled: | $2,622.50 |

| | | | | |
|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | | Claim Number: 362<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) | | |
| UNSECURED | Claimed: | $28,471.77 | Scheduled: | $20,493.70 |

| | | | | |
|---|---|---|---|---|
| R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | | Claim Number: 363<br>Claim Date: 01/21/2009<br>Debtor: VALUMAIL, INC.<br>Comments: DOCKET: 12716 (11/13/2012) | | |
| PRIORITY | Claimed: | $1,000.00 | | |

| | | | | |
|---|---|---|---|---|
| ENTERPRISE GARAGE CORP.<br>JOSHUA G. LOSARDO, ESQ.<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | | Claim Number: 364<br>Claim Date: 01/21/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $1,204.72 | Scheduled: | $1,176.18 |

| | | | | |
|---|---|---|---|---|
| IBM CORPORATION<br>B.H SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 365<br>Claim Date: 01/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $8,951.20 | Scheduled: | $495.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-01
Claim Date: 01/22/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $66,454.75 | Scheduled: | $2,153.05 |
|---|---|---|---|---|

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-02
Claim Date: 01/22/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $3,053.52 | | |
|---|---|---|---|---|

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-03
Claim Date: 01/22/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $31,130.22 | | |
|---|---|---|---|---|

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-04
Claim Date: 01/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $817.93 | | |
|---|---|---|---|---|

COMED CO.
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 366-05
Claim Date: 01/22/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $11,422.93 | | |
|---|---|---|---|---|

DUKE ENERGY INDIANA
1000 E. MAIN STREET
PLAINFIELD, IN 46168

Claim Number: 367
Claim Date: 01/23/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $11,855.65 | Scheduled: | $7,210.19 |
|---|---|---|---|---|

MSC INDUSTRIAL SUPPLY CO.
DEPT CH 0075
PALATINE, IL 600550075

Claim Number: 368
Claim Date: 01/23/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $2,052.17 | Scheduled: | $2,052.17 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 369<br>Claim Date: 01/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $15,362.01 | Scheduled: | $1,442.08 |
| LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 370-01<br>Claim Date: 01/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 370-02<br>Claim Date: 01/26/2009<br>Debtor: KPLR, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 |
| LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 370-03<br>Claim Date: 01/26/2009<br>Debtor: KWGN INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $7,000.00 | Scheduled: | $7,000.00 |
| LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 370-04<br>Claim Date: 01/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $78,850.00 | Scheduled: | $71,500.00 |
| LEE HECHT HARRISON, LLC<br>175 BROAD HOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 370-05<br>Claim Date: 01/26/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| CHEREFANT, FRANKLIN<br>TOPKIN EGNER PL<br>C/O CATHY R. BERMA, ESQ.<br>1166 W NEWPORT DRIVE # 309<br>DEERFIELD BEACH, FL 33442 | Claim Number: 371<br>Claim Date: 01/26/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: ALLOWED<br>DOCKET: 12465 (09/25/2012) | | | |
| UNSECURED | Claimed: | $30,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 372<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $63.36 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 373<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $59.92 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 374<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $58.97 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 375<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $3,080.66 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 376<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $342.66 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 377<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $190.57 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 378<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $412.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 379<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
|---|---|---|
| UNSECURED | Claimed: | $67.95 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 380<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $582.10 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 381<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $6,852.90 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 382<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $30,314.36 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 383<br>Claim Date: 01/27/2009<br>Debtor: HOY, LLC<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $801.68 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 384<br>Claim Date: 01/27/2009<br>Debtor: HOY, LLC<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $453.60 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 385<br>Claim Date: 01/27/2009<br>Debtor: HOY, LLC<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $7,824.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 386<br>Claim Date: 01/27/2009<br>Debtor: HOY, LLC<br>Comments: DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $3,878.76 | | |

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 387<br>Claim Date: 01/27/2009<br>Debtor: HOY, LLC<br>Comments: DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $7,947.28 | | |

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 388<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $43,841.74 | | |

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 389<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $129.75 | | |

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 390<br>Claim Date: 01/27/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $92.91 | | |

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 391<br>Claim Date: 01/27/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: DOCKET: 11993 (07/11/2012) | | |

| UNSECURED | Claimed: | $61.77 | | |

| CITY OF HOUSTON, TEXAS, P.W.E.<br>ATTN: EFFIE GREEN<br>4200 LEELAND<br>HOUSTON, TX 77023 | | Claim Number: 392<br>Claim Date: 01/27/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |

| UNSECURED | Claimed: | $587.02 | Scheduled: | $2,315.13 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 393<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $6,465.34 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 394<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $84.43 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 395<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $505.08 |
| KFORCE, INC.<br>ATTN: ANDREW LIENTZ<br>1001 E. PALM AVENUE<br>TAMPA, FL 33605 | | Claim Number: 396<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
| UNSECURED | Claimed: | $1,070.71 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 397<br>Claim Date: 01/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
| UNSECURED | Claimed: | $390.84 |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 398<br>Claim Date: 01/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11993 (07/11/2012) |
| UNSECURED | Claimed: | $5,099.99 |
| VERIZON<br>AFNI/VERIZON EAST<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | | Claim Number: 399<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| UNSECURED | Claimed: | $1,865.17 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 400<br>Claim Date: 01/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,811.52 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ATLANTA GAS/VIRGINIA NATURAL<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 401<br>Claim Date: 01/30/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 10317 (11/29/2011) | | | |
| UNSECURED | Claimed: | $904.89 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PEPCO ENERGY SERVICES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 402<br>Claim Date: 01/30/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $670,345.59 | Scheduled: | $651,952.19 |
| ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 403<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| PRIORITY | Claimed: | $2,504.04 | | |
| ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 404<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $500.81 | | |
| ATLANTIS BUILDING SERVICES INC<br>PO BOX 2281<br>STUART, FL 34995 | Claim Number: 405<br>Claim Date: 02/02/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $3,800.10 | | |
| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT AND PAYMENT SERVICES<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 406<br>Claim Date: 02/02/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3953 (04/06/2010) | | | |
| UNSECURED | Claimed: | $137,656.21 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SOUTHERN CALIFORNIA EDISON COMPANY<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 407<br>Claim Date: 02/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3951 (04/06/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $253,283.68 | | |

| SOUTHERN CALIFORNIA EDISON COMPANY<br>ATTN: CREDIT AND PAYMENT SERVICES<br>300 N. LONE HILL AVE.<br>SAN DIMAS, CA 91773 | Claim Number: 408<br>Claim Date: 02/02/2009<br>Debtor: KTLA INC.<br>Comments: WITHDRAWN<br>DOCKET: 3952 (04/06/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $33,080.38 | | |

| XEROX CORP.<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | Claim Number: 409<br>Claim Date: 02/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,847,137.05 | | |

| FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025209<br>MIAMI, FL 33102-5209 | Claim Number: 410-01<br>Claim Date: 02/03/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: DOCKET 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $15,013.91 | Scheduled: | $2,799.83 |

| FLORIDA POWER & LIGHT COMPANY<br>PO BOX 025209<br>MIAMI, FL 33102-5209 | Claim Number: 410-02<br>Claim Date: 02/03/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $176,099.35 | Scheduled: | $308,450.28 |

| ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 411<br>Claim Date: 02/03/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $703.98 | | |

| ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 412<br>Claim Date: 02/03/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $140.80 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | | Claim Number: 413 Claim Date: 02/03/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC Comments: EXPUNGED DOCKET: 5689 (09/14/2010) | | |
| PRIORITY | Claimed: | $41.83 | | |
| ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | | Claim Number: 414 Claim Date: 02/03/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC Comments: EXPUNGED DOCKET: 5689 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $8.37 | | |
| SEMINOLE COUNTY TAX COLLECTOR, THE RAY VALDES 1101 EAST FIRST STREET PO BOX 630 SANFORD, FL 32772 | | Claim Number: 415 Claim Date: 02/03/2009 Debtor: TRIBUNE COMPANY Comments: WITHDRAWN DOCKET: 10229 (11/15/2011) | | |
| SECURED | Claimed: | $100.77 | | |
| MONEY SERVICE CENTERS OF HAWAII, INC. 4-901 G KUHIO HWY. KAPAA, HI 96746 | | Claim Number: 416 Claim Date: 02/03/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $800.00 | | |
| TREASURE ISLAND FOODS 3460 N BROADWAY ST CHICAGO, IL 60657 | | Claim Number: 417 Claim Date: 02/06/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $637.41 | Scheduled: | $693.49 |
| MACMUNNIS, INC. 1840 OAK AVENUE SUITE 300 EVANSTON, IL 60201 | | Claim Number: 418 Claim Date: 02/06/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $4,590.00 | | |
| UNITED STATES DEBT RECOVERY III LP TRANSFEROR:LAPIN SEPTIC TANK SERVICE INC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | | Claim Number: 419 Claim Date: 02/06/2009 Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $430.00 | Scheduled: | $430.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CHRISTENSEN, STEVEN J.<br>1243 TULIP ST.<br>LIVERPOOL, NY 13090 | | Claim Number: 420<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: CENTER ISLAND ELECTRIC<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 421<br>Claim Date: 02/06/2009<br>Debtor: INSERTCO, INC.<br>Comments: DOCKET: 10317 (11/29/2011) | | |
| UNSECURED | Claimed: | $2,620.00 | | |
| SPENSER COMMUNICATIONS, INC.<br>3579 E FOOTHILL BLVD<br>PASADENA, CA 91107-3119 | | Claim Number: 422<br>Claim Date: 02/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $58,450.63 | | |
| FREMANTLEMEDIA NORTH AMERICA, INC.<br>4000 WEST ALAMEDA AVENUE, THIRD FLOOR<br>ATTN: DAVID C. SHALL<br>BURBANK, CA 91505 | | Claim Number: 423<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $394,549.00 | | |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | Claim Number: 424<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $85.53 | | |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | Claim Number: 425<br>Claim Date: 02/09/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $90.58 | Scheduled: | $90.58 |
| AUDIO IMPLEMENTS/GKC<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | Claim Number: 426<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $60.00 | Scheduled: | $60.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| IMPACT GROUP, INC<br>CYNTHIA BUSWELL<br>501 VIRGINIA AVE.<br>INDIANAPOLIS, IN 46203 | Claim Number: 427<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,683.41 | |

| UNITED BUSINESS TECHNOLOGY<br>9218 GAITHER RD<br>GAITHERSBURG, MD 20877 | Claim Number: 428<br>Claim Date: 02/09/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44.42 | Scheduled: $44.42 |

| MEXICO PLASTIC CO. DBA CONTINENTAL<br>PRODUCTS<br>ATTN: TRACY<br>PO BOX 760<br>MEXICO, MO 65265 | Claim Number: 429<br>Claim Date: 02/09/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: $900.00 |

| IDAMERICA<br>941 CORPORATE LANE<br>CHESAPEAKE, VA 23320 | Claim Number: 430<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $641.57 | |

| SWITZER, JOHN E. & PATRICIA J. JT<br>1300 BAUGH SPRINGS RD.<br>MC DONALD, TN 37353-5768 | Claim Number: 431<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

| OUT OF HOME AMERICA, INC.<br>330 ROBERTS STREET<br>EAST HARTFORD, CT 06108 | Claim Number: 432<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,645.00 | Scheduled: $18,875.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: METAMORPHIC DESIGNS INCORPOR<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 433<br>Claim Date: 02/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,028.52 | Scheduled: $1,028.52 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PLATFORM-A INC., ET AL.
TIFFANY STRELOW COBB, ESQ.
VORYS, SATER, SEYMOUR & PEASE LLP
52 EAST GAY STREET (P.O. BOX 1008)
COLUMBUS, OH 43216-1008

Claim Number: 434
Claim Date: 02/09/2009
Debtor: FORSALEBYOWNER.COM CORP.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,325.20 | Scheduled: | $27,973.80 |

---

SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 435
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $199,573.13 |

---

BERNARDO, JOHN
854 NW 87TH AVE. #404
MIAMI, FL 33172

Claim Number: 436
Claim Date: 02/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $400.00 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 437
Claim Date: 02/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 12593 (10/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $682.52 |
| UNSECURED | Claimed: | $26.70 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 438
Claim Date: 02/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 12593 (10/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $157,260.43 |
| UNSECURED | Claimed: | $8,596.85 |

---

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 439-01
Claim Date: 02/09/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,107.93 |

---

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 439-02
Claim Date: 02/09/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,618.28 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 439-03
Claim Date: 02/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,867.44 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 440
Claim Date: 02/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 12593 (10/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $674,939.02 |
| UNSECURED | Claimed: | $164,064.90 |

---

FULTON, SARAH
958 W. WALNUT ST.
ALLENTOWN, PA 18102

Claim Number: 441
Claim Date: 02/09/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,200.00 |
| UNSECURED | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: MOBILE HEALTH SOLUTIONS INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 442
Claim Date: 02/09/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,430.00 | Scheduled: | $2,430.00 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE STREET - ROOM 107A
CHICAGO, IL 60602

Claim Number: 443
Claim Date: 02/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 12593 (10/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $59,369.28 |
| UNSECURED | Claimed: | $6,042.54 |

---

KELLEY, GERALD
4875 DTC BLVD STE 12-107
DENVER, CO 80237-3319

Claim Number: 444
Claim Date: 02/09/2009
Debtor: KWGN INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $22,482.85 | | |
| UNSECURED | | | Scheduled: | $22,483.00 |

---

LOUISIANA DEPARTMENT OF REVENUE
P.O. BOX 66658
BATON ROUGE, LA 70896

Claim Number: 445
Claim Date: 02/10/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,266.49 |
| UNSECURED | Claimed: | $10,353.60 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SAVINO, RICHARD<br>4875 DTC BLVD. STE 12-107<br>DENVER, CO 80237 | | Claim Number: 446<br>Claim Date: 02/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $15,383.00 | | |

---

| | | | | |
|---|---|---|---|---|
| WILLIAMS, DONALD G.<br>6540 SW 10TH STREET<br>PEMBROKE PINES, FL 33023-1608 | | Claim Number: 447<br>Claim Date: 02/11/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| PRIORITY | Claimed: | $540.00 | | |

---

| | | | | |
|---|---|---|---|---|
| BROZA, CLARK<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 448<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $55,199.24 | | |

---

| | | | | |
|---|---|---|---|---|
| BROZA, CLARK & VALERIE L. KATZ-BROZA<br>215 HILLAIR CIRCLE<br>WHITE PLAINS, NY 10605-4516 | | Claim Number: 449<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $7,025.36 | | |

---

| | | | | |
|---|---|---|---|---|
| RADIO ONE, INC.<br>1010 WAYNE AVE #14<br>SILVER SPRING, MD 20910-5600 | | Claim Number: 450-01<br>Claim Date: 02/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $52,067.60 | | |

---

| | | | | |
|---|---|---|---|---|
| RADIO ONE, INC.<br>1010 WAYNE AVE #14<br>SILVER SPRING, MD 20910-5600 | | Claim Number: 450-02<br>Claim Date: 02/12/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $96,826.05 | | |

---

| | | | | |
|---|---|---|---|---|
| ENTERGY LOUISIANA, LLC<br>MAIN UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | | Claim Number: 451<br>Claim Date: 02/12/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $10,928.29 | Scheduled: | $7,527.15 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ENTERGY NEW ORLEANS, INC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | | Claim Number: 452<br>Claim Date: 02/12/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $310.93 | Scheduled: | $131.17 |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COLAGENE ILLUSTRATION CLINIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 453<br>Claim Date: 02/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $500.00 | | |
| UNSECURED | | | Scheduled: | $1,000.00 |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COLAGENE ILLUSTRATION CLINIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 454<br>Claim Date: 02/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $500.00 | | |
| UNSECURED | | | | |

---

| | | | | |
|---|---|---|---|---|
| COLAGENE, ILLUSTRATION CLINIC<br>1097, SAINT ALEXANDRE, SUITE 413<br>MONTREAL, QC H2Z 1P8<br>CANADA | | Claim Number: 455<br>Claim Date: 02/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| PRIORITY | Claimed: | $500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| EMERGENCE SERVICES<br>5208 CARLTON ST<br>BETHESDA, MD 20816-2306 | | Claim Number: 456<br>Claim Date: 02/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $250.00 | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 457<br>Claim Date: 02/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $150.35 | Scheduled: | $67.64 |

---

| | | | | |
|---|---|---|---|---|
| CAROLINA TELEPHONE & TELEGRAPH CO. LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 458<br>Claim Date: 02/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $2.28 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 459<br>Claim Date: 02/12/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $1,150.97 | Scheduled: | $815.58 | |

---

| | | | | | |
|---|---|---|---|---|---|
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 460<br>Claim Date: 02/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $197.10 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 461<br>Claim Date: 02/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $2,783.40 | Scheduled: | $271.25 | |

---

| | | | |
|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 462<br>Claim Date: 02/12/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
| PRIORITY | Claimed: | $4,829.34 | |
| UNSECURED | Claimed: | $252.14 | |

---

| | | | |
|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 463<br>Claim Date: 02/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY | Claimed: | $2,381.14 | |
| UNSECURED | Claimed: | $44,390.41 | |

---

| | | | |
|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 464<br>Claim Date: 02/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| PRIORITY | Claimed: | $169,058.66 | |

---

| | | | | | |
|---|---|---|---|---|---|
| INFOPRINT SOLUTIONS COMPANY<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 465<br>Claim Date: 01/21/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| PRIORITY | Claimed: | $8,071.51 | | | |
| UNSECURED | Claimed: | $11,849.83 | Scheduled: | $32,315.36 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ATLANTA GAS/VIRGINIA NATURAL<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 466<br>Claim Date: 01/30/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 10317 (11/29/2011) | | | |
| UNSECURED | Claimed: | $18,577.79 | Scheduled: | $23,100.93 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: LEMERY GREISLER LLC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 467<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | | |
| UNSECURED | Claimed: | $9,390.21 | Scheduled: | $7,938.39 | |
| PRIME VISIBILITY LLC<br>1660 WALT WHITMAN RD, STE 100<br>MELVILLE, NY 11747 | | Claim Number: 468<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $10,000.00 | | | |
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | | Claim Number: 469<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | | |
| UNSECURED | Claimed: | $99,382.26 | | | |
| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 470<br>Claim Date: 02/04/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $2,008.10 | | | |
| PAETEC<br>ATTN: SHANNON SULLIVAN<br>PO BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | | Claim Number: 471-01<br>Claim Date: 02/04/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $220.16 | Scheduled: | $220.16 | |
| PAETEC<br>ATTN: SHANNON SULLIVAN<br>PO BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | | Claim Number: 471-02<br>Claim Date: 02/04/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $24,032.27 | Scheduled: | $24,032.27 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-01
Claim Date: 02/04/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $71,001.06 | Scheduled: | $1,724.12 |
|-----------|----------|------------|------------|-----------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-02
Claim Date: 02/04/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $941.75 |
|-----------|----------|---------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-03
Claim Date: 02/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $51,156.57 | Scheduled: | $30,298.02 |
|-----------|----------|------------|------------|------------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-04
Claim Date: 02/04/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $618.15 |
|-----------|----------|---------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-05
Claim Date: 02/04/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $104.00 |
|-----------|----------|---------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-06
Claim Date: 02/04/2009
Debtor: KWGN INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $1,325.04 |
|-----------|----------|-----------|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-07
Claim Date: 02/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $12,773.33 | Scheduled: | $6,378.49 |
|-----------|----------|------------|------------|-----------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-08
Claim Date: 02/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $6,078.29 | Scheduled: | $3,741.81 |
|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-09
Claim Date: 02/04/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $80.08 |
|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-10
Claim Date: 02/04/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $265.19 |
|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-11
Claim Date: 02/04/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $2,291.99 |
|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-12
Claim Date: 02/04/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $28,199.56 | Scheduled: | $4,186.53 |
|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-13
Claim Date: 02/04/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $16,320.93 | Scheduled: | $25,841.33 |
|---|---|---|---|---|

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-14
Claim Date: 02/04/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $8,742.23 | Scheduled: | $1,434.20 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-15
Claim Date: 02/04/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $3,992.44 | | |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-16
Claim Date: 02/04/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $7,833.40 | Scheduled: | $9,602.23 |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-17
Claim Date: 02/04/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $5,120.55 | Scheduled: | $1,832.35 |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-18
Claim Date: 02/04/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $9,639.34 | Scheduled: | $2,922.23 |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-19
Claim Date: 02/04/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $219.60 | | |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-20
Claim Date: 02/04/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $1,363.24 | | |

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-21
Claim Date: 02/04/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $1,289.54 | Scheduled: | $3,195.86 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-22
Claim Date: 02/04/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $932.09 | Scheduled: | $1,537.34 |
|---|---|---|---|---|

---

XEROX CORP
XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
PO BOX 660506
DALLAS, TX 75266-9937

Claim Number: 472-23
Claim Date: 02/04/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $5,973.86 | Scheduled: | $1,996.12 |
|---|---|---|---|---|

---

GMAC COMMERCIAL FINANCE LLC
CRAIG GALLETTO
1290 AVENUE OF THE AMERICAS, 3RD FLOOR
NEW YORK, NY 10104

Claim Number: 473
Claim Date: 02/05/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $4,568.77 | Scheduled: | $4,264.83 |
|---|---|---|---|---|

---

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
PO BOX 30337
LOS ANGELES, CA 90030-0337

Claim Number: 474-01
Claim Date: 02/05/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,579.93 | Scheduled: | $1,580.70 |
|---|---|---|---|---|

---

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
PO BOX 30337
LOS ANGELES, CA 90030-0337

Claim Number: 474-02
Claim Date: 02/05/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $11,370.43 | Scheduled: | $26,674.81 |
|---|---|---|---|---|

---

SCHINDLER ELEVATOR CORPORATION
1530 TIMBERWOLF DRIVE
HOLLAND, OH 43528

Claim Number: 475
Claim Date: 02/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $7,210.75 |
|---|---|---|

---

BRINKS INC.
555 DIVIDEND DR., STE 100
COPPELL, TX 75019

Claim Number: 476
Claim Date: 02/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $6,160.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHENKER, INC.
965 NORFOLK SQ
NORFOLK, VA 23502

Claim Number: 477
Claim Date: 02/06/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $8,375.00 | Scheduled: | $8,375.00 |
|---|---|---|---|---|

ILLINOIS DEPT. OF EMPLOYMENT SECURITY
COLLECTIONS UNIT MANAGER
BANKRUPTCY UNIT - 10TH FLOOR
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 478
Claim Date: 02/09/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| ADMINISTRATIVE | Claimed: | $68.00 |
|---|---|---|

ILLINOIS DEPT. OF EMPLOYMENT SECURITY
COLLECTIONS UNIT MANAGER
BANKRUPTCY UNIT - 10TH FLOOR
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 479
Claim Date: 02/09/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| PRIORITY | Claimed: | $340.00 |
|---|---|---|

NATIONAL GRID
300 ERIE BLVD W
SYRACUSE, NY 13202

Claim Number: 480
Claim Date: 02/09/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $19,294.23 | Scheduled: | $18,090.94 |
|---|---|---|---|---|

ARCHON BAY CAPITAL, LLC
TRANSFEROR: DESERT WATER AGENCY
P.O. BOX 14610
ATTN: CLAIMS PROCESSING DEPT
SURFSIDE BEACH, SC 29587

Claim Number: 481
Claim Date: 02/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $222.95 | Scheduled: | $210.95 |
|---|---|---|---|---|

R.R. DONNELLEY & SONS COMPANY
EULER HERMES ACI
AGENT OF R.R. DONNELLEY & SONS COMPANY
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

Claim Number: 482
Claim Date: 02/10/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 411 (02/17/2009)

| UNSECURED | Claimed: | $478,865.06 |
|---|---|---|

INDIANAPOLIS POWER & LIGHT COMPANY
PO BOX 1595
INDIANAPOLIS, IN 46206-1595

Claim Number: 483
Claim Date: 02/10/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $53,099.11 | Scheduled: | $34,420.97 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| LEWIS COUNTY<br>LEWIS COUNTY TREASURER<br>351 NW NORTH STREET<br>CHEHALIS, WA 98532 | Claim Number: 484<br>Claim Date: 02/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $277.08 |

---

| | | |
|---|---|---|
| WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | Claim Number: 485<br>Claim Date: 02/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $357.66 |

---

| | | |
|---|---|---|
| WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | Claim Number: 486<br>Claim Date: 02/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $357.66 |

---

| | | |
|---|---|---|
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>POST OFFICE BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 487<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12057 (07/19/2012) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $577.42   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| MAC PAPERS INC<br>3300 PHILIPS HWY/USI SOUTH<br>PO BOX 5369<br>JACKSONVILLE, FL 32247 | Claim Number: 488<br>Claim Date: 02/17/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,180.52 | Scheduled: | $4,696.49 |

---

| | | |
|---|---|---|
| CESD TALENT AGENCY<br>10635 SANTA MONICA BLVD # 135<br>LOS ANGELES, CA 90025 | Claim Number: 489<br>Claim Date: 02/17/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $750.00 |

---

| | | |
|---|---|---|
| MIKE ANTHONY PHOTO LLC<br>MICHAEL ANTHONY MOFFA<br>1003 CORKWOOD DRIVE<br>OVIEDO, FL 32765 | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2123 (09/16/2009) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $150.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| IDEAL SIGNS<br>79 EASTVIEW # 101<br>GEORGETOWN, TX 78626 | | Claim Number: 491<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $16,901.50 | Scheduled: | $10,975.00 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: NEP SUPERSHOOTERS, L.P.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 492<br>Claim Date: 02/17/2009<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $10,253.83 | Scheduled: | $10,253.83 |

| | | |
|---|---|---|
| C & S PRESS, INC.<br>405 27TH STREET<br>ORLANDO, FL 32806 | | Claim Number: 493<br>Claim Date: 02/17/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $296.15 |

| | | |
|---|---|---|
| AGILYSYS NJ, INC.<br>204 FERNWOOD AVENUE<br>EDISON, NJ 08837 | | Claim Number: 494<br>Claim Date: 02/18/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments:<br>Amends claim number 328 |
| UNSECURED | Claimed: | $11,820.11 |

| | | |
|---|---|---|
| KLEIN, JOHN F - JK PRODUCTIONS<br>5116 ADMIRAL PL<br>SARASOTA, FL 34231 | | Claim Number: 495<br>Claim Date: 02/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
| PRIORITY | Claimed: | $3,600.00 |

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: CRAFT PRODUCTIONS, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 496<br>Claim Date: 02/19/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,125.00 | Scheduled: | $2,125.00 |

| | | |
|---|---|---|
| CANON FINANCIAL SERVICES, INC.<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | | Claim Number: 497<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| SECURED | Claimed: | $1,863.77 |
| UNSECURED | Claimed: | $3,645.92 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CANON FINANCIAL SERVICES, INC.<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | | Claim Number: 498<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $36,290.10 | | |
| UNSECURED | Claimed: | $84,650.66 | | |

---

| C & C MARKETING INC.<br>DBA IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95927 | | Claim Number: 499<br>Claim Date: 02/19/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,270.00 | | |

---

| INFOSHRED, LLC<br>3 CRAFTSMAN RD.<br>EAST WINDSOR, CT 06088 | | Claim Number: 500<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32.48 | Scheduled: | $32.48 |

---

| PARKER, CHRIS<br>VENDOR # 135268<br>561 EDINBOROUGH DR.<br>BAY VILLAGE, OH 44140 | | Claim Number: 501<br>Claim Date: 02/19/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | | |

---

| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: GARCIA, MAT<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 502<br>Claim Date: 02/20/2009<br>Debtor: KWGN INC.<br>Comments:<br>Amends claim number 325 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $161,932.00 | | |
| UNSECURED | | | Scheduled: | $161,932.00 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CATTERTON PRINTING<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 503<br>Claim Date: 02/20/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,696.00 | Scheduled: | $3,696.00 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ADMOBILE DALLAS<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 504<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,000.00 | Scheduled: | $52,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COUNTY OF LEHIGH<br>CLERK OF JUDICIAL RECORDS - DEEDS<br>GOVERNMENT CENTER<br>17 SOUTH 7TH STREET - ROOM 350<br>ALLENTOWN, PA 18101 | Claim Number: 505<br>Claim Date: 02/20/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $30.00 | Scheduled: | $30.00 |
|---|---|---|---|---|

| IRVINE MECHANICAL, INC.<br>1500 N. ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32804 | Claim Number: 506<br>Claim Date: 02/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $7,070.48 | Scheduled: | $7,110.81 |
|---|---|---|---|---|

| WHISLER, JACK ALLEN<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | Claim Number: 507<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $4,519.23 |
|---|---|---|
| UNSECURED | Claimed: | $81,346.14 |

| ERNST & YOUNG LLP<br>WELLS FARGO BANK<br>420 MONTGOMERY ST<br>SAN FRANCISCO, CA 94101 | Claim Number: 508<br>Claim Date: 02/20/2009<br>Debtor: KTLA INC.<br>Comments: WITHDRAWN<br>DOCKET: 3699 (03/09/2010) |
|---|---|

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $2,956.52 |
|---|---|---|---|---|

| ERNST & YOUNG LLP<br>ATTN: JOYLYN AMBACHEN<br>5 TIMES SQUARE<br>NEW YORK, NY 10036 | Claim Number: 509<br>Claim Date: 02/20/2009<br>Debtor: WPIX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3700 (03/09/2010) |
|---|---|

| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $3,500.00 |
|---|---|---|---|---|

| WOLLNEY, JOHN S.<br>318 50TH PLACE<br>WESTERN SPRINGS, IL 60558 | Claim Number: 510<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $10,793.00 |
|---|---|---|

| GUARDSMARK LLC<br>22 SOUTH SECOND ST.<br>MEMPHIS, TN 38103-2695 | Claim Number: 511<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $61,475.35 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| INTERCALL<br>ATTN: MELODY LOHR<br>11808 MIRACLE HILLS DR.<br>OMAHA, NE 68154 | | Claim Number: 512<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,507.40 | Scheduled: | $245.21 |

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: JOHNSON MECHANICAL CNTRCTRS<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 513<br>Claim Date: 02/23/2009<br>Debtor: CHANNEL 40, INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,045.00 | Scheduled: | $1,045.00 |

| | | | | |
|---|---|---|---|---|
| R.J. CORMAN RAILROAD<br>CO-ALLENTOWN LINES<br>PO BOX 788<br>101 R.J. CORMAN DRIVE<br>NICHOLASVILLE, KY 40340-0788 | | Claim Number: 514<br>Claim Date: 02/23/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,555.00 | Scheduled: | $7,980.00 |

| | | | | |
|---|---|---|---|---|
| BOWE BELL & HOWELL COMPANY<br>ATTN: BLAKE EADDY<br>3791 S. ALSTON AVE.<br>DURHAM, NC 27713 | | Claim Number: 515<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,816.67 | Scheduled: | $5,353.70 |

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 516<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $409.42 | Scheduled: | $409.42 |

| | | | | |
|---|---|---|---|---|
| CURRERI, GARY<br>12148 NW 52 COURT<br>CORAL SPRINGS, FL 33076 | | Claim Number: 517<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,055.00 |
| PRIORITY | Claimed: | $6,405.00 |

| | | | | |
|---|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: KABLE FULFILLMENT SVCS, INC.<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 518<br>Claim Date: 02/23/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |

| | | |
|---|---|---|
| SECURED | Claimed: | $37,736.95 |
| UNSECURED | Claimed: | $14,138.15 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT SERVICES - 18TH FL<br>PO BOX 26666<br>RICHMOND, VA 23261 | Claim Number: 519-01<br>Claim Date: 02/23/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $53,254.56 | Scheduled: | $52,716.72 |
| DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT SERVICES - 18TH FL<br>PO BOX 26666<br>RICHMOND, VA 23261 | Claim Number: 519-02<br>Claim Date: 02/23/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED          Claimed: | $4,660.06 | Scheduled: | $4,787.86 |
| A LOGO FOR YOU<br>100 STAFFORD CT<br>WILLIAMSBURG, VA 23185-5767 | Claim Number: 520<br>Claim Date: 02/23/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC | | |
| UNSECURED          Claimed: | $1,145.40 | Scheduled: | $2,290.80  UNLIQ |
| ASM CAPITAL, L.P.<br>TRANSFEROR: PACEMAKER PRESS, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 521<br>Claim Date: 02/23/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY          Claimed: | $940.01 | | |
| UNSECURED          Claimed: | $15,666.86 | Scheduled: | $30,031.52 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CITY OF ONTARIO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 522<br>Claim Date: 02/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED          Claimed: | $2,358.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NATIONAL COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 523<br>Claim Date: 02/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $3,198.00 | Scheduled: | $12,590.50 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NATIONAL COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 524<br>Claim Date: 02/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $8,252.50 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: NATIONAL COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 525<br>Claim Date: 02/23/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $89,812.72 | Scheduled: | $75,522.85 |

| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 526<br>Claim Date: 01/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250,000.00 | | |

| RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | | Claim Number: 527<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,964.18 | | |

| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 528<br>Claim Date: 02/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $618.75 | | |

| KING FEATURES SYNDICATE<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 529<br>Claim Date: 02/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,111.95 | | |

| REED BRENNAN MEDIA ASSOCIATES, INC.<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 530-01<br>Claim Date: 02/13/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,526.00 | Scheduled: | $1,170.00 |

| REED BRENNAN MEDIA ASSOCIATES, INC.<br>ALAN LEWIS, ESQ.<br>OFFICE OF GENERAL COUNSEL, HEARST CORP.<br>300 WEST 57TH STREET, 40TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 530-02<br>Claim Date: 02/13/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,773.00 | Scheduled: | $1,773.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

REED BRENNAN MEDIA ASSOCIATES, INC.
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 530-03
Claim Date: 02/13/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $963.00 | Scheduled: | $1,070.00 |
|---|---|---|---|---|

---

REED BRENNAN MEDIA ASSOCIATES, INC.
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 530-04
Claim Date: 02/13/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,467.00 | Scheduled: | $1,630.00 |
|---|---|---|---|---|

---

REED BRENNAN MEDIA ASSOCIATES, INC.
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 530-05
Claim Date: 02/13/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $587.50 | Scheduled: | $658.21 |
|---|---|---|---|---|

---

REED BRENNAN MEDIA ASSOCIATES, INC.
ALAN LEWIS, ESQ.
OFFICE OF GENERAL COUNSEL, HEARST CORP.
300 WEST 57TH STREET, 40TH FLOOR
NEW YORK, NY 10019

Claim Number: 530-06
Claim Date: 02/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $648.00 | Scheduled: | $720.00 |
|---|---|---|---|---|

---

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: ATLANTA GAS/VIRGINIA NATURAL
C/O TANNOR PARTNERS CREDIT FUND II, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 531
Claim Date: 02/13/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: ALLOWED
DOCKET: 10317 (11/29/2011)

| UNSECURED | Claimed: | $556.30 | Scheduled: | $562.15 |
|---|---|---|---|---|

---

DOLPHIN CAPITAL CORP
PO BOX 644006
CINCINNATI, OH 45264

Claim Number: 532
Claim Date: 02/13/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: WITHDRAWN
DOCKET: 12043 (07/17/2012)

| UNSECURED | Claimed: | $4,245.36 | Scheduled: | $465.76 |
|---|---|---|---|---|

---

KISSIMMEE UTILITY AUTHORITY
ATTN: LEEANN DORSEY
1701 W, CARROLL ST.
KISSIMMEE, FL 34741

Claim Number: 533
Claim Date: 02/17/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,141.89 | Scheduled: | $2,038.97 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HERMAN, ROBIN<br>1155 MARINE ST APT 106<br>BOULDER, CO 80302-6135 | | Claim Number: 534<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $925.00 | | |
| XO COMMUNICATIONS, INC.<br>101 MOLLOY ST<br>NASHVILLE, TN 37201-2315 | | Claim Number: 535<br>Claim Date: 02/17/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | | |
| UNSECURED | Claimed: | $200.43 | | |
| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $10,000,000.00 | | |
| CENTURYTEL OF WASHINGTON, INC.<br>PO BOX 4300<br>CAROL STREAM, IL 60197-4300 | | Claim Number: 537<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
| UNSECURED | Claimed: | $149.34 | Scheduled: | $148.81 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CIRCLE R MEDIA LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 538<br>Claim Date: 02/17/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $95,664.00 | Scheduled: | $97,164.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: KING FEATURES SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 539-01<br>Claim Date: 02/17/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $21,736.67 | Scheduled: | $35,229.60 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: KING FEATURES SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 539-02<br>Claim Date: 02/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $30,510.70 | Scheduled: | $30,832.30 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-03
Claim Date: 02/17/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $9,909.49 | Scheduled: | $9,909.49 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-04
Claim Date: 02/17/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $9,335.67 | Scheduled: | $9,337.48 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-05
Claim Date: 02/17/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $10,298.12 | Scheduled: | $10,133.64 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-06
Claim Date: 02/17/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,410.20 | Scheduled: | $2,410.20 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-07
Claim Date: 02/17/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $9,920.12 | Scheduled: | $17,117.47 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: KING FEATURES SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 539-08
Claim Date: 02/17/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $3,375.90 | Scheduled: | $3,375.90 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE OPP OFFSHORE FUND,
LTD. AS ASSIG. OF ANO-COIL CORPORATION
ATN: D.LEINWAND; 399 PARK AVENUE, 6TH FL
NEW YORK, NY 10022

Claim Number: 540-01
Claim Date: 02/24/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $11,345.36 | Scheduled: | $11,345.36 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ANOCOIL CORPORATION<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 540-02<br>Claim Date: 02/24/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $12,834.48 |
|---|---|---|

---

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 541<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,294.65 |
|---|---|---|

---

| COASTAL SYSTEMS, INC.<br>13681 NEWPORT AVE STE 8<br>TUSTIN, CA 92780-7815 | Claim Number: 542<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $419.89 |
|---|---|---|

---

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 543<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,543.88 |
|---|---|---|

---

| COASTAL SYSTEMS, INC.<br>13687 NEWPORT AVE<br>UNIT 8361<br>TUSTIN, CA 92780 | Claim Number: 544<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $6,904.70 |
|---|---|---|

---

| WESTERN HORTICULTURAL SERVICES<br>PO BOX 841905<br>HOUSTON, TX 77284 | Claim Number: 545<br>Claim Date: 02/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $5,246.88 |
|---|---|---|

---

| ALPERT'S<br>NEWSPAPER DELIVERY SERVICE, INC.<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012-1158 | Claim Number: 546<br>Claim Date: 02/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $2,069.79 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V. LP<br>TRANSFEROR: HOOVER, RAYMOND<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 547<br>Claim Date: 02/25/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | | | | |
| UNSECURED | | $1,250.00 | | | |
| | | | Scheduled: | | $1,250.00 |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 548<br>Claim Date: 02/25/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3954 (04/06/2010) | | | |
| UNSECURED | Claimed: | $26,039.05 | Scheduled: | | $13,291.45 |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 549<br>Claim Date: 02/25/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3956 (04/06/2010) | | | |
| UNSECURED | Claimed: | $8,351.66 | Scheduled: | | $8,351.16 |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 550<br>Claim Date: 02/25/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | | |
| UNSECURED | Claimed: | $3,668.00 | | | |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 551<br>Claim Date: 02/25/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 3958 (04/06/2010) | | | |
| UNSECURED | Claimed: | $1,677.50 | Scheduled: | | $1,677.50 |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 552<br>Claim Date: 02/25/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3955 (04/06/2010) | | | |
| UNSECURED | Claimed: | $9,637.70 | Scheduled: | | $4,569.15 |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 553<br>Claim Date: 02/25/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3957 (04/06/2010) | | | |
| UNSECURED | Claimed: | $2,169.00 | Scheduled: | | $2,169.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 554<br>Claim Date: 02/25/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $5,462.00 | | |
| LEGACY.COM, INC.<br>820 DAVIS STREET, SUITE 210<br>EVANSTON, IL 60201 | | Claim Number: 555<br>Claim Date: 02/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $7,815.00 | | |
| DODD COMMUNICATIONS<br>950 SE 8TH ST.<br>HIALEAH, FL 33010 | | Claim Number: 556<br>Claim Date: 02/25/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $11,188.30 | Scheduled: | $11,188.30 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PENN INDUSTRIES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 557<br>Claim Date: 02/25/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $789,941.65 | Scheduled: | $789,941.65 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 558<br>Claim Date: 02/25/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $48,901.16 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 559<br>Claim Date: 02/26/2009<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC | | |
| UNSECURED | Claimed: | $5,002.42 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 560<br>Claim Date: 02/26/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2085 (09/03/2009) | | |
| PRIORITY | Claimed: | $1,273.56 | | |
| UNSECURED | Claimed: | $79.13 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE P.O. BOX 9564 BOSTON, MA 02114-9564 | | Claim Number: 561 Claim Date: 02/26/2009 Debtor: WLVI INC. | | |
| PRIORITY | Claimed: | $479.74 | | |
| UNSECURED | Claimed: | $52.44 | | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 562 Claim Date: 02/26/2009 Debtor: VALUMAIL, INC. Comments: EXPUNGED DOCKET: 2270 (10/02/2009) | | |
| SECURED | Claimed: | $123.76 | | |
| UNSECURED | Claimed: | $50.00 | | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 563 Claim Date: 02/26/2009 Debtor: INSERTCO, INC. Comments: EXPUNGED DOCKET: 5689 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $67.24 | | |
| BERLYN INC T/A THE PRINCE GEORGE'S SENTINEL LYNN G KAPILOFF 5307 N CHARLES ST BALTIMORE, MD 21210 | | Claim Number: 564 Claim Date: 02/26/2009 Debtor: PATUXENT PUBLISHING COMPANY Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $6,450.00 | Scheduled: | $7,100.00 |
| BERLYN INC T/A THE PRINCE GEORGE'S SENTINEL LYNN G KAPILOFF 5307 N CHARLES ST BALTIMORE, MD 21210 | | Claim Number: 565 Claim Date: 02/26/2009 Debtor: PATUXENT PUBLISHING COMPANY Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $650.00 | | |
| PADRE JANITORIAL SUPPLIES 3380 MARKET STREET SAN DIEGO, CA 92102 | | Claim Number: 566 Claim Date: 02/26/2009 Debtor: KSWB INC. Comments: EXPUNGED DOCKET: 7792 (02/04/2011) | | |
| UNSECURED | Claimed: | $295.84 | | |
| LESCOE, EDMUND A. JR. 10 STREAM CT. FARMINGTON, CT 06032 | | Claim Number: 567 Claim Date: 02/26/2009 Debtor: THE HARTFORD COURANT COMPANY Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $22.58 | Scheduled: | $22.58 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MI-SOOK YOU<br>KOREAN RADIO TALENT<br>22 HURST CT<br>SAN RAMON, CA 94583 | | Claim Number: 568<br>Claim Date: 02/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4778 (06/14/2010) | | |
| UNSECURED | Claimed: | $175.00 | | |

| | | | | |
|---|---|---|---|---|
| QUALITY FORMS & LABELS<br>C/O MICHAEL J. KROUT, ESQUIRE<br>32 NORTH DUKE STREET<br>YORK, PA 17401 | | Claim Number: 569<br>Claim Date: 02/26/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | | |
| UNSECURED | Claimed: | $372.54 | | |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AIR CENTER, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 570<br>Claim Date: 02/26/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $2,653.64 | Scheduled: | $2,653.64 |

| | | | | |
|---|---|---|---|---|
| KVTO-AM<br>ATTN: ACCOUNTING<br>55 HAWTHORNE ST., STE 900<br>SAN FRANCISCO, CA 94105 | | Claim Number: 571<br>Claim Date: 02/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 10022 (10/19/2011) | | |
| UNSECURED | Claimed: | $3,060.00 | | |

| | | | | |
|---|---|---|---|---|
| W.W. GRAINGER INC.<br>DEPT 136 - 801813569<br>PALATINE, IL 600380001 | | Claim Number: 572<br>Claim Date: 02/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $11,116.92 | Scheduled: | $1,096.07 |

| | | | | |
|---|---|---|---|---|
| DUNBAR BANKPAK, INC<br>PO BOX 333<br>BALTIMORE, MD 21221 | | Claim Number: 573<br>Claim Date: 02/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $242.53 | | |

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: VSA, INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 574<br>Claim Date: 02/27/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $3,266.50 | Scheduled: | $3,266.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | Claim Number: 575<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $12,047.28 | | |
| DACA 2010L, LP<br>TRANSFEROR: BRENDY REALTY, INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 576<br>Claim Date: 02/27/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $400.00 |
| BONNEVILLE INT'L CORP. DBA WDRV-FM<br>875 N. MICHIGAN AVE. STE. 1510<br>CHICAGO, IL 60611 | Claim Number: 577<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $7,650.00 | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTICENT, INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 578<br>Claim Date: 02/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 |
| CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 579<br>Claim Date: 01/06/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $451.03 | | |
| YANKEE GAS<br>NORTHEAST UTILITIES/CREDIT & COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 580<br>Claim Date: 01/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $7,591.79 | Scheduled: | $8,580.42 |
| CONNECTICUT LIGHT & POWER<br>NORTHEAST UTILITIES/CREDIT & COLLECTION<br>CENTER<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 581<br>Claim Date: 01/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $65,103.71 | Scheduled: | $78,545.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CDW CORPORATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 582<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,656.29 |

---

| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 583-01<br>Claim Date: 02/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4778 (06/14/2010)<br>Amends claim number 528 |
|---|---|

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $709.07 |

---

| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 583-02<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 4778 (06/14/2010)<br>Amends claim number 528 |
|---|---|

| UNSECURED | Claimed: | $618.75 |

---

| WILLIAMS, LANCE<br>2831 PRINCE ST.<br>BERKELEY, CA 94705 | Claim Number: 584<br>Claim Date: 02/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $539.19 |

---

| UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 585-01<br>Claim Date: 02/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $517.84 |

---

| UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 585-02<br>Claim Date: 02/20/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $7,913.04 | Scheduled: | $9,113.95 |

---

| UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 585-03<br>Claim Date: 02/20/2009<br>Debtor: INSERTCO, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $219.38 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 585-04<br>Claim Date: 02/20/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $435.25 | Scheduled: | $462.77 |
| UNITED PARCEL SERVICE (UPS)<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 585-05<br>Claim Date: 02/20/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $216.53 | Scheduled: | $235.68 |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N. ROBINSON, SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 | | Claim Number: 586<br>Claim Date: 02/23/2009<br>Debtor: SHEPARD'S INC.<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| PRIORITY | Claimed: | $2,275.63 | | |
| UNSECURED | Claimed: | $203.37 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 587<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $549,000.00 | | |
| UNSECURED | Claimed: | $86,500.00 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 588<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $12,836.04 | | |
| UNSECURED | Claimed: | $661.02 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 589<br>Claim Date: 02/23/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $1,805.10 | | |
| UNSECURED | Claimed: | $326.00 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 590<br>Claim Date: 02/23/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $7,725.00 | | |
| UNSECURED | Claimed: | $1,500.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 591<br>Claim Date: 02/23/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $12,850.00 | | |
| UNSECURED | Claimed: | $2,325.00 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>1800 CENTURY BLVD NE STE 1175<br>ATLANTA, GA 30345-3218 | | Claim Number: 592<br>Claim Date: 02/23/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $8,365.00 | | |
| UNSECURED | Claimed: | $1,575.00 | | |
| BJORKMAN, ERNIE<br>PO BOX 144<br>HYGIENE, CO 80533-0144 | | Claim Number: 593<br>Claim Date: 02/23/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $137,050.00 | | |
| CITADEL BROADCASTING<br>515 S 32ND ST<br>CAMP HILL, PA 17011 | | Claim Number: 594<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $20,247.00 | Scheduled: | $20,247.00 |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 595<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $228.99 | Scheduled: | $228.99 |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 596<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $170.95 | | |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 597<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $262.54 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 598<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $209.02 | Scheduled: | $209.02 |
| B&F COFFEE SERVICE<br>3535 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 599<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $218.26 | | |
| R.L. POLK & CO.<br>26533 EVERGREEN RD STE 900<br>SOUTHFIELD, MI 48076-4249 | | Claim Number: 600<br>Claim Date: 03/02/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $738.33 | Scheduled: | $738.33 |
| R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | | Claim Number: 601<br>Claim Date: 03/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $5,618.28 | Scheduled: | $5,618.28 |
| R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | | Claim Number: 602<br>Claim Date: 03/02/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $1,125.00 | Scheduled: | $1,209.68 |
| R.L. POLK & CO.<br>STACEY HINKLE<br>26955 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | | Claim Number: 603<br>Claim Date: 03/02/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $3,045.80 | Scheduled: | $3,045.80 |
| FRANZESE, PHILIP C.<br>55 OCEANVIEW DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 604<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $218,750.25 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ELITE PROPERTIES, INC.<br>3415 N 127TH # 300<br>BROOKFIELD, WI 53005-3117 | Claim Number: 605<br>Claim Date: 03/02/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: DOCKET: 3801 (03/22/2010) |

| UNSECURED | Claimed: | $200.00 |

---

| RESEARCH AND ANALYSIS OF MEDIA OF<br>AMERICAS, INC.<br>757 BEAR RIDGE DRIVE NW<br>ISSAQUAH, WA 98027 | Claim Number: 606<br>Claim Date: 03/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $827.74 |

---

| REM CONSULTING, INC.<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | Claim Number: 607<br>Claim Date: 03/02/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

| UNSECURED | Claimed: | $227.00 |

---

| NORTH SOUTH PROMOTIONS II, INC.<br>1516 N. DIXIE HIGHWAY<br>HOLLYWOOD, FL 33020 | Claim Number: 608<br>Claim Date: 03/02/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) |

| UNSECURED | Claimed: | $148.40 |

---

| STIDHAM, JESSICA<br>1439 SW 5TH CART<br>FORT LAUDERDALE, FL 33312 | Claim Number: 609<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $125.00 |

---

| RESEARCH AND ANALYSIS OF MEDIA OF<br>AMERICAS, INC.<br>757 BEAR RIDGE DRIVE NW<br>ISSAQUAH, WA 98027 | Claim Number: 610<br>Claim Date: 03/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $4,540.00 | Scheduled: | $3,067.74 |

---

| RESEARCH AND ANALYSIS OF MEDIA OF<br>AMERICAS, INC.<br>757 BEAR RIDGE DRIVE NW<br>ISSAQUAH, WA 98027 | Claim Number: 611<br>Claim Date: 03/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $6,815.00 | Scheduled: | $6,815.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PIPER PLASTICS, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 612<br>Claim Date: 03/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $127.89 | |
| UNSECURED | Claimed: | $2,043.79 | |
| TOTAL | Claimed: | $2,043.79 | |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 613<br>Claim Date: 03/02/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $9,000.00 | Scheduled: | $6,677.42 |

---

| JOURNAL SENTINEL, INC.<br>C/O KOHNER, MANN & KAILAS, S.C.<br>WASHINGTON BUILDING<br>4650 NORTH PORT WASHINGTON ROAD<br>MILWAUKEE, WI 53212 | Claim Number: 614<br>Claim Date: 03/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2124 (09/16/2009) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $25,936.23 | |

---

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: JOHN WILEY & SONS INC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 615<br>Claim Date: 03/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2,838.36 | Scheduled: | $2,838.36 |

---

| MULTNOMAH COUNTY TAX<br>ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | Claim Number: 616<br>Claim Date: 03/02/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $12,169.89 | |
| SECURED | Claimed: | $0.00 | |

---

| IOWA TOURISM OFFICE<br>200 EAST GRAND AVENUE<br>DES MOINES, IA 50309 | Claim Number: 617<br>Claim Date: 03/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2,150.00 | |

---

| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 618-01<br>Claim Date: 03/03/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 11972 (07/09/2012) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $73,286.64 | Scheduled: | $258,788.29 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 618-02<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11972 (07/09/2012) | |

| UNSECURED | Claimed: | $15,221.32 |
|---|---|---|

---

| | | |
|---|---|---|
| AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 619<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| UNSECURED | Claimed: | $16,132.10 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| LEHIGH VALLEY JANITORIAL SUPPLY, INC<br>2320 BRODHEAD RD.<br>BETHLEHEM, PA 18020 | Claim Number: 620<br>Claim Date: 03/04/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 4099 (04/19/2010) | | |

| UNSECURED | Claimed: | $352.45 | Scheduled: | $10,320.69 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | Claim Number: 621<br>Claim Date: 03/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |

| PRIORITY | Claimed: | $7,175.00 |
|---|---|---|

---

| | | |
|---|---|---|
| HOT TOPICS PUBLICATIONS<br>PO BOX 183<br>WYNCOTE, PA 19095 | Claim Number: 622<br>Claim Date: 03/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | |

| SECURED<br>UNSECURED | Claimed: | $850.00 |
|---|---|---|

---

| | | |
|---|---|---|
| JOHNSON REALTY, INC<br>12329 BALLAS LN<br>SAINT LOUIS, MO 63131-3127 | Claim Number: 623<br>Claim Date: 03/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | |

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | Claim Number: 624<br>Claim Date: 03/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |

| UNSECURED | Claimed: | $155,538.53 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 625-01
Claim Date: 03/06/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 11829 (06/18/2012)

| UNSECURED | Claimed: | $10,120.35 | | |

---

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 625-02
Claim Date: 03/06/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 11829 (06/18/2012)

| UNSECURED | Claimed: | $28,209.92 | Scheduled: | $6,566.92 |

---

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 625-03
Claim Date: 03/06/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 11829 (06/18/2012)

| UNSECURED | Claimed: | $373.00 | | |

---

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 625-04
Claim Date: 03/06/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 11829 (06/18/2012)

| UNSECURED | Claimed: | $44,386.36 | | |

---

RIVERSIDE CLAIMS LLC
TRANSFEROR: THOMSON INC DBA GRASS VALLEY
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 625-05
Claim Date: 03/06/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 11829 (06/18/2012)

| UNSECURED | Claimed: | $16,153.89 | | |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 626
Claim Date: 03/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $700.00 | Scheduled: | $1,000.00 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 627
Claim Date: 03/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $3,402.16 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 628
Claim Date: 03/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $14,989.20 | Scheduled: | $20,781.68 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 629
Claim Date: 03/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $440.32 |
|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 630
Claim Date: 03/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $1,950.00 |
|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 631
Claim Date: 03/06/2009
Debtor: THE DAILY PRESS, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 632
Claim Date: 03/06/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 633
Claim Date: 03/06/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NEWSCOM SERVICES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 634
Claim Date: 03/06/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $713.00 | Scheduled: | $713.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 635<br>Claim Date: 03/06/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $170.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 636<br>Claim Date: 03/06/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $190.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 637<br>Claim Date: 03/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $93.00 | Scheduled: | $283.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 638<br>Claim Date: 03/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $190.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 639<br>Claim Date: 03/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $200.00 | Scheduled: | $415.16 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 640<br>Claim Date: 03/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $170.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSCOM SERVICES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 641<br>Claim Date: 03/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED          Claimed: | $200.00 | Scheduled: | $245.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LEXINGTON GROUP, INC.
380 UNION ST
W SPRINGFIELD, MA 01089

Claim Number: 642-01
Claim Date: 03/06/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $555.44 | Scheduled: | $555.44 |
|---|---|---|---|---|

---

LEXINGTON GROUP, INC.
380 UNION ST.
WEST SPRINGFIELD, MA 01089

Claim Number: 642-02
Claim Date: 03/06/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $1,132.70 | Scheduled: | $449.00 |
|---|---|---|---|---|

---

LEXINGTON GROUP, INC.
380 UNION ST.
WEST SPRINGFIELD, MA 01089

Claim Number: 642-03
Claim Date: 03/06/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $1,324.64 | Scheduled: | $1,324.64 |
|---|---|---|---|---|

---

REAVEN, STEVE
1603 ALEXANDER AVE
STREAMWOOD, IL 60107-3008

Claim Number: 643
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $40.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $40.00 |

---

CAMERA MOVES, INC.
P.O. BOX 309
DINGMANS FERRY, PA 18328

Claim Number: 644
Claim Date: 03/06/2009
Debtor: WPIX, INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |
|---|---|---|---|---|

---

MAGID GLOVE & SAFETY MFG. CO. LLC.
2060 N. KOLMAR AVENUE
CHICAGO, IL 60639

Claim Number: 645-01
Claim Date: 03/06/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $960.69 | | |
|---|---|---|---|---|

---

MAGID GLOVE & SAFETY MFG. CO. LLC.
2060 N. KOLMAR AVENUE
CHICAGO, IL 60639

Claim Number: 645-02
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $603.44 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OSA INTERNATIONAL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 646
Claim Date: 03/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,485.00 |
| UNSECURED | Claimed: | $2,625.00 |

---

POINTROLL, INC
3200 HORIZON DR STE 120
KNG OF PRUSSA, PA 19406-2680

Claim Number: 647
Claim Date: 03/06/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,048.08 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 648
Claim Date: 02/19/2009
Debtor: KPLR, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $188,921.00 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 649
Claim Date: 02/19/2009
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,857,264.00 | Scheduled: | $284,532.27 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 650
Claim Date: 02/19/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $286,378.00 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 651
Claim Date: 02/19/2009
Debtor: WDCW BROADCASTING, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,412,089.00 | Scheduled: | $293,548.39 |

---

WASHINGTON STATE, DEPARTMENT OF REVENUE
ATTN: DOUG HOUGHTON
2101 4TH AVE, SUITE 1400
SEATTLE, WA 98121-2300

Claim Number: 652
Claim Date: 02/18/2009
Debtor: FORSALEBYOWNER.COM REFERRAL SERVICES LLC LLC
Comments: WITHDRAWN
DOCKET: 12254 (08/14/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $386.31 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 653
Claim Date: 02/19/2009
Debtor: KWGN INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $3,118,859.00 | | |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 654
Claim Date: 02/19/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $32,388,999.00 | Scheduled: | $1,437,002.68 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 655
Claim Date: 02/19/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| UNSECURED | Claimed: | $20,436,510.00 | Scheduled: | $1,565,591.39 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 656
Claim Date: 02/19/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| UNSECURED | Claimed: | $18,293,682.00 | Scheduled: | $1,663,440.84 |

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 657
Claim Date: 02/19/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| UNSECURED | Claimed: | $2,637,179.00 | Scheduled: | $149,917.35 |

---

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 658
Claim Date: 02/19/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $257.73 | Scheduled: | $724.08 |

---

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 659
Claim Date: 02/19/2009
Debtor: KWGN INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $579.09 | Scheduled: | $368.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 660<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $979.31 | Scheduled: | $363.85 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 661<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $2,455.39 | Scheduled: | $292.65 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 662<br>Claim Date: 02/19/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $74,352.00 | Scheduled: | $74,581.76 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 663<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $506.53 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 664<br>Claim Date: 02/19/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $9,981.37 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 665<br>Claim Date: 02/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $81,425.61 | Scheduled: | $82,644.26 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 666<br>Claim Date: 02/19/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $6,305.96 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 667<br>Claim Date: 02/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $5,286.30 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 668<br>Claim Date: 02/19/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $9,272.90 | Scheduled: | $8,826.01 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 669<br>Claim Date: 02/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $443.63 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 670<br>Claim Date: 02/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| UNSECURED | Claimed: | $443.63 | | |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 671<br>Claim Date: 02/19/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $31,552.69 | Scheduled: | $5,868.71 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 672<br>Claim Date: 02/19/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $25,147.18 | Scheduled: | $22,444.52 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 673<br>Claim Date: 02/19/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $1,935.42 | Scheduled: | $682.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 674
Claim Date: 02/19/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,980.42 | Scheduled: | $1,470.97 |

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 675
Claim Date: 02/19/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $377.13 | Scheduled: | $230.81 |

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 676
Claim Date: 02/19/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,893.08 | Scheduled: | $18,410.00 |

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 677
Claim Date: 02/19/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,750.00 | | |

LEXISNEXIS A DIV. OF REED ELSEVIER INC
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 678
Claim Date: 02/19/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,507.22 | Scheduled: | $3,174.15 |

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 679
Claim Date: 02/19/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,273,248.00 | Scheduled: | $237,634.42 |

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 680
Claim Date: 02/19/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,262,568.00 | Scheduled: | $936,139.84 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BUENA VISTA TELEVISION
ATTN: ADRIAN TUSTIN
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521-9750

Claim Number: 681
Claim Date: 02/19/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 11971 (07/09/2012)

| UNSECURED | Claimed: | $1,080,408.00 | Scheduled: | $48,924.74 |
|---|---|---|---|---|

XO COMMUNICATIONS, INC.
ATTN: BRAD LEE
105 MOLLOY STREET, SUITE 300
NASHVILLE, TN 37201

Claim Number: 682
Claim Date: 02/18/2009
Debtor: FORSALEBYOWNER.COM CORP.
Comments: DOCKET: 2269 (10/02/2009)
Amends claim number 535

| UNSECURED | Claimed: | $723.76 | Scheduled: | $328.05 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VER-A-FAST CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 683-01
Claim Date: 02/18/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $8,360.70 | Scheduled: | $6,710.55 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VER-A-FAST CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 683-02
Claim Date: 02/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $1,856.70 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VER-A-FAST CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 683-03
Claim Date: 02/18/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $19,773.50 | Scheduled: | $14,843.30 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VER-A-FAST CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 683-04
Claim Date: 02/18/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $5,152.15 | Scheduled: | $4,779.52 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VER-A-FAST CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 683-05
Claim Date: 02/18/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $3,327.00 | Scheduled: | $4,682.43 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 684<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| PRIORITY          Claimed: | $211.40 | | |
| HEALTH CONCEPTS/DOLPHIN CAPITAL CORP<br>566 WEST LAKE STREET, LOWER LEVEL<br>CHICAGO, IL 60661 | Claim Number: 685<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED          Claimed: | $260.75 | | |
| CINCINNATI BELL ANY DISTANCE<br>221 E. 4TH STREET<br>ML347-200<br>CINCINNATI, OH 45202 | Claim Number: 686<br>Claim Date: 02/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED          Claimed: | $43,412.28 | | |
| WASTE MANAGEMENT RMC<br>2625 W GRANDVIEW RD. STE 150<br>PHOENIX, AZ 85023 | Claim Number: 687-01<br>Claim Date: 02/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED          Claimed: | $9,339.86 | Scheduled: | $8,857.58 |
| WASTE MANAGEMENT RMC<br>2625 W GRANDVIEW RD. STE 150<br>PHOENIX, AZ 85023 | Claim Number: 687-02<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED          Claimed: | $206.82 | | |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | Claim Number: 688<br>Claim Date: 02/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | |
| UNSECURED          Claimed: | $250,000.00   UNLIQ | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 689<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY          Claimed: | $211.40 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 690-01<br>Claim Date: 03/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,538.02 | Scheduled: | $1,538.02 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 690-02<br>Claim Date: 03/03/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $350.61 | Scheduled: | $350.61 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 690-03<br>Claim Date: 03/03/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $381.75 | Scheduled: | $381.75 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 690-04<br>Claim Date: 03/03/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $7,692.90 | Scheduled: | $6,912.48 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 690-05<br>Claim Date: 03/03/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $266.28 | Scheduled: | $271.23 |
| PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | | Claim Number: 691-01<br>Claim Date: 03/03/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $37,939.56 | Scheduled: | $69,727.64 |
| PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | | Claim Number: 691-02<br>Claim Date: 03/03/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $27,888.93 | Scheduled: | $9,463.39 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LOS ANGELES TIMES-WASHINGTON<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 692<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $44,104.72 | Scheduled: | $47,350.00 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 693<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $13,230.99 | | |
| SECURED | Claimed: | $3,061.32 | | |
| UNSECURED | Claimed: | $13,230.99 | | |
| TOTAL | Claimed: | $16,292.31 | | |
| UNIVERSAL MCCANN<br>622 THIRD AVENUE, 19TH FLOOR<br>ATTN: YESINIA LECCA-ROBLES<br>NEW YORK, NY 10017 | | Claim Number: 694<br>Claim Date: 03/09/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $91,002.13 | Scheduled: | $91,184.13 |
| GREATER PHILA RADIO INC<br>WMGK-FM, WNVW-FM, WBEN-FM<br>ONE BALA PLAZA SUITE 424<br>BALA CYNWYD, PA 19004 | | Claim Number: 695<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $89,836.50 | | |
| RIVERSIDE CLAIMS LLC<br>TRANSFEROR: THOMSON INC DBA GRASS VALLEY<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | | Claim Number: 696<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| UNSECURED | Claimed: | $99,243.52 | | |
| NACCI PRINTING, INC.<br>1327 NORTH 18TH STREET<br>ALLENTOWN, PA 18104-3147 | | Claim Number: 697<br>Claim Date: 03/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $855.00 | | |
| SNYDER, AMANDA<br>503 SANTA CLARA AVE APT C<br>ALAMEDA, CA 94501-3281 | | Claim Number: 698<br>Claim Date: 03/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| PRIORITY | Claimed: | $761.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WMMR-FM - GREATER BOSTON RADIO INC
ONE BALA PLAZA
SUITE 424
BALA CYNWYD, PA 19004

Claim Number: 699
Claim Date: 03/09/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $115,153.75 | | |

---

CANNER ENTERPRISES, INC.
D.B.A. ZERO VARIANCE
117 S MILL ST 2ND FLR
FERGUS FALLS, MN 56537

Claim Number: 700
Claim Date: 03/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $2,310.00 | | |

---

ATLAS TOWING INC.
498 MAUCH CHUNK RD.
WHITEHALL, PA 18052

Claim Number: 701
Claim Date: 03/09/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $142.00 | Scheduled: | $142.00 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 702
Claim Date: 03/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 703
Claim Date: 03/09/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $350.00 | | |
| UNSECURED | | | Scheduled: | $350.00 |

---

TRC MASTER FUND LLC
TRANSFEROR: HK SYSTEMS, INC.
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 704
Claim Date: 03/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 12366 (08/31/2012)

| UNSECURED | Claimed: | $10,602.56 | Scheduled: | $29,925.00 |

---

QCERA, INC.
1525 S SEPULVEDA BLVD, SUITE A
LOS ANGELES, CA 90025

Claim Number: 705
Claim Date: 03/09/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $1,608.32 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| CAPITAL CITY PROMOTIONS<br>2311 TYROLEAN WAY<br>SACRAMENTO, CA 95821 | | Claim Number: 706<br>Claim Date: 03/09/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | | |

---

| UNSECURED | Claimed: | $1,018.46 | Scheduled: | $1,018.46 |
|---|---|---|---|---|

| | | |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 707<br>Claim Date: 03/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12364 (08/31/2012) |

---

| PRIORITY | Claimed: | $259,977.94 |
|---|---|---|

| | | |
|---|---|---|
| BROWN, MARVIN<br>C/O CHARLES W. RISKE, ATTORNEY AT LAW<br>231 S. BEMISTON, STE. 1220<br>SAINT LOUIS, MO 63105 | | Claim Number: 708<br>Claim Date: 03/09/2009<br>Debtor: KPLR, INC.<br>Comments:<br>Claim out of balance |

---

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,634.00 | Scheduled: | $52,584.10 |
| TOTAL | Claimed: | $52,584.10 | | |

| | | |
|---|---|---|
| HIGH SPEED SOLUTIONS, LLC<br>175 DRENNEN RD<br>ORLANDO, FL 32806 | | Claim Number: 709<br>Claim Date: 03/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

---

| UNSECURED | Claimed: | $1,750.33 | Scheduled: | $1,830.99 |
|---|---|---|---|---|

| | | |
|---|---|---|
| BRAGMAN NYMAN CAFARELLI<br>ATTN: JOHN LUNDY; CFO<br>8687 MELROSE AVE. 8TH FLOOR<br>LOS ANGELES, CA 90069 | | Claim Number: 710<br>Claim Date: 03/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) |

---

| UNSECURED | Claimed: | $4,865.93 | Scheduled: | $4,865.93 |
|---|---|---|---|---|

| | | |
|---|---|---|
| BRICKMAN GROUP LTD LLC, THE<br>ATTN: JASON VESKO - BRANCH MANAGER<br>769 N MOUNTAIN RD<br>NEWINGTON, CT 06111 | | Claim Number: 711<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

---

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $980.50 |

| | | |
|---|---|---|
| BRICKMAN GROUP LTD LLC, THE<br>ATTN: JASON VESKO<br>769 N MOUNTAIN RD<br>NEWINGTON, CT 06111 | | Claim Number: 712<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

---

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $646.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRICKMAN GROUP, LTD LLC, THE<br>ATTN: JASON VESKO<br>769 N MOUNTAIN RD<br>NEWINGTON, CT 06111 | | Claim Number: 713<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,194.80 | | |
| BRICKMAN GROUP, LTD LLC, THE<br>ATTN: JASON VESKO<br>769 N MOUNTAIN RD<br>NEWINGTON, CT 06111 | | Claim Number: 714<br>Claim Date: 03/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,622.25 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 715<br>Claim Date: 03/10/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $585.40 | | |
| UNSECURED | | | Scheduled: | $585.40 |
| INITIATIVE MEDIA<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | | Claim Number: 716-01<br>Claim Date: 03/11/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $433,324.28 | | |
| INITIATIVE MEDIA<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | | Claim Number: 716-02<br>Claim Date: 03/11/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $219,645.15 | | |
| INITIATIVE MEDIA<br>1 DAG HAMMARSKJOLD PLAZA<br>NEW YORK, NY 10017 | | Claim Number: 716-03<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $230,348.30 | Scheduled: | $230,348.30 |
| MAITZ HOME SERVICES<br>354 W SUSQUEHANNA ST<br>ALLENTOWN, PA 18103 | | Claim Number: 717<br>Claim Date: 03/11/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $1,667.00 | Scheduled: | $1,667.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

STOBER, W.
2540 HAMPTON BRIDGE RD
DELRAY BEACH, FL 33445

Claim Number: 718
Claim Date: 03/11/2009
Debtor: SUN-SENTINEL COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

SMITH, KATHERINE F.
912 JAMES DRIVE
NEWPORT NEWS, VA 23605

Claim Number: 719
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,508.48 |

TRIEMER, ISABELL
1736 GOUGH ST
BALTIMORE, MD 21231-2414

Claim Number: 720
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $325.00 |

INTERVIEWING SERVICE OF AMERICA, INC.
15400 SHERMAN WAY, SUITE 400
VAN NUYS, CA 91406

Claim Number: 721
Claim Date: 03/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

SEABORN GRIP & ELECTRIC, INC.
PO BOX 330254
TULSA, OK 74133-0254

Claim Number: 722
Claim Date: 03/12/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $551.63 | | |
| UNSECURED | | | Scheduled: | $551.63 |

BROADVIEW NETWORKS
500 FASHION AVE FL 2
NEW YORK, NY 10018-4502

Claim Number: 723
Claim Date: 03/12/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,749.50 | | |
| UNSECURED | Claimed: | $2,749.50 | Scheduled: | $2,451.32 |
| TOTAL | Claimed: | $2,749.50 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 724
Claim Date: 03/12/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51.84 | Scheduled: | $64.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DIEBOLD INC<br>5995 MAYFAIR RD<br>NORTH CANTON, OH 44720 | Claim Number: 725<br>Claim Date: 03/12/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $405.16 | Scheduled: | $405.16 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: DOGHAUS DESIGN INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 726<br>Claim Date: 03/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $1,200.00 |
|---|---|---|---|---|

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 727<br>Claim Date: 03/13/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 12593 (10/19/2012) |
|---|---|

| PRIORITY | Claimed: | $31,591.63 |
|---|---|---|
| UNSECURED | Claimed: | $7,778.40 |

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE STREET - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 728<br>Claim Date: 03/13/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 12593 (10/19/2012) |
|---|---|

| PRIORITY | Claimed: | $19,095.99 |
|---|---|---|
| UNSECURED | Claimed: | $96.00 |

| STARZYK, KARA<br>13230 SW 32ND COURT<br>FORT LAUDERDALE, FL 33330 | Claim Number: 729<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $1,300.00 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: TELEREACH, INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 730<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $52,221.00 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 731<br>Claim Date: 03/13/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: DOCKET: 2269 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $55,309.50 | Scheduled: | $52,292.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>("RMS")<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 732<br>Claim Date: 03/13/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $208,436.89 | | |
| UNSECURED | Claimed: | $15,170.17 | | |

---

| | | | | |
|---|---|---|---|---|
| JACK MALONEY, INC.<br>DBA MALONEY AIRE<br>175 LAFAYETTE AVENUE<br>LAUREL, MD 20707 | | Claim Number: 733<br>Claim Date: 03/13/2009<br>Debtor: WDCW BROADCASTING, INC. | | |
| UNSECURED | Claimed: | $167.50 | Scheduled: | $167.50 |

---

| | | | | |
|---|---|---|---|---|
| GANNETT MEDIA TECHNOLOGIES INTERNATIONAL<br>ATTENTION: NATALIE DENNIS<br>151 W. FOURTH STREET<br>CINCINNATI, OH 45202 | | Claim Number: 734<br>Claim Date: 03/13/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $1,790.98 | | |

---

| | | | | |
|---|---|---|---|---|
| REACT TECHNICAL<br>34-02 REVIEW AVE<br>LONG ISLAND CITY, NY 11101 | | Claim Number: 735<br>Claim Date: 03/13/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) | | |
| UNSECURED | Claimed: | $39,012.00 | Scheduled: | $6,004.96 |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLICKIT INC. REALTY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 736<br>Claim Date: 03/13/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 737<br>Claim Date: 03/16/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $758.08 | Scheduled: | $758.08 |

---

| | | | | |
|---|---|---|---|---|
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:WASHINGTON POST WRITERS<br>GROUP<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 738<br>Claim Date: 03/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $1,816.56 | Scheduled: | $7,669.33 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 739<br>Claim Date: 03/16/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $252.45 | Scheduled: | $538.01 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 740<br>Claim Date: 03/16/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $3,768.57 | Scheduled: | $3,768.57 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 741<br>Claim Date: 03/16/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $4,102.30 | Scheduled: | $4,102.30 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 742<br>Claim Date: 03/16/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $988.13 | Scheduled: | $793.94 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 743<br>Claim Date: 03/16/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $72.85 | Scheduled: | $798.36 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WASHINGTON POST WRITERS GROU<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 744<br>Claim Date: 03/16/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $180.05 | Scheduled: | $180.05 |
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 745<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $25,127.41 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: SUPREME SYSTEMS, INC.<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 746<br>Claim Date: 03/16/2009<br>Debtor: WPIX, INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $796.76 | Scheduled: | $796.76 |

| | | | | |
|---|---|---|---|---|
| HARTFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S. MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | | Claim Number: 747<br>Claim Date: 03/16/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,441.96   UNLIQ | |

| | | | |
|---|---|---|---|
| ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | | Claim Number: 748<br>Claim Date: 03/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 10022 (10/19/2011) | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,317.00 | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACCENT ENERGY CALIFORNIA<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 749<br>Claim Date: 03/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 9344 (06/24/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,253.20 | Scheduled: | $65,516.24 |

| | | | |
|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 750-01<br>Claim Date: 03/16/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,282.10 | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 750-02<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,048.21 | Scheduled: | $6,446.76 |

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 751<br>Claim Date: 03/16/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,778.90 | Scheduled: | $1,778.90 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 752<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| PRIORITY | Claimed: | $102,617.06 |
| UNSECURED | Claimed: | $100.00 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACCENT ENERGY CALIFORNIA<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 753<br>Claim Date: 03/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 9344 (06/24/2011) |

| UNSECURED | Claimed: | $30,704.54 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACCENT ENERGY CALIFORNIA<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 754<br>Claim Date: 03/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 9344 (06/24/2011) |

| UNSECURED | Claimed: | $27,069.02 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NEW DIRECTION SERVICES<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 755<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |

| UNSECURED | Claimed: | $1,784.07 |

---

| STRATEGY PLANNING ASSOC. INC.<br>202 GARETH LN<br>SCHAUMBURG, IL 60193-3017 | Claim Number: 756<br>Claim Date: 03/16/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $1,620.00 | Scheduled: | $1,620.00 |

---

| EMERGENCY POWER CONTROLS INC.<br>P.O. BOX 545<br>YORBA LINDA, CA 92885 | Claim Number: 757<br>Claim Date: 03/16/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| UNSECURED | Claimed: | $16,476.00 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LABRIOLA, LOUIS F<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 758<br>Claim Date: 03/17/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| UNSECURED | Claimed: | $687.50 | Scheduled: | $687.50 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KSAN, KFOG, KNBR RADIO
55 HAWTHORNE ST., 10TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 759
Claim Date: 03/17/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $30,217.50 | | |

---

SUBURBAN ELEVATOR CO.
130 PRAIRIE LAKE RD., UNIT D
DUNDEE, IL 60118

Claim Number: 760
Claim Date: 03/17/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $3,927.03 | Scheduled: | $3,927.03 |

---

GODENGO, INC
2855 TELEGRAPH AVE STE 600
BERKELEY, CA 94705-1161

Claim Number: 761
Claim Date: 03/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| PRIORITY | Claimed: | $2,200.32 | | |
| UNSECURED | | | Scheduled: | $405.32 |

---

STERLING COMPUTER PRODUCTS
16135 COVELLO ST.
VAN NUYS, CA 91406

Claim Number: 762
Claim Date: 03/17/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $139.04 | | |

---

WTOP-FM RADIO
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 763
Claim Date: 03/04/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $49,026.30 | | |

---

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 764
Claim Date: 03/06/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $1,424,243.00 | | |
| SECURED | Claimed: | $285,408.00 | | |
| UNSECURED | Claimed: | $6,500.00 | | |

---

ADVANCE MAGAZINE PUBLISHERS, INC
DBA: CONDE' NAST PUBLICATIONS
1313 N. MARKET STREET 12TH FLOOR
WILMINGTON, DE 19801

Claim Number: 765
Claim Date: 03/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $69,793.50 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
P.O. BOX 13708
MACON, GA 31208-3708

Claim Number: 766
Claim Date: 03/09/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $307,102.34 |

---

KABLE FULFILLMENT SERVICES, INC.
C/O JULIE HOAK
16 S. WESLEY AVE.
MOUNT MORRIS, IL 61054

Claim Number: 767
Claim Date: 03/10/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $37,736.95 |
| UNSECURED | Claimed: | $14,138.15 |

---

L.A. COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Number: 768
Claim Date: 03/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,230.99 |
| SECURED | Claimed: | $3,061.32 |
| UNSECURED | Claimed: | $13,230.99 |
| TOTAL | Claimed: | $16,292.31 |

---

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2540

Claim Number: 769
Claim Date: 03/18/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $959.12 | Scheduled: | $0.00 UNLIQ |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 770
Claim Date: 03/18/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $410.24 |
| UNSECURED | Claimed: | $8,602.47 |

---

CARDINAL LITHOGRAPH COMPANY
742 E. WASHINGTON BLVD.
LOS ANGELES, CA 90021

Claim Number: 771
Claim Date: 03/18/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,885.96 | Scheduled: | $2,885.96 |

---

S. WALTER PACKAGING CORP
ARMOR-GERMAIN
2900 GRANT AVE.
PHILADELPHIA, PA 19114

Claim Number: 772
Claim Date: 03/18/2009
Debtor: KSWB INC.
Comments: DOCKET: 3801 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $263.17 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: DFW ADSALES INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 773<br>Claim Date: 03/19/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $25,000.00 | Scheduled: | $25,000.00 |

| DIELECTRIC COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 774<br>Claim Date: 03/19/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $63,851.44 | Scheduled: | $63,851.44 |

| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 775<br>Claim Date: 03/19/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12255 (08/14/2012) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $32,680.60 | | |
| UNSECURED          Claimed: | $62,663.68 | | |

| AVALON TRANSPORTATION<br>6160 BRISTOL PKWY B<br>CULVER CITY, CA 90230-6604 | Claim Number: 776<br>Claim Date: 03/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,127.12 | | |

| STARDUST VISIONS<br>315 S BEVERLY DR STE 300<br>BEVERLY HILLS, CA 90212-4309 | Claim Number: 777<br>Claim Date: 03/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $4,708.41 | Scheduled: | $4,708.41 |

| 602 COMMUNICATIONS<br>5707 DEER FLAG DR<br>LAKELAND, FL 33811 | Claim Number: 778<br>Claim Date: 03/19/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $4,715.88 | | |
| UNSECURED | | Scheduled: | $8,215.58 |
| TOTAL          Claimed: | $4,715.58 | | |

| BAY CITY EQUIPMENT INDUSTRIES, INC.<br>13625 DANIELSON ST<br>POWAY, CA 92064-6829 | Claim Number: 779<br>Claim Date: 03/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,990.93 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 780
Claim Date: 03/20/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1.45 | | |
| UNSECURED | Claimed: | $51.71 | | |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 781
Claim Date: 03/20/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,834.89 | | |

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 782
Claim Date: 03/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $620.00 | | |
| UNSECURED | | | Scheduled: | $620.00 |

MONROE COUNTY TREASURER
100 W KIRKWOOD AVE, COURTHOUSE RM 204
BLOOMINGTON, IN 47404-5140

Claim Number: 783
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 9882 (10/04/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $479.98 | | |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 784
Claim Date: 03/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20,583,890.06 | | |
| UNSECURED | Claimed: | $3,141,111.00 | | |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
100 W. RANDOLPH ST., #7-400
CHICAGO, IL 60601

Claim Number: 785
Claim Date: 03/20/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19.52 | | |
| UNSECURED | Claimed: | $320.68 | | |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: HOLLISTER PUBLICATIONS
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 786
Claim Date: 03/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,105.00 | Scheduled: | $1,105.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| SMITH, ANNE<br>63 STAMFORD STREET<br>LONDON, SE1 9NB<br>UNITED KINGDOM | Claim Number: 787<br>Claim Date: 03/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | |
| PRIORITY<br>UNSECURED | Claimed: | $400.00 |

---

| | | | | |
|---|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: GREENSCAPES, INC.<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 788<br>Claim Date: 03/20/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | | |
| UNSECURED | Claimed: | $356.60 | Scheduled: | $356.60 |

---

| | | |
|---|---|---|
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 5370<br>PRINCETON, NJ 08543 | Claim Number: 789<br>Claim Date: 03/18/2009<br>Debtor: INSERTCO, INC. | |
| UNSECURED | Claimed: | $602.52 |

---

| | | | | |
|---|---|---|---|---|
| TRAFFIC CAMERA REPORTS, INC<br>629 SOUTH CLAIBORNE AVENUE<br>NEW ORLEANS, LA 70113 | Claim Number: 790<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $6,128.82 | Scheduled: | $5,768.82 |

---

| | | |
|---|---|---|
| MARCO OUTDOOR ADVERTISING, INC.<br>629 SOUTH CLAIBORNE AVENUE<br>NEW ORLEANS, LA 70113 | Claim Number: 791<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
| UNSECURED | Claimed: | $9,345.00 |

---

| | | |
|---|---|---|
| PETRO TV LLC<br>629 SOUTH CLAIBORNE AVENUE<br>NEW ORLEANS, LA 70113 | Claim Number: 792<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
| UNSECURED | Claimed: | $2,500.00 |

---

| | | | | |
|---|---|---|---|---|
| P&P COURIER, INC., DBA<br>NOW MESSENGER SERVICE<br>2906 W. MAGNOLIA BLVD.<br>BURBANK, CA 91505 | Claim Number: 793<br>Claim Date: 03/23/2009<br>Debtor: KTLA INC. | | | |
| UNSECURED | Claimed: | $36.25 | Scheduled: | $36.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| P&P COURIER, INC., DBA<br>NOW MESSENGER SERVICE<br>2906 W. MAGNOLIA BLVD.<br>BURBANK, CA 91505 | Claim Number: 794<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $9.00 | Scheduled: | $9.00 |
|---|---|---|---|---|

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 795<br>Claim Date: 03/23/2009<br>Debtor: HOY PUBLICATIONS, LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $22.91 |
|---|---|---|

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 796<br>Claim Date: 03/23/2009<br>Debtor: HOY PUBLICATIONS, LLC |
|---|---|

| PRIORITY | Claimed: | $4.49 |
|---|---|---|
| UNSECURED | Claimed: | $55.51 |

| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | Claim Number: 797<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $15,634.45 |
|---|---|---|

| MCC SERVICES, LLC<br>3001 17TH ST.<br>METAIRIE, LA 70002 | Claim Number: 798<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,401.74 | Scheduled: | $3,401.74 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: MUNICIPAL MEDIA SOLUTIONS<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 799<br>Claim Date: 03/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,194.25 | Scheduled: | $1,194.25 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 800<br>Claim Date: 03/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WHITEFENCE, INC. AKA<br>QCORPS RESIDENTIAL, INC.<br>5333 WESTHEIMER ROAD, SUITE 1000<br>HOUSTON, TX 77056 | Claim Number: 801<br>Claim Date: 03/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) |
|---|---|

| UNSECURED | Claimed: | $1,952.78 | Scheduled: | $286.65 |
|---|---|---|---|---|

| JOHNSON CONTROLS, INC.<br>C/O TANNOR PERTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUIOTE 401 | Claim Number: 802<br>Claim Date: 03/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $4,254.77 | Scheduled: | $4,295.39 |
|---|---|---|---|---|

| JOHNSON CONTROLS, INC.<br>LOS ANGELES SERVICE<br>12393 SLAUSON AVE<br>WHITTIER, CA 90606 | Claim Number: 803<br>Claim Date: 03/23/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

| CHICAGO SPENCE TOOL & RUBBER CO.<br>1125 N. 27TH AVE.<br>MELROSE PARK, IL 60160-2937 | Claim Number: 804<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $149.48 |
|---|---|---|

| DARROW HEATING & AIR CORP.<br>11944 VALERIO ST.<br>NORTH HOLLYWOOD, CA 91605 | Claim Number: 805<br>Claim Date: 03/23/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $1,248.69 | Scheduled: | $1,248.69 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: EMBARKMEDIA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 806<br>Claim Date: 03/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $925.00 | Scheduled: | $925.00 |
|---|---|---|---|---|

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 807<br>Claim Date: 03/23/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $1,008.04 |
|---|---|---|
| UNSECURED | Claimed: | $118.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

6M BUILDERS
1183 WENTWORTH ROAD
YORK, PA 17408

Claim Number: 808
Claim Date: 03/23/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 10022 (10/19/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $515.00 | Scheduled: | $515.00 |

GOOGLE, INC.
BINDER & MALTER, LLP
C/O WENDY W. SMITH
2775 PARK AVENUE
SANTA CLARA, CA 95050

Claim Number: 809
Claim Date: 03/24/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,782.30 |

GOOGLE, INC.
BINDER & MALTER, LLP
C/O WENDY W. SMITH
2775 PARK AVENUE
SANTA CLARA, CA 95050

Claim Number: 810
Claim Date: 03/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 6192 (11/01/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,362.00 | Scheduled: | $88,082.82 |

GOOGLE, INC.
BINDER & MALTER, LLP
C/O WENDY W. SMITH
2775 PARK AVENUE
SANTA CLARA, CA 95050

Claim Number: 811
Claim Date: 03/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,931.39 | Scheduled: | $8,873.22 |

ORLAND L.P.
288 ORLAND SQUARE
ORLAND PARK, IL 60462

Claim Number: 812
Claim Date: 03/25/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 |

PJ MECHANICAL SERVICE & MAINTENANCE
CORP.
135 WEST 18TH STR
NEW YORK, NY 10011

Claim Number: 813
Claim Date: 03/25/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: DOCKET: 3801 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,142.24 | Scheduled: | $386.57 |

FINEST CITY BROADCASTING, LLC
6160 CORNERSTONE CT E STE 150
SAN DIEGO, CA 92121-3720

Claim Number: 814
Claim Date: 03/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,005.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

9090 ENTERPRISES
426 N BARRINGTON AVE
LOS ANGELES, CA 90049-2002

Claim Number: 815
Claim Date: 03/26/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4778 (06/14/2010)

| UNSECURED | Claimed: | $2,814.48 | | |
|---|---|---|---|---|

---

CITY NEWS SERVICE
DOUGLAS FAIGIN
11400 W. OLYMPIC BLVD - S-780
LOS ANGELES, CA 90064

Claim Number: 816
Claim Date: 03/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $1,950.88 | Scheduled: | $1,950.88 |
|---|---|---|---|---|

---

CITY NEWS SERVICE
DOUGLAS FAIGIN
11400 W. OLYMPIC BLVD - S-780
LOS ANGELES, CA 90064

Claim Number: 817
Claim Date: 03/27/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $3,093.67 | Scheduled: | $3,093.67 |
|---|---|---|---|---|

---

CITY NEWS SERVICE
DOUGLAS FAIGIN
11400 W. OLYMPIC BLVD - S-780
LOS ANGELES, CA 90064

Claim Number: 818
Claim Date: 03/27/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $885.42 | Scheduled: | $885.42 |
|---|---|---|---|---|

---

PARADE PUBLICATION
711 THIRD AVENUE 6TH FLOOR
NEW YORK, NY 10017

Claim Number: 819
Claim Date: 03/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| UNSECURED | Claimed: | $28,084.58 | | |
|---|---|---|---|---|

---

MARK 1 RESTORATION COMPANY
1021 MARYLAND AVENUE
DOLTON, IL 60419

Claim Number: 820
Claim Date: 03/27/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $47,450.10 | Scheduled: | $47,450.10 |
|---|---|---|---|---|

---

DRAKE, WESLEY
1111 N. WESTERN AVE. UNIT 45
CHICAGO, IL 60622

Claim Number: 821
Claim Date: 03/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EXECUTIVE SEARCH PROFESSIONALS LLC<br>MARK ESPOSITO<br>3 DOE RUN<br>HAMPTON, NJ 07860 | Claim Number: 822<br>Claim Date: 03/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: HASTINGS AIR ENERGY CONTROL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 823<br>Claim Date: 03/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $873.00 | Scheduled: $873.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: LIME MEDIA GROUP, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 824<br>Claim Date: 03/27/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: $5,000.00 |

| JFA REAL ESTATE, INC.<br>ATTN: CRAIG ROTH<br>2050 S. BUNDY DR. #245<br>LOS ANGELES, CA 90025 | Claim Number: 825<br>Claim Date: 03/27/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,623.01 | |

| NORMAN HECHT RESEARCH INC<br>33 QUEENS STREET<br>SYOSSET, NY 11791 | Claim Number: 826<br>Claim Date: 03/25/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,252.36 | |

| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | Claim Number: 827-01<br>Claim Date: 03/11/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $78.00 | Scheduled: $198.25 |

| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | Claim Number: 827-02<br>Claim Date: 03/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,431.70 | Scheduled: $2,071.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-03<br>Claim Date: 03/11/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $66.00 | Scheduled: | $66.00 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-04<br>Claim Date: 03/11/2009<br>Debtor: KIAH INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $54.00 | Scheduled: | $54.00 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-05<br>Claim Date: 03/11/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $176.00 | Scheduled: | $176.00 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-06<br>Claim Date: 03/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $164.00 | Scheduled: | $164.00 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-07<br>Claim Date: 03/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $597.20 | Scheduled: | $117.08 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-08<br>Claim Date: 03/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $56.00 | Scheduled: | $56.00 |
| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | | Claim Number: 827-09<br>Claim Date: 03/11/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $189.00 | Scheduled: | $189.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | Claim Number: 827-10<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22.00 | |

| QUEST DIAGNOSTICS INCORPORATED<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | Claim Number: 827-11<br>Claim Date: 03/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8.68 | Scheduled: | $73.48 |

| KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVENUE<br>SUITE 1600<br>ATTN: RON RAPHAEL<br>SEATTLE, WA 98108 | Claim Number: 828<br>Claim Date: 03/16/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,810.00 | Scheduled: | $6,855.00 |

| POTOMAC ELECTRIC POWER<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | Claim Number: 829-01<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,778.97 | Scheduled: | $12,393.29 |

| POTOMAC ELECTRIC POWER<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | Claim Number: 829-02<br>Claim Date: 03/16/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,152.96 | Scheduled: | $37,152.96 |

| HARFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | Claim Number: 830<br>Claim Date: 03/16/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: WITHDRAWN<br>DOCKET: 2439 (10/26/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,441.96 | |

| YELLOW TRANSPORTATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 831<br>Claim Date: 03/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,812.63 | Scheduled: | $293.32 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 832<br>Claim Date: 03/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $25,127.41 | | |
| MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 4355<br>CHICAGO, IL 60680 | | Claim Number: 833<br>Claim Date: 03/18/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $14,217.84 | Scheduled: | $13,554.35 |
| BRINKS INC.<br>555 DIVIDEND DR., STE 100<br>COPPELL, TX 75019 | | Claim Number: 834<br>Claim Date: 03/19/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 2269 (10/02/2009)<br>Amends claim number 476 | | |
| UNSECURED | Claimed: | $393.00 | Scheduled: | $393.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 835<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| PRIORITY | Claimed: | $1,356.30 | | |
| USF HOLLAND<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 836<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,804.21 | | |
| PPL ELECTRIC UTILITIES<br>827 HAUSMAN ROAD<br>ALLENTOWN, PA 18104 | | Claim Number: 837<br>Claim Date: 03/24/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $45,795.37 | Scheduled: | $43,144.17 |
| ARTINI-ZAK CORPORATION, INC.<br>ARTINI FINE JEWELRY, INC.<br>100 PLAZA REAL SOUTH, SUITE B<br>BOCA RATON, FL 33432 | | Claim Number: 838<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NORTHERN TRUST COMPANY, THE
ATTN: TREASURY MANAGEMENT SERVICES
50 S. LASALLE STREET
CHICAGO, IL 60603

Claim Number: 839-01
Claim Date: 03/30/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,105.12 | | |
|---|---|---|---|---|

NORTHERN TRUST COMPANY, THE
ATTN: TREASURY MANAGEMENT SERVICES
50 S. LASALLE STREET
CHICAGO, IL 60603

Claim Number: 839-02
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,181.94 | | |
|---|---|---|---|---|

NORTHERN TRUST COMPANY, THE
ATTN: TREASURY MANAGEMENT SERVICES
50 S. LASALLE STREET
CHICAGO, IL 60603

Claim Number: 839-03
Claim Date: 03/30/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $6,446.94 | | |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LIGHTING SERVICES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 840
Claim Date: 03/30/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $1,570.41 | Scheduled: | $1,570.41 |
|---|---|---|---|---|

BOB JENSON A/C & HEATING
1347 BROADWAY
EL CAJON, CA 92021

Claim Number: 841
Claim Date: 03/30/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $4,391.00 | Scheduled: | $4,249.00 |
|---|---|---|---|---|

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 842
Claim Date: 03/30/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $19,348.05 | Scheduled: | $33,320.95 |
|---|---|---|---|---|

YANT, TREY C.
13333 SW 72ND AVE APT 10C
TIGARD, OR 97223-2353

Claim Number: 843
Claim Date: 03/30/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 12351 (08/31/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,866.82 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| OAKDALE THEATRE CONCERTS, INC.<br>RICHARD MUNISTERI<br>LIVE NATION<br>9348 CIVIC CENTER DRIVE<br>BEVERLY HILLS, CA 90201 | Claim Number: 844<br>Claim Date: 03/30/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $68,906.00 | | |

| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY/REVENUE/AG<br>PO BOX 30456<br>PAYABLE TO: STATE OF MI-CD<br>LANSING, MI 48909-7955 | Claim Number: 845<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| PRIORITY          Claimed: | $5,249.44 | | |

| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY/REVENUE/AG<br>PO BOX 30456<br>PAYABLE TO: STATE OF MI-CD<br>LANSING, MI 48909-7955 | Claim Number: 846<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,250.00 | | |

| JEFFERSON COUNTY TREASURER<br>ATTN: DAVE VILLANO<br>100 JEFFERSON COUNTY PARKWAY 2520<br>GOLDEN, CO 80419-2520 | Claim Number: 847<br>Claim Date: 03/30/2009<br>Debtor: KWGN INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| SECURED          Claimed: | $32,413.18 | | |

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 848<br>Claim Date: 03/30/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,687.10 | | |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 849<br>Claim Date: 03/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,000.00 | Scheduled: | $6,000.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 850-01<br>Claim Date: 03/30/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $690.71 | Scheduled: | $2,486.19 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: DUNBAR ARMORED<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 850-02<br>Claim Date: 03/30/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $1,074.96 | | |
| FERRELLGAS<br>ONE LIBERRY PLAZA<br>LIBERTY, MO 64068 | | Claim Number: 851<br>Claim Date: 03/30/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $410.90 | | |
| MARCOM<br>540 HAUER APPLE WAY<br>APTOS, CA 95003 | | Claim Number: 852<br>Claim Date: 03/30/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $14,485.50 | Scheduled: | $34,374.57 |
| ANOSHENKO, BETH<br>3743 W 114TH PLACE<br>CHICAGO, IL 60655 | | Claim Number: 853<br>Claim Date: 03/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $1,955.00 | | |
| UNSECURED | | | Scheduled: | $1,955.00 |
| WOODS & POOLE ELECTRONICS, INC.<br>1794 COLUMBIA ROAD NW SUITE 4<br>WASHINGTON, DC 20009-2808 | | Claim Number: 854<br>Claim Date: 03/30/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $799.00 | Scheduled: | $399.50 |
| ANGELES CREST SERVICES<br>ATTN: LARRY LOPEZ<br>PO BOX 11<br>MOUNT WILSON, CA 91023 | | Claim Number: 855<br>Claim Date: 03/30/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $4,618.50 | | |
| UNSECURED | | | Scheduled: | $4,618.50 |
| DUBLIN HILL<br>85 DUBLIN HILL ROAD<br>FORT ANN, NY 12827-5518 | | Claim Number: 856<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,679.15 | Scheduled: | $2,679.15 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KEN HOUTZ CHEVROLET-BUICK, INC.<br>PO BOX 99<br>GLOUCESTER, VA 23061 | Claim Number: 857<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $465.83 | | |

| DACA 2010L, LP<br>TRANSFEROR: AFFILIATED PARTS INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 858<br>Claim Date: 03/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $438.04 | Scheduled: | $438.04 |

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 859<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
|---|---|---|---|
| PRIORITY          Claimed: | $1,132.00 | | |

| SHIPMANS FIRE EQUIPMENT CO, INC.<br>PO BOX 257<br>172 CROSS ROAD<br>WATERFORD, CT 06385 | Claim Number: 860<br>Claim Date: 03/30/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $435.29 | Scheduled: | $435.29 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEW ENGLAND MAILING SYSTEMS<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 861<br>Claim Date: 03/30/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $563.92 | Scheduled: | $563.92 |

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>C/O R FREDERICK LINFESTY, ESQ<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | Claim Number: 862<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| SECURED          Claimed: | $36,743.00 | | |
| UNSECURED          Claimed: | $1,171.21 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACME SCALE SYSTEMS<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 863<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $18,109.85 | Scheduled: | $18,109.85 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GLENNICK INC T/A WAITZ CORPORATION<br>1118 UNION BLVD<br>ALLENTOWN, PA 18109 | Claim Number: 864<br>Claim Date: 04/01/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $98.05 | | |

---

| GLENNICK INC T/A WAITZ CORPORATION<br>1118 UNION BLVD<br>ALLENTOWN, PA 18109 | Claim Number: 865<br>Claim Date: 04/01/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $2,270.12 | Scheduled: | $2,368.17 |

---

| AXIZ GROUP, LLC<br>7101 N. RIDGEWAY AVE<br>LINCOLNWOOD, IL 60712 | Claim Number: 866<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,255.14 |

---

| 23252 VIA CAMPO VERDE LLC<br>290 TOYOPA DR.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 867<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|
| UNSECURED          Claimed: | $870,051.04 |

---

| SZABO ASSOCIATES, INC.<br>3555 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | Claim Number: 868<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|
| UNSECURED          Claimed: | $588.31 |

---

| CHECK CASHING STORE, THE<br>6340 N.W. 5TH WAY<br>FORT LAUDERDALE, FL 33309 | Claim Number: 869<br>Claim Date: 04/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|
| UNSECURED          Claimed: | $1,590.86 |

---

| GUTMAN, E. MICHAEL, M.D.<br>711 WEST COLONIAL DRIVE<br>ORLANDO, FL 32804 | Claim Number: 870<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: BEDFORD MOTOR SERVICES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 871<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $9,532.64 | Scheduled: | $9,805.22 |
| DACA 2010L, LP<br>TRANSFEROR: HAMILTON CIRCULATION<br>SUPPLIES<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 872<br>Claim Date: 04/03/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC | | |
| UNSECURED | Claimed: | $608.66 | Scheduled: | $608.66 |
| DACA 2010L, LP<br>TRANSFEROR: HAMILTON CIRCULATION<br>SUPPLIES<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 873<br>Claim Date: 04/03/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $161.41 | Scheduled: | $161.41 |
| DACA 2010L, LP<br>TRANSFEROR: HAMILTON CIRCULATION<br>SUPPLIES<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 874<br>Claim Date: 04/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $330.43 | Scheduled: | $330.43 |
| VALLEY FIRE PROTECTION<br>101 N. RADDANT ROAD<br>BATAVIA, IL 60510-2203 | | Claim Number: 875<br>Claim Date: 04/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $535.00 | | |
| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST.<br>PORTLAND, OR 97211 | | Claim Number: 876<br>Claim Date: 04/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,500.00 | | |
| R.M. SQUARED, INC. DBA<br>FORGE MARKETING COMMUNICATIONS<br>1780 FRIEDENSVILLE ROAD<br>BETHLEHEM, PA 18015 | | Claim Number: 877<br>Claim Date: 04/03/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| MITCHELL, SR., KEIFFER J., AS PR OF THE ESTATE OF PARREN J. MITCHELL<br>LARRY GIBSON, ESQ. & JOHN LEIDIG, ESQ.<br>36 SO. CHARLES ST., SUITE 2000<br>BALTIMORE, MD 21201 | Claim Number: 878<br>Claim Date: 04/06/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 11969 (07/09/2012) |
| UNSECURED          Claimed: | $20,000,000.00 |
| STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 879<br>Claim Date: 03/17/2009<br>Debtor: SHEPARD'S INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
| PRIORITY          Claimed: | $1,903.18 |
| STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | Claim Number: 880<br>Claim Date: 03/17/2009<br>Debtor: SHEPARD'S INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) |
| PRIORITY          Claimed: | $9,515.89 |
| GALLERY CORP POST CONFIRMATION TRUST<br>EDWARD T GAVIN<br>NHB ASSIGNMENTS LLC<br>919 NORTH MARKET STREET, SUITE 1410<br>WILMINGTON, DE 19801 | Claim Number: 881<br>Claim Date: 03/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED          Claimed: | $261,228.07 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 882<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
| PRIORITY          Claimed:<br>UNSECURED | $351.90 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT<br>SHELTON, CT 06484 | Claim Number: 883<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED          Claimed: | $5,115.33 |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPARTMETN<br>SHELTON, CT 06484 | Claim Number: 884<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED          Claimed: | $1,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 885<br>Claim Date: 03/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| UNSECURED | Claimed: | $4,294.97 |
| UGL UNICCO<br>275 GROVE STREET, SUITE 3-200<br>AUBURNDALE, MA 02466 | Claim Number: 886<br>Claim Date: 03/30/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) | |
| UNSECURED | Claimed: | $37,529.99 |
| BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | Claim Number: 887<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
| UNSECURED | Claimed: | $80,000.00 |
| NORTHWESTERN MUTUAL LIFE INSURANCE CO<br>3333 RIVERWOOD PKWY SE STE 200<br>ATLANTA, GA 30339-6411 | Claim Number: 888<br>Claim Date: 03/31/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) | |
| SECURED | Claimed: | $4,428.00 |
| UNSECURED | Claimed: | $56,185.63 |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIV., GOV'T CTR ANNEX<br>ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 889<br>Claim Date: 03/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | |
| SECURED | Claimed: | $113,357.20 |
| ONYX RESTORATION WORKS<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 890-01<br>Claim Date: 04/06/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) | |
| UNSECURED | Claimed: | $77.17 |
| ONYX RESTORATION WORKS<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 890-02<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | |
| UNSECURED | Claimed: | $372.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ONYX RESTORATION WORKS<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 890-03<br>Claim Date: 04/06/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $850.37 | | |
|---|---|---|---|---|

---

| PEOPLE 2.0 GLOBAL, INC.<br>1161 MCDERMOTT DRIVE, SUITE 300<br>WEST CHESTER, PA 19380 | Claim Number: 891<br>Claim Date: 04/06/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $3,240.00 | Scheduled: | $2,295.00 |
|---|---|---|---|---|

---

| FIRST QUALITY MAINTENANCE<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 892<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $4,425.42 | | |
|---|---|---|---|---|

---

| FIRST QUALITY MAINTENANCE<br>70 WEST 36TH STREET<br>NEW YORK, NY 10018 | Claim Number: 893<br>Claim Date: 04/06/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $20,344.82 | | |
|---|---|---|---|---|

---

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 894<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2272 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $78,272.36 | | |
|---|---|---|---|---|

---

| BOWE BELL & HOWELL COMPANY<br>ATTN: BLAKE EADDY<br>3791 S. ALSTON AVE.<br>DURHAM, NC 27713 | Claim Number: 895<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $1,537.03 | | |
|---|---|---|---|---|

---

| MOUNT, ANTHONY<br>709 N LUDY WAY<br>MUSTANG, OK 73064-2327 | Claim Number: 896<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| PRIORITY | Claimed: | $200.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| MUNGARIAN, JOHN M. - SEP-IRA<br>FIDELITY MANAGEMENT TRUST CO - CUSTODIAN<br>4460 LA JOLLA<br>PENSACOLA, FL 32504 | | Claim Number: 897<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $20,000.00 | | | |
| MOORE, HEIDI<br>4533 N WHIPPLE ST<br>CHICAGO, IL 60625 | | Claim Number: 898<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $250.00 | | | |
| MCGIVERN BINDERY<br>ATTN: ANITA ZELECHIWSKY<br>361 W. GORDON STREET<br>ALLENTOWN, PA 18102 | | Claim Number: 899<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
| UNSECURED | Claimed: | $1,091.40 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MULTIAD SERVICES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 900<br>Claim Date: 04/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
| UNSECURED | Claimed: | $1,412.37 | Scheduled: | $1,412.37 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MULTIAD SERVICES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 901<br>Claim Date: 04/06/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
| UNSECURED | Claimed: | $2,526.78 | Scheduled: | $2,526.78 | |
| MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | | Claim Number: 902<br>Claim Date: 04/06/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
| UNSECURED | Claimed: | $129.84 | Scheduled: | $129.84 | |
| MULTIAD SERVICES INC<br>1720 W DETEILLER DRIVE<br>PEORIA, IL 61615 | | Claim Number: 903<br>Claim Date: 04/06/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
| UNSECURED | Claimed: | $298.30 | Scheduled: | $298.30 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MULTIAD SERVICES INC
1720 W DETEILLER DRIVE
PEORIA, IL 61615

Claim Number: 904-01
Claim Date: 04/06/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $9,530.00 | Scheduled: | $530.00 |

---

MULTIAD SERVICES INC
1720 W DETEILLER DRIVE
PEORIA, IL 61615

Claim Number: 904-02
Claim Date: 04/06/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $158.06 | Scheduled: | $158.06 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ARENA MEDIA NETWORKS LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 905
Claim Date: 04/06/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 |

---

MZINGA INC
10 MALL RD STE 111
BURLINGTON, MA 01803-4131

Claim Number: 906
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $4,200.00 | Scheduled: | $2,574.19 |

---

TOWER PRODUCTS, INC.
PO BOX 3070
EASTON, PA 18043

Claim Number: 907
Claim Date: 04/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $2,966.70 | | |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 908
Claim Date: 04/06/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $1,016.25 | Scheduled: | $1,016.25 |

---

WILSON, PHILIP
TRIENDA LLC
N7660 INDUSTRIAL DRIVE
PORTAGE, WI 53901

Claim Number: 909
Claim Date: 04/06/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $28,273.50 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CTV GLOBEMEDIA INC.<br>9 CHANNEL NINCE COURT<br>TORONTO, ON M1S 4B5<br>CANADA | | Claim Number: 910<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MULTIAD SERVICES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 911<br>Claim Date: 04/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $1,062.00 | Scheduled: | $1,062.00 |
| ROCKENBACH, PHILIP C.<br>1231 SOUTH 11TH STREET<br>SAINT CHARLES, IL 60174 | | Claim Number: 912<br>Claim Date: 04/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| CAPITOL CLEANING CONTRACTORS, INC.<br>320 LOCUST STREET<br>HARTFORD, CT 06114 | | Claim Number: 913<br>Claim Date: 04/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $8,614.38 | Scheduled: | $8,614.38 |
| ENTERPRISE GROUP<br>A DIVISION OF DOMTAR COMPANY<br>6461 SAGUARO COURT<br>INDIANAPOLIS, IN 46268 | | Claim Number: 914<br>Claim Date: 04/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $1,687.72 | Scheduled: | $1,687.72 |
| TELE DIRECT INTERNATIONAL, INC.<br>AKA TDI INC.<br>17255 N 82ND ST., SUITE 4<br>SCOTTSDALE, AZ 85255 | | Claim Number: 915<br>Claim Date: 04/08/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $36,582.07 | Scheduled: | $11,200.00 |
| TELE DIRECT INTERNATIONAL, INC.<br>AKA TDI INC.<br>17255 N 82ND ST., SUITE 4<br>SCOTTSDALE, AZ 85255 | | Claim Number: 916<br>Claim Date: 04/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $9,147.76 | Scheduled: | $9,147.76 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 917 Claim Date: 04/08/2009 Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. Comments: EXPUNGED DOCKET: 5689 (09/14/2010) | | |
| PRIORITY | | $946.04 | | |
| GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | | Claim Number: 918 Claim Date: 04/01/2009 Debtor: THE BALTIMORE SUN COMPANY Comments: EXPUNGED DOCKET: 2668 (11/25/2009) | | |
| PRIORITY | Claimed: | $3,000.00 | | |
| UNSECURED | Claimed: | $1,198.00 | | |
| DISCHINGER, FRANCOIS 576 BROOME STREET #4 NEW YORK, NY 10013 | | Claim Number: 919 Claim Date: 04/09/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $2,366.15 | Scheduled: | $2,366.15 |
| UNITED STATES DEBT RECOVERY III LP TRANSFEROR: INNOVATIVE MEDIA, LLC 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE, NV 89451 | | Claim Number: 920 Claim Date: 04/09/2009 Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $752.55 | Scheduled: | $752.55 |
| TELEMETRICS INC. 6 LEIGHTON PLACE MAHWAH, NJ 07430 | | Claim Number: 921 Claim Date: 04/09/2009 Debtor: KSWB INC. Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $186.50 | Scheduled: | $186.50 |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: LOCONTE.2 LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 922 Claim Date: 04/09/2009 Debtor: WGN CONTINENTAL BROADCASTING COMPANY Comments: ALLOWED DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $24,625.00 | Scheduled: | $24,625.00 |
| ALGUIRE, JAMES L. INKDROP MEDIA GROUP PO BOX 2027 DEL MAR, CA 92014-1327 | | Claim Number: 923 Claim Date: 04/10/2009 Debtor: KSWB INC. Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| NEON ELECTRIC CORP.<br>1122 LAUDER ROAD<br>HOUSTON, TX 77039 | | Claim Number: 924<br>Claim Date: 04/10/2009<br>Debtor: KIAH INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $17,125.15 | | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KELLER-HEARTT COMPANY, INC.<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 925<br>Claim Date: 04/10/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $4,565.17 | Scheduled: | $4,606.72 |

---

| | | | | |
|---|---|---|---|---|
| EUREST DINING SERVICES<br>C/O J. TREVOR JOHNSTON<br>MCGUIREWOODS LLP<br>201 NORTH TRYON STREET, SUITE 2600<br>CHARLOTTE, NC 28202 | | Claim Number: 926<br>Claim Date: 04/10/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $14,184.02 | Scheduled: | $14,227.69 |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: MEDIA CONCEPTS, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 927<br>Claim Date: 04/10/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 2269 (10/02/2009)<br>Amends claim number 294 | | |
| ADMINISTRATIVE | Claimed: | $45,000.00 | | |
| UNSECURED | | | Scheduled: | $45,000.00 |

---

| | | | | |
|---|---|---|---|---|
| K & S SERVICE<br>7290 CANYON BREEZE RD<br>SAN DIEGO, CA 92126-2067 | | Claim Number: 928<br>Claim Date: 04/10/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $1,357.87 | | |

---

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 929<br>Claim Date: 04/10/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | |
| PRIORITY | Claimed: | $7,669.10 | | |
| UNSECURED | Claimed: | $609.34 | | |

---

| | | | | |
|---|---|---|---|---|
| FIRSTCOM MUSIC<br>2110 COLORADO AVE #110<br>SANTA MONICA, CA 90404-3751 | | Claim Number: 930<br>Claim Date: 04/10/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $35,392.00 | Scheduled: | $5,236.08 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CANON FINANCIAL SERVICES
HOWARD N. SOBEL, P.A.
507 KRESSON ROAD, PO BOX 1525
VOORHEES, NJ 08043

Claim Number: 931
Claim Date: 04/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $23,286.36 | | |
| UNSECURED | Claimed: | $71,423.92 | | |

---

KCBS-AM
ATTN: NIKKI PARIS
865 BATTERY 3RD FLOOR
SAN FRANCISCO, CA 94111

Claim Number: 932
Claim Date: 04/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,237.00 | |

---

INDEL-DAVIS INC.
DEPT 188
TULSA, OK 74182-0001

Claim Number: 933
Claim Date: 04/10/2009
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $380.00 | Scheduled: | $380.00 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CRYSTAL FOOD SERVICES, LLC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 934
Claim Date: 04/13/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,452.49 | Scheduled: | $3,452.49 |

---

MERRILL COMMUNICATIONS
ONE MERRILL CIRCLE
SAINT PAUL, MN 55108

Claim Number: 935
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments:
Amends claim number 797

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,041.31 | Scheduled: | $16,041.31 |

---

STRUCTURAL PRESERVATION SYSTEMS, LLC
925 TOLLGATE ROAD
ELGIN, IL 60123

Claim Number: 936
Claim Date: 04/13/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,350.00 | | |
| UNSECURED | Claimed: | $11,350.00 | | |
| TOTAL | Claimed: | $11,350.00 | | |

---

CONSOLIDATED ELECTRICAL DISTRIBUTORS
PO BOX 489
LEMONT, IL 60439-0489

Claim Number: 937
Claim Date: 04/13/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $777.00 | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES
("RMS")
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 938
Claim Date: 04/13/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $211,672.03 | | |
| TOTAL | Claimed: | $17,833.12 | | |

---

CLEAN HARBORS ENVIRONMENTAL SERVICES INC
ATTN: CREDIT DEPARTMENT
42 LONGWATER DRIVE
NORWELL, MA 02061-9149

Claim Number: 939
Claim Date: 04/13/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,079.31 | Scheduled: | $4,079.31 |

---

AMMERDALE TRUST
C/O DAVID KISSI
PO BOX 77878
ONE MASSACHUSETTS AVE NE
WASHINGTON, DC 20013

Claim Number: 940
Claim Date: 02/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

RAINBOW ADVERTISING SALES CORP.
1111 STEWART AVENUE
BETHPAGE, NY 11714

Claim Number: 941
Claim Date: 04/03/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,250.00 | Scheduled: | $4,250.00 |

---

CANON BUSINESS SOLUTIONS - EAST
300 COMMERCE SQUARE BLVD
BURLINGTON, NJ 08016-1270

Claim Number: 942
Claim Date: 04/03/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $106.97 | | |
| UNSECURED | Claimed: | $106.97 | Scheduled: | $843.66 |
| TOTAL | Claimed: | $106.97 | | |

---

KHL ENGINEERED PACKAGING SOLUTIONS
C/O AMCOR SUNCLIPSE NORTH AMERICA
6600 VALLEY VIEW STREET
BUENA PARK, CA 90620

Claim Number: 943
Claim Date: 04/06/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $902.20 | |

---

BON SECOURS EAP
110 KINGSLEY LN., SUITE 206
NORFOLK, VA 23505

Claim Number: 944
Claim Date: 04/07/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $165.00 | | |
| SECURED | Claimed: | $165.00 | | |
| UNSECURED | | | Scheduled: | $82.50 |
| TOTAL | Claimed: | $165.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 945<br>Claim Date: 04/07/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $2,116.45 | | |
| INDY RADIO LLC<br>201 DEER TRACE CT<br>PITTSBORO, IN 46167-9194 | | Claim Number: 946<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 12685 (11/06/2012) | | |
| UNSECURED | Claimed: | $680.00 | | |
| RYCOLINE PRODUCTS LLC<br>5540 NORTHWEST HIGHWAY<br>CHICAGO, IL 60630 | | Claim Number: 947<br>Claim Date: 04/13/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| ADMINISTRATIVE | Claimed: | $1,237.50 | | |
| UNSECURED | Claimed: | $3,687.83 | Scheduled: | $3,894.06 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: BARRY FIALK INC<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 948<br>Claim Date: 04/13/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,881.00 | | |
| UNSECURED | | | Scheduled: | $10,881.53 |
| BILL'S WELDING & CRANE SERVICE<br>16166 SIERRA HWY<br>CANYON COUNTRY, CA 91390 | | Claim Number: 949<br>Claim Date: 04/13/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $582.40 | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 950<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $322,942.07   UNLIQ | | |
| UNSECURED | Claimed: | $96,661.64   UNLIQ | | |
| CAVALIERE, PETER<br>161 BLUE HERON DR.<br>SECAUCUS, NJ 07094 | | Claim Number: 951<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $20,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BAKER & DANIELS LLP<br>ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS, IN 46240 | | Claim Number: 952<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim number 315 | | |
| UNSECURED | Claimed: | $13,040.50 | Scheduled: | $6,935.00 |
| SENECA INDUSTRIAL HOLDINGS, LLC<br>C/O TEACHERS INSURANCE AND ANNUITY ASSOC<br>3RD FL - ASSET MGMT - ATTN BRAD SIMPKINS<br>8500 ANDREW CARNEGIE BOULEVARD<br>CHARLOTTE, NC 28262 | | Claim Number: 953<br>Claim Date: 04/14/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $102,060.32 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 954<br>Claim Date: 03/03/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $12,442.88 | | |
| GILLESKI, JOSEPH J.<br>110 ELMBROOK DRIVE<br>STAMFORD, CT 06906 | | Claim Number: 955<br>Claim Date: 04/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $3,931.14 | | |
| MEDIA SPAN ONLINE SERVICES<br>DEPT AT 952127<br>ATLANTA, GA 31192-2127 | | Claim Number: 956<br>Claim Date: 04/16/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $543.00 | Scheduled: | $543.00 |
| OCEAN WATCH PRODUCTION GROUP INC<br>PO BOX 15502<br>NEWPORT BEACH, CA 92659 | | Claim Number: 957<br>Claim Date: 04/16/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $16,000.00 |
| BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | | Claim Number: 958-01<br>Claim Date: 04/16/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $45,012.52 | Scheduled: | $72,913.34 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | | Claim Number: 958-02<br>Claim Date: 04/16/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $2,326.83 | Scheduled: | $16,788.40 |
| BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | | Claim Number: 958-03<br>Claim Date: 04/16/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $4,709.91 | Scheduled: | $24,085.84 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 959<br>Claim Date: 04/16/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| PRIORITY | Claimed: | $2,410.47 | | |
| UNSECURED | Claimed: | $393.21 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 960<br>Claim Date: 04/16/2009<br>Debtor: NEW MASS. MEDIA, INC. | | |
| PRIORITY | Claimed: | $2,044.01 | | |
| UNSECURED | Claimed: | $58.38 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 961<br>Claim Date: 04/16/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. | | |
| PRIORITY | Claimed: | $1,089.41 | | |
| UNSECURED | Claimed: | $246.24 | | |
| TRIANGLE FIRE INC<br>7720 NW 53 STREET<br>MIAMI, FL 33166 | | Claim Number: 962<br>Claim Date: 04/16/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| ADMINISTRATIVE | Claimed: | $65.77 | | |
| COUNTY OF SAN DIEGO<br>REGISTRAR OF VOTERS<br>ATTN: RIZA BULANTE<br>5201 BRUFFIN ROAD, SUITE I<br>SAN DIEGO, CA 92123 | | Claim Number: 963<br>Claim Date: 04/16/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $1,175.00 | Scheduled: | $1,175.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BROWN PRINTING INC<br>PO BOX C<br>NAZARETH, PA 18064-0500 | | Claim Number: 964<br>Claim Date: 04/16/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $2,629.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SZABO ASSOCIATES, INC.<br>3555 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | | Claim Number: 965<br>Claim Date: 04/17/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| UNSECURED | Claimed: | $47.58 | | |

---

| | | | | |
|---|---|---|---|---|
| SZABO ASSOCIATES, INC.<br>3555 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | | Claim Number: 966<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | |
| UNSECURED | Claimed: | $1,599.61 | | |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MOVING PICTURES VIDEO INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 967<br>Claim Date: 04/17/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $5,010.20 | Scheduled: | $5,010.20 |

---

| | | | | |
|---|---|---|---|---|
| SOUTH BAY GALLERIA<br>ATTN: SUSIE GRANT<br>1815 HAWTHORNE BL NO. 201<br>REDONDO BEACH, CA 90278 | | Claim Number: 968<br>Claim Date: 04/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $6,500.00 | Scheduled: | $6,500.00 |

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HELINET AVIATION SERVICES LL<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 969<br>Claim Date: 04/17/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $283,590.98 | Scheduled: | $283,590.98 |

---

| | | | | |
|---|---|---|---|---|
| AUTRY, JACQUELINE E.<br>328 W. MOUNTAIN VIEW PLACE<br>PALM SPRINGS, CA 92262 | | Claim Number: 970<br>Claim Date: 04/17/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $3,883.49 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: SOUTHERN CALIFORNIA MATERIAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 971<br>Claim Date: 04/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $25,941.05 | Scheduled: | $49,447.25 UNLIQ |
|---|---|---|---|---|

---

| WILMINGTON INSTRUMENT COMPANY INC<br>332 N FRIES AVE<br>WILMINGTON, CA 90744 | Claim Number: 972<br>Claim Date: 04/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $801.66 | Scheduled: | $801.56 |
|---|---|---|---|---|

---

| REDWOOD SOFTWARE<br>3000 AERIAL CENTER PARKWAY<br>SUITE 115<br>MORRISVILLE, NC 27560 | Claim Number: 973<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $19,020.09 | Scheduled: | $19,020.09 |
|---|---|---|---|---|

---

| PSOMAS<br>555 SOUTH FLOWER STREET  SUITE 4400<br>LOS ANGELES, CA 90071 | Claim Number: 974<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) |
|---|---|

| UNSECURED | Claimed: | $57,431.59 | Scheduled: | $18,962.22 |
|---|---|---|---|---|

---

| GREEN, DOROTHY S<br>11911 SAN VINCENTE BLVD  SUITE 320<br>LOS ANGELES, CA 90049 | Claim Number: 975<br>Claim Date: 04/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $250.00 |

---

| ASM SIP, L.P.<br>TRANSFEROR: RESPONDEX MARKETING, INC<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 976<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,500.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $6,000.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ICON EXPOSURE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 977<br>Claim Date: 04/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $1,122.56 | Scheduled: | $1,122.56 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 978<br>Claim Date: 04/17/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $1,535.79 | Scheduled: | $1,535.79 |
|---|---|---|---|---|

---

| FEDCOM CREDIT UNION<br>150 ANN ST NW<br>GRAND RAPIDS, MI 49505 | Claim Number: 979<br>Claim Date: 04/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $515,505.21 |
|---|---|---|
| SECURED | Claimed: | $515,505.21 |
| TOTAL | Claimed: | $515,505.21 |

---

| WORLD PICTURE NETWORK LLC<br>62 WHITE STREET SUITE 3 EAST<br>NEW YORK, NY 10013 | Claim Number: 980<br>Claim Date: 04/17/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $488.34 |
|---|---|---|

---

| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 981<br>Claim Date: 04/09/2009<br>Debtor: KWGN INC.<br>Comments: ALLOWED<br>DOCKET 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,762.58 | Scheduled: | $918.23 |
|---|---|---|---|---|

---

| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 982<br>Claim Date: 04/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $177.07 | Scheduled: | $329.45 |
|---|---|---|---|---|

---

| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 983-01<br>Claim Date: 04/09/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $147.49 | Scheduled: | $401.21 |
|---|---|---|---|---|

---

| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 983-02<br>Claim Date: 04/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,639.56 | Scheduled: | $3,345.75 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 984
Claim Date: 04/09/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| UNSECURED | Claimed: | $158.28 |
|-----------|----------|---------|

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 985
Claim Date: 04/09/2009
Debtor: FORSALEBYOWNER.COM CORP.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $4.21 | Scheduled: | $139.71 |
|-----------|----------|-------|------------|---------|

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 986
Claim Date: 04/09/2009
Debtor: TRIBUNE PUBLISHING COMPANY

| UNSECURED | Claimed: | $351.66 |
|-----------|----------|---------|

---

QWEST COMMUNICATIONS COMPANY, LLC
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 987
Claim Date: 04/09/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $26.64 |
|-----------|----------|---------|

---

QWEST COMMUNICATIONS COMPANY, LLC
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 988
Claim Date: 04/09/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $13.23 | Scheduled: | $14.70 |
|-----------|----------|--------|------------|--------|

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 989
Claim Date: 04/09/2009
Debtor: KWGN INC.
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $2,762.58 |
|-----------|----------|-----------|

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST RM 900
DENVER, CO 80202-2658

Claim Number: 990
Claim Date: 04/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4777 (06/14/2010)

| UNSECURED | Claimed: | $177.07 |
|-----------|----------|---------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CALIFORNIA STATE BOARD OF EQUALIZATION<br>ATTN ACCOUNT # SR AP 102-106269<br>PO BOX 1500<br>WEST COVINA, CA 91793 | | Claim Number: 991<br>Claim Date: 04/13/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | | | |
| UNSECURED | | $5,532.61 | Scheduled: | $86.22 |
| LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | Claim Number: 992<br>Claim Date: 04/13/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $86.85 | Scheduled: | $84.85 |
| LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | Claim Number: 993<br>Claim Date: 04/13/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $1,138.20 | | |
| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | | Claim Number: 994<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | |
| UNSECURED | Claimed: | $8,541.01 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 995<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| PRIORITY | Claimed: | $17.30 | | |
| SECURED | Claimed: | $143,243.00 | | |
| UNSECURED | Claimed: | $1.00 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 996<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| PRIORITY | Claimed: | $9,453.00 | | |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 997<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| PRIORITY | Claimed: | $12,836.04 | | |
| SECURED | Claimed: | $120,992.00 | | |
| UNSECURED | Claimed: | $661.02 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 998<br>Claim Date: 04/13/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12719 (11/14/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,737.00 | |
| UNSECURED | Claimed: | $3,150.00 | |

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 999<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,046,835.00 | |

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 1000<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $35,065.00 | |

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 1001<br>Claim Date: 04/13/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $24,119.00 | |

---

| KCBS-AM<br>ATTN: NIKKI PARIS<br>865 BATTERY 3RD FLOOR<br>SAN FRANCISCO, CA 94111 | Claim Number: 1002<br>Claim Date: 04/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,237.00 | |

---

| UGL UNICCO<br>275 GROVE STREET, SUITE 3-200<br>AUBURNDALE, MA 02466 | Claim Number: 1003<br>Claim Date: 04/13/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>Amends claim number 886 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $46,251.99 | Scheduled: | $48,729.85 |

---

| ULINE SHIPPING SUPPLIES<br>2200 S. LAKESIDE DR.<br>WAUKEGAN, IL 60085 | Claim Number: 1004<br>Claim Date: 04/14/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,041.10 | Scheduled: | $7,662.78 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KEMPER INSURANCE COMPANIES<br>SHERRI L. PATTERSON<br>MANAGED ACCOUNTS, 13NW0348<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 1005<br>Claim Date: 04/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12833 (12/11/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |

---

| SCI MANAGEMENT<br>15840 VENTURA BLVD.<br>ENCINO, CA 91436 | Claim Number: 1006<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $99.24 | Scheduled: | $99.24 |

---

| SIGNS BY TOMORROW<br>1791 TRIBUTE ROAD  STE E<br>SACRAMENTO, CA 95815 | Claim Number: 1007<br>Claim Date: 04/20/2009<br>Debtor: CHANNEL 40, INC. |
|---|---|

| UNSECURED | Claimed: | $3,203.57 | Scheduled: | $3,203.57 |

---

| SWEENEY COMMERCIAL MAINTENANCE SVC<br>PO BOX 20175<br>INDIANAPOLIS, IN 46220 | Claim Number: 1008<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,007.95 | Scheduled: | $1,007.95 |

---

| SWEENEY COMMERCIAL MAINTENANCE SVC<br>PO BOX 20175<br>INDIANAPOLIS, IN 46220 | Claim Number: 1009<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,376.17 | Scheduled: | $4,376.17 |

---

| PERKINS, DAN<br>900 RIDGE RD<br>HAMDEN, CT 06517 | Claim Number: 1010<br>Claim Date: 04/20/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |
|---|---|

| PRIORITY | Claimed: | $845.00 | | |
| UNSECURED | | | Scheduled: | $845.00 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEW COFFEE IN TOWN<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1011<br>Claim Date: 04/20/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $745.00 | Scheduled: | $745.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1012<br>Claim Date: 04/20/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |

| PRIORITY | Claimed: | $324.80 | | |
| UNSECURED | Claimed: | $60.00 | | |

| CLENDENIN, MICHAEL<br>328 CAROLINA MEADOWS VILLA<br>CHAPEL HILL, NC 27517 | Claim Number: 1013<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $6,235.00  UNLIQ |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: MOELLER PRINTING CO IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1014<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |

| UNSECURED | Claimed: | $281.77 | Scheduled: | $527.78 |

| LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | Claim Number: 1015<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |

| ADMINISTRATIVE | Claimed: | $50.00 | | |
| PRIORITY | Claimed: | $50.00 | | |
| TOTAL | Claimed: | $50.00 | | |

| LANGENFELDER, AUGUST<br>1216 PRIMROSE AVE<br>BALTIMORE, MD 21237-2813 | Claim Number: 1016<br>Claim Date: 04/20/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |

| UNSECURED | Claimed: | $12.86 | Scheduled: | $12.86 |

| PROBUILD<br>PO BOX 83399<br>SAN DIEGO, CA 92138-3399 | Claim Number: 1017<br>Claim Date: 04/20/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |

| UNSECURED | Claimed: | $394.62 | | |

| GIBSON, MARIE<br>3257 SAN AMADEO<br>LAGUNA WOODS, CA 92637-2996 | Claim Number: 1018<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $31.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COMMERCIAL ROOFING CONSULTANTS INC<br>707 BROOKHAVEN DR<br>ORLANDO, FL 32803 | Claim Number: 1019<br>Claim Date: 04/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $540.00<br>Scheduled: | $540.00 |

| MEDIA PAGE<br>PO BOX 1307<br>CULVER CITY, CA 90232 | Claim Number: 1020<br>Claim Date: 04/20/2009<br>Debtor: KTLA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $168.68<br>Scheduled: | $168.68 |

| BALTIMORE COUNTY REVENUE AUTHORITY<br>115 TOWSONTOWN BOULEVARD<br>TOWSON, MD 21286-5350 | Claim Number: 1021<br>Claim Date: 04/20/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,940.00<br>Scheduled: | $4,020.00 |

| WOLFE, ROBERT<br>715 WILSON STREET<br>NORTH WOODMERE, NY 11581 | Claim Number: 1022<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | |

| SHIRLEY PEWTER SHOP, INC<br>417 DUKE OF GLOUCESTER<br>WILLIAMSBURG, VA 23185 | Claim Number: 1023<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $25.83 | |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1024<br>Claim Date: 04/20/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,068.87 |

| HANDBILL PRINTERS<br>14321 CORPORATE DR<br>GARDEN GROVE, CA 92843 | Claim Number: 1025<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,431.08 | Scheduled: | $7,432.08 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEILSON, LAURA<br>160 E 3RD ST APT 4F<br>NEW YORK, NY 10009-7735 | Claim Number: 1026<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $75.00 | |
| ADVERTISING RESEARCH FOUNDATION<br>432 PARK AVENUE SOUTH    6TH FLR<br>NEW YORK, NY 10016 | Claim Number: 1027<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $18,375.00 | |
| QCERA INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 1028<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,608.32 | |
| UNSECURED | | | Scheduled: | $1,608.32 |
| PACIFIC HEALTH AND MEDICAL<br>PMB 478<br>5580 LA JOLLA BLVD<br>LA JOLLA, CA 92037-7651 | Claim Number: 1029<br>Claim Date: 04/20/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $629.00 | Scheduled: | $629.00 |
| PRESTIGE AUTO WASH & AUTOMOTIVE<br>7860 OTHELLO AVE<br>SAN DIEGO, CA 92111 | Claim Number: 1030<br>Claim Date: 04/20/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| PRIORITY | Claimed: | $41.19 | |
| UNSECURED | Claimed: | $41.19 | Scheduled: | $41.19 |
| TOTAL | Claimed: | $41.19 | |
| CARUSO ELECTRIC COMPANY<br>875 FARMINGTON AVENUE<br>NEW BRITAIN, CT 06053 | Claim Number: 1031<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $863.56 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ARNEL COMPRESSOR CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1032<br>Claim Date: 04/20/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $17,395.98 | Scheduled: | $17,395.98 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DVORAK, HEIDI
9126 GRUNDY LANE
CHATSWORTH, CA 91311

Claim Number: 1033
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,023.45 | | |
| UNSECURED | Claimed: | $5,023.45 | | |
| TOTAL | Claimed: | $5,023.45 | | |

---

DVORAK, HEIDI
9126 GRUNDY LANE
CHATSWORTH, CA 91311

Claim Number: 1034
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $423.45 | | |
| UNSECURED | Claimed: | $423.45 | Scheduled: | $423.45 |
| TOTAL | Claimed: | $423.45 | | |

---

VO, CHUAN D
3021 W ARMITAGE AVE  NO.207
CHICAGO, IL 60647

Claim Number: 1035
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |

---

VO, CHUAN D
3021 W ARMITAGE AVE  NO.207
CHICAGO, IL 60647

Claim Number: 1036
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: NEW DIRECTION SERVICES
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1037
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,784.07 | |

---

ASM CAPITAL, L.P.
TRANSFEROR: ASM CAPITAL, L.P.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1038
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,784.07 | |

---

ASM CAPITAL, L.P.
TRANSFEROR: NEW DIRECTION SERVICES
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1039
Claim Date: 04/20/2009
Debtor: CHANNEL 40, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,784.07 | Scheduled: | $1,784.07 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| A RENT-A-BIN | | Claim Number: 1040 | | |
| ATTN  JIM J NEVAROV | | Claim Date: 04/20/2009 | | |
| SERV-WEL DISPOSAL AND RECYCLING | | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| 901 SOUTH MAPLE AVE | | | | |
| MONTEBELLO, CA 90640-5411 | | | | |

| UNSECURED | Claimed: | $439.15 | | |
|---|---|---|---|---|

| A RENT-A-BIN | | Claim Number: 1041 | | |
| 901 S MAPLE AVE | | Claim Date: 04/20/2009 | | |
| MONTEBELLO, CA 90640-5411 | | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 5435 (08/19/2010) | | |

| UNSECURED | Claimed: | $1,023.35 | Scheduled: | $269.27 |
|---|---|---|---|---|

| KITSAP COUNTY TREASURER | | Claim Number: 1042 | | |
| 614 DIVISION ST MS-32 | | Claim Date: 04/20/2009 | | |
| PORT ORCHARD, WA 98366-4614 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: DOCKET: 5913 (07/21/2011) | | |
| | | THIS CLAIM HAS BEEN SATISFIED | | |

| SECURED | Claimed: | $5,109.82 | | |
|---|---|---|---|---|

| KITSAP COUNTY TREAS | | Claim Number: 1043 | | |
| PO BOX 299 | | Claim Date: 04/20/2009 | | |
| BREMERTON, WA 98337 | | Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
| | | Comments: DOCKET: 5913 (07/21/2011) | | |
| | | THIS CLAIM HAS BEEN SATISFIED | | |

| SECURED | Claimed: | $5,317.46 | | |
|---|---|---|---|---|

| SHAW, WILLIAM | | Claim Number: 1044 | | |
| 105 BROOKSIDE DRIVE | | Claim Date: 04/20/2009 | | |
| SAN ANSELMO, CA 94960 | | Debtor: TRIBUNE COMPANY | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 3012 (01/05/2010) | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| SHAW, JACQUELINE | | Claim Number: 1045 | | |
| 105 BROOKSIDE DRIVE | | Claim Date: 04/20/2009 | | |
| SAN ANSELMO, CA 94960 | | Debtor: KTLA INC. | | |

| UNSECURED | Claimed: | $51,821.45 | Scheduled: | $51,821.45  UNLIQ |
|---|---|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 1046 | | |
| | | Claim Date:  /  / | | |
| | | Debtor: DEBTOR NOT FOUND | | |

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1047<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1048<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

| MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST SUIT 102<br>WEST HARTFORD, CT 06110 | Claim Number: 1049<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 12717 (11/13/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST SUIT 102<br>WEST HARTFORD, CT 06110 | Claim Number: 1050<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1051<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $416.40 | Scheduled: | $416.40 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1052<br>Claim Date: 04/20/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 |
|---|---|---|---|---|

| IANNOTTI, RON<br>112 HALF MILE RD<br>RON IANNOTTI<br>NORTH HAVEN, CT 06473 | Claim Number: 1053<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

IANNOTTI, RONALD
112 HALF MILE RD
NORTH HAVEN, CT 06473

Claim Number: 1054
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

IANNOTTI, RONALD
112 HALF MILE ROAD
NORTH HAVEN, CT 06473

Claim Number: 1055
Claim Date: 04/20/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $384.42 |

---

GILSON, SARAH
12160 SW SECOND ST
PLANTATION, FL 33325

Claim Number: 1056
Claim Date: 04/20/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20.00 | | |
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |
| TOTAL | Claimed: | $20.00 | | |

---

GILSON, SARAH
12160 SW SECOND ST
PLANTATION, FL 33325

Claim Number: 1057
Claim Date: 04/20/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $38.00 | | |
| UNSECURED | Claimed: | $38.00 | Scheduled: | $38.00 |
| TOTAL | Claimed: | $20.00 | | |

---

GILSON, SARAH
12160 SW SECOND ST
PLANTATION, FL 33325

Claim Number: 1058
Claim Date: 04/20/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20.00 | | |
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |
| TOTAL | Claimed: | $20.00 | | |

---

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, NJ 08646-0245

Claim Number: 1059
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $31,024.77 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MARLENA AGENCY INC<br>322 EWING ST<br>PRINCETON, NJ 08540 | | Claim Number: 1060<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| PRIORITY | Claimed: | $510.00 | | |
| UNSECURED | | | Scheduled: | $500.00 |
| TOTAL | Claimed: | $500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| RIVERSIDE CLAIMS LLC<br>TRANSFEROR: H T LYONS INC<br>POST OFFICE BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10024 | | Claim Number: 1061<br>Claim Date: 04/20/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 1249 (05/27/2009) | | |
| UNSECURED | Claimed: | $7,704.97 | Scheduled: | $7,704.97 |

---

| | | | | |
|---|---|---|---|---|
| ILINC COMMUNICATIONS INC<br>2999 NORTH 44TH STREET SUITE 650<br>PHOENIX, AZ 85018 | | Claim Number: 1062<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
| UNSECURED | Claimed: | $10,040.00 | Scheduled: | $8,032.00 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PRISM RETAIL SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1063<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 1269 (05/29/2009) | | |
| UNSECURED | Claimed: | $27,705.20 | Scheduled: | $27,705.20 |

---

| | | | | |
|---|---|---|---|---|
| LASERSHIP INC<br>1912 WOODFORD RD<br>VIENNA, MD 21182 | | Claim Number: 1064<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $460.06 | | |

---

| | | | | |
|---|---|---|---|---|
| MAAX<br>ASTECH INTERMEDIA<br>999 18TH STREET #2240<br>DENVER, CO 80202-2499 | | Claim Number: 1065<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $69,335.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LASER LINE INC<br>1025 W NURSEY RD  STE 122<br>LINTHICUM, MD 21090 | | Claim Number: 1066-01<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $418.15 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LASER LINE INC<br>1025 W NURSEY RD  STE 122<br>LINTHICUM, MD 21090 | | Claim Number: 1066-02<br>Claim Date: 04/20/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $295.64 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ROYAL LITHOGRAPHERS & ENV<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1067<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| ADMINISTRATIVE | Claimed: | $2,146.25 | | |
| UNSECURED | Claimed: | $5,368.90 | Scheduled: | $7,515.15 |
| IDEAL SIGNS, LLC<br>79 EASTVIEW DR SUITE 101<br>GEORGETOWN, TX 78626 | | Claim Number: 1068<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $12,072.50 | | |
| NEWSPAPER PRINTING COMPANY<br>5210 S LOIS AVE<br>TAMPA, FL 33611 | | Claim Number: 1069<br>Claim Date: 04/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,407.10 |
| NEWSPAPER PRINTING COMPANY<br>5210 S LOIS AVE<br>TAMPA, FL 33611 | | Claim Number: 1070<br>Claim Date: 04/20/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC | | |
| UNSECURED | Claimed: | $6,513.83 | Scheduled: | $6,513.83 |
| RAGNAR BENSON LLC<br>250 S NORTHWEST HIGHWAY<br>ATTN: JEN HAUB<br>PARK RIDGE, IL 60068 | | Claim Number: 1071<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,914.12 | Scheduled: | $9,914.12 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1072<br>Claim Date: 04/20/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments:<br>With claim number 1073, amends claim number 354 | | |
| UNSECURED | Claimed: | $3,025.97 | Scheduled: | $3,025.97 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1073<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>With claim number 1072, amends claim number 354 | | |
| UNSECURED | Claimed: | $2,143.48 | Scheduled: | $2,143.48 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1074<br>Claim Date: 04/20/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $6,652.81 | Scheduled: | $6,652.81 |
| FRY COMMUNICATIONS, INC.<br>800 W CHURCH RD<br>MECHANICSBURG, PA 17055 | | Claim Number: 1075<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $150.75 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1076<br>Claim Date: 04/20/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $21,965.88 | Scheduled: | $21,965.88 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1077<br>Claim Date: 04/20/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
| UNSECURED | Claimed: | $10,504.47 | Scheduled: | $10,504.47 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: 3RD DIMENSION, INC.<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 1078<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $24,214.99 | | |
| ELECTRORACK PRODUCTS COMPANY<br>1443 S. SUNKIST ST<br>ANAHEIM, CA 92806 | | Claim Number: 1079<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| ADMINISTRATIVE | Claimed: | $10,125.17 | | |
| UNSECURED | Claimed: | $1,922.11 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: MANHATTAN PRODUCTION MUSIC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1080
Claim Date: 04/20/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,500.00 | Scheduled: | $3,500.00 |

METRO-SUBURBIA INC
711 THIRD AVE 15TH FLOOR
NEW YORK, NY 10017

Claim Number: 1081
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,250.00 | Scheduled: | $3,750.00 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: SANDERS LOCK & KEY INC
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1082
Claim Date: 04/20/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $96.49 | Scheduled: | $96.49 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1083
Claim Date: 04/20/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $487.42 | Scheduled: | $577.42 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MULTIAD SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1084
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3801 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $556.79 | Scheduled: | $1,486.79 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: REHABILITATION OPPORTUNITIES
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1085
Claim Date: 04/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $225.06 | | |
| UNSECURED | | | Scheduled: | $225.06 |

HAEHLE, ROBERT
4707 NW 49TH DR
TAMARAC, FL 33319-3644

Claim Number: 1086
Claim Date: 04/20/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,425.00 |
| SECURED | Claimed: | $1,425.00 |
| UNSECURED | | |
| TOTAL | Claimed: | $1,425.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SSI TECHNOLOGIES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1087<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $1,236.80 | Scheduled: | $1,236.80 |
| JD LAWN SERVICES INC<br>539 CRAIGS CORNER RD.<br>HAVRE DE GRACE, MD 21078 | | Claim Number: 1088<br>Claim Date: 04/20/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |
| MULTNOMAH COUNTY TAX<br>ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | | Claim Number: 1089<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $12,169.89 | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |
| CITY OF WOODSTOCK<br>121 W. CALHOUN ST.<br>WOODSTOCK, IL 60098 | | Claim Number: 1090<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $24.91 | | |
| LAW OFFICES OF GERALD S. SACK, LLC<br>GERALD S. SACK<br>836 FARMINGTON AVE.<br>SUITE 109<br>WEST HARTFORD, CT 06119 | | Claim Number: 1091<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $8,541.01 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: SIERRA PACIFIC FLEET SERVICE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1092<br>Claim Date: 04/20/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED | Claimed: | $1,996.31 | Scheduled: | $1,996.31 |
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: NORTON ASSOCIATES<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1093<br>Claim Date: 04/20/2009<br>Debtor: WLVI INC. | | |
| UNSECURED | Claimed: | $812.50 | Scheduled: | $812.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PRESSROOM SOLUTIONS INC
3700 W 7TH ST
FORT WORTH, TX 76107-2536

Claim Number: 1094
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $3,120.56 | Scheduled: | $3,120.56 |
|---|---|---|---|---|

INTERNATIONAL SATELLITE SERVICES INC
1004 COLLIER CENTER WAY  NO.205
NAPLES, FL 34110

Claim Number: 1095
Claim Date: 04/20/2009
Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.

| UNSECURED | Claimed: | $0.00 | Scheduled: | $8.84 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1096
Claim Date: 04/20/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments:
Amends claim number 734

| UNSECURED | Claimed: | $2,035.39 | Scheduled: | $2,035.39 |
|---|---|---|---|---|

COMGRAPHICS INCORPORATION
329 W 18TH STREET
10TH FLOOR
CHICAGO, IL 60616

Claim Number: 1097
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CA WALKER
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1098
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $57,000.00 | Scheduled: | $57,000.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: AMERICAN ANALYTICAL &
ENVIRONMENTAL, INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 1099
Claim Date: 04/20/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE UNSECURED | Claimed: | $186.00 | Scheduled: | $186.00 |
|---|---|---|---|---|

HILLARY, MIKNEIAH
8516 S KINGSTON AVE
CHICAGO, IL 60617-2437

Claim Number: 1100
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY

| ADMINISTRATIVE UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SQUIER, WILLIAM GEORG<br>75 RIDGE PARK AVE<br>STAMFORD, CT 06905 | | Claim Number: 1101<br>Claim Date: 04/20/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY | Claimed: | | | | |
| UNSECURED | | $50.00 | Scheduled: | | $50.00 |
| FARMINGTON RIVER WATERSHED ASSOCIATION<br>SARAH HINCKS  PRESIDENT<br>749 HOPMEADOW STREET<br>SIMSBURY, CT 06070 | | Claim Number: 1102<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| SECURED | Claimed: | $35.00 | | | |
| UNSECURED | Claimed: | $25.00 | Scheduled: | | $25.00 |
| TOTAL | Claimed: | $35.00 | | | |
| WINSHIP, MARK<br>8417 MISSION DR #130<br>ROSEMEAD, CA 91770-1188 | | Claim Number: 1103<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $0.00  DISP CONT | |
| KING BOLT COMPANY<br>4680 N GRAND AVE<br>COVINA, CA 91724 | | Claim Number: 1104<br>Claim Date: 04/20/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | | |
| UNSECURED | Claimed: | $80.88 | Scheduled: | | $80.88 |
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 1105<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | | |
| UNSECURED | Claimed: | $250,000.00 | | | |
| RECTOR, JAMIE<br>6636 BALCOM AVE<br>RESEDA, CA 91335 | | Claim Number: 1106<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $1,144.65 | Scheduled: | | $1,116.30 |
| WILSON, STEVIE<br>6915 SEASIDE WALK<br>LONG BEACH, CA 90803 | | Claim Number: 1107<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $46.40 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WALK, JAMES
446 FREEHALL ST
MERTZTOWN, PA 19539

Claim Number: 1108
Claim Date: 04/20/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $205.04 | | |
| UNSECURED | Claimed: | $205.04 | Scheduled: | $205.04 UNLIQ |
| TOTAL | Claimed: | $205.04 | | |

POWERHOUSE ADVERTISING INC
PO BOX 62702
VIRGINIA BCH, VA 23466-2702

Claim Number: 1109
Claim Date: 04/20/2009
Debtor: THE DAILY PRESS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,748.02 | Scheduled: | $2,748.02 |

NEWBORN ENTERPRISES
P.O. BOX 1713
ALTOONA, PA 16601

Claim Number: 1110
Claim Date: 04/20/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $644.04 | Scheduled: | $0.00 |

WIBF INC
1146 S CAMDEN DR
LOS ANGELES, CA 90035-1110

Claim Number: 1111
Claim Date: 04/20/2009
Debtor: NEW MASS. MEDIA, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 |

MEANEY, THOMAS
124 REMSEN ST APT 13
BROOKLYN, NY 11201-4228

Claim Number: 1112
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $400.00 |

WALTON PRESS
402 MAYFIELD DRIVE
NAYOUNG WILSON
MONROE, GA 30655

Claim Number: 1113
Claim Date: 04/20/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,065.00 |

DEAN ELECTRIC CONTRACTORS INC
ELECTRICAL CONTRACTORS INC
PO BOX 4
GLENS FALLS, NY 12801

Claim Number: 1114
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $711.55 | | |
| UNSECURED | Claimed: | $163.99 | Scheduled: | $812.76 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MAHONEY NOTIFY-PLUS INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1115<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $341.06 | Scheduled: | $341.06 |

| | | | | |
|---|---|---|---|---|
| METRO EXPRESS OF BALTIMORE INC<br>8  E SEMINARY AVE<br>LUTHERVILLE, MD 21093 | | Claim Number: 1116<br>Claim Date: 04/20/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $110.83 | | |

| | | | | |
|---|---|---|---|---|
| CITY OF HAVRE DE GRACE/LEGALS<br>711 PENNINGTON AVENUE<br>HAVRE DE GRACE, MD 21078 | | Claim Number: 1117<br>Claim Date: 04/20/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| PRIORITY | Claimed: | $2,781.54 | | |
| UNSECURED | | | Scheduled: | $485.40  UNLIQ |

| | | | | |
|---|---|---|---|---|
| MILLEN, KEVIN<br>1704 LANIER LANE<br>MEMPHIS, TN 38117 | | Claim Number: 1118<br>Claim Date: 04/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4775 (06/14/2010) | | |
| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| SCHULTE, RAYMOND<br>27 BELMONT DR<br>HARRISONBURG, VA 22801 | | Claim Number: 1119<br>Claim Date: 04/20/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $63.80 | Scheduled: | $63.80 |

| | | | | |
|---|---|---|---|---|
| ISLE OF WIGHT-CHAMBER OF COMMERCE<br>PO BOX 38<br>SMITHFIELD, VA 23431-0038 | | Claim Number: 1120<br>Claim Date: 04/20/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $87.67 | Scheduled: | $87.67 |

| | | | | |
|---|---|---|---|---|
| PACIFIC TELEVISION CENTER INC<br>3440 MOTOR AVENUE<br>LOS ANGELES, CA 90034-4017 | | Claim Number: 1121<br>Claim Date: 04/20/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $802.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SAMUELSON, WILLIAM<br>930 CHEYENNE STREET<br>COSTA MESA, CA 92626 | | Claim Number: 1122<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12716 (11/13/2012) | | |
| UNSECURED | Claimed: | $123.02 | | |

---

| | | | | |
|---|---|---|---|---|
| WIECZOREK, DAVE<br>259 S MILTON<br>GLEN ELLYN, IL 60137 | | Claim Number: 1123<br>Claim Date: 04/20/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $131.25 | Scheduled: | $131.25 |

---

| | | | | |
|---|---|---|---|---|
| MANUFACTURERS NEWS INC<br>1633 CENTRAL STREET<br>EVANSTON, IL 60201 | | Claim Number: 1124<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $319.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FRIEDRICH, IRA<br>10512 CHESTER WAY<br>WOODSTOCK, MD 21163 | | Claim Number: 1125<br>Claim Date: 04/20/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $40.82 | Scheduled: | $40.82 |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SHS STAFFING SOLUTIONS<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1126<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $488.29 | Scheduled: | $488.29 |

---

| | | | | |
|---|---|---|---|---|
| NATIONAL LIFT TRUCK INC<br>3333 MT PROSPECT RD<br>FRANKLIN PARK, IL 60131 | | Claim Number: 1127<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $2,929.80 | | |

---

| | | | | |
|---|---|---|---|---|
| JOHNSON MECHANICAL<br>PO BOX 1156<br>WALNUT GROVE, CA 95690-1156 | | Claim Number: 1128<br>Claim Date: 04/20/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $1,045.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1129<br>Claim Date: 04/20/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | |
|---|---|---|
| UNSECURED | | $250.00 |
| | Scheduled: | $250.00 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: PACSAT<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1130<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $3,043.14 | Scheduled: | $3,043.14 |
|---|---|---|---|---|

---

| WEBBER, HILARY<br>4113 MANOR FOREST TRAIL<br>BOYNTON BEACH, FL 33436 | Claim Number: 1131<br>Claim Date: 04/20/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| PRIORITY | Claimed: | |
|---|---|---|
| UNSECURED | | $15.00 |
| | Scheduled: | $15.00 |

---

| BELLEVUE RADIO INC<br>3650 131ST AVE  SE      STE 550<br>BELLEVUE, WA 98006 | Claim Number: 1132<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $13,451.25 |
|---|---|---|

---

| OFFOR, KINGSLEY<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | Claim Number: 1133<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $12,985.00 |
|---|---|---|

---

| KRWM<br>SANDUSKY RADIO,<br>3650 131ST AVE SE, STE 550<br>BELLEVUE, WA 98006 | Claim Number: 1134<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $18,636.25 | Scheduled: | $964.69  UNLIQ |
|---|---|---|---|---|

---

| WOLFORD, KATHERINE<br>8311 EDIE WAY<br>ORLANDO, FL 32810-2303 | Claim Number: 1135<br>Claim Date: 04/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $19.97 | Scheduled: | $19.97 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PRESSROOM SOLUTIONS INC<br>3700 W 7TH ST<br>FORT WORTH, TX 76107-2536 | Claim Number: 1136<br>Claim Date: 04/20/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,259.47 | Scheduled: | $3,259.47 |

| ROSEBUD PUBLISHING INC<br>DENNIS MCDOUGAL<br>640 E ROCKY POINT ROAD<br>CORDOVA, TN 38018 | Claim Number: 1137<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: ROYALTY JANITORIAL INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1138<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1,556.77 | Scheduled: | $1,556.77 |

| GRIFFIN, MARY<br>1231 S 57TH AVE<br>CICERO, IL 60804 | Claim Number: 1139<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22.00 | Scheduled: | $22.00 |

| BORITS JR, PAUL R<br>315 LEHIGH AVE #A<br>PALMERTON, PA 18071-1875 | Claim Number: 1140<br>Claim Date: 04/20/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $307.33 | Scheduled: | $307.33  UNLIQ |

| ASM CAPITAL III, L.P.<br>TRANSFEROR: RAVENSWOOD SPECIAL EVENTS IN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1141<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,500.00 | Scheduled: | $6,500.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1142<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,310.00 | Scheduled: | $2,310.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VILLAGE OF ORLAND PARK | Claim Number: 1143 |
| 14700 SOUTH RAVINIA AVE | Claim Date: 04/20/2009 |
| ORLAND PARK, IL 60462-3167 | Debtor: CHICAGOLAND PUBLISHING COMPANY |

| | | Scheduled: | $0.00 UNLIQ |
| PRIORITY | | | |
| UNSECURED | Claimed: | $137.57 | |

---

| HARTLEY DATA SERVICE | Claim Number: 1144 |
| 1807 GLENVIEW ROAD | Claim Date: 04/20/2009 |
| GLENVIEW, IL 60025-2995 | Debtor: SUN-SENTINEL COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 4417 (05/14/2010) |

| UNSECURED | Claimed: | $326.48 |

---

| ID LABEL | Claim Number: 1145 |
| 425 PARK AVE | Claim Date: 04/20/2009 |
| LAKE VILLA, IL 60046-6540 | Debtor: TRIBUNE DIRECT MARKETING, INC. |

| ADMINISTRATIVE | Claimed: | $218.28 | | |
| UNSECURED | | | Scheduled: | $218.28 |

---

| ILIFF, ANDREW R | Claim Number: 1146 |
| 69 MONTEBELLO RD # 2 | Claim Date: 04/20/2009 |
| JAMAICA PLAIN, MA 02130-2907 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $130.00 |

---

| PRIDDY, CARRIE | Claim Number: 1147 |
| 21809 LA SALLE AVE | Claim Date: 04/20/2009 |
| WARREN, MI 48089-5435 | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $12.50 | Scheduled: | $12.50 |

---

| TRUJILLO, JEAN | Claim Number: 1148 |
| 365 ROUTE 111 APT C13 | Claim Date: 04/20/2009 |
| SMITHTOWN, NY 11787 | Debtor: TRIBUNE COMPANY |
| | Comments: |
| | Claim is for $241/week for life |

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |

---

| LAMPE, BETSY | Claim Number: 1149 |
| POB 430 | Claim Date: 04/20/2009 |
| HIGHLAND CITY, FL 33846-0430 | Debtor: SUN-SENTINEL COMPANY |

| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| PETIT, CATHERINE<br>8897 FONTAINBLEU BLVD NO.408<br>MIAMI, FL 33172 | Claim Number: 1150<br>Claim Date: 04/20/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | |
| PRIORITY | Claimed: | $735.00 | |

---

| | | | |
|---|---|---|---|
| MIRA MOBILE TELEVISION<br>25749 SW CANYON CREEK RD STE 100<br>WILSONVILLE, OR 97070 | Claim Number: 1151<br>Claim Date: 04/20/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $24,945.61 | |
| PRIORITY | Claimed: | $10,239.66 | |
| UNSECURED | | Scheduled: | $24,945.61 |
| TOTAL | Claimed: | $24,945.61 | |

---

| | | | |
|---|---|---|---|
| CONVERGENT COMMUNICATIONS CONSULTANTS,<br>1737 W CARY ST<br>RICHMOND, VA 23220-5308 | Claim Number: 1152<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $505.12 | |

---

| | | | |
|---|---|---|---|
| BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | Claim Number: 1153<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| SECURED | Claimed: | $500.00 | |
| UNSECURED | Claimed: | $240.00 | |

---

| | | | |
|---|---|---|---|
| GELAZIS, KRISTINA<br>6442 CAVALLERI RD<br>MALIBU, CA 90265 | Claim Number: 1154<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $400.00 | |
| UNSECURED | | Scheduled: | $400.00 |

---

| | | | |
|---|---|---|---|
| TABLET & TICKET COMPANY<br>1120 ATLANTIC DRIVE<br>WEST CHICAGO, IL 60185 | Claim Number: 1155<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $98.38 | |
| UNSECURED | | Scheduled: | $98.38 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WILKINSON, JENNIFER CRUTCHER
1154 BELLVIEW RD
MCLEAN, VA 22102-1104

Claim Number: 1156
Claim Date: 04/20/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | | |
| UNSECURED | | | Scheduled: | $800.00 |

---

INSTALLATION SERVICES INC
10406 CHERRY VALLEY RD
GENOA, IL 60135

Claim Number: 1157
Claim Date: 04/20/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,205.00 | Scheduled: | $3,205.00 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1158
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $375.00 | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
| TOTAL | Claimed: | $375.00 | | |

---

RADCLIFFE JEWELERS
1848 REISTERSTOWN ROAD
BALTIMORE, MD 21208

Claim Number: 1159
Claim Date: 04/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,459.00 |

---

MCLEER, STEPHEN
PO BOX 276
LANSDOWNE, PA 19050

Claim Number: 1160
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,580.00 |

---

SOKOL, HEATHER R
17018 KIRKLIN DR
WESTFIELD, IN 46074

Claim Number: 1161
Claim Date: 04/20/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $150.00 | | |
| UNSECURED | | | Scheduled: | $150.00 |

---

PIEPER ELECTRIC INC
5070 N 35TH STREET
MILWAUKEE, WI 53209

Claim Number: 1162
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $151.67 | Scheduled: | $151.67 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1163<br>Claim Date: 04/20/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $951.98 | Scheduled: | $951.98 |
| SAFESITE INC<br>9505 JOHNNY MORRIS<br>AUSTIN, TX 78724 | | Claim Number: 1164<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $138.52 | Scheduled: | $138.52 |
| OLSCHWANG, ALAN<br>4151 SHOREBREAK DRIVE<br>HUNTINGTON BEACH, CA 92649 | | Claim Number: 1165<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| PRIORITY | Claimed: | $5,015.00 | | |
| SYSTEMS UNLIMITED<br>1350 W BRYN MAWR<br>ITASCA, IL 60143 | | Claim Number: 1166<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,807.73 | Scheduled: | $1,977.80 |
| P&M MERCURY MECHANICAL CORPORATION<br>152 N RAILROAD AVE<br>NORTHLAKE, IL 60164 | | Claim Number: 1167<br>Claim Date: 04/20/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,252.07 | Scheduled: | $3,252.07 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT<br>PO BOX 15830, MAIL STOP A253<br>SACRAMENTO, CA 95852-1830 | | Claim Number: 1168<br>Claim Date: 04/20/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED | Claimed: | $49,480.93 | Scheduled: | $49,480.93 |
| YESMAIL<br>BOX 3603<br>OMAHA, NE 68103 | | Claim Number: 1169<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $2,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: WENDLING PRINTING
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1170
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $160,582.00 | Scheduled: | $121,642.00 |
|---|---|---|---|---|

---

GEPCO INTERNATIONAL INC
1770 BIRCHWOOD AVENUE
DES PLAINES, IL 60018

Claim Number: 1171
Claim Date: 04/20/2009
Debtor: KIAH INC.

| ADMINISTRATIVE | | | | |
| UNSECURED | Claimed: | $640.43 | Scheduled: | $640.43 |

---

SYSTEMS UNLIMITED
1350 W BRYN MAWR
ITASCA, IL 60143

Claim Number: 1172
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $17.45 | Scheduled: | $17.45 |
|---|---|---|---|---|

---

LAGUNA BEACH PATRIOTS DAY
PARADE ASSOCIATION
PO BOX 5147
LAGUNA BEACH, CA 92652

Claim Number: 1173
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

---

LEHIGH FLUID POWER INC
1413 ROUTE 179
LAMBERTVILLE, NJ 08530

Claim Number: 1174
Claim Date: 04/20/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $1,569.30 | Scheduled: | $1,569.30 |
|---|---|---|---|---|

---

TRIANGLE FIRE INC
7720 NW 53RD STREET
MIAMI, FL 33166

Claim Number: 1175
Claim Date: 04/20/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | | | | |
| UNSECURED | Claimed: | $65.77 | | |

---

REYNOLDS OUTDOOR MEDIA INC
3838 OAK LAWN AVE
STE 606
DALLAS, TX 75219

Claim Number: 1176
Claim Date: 04/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $47,999.50 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JETT, MICHAEL<br>1 NORTH DREXEL AVENUE<br>LA GRANGE, IL 60525 | | Claim Number: 1177<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,183.89 | | |

| SUPERIOR DIECUTTING INC<br>3701 NE 11TH AVE<br>POMPANO BEACH, FL 33064 | | Claim Number: 1178<br>Claim Date: 04/20/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $217.25 | | |
| UNSECURED | Claimed: | $321.00 | Scheduled: | $538.25 |

| BROADCAST SUPPLY WORLDWIDE<br>2237 SOUTH 19TH STREET<br>TACOMA, WA 98405 | | Claim Number: 1179<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,103.61 | | |
| UNSECURED | Claimed: | $4,103.61 | | |
| TOTAL | Claimed: | $4,103.61 | | |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CENTURY PACIFIC GROUP INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1180<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,050.00 | | |
| UNSECURED | | | Scheduled: | $3,050.00 |

| LASER QUICK INC<br>11810 HI RIDGE RD<br>LAKESIDE, CA 92040-1012 | | Claim Number: 1181<br>Claim Date: 04/20/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35.33 | | |
| UNSECURED | Claimed: | $551.85 | Scheduled: | $339.41 |

| SINGLETARY, DIANE<br>316 NE 1ST STREET<br>POMPANO BEACH, FL 33060 | | Claim Number: 1182<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| BEM, JENNIFER<br>356 LONG MEADOW WAY<br>ARNOLD, MD 21012 | | Claim Number: 1183<br>Claim Date: 04/20/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,760.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PRIM HALL ENTERPRISES, INC.
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1184
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,393.14 | Scheduled: | $5,649.87 |

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1185
Claim Date: 04/20/2009
Debtor: KSWB INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | Scheduled: | $700.00 |

PRINT A SIGN
3214 BEVERLY BLVD.
LOS ANGELES, CA 90057

Claim Number: 1186
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $614.55 | | |
| UNSECURED | | | Scheduled: | $614.55 UNLIQ |

MI-SOOK YOU
KOREAN RADIO TALENT
22 HURST CT
SAN RAMON, CA 94583

Claim Number: 1187
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $175.00 |

MIURA BOILER INC
1945 SOUTH MYRTLE AVENUE
MONROVIA, CA 91016

Claim Number: 1188
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $399.40 |
| UNSECURED | Claimed: | $3,537.90 |

RECORD INFORMATION SERVICES
PO BOX 894
ELBURN, IL 60119

Claim Number: 1189
Claim Date: 04/20/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,129.03 | | |
| UNSECURED | | | Scheduled: | $1,129.03 |

BARTELS, CAROL E
C/O LAW OFFICES OF ERIK C. ALBERTS
ERIK C. ALBERTS
5900 WILSHIRE BOULEVARD, 26TH FLOOR
LOS ANGELES, CA 90036

Claim Number: 1190
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: ACCESS MEDIA GROUP<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1191<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $187.50 | Scheduled: | $187.50 |
|---|---|---|---|---|

| AERO COMPRESSOR CO.<br>12966 PARK ST<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 1192<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 8204 (03/01/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $594.33 | | |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WILL BURT COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1193<br>Claim Date: 04/20/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,500.00 | Scheduled: | $7,500.00 |
|---|---|---|---|---|

| HUNTER, WALTER<br>6008 MARQUETTE RD<br>BALTIMORE, MD 21206 | Claim Number: 1194<br>Claim Date: 04/20/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $995.00 | | |
|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: JEFF SCIORTINO PHOTOGRAPHY<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1195<br>Claim Date: 04/20/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |
|---|---|---|---|---|

| PARASKEVAS, MRS.<br>PO BOX 4897<br>GREENWICH, CT 06831 | Claim Number: 1196<br>Claim Date: 04/20/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |
|---|---|

| UNSECURED | Claimed: | $218.40 | Scheduled: | $218.40 |
|---|---|---|---|---|

| RUTH M MILLER AGENCY<br>1211 MAIN ST<br>NORTHAMPTON, PA 18067 | Claim Number: 1197<br>Claim Date: 04/20/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $55.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| YOUNG WOLFF, COLIN<br>2303 27TH ST<br>SANTA MONICA, CA 90405 | Claim Number: 1198<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $233.30 | Scheduled: | $233.30 |
|---|---|---|---|---|

| METTLER-TOLEDO INC<br>1900 POLARIS PARKWAY<br>COLUMBUS, OH 43240-2020 | Claim Number: 1199<br>Claim Date: 04/20/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $564.23 | Scheduled: | $564.23 |
|---|---|---|---|---|

| GREEN, DOROTHY<br>11911 SAN VICENTE BLVD, SUITE 320<br>LOS ANGELES, CA 90049 | Claim Number: 1200<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

| IZADPANAH, KAMRAN<br>325 S. BERKELEY AVENUE<br>PASADENA, CA 91107 | Claim Number: 1201<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $67,500.00 |
|---|---|---|

| GLOBALPHONE CORPORATION<br>137 N WASHINGTON STREET<br>FALLS CHURCH, VA 22048 | Claim Number: 1202<br>Claim Date: 04/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $24.56 | Scheduled: | $10.00 |
|---|---|---|---|---|

| EXPERT NETWORKS INC<br>9520 TOPANGA CANYON BLVD STE 100<br>CHATSWORTH, CA 91311-4003 | Claim Number: 1203<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $4,000.00 |
|---|---|---|

| LANGERAK ROOF SYSTEMS INC<br>4266 CORPORATE EXCHANGE DR<br>PO BOX 85<br>HUDSONVILLE, MI 49426-0085 | Claim Number: 1204<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 5083 (07/19/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $278.14 | Scheduled: | $262.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ONYX WASTE SVCS MUSKEG
W144 S6350 COLLEGE CT. PO BOX 456
MUSKEGO, WI 53150

Claim Number: 1205
Claim Date: 04/20/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 4099 (04/19/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $144.41 | Scheduled: | $144.41 | |

NATIONAL SUBSCRIPTION FULLMENT SVCS INC
5443 E LA PALMA AVE
ANAHEIM, CA 92807-2022

Claim Number: 1206
Claim Date: 04/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $100.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 | DISP CONT |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1207
Claim Date: 04/20/2009
Debtor: WPIX, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,012.55 | Scheduled: | $6,012.55 | |

MONGILLO, JOHN
67 WATERFORD C
DELRAY BEACH, FL 33446-1505

Claim Number: 1208
Claim Date: 04/20/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $4,083.00 | UNLIQ |

HADDAD, MARY ALICE
15 PEARL ST
MIDDLETOWN, CT 06457

Claim Number: 1209
Claim Date: 04/20/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $80.00 | | | |
| UNSECURED | | | Scheduled: | $80.00 | |

CHESAPEAKE TELEPHONE SYSTEM INC.
8225 A CLOVERLEAF DRIVE
MILLERSVILLE, MD 21108

Claim Number: 1210
Claim Date: 04/20/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $125.00 | | | |
| UNSECURED | | | Scheduled: | $125.00 | |

POCKETS THE CLOWN
10904 LA SALINAS CIR
BOCA RATON, FL 33428-1237

Claim Number: 1211
Claim Date: 04/20/2009
Debtor: SUN-SENTINEL COMPANY

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $96.90 | Scheduled: | $96.90 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1212<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,000.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $15,000.00 | | |
| TOTAL | Claimed: | $9,000.00 | | |

| CAMACHO, JOSE A<br>5942 S SAWYER<br>CHICAGO, IL 60629 | | Claim Number: 1213<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,000.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $15,000.00 | | |
| TOTAL | Claimed: | $9,000.00 | | |

| SWITZER, JOHN E. & PATRICIA J. JT<br>1300 BAUGH SPRINGS RD.<br>MC DONALD, TN 37353-5768 | | Claim Number: 1214<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,138.43   UNLIQ | | |

| METRO OVERHEAD DOOR INC<br>2525 NE COLUMBIA BLVD<br>PORTLAND, OR 97211 | | Claim Number: 1215<br>Claim Date: 04/20/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101.00 | Scheduled: | $101.00 |

| IMPACT MARKETING<br>808 CHERRY ST<br>CHICO, CA 95928 | | Claim Number: 1216<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,470.00 | | |

| IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95928 | | Claim Number: 1217<br>Claim Date: 04/21/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,470.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| IMPACT MARKETING<br>PO BOX 8684<br>CHICO, CA 95928 | Claim Number: 1218<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,470.00 | |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1219<br>Claim Date: 04/21/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,470.00 | |
| UNSECURED | | Scheduled: | $2,410.00 |

---

| ENTERCOM PORTLAND LLC DBA KGON, KRSK,<br>KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | Claim Number: 1220<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| ENTERCOM PORTLAND<br>700 SW BANCROFT ST<br>PORTLAND, OR 97239 | Claim Number: 1221<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| ENTERCOM PORTLAND LLC DBA KGON, KRSK,<br>KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | Claim Number: 1222<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $55,309.50 |

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM PORTLAND LLC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 1223<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3141 (01/19/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| GUY & SONS INC<br>1050 W VAN BUREN<br>CHICAGO, IL 60607 | Claim Number: 1224<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $329.34 | Scheduled: | $329.34 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GUY & SONS INC<br>1050 WEST VAN BUREN<br>CHICAGO, IL 60607 | | Claim Number: 1225<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $325.13 | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: NEW YORK MAGAZINE<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1226<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,565.68 | Scheduled: | $2,392.69 |

---

| | | | | |
|---|---|---|---|---|
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | | Claim Number: 1227<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2669 (11/25/2009) | | |
| UNSECURED | Claimed: | $2,574,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: HOLIDAY PRINTING<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 1228<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $11,245.16 | | |
| UNSECURED | | | Scheduled: | $4,415.51 |

---

| | | | | |
|---|---|---|---|---|
| COMPETITIVE DISTRIBURTORS INC<br>3338 COMMERCIAL AVE<br>NORTHBROOK, IL 60062 | | Claim Number: 1229<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,180.00 | Scheduled: | $2,180.00 |

---

| | | | | |
|---|---|---|---|---|
| CROSS POST LLC<br>PO BOX 5425<br>PETALUMA, CA 94955 | | Claim Number: 1230<br>Claim Date: 04/21/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $1,125.00 | Scheduled: | $2,600.00 |

---

| | | | | |
|---|---|---|---|---|
| CROSS POST LLC<br>PO BOX 5425<br>PETALUMA, CA 94955 | | Claim Number: 1231<br>Claim Date: 04/21/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $960.00 | Scheduled: | $960.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GOTHIC GROUNDS MANAGEMENT, INC.
28546 CONSTELLATION ROAD
VALENCIA, CA 91355

Claim Number: 1232
Claim Date: 04/21/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,625.00 | Scheduled: | $1,448.16 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1233
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,000.00 | Scheduled: | $27,000.00 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1234
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1235
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1236
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1237
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1238
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,400.00 | Scheduled: | $10,400.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1239<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $7,100.00 | Scheduled: | $7,100.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1240<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $6,900.00 | Scheduled: | $6,900.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1241<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $600.00 | Scheduled: | $600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1242<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $32,000.00 | Scheduled: | $32,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1243<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $11,617.00 | Scheduled: | $11,617.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1244<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $7,745.00 | Scheduled: | $7,745.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1245<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $600.00 | Scheduled: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1246<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1247<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,800.00 | Scheduled: | $2,800.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1248<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $60,294.00 | Scheduled: | $60,294.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1249<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $104,000.00 | Scheduled: | $104,000.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1250<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1251<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,855.64 | Scheduled: | $1,855.64 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1252<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,029.16 | Scheduled: | $2,029.16 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1253
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,413.10 | Scheduled: | $2,413.10 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1254
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1255
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,140.41 | Scheduled: | $2,140.41 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1256
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,420.02 | Scheduled: | $1,420.02 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1257
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,815.06 | Scheduled: | $1,815.06 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1258
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,698.47 | Scheduled: | $1,698.47 |
|---|---|---|---|---|

NEASI WEBER INTERNATIONAL
25115 AVE STANFORD  STE A 300
VALENCIA, CA 91355

Claim Number: 1259
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,407.62 | Scheduled: | $1,407.62 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1260<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $40,196.00 | Scheduled: | $40,196.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1261<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1262<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $62,400.00 | Scheduled: | $62,400.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1263<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $9,600.00 | Scheduled: | $9,600.00 |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE 300<br>VALENCIA, CA 91355 | | Claim Number: 1264<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 | | |
| NEASI- WEBER<br>AVENUE STANFORD, SUITE A300<br>MICHAEL BRIER<br>VALENCIA, CA 91355 | | Claim Number: 1265<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 | | |
| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | | Claim Number: 1266<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1267<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,400.00 | Scheduled: | $11,400.00 |

| NEASI WEBER INTERNATIONAL<br>25115 AVE STANFORD  STE A 300<br>VALENCIA, CA 91355 | Claim Number: 1268<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,000.00 | Scheduled: | $14,000.00 |

| KAPLAN, FRED<br>3306 ARUBA WY UNIT E3<br>COCONUT CREEK, FL 33066 | Claim Number: 1269<br>Claim Date: 04/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13.50 | Scheduled: | $13.50 |

| SUTCLIFFE ASSOCIATES LLC<br>9360 N BEAUMONT DR<br>TUCSON, AZ 85742-9116 | Claim Number: 1270<br>Claim Date: 04/21/2009<br>Debtor: NEW MASS. MEDIA, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65.00 | Scheduled: | $65.00 |

| GERALD & CULLEN RAPP, INC<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | Claim Number: 1271<br>Claim Date: 04/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $400.00 | | |
| UNSECURED | Claimed: | $2,700.00 | Scheduled: | $2,500.00 |

| LEVY REST/MISC 980<br>980 NORTH MICHIGAN<br>CHICAGO, IL 60611-0000 | Claim Number: 1272<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,577.01 | | |

| FLYING LION PRODUCTIONS<br>PO BOX 90364<br>CITY OF INDUSTRY, CA 91715-0364 | Claim Number: 1273<br>Claim Date: 04/21/2009<br>Debtor: KTLA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $155.00 | Scheduled: | $155.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: ROYCE MULTIMEDIA INC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 1274
Claim Date: 04/21/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $10,000.00 |
|---|---|---|---|---|

SARKES TARZIAN INC
P O BOX 2717
BLOOMINGTON, IN 47402

Claim Number: 1275
Claim Date: 04/21/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $3,990.75 | | |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1276
Claim Date: 04/21/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $1,462.97 | Scheduled: | $2,452.87 |
|---|---|---|---|---|

ALMAN, ISADORA
917 WALNUT STREET
ALAMEDA, CA 94501

Claim Number: 1277
Claim Date: 04/21/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

NELSON, GREGORY P
26401 VIA GALICIA
MISSION VIEJO, CA 92691

Claim Number: 1278
Claim Date: 04/21/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $250.00 |
|---|---|---|---|---|

WALLACE SUPPLY CO INC
1434 ROUTE 9
FORT EDWARD, NY 12828

Claim Number: 1279
Claim Date: 04/21/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $256.04 |
|---|---|---|---|---|

WALDIE, DONALD J
5944 GRAYWOOD AVENUE
LAKEWOOD, CA 90712

Claim Number: 1280
Claim Date: 04/21/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GRAND KAHN ELECTRIC LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1281<br>Claim Date: 04/21/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $568.80 | |
| UNSECURED | | | Scheduled: | $568.80 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1282<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|
| TOTAL | Claimed: | $0.00 | |

| DURBIN, FRANK<br>172 S CLARENCE ST<br>LOS ANGELES, CA 90033 | Claim Number: 1283<br>Claim Date: 04/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $9.29 |

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 1284<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |

| SIMPLE CHOICE REAL ESTATE<br>18570 WHITE OAK DR<br>YORBA LINDA, CA 92886-5355 | Claim Number: 1285<br>Claim Date: 04/21/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.00 | |
| UNSECURED | | | Scheduled: | $200.00 |

| OSSA, JOSEPH<br>806 TWIN LAKES DRIVE<br>CORAL SPRINGS, FL 33071 | Claim Number: 1286<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,000.00 | |

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: 220 EAST NEWSTAND, INC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1287<br>Claim Date: 04/21/2009<br>Debtor: WPIX, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $810.32 | Scheduled: | $810.32 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| OSSA, JOSEPH M<br>806 TWIN LAKES DRIVE<br>CORAL SPRINGS, FL 33071 | | Claim Number: 1288<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | | |
| PRIORITY | Claimed: | $5,000.00 | | | |
| HILLER SYSTEMS INC<br>PO BOX 91508<br>MOBILE, AL 36691-1508 | | Claim Number: 1289<br>Claim Date: 04/21/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
| UNSECURED | Claimed: | $174.00 | Scheduled: | $174.00 | |
| BRIES, BRIAN<br>BRIES, BRIAN<br>1371 CARLETON CIR<br>NAPERVILLE, IL 60565 | | Claim Number: 1290<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $21.15 | Scheduled: | $21.15 | |
| SILVERMAN, JULIA<br>JULIA SILVERMAN<br>7605 W RUNNING BEAR DR<br>TUCSON, AZ 85743 | | Claim Number: 1291<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $13.25 | Scheduled: | $13.25 | |
| WATER CLOSET MEDIA INC<br>1816 NE ALBERTA ST<br>PORTLAND, OR 97211 | | Claim Number: 1292<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | | |
| UNSECURED | Claimed: | $1,522.50 | Scheduled: | $1,500.00 | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CARSON LANDSCAPE INDUSTRIES<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 1293<br>Claim Date: 04/21/2009<br>Debtor: CHANNEL 40, INC. | | | |
| UNSECURED | Claimed: | $1,382.71 | Scheduled: | $1,382.71 | |
| SARDO, JOE<br>284 LAVISTA DR W<br>WINTER SPRINGS, FL 32708-3081 | | Claim Number: 1294<br>Claim Date: 04/21/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $25.29 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| NICKESON, CARL PHD<br>1635 E ROBINSON ST<br>ORLANDO, FL 32803 | | Claim Number: 1295<br>Claim Date: 04/21/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $230.00 | Scheduled: | $440.00 |

| | | | | |
|---|---|---|---|---|
| INBORNONE, JOSEPH<br>208 HOLDERNESS DRIVE<br>LONGWOOD, FL 32779 | | Claim Number: 1296<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $497/month for life | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| RUIZ, KEN<br>30159 MARNE WY<br>MENIFEE, CA 92584 | | Claim Number: 1297<br>Claim Date: 04/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $37.40 | Scheduled: | $37.40 |

| | | | | |
|---|---|---|---|---|
| CONVERGENT COMMUNICATIONS CONSULTANTS<br>PMB 273, 15 PARADISE PLAZA<br>SARASOTA, FL 34239 | | Claim Number: 1298<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $505.12 | | |

| | | | | |
|---|---|---|---|---|
| WAHL, MADELINE<br>4150 EASTGATE DR APT 3402<br>ORLANDO, FL 32839-5200 | | Claim Number: 1299<br>Claim Date: 04/21/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $15.00 | Scheduled: | $15.00 |

| | | | | |
|---|---|---|---|---|
| STANFORD, ANTHONY<br>121 STONEFENCE COURT<br>AURORA, IL 60506 | | Claim Number: 1300<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $250.00 | | |

| | | | | |
|---|---|---|---|---|
| FLORIDA MARKING PRODUCTS<br>555 DOG TRACK ROAD<br>LONGWOOD, FL 32750-6547 | | Claim Number: 1301<br>Claim Date: 04/21/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| ADMINISTRATIVE | Claimed: | $1,042.61 | | |
| UNSECURED | | | Scheduled: | $1,042.61 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ADVANCED COOLING TECHNOLOGIES INC<br>5405 ALTON PKWY SUITE 5A-609<br>IRVINE, CA 92604 | | Claim Number: 1302<br>Claim Date: 04/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $496.40 | Scheduled: | $496.40 |
| ENTERTAINMENT COMMUNICATIONS<br>NETWORK INCORPORATION<br>4370 TUJUNGA AVENUE<br>2ND FLOOR<br>STUDIO CITY, CA 91604 | | Claim Number: 1303<br>Claim Date: 04/21/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $136.11 | Scheduled: | $27.30 |
| COX RADIO INC<br>PO BOX 933048<br>ATLANTA, GA 31193-3048 | | Claim Number: 1304<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $41,043.95 | | |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: BOLDEN COMMUNICATION<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 1305<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $6,320.58 | Scheduled: | $6,320.58 |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: BOLDEN COMMUNICATION<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 1306<br>Claim Date: 04/22/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,000.00 | Scheduled: | $2,500.00 |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: BOLDEN COMMUNICATION<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 1307<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |
| MOSBY-YEAR BOOK, INC.<br>C/O CT CORPORATION SYSTEM,<br>REGISTERED AGENT<br>120 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1308<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PHILIPS, CHUCK
PO BOX 7142
SANTA MONICA, CA 90406-7142

Claim Number: 1309
Claim Date: 04/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED

| PRIORITY | Claimed: | $62,189.08 | | |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1310
Claim Date: 04/22/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $765.03 | Scheduled: | $765.03 |
|---|---|---|---|---|

ANDO MEDIA LLC
402 ANGELL ST
PROVIDENCE, RI 02906-4013

Claim Number: 1311
Claim Date: 04/22/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $5,525.56 | Scheduled: | $2,288.74 |
|---|---|---|---|---|

ADSET
57617 OLD MILL RD
YUCCA VALLEY, CA 92284

Claim Number: 1312
Claim Date: 04/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $6,070.68 | Scheduled: | $6,070.68 |
|---|---|---|---|---|

SCHEPAT, HELEN
174 KOZANI ST
BRISTOL, CT 06010-4853

Claim Number: 1313
Claim Date: 04/22/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $131.05 |
|---|---|---|---|---|

VALE, CHRISTOPHER R
5360 LANDING RD
ELKRIDGE, MD 21075

Claim Number: 1314
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $75.00 | | |
|---|---|---|---|---|

PITMAN COMPANY
753 SPRINGDALE DRIVE
EXTON, PA 19341

Claim Number: 1315
Claim Date: 04/22/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: DOCKET: 8204 (03/01/2011)

| ADMINISTRATIVE | Claimed: | $244.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $244.88 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COMPILED SOLUTIONS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1316
Claim Date: 04/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $5,007.24 |
| --- | --- | --- |

---

AZZURRO
260 UNION ST
NORTHVALE, NJ 07647

Claim Number: 1317
Claim Date: 04/22/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $653.59 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: AZZURRO HD LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1318
Claim Date: 04/22/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

ENTERCOM COMMUNICATION - SAN FRANCISCO
201 THIRD STREET, 12TH FLOOR
SAN FRANCISCO, CA 94103

Claim Number: 1319
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $15,317.00 |
| --- | --- | --- |

---

ENTERCOM COMMUNICATION - SAN FRANCISCO
201 THIRD STREET, 12TH FLOOR
SAN FRANCISCO, CA 94103

Claim Number: 1320
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

AVENUE TC FUND, L.P.
TRANSFEROR: ARCHON BAY CAPITAL, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1321
Claim Date: 04/22/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $350.00 | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $350.00 | | |
| UNSECURED | | | Scheduled: | $350.00 |
| TOTAL | Claimed: | $350.00 | | |

---

KEN HOUTZ CHEVROLET-BUICK, INC.
PO BOX 99
GLOUCESTER, VA 23061

Claim Number: 1322
Claim Date: 04/22/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $465.83 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GLOVA LINK DISTRIBUTIO
PO BOX 2040
WHITTIER, CA 90610

Claim Number: 1323
Claim Date: 04/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $477.00 |
|---|---|---|

---

YIELD STRATEGIES FUND I, LP
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1324
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $664,066.42   UNLIQ |
|---|---|---|

---

EQUITY OVERLAY FUND, LLC
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1325
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $327,368.10   UNLIQ |
|---|---|---|

---

BANK OF AMERICA PENSION PLAN
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1326
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $535,857.00   UNLIQ |
|---|---|---|

---

YIELD STRATEGIES FUND II, LP
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 1327
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $226,951.20   UNLIQ |
|---|---|---|

---

LANCASTER, SHARON
5 WINKEL CT APT 1D
ROSEDALE, MD 21237-7542

Claim Number: 1328
Claim Date: 04/22/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $200.00 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $603.86 | | |
| UNSECURED | Claimed: | $603.86 | Scheduled: | $0.00 |
| TOTAL | Claimed: | $603.86 | | |

---

OLSON, THOMAS E
60670 TIMBERKNOLL DRIVE
MACUNGIE, PA 18062

Claim Number: 1329
Claim Date: 04/22/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| SECURED | Claimed: | $100.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $100.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| POLANCO, ROSALINDA<br>262 EAST FAIRVIEW STREET<br>ALLENTOWN, PA 18109 | Claim Number: 1330<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1331<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| WALKER, KAROLYN M<br>1457 W. 37TH STREET<br>RIVIERA BEACH, FL 33404 | Claim Number: 1332<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7274 (12/22/2010) |
|---|---|

| PRIORITY | Claimed: | $300.00 |
|---|---|---|
| SECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $300.00 |
| PRIORITY | Claimed: | $300.00 |
| SECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $300.00 |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1333<br>Claim Date: 04/22/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $101.61 | Scheduled: | $101.61 |
|---|---|---|---|---|

| KISSI, DAVID<br>PO BOX 77878<br>ONE MASSACHUSETTS AVE NE<br>WASHINGTON, DC 20013 | Claim Number: 1334<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: BUSCH LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1335<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,494.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15,494.44 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY III LP | Claim Number: 1336 |
|---|---|
| TRANSFEROR: GENTRY MANUFACTURING CORP | Claim Date: 04/22/2009 |
| 940 SOUTHWOOD BLVD, SUITE 101 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| INCLINE VILLAGE, NV 89451 | |

| ADMINISTRATIVE | Claimed: | $1,118.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,629.50 |

---

| CHERNOK, ELINOR | Claim Number: 1337 |
|---|---|
| 6 EMPRESS PINES DR | Claim Date: 04/22/2009 |
| NESCONSET, NY 11767-3124 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 10022 (10/19/2011) |

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

| SEPARATION EQUIPMENT SALESINC | Claim Number: 1338 |
|---|---|
| PO BOX 297 | Claim Date: 04/22/2009 |
| ATTN: YOGI | Debtor: TRIBUNE COMPANY |
| ALBETSON, NY 11507 | Comments: EXPUNGED |
| | DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $594.50 |
|---|---|---|

---

| AVENUE TC FUND, L.P. | Claim Number: 1339 |
|---|---|
| TRANSFEROR: BLUE HERON MICRO OPP FUND | Claim Date: 04/22/2009 |
| ATTN: DAVID S. LEINWAND, ESQ. | Debtor: THE HARTFORD COURANT COMPANY |
| 399 PARK AVENUE, 6TH FLOOR | |
| NEW YORK, NY 10022 | |

| ADMINISTRATIVE | Claimed: | $172.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $172.60 |

---

| NIGEL COX INC | Claim Number: 1340 |
|---|---|
| 214 SULLIVAN ST 3A | Claim Date: 04/22/2009 |
| NEW YORK, NY 10012 | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

---

| ALPHAGRAPHICS | Claim Number: 1341 |
|---|---|
| 99 PRATT STREET | Claim Date: 04/22/2009 |
| FLOOR 3 | Debtor: TRIBUNE TELEVISION COMPANY |
| HARTFORD, CT 06103 | Comments: ALLOWED |
| | DOCKET: 10420 (12/12/2011) |

| ADMINISTRATIVE | Claimed: | $739.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $739.65 |

---

| SIERRA LIQUIDITY FUND, LLC | Claim Number: 1342 |
|---|---|
| TRANSFEROR: AM COMMUNICATION | Claim Date: 04/22/2009 |
| SERVICES, LLC | Debtor: THE HARTFORD COURANT COMPANY |
| 2699 WHITE RD., SUITE # 255 | Comments: EXPUNGED |
| IRVINE, CA 92614 | DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $774.44 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NEW ENGLAND BELTING COMPANY<br>27 MILL ST<br>BERLIN, CT 06037 | | Claim Number: 1343<br>Claim Date: 04/22/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |
| UNSECURED | Claimed: | $1,579.87 | | |
| BROWN PRINTING INC<br>PO BOX C<br>NAZARETH, PA 18064-0500 | | Claim Number: 1344<br>Claim Date: 04/22/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 2736 (12/04/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BISBORT, ALAN<br>23 QUELL CT<br>CHESHIRE, CT 06410 | | Claim Number: 1345<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $125.00 | | |
| GOODWIN, DAVID<br>60 CHAPMAN RD<br>MARLBOROUGH, CT 06447-1340 | | Claim Number: 1346<br>Claim Date: 04/22/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $21.18 | Scheduled: | $21.18 |
| NORDBROOK, JAMES<br>C/O JEFFREY KOMIN<br>6301 RITCHIE HWY<br>GLEN BURNIE, MD 21061 | | Claim Number: 1347<br>Claim Date: 04/22/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $0.00  UNDET |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1348<br>Claim Date: 04/22/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
| UNSECURED | Claimed: | $5,750.00 | Scheduled: | $5,750.00 |
| SERVICEMASTER JANITORIAL PROFESSIONALS<br>2848 BYNUM OVERLOOK DRIVE<br>ABINGDON, MD 21009 | | Claim Number: 1349<br>Claim Date: 04/22/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
| UNSECURED | Claimed: | $2,540.35 | Scheduled: | $2,540.35 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SHORE IS CLEAN
PO BOX 171
WHITEFORD, MD 21160

Claim Number: 1350
Claim Date: 04/22/2009
Debtor: HOMESTEAD PUBLISHING CO.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,083.11 | Scheduled: | $1,083.11 |

---

WILMETH, DENNIS
10949 ROCK COAST ROAD
COLUMBIA, MD 21044

Claim Number: 1351
Claim Date: 04/22/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,205.00 | Scheduled: | $7,205.00 |

---

BISHOP, SHIRLEY
717 MAIDEN CHOICE LN      207
BALTIMORE, MD 21228-6114

Claim Number: 1352
Claim Date: 04/22/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28.59 | Scheduled: | $28.59 |

---

ANCHOR DIRECT INC
1900 NEW HIGHWAY
FARMINGDALE, NY 11735-1509

Claim Number: 1353-01
Claim Date: 04/22/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,838.06 | |

---

ANCHOR DIRECT INC
1900 NEW HIGHWAY
FARMINGDALE, NY 11735-1509

Claim Number: 1353-02
Claim Date: 04/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,069.62 | |

---

JINISHIAN, JOHN
31 RIVER DR
NORWALK, CT 06855

Claim Number: 1354
Claim Date: 04/22/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $44.35 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: ARCHON BAY CAPITAL, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1355
Claim Date: 04/22/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $135.00 | | |
| UNSECURED | | | Scheduled: | $135.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| POWER/MATION DIVISION<br>NW-8330 P.O. BOX 1450<br>MINNEAPOLIS, MN 55485 | | Claim Number: 1356<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3698 (03/09/2010) | | |
| UNSECURED | Claimed: | $241.60 | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SPORTS & PROMOTIONAL SPECIAL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1357<br>Claim Date: 04/22/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $2,373.25 | | |
| UNSECURED | | | Scheduled: | $2,380.75 |

---

| | | | | |
|---|---|---|---|---|
| RUSSOTTO, RAY<br>2463 SW 12TH COURT<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 1358<br>Claim Date: 04/22/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $200.00 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1359<br>Claim Date: 04/22/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,853.00 | | |
| UNSECURED | | | Scheduled: | $1,853.00 |

---

| | | | | |
|---|---|---|---|---|
| ROBINSONS TELECOMMUNICATIONS REVIEW<br>PO BOX 57455<br>20 STREET STATION<br>WASHINGTON, DC 20037-0455 | | Claim Number: 1360<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $103.50 | Scheduled: | $103.50 |

---

| | | | | |
|---|---|---|---|---|
| SPECIALTY GATE & FENCE LLC<br>PO BOX 688<br>WATERTOWN, CT 06795 | | Claim Number: 1361<br>Claim Date: 04/22/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $1,516.07 | Scheduled: | $1,516.07 |

---

| | | | | |
|---|---|---|---|---|
| KRAFT, PETER<br>98 NILAN STREET<br>HARTFORD, CT 06106 | | Claim Number: 1362<br>Claim Date: 04/22/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| PRIORITY | Claimed: | $3,845.48 | | |
| UNSECURED | Claimed: | $2,978.06 | Scheduled: | $6,823.54  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

REYNOLDS, DAVID L
222 WILLIS STREET
BRISTOL, CT 06010

Claim Number: 1363
Claim Date: 04/22/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,421.55 | | |
| UNSECURED | Claimed: | $1,421.55 | Scheduled: | $1,421.55 UNLIQ |
| TOTAL | Claimed: | $1,421.55 | | |

---

MINARD, JON
283 HOPE VALLEY ROAD
AMSTON, CT 06231

Claim Number: 1364
Claim Date: 04/22/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $128.26 | | |
| UNSECURED | Claimed: | $500.02 | Scheduled: | $628.26 |

---

NOVO MACDONALD, VIVIAN
266 GRANDVIEW TERR
HARTFORD, CT 06114

Claim Number: 1365
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $80.00 |

---

FEGELY, TAMMY
5594 WEDGE LN
ALLENTOWN, PA 18106

Claim Number: 1366
Claim Date: 04/22/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $377.45 | Scheduled: | $377.45 UNLIQ |

---

LENGYEL, JUNE
2416 9TH ST
BETHLEHEM, PA 18020

Claim Number: 1367
Claim Date: 04/22/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $352.43 | Scheduled: | $352.43 UNLIQ |

---

WASHINGTON STATE PATROL
PO BOX 42602
OLYMPIA, WA 98504-2602

Claim Number: 1368
Claim Date: 04/22/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

---

BAY CITY EQUIPMENT INDUSTRIES, INC.
13625 DANIELSON ST
POWAY, CA 92064-6829

Claim Number: 1369
Claim Date: 04/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $975.88 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BAY CITY EQUIPMENT INDUSTRIES, INC.<br>13625 DANIELSON ST<br>POWAY, CA 92064-6829 | Claim Number: 1370<br>Claim Date: 04/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,990.93 | |

---

| BAY CITY ELECTRIC WORKS INC<br>13625 DANIELSON ST<br>POWAY, CA 92064-6829 | Claim Number: 1371<br>Claim Date: 04/22/2009<br>Debtor: KSWB INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $975.88 | Scheduled: | $525.38 |

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 1372<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,676.77 | |

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 1373<br>Claim Date: 04/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,018.00 | Scheduled: | $6,694.77 |

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 1374<br>Claim Date: 04/21/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $299.00 | |

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 1375<br>Claim Date: 04/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $205.00 | |

---

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 1376<br>Claim Date: 04/21/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,263.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GETTY IMAGES
605 5TH AVE S STE 400
SEATTLE, WA 98104-3887

Claim Number: 1377
Claim Date: 04/21/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $14,729.84 | | $5,904.84 |

GETTY IMAGES, USA
605 5TH AVE S STE 400
SEATTLE, WA 98104-3887

Claim Number: 1378
Claim Date: 04/21/2009
Debtor: HOY, LLC

| | Claimed: | |
|---|---|---|
| UNSECURED | | $125.00 |

HALE TRAILER BRAKE & WHEEL
P O BOX 1400
VOORHEES, NJ 08043

Claim Number: 1379
Claim Date: 04/20/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $7,547.58 |

ASM CAPITAL AS PURCHASER OF:
BURST COMMUNICATIONS, INC.
7600 JERICHO TPKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1380
Claim Date: 04/16/2009
Debtor: KSWB INC.
Comments: DOCKET: 4778 (06/14/2010)
Amends claim number 20

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $4,738.54 | | |
| UNSECURED | | $12,510.85 | | $15,942.47 |

ASM CAPITAL AS PURCHASER OF:
MURPHY SECURITY SERVICE LLC
7600 JERICHO TPKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1381
Claim Date: 04/16/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 4778 (06/14/2010)
Amends claim number 215

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $69,979.82 | | $61,104.26 |

RIVERSIDE CLAIMS LLC
TRANSFEROR: HAMMETT & EDISON INC
POST OFFICE BOX 626
PLANETARIUM STATION
NEW YORK, NY 10024

Claim Number: 1382
Claim Date: 04/24/2009
Debtor: KTLA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $4,424.45 | | $4,424.45 |

PARKINSON TYPE DESIGN
6170 BROADWAY TERRACE
OAKLAND, CA 94618

Claim Number: 1383
Claim Date: 04/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $26,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RAY OHERRON CO
523 E ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 1384
Claim Date: 04/24/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,195.12 | Scheduled: | $1,195.12 |

RAY OHERRON CO
523 E ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 1385
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,667.50 | Scheduled: | $1,667.50 |

ARIZONA REPUBLIC, THE
200 E VAN BUREN ST.
PHOENIX, AZ 85004

Claim Number: 1386
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,767.86 |

CITY OF WILLIAMSBURG
401 LAFAYETTE STREET
WILLIAMSBURG, VA 23185-3617

Claim Number: 1387
Claim Date: 04/24/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: WITHDRAWN
DOCKET: 11880 (06/22/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 | UNLIQ |
| SECURED | Claimed: | $7,055.10 | | | |
| UNSECURED | Claimed: | $11,750.51 | Scheduled: | $3,590.07 | UNLIQ |

NORTHWEST SECURITY SERVCES INC
14824 WESTMINSTER WAY N
SEATTLE, WA 98133-6437

Claim Number: 1388
Claim Date: 04/24/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,058.20 | Scheduled: | $8,058.20 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: NATIONAL DECORATING SERVICE
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1389
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,110.00 | Scheduled: | $4,869.43 |

MILES, DANIEL
45 EASY STREET
RINGGOLD, GA 30736

Claim Number: 1390
Claim Date: 04/24/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,511.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DION AND SONS INC<br>1543 W 16TH ST<br>LONG BEACH, CA 90813 | | Claim Number: 1391<br>Claim Date: 04/24/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $16,394.06 | | |
| UNSECURED | Claimed: | $2,241.03 | Scheduled: | $18,635.09 |
| ALLSTAR LANDSCAPE SERVICES<br>4634 W 149TH ST<br>LAWNDALE, CA 90260-1232 | | Claim Number: 1392<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,174.79 | | |
| UNSECURED | | | Scheduled: | $1,174.79 |
| WOODFIELD MALL LLC, A DELAWARE LLC<br>ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 | | Claim Number: 1393<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11789 (06/11/2012) | | |
| ADMINISTRATIVE | Claimed: | $341,936.00 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1394<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $8,782.48 | Scheduled: | $11,794.48 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1395<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | |
| UNSECURED | Claimed: | $4,532.42 | Scheduled: | $4,532.42 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1396<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $1,861.94 | Scheduled: | $1,861.94 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1397<br>Claim Date: 04/24/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $3,394.15 | Scheduled: | $3,394.15 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1398<br>Claim Date: 04/24/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $993.60 | Scheduled: | $993.60 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1399<br>Claim Date: 04/24/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $694.24 | Scheduled: | $694.24 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1400<br>Claim Date: 04/24/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,518.12 | Scheduled: | $1,518.12 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1401<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,506.44 | Scheduled: | $6,506.44 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1402<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,242.56 | Scheduled: | $546.02 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1403<br>Claim Date: 04/24/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,600.00 | Scheduled: | $361.29 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1404<br>Claim Date: 04/24/2009<br>Debtor: KPLR, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $517.56 | | |
| UNSECURED          Claimed: | $1,530.00 | Scheduled: | $517.56 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NATIONAL DECORATING SERVICE INC<br>2210 CAMDEN COURT<br>ATTN: LEO HART<br>OAK BROOK, IL 60523-1272 | Claim Number: 1405<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $11,400.00 | | |
|---|---|---|---|---|

| BALTIMORE SUN<br>MAIL SUBSCRIPTIONS<br>PO BOX 17111<br>BALTIMORE, MD 21203 | Claim Number: 1406<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: WITHDRAWN<br>DOCKET 5143 (07/27/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $147.16 |
|---|---|---|---|---|

| BALTIMORE SUN COMPANY, THE<br>501 NORTH CALVERT ST.<br>BALTIMORE, MD 21278-0001 | Claim Number: 1407<br>Claim Date: 04/24/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3429 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| WADSWORTH, BRIEN<br>C/O BALTIMORE<br>501 N CALVERT ST<br>BALTIMORE, MD 21202 | Claim Number: 1408<br>Claim Date: 04/24/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $418.80 |
|---|---|---|---|---|

| MARCIA, DOUG<br>FOREIGN BUREAU CORRESPONDENT<br>501 N CALVERT ST<br>BALTIMORE, MD 21278 | Claim Number: 1409<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $16.55 |
|---|---|---|---|---|

| VSM SEWING INC<br>1224 HEIL QUAKER BLVD<br>LA VERGNE, TN 37086-3515 | Claim Number: 1410<br>Claim Date: 04/24/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $9,515.00 |
|---|---|---|---|---|

| CROSSING ON ENTERPRISE LLC<br>1040 WILLA SPRINGS DR<br>WINTER SPRINGS, FL 32708 | Claim Number: 1411<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $66,188.64 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| PREFERRED COMMUNICATIONS<br>410 CENTRAL AVENUE<br>BUTNER, NC 27509 | | Claim Number: 1412<br>Claim Date: 04/24/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $173.73 | Scheduled: | $173.73 |

---

| | | | | |
|---|---|---|---|---|
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 1413<br>Claim Date: 04/24/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

---

| | | | | |
|---|---|---|---|---|
| SAULSBURY, ERNEST L<br>DBA PRINTING BY SAULSBURY<br>4120 THE ALAMEDA<br>BALTIMORE, MD 21218 | | Claim Number: 1414<br>Claim Date: 04/24/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,500.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DAVES FLOWERS & GIFT BASKETS<br>4738 HOLLYWOOD BLVD<br>LOS ANGELES, CA 90027 | | Claim Number: 1415<br>Claim Date: 04/24/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $88.71 | Scheduled: | $88.71 |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: EVERETT COLLECTION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1416<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: BARON GROUP, THE<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1417<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $4,032.00 | Scheduled: | $4,032.00 |

---

| | | | | |
|---|---|---|---|---|
| SALT SERVICES INC<br>PO BOX 78605<br>INDIANAPOLIS, IN 46278 | | Claim Number: 1418<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $288.90 | Scheduled: | $288.90 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 1419<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $15,980.00 | | |

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: WESTERN AMERICAN DEVELOPMENT<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1420<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $315.00 | Scheduled: | $315.00 |

| | | | | |
|---|---|---|---|---|
| POWELL, BRENDA L<br>30234 UNITY RD<br>SEDLEY, VA 23878 | | Claim Number: 1421<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| PRIORITY | Claimed: | $6,576.00 | | |
| SECURED | Claimed: | $6,576.00 | | |
| TOTAL | Claimed: | $6,576.00 | | |

| | | | | |
|---|---|---|---|---|
| WGET WGTY RADIO STATIONS<br>1560 FAIRFIELD RD<br>GERTTYSBURG, PA 17325-7252 | | Claim Number: 1422<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $9,078.00 | Scheduled: | $9,078.00 |

| | | | | |
|---|---|---|---|---|
| SIMON, SHEILA<br>404 N SPRINGER ST<br>CARBONDALE, IL 62901 | | Claim Number: 1423<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $150.00 |

| | | | | |
|---|---|---|---|---|
| DYNAMEX WASHINGTON EXPRESS<br>12240 INDIAN CREEK COURT  #100<br>BELTSVILLE, MD 20705 | | Claim Number: 1424<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $57.71 | | |
| UNSECURED | Claimed: | $38.31 | Scheduled: | $57.71 |

| | | | | |
|---|---|---|---|---|
| FREDERICK, CHUCK<br>405 DUARTE LN<br>LADY LAKE, FL 32159 | | Claim Number: 1425<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $11.21 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HOME & COMMUNITY HEALTH SVCS, INC<br>JOHNSON MEMORIAL CORP.<br>201 CHESTNUT HILL ROAD<br>STAFFORD SPRINGS, CT 06076 | Claim Number: 1426<br>Claim Date: 04/24/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3702 (03/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | |
| UNSECURED | | | Scheduled: | $7,133.96  UNLIQ |

---

| OMNI PUMP REPAIRS INC<br>9224 CHESTNUT AV<br>FRANKLIN PARK, IL 60131 | Claim Number: 1427<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| WISS JANNEY ELSTNER ASSOCIATES<br>330 PFINGSTEN RD<br>NORTHBROOK, IL 60062 | Claim Number: 1428<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

---

| MULTIAD SERVICES<br>1720 W. DETWEILLER DR.<br>PEORIA, IL 61615 | Claim Number: 1429<br>Claim Date: 04/24/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $116.00 | Scheduled: | $116.00 |

---

| WILLCOX & SAVAGE PC<br>440 MONTICELLO AVE STE 2200<br>NORFOLK, VA 23510-2243 | Claim Number: 1430<br>Claim Date: 04/24/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $245.00 | Scheduled: | $245.00 |

---

| ADVANCED COFFEE SERVICE<br>16464 136TH AVE<br>NUNICA, MI 49448 | Claim Number: 1431<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $368.83 | Scheduled: | $368.83 |

---

| RALPH JR, JAMES R<br>340 THOMPSON HILL RD<br>MIDDLEBURY, VT 05753-9760 | Claim Number: 1432<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| WINTHROP, SIMON<br>1055 EAST FLAMINGO RD   NO.805<br>LAS VEGAS, NV 89119 | | Claim Number: 1433<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | | |
| PRIORITY | Claimed: | $1,000.00 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: UNIQUE PRODUCTS & SERVICE CORP<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1434<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | | |
| UNSECURED | Claimed: | $9,801.43 | Scheduled: | $6,142.11 | |
| CSORDAS, DAVID J<br>7183 CARL'S HILL ROAD<br>ZIONSVILLE, PA 18092 | | Claim Number: 1435<br>Claim Date: 04/24/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | | |
| UNSECURED | Claimed: | $769.36 | Scheduled: | $769.36 UNLIQ | |
| CRONIN, MRS. WILLIAM R.<br>226 MT. ROYAL AVE.<br>ABERDEEN, MD 21001 | | Claim Number: 1436<br>Claim Date: 04/24/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | | |
| UNSECURED | Claimed: | $30.00 | Scheduled: | $30.00 | |
| TIME WARNER CABLE/COLLECTIONS<br>10450 PACIFIC CENTER CT<br>SAN DIEGO, CA 92121 | | Claim Number: 1437<br>Claim Date: 04/24/2009<br>Debtor: KSWB INC. | | | |
| UNSECURED | Claimed: | $1,315.98 | Scheduled: | $1,807.06 | |
| COFFEE PAUSE INC<br>1260 SUFFIELD ST<br>AGAWAM, MA 01001-2933 | | Claim Number: 1438<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
| UNSECURED | Claimed: | $1,468.08 | Scheduled: | $1,003.67 | |
| US OFFICE SOLUTIONS INC<br>2383 WEST 77TH STREET<br>HIALEAH, FL 33016 | | Claim Number: 1439<br>Claim Date: 04/24/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $418.70 | | | |
| SECURED | Claimed: | $418.70 | | | |
| UNSECURED | | | Scheduled: | $418.70 | |
| TOTAL | Claimed: | $418.70 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| WHITMORE, DONALD E<br>6032 LAKEVILLE ROAD<br>ORLANDO, FL 32818 | | Claim Number: 1440<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| PRIORITY | Claimed: | $3,778.84 | | |
| FORD MODELS INC<br>311 W SUPERIOR ST STE 410<br>CHICAGO, IL 60654-3576 | | Claim Number: 1441<br>Claim Date: 04/24/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $180.00 | | |
| HOWARD, SHARRON<br>15031 EVERS ST<br>DOLTON, IL 60419 | | Claim Number: 1442<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $4.95 | Scheduled: | $4.95 |
| BUSHNELL, GEORGE D<br>802 LAKE AVE<br>WILMETTE, IL 60091 | | Claim Number: 1443<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| KAMAL, RAJA M<br>1360 IDYLBERRY RD<br>SAN RAFAEL, CA 94903-1051 | | Claim Number: 1444<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
| LAND MARK ELECTRIC<br>7876 DEERING AVE<br>CANOGA PARK, CA 91304 | | Claim Number: 1445<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $14,773.92 | Scheduled: | $14,773.92  UNLIQ |
| LA CANADA FLINTRIDGE<br>4529 ANGELES CREST HWY NO.102<br>LA CANADA, CA 91011 | | Claim Number: 1446<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $16,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KALLINICH, DONALD A
14 MADSEN ROAD
WEST HARTFORD, CT 06110

Claim Number: 1447
Claim Date: 04/24/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $180.36 | | $180.36 UNLIQ |

---

KALLINICH, DONALD A
14 MADSEN ROAD
WEST HARTFORD, CT 06110

Claim Number: 1448
Claim Date: 04/24/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00   UNDET | | $0.00 UNLIQ |

---

KALLINICH, DONALD
14 MADSEN ROAD
WEST HARTFORD, CT 06110

Claim Number: 1449
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

KALLINICH, DONALD A
14 MADSEN ROAD
WEST HARTFORD, CT 06110

Claim Number: 1450
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

HASTINGS STAR GAZETTE
PO BOX 277
HASTINGS, MN 55033-0277

Claim Number: 1451
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00 |
| UNSECURED | | $960.00 |

---

SAFETY SUPPLY ILLINOIS
1055 KINGSLAND DR
BATAVIA, IL 60510-2290

Claim Number: 1452
Claim Date: 04/24/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $75.24 | | $75.24 |

---

BELMONT LAUNDRY INC
PO BOX 80567
SPRINGFIELD, MA 01138

Claim Number: 1453
Claim Date: 04/24/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $36.62 | | |
| UNSECURED | | | | $36.62 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: INTOUCH SOLUTIONS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1454<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,431.20 | Scheduled: | $1,431.20 |
| WARFIELD ELECTRIC<br>1745 S BEN VIEW AV<br>ONTARIO, CA 91761 | | Claim Number: 1455<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $0.00 | | |
| CREATIVE DATA SERVS, INC.<br>440 QUADRANGL DR STE E<br>BOLINGBROOK, IL 60440-3455 | | Claim Number: 1456<br>Claim Date: 04/24/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | | |
| UNSECURED | Claimed: | $721.35 | Scheduled: | $721.35 |
| RELIABLE RUBBER INCORPORTE<br>805 FORESTWOOD DRIVE<br>ROMEOVILLE, IL 60446 | | Claim Number: 1457<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $141.05 | Scheduled: | $141.05 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DATA PARTNERS INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1458<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $2,830.92 | Scheduled: | $2,830.92 |
| EMERLING, SUSAN<br>P O BOX 1037<br>MALIBU, CA 90265 | | Claim Number: 1459<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $800.00 | | |
| GONZALES, HOLLY<br>2231 CENTER ST<br>WHITEHALL, PA 18052 | | Claim Number: 1460<br>Claim Date: 04/24/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| PRIORITY | Claimed: | $1,103.24 | | |
| UNSECURED | | | Scheduled: | $1,103.24 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FERLAND, JACK
120 BELMAR BLVD
FARMINGDALE, NJ 07727-3669

Claim Number: 1461
Claim Date: 04/24/2009
Debtor: SUN-SENTINEL COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5.15 | Scheduled: | $5.15 |

LAWTON, HAROLD
1419 SEGOVIA PL
LADY LAKE, FL 32162

Claim Number: 1462
Claim Date: 04/24/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1.87 |

GUARDSMARK LLC
MAIL CODE 2204
PO BOX 2121
MEMPHIS, TN 38159-2204

Claim Number: 1463
Claim Date: 04/24/2009
Debtor: WPIX, INC.
Comments:
With claim number 1464 and 1465, amends claim number 511

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,580.01 | Scheduled: | $25,809.96 |

GUARDSMARK LLC
P O BOX 11407
BIRMINGHAM, AL 35246-3000

Claim Number: 1464
Claim Date: 04/24/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments:
With claim number 1463 and 1465, amends claim number 511

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,028.06 | Scheduled: | $19,170.06 |

GUARDSMARK LLC
PO BOX 11407
BIRMINGHAM, AL 35246-3000

Claim Number: 1465
Claim Date: 04/24/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments:
With claim number 1463 and 1464, amends claim number 511

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,867.28 | Scheduled: | $7,725.28 |

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1466
Claim Date: 04/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360.00 | Scheduled: | $360.00 |

MOUNT, ANTHONY G, JR.
709 N LUDY WAY
MUSTANG, OK 73064-2327

Claim Number: 1467
Claim Date: 04/24/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.00 | | |
| UNSECURED | | | Scheduled: | $200.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| FW WEBB COMPANY<br>BOB MULLEN<br>160 MIDDLESEX TPKE<br>BEDFORD, MA 01730 | | Claim Number: 1468<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $186.43 | | |
| BRAYTON GRAPHICS<br>30 JAY ST<br>SCHENECTADY, NY 12305-1958 | | Claim Number: 1469<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| POTTER, WILLIAM<br>966 1/2 EVERETT ST<br>LOS ANGELES, CA 90026 | | Claim Number: 1470<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $320.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ACS/SUSICO CO<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1471<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $760.27 | Scheduled: | $730.13 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: INTOUCH SOLUTIONS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1472<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1,342.09 | Scheduled: | $1,342.09 |
| LEVMORE, SAUL<br>5490 SOUTH SHORE DR  NO.7N<br>CHICAGO, IL 60615 | | Claim Number: 1473<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
| ARNE YUSUM LEASING<br>650 DUNDEE ROAD SUITE 158<br>LINDA ADAMS<br>NORTHBROOK, IL 60062 | | Claim Number: 1474<br>Claim Date: 04/24/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| SECURED | Claimed: | $449.47 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MARKS, JOHN<br>1313 N RITCHIE CT    2001<br>CHICAGO, IL 60610 | | Claim Number: 1475<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $117.18 |
| CKELSCH INC<br>2146 N DAYTON ST    APT 102<br>CHICAGO, IL 60614 | | Claim Number: 1476<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $200.00 |
| GLAVIN SECURITY HARDWARE<br>SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | | Claim Number: 1477<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| GLAVIN SECURITY SPECIALISTS<br>1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | | Claim Number: 1478<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| SECURED | Claimed: | $1,141.63 | | |
| CITY OF SAN BUENAVENTURA<br>CITY OF VENTURA<br>PO BOX 2299<br>VENTURA, CA 93002-2299 | | Claim Number: 1479<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $481.64 | Scheduled: | $541.92 |
| CITY OF SAN BUENAVENTURA<br>CITY OF VENTURA<br>PO BOX 2299<br>VENTURA, CA 93002-2299 | | Claim Number: 1480<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $269.03 | | |
| BOSS TRUCKING INC<br>N3136 DEER CREEK COURT<br>WALDO, WI 53093 | | Claim Number: 1481<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $1,911.25 | Scheduled: | $1,911.25 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DATA SCIENCES INC
14900 SWEITZER LN
STE 200
LAUREL, MD 20707

Claim Number: 1482
Claim Date: 04/24/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | | $35.74 | | $35.74 |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: EVERETT COLLECTION
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1483
Claim Date: 04/24/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,200.00 | | $700.00 |

---

COHEN, MARK E
28 AUBREY RD
MONTCLAIR, NJ 07043

Claim Number: 1484
Claim Date: 04/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | | $100.00 | | $100.00 |

---

COHEN, MARK E
28 AUBREY RD
MONTCLAIR, NJ 07043

Claim Number: 1485
Claim Date: 04/24/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $250.00 | | |
| UNSECURED | | | | $250.00 |

---

KING COUNTY
TREASURY
500 4TH AVE RM 600
SEATTLE, WA 98104-2387

Claim Number: 1486
Claim Date: 04/24/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $80,807.58 |

---

SOFTWARE CONSULTING SERVICES LLC
630 SELVAGGIO DR NO.420
NAZARETH, PA 18064

Claim Number: 1487
Claim Date: 04/24/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: EXPUNGED
DOCKET: 2668 (11/25/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $10,099.80 |

---

ASM CAPITAL, L.P.
TRANSFEROR: BADGER PRESS INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1488
Claim Date: 04/24/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,975.00 | | |
| UNSECURED | Claimed: | $1,345.00 | | $3,320.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

E LIST STATE COM
20001 PINE DRIVE WEST
VOLCANO, CA 95689

Claim Number: 1489
Claim Date: 04/24/2009
Debtor: FORSALEBYOWNER.COM CORP.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,857.00 | Scheduled: | $2,857.00 |

---

C & M MARKETING
COMMUNICATIONS LTD
5120 WOODWAY NO.5003
HOUSTON, TX 77056

Claim Number: 1490
Claim Date: 04/24/2009
Debtor: KPLR, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85.00 | Scheduled: | $85.00 |

---

LIDO PACIFIC ASSET MANAGEMENT
3857 BIRCH ST
NEWPORT BEACH, CA 92660-2616

Claim Number: 1491
Claim Date: 04/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $277.20 | Scheduled: | $277.20 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1492
Claim Date: 04/24/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $905.78 | Scheduled: | $905.78 |

---

RYAN, COLIN
20211 CROYDON LN
TOPANGA, CA 90290-3309

Claim Number: 1493
Claim Date: 04/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,680.00 | | |
| PRIORITY | Claimed: | $1,680.00 | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,680.00 |
| TOTAL | Claimed: | $1,680.00 | | |

---

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: IMPACT GROUP, INC.
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 1494
Claim Date: 04/24/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,604.69 | Scheduled: | $2,604.69 |

---

LEE MEDIA SERVICES
7574 BLACK WALNUT DR
AVON, IN 46123-9505

Claim Number: 1495
Claim Date: 04/24/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $125.00 | | |
| UNSECURED | | | Scheduled: | $125.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | | Claim Number: 1496<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| PRIORITY | Claimed: | $900.00 | | |

| | | | | |
|---|---|---|---|---|
| AXIZ GROUP LLC<br>7101 N RIDGEWAY<br>LINCOLNWOOD, IL 60712 | | Claim Number: 1497<br>Claim Date: 04/24/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | | |
| UNSECURED | Claimed: | $1,255.14 | Scheduled: | $1,255.14 |

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 1498<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| PRIORITY | Claimed: | $550.00 | | |
| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 |
| TOTAL | Claimed: | $550.00 | | |

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 1499<br>Claim Date: 04/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $400.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

| | | | | |
|---|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: POWER RESOURCES INC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1500<br>Claim Date: 04/24/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $513.22 |

| | | | | |
|---|---|---|---|---|
| BRANECKI, PHILLIP J<br>12219 BAKER TERR.<br>WOODSTOCK, IL 60098 | | Claim Number: 1501<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim out of balance | | |
| PRIORITY | Claimed: | $2,612.23 | | |
| SECURED | Claimed: | $2,612.23 | | |
| TOTAL | Claimed: | $2,612.23 | | |

| | | | | |
|---|---|---|---|---|
| WILLCOX & SAVAGE PC<br>ATTORNEYS AT LAW<br>ATTN: CONRAD M. SHUMADINE, ESQUIRE<br>1800 BANK OF AMERICA CTR<br>NORFOLK, VA 23510-2197 | | Claim Number: 1502<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $728.09 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| C E S D TALENT AGENCY<br>10635 SANTA MONICA BLVD NO.135<br>LOS ANGELES, CA 90025 | | Claim Number: 1503<br>Claim Date: 04/24/2009<br>Debtor: KTLA INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |

| | | | | |
|---|---|---|---|---|
| AMMERAAL BELTECH<br>PO BOX 90351<br>CHICAGO, IL 60696-0351 | | Claim Number: 1504<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $190.84 | Scheduled: | $190.84 |

| | | | | |
|---|---|---|---|---|
| HALL, JOSEPH<br>1144 NORTH STRICKER STREET<br>BALTIMORE, MD 21217 | | Claim Number: 1505<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET 3011 (01/05/2010) | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,000.00 |
| SECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

| | | |
|---|---|---|
| HIGBY, LAWRENCE<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | | Claim Number: 1506<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $126,183.00 |

| | | |
|---|---|---|
| CHANCE, ROBERT<br>3631 BERKLEY RD<br>DARLINGTON, MD 21034 | | Claim Number: 1507<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $500.00 |

| | | | | |
|---|---|---|---|---|
| AMHERST RAILWAY SOCIETY<br>PO BOX 1090<br>WARREN, MA 01083 | | Claim Number: 1508<br>Claim Date: 04/24/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $385.00 |

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 1509<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |

| | | |
|---|---|---|
| TOTAL | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CITY OF PERU | Claim Number: 1510 |
| 1727 FOURTH STREET, PO BOX 299 | Claim Date: 04/24/2009 |
| PERU, IL 61354-0299 | Debtor: CHICAGO TRIBUNE COMPANY |
| | Comments: ALLOWED |
| | DOCKET: 5006 (07/14/2010) |

| UNSECURED | Claimed: | $174.23 |

---

| ASM CAPITAL, L.P. | Claim Number: 1511 |
| TRANSFEROR: MASSACHUSETTS INSTITUTE OF TECHNOLOGY | Claim Date: 04/24/2009 |
| 7600 JERICHO TURNPIKE, SUITE 302 | Debtor: TRIBUNE MEDIA SERVICES, INC. |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $9,160.97 | Scheduled: | $9,160.97 |

---

| SANS PAREIL TECHNOLOGIES INC | Claim Number: 1512 |
| 400 N MCCLURG CT APT 1411 | Claim Date: 04/24/2009 |
| CHICAGO, IL 60611-4339 | Debtor: TRIBUNE MEDIA SERVICES, INC. |
| | Comments: DOCKET: 3801 (03/22/2010) |

| UNSECURED | Claimed: | $850.00 |

---

| DUNNE, LEO J | Claim Number: 1513 |
| 1343 BUCKINGHAM ROAD | Claim Date: 04/24/2009 |
| GROSSE POINTE, MI 48230 | Debtor: CHICAGO TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 2665 (11/25/2009) |

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

| ASM CAPITAL III, L.P. | Claim Number: 1514 |
| TRANSFEROR:BRANDOW & JOHNSTON ASSOCIATES | Claim Date: 04/24/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| WOODBURY, NY 11797 | Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $16,737.19 | Scheduled: | $16,737.19 |

---

| CHRISTENSEN, STEVEN J. | Claim Number: 1515 |
| 1243 TULIP ST. | Claim Date: 04/24/2009 |
| LIVERPOOL, NY 13090 | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4407 (05/14/2010) |

| UNSECURED | Claimed: | $10,000.00 |

---

| GALLMEIER CREATIVE GROUP INC | Claim Number: 1516 |
| 22030 VENTURA BLVD  NO.126 | Claim Date: 04/24/2009 |
| WOODLAND HILLS, CA 91364 | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| | Comments: ALLOWED |
| | DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $6,225.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: GRAEBEL COMPANIES<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1517-01<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $24,009.25 | Scheduled: | $24,009.25 |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: GRAEBEL COMPANIES<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1517-02<br>Claim Date: 04/24/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $2,392.25 | Scheduled: | $2,392.25 |

| | | | | |
|---|---|---|---|---|
| BURTON, FRANCES<br>6251 TRION TELOGA ROAD<br>SUMMERVILLE, GA 30747 | | Claim Number: 1518<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

| | | | | |
|---|---|---|---|---|
| KEISER<br>1710 TWIN OAKS DR<br>DELAND, FL 32720-4569 | | Claim Number: 1519<br>Claim Date: 04/24/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| PRIORITY | Claimed: | $8.21 | | |
| UNSECURED | Claimed: | $8.21 | Scheduled: | $8.21 |
| TOTAL | Claimed: | $8.21 | | |

| | | | | |
|---|---|---|---|---|
| VON SPEIDEL, KRYSTIAN<br>BOX 370061<br>WEST HARTFORD, CT 06137 | | Claim Number: 1520<br>Claim Date: 04/24/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| PRIORITY | Claimed: | $200.00 | | |

| | | | | |
|---|---|---|---|---|
| BROCK AND COMPANY INC<br>257 GREAT VALLEY PKWY<br>MALVERN, PA 19355 | | Claim Number: 1521<br>Claim Date: 04/24/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $11,168.57 | Scheduled: | $11,168.57 |

| | | | | |
|---|---|---|---|---|
| OSTENSEN, KAY<br>660 CUPRIEN WY A<br>LAGUNA BEACH, CA 92651 | | Claim Number: 1522<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $209.62 | Scheduled: | $209.62 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1523<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

| ROWTON, WES<br>146 RAINBOW DR NO.4659<br>LIVINGSTON, TX 77399 | Claim Number: 1524<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $5.56 | Scheduled: | $5.56 |
|---|---|---|---|---|

| THOMAS, LENORA<br>2040 BROWNING BLVD.<br>LOS ANGELES, CA 90062 | Claim Number: 1525<br>Claim Date: 04/23/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 12685 (11/06/2012) |
|---|---|

| UNSECURED | Claimed: | $4,449.18 | | |
|---|---|---|---|---|

| COHEN, SYLVIA<br>7121 PARK HEIGHTS AVE      204<br>BALTIMORE, MD 21215-1615 | Claim Number: 1526<br>Claim Date: 04/23/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $19.15 |
|---|---|---|---|---|

| KENNETH CALLICUTT ILLUSTRATION<br>2711 FLOYD AVE  FIRST FLOOR<br>RICHMOND, VA 23220 | Claim Number: 1527<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

| PME PHOTOGRAPHY<br>7642 KINGS PASSAGE AVE<br>ORLANDO, FL 32835 | Claim Number: 1528<br>Claim Date: 04/23/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $200.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 |

| REYNOSO, GUS<br>1853 CLIFFHILL DR<br>MONTEREY PARK, CA 91754 | Claim Number: 1529<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $235.00 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $235.00 | | |
| UNSECURED | Claimed: | $235.00 | Scheduled: | $235.00 |
| TOTAL | Claimed: | $235.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 1530<br>Claim Date: / /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00 | | |

---

| LEFEBVRE, SUSAN<br>1 CHELSEA PLACE<br>FARMINGTON, CT 06032 | | Claim Number: 1531<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11459 (04/23/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,000.00    UNLIQ | | |

---

| DANIELS, SARAH<br>43 ROYAL CRESCENT WAY<br>FREDERICKSBRG, VA 22406-7296 | | Claim Number: 1532<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,565.38 | | |

---

| CAMPBELL, RAMSEY L<br>156 DRISKELL ST NE<br>PALM BAY, FL 32907-1549 | | Claim Number: 1533<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,851.63 | | |

---

| TREASURER OF TIPTON COUNTY<br>101 EAST JEFFERSON<br>TIPTON, IN 46072 | | Claim Number: 1534<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9902 (10/05/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $153.97 | | |
| SECURED | Claimed: | $153.97 | | |
| TOTAL | Claimed: | $153.97 | | |

---

| SHAWVER, HILDA<br>P O BOX 514<br>WAKEFIELD, VA 23888 | | Claim Number: 1535<br>Claim Date: 04/23/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8.78 | Scheduled: | $8.78 |

---

| MARTGOLS MAGIC INC<br>345 N MAPLE DR<br>PARKING LEVEL 2<br>BEVERLY HILLS, CA 90210 | | Claim Number: 1536<br>Claim Date: 04/23/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,350.00 | | |
| UNSECURED | | | Scheduled: | $1,350.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MILKIE, DAVID<br>218 HOPE VALLEY RD<br>AMSTON, CT 62311333 | | Claim Number: 1537<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $39.60 |
| POULIN, BIGITTE<br>328 SAYBROOKE ST<br>HARTFORD, CT 06106-3463 | | Claim Number: 1538<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $178.17 |
| LEVITT, COREY<br>6400 SHARON RD<br>BALTIMORE, MD 21239-1519 | | Claim Number: 1539<br>Claim Date: 04/23/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $22.98 | Scheduled: | $22.98 |
| KLUG, DAVID<br>1063 SUMMER PL<br>PITTSBURGH, PA 15243 | | Claim Number: 1540<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,000.00 | Scheduled: | $500.00 |
| BAKSTON, NANCY<br>EAST RD<br>BROAD BROOK, CT 06016 | | Claim Number: 1541<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| PRIORITY | Claimed: | $1,022.00 | | |
| REMOTE FACILITIES INC<br>9 FOSTER STREET<br>NORTH BAY PLACE<br>WAKEFIELD, MA 01880 | | Claim Number: 1542<br>Claim Date: 04/23/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $1,350.00 | | |
| MUNOZ, SERGIO<br>2113 B MARSHALL FIELD LN<br>REDONDO BEACH, CA 90278 | | Claim Number: 1543<br>Claim Date: 04/23/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MONSTER INC.<br>5 CLOCK TOWER PLACE<br>SUITE 500<br>MAYNARD, MA 01754 | Claim Number: 1544<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $35,000.00 | |

| WAGNER, ALICIA J<br>806 PATRICIA DRIVE<br>SAN ANTONIO, TX 78216 | Claim Number: 1545<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: $100.00 |

| PANDOLFI, FRANCIS P.<br>168 WATER STREET<br>STONINGTON, CT 06378-1210 | Claim Number: 1546<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $172,194.00 | Scheduled: $172,194.00 UNLIQ |

| AIRITE DEODORIZING CORPORATION<br>5 RAILROAD PL<br>MASPETH, NY 11378 | Claim Number: 1547<br>Claim Date: 04/23/2009<br>Debtor: WPIX, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $97.54 | Scheduled: $97.54 |

| ORLANDINO, LUCIA MAURO<br>435 W DIVERSEY PKWY<br>CHICAGO, IL 60614 | Claim Number: 1548<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: $200.00 |

| ASM CAPITAL III, L.P.<br>TRANSFEROR: EASTLAKE STUDIO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1549<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 1270 (05/29/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,900.00 | Scheduled: $3,900.00 |

| GREENE, ERICKA<br>C/O DAVID GREENSTEIN<br>205 WEST RANDOLPH STREET<br>CHICAGO, IL 60606 | Claim Number: 1550<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments:<br>Claim form returned by attorney, noting he does not represent creditor | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COVA, ANNE M<br>7 TRANQUILITY PLACE<br>LADERA RANCH, CA 92694 | Claim Number: 1551<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $40.58 |
|---|---|---|

---

| REGER, JOHN<br>PO BOX 2984<br>SEAL BEACH, CA 90740 | Claim Number: 1552<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $650.00 |
|---|---|---|

---

| WOLFF, NANCY & LEE<br>1555 MESA VERDE DR E #55C<br>COSTA MESA, CA 92626 | Claim Number: 1553<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $11.00 | Scheduled: | $11.00 |
|---|---|---|---|---|

---

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: JOHNSON REALTY INC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1554<br>Claim Date: 04/23/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

---

| MATRIX SOLUTIONS<br>901 PENNSYLVANIA AVE<br>PITTSBURGH, PA 15233 | Claim Number: 1555<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CHEM WARE CORPORATIO<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1556<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $317.86 | Scheduled: | $317.86 |
|---|---|---|---|---|

---

| REMOTE SATELLITE SYSTEMS INTL<br>1455 N DUTTON AVE   STE A<br>SANTA ROSA, CA 95401 | Claim Number: 1557<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $61.29 | Scheduled: | $61.29 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GOODRICH, DANIEL<br>152 BAYWAY AVENUE<br>BRIGHTWATERS, NY 11718 | Claim Number: 1558<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| B&K ELECTRIC WHOLESALE<br>4981 IRWINDALE AVE STE 100<br>IRWINDALE, CA 91706-2181 | Claim Number: 1559<br>Claim Date: 04/23/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $502.66 | Scheduled: | $484.58 |

---

| NEATLY CHISELED FEATURES<br>N1870 LORAMOOR DR<br>LAKE GENEVA, WI 53147 | Claim Number: 1560<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $3,732.85 | Scheduled: | $2,714.80 |

---

| MENTOR LISTING REALTY INC<br>601 FRANKLIN SQUARE    STE 401<br>MICHIGAN CITY, IN 46360 | Claim Number: 1561<br>Claim Date: 04/23/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $400.00 |
| UNSECURED | | | Scheduled: | $400.00 |

---

| PUZZLE FEATURES SYNDICATE<br>311 80TH PLACE SW<br>EVERETT, WA 98203 | Claim Number: 1562<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CITY OF RIVERSIDE PUBLIC<br>UTILITIES<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1563<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,494.45 | Scheduled: | $1,593.22 |

---

| MLK BUSINESS FORMS INC<br>36 RIVER ST<br>NEW HAVEN, CT 06513 | Claim Number: 1564<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,097.14 | Scheduled: | $2,097.14 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CHICAGO MESSENGER SERVICE, INC
1600 S ASHLAND AVE
CHICAGO, IL 60608-2099

Claim Number: 1565
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $93.41 | Scheduled: | $229.56 |

FRANZINO, JAMES
16250 WINNERS CIRCLE DR
DELRAY BEACH, FL 33446

Claim Number: 1566
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $465.00 | |

WTHR TV
1000 N MERIDIAN ST
INDIANAPOLIS, IN 46204-1015

Claim Number: 1567
Claim Date: 04/23/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $35.00 |

EAGAN, ADRIENE
1175 BRENTWOOD AVE
BETHLEHEM, PA 18017

Claim Number: 1568
Claim Date: 04/23/2009
Debtor: THE MORNING CALL, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7.15 | Scheduled: | $7.15 |

ASM CAPITAL III, L.P.
TRANSFEROR: SALEM MEDIA OF OREGON
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1569
Claim Date: 04/23/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: DOCKET: 1237 (05/26/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,680.00 | Scheduled: | $17,680.00 |

WITENSTEIN, ANN
3304 E 1ST ST
LONG BEACH, CA 90803

Claim Number: 1570
Claim Date: 04/23/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12.38 | Scheduled: | $12.38 |

FOX VALLEY FORMS CORPORATION
821 WINGFOOT DR
NORTH AURORA, IL 60542-9040

Claim Number: 1571
Claim Date: 04/23/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90.00 | Scheduled: | $90.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SEDAM, STEPHEN<br>2609 GREENMONT DR<br>FORT COLLINS, CO 80524-1942 | | Claim Number: 1572<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| PRIORITY<br>UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1573<br>Claim Date: 04/23/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $294.44 | Scheduled: | $314.37 |

---

| | | |
|---|---|---|
| JAMESON REALTY GROUP<br>425 W NORTH AVE<br>CHICAGO, IL 60610-1139 | | Claim Number: 1574<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
| UNSECURED | Claimed: | $98.41 |

---

| | | |
|---|---|---|
| HURT, ALBERT L<br>18032 JASON LN<br>LANSING, IL 60438-1500 | | Claim Number: 1575<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
| PRIORITY | Claimed: | $10,745.21 |

---

| | | |
|---|---|---|
| GRIMES, INGRID<br>1716 EAST 54TH STREET<br>CHICAGO, IL 60615 | | Claim Number: 1576<br>Claim Date: 04/23/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| PRIORITY | Claimed: | $1,875.00 |

---

| | | |
|---|---|---|
| UNIVERSITY OF CHICAGO<br>1103 SOUTH LANGLEY AVE.<br>CHICAGO, IL 60628 | | Claim Number: 1577<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $165.38 |

---

| | | |
|---|---|---|
| SPONSELLER, ROBERT & MYRA KATHRYN<br>205 WINDSOR<br>ROGERS, AR 72758 | | Claim Number: 1578<br>Claim Date: 04/23/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
| UNSECURED | Claimed: | $1,304.46 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1579
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

NOLLIE, YOLANDA
814 MARGARET SQUARE
WINTER PARK, FL 32789

Claim Number: 1580
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,375.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,425.00 |
| TOTAL | Claimed: | $13,375.00 |

---

VANZILE, JON
1620 SW 5TH AVE
POMPANO BEACH, FL 33060-9010

Claim Number: 1581
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150.00 |

---

CUMMINGS BROTHERS TRUCK REPAIR INC
2611 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33069

Claim Number: 1582
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $66.54 |

---

CUMMINGS LEASING
2611 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33069

Claim Number: 1583
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $105.80 | | |
| UNSECURED | | | Scheduled: | $172.34 |

---

PICOLO, RICHARD
2632 WATERVIEW DR
EUSTIS, FL 32726-6903

Claim Number: 1584
Claim Date: 04/23/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $13.15 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KWON, DAEWON<br>10531 EDGELEY PL<br>LOS ANGELES, CA 90024 | Claim Number: 1585<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,088.00 | Scheduled: | $2,088.00 |
|---|---|---|---|---|

| BJORKMAN, ERNIE<br>944 GRANT PL<br>BOULDER, CO 80302-7117 | Claim Number: 1586<br>Claim Date: 04/23/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $148,000.00 |
|---|---|---|

| SHELDON, EDWARD M<br>19 CEDAR MARSH RETREAT<br>SAVANNAH, GA 31411-2922 | Claim Number: 1587<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |
|---|---|

| UNSECURED | Claimed: | $5,850.00 |
|---|---|---|

| QUICK MESSENGER SERVICE<br>4829 FAIRMONT AVE SUITE B<br>BETHESDA, MD 20814 | Claim Number: 1588<br>Claim Date: 04/23/2009<br>Debtor: WDCW BROADCASTING, INC. |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $17.73 | Scheduled: | $17.73 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: CREATORS SYNDICATE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1589<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $460.88 | Scheduled: | $460.88 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRILLIANT COLOR IMAGING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1590<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $8,216.00 |
|---|---|---|

| SENTINEL LUBRICANTS CORP<br>PO BOX 694240<br>MIAMI, FL 33269-1240 | Claim Number: 1591<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $983.22 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: MAXIM SECURITY SYSTEMS INC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1592<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $954.00 | Scheduled: | $954.00 |
|---|---|---|---|---|

| ENSOR, TY ALLAN<br>1624 MUIR CIRCLE<br>CLERMONT, FL 34711 | Claim Number: 1593<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $825.00 | Scheduled: | $825.00 |
|---|---|---|---|---|

| K&D FACTORY SERVICES INC<br>1833-41 N CARMEN ST<br>HARRISBURG, PA 17103 | Claim Number: 1594<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| PRIORITY | Claimed: | $43,500.00 |
|---|---|---|

| MYERS, MELODY<br>3301 LAKE CYPRESS RD<br>KENANSVILLE, FL 34739 | Claim Number: 1595<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $25.04 | Scheduled: | $25.04 |
|---|---|---|---|---|

| KESSLER, ARAN<br>1804 PEACHTREE DRIVE<br>VALPARAISO, IN 46383 | Claim Number: 1596<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $358.30 | Scheduled: | $358.30 |
|---|---|---|---|---|

| ATLANTIC DETROIT DIESEL ALLISON LLC<br>180 RT 17 SOUTH<br>PO BOX 950<br>ATTN: JOHN C. DEANE, CREDIT MANAGER<br>LODI, NJ 07644 | Claim Number: 1597<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $477.00 | Scheduled: | $477.00 |
|---|---|---|---|---|

| DOUGLAS S PLOTKE JR INC<br>DBA ROOF SERVICES<br>48 W JEFRYN BLVD<br>DEER PARK, NY 11729 | Claim Number: 1598<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,500.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LAFFEY, MARY L<br>1435 W BALMORAL AVE APT 1S<br>CHICAGO, IL 60640 | | Claim Number: 1599<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 | | |
| PRIORITY | Claimed: | $500.00 | | |
| UNSECURED | | | Scheduled: | $500.00 |
| TOTAL | Claimed: | $500.00 | | |

| ABDAN, JACK YAACOV<br>7527 E SIERRA DR<br>BOCA RATON, FL 33433-3385 | | Claim Number: 1600<br>Claim Date: 04/23/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $495.00 | | |

| JOSE LUIS GATMAYTAN, MIGUEL<br>303 SE 17TH ST STE 309<br>OCALA, FL 34471-4423 | | Claim Number: 1601<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | | |

| JOHNSON, TREVIN<br>5384 RAIN WOOD ST 95<br>SIMI VALLEY, CA 93063 | | Claim Number: 1602<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $12.02 |

| HARRYS MOBILE REPAIR<br>189A EWLL RD<br>WILLIAMSBURG, VA 23188 | | Claim Number: 1603<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $419.68 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PREFERRED EAP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1604<br>Claim Date: 04/23/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,260.00 | Scheduled: | $1,350.00 |

| VOIGHT, BARBARA<br>130 ARLINGTON DR<br>PASADENA, CA 91105 | | Claim Number: 1605<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10.00 | Scheduled: | $10.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SECHI, NINO<br>17 MELROSE AVE<br>GREENWICH, CT 06830 | | Claim Number: 1606<br>Claim Date: 04/23/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $45.00 |

| LITSCHAUER, E.<br>53 BEDFORD ST<br>GREENWICH, CT 06831 | | Claim Number: 1607<br>Claim Date: 04/23/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $202.80 | | |
| UNSECURED | Claimed: | $202.80 | Scheduled: | $202.80 |
| TOTAL | Claimed: | $202.80 | | |

| GERLINDE, L.R<br>PO BOX 61<br>DAYTON, MD 21036 | | Claim Number: 1608<br>Claim Date: 04/23/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3.95 |

| C & S PRESS INC.<br>405 27TH STREET<br>ORLANDO, FL 32806 | | Claim Number: 1609<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $296.15 | | |

| SCHWARM, ANN<br>RR #2 BOX 162<br>LOOGOOTEE, IL 62838 | | Claim Number: 1610<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $77.90 | | |
| UNSECURED | | | Scheduled: | $77.90 |

| TRANE<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE, WI 54601 | | Claim Number: 1611<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,579.10 | Scheduled: | $2,579.10 |

| BANKS, BRANDON S<br>4015 MADISON AVE<br>NEWPORT NEWS, VA 23607-2848 | | Claim Number: 1612<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NORTH, THOMAS & SANDRA<br>829 VISTA CV<br>CHULUOTA, FL 32766-9125 | Claim Number: 1613<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $71.14 |

| ENSOR, TY ALLAN<br>1624 MUIR CIRCLE<br>CLERMONT, FL 34711 | Claim Number: 1614<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 |

| LANDERS, PHILLIP<br>113 SAN LUCIA DR<br>DEBARY, FL 32713-5420 | Claim Number: 1615<br>Claim Date: 04/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $71.91 |

| MACMUNNIS INC.<br>1840 OAK AVENUE<br>SUITE 300<br>EVANSTON, IL 60201 | Claim Number: 1616<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,590.00 | | |

| BARRY COUNTY TREASURER<br>220 W. STATE ST.<br>HASTINGS, MI 49058 | Claim Number: 1617<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED          Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $423.62 | | |
| SECURED | Claimed: | $423.62 | | |
| TOTAL | Claimed: | $423.62 | | |

| WRH MARKETING AMERICAS INC<br>CROSSROADS CORPORATE CENTER<br>3150 BRUNSWICK PIKE STE 220<br>LAWRENCEVILLE, NJ 08648 | Claim Number: 1618<br>Claim Date: 04/23/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $597.64 | | |
| UNSECURED | | | Scheduled: | $597.64 |

| MIDCO INC<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | Claim Number: 1619<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $267.50 | Scheduled: | $267.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GRANDE RONDE WAREHOUSING<br>201 PENN AVE<br>LA GRANDE, OR 97850 | Claim Number: 1620<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $50.00 |

---

| STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim Number: 1621<br>Claim Date: 04/21/2009<br>Debtor: KTLA INC.<br>Comments: WITHDRAWN<br>DOCKET: 12569 (10/15/2012) |

| PRIORITY | Claimed: | $3,495.61 |

---

| BARRETT, CONNIE<br>100 WASHINGTON ST<br>MANCHESTER, CT 06042-3542 | Claim Number: 1622<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $8.22 |

---

| JENNER, DONALD<br>17840 GREENWOOD DRIVE<br>TINLEY PARK, IL 60477 | Claim Number: 1623<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| UNSECURED | Claimed: | $4,500.00 |

---

| SIEBERT CONSTRUCTION & MILLWORK INC<br>1440 HUNTINGTON DRIVE<br>CALUMET CITY, IL 60409 | Claim Number: 1624<br>Claim Date: 04/23/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| UNSECURED | Claimed: | $516.00 | Scheduled: | $516.00 |

---

| GREEN, DARREN<br>2611 OAK AVENUE<br>NORTHBROOK, IL 60062 | Claim Number: 1625<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

| CARR, GEORGE S<br>1776 N LAS PALMAS AVE APT 207<br>LOS ANGELES, CA 90028-4846 | Claim Number: 1626<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ANDERSON, LUCILE
436 WINDMILL BLVD
DAVENPORT, FL 33897

Claim Number: 1627
Claim Date: 04/23/2009
Debtor: THE BALTIMORE SUN COMPANY

| ADMINISTRATIVE | Claimed: | $23.93 | | |
| UNSECURED | | | Scheduled: | $23.93 |

---

ASM CAPITAL, L.P.
TRANSFEROR: MASON-DIXON POLLING & RESEAR
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1628
Claim Date: 04/23/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $2,740.50 | Scheduled: | $2,700.00 |

---

MILES TEK
1506 I-35W
DENTON, TX 76207-2402

Claim Number: 1629
Claim Date: 04/23/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $207.21 | Scheduled: | $414.42 |

---

FERNANDEZ-RANA, PAOLA
803 CHIMNEY ROCK RD
WESTON, FL 33327

Claim Number: 1630
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| PRIORITY | Claimed: | $804.00 | | |

---

CAMPBELL, JESSIE M
1170 OCONEE FOREST DRIVE
WATKINSVILLE, GA 30677

Claim Number: 1631
Claim Date: 04/23/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $19.47 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: CHICAGO COMMUNICATIONS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1632
Claim Date: 04/23/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,151.35 | Scheduled: | $2,151.34 |

---

BENTON, JOSEPH
6124 STONEHAM LANE
MC LEAN, VA 22101

Claim Number: 1633
Claim Date: 04/23/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DATA BASED ADS, INC
357 W ERIE ST STE 2
CHICAGO, IL 60654-5707

Claim Number: 1634
Claim Date: 04/23/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00  UNDET | | $6,835.33  UNLIQ |

---

DATA BASED ADS INC
357 W ERIE ST STE 2
CHICAGO, IL 60654-5707

Claim Number: 1635
Claim Date: 04/23/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $2,604.35 | | |
| UNSECURED | | | | $2,604.35 |

---

DATA BASED ADS INC
363 WEST ERIE STREET  SUITE 500 EAST
CHICAGO, IL 60610

Claim Number: 1636
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $562.73 |

---

DATA BASED ADS INC
363 WEST ERIE STREET  SUITE 500 EAST
CHICAGO, IL 60610

Claim Number: 1637
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00 | | $1,682.57 |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: INFOGATE
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1638
Claim Date: 04/23/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $994.72 | | $994.72 |

---

GERALD K WHITE AND ASSOCIATES PC
13414 W OAKWOOD CT # 100
HOMER GLEN, IL 60491-8154

Claim Number: 1639
Claim Date: 04/23/2009
Debtor: FORSALEBYOWNER.COM CORP.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $5,125.76 | | $5,125.76 |

---

METROPOLIS INVESTMENT HOLDINGS INC
C/O BANK OF AMERICA NATIONAL ASSOC
PO BOX 847823
DALLAS, TX 75284-7823

Claim Number: 1640
Claim Date: 04/23/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,372.91 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WB MCCLOUD & COMPANY INC
2500 W HIGGINS   850 CORP CTR
HOFFMAN ESTATES, IL 60169-7266

Claim Number: 1641
Claim Date: 04/23/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $674.00 | Scheduled: | $337.00 |
|---|---|---|---|---|

GARI COMMUNICATIONS
1532 FALLING STAR AVE
WESTLAKE VILLAGE, CA 91362

Claim Number: 1642
Claim Date: 04/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $8,400.00 | | |
|---|---|---|---|---|

MCADAMS GRAPHICS, INC.
7200 S 1ST ST
OAK CREEK, WI 53154

Claim Number: 1643
Claim Date: 04/23/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $55,624.94 | Scheduled: | $55,549.94 |
|---|---|---|---|---|

CHICAGO SPENCE TOOL & RUBBER
PO BOX 1528
MELROSE PARK, IL 60161-1528

Claim Number: 1644
Claim Date: 04/23/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $211.59 |
|---|---|---|---|---|

COLORADO/DBA XCEL ENERGY
1800 LARIMER ST
DENVER, CO 80202-1414

Claim Number: 1645
Claim Date: 04/23/2009
Debtor: KWGN INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $40,058.94 | Scheduled: | $17,751.92 |
|---|---|---|---|---|

JARDIS INDUSTRIES INC
1201 ARDMORE AVENUE
ITASCA, IL 60143

Claim Number: 1646
Claim Date: 04/23/2009
Debtor: HOMESTEAD PUBLISHING CO.

| ADMINISTRATIVE | Claimed: | $3,348.92 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,141.60 | Scheduled: | $702.54 |

SPANLINK COMMUNICATIONS
605 N HWY 169
SUITE 900
MINNEAPOLIS, MN 55441

Claim Number: 1647
Claim Date: 04/23/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $1,740.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SEAVE, AVA LYN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1648<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $3,104.84 | Scheduled: | $3,104.84 |

| | | | | |
|---|---|---|---|---|
| TRC MASTER FUND LLC<br>TRANSFEROR: BKM TOTAL OFFICE<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 1649<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $12,805.72 | | |
| UNSECURED | Claimed: | $4,120.62 | Scheduled: | $16,926.34 |

| | | | | |
|---|---|---|---|---|
| CALIANESE, ANTHONY J.<br>824 ELLIS PL<br>ORADELL, NJ 07649-1918 | | Claim Number: 1650<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| SECURED | Claimed: | $143,055.00 | | |
| UNSECURED | | | Scheduled: | $54,033.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| WEINSTEIN, BOLDT, HALFHIDE AND CAMEL<br>RE: SANTA FE SPRINGS 13100 E<br>1925 CENTURY PARK EAST, SUITE 1050<br>LOS ANGELES, CA 90067 | | Claim Number: 1651<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $331,222.00   CONT | | |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: VNA HEALTH CARE INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1652<br>Claim Date: 04/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $2,405.00 | Scheduled: | $2,405.00 |

| | | | | |
|---|---|---|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>929 HOWARD AVE<br>NEW ORLEANS, LA 70113 | | Claim Number: 1653<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | |
| UNSECURED | Claimed: | $28,140.10 | Scheduled: | $27,863.00 |

| | | | | |
|---|---|---|---|---|
| DATA BASED ADS INC<br>363 WEST ERIE STREET  SUITE 500 EAST<br>CHICAGO, IL 60610 | | Claim Number: 1654<br>Claim Date: 04/23/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $25.49 | Scheduled: | $25.49 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DATA BASED ADS INC
363 WEST ERIE STREET  SUITE 500 EAST
CHICAGO, IL 60610

Claim Number: 1655
Claim Date: 04/23/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $8,620.95 | | |
| | | | Scheduled: | $8,620.95 |

---

DATA BASED ADS INC
363 WEST ERIE STREET  SUITE 500 EAST
CHICAGO, IL 60610

Claim Number: 1656
Claim Date: 04/23/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $7,487.46 | | |
| | | | Scheduled: | $11,707.56 |

---

FREY, RONALD
505 SNYDERS RD
PALMERTON, PA 18071

Claim Number: 1657
Claim Date: 04/23/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $410.08 | | |
| | | | Scheduled: | $410.08 UNLIQ |

---

FREY, RONALD
505 SNYDER RD
PALMERTON, PA 18071

Claim Number: 1658
Claim Date: 04/23/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $410.08 |
|---|---|---|

---

ESTATE OF JOHN ZINK, THE C
313 GENOA RD
ST AUGUSTINE, FL 32084-2939

Claim Number: 1659
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
Monthly pension for life

| PRIORITY | Claimed: | $432.61    UNLIQ |
|---|---|---|

---

ESTATE OF JOHN ZINK, THE
313 GENOA RD
ST AUGUSTINE, FL 32084-2939

Claim Number: 1660
Claim Date: 04/23/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
Health benefits

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

ENVIRONMENTAL CONSERVATION LAB
10775 CENTRAL PORT DR
ORLANDO, FL 32827

Claim Number: 1661
Claim Date: 04/23/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $870.00 | Scheduled: | $870.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ENVIRONMENTAL CONSERVATION LAB | Claim Number: 1662 |
| 10775 CENTRAL PORT DR | Claim Date: 04/23/2009 |
| ORLANDO, FL 32827 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| UNSECURED | Claimed: | $44.94 | Scheduled: | $44.94 |

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1663 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1664 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

---

| GARY, KELLY | Claim Number: 1665 |
| 15520 CARS MILL ROAD | Claim Date: 04/23/2009 |
| WOODBINE, MD 21797 | Debtor: HOY, LLC |
| | Comments: EXPUNGED |
| | DOCKET: 8523 (03/30/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1666 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

---

| UNITED STATES DEBT RECOVERY III LP | Claim Number: 1667 |
| TRANSFEROR: CNI CORPORATION | Claim Date: 04/23/2009 |
| 940 SOUTHWOOD BLVD, SUITE 101 | Debtor: TRIBUNE PUBLISHING COMPANY |
| INCLINE VILLAGE, NV 89451 | Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $15,167.50 | Scheduled: | $65,319.50 |

---

| UNITED STATES DEBT RECOVERY III LP | Claim Number: 1668 |
| TRANSFEROR: CNI CORPORATION | Claim Date: 04/23/2009 |
| 940 SOUTHWOOD BLVD, SUITE 101 | Debtor: TRIBUNE PUBLISHING COMPANY |
| INCLINE VILLAGE, NV 89451 | Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $9,070.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CNI CORPORATION<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1669<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,860.00 | | |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CNI CORPORATION<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1670<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CNI CORPORATION<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1671<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,445.00 | | |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CNI CORPORATION<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1672<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 12941 (12/31/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,445.00 | Scheduled: | $1,800.00 |

| OLSEN, BRIAN G<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | Claim Number: 1673<br>Claim Date: 04/23/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $73.52 |

| MOEBIUS, LINDA<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | Claim Number: 1674<br>Claim Date: 04/23/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $0.75 |

| OUEDRAOGO, FELIX W<br>2 E 39TH STREET<br>BALTIMORE, MD 21218 | Claim Number: 1675<br>Claim Date: 04/23/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $110.25 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SINGH, SATNAM<br>P.O. BOX 305<br>LA PUENTE, CA 91747 | | Claim Number: 1676<br>Claim Date: 04/23/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 12685 (11/06/2012) | | |
| UNSECURED | Claimed: | $1,222.32 | | |

---

| | | | | |
|---|---|---|---|---|
| SOLO PRINTING INC<br>7860 NW 66TH ST<br>MIAMI, FL 33166 | | Claim Number: 1677<br>Claim Date: 04/23/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $9,376.13 | Scheduled: | $9,376.13 |

---

| | | | | |
|---|---|---|---|---|
| SHOPLOCAL<br>225 N MICHIGAN AVE<br>SUITE 1600<br>CHICAGO, IL 60601 | | Claim Number: 1678<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| UNSECURED | Claimed: | $20,950.00 | | |

---

| | | | | |
|---|---|---|---|---|
| AMERENIP - A/K/A ILLINOIS POWER COMPANY<br>ATTN: COLLECTIONS A-10<br>PO BOX 2543<br>DECATUR, IL 62525 | | Claim Number: 1679<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $1,197.69 | | |

---

| | | | | |
|---|---|---|---|---|
| SPANLINK<br>605 N. HWY 169,<br>STE 900<br>MINNEAPOLIS, MN 55441 | | Claim Number: 1680<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $4,550.00 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1681<br>Claim Date: 04/23/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,241.50 | Scheduled: | $1,241.50 |

---

| | | | | |
|---|---|---|---|---|
| SCHOLL, NANCY A<br>14736 N SOUTH SHORE DRIVE<br>EFFINGHAM, IL 62401 | | Claim Number: 1682<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $64,050.00 | Scheduled: | $64,050.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TIMES PICAYUNE PUBLISHER<br>PO BOX 54714<br>NEW ORLEANS, LA 70154 | | Claim Number: 1683<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | |
| UNSECURED | Claimed: | $1,620.38 | Scheduled: | $1,620.38 |
| FORDIN, FLO<br>101 LINCOLN AVE APT 2H<br>MINEOLA, NY 11501-2863 | | Claim Number: 1684<br>Claim Date: 04/23/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $15.39 | Scheduled: | $15.39 |
| BEST, WARREN<br>1118 ADAMS ST<br>WAUCONDA, IL 60084 | | Claim Number: 1685<br>Claim Date: 04/23/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| SECURED<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $35.20 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CUSTOMER ACTIVATION PROGRAMS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1686<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $2,877.00 | Scheduled: | $2,877.00 |
| ASCAP - BROADCAST LICENSING<br>1 LINCOLN PLAZA<br>NEW YORK, NY 10023 | | Claim Number: 1687<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $91,704.62 | Scheduled: | $91,704.62 |
| PRINT DYNAMICS INC<br>1721 N FEDERAL HWY<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 1688<br>Claim Date: 04/27/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,739.00 | Scheduled: | $3,739.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GALAXY 1 COMMUNICATIONS LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1689<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,355.53 | Scheduled: | $5,355.53 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COPYNET OFFICE SOLUTIONS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1690<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $3,436.86 | Scheduled: | $2,929.37 |
| BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | | Claim Number: 1691<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| PRIORITY | Claimed: | $3,334.62 | | |
| UNSECURED | | | Scheduled: | $3,334.62 |
| LIBRE DIGITAL INC<br>1835 B KRAMER LN    NO.150<br>AUSTIN, TX 78758 | | Claim Number: 1692<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $564.52 | | |
| UNSECURED | Claimed: | $2,562.99 | Scheduled: | $3,064.52 |
| ASM SIP, L.P.<br>TRANSFEROR: CLIFFORD, FRANK W<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1693<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $9,050.00 | | |
| UNSECURED | | | Scheduled: | $9,050.00 |
| HAND HELD PRODUCTS INC<br>700 VISIONS DR<br>SKANEATELOS FALLS, NY 13153 | | Claim Number: 1694<br>Claim Date: 04/27/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |
| UNSECURED | Claimed: | $516.42 | Scheduled: | $516.42 |
| CABLE AUDIT ASSOCIATES<br>5340 S QUEBEC ST<br>STE 100<br>GREENWOOD VILLAGE, CO 80111-1920 | | Claim Number: 1695<br>Claim Date: 04/27/2009<br>Debtor: TOWER DISTRIBUTION COMPANY | | |
| UNSECURED | Claimed: | $555.11 | Scheduled: | $555.11 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: INSTADIUM INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 1696<br>Claim Date: 04/27/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $5,357.00 | Scheduled: | $5,357.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: INSTADIUM INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 1697
Claim Date: 04/27/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $15,000.00 | Scheduled: | $15,000.00 |
|---|---|---|---|---|

YOUNG, SOMMER, WARD, RITZENBERG, BAKER
& MOORE LLC
5 PALISADES DRIVE, SUITE 300
ALBANY, NY 12205

Claim Number: 1698
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,307.00 | | |
|---|---|---|---|---|

WOLPER SUBSCRIPTION SERVICES
360 NORTHAMPTON ST
EASTON, PA 18042

Claim Number: 1699
Claim Date: 04/27/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $138.67 | Scheduled: | $138.67 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: NORMAN HECHT RESEARCH INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1700
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $3,219.19 | Scheduled: | $3,219.19 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: NORMAN HECHT RESEARCH INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1701
Claim Date: 04/27/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $2,626.18 | Scheduled: | $2,626.18 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: NORMAN HECHT RESEARCH INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1702
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $2,626.18 | Scheduled: | $2,626.18 |
|---|---|---|---|---|

CORPORATE EXPRESS
PO BOX 840181
DALLAS, TX 75284-0181

Claim Number: 1703
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BOWINGS, ROBERT L.<br>2806 SUMMIT AVE<br>BALTIMORE, MD 21234 | Claim Number: 1704<br>Claim Date: 04/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $150,314.86 | Scheduled: | $150,314.86  UNLIQ |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: STRUCTURAL PRESERVATION SYS.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1705<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010)<br>Amends claim number 936 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $11,350.00 | Scheduled: | $11,350.00 |
|---|---|---|---|---|

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON        STE 652<br>HOUSTON, TX 77002 | Claim Number: 1706<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $35,200.63    UNLIQ | | |
|---|---|---|---|---|

| MARIMAN, ANDREW<br>422 WASHINGTON STREET<br>KLAMATH FALLS, OR 97601 | Claim Number: 1707<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $399.95 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $399.95 | Scheduled: | $399.95 |
| TOTAL | Claimed: | $399.95 | | |

| BURKE, MICHAEL P.<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | Claim Number: 1708<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $3,334.62 | | |
|---|---|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: NEON ELECTRIC CORPORATION<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1709<br>Claim Date: 04/27/2009<br>Debtor: KIAH INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $17,125.15 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $17,125.15 |

| WILLET, J MAC<br>3528 HABERSHAM AT NORTHLAKE<br>TUCKER, GA 30084 | Claim Number: 1710<br>Claim Date: 04/27/2009<br>Debtor: WATL, LLC | | |
|---|---|---|---|

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| 615 MUSIC PRODUCTIONS INC<br>1030 16TH AVENUE S<br>NASHVILLE, TN 37212 | | Claim Number: 1711<br>Claim Date: 04/27/2009<br>Debtor: KIAH INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $740.22 | Scheduled: | $740.22 |

| | | | | |
|---|---|---|---|---|
| CROSSINGS ON ENTERPRISE, LLC, THE<br>C/O PETER N. HILL, ESQ.<br>1851 W. COLONIAL DRIVE<br>ORLANDO, FL 32804 | | Claim Number: 1712<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,188.64 | | |

| | | | | |
|---|---|---|---|---|
| TLM & ASSOCIATES INC<br>1601 BELLROSE DR N<br>CLEARWATER, FL 33756 | | Claim Number: 1713<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,430.59 | Scheduled: | $144.66 |

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: LONGACRE OPP OFSHORE FUND,<br>LTD. AS ASSIG. OF HTN COMMUNICATIONS,LCC<br>ATN: D.LEINWAND, 399 PARK AVENUE, 6TH FL<br>NEW YORK, NY 10022 | | Claim Number: 1714<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,921.00 | Scheduled: | $18,921.00 |

| | | | | |
|---|---|---|---|---|
| WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JOHN W. COSTELLO<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 1715<br>Claim Date: 04/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,935.80 | | |

| | | | | |
|---|---|---|---|---|
| WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JOHN W. COSTELLO<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 1716<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,815.71 | | |

| | | | | |
|---|---|---|---|---|
| DU TREIL LUNDIN & RACKLEY INC<br>201 FLETCHER AVE<br>SARASOTA, FL 34237-6019 | | Claim Number: 1717<br>Claim Date: 04/27/2009<br>Debtor: WDCW BROADCASTING, INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,534.32 | Scheduled: | $3,534.32 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DU TREIL LUNDIN & RACKLEY INC
201 FLETCHER AVE
SARASOTA, FL 34237-6019

Claim Number: 1718
Claim Date: 04/27/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

DU TREIL LUNDIN & RACKLEY INC
201 FLETCHER AVE
SARASOTA, FL 34237-6019

Claim Number: 1719
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |

---

DU TREIL LUNDIN & RACKLEY INC
201 FLETCHER AVE
SARASOTA, FL 34237-6019

Claim Number: 1720
Claim Date: 04/27/2009
Debtor: CHANNEL 39, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |

---

DU TREIL LUNDIN & RACKLEY INC
201 FLETCHER AVE
SARASOTA, FL 34237-6019

Claim Number: 1721
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,769.65 | Scheduled: | $6,769.65 |

---

GENERAL PERSONNEL OF ORLANDO
PO BOX 863454
ORLANDO, FL 32886-3454

Claim Number: 1722
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78.60 | Scheduled: | $78.60 |

---

GENERAL PERSONNEL OF ORLANDO
PO BOX 863454
ORLANDO, FL 32886-3454

Claim Number: 1723
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $78.60 |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: APPLICANT INSIGHT LIMITED IN
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1724
Claim Date: 04/27/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53.50 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1725<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |
|---|---|

| UNSECURED | Claimed: | $1,695.54 | Scheduled: | $1,755.34 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1726<br>Claim Date: 04/27/2009<br>Debtor: KSWB INC. |
|---|---|

| UNSECURED | Claimed: | $9.00 | Scheduled: | $63.00 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1727<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $829.80 | Scheduled: | $198.80 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1728<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,725.30 | Scheduled: | $3,745.05 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1729<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,828.25 | Scheduled: | $5,309.28 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1730<br>Claim Date: 04/27/2009<br>Debtor: KIAH INC. |
|---|---|

| UNSECURED | Claimed: | $322.00 | Scheduled: | $424.50 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1731<br>Claim Date: 04/27/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $505.40 | Scheduled: | $933.12 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1732
Claim Date: 04/27/2009
Debtor: CHANNEL 39, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.60 | Scheduled: | $104.50 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1733
Claim Date: 04/27/2009
Debtor: FORUM PUBLISHING GROUP, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180.00 | Scheduled: | $658.50 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1734
Claim Date: 04/27/2009
Debtor: THE DAILY PRESS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $493.10 | Scheduled: | $567.10 |

---

PORTLAND GENERAL ELECTRIC CO
7800 SW MOHAWK STREET
TUALATIN, OR 97062

Claim Number: 1735
Claim Date: 04/27/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,152.08 | | |
| UNSECURED | Claimed: | $13,152.08 | | |
| TOTAL | Claimed: | $13,152.08 | | |

---

PORTLAND GENERAL ELECTRIC - PGE
7800 SW MOHAWK STREET
TUALATIN, OR 97062

Claim Number: 1736
Claim Date: 04/27/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,155.17 | | |
| UNSECURED | Claimed: | $11,155.17 | Scheduled: | $20,811.07 |
| TOTAL | Claimed: | $11,155.17 | | |

---

PORTLAND GENERAL ELECTRIC CO
7800 SW MOHAWK STREET
TUALATIN, OR 97062

Claim Number: 1737
Claim Date: 04/27/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,337.07 | | |
| UNSECURED | Claimed: | $3,337.07 | | |
| TOTAL | Claimed: | $3,337.07 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| COMPUTER SCIENCES CORP INFO SYS LLC<br>PO BOX 8500-S-4610<br>LOCKBOX 4610<br>PHILADELPHIA, PA 19178-4610 | | Claim Number: 1738<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
| UNSECURED | Claimed: | $138.91 | Scheduled: | $138.91 | |
| COMPUTER SCIENCES CORP INFO SYS LLC<br>PO BOX 8500-S-4610<br>LOCKBOX 4610<br>PHILADELPHIA, PA 19178-4610 | | Claim Number: 1739<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC. | | | |
| UNSECURED | Claimed: | $192.02 | Scheduled: | $192.02 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MODERN MEDIA INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1740<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $2,850.00 | Scheduled: | $2,850.00 | |
| MODERN MEDIA INC<br>2432 IRON MOUNTAIN DRIVE<br>PARK CITY, UT 84060 | | Claim Number: 1741<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | |
| UNCLAIMED PROPERTY DIVISION MICHIGAN<br>DEPARTMENT OF TREASURY<br>P.O. BOX 30756<br>LANSING, MI 48909 | | Claim Number: 1742<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |
| UNCLAIMED PROPERTY DIVISION MICHIGAN<br>DEPARTMENT OF TREASURY<br>P.O. BOX 30756<br>LANSING, MI 48909 | | Claim Number: 1743<br>Claim Date: 04/27/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |
| UNCLAIMED PROPERTY DIVISION MICHIGAN<br>DEPARTMENT OF TREASURY<br>P.O. BOX 30756<br>LANSING, MI 48909 | | Claim Number: 1744<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1745 Claim Date: 04/27/2009 Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1746 Claim Date: 04/27/2009 Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1747 Claim Date: 04/27/2009 Debtor: THE MORNING CALL, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1748 Claim Date: 04/27/2009 Debtor: TOWER DISTRIBUTION COMPANY |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1749 Claim Date: 04/27/2009 Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1750 Claim Date: 04/27/2009 Debtor: TRIBUNE MEDIA SERVICES, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1751 Claim Date: 04/27/2009 Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1752 Claim Date: 04/27/2009 Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1753 Claim Date: 04/27/2009 Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION MICHIGAN DEPARTMENT OF TREASURY P.O. BOX 30756 LANSING, MI 48909 | Claim Number: 1754 Claim Date: 04/27/2009 Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | Claim Number: 1755 Claim Date: 04/27/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $146,233.64 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR FINISHING CO - ASSIGNOR 2699 WHITE ROAD #255 IRVINE, CA 92614 | Claim Number: 1756 Claim Date: 04/27/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $3,251.73 | Scheduled: | $3,251.73 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNMENT ATT-IN-FACT FOR MOELLER PRINTING CO - AS ASSIGNOR; 2699 WHITE ROAD #255 IRVINE, CA 92614 | Claim Number: 1757 Claim Date: 04/27/2009 Debtor: TRIBUNE TELEVISION COMPANY Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $939.19 | Scheduled: | $939.19 |
|---|---|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1758 Claim Date:  /  / Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRC MASTER FUND LLC<br>TRANSFEROR: TROPICAL LANDSCAPING MAINT.<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 1759<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $15,245.00 | Scheduled: | $6,894.62 |

| ENOS, RANDALL<br>402 N PARK AVE<br>EASTON, CT 06612 | Claim Number: 1760<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) |

| ADMINISTRATIVE | Claimed: | $500.00 | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| TOTAL | Claimed: | $500.00 | | |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RIVERFRONT TIMES LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1761<br>Claim Date: 04/27/2009<br>Debtor: KPLR, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |

| UNSECURED | Claimed: | $9,000.00 | Scheduled: | $7,500.00 |

| ASSOCIATED LIBRARY SERVICE<br>500 N MICHIGAN AVE STE 300<br>CHICAGO, IL 60611-3775 | Claim Number: 1762<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GBR SYSTEMS CORP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1763<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| UNSECURED | Claimed: | $1,571.51 | Scheduled: | $1,571.51 |

| UNIVERSITY OF ILLINOIS<br>162 HENRY ADMINISTRATION BUILDING<br>506 SOUTH WRIGHT STREET<br>URBANA, IL 61801 | Claim Number: 1764<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |

| UNSECURED | Claimed: | $163.79 | Scheduled: | $100.00 |

| BRADEN BUSINESS SYSTEMS<br>9430 PRIORITY WAY WEST<br>INDIANAPOLIS, IN 46240 | Claim Number: 1765<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $435.68 | Scheduled: | $1,030.93 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MIURA BOILER<br>1945 S. MYRTLE AVE<br>ATTN: HECTOR LECEA<br>MONROVIA, CA 91016-4854 | Claim Number: 1766<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,937.30 | Scheduled: | $3,937.25 |
|---|---|---|---|---|

| COSTELLO, DANIEL J<br>2060 CONTINENTAL AVE<br>APT 3<br>BRONX, NY 10461 | Claim Number: 1767<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $17,260.00 | | |
|---|---|---|---|---|

| YURKO, ELEANOR<br>910 ROSEWOOD AVE SE<br>GRAND RAPIDS, MI 49506-3362 | Claim Number: 1768<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $28.00 | Scheduled: | $28.00 |
|---|---|---|---|---|

| SMALL, DIANNE<br>1101 NW 3RD AVE<br>BOCA RATON, FL 33432 | Claim Number: 1769<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $12.50 | Scheduled: | $12.50 |
|---|---|---|---|---|

| CRESPI, MARILYN<br>670 LUTHER LN<br>NAZARETH, PA 18064-8874 | Claim Number: 1770<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00  UNLIQ | | |
|---|---|---|---|---|

| CLERK OF THE CIRCUIT COURT OF COOK<br>COUNTY<br>RICHARD DALEY CENTER<br>ROOM 1001<br>CHICAGO, IL 60602 | Claim Number: 1771<br>Claim Date: 04/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| DONS GROUP ATTIRE<br>5216 1ST AVE SOUTH<br>SEATTLE, WA 98108 | Claim Number: 1772<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $659.48 | Scheduled: | $659.48 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BROADCAST TOWER SERVICES<br>2353 NW 21ST AVE<br>PORTLAND, OR 97209-1809 | | Claim Number: 1773<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | |
| UNSECURED | Claimed: | $8,692.00 | Scheduled: | $8,692.00 |

---

| | | | | |
|---|---|---|---|---|
| MECHANICAL DRIVES & BELTING<br>PO BOX 511358<br>LOS ANGELES, CA 90051-7913 | | Claim Number: 1774<br>Claim Date: 04/27/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |
| UNSECURED | Claimed: | $1,009.81 | Scheduled: | $1,009.81 |

---

| | | | | |
|---|---|---|---|---|
| MPI FASTECH LLC<br>1561 BRADFORD RD  STE 101<br>VIRGINIA BEACH, VA 23455 | | Claim Number: 1775<br>Claim Date: 04/27/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $524.10 | Scheduled: | $524.10 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: EDENS EXPRESS INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1776<br>Claim Date: 04/27/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $86.91 | Scheduled: | $115.82 |

---

| | | | | |
|---|---|---|---|---|
| GOTTSMAN, EDWARD<br>235 EAST 22ND STREET,APARTMENT 3A<br>NEW YORK, NY 10010 | | Claim Number: 1777<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $181,031.90 | | |
| UNSECURED | | | Scheduled: | $181,031.90 |

---

| | | | | |
|---|---|---|---|---|
| MARCHINI, SUSAN<br>3194 SHENANDOAH LN<br>WOODSTOCK, IL 60098-7617 | | Claim Number: 1778<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $12.43 | | |
| UNSECURED | | | Scheduled: | $12.43 |

---

| | | | | |
|---|---|---|---|---|
| HOFFMAN SOUTHWEST CORP<br>ROTO ROOTER PLUMBING & SERVICE<br>8930 CENTER AVE<br>RANCHO CUCAMONGA, CA 91730 | | Claim Number: 1779<br>Claim Date: 04/27/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | |
| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| VIDEO MONITORING SERVICES OF AMERICA LP<br>PO BOX 34618<br>NEWARK, NJ 07189-4618 | | Claim Number: 1780<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $514.75 | Scheduled: | $351.75 |
| BAX, DAVID<br>11420 KILLION ST APT 4<br>N HOLLYWOOD, CA 91601-2649 | | Claim Number: 1781<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $280.65 | Scheduled: | $280.65 |
| M&M PRODUCTION DESIGN INC<br>5915 W RACE AVE<br>CHICAGO, IL 60644-1463 | | Claim Number: 1782<br>Claim Date: 04/27/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $56.45 | Scheduled: | $56.45 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: LEVY REALTY ADVISORS, INC<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 1783<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10317 (11/29/2011) | | |
| UNSECURED | Claimed: | $38,075.14 | | |
| NEW ORLEANS HORNETS NBA LP<br>1250 POYDRAS   19TH FLR<br>NEW ORLEANS, LA 70113 | | Claim Number: 1784<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| UNSECURED | Claimed: | $20,377.25 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RAINBOW ELECTRIC COMPANY INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1785<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $3,461.77 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 1786<br>Claim Date: 04/27/2009<br>Debtor: WDCW BROADCASTING, INC. | | |
| UNSECURED | Claimed: | $1,141.50 | Scheduled: | $1,141.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GURNEY, DOROTHY<br>1200 HAWTHORNE LN<br>HINSDALE, IL 60521 | Claim Number: 1787<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $18.75 | Scheduled: | $18.75 |
|---|---|---|---|---|

| AMIDON GRAPHICS<br>1966 BENSON AVE<br>ST PAUL, MN 55116 | Claim Number: 1788<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,862.41 | Scheduled: | $2,862.41 |
|---|---|---|---|---|

| PROSOFT CYBERWORLD GROUP<br>2001 BUTTERFIELD ROAD #305<br>DOWNERS GROVE, IL 60515 | Claim Number: 1789<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $32,560.00 | | |
|---|---|---|---|---|

| MOORE, DARRYL<br>155 EAST GREENWICH ST.<br>APT 314<br>HEMPSTEAD, NY 11550 | Claim Number: 1790<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,084.61 |
|---|---|---|
| PRIORITY | Claimed: | $5,084.61 |
| TOTAL | Claimed: | $5,084.61 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: BANKRATE INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1791<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,893.55 | Scheduled: | $2,893.55 |
|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: CLASSIC LITHO & DESIGN<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1792<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,815.47 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,815.47 |

| CHOU, SAM<br>1420 LIME AV<br>LONG BEACH, CA 90813 | Claim Number: 1793<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $171.00 | Scheduled: | $171.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SMITH, PHILIP L
7837 CAMP RD
PASADENA, MD 21122

Claim Number: 1794
Claim Date: 04/27/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $743.34   UNLIQ | | |
|---|---|---|---|---|

---

REY & REY PRODUCE INC - MANUEL AND
ELIZABETH REYNOSO, H&W, JT,
POBOX 21304
LOS ANGELES, CA 90021

Claim Number: 1795
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 12685 (11/06/2012)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,560.00 | Scheduled: | $22,560.00  UNLIQ |

---

ANDREW & JENNIFER FAGGIO/CITY OF NEW
HAVEN/C/O JACOBS GRUDBERG BELT ET AL
EDWARD J MCMANUS
350 ORANGE ST
NEW HAVEN, CT 06503

Claim Number: 1796
Claim Date: 04/27/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $20,000,000.00   UNLIQ | |
|---|---|---|---|

---

UMBARGER, TODD
124 CANDLEWOOD MOUNTAIN RD
NEW MILFORD, CT 06776-5810

Claim Number: 1797
Claim Date: 04/27/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $200.00 |
|---|---|---|
| UNSECURED | | |

---

I ROAM MOBILE SOLUTIONS INC
3333 IRIS AVE      STE 204
BOULDER, CO 80301

Claim Number: 1798
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $5,007.42 | Scheduled: | $5,007.42 |
|---|---|---|---|---|

---

SAYLOR, BRIAN
2 EISENHOWER CIR
WHITEHALL, PA 18052

Claim Number: 1799
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $39.06 | Scheduled: | $39.06 |
|---|---|---|---|---|

---

FELSHER, JOHN N
5724 LOTT RD
EIGHT MILE, AL 36613-9197

Claim Number: 1800
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $150.00 |
|---|---|---|
| UNSECURED | Claimed: | $150.00 |
| TOTAL | Claimed: | $150.00 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| THOMAS, MARK F.<br>301 DOVER CIRCLE<br>PALATINE, IL 60067 | | Claim Number: 1801<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 12685 (11/06/2012) | | |
| UNSECURED | Claimed: | $3,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| REBATH<br>2451 VAN OMMEN DR STE B<br>HOLLAND, MI 49424-8316 | | Claim Number: 1802<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,079.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MUDLAKE SERVICE<br>12 MUDLAKE RD<br>ARGYLE, NY 12809 | | Claim Number: 1803<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $264.40 | Scheduled: | $528.80 |

---

| | | | | |
|---|---|---|---|---|
| FREEDOM OF EXPRESSION FOUNDATN<br>171B CLAREMONT AVENUE<br>LONG BEACH, CA 90803 | | Claim Number: 1804<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

---

| | | | | |
|---|---|---|---|---|
| BRAWN MECHANICAL CORP<br>PO BOX 1746<br>CLACKAMAS, OR 97015 | | Claim Number: 1805<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $220.32 | Scheduled: | $220.32 |

---

| | | | | |
|---|---|---|---|---|
| TEL A CAR OF NY LLC<br>30-55 VERNON BLVD<br>LONG ISLAND CITY, NY 11102 | | Claim Number: 1806<br>Claim Date: 04/27/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $403.69 | | |

---

| | | | | |
|---|---|---|---|---|
| CALIPER HUMAN STRATEGIES INC<br>506 CARNEGIE CENTER    STE 300<br>PRINCETON, NJ 08543-2050 | | Claim Number: 1807<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $295.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YELLOW PAGES ASSOCIATION
PO BOX 95000 1610
PHILADELPHIA, PA 19195-1610

Claim Number: 1808
Claim Date: 04/27/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $100.00 | | |
| UNSECURED | Claimed: | $3,632.58 | Scheduled: | $22.58 |

---

COOK, MICHAEL LEE
418 E WILLIAMS AVE
SALT LAKE CTY, UT 84111-4326

Claim Number: 1809
Claim Date: 04/27/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $56.45 |

---

FREIMAN, JOSEPH
1 POMONA WEST APT 1
PIKESVILLE, MD 21208-3443

Claim Number: 1810
Claim Date: 04/27/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 5083 (07/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24.86 | | |
| SECURED | Claimed: | $24.86 | | |
| UNSECURED | | | Scheduled: | $24.86 |
| TOTAL | Claimed: | $24.86 | | |

---

HORWITH TRUCKS INC
PO BOX 7 RT 329
NORTHAMPTON, PA 67431

Claim Number: 1811
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

---

SAYLOR, BRIAN
2 EISENHOWER DR
WHITEHALL, PA 18052

Claim Number: 1812
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $205.04 | Scheduled: | $205.04  UNLIQ |

---

MYSTIC AIR QUALITY CONSULTANTS INC
1204 NORTH RD
GROTON, CT 06340

Claim Number: 1813
Claim Date: 04/27/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $690.00 | Scheduled: | $690.00 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1814
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $611.75 | Scheduled: | $611.75 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1815<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,091.30 | Scheduled: | $1,394.20 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: BROADCAST SUPPLY WORLDWIDE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1816<br>Claim Date: 04/27/2009<br>Debtor: CHANNEL 39, INC. | | |
| UNSECURED | Claimed: | $4,103.61 | Scheduled: | $4,103.61 |
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: LAKESHORE WASTE SERVICES LLC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1817<br>Claim Date: 04/27/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $242.05 | Scheduled: | $242.05 |
| ROONEY, ELIZABETH<br>1265 W FLORNOY ST    UNIT A<br>CHICAGO, IL 60607 | | Claim Number: 1818<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| ADMINISTRATIVE | Claimed: | $200.00 | | |
| UNSECURED | | | Scheduled: | $200.00 |
| LOPEZ, M<br>4955 SOUTHRIDGE AV<br>MONTEBELLO, CA 90043 | | Claim Number: 1819<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $5.85 |
| JANUS, KENNETH C<br>924 S COURTLAND AVE<br>PARK RIDGE, IL 60068 | | Claim Number: 1820<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for $285/month for life | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BITTERMAN, PINCAS<br>9531 AVERS AVE<br>SKOKIE, IL 60203 | | Claim Number: 1821<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $121.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HESS, CHARLES
859 S MURFIELD RD
LOS ANGELES, CA 90005

Claim Number: 1822
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: VIAMEDIA LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1823
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,986.06 | Scheduled: | $5,002.00 |

SIGN A RAMA
5307 NOB HILL RD
SUNRISE, FL 33351

Claim Number: 1824
Claim Date: 04/27/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $517.28 | | |
| UNSECURED | Claimed: | $29.68 | Scheduled: | $517.28 |

BROWN, JEROLENE
3054 JOLLY POND ROAD
WILLIAMSBURG, VA 23188

Claim Number: 1825
Claim Date: 04/27/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,091.62 | Scheduled: | $4,091.62 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: M AND M INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1826
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |

STANLEY PEST CONTROL
5241 W JEFFERSON BLVD
LOS ANGELES, CA 90016

Claim Number: 1827
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10.16 | Scheduled: | $10.16 |

TRI-CITY LINEN SUPPLY
PO BOX 60430
LOS ANGELES, CA 90060

Claim Number: 1828
Claim Date: 04/27/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $155.09 | | |
| UNSECURED | Claimed: | $38.67 | Scheduled: | $159.06 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

THE SAVO GROUP, LTD
155 N WACKER DR STE 1000
CHICAGO, IL 60606-1731

Claim Number: 1829
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,062.50 | | |

---

AIR COMFORT CORP
2550 BRAGA DRIVE
BROADVIEW, IL 60155

Claim Number: 1830
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,105.09 | Scheduled: | $1,295.09 |

---

GONZALEZ, RICARDO
6450 S NEW ENGLAND
CHICAGO, IL 60638

Claim Number: 1831
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $483.43 | | |

---

MCNAMARA, CHRISTOPHER PAUL
4221 LINDEN AVE
WESTERN SPRGS, IL 60558-1256

Claim Number: 1832
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | | |
| UNSECURED | | | Scheduled: | $300.00 |

---

VALLEJO, MARIA
6808 HASTINGS ST.
METAIRIE, LA 70003

Claim Number: 1833
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,036.38 | Scheduled: | $1,036.38  UNLIQ |

---

TOLL ROADS, THE
PO BOX 50310
IRVINE, CA 926190310

Claim Number: 1834
Claim Date: 04/27/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $199.75 | | |
| UNSECURED | Claimed: | $199.75 | Scheduled: | $199.75 |
| TOTAL | Claimed: | $199.75 | | |

---

SIRICA, JOHN
188 WOODBINE AVENUE
NORTHPORT, NY 11768

Claim Number: 1835
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,950.00 | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BOAS, SHERRY<br>19546 BAMBOO BEND<br>GROVELAND, FL 34736 | | Claim Number: 1836<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $125.00 | | |
| PRIORITY | Claimed: | $125.00 | | |
| UNSECURED | | | | |
| TOTAL | Claimed: | $125.00 | | |

---

| CARLSON, CARL<br>1862 PAROS CIR<br>COSTA MESA, CA 92626 | | Claim Number: 1837<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42.00 | Scheduled: | $42.00 |

---

| PENNINGTON, RICHARD<br>226 PEACHTREE ST SW<br>ATLANTA, GA 30303-3749 | | Claim Number: 1838<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $187.00 | | |
| UNSECURED | | | Scheduled: | $187.00 |

---

| MATOSEVIC, TIHOMIR<br>3 VALLEY RD<br>STAMFORD, CT 06902 | | Claim Number: 1839<br>Claim Date: 04/27/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $737.76 | Scheduled: | $737.76 |

---

| PROSPERI, CHRISTOPHER<br>P.O. BOX 1152<br>SIMSBURY, CT 06070 | | Claim Number: 1840<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $120.00 | | |

---

| MATOSEVIC, TIHOMIR<br>3 VALLEY RD<br>STAMFORD, CT 06902 | | Claim Number: 1841<br>Claim Date: 04/27/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $197.76 | Scheduled: | $197.76 |

---

| RYAN, CYNTHIA<br>1856 GLENDMERE DRIVE<br>BIRMINGHAM, AL 35216 | | Claim Number: 1842<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $300.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: RADIO HANOVER
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1843
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $977.50 | | $977.50 |

---

SCAN COMMUNICATIONS GROUP
W222 N625 CHEANEY DR
WAUKESHA, WI 53186

Claim Number: 1844
Claim Date: 04/27/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3187 (01/25/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $5,970.00 | | $14,236.00 |

---

EVANS, DALLAS
50 W FOOTHILL BLVD
ARCADIA, CA 91006

Claim Number: 1845
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $59.09 | | $59.09 |

---

GOERL, MR. CONRAD
215 PINE SHADOWS DR
HOUSTON, TX 77056-1316

Claim Number: 1846
Claim Date: 04/27/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $82.79 | | $82.79 |

---

JENNIFER FAGGIO, CONSERVATOR OF
ANDREW FAGGIO AND JENNIFER FAGGIO
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
EDWARD J. MCMANUS, 350 ORANGE ST
NEW HAVEN, CT 06503

Claim Number: 1847
Claim Date: 04/27/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $20,000,000.00   UNLIQ |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: EMBROIDERY EXPRESS LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1848
Claim Date: 04/27/2009
Debtor: WDCW BROADCASTING, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | | $1,367.40 | | $1,367.40 |

---

GRAPHICS 2000 INC
7530 S MADISON ST STE 3
WILLOWBROOK, IL 60527-8435

Claim Number: 1849
Claim Date: 04/27/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | | $667.84 | | $667.84 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WILLIAMS, IDA M
10504 E. ZAMORA AVE.
LOS ANGELES, CA 90002

Claim Number: 1850
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $408.86 | | |

---

HERITAGE VENTURES, LLC
258 CITY VIEW AVE
WEST SPRINGFIELD, MA 01089

Claim Number: 1851
Claim Date: 04/27/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,265.00 | | $800.00 |

---

TRIFLI INCORPORATED
C/O COPE MANAGEMENT
8846 AZUL DRIVE
WEST HILLS, CA 91304

Claim Number: 1852
Claim Date: 04/27/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $338.71 | | |
| UNSECURED | | | | $338.71 |

---

TRIFLI INCORPORATED
C/O COPE MANAGEMENT
8846 AZUL DRIVE
WEST HILLS, CA 91304

Claim Number: 1853
Claim Date: 04/27/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $225.81 | | |
| UNSECURED | | | | $225.81 |

---

BARBIZON LIGHT OF THE ROCKIES
8269 E 23RD AVE  SUITE 111
DENVER, CO 80238

Claim Number: 1854
Claim Date: 04/27/2009
Debtor: KSWB INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,385.11 | | $2,385.11 |

---

DAVIS, CASTER
4605 BALBOA DR
ORLANDO, FL 32828

Claim Number: 1855
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $164.12 | | $164.12 |

---

GREY, MICHAELA
425 W 24TH ST APT 1F
NEW YORK, NY 10011-1219

Claim Number: 1856
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $1,680.00 |
| SECURED | Claimed: | $480.00 |
| UNSECURED | Claimed: | $1,680.00 |
| TOTAL | Claimed: | $2,160.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CP COMMUNICATIONS
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1857
Claim Date: 04/27/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $1,450.93 | | |
| | | | Scheduled: | $1,459.60 |

---

BAKERY EXPRESS MID-ATLANTIC
4711 HOLLINS FERRY ROAD SUITE 100
BALTIMORE, MD 21227

Claim Number: 1858
Claim Date: 04/27/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $1,376.02 | Scheduled: | $1,376.02 |
|---|---|---|---|---|

---

FREY, VINCENT
891 N LACROSSE ST
ALLENTOWN, PA 18109-1953

Claim Number: 1859
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim out of balance

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| PRIORITY | Claimed: | $1,183.86 |
| SECURED | Claimed: | $1,183.86 |
| TOTAL | Claimed: | $1,183.86 |

---

ANDREW & JENNIFER FAGGIO/CITY OF NEW
HAVEN/C/O JACOBS GRUDBERG BELT ET AL
EDWARD J MCMANUS
350 ORANGE ST
NEW HAVEN, CT 06503

Claim Number: 1860
Claim Date: 04/24/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $20,000,000.00   UNLIQ |
|---|---|---|

---

SHRINK TECH SYSTEMS LLC
1226 AMBASSADOR BLVD
SAINT LOUIS, MO 63132

Claim Number: 1861
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $194.32 | Scheduled: | $194.32 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CAC DIRECT MARKETING SERVICE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1862
Claim Date: 04/27/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $2,943.96 | | |
| | | | Scheduled: | $2,943.96 |

---

APPLIED LUBRICATION TECH
12 FRENCH DRIVE RR5
ORANGEVILLE, ON L9W 2Z2
CANADA

Claim Number: 1863
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $80.81 | Scheduled: | $161.62  UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOHM, PETER
6345 BALBOA BLVD STE 222
ENCINO, CA 91316-1500

Claim Number: 1864
Claim Date: 04/27/2009
Debtor: KTLA INC.
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $185,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

BOHM, PETER
C/O WILLIAM KROPACH
6345 BALBOA BLVD #242
ENCINO, CA 91316

Claim Number: 1865
Claim Date: 04/27/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $185,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

EHRIG, DAVID A
PO BOX 66
MERTZTOWN, PA 19539-0066

Claim Number: 1866
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| ADMINISTRATIVE | Claimed: | $200.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 |

EHRIG, DAVE
P.O. BOX 66
MERTZTOWN, PA 19539

Claim Number: 1867
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

WALKER, GLORIA
420 LOGAN PL APT 13
NEWPORT NEWS, VA 23601

Claim Number: 1868
Claim Date: 04/27/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 5083 (07/19/2010)

| PRIORITY | Claimed: | $3.75 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $3.75 | Scheduled: | $3.75 |
| TOTAL | Claimed: | $3.75 | | |

WALKER, GLORIA
420 LOGAN PL APT 13
NEWPORT NEWS, VA 23601

Claim Number: 1869
Claim Date: 04/27/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 5083 (07/19/2010)

| PRIORITY | Claimed: | $6.18 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $6.18 | Scheduled: | $6.18 |
| TOTAL | Claimed: | $6.18 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| TRAX EXPRESS DELIVERIES<br>342 BARONNE ST<br>NEW ORLEANS, LA 70112 | | Claim Number: 1870<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $689.19 | Scheduled: | $689.19 |
| TRAX<br>342 BARONNE STREET<br>NEW ORLEANS, LA 70112-1627 | | Claim Number: 1871<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 UNLIQ |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1872<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $989.19 | | |
| FEICHTEL, GERALDINE<br>C/O THE ORLOSKI LAW FIRM<br>111 N. CEDAR CREST BOULEVARD<br>ALLENTOWN, PA 18104-4602 | | Claim Number: 1873<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
| PATINO, DAVID<br>C/O THE ORLOSKI LAW FIRM<br>111 N. CEDAR CREST BOULEVARD<br>ALLENTOWN, PA 18104-4602 | | Claim Number: 1874<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
| GALVAN, JEAN CARLO LOPEZ AND JASMINE<br>C/O THE ORLOSKI LAW FIRM<br>111 N. CEDAR CREST BOULEVARD<br>ALLENTOWN, PA 18104-4602 | | Claim Number: 1875<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
| KRAWCZYK, STEVE<br>C/O ROSS TYRRELL<br>111 W. WASHINGTON STREET, SUITE 1120<br>CHICAGO, IL 60602 | | Claim Number: 1876<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| KRAWCZYK, STEVE<br>C/O ROSS TYRRELL<br>111 W. WASHINGTON STREET, SUITE 1120<br>CHICAGO, IL 60602 | | Claim Number: 1877<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| KRAWCZYK, STEVE<br>C/O ROSS TYRRELL<br>111 W. WASHINGTON STREET, SUITE 1120<br>CHICAGO, IL 60602 | | Claim Number: 1878<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 12717 (11/13/2012)<br>06 WC 24152 | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| WALLACH, LINDA<br>6345 BALBOA BLVD STE 222<br>ENCINO, CA 91316-1500 | | Claim Number: 1879<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $360,000.00 | Scheduled: | $0.00  UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| WALLACH, LINDA<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | | Claim Number: 1880<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| UNSECURED | Claimed: | $360,000.00 | Scheduled: | $0.00  UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| TAPLINGER, MATTHEW<br>156 FRANKLIN ST APT 2R<br>BROOKLYN, NY 11222-2134 | | Claim Number: 1881<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $450.00 | | Scheduled: | $450.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| TAPLINGER, MATTHEW<br>156 FRANKLIN ST APT 2R<br>BROOKLYN, NY 11222-2134 | | Claim Number: 1882<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $125.00 | | Scheduled: | $125.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| AAF INC<br>PO BOX 491<br>ITASCA, IL 60143 | | Claim Number: 1883<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $650.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| AAF INC<br>PO BOX 491<br>ITASCA, IL 60143-0491 | | Claim Number: 1884<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $156.00 |
| CITY OF SANTA FE SPRINGS<br>P O BOX 2120<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 1885<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $310.83 | | |
| UNSECURED | Claimed: | $310.83 | | |
| TOTAL | Claimed: | $310.83 | | |
| CITY OF SANTA FE SPRINGS WATER UTILITY<br>11710 TELEGRAPH RD.<br>SANTA FE SPRINGS, CA 90670-3658 | | Claim Number: 1886<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $133.18 | | |
| UNSECURED | Claimed: | $133.18 | | |
| TOTAL | Claimed: | $133.18 | | |
| US IMAGING SOLUTIONS LLC<br>2100 SW 71 TERRACE<br>DAVIE, FL 33317 | | Claim Number: 1887<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,281.00 | | |
| UNSECURED | | | Scheduled: | $1,281.00 |
| US IMAGING SOLUTIONS LLC<br>2100 SW 71 TERRACE<br>DAVIE, FL 33317 | | Claim Number: 1888<br>Claim Date: 04/27/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $990.98 | | |
| UNSECURED | Claimed: | $840.59 | Scheduled: | $3,168.63 |
| DIRECT AVENUE INC<br>2701 LOKER AVENUE WEST  STE 40<br>CARLSBAD, CA 92008 | | Claim Number: 1889<br>Claim Date: 04/27/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $276.75 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DIRECT AVENUE INC
2701 LOKER AVENUE WEST  STE 40
CARLSBAD, CA 92008 | Claim Number: 1890
Claim Date: 04/27/2009
Debtor: WLVI INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,682.15 |

---

| DACA 2010L, LP
TRANSFEROR: EVERGREEN LANDCARE
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108 | Claim Number: 1891
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3187 (01/25/2010) |

| UNSECURED | Claimed: | $288.00 | Scheduled: | $320.52 |

---

| EVERGREEN LANDCARE
PO BOX 78002 5007 W WASHINGTON BLVD
LOS ANGELES, CA 90016 | Claim Number: 1892
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009) |

| UNSECURED | Claimed: | $776.00 |

---

| ON TIME MESSENGER SERVICE INC
PO BOX 871
ELK GROVE, IL 60007 | Claim Number: 1893
Claim Date: 04/27/2009
Debtor: TRIBUNE DIRECT MARKETING, INC. |

| UNSECURED | Claimed: | $307.50 | Scheduled: | $442.00 |

---

| EMERGENCY POWER CONTROLS INC
PO BOX 545
YORBA LINDA, CA 92686 | Claim Number: 1894
Claim Date: 04/27/2009
Debtor: KTLA INC.
Comments:
Amends claim number 757 |

| UNSECURED | Claimed: | $16,476.00 | Scheduled: | $16,476.00 |

---

| GEORGIA FAMILY SUPPORT REGISTRY
PO BOX 1800
CARROLLTON, GA 30112 | Claim Number: 1895
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WEITZEN, LEONARD
12575 CRYSTAL POINTE DR  APT A
BOYNTON BEACH, FL 33437-5643 | Claim Number: 1896
Claim Date: 04/27/2009
Debtor: SUN-SENTINEL COMPANY |

| UNSECURED | Claimed: | $101.93 | Scheduled: | $101.93 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: DEMAR DIRECT<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 1897<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,100.13 | Scheduled: | $65,100.13 |

---

| WILLIAMS, IDA<br>10504 E. ZAMORA AVE.<br>LOS ANGELES, CA 90002 | | Claim Number: 1898<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>Claim is for lifetime pension | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| BUTLER, JACQUELINE D<br>1585 WOODCUTTER LN<br>WHEATON, IL 60187 | A | Claim Number: 1899<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23.25 | Scheduled: | $23.25 |

---

| ALLIED WASTE SERVICES<br>5050 W LAKE STREET<br>MELROSE PARK, IL 60160 | | Claim Number: 1900<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,884.81 | Scheduled: | $1,938.05 |

---

| WHITING TECHNOLOGIES CORP<br>646 EXECUTIVE DR<br>WILLOWBROOK, IL 60527 | | Claim Number: 1901<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,350.00 | | |
| UNSECURED | Claimed: | $2,842.61 | Scheduled: | $6,192.61 |

---

| WHITING TECHNOLOGIES CORP<br>646 EXECUTIVE DR<br>WILLOWBROOK, IL 60527 | | Claim Number: 1902<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,105.03 | | |
| UNSECURED | | | Scheduled: | $2,105.03 |

---

| LIONHEART ENGINEERING<br>1004 TRAKK LANE<br>WOODSTOCK, IL 60098 | | Claim Number: 1903<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1904
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $4,155.00 | Scheduled: | $4,155.00 |

---

CARPENTER, ROBERT
34 SAN REMO CIR
NAPLES, FL 34112-9117

Claim Number: 1905
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $97.20 | Scheduled: | $97.20 |

---

GOLDBERG, VICKI
144 READING AVE
TITUSVILLE, FL 32796-6102

Claim Number: 1906
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| PRIORITY | Claimed: | $9.58 | | |
| UNSECURED | | | Scheduled: | $9.58 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PRIME VISIBILITY LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1907
Claim Date: 04/27/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $10,000.00 | | |

---

FLORIDA MEDICAL SCREENING, INC.
20929 STATE ROAD 44
JOHN MULLEN
EUSTIS, FL 32736

Claim Number: 1908
Claim Date: 04/27/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $956.58 | | |

---

WAYNE, GARY
3200 PARKER DR
EUSTIS, FL 32726-7156

Claim Number: 1909
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $33.58 | | |
| UNSECURED | | | Scheduled: | $33.58 |

---

NEWSART.COM
PO BOX 623
NARBERTH, PA 19072

Claim Number: 1910
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $33.98 | | |
| UNSECURED | | | Scheduled: | $33.98 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEWSART.COM<br>PO BOX 623<br>NARBERTH, PA 19072 | | Claim Number: 1911<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $22.33<br>Scheduled: | | $22.33 |

| POSTMASTER<br>NORFOLK<br>NORFOLK, VA 23501 | | Claim Number: 1912<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2113 (09/11/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| CRILL HEAD<br>650 SHROPSHIRE LOOP<br>SANFORD, FL 32771 | | Claim Number: 1913<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $39.78 |

| RING POWER CORPORATION<br>10421 FERN HILL DRIVE<br>RIVERVIEW, FL 33578 | | Claim Number: 1914<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,648.11 | Scheduled: | $6,701.57 |

| RING POWER CORPORATION<br>10421 FERN HILL DRIVE<br>RIVERVIEW, FL 33578 | | Claim Number: 1915<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $585.76 | Scheduled: | $1,508.74 |

| RING POWER CORPORATION<br>10421 FERN HILL DRIVE<br>RIVERVIEW, FL 33578 | | Claim Number: 1916<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $922.98 | | |

| OLIVEIRA, GERZANI<br>10535 SLEEPY BROOK WAY<br>BOCA RATON, FL 33428-5768 | | Claim Number: 1917<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $255.51 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LARSON, EDITH H.
175 E DELAWARE PL    4811
CHICAGO, IL 60611

Claim Number: 1918
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $142.64 | Scheduled: | $142.64 |

LYDALL DISTRIBUTION SERVICES
PO BOX 759236
BALTIMORE, MD 21275-9236

Claim Number: 1919
Claim Date: 04/27/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $77.22 | Scheduled: | $77.22 |

REIGLE, LAURA
11S236 CARPENTER ST
LEMONT, IL 60439

Claim Number: 1920
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $12.50 |

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1921
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

LACKEY, DANIEL B
40 HICKORY HILL RD
HAMPTON, VA 23666

Claim Number: 1922
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $500.00 | | |
| SECURED | Claimed: | $0.00 | | |

CITY OF ALLENTOWN
435 HAMILTON ST
CITY HALL ROOM 232
ALLENTOWN, PA 18101

Claim Number: 1923
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,242.26 | | |
| UNSECURED | | | Scheduled: | $3,489.07 |

JACKSON, SYLVIA J
4861 BIXBY PARK PL
GROVEPORT, OH 43125

Claim Number: 1924
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| NAK-MAN CORPORATION<br>5500 W TOUHY AV NO. K<br>SKOKIE, IL 60077 | | Claim Number: 1925<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $564.80 | | |

---

| | | | | |
|---|---|---|---|---|
| GALLAGHER SAFETY & ENVIRONMENTAL SRVC<br>1530 S WESTERN AVE<br>PARK RIDGE, IL 60068 | | Claim Number: 1926<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |

---

| | | | | |
|---|---|---|---|---|
| GAMMERLER CORPORATION<br>P O BOX 95109<br>PALATINE, IL 60095-0109 | | Claim Number: 1927<br>Claim Date: 04/27/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $788.18 | Scheduled: | $788.18 |

---

| | | | | |
|---|---|---|---|---|
| JACOBS, MARK<br>317 E 132ND PL<br>CHICAGO, IL 60827 | | Claim Number: 1928<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |

---

| | | | | |
|---|---|---|---|---|
| BLACK, MATT<br>P.O.BOX 244<br>LEMON COVE, CA 93244 | | Claim Number: 1929<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $109.25 | | |

---

| | | | | |
|---|---|---|---|---|
| CALIFORNIA GUARDIAN INC<br>174 W FOOTHILL BLVD    NO.304<br>MONROVIA, CA 91016 | | Claim Number: 1930<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $750.00 | | |
| UNSECURED | | | Scheduled: | $750.00 |

---

| | | | | |
|---|---|---|---|---|
| REACTOR ART & DESIGN LIMITED<br>51 CAMDEN STREET<br>TORONTO, ON M5V 1V2<br>CANADA | | Claim Number: 1931<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 8204 (03/01/2011) | | |
| UNSECURED | Claimed: | $800.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LYDALL DISTRIBUTION SERVICES<br>PO BOX 759236<br>BALTIMORE, MD 21275-9236 | | Claim Number: 1932<br>Claim Date: 04/27/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $24.90 | Scheduled: | $24.90 |
| RICK GEVERS AND ASSOCIATES<br>PO BOX 577<br>ZIONSVILLE, IN 46077-0577 | | Claim Number: 1933<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ERNST HERTZBERG & SONS<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1934<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $4,951.23 | | |
| PRIORITY | Claimed: | $457.41 | | |
| UNSECURED | | | Scheduled: | $4,951.23 |
| TOTAL | Claimed: | $4,951.23 | | |
| HUNT, LAURIE S<br>824 MYSTIC OAK PL<br>APOPKA, FL 32712-4073 | | Claim Number: 1935<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| WASTE SERVICES OF FLORIDA INC<br>PO BOX 6418<br>CAROL STREAM, IL 60197 | | Claim Number: 1936<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $3,488.65 | Scheduled: | $3,488.65 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1937<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1,866.30 | Scheduled: | $2,265.93 |
| BROADCAST TECHNICAL MAINTENANCE<br>551 MOORELAND DRIVE<br>NEW WHITELAND, IN 46184 | | Claim Number: 1938<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $370.00 | Scheduled: | $370.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LONG ISLAND MID SUFFOLK BUSINESS ACTION<br>PO BOX 135<br>CENTERPORT, NY 11721 | Claim Number: 1939<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| UNSECURED | Claimed: | $850.00 | | |
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: CONTECH MSI COMPANY<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1940<br>Claim Date: 04/27/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $299.20 | Scheduled: | $299.20 |
| CHINO VALLEY INDEPENDENT FIRE DISTRICT<br>14011 CITY CENTER DR<br>CHINO HILLS, CA 91709-5442 | Claim Number: 1941<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $172.00 | Scheduled: | $172.00 |
| MORGENSTERN, MICHAEL<br>9 COACH LN<br>CHERRY HILL, NJ 08002 | Claim Number: 1942<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| ILLINOIS COUNCIL ON ECONOMIC<br>EDUCATION<br>STOCK MARKET GAME<br>NORTHERN ILLINOIS UNIVERSITY<br>DEKALB, IL 60115 | Claim Number: 1943<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $9,000.00 | | |
| EDCO AWARDS & SPECIALTIES<br>3702 DAVIE BOULEVARD<br>FT LAUDERDALE, FL 33312 | Claim Number: 1944<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $309.52 | Scheduled: | $309.52 |
| KOZLAK, CORRINE<br>9444 AVERS AVE<br>EVANSTON, IL 60203 | Claim Number: 1945<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $506.92 | | |
| UNSECURED | | | Scheduled: | $506.92 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BROWN, JEROLENE
3054 JOLLY POND ROAD
WILLIAMSBURG, VA 23188

Claim Number: 1946
Claim Date: 04/27/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| UNSECURED | Claimed: | $6,080.55 | Scheduled: | $6,080.55 UNLIQ |

---

BROWN, JEROLENE
3054 JOLLY POND ROAD
WILLIAMSBURG, VA 23188

Claim Number: 1947
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| UNSECURED | Claimed: | $0.00 UNDET |

---

ROYAL WHOLESALE ELECTRIC
1620 REMBRANDT ST P O BOX 1286
INDIANAPOLIS, IN 46206

Claim Number: 1948
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $232.43 |

---

AMERICAN DOOR AND DOCK
2125 HAMMOND DRIVE
SCHAUMBURG, IL 60173

Claim Number: 1949
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $342.25 | | |
| UNSECURED | | | Scheduled: | $342.25 |

---

CATCHING FLUIDPOWER COMPANY
3643 EAGLE WAY
CHICAGO, IL 60678-1036

Claim Number: 1950
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $645.45 | Scheduled: | $428.79 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GOALGETTERS INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 1951
Claim Date: 04/27/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $15,477.79 | Scheduled: | $15,477.79 |

---

PALMER, ANN THERESE
1570 CHRISTINA LN
LAKE FOREST, IL 60045

Claim Number: 1952
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DEPENDABLE BUILDING SERVICES
850 EAGLE DR
BENSENVILLE, IL 60106

Claim Number: 1953
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $7,279.90 | | |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GOALGETTERS INC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 1954
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $2,303.75 | Scheduled: | $2,303.75 |

---

MAGUIRE, ROBERT B
PO BOX 623
NARBERTH, PA 19072-0623

Claim Number: 1955
Claim Date: 04/27/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $300.00 | | |

---

DIGITAL MEDIA CLASSIFIEDS
140 DUTCHMAN BLVD STE C
IRMO, SC 29063

Claim Number: 1956
Claim Date: 04/27/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $6,310.15 | Scheduled: | $6,310.15 |

---

PARKER, HONEY
PO BOX 982080
PARK CITY, UT 84098

Claim Number: 1957
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $1,200.00 | | |

---

BARCO PRODUCTS COMPANY
11 N BATAVIA AVE
BATAVIA, IL 60510-1961

Claim Number: 1958
Claim Date: 04/27/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $30.43 | Scheduled: | $30.43 |

---

STINE, TOM
204 S ROSE AVE
KISSIMMEE, FL 34741-5663

Claim Number: 1959
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $18.79 | Scheduled: | $18.79 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LYDALL DISTRIBUTION SERVICES<br>11023 WASHINGTON HWY STE 150<br>GLENN ALLEN, VA 23059 | | Claim Number: 1960<br>Claim Date: 04/27/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49.34 | Scheduled: | $24.53 |
| AMS IMAGING<br>2670 WARWICK AVENUE<br>WARWICK, RI 02889 | | Claim Number: 1961<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ROTHSCHILD, DONNA<br>3921 BALLINA CYN RD.<br>ENCINO, CA 91436 | | Claim Number: 1962<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $97.64 | Scheduled: | $97.64 |
| HILL, TODD<br>331 IRON ST<br>LEHIGHTON, PA 18235 | | Claim Number: 1963<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $205.04   UNLIQ |
| BOTTAMILLER CONSTRUCTION CO<br>55 EAST 87TH ST<br>INDIANPOLIS, IN 46240 | | Claim Number: 1964<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $790.00 | Scheduled: | $300.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: G&V CAMPBELL INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1965<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,653.87 | Scheduled: | $1,653.87 |
| WILLIAMS, MARILYN<br>12524 SHAMROCK<br>VICTORVILLE, CA 92392 | | Claim Number: 1966<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $455.00 | Scheduled: | $455.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1967<br>Claim Date: 04/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | | |
| UNSECURED | | $4,297.68 | |
| | | Scheduled: | $4,297.68 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1968<br>Claim Date: 04/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | | |
| UNSECURED | | $1,811.28 | |
| | | Scheduled: | $1,811.28 |
| SHOWCASE PUBLICATIONS, INC.<br>P.O. BOX 491<br>TOMS RIVER, NJ 08754 | Claim Number: 1969<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| UNSECURED | Claimed: | $1,772.00 | |
| INTEGRATED BUILDING TECHNOLOGIES INC<br>3000 NW BOCA RATON BLVD<br>BOCA RATON, FL 33431 | Claim Number: 1970<br>Claim Date: 04/27/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. | | |
| UNSECURED | Claimed: | $46.67 | Scheduled: | $46.67 |
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: BUSINESS CARDS TOMORROW<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1971<br>Claim Date: 04/27/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. | | |
| UNSECURED | Claimed: | $466.00 | Scheduled: | $466.00 |
| GUARANTEE RECORDS MANAGEMENT<br>215 COLES ST<br>JERSEY CITY, NJ 07310 | Claim Number: 1972<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| SECURED<br>UNSECURED | Claimed: | $511.17 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: UNEQ INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1973<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $50,635.46 | Scheduled: | $50,635.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CULOLIAS, NICK<br>9721 TRIGGER PL<br>CHATSWORTH, CA 91311 | | Claim Number: 1974<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |

| UNSECURED | Claimed: | $184.70 | Scheduled: | $184.70 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| GOLDEN STATE WATER COMPANY<br>ATTN ACCOUNTS PAYABLE R2<br>630 EAST FOOTHILL BOULEVARD<br>SAN DIMAS, CA 91773 | | Claim Number: 1975<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |

| UNSECURED | Claimed: | $293.08 | Scheduled: | $90.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ENDRES, MICHAEL<br>3322 MANATEE RD<br>TAVARES, FL 32778 | | Claim Number: 1976<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |

| UNSECURED | Claimed: | $55.88 | Scheduled: | $55.88 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ARAMARK REFRESHMENT SERVICES<br>2885 SOUTH 171ST STREET<br>NEW BERLIN, WI 53131 | | Claim Number: 1977<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |

| UNSECURED | Claimed: | $36.96 | Scheduled: | $36.96 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| EPLY SERVICES INC<br>224 145 EAST 15TH STREET<br>NORTH VANCOUVER, BC V7L 2P7<br>CANADA | | Claim Number: 1978<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $895.00 | Scheduled: | $895.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CLATON, OZIE<br>520 NW 50TH ST<br>MIAMI, FL 33127 | | Claim Number: 1979<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY | | |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3.44 | Scheduled: | $3.44 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CITY OF SIMI VALLEY<br>2929 TAPO CANYON RD<br>SIMI VALLEY, CA 93063 | | Claim Number: 1980<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |

| UNSECURED | Claimed: | $273.76 | Scheduled: | $588.76 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SUN CHEMICAL CORP<br>5540 NORTHWEST HIGHWAY<br>CHICAGO, IL 60630 | Claim Number: 1981<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,372.31 | Scheduled: | $6,558.75 |
|---|---|---|---|---|

| NATIONAL ASSOC OF CREDIT MGMT<br>PO BOX 167688<br>IRVING, TX 75016 | Claim Number: 1982<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |
|---|---|

| UNSECURED | Claimed: | $32.00 | Scheduled: | $32.00 |
|---|---|---|---|---|

| RUSSELL, MANNIE JR<br>PO BOX 3081<br>PEORIA, IL 61612 | Claim Number: 1983<br>Claim Date: 04/27/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $4.20 |
|---|---|---|---|---|

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: CONNECTICUT AUTOMOTIVE<br>REATILERS ASSOC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1984<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

| HART, JEFFREY P<br>39 GEORGIANA ST<br>NEW LONDON, CT 06320-3705 | Claim Number: 1985<br>Claim Date: 04/27/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $250.00 |

| RINCON TOWING INC<br>1762 SANTA YNEZ WAY<br>SACRAMENTO, CA 95816 | Claim Number: 1986<br>Claim Date: 04/27/2009<br>Debtor: CHANNEL 40, INC. |
|---|---|

| UNSECURED | Claimed: | $131.25 | Scheduled: | $131.25 |
|---|---|---|---|---|

| ROTH, AARON<br>7251 E DESERT MOON LOOP<br>TUCSON, AZ 85750-0921 | Claim Number: 1987<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $1,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $500.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CONNECTICUT LIGHT & POWER<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1988<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $13,310.69 | Scheduled: | $13,310.29 |
|---|---|---|---|---|

---

| BREMEC, JANICE<br>1900 VINE ST APT 208<br>LOS ANGELES, CA 90068-3975 | Claim Number: 1989<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| PRIORITY | Claimed: | $200.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 |

---

| FERGUSON, ANDREW<br>9523 HOLIDAY MANOR RD<br>BALTIMORE, MD 21236-1413 | Claim Number: 1990<br>Claim Date: 04/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1.73 | Scheduled: | $1.73 |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1991<br>Claim Date: 04/27/2009<br>Debtor: HOMESTEAD PUBLISHING CO. |
|---|---|

| UNSECURED | Claimed: | $1,822.01 | Scheduled: | $1,822.01 |
|---|---|---|---|---|

---

| AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1992<br>Claim Date: 04/27/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 |

---

| MECKEL, DEBORAH<br>285-39 LOWER NIS HOLLOW DR<br>LEHIGHTON, PA 18235-8728 | Claim Number: 1993<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $20.30 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20.30 |

---

| CONSERVATOR OF JENNIFER FAGGIO<br>ANDREW FAGGIO AND JENNIFER FAGGIO<br>JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.<br>EDWARD J. MCMANUS, 350 ORANGE ST<br>NEW HAVEN, CT 06503 | Claim Number: 1994<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $20,000,000.00   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| REAL DATA STRATEGIES<br>480 APOLLO STREET, SUITE A<br>BREA, CA 92821 | | Claim Number: 1995<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $6,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 1996<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $1,664.20 | Scheduled: | $1,664.20 |

---

| | | | | |
|---|---|---|---|---|
| NATIONAL LIFT TRUCK SERVICE<br>2110 N ANDREWS AVE<br>POMPANO BEACH, FL 33069-1417 | | Claim Number: 1997<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $800.46 | | |

---

| | | | | |
|---|---|---|---|---|
| KONVISER, ESTELLE<br>18548 SUNBURST LN<br>BOCA RATON, FL 33496-5149 | | Claim Number: 1998<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $32.58 |

---

| | | | | |
|---|---|---|---|---|
| REM CONSULTING INC<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | | Claim Number: 1999<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>With claim number 2000, amends claim numbers 287 and 607 | | |
| UNSECURED | Claimed: | $1,201.40 | Scheduled: | $1,201.40 |

---

| | | | | |
|---|---|---|---|---|
| REM CONSULTING INC<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | | Claim Number: 2000<br>Claim Date: 04/27/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments:<br>With claim number 1999, amends claim numbers 287 and 607 | | |
| UNSECURED | Claimed: | $2,221.20 | Scheduled: | $2,221.20 |

---

| | | | | |
|---|---|---|---|---|
| HARMER ASSOCIATES<br>ATTN RANDY  HARMER<br>100 S WACKER DRIVE  SUITE 1950<br>CHICAGO, IL 60606 | | Claim Number: 2001<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $30,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BLUE CAT MEDIA GROUP<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2002<br>Claim Date: 04/27/2009<br>Debtor: CHANNEL 39, INC. |
|---|---|

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 2003<br>Claim Date: 04/27/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

| CAPITAL CITY PROMOTIONS<br>2311 TYROLEAN WAY<br>SACRAMENTO, CA 95821 | Claim Number: 2004<br>Claim Date: 04/27/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| E & L DIRECT MAIL SYSTEM INC<br>PO BOX 1815<br>NORWALK, CA 90651-1815 | Claim Number: 2005<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $309.96 |
|---|---|---|

| PUGET SOUND DISPATCH<br>74 S HUDSON ST<br>SEATTLE, WA 98134 | Claim Number: 2006<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $395.25 | Scheduled: | $395.25 |
|---|---|---|---|---|

| GILLESPIE, ELEANOR MD<br>7 CANAL ROAD<br>SUFFIELD BY THE RIVER<br>SUFFIELD, CT 06078 | Claim Number: 2007<br>Claim Date: 04/27/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $99.09 | Scheduled: | $99.09 |
|---|---|---|---|---|

| GUILLEN, CHRISTOPHER J<br>7451 W MADISON ST<br>FOREST PARK, IL 60130 | Claim Number: 2008<br>Claim Date: 04/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SMITH, GAY<br>1264 PATRIOT PL<br>DAYTONA BEACH, FL 32119-1563 | Claim Number: 2009<br>Claim Date: 04/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $39.74 | Scheduled: | $39.74 |
|---|---|---|---|---|

---

| ORLANDO MARRIOTT<br>400 WEST LIVINGSTON STREET<br>ORLANDO, FL 32801 | Claim Number: 2010<br>Claim Date: 04/28/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $1,215.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $911.28 |

---

| ERVIN LEASING COMPANY<br>3893 RESEARCH PARK DR<br>ANN ARBOR, MI 48108 | Claim Number: 2011<br>Claim Date: 04/28/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11917 (06/28/2012) | | |
|---|---|---|---|

| SECURED | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,318.17 | Scheduled: | $829.58 UNLIQ |

---

| ST MARTIN, CHRISTIE<br>40 GREENCROFT CRESCENT<br>MARKHAM, ON L3R 3Y5<br>CANADA | Claim Number: 2012<br>Claim Date: 04/28/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 12685 (11/06/2012) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
|---|---|---|---|---|

---

| ALGUIRE, JAMES L<br>C/O INKDROP MEDIA GROUP<br>PO BOX 2027<br>DEL MAR, CA 92014-1327 | Claim Number: 2013<br>Claim Date: 04/28/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,000.00 | | |
|---|---|---|---|---|

---

| WALSH, CONSTANCE<br>430 S. WESTERN AVE.<br>UNIT 202<br>DES PLAINES, IL 60016 | Claim Number: 2014<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4891 (06/28/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2,090.83 | | |
|---|---|---|---|---|

---

| POINTDUJOUR, JEAN M<br>91-34 195TH ST.<br>2C<br>JAMAICA, NY 11423 | Claim Number: 2015<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GODSPEED COURIER
PO BOX 423293
SAN FRANCISCO, CA 94142

Claim Number: 2016
Claim Date: 04/28/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28.00 | | |

---

PROLARMCO INC
P O BOX 117
GREENVALE, NY 11548

Claim Number: 2017
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $354.00 | | |
| UNSECURED | | | Scheduled: | $350.42 |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: THERMAL CONCEPTS INC
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2018
Claim Date: 04/28/2009
Debtor: CHANNEL 39, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $554.33 | Scheduled: | $482.50 |

---

DOWNEY, MICHAEL
18085  KAREN  DR
ENCINO, CA 91316-4230

Claim Number: 2019
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $448.63 | Scheduled: | $448.63 |

---

MARTINEZ, WILLIAM
3001 NW 48TH AVENUE
#445
LAUDERDALE LAKE, FL 33313

Claim Number: 2020
Claim Date: 04/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: THOMSON PROMOTIONS INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2021
Claim Date: 04/28/2009
Debtor: SUN-SENTINEL COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,946.83 | Scheduled: | $3,946.83 |

---

STANDARD COMPANIES
2601 S ARCHER
CHICAGO, IL 60608

Claim Number: 2022
Claim Date: 04/28/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306.62 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KISER CONTROLS COMPANY, INC<br>7045 HIGH GROVE BLVD.<br>BURR RIDGE, IL 60521 | | Claim Number: 2023<br>Claim Date: 04/28/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $456.51 | Scheduled: | $456.61 |

| APERTA INC<br>DEPT 77534<br>PO BOX 77000<br>DETROIT, MI 48277-0534 | | Claim Number: 2024<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CROSSMARK GRAPHICS INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 2025<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,333.08 | | |
| UNSECURED | | | Scheduled: | $18,333.08 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: LAKESHORE HELICOPTERS<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2026<br>Claim Date: 04/28/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $521.17 | Scheduled: | $521.17 |

| SCHMITT, BETTY<br>594 CLEAVLAND DR<br>BOLINGBROOK, IL 60440-9021 | | Claim Number: 2027<br>Claim Date: 04/28/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6.70 | Scheduled: | $6.70 |

| LOCHRIDGE, MICHAEL W<br>782 SWAYING PALM DRIVE<br>APOPKA, FL 32712 | | Claim Number: 2028<br>Claim Date: 04/28/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,105.40 | | |
| UNSECURED | | | Scheduled: | $8,105.40 |

| BURKE, MICHAEL P<br>4510 CALVERT AVE.<br>ORLANDO, FL 32833 | | Claim Number: 2029<br>Claim Date: 04/28/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,334.62 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FREEMAN, WADE W.<br>2572 TALLMAPLE LOOP<br>OCOEE, FL 34761 | Claim Number: 2030<br>Claim Date: 04/28/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $165.00 | |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: REGULUS GROUP, LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2031<br>Claim Date: 04/28/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,690.32 | Scheduled: | $7,690.32 |

---

| BYRNE, DENNIS P<br>5 COURT OF BAYVIEW<br>NORTHBROOK, IL 60062 | Claim Number: 2032<br>Claim Date: 04/28/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

| LUTHER, MARYLOU<br>35 PARK AVE<br>11H<br>NEW YORK, NY 10016 | Claim Number: 2033<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| MCKUEN, PAMELA DITTMER<br>87 TANGLEWOOD DRIVE<br>GLEN ELLYN, IL 60137 | Claim Number: 2034<br>Claim Date: 04/29/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |

---

| A G MAURO COMPANY<br>1221 BERNARD DR<br>BALTIMORE, MD 21223 | Claim Number: 2035<br>Claim Date: 04/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,576.86 | | |
| UNSECURED | | | Scheduled: | $2,576.86 |

---

| RAND, MELISSA W., ESQUIRE<br>SAUL EWING LLP<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA, PA 19102 | Claim Number: 2036<br>Claim Date: 04/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 10485 (12/20/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,616.85 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2037 Claim Date: 04/29/2009 Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2038 Claim Date: 04/29/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2039 Claim Date: 04/29/2009 Debtor: WLVI INC. |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2040 Claim Date: 04/29/2009 Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2041 Claim Date: 04/29/2009 Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2042 Claim Date: 04/29/2009 Debtor: SUN-SENTINEL COMPANY |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2043 Claim Date: 04/29/2009 Debtor: VALUMAIL, INC. |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2044 Claim Date: 04/29/2009 Debtor: VIRGINIA GAZETTE COMPANIES, LLC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2045 Claim Date: 04/29/2009 Debtor: NEW MASS. MEDIA, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2046 Claim Date: 04/29/2009 Debtor: THE DAILY PRESS, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2047 Claim Date: 04/29/2009 Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2048 Claim Date: 04/29/2009 Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2049 Claim Date: 04/29/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| UNCLAIMED PROPERTY DIVISION DEPARTMENT OF TREASURY 55 ELM STREET HARTFORD, CT 06106 | Claim Number: 2050 Claim Date: 04/29/2009 Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNCLAIMED PROPERTY DIVISION DEPARTMENT
OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 2051
Claim Date: 04/29/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

UNCLAIMED PROPERTY DIVISION DEPARTMENT
OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 2052
Claim Date: 04/29/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

UNCLAIMED PROPERTY DIVISION DEPARTMENT
OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 2053
Claim Date: 04/29/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ESCHEAT FUNDS -DUE PRIMARILY TO STATE OF
CT. OFFICE OF THE TREASURER
ATTN: UNCLAIMED PROPERTY DIVISION
55 ELM
HARTFORD, CT 06106

Claim Number: 2054
Claim Date: 04/29/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $82,478.02 | Scheduled: | $85,478.02 UNLIQ |
|---|---|---|---|---|

UNCLAIMED PROPERTY DIVISION DEPARTMENT
OF TREASURY
55 ELM STREET
HARTFORD, CT 06106

Claim Number: 2055
Claim Date: 04/29/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $12.97 |
|---|---|---|---|---|

GALVEZ, MARCO A
84 STUART AVE
NORWALK, CT 06850

Claim Number: 2056
Claim Date: 04/29/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.

| ADMINISTRATIVE | Claimed: | $5.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5.04 |

CHANNON, MARK P
112 MEADOWVIEW DRIVE
TORRINGTON, CT 06790

Claim Number: 2057
Claim Date: 04/29/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| PRIORITY | Claimed: | $3,855.85 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,855.85 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ANDREW FAGGIO AND OTHERS SIMILARLY SITUATED<br>C/O JACOBS GRUDBERG BELT DOW & KATZ PC<br>350 ORANGE STREET<br>NEW HAVEN, CT 06503 | Claim Number: 2058<br>Claim Date: 04/29/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $20,000,000.00  UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TAX COLLECTOR - CITY OF NEW HAVEN<br>ATTN: ROSE VEGA<br>P O BOX 1927<br>NEW HAVEN, CT 06509 | Claim Number: 2059<br>Claim Date: 04/29/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| PRIORITY | Claimed: | $616.56 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| QUALITY FORMS AND LABELS<br>401 BEAUMONT RD<br>YORK, PA 17403 | Claim Number: 2060<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $372.54 | | |
| UNSECURED | | | Scheduled: | $372.54 |

| XPRESS GRAPHICS<br>PO BOX 18801<br>ANAHEIM, CA 92817-8801 | Claim Number: 2061<br>Claim Date: 04/29/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $40,404.84 | Scheduled: | $40,404.84 |
|---|---|---|---|---|

| BELLIS, LISA<br>825 LOUIS ST<br>EASTON, PA 18042-5319 | Claim Number: 2062<br>Claim Date: 04/29/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $750.15 | Scheduled: | $750.15 UNLIQ |
|---|---|---|---|---|

| WESTERN HORTICULTURAL SERVICES<br>PO BOX 841905<br>HOUSTON, TX 77284-1905 | Claim Number: 2063<br>Claim Date: 04/29/2009<br>Debtor: KIAH INC.<br>Comments:<br>May replace claim numnber 545 |
|---|---|

| UNSECURED | Claimed: | $7,231.92 | Scheduled: | $7,231.92 |
|---|---|---|---|---|

| JING & MIKE COMPANY<br>73-4325 LIHILIHI PLACE<br>KAILUA-KONA, HI 96740 | Claim Number: 2064<br>Claim Date: 04/29/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: NATIONWIDE INTERPRETER RESOU
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2065
Claim Date: 04/29/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $168.08 | Scheduled: | $168.08 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: GAME CREEK VIDEO
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2066
Claim Date: 04/29/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $9,630.00 | Scheduled: | $9,630.00 |
|---|---|---|---|---|

CARTER, ROBERT
50 ERBACH CRESCENT
BADEN, ON N3A 2L3
CANADA

Claim Number: 2067
Claim Date: 04/29/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| ADMINISTRATIVE | Claimed: | $900.00 |
|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: EVENTWORKS INC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 2068
Claim Date: 04/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $30,617.75 | Scheduled: | $30,617.75 |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR:PRINTING CORP OF THE AMERICAS
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 2069
Claim Date: 04/29/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| UNSECURED | Claimed: | $6,350.00 | Scheduled: | $5,550.00 |
|---|---|---|---|---|

OLIPHANT EQUIPMENT REPAIR
13213 SATICOY ST   SUITE#10
NORTH HOLLYWOOD, CA 91605

Claim Number: 2070
Claim Date: 04/29/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $909.57 |
|---|---|---|

APPLE, CHARLES ARTHUR
3113 ROCKWATER WAY
VIRGINIA BEACH, VA 23456

Claim Number: 2071
Claim Date: 04/29/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $450.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
| TOTAL | Claimed: | $450.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ANDREW FAGGIO AND OTHERS SIMILARLY SITUATED<br>C/O JACOBS GRUDBERG BELT DOW & KATZ PC<br>350 ORANGE STREET<br>NEW HAVEN, CT 06503 | | Claim Number: 2072<br>Claim Date: 04/29/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) | | |
| UNSECURED | Claimed: | $20,000,000.00   UNLIQ | | |
| GRAHAM, BEULAH<br>4009 WOODRIDGE RD<br>BALTIMORE, MD 21229-1914 | | Claim Number: 2073<br>Claim Date: 04/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $5.33 |
| COLT INSULATION INC<br>4203 MENLO DR<br>BALTIMORE, MD 21215 | | Claim Number: 2074<br>Claim Date: 04/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $2,980.00 | Scheduled: | $2,980.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TERMINAL CORPORATION<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2075<br>Claim Date: 04/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $735.00 | Scheduled: | $735.00 |
| WYLIE, ROBERT<br>5011 CYPRESS ST<br>ALLENTOWN, PA 18106 | | Claim Number: 2076<br>Claim Date: 04/29/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $44.33 | Scheduled: | $44.33  UNLIQ |
| ROBERT LANGER CO INC<br>P O BOX 2075<br>PATCHOGUE, NY 11772 | | Claim Number: 2077<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $3,815.50 | | |
| PELLINO, LOUIS<br>P.O. BOX 75<br>HICKSVILLE, NY 11802 | | Claim Number: 2078<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HASENOHR, PETER<br>420 MONROE DR<br>CENTERPORT, NY 11721 | | Claim Number: 2079<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $26,399.94 | | |

| LUBE XPRESS<br>3981 FRUITRIDGE ROAD<br>SACRAMENTO, CA 95820 | | Claim Number: 2080<br>Claim Date: 04/29/2009<br>Debtor: CHANNEL 40, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $303.73 | Scheduled: | $303.73 |

| BACHWITZ, TIMOTHY B<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | | Claim Number: 2081<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| MARGARET FIELDS<br>125 BORDEAUX CIRCLE<br>NAPLES, FL 34112 | | Claim Number: 2082<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Attached letter indicates claimant receives widows pension. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| RIES, MARCIA<br>7401 SYLVAN RIDGE ROAD<br>INDIANAPOLIS, IN 46240-3546 | | Claim Number: 2083<br>Claim Date: 04/29/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| MEDINA, ROBERT<br>1321 W CULLERTON ST<br>CHICAGO, IL 60608 | | Claim Number: 2084<br>Claim Date: 04/29/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7.20 | Scheduled: | $7.20 |

| NORTHERN TRUST COMPANY<br>1301 2ND AVE STE 2600<br>SEATTLE, WA 98101-3811 | | Claim Number: 2085<br>Claim Date: 04/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WINTHROP, SIMON
1055 EAST FLAMINGO RD
SUITE # 805
LAS VEGAS, NV 89119

Claim Number: 2086
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $1,000.00 | | |

---

GALVEZ, MARCO A
84 STUART AVE
NORWALK, CT 06850

Claim Number: 2087
Claim Date: 04/29/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | | | | |
| UNSECURED | Claimed: | $294.27 | Scheduled: | $294.27 |

---

RHODES, MARY
4923 MEADOW LN
MACUNGIE, PA 18062

Claim Number: 2088
Claim Date: 05/06/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $205.04 | Scheduled: | $205.04  UNLIQ |

---

ENGELMANN, THOMAS J
1706 WILSON POINT RD.
BALTIMORE, MD 21220

Claim Number: 2089
Claim Date: 04/29/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $57,455.54 | Scheduled: | $57,455.54  UNLIQ |

---

PUBLICITAS INTERNATIONAL AG
KORNHAUSGASSE 5/7
CH-4051
BASEL,
SWITZERLAND

Claim Number: 2090
Claim Date: 04/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 | | |

---

STATE OF CONNECTICUT
PO BOX 150444
HARTFORD, CT 06115

Claim Number: 2091-01
Claim Date: 04/30/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |

---

STATE OF CONNECTICUT
PO BOX 150444
HARTFORD, CT 06115

Claim Number: 2091-02
Claim Date: 04/30/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MCDOWELL, CURTIS<br>166 JONES CREEK ACRES DR<br>FRANKLIN, NC 28734 | Claim Number: 2092<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $417.45  UNLIQ | | |
| PRIORITY | Claimed: | $417.45  UNLIQ | | |

| BERNARD LAPINSKY<br>C/O MOLLIE LAPINSKY, WIDOW<br>469 BARK CIRCLE<br>DELAND, FL 32725 | Claim Number: 2093<br>Claim Date: 04/30/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $55.28 |

| SIMPSON, J.<br>9416 OWINGS HEIGHTS CIR      202<br>OWINGS MILLS, MD 21117-6916 | Claim Number: 2094<br>Claim Date: 04/30/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3.00 |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 2095<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $294.69 | | |
| UNSECURED | Claimed: | $412.25 | | |

| CESPEDES, EDGAR<br>18 HOLLOW WOOD LANE<br>GREENWICH, CT 06831 | Claim Number: 2096<br>Claim Date: 04/30/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $86.36 |

| MARION CTY CLRK CSD<br>W123 CITY COUNTY BUILDING<br>INDIANAPOLIS, IN 46204 | Claim Number: 2097<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $200.00 |

| BALTZ, BARBARA<br>825 ATLAS RD<br>NORTHHAMPTON, PA 18067 | Claim Number: 2098<br>Claim Date: 04/30/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $307.33  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ENGLER, JOY<br>RR 2 BOX 137<br>KUNKLETOWN, PA 18058 | | Claim Number: 2099<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,000.00 | | |

| TOTAL IMAGING<br>709 ROBLE RD<br>ALLENTOWN, PA 18109-9500 | | Claim Number: 2100<br>Claim Date: 04/30/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $403.42 | | |
| UNSECURED | | | Scheduled: | $403.42 |

| CHEREFANT, FRANKLIN<br>TOPKIN EGNER PL<br>C/O CATHY R. BERMA, ESQ.<br>1166 W NEWPORT DRIVE # 309<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 2101<br>Claim Date: 04/30/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: DOCKET: 12465 (09/25/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | | |

| ANCHOR COMPUTER INC<br>600 FAIRWAY DR STE 205<br>DEERFIELD, FL 33441-1804 | | Claim Number: 2102<br>Claim Date: 04/30/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $5,838.06 |

| ANCHOR COMPUTER INC<br>450 FAIRWAY DRIVE<br>SUITE 205<br>DEERFIELD BEACH, FL 33441-1837 | | Claim Number: 2103<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $20,819.62 |

| ANCHOR COMPUTER INC<br>600 FAIRWAY DR STE 205<br>DEERFIELD, FL 33441-1804 | | Claim Number: 2104<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,538.61 |

| SCHROEDTER, ANDREW<br>2536 LAWNDALE AVE<br>EVANSTON, IL 60201-1158 | | Claim Number: 2105<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KIM, HYUN KYUNG<br>61 COPPER LEAF<br>IRVINE, CA 92602-0792 | Claim Number: 2106<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $5.52 | Scheduled: | $5.52 |
|---|---|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: REGIONAL MARKETING ASSOCIATE<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2107<br>Claim Date: 04/30/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $31,674.60 | Scheduled: | $31,674.00 |
|---|---|---|---|---|

| CAMPOS, TRACY<br>801 BURR OAKS DR APT 301<br>WEST CHICAGO, IL 60185-2951 | Claim Number: 2108<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| SCHUTZ, TIM<br>4240 ARROWHEAD CIR<br>THOUSAND OAKS, CA 91362 | Claim Number: 2109<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $218.20 |
|---|---|---|---|---|

| RITCHIE, CAROLINA C<br>1712 SW 12 CT<br>FT LAUDERDALE, FL 33312 | Claim Number: 2110<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,200.00 |
| TOTAL | Claimed: | $1,200.00 |

| SANZERI, CLAUDIA<br>35 WOODCOCK LANE<br>LEVITTOWN, NY 11756 | Claim Number: 2111<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7273 (12/22/2010) |
|---|---|

| PRIORITY | Claimed: | $7,680.82 |
|---|---|---|

| JOSE, GONZALEZ<br>8513 BEAUFORT DRIVE<br>FULTON, MD 20759 | Claim Number: 2112<br>Claim Date: 04/30/2009<br>Debtor: PATUXENT PUBLISHING COMPANY |
|---|---|

| UNSECURED | Claimed: | $5.21 | Scheduled: | $5.21 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SOHO MANAGEMENT LTD<br>17 ST ANNES COURT<br>LONDON, W1F 0BQ<br>UNITED KINGDOM | Claim Number: 2113<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,800.00 | | |

| MET TESTING (CALVERT ST.)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2114<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,445.00 | | |

| MET TESTING (SUN PARK)<br>3700 COMMERCE DRIVE SUITE 901<br>ATTN: RON COOPER<br>BALTIMORE, MD 21227 | Claim Number: 2115<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,277.00 | | |

| DOC WORD<br>416 WASHINGTON AVE<br>PELHAM, NY 10803 | Claim Number: 2116<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $16.73 | | |
| UNSECURED | | | Scheduled: | $16.73 |

| ATHOLTON ADVENTIST SCHOOL<br>6520 MARTIN ROAD<br>COLUMBIA, MD 21044 | Claim Number: 2117<br>Claim Date: 04/30/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76.96 | Scheduled: | $76.96 |

| REED & BARTON<br>144 W BRITANNIA ST<br>ATTN KELLY SCHLOUGH<br>TAUNTON, MA 02780 | Claim Number: 2118<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $212.24 | Scheduled: | $212.24 |

| PORTRAIT BY DESDUNES<br>6900 NW 45 CT<br>LAUDERHILL, FL 33319 | Claim Number: 2119<br>Claim Date: 04/30/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| TERRY, PATRICIA W<br>2106 N HUDSON AVENUE<br>CHICAGO, IL 60614 | | Claim Number: 2120<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $50.00 |

| | | | | | |
|---|---|---|---|---|---|
| STATE OF ILLINOIS DIV OF AERONAUTICS<br>C/O DEPARTMENT OF TRANSPORTATION<br>DIVISION OF AERONAUTIS<br>1 LANGSHORE BOND DR<br>SPRINGFIELD, IL 62707 | | Claim Number: 2121<br>Claim Date: 04/30/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $455.12 | Scheduled: | $455.12 |

| | | | | | |
|---|---|---|---|---|---|
| THE HERMANN GROUP INC<br>23 PECK ROAD<br>MT KISCO, NY 10549 | | Claim Number: 2122<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $991.00 |

| | | | | | |
|---|---|---|---|---|---|
| CAMPOS, ALFONSO<br>801 BURR OAKS DR APT 303<br>WEST CHICAGO, IL 60185-2951 | | Claim Number: 2123<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
| UNSECURED | Claimed: | $3,000.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| SIEG, BRADLEY H<br>418 BRISTOL DR<br>CAROL STREAM, IL 60188 | | Claim Number: 2124<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| PRIORITY | Claimed: | $500.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| TROYANOWSKI, CASIMIR<br>2408 FOX BORO LN<br>NAPERVILLE, IL 60564-8497 | | Claim Number: 2125<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $11.30 | Scheduled: | $11.30 |

| | | | | | |
|---|---|---|---|---|---|
| MARCHAND, TERRY<br>1149 WHITE MOUNTAIN DR<br>NORTHBROOK, IL 60062-4362 | | Claim Number: 2126<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.40 | Scheduled: | $34.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LEWIS COUNTY
LEWIS COUNTY TREASURER
351 NW NORTH STREET
CHEHALIS, WA 98532

Claim Number: 2127
Claim Date: 04/30/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED          Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $277.08 | | |
| SECURED | Claimed: | $277.08 | | |
| TOTAL | Claimed: | $277.08 | | |

---

HALLER, SIEGLINDE M
PO BOX 61768
C/O ELIZABETH SHEA GUARDIAN
PALM BAY, FL 32906

Claim Number: 2128
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $520.64 | | |

---

CARRAWAY, DENA
5558 MUIRFIELD COURT
ORLANDO, FL 32819

Claim Number: 2129
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5496 (08/24/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,286.16 | | |

---

JIMENEZ, LOUIE
157 S SYCAMORE AV
RIALTO, CA 92376

Claim Number: 2130
Claim Date: 04/30/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $68.52 | | |
| UNSECURED | | | Scheduled: | $68.52 |

---

ZEL LURIE, J
401 E LINTON BLVD   APT 656
DELRAY BEACH, FL 33483

Claim Number: 2131
Claim Date: 04/30/2009
Debtor: FORUM PUBLISHING GROUP, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

---

SOUTH FLORIDA REUSE & RECYCLING
1100 NW 53RD STREET
FORT LAUDERDALE, FL 33309

Claim Number: 2132
Claim Date: 04/30/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |

---

TOTAL IMAGING DBA GILLESPIE PRINTING INC
709 ROBLE RD
ALLENTOWN, PA 18109-9500

Claim Number: 2133
Claim Date: 04/30/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $2,311.40 | | |
| UNSECURED | | | Scheduled: | $2,311.40 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PWR TRANS SPEC<br>8803 SORENSEN AVE<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 2134<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $295.26 | | |
| GRIFFEN'S SATELLITE SERVICE<br>ERIC E. GRIFFEN<br>1423 STATE ROUTE 28N<br>MINERVA, NY 12857 | Claim Number: 2135<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim number 22 | | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| GRIFFENS SATELLITE SERVICE<br>1423 STATE ROUTE 28N<br>MINERVA, NY 12851 | Claim Number: 2136<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ALLEN ENERGY LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2137<br>Claim Date: 04/30/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $213.00 | Scheduled: | $213.00 |
| PANGEA NETWORKS INC<br>6520 WHITEMAN ST   NE<br>TACOMA, WA 98422 | Claim Number: 2138<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | | |
| UNSECURED | Claimed: | $180.48 | Scheduled: | $879.85 |
| BENHAM FRENCH, KELLEY<br>2460 WOODLAWN CIRCLE W<br>ST PETERSBURG, FL 33704 | Claim Number: 2139<br>Claim Date: 04/30/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $200.00 |
| IMAGE COMMUNICATIONS INC<br>1519 BLUE HERON DR<br>SARASOTA, FL 34239-3702 | Claim Number: 2140<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
| UNSECURED | Claimed: | $121.64 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MCAFEE, STEVEN<br>18001 RICHMOND PLACE DR APT 310<br>TAMPA, FL 33647 | Claim Number: 2141<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

| TRIEMER, ISABELL<br>1736 GOUGH ST<br>BALTIMORE, MD 21231-2414 | Claim Number: 2142<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

| GTS-WELCO<br>PO BOX 382000<br>PITTSBURGH, PA 15250-8000 | Claim Number: 2143<br>Claim Date: 04/30/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $100.33 | Scheduled: | $100.33 |
|---|---|---|---|---|

| SOLSTICE CONSULTING, LLC<br>641 W LAKE<br>STE 102<br>CHICAGO, IL 60661 | Claim Number: 2144<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,400.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,800.00 |

| SLS LEARNING SOLUTIONS LLC<br>PO BOX 69<br>CLARENDON HILLS, IL 60514 | Claim Number: 2145<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,500.00 | Scheduled: | $3,500.00 |
|---|---|---|---|---|

| MILES, DANIELL<br>45 EASY STREET<br>RINGGOLD, GA 30736 | Claim Number: 2146<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ALLIANCE MAINTENANCE SERVICES<br>855 MORSE AVE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 2147<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $41,243.25 | Scheduled: | $41,243.25 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ALLIANCE MAINTENANCE SERVICES
855 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Claim Number: 2148
Claim Date: 04/30/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $376.04 | Scheduled: | $376.04 |

---

ALLIANCE MAINTENANCE SERVICES
855 MORSE ST.
ATTN: MIKE KILEY
ELK GROVE VILLAGE, IL 60007

Claim Number: 2149
Claim Date: 04/30/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,843.33 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: SPR INC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 2150
Claim Date: 04/30/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,795.08 | Scheduled: | $4,795.08 |

---

MEADWESTVACO CONSUMER AND OFFICE
PRODUCTS
4751 HEMPSTEAD STATION DRIVE
KETTERING, OH 45429

Claim Number: 2151
Claim Date: 04/30/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,717.51 |

---

MEADWESTVACO CONSUMER AND OFFICE
PRODUCTS
4751 HEMPSTEAD STATION DRIVE
KETTERING, OH 45429

Claim Number: 2152
Claim Date: 04/30/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $306.72 |

---

BROADCAST MUSIC, INC.
JUDITH SAFFER, ESQUIRE
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-0030

Claim Number: 2153
Claim Date: 04/30/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85,213.29 | Scheduled: | $85,213.29 |

---

SHARED MAIL ACQUISITION D/B/A DOODAD
72 INDUSTRIAL CIRCLE
LANCASTER, PA 17601

Claim Number: 2154-01
Claim Date: 04/30/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,093.26 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SHARED MAIL ACQUISITION D/B/A DOODAD
72 INDUSTRIAL CIRCLE
LANCASTER, PA 17601

Claim Number: 2154-02
Claim Date: 04/30/2009
Debtor: VALUMAIL, INC.
Comments: DOCKET: 3801 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,675.76 | Scheduled: | $3,158.76 |

LOS ANGELES LAKERS INC
P O BOX 940
EL SEGUNDO, CA 90245

Claim Number: 2155
Claim Date: 04/30/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $448.68 | Scheduled: | $448.68 |

CAMACHO, JOSE A
5942 S SAWYER
CHICAGO, IL 60629

Claim Number: 2156
Claim Date: 04/30/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,187.70 | | |
| UNSECURED | | | Scheduled: | $7,187.70 |

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 2157
Claim Date:   /  /
Debtor: DEBTOR NOT FOUND

| | | | |
|---|---|---|---|
| TOTAL | Claimed: | $0.00 | |

DESOUSA, JOHN B
344 BENHAM HILL RD
WEST HAVEN, CT 06516-6233

Claim Number: 2158
Claim Date: 04/30/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,913.92 | | |
| UNSECURED | | | Scheduled: | $4,913.92 |

WITTMAN, JOHN W
8800 WALTHER BLVD.
APT. 3312
BALTIMORE, MD 21234

Claim Number: 2159
Claim Date: 04/30/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,540.92 | Scheduled: | $15,540.92 UNLIQ |

DEMMA, JOSEPH
2219 N 35TH AVE
HOLLYWOOD, FL 33021-4312

Claim Number: 2160
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $200.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GILMAN WELDING SERVICE<br>308 BELMAR AVE<br>INDIANAPOLIS, IN 46219 | | Claim Number: 2161<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $470.00 | Scheduled: | $470.00 |

---

| | | | | |
|---|---|---|---|---|
| GREWE, DAVID<br>920 SW CRESTVIEW ST<br>PULLMAN, WA 99163-2013 | | Claim Number: 2162<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $2,500.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| NENSCO<br>PO BOX 847826<br>BOSTON, MA 02284-7826 | | Claim Number: 2163<br>Claim Date: 04/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,284.23 | Scheduled: | $2,284.23 |

---

| | | | | |
|---|---|---|---|---|
| ARMSTEAD, BLISS<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | | Claim Number: 2164<br>Claim Date: 04/30/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $9,038.36 | Scheduled: | $9,038.36  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| ARMSTEAD, BLISS E<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | | Claim Number: 2165<br>Claim Date: 04/30/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,788.71 | Scheduled: | $5,788.71 |

---

| | | | | |
|---|---|---|---|---|
| JIM PEASE PHOTOGRAPHY<br>11836 DARLINGTON AVE  NO.2<br>LOS ANGELES, CA 90049 | | Claim Number: 2166<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,513.00 | Scheduled: | $1,513.00 |

---

| | | | | |
|---|---|---|---|---|
| HOLTZBRINCK PUBLISHERS LLC DBA MPS<br>16365 JAMES MADISON HWY<br>GORDONSVILLE, VA 22942 | | Claim Number: 2167<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $237.03 | | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | Claim Number: 2168<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | | |

| ENGLE, SHAENA<br>10916 MOORPARK ST NO.7<br>TOLUCA LAKE, CA 91602 | Claim Number: 2169<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 2170<br>Claim Date: 04/30/2009<br>Debtor: KTLA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $2,100.00 |

| HU, ERIC<br>10721 SUNNYBRAE AV<br>CHATSWORTH, CA 91311 | Claim Number: 2171<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8.75 | Scheduled: | $8.75 |

| STANLEY SECURITY SOLUTIONS INC<br>SAFEMASTERS<br>DEPT CH 14202<br>PALATINE, IL 60055-4202 | Claim Number: 2172<br>Claim Date: 04/30/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,395.03 | Scheduled: | $1,395.03 |

| HENIGAN, M<br>235 ANNE DR<br>NEWPORT NEWS, VA 23601 | Claim Number: 2173<br>Claim Date: 04/30/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $19.87 | Scheduled: | $19.87 |

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: CLEAR CHOICE MAGAZINE<br>CONSULTING<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2174<br>Claim Date: 04/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: CLEANALL COMMERCIAL CLEANING<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2175<br>Claim Date: 04/30/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $8,413.32 | Scheduled: | $8,413.32 |
|---|---|---|---|---|

| BRADSHAW, OMAR<br>21820 CYPRESS CIR 25A<br>BOCA RATON, FL 33433 | Claim Number: 2176<br>Claim Date: 04/30/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $34.96 | Scheduled: | $34.96 |
|---|---|---|---|---|

| TRC MASTER FUND LLC<br>TRANSFEROR: CMM CONSTRUCTORS<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 2177<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $11,570.00 | Scheduled: | $11,570.00 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: DACOR INSTALLATION SERVICES<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 2178<br>Claim Date: 05/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,148.75 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,833.11 | Scheduled: | $22,191.61 |

| GRANT AND POWER LANDSCAPING INC.<br>700 ROOSEVELT ROAD<br>WEST CHICAGO, IL 60187 | Claim Number: 2179<br>Claim Date: 05/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $3,553.00 |
|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BEERS ENTERPRISES, INC<br>DBA THE SWITCH<br>940 SOUTHWOOD BVLD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2180<br>Claim Date: 05/01/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $383.87 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $383.87 |

| REXEL CONSOLIDATED<br>2131 PARK CENTRAL BLVD N BLDG D<br>POMPANO BEACH, FL 33064-2210 | Claim Number: 2181<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $517.88 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| EBM INC<br>33610 TREASURY CENTER<br>CHICAGO, IL 60694-3600 | Claim Number: 2182<br>Claim Date: 05/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,843.33 | Scheduled: | $1,843.33 |

---

| | | | | |
|---|---|---|---|---|
| RTM - REMOTE TRANSMISSION MANAGEMENT<br>2491 ALLUVIAL AVE SUITE 40<br>CLOVIS, CA 93611 | Claim Number: 2183-01<br>Claim Date: 05/01/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $3,575.91 | | |

---

| | | | | |
|---|---|---|---|---|
| RTM - REMOTE TRANSMISSION MANAGEMENT<br>2491 ALLUVIAL AVE SUITE 40<br>CLOVIS, CA 93611 | Claim Number: 2183-02<br>Claim Date: 05/01/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $31,738.16 | | |
| UNSECURED | Claimed: | $6,296.32 | | |

---

| | | | | |
|---|---|---|---|---|
| INDUSTRIAL TOWEL & UNIFORM INC.<br>2700 S. 160TH ST.<br>NEW BERLIN, WI 53151 | Claim Number: 2184<br>Claim Date: 05/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments:<br>Amends claim numbers 206,207,208,209 and 210 | | | |
| UNSECURED | Claimed: | $2,581.51 | Scheduled: | $801.24 |

---

| | | | | |
|---|---|---|---|---|
| TELECOMMUNICATION SYSTEMS, INC.<br>333 N MICHIGAN AVE STE 2700<br>CHICAGO, IL 60601-4047 | Claim Number: 2185<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for patenet infringement | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 2186<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
| UNSECURED | Claimed: | $29,843.65 | Scheduled: | $29,870.00 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 2187<br>Claim Date: 05/01/2009<br>Debtor: CHANNEL 39, INC. | | | |
| UNSECURED | Claimed: | $257.51 | Scheduled: | $257.51 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2188<br>Claim Date: 05/01/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $2,574.99 | Scheduled: | $3,511.35 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2189<br>Claim Date: 05/01/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $17,440.04 | Scheduled: | $17,440.04 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2190<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $49.42 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2191<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | |
| UNSECURED | Claimed: | $558.10 | Scheduled: | $805.20 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2192<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | |
| UNSECURED | Claimed: | $148.26 | Scheduled: | $148.26 UNLIQ |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2193<br>Claim Date: 05/01/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $33,899.37 | Scheduled: | $33,899.37 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 2194<br>Claim Date: 05/01/2009<br>Debtor: WDCW BROADCASTING, INC. | | |
| UNSECURED | Claimed: | $741.30 | Scheduled: | $642.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2195
Claim Date: 05/01/2009
Debtor: CHANNEL 40, INC.

| UNSECURED | Claimed: | $16,173.18 | Scheduled: | $16,173.18 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2196
Claim Date: 05/01/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $34,805.86 | Scheduled: | $34,805.86 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2197
Claim Date: 05/01/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $14,221.49 | Scheduled: | $17,561.23 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2198
Claim Date: 05/01/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| UNSECURED | Claimed: | $3,360.56 | Scheduled: | $3,409.98 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2199
Claim Date: 05/01/2009
Debtor: KIAH INC.

| UNSECURED | Claimed: | $4,052.44 | Scheduled: | $3,948.82 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2200
Claim Date: 05/01/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $32,439.03 | Scheduled: | $32,636.72 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2201
Claim Date: 05/01/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| UNSECURED | Claimed: | $1,290.54 | Scheduled: | $1,290.54 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PARIKH, RAHUL
509 MATISSE COURT
WALNUT CREEK, CA 94597

Claim Number: 2202
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $250.00 | | |
| --- | --- | --- | --- | --- |

PARIKH, RAHUL
509 MATISSE CT
WALNUT CREEK, CA 94597

Claim Number: 2203
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |
| --- | --- | --- | --- | --- |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2204
Claim Date: 05/01/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $1,381.18 | Scheduled: | $1,381.18 |
| --- | --- | --- | --- | --- |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2205
Claim Date: 05/01/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $1,393.90 | Scheduled: | $1,393.90 |
| --- | --- | --- | --- | --- |

NC DEPARTMENT OF STATE TREASURER
UNCLAIMED PROPERTY PROGRAM
325 NORTH SALISBURY STREET
RALEIGH, NC 27603-1385

Claim Number: 2206
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,292.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NC DEPARTMENT OF STATE TREASURER
UNCLAIMED PROPERTY PROGRAM
325 NORTH SALISBURY STREET
RALEIGH, NC 27603-1385

Claim Number: 2207
Claim Date: 05/01/2009
Debtor: CHICAGO TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $1,293.00 | Scheduled: | $0.00 UNLIQ |

MAIS, LATISHA
6343 NW 39TH CT
POMPANO BEACH, FL 33067-3212

Claim Number: 2208
Claim Date: 05/01/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| UNSECURED | Claimed: | $35.00 | Scheduled: | $35.00 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MAIS, LATISHA<br>6343 NW 39TH CT<br>POMPANO BEACH, FL 33067-3212 | | Claim Number: 2209<br>Claim Date: 05/01/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. | | |
| UNSECURED | Claimed: | $64.00 | Scheduled: | $64.00 |

| | | | | |
|---|---|---|---|---|
| CZARK, RICHARD<br>44 WATERFORD DR<br>BLUFTON, SC 29910 | | Claim Number: 2210<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $45,778.23  UNLIQ | Scheduled: | $40,189.83 |

| | | | | |
|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | | Claim Number: 2211<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $144,359.05 | | |

| | | | | |
|---|---|---|---|---|
| SCHETTINO, MACARIO<br>BELLSARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>DF<br>MEXICO, 4000 | | Claim Number: 2212<br>Claim Date: 05/01/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,850.00 |

| | | | | |
|---|---|---|---|---|
| NORTH COUNTY JANITORIAL INC<br>188 DIX AVENUE<br>GLEN FALLS, NY 12801 | | Claim Number: 2213<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $2,820.62 | Scheduled: | $2,820.62 |

| | | | | |
|---|---|---|---|---|
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2214<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $891,563.33  UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: BARKWORK<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2215<br>Claim Date: 05/01/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BARBER, DON<br>1801 N. BENTALOU STREET<br>BALTIMORE, MD 21216 | Claim Number: 2216<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12.00 | Scheduled: | $12.00 |

| WHITAKER OIL COMPANY<br>PO BOX 890688<br>CHARLOTTE, NC 28289-0688 | Claim Number: 2217<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,193.51 | Scheduled: | $2,193.51 |

| GUERRERO, PILAR<br>432 AUBURN ST<br>ALLENTOWN, PA 18103 | Claim Number: 2218<br>Claim Date: 05/01/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $205.04  UNLIQ |

| ORTWEIN, DONNA M<br>424 HARRISON ST<br>ALLENTOWN, PA 18103 | Claim Number: 2219<br>Claim Date: 05/01/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $205.04 | Scheduled: | $205.04  UNLIQ |

| CARTER, ROBERT<br>50 ERBACH CRESCENT<br>BADEN, ON N3A 2L3<br>CANADA | Claim Number: 2220<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |

| RICH, HILDA<br>1753 EMERALD ISLE WAY<br>OXNARD, CA 93035 | Claim Number: 2221<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13.59 | Scheduled: | $13.59 |

| GUSMEROTTI, JOSEPH A<br>102 S CATALINA<br>LOS ANGELES, CA 90004 | Claim Number: 2222<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,266.50   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 2223<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00 | | |

| EUBANKS, ALANE<br>425 PIERCE AVE UNIT 504<br>CPE CANAVERAL, FL 32920-3187 | | Claim Number: 2224<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $24.88 |

| WEDGE, CHRIS<br>8933 COURTYARD LN<br>GROVELAND, FL 34736-8899 | | Claim Number: 2225<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50.00 | | |
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 |
| TOTAL | Claimed: | $50.00 | | |

| EASTERN LIFT TRUCK CO INC<br>2211 SULPHUR SPRING RD<br>BALTIMORE, MD 21227 | | Claim Number: 2226<br>Claim Date: 05/01/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,325.00 | | |
| UNSECURED | | | Scheduled: | $4,849.80 |

| BMC SOLUTIONS<br>P O BOX 1777<br>KENNESAW, GA 30156-1777 | | Claim Number: 2227<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $175.53 | Scheduled: | $175.35 |

| REEB, MICHAEL T<br>PO BOX 124<br>GLEN ROCK, PA 17327-0124 | | Claim Number: 2228<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,621.06   UNLIQ | | |

| LANCASTER, WILLIAM<br>931 CROMWELL BRIDGE<br>TOWSON, MD 21286 | | Claim Number: 2229<br>Claim Date: 05/01/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,547.08 | Scheduled: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AMERICAN LITHO INC
DEPT 4106
CAROL STREAM, IL 60122-4106

Claim Number: 2230
Claim Date: 05/01/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $15,974.97 |

---

DE PRETA, RICHARD
100 PALMER AVENUE
STAMFORD, CT 06902

Claim Number: 2231
Claim Date: 05/01/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00   UNDET | | |

---

SHADDOCK, ANDREW
DATABASE MANAGEMENT
425 29TH STREET
MANHATTAN BEACH, CA 90266

Claim Number: 2232
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,578.44 | Scheduled: | $1,578.44 |

---

CITY OF WEST HOLLYWOOD
PO BOX 51852
LOS ANGELES, CA 90050-6152

Claim Number: 2233
Claim Date: 05/01/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $130.00 |

---

SARKES TARZIAN INC
PO BOX 62
BLOOMINGTON, IN 47402-0062

Claim Number: 2234
Claim Date: 05/01/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $94.09 | Scheduled: | $94.09 |

---

CITY OF DALLAS
PO BOX 650302
DALLAS, TX 75265

Claim Number: 2235
Claim Date: 05/01/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $46.33 |

---

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES
("RMS")
P.O. BOX 4396
TIMONIUM, MD 21094

Claim Number: 2236-01
Claim Date: 05/01/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 9342 (06/24/2011)

| ADMINISTRATIVE | Claimed: | $217,616.03 | | |
| UNSECURED | Claimed: | $5,991.03 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>("RMS")<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 2236-02<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 9342 (06/24/2011) | | |
| UNSECURED | Claimed: | $11,842.09 | | |

---

| | | | | |
|---|---|---|---|---|
| WHITMORE, DONALD E<br>6032 LAKEVILLE ROAD<br>ORLANDO, FL 32818 | | Claim Number: 2237<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| PRIORITY | Claimed: | $3,778.85 | | |
| UNSECURED | | | Scheduled: | $3,778.85 |

---

| | | | | |
|---|---|---|---|---|
| COSGROVE, JAMES T.<br>C/O WINEGAR, WILHELM, GLYNN & ROEMER<br>ATTN: SCOTT M. WILHELM<br>3005 ROSEBERRY STREET, P.O. BOX 800<br>PHILLIPSBURG, NJ 08865 | | Claim Number: 2238<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| DATA CLEAN CORP<br>740 E DEBRA LANE<br>ANAHEIM, CA 92805 | | Claim Number: 2239-01<br>Claim Date: 05/01/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $1,171.25 | Scheduled: | $1,171.25 |

---

| | | | | |
|---|---|---|---|---|
| DATA CLEAN CORP<br>740 E DEBRA LANE<br>ANAHEIM, CA 92805 | | Claim Number: 2239-02<br>Claim Date: 05/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $3,158.00 | Scheduled: | $3,158.00 |

---

| | | | | |
|---|---|---|---|---|
| DATA CLEAN CORP<br>740 E DEBRA LANE<br>ANAHEIM, CA 92805 | | Claim Number: 2239-03<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $1,288.00 | Scheduled: | $1,288.00 |

---

| | | | | |
|---|---|---|---|---|
| HOWARD HOSPITAL FOUNDATION<br>10700 CHARTER DR SUITE NO.250<br>COLUMBIA, MD 21044 | | Claim Number: 2240<br>Claim Date: 05/01/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $3,333.33 | Scheduled: | $3,333.33 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| LOS ANGELES COUNTY<br>REGISTAR RECORDER COUNTY CLERK<br>PO BOX 1024<br>NORWALK, CA 90051-1024 | | Claim Number: 2241<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

| | | | | | |
|---|---|---|---|---|---|
| ENTRY ONLY LISTING SERVICE<br>304 NEWBURY ST NO.346<br>BOSTON, MA 02115 | | Claim Number: 2242<br>Claim Date: 05/01/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| MINUTE MAN DELIVERY<br>P O BOX 3759<br>GARDENA, CA 90247 | | Claim Number: 2243-01<br>Claim Date: 05/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| ADMINISTRATIVE | Claimed: | $39.95 | | | |
| UNSECURED | Claimed: | $1,313.94 | | | |

| | | | | | |
|---|---|---|---|---|---|
| MINUTE MAN DELIVERY<br>P O BOX 3759<br>GARDENA, CA 90247 | | Claim Number: 2243-02<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| UNSECURED | Claimed: | $673.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: SQAD INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2244<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| ADMINISTRATIVE | Claimed: | $6,618.37 | | | |
| UNSECURED | | | Scheduled: | $9,529.33 |

| | | | | | |
|---|---|---|---|---|---|
| ONLINE PUBLICATIONS INC<br>55 E LONG LAKE RD    NO.416<br>TROY, MI 48085-4738 | | Claim Number: 2245<br>Claim Date: 05/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $161.00 | Scheduled: | $161.00 |

| | | | | | |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2246<br>Claim Date: 05/01/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| PRIORITY | Claimed: | $1,162,543.00 | | | |
| UNSECURED | Claimed: | $200,949.00 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SHUMAN, JUDY
4232 E SPRINGFIELD ST
SIMI VALLEY, CA 93063

Claim Number: 2247
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11.32 | Scheduled: | $11.32 |

BURRTEC WASTE & RECYCLING SERVICES
PO BOX 5518
BUENA PARK, CA 90622

Claim Number: 2248
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | Claimed: | $189.57 | Scheduled: | $1,808.38 |

ORANGE COUNTY TREASURER-TAX COLLECTOR
ATTN: BANKRUPTCY UNIT
P.O. BOX 1438
SANTA ANA, CA 92702

Claim Number: 2249
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $557.51 |
| SECURED | Claimed: | $0.00 |

BJORKMAN, ERNEST
944 GRANT PL
BOULDER, CO 80302-7117

Claim Number: 2250
Claim Date: 05/01/2009
Debtor: KWGN INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $146,678.20 | | |
| UNSECURED | | | Scheduled: | $146,678.20 UNLIQ |

SHORE BUILT CONSTRUCTION
613 JERICHO TPKE STE 1
NEW HYDE PARK, NY 11040

Claim Number: 2251
Claim Date: 05/01/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $52.00 |

WOLLNEY, JOHN
318 50TH PLACE
WESTERN SPRINGS, IL 60558

Claim Number: 2252
Claim Date: 05/01/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments:
Amends claim number 510

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,103.50 | Scheduled: | $15,053.50 |

JOHN FLEMING INTERIORS
4 VISTA REAL DR
RLLNG HLS EST, CA 90274-4227

Claim Number: 2253
Claim Date: 05/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,495.00 | Scheduled: | $0.00 DISP CONT |

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FOWLER, RUTH H
264 PORT DELMARVA
REHOBOTH BE, DE 19971

Claim Number: 2254
Claim Date: 05/01/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,328.80 | Scheduled: | $22,328.80  UNLIQ |

PATTISHALL MCAULIFFE NEWBERRY HILLIARD
AND GERALDSON
311 S WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 2255
Claim Date: 05/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,280.57 |

BMC SOLUTIONS
P O BOX 1777
KENNESAW, GA 30156-1777

Claim Number: 2256
Claim Date: 05/01/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,023.97 | Scheduled: | $1,097.53 |

COMPTROLLER OF MARYLAND
301 WEST PRESTON STREET ROOM 409
BALTIMORE, MD 21201

Claim Number: 2257
Claim Date: 04/24/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11218 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,355,300.00 |
| UNSECURED | Claimed: | $402,528.00 |

ZEP MANUFACTURING COMPANY
ENGEL, HAIRSTON & JOHANSON, P.C.
ATTN: JONATHAN E. RAULSTON
P.O. BOX 11405
BIRMINGHAM, AL 35202

Claim Number: 2258
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $506.04 |

ARIZONA REPUBLIC, THE
200 E VAN BUREN ST.
PHOENIX, AZ 85004

Claim Number: 2259
Claim Date: 04/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,767.86 |

HOLLAND & KNIGHT LLP
PO BOX 14070
FT LAUDERDALE, FL 33302-4070

Claim Number: 2260
Claim Date: 04/27/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 11245 (03/28/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,849.12 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NORTH DALLAS BANK & TRUST CO.<br>ATTN: KELLY L. GREEN<br>12900 PRESTON RD.<br>DALLAS, TX 75230 | Claim Number: 2261<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) | | | |

| UNSECURED | Claimed: | $41,457.84 | | |

---

| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | Claim Number: 2262<br>Claim Date: 04/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | | |

| ADMINISTRATIVE | Claimed: | $35,200.63   UNLIQ | | |

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2263<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | | |

| UNSECURED | Claimed: | $67.52 | Scheduled: | $67.52 |

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2264<br>Claim Date: 05/04/2009<br>Debtor: KTLA INC. | | | |

| UNSECURED | Claimed: | $2,733.06 | Scheduled: | $2,733.06 |

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2265<br>Claim Date: 05/04/2009<br>Debtor: WDCW BROADCASTING, INC. | | | |

| UNSECURED | Claimed: | $106.00 | Scheduled: | $106.00 |

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2266<br>Claim Date: 05/04/2009<br>Debtor: WPIX, INC. | | | |

| UNSECURED | Claimed: | $3,181.39 | Scheduled: | $3,181.39 |

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2267<br>Claim Date: 05/04/2009<br>Debtor: CHANNEL 39, INC. | | | |

| UNSECURED | Claimed: | $2,218.62 | Scheduled: | $2,218.62 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: ONE DOMAIN INC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 2268
Claim Date: 05/04/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,671.61 | Scheduled: | $2,671.61 |

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: ONE DOMAIN INC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 2269
Claim Date: 05/04/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,440.50 | Scheduled: | $360.13 |

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: ONE DOMAIN NEO BETA SOFTWARE
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 2270
Claim Date: 05/04/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

ASM CAPITAL, L.P.
TRANSFEROR: TARGETCOM LLC
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2271
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

ASM CAPITAL III, L.P.
TRANSFEROR: QUASARANO, JOE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2272
Claim Date: 05/04/2009
Debtor: KTLA INC.
Comments: DOCKET: 1244 (05/27/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,414.50 | Scheduled: | $10,104.39 |

MCLAUGHLIN, DONALD
1218 NW 93RD ST
VANCOUVER, WA 98665-6837

Claim Number: 2273
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Attached letter refers to retiree life insurance policy

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

DATABASE PUBLISHING SYSTEMS
784 OLD MAIN ST
ROCKY HILL, CT 06067

Claim Number: 2274
Claim Date: 05/04/2009
Debtor: PATUXENT PUBLISHING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $816.23 | Scheduled: | $816.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

REDBOURN PARTNERS, LTD
DEREK C. ABBOTT, ESQ.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. MARKET ST., P.O. BOX 1347
WILMINGTON, DE 19899

Claim Number: 2275
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,394,767.45  UNLIQ |

---

FLORIDA MALL ASSOCIATES
8001 S ORANGE BLOSSOM TR NO.420
ORLANDO, FL 32809

Claim Number: 2276
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | | $3,727.50 | | $3,727.50 |

---

BISMARCK ENTERPRISES AT UNITED CENTER
180 N STETSWON AVE STE 810N
CHICAGO, IL 60601-6830

Claim Number: 2277
Claim Date: 05/04/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | | $4,390.74 | | $4,390.74 |

---

ROSSI, DOUGLAS A & PAULA
38 SHERIDAN STREET
HUNTINGTON, NY 11743

Claim Number: 2278
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNDET |
| SECURED | | $0.00  UNDET |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR:CARUSO MANAGEMENT COMPANY
LTD
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2279
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 8138 (02/25/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $14,960.00 | | $14,960.00 |

---

HOSLER, KAREN A
12 CONSTITUTION AVE
ANNAPOLIS, MD 21401

Claim Number: 2280
Claim Date: 05/04/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $12,477.71 |

---

HOSLER, KAREN A
12 CONSTITUTION AVE
ANNAPOLIS, MD 21401

Claim Number: 2281
Claim Date: 05/04/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments:
Amends claim number 342

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $12,477.81 | | |
| UNSECURED | | | | $12,121.13 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COTTON, WILLIAM VIRGIL<br>6444 NEEDLE LEAF DRIVE<br>ROCKVILLE, MD 20852 | Claim Number: 2282<br>Claim Date: 05/04/2009<br>Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $1,776.18 | | |

| SOUTH BEND ABSORBTECH, LLC<br>BOX 88396<br>ATTN: LYNN<br>MILWAUKEE, WI 53288-0396 | Claim Number: 2283<br>Claim Date: 05/04/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 2269 (10/02/2009)<br>Amends claim numbers 211, 212 and 213, by Absorbtech | | |
|---|---|---|---|
| UNSECURED            Claimed: | $1,239.00 | Scheduled: | $1,100.50 |

| AIR 2 WEB INC<br>3424 PEACHTREE RD NE STE 400<br>ATLANTA, GA 30326-1123 | Claim Number: 2284<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|
| UNSECURED            Claimed: | $5,100.97 | | |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ONE DOMAIN INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2285<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
|---|---|---|---|
| UNSECURED            Claimed: | $2,690.40 | Scheduled: | $2,690.40 |

| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | Claim Number: 2286<br>Claim Date: 05/04/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| SECURED            Claimed: | $633.19 | | |

| INDIANA DEPARTMENT OF STATE REVENUE<br>CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 NORTH SENATE AVENUE, ROOM N203<br>INDIANAPOLIS, IN 46204 | Claim Number: 2287<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE            Claimed: | $76.53 | | |

| PENITA, HARRIS<br>C/O STEPHEN SMALLING<br>55 WEST MONROE<br>SUITE 900<br>CHICAGO, IL 60603 | Claim Number: 2288<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED            Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRIGHT STAR COURIERS LLC<br>70 W 36TH ST    STE 301<br>NEW YORK, NY 10018 | Claim Number: 2289<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | | |
| UNSECURED | Claimed: | $1,300.50 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: FIRST QUALITY MAINTENANCE II<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 2290<br>Claim Date: 05/04/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
| UNSECURED | Claimed: | $20,344.82 | Scheduled: | $20,073.88 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: FIRST QUALITY MAINTENANCE<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 2291<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments:<br>Amends claim number 892 | | | |
| UNSECURED | Claimed: | $4,425.42 | Scheduled: | $4,425.42 |
| LECTROSONICS INC<br>PO BOX 15900<br>RIO RANCHO, NM 87174 | Claim Number: 2292<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | | |
| UNSECURED | Claimed: | $899.50 | Scheduled: | $899.50 |
| BEAU WEAVER INC<br>257 PARK AVE SOUTH  SUITE 900<br>NEW YORK, NY 10010 | Claim Number: 2293<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $220.16 | | |
| UNSECURED | | | Scheduled: | $369.74 |
| MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | Claim Number: 2294<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $602.39 | Scheduled: | $1,417.39 |
| MILLER KAPLAN ARASE AND CO<br>4123 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91602-2828 | Claim Number: 2295<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim number 338 | | | |
| UNSECURED | Claimed: | $6,690.00 | Scheduled: | $15,690.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MILLER KAPLAN ARASE AND CO
4123 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91602-2828

Claim Number: 2296
Claim Date: 05/04/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: EXPUNGED
DOCKET: 7792 (02/04/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $360.00 | Scheduled: | $360.00 |

---

MILLER KAPLAN ARASE AND CO
4123 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91602-2828

Claim Number: 2297
Claim Date: 05/04/2009
Debtor: KIAH INC.
Comments: EXPUNGED
DOCKET: 7792 (02/04/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $455.00 | Scheduled: | $455.00 |

---

MILLER KAPLAN ARASE AND CO
4123 LANKERSHIM BLVD
NORTH HOLLYWOOD, CA 91602-2828

Claim Number: 2298
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $6,000.00 | Scheduled: | $6,000.00 |

---

MYERS, RAYMOND
811 POWERS ST
BALTIMORE, MD 21211-2511

Claim Number: 2299
Claim Date: 05/04/2009
Debtor: THE BALTIMORE SUN COMPANY

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $5.55 | Scheduled: | $5.55 |

---

MYERS, RAYMOND
811 POWERS ST
BALTIMORE, MD 21211-2511

Claim Number: 2300
Claim Date: 05/04/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $10.55 | Scheduled: | $10.55 |
|---|---|---|---|---|

---

CAULER, BETTY
2212 W TILGHMAN ST.
ALLENTOWN, PA 18104

Claim Number: 2301
Claim Date: 05/04/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

CAULER, BETTY E
2212 W  TILGHMAN STREET
ALLENTOWN, PA 18104

Claim Number: 2302
Claim Date: 05/04/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $2,088.78 | Scheduled: | $2,088.78  UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TNS MEDIA INTELLIGENCE<br>KANTAR MEDIA  INTELLIGENCE<br>PO BOX 7247-9301<br>PHILADELPHIA, PA 19170-9301 | Claim Number: 2303<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,508.22 | Scheduled: | $8,508.22 |

| DACA 2010L, LP<br>TRANSFEROR: TNS MEDIA INTELLIGENCE<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2304<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $550.61 | Scheduled: | $550.61 |

| TNS MEDIA INTELLIGENCE<br>11 MADISON AVE FL 12<br>NEW YORK, NY 10010-3696 | Claim Number: 2305<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,438.44 |

| BROWN, LARRY<br>403 W TURNER ST APT 4<br>ALLENTOWN, PA 18102-3440 | Claim Number: 2306<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $173.52 | Scheduled: | $173.52 |

| BROWN, LARRY<br>403 W TURNER ST APT 4<br>ALLENTOWN, PA 18102-3440 | Claim Number: 2307<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $106.45 | Scheduled: | $106.45  UNLIQ |

| MACDONALD ADVERTISING SERVICES INC<br>302 FERRY ST   3RD FLR<br>LAFAYETTE, IN 47901 | Claim Number: 2308<br>Claim Date: 05/04/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $177.00 | Scheduled: | $177.00 |

| MACDONALD ADVERTISING SERVICES INC<br>302 FERRY ST   3RD FLR<br>LAFAYETTE, IN 47901 | Claim Number: 2309<br>Claim Date: 05/04/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $177.00 | Scheduled: | $177.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MACDONALD ADVERTISING SERVICES INC
302 FERRY ST   3RD FLR
LAFAYETTE, IN 47901

Claim Number: 2310
Claim Date: 05/04/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,044.00 | Scheduled: | $522.00 | |

UNISAN PRODUCTS
5450 W 83RD ST
LOS ANGELES, CA 90045

Claim Number: 2311
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,145.68 | | | |
| UNSECURED | Claimed: | $3,731.60 | Scheduled: | $10,145.30 | UNLIQ |

ZOHAR LAZAR INC
28 BROAD ST
KINDERHOOK, NY 12106

Claim Number: 2312
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | | |
| UNSECURED | | | Scheduled: | $800.00 |

ZOHAR LAZAR INC
PO BOX 275
KINDERHOOK, NY 12106

Claim Number: 2313
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

LIPTON, SHANA TING
1904 WEEPAH WAY
LOS ANGELES, CA 90046

Claim Number: 2314
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

LIPTON, SHANA TING
1904 WEEPAH WAY
LOS ANGELES, CA 90046

Claim Number: 2315
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Claim Number: 2316
Claim Date: 05/04/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNISAN PRODUCTS
5450 W 83RD ST
LOS ANGELES, CA 90045

Claim Number: 2317
Claim Date: 05/04/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,819.25 | | |
| UNSECURED | | | Scheduled: | $3,819.25 |

---

STREAMTHEWORLD INC
1440 SAINT-CATHERINE WEST
SUITE 1200
MONTREAL, QC H3G 1R8
CANADA

Claim Number: 2318
Claim Date: 05/04/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,679.80 | Scheduled: | $4,495.32 |

---

DORCIUS, JHON
1112 S SWINTON AVE
DELRAY BEACH, FL 33444

Claim Number: 2319
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | |

---

WHISLER, JACK
645 LINCOLN STREET
GLENVIEW, IL 60025

Claim Number: 2320
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments:
Amends claim numnber 507

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,519.23 | | |
| UNSECURED | Claimed: | $81,346.15 | Scheduled: | $85,865.38 |

---

TAYLOR FRANCIS/ROUTLEDGE
10650 TEOBBEN DR
INDEPENDENCE, KY 41051

Claim Number: 2321
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,660.70 | | |
| UNSECURED | Claimed: | $3,660.70 | Scheduled: | $1,608.25 |
| TOTAL | Claimed: | $3,660.70 | | |

---

MEHL, DUANE
939 FERN ST
TRAVERSE CITY, MI 49686

Claim Number: 2322
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15.44 | Scheduled: | $15.44 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: JOSEPH WONG AIA DESIGN ASSOC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2323
Claim Date: 05/04/2009
Debtor: KSWB INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $673.75 | Scheduled: | $673.75 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MCFARLAND, VICTORIA<br>5225 E. PROSPECT RD<br>YORK, PA 17406 | | Claim Number: 2324<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |

---

| PRIORITY | Claimed: | $31,371.90 | | |
|---|---|---|---|---|
| KOHUT FUNERAL SERV<br>950 N FRONT ST<br>ALLENTOWN, PA 18102 | | Claim Number: 2325<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC. | | |

---

| UNSECURED | Claimed: | $113.06 | Scheduled: | $113.06 |
|---|---|---|---|---|
| RITTERHOFF, NICHELLE<br>601 N COOLIDGE CT<br>PEORIA, IL 61604 | | Claim Number: 2326<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |

---

| UNSECURED | Claimed: | $18.38 | Scheduled: | $18.38 |
|---|---|---|---|---|
| MARUMOTO, KAREN<br>2002 N CHIPMAN RD<br>OWOSSO, MI 48867-4815 | | Claim Number: 2327<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |

---

| UNSECURED | Claimed: | $218.60 | Scheduled: | $218.60 |
|---|---|---|---|---|
| INDIANAPOLIS WATER<br>P.O. BOX 1990<br>INDIANAPOLIS, IN 46206-1990 | | Claim Number: 2328<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |

---

| UNSECURED | Claimed: | $593.97 | Scheduled: | $1,043.03 |
|---|---|---|---|---|
| JOHNSON, JEFFREY<br>4255 BEULAH DRIVE<br>LA CANADA, CA 91011 | | Claim Number: 2329<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |

---

| UNSECURED | Claimed: | $4,639.37 | | |
|---|---|---|---|---|
| LAW OFC OF WILLIAM G PINTAS<br>368 W HURON ST  STE 100<br>CHICAGO, IL 60610 | | Claim Number: 2330<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |

---

| UNSECURED | Claimed: | $2,210.00 | Scheduled: | $2,210.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| VANGUARD FUNDING CORP<br>ATTN DAN ALLEE<br>741 E BALL ROAD  NO.103<br>ANAHEIM, CA 92805 | | Claim Number: 2331<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1,001.00 | Scheduled: | $1,001.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2332<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $20,303,924.06 | | |
| UNSECURED | Claimed: | $2,092,721.00 | | |
| JACOBSEN, CLARICE<br>5623 N OLCOTT<br>CHICAGO, IL 60631 | | Claim Number: 2333<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SUNSOURCE TECHNOLOGIES<br>NW 7809<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7809 | | Claim Number: 2334<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $320.16 | | |
| BALMAZ, FELIX<br>602 BIRCH BLVD<br>ALTAMONTE SPRINGS, FL 32701-5406 | | Claim Number: 2335<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $52.34 | Scheduled: | $52.34 |
| SEVI, DUSTIN<br>201 CREEKSIDE DR<br>NAZARETH, PA 18064 | | Claim Number: 2336<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $92.82 | Scheduled: | $92.82 |
| ACADEMY OF MOTION PICTURE ARTS<br>AND SCIENCES<br>8949 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90211-1972 | | Claim Number: 2337<br>Claim Date: 05/04/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $7,500.00 | Scheduled: | $7,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FUSSELL, BERTA<br>33704 WESTLEY ROAD<br>EUSTIS, FL 32736 | | Claim Number: 2338<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $20.00 |

| FRUIT STORE INC<br>26 W 1ST ST<br>HINSDALE, IL 60521 | | Claim Number: 2339<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $206.79 | Scheduled: | $206.79 |

| POOLE, ANDREW L<br>7349 S WOODWORD AVE<br>H 301<br>WOODRIDGE, IL 60517 | | Claim Number: 2340<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,511.75 | | |
| UNSECURED | | | Scheduled: | $8,511.75 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 2341<br>Claim Date:   /  /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00 | | |

| HATTENBACH, LINDA<br>1236 LITTLE CREEK CIRC<br>BREINIGSVILLE, PA 18031 | | Claim Number: 2342<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | |

| BARRIERE, JOSE M<br>1363 W. 39TH STREET<br>LOS ANGELES, CA 90062 | | Claim Number: 2343<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,124.20 | | |

| DILEO, RAY<br>1039 MANOR DR<br>ALLENTOWN, PA 18103 | | Claim Number: 2344<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23.20 | Scheduled: | $23.20 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LAKE, D.
505 W TEMPLE AVE
EFFINGHAM, IL 62401-2250

Claim Number: 2345
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $17.82 | Scheduled: | $17.82 |
|---|---|---|---|---|

UNIVISION COMMUNICATIONS INC.
MELISSA LOPEZ
1777 NE LOOP 410, SUITE 400
SAN ANTONIO, TX 78217

Claim Number: 2346
Claim Date: 05/04/2009
Debtor: KIAH INC.
Comments: DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $4,250.00 | | |
|---|---|---|---|---|

WARREN HIGH SCHOOL
500 N O'PLAINE RD
GURNEE, IL 90031

Claim Number: 2347
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2.30 |
|---|---|---|---|---|

NIEVES, ANTHONY
C/O LEYVA & NIGHT
2632 W BEVERLY BLVD
MONTEBELLO, CA 90640

Claim Number: 2348
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 12717 (11/13/2012)
Claim is stated as $50,000 plus

| UNSECURED | Claimed: | $50,000.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DAUSCHER, RUTH
2109 CLARKS HILL WAY
THE WILLAGES, FL 32162-1210

Claim Number: 2349
Claim Date: 05/04/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $80.07 | Scheduled: | $80.07 |
|---|---|---|---|---|

MARKET FORCE CORP
3605 CHAPEL RD     STE C
NEWTOWN SQUARE, PA 19083

Claim Number: 2350
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $1,445.00 | Scheduled: | $1,445.00 |
|---|---|---|---|---|

BAUM, RICHARD
33 N. LASALLE ST.
CHICAGO, IL 60602

Claim Number: 2351
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HOUSE, ED
1668 INDEPENDENCE CT
SEVERN, MD 21144-1723

Claim Number: 2352
Claim Date: 05/04/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16.53 | Scheduled: | $16.53 |

CLENDENIN, MICHAEL
328 CAROLINA MEADOWS VILLA
CHAPEL HILL, NC 27517

Claim Number: 2353
Claim Date: 05/04/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4778 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,235.00 |

YAKSH, MICHAEL, JR.
C/O MORGAN & MORGAN
ATTN: C. RYAN MORGAN
20 N. ORANGE AVENUE
ORLANDO, FL 32802-4979

Claim Number: 2354
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,780.00 | Scheduled: | $0.00 UNLIQ |

FENSTERMAKER, MORIA
2333 COOLIDGE ST
ALLENTOWN, PA 18104

Claim Number: 2355
Claim Date: 05/04/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $149.80 | | |
| UNSECURED | Claimed: | $149.80 | Scheduled: | $149.80 UNLIQ |
| TOTAL | Claimed: | $149.80 | | |

TRI SIGNAL INTEGRATION INC
15853 MONTE ST STE 101
SYLMAR, CA 91342-7671

Claim Number: 2356
Claim Date: 05/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60.33 | Scheduled: | $60.33 |

BARNETT, J.
100 CEDAR POINT LANE
LONGWOOD, FL 32779

Claim Number: 2357
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5083 (07/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $72.48 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $72.48 | Scheduled: | $72.48 |
| TOTAL | Claimed: | $72.48 | | |

UNCLAIMED MONIES UNIT  AUSTRALIAN
SECURITIES & INVESTMENTS COMMISSION
GPO BOX 9827
BRISBANE, 4001
AUSTRALIA

Claim Number: 2358
Claim Date: 05/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 12685 (11/06/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BRIDGEFORD, ALICE M
1518 E HARVARD
GLENDALE, CA 91205

Claim Number: 2359
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|-----------|----------|---------------|--|--|

---

FRANK, AMALIA C
39133 162ND STREET E
PALMDALE, CA 93591

Claim Number: 2360
Claim Date: 05/04/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Retiree benefit of $265.65/mo referred to on attachment

| UNSECURED | Claimed: | $0.00   UNDET | | |
|-----------|----------|---------------|--|--|

---

CHAPMAN, DORTHY
309 COUNTRY MEADOW
BAY CITY, MI 48706-4624

Claim Number: 2361
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $11.45 |
|-----------|----------|-------|------------|--------|

---

CCS FINANCIAL SERVICES
6340 NW 5TH WAY
FT LAUDERDALE, FL 33309-6110

Claim Number: 2362
Claim Date: 05/04/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $1,492.36 | | |
|-----------|----------|-----------|--|--|

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: BILL'S WELDING & CRANE SVCS
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2363
Claim Date: 05/04/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $540.00 | Scheduled: | $540.00 |
|-----------|----------|---------|------------|---------|

---

WATKINS, CHARLES
APT 35
CUYAHOGAFALLS, OH 44223

Claim Number: 2364
Claim Date: 05/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $12.59 |
|-----------|----------|-------|------------|--------|

---

REZNICEK, PARKER
1628 LAUREL LN
MACUNGIE, PA 18062

Claim Number: 2365
Claim Date: 05/04/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $219.41 |
|-----------|----------|-------|------------|---------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LLOYDS OF LONDON<br>ONE LIME STREET<br>LONDON, EC3M 7HA<br>UNITED KINGDOM | | Claim Number: 2366<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $0.00    UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| HASSETT AIR EXPRESS<br>877 S ROUTE 83<br>ELMHURST, IL 60126 | | Claim Number: 2367<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $4,589.79 | Scheduled: | $2,832.70 |

---

| | | | | |
|---|---|---|---|---|
| AIR CHARTER TEAM<br>4151 N MULBERRY DR STE 250<br>KANSAS CITY, MO 64116-1642 | | Claim Number: 2368<br>Claim Date: 05/04/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. | | |
| UNSECURED | Claimed: | $2,860.00 | Scheduled: | $2,860.00 |

---

| | | | | |
|---|---|---|---|---|
| HASELDEN, WILLIAM B<br>411 S. OLD WOODWARD AVE<br>#825<br>BIRMINGHAM, MI 48009-6649 | | Claim Number: 2369<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
| UNSECURED | Claimed: | $18,576.92 | Scheduled: | $18,576.92 |

---

| | | | | |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 2370<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| PRIORITY | Claimed: | $46,523,550.00 | | |
| UNSECURED | Claimed: | $4,924,196.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DAVIS, DOUGLAS & MARIE W.<br>1525 PRIMROSE LN<br>HOLLY HILL, FL 32117-1837 | | Claim Number: 2371<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $15.06 | Scheduled: | $15.06 |

---

| | | | | |
|---|---|---|---|---|
| WOLF COACH INC<br>21780 NETWORK PL<br>CHICAGO, IL 60673-1217 | | Claim Number: 2372<br>Claim Date: 05/04/2009<br>Debtor: KWGN INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $9,131.55 | Scheduled: | $6,676.37 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| D&S DISTRIBUTORS<br>13501 BRISTOL DR SW<br>CUMBERLAND, MD 21502 | | Claim Number: 2373<br>Claim Date: 05/04/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,282.69 | Scheduled: | $0.00 |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 2374<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | | |
| TOTAL | Claimed: | $0.00 | | |
| STRINGER NEWS SERVICE<br>27 PALM ST<br>SELDEN, NY 11784 | | Claim Number: 2375<br>Claim Date: 05/04/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
| GIAN, MICHAEL #110558<br>40 PURITAN LN<br>STAMFORD, CT 06906 | | Claim Number: 2376<br>Claim Date: 05/04/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $64.50 |
| DATA MICROIMAGING COMPANY<br>PO BOX 801150<br>SANTA CLARITA, CA 91380 | | Claim Number: 2377<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $54.10 | Scheduled: | $54.10 |
| OFFOR, KINGSLEY N<br>15 CHABLIS DRIVE<br>DIX HILLS, NY 11746 | | Claim Number: 2378<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $29,827.00 | | |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: PARADISE, MICHAEL F<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 2379<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $2,250.00 | Scheduled: | $2,250.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| INSTY PRINTS OF PALATINE, INC.<br>DBA ALLEGRA PRINT & IMAGING<br>510 E. NORTHWEST HWY<br>PALATINE, IL 60074 | | Claim Number: 2380<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,265.54 | | |
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | | Claim Number: 2381<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments:<br>Amends claim number 469 | | |
| UNSECURED | Claimed: | $82,220.72 | Scheduled: | $80,233.14 |
| FRANKLIN, ISABEL<br>30 E. HAZEL ST.<br>ORLANDO, FL 32804 | | Claim Number: 2382<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $29.20 | Scheduled: | $29.20 |
| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: ARGEOS, WILLIAM<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 2383<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $3,350.00 | | |
| UTAH STATE TREASURER'S OFFICE UNCLAIMED<br>PO BOX 140530<br>SALT LAKE CTY, UT 84114-0530 | | Claim Number: 2384<br>Claim Date: 05/04/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ROCKWALLZ.COM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2385<br>Claim Date: 05/04/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2386<br>Claim Date: 05/04/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $697.75 | Scheduled: | $697.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SUAZO, BEN<br>PO BOX 617603<br>ORLANDO, FL 32861-7603 | | Claim Number: 2387<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| PRIORITY | Claimed: | | | |
| UNSECURED | | $52.80 | Scheduled: | $52.80 |

---

| | | | | |
|---|---|---|---|---|
| CARNAHAN, JONATHAN CHARLES<br>5828 DELTA STREET<br>ORLANDO, FL 32807 | | Claim Number: 2388<br>Claim Date: 05/04/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 |

---

| | | | | |
|---|---|---|---|---|
| THUNDER NORTH BROADCAST SERVICES LTD<br>635 QUEEN STREET EAST<br>TORONTO, ON M4M 1G4<br>CANADA | | Claim Number: 2389<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| SECURED | Claimed: | $2,620.09 | | |
| UNSECURED | | | Scheduled: | $2,133.79 |

---

| | | | | |
|---|---|---|---|---|
| VISMEK, ROBERT<br>1238 E 167TH STREET<br>SOUTH HOLLAND, IL 60473 | | Claim Number: 2390<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| UNSECURED | Claimed: | $6,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LISA NALVEN PHOTOGRAPHY INC<br>2131 SW 27TH LN<br>FORT LAUDERDALE, FL 33312 | | Claim Number: 2391<br>Claim Date: 05/04/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $700.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SULLIVAN, DENNIS E<br>PO BOX 130<br>CRETE, IL 60417 | | Claim Number: 2392<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $1,790.00 | Scheduled: | $1,790.00 |

---

| | | | | |
|---|---|---|---|---|
| UTAH STATE TREASURER'S OFFICE UNCLAIMED<br>PO BOX 140530<br>SALT LAKE CTY, UT 84114-0530 | | Claim Number: 2393<br>Claim Date: 05/04/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: BLUE HERON MICRO OPP FUND<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 2394<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $275.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | Scheduled: | $475.00 |
| TOTAL | Claimed: | $275.00 | | |

| UTAH STATE TREASURER'S OFFICE UNCLAIMED<br>PO BOX 140530<br>SALT LAKE CTY, UT 84114-0530 | Claim Number: 2395<br>Claim Date: 05/04/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ |
|---|---|---|---|---|

| DIRECTORY RESOURSES CO<br>PO BOX 50414<br>PROVO, UT 84605 | Claim Number: 2396<br>Claim Date: 05/04/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $480.00 | Scheduled: | $550.32 |
|---|---|---|---|---|

| SUNSET TOW<br>526 W CHEVY CHASE<br>GLENDALE, CA 91204 | Claim Number: 2397<br>Claim Date: 05/04/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $237.50 | Scheduled: | $237.50 |
|---|---|---|---|---|

| BRAGDON, DAVID LINCOLN<br>343 GOLD ST APT 2717<br>BROOKLYN, NY 11201-3091 | Claim Number: 2398<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |
|---|---|---|---|---|

| ACUTECH LLC<br>25831 PIERINA DR<br>ELKHART, IN 46514 | Claim Number: 2399<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,378.35 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,378.35 |

| DILBARYAN, GEORGE<br>10342 184 AVE NE STE 100<br>REDMOND, WA 98052 | Claim Number: 2400<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SUTTER VISITING NURSE ASSOCIATION<br>8330 FERGUSON AVE<br>SACRAMENTO, CA 95828-0902 | | Claim Number: 2401<br>Claim Date: 05/04/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |
| GODDARD, LISA<br>1040 LAKE WINDWARD OVERLOOK<br>ALPHARETTA, GA 30005-9012 | | Claim Number: 2402<br>Claim Date: 05/04/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $140.00 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2403<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
| UNSECURED | Claimed: | $309.36 | Scheduled: | $309.36 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PROGRAM PARTNERS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 2404<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $2,332.13 | Scheduled: | $2,332.13 |
| PASSARELLI, JAMES<br>10560 HOUNSLOW DRIVE<br>WOODSTOCK, MD 21163 | | Claim Number: 2405<br>Claim Date: 05/04/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $42.29 | Scheduled: | $42.29 |
| SWIFT, EILEEN<br>2415 RAVENNA BLVD. NO.101<br>NAPLES, FL 34109-0383 | | Claim Number: 2406<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| PRIORITY | Claimed: | $17,280.00 | | |
| TILTON KELLY & BELL<br>55 WEST MONROE STREET<br>SUITE 1975<br>CHICAGO, IL 60603 | | Claim Number: 2407<br>Claim Date: 05/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $160.32 | Scheduled: | $160.32 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| US BANCORP BUSINESS EQUIPMENT FINANCE GROUP<br>ATTN: CORPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | Claim Number: 2408<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 11839 (06/19/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $63,069.17 | |

| PROMOTION PRODUCTS MARKETING GROUP<br>64 COMMERCIAL AVE<br>GARDEN CITY, NY 11530-6400 | Claim Number: 2409<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,472.73 | Scheduled: | $2,472.73 |

| ASHLAND ADDISON FLORIST CO<br>1640 W FULTON ST<br>CHICAGO, IL 60612 | Claim Number: 2410<br>Claim Date: 05/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $309.75 | Scheduled: | $619.50 |

| GOLD, LOUIS<br>13801 YORK RD APT S326<br>COCKEYSVILLE, MD 21030-1849 | Claim Number: 2411<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $73,207.00 | Scheduled: | $72,566.00  UNLIQ |

| YOUNG, DONALD<br>95 RULAND RD<br>SELDEN, NY 11784-1746 | Claim Number: 2412<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| YOUNG, DAVID<br>253 AVENUE C<br>RONKONKOMA, NY 11779 | Claim Number: 2413<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| EISWERT, CHARLENE<br>627 FALCONER ROAD<br>JOPPA, MD 21085 | Claim Number: 2414<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| METTLER-TOLEDO INC<br>L-857<br>COLUMBUS, OH 43240 | | Claim Number: 2415<br>Claim Date: 05/04/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| UNSECURED | Claimed: | $430.97 | | |

---

| | | | | |
|---|---|---|---|---|
| DIETZ PARK<br>RE: DEKALB 328 DIETZ AVE.<br>120 N. ANNIE GLIDDEN RD.<br>DEKALB, IL 60114 | | Claim Number: 2416<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 1196 (05/12/2009) | | |
| UNSECURED | Claimed: | $1,282.51 | | |

---

| | | | | |
|---|---|---|---|---|
| DELGADO, JOE<br>4303 STILLWELL AVENUE<br>LOS ANGELES, CA 90032 | | Claim Number: 2417<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $78,410.87 | | |

---

| | | | | |
|---|---|---|---|---|
| YACKEY, JOHN<br>33831 CAMINO CAPISTRANO NO.41<br>SAN JUAN CAPISTRANO, CA 92675 | | Claim Number: 2418<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $84.00 | Scheduled: | $84.00 |

---

| | | | | |
|---|---|---|---|---|
| MONROE SYSTEMS FOR BUSINESS INC<br>LOCKBOX 52873<br>PO BOX 8500-52873<br>PHILADELPHIA, PA 19178-2873 | | Claim Number: 2419<br>Claim Date: 05/04/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $39.55 | Scheduled: | $39.55 |

---

| | | | | |
|---|---|---|---|---|
| COMMUNITY PAPERS OF FLORIDA<br>PO BOX 1149<br>SUMMERFIELD, FL 34492-1149 | | Claim Number: 2420<br>Claim Date: 05/04/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $9,222.50 | Scheduled: | $2,360.00 |

---

| | | | | |
|---|---|---|---|---|
| GRACE, MADELINE<br>825 SOUTH HIGH STREET<br>DENVER, CO 80209 | | Claim Number: 2421<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $56.30 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DELUGACH, ALBERT L<br>4313 PRICE<br>LOS ANGELES, CA 90027 | Claim Number: 2422<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1,105.75   UNLIQ |
|---|---|---|

| CHANNON, MARK P<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | Claim Number: 2423<br>Claim Date: 05/04/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) |
|---|---|

| PRIORITY | Claimed: | $408.35 |
|---|---|---|

| CAMERON, MICHAEL<br>4826 N WINTHROP NO.1N<br>CHICAGO, IL 60640 | Claim Number: 2424<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

| HARFORD COUNTY FARM FAIR INC<br>PO BOX 22<br>BEL AIR, MD 21014 | Claim Number: 2425<br>Claim Date: 05/04/2009<br>Debtor: HOMESTEAD PUBLISHING CO. |
|---|---|

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

| PARAMOUNT RODEO REALTY, INC.<br>266 N BEVERLY DR<br>BEVERLY HILLS, CA 90210-5303 | Claim Number: 2426<br>Claim Date: 05/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $65.45 | Scheduled: | $65.45 |
|---|---|---|---|---|

| CARMANA, BRENDA<br>401 E ONTARIO NO.1107<br>CHICAGO, IL 60611 | Claim Number: 2427<br>Claim Date: 05/04/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $900.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

| MARDAR ENTERPRISES<br>6910 33RD ST.<br>VERO BEACH, FL 32966 | Claim Number: 2428<br>Claim Date: 05/04/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $3,200.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DECARLO, DONALD
4518 N AVENIDA RONCA
TUSCON, AZ 85750

Claim Number: 2429
Claim Date: 05/04/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRAFFIC.COM INC
6461 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 2430
Claim Date: 05/05/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $5,400.00 |
|---|---|---|

SPORTS LICENSED DIVISION OF THE ADIDAS
GROUP, LLC.
8677 LOGO ATHLETIC COURT
INDIANAPOLIS, IN 46219

Claim Number: 2431
Claim Date: 05/05/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $2,974.72 |
|---|---|---|

OCE NORTH AMERICA INC
ATTN: LEGAL DEPT
5600 BROKEN SOUND BLVD.
BOCA RATON, FL 33487

Claim Number: 2432
Claim Date: 05/05/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,139.47 | Scheduled: | $2,085.84 |
|---|---|---|---|---|

DEPARTMENT OF WATER AND POWER, CITY OF
LOS ANGELES
P.O. BOX 51111
ATTN: BANKRUPTCY
LOS ANGELES, CA 90051-5700

Claim Number: 2433
Claim Date: 05/05/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4778 (06/14/2010)

| UNSECURED | Claimed: | $519,449.64 | Scheduled: | $705,997.81  CONT |
|---|---|---|---|---|

FAYETT GROUP LLC
TRANSFEROR: GP PLASTICS CORPORATION
C/O TROOB CAPITAL MGMT. LLC
777 WESTCHESTER AVENUE, SUITE 203
WHITE PLAINS, NY 10604

Claim Number: 2434
Claim Date: 05/05/2009
Debtor: SUN-SENTINEL COMPANY

| ADMINISTRATIVE | Claimed: | $12,716.19 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,381.24 | Scheduled: | $87,097.43 |

FAYETT GROUP LLC
TRANSFEROR: GP PLASTICS CORPORATION
C/O TROOB CAPITAL MGMT. LLC
777 WESTCHESTER AVENUE, SUITE 203
WHITE PLAINS, NY 10604

Claim Number: 2435
Claim Date: 05/05/2009
Debtor: THE BALTIMORE SUN COMPANY

| ADMINISTRATIVE | Claimed: | $19,990.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $19,990.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PLCS CORPORATION
GREMLEY & BIEDERMANN INC
4505 N ELSTON
CHICAGO, IL 60630

Claim Number: 2436
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,750.00 | | |

---

BONAR, SAMANTHA
1922 GARFIAS DR
PASADENA, CA 91104

Claim Number: 2437
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 3011 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

TEMPLE BETH EL BELLMORE
1373 BELLMORE RD
N BELLMORE, NY 11710

Claim Number: 2438
Claim Date: 05/05/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 |

---

RICHMARC PRODUCTIONS INC
3710 WASHINGTON BLVD
INDIANAPOLIS, IN 46205

Claim Number: 2439
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LS SIMS & ASSOCIATES INC
ONE UNIVERSITY PLAZA. SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2440
Claim Date: 05/05/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,982.50 | | |
| UNSECURED | Claimed: | $2,051.70 | Scheduled: | $2,051.70 |
| TOTAL | Claimed: | $2,051.70 | | |

---

KAPLAN, RUTH
4133 CARAMBOLA CIRCLE S NO.201
COCONUT CREEK, FL 33066

Claim Number: 2441
Claim Date: 05/05/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments:
Note indicates creditor is paid in full through May 31,2009

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CHOPPING BLOCK, THE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2442
Claim Date: 05/05/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,771.12 | | |
| UNSECURED | Claimed: | $1,135.67 | Scheduled: | $6,906.79 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LUSK, JACK<br>38703 N SHERIDAN RD  NO.112<br>BEACH PARK, IL 60099 | | Claim Number: 2443<br>Claim Date: 05/05/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $189.00 | Scheduled: | $189.00 |

| WOEBER, PATRICIA<br>6 BARTEL COURT<br>TIBURON, CA 94920 | | Claim Number: 2444<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $700.00 | | |

| RILEY, JOHN<br>55 MEADOW WAY<br>IRVINGTON, NY 10533 | | Claim Number: 2445<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for pension and ESOP benefits | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ | | |

| DEC, EVELYN<br>13844 MAPLE AVE<br>ORLAND PARK, IL 60462-1628 | | Claim Number: 2446<br>Claim Date: 05/05/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $52.00 |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2447<br>Claim Date: 05/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |

| RUTLAND, CHARLES<br>1870 BRACKENHURST PL<br>LAKE MARY, FL 32746-4611 | | Claim Number: 2448<br>Claim Date: 05/05/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 |

| MACIAS, ELENA<br>11518 WIMBLEY CT<br>CERRITOS, CA 90703 | | Claim Number: 2449<br>Claim Date: 05/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $10.17 | Scheduled: | $10.17 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SELECT PERSONNEL SERVICES<br>3820 STATE ST<br>SANTA BARBARA, CA 93105-3182 | | Claim Number: 2450<br>Claim Date: 05/05/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
| UNSECURED | Claimed: | $4,623.81 | Scheduled: | $1,490.64 |

---

| | | | | |
|---|---|---|---|---|
| COLLINS, KEVIN P.<br>5 NIBLICK LANE<br>LITTLETON, CO 80123 | | Claim Number: 2451<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $14,494.00 | | |
| UNSECURED | | | Scheduled: | $14,494.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| CURCIO WEBB LLC<br>100 BUSH ST    STE 2400<br>SAN FRANCISCO, CA 94104 | | Claim Number: 2452<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |

---

| | | | | |
|---|---|---|---|---|
| OBTIVA CORPORATION<br>600 W CHICAGO AVE STE 600<br>CHICAGO, IL 60654-2284 | | Claim Number: 2453<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| UNSECURED | Claimed: | $10,292.50 | | |

---

| | | | | |
|---|---|---|---|---|
| VALLEY NATIONAL GASES LLC<br>PO BOX 39<br>MARTINS FERRY, OH 43935-0039 | | Claim Number: 2454<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $83.41 | Scheduled: | $170.86 |

---

| | | | | |
|---|---|---|---|---|
| STANIS, JOAN<br>1000 W GREGORY<br>MT PROSPECT, IL 60056 | | Claim Number: 2455<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Attached note indicates "I have no claim" | | |
| UNSECURED | Claimed: | $0.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, ABRAHAM<br>751 S DELAWARE ST<br>ALLENTOWN, PA 18103 | | Claim Number: 2456<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,225.83 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BUCHA, ANTHONY<br>4520 CALVERT ST<br>CENTER VALLEY, PA 18034 | | Claim Number: 2457<br>Claim Date: 05/05/2009<br>Debtor: THE MORNING CALL, INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121.57 | Scheduled: | $121.57 |

| | | | | |
|---|---|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: BYRONS NEWS AGENCY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2458<br>Claim Date: 05/05/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,024.00 | Scheduled: | $7,012.00 |

| | | | | |
|---|---|---|---|---|
| HEILIG, JOHN<br>980 MACUNGIE AV<br>EMMAUS, PA 18049 | | Claim Number: 2459<br>Claim Date: 05/05/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | | |

| | | | | |
|---|---|---|---|---|
| CANADA POST<br>PAYMENT PROCESSING<br>2701 RIVERSIDE DRIVE<br>OTTAWA, ON K1A 1L7<br>CANADA | | Claim Number: 2460<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| ROBERT BRUCE COMPANY<br>2900 W. 36TH STREET<br>CHICAGO, IL 60632 | | Claim Number: 2461-01<br>Claim Date: 05/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4099 (04/19/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35.60 | | |

| | | | | |
|---|---|---|---|---|
| ROBERT BRUCE COMPANY<br>2900 W. 36TH STREET<br>CHICAGO, IL 60632 | | Claim Number: 2461-02<br>Claim Date: 05/05/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: DOCKET: 4099 (04/19/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26.28 | | |

| | | | | |
|---|---|---|---|---|
| ROBERT BRUCE COMPANY<br>2900 W 36TH STREET<br>CHICAGO, IL 60632 | | Claim Number: 2462<br>Claim Date: 05/05/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $384.04 | Scheduled: | $384.04 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ROBERT BRUCE COMPANY
2900 W 36TH STREET
CHICAGO, IL 60632

Claim Number: 2463
Claim Date: 05/05/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $119.27 | Scheduled: | $119.27 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HEXAWARE TECHNOLOGIES INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2464
Claim Date: 05/05/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,480.22 | Scheduled: | $21,480.22 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HEXAWARE TECHNOLOGIES INC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 2465
Claim Date: 05/05/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,753.32 | Scheduled: | $200,753.32 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: SPR INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2466
Claim Date: 04/30/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11245 (03/28/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,650.50 | Scheduled: | $24,400.00 |

BOWLING, ARLENE
241 FARRELL LN
FREDERICKSBRG, VA 22401-4038

Claim Number: 2467
Claim Date: 05/06/2009
Debtor: THE DAILY PRESS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5.18 | Scheduled: | $5.18 |

WOLPER WSS#114734
6 CENTRE SQUARE 202
EASTON, PA 18042

Claim Number: 2468
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $264.15 | Scheduled: | $264.15 |

WOLPER SERVICES/153771
6 CENTRE SQUARE 202
EASTON, PA 18042

Claim Number: 2469
Claim Date: 04/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $201.50 | Scheduled: | $201.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WOLPER 15547<br>6 CENTRE SQUARE 202<br>EASTON, PA 18042 | | Claim Number: 2470<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $822.60 | Scheduled: | $822.60 |
| WOLPER/99560<br>6 CENTRE SQUARE STE 202<br>EASTON, PA 18042 | | Claim Number: 2471<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $488.76 | Scheduled: | $488.76 |
| WOLPER 114638<br>6 CENTRE SQUARE 202<br>EASTON, PA 18042 | | Claim Number: 2472<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $55.20 | Scheduled: | $55.20 |
| WOLPER 107396<br>6 CENTRE SQUARE 202<br>EASTON, PA 18042 | | Claim Number: 2473<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $39.90 | Scheduled: | $39.90 |
| WOLPER SUBS SERVICES INC<br>6 CENTRE SQUARE STE 202<br>EASTON, PA 18042 | | Claim Number: 2474<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $615.93 | Scheduled: | $615.93 |
| WOLPER SERVICES<br>6 CENTRE SQUARE 202<br>EASTON, PA 18042 | | Claim Number: 2475<br>Claim Date: 04/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1.50 | Scheduled: | $1.50 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ANDREW KLEIN & ASSOCIATES,IN<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 2476<br>Claim Date: 04/27/2009<br>Debtor: TOWER DISTRIBUTION COMPANY | | |
| UNSECURED | Claimed: | $32,038.46 | Scheduled: | $32,038.46 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| WALKER, GLORIA<br>420 LOGAN PL APT 13<br>NEWPORT NEWS, VA 23601 | | Claim Number: 2477<br>Claim Date: 04/27/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| PRIORITY | Claimed: | $2.26 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2.26 | Scheduled: | $2.26 |
| TOTAL | Claimed: | $2.26 | | |

---

| | | | | |
|---|---|---|---|---|
| CAULER, BETTY<br>2212 W  TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | Claim Number: 2478<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| CAULER, BETTY E<br>2212 W  TILGHMAN STREET<br>ALLENTOWN, PA 18104 | | Claim Number: 2479<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| PRUDENTIAL CALIFORNIA REALTY<br>BEN BUCHANAN<br>29982 IVY GLENN DR 150<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 2480<br>Claim Date: 05/06/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $477.65 | Scheduled: | $477.65 |

---

| | | | | |
|---|---|---|---|---|
| PRUDENTIAL JA&A<br>23925 PARK SORRENTO<br>CALABASAS, CA 91302 | | Claim Number: 2481<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10022 (10/19/2011) | | |
| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 |

---

| | | | | |
|---|---|---|---|---|
| PRUDENTIAL CALIFORNIA REALTY<br>PRUDENTIAL IRVINE<br>12544 HIGH BLUFF DR NO.420<br>ATTN: LEGAL DEPARTMENT<br>SAN DIEGO, CA 92130 | | Claim Number: 2482<br>Claim Date: 05/06/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $2,624.00 | Scheduled: | $2,624.00 |

---

| | | | | |
|---|---|---|---|---|
| PRUDENTIAL JA&A<br>16810 VENTURA BLVD.<br>ENCINO, CA 91436 | | Claim Number: 2483<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10022 (10/19/2011) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $46.20 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PRUDENTIAL JA&A
8687 MELROSE AVE STE NO.B-110
LOS ANGELES, CA 90069

Claim Number: 2484
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $30.80 |
|---|---|---|---|---|

KAMAKAZEE KIWI CORP.
3835-R EAST THOUSAND OAKS BLVD
SUITE 343
WESTLAKE VILLAGE, CA 91362

Claim Number: 2485
Claim Date: 05/06/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY

| ADMINISTRATIVE | Claimed: | $28,575.00 | | |
|---|---|---|---|---|

TIME WARNER CABLE
11252 CORNELL PARK DR
ATTN: CHRIS FENDER
CINCINNATI, OH 45242

Claim Number: 2486
Claim Date: 05/06/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: PENTALIFT EQUIPMENT CORPORAT
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 2487
Claim Date: 05/06/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $7,798.12 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,798.12 |

GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD
3208C E COLONIAL DR #208
ORLANDO, FL 32803-5127

Claim Number: 2488
Claim Date: 05/06/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $38,634.25   UNLIQ CONT | | |
|---|---|---|---|---|

CORESTAFF SERVICES
JAN I. BERLAGE
201 N. CHARLES STREET, SUITE 2101
BALTIMORE, MD 21201

Claim Number: 2489
Claim Date: 05/06/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $32,413.48 | Scheduled: | $6,611.44 |
|---|---|---|---|---|

GILLESKI, JOSEPH
110 ELMBROOK DRIVE
STAMFORD, CT 06906

Claim Number: 2490
Claim Date: 05/06/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: BEDDING & FUTON DISCOUNTER<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2491<br>Claim Date: 05/06/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED | Claimed: | $4,269.00 | Scheduled: | $4,269.00 |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 2492<br>Claim Date: 05/06/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC. | | | |
| UNSECURED | Claimed: | $169.25 | Scheduled: | $169.25 |
| AT&T<br>PO BOX 1027<br>VIENNA, VA 22183 | Claim Number: 2493<br>Claim Date: 05/06/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 11972 (07/09/2012) | | | |
| PRIORITY | Claimed: | $875.00 | | |
| UNSECURED | | | Scheduled: | $13,387.58 |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 2494<br>Claim Date: 05/06/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY | | | |
| UNSECURED | Claimed: | $407.88 | Scheduled: | $407.88 |
| NEW ENGLAND CABLE NEWS<br>160 WELLS AVENUE<br>NEWTON, MA 02459 | Claim Number: 2495<br>Claim Date: 05/06/2009<br>Debtor: KTLA INC. | | | |
| UNSECURED | Claimed: | $135.00 | Scheduled: | $135.00 |
| FRASER, LAWRENCE<br>36 COVE RD<br>MOODUS, CT 06469-1010 | Claim Number: 2496<br>Claim Date: 05/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $63.54 |
| OSWALD, LATRISHA<br>8382 SCENIC VIEW DR<br>BREINIGSVILLE, PA 18031 | Claim Number: 2497<br>Claim Date: 05/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $530.15 | Scheduled: | $530.15 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ASTERISK FEATURES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2498<br>Claim Date: 05/06/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $415.00 | Scheduled: | $415.00 |

---

| | | | | |
|---|---|---|---|---|
| BEHR, ALAN<br>135 EAST 74TH STREET  APT 8A<br>NEW YORK, NY 10021 | | Claim Number: 2499<br>Claim Date: 05/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

| | | | | |
|---|---|---|---|---|
| GERALD & CULLEN RAPP<br>420 LEXINGTON AVENUE<br>PENTHOUSE<br>NEW YORK, NY 10170 | | Claim Number: 2500<br>Claim Date: 05/06/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>This invoice is included in cliam numnber 1271. | | |
| UNSECURED | Claimed: | $600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HABERL, ARDATH<br>1281 MICKLEY RD.<br>WHITEHALL, PA 18052 | | Claim Number: 2501<br>Claim Date: 05/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $10.00 | Scheduled: | $10.00 |

---

| | | | | |
|---|---|---|---|---|
| HENRY, ANDREW<br>7820 NW 83RD STREET<br>TAMARAC, FL 33321 | | Claim Number: 2502<br>Claim Date: 05/06/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $4,687.50 | | |

---

| | | | | |
|---|---|---|---|---|
| SAM'S CLEANING SERVICE<br>124 N WHITE PINE TRAIL<br>DELTA, PA 17314 | | Claim Number: 2503<br>Claim Date: 05/06/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
| UNSECURED | Claimed: | $1,535.00 | Scheduled: | $1,535.00 |

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MISI COMPANY LTD<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 2504<br>Claim Date: 05/06/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $15,980.00 | Scheduled: | $15,980.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RIORDON, JOHN<br>13979 HIGHLAND ROAD<br>CLARKSVILLE, ME 21029 | Claim Number: 2505<br>Claim Date: 05/06/2009<br>Debtor: PATUXENT PUBLISHING COMPANY |
|---|---|

| UNSECURED | Claimed: | $15.55 | Scheduled: | $15.55 |
|---|---|---|---|---|

---

| GALVEZ, MARCO A<br>84 STUART AVE<br>NORWALK, CT 06850 | Claim Number: 2506<br>Claim Date: 04/29/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $301.75 | Scheduled: | $301.75 |
|---|---|---|---|---|

---

| BALTZ, CURTIS<br>825 ATLAS RD<br>NORTHHAMPTON, PA 18067 | Claim Number: 2507<br>Claim Date: 04/30/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $205.04  UNLIQ |
|---|---|---|---|---|

---

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2508<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) |
|---|---|

| UNSECURED | Claimed: | $5,069.49 |
|---|---|---|

---

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2509<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) |
|---|---|

| UNSECURED | Claimed: | $3,952.90 |
|---|---|---|

---

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2510<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) |
|---|---|

| UNSECURED | Claimed: | $5,145.48 | Scheduled: | $5,145.48 |
|---|---|---|---|---|

---

| EASYLINK SERVICES INTERNATIONAL CORP.<br>LOCKBOX 116411<br>ATLANTA, GA 30368 | Claim Number: 2511<br>Claim Date: 05/07/2009<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| UNSECURED | Claimed: | $250.00 | Scheduled: | $125.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 2512<br>Claim Date: 05/07/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $395.00 | | |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2513<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $10,248.50 | Scheduled: | $10,248.50 |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2514<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $8,271.32 | | |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2515<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,934.39 | Scheduled: | $5,934.39 |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2516<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,778.82 | | |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2517<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,145.48 | Scheduled: | $5,145.48 |

| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | Claim Number: 2518<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $7,533.10 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2519<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $582.47 | | |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2520<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $4,100.36 | Scheduled: | $4,100.36 |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2521<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $23,926.75 | Scheduled: | $23,926.75 |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2522<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $8,029.00 | Scheduled: | $8,029.00 |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2523<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $4,714.10 | Scheduled: | $4,714.10 |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2524<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $5,253.31 | Scheduled: | $5,253.31 |

---

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2525<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $5,914.16 | Scheduled: | $5,914.16 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2526<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $5,145.48 | | Scheduled: | $5,145.48 |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2527<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $16,058.50 | | Scheduled: | $16,640.97 |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2528<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $4,191.30 | | Scheduled: | $4,191.30 |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2529<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $12,950.16 | | Scheduled: | $12,950.16 |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2530<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $9,298.26 | | Scheduled: | $33,081.41 |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2531<br>Claim Date: 05/07/2009<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $4,197.56 | | | |
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2532<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $3,660.11 | | Scheduled: | $3,660.11 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCARBOROUGH RESEARCH CORP
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 2533
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| UNSECURED | Claimed: | $1,921.78 | Scheduled: | $1,921.78 |
|---|---|---|---|---|

SCARBOROUGH RESEARCH CORP
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 2534
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| UNSECURED | Claimed: | $13,834.00 |
|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2535
Claim Date: 05/07/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $2,380.00 | Scheduled: | $2,380.00 |
|---|---|---|---|---|

A TO Z EVENTS INC
PO BOX 1014
WALLER, TX 77484

Claim Number: 2536
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| UNSECURED | Claimed: | $10,500.00 |
|---|---|---|

COVE INVESTMENTS LLC
C/O LBWR&G LLC
PO BOX 610
OLD SAYBROOK, CT 06475

Claim Number: 2537
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

COVE INVESTMENTS
PO BOX 610
OLD SAYBROOK, CT 06475

Claim Number: 2538
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

COVE INVESTMENTS, LLC
RE: OLD SAYBROOK 265 MAIN ST.
C/O LWBR&G
PO BOX 610
OLD SAYBROOK, CT 06475

Claim Number: 2539
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $20,192.13 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BOHM, PETER<br>PO BOX 11255<br>BURBANK, CA 91510-1255 | | Claim Number: 2540<br>Claim Date: 05/07/2009<br>Debtor: KTLA INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $82,610.89 | | |

| | | | | |
|---|---|---|---|---|
| DYNAMEX INC<br>PO BOX 20284<br>GREELEY SQUARE STATION<br>NEW YORK, NY 10001 | | Claim Number: 2541<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $2,105.64 | Scheduled: | $1,346.89 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DATA SERVICE SOLUTIONS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2542<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| UNSECURED | Claimed: | $42,252.24 | Scheduled: | $42,252.24 |

| | | | | |
|---|---|---|---|---|
| NNA, INC<br>4331 BLADENSBURG RD<br>BRENTWOOD, MD 20722 | | Claim Number: 2543<br>Claim Date: 05/07/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $17,895.00 | | |

| | | | | |
|---|---|---|---|---|
| SCARBOROUGH RESEARCH CORP<br>PO BOX 88990<br>CHICAGO, IL 60695-1990 | | Claim Number: 2544<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $14,452.25 | Scheduled: | $2,158.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| AON CONSULTING<br>LESLIE COOK<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | | Claim Number: 2545<br>Claim Date: 05/07/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $500.00 | | |

| | | | | |
|---|---|---|---|---|
| AUTRY, JACQUELINE<br>328 W. MOUNTAIN VIEW PLACE<br>PALM SPRINGS, CA 92262 | | Claim Number: 2546<br>Claim Date: 05/07/2009<br>Debtor: KTLA INC.<br>Comments:<br>Claimant asserts $4,182.16 every two weeks for life | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,042,476.14  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| ERICSSON INC.<br>6300 LEGACY DRIVE<br>PLANO, TX 75024 | | Claim Number: 2547<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $118,397.84 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MCCAHON, MARY M<br>18002 NORWELL AVE<br>CLEVELAND, OH 44135-1845 | | Claim Number: 2548<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $150.00 | | | |
| UNSECURED | Claimed: | $150.00 | | | |
| TOTAL | Claimed: | $150.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WYLIE, MARY K<br>5011 CYPRESS ST<br>ALLENTOWN, PA 18106 | | Claim Number: 2549<br>Claim Date: 05/07/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $102.52 | Scheduled: | $102.52 UNLIQ | |

---

| | | | | | |
|---|---|---|---|---|---|
| AMANO, JAMES<br>2029 KAISER DR<br>AUSTIN, TX 78748 | | Claim Number: 2550<br>Claim Date: 05/07/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $26.86 | Scheduled: | $26.86 | |

---

| | | | | | |
|---|---|---|---|---|---|
| TREXLER COMPRESSOR SALES & SERVICE<br>12643 E EMMENS WAY<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 2551<br>Claim Date: 05/07/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $48.23 | Scheduled: | $48.23 | |

---

| | | | | | |
|---|---|---|---|---|---|
| NELSON, DIANA W<br>17334 SHELDON DUNES DR<br>WEST OLIVE, MI 49460-9362 | | Claim Number: 2552<br>Claim Date: 05/07/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| KERRY FOR CANDIDATE<br>C/O DREWRY POLITICAL<br>3506 SPOTTSWOOD PL<br>HAMPTON, VA 23661-3535 | | Claim Number: 2553<br>Claim Date: 05/07/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $43.68 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 2554 | | |
|---|---|---|---|
| TRANSFEROR: CORPORATE DISK COMPANY | Claim Date: 05/07/2009 | | |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: ALLOWED | | |
| NEW YORK, NY 10019 | DOCKET: 8146 (02/25/2011) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $56,795.34 | | |
| PRIORITY | Claimed: | $57,795.34 | | |
| UNSECURED | Claimed: | $57,795.34 | Scheduled: | $56,795.34 |
| TOTAL | Claimed: | $56,795.34 | | |

| WALLACH, LINDA A | Claim Number: 2555 |
|---|---|
| PO BOX 11255 | Claim Date: 05/07/2009 |
| BURBANK, CA 91510-1255 | Debtor: KTLA INC. |
| | Comments: EXPUNGED |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,799.61 |

| DUNN, MICHAEL | Claim Number: 2556 |
|---|---|
| 375 N. RIDGEWOOD AVENUE | Claim Date: 05/07/2009 |
| DLAND, FL 32720-2638 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42.50 | Scheduled: | $42.50 |

| MARS HILL VIRTUAL MANAGEMENT INC | Claim Number: 2557 |
|---|---|
| 003 100 ARTHUR ST | Claim Date: 05/07/2009 |
| WINNEPEG, MB R3B 1H3 | Debtor: TRIBUNE MEDIA SERVICES, INC. |
| CANADA | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,340.00 | Scheduled: | $2,340.00 |

| OBRIEN, TIMOTHY P | Claim Number: 2558 |
|---|---|
| 6540 ALDER CT | Claim Date: 05/07/2009 |
| INDIANAPOLIS, IN 46268 | Debtor: TRIBUNE TELEVISION COMPANY |
| | Comments: ALLOWED |
| | DOCKET: 10420 (12/12/2011) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $160.00 | | |
| UNSECURED | | | Scheduled: | $160.00 |

| YOUNG, FRED | Claim Number: 2559 |
|---|---|
| PO BOX 872 | Claim Date: 05/07/2009 |
| SUNSET BEACH, CA 90742 | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8.10 | Scheduled: | $8.10 |

| BOHM, PETER | Claim Number: 2560 |
|---|---|
| PO BOX 11255 | Claim Date: 05/07/2009 |
| BURBANK, CA 91510-1255 | Debtor: KTLA INC. |
| | Comments: EXPUNGED |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,572.54 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SAVE ON VIDEO
29397 AGOURA RD  NO.110
AGOURA HILLS, CA 91301 | | Claim Number: 2561
Claim Date: 05/07/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

| | | | | |
|---|---|---|---|---|
| UNIVERSITY OF CONNECTICUT
OFFICE FOR SPONSORED PROGRAMS
438 WHITNEY ROAD PXTM. UNIT 1133
STORRS, CT 06269-1133 | | Claim Number: 2562
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $6,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ASHLEY, BRIDGET B
3085 ELM AVE
LONG BEACH, CA 90807-5022 | | Claim Number: 2563
Claim Date: 05/07/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| SHERROD, ARISTEAD
10042 SOUTH UNION
CHICAGO, IL 60628 | | Claim Number: 2564
Claim Date: 05/07/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $263.16 | | |
| UNSECURED | | | Scheduled: | $263.16 |

---

| | | | | |
|---|---|---|---|---|
| ATLANTIS BUILDING SERVICES INC
PO BOX 2281
STUART, FL 34995 | | Claim Number: 2565
Claim Date: 05/07/2009
Debtor: FORUM PUBLISHING GROUP, INC. | | |
| UNSECURED | Claimed: | $2,819.43 | Scheduled: | $2,819.43 |

---

| | | | | |
|---|---|---|---|---|
| LEPE, JOSE M
455 NORTH DAHLIA AVENUE
ONTARIO, CA 91762 | | Claim Number: 2566
Claim Date: 05/07/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $11,369.51 | | |

---

| | | | | |
|---|---|---|---|---|
| WASHINGTON STATE ASSOCIATION
OF BROADCASTERS
724 COLUMBIA STREET NW
SUITE 310
OLYMPIA, WA 98501 | | Claim Number: 2567
Claim Date: 05/07/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
| UNSECURED | Claimed: | $204.35 | Scheduled: | $204.35 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GOLD, SELMA
89 SOUTH ST
HAVERSTRAW, NY 10927-2019

Claim Number: 2568
Claim Date: 05/07/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $22.28 |
|---|---|---|---|---|

---

BRIGNOLE, ARIEL
ATTN: BRIGNOLE, BUSH & LEWIS, LLC
ATTN: TIMOTHY BRIGNOLE
73 WADSWORTH STREET
HARTFORD, CT 06106

Claim Number: 2569
Claim Date: 05/07/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

I2I ART INC
17 SPROAT AVE
TORONTO, ON M4M 1W3
CANADA

Claim Number: 2570
Claim Date: 05/07/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

---

MATMAR INDUSTRIES INC
PO BOX 627
TEMPLE CITY, CA 91780-0627

Claim Number: 2571
Claim Date: 05/07/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| UNSECURED | Claimed: | $1,296.84 | Scheduled: | $1,296.84 |
|---|---|---|---|---|

---

OSWALD, NEIL
2871 TU PEEK AVE
DANIELSVILLE, PA 18038

Claim Number: 2572
Claim Date: 05/07/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $307.33 | Scheduled: | $307.33 UNLIQ |
|---|---|---|---|---|

---

FERGUSON, BARCLAY
PMB 389
236 WEST PORTAL AVE
SAN FRANCISCO, CA 94127-1423

Claim Number: 2573
Claim Date: 05/07/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $24.93 | Scheduled: | $24.93 |
|---|---|---|---|---|

---

WALAKOVITS, BARRY
3202 HOBSON ST N
WHITEHALL, PA 18052

Claim Number: 2574
Claim Date: 05/07/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $432.77 | Scheduled: | $432.77 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ENHANCED VISUAL IMAGES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2575<br>Claim Date: 05/07/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | | |
| UNSECURED | Claimed: | $1,135.00 | Scheduled: | $1,135.00 |
| LOBACH, CATHERINE<br>9128 N PRIMROSE CIR<br>BREINIGSVILLE, PA 18031 | | Claim Number: 2576<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $586.58 | | |
| LOBACH, CATHERINE<br>9128 PRIMROSE CIR N<br>BREINIGSVILLE, PA 18031 | | Claim Number: 2577<br>Claim Date: 05/08/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $586.58 | Scheduled: | $586.58 UNLIQ |
| ASINMAZ, ARTHUR<br>9124 SW 51ST RD #B-102<br>GAINESVILLE, FL 32608-8171 | | Claim Number: 2578<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNLIQ |
| ARTINI-ZAK CORPORATION, INC.<br>5700 S.W. 34TH STREET, SUITE 425<br>GAINESVILLE, FL 32608 | | Claim Number: 2579<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 12465 (09/25/2012) | | |
| UNSECURED | Claimed: | $0.00 | | |
| ARTINI-ZAK CORPORATION, INC.<br>9124 SW 51ST RD #B-102<br>GAINESVILLE, FL 32608-8171 | | Claim Number: 2580<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNLIQ |
| ARTINI FINE JEWELRY, INC. D/B/A 5TH<br>9124 SW 51ST RD #B-102<br>GAINESVILLE, FL 32608-8171 | | Claim Number: 2581<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CAPITOL CLEANING CONTRACTORS
320 LOCUST STREET
HARTFORD, CT 06114

Claim Number: 2582
Claim Date: 05/08/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00 | | $2,793.38 |

---

CAPITOL CLEANING CONTRACTORS
320 LOCUST STREET
HARTFORD, CT 06114

Claim Number: 2583
Claim Date: 05/08/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00 | | $349.80 |

---

CAPITOL CLEANING CONTRACTORS
PO BOX 340326
HARTFORD, CT 06114

Claim Number: 2584
Claim Date: 05/08/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

OSMAN, STEPHEN S
181 VIA BAJA
VENTURA, CA 93003

Claim Number: 2585
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $500.00 |

---

OSMAN, STEPHEN
181 VIA BAJA
VENTURA, CA 93003

Claim Number: 2586
Claim Date: 05/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $500.00 | | |
| UNSECURED | | | | $0.00  UNLIQ |

---

DEJESUS, FERNANDO
520 NAPLES AVE S
LEHIGH ACRES, FL 33974-0765

Claim Number: 2587
Claim Date: 05/08/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
Claim out of balance

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $140,433.00   UNLIQ |
| TOTAL | | $468.11   UNLIQ |

---

CASTELLUZZO, RENEE
728 W JACKSON BLVD APT 1205
CHICAGO, IL 60661-5476

Claim Number: 2588
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $191.75 | | |
| UNSECURED | | | | $191.75 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CASTELLUZZO, RENEEE<br>728 W JACKSON BLVD. #1205<br>CHICAGO, IL 60661 | | Claim Number: 2589<br>Claim Date: 05/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $10,742.31 | Scheduled: | $21,692.31 |

| CASTELLUZZO, RENEE<br>728 W. JACKSON BLVD #1205<br>CHICAGO, IL 60661 | | Claim Number: 2590<br>Claim Date: 05/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,489.54 | | |

| ACACIA MEDIA TECHNOLOGIES<br>500 NEWPORT CENTER DR   STE 700<br>NEWPORT NEWS, CA 92660 | | Claim Number: 2591<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,951.09 | | |

| JOHNSON, EDWARD ARNETT "EDDIE"<br>ROBERT H. ROSENFELD, ESQ.<br>6703 N. CICERO AVE.<br>LINCOLNWOOD, IL 60712 | | Claim Number: 2592<br>Claim Date: 05/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments:<br>Amends claim number 536 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000,000.00 | | |

| AMEC GEOMATRIX INC<br>2101 WEBSTER ST      12TH FLR<br>OAKLAND, CA 94612-3066 | | Claim Number: 2593<br>Claim Date: 05/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,978.53 | Scheduled: | $62,978.53 |

| AMEC GEOMATRIX INC<br>2101 WEBSTER ST      12TH FLR<br>OAKLAND, CA 94612-3066 | | Claim Number: 2594<br>Claim Date: 05/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 9345 (06/24/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,490.00 | Scheduled: | $990.00 |

| BRINKS INCORPORATED<br>PO BOX 101031<br>ATLANTA, GA 30392-1031 | | Claim Number: 2595<br>Claim Date: 05/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $110.73 | | |
| UNSECURED | Claimed: | $497.30 | Scheduled: | $608.03 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: NOVIAN & NOVIAN, LLP<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 2596<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $12,772.00 | Scheduled: | $11,912.29 |
|---|---|---|---|---|

| NEREIM, VIVIAN<br>4546 N LEAVITT<br>CHICAGO, IL 60625 | Claim Number: 2597<br>Claim Date: 05/08/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $143.00 | Scheduled: | $143.00 |
|---|---|---|---|---|

| ROMO, JUDITH N<br>2635 ORANGE AVE<br>LA CRESCENTA, CA 91214-2122 | Claim Number: 2598<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|

| PRIORITY | Claimed: | $1,627.71   UNLIQ |
|---|---|---|

| MARTIN, ROBERTA<br>3605 PEMBROOK DR.<br>ORLANDO, FL 32810 | Claim Number: 2599<br>Claim Date: 05/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5,413.85 | Scheduled: | $5,413.85 |
|---|---|---|---|---|

| UNISOURCE<br>PO BOX 409884<br>ATLANTA, GA 30384-9884 | Claim Number: 2600<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $11,130.00 | Scheduled: | $11,130.00 |
|---|---|---|---|---|

| RODGERS, JAMES<br>1913 S TWIN AVENUE<br>SAN GABRIEL, CA 91776 | Claim Number: 2601<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|

| SECURED | Claimed: | $400.00   UNLIQ |
|---|---|---|

| POLEE, STEVEN<br>17 MESA RIDGE DR<br>POMONA, CA 91766 | Claim Number: 2602<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE LOS ANGELES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOUDAKIAN, AGNES
41 HURLEYS LN APT 423
LINCROFT, NJ 07738-1438

Claim Number: 2603
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim is for retiree pension benefits

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BRADWELL, LARKIA
3120 NW 4TH CT
FT LAUDERDALE, FL 33311

Claim Number: 2604
Claim Date: 05/08/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,860.06 |
| SECURED | Claimed: | $1,560.06 |
| UNSECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $1,860.06 |

---

BONDED SERVICES
504 JANE STREET
FORT LEE, NJ 07024

Claim Number: 2605
Claim Date: 05/08/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $281.50 | | |
| UNSECURED | | | Scheduled: | $185.21 |

---

KUTZ, MATTHEW P
1221 N MARION CT
CHICAGO, IL 60622-3122

Claim Number: 2606
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $500.00 |
| UNSECURED | Claimed: | $25.00 |

---

WIMMER, LOUIS
1509 PHILADELPHIA RD
JOPPA, MD 21085

Claim Number: 2607
Claim Date: 05/08/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments:
Attached note indicates creditor is not filing for a claim

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $23.05 |

---

AIRGAS
PO BOX 13027
NEWARK, NJ 07188-0027

Claim Number: 2608
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

KIMS MASTER AUTO REPAIR
5163 RIVERSIDE DR
CHINO, CA 91710

Claim Number: 2609
Claim Date: 05/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $130.05 | Scheduled: | $130.05 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRUBAKER, JIM<br>100 UNIVERSAL CITY PLZ 8-B<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 2610<br>Claim Date: 05/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $301.95 | Scheduled: | $301.95 |

| | | | | |
|---|---|---|---|---|
| TRAYLOR, CHERYL<br>11118 FREMONT AV<br>MONTCLAIR, CA 91763 | | Claim Number: 2611<br>Claim Date: 05/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $15.00 | Scheduled: | $15.00 |

| | | | | |
|---|---|---|---|---|
| LEARNING SOLUTIONS LLC<br>216 LYNDON ST<br>HERMOSA BEACH, CA 90254-5110 | | Claim Number: 2612<br>Claim Date: 05/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $6,116.80 | | |
| UNSECURED | Claimed: | $8,000.00 | Scheduled: | $14,116.80 |

| | | | | |
|---|---|---|---|---|
| NORMAN, PEGGY L<br>2035 MERIDIAN AVE APT 5<br>S PASADENA, CA 91030-4253 | | Claim Number: 2613<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $5,225.00 | | |

| | | | | |
|---|---|---|---|---|
| ESTATE OF HANS LUNTTA, THE<br>14 W STREET EXT<br>ANDOVER, CT 06232-1717 | | Claim Number: 2614<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for 248.68/month pension | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| KARAWAN, GREGORY S<br>2223 GROVE AVE<br>RICHMOND, VA 23220-4438 | | Claim Number: 2615<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $296.40 | Scheduled: | $296.40 |

| | | | | |
|---|---|---|---|---|
| CROSSTOWN COMMUNICATIONS INC<br>810 VERONA RD<br>MARSHALL, MI 49068 | | Claim Number: 2616<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $12,006.17 | | |
| UNSECURED | Claimed: | $2,993.83 | Scheduled: | $15,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MAGCO INC
7340 MONTEVIDEO RD
JESSUP, MD 20794

Claim Number: 2617
Claim Date: 05/08/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $2,736.00 | Scheduled: | $2,736.00 |
|---|---|---|---|---|

DACA 2010L, LP
TRANSFEROR: COUNTRY WIDE INSURANCE
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2618
Claim Date: 05/08/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.00 |
|---|---|---|---|---|

FULLMAN, SCOTT
710 S. HAMLIN
PARK RIDGE, IL 60068

Claim Number: 2619
Claim Date: 05/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ALBERT, G CLAUDE
39 TIMMS HILL ROAD
HADDAM, CT 06438

Claim Number: 2620
Claim Date: 05/08/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| PRIORITY | Claimed: | $1,576.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,576.65  UNLIQ |

JOHNSON, RUSSELL
1360 WATERSIDE DRIVE
BOLINGBROOK, IL 60490

Claim Number: 2621
Claim Date: 05/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $139,000.00 |
|---|---|---|

CARBONNEAU CARTAGE CO INC
14441 STATELY OAKS CIRCLE
HOMER GLEN, IL 60491

Claim Number: 2622
Claim Date: 05/08/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $18,944.40 |
|---|---|---|

DACA 2010L, LP
TRANSFEROR: ACTION EXPRESS INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2623
Claim Date: 05/08/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $744.25 | Scheduled: | $744.25 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LEE, JEFFRY<br>278 STEELE ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 2624<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY | | |

| PRIORITY | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CZADZECK, GERALD H.<br>7141 FAIRWAY BEND CIR<br>SARASOTA, FL 34243-3604 | | Claim Number: 2625<br>Claim Date: 05/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $62,944.01 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BISHOP, RANDY MACK<br>2455 ROLLING MEADOWS<br>ROCKWALL, TX 75087 | | Claim Number: 2626<br>Claim Date: 05/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $200.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SAMUELS, LEONA & MARC<br>22 H HERITAGE DR<br>NEW CITY, NY 10956 | | Claim Number: 2627<br>Claim Date: 05/08/2009<br>Debtor: SUN-SENTINEL COMPANY | | |

| UNSECURED | Claimed: | $54.66 | Scheduled: | $54.66 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | | Claim Number: 2628<br>Claim Date: 05/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |

| PRIORITY | Claimed: | $557.51 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | | Claim Number: 2629<br>Claim Date: 05/04/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |

| UNSECURED | Claimed: | $806.17 | Scheduled: | $806.17 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MANPOWER, INC.<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 | | Claim Number: 2630<br>Claim Date: 05/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |

| UNSECURED | Claimed: | $4,616.68 | Scheduled: | $2,464.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GECITS DBA IKON FINANCIAL SERVICES ET AL
BANKRUPTCY ADMINISTRATION
P.O. BOX 13708
MACON, GA 31208-3708

Claim Number: 2631
Claim Date: 05/05/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: WITHDRAWN
DOCKET: 12303 (08/21/2012)

| UNSECURED | Claimed: | $19,659.05 |
|---|---|---|

---

IKON FINANCIAL SERVICES
BANKRUPTCY ADMINISTRATION
P.O. BOX 13708
MACON, GA 31208-3708

Claim Number: 2632
Claim Date: 05/05/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: WITHDRAWN
DOCKET: 12304 (08/21/2012)

| UNSECURED | Claimed: | $284,930.06 |
|---|---|---|

---

EUROPEAN PRESSPHOTO AGENCY
AM HAUPTBAHNHOF 16
FRANKFURT, 60329
GERMANY

Claim Number: 2633
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY UNSECURED | Claimed: | $1,540.00 |
|---|---|---|

---

EUROPEAN PRESSPHOTO AGENCY
AM HAUPTBAHNHOF 16
FRANKFURT, BE, 60329
GERMANY

Claim Number: 2634
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| PRIORITY UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

---

CONIGLIARO, SIMONE & VICTORIA
C/O GREENE & LEVINE LLP
1355 MOTOR PARKWAY
HAUPPAUGE, NY 11749

Claim Number: 2635
Claim Date: 05/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENTERCOM SACRAMENTO LLC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 2636
Claim Date: 05/11/2009
Debtor: CHANNEL 40, INC.

| UNSECURED | Claimed: | $43,252.25 | Scheduled: | $43,252.25 |
|---|---|---|---|---|

---

SCHUR PACKAGING SYSTEMS INC
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 2637
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $86,405.55 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHUR PACKAGING
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 2638
Claim Date: 05/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| UNSECURED | Claimed: | $47.77 | | |

---

BISGER, FRED B., TRUSTEE - C/O BISGER
5308 CUTSHAW AVE
RICHMOND, VA 23226-1106

Claim Number: 2639
Claim Date: 05/11/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| UNSECURED | Claimed: | $13,203.26 | | |

---

R R DONNELLEY & SONS CO
P O BOX 13654
NEWARK, NJ 07188

Claim Number: 2640
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $230,126.30 | | |
| UNSECURED | Claimed: | $113,097.96 | Scheduled: | $363,683.09 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CITADEL BROADCASTING CORP
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2641
Claim Date: 05/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $1,428.00 | Scheduled: | $1,428.00 |

---

SCHOPF & WEISS LLP
ONE SOUTH WACKER DRIVE 28TH FLOOR
CHICAGO, IL 60606

Claim Number: 2642
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,122.73 | Scheduled: | $5,122.73 |

---

RADIOSTORES.COM
2952 PEACHGATE RD
GLENVIEW, IL 60026-2618

Claim Number: 2643
Claim Date: 05/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $1,099.00 | Scheduled: | $1,099.00 |

---

KIPLINGER WASHINGTON EDITORS INC
1100 13TH ST NW STE 750
WASHINGTON, DC 20005-4364

Claim Number: 2644
Claim Date: 05/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $6,129.34 | Scheduled: | $6,228.91 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: CROWN PRINTERS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2645<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,769.07 | | |
| UNSECURED | Claimed: | $5,854.67 | Scheduled: | $7,234.14 |
| CHICAGO BULLS<br>1901 W. MADISON ST.<br>JERRY REINSDORF<br>CHICAGO, IL 60612 | | Claim Number: 2646<br>Claim Date: 05/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $45,831.00 | | |
| UNSECURED | Claimed: | $10,999.68 | Scheduled: | $56,830.68 |
| DEPARTMENT OF STATE<br>BUDGET OFFICER<br>S/ES-EX ROOM 7515<br>WASHINGTON, DC 20520 | | Claim Number: 2647<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $188.77 |
| DEPARTMENT OF STATE<br>ATTN  BUDGET OFFICER  S/EX-EX<br>2201 C STREET  NW<br>ROOM 7511 HST BLDG<br>WASHINGTON, DC 20520 | | Claim Number: 2648<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $3,931.40 | | |
| DEPARTMENT OF STATE<br>ATTN BUDGET OFFICER<br>2201 C STREET NW<br>S ES EX ROOM 7507<br>WASHINGTON, DC 20520 | | Claim Number: 2649<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $8,198.50 | Scheduled: | $8,198.50 |
| MLRP PENNY LANE LLC, A DELAWARE LLC<br>RE: SCHAUMBURG 1717 PENNY LN.<br>C/O ML REALTY PARTNERS, LLC<br>ONE PIERCE PLACE, SUITE 450<br>ITASCA, IL 60143 | | Claim Number: 2650<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $100,493.27    CONT | | |
| MEJIA, ALFREDO<br>1214 W CURIE AVE<br>SANTA ANA, CA 92707-3839 | | Claim Number: 2651<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>Claim out of balance | | |
| PRIORITY | Claimed: | $32,039.49 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $32,039.49 | | |
| TOTAL | Claimed: | $32,039.49 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| BACHWITZ, TIMOTHY<br>2839 PATTEN PLACE WEST<br>SEATTLE, WA 98199 | Claim Number: 2652<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| | | |
|---|---|---|
| FACILITY SERVICES GROUP INC<br>3001 S MICHIGAN AVE UNIT 901<br>CHICAGO, IL 60616-3150 | Claim Number: 2653<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $525.00 | Scheduled: | $525.00 |

---

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: FACILITY SERVICES GROUP INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2654<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,225.00 | Scheduled: | $3,225.00 |

---

| | | |
|---|---|---|
| RYAN, ERIN<br>10015 SW TERWILLIGER BLVD<br>PORTLAND, OR 97219-7768 | Claim Number: 2655<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

---

| | | |
|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: DIGITAL BOOTCAMP<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2656<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,625.00 | Scheduled: | $1,625.00 |

---

| | | |
|---|---|---|
| DAY PITNEY LLP<br>PO BOX 33300<br>HARTFORD, CT 06150-3300 | Claim Number: 2657-01<br>Claim Date: 05/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,387.85 | Scheduled: | $3,836.56 |

---

| | | |
|---|---|---|
| DAY PITNEY LLP<br>PO BOX 33300<br>HARTFORD, CT 06150-3300 | Claim Number: 2657-02<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $662.50 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FIRST ADVANTAGE SBS
PO BOX 7384
SEMINOLE, FL 33775-7384

Claim Number: 2658
Claim Date: 05/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,455.54 | Scheduled: | $2,455.54 |

---

NATIONWIDE RESTORATION LLC
6140 JEFFERSON HWY
HARAHAN, LA 70123-5121

Claim Number: 2659
Claim Date: 05/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,170.00 |
| UNSECURED | | |

---

TAPANI, KEVIN
781 N FERNDALE RD
WAYZATA, MN 55391

Claim Number: 2660
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,580.00 |

---

REID, WALTON
3400 CROSSINGS GLEN
BIRMINGHAM, AL 35242

Claim Number: 2661
Claim Date: 05/11/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $80,608.04 | Scheduled: | $80,608.04 UNLIQ |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: VERBUM DEI HS WORKSTUDY, INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2662
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $10,000.00 |

---

WLAZELEK, ANN L
6428 FIR ROAD
ALLENTOWN, PA 18104

Claim Number: 2663
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $62.22 UNLIQ |

---

NEVILLE, WILLIAM
1452 NE EIGHTH STREET
BEND, OR 97701

Claim Number: 2664
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,154.19 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BERISHA, VERONIKA
3 VALLEY ROAD APT 1RR
STAMFORD, CT 06902

Claim Number: 2665
Claim Date: 05/11/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $9.00 |
|---|---|---|---|---|

LEVIT, JOAN
356 AVENUE OF THE STARS
NORTH BLENHEIM, NY 12131-1720

Claim Number: 2666
Claim Date: 05/11/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $88.48 | Scheduled: | $88.48 |
|---|---|---|---|---|

NETWORK VIDEO PRODUCTIONS
5127 N KENNETH AVE
CHICAGO, IL 60630-2622

Claim Number: 2667
Claim Date: 05/11/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 |
|---|---|---|---|---|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 2668
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

UNITED PARCEL SERVICE
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 4396
TIMONIUM, MD 21094

Claim Number: 2669
Claim Date: 05/11/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $111.53 | Scheduled: | $111.53 |
|---|---|---|---|---|

CK AUTO REPAIR
21W079 ROOSEVELT RD
LOMBARD, IL 60148

Claim Number: 2670
Claim Date: 05/11/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| UNSECURED | Claimed: | $0.00 | Scheduled: | $305.14 |
|---|---|---|---|---|

FASASI, TAIWO
DBA DELUXE BUILDING MAINTENANCE
16595 SW IVY GLEN STREET
BEAVERTON, OR 97007

Claim Number: 2671
Claim Date: 05/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| UNSECURED | Claimed: | $1,133.87 | Scheduled: | $1,133.87 |
|---|---|---|---|---|

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: KWIK KOPY PRINTING
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2672
Claim Date: 05/11/2009
Debtor: THE DAILY PRESS, INC.

| | Claimed: | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | | $292.13 | | |
| | | | Scheduled: | $292.13 |

---

PRESS MASTERS OF ANAHEIM
PO BOX 8118
ANAHEIM, CA 92812

Claim Number: 2673
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | | $8,889.22 | | |
| | | | Scheduled: | $8,889.22 |

---

MAPS.COM
120 CREMONA DRIVE SUITE H
SANTA BARBARA, CA 93117

Claim Number: 2674
Claim Date: 05/11/2009
Debtor: SUN-SENTINEL COMPANY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $900.00 |

---

INFORMA RESEARCH SERVICES INC
PO BOX 32807
HARTFORD, CT 06150

Claim Number: 2675
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $187.23 | Scheduled: | $187.23 |

---

INTER-CITY PRESS
2015 W 41ST STREET
BALTIMORE, MD 21211

Claim Number: 2676
Claim Date: 05/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $2,960.97 | Scheduled: | $2,960.97 |

---

CASTLEROCK ENVIRONMENTAL INC
100040 PAINTER AVE
SANTA FE SPGS, CA 90670-3016

Claim Number: 2677
Claim Date: 05/11/2009
Debtor: KTLA INC.

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $3,750.00 | Scheduled: | $3,750.00 |

---

HOUSEPAD LLP
1500 CONRAD WEISER PARKWAY
WOMELSDORF, PA 19567

Claim Number: 2678
Claim Date: 05/11/2009
Debtor: FORSALEBYOWNER.COM CORP.
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $6,795.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ACCU TECH ELECTRIC INC<br>7550 ARCHER RD<br>JUSTICE, IL 60458 | Claim Number: 2679<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |
|---|---|

| UNSECURED | Claimed: | $6,354.71 | Scheduled: | $6,354.71 |
|---|---|---|---|---|

| NETWORK VIDEO PRODUCTIONS<br>5127 N KENNETH AVE<br>CHICAGO, IL 60630-2622 | Claim Number: 2680<br>Claim Date: 05/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| NETWORK VIDEO PRODUCTIONS<br>5127 N KENNETH AVE<br>CHICAGO, IL 60630-2622 | Claim Number: 2681<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
|---|---|---|---|---|

| SGW TELEPROMPTER SOLUTIONS INC<br>844 SOUTH 8TH AVE<br>LAGRANGE, IL 60525-2949 | Claim Number: 2682<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $187.25 | Scheduled: | $187.25 |
|---|---|---|---|---|

| VENCO WESTERN INC<br>2400 EASTMAN AV<br>OXNARD, CA 93030 | Claim Number: 2683<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $991.60 | | |

| OPINION RESEARCH CORP<br>PO BOX 510542<br>PHILADELPHIA, PA 19175 | Claim Number: 2684<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $39,700.00 | Scheduled: | $19,850.00 |
|---|---|---|---|---|

| CHARLES LENOIR PHOTOGRAPHY<br>7277 PACIFIC VEW DRIVE<br>LOS ANGELES, CA 90068 | Claim Number: 2685<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $292.27 | Scheduled: | $292.27 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| NEWTON MEDIA<br>824 GREENRIVER PARKWAY  SUITE 200<br>CHESAPEAKE, VA 23320 | | Claim Number: 2686<br>Claim Date: 05/11/2009<br>Debtor: KSWB INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |

---

| | | | | |
|---|---|---|---|---|
| STANFIELD, KATHY R<br>726 SAN PASCUAL AVENUE<br>APT. #11<br>LOS ANGELES, CA 90042 | | Claim Number: 2687<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $1,518.49 | | |

---

| | | | | |
|---|---|---|---|---|
| SPLASH NEWS & PICTURE AGENCY<br>333 W WASHINGTON BLVD    NO.508<br>MARINA DEL REY, CA 90292 | | Claim Number: 2688<br>Claim Date: 05/11/2009<br>Debtor: KTLA INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

---

| | | | | |
|---|---|---|---|---|
| WINGENBACH, GERRY<br>GENERAL DELIVERY<br>PARK CITY, UT 84068-9999 | | Claim Number: 2689<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| YAMADA, KATHERINE<br>1537 HIGHLAND AVE.<br>GLENDALE, CA 91202 | | Claim Number: 2690<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $170.00 |

---

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE OPPORTUNITIES FUND, LP<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2691<br>Claim Date: 05/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195.00 | Scheduled: | $195.00 |

---

| | | | | |
|---|---|---|---|---|
| JAZZ KITCHEN<br>ATTN:CHARECE WILLIAMSON<br>550 BLENVILLE STREET<br>NEW ORLEANS, LA 70130 | | Claim Number: 2692<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | | |
| UNSECURED | | | Scheduled: | $250.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BETA BREAKERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2693
Claim Date: 05/11/2009
Debtor: TRIBUNE PUBLISHING COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,984.09 | | $1,984.09 |

TUTKO, THOMAS H
2814 JOHN ST
EASTON, PA 18045-2536

Claim Number: 2694
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00 | | $57.29 |

MATHIAS, MADELEINE B
PO BOX 217
WIND GAP, PA 18091-0217

Claim Number: 2695
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00   UNDET | | $1,401.96  UNLIQ |

KEENAN, NANCY
601 E WALNUT ST
PERKASIE, PA 18944

Claim Number: 2696
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $175.00 |

THOMPSON, BARBARA
34856 STACCATO ST
PALM DESERT, CA 92211

Claim Number: 2697
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $36.75 | | $36.75 |

ASM CAPITAL, L.P.
TRANSFEROR: OLYMPIA ENTERTAINMENT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2698
Claim Date: 05/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $24,832.83 | | $24,832.83 |

GALAUSKAS, JAMES
14 N ORCHARD
ROUND LAKE, IL 60073

Claim Number: 2699
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $8,511.75 | | |
| UNSECURED | | | | $8,511.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BROWN, TRACEY K N
198 EUCLID ST W
HARTFORD, CT 06112

Claim Number: 2700
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,500.00 | |
| SECURED | Claimed: | $7,500.00 | |
| UNSECURED | Claimed: | $0.00 | |
| TOTAL | Claimed: | $5,000.00 | |

---

BOVE, DOMINICK
718 HYMAN AVENUE
WEST ISLIP, NY 11795

Claim Number: 2701
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,936.63 |
| SECURED | Claimed: | $55,936.63 |
| TOTAL | Claimed: | $55,936.62 |

---

ANDERSON, TRACY S.
9940 LAKEMERE DRIVE
DALLAS, TX 75238

Claim Number: 2702
Claim Date: 05/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

GINKGO LEAF PRODUCTION INC
3941 MAIN ROAD
TIVERTON, RI 02878

Claim Number: 2703
Claim Date: 05/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 12469 (09/26/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,300,000.00 |

---

GINKGO LEAF PRODUCTIONS, INC.
3941 MAIN ROAD
TIVERTON, RI 02878

Claim Number: 2704
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,300,000.00 |

---

ALLENTOWN PUBLIC LIBRARY
1210 HAMILTON ST
ALLENTOWN, PA 18102

Claim Number: 2705
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,207.60 | Scheduled: | $4,207.60 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: ARCHON BAY CAPITAL, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2706
Claim Date: 05/11/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,255.00 | | |
| UNSECURED | | | Scheduled: | $1,255.10 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OUT OF HAND GRAPHICS INC
7035 WEST 65TH STREET
BEDFORD PARK, IL 60638

Claim Number: 2707
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $168.66 | Scheduled: | $168.66 |
|---|---|---|---|---|

BELL JANITORIAL SUPPLIES & SERVICES INC
8701 JOHN W CARPENTER FWY STE 210
DALLAS, TX 75247-4600

Claim Number: 2708
Claim Date: 05/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $1,444.86 | Scheduled: | $1,444.86 |
|---|---|---|---|---|

PABLO ALVAREZ
3409 HOLLYDALE DRIVE
LOS ANGELES, CA 90039

Claim Number: 2709
Claim Date: 05/11/2009
Debtor: KTLA INC.
Comments: DOCKET: 12685 (11/06/2012)
Claim is for salary continuation

| UNSECURED | Claimed: | $21,325.90   UNDET |
|---|---|---|

GAYLE, ASHLEY ELISABETH
PO BOX 7171
AVON, NC 27915-0717

Claim Number: 2710
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

FLEISCHER, JOAN
512 ANN LANE
WANTAGH, NY 11793

Claim Number: 2711
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| UNSECURED | Claimed: | $279,630.00 |
|---|---|---|

TURNER, WILLIAM
5931 MICHAELS XING
OREFIELD, PA 18069

Claim Number: 2712
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $579.68 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $579.68  UNLIQ |

HOWELL, DAVID
405B SPRING STREET
BETHLEHEM, PA 18018

Claim Number: 2713
Claim Date: 05/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $600.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CHEMSTATION CHICAGO
PO BOX 931841
CLEVELAND, OH 44193

Claim Number: 2714
Claim Date: 05/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $927.71 | Scheduled: | $927.71 |
|---|---|---|---|---|

CHANNON, MARK P
112 MEADOWVIEW DRIVE
TORRINGTON, CT 06790

Claim Number: 2715
Claim Date: 05/11/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| UNSECURED | Claimed: | $11,900.65 | Scheduled: | $11,900.65 UNLIQ |
|---|---|---|---|---|

RINECO CHEMICAL INDUSTRIES INC
PO BOX 729
BENTON, AR 72018

Claim Number: 2716
Claim Date: 05/11/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $3,604.18 | Scheduled: | $3,604.18 |
|---|---|---|---|---|

O'NEILL, MICHAEL
23 CAYUGA RD
SCARSDALE, NY 10583-6941

Claim Number: 2717
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| PRIORITY | Claimed: | $96,070.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $96,070.00 | | |
| TOTAL | Claimed: | $96,070.00 | | |

LICHTMAN, RONALD
16-28 RADBURN ROAD
FAIR LAWN, NJ 07410

Claim Number: 2718
Claim Date: 05/11/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $29,673.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $29,673.00 UNLIQ |

AGENCE VS
29 RUE DU JOUR
75
PARIS, 75001
FRANCE

Claim Number: 2719
Claim Date: 05/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: A MARKETING RESOURCE
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2720
Claim Date: 05/12/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $14,432.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,833.92 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: A MARKETING RESOURCE
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2721
Claim Date: 05/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | | $5,230.00 | | $2,485.00 |

---

TOVAR SNOW PROFESSIONALS
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 2722
Claim Date: 05/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $13,717.50 |

---

STEINMETZ, DAVID
300 W.BARBEE CHAPEL RD
CHAPEL HILL, NC 27517

Claim Number: 2723
Claim Date: 05/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $100.00 | | $100.00 |

---

STEINMETZ, DAVID
300 W.BARBEE CHAPEL RD
CHAPEL HILL, NC 27517

Claim Number: 2724
Claim Date: 05/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $100.00 | | $100.00 |

---

STEINMETZ, DAVID
300 W.BARBEE CHAPEL RD
CHAPEL HILL, NC 27517

Claim Number: 2725
Claim Date: 05/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $100.00 | | $100.00 |

---

RIES, MARCIA
7401 SYLVAN RIDGE ROAD
INDIANAPOLIS, IN 46240-3546

Claim Number: 2726
Claim Date: 05/12/2009
Debtor: KTLA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00  UNLIQ | | $48,810.27  UNLIQ |

---

ASM CAPITAL, L.P.
TRANSFEROR: CTV TELEVISION INC
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2727
Claim Date: 05/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: DOCKET: 2269 (10/02/2009)
Amends claim number 910

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $191,558.47 | | $191,558.47 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KENDRICK-MCCANN LP
RE: SANTA FE 12236 MCCANN DR
C/O T C COLLINS & ASSOCIATES
3600 BIRCH ST SUITE NO.100
NEWPORT BEACH, CA 92660

Claim Number: 2728
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,375.44 | | |

---

MEJIA, ALFREDO
1214 W CURIE AVE
SANTA ANA, CA 92707-3839

Claim Number: 2729
Claim Date: 05/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,039.49 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $32,039.49 | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $32,039.49 | | |

---

BANNON, MARIE L
157 GREEN ACRES DR
VALPARAISO, IN 46383-1709

Claim Number: 2730
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $445.33 | | |

---

BALAZS, JEFFREY A
10330 MARLOU DRIVE
MUNSTER, IN 46321

Claim Number: 2731
Claim Date: 05/12/2009
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,050.98 | | |

---

AD WIZARD
BOX 2191-349 W GEORGIA ST
VANCOUVER, BC V6B 3V7
CANADA

Claim Number: 2732
Claim Date: 05/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,309.68 | | |
| UNSECURED | | | Scheduled: | $1,309.68 |

---

AD WIZARD
BOX 2191-349 W GEORGIA ST
VANCOUVER, BC V6B 3V7
CANADA

Claim Number: 2733
Claim Date: 05/12/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $677.42 | | |
| UNSECURED | | | Scheduled: | $677.42 |

---

MOORE, MONICA
31855 DATE PALM DRIVE
CATHEDRAL CITY, CA 92234

Claim Number: 2734
Claim Date: 05/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $357.60 | Scheduled: | $357.60 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ELLIOTTS HARDWARE INC
5439 DENTON DR
DALLAS, TX 75235-8299

Claim Number: 2735
Claim Date: 05/12/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $21.53 | Scheduled: | $21.53 |
|---|---|---|---|---|

---

SPANO, JOHN
9606 OAKMORE ROAD
LOS ANGELES, CA 90035

Claim Number: 2736
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim is for damages for mis-management of ESOP

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

ESTATE OF CLYNE ANDERSON CAUBLE
4129 W 161ST ST
LAWNDALE, CA 90260-2732

Claim Number: 2737
Claim Date: 05/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $39.00 |
|---|---|---|---|---|

---

JEWISH TELEGRAPHIC AGENCY
330 SEVENTH AVE, 17TH FLR
NEW YORK, NY 10001

Claim Number: 2738
Claim Date: 05/12/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $491.81 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $491.81 |

---

REYES, SAL
26826 MARLOWE CT
STEVENSON RNH, CA 91381-1020

Claim Number: 2739
Claim Date: 05/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00   UNLIQ |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2740
Claim Date: 05/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |
|---|---|---|---|---|

---

BALAZS, JEFFREY
10330 MARLOU DRIVE
MUNSTER, IN 46321

Claim Number: 2741
Claim Date: 05/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $5,050.98 | | |
|---|---|---|---|---|

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MEDIASTATS INC<br>68 WELLINGTON STREET EAST<br>AURORA, ON L4G 1H8<br>CANADA | Claim Number: 2742<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,373.60 | |

---

| CASSARA, ANTHONY<br>6805 WILDLIFE RD<br>MALIBU, CA 90265-4306 | Claim Number: 2743<br>Claim Date: 05/13/2009<br>Debtor: KTLA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $670,920.47 | Scheduled: $670,920.47 UNLIQ |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MEL BERNSTEIN ADVERTISING<br>SPECIALTIES INC.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2744<br>Claim Date: 05/13/2009<br>Debtor: WDCW BROADCASTING, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,878.67 | Scheduled: $1,878.67 |

---

| MEDIASTATS INC.<br>68 WELLINGTON STREET EAST<br>ATTN: LEGAL COUNSEL<br>AURORA, ON L4G 1H8<br>CANADA | Claim Number: 2745<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,373.60 | |

---

| CONNECTICUT INSURANCE GUARANTY ASSOC.<br>ONE BOWDOIN SQUARE<br>BOSTON, MA 02114 | Claim Number: 2746<br>Claim Date: 05/13/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $124,844.64 | |

---

| VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | Claim Number: 2747<br>Claim Date: 05/13/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: $75.28 |

---

| VON KIEL, INSA<br>7386 ALBURTIS RD<br>MACUNGIE, PA 18062 | Claim Number: 2748<br>Claim Date: 05/13/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: $74.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

VON KIEL, INSA
7386 ALBURTIS RD
MACUNGIE, PA 18062

Claim Number: 2749
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $398.24 |

VON KIEL, INSA
7386 ALBURTIS RD
MACUNGIE, PA 18062

Claim Number: 2750
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $70.94 |

VON KIEL, INSA
7386 ALBURTIS RD
MACUNGIE, PA 18062

Claim Number: 2751
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $66.95 |

VON KIEL, INSA
7386 ALBURTIS RD
MACUNGIE, PA 18062

Claim Number: 2752
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $94.03 |

VON KIEL, INSA
7386 ALBURTIS RD
MACUNGIE, PA 18062

Claim Number: 2753
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $75.96 |

US TREASURY ATTN LT COL T V JOHNSON
PENTAGON ROOM 4A514A
WASHINGTON, DC 20380

Claim Number: 2754
Claim Date: 05/13/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,125.20 |

SMITH, DENISE
1191 RIDGE RD
RISING SUN, MD 21911

Claim Number: 2755
Claim Date: 05/13/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7.64 | Scheduled: | $7.64 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GMC<br>11 ALLSTATE PARKWAY, SUITE 430<br>MARKHAM, ON L3R 9T8<br>CANADA | Claim Number: 2756<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
| UNSECURED | Claimed: | $38,277.00 | | |
| MEDIAMARK RESEARCH & INTELLIGENCE, LLC<br>ATTN: CLAUDINE GUARDIANO<br>75 NINTH AVE 5TH FL<br>NEW YORK, NY 10011 | Claim Number: 2757<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | | |
| UNSECURED | Claimed: | $56,690.00 | | |
| HUGHES, ARCHIE<br>28 NEWPORT AVE<br>NEWPORT NEWS, VA 23601 | Claim Number: 2758<br>Claim Date: 05/13/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
| UNSECURED | Claimed: | $47.60 | Scheduled: | $47.60 |
| LANCELLOTTI, WILLIAM G. JR<br>FOR LAURA LANCELLOTTI<br>110 PATRICK HENRY DR.<br>WILLIAMSBURG, VA 23185-2722 | Claim Number: 2759<br>Claim Date: 05/13/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
| UNSECURED | Claimed: | $65.28 | Scheduled: | $65.28 |
| JACOBS, MARK<br>1544 TOWHEE CT<br>VENTURA, CA 93003-6276 | Claim Number: 2760<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $250,000.00 | | |
| BARLOW, PAUL H<br>408 LAUREL ROAD<br>BOYERTOWN, PA 19512 | Claim Number: 2761<br>Claim Date: 05/13/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $4,577.87  UNLIQ |
| JACOBS, MARK<br>1544 TOWHEE CT<br>VENTURA, CA 93003-6276 | Claim Number: 2762<br>Claim Date: 05/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| PRIORITY | Claimed: | $250,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COSGROVE, JAMES T
4254 GRADWOHL SWITCH RD
EASTON, PA 18045

Claim Number: 2763
Claim Date: 05/13/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | | | | |
| UNSECURED | | $307.33 | | | |
| | | | Scheduled: | | $307.33 UNLIQ |

---

NORDBROOK, ELLSWORTH
1907 RENCOS WAY
FORREST HILL, MD 21105-2329

Claim Number: 2764
Claim Date: 05/13/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,952.00   UNLIQ |
| TOTAL | Claimed: | $1,246.00   UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 2765
Claim Date: 05/13/2009
Debtor: TRIBUNE NM, INC.
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $348.11 |
| UNSECURED | Claimed: | $15,818.88 |

---

WESTPOINT, JOYCE
3028 GA HIGHWAY 144
BAXLEY, GA 31513-7324

Claim Number: 2766
Claim Date: 05/13/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $600.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $600.00 |

---

QUINN, KATHLEENM
330 SPRING LAKE TERRACE
ROSWELL, GA 30076

Claim Number: 2767
Claim Date: 05/14/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70,673.08 | Scheduled: | $70,673.08 |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: ARCHON BAY CAPITAL, LLC
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 2768
Claim Date: 05/14/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,852.50 | Scheduled: | $12,852.50 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZULKIE PARTNERS LLC<br>C/O TANNER PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 2769<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |

| ZULKIE PARTNERS LLC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 106013 | Claim Number: 2770<br>Claim Date: 05/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $820.00 | Scheduled: | $1,732.00 |

| DEPARTMENT OF HOMELAND SECURITY<br>SVC<br>222 S RIVERSIDE PLZ NO. 2300<br>C/O ZULKIE PARTNERS LLC<br>CHICAGO, IL 60606-6101 | Claim Number: 2771<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,583.50 | | |

| ZULKIE PARTNERS LLC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 2772<br>Claim Date: 05/14/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,312.50 | Scheduled: | $1,292.00 |

| ZULKIE PARTNERS LLC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 2773<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $181.21 | Scheduled: | $181.21 |

| DEPARTMENT OF HOMELAND SECURITY<br>C/O ZULKIE PARTNERS LLC<br>222 S RIVERSIDE PLAZA    STE 2300<br>CHICAGO, IL 60606-6101 | Claim Number: 2774<br>Claim Date: 05/14/2009<br>Debtor: HOY PUBLICATIONS, LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,505.86 | | |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:MICROWAVE RADIO<br>COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2775<br>Claim Date: 05/14/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $74,281.43 | | |
| UNSECURED | Claimed: | $25,821.25 | Scheduled: | $94,554.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:MICROWAVE RADIO
COMMUNICATION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2776
Claim Date: 05/14/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $6,125.74 | Scheduled: | $2,800.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:MICROWAVE RADIO
COMMUNICATION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2777
Claim Date: 05/14/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $862.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,195.70 | Scheduled: | $56,057.70 |

---

MICROWAVE RADIO COMMUNICATIONS
PO BOX 350006
BOSTON, MA 02241-0506

Claim Number: 2778
Claim Date: 05/14/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments:
CLAIM IS FOR NEGATIVE DOLLAR AMOUNT

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:MICROWAVE RADIO
COMMUNICATION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2779
Claim Date: 05/14/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| UNSECURED | Claimed: | $41,351.49 | | |
|---|---|---|---|---|

---

RICHARDSON, RUDOLPH
4750 S.W. 151ST PLACE
OCALA, FL 34473

Claim Number: 2780
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $231.76   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00   UNDET |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: SHIELD SECURITY, INC.
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 2781
Claim Date: 05/14/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| UNSECURED | Claimed: | $21,980.84 | Scheduled: | $21,980.84 |
|---|---|---|---|---|

---

HASBRO INC., ET AL
ATTN: FRADA SALO
200 NARRAGANSETT PARK DR.
PAWTUCKET, RI 02862

Claim Number: 2782
Claim Date: 05/14/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $42,302.20 | Scheduled: | $4,474.37 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZELLWIN FARMS COMPANY
RE: TAVARES 1898 E. BURLEIGH
P.O. BOX 188
ZELLWOOD, FL 32798

Claim Number: 2783
Claim Date: 05/14/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $4,578.27 |
|---|---|---|

---

CURTIS CIRCULATION COMPANY LLC
2500 MCCLELLAN AVE
PENNSAUKEN, NJ 08109-4660

Claim Number: 2784
Claim Date: 05/14/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $13,559.21 |
|---|---|---|

---

CORDTS, MICHAEL
WINTERS ENRIGHT SALZETTA
111 W WASHINGTON 1200
CHICAGO, IL 60602

Claim Number: 2785
Claim Date: 05/14/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 2787

| UNSECURED | Claimed: | $2,000,000.00 |
|---|---|---|

---

CORDTS, MICHAEL
WINTERS ENRIGHT SALZETTA & O'BRIEN LLC
JOHN F WINTERS JR
111 WEST WASHINGTON ST SUITE 1200
CHICAGO, IL 60602

Claim Number: 2786
Claim Date: 05/14/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 2787

| UNSECURED | Claimed: | $2,000,000.00 |
|---|---|---|

---

CORDTS, MICHAEL
WINTERS ENRIGHT SALZETTA & O'BRIEN LLC
ATTN: JOHN F.WINTERS, JR.
111 W. WASHINGTON STREET
CHICAGO, IL 60602

Claim Number: 2787
Claim Date: 05/14/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,000,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

CORDTS, MICHAEL
WINTERS ENRIGHT SALZETTA & O'BRIEN LLC
ATTN: JOHN F.WINTERS, JR.
111 W. WASHINGTON STREET
CHICAGO, IL 60602

Claim Number: 2788
Claim Date: 05/14/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 2787

| UNSECURED | Claimed: | $2,000,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

CORDTS, MICHAEL
C/O JOHN F. WINTERS
WINTERS ENRIGHT SALZETTA&O'BRIEN,LLC.
111 WEST WASHINGTON ST., SUITE 1200
CHICAGO, IL 60602

Claim Number: 2789
Claim Date: 05/14/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 2787

| UNSECURED | Claimed: | $2,000,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SUSI, SAMUEL<br>7806 CHARNEY LN<br>BOCA RATON, FL 33496 | Claim Number: 2790<br>Claim Date: 05/14/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: APS HEALTHCARE BETHESDA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2791<br>Claim Date: 05/14/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
| UNSECURED | Claimed: | $5,445.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MIZLA, ERIN K<br>505 FOSTER RD<br>SOUTH WINDSOR, CT 06074-2525 | Claim Number: 2792<br>Claim Date: 05/14/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $123.00 | | |
| PRIORITY | Claimed: | $123.00 | | |
| UNSECURED | Claimed: | $149.00 | Scheduled: | $272.00 |

---

| | | | | |
|---|---|---|---|---|
| CRAFT, ANDREW<br>5705 SELKIRK PL<br>FAYETTEVILLE, NC 28304-2042 | Claim Number: 2793<br>Claim Date: 05/14/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | | |
| ADMINISTRATIVE | Claimed: | $331.30 | | |
| UNSECURED | | | Scheduled: | $331.30 |

---

| | | | | |
|---|---|---|---|---|
| CHAS CITY PLANNING<br>10900 COURTHOUSE RD A<br>CHARLES CITY, VA 23030 | Claim Number: 2794<br>Claim Date: 05/14/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $65.01 |

---

| | | | | |
|---|---|---|---|---|
| MIKIS, MICHAEL<br>18263 HOLYOKE LN<br>VILLA PARK, IL 60181-3836 | Claim Number: 2795<br>Claim Date: 05/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $8.95 | Scheduled: | $8.95 |

---

| | | | | |
|---|---|---|---|---|
| KOCSIF, DIANE<br>423 LILAC LN<br>MATTESON, IL 60443 | Claim Number: 2796<br>Claim Date: 05/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $10.75 | Scheduled: | $10.75 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SIMPSON, GRACE<br>21 HUNTINGWOOD RD<br>MATTESON, IL 60443 | Claim Number: 2797<br>Claim Date: 05/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9.10 | Scheduled: | $9.10 |

| HELSONS GARAGE DOOR STORE<br>5737 S HARLEM<br>CHICAGO, IL 60638 | Claim Number: 2798<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $185.00 | Scheduled: | $185.00 |
|---|---|---|---|---|

| HELSONS GARAGE DOOR STORE<br>5737 S HARLEM<br>CHICAGO, IL 60638 | Claim Number: 2799<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,498.00 | Scheduled: | $1,498.00 |
|---|---|---|---|---|

| ROLLINS, GEORGE<br>4135 CHULUOTA RD<br>ORLANDO, FL 32820 | Claim Number: 2800<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for spouse's pension plan | | |
|---|---|---|---|

| PRIORITY | Claimed: | $0.00    UNDET | | |
|---|---|---|---|---|

| DRONG, DANIEL<br>13343 W REDCOAT DR<br>LEMONT, IL 60439 | Claim Number: 2801<br>Claim Date: 05/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $5.60 | Scheduled: | $5.60 |
|---|---|---|---|---|

| ANTENNA MASTER CORPORATION<br>12944 SW 113TH COURT<br>MIAMI, FL 33176 | Claim Number: 2802<br>Claim Date: 05/14/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|

| UNSECURED | Claimed: | $245.03 | Scheduled: | $245.03 |
|---|---|---|---|---|

| MECKWOOD YAZDPOUR, JANE E<br>1047 SHERMAN DR<br>FRANKLIN SQUARE, NY 11010-1015 | Claim Number: 2803<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $400.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: COMCAST CABLE<br>COMMUNICATIONS, INC<br>1777 SARATOGA AVE, SUITE # 106<br>SAN JOSE, CA 95129 | Claim Number: 2804<br>Claim Date: 05/14/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $19,550.00 | Scheduled: | $19,550.00 |
|---|---|---|---|---|

| WINTERS, CARLYLE<br>2205 BELLEAIR ROAD<br>APT. A25<br>CLEARWATER, FL 33764-2765 | Claim Number: 2805<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00   UNLIQ |
|---|---|---|

| BRENTNELL, BERNICE C<br>16 REIMAN DRIVE<br>CROMWELL, CT 06416 | Claim Number: 2806<br>Claim Date: 05/14/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $51.00 | Scheduled: | $51.00 |
|---|---|---|---|---|

| BILGER, JODI<br>844 CONSTITUTION DR<br>ALLENTOWN, PA 18103 | Claim Number: 2807<br>Claim Date: 05/14/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $70.26 | Scheduled: | $70.26  UNLIQ |
|---|---|---|---|---|

| GARLICKI, DEBORAH J<br>7805 CROSS CREEK CIRCLE<br>BREINIGSVILLE, PA 18031 | Claim Number: 2808<br>Claim Date: 05/14/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) |
|---|---|

| UNSECURED | Claimed: | $54.40 | Scheduled: | $54.40  UNLIQ |
|---|---|---|---|---|

| BEEKMAN, DOROTHY<br>9 MADDER LAKE CIRCLE<br>COMMACK, NY 11725 | Claim Number: 2809<br>Claim Date: 05/14/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $39,571.00 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 2810<br>Claim Date: 05/14/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,050.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,050.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BROWNING, RONALD GARY<br>226 NORTH UNION AVE<br>HAVRE DE GRACE, MD 21078 | | Claim Number: 2811<br>Claim Date: 05/14/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $300.00 |
| PRIORITY | Claimed: | $300.00 |
| UNSECURED | Claimed: | $300.00 |
| TOTAL | Claimed: | $300.00 |

---

| SHAW, JACQUELINE<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | | Claim Number: 2812<br>Claim Date: 05/14/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|---|
| UNSECURED | Claimed: | $51,821.45 |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2813<br>Claim Date: 05/15/2009<br>Debtor: WLVI INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
|---|---|---|
| PRIORITY | Claimed: | $625.30 |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2814<br>Claim Date: 05/15/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $6,314.33 |
| UNSECURED | Claimed: | $55.47 |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2815<br>Claim Date: 05/15/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |
|---|---|---|
| PRIORITY | Claimed: | $9,653.43 |
| UNSECURED | Claimed: | $21,900.11 |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2816<br>Claim Date: 05/15/2009<br>Debtor: HOMEOWNERS REALTY, INC. |
|---|---|---|
| PRIORITY | Claimed: | $452.37 |
| UNSECURED | Claimed: | $171.91 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2817
Claim Date: 05/15/2009
Debtor: KPLR, INC.
Comments: EXPUNGED
DOCKET: 2668 (11/25/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,755.43 |
| UNSECURED | Claimed: | $4,459.52 |

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2818
Claim Date: 05/15/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,846.64 |

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2819
Claim Date: 05/15/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: EXPUNGED
DOCKET: 2668 (11/25/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,798.79 |
| UNSECURED | Claimed: | $1,037.86 |

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2820
Claim Date: 05/15/2009
Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15.77 |
| UNSECURED | Claimed: | $817.95 |

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2821
Claim Date: 05/15/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,606.44 |
| UNSECURED | Claimed: | $10.88 |

---

TORRES, IGNACIO
1426 E. RIVER ROAD
BELEN, NM 87002

Claim Number: 2822
Claim Date: 05/15/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: POSSIBLE DUPLICATE OF 2824

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

TORRES, IGNACIO
1426 E. RIVER ROAD
BELEN, NM 87002

Claim Number: 2823
Claim Date: 05/15/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TORRES, IGNACIO
C/O ISRAEL & BENEZRA
1545 WILSHIRE BLVD #300
LOS ANGELES, CA 90017

Claim Number: 2824
Claim Date: 05/15/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | Scheduled: | $0.00 UNDET |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MYLES COMMUNICATIONS, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2825
Claim Date: 05/15/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $800.00 |
| UNSECURED | Claimed: | $800.00 |
| TOTAL | Claimed: | $800.00 |

---

MY WEB PAL
PO BOX 27
MOBERLY, MO 65270

Claim Number: 2826
Claim Date: 05/15/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,000.00 | | |
| UNSECURED | | | Scheduled: | $2,000.00 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: MY WEB PAL
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2827
Claim Date: 05/15/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,029.84 | | |
| UNSECURED | Claimed: | $1,029.84 | Scheduled: | $1,029.84 |
| TOTAL | Claimed: | $1,029.84 | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: MEDIA MANAGEMENT TECHNOLOGIE
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2828
Claim Date: 05/15/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,618.00 | Scheduled: | $7,262.87 |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: MEDIA MANAGEMENT TECHNOLOGIE
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2829
Claim Date: 05/15/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,306.00 | Scheduled: | $28,270.00 |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: MEDIA MANAGEMENT TECHNOLOGIE
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2830
Claim Date: 05/15/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,043.00 | Scheduled: | $538.74 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WEST, KIM
2520 MOOSE DEER DRIVE
ONTARIO, CA 91761

Claim Number: 2831
Claim Date: 05/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

WEST, KIM
2520 MOOSE DEER DRIVE
ONTARIO, CA 91761

Claim Number: 2832
Claim Date: 05/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

A&C COMMUNICATIONS LTD INC
12148 NW 52 CT
CORAL SPRINGS, FL 33076

Claim Number: 2833
Claim Date: 05/15/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: EXPUNGED
DOCKET: 2668 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,055.00 | | |
| PRIORITY | Claimed: | $6,305.00 | | |
| UNSECURED | | | Scheduled: | $275.00 |

---

STANDARD PARKING CORPORATION
900 N MICHIGAN AVENUE  SUITE 1500
CHICAGO, IL 60611

Claim Number: 2834
Claim Date: 05/15/2009
Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,082.00 | | |

---

STANDARD PARKING CORPORATION
8037 INNOVATION WAY
CHICAGO, IL 60682-0080

Claim Number: 2835
Claim Date: 05/15/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $2,900.00 |

---

YOUNGMAN, OWEN
40 KENMORE AVE.
DEERFIELD, IL 60015

Claim Number: 2836
Claim Date: 05/15/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $238,000.00 | Scheduled: | $238,000.00 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: NEW ENGLAND MECHANICAL SERVI
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 2837
Claim Date: 05/15/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $564.69 | Scheduled: | $564.69 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: EMCOR SERVICES/NEW ENGLAND M<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2838<br>Claim Date: 05/15/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $2,303.38 | | |
| YOUNGMAN, OWEN<br>40 KENMORE AVE.<br>DEERFIELD, IL 60015 | | Claim Number: 2839<br>Claim Date: 05/15/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,398.30 | Scheduled: | $3,398.30 |
| BONNEVILLE INT'L CORP. DBA WILV-FM<br>130 E. RANDOLPH ST., SUITE 2780<br>CHICAGO, IL 60601 | | Claim Number: 2840<br>Claim Date: 05/15/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 2269 (10/02/2009)<br>Amends claim number 302 | | |
| UNSECURED | Claimed: | $3,825.00 | | |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 2841<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | |
| UNSECURED | Claimed: | $1,147.04 | | |
| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ.<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 2842<br>Claim Date: 05/15/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $1,147.04 | | |
| CASE, LINDA<br>103 PARK AVENUE<br>WETHERSFIELD, CT 06109 | | Claim Number: 2843<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | | Claim Number: 2844<br>Claim Date: 05/15/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 2269 (10/02/2009) | | |
| UNSECURED | Claimed: | $4,691.25 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ORLANDO MAGIC, LTD.<br>ZACHARY J. BANCROFT, ESQ.;<br>LOWNDES DROSDICK, ET AL.;<br>P.O. BOX 2809<br>ORLANDO, FL 32802 | Claim Number: 2845<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | | | |
| UNSECURED | Claimed: | $13,059.68 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MET ELECTRICAL TESTING<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2846<br>Claim Date: 05/15/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED | Claimed: | $4,722.00 | Scheduled: | $4,722.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TORC LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2847<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | | |
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |
| HAPPY EYES PRODUCTION<br>38 SOUTH BLUE ANGEL PARKWAY  SUITE 165<br>PENSACOLA, FL 32506 | Claim Number: 2848<br>Claim Date: 05/15/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $270.97 | Scheduled: | $270.97 |
| JENKINS, ALLIEL<br>8210 LAKE PARK ESTATES BLVD<br>ORLANDO, FL 32818-4801 | Claim Number: 2849<br>Claim Date: 05/15/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,401.74 | Scheduled: | $3,401.74 |
| ROGERS, SHARON<br>6 COLONY DR E<br>WEST ORANGE, NJ 07052-4615 | Claim Number: 2850<br>Claim Date: 05/15/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
| UNSECURED | Claimed: | $22.29 | Scheduled: | $22.29 |
| STICKLES, ELIZABETH<br>308 NW 30TH CT<br>WILTON MANORS, FL 33311 | Claim Number: 2851<br>Claim Date: 05/15/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $13.15 | Scheduled: | $13.15 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NELA TERNES REGISTER GROUP<br>610 WHITETAIL BLVD<br>RIVER FALLS, WI 54022-5209 | Claim Number: 2852<br>Claim Date: 05/15/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $6,480.00 | | |
|---|---|---|---|---|

| PRINCETON COMM GROUP<br>PO BOX 796<br>PENNINGTON, NJ 85340796 | Claim Number: 2853<br>Claim Date: 05/15/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $394.76 |
|---|---|---|---|---|

| CROSS VIDEO PRODUCTIONS<br>1731 DOGWOOD FOREST WAY<br>LAKE MARY, FL 32746 | Claim Number: 2854<br>Claim Date: 05/15/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69.77 | Scheduled: | $69.77 |

| TOWN OF GRIFFITH<br>111 N. BROAD ST.<br>GRIFFITH, IN 46319-2294 | Claim Number: 2855<br>Claim Date: 05/15/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $173.07 | | |
|---|---|---|---|---|

| HEFFNER, MAC<br>101 SPRINGHILL FOREST PLACE<br>CHAPEL HILL, NC 27516 | Claim Number: 2856<br>Claim Date: 05/15/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |
|---|---|---|---|---|

| CITY OF BURBANK<br>CITY TREASURER<br>PO BOX 7145<br>BURBANK, CA 91510-7145 | Claim Number: 2857<br>Claim Date: 05/15/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,330.00 | | |
|---|---|---|---|---|

| SIGNMEUP.COM, INC.<br>180 N STETSON AVE STE 3500<br>CHICAGO, IL 60601-6769 | Claim Number: 2858<br>Claim Date: 05/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,163.60 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CAIN, DEBORAH
3621 HILLCREST DRIVE
LOS ANGELES, CA 90016

Claim Number: 2859
Claim Date: 05/15/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $43,375.33 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MONICK, DAN
1524 PORTIA ST
LOS ANGELES, CA 90026-2652

Claim Number: 2860
Claim Date: 05/15/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $0.00 | Scheduled: | $7,166.00 UNLIQ |
|---|---|---|---|---|

MYER, JR., WILLIAM D.
14 WATERVIEW RD
HANOVER, PA 17331

Claim Number: 2861
Claim Date: 05/15/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,110.01 | Scheduled: | $0.00 |
|---|---|---|---|---|

ADAMS, ALEXIS
8245 SW 176TH TER
MIAMI, FL 33157-6143

Claim Number: 2862
Claim Date: 05/15/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $116.00 |
|---|---|---|---|---|

ADAMS, JOSEPH H
31 SLEEPY HOLLOW RD
NEWINGTON, CT 06111

Claim Number: 2863
Claim Date: 05/15/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $811.71 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $811.71 |

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2864
Claim Date: 05/15/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |
|---|---|---|---|---|

BANKS JR, GRANTLIN
6426 S. KENWOOD
2N
CHICAGO, IL 60637

Claim Number: 2865
Claim Date: 05/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| PRIORITY | Claimed: | $50,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 2866 Claim Date: 05/15/2009 Debtor: VALUMAIL, INC. Comments: Amends claim number 562 |
|---|---|

| PRIORITY | Claimed: | $3.34 |
| SECURED | Claimed: | $123.76 |
| UNSECURED | Claimed: | $106.25 |

---

| GIANNONE, LISA P O BOX 75 HICKSVILLE, NY 11801 | Claim Number: 2867 Claim Date: 04/29/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |

---

| FRANZINO, JAMES 16250 WINNERS CIR DR DELRAY BEACH, FL 33446 | Claim Number: 2868 Claim Date: 05/07/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $465.00 |

---

| GES EXPOSITION SERVICES 7150 S DURANGO DR STE 100 LAS VEGAS, NV 89113-2220 | Claim Number: 2869 Claim Date: 05/07/2009 Debtor: TRIBUNE PUBLISHING COMPANY Comments: ALLOWED DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $650.75 | | |
| UNSECURED | Claimed: | $650.75 | Scheduled: | $650.75 |
| TOTAL | Claimed: | $650.75 | | |

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | Claim Number: 2870 Claim Date: 05/08/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 2270 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $132,000.00   UNLIQ |

---

| BOLTON, PERRY J. 200 S. BEACH RD. HOBE SOUND, FL 33455 | Claim Number: 2871 Claim Date: 05/07/2009 Debtor: THE BALTIMORE SUN COMPANY Comments: EXPUNGED DOCKET: 7791 (02/04/2011) |
|---|---|

| UNSECURED | Claimed: | $80,000.00 | Scheduled: | $245,763.93  UNLIQ |

---

| FRANZESE, PHILIP C. 55 OCEANVIEW DRIVE MASTIC BEACH, NY 11951 | Claim Number: 2872 Claim Date: 05/08/2009 Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC Comments: Amends claim number 604 |
|---|---|

| SECURED | Claimed: | $218,750.25 | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $176,017.37  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FEDEX CUSTOM CRITICAL<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 2873<br>Claim Date: 05/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| UNSECURED | Claimed: | $7,642.31 | Scheduled: | $7,642.31 |

| ASM CAPITAL<br>ORIGINAL CREDITOR NAME: JOE AYALA<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2874<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |

| UNSECURED | Claimed: | $14,531.70 | Scheduled: | $9,029.60 |

| ASM CAPITAL<br>PURCHASED FROM: NURSE & PENNA ASSOC.,INC<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2875<br>Claim Date: 05/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $16,155.66 | Scheduled: | $16,155.66 |

| CITY OF GLENDALE<br>141 N. GLENDALE AVE. LV12<br>GLENDALE, CA 91206 | Claim Number: 2876<br>Claim Date: 05/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $1,906.83 | Scheduled: | $3,692.27 |

| REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 2877<br>Claim Date: 05/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12494 (10/02/2012) |

| SECURED | Claimed: | $1,235,823.67 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DKP & ASSOCIATES INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2878<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $12,807.26 | Scheduled: | $12,807.26 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DKP & ASSOCIATES INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2879<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY |

| UNSECURED | Claimed: | $560.00 | Scheduled: | $560.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: DKP & ASSOCIATES INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2880<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $5,750.00 | Scheduled: | $5,750.00 |
|---|---|---|---|---|

| DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | Claim Number: 2881<br>Claim Date: 05/18/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $106.25 |
|---|---|---|

| DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | Claim Number: 2882<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,519.94 |
|---|---|---|

| DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | Claim Number: 2883<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
|---|---|

| UNSECURED | Claimed: | $105.75 |
|---|---|---|

| DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | Claim Number: 2884<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC. |
|---|---|

| UNSECURED | Claimed: | $96.15 |
|---|---|---|

| DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | Claim Number: 2885<br>Claim Date: 05/18/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,092.75 |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2886<br>Claim Date: 05/18/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2887 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE TELEVISION COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2888 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE PUBLISHING COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2889 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE ENTERTAINMENT COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2890 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE BROADCASTING COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2891 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TRIBUNE BROADCAST HOLDINGS, INC. |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2892 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: TIMES MIRROR LAND AND TIMBER COMPANY |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

| CWA/ITU NEGOTIATED PENSION PLAN | Claim Number: 2893 |
|---|---|
| MICHELLE MCMAHON, ESQ. | Claim Date: 05/18/2009 |
| 1290 AVENUE OF THE AMERICAS | Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
| NEW YORK, NY 10104 | |

| UNSECURED | Claimed: | $329,569.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2894<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED          Claimed: | $329,569.00   UNLIQ | | |
| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2895<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $329,569.00   UNLIQ | | |
| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2896<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $329,569.00   UNLIQ | | |
| CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | Claim Number: 2897<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) | | |
| UNSECURED          Claimed: | $329,569.00 | | |
| VENABLE LLP<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE, MD 21201-2978 | Claim Number: 2898<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED          Claimed: | $1,400.00 | Scheduled: | $1,400.00 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>C/O HIGHPOINTE GROUP LP<br>METLIFE WELLS FARGO PLAZA<br>6060 N. CENTRAL EXPY., STE. 130<br>DALLAS, TX 75206 | Claim Number: 2899<br>Claim Date: 05/18/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 5689 (09/14/2010) | | |
| UNSECURED          Claimed: | $1,216.01 | Scheduled: | $1,639.09 |
| TRIO ASSOCIATES<br>RE: PASADENA 125 N. VINEDO<br>PO BOX 757<br>4778 NORTH STONE ROAD<br>BETHEL ISLAND, CA 94511 | Claim Number: 2900<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED          Claimed: | $5,612,205.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2901<br>Claim Date: 05/18/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | | | |
| UNSECURED | | $9,048.26 | Scheduled: | $9,048.26 |

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2902<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | | | |
| UNSECURED | | $32,263.78 | Scheduled: | $32,263.78 |

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2903<br>Claim Date: 05/18/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | | | |
| UNSECURED | | $5,640.73 | Scheduled: | $5,640.73 |

| EXPRESS CARD & LABEL<br>P.O. BOX 4247<br>TOPEKA, KS 66604 | | Claim Number: 2904<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,654.36 | | |

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2905<br>Claim Date: 05/18/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $462.26 | | |
| UNSECURED | Claimed: | $567.92 | Scheduled: | $462.26 |

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2906<br>Claim Date: 05/18/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $520.85 | | |
| UNSECURED | | | Scheduled: | $520.85 |

| EXPRESS CARD AND LABEL CO INC<br>PO BOX 4247<br>TOPEKA, KS 66604-0247 | | Claim Number: 2907<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,055.90 | | |
| UNSECURED | Claimed: | $907.35 | Scheduled: | $25,963.25 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EXPRESS CARD & LABEL<br>P.O. BOX 4247<br>TOPEKA, KS 66604 | Claim Number: 2908<br>Claim Date: 05/18/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,248.58 | | |
|---|---|---|---|---|

---

| STRATA MARKETING INC<br>30 W MONROE ST    STE 1900<br>CHICAGO, IL 60603 | Claim Number: 2909<br>Claim Date: 05/18/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,140.50 | Scheduled: | $2,140.50 |
|---|---|---|---|---|

---

| STRATA MARKETING INC<br>30 W MONROE ST<br>SUITE 1900<br>CHICAGO, IL 60603 | Claim Number: 2910<br>Claim Date: 05/18/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,634.82 | Scheduled: | $1,634.82 |
|---|---|---|---|---|

---

| STRATA MARKETING INC.<br>30 WEST MONROE ST #1900<br>JOHN SHELTON/PRESIDENT<br>CHICAGO, IL 60603 | Claim Number: 2911<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,767.45 | Scheduled: | $3,767.45 |
|---|---|---|---|---|

---

| STRATA MARKETING<br>30 WEST MONROE STREET<br>SUITE 1900<br>CHICAGO, IL 60603 | Claim Number: 2912<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,921.46 | Scheduled: | $1,921.46 |
|---|---|---|---|---|

---

| STRATA MARKETING, INC.<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | Claim Number: 2913<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,101.85 | Scheduled: | $1,101.85 |
|---|---|---|---|---|

---

| STRATA MARKETING, INC.<br>30 W. MONROE, SUITE 1900<br>ATTN: LEGAL COUNSEL<br>CHICAGO, IL 60603 | Claim Number: 2914<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,044.46 | Scheduled: | $3,161.46 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

THRIFTY OIL CO
RE: LOS ANGELES 1201 MATEO ST
13116 IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA 90670

Claim Number: 2915
Claim Date: 05/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10967 (02/21/2012)

| UNSECURED | Claimed: | $335,687.76 | | |

---

ROTATION DYNAMICS CORP
5708 RELIABLE PARKWAY
CHICAGO, IL 60686-0057

Claim Number: 2916-01
Claim Date: 05/18/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 8204 (03/01/2011)

| ADMINISTRATIVE | Claimed: | $6,840.00 | | |
| UNSECURED | Claimed: | $22,596.00 | | |

---

ROTATION DYNAMICS CORP
5708 RELIABLE PARKWAY
CHICAGO, IL 60686-0057

Claim Number: 2916-02
Claim Date: 05/18/2009
Debtor: THE DAILY PRESS, INC.
Comments: DOCKET: 8204 (03/01/2011)

| UNSECURED | Claimed: | $2,114.00 | | |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 2917
Claim Date: 05/18/2009
Debtor: HOY PUBLICATIONS, LLC

| UNSECURED | Claimed: | $742.18 | Scheduled: | $787.54 |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: RIVERSIDE BUSINESS HEALTH SE
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2918
Claim Date: 05/18/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| UNSECURED | Claimed: | $806.00 | Scheduled: | $806.00 |

---

RIVERSIDE BUSINESS HEALTH SERVICES
10510 JEFFERSON AVENUE  STE C
NEWPORT NEWS, VA 23601

Claim Number: 2919
Claim Date: 05/18/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $50.00 | | |
| UNSECURED | Claimed: | $25.00 | Scheduled: | $50.00 |

---

MAZURKEWICZ, DANIAL
NICHOLS & CANE, LLP
REGINA C. NICHOLS, ESQ.
6800 JERICHO TPKE, STE 120 W
SYOSSET, NY 11791

Claim Number: 2920
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11970 (07/09/2012)

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NOKIA THEATRE<br>1111 SOUTH FIGUEROA STREET<br>SUITE 3100<br>LOS ANGELES, CA 90015 | Claim Number: 2921<br>Claim Date: 05/18/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,802.23 | Scheduled: | $184.14 |
|---|---|---|---|---|

| LA ARENA FUNDING LLC<br>STAPLES CENTER<br>1111 S FIGUEROA ST  DEPT P<br>LOS ANGELES, CA 90015-1306 | Claim Number: 2922<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $803.96 | Scheduled: | $291.63 |
|---|---|---|---|---|

| CAMDEN, JOHN<br>446 N. WELLS STREET<br>APT. #2000<br>CHICAGO, IL 60610 | Claim Number: 2923<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| SECURED | Claimed: | $3,893.21 |
|---|---|---|

| BONNEVILLE INT'L CORP. DBA WDRV-FM<br>875 N. MICHIGAN AVE. STE. 1510<br>CHICAGO, IL 60611 | Claim Number: 2924<br>Claim Date: 05/18/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 2269 (10/02/2009)<br>Amends claim number 577 |
|---|---|

| UNSECURED | Claimed: | $6,375.00 |
|---|---|---|

| HOUSER III, JOHN C<br>619 S KENWOOD AVE<br>BALTIMORE, MD 21224 | Claim Number: 2925<br>Claim Date: 05/18/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |
|---|---|---|---|---|

| JOURNAL PRINTING COMPANY<br>4848 INDUSTRIAL PARK ROAD<br>STEVENS POINT, WI 54481 | Claim Number: 2926<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $2,168.47 | Scheduled: | $2,168.47 |
|---|---|---|---|---|

| TESTAMERICA INC<br>DEPT 2314<br>PO BOX 122314<br>DALLAS, TX 75312-2314 | Claim Number: 2927<br>Claim Date: 05/18/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION |
|---|---|

| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CAPOLI, GUS
30 BELLMERE AVENUE
STAMFORD, CT 06906

Claim Number: 2928
Claim Date: 05/18/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $30,603.85 | | |
| UNSECURED | Claimed: | $30,603.85 | Scheduled: | $30,603.85 |
| TOTAL | Claimed: | $30,603.85 | | |

---

HENDERSON, KATHY
38 STANDISH ROAD
APT. 1
STAMFORD, CT 06902

Claim Number: 2929
Claim Date: 05/18/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,105.77 | | |
| UNSECURED | Claimed: | $2,105.77 | Scheduled: | $2,105.77 |
| TOTAL | Claimed: | $2,105.77 | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: CREATIVE MORTGAGE USA
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2930
Claim Date: 05/18/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |

---

SOULSUPPORT INC
PO BOX 2450
VAIL, CO 81658

Claim Number: 2931
Claim Date: 05/18/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,886.14 | Scheduled: | $32,886.24 |

---

OLSZEWSKI, MICHELLE
58 N MAIN STREET
WINDSOR LOCKS, CT 06096

Claim Number: 2932
Claim Date: 05/18/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,000.00 | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 UNLIQ |
| TOTAL | Claimed: | $3,000.00 | | |

---

LACLEDE GAS
720 OLIVE ST., ROOM 1215
C/O BANKRUPTCY
ST. LOUIS, MO 63101

Claim Number: 2933
Claim Date: 05/18/2009
Debtor: KPLR, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,877.24 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TULLIS, ANDREW J
20124 WAPITI CT
BEND, OR 97702

Claim Number: 2934
Claim Date: 05/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $335.80 | | |
| UNSECURED | | | Scheduled: | $335.80 |

---

INFINITE ENERGY, INC
7001 SW 24TH AVE
GAINESVILLE, FL 32607

Claim Number: 2935
Claim Date: 05/18/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,962.11 | Scheduled: | $980.81 |
|---|---|---|---|---|

---

APARTMENT ASSOCIATIO
GREATER ORLANDO 340 N MAITLAND AV
MAITLAND, FL 32751

Claim Number: 2936
Claim Date: 05/18/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $435.00 | | |
|---|---|---|---|---|

---

O'NEILL, MICHAEL
23 CAYUGA ROAD
SCARSDALE, NY 10583

Claim Number: 2937
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| PRIORITY | Claimed: | $118,284.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $118,284.00 | | |
| UNSECURED | | | Scheduled: | $126,509.00  UNLIQ |
| TOTAL | Claimed: | $118,284.00 | | |

---

CROOKHAM, SEAN
6623 LESSIE LN
RIVERSIDE, CA 92503

Claim Number: 2938
Claim Date: 05/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| PRIORITY | Claimed: | $20.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KEATING MAGEE INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2939
Claim Date: 05/18/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,941.93 |
|---|---|---|---|---|

---

BRAVO MEDIA
35W991 RIVER GRANGE RD
ST CHARLES, IL 60175

Claim Number: 2940
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $175.00 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PEPE, RALPH<br>6601 CHERRY GROVE CIRCLE<br>ORLANDO, FL 32809 | Claim Number: 2941<br>Claim Date: 05/18/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,141.00 | Scheduled: | $4,141.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: J R LANDRY COMPANY LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2942<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,524.85 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,524.85 |

---

| DE NOR GRAPHICS<br>665 LUNT AVE<br>ELK GROVE VILLAGE, IL 60007-5014 | Claim Number: 2943<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $37,745.00 |
|---|---|---|

---

| DIEHL, MARJORIE<br>1561 LINCOLNSHIRE AVE<br>AURORA, IL 60506 | Claim Number: 2944<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $9.20 | Scheduled: | $9.20 |
|---|---|---|---|---|

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: RONALD MCDONALD HOUSE OF FT<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2945<br>Claim Date: 05/18/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| UNSECURED | Claimed: | $7,509.83 | Scheduled: | $7,509.83 |
|---|---|---|---|---|

---

| ZOLNIER, EDWIN<br>10 SOUTH ST UNIT 18<br>DANBURY, CT 06810-3100 | Claim Number: 2946<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1,096.18 |
|---|---|---|

---

| DACA 2010L, LP<br>TRANSFEROR: ACTION DUCT CLEANING CO INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2947<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ALPHAGRAPHICS<br>645 N MICHIGAN AVENUE<br>SUITE 227<br>CHICAGO, IL 60611 | Claim Number: 2948<br>Claim Date: 05/18/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,065.00 | Scheduled: | $1,065.00 |

| HARTFORD MEDICAL GROUP<br>DBA HARTFORD MEDICAL GROUP<br>PO BOX 340425<br>HARTFORD, CT 06134-0425 | Claim Number: 2949<br>Claim Date: 05/18/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |

| CROSS-SELL<br>PO BOX 3907<br>NORFOLK, VA 23514-3907 | Claim Number: 2950<br>Claim Date: 05/18/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40.03 | Scheduled: | $40.03 |

| CROSS-SELL<br>PO BOX 3887<br>NORFOLK, VA 23514-3887 | Claim Number: 2951<br>Claim Date: 05/18/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35.98 | Scheduled: | $35.98 |

| CROSS-SELL<br>PO BOX 3907<br>NORFOLK, VA 23514-3907 | Claim Number: 2952<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| CROSS SELL INC<br>190 W LOWRY LN STE 200<br>LEXINGTON, KY 40503-3025 | Claim Number: 2953<br>Claim Date: 05/18/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $240.21 | Scheduled: | $136.92 |

| GETTY IMAGES<br>605 5TH AVE S STE 400<br>SEATTLE, WA 98104-3887 | Claim Number: 2954<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,322.58 | Scheduled: | $5,322.58 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 2955<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,489.11 | |
| UNSECURED | Claimed: | $178.88 | |

| STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 2956<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $731.58 | |
| UNSECURED | Claimed: | $91.45 | |

| MESA CONSOLIDATED WATER DISTRICT<br>PAYMENT PROCESSING CENTER<br>P O BOX 515474<br>LOS ANGELES, CA 90051-6774 | Claim Number: 2957<br>Claim Date: 05/18/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 12685 (11/06/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,216.50 | |
| UNSECURED | Claimed: | $8,025.00 | Scheduled: $7,642.11 |

| CONTECH-MSI CO.<br>ATTN: BOB FORSS<br>5200 NEWPORT DRIVE<br>ROLLING MEADOWS, IL 60008 | Claim Number: 2958<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $299.20 | |

| GRAND RAPIDS CITY TREASURER<br>ROOM 220 CITY HALL<br>300 MONROE AVE NW<br>ATTENTION: CHERYL<br>GRAND RAPIDS, MI 49503-2296 | Claim Number: 2959<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $55.00 | Scheduled: $624.71 |

| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim Number: 2960<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,679.97 | |

| EMBARKMEDIA<br>333 E ONTARIO ST    NO.1904B<br>CHICAGO, IL 60611 | Claim Number: 2961<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $925.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ABBEY CAREGIVERS, LLC
2872 ARBELLA LN
THOUSAND OAKS, CA 91362-1757

Claim Number: 2962
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

---

PDI PLASTICS & SANECK INTERNATIONAL
PO BOX 635994
CINCINNATI, OH 45263-5994

Claim Number: 2963
Claim Date: 05/18/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $19,810.00 |
|---|---|---|

---

STARK, ERNA TAYLOR
629 LINDA VISTA AVE
PASADENA, CA 91105

Claim Number: 2964
Claim Date: 05/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| PRIORITY | Claimed: | $162.94 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $162.94 |

---

HAMMETT & EDISON
470 THIRD ST. WEST
SONOMA, CA 95476

Claim Number: 2965
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $4,756.30 |
|---|---|---|

---

JM MCGANN & COMPANY
2230 S BLUE ISLAND AVE
CHICAGO, IL 60608

Claim Number: 2966
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,956.05 | Scheduled: | $5,956.05 |
|---|---|---|---|---|

---

JM MCGANN & COMPANY
2230 SOUTH BLUE ISLAND AVE
CHICAGO, IL 60608

Claim Number: 2967
Claim Date: 05/18/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,025.00 | Scheduled: | $3,025.00 |
|---|---|---|---|---|

---

JM MCGANN & COMPANY
2230 S BLUE ISLAND AVE
CHICAGO, IL 60608

Claim Number: 2968
Claim Date: 05/18/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,878.47 | Scheduled: | $4,878.47 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KEARNS, JOHN<br>3444 W OAKHILL DR<br>CRETE, IL 60417 | Claim Number: 2969<br>Claim Date: 05/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3.00 |

| ADVANCED BOILER CONTROL SERVICE<br>8730 CLINE AVE<br>CROWN POINT, IN 46307 | Claim Number: 2970<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,069.00 | Scheduled: | $2,069.85 |

| LOUIS A WILLIAMS JR. & ASSOC.<br>2092 ARROWOOD PLACE<br>CINCINNATI, OH 45231 | Claim Number: 2971<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $141.92 | Scheduled: | $141.92 |

| LIBERTY CABLEVISION<br>LUQUILLO INDUSTRIAL PARK,<br>ROAD 992 KM 0.2<br>ATTN: LEGAL COUNSEL<br>LUQUILLO, PR 773 | Claim Number: 2972<br>Claim Date: 05/19/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

| WINNERCOMM INC<br>DEPT 8412<br>LOS ANGELES, CA 90084-8412 | Claim Number: 2973<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,430.00 | Scheduled: | $1,430.00 |

| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | Claim Number: 2974<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $138,557.54 CONT | | |
| UNSECURED | Claimed: | $861,442.50 CONT | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 CONT | | |

| GEORGE LIBERMAN ENTERPRISES, INC.<br>C/O MERHAB ROBINSON & JACKSON<br>ATTN: JAMES T. JACKSON, ESQ.<br>1551 N. TUSTIN AVE., STE. 910<br>SANTA ANA, CA 92705 | Claim Number: 2975<br>Claim Date: 05/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 7455 (01/11/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $138,557.54 CONT | | |
| UNSECURED | Claimed: | $861,442.50 CONT | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $1,000,000.00 CONT | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NORTHWEST PACKAGE DELIVERY
7417 ROOSEVELT RD
FOREST PARK, IL 60130

Claim Number: 2976
Claim Date: 05/19/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $9,584.88 | Scheduled: | $3,635.52 |
|---|---|---|---|---|

PUTNEY, MATTHEW
2208 W 3RD ST
WATERLOO, IA 50701-3702

Claim Number: 2977
Claim Date: 05/19/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $343.40 | | |
|---|---|---|---|---|

PUTNEY, MATTHEW
2208 W 3RD ST
WATERLOO, IA 50701-3702

Claim Number: 2978
Claim Date: 05/19/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $343.40 | | |
|---|---|---|---|---|

AFTERCOLLEGE
98 BATTERY ST
SUITE 502
SAN FRANCISCO, CA 90012

Claim Number: 2979
Claim Date: 05/19/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $19,743.75 | | |
|---|---|---|---|---|

AFTER COLLEGE INC
98 BATTERY ST      STE 502
SAN FRANCISCO, CA 94111

Claim Number: 2980
Claim Date: 05/19/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $1,485.00 | Scheduled: | $1,545.97 |
|---|---|---|---|---|

AFTER COLLEGE INC
98 BATTERY ST      STE 502
SAN FRANCISCO, CA 94111

Claim Number: 2981
Claim Date: 05/19/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $12,359.25 | Scheduled: | $12,359.25 |
|---|---|---|---|---|

MPEG LA LLC
4600 S ULSTER ST STE 400
DENVER, CO 80237-2892

Claim Number: 2982
Claim Date: 05/19/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $125.00 | Scheduled: | $105.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | | Claim Number: 2983<br>Claim Date: 05/19/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 8204 (03/01/2011)<br>Amends claim number 255 | | |
| PRIORITY | Claimed: | $70.07 | | |
| UNSECURED | Claimed: | $4,066.97 | Scheduled: | $7,694.58 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MUTUAL LIQUID GAS & EQUIP.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2984<br>Claim Date: 05/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $2,014.49 | Scheduled: | $2,014.49 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: SAS-ROI RETAIL MERCHANDISING<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2985<br>Claim Date: 05/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $3,139.00 | Scheduled: | $3,139.00 |
| YORK, ROMAYNE<br>350 INLET AVE<br>MERRITT ISLAND, FL 32953-3078 | | Claim Number: 2986<br>Claim Date: 05/19/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $19.45 |
| GROSSCUP, LUANN<br>131 W ADAMS<br>VILLA PARK, IL 60181 | | Claim Number: 2987<br>Claim Date: 05/19/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| BAKER WETTSTEIN PUBLIC RELATIONS INC<br>2290 BAY ST<br>EUSTIS, FL 32726 | | Claim Number: 2988<br>Claim Date: 05/19/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $860.87 | | |
| PRIDE EQUIPMENT CORP<br>150 NASSAU AVE<br>ISLIP, NY 11751 | | Claim Number: 2989<br>Claim Date: 05/20/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| SECURED | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PRIDE EQUIPMENT CORP<br>150 NASSAU AVE<br>ISLIP, NY 11751 | Claim Number: 2990<br>Claim Date: 05/20/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |
|---|---|

| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

| AUTOMATED SOLUTIONS CORPORATION<br>3401 BRECKSVILLE ROAD<br>RICHFIELD, OH 44286 | Claim Number: 2991<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $580.00 | | |

| MARTINEZ, ELIZABETH<br>549 NARDELLO DR<br>DELTONA, FL 32725-8218 | Claim Number: 2992<br>Claim Date: 05/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3.34 |

| CONTINENTAL GLASS CO INC<br>45 INDUSTRIAL PARK ROAD WEST<br>UNIT J<br>TOLLAND, CT 06084 | Claim Number: 2993<br>Claim Date: 05/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $885.10 | Scheduled: | $646.60 |

| DIER, JOAN<br>209 MORRIS AVE<br>LUTHERVILLE-TIMONIUM, MD 21093-5325 | Claim Number: 2994<br>Claim Date: 05/20/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $40.98 | Scheduled: | $40.98 |

| THE LAW OFFICE OF CLARA MARTIN PC<br>TRANSFEROR: CADENCE LAW GROUP LLP<br>PO BOX 351510<br>LOS ANGELES, CA 90019 | Claim Number: 2995<br>Claim Date: 05/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $9,380.00 | | |

| TITAN OUTDOOR<br>850 THIRD AVE.<br>NEW YORK, NY 10022 | Claim Number: 2996<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $229,157.00 | Scheduled: | $77,651.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PAGLIARO, LAURA
16322 SW 48TH ST
MIRAMAR, FL 33027-4692

Claim Number: 2997
Claim Date: 05/20/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
|---|---|---|---|---|

---

SILVER, MARC
4418 STANFORD STREET
CHEVY CHASE, MD 20815

Claim Number: 2998
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 2957 (12/29/2009)

| PRIORITY | Claimed: | $1,000.00 | | |
|---|---|---|---|---|

---

PALERMINI, ROBERT
1816 ORCHARD AVE APT 2
GLENDALE, CA 91206-4179

Claim Number: 2999
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $359.62 | Scheduled: | $359.62 |
|---|---|---|---|---|

---

DURAO, VICTOR P
100 SUNMEADOW DRIVE
EAST BERLIN, CT 06023

Claim Number: 3000
Claim Date: 05/20/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $7,290.00  UNLIQ |
|---|---|---|---|---|

---

MORRIS, JELECE E
5066 NW 96TH DR
CORAL SPRINGS, FL 33076

Claim Number: 3001
Claim Date: 05/20/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $56.00 |
|---|---|---|---|---|

---

AUTOMATED SOLUTIONS CORPORATION
3402 BRECKSVILLE ROAD
RICHFIELD, OH 44287

Claim Number: 3002
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $292.50 | | |
|---|---|---|---|---|

---

SEIDMAN DR
59 CARAWAY RD
REISTERSTOWN, MD 21136

Claim Number: 3003
Claim Date: 05/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $67.20 | Scheduled: | $67.20 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YAGED, MARTIN
11 APPALOOSA DR.
MANALAPAN, NJ 07726

Claim Number: 3004
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,000.00 | | |
| UNSECURED | Claimed: | $0.00 | | |

AUTOMATED SOLUTIONS CORPORATION
3401 BRECKVILLE RD
RICHFIELD, OH 44286

Claim Number: 3005
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,582.50 | |

FOWLER, MICHAEL
42900 WILLOW WEST CT
QUARTZ HILL, CA 93536

Claim Number: 3006
Claim Date: 05/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $0.00 DISP CONT |

GIORDANO, THOMAS
146 HIGH ST
APT 110
MILFORD, CT 06460

Claim Number: 3007
Claim Date: 05/20/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $124.74 UNLIQ | |

JOHNSON, LINDA B
8721-22 HAYSHED LN
COLUMBIA, MD 21045

Claim Number: 3008
Claim Date: 05/20/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $650.12 | | |
| PRIORITY | Claimed: | $834.74 | | |
| UNSECURED | | | Scheduled: | $834.74 |
| TOTAL | Claimed: | $834.74 | | |

DRUCKENMILLER, R
5502 WALNUT LANE
ZIONSVILLE, PA 18092

Claim Number: 3009
Claim Date: 05/20/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $806.94 | | |
| UNSECURED | | | Scheduled: | $806.94 UNLIQ |

PEPER, GEORGE F.
111 JOHN'S ISLAND DRIVE, #4
VERO BEACH, FL 32963

Claim Number: 3010
Claim Date: 05/21/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,842.00 | Scheduled: | $102,842.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PEPER, GEORGE F.<br>9A GIBSON<br>ST ANDREWS, KY169JE<br>UNITED KINGDOM | | Claim Number: 3011<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| TAGLANG, ELIZABETH<br>1398 SIOUX ST<br>BETHLEHEM, PA 18015 | | Claim Number: 3012<br>Claim Date: 05/21/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69.98 | Scheduled: | $69.98 |

---

| TAGLANG, ELIZABETH<br>1398 SIOUX ST<br>BETHLEHEM, PA 18015 | | Claim Number: 3013<br>Claim Date: 05/21/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3014<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,697.03 | | |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3015<br>Claim Date: 05/21/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,096.26 | | |
| UNSECURED | Claimed: | $3,114.79 | | |

---

| MARINERS' MUSEUM, THE<br>100 MUSEUM DRIVE<br>NEWPORT NEWS, VA 23606 | | Claim Number: 3016<br>Claim Date: 05/21/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12561 (10/12/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | | |

---

| ANDREWS INTERNATIONAL, INC.<br>FILE 51018<br>LOS ANGELES, CA 90074-1018 | | Claim Number: 3017<br>Claim Date: 05/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,585.20 | Scheduled: | $1,564.80 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: ANDREWS INTERNATIONAL, INC.<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 3018<br>Claim Date: 05/21/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 4778 (06/14/2010) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $439.20 | Scheduled: | $439.20 |

---

| | | |
|---|---|---|
| BELAND, RACHEL<br>SHER GARNER LAW FIRM<br>909 POYDRAS STREET, 28TH FLOOR<br>NEW ORLEANS, LA 70112 | Claim Number: 3019<br>Claim Date: 05/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $555.00 |

---

| | | |
|---|---|---|
| 100 BUSH CORPORATION<br>RE: SAN FRANCISCO 100 BUSH ST<br>100 BUSH STREET<br>SUITE 218<br>SAN FRANCISCO, CA 94104 | Claim Number: 3020<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $56,935.27 |

---

| | | |
|---|---|---|
| CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 3021<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $837,000.00   UNLIQ |

---

| | | |
|---|---|---|
| FMT CO CUST. IRA ROLLOVER<br>FBO ALLEN E. STRASSER, JR.<br>45 HARTFORD LANE<br>BRETTON WOODS, NH 03575 | Claim Number: 3022<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |
| SECURED | Claimed: | $20,000.00 |
| UNSECURED | Claimed: | $307.19 |
| TOTAL | Claimed: | $20,307.19 |

---

| | | |
|---|---|---|
| OWEN, JOHN R. - SEP-IRA<br>840 S. COLLIER BLVD #1104<br>MARCO ISLAND, FL 34145 | Claim Number: 3023<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,595.00 |

---

| | | |
|---|---|---|
| PROTECT ALARMS<br>1932 S 4TH ST<br>ALLENTOWN, PA 18103 | Claim Number: 3024<br>Claim Date: 05/21/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL III, L.P. | Claim Number: 3025 |
| TRANSFEROR: IPC PRINT SERVICES | Claim Date: 05/21/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | Debtor: PATUXENT PUBLISHING COMPANY |
| WOODBURY, NY 11797 | |

| ADMINISTRATIVE | Claimed: | $73,930.63 | | |
| UNSECURED | Claimed: | $149,305.86 | Scheduled: | $223,236.49 |

---

| YOUNGMAN, OWEN | Claim Number: 3026 |
| 40 KENMORE AVE. | Claim Date: 05/21/2009 |
| DEERFIELD, IL 60015 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $379.97 | Scheduled: | $379.97 |

---

| MURRAY, THOMAS | Claim Number: 3027 |
| 40 PROSPECT ST | Claim Date: 05/21/2009 |
| FREEPORT, NY 11520 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3012 (01/05/2010) |

| PRIORITY | Claimed: | $4,000.00 |

---

| KING, DENISE | Claim Number: 3028 |
| 100 E OAK TERRACE DR APT H1 | Claim Date: 05/21/2009 |
| LEESBURG, FL 34748-4470 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| UNSECURED | Claimed: | $12.74 | Scheduled: | $12.74 |

---

| COURTNEY, GEORGE | Claim Number: 3029 |
| 103 OAKPOINT CIR | Claim Date: 05/21/2009 |
| DAVENPORT, FL 33837-8687 | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| | Comments: ALLOWED |
| | DOCKET: 5435 (08/19/2010) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $7.12 |

---

| CRUM, RAYMOND | Claim Number: 3030 |
| 3508 PARRIS BRIDGE ROAD | Claim Date: 05/21/2009 |
| BOILING SPRINGS, SC 29316 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $14,749.38 |

---

| LAMANTIA, ANTHONY | Claim Number: 3031 |
| ANEZI, OZMON, RODIN, NOVAK & KOHEN, LTD | Claim Date: 05/21/2009 |
| ATTN: TELLY C. NAKOS | Debtor: CHICAGO TRIBUNE COMPANY |
| 161 NORTH CLARK STREET | Comments: |
| CHICAGO, IL 60601 | Claim is stated as greater than $500,000 |

| UNSECURED | Claimed: | $500,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BUSINESS TRAINING SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 3032<br>Claim Date: 05/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,510.00 | |
| UNSECURED | | Scheduled: | $5,510.00 |

| CASEY, ROBERT, EXECUTOR<br>ESTATE OF EDITH CASEY<br>1935 VICTOR BROWN ROAD<br>TALLAHASSEE, FL 32303 | Claim Number: 3033<br>Claim Date: 05/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $18.00 |

| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: BLACK & ELSER CLEANING SVC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 3034<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $238.50 | Scheduled: | $238.50 |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3035<br>Claim Date: 05/21/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MY CRM DIRECTOR LLC<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3036<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,526.00 | Scheduled: | $4,526.00 |

| NNN<br>3899 N FRONT STREET<br>HARRISBURG, PA 17110 | Claim Number: 3037<br>Claim Date: 05/21/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,318.70 | Scheduled: | $4,637.52 |

| BEL AIR ROTARY CLUB<br>PO BOX 53<br>BEL AIR, MD 21014 | Claim Number: 3038<br>Claim Date: 05/21/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $282.00 | Scheduled: | $282.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JOHNSON, ALBERT D<br>2742 COWLEY WAY<br>SAN DIEGO, CA 92110-1003 | | Claim Number: 3039<br>Claim Date: 05/21/2009<br>Debtor: KSWB INC. | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $255.00 | | |
| UNSECURED | | | Scheduled: | $255.00 |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN SOLUTIONS FOR BUSINESS INC<br>NW # 7794<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-7794 | | Claim Number: 3040<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $358.89 | Scheduled: | $358.89 |

---

| | | | |
|---|---|---|---|
| DAVISON, GEORGE<br>3169 WARREN RD<br>CLEVELAND, OH 44111 | | Claim Number: 3041<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET 3013 (01/05/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,365.63 |

---

| | | | | |
|---|---|---|---|---|
| PORTER, AGNES<br>224 STEAMBOAT CT<br>NASHVILLE, TN 37124 | | Claim Number: 3042<br>Claim Date: 05/21/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $22.50 |

---

| | | | | |
|---|---|---|---|---|
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON    STE 652<br>HOUSTON, TX 77002 | | Claim Number: 3043<br>Claim Date: 05/21/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $65,875.49  UNLIQ | | |
| UNSECURED | | | Scheduled: | $44.19 |

---

| | | | | |
|---|---|---|---|---|
| LEFEBVRE, SUSAN AND PHILIP<br>C/O JOHN R. WILLIAMS AND ASSOCIATES<br>51 ELM STREET<br>SUITE 409<br>NEW HAVEN, CT 06510 | | Claim Number: 3044<br>Claim Date: 05/22/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11459 (04/23/2012) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| GRIFFIN, JAMES<br>C/O JOHN R. WILLIAMS AND ASSOCIATES<br>51 ELM STREET<br>SUITE 409<br>NEW HAVEN, CT 06510 | | Claim Number: 3045<br>Claim Date: 05/22/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 12874 (12/20/2012) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WILSON, R.L.
JOHN R. WILLIAMS
51 ELM ST, STE 409
NEW HAVEN, CT 06510

Claim Number: 3046
Claim Date: 05/22/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | | |

---

HSH ASSOCIATES
51 STATE RT 23 STE 6
RIVERDALE, NJ 07457-1625

Claim Number: 3047
Claim Date: 05/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $113.25 | | |
| UNSECURED | Claimed: | $0.00 | | |

---

HSH ASSOCIATES
51 STATE RT 23 STE 6
RIVERDALE, NJ 07457-1625

Claim Number: 3048
Claim Date: 05/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $121.34 | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $234.59 |

---

DYNAMEX INC
12837 COLLECTIONS CNTR DRIVE
CHICAGO, IL 60693

Claim Number: 3049
Claim Date: 05/22/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103.82 | Scheduled: | $103.82 |

---

NATIONAL ENVELOPE CORPORATION
ATTN: VALERIE SKRIVANEK
3211 INTERNET BLVD, SUITE 200
FRISCO, TX 75034

Claim Number: 3050
Claim Date: 05/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,338.39 | Scheduled: | $56,910.12 |

---

CVS CAREMARK
2211 SAUNDERS ROAD
NBT10
NORTHBROOK, IL 60062

Claim Number: 3051
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $149,912.87 | Scheduled: | $0.00  UNLIQ |

---

CRYSTAL ROCK LLC
P O BOX 10028
WATERBURY, CT 06725-0028

Claim Number: 3052
Claim Date: 05/22/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $910.75 | Scheduled: | $146.98 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

STOUT, IRIS
27 REVOLUTIONARY RD
SUDBURY, MA 01776-2905

Claim Number: 3053
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,000.00 |

---

STOUT, IRIS
4501 N BROOKSHIRE DR
PROVO, UT 84604

Claim Number: 3054
Claim Date: 05/22/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,592.49 | Scheduled: | $21,592.49  UNLIQ |

---

EIGNER, MICHAEL
5 HUNTING TRAIL
ARMONK, NY 10504

Claim Number: 3055
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,749.00 |

---

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Claim Number: 3056
Claim Date: 05/22/2009
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $574.34 |
| SECURED | Claimed: | $633.19 |
| UNSECURED | Claimed: | $94.00 |

---

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Claim Number: 3057
Claim Date: 05/22/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26.20 |
| UNSECURED | Claimed: | $219,795.94 |

---

CAR MAX ADVERTISING
LEE ANN GRAVES
12800 TUCKAHOE CREEK PKWY
, VA 23238-1115

Claim Number: 3058
Claim Date: 05/22/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,733.80 | Scheduled: | $7,733.80 |

---

HANSON, ERIC
4444 UPTON AVE S.
MINNEAPOLIS, MN 55410

Claim Number: 3059
Claim Date: 05/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 2832 (12/11/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,400.00 | | |
| UNSECURED | | | Scheduled: | $1,400.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DOMBECK, MAUREEN A
4923 N. WOLCOTT
UNIT GA
CHICAGO, IL 60640

Claim Number: 3060
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4406 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 | | |

---

HITWISE, INC.
425 MARKET ST STE 2200
SAN FRANCISCO, CA 94105-2434

Claim Number: 3061
Claim Date: 05/22/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $77,000.00 | Scheduled: | $44,000.00 UNLIQ |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: KEENAN GROUP INC
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 3062
Claim Date: 05/22/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,778.90 | |

---

KIRSCHE, ROBIN A
10-I TALCOTT GLEN RD
FARMINGTON, CT 06032

Claim Number: 3063
Claim Date: 05/22/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $304.43 | | |
| UNSECURED | | | Scheduled: | $304.43 |

---

RUDOLPH, HERBERT
4727 186TH LN N.W.
ANOKA, MN 55303-8908

Claim Number: 3064
Claim Date: 05/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,652.40 | |

---

REINHARD CONSTRUCTION INC
24245 ROCKLAND RD
GOLDEN, CO 80401

Claim Number: 3065
Claim Date: 05/22/2009
Debtor: KWGN INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 |

---

TRANE US INC
PO BOX 98167
CHICAGO, IL 60093

Claim Number: 3066
Claim Date: 05/22/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,999.99 | Scheduled: | $3,999.99 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AFEDERAL EXTERMINATING<br>6801 11TH AVE<br>BROOKLYN, NY 11219-6023 | | Claim Number: 3067<br>Claim Date: 05/22/2009<br>Debtor: INSERTCO, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $568.95 | | |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3068<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE NM, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $139,062.41 | | |
| UNSECURED | Claimed: | $56,530.19 | | |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3069<br>Claim Date: 05/22/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $138,714.30 | | |
| UNSECURED | Claimed: | $41,457.18 | | |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3070<br>Claim Date: 05/22/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: EXPUNGED<br>DOCKET: 12366 (08/31/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300,999.72 | | |
| UNSECURED | Claimed: | $82,687.10 | | |

| WARE, EMILY<br>1404 E 107TH ST<br>LOS ANGELES, CA 90002 | | Claim Number: 3071<br>Claim Date: 05/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19.95 | Scheduled: | $19.55 |

| RICHETTI-MOSQUERA, MILAGROS<br>5027 ALAVISTA DR<br>ORLANDO, FL 32837-4766 | | Claim Number: 3072<br>Claim Date: 05/22/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79.02 | Scheduled: | $79.02 |

| LUM, CYNTHIA<br>416 - 30TH ST<br>LOS ANGELES, CA 90254 | | Claim Number: 3073<br>Claim Date: 05/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| B&D TRANSPORT INC<br>103 MEADOW RUE CT<br>WILLIAMSBURG, VA 23185 | | Claim Number: 3074<br>Claim Date: 05/22/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,096.00 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 3075<br>Claim Date: 05/22/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $3,086.32 | Scheduled: | $3,086.32 |
| PROPERTY PREP INC<br>15631 CONDON AVE<br>LAWNDALE, CA 90260 | | Claim Number: 3076<br>Claim Date: 05/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $1,242.00 | Scheduled: | $1,242.00 |
| PREZANT, JOSHUA<br>18601 NE 14TH AVE  NO.204<br>N MIAMI BEACH, FL 33179 | | Claim Number: 3077<br>Claim Date: 05/22/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY<br>UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 |
| ONG, BERNARD<br>1147 HUNTER ST<br>LOMBARD, IL 60148-4821 | | Claim Number: 3078<br>Claim Date: 05/22/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $1,040.00<br>$1,040.00<br>$1,040.00 | | |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | | Claim Number: 3079<br>Claim Date: 05/22/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: POSSIBLY AMENDED BY 7116<br>Replaces claim number 2246 | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,162,543.00<br>$200,949.00 | | |
| ELLINGTON, DEAN<br>582 LOWER LANE<br>BERLIN, CT 06037 | | Claim Number: 3080<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,614.00 | Scheduled: | $1,614.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., #7-400<br>CHICAGO, IL 60601 | Claim Number: 3081<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) |
|---|---|

| PRIORITY | Claimed: | $46,523,550.00 |
| UNSECURED | Claimed: | $4,924,196.00 |

---

| GUARDIAN SECURITY SYSTEMS INC.<br>1743 1ST AVE S<br>SEATTLE, WA 98134 | Claim Number: 3082<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $952.25 |

---

| BANKSON, JACK<br>15687 N LAKEFOREST DR<br>SUN CITY, AZ 85351-1464 | Claim Number: 3083<br>Claim Date: 05/22/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $108,136.62 | Scheduled: | $108,136.62 UNLIQ |

---

| KACHARABA, ROSEMARIE<br>210 UTICA AVENUE<br>NORTH MASSAPEQUA, NY 11758 | Claim Number: 3084<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $661.28 |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | Claim Number: 3085<br>Claim Date: 03/23/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $15,817.25 |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 3086<br>Claim Date: 05/18/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $6,314.33 UNLIQ |
| UNSECURED | Claimed: | $55.47 UNLIQ |

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 3087<br>Claim Date: 05/18/2009<br>Debtor: HOMEOWNERS REALTY, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $452.37 UNLIQ |
| UNSECURED | Claimed: | $171.91 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3088<br>Claim Date: 05/18/2009<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| PRIORITY | Claimed: | $50,755.43   UNLIQ |
| UNSECURED | Claimed: | $4,459.52   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3089<br>Claim Date: 05/18/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $24,846.64   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3090<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
| PRIORITY | Claimed: | $11,798.79   UNLIQ |
| UNSECURED | Claimed: | $1,037.86   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3091<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $15.77   UNLIQ |
| UNSECURED | Claimed: | $817.95   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3092<br>Claim Date: 05/18/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $1,606.44   UNLIQ |
| UNSECURED | Claimed: | $10.88   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3093<br>Claim Date: 05/18/2009<br>Debtor: WLVI INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| PRIORITY | Claimed: | $625.30 |

| | | |
|---|---|---|
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | | Claim Number: 3094<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
| ADMINISTRATIVE | Claimed: | $2,792.24 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURACE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BUILDING CAMPUS - BLDG 12, RM 256<br>ALBANY, NY 12240 | | Claim Number: 3095<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
| ADMINISTRATIVE | Claimed: | $619.48 | | |

| | | | | |
|---|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3096<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $5,528.75 | | |

| | | | | |
|---|---|---|---|---|
| ADP INC<br>ATTN: ANA SENZIG, MAIL STOP 110<br>400 COVINA BLVD<br>SAN DIMAS, CA 91773 | | Claim Number: 3097<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $237.10 | | |
| UNSECURED | | | Scheduled: | $387.10 |

| | | | | |
|---|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3098<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $806.90 | | |

| | | | | |
|---|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 3099<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $7,896.34 | | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: KINGSWAY LOGISTICS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3100<br>Claim Date: 05/18/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $8,225.27 | | |
| UNSECURED | Claimed: | $13,118.41 | Scheduled: | $21,343.68 |

| | | | | |
|---|---|---|---|---|
| ALLIED WASTE SERVICES<br>PO BOX 78703<br>WEST HOUSTON COMMERCIAL<br>PHOENIX, AZ 85062-8703 | | Claim Number: 3101<br>Claim Date: 05/19/2009<br>Debtor: KIAH INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $697.63 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON      STE 652<br>HOUSTON, TX 77002 | Claim Number: 3102<br>Claim Date: 05/19/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | | |
| ADMINISTRATIVE         Claimed: | $71.01   UNLIQ | | | |
| ASM CAPITAL AS PURCHASER OF:<br>ERS GROUP INC<br>7600 JERICHO TPKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3103<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | | |
| UNSECURED         Claimed: | $94,459.57 | | | |
| ASM CAPITAL AS PURCHASER OF:<br>TRIENDA LLC<br>7600 JERICHO TPKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3104<br>Claim Date: 05/19/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | | |
| UNSECURED         Claimed: | $28,273.50 | Scheduled: | $28,877.21 | |
| BANK OF INDIA<br>227 PARK AVENUE<br>NEW YORK, NY 10172-0083 | Claim Number: 3105<br>Claim Date: 05/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED         Claimed: | $3,940,000.00   UNLIQ | | | |
| DYNAMEX INC.<br>12837 COLLECTIONS CNTR DRIVE<br>CHICAGO, IL 60693 | Claim Number: 3106<br>Claim Date: 05/22/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | | |
| UNSECURED         Claimed: | $103.82 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CATTERTON PRINTING<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3107<br>Claim Date: 05/26/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED         Claimed: | $3,696.00 | | | |
| UNCLAIMED PROPERTY DIVISION OFFICE OF<br>STATE TREASURER<br>CAPITOL COMPLEX<br>CHARLESTON, WV 25305 | Claim Number: 3108<br>Claim Date: 05/26/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| PRIORITY         Claimed: | $0.00   UNDET | | | |
| UNSECURED | | Scheduled: | $0.00 UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | | Claim Number: 3109 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY | | | |
| PRIORITY | Claimed: | $242.57   UNLIQ | | | |
| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | | Claim Number: 3110 Claim Date: 05/26/2009 Debtor: HOMESTEAD PUBLISHING CO. | | | |
| PRIORITY UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |
| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | | Claim Number: 3111 Claim Date: 05/26/2009 Debtor: THE DAILY PRESS, INC. | | | |
| PRIORITY UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |
| UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | | Claim Number: 3112 Claim Date: 05/26/2009 Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| PRIORITY UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |
| NEW JERSEY DEPARTMENT OF THE TREASURY PROPERTY ADMINISTRATION CN 214 TRENTON, NJ 08646 | | Claim Number: 3113 Claim Date: 05/26/2009 Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |
| NEW JERSEY DEPARTMENT OF THE TREASURY PROPERTY ADMINISTRATION CN 214 TRENTON, NJ 08646 | | Claim Number: 3114 Claim Date: 05/26/2009 Debtor: WPIX, INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |
| NEW JERSEY DEPARTMENT OF THE TREASURY PROPERTY ADMINISTRATION CN 214 TRENTON, NJ 08646 | | Claim Number: 3115 Claim Date: 05/26/2009 Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NEW JERSEY DEPARTMENT OF THE TREASURY
PROPERTY ADMINISTRATION
CN 214
TRENTON, NJ 08646

Claim Number: 3116
Claim Date: 05/26/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

NEW JERSEY DEPARTMENT OF THE TREASURY
PROPERTY ADMINISTRATION
CN 214
TRENTON, NJ 08646

Claim Number: 3117
Claim Date: 05/26/2009
Debtor: FORSALEBYOWNER.COM CORP.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

STATE OF NEW JERSEY
TREASURY DEPT
UNCLAIMED PROPERTY
PO BOX 214
TRENTON, NJ 08695-0214

Claim Number: 3118
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |

---

VISION INTEGRATED GRAPHICS LLC
8301 W 183RD ST
TINLEY PARK, IL 60477

Claim Number: 3119
Claim Date: 05/26/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $21,351.11 | Scheduled: | $21,351.12 |

---

ZVENTS INCORPORATED
199 FREMONT ST FL 4
SAN FRANCISCO, CA 94105-6634

Claim Number: 3120
Claim Date: 05/26/2009
Debtor: WDCW BROADCASTING, INC.

| UNSECURED | Claimed: | $5,346.77 |

---

ALTITUDE SPORTS & ENTERTAINMENT
ATTN: BRUCE GLAZER
1000 CHOPPER CIRCLE
DENVER, CO 80204

Claim Number: 3121
Claim Date: 05/26/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| UNSECURED | Claimed: | $56,184.89 |

---

A&B  PHOTO & PRINT
218 N JEFFERSON     STE LL NO.2
CHICAGO, IL 60661

Claim Number: 3122
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $7,956.00 | | |
| UNSECURED | | | Scheduled: | $8,560.10 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

A&B PHOTO & PRINT
218 N JEFFERSON      STE LL NO.2
CHICAGO, IL 60661

Claim Number: 3123
Claim Date: 05/26/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $1,133.68 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,133.68 |

---

PROMPT GRAPHICS CO
218 N JEFFERSON  LL NO.2
CHICAGO, IL 60661-1121

Claim Number: 3124
Claim Date: 05/26/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| ADMINISTRATIVE | Claimed: | $315.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $315.00 |

---

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: RED HAWK
C/O TANNOR PARTNERS CREDIT FUND II, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 3125
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 10317 (11/29/2011)

| UNSECURED | Claimed: | $7,521.70 | Scheduled: | $4,549.61 |
|---|---|---|---|---|

---

LCC STROBE TECH
ATTN: IRENE L. PORTILLO
PO BOX 31594
CLARKSVILLE, TN 37040

Claim Number: 3126
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 2160 (09/18/2009)

| UNSECURED | Claimed: | $8,084.00 |
|---|---|---|

---

STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

Claim Number: 3127
Claim Date: 05/26/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN
DOCKET: 2161 (09/18/2009)

| UNSECURED | Claimed: | $7,160.00 |
|---|---|---|

---

STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

Claim Number: 3128
Claim Date: 05/26/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: WITHDRAWN
DOCKET: 2162 (09/18/2009)

| UNSECURED | Claimed: | $4,777.00 |
|---|---|---|

---

SYSTEM MAINTENANCE SERVICES, INC
10420 HARRIS OAK BLVD STE C
CHARLOTTE, NC 28269-7513

Claim Number: 3129-01
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $646.46 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SYSTEM MAINTENANCE SERVICES, INC<br>9013 PERIMITER WOODS, SUITE E<br>CHARLOTTE, NC 28216 | Claim Number: 3129-02<br>Claim Date: 05/26/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $14,048.48 | | |

| HIRAM ELECTRICAL CONTRACTOR<br>1490 MARCUS CT<br>PARK RIDGE, IL 60068 | Claim Number: 3130<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $36,107.97 | Scheduled: | $35,027.84 |

| HIRAM ELECTRICAL CONTRACTOR<br>1490 MARCUS CT<br>PARK RIDGE, IL 60068 | Claim Number: 3131<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $442.18 | Scheduled: | $442.18 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: STAR MEDIA ENTERPRISES INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3132<br>Claim Date: 05/26/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $11,669.16 | Scheduled: | $11,669.16 |

| CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT AND COLLECTION SECTION<br>SACRAMENTO, CA 95814-2608 | Claim Number: 3133<br>Claim Date: 05/26/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $173.61 | Scheduled: | $281.95 |

| CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT & COLLECTION SECTION<br>SACRAMENTO, CA 95814-2696 | Claim Number: 3134<br>Claim Date: 05/26/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $124.98 | | |

| CITY OF SACRAMENTO<br>CITY HALL<br>915 I ST RM 1201<br>ENFORCEMENT & COLLECTION SECTION<br>SACRAMENTO, CA 95814-2696 | Claim Number: 3135<br>Claim Date: 05/26/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $39.87 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RUSSO, ANTHONY<br>58 WILLOW AVE<br>L COMPTON, RI 02837-1533 | Claim Number: 3136<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |

| UNSECURED | Claimed: | $0.00  UNDET | | |
| --- | --- | --- | --- | --- |

| ASM CAPITAL, L.P.<br>TRANSFEROR: RUSSO, ANTHONY<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3137<br>Claim Date: 05/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) |

| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $1,600.00 |
| --- | --- | --- | --- | --- |

| COYNE TEXTILE SERVICES<br>PO BOX 200556<br>PITTSBURGH, PA 15251-0556 | Claim Number: 3138<br>Claim Date: 05/26/2009<br>Debtor: THE DAILY PRESS, INC. |

| UNSECURED | Claimed: | $453.02 | Scheduled: | $453.02 |
| --- | --- | --- | --- | --- |

| COYNE TEXTILE SERVICES<br>PO BOX 200517<br>PITTSBURGH, PA 15251-0517 | Claim Number: 3139<br>Claim Date: 05/26/2009<br>Debtor: THE MORNING CALL, INC. |

| UNSECURED | Claimed: | $1,281.69 | Scheduled: | $1,681.53 |
| --- | --- | --- | --- | --- |

| RABIN, MARK<br>1301 S ARLINGTON RIDGE RD  NO.610<br>ARLINGTON, VA 22202 | Claim Number: 3140<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |

| UNSECURED | Claimed: | $316.00  UNLIQ | Scheduled: | $316.00 |
| --- | --- | --- | --- | --- |

| CORZEN INC<br>PO BOX 710951<br>COLUMBUS, OH 43271-0951 | Claim Number: 3141<br>Claim Date: 05/26/2009<br>Debtor: THE MORNING CALL, INC. |

| UNSECURED | Claimed: | $172.50 | Scheduled: | $172.50 |
| --- | --- | --- | --- | --- |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: WANTED TECHNOLOGIES, INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 3142<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| UNSECURED | Claimed: | $43,500.00 | Scheduled: | $14,500.00 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RONALD MCDONALD HOUSE CHARITIES OF SO<br>763 SOUTH PASADENA AVE<br>PASADENA, CA 91105 | Claim Number: 3143<br>Claim Date: 05/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $4,388.07 | Scheduled: | $22,939.74 |
|---|---|---|---|---|

| ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE<br>380 NEW YORK ST<br>REDLANDS, CA 92373 | Claim Number: 3144<br>Claim Date: 05/26/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,645.39 |
|---|---|---|

| COMCAST SPOTLIGHT<br>12964 COLLECTIONS CTR DR<br>CHICAGO, IL 60693 | Claim Number: 3145<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $131,750.00 | Scheduled: | $1,000.00 UNLIQ |
|---|---|---|---|---|

| SJCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | Claim Number: 3146<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $9,623.37 |
|---|---|---|

| CCT LLC<br>9825 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322-2622 | Claim Number: 3147<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $8,158.33 |
|---|---|---|

| GBC LLC<br>9901 EXPRESS DR    STE B<br>HIGHLAND, IN 46322 | Claim Number: 3148<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $55,561.10 |
|---|---|---|

| GLOBAL CROSSING TELECOMMUNICATIONS INC<br>PO BOX 741276<br>CINCINNATI, OH 45274-1276 | Claim Number: 3149<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,203.33 | Scheduled: | $1,300.45 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PRESORT SOLUTIONS
1020 FRONTENAC RD
NAPERVILLE, IL 60563

Claim Number: 3150
Claim Date: 05/26/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $560.52 | | |
| UNSECURED | Claimed: | $7,099.09 | Scheduled: | $1,384.13 |

---

APAC CUSTOMER SERVICES INC.
ATTN: LAW DEPT.
2333 WAUKEGAN ROAD - STE 100
BANNOCKBURN, IL 60015

Claim Number: 3151
Claim Date: 05/26/2009
Debtor: TRIBUNE PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $415,300.81 | Scheduled: | $409,580.00 UNLIQ |

---

LIBOW, GARY M
122 ANDERSON AVENUE
WEST HAVEN, CT 06516

Claim Number: 3152
Claim Date: 05/26/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,586,000.00 | | |

---

GARY LIBOW
C/O MADSEN, PRESTLEY & PARENTEAU, LLC
ATTN: JACQUES PARENTEAU
111 HUNTINGTON STREET
NEW LONDON, CT 06320

Claim Number: 3153
Claim Date: 05/26/2009
Debtor: THE HARTFORD COURANT COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,586,000.00 | Scheduled: | $0.00 UNLIQ |

---

TELEVISION BUREAU OF ADVERTISING INC
3 E 54TH ST 10TH FL
NEW YORK, NY 10022-3108

Claim Number: 3154
Claim Date: 05/26/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,808.00 | Scheduled: | $2,808.00 |

---

TELEVISION BUREAU OF ADVERTISING INC
3 E 54TH ST 10TH FL
NEW YORK, NY 10022-3108

Claim Number: 3155
Claim Date: 05/26/2009
Debtor: KIAH INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,061.00 | Scheduled: | $1,061.00 |

---

TELEVISION BUREAU OF ADVERTISING INC
3 E 54TH ST 10TH FL
NEW YORK, NY 10022-3108

Claim Number: 3156
Claim Date: 05/26/2009
Debtor: KTLA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,616.00 | Scheduled: | $3,616.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3157<br>Claim Date: 05/26/2009<br>Debtor: KSWB INC. | | | |
| UNSECURED | Claimed: | $341.00 | Scheduled: | | $341.00 |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3158<br>Claim Date: 05/26/2009<br>Debtor: CHANNEL 40, INC. | | | |
| UNSECURED | Claimed: | $164.61 | Scheduled: | | $729.00 |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3159<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | | |
| UNSECURED | Claimed: | $99.25 | Scheduled: | | $99.25 |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC.<br>3 EAST 54TH STREET, 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3160<br>Claim Date: 05/26/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $1,243.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3161<br>Claim Date: 05/26/2009<br>Debtor: CHANNEL 39, INC. | | | |
| UNSECURED | Claimed: | $175.00 | Scheduled: | | $175.00 |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3162<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | | |
| UNSECURED | Claimed: | $175.45 | Scheduled: | | $175.45 |

| | | | | | |
|---|---|---|---|---|---|
| TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | Claim Number: 3163<br>Claim Date: 05/26/2009<br>Debtor: WPIX, INC. | | | |
| UNSECURED | Claimed: | $4,081.00 | Scheduled: | | $4,081.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MICHAEL CAREY
25 ROSLYN RD FL 2
MINEOLA, NY 11501-4522

Claim Number: 3164
Claim Date: 05/26/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

HEWITT ASSOCIATES, LLC
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL 60069-3342

Claim Number: 3165
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,180.00 | Scheduled: | $8,180.00 |
|---|---|---|---|---|

---

HSH ASSOCIATES
237 WEST PARKWAY, 2ND FLR
POMPTON PLAINS, NJ 07444

Claim Number: 3166
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $234.84 | | |
| UNSECURED | | | Scheduled: | $234.84 |
|---|---|---|---|---|

---

CRAWFORD, WILLIAM
3509 B AVENIDA MADERA
BRADENTON, FL 34210

Claim Number: 3167
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $12,619.33   UNLIQ | Scheduled: | $81,779.00 UNLIQ |
|---|---|---|---|---|

---

USG - USERS SIERRA GROUP INC
179 LONG BR
SPRING BRANCH, TX 78070-5970

Claim Number: 3168
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $26,875.00 | | |
|---|---|---|---|---|

---

WILKOWSKI, ADAM
3001 S PALM AIRE DR APT 206
POMPANO BEACH, FL 33069-4241

Claim Number: 3169
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| SECURED | Claimed: | $100.00 | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: TBA GLOBAL LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3170
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,150.00 | Scheduled: | $9,150.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VILLAGE OF ADDISON<br>1 FRIENSHIP PLAZA<br>ADDISON, IL 60101-2786 | Claim Number: 3171<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $86.24 | |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: TROBWARE, INC.<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 3172<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,875.00 | Scheduled: | $1,875.00 |

| KMOV/BELO CORP<br>ATTN: PEGGY MILNER<br>ONE MEMORIAL DRIVE<br>ST. LOUIS, MO 62102 | Claim Number: 3173<br>Claim Date: 05/26/2009<br>Debtor: KPLR, INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,569.34 | Scheduled: | $23,569.34 |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3174<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $450.00 | |
| UNSECURED | | | Scheduled: | $450.00 |

| OHARE ENGINEERING<br>55 MESSNER DRIVE<br>WHEELING, IL 60090 | Claim Number: 3175<br>Claim Date: 05/26/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $126.58 | Scheduled: | $126.58 |

| RAYSSES, MICHAEL<br>2729 BARRY AVENUE<br>LOS ANGELES, CA 90064 | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDERSON DIRECTORY SALES<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3177-01<br>Claim Date: 05/26/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,185.97 | Scheduled: | $5,185.97 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDERSON DIRECTORY SALES
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3177-02
Claim Date: 05/26/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $586.76 | Scheduled: | $586.76 |

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: TROBWARE INC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 3178
Claim Date: 05/26/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,300.00 | Scheduled: | $6,300.00 |

FLEETFOOT MESSENGER SERVICE
PO BOX 19496
SEATTLE, WA 98109-1496

Claim Number: 3179
Claim Date: 05/26/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $37.80 | Scheduled: | $37.80 |

KCCL 92.1 KHITS
298 COMMERCE CIRCLE
SACRAMENTO, CA 95815

Claim Number: 3180
Claim Date: 05/26/2009
Debtor: CHANNEL 40, INC.

| UNSECURED | Claimed: | $1,591.20 | Scheduled: | $1,591.20 |

HENDERSON, LOIS
18 RIDGEWAY DR
GREENVILLE, SC 29605-2420

Claim Number: 3181
Claim Date: 05/26/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $12.84 | Scheduled: | $12.84 |

THOMSON, JEAN
2902 FERNAN COURT
COEUR D'ALENE, ID 83814

Claim Number: 3182
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $54,666.00 | Scheduled: | $54,666.00 UNLIQ |

HALL, TRISHA
10640 SW HAWTHORNE LANE
PORTLAND, OR 97225

Claim Number: 3183
Claim Date: 05/26/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| SECURED | Claimed: | $59.50 | | |
| UNSECURED | Claimed: | $59.50 | Scheduled: | $59.50 |
| TOTAL | Claimed: | $59.50 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NYBERG FLETCHER & WHITE
801 CROMWELL PARK DR, STE 100
GLEN BURNIE, MD 21061

Claim Number: 3184
Claim Date: 05/26/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,047.22 | Scheduled: | $4,047.22 |

GARRETT, SYLVIA
4914 CHALLEDON RD, B3
BALTIMORE, MD 21207-7829

Claim Number: 3185
Claim Date: 05/26/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3.35 | | |
| UNSECURED | | | Scheduled: | $3.35 |

ESTATE OF JOHN VANDENHEUVEL, THE
3543 LADONIA STREET
SEAFORD, NY 11783-3024

Claim Number: 3186
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim is for total amount of future pension & retiree spousal

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

CARROLL, CYNTHIA L
1450 JOHNSTOWN LANE
UNIT D
WHEATON, IL 60189

Claim Number: 3187
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,108.64 |
| UNSECURED | Claimed: | $21,108.64 |
| TOTAL | Claimed: | $22,108.64 |

ASM CAPITAL, L.P.
TRANSFEROR: J R LANDRY COMPANY LTD
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3188
Claim Date: 05/26/2009
Debtor: WDCW BROADCASTING, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,776.90 | Scheduled: | $2,776.90 |

MEAD WESTAVCO CORP
12449 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Number: 3189
Claim Date: 05/26/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306.72 | Scheduled: | $306.72 |

L A MODELS INC
7700 W SUNSET BLVD
LOS ANGELES, CA 90046

Claim Number: 3190
Claim Date: 05/26/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $360.00 | Scheduled: | $180.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| LEON, MARK<br>3401 SYCAMORE ST<br>ALLENTOWN, PA 18104 | | Claim Number: 3191<br>Claim Date: 05/26/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | | |
| UNSECURED | Claimed: | $130.45 | Scheduled: | $130.45 | UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| MAILINGS MADE EASY INC<br>80-82 WARREN STREET<br>PO BOX 511<br>GLENS FALLS, NY 12801 | | Claim Number: 3192<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| ADMINISTRATIVE | Claimed: | $1,630.90 | | | |
| UNSECURED | | | Scheduled: | $1,630.90 | |

| | | | | |
|---|---|---|---|---|
| MILLARD CHICAGO WINDOW CLEANING<br>ATTN: MARISELL ACUESTA<br>7301 N. CICERO AVE<br>LINCOLNWOOD, IL 60712 | | Claim Number: 3193<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $5,071.00 | Scheduled: | $5,071.00 |

| | | | |
|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3194<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
| PRIORITY | Claimed: | $294.69 | UNLIQ |
| UNSECURED | Claimed: | $13,950.25 | UNLIQ |

| | | |
|---|---|---|
| SHANNON LEE PHOTOGRAPHY<br>PO BOX 411<br>MT AIRY, MD 21771 | | Claim Number: 3195<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
| ADMINISTRATIVE | Claimed: | $450.00 |

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH ST., # 7-400<br>CHICAGO, IL 60601 | | Claim Number: 3196<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) |
| PRIORITY | Claimed: | $20,303,924.06 |
| UNSECURED | Claimed: | $2,092,721.00 |

| | | | |
|---|---|---|---|
| LEAVITT, CAROL<br>950 N. MICHIGAN AVE., APT. 2801<br>CHICAGO, IL 60611 | | Claim Number: 3197<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | |
| SECURED | Claimed: | $1,471.44 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: DOVETAIL BUSINESS SOLUTIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3198
Claim Date: 05/26/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| ADMINISTRATIVE | Claimed: | $3,124.78 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,124.78 |

---

ASM CAPITAL, L.P.
TRANSFEROR: PAINTING AND DECORATING INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3199
Claim Date: 05/26/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $224.40 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,740.00 | Scheduled: | $3,964.40 |

---

NAJJAR, NABIL
522 GOURAUD ST NO.3A
GERMAYZEH
BEIRUT,
LEBANON

Claim Number: 3200
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

HARTNEY, MARY
7306 WILDWOOD DR
TAKOMA PARK, MD 20912-6931

Claim Number: 3201
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $746.40 |
|---|---|---|

---

CURL, CAROL D
8233 LOWER RIVER ROAD
GRANTS PASS, OR 97526

Claim Number: 3202
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| UNSECURED | Claimed: | $267,125.97 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: ARCHON BAY CAPITAL, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 3203
Claim Date: 05/26/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $310.00 | Scheduled: | $310.00 |
|---|---|---|---|---|

---

COPELAND, LLOYD & DEBORAH
139 BOONE RIDGE
MOUNTAIN CITY, TN 37683

Claim Number: 3204
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $121,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BLACK, GILLIAN
94 YORK AVE
SARATOGA SPRINGS, NY 12866

Claim Number: 3205
Claim Date: 05/26/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $9,665.27 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CLINICAL HEALTH SYSTEMS, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3206
Claim Date: 05/26/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $3,300.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,300.00 |

---

LOS ANGELES COUNTY
LOS ANGELES COUNTY FIRE DEPT
PO BO BOX 513148
CERTIFIED UNIFIED PROGRAM AGENCY
LOS ANGELES, CA 90051-1148

Claim Number: 3207
Claim Date: 05/26/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| PRIORITY | Claimed: | $2,775.00 | | |
|---|---|---|---|---|

---

NEWS BUSTERS
405 PALM DR
FLAGLER BEACH, FL 32136-3482

Claim Number: 3208
Claim Date: 05/26/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $2,768.56 | Scheduled: | $2,768.56 |
|---|---|---|---|---|

---

STEINER, ALVIN
C/O BEVERLY GALTMAN
838 S FILMORE ST
ALLENTOWN, PA 18103

Claim Number: 3209
Claim Date: 05/26/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $38.70 |
|---|---|---|---|---|

---

LI, SIMON K.C.
80 N. RAYMOND AVE., UNIT 211
PASADENA, CA 91103

Claim Number: 3210
Claim Date: 05/26/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.

| PRIORITY | Claimed: | $6,000.00 | | |
|---|---|---|---|---|

---

ROGERS, KARLENE
108 TRAFALGAR PL
LONGWOOD, FL 32779-5628

Claim Number: 3211
Claim Date: 05/26/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $51.02 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TEACUP SOFTWARE INC<br>15 BUTLER PLACE  STE 3E<br>BROOKLYN, NY 11238 | | Claim Number: 3212<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $1,777.42 | Scheduled: | $1,777.42 |
| UNIVERSITY OF CALIFORNIA, RIVERSIDE<br>(UC RIVERSIDE)<br>900 UNIVERSITY AVENUE<br>STUDENT SERVICES BUILDING 2103<br>RIVERSIDE, CA 92521 | | Claim Number: 3213<br>Claim Date: 05/26/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $245.00 | | |
| MIRANDA TECHNOLOGIES INC<br>3499 DOUGLAS B FLOREANI<br>ST LAURENT, QC H4S 2C6<br>CANADA | | Claim Number: 3214<br>Claim Date: 05/27/2009<br>Debtor: KWGN INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $20,752.49 | | |
| MIRANDA TECHNOLOGIES INC<br>3499 DOUGLAS B FLOREANI<br>ST LAURENT, QC H4S 2C6<br>CANADA | | Claim Number: 3215<br>Claim Date: 05/27/2009<br>Debtor: CHANNEL 39, INC. | | |
| UNSECURED | Claimed: | $12,076.50 | Scheduled: | $12,076.50 |
| MIRANDA MTI INC<br>DEPT CH10965<br>PALATINE, IL 60055-0965 | | Claim Number: 3216<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $54,521.00 | Scheduled: | $54,521.00 |
| MIRANDA MTI<br>195 MOUNTAIN AVE.<br>SPRINGFIELD, NJ 07081 | | Claim Number: 3217-01<br>Claim Date: 05/27/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $35,953.25 | | |
| MIRANDA MTI<br>195 MOUNTAIN AVE.<br>SPRINGFIELD, NJ 07081 | | Claim Number: 3217-02<br>Claim Date: 05/27/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $1,360.58 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MIRANDA MTI
195 MOUNTAIN AVE.
SPRINGFIELD, NJ 07081

Claim Number: 3217-03
Claim Date: 05/27/2009
Debtor: WATL, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,848.50 | | |

---

MIRANDA MTI
195 MOUNTAIN AVE.
SPRINGFIELD, NJ 07081

Claim Number: 3217-04
Claim Date: 05/27/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $769.00 | | |

---

MIRANDA MTI INC
DEPT CH10965
PALATINE, IL 60055-0965

Claim Number: 3218
Claim Date: 05/27/2009
Debtor: KSWB INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $778.37 | Scheduled: | $778.37 |

---

MIRANDA TECHNOLOGIES INC
DEPT CH 10965
PALATINE, IL 60055-0965

Claim Number: 3219
Claim Date: 05/27/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,156.13 | Scheduled: | $1,156.13 |

---

MIRANDA MTI INC
DEPT CH10965
PALATINE, IL 60055-0965

Claim Number: 3220
Claim Date: 05/27/2009
Debtor: WDCW BROADCASTING, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,500.00 | | |

---

QUEST SOFTWARE
PO BOX 731381
DALLAS, TX 75373-1381

Claim Number: 3221
Claim Date: 05/27/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,500.00 | | |
| UNSECURED | | | Scheduled: | $26,500.00 |

---

SBC GLOBAL SERVICES, INC.
JAMES GRUDUS, ESQ.: AT&T ATTORNEY
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 3222
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $775,371.19 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: MANZI, JOHN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3223
Claim Date: 05/27/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| UNSECURED | Claimed: | $229,738.58 | Scheduled: | $138,093.58 |
|---|---|---|---|---|

SKYTEL
PO BOX 2469
JACKSON, MS 39225-2469

Claim Number: 3224
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $6,938.74 | Scheduled: | $5,649.16 |
|---|---|---|---|---|

CITY OF POMONA
ATTN: UTILITY SERVICES
PO BOX 660
POMONA, CA 91769-0060

Claim Number: 3225
Claim Date: 05/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,284.64 | Scheduled: | $1,275.17 |
|---|---|---|---|---|

FURUKAWA, VANCE
5 MEADOW RIDGE CIRCLE
POMONA, CA 91766

Claim Number: 3226
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $318,241.94 | Scheduled: | $293,487.92 |
|---|---|---|---|---|

STADCO LITOGRAPHERS PENSION PLAN & TRUST
THOMAS ADLER, TRUSTEE
140 HARDS LANE
LAWRENCE, NY 11559

Claim Number: 3227
Claim Date: 05/27/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $43,900.00 |
|---|---|---|

FOARD, EDWIN M. III
2309 DALIB RD.
FINKSBURG, MD 21048

Claim Number: 3228
Claim Date: 05/27/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $279,273.48 | Scheduled: | $12,471.07 |
|---|---|---|---|---|

COMCAST SPORTSNET
7700 WISCONSIN AVE
SUITE 200
BETHESDA, MD 20814

Claim Number: 3229
Claim Date: 05/28/2009
Debtor: WDCW BROADCASTING, INC.

| UNSECURED | Claimed: | $4,271.25 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COMCAST SPORTSNET MID ATLANTIC | Claim Number: 3230 |
| PO BOX 75436 | Claim Date: 05/28/2009 |
| BALTIMORE, MD 21275-5436 | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| UNSECURED | Claimed: | $24,064.38 | Scheduled: | $24,064.38 |

---

| COMCAST SPORTSNET CHICAGO LLC | Claim Number: 3231 |
| 75 REMITTANCE DRIVE  STE 2850 | Claim Date: 05/28/2009 |
| CHICAGO, IL 60675-2850 | Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

---

| COMCAST SPORTSNET BAY AREA | Claim Number: 3232 |
| PO BOX 79535 | Claim Date: 05/28/2009 |
| CITY OF INDUSTRY, CA 91716 | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| UNSECURED | Claimed: | $6,620.00 | Scheduled: | $6,620.00 |

---

| COMCAST SPORTSNET NORTHWEST LLC | Claim Number: 3233 |
| PO BOX 79542 | Claim Date: 05/28/2009 |
| CITY OF INDUSTRY, CA 91716-9542 | Debtor: TRIBUNE BROADCAST HOLDINGS, INC. |

| UNSECURED | Claimed: | $2,380.00 | Scheduled: | $2,380.00 |

---

| STACKLER, RONALD E. | Claim Number: 3234 |
| 6786 SHEARWATER LANE | Claim Date: 05/28/2009 |
| MALIBU, CA 90265 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $150,000.00 |

---

| SUNGARD AVAILABILITY SERVICES | Claim Number: 3235 |
| MAUREEN A. MCGREEVEY, ESQUIRE | Claim Date: 05/28/2009 |
| 680 E. SWEDESFORD ROAD | Debtor: THE HARTFORD COURANT COMPANY |
| WAYNE, PA 19087 | Comments: EXPUNGED |
| | DOCKET: 2665 (11/25/2009) |

| ADMINISTRATIVE | Claimed: | $1,488.00 |

---

| BRUNO, GERBINO & SORIANO, LLP | Claim Number: 3236 |
| VINCENT GERBINO | Claim Date: 05/28/2009 |
| 445 BROAD HOLLOW RD. | Debtor: TRIBUNE COMPANY |
| SUITE 220 | Comments: DOCKET: 4102 (04/19/2010) |
| MELVILLE, NY 11747 | |

| UNSECURED | Claimed: | $3,832.53 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3237<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|
| UNSECURED          Claimed: | $4,181.25 |

---

| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3238<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $1,256.10 |

---

| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3239<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|
| UNSECURED          Claimed: | $1,769.70 |

---

| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3240<br>Claim Date: 05/28/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $1,294.50 |

---

| BRUNO, GERBINO & SORIANO, LLP<br>VINCENT GERBINO<br>445 BROAD HOLLOW RD.<br>SUITE 220<br>MELVILLE, NY 11747 | Claim Number: 3241<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|
| UNSECURED          Claimed: | $5,757.71 |

---

| BOIGER, ELISABETH C.<br>PATER-PETRUS ST. 18<br>ROSENHEIM, 83022<br>GERMANY | Claim Number: 3242<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| SECURED          Claimed: | $21,102.86 |

---

| SUNGARD AVAILABILITY SERVICES<br>MAUREEN A. MCGREEVEY,E SQUIRE<br>R680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | Claim Number: 3243<br>Claim Date: 05/28/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 5497 (08/24/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $73,140.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | Claim Number: 3244<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HOWELL, KARL<br>2502 LOYOLA SOUTHWAY<br>BALTIMORE, MD 21215 | | Claim Number: 3245<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| PRIORITY | Claimed: | $300.00 | | |

---

| | | | | |
|---|---|---|---|---|
| JOURDAN, EMILY N<br>1100 LAKE SHADOW CIRCLE  UNIT 2-306<br>MAITLAND, FL 32751 | | Claim Number: 3246<br>Claim Date: 05/28/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $150.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: IMAGIC INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3247<br>Claim Date: 05/28/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

---

| | | | | |
|---|---|---|---|---|
| FMT CO CUST IRA<br>FBO BERNARD PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | | Claim Number: 3248<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $203,063.42 | | |

---

| | | | | |
|---|---|---|---|---|
| FMT CO CUST IRA<br>FBO ALLAN R. PEARLMAN<br>11 FIFTH AVE, APT 12D<br>NEW YORK, NY 10003-4342 | | Claim Number: 3249<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $86,530.21 | | |

---

| | | | | |
|---|---|---|---|---|
| ESPOSITO, ROGER<br>20 MAYWOOD PLACE<br>KINGS PARK, NY 11754 | | Claim Number: 3250<br>Claim Date: 05/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $880 per month workers' comp payments | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CHANSKY, KATHERINE M.
12001 FALCON RIDGE WAY
NORTHRIDGE, CA 91326

Claim Number: 3251
Claim Date: 05/28/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 11969 (07/09/2012)

| PRIORITY | Claimed: | $134.00 |
|---|---|---|

JENKINS, JOHN B.
3575 E. 135TH CT
THORNTON, CO 80241

Claim Number: 3252
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

REINKE, STEPHANIE
42921 PEARSON RANCH LOOP
PARKER, CO 80138

Claim Number: 3253
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| UNSECURED | Claimed: | $477.76 |
|---|---|---|

SMITH, DANIEL
14 GLEN HOLLOW DR
APT E-22
HOLTSVILLE, NY 11742

Claim Number: 3254
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claimant writes "pension, 401K and cash balance plan"

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: PETRUZZI DETECTIVE AGENCY
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 3255
Claim Date: 05/28/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $13,886.52 | Scheduled: | $13,886.52 |
|---|---|---|---|---|

BROZA, CLARK & KATZ-BROZA, VALERIE L.
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 3256
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,025.36 |
|---|---|---|

BROZA, CLARK
215 HILLAIR CIRCLE
WHITE PLAINS, NY 10605-4516

Claim Number: 3257
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $55,199.24 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BACKFLOW APPARATUS & VALVE CO.
20435 SOUTH SUSANA RD.
LONG BEACH, CA 90810-1136

Claim Number: 3258
Claim Date: 05/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,405.00 UNLIQ |
|---|---|---|---|---|

BAVCO
20435 S SUSANA ROAD
LONG BEACH, CA 90810

Claim Number: 3259
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DUNAWAY, HILDEGARD M.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3260
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3261
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

DUNAWAY, JOHN A., JR.
3500 HOLLINGSWORTH
WILLIAMSBURG, VA 23188

Claim Number: 3262
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3263
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3264
Claim Date: 05/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3265
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLE DUPLICATE OF 3263

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3266
Claim Date: 05/29/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3267
Claim Date: 05/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

CLEMENT, JAYNE
C/O SHEGERIAN & ASSOCIATES, INC.
ATTN: CARNEY R. SHEGERIAN
225 ARIZONA AVENUE
SANTA MONICA, CA 90401

Claim Number: 3268
Claim Date: 05/29/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: ARCHON BAY CAPITAL, LLC
2 GREENWICH OFFICE PARK STE 300
GREENWICH, CT 06831-5155

Claim Number: 3269
Claim Date: 05/29/2009
Debtor: THE DAILY PRESS, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,867.00 | Scheduled: | $6,867.00 |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: ARCHON BAY CAPITAL, LLC
2 GREENWICH OFFICE PARK STE 300
GREENWICH, CT 06831-5155

Claim Number: 3270
Claim Date: 05/29/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $640.00 | Scheduled: | $640.00 |

---

EDLUND, RICK
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST
2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3271
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,644.00 |
| TOTAL | Claimed: | $21,644.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PULLEY, DAN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3272
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,276.80 |
| UNSECURED | Claimed: | $2,276.80 |
| TOTAL | Claimed: | $2,276.80 |

---

NULSEN, JOHN
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3273
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,286.00 |
| UNSECURED | Claimed: | $1,286.00 |
| TOTAL | Claimed: | $1,286.00 |

---

FAULLER, BILLY L. III
ARTHUR J. MARTIN, SCHUCHAT, COOK, WERNER
1221 LOCUST ST., 2ND FL
SAINT LOUIS, MO 63103

Claim Number: 3274
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,224.00 |
| UNSECURED | Claimed: | $4,224.00 |
| TOTAL | Claimed: | $4,224.00 |

---

ORACLE USA, INC.
55 2ND ST STE 1700
SAN FRANCISCO, CA 94105-3493

Claim Number: 3275
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,560.19 |

---

ORACLE USA, INC.
BUCHALTER NEMER P.C.
SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105

Claim Number: 3276
Claim Date: 05/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4099 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,738.90 |

---

TRITON MEDIA AMERICA
ATTN: HIRAM LAZAR
220 WEST 42ND STREET
NEW YORK, NY 10036

Claim Number: 3277
Claim Date: 05/29/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,100.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DIAL-GLOBAL
220 WEST 42ND STREET
NEW YORK, NY 10036

Claim Number: 3278
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $200,515.00 | | |
|---|---|---|---|---|

LASALLE NETWORK, THE
MARTIN J. WASSERMAN
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N. WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

Claim Number: 3279
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,285.00 | | |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SONAR CREDIT PARTNERS, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 3280
Claim Date: 05/29/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $5,125.00 | Scheduled: | $5,125.00 |
|---|---|---|---|---|

SCHNEIDER, JASON
175 O'CONNOR DR
TORONTO, ON M4J 2S9
CANADA

Claim Number: 3281
Claim Date: 05/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

ESTATE CHARLES FLUCK
830 OLD BETHLEHEM RD
PERKASIE, PA 18944

Claim Number: 3282
Claim Date: 05/29/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $86.37 |
|---|---|---|---|---|

LAVU, NIRMALA
5554 E. RIO VERDE VISTA DR
TUCSON, AZ 85750

Claim Number: 3283
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 3284
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $208,333.33 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

METROPOLITAN WATER RECLAMAT
100 E ERIE ST FL 5
CHICAGO, IL 60611-2829

Claim Number: 3285
Claim Date: 05/29/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,661.91 | | |
|---|---|---|---|---|

BAO
ORCHESTRATION CORP
516 N OGDEN AVE    121
CHICAGO, IL 60622

Claim Number: 3286
Claim Date: 05/29/2009
Debtor: HOY PUBLICATIONS, LLC

| UNSECURED | Claimed: | $909.50 | Scheduled: | $1,017.50 |
|---|---|---|---|---|

AMSDEN, HARRY
72 ROSE PLACE
CLARENDON HILLS, IL 60514

Claim Number: 3287
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $391.48 | Scheduled: | $391.48 |
|---|---|---|---|---|

ITSI
136 LAFAYETTE
LAUREL, MD 20707

Claim Number: 3288
Claim Date: 05/29/2009
Debtor: THE BALTIMORE SUN COMPANY

| ADMINISTRATIVE | Claimed: | $279.07 | | |
|---|---|---|---|---|

ITSI
136 LAFAYETTE
LAUREL, MD 20707

Claim Number: 3289
Claim Date: 05/29/2009
Debtor: HOMESTEAD PUBLISHING CO.

| ADMINISTRATIVE | | | | |
|---|---|---|---|---|
| UNSECURED | | $332.74 | Scheduled: | $332.74 |

LEDBETTER, MARVA A
50 HILLSIDE ST
A 1
EAST HARTFORD, CT 06108

Claim Number: 3290
Claim Date: 05/29/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $300.00 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | | |
| UNSECURED | | | Scheduled: | $300.00 |
| TOTAL | Claimed: | $300.00 | | |

VAN TATENHOVE, JAMES M.
8812 CANYON SPRINGS DRIVE
LAS VEGAS, NV 89117

Claim Number: 3291
Claim Date: 05/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $23,458.50 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HAINES & COMPANY INC<br>PO BOX 2117<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON, OH 44720 | | Claim Number: 3292<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $214.02 | Scheduled: | $567.28 |
| TOTAL | Claimed: | $567.28 | | |

| MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33526 | | Claim Number: 3293<br>Claim Date: 05/29/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| TURNBAUGH, DONALD K<br>18522 NW 6TH AVE<br>SHORELINE, WA 98177 | | Claim Number: 3294<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $46,793.28 | | |

| ITSI<br>136 LAFAYETTE<br>LAUREL, MD 20707 | | Claim Number: 3295<br>Claim Date: 05/29/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,797.01 | Scheduled: | $3,076.08 |

| MCKENNA, DANIEL<br>37 CHESTNUT ST<br>WINDSOR LOCKS, CT 06096-1840 | | Claim Number: 3296<br>Claim Date: 05/29/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92.39 | Scheduled: | $92.39 |

| DES ENTERPRISES<br>15323 E 12TH AVE<br>VERADALE, WA 99037 | | Claim Number: 3297<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,171.00 | | |

| JONES, RICHARD<br>350 N ERVAY ST APT 1809<br>DALLAS, TX 75201-3911 | | Claim Number: 3298<br>Claim Date: 05/29/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20,000.00   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 3299<br>Claim Date: 05/18/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,653.43 | |
| UNSECURED | Claimed: | $21,900.11 | |

| DTE ENERGY<br>ONE ENERGY PLAZA, WCB 2160<br>DETROIT, MI 48226 | Claim Number: 3300<br>Claim Date: 05/20/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,351.30 | Scheduled: | $454.73 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MAINLINE INFORMATION SYSTEMS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 3301<br>Claim Date: 05/20/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $972.26 | Scheduled: | $972.26 |

| D.C. TREASURER<br>GOV'T OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON, DC 20013 | Claim Number: 3302<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $145,158.99 | |
| UNSECURED | Claimed: | $24,943.86 | |

| KIFM-FM<br>C/O SZABO ASSOCAITES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | Claim Number: 3303<br>Claim Date: 05/22/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 10022 (10/19/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,295.50 | |

| KSON-FM<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | Claim Number: 3304<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,241.75 | |

| KBZT-FM RADIO<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | Claim Number: 3305<br>Claim Date: 05/22/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,455.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CHARTER MEDIA - TN/KY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3306
Claim Date: 05/22/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,423.65 | Scheduled: | $31,423.65 |

STATE OF NY DEPT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOV. HARRIMAN STATE OFFICE BLDG CAMPUS
BUILDING 12, ROOM 256
ALBANY, NY 12240

Claim Number: 3307
Claim Date: 05/26/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $597.72 |

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 3308
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,703.68 | Scheduled: | $22,703.68 |

EMERSON, CONNIE
1740 FAIRFIELD AVENUE
RENO, NV 89509

Claim Number: 3309
Claim Date: 05/26/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 2301 (10/08/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,084.00 |

STATE OF MICHIGAN DEPARTMENT OF TREASURY
DEBORAH B. WALDMEIR, ASS ATTY GENERAL
CADILLACE PLACE, STE. 10-200
3030 W. GRAND BLVD.,
DETROIT, MI 48202

Claim Number: 3310
Claim Date: 05/15/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,139.49   UNLIQ |

ASM CAPITAL, L.P.
TRANSFEROR: UTOG 2 WAY RADIO ASSN INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3311
Claim Date: 06/01/2009
Debtor: WPIX, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,848.69 | Scheduled: | $21,050.14 |

NEWSBANK MEDIA SERVICES INC
397 MAIN STREET
PO BOX 1130
CHESTER, VT 05143

Claim Number: 3312
Claim Date: 06/01/2009
Debtor: NEW MASS. MEDIA, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.42 | Scheduled: | $68.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DYSON, JOHN W.
8770 HERITAGE CT.
REDDING, CA 96001

Claim Number: 3313
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $50,403.00 | | |
|---|---|---|---|---|

---

RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR
STILLWATER TECHNOLOGIES, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3314
Claim Date: 06/01/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $8,963.25 | Scheduled: | $8,963.25 |

---

RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR
WORLDNET INTERNATIONAL COURIERS, INC.
P.O. BOX 626
PLANETARIUM STATION
NEW YORK, NY 10023

Claim Number: 3315
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $10,196.01 | | |
|---|---|---|---|---|

---

DIKEMAN, FORREST L.
3264 NE 156TH AVE.
PORTLAND, OR 97230

Claim Number: 3316
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $150,000.00   UNLIQ | | |
|---|---|---|---|---|

---

JACKSON, CHERYL
3264 NE 156TH AVE
PORTLAND, OR 97230

Claim Number: 3317
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00   UNLIQ | | |
|---|---|---|---|---|

---

WIP-AM
400 MARKET ST FL 9
PHILADELPHIA, PA 19106-2530

Claim Number: 3318
Claim Date: 06/01/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $22,057.50 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ACADEMY OF TELEVISION ARTS &
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3319
Claim Date: 06/01/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $1,950.00 | Scheduled: | $1,950.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GESCHELIN, EDWARD V.<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3320<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $400,000.00 | | |

| JUN-WEN CAI, WENDY<br>67 PARK ST.<br>SOMERVILLE, MA 02143 | | Claim Number: 3321<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $20,000.00   UNLIQ | | |

| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 3322<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11972 (07/09/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $0.46 | | |
| UNSECURED | Claimed: | $0.46 | | |
| TOTAL | Claimed: | $0.46 | | |

| CITY OF ANAHEIM<br>ATTN: CHERYL GILBERT,<br>CUSTOMER SERVICE MANAGER<br>200 SOUTH ANAHEIM BOULEVARD, RM 334<br>ANAHEIM, CA 92805 | | Claim Number: 3323<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,229.14 | Scheduled: | $5,419.24 |

| FUJIFILM GRAPHIC SYSTEMS USA INC<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 | | Claim Number: 3324-01<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 8204 (03/01/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,194.45 | | |
| UNSECURED | Claimed: | $2,752.01 | Scheduled: | $1,254.31 |

| FUJIFILM GRAPHIC SYSTEMS USA INC<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 | | Claim Number: 3324-02<br>Claim Date: 06/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $158.40 | | |

| SCHMIDT, SHARON M<br>3838 ARTHUR<br>BROOKFIELD, IL 60513 | | Claim Number: 3325<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,387.71 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ACADEMY OF TELEVISION ARTS & SCIENCES<br>5220 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91601 | Claim Number: 3326<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $5,900.00 | Scheduled: | $5,900.00 |

---

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3327<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11813 (06/15/2012) |

| SECURED | Claimed: | $2,041,319.96 |
| UNSECURED | Claimed: | $0.00 |

---

| DE LAGE LANDEN FINANCIAL SERVICES, INC.<br>STEELCASE FINANCAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 3328<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11814 (06/13/2012) |

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $143,069.28 |

---

| ANACOMP INC<br>15378 AVENUE OF SCIENCE<br>SAN DIEGO, CA 92128-3407 | Claim Number: 3329<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 |

---

| ANACOMP INC<br>16776 BERNARDO CENTER DR STE 206<br>SAN DIEGO, CA 92128-2559 | Claim Number: 3330<br>Claim Date: 06/01/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| UNSECURED | Claimed: | $553.00 | Scheduled: | $553.00 |

---

| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3331<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $4,559.45 |

---

| MITCHEL & STRANGE LLP BOOTH<br>SETH W. WHITAKER<br>707 WILSHIRE BOULEVARD<br>SUITE 4450<br>LOS ANGELES, CA 90017 | Claim Number: 3332<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) |

| UNSECURED | Claimed: | $4,830.10 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| YOUNGE, KEITH<br>2117 MELVIN STREET<br>PHILADELPHIA, PA 19131 | Claim Number: 3333<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $75,000.00 | Scheduled: | $0.00  UNLIQ |

| NEWSBANK MEDIA SERVICES INC<br>397 MAIN ST<br>P O BOX 1130<br>CHESTER, VT 05143 | Claim Number: 3334<br>Claim Date: 06/01/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 |

| NEWSBANK MEDIA SERVICES INC<br>397 MAIN ST<br>PO BOX 1130<br>CHESTER, VT 05143 | Claim Number: 3335<br>Claim Date: 06/01/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|
| UNSECURED | Claimed: | $248.24 | Scheduled: | $248.24 |

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: FLEET FUELING<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 3336<br>Claim Date: 06/01/2009<br>Debtor: KSWB INC. |
|---|---|
| UNSECURED | Claimed: | $5,856.12 | Scheduled: | $5,856.12 |

| WRIGHT EXPRESS<br>FINANCIAL SERVICES<br>PO BOX 639<br>PORTLAND, ME 04103 | Claim Number: 3337<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) |
|---|---|
| UNSECURED | Claimed: | $4,863.93 | Scheduled: | $4,634.76 |

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WRIGHT EXPRESS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 3338<br>Claim Date: 06/01/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|
| UNSECURED | Claimed: | $5,248.77 | Scheduled: | $5,248.77 |

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WRIGHT EXPRESS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 3339<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 3801 (03/22/2010) |
|---|---|
| UNSECURED | Claimed: | $2,290.02 | Scheduled: | $2,492.51 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DENNISTON, LYLE W<br>301 PINE ROAD<br>FORT WASHINGTON, MD 20744-6612 | Claim Number: 3340<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for retiree pension benefit | | |
|---|---|---|---|
| **PRIORITY** Claimed: | $0.00  UNDET | | |

---

| HUNIHAN, DOROTHY A.<br>200 DIPLOMAT DR. 5L<br>MT. KISCO, NY 10549 | Claim Number: 3341<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $30,400.00 | | |

---

| CASEY, EDITH<br>23 MEADOW LN<br>NORWOOD, NJ 07648-1213 | Claim Number: 3342<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $30,450.00 | | |

---

| CASEY, LINDA J. AND MICHAEL D.<br>23 MEADOW LN.<br>NORWOOD, NJ 07648 | Claim Number: 3343<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $232,400.00 | | |

---

| CASEY, MICHAEL D. IRA<br>23 MEADOW LN<br>NORWOOD, NJ 07648 | Claim Number: 3344<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $50,700.00 | | |

---

| GOTTLIEB, RACHEL<br>2015 NOYES ST<br>EVANSTON, IL 60201 | Claim Number: 3345<br>Claim Date: 06/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $39,801.53 | | |

---

| GOTTLIEB, RACHEL<br>2015 NOYES STREET<br>EVANSTON, IL 60201 | Claim Number: 3346<br>Claim Date: 06/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
|---|---|---|---|
| **UNSECURED** Claimed: | $7,609.71 | Scheduled: | $7,609.71  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 3347<br>Claim Date: 06/01/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $7,753.47 | Scheduled: | $7,753.47 |
|---|---|---|---|---|

| STEEL CITY CORPORATION<br>195 E. PARK AVE<br>NILES, OH 44446 | Claim Number: 3348<br>Claim Date: 06/01/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,224.32 | | |
| UNSECURED | | | Scheduled: | $11,093.50 |

| BARKER, DENNIST<br>7084 SANTA RITA CIRCLE<br>BUENA PARK, CA 90620 | Claim Number: 3349<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $9,000.00 | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $0.00  UNLIQ |

| BELAND, DAVID C<br>309 CORNELL DRIVE<br>APT#D<br>BURBANK, CA 91504 | Claim Number: 3350<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| FOSS, JAMESON<br>1820 JAMES AVE. #SC<br>MIAMI BEACH, FL 33139 | Claim Number: 3351<br>Claim Date: 06/01/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $2,250.00 |
|---|---|---|

| HARVEY, HOWARD<br>155-56 115TH ROAD<br>JAMAICA, NY 11434 | Claim Number: 3352<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3012 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $13,663.00 |
|---|---|---|

| VAZOULAS, JEAN<br>798 HIGHVIEW AVE<br>WESTBURY, NY 11590 | Claim Number: 3353<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim is for $440/week for life |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JACOBY, DAVID
8041 MOUNTAIN VIEW CIR
NORTHHAMPTON, PA 18067

Claim Number: 3354
Claim Date: 06/01/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $307.33 | Scheduled: | $307.33 UNLIQ |

MEISSNER, ROSEMARIE
134 SACKETT HILL RD
WARREN, CT 06754

Claim Number: 3355
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $12,073.14 |

AVALOS, ANGELICA
C/O DENNIS RYAN
21731 VENTURA BLVD #180
WOODLAND HILLS, CA 91364

Claim Number: 3356
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNDET |

STATE OF FLORIDA - DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
FREDERICK F. RUDZIK
POST OFFICE BOX 6668
TALLAHASSEE, FL 32314-6668

Claim Number: 3357
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,740,043.00 |

ASPELIN, JOHN
220 MONTGOMERY ST # 1009
SAN FRANCISCO, CA 94104

Claim Number: 3358
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,000.00 UNLIQ |

Q INTERACTIVE INC
PO BOX 101452
ATLANTA, GA 30392-1452

Claim Number: 3359
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,208.00 | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $9,837.09 | Scheduled: | $9,837.09 |
| TOTAL | Claimed: | $9,837.09 | | |

LANTOS, JEFFREY
3217 THATCHER AVE
MARINA DEL REY, CA 90292

Claim Number: 3360
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $250.00 | | |
| UNSECURED | | | Scheduled: | $250.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WHITESCAVER, JOHN<br>817 BRINDLE PATH<br>BEL AIR, MD 21014 | | Claim Number: 3361<br>Claim Date: 06/01/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9.24 | Scheduled: | $9.24 |

| LEVENTHAL, ANN Z<br>19 WOODSIDE CIRCLE<br>HARTFORD, CT 06105 | | Claim Number: 3362<br>Claim Date: 06/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $80.00 | | |
| UNSECURED | | | Scheduled: | $80.00 |

| YORK COUNTY CORVETTE CLUB<br>332 CLARKS WAY<br>YORK, PA 17403 | | Claim Number: 3363<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 3364<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 |

| WHITE, ROBERT<br>205 PEBBLE AVE<br>BELVIDERE, IL 61008 | | Claim Number: 3365<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39.00 | | |

| WALLS, THOMAS R. TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3366<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,000.00 | | |

| WALLS, MARY LOU TTEE<br>10741 N. GREEN RIVER RD.<br>EVANSVILLE, IN 47725 | | Claim Number: 3367<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SOLDIER CREEK ASSOCIATES
PO BOX 477
ROCKPORT, ME 04856

Claim Number: 3368
Claim Date: 06/01/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $829.00 |

---

NAGEL, CONRAD F. III
2841 APPLE BLOSSOM DR.
ALVA, FL 33920

Claim Number: 3369
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $18,000.00   UNLIQ |

---

NATIONAL FINANCIAL SERVICES
FBO PAUL M MOHME
709 LAKE STREET
SAN FRANCISCO, CA 94118

Claim Number: 3370
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,153.02 |

---

YANKEE CLIPPING SERVICE
ATTN: HOLLY
130 MAIN ST
PRESQUE ISLE, ME 04769

Claim Number: 3371
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $541.50 | Scheduled: | $541.50 |

---

SACK, MARSHALL R.
6011 MARQUESA DRIVE
AUSTIN, TX 78731

Claim Number: 3372
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901

Claim Number: 3373
Claim Date: 06/01/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,565.57 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $46,588.20 |

---

BUILDER HOMESITE INC
PO BOX 847905
DALLAS, TX 75284-7905

Claim Number: 3374
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $824.52 | Scheduled: | $824.52 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DAVIES, KATHLEEN
1941 NE 2ND AVE
POMPANO BEACH, FL 33064

Claim Number: 3375
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $3,593.70 |
|---|---|---|

---

HIGH SPEED SOLUTIONS LLC
175 DRENNEN RD STE 175
ORLANDO, FL 32806

Claim Number: 3376
Claim Date: 06/01/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $1,750.33 |
|---|---|---|

---

ANAHEIM DUCKS HOCKEY CLUB LLC
2695 KATELLA AVENUE
ANAHEIM, CA 92806

Claim Number: 3377
Claim Date: 06/01/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $1,500.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,500.00 |

---

FLEET MANAGEMENT
17809 BONIELLO DRIVE
BOCA RATON, FL 33496

Claim Number: 3378
Claim Date: 06/01/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $550.00 |
|---|---|---|

---

WALLACE, CURTIS
3119 NEWTOWN AVE FL 7
ASTORIA, NY 11102-1350

Claim Number: 3379
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $500,000.00 |
|---|---|---|

---

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901

Claim Number: 3380
Claim Date: 06/01/2009
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: WITHDRAWN
DOCKET: 4868 (06/24/2010)

| PRIORITY | Claimed: | $500.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $155.00 |

---

MARTINEZ, MICHAEL
9019 HARGIS ST.
LOS ANGELES, CA 90034-1926

Claim Number: 3381
Claim Date: 06/01/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.

| ADMINISTRATIVE | Claimed: | $2,850.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: CONNECTICUT AUTOMOTIVE
RETAILERS ASSOC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3382
Claim Date: 06/01/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $525.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

---

SKYLINE LANDSCAPE INC
1957 EAST PONTO LAKE RD
BACKUS, MN 56435

Claim Number: 3383
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,499.85 | Scheduled: | $1,499.85 |
|---|---|---|---|---|

---

ALL DIRECT MAIL SERVICES INC
15392 COBALT ST
SYLMAR, CA 91342

Claim Number: 3384
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | |

---

PACIFIC TELEVISION CENTER, INC.
3440 MOTOR AVE
LOS ANGELES, CA 90034-4017

Claim Number: 3385
Claim Date: 06/01/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $360.00 | | |
|---|---|---|---|---|

---

COX NORTH CAROLINA PUBLICATION
P.O. BOX 1967
GREENVILLE, NC 27835-1967

Claim Number: 3386
Claim Date: 06/01/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $2,749.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,749.25 |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: WHEELBASE COMMUNICATIONS LTD
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3387
Claim Date: 06/01/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $1,214.62 | Scheduled: | $964.62 |
|---|---|---|---|---|

---

WHEELBASE COMMUNICATIONS LTD
PO BOX 28046
MONCTON, NB E1C 9N4
CANADA

Claim Number: 3388
Claim Date: 06/01/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $261.00 | Scheduled: | $261.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| MANDER, JEREMIAH<br>6002 WINSLOW DR<br>HUNTINGTON BEACH, CA 92647 | | Claim Number: 3389<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12.50 | Scheduled: | $12.50 |

| | | |
|---|---|---|
| LOCKE, G.<br>6800 NW 39TH AVE     332<br>COCONUT CREEK, FL 33073 | | Claim Number: 3390<br>Claim Date: 06/01/2009<br>Debtor: SUN-SENTINEL COMPANY |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63.22 | Scheduled: | $63.22 |

| | | |
|---|---|---|
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD STREET<br>SAN BERNARDINO, CA 92415 | | Claim Number: 3391<br>Claim Date: 06/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 5711 (09/14/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $29,138.79   UNLIQ |

| | | |
|---|---|---|
| SWAN, WOODBURY D.<br>2606 CIPRIANI BLVD<br>BELMONT, CA 94002-1404 | | Claim Number: 3392<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $15,000.00 |

| | | |
|---|---|---|
| WISCONSIN DEPARTMENT OF REVENUE<br>HIRAM CUTTING<br>2135 RIMROCK RD.<br>MADISON, WI 53713 | | Claim Number: 3393<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 12364 (08/31/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $933.01   UNLIQ |

| | | |
|---|---|---|
| CHICAGOLAND PUBLISHING COMPANY<br>3 WESTBROOK CORPORATE CTR # 800<br>WESTCHESTER, IL 60154-5703 | | Claim Number: 3394<br>Claim Date: 06/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 3466 (02/17/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| HARRIS COUNTY<br>TREASURER<br>1001 PRESTON     STE 652<br>HOUSTON, TX 77002 | | Claim Number: 3395<br>Claim Date: 05/22/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $65,875.49   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SIRVA RELOCATION LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3396
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $16,775.00 | Scheduled: | $16,775.00 |
|---|---|---|---|---|

---

WILLIAMS, DEBRA
6218 HARCOURT AV
LOS ANGELES, CA 90043

Claim Number: 3397
Claim Date: 06/02/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| PRIORITY | Claimed: | $15.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15.00 |

---

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

Claim Number: 3398
Claim Date: 06/02/2009
Debtor: THE DAILY PRESS, INC.
Comments: WITHDRAWN
DOCKET: 6659 (11/30/2010)

| SECURED | Claimed: | $88,306.87   UNLIQ | | |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: WHEELBASE COMMUNICATIONS LTD
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3399
Claim Date: 06/02/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $629.00 | Scheduled: | $629.00 |
|---|---|---|---|---|

---

RICHLAND DALLAS TOWER LLC
400 N ASHLEY DRIVE  STE 3010
TAMPA, FL 33602-4354

Claim Number: 3400
Claim Date: 06/02/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $10,362.55 | Scheduled: | $10,611.35 |
|---|---|---|---|---|

---

MCCANCE, VICKI J
1030 NE 13TH AVE
FT LAUDERDALE, FL 33304-2219

Claim Number: 3401
Claim Date: 06/02/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

SPONSELLER, MYRA KATHRYN
20 SOUTH WINDSOR DRIVE
ROGERS, AR 72758

Claim Number: 3402
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments:
May amend claim number 1578

| PRIORITY | Claimed: | $502.58   UNLIQ | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ONLINE RESOURCES -PREVIOUSLY<br>PRINCETON ECOM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3403<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| UNSECURED | Claimed: | $25,322.65 | | |

---

| | | | | |
|---|---|---|---|---|
| PRINCETON ECOM CORPORATION<br>PO BOX 48128<br>NEWARK, NJ 07101-4828 | | Claim Number: 3404<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
| UNSECURED | Claimed: | $25,322.65 | | |

---

| | | | | |
|---|---|---|---|---|
| NIELSEN COMPANY, THE<br>770 BROADWAY, 8TH FLOOR<br>NEW YORK, NY 10003 | | Claim Number: 3405<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
| UNSECURED | Claimed: | $1,463.06 | Scheduled: | $1,463.06 |

---

| | | | | |
|---|---|---|---|---|
| NIELSEN LCC, CLARITAS<br>770 BORADWAY, 8TH FLOOR<br>NEW YORK, NY 10003 | | Claim Number: 3406<br>Claim Date: 06/02/2009<br>Debtor: THE DAILY PRESS, INC. | | |
| UNSECURED | Claimed: | $8,279.00 | Scheduled: | $8,279.00 |

---

| | | | | |
|---|---|---|---|---|
| PPF OFF TWO PARK AVENUE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 3407<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $43,711.01  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| GLENDALE BUSINESS CENTER, LLC<br>RE: GLENDALE 6631 N SIDNEY PL<br>CARE OF CLOVERLEAF GROUP, INC.<br>666 DUNDEE ROAD, SUITE 901<br>NORTHBROOK, IL 60062 | | Claim Number: 3408<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $990.95 | | |

---

| | | | | |
|---|---|---|---|---|
| YELLOWBRIX INC<br>200 N GLEBE RD STE 1025<br>ARLINGTON, VA 22203-3759 | | Claim Number: 3409<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $6,856.85 | Scheduled: | $6,856.85 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BURKE, SUSAN B<br>1610 LIGGETT DRIVE<br>CRESTWOOD, MO 63126 | | Claim Number: 3410<br>Claim Date: 06/02/2009<br>Debtor: KPLR, INC. | | |
| PRIORITY | Claimed: | $50,440.13 | | |
| UNSECURED | | | Scheduled: | $50,440.13 |

---

| | | | | |
|---|---|---|---|---|
| PETIT PRESS A.S.<br>ATTN. MR. ALEXEJ FULMEK<br>NAMESTIE SNP 30<br>BRATISLAVA, 811 01<br>SLOVAKIA (SLOVAK REPUBLIC) | | Claim Number: 3411<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $40,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: QUINN ANALYTICS<br>2 GREENWICH OFFICE PARK STE 300<br>GREENWICH, CT 06831-5155 | | Claim Number: 3412<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $8,471.40 | Scheduled: | $8,471.40 |

---

| | | | | |
|---|---|---|---|---|
| FRANCISCO, ALLEN<br>STAYER & GAINSBERG, P.C.<br>JARED B. STAYER<br>120 W MADISON ST, STE 520<br>CHICAGO, IL 60602 | | Claim Number: 3413<br>Claim Date: 06/02/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $1,500,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FRANCISCO, ALLEN<br>C/O STAYER & GAINSBERG, P.C.<br>ATTN: JARED B. STAVER<br>120 W. MADISON ST.<br>CHICAGO, IL 60602 | | Claim Number: 3414<br>Claim Date: 06/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 12716 (11/13/2012) | | |
| UNSECURED | Claimed: | $1,500,000.00 | Scheduled: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| ROUND 2 COMMUNICATIONS<br>10866 WILSHIRE BLVD, STE 900<br>LOS ANGELES, CA 90024 | | Claim Number: 3415<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim number 13 | | |
| UNSECURED | Claimed: | $442,163.38 | | |

---

| | | | | |
|---|---|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 3416<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | | |

---

| | | | |
|---|---|---|---|
| TOTAL | Claimed: | $0.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| RREEF AMERICA REIT II CORP. D.<br>1 PARKVIEW PLZ STE 900<br>VILLA PARK, IL 60181-4731 | | Claim Number: 3417<br>Claim Date: 06/02/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $1,900.00 | Scheduled: | $2,496.96 |
| JOBVIEW, LLC<br>ERIC SKYTTE OF LEONARD STREET & DEINARD<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPOLIS, MN 55402 | | Claim Number: 3418<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $101,545.60 | | |
| AMERICAN COPY EDITORS SOCIETY<br>409 S SPRINGINSOUTH RD<br>SCHAUMBURG, IL 60193-2439 | | Claim Number: 3419<br>Claim Date: 06/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 3420<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $203,303.59 | Scheduled: | $72,067.34 |
| WALSHE, SADHBH A<br>364 15TH ST APT 2L<br>BROOKLYN, NY 11215-5618 | | Claim Number: 3421<br>Claim Date: 06/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | |
| ADMINISTRATIVE | Claimed: | $150.00 | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
| TOTAL | Claimed: | $150.00 | | |
| GREATER MICHIGAN REALTY<br>5052 CREEKMONTE DR<br>ROCHESTER, MI 48306 | | Claim Number: 3422<br>Claim Date: 06/02/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
| TRELLEBORG COATED SYSTEMS US, INC.<br>PO BOX 1531<br>SPARTANBURG, SC 29304 | | Claim Number: 3423<br>Claim Date: 06/02/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| ADMINISTRATIVE | Claimed: | $1,594.67 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOLLINGER & GARVEY BOLLINGER
ATTN: JAMES R. PRENDERGAST, CFO
500 W MADISON ST NO. 2300
CHICAGO, IL 60661

Claim Number: 3424
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,631.25 |
|---|---|---|

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3425
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,315.50 |
|---|---|---|

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3426
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,573.28 |
|---|---|---|

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST SUITE 2300
CHICAGO, IL 60661

Claim Number: 3427
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $424.80 |
|---|---|---|

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3428
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,348.40 |
|---|---|---|

---

BOLLINGER, RUBERRY & GARVEY
ATTN: JAMES R. PRENDERGAST, CFO
500 W. MADISON ST., SUITE 2300
CHICAGO, IL 60661

Claim Number: 3429
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,689.92 |
|---|---|---|

---

TRC MASTER FUND LLC
TRANSFEROR: TECHNOTRANS AMERICA INC
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 3430
Claim Date: 06/03/2009
Debtor: TRIBUNE PUBLISHING COMPANY

| UNSECURED | Claimed: | $157,697.13 | Scheduled: | $157,697.22 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| TECHNOTRANS AMERICA, INC.<br>1050 E BUSINESS CENTER DRIVE<br>MT PROSPECT, IL 60056 | Claim Number: 3431<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $1,840.11 | | |
| TECHNOTRANS AMERICA, NC.<br>1050 E BUSINESS CENTER DRIVE<br>MT. PROSPECT, IL 60056 | Claim Number: 3432<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| ADMINISTRATIVE          Claimed: | $221.60 | | |
| TECHNOTRANS AMERICA INC<br>PO BOX 5815<br>CAROL STREAM, IL 60197-5815 | Claim Number: 3433<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $55,740.00 | Scheduled: | $27,870.00 |
| TECHNOTRANS AMERICA, NC.<br>1050 E BUSINESS CENTER DRIVE<br>MT. PROSPECT, IL 60056 | Claim Number: 3434<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED          Claimed: | $3,157.41 | | |
| DRYDEN XVI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3435<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| SECURED          Claimed: | $2,962,500.00 | | |
| DRYDEN XI-LEVERAGED LOAN CDO 2006<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3436<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| SECURED          Claimed: | $3,937,500.00 | | |
| LOAN FUNDING V, LLC, ET AL<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3437<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| SECURED          Claimed: | $3,950,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| DRYDEN VIII-LEVERAGE<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3438<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED | Claimed: | $2,950,000.00 |
| DRYDEN IX-SENIOR LOAN FUND 2005<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT,INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3439<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED | Claimed: | $1,703,125.00 |
| DRYDEN XVIII LEVERAGED LOAN 2007 LTD.<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, FLOOR 10<br>NEWARK, NJ 07102 | Claim Number: 3440<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED | Claimed: | $3,209,375.00 |
| DRYDEN V - LEVERAGED LOAN CDO 2003<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3441<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED | Claimed: | $2,962,500.00 |
| DRYDEN VII-LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: FRANK JONES<br>GATEWAY CENTER 2, 10TH FLOOR<br>NEWARK, NJ 07102 | Claim Number: 3442<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| SECURED | Claimed: | $3,950,000.00 |
| COPELAND, LOYD & DEBORAH<br>139 BOONE RIDGE<br>MOUNTAIN CITY, TN 37683 | Claim Number: 3443<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $121,000.00 |
| GBC LLC<br>9901 EXPRESS DR STE B<br>HIGHLAND, IN 46322 | Claim Number: 3444<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | |
| UNSECURED | Claimed: | $137,761.94 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DARR, THOMAS
1019 BRIDLESIDE DR
INDIAN TRAIL, NC 28079-4502

Claim Number: 3445
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $15/weekly

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DARR, THOMAS
1019 BRIDLESIDE DR
INDIAN TRAIL, NC 28079-4502

Claim Number: 3446
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $75/weekly

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DARR, THOMAS
1019 BRIDLESIDE DR
INDIAN TRAIL, NC 28079-4502

Claim Number: 3447
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

DARR, THOMAS
1019 BRIDLESIDE DR
INDIAN TRAIL, NC 28079-4502

Claim Number: 3448
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments:
Claim amount is $30/weekly

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

FAGGIO, ANDREW AND OTHERS SIMILARLY
SITUATED
C/O POMERANZ DRAYTON & STABNICK
95 GLASTONBURY BOULEVARD, SUITE 216
GLASTONBURY, CT 06033-4453

Claim Number: 3449
Claim Date: 06/03/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $3,562,564.03 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SPENCER, GILMAN
11 W 30TH ST APT 12F
NEW YORK, NY 10001-4419

Claim Number: 3450
Claim Date: 06/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $111,262.00 | | |
|---|---|---|---|---|

SPENCER, GILMAN
11 W 30TH ST APT 12F
NEW YORK, NY 10001-4419

Claim Number: 3451
Claim Date: 06/03/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4778 (06/14/2010)

| UNSECURED | Claimed: | $111,262.00 | Scheduled: | $111,262.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BREIMON, GERALD<br>COLLISON & O'CONNOR LTD<br>19 S LASALLE ST, 15TH FL<br>CHICAGO, IL 60603 | Claim Number: 3452<br>Claim Date: 06/03/2009<br>Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.<br>Comments: POSSIBLE DUPLICATE OF 3453<br>DOCKET: 4778 (06/14/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $50,000.00   UNLIQ | | |

| BREIMON, GERALD<br>C/O COLLISON & O'CONNOR LTD.<br>19 S. LASALLE STREET 15TH FL<br>CHICAGO, IL 60603 | Claim Number: 3453<br>Claim Date: 06/03/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: DOCKET: 4778 (06/14/2010)<br>Claim amount is stated as in excess of $50,000 | | |
|---|---|---|---|
| UNSECURED           Claimed: | $50,000.00   UNLIQ | Scheduled: | $0.00 UNLIQ |

| POPE RESOURCES<br>19950 7TH AVE NE STE 200<br>POULSBO, WA 98370-7405 | Claim Number: 3454<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $11,530.12 | | |

| ARBITRON<br>9705 PATUXENT WOOD<br>COLUMBIA, MD 21046-1572 | Claim Number: 3455<br>Claim Date: 06/03/2009<br>Debtor: KSWB INC. | | |
|---|---|---|---|
| UNSECURED           Claimed: | $1,204.65 | Scheduled: | $1,204.65 |

| ARBITRON MULTIMEDIA SERVICES<br>ATTN: LEGAL COUNSEL<br>9705 PATUXENT WOOD DR.<br>COLUMBIA, MD 21046 | Claim Number: 3456<br>Claim Date: 06/03/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
|---|---|---|---|
| UNSECURED           Claimed: | $171,219.67 | Scheduled: | $123,823.30 |

| DUMAINE, JOAN E<br>86 TRACY DRIVE<br>MANCHESTER, CT 06042 | Claim Number: 3457<br>Claim Date: 06/03/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
|---|---|---|---|
| PRIORITY           Claimed: | $634.08 | | |
| UNSECURED | | Scheduled: | $634.08 UNLIQ |

| SUNSET BRONSON ENTERTAINMENT PROPERTIES<br>LLC - C/O DAVID A. FIDLER, ESQ.<br>KLEE TUCHIN BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 3458<br>Claim Date: 06/03/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $83,390.06   UNLIQ | Scheduled: | $83,495.33 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| HY-KO PRODUCTS COMPANY<br>C/O THOMPSON HINE<br>ATTN: STEVEN S. KAUFMAN<br>3900 KEY TOWER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | | Claim Number: 3459<br>Claim Date: 06/03/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments:<br>Claim is for patenet infringement | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| REALTY ASSOCIATES FUND VIII LP., THE<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3460<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,626.87 |

---

| | | | | |
|---|---|---|---|---|
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN JR<br>LAW OFFICES OF RONALD K. BROWN JR<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | | Claim Number: 3461<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,108.96 |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3462<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $323,473.78 UNLIQ |
| UNSECURED | Claimed: | $96,986.64 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| CUMULUS MEDIA PARTNERS<br>YORK WSBA AM<br>LOCKBOX CMP SUS5 YORK MRKT<br>PO BOX 643665<br>CINCINNATI, OH 45264 | | Claim Number: 3463<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,976.25 | Scheduled: | $1,976.25 |

---

| | | | | |
|---|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 3464<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,190,498.00 |

---

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPOR. FUND<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 3465<br>Claim Date: 06/03/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $673.38 | Scheduled: | $336.90 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| KAHN, ROBERT<br>5-26 47TH ROAD<br>APT. 4C<br>LONG ISLAND CITY, NY 11101 | | Claim Number: 3466<br>Claim Date: 06/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for pension benefits | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00    UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| DULANY, WIILIAM B AND WINIFRED S.<br>RE: WESTMINISTER 121 E. MAIN<br>1167 OLD TANEYTOWN ROAD<br>WESTMINSTER, MD 21158 | | Claim Number: 3467<br>Claim Date: 06/03/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,100.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DIAMANTE, GIL<br>901 D ROYAL ST<br>ANNAPOLIS, MD 21401 | | Claim Number: 3468<br>Claim Date: 06/03/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $13,600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PALM BEACH COUNTY CLERK & COMPTROLLER<br>ATTN: DENISE COFFMAN, ESQ.<br>301-N. OLIVE AVE., 9TH FL<br>WEST PALM BEACH, FL 33401 | | Claim Number: 3469<br>Claim Date: 06/03/2009<br>Debtor: SUN-SENTINEL COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $212.00 | Scheduled: | $801.80 |

---

| | | | | |
|---|---|---|---|---|
| MOORE, MARY G<br>15 WARD ST APT 7<br>SOUTH BOSTON, MA 02127-3589 | | Claim Number: 3470<br>Claim Date: 06/03/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| DULANY LEAHY & CURTIS<br>RE: WESTMINISTER 121 E. MAIN<br>127 EAST MAIN ST.<br>WESTMINSTER, MD 21157 | | Claim Number: 3471<br>Claim Date: 06/03/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $665.30 | | |

---

| | | | | |
|---|---|---|---|---|
| STEWART, FRANK<br>8214 MITNICK RD<br>NOTTINGHAM, MD 21236-3108 | | Claim Number: 3472<br>Claim Date: 06/03/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41.54 | Scheduled: | $41.54 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: WHEELBASE COMMUNICATIONS LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3473<br>Claim Date: 06/03/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,397.81 | Scheduled: | $1,397.81 |
|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: WHEELBASE COMMUNICATIONS LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3474<br>Claim Date: 06/03/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,701.00 | Scheduled: | $1,701.00 |
|---|---|---|---|---|

| BELCARO GROUP INC<br>7100 E BELLEVIEW AVE  SUITE 208<br>GREENWOOD VILLAGE, CO 80111 | Claim Number: 3475<br>Claim Date: 06/03/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |
|---|---|

| UNSECURED | Claimed: | $59.70 | Scheduled: | $113.40 |
|---|---|---|---|---|

| MOYER, ALEXIS<br>C/O DRAKE, HILEMAN & DAVIS<br>ATTN: JONATHAN RUSSELL<br>SUITE 15, BAILIWICK OFFICE CAMPUS<br>DOYLESTOWN, PA 18901-1306 | Claim Number: 3476<br>Claim Date: 06/04/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $35,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| HOGAN & HARTSON LLP<br>COLUMBIA SQUARE<br>555  13TH STREET, NW<br>WASHINGTON, DC 20004-1109 | Claim Number: 3477<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $12,935.23 |
|---|---|---|

| AMERICAN TOWER CORPORATION<br>ATTENTION: DREW GALVIN<br>116 HUNTINGTON AVENUE<br>BOSTON, MA 02116 | Claim Number: 3478<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $79,679.75 | Scheduled: | $64,463.19 |
|---|---|---|---|---|

| NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | Claim Number: 3479<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $150,895.94 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RADCLIFFE JEWELERS<br>1848 REISTERSTOWN RD<br>BALTIMORE, MD 21208 | Claim Number: 3480<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $5,459.00 | | |

| BULLOCK, LOREN E. - TRUSTEE OF<br>THE LOREN E. BULLOCK REVOCABLE TRUST<br>U/A 05/08/98<br>2469 CAVALIER DRIVE<br>SALT LAKE CITY, UT 84121-3916 | Claim Number: 3481<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $20,000.00   UNLIQ | | |

| SUN CAFE<br>333 SW 12TH AV<br>DEERFIELD BEACH, FL 33442 | Claim Number: 3482<br>Claim Date: 06/04/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,829.54 | Scheduled: | $146.01 |

| LIPINSKI, ANNMARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | Claim Number: 3483<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $195,192.31 | Scheduled: | $195,192.31 |

| LIPINSKI, ANNMARIE<br>4919 S. WOODLAWN AVE.<br>CHICAGO, IL 60615 | Claim Number: 3484<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $462.99 | Scheduled: | $462.99 |

| RAISH, JASON<br>3069 COUNTY RD     119<br>CANISTEO, NY 14823 | Claim Number: 3485<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $500.00 | Scheduled: | $500.00 |

| CHENG-PAVON, MAE<br>137 E. 36TH STREET<br>APT #15E<br>NEW YORK, NY 10016 | Claim Number: 3486<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for pension paln | | |
|---|---|---|---|
| PRIORITY          Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| YORK WATER COMPANY<br>130 E MARKET ST<br>YORK, PA 17405-7089 | Claim Number: 3487<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $85.28 | Scheduled: | $83.71 |
|---|---|---|---|---|

---

| GLENN KAUPERT PHOTOGRAPHY<br>745 NORFOLK AVE<br>WESTCHESTER, IL 60154 | Claim Number: 3488<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

---

| BULL, DEBBY<br>208 N MADISON ST<br>ST CROIX FLS, WI 54024-9134 | Claim Number: 3489<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,526.00 |
|---|---|---|

---

| SCW CAPITAL RESOURCES, LP<br>10 GLENRIDGE DRIVE<br>BEDFORD, MA 01730 | Claim Number: 3490<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $3,300.00 |
|---|---|---|

---

| SINCLAIR, MARCIA<br>14532 S. BENSLEY AVENUE<br>BURNHAM, IL 60633 | Claim Number: 3491<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $20,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| MCKULA, KATHLEEN S<br>175 WALLENS HILL RD<br>WINSTED, CT 06098 | Claim Number: 3492<br>Claim Date: 06/04/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $3,110.94 | Scheduled: | $3,110.94 UNLIQ |
|---|---|---|---|---|

---

| KAUPERT, GLENN A<br>745 NORFOLK AVENUE<br>WESTCHESTER, IL 60154 | Claim Number: 3493<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $225.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GLENN KAUPERT PHOTOGRAPHY<br>745 NORFOLK AVE<br>WESTCHESTER, IL 60154 | | Claim Number: 3494<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE MEDIA NET, INC. | | |
| UNSECURED | Claimed: | $158.00 | Scheduled: | $158.00 |
| GLENN KAUPERT PHOTOGRAPHY<br>745 NORFOLK AVE<br>WESTCHESTER, IL 60154 | | Claim Number: 3495<br>Claim Date: 06/04/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | | |
| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
| KAUPERT, GLENN<br>745 NORFOLK AVE.<br>WESTCHESTER, IL 60154 | | Claim Number: 3496<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010)<br>Invoice no. 120808-H | | |
| UNSECURED | Claimed: | $225.00 | | |
| SCHOLLY, ALISON R<br>2137 W. HOMER<br>CHICAGO, IL 60647 | | Claim Number: 3497<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $60,480.77 | Scheduled: | $60,480.77 |
| DELNAGRO, PHILLIP F.<br>6014 CHIMNEY ROCK DR<br>HOSCHTON, GA 30548-4122 | | Claim Number: 3498<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $25,128.65 | | |
| STANTON, RICHARD W.<br>1239 MAPLEWOOD DRIVE<br>MAPLE GLEN, PA 91301 | | Claim Number: 3499<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $58,991.00 | Scheduled: | $58,991.00 UNLIQ |
| PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | | Claim Number: 3500<br>Claim Date: 06/04/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $249,484.73 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PRICE, ERIC K
150 JEROME DRIVE
BOLINGBROOK, IL 60440

Claim Number: 3501
Claim Date: 06/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $249,484.73 | | |

---

PRICE, ERIC
150 JEROME DRIVE
BOLINGBROOK, IL 60440

Claim Number: 3502
Claim Date: 06/04/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $249,484.73 | Scheduled: | $0.00 UNLIQ |

---

HICKMAN, ROBERT
40917 30TH ST. W
PALMDALE, CA 93551

Claim Number: 3503
Claim Date: 06/04/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| UNSECURED | Claimed: | $43,836.80 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: ONLINE RESOURCES (FKA
PRINCETON ECOM)
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3504
Claim Date: 06/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $25,322.65 | Scheduled: | $22,210.39 |

---

TRUCK DRIVERS & HELPERS LOCAL UNION
NO. 355 RETIREMENT PENSION FUND
C/O ABATO, RUBENSTEIN AND ABATO, P.A.
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

Claim Number: 3505
Claim Date: 06/04/2009
Debtor: THE BALTIMORE SUN COMPANY

| PRIORITY | Claimed: | $3,237.30 |
| UNSECURED | Claimed: | $19,552.79 |

---

TRUCK DRIVERS & HELPERS LOCAL UNION
NO. 355 HEALTH AND WELFARE FUND
C/O ABATO, RUBENSTEIN AND ABATO, P.A.
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

Claim Number: 3506
Claim Date: 06/04/2009
Debtor: THE BALTIMORE SUN COMPANY

| PRIORITY | Claimed: | $13,534.02 |
| UNSECURED | Claimed: | $81,745.57 |

---

MURPHY, KEVIN
200 SPRINGLINE DR
NAPLES, FL 34102-5053

Claim Number: 3507
Claim Date: 06/04/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $20,700.00 | Scheduled: | $16,970.02 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CENTURION INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3508<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $398.69 | Scheduled: | $398.69 |
| GAGE SPENCER & FLEMING LLP<br>410 PARK AVE STE 900<br>NEW YORK, NY 10022 | Claim Number: 3509<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $7,462.00 | | |
| INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | Claim Number: 3510<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $138,134.40 | Scheduled: | $141,339.40 |
| INTELSAT CORPORATION<br>HERRICK FEINSTEIN<br>ATTN: STEPHEN SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | Claim Number: 3511<br>Claim Date: 06/04/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| UNSECURED | Claimed: | $40,645.17 | Scheduled: | $40,645.17 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROFORMA PRINTING SYS.,INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 3512<br>Claim Date: 06/04/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,341.02 | | |
| UNSECURED | Claimed: | $2,887.85 | Scheduled: | $6,228.87 |
| WHELAN-SFI N/K/A WHELAN SECURITY MID-<br>ATLANTIC<br>1699 S. HANLEY ROAD, SUITE 350<br>SAINT LOUIS, MO 63144 | Claim Number: 3513<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $5,678.23 | Scheduled: | $5,678.23 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: WHELAN-SFI N/K/A WHELAN SECU<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3514<br>Claim Date: 06/04/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | | |
| UNSECURED | Claimed: | $77,857.05 | Scheduled: | $75,766.12 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| SECURITY FORCES, INC.<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | | Claim Number: 3515<br>Claim Date: 06/04/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $15,098.34 | Scheduled: | | $9,041.47 |

| | | | | | |
|---|---|---|---|---|---|
| PIXELRIA, INC<br>16053 ARBOR DR.<br>PLAINFIELD, IL 60586 | | Claim Number: 3516<br>Claim Date: 06/04/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $720.00 | Scheduled: | | $720.00 |

| | | | | | |
|---|---|---|---|---|---|
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: VISION DIRECT<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | | Claim Number: 3517<br>Claim Date: 06/04/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | | |
| UNSECURED | Claimed: | $124,944.29 | Scheduled: | | $124,944.29 |

| | | | |
|---|---|---|---|
| FIRST STATES INVESTORS DB I SP LP<br>C/O LASALLE BANK NA TRUST 7205341<br>135 SOUTH LASALLE ST, STE 1625<br>CHICAGO, IL 60603 | | Claim Number: 3518<br>Claim Date: 06/04/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) | |
| UNSECURED | Claimed: | $213,537.16 | |

| | | | |
|---|---|---|---|
| FIRST STATES INVESTORS DB I SP LP<br>PO BOX 8500-2321<br>PHILADELPHIA, PA 19178-2321 | | Claim Number: 3519<br>Claim Date: 06/04/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $213,537.96 | |

| | | | |
|---|---|---|---|
| FIRST STATES INVESTORS DB I SP LP<br>680 OLD YORK ROAD<br>SUITE 200<br>JENKINTOWN, PA 19046 | | Claim Number: 3520<br>Claim Date: 06/04/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $213,537.96 | |

| | | | |
|---|---|---|---|
| FIRST STATES INVESTORS DB SP LP<br>RE: WILLIAMSBURG 1006 RICHMON<br>LASALLE BANK, N.A.<br>135 S. LA SALLE ST., SUITE 1625<br>CHICAGO, IL 60603 | | Claim Number: 3521<br>Claim Date: 06/04/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED | Claimed: | $213,537.96 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OMEGA RESEARCH CONSULTANTS
PO BOX 11219
CHICAGO, IL 60611-0219

Claim Number: 3522
Claim Date: 06/04/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $14,130.00 | Scheduled: | $7,650.00 |
|---|---|---|---|---|

WILMINGTON TRUST CORPORATION,
AS INDENTURE TRUSTEE
C/O PATRICK J. HEALY, VP
1100 NORTH MARKET ST - RODNEY SQ NORTH
WILMINGTON, DE 19890

Claim Number: 3523
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,196,823,429.80  UNLIQ | Scheduled: | $758,871,303.23  UNLIQ |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: TELEREP, LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 3524
Claim Date: 06/05/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $293,091.20 | Scheduled: | $87,927.36 |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3525
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,702,999.21 | Scheduled: | $83,702,999.21  UNLIQ |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3526
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $120,500.00 | Scheduled: | $120,500.00  UNLIQ |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE FL 3
JERSEY CITY, NJ 07311-3934

Claim Number: 3527
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $335,486,250.00 | Scheduled: | $335,486,250.00  UNLIQ |
|---|---|---|---|---|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 3528
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $456,946,875.00 | Scheduled: | $456,946,875.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3529<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $148,715,333.33 | Scheduled: | $148,715,333.33 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3530<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $86,270,366.40 | Scheduled: | $86,270,366.40 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3531<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $102,000,520.83 | Scheduled: | $102,000,520.83 UNLIQ |
|---|---|---|---|---|

| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST & SEC SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ 07901 | Claim Number: 3532<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $69,812,899.00 | Scheduled: | $69,812,899.00 UNLIQ |
|---|---|---|---|---|

| HASLER MAILING SYSTEMS SOLUTIONS<br>PO BOX 3808<br>MILFORD, CT 06460-8708 | Claim Number: 3533<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $45.00 |
|---|---|---|

| HASLER INC.<br>PO BOX 3808<br>ATTN: CONTRACT DEPT<br>MILFORD, CT 06460 | Claim Number: 3534<br>Claim Date: 06/05/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $270.00 |
|---|---|---|

| BRUCE MICKELSON<br>C/O THOMAS L. IRWIN<br>21 FRANKLIN AVENUE<br>NUTLEY, NJ 07110 | Claim Number: 3535<br>Claim Date: 06/05/2009<br>Debtor: WPIX, INC. |
|---|---|

| UNSECURED | Claimed: | $650,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BRUCE MICKELSON<br>C/O THOMAS L. IRWIN P.A.<br>21 FRANKLIN AVENUE<br>NUTLEY, NJ 07110 | | Claim Number: 3536<br>Claim Date: 06/05/2009<br>Debtor: WPIX, INC.<br>Comments: POSSIBLE DUPLICATE OF 3535 | | |

| UNSECURED | Claimed: | $650,000.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ANNA GOODSON MANAGEMENT INC<br>38-10 PLACE DU COMMERCE STE 611<br>VERDUN, QC H3E IT8<br>CANADA | | Claim Number: 3537<br>Claim Date: 06/05/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ANNA GOODSON MANAGEMENT INC<br>38-10 PLACE DU COMMERCE STE 611<br>VERDUN, QC H3E IT8<br>CANADA | | Claim Number: 3538<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3187 (01/25/2010) | | |

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LOS ANGELES CLIPPERS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3539<br>Claim Date: 06/05/2009<br>Debtor: KTLA INC. | | |

| UNSECURED | Claimed: | $4,648.91 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LOS ANGELES CLIPPERS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3540<br>Claim Date: 06/05/2009<br>Debtor: KTLA INC. | | |

| UNSECURED | Claimed: | $254,032.26 | Scheduled: | $254,032.26 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | | Claim Number: 3541<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY | | |

| UNSECURED | Claimed: | $235,474.58 | Scheduled: | $162,683.83 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | | Claim Number: 3542<br>Claim Date: 06/05/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |

| UNSECURED | Claimed: | $16,104.33 | Scheduled: | $3,746.26 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3543
Claim Date: 06/05/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $18,655.17 | Scheduled: | $10,995.01 |
|---|---|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3544
Claim Date: 06/05/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.

| UNSECURED | Claimed: | $20,413.14 |
|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3545
Claim Date: 06/05/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $16,274.76 |
|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3546
Claim Date: 06/05/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $18,426.84 |
|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3547
Claim Date: 06/05/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $5,378.27 |
|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3548
Claim Date: 06/05/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $7,573.39 |
|---|---|---|

CCI EUROPE INTERNATIONAL INC
C/O BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801-3034

Claim Number: 3549
Claim Date: 06/05/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $8,268.04 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3550
Claim Date: 06/05/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $242.92 | UNLIQ |
| UNSECURED | Claimed: | $799.32 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3551
Claim Date: 06/05/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,196.01 | UNLIQ |
| UNSECURED | Claimed: | $712.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3552
Claim Date: 06/05/2009
Debtor: CHICAGO RIVER PRODUCTION COMPANY
Comments: WITHDRAWN
DOCKET: 12700 (11/07/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.01 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3553
Claim Date: 06/05/2009
Debtor: CHANNEL 40, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $694,644.01 | UNLIQ |
| UNSECURED | Claimed: | $91,571.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3554
Claim Date: 06/05/2009
Debtor: CANDLE HOLDINGS CORPORATION
Comments: WITHDRAWN
DOCKET: 12700 (11/07/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.01 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3555
Claim Date: 06/05/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,692,389.01 | UNLIQ |
| SECURED | Claimed: | $28,902.00 | UNLIQ |
| UNSECURED | Claimed: | $268,833.00 | UNLIQ |
| TOTAL | Claimed: | $1,961,222.01 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3556<br>Claim Date: 06/05/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $289,743.01   UNLIQ | |
| UNSECURED | Claimed: | $41,476.00   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3557<br>Claim Date: 06/05/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $79.01   UNLIQ | |
| UNSECURED | Claimed: | $7.00   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3558<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $51,750,072.01   UNLIQ | |
| UNSECURED | Claimed: | $27,782,334.00   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3559<br>Claim Date: 06/05/2009<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3560<br>Claim Date: 06/05/2009<br>Debtor: FORTIFY HOLDINGS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3561<br>Claim Date: 06/05/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $105,757.01   UNLIQ | |
| UNSECURED | Claimed: | $18,067.00   UNLIQ | |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3562<br>Claim Date: 06/05/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $502,594.01   UNLIQ | |
| UNSECURED | Claimed: | $62,187.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3563<br>Claim Date: 06/05/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $9,664,260.01   UNLIQ | |
| UNSECURED | Claimed: | $842,916.00   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3564<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $14,213,772.01   UNLIQ | |
| UNSECURED | Claimed: | $2,390,673.00   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3565<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3566<br>Claim Date: 06/05/2009<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3567<br>Claim Date: 06/05/2009<br>Debtor: SHEPARD'S INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $4,058.01   UNLIQ | |
| UNSECURED | Claimed: | $521.00   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3568<br>Claim Date: 06/05/2009<br>Debtor: TMLH 2, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |

| | | | |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 3569<br>Claim Date: 06/05/2009<br>Debtor: TMLS I, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $0.01   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3570
Claim Date: 06/05/2009
Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $388,558.01 | UNLIQ |
| UNSECURED | Claimed: | $49,354.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3571
Claim Date: 06/05/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $186,149.01 | UNLIQ |
| UNSECURED | Claimed: | $24,107.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3572
Claim Date: 06/05/2009
Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.01 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3573
Claim Date: 06/05/2009
Debtor: TRIBUNE LICENSE, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $643,157.01 | UNLIQ |
| UNSECURED | Claimed: | $1,253,524.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3574
Claim Date: 06/05/2009
Debtor: TRIBUNE LOS ANGELES, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,241,599.01 | UNLIQ |
| UNSECURED | Claimed: | $706,428.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3575
Claim Date: 06/05/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $107,328.01 | UNLIQ |
| UNSECURED | Claimed: | $14,432.00 | UNLIQ |

---

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 3576
Claim Date: 06/05/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $231,293.01 | UNLIQ |
| UNSECURED | Claimed: | $29,754.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTION<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 3577<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |

| PRIORITY | Claimed: | $4,585.01  UNLIQ |
| UNSECURED | Claimed: | $736.00  UNLIQ |

---

| CITY OF PASADENA<br>100 NORTH GARFIELD AVENUE<br>ROOM N210<br>PASADENA, CA 91109-7215 | Claim Number: 3578<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 9345 (06/24/2011) |

| UNSECURED | Claimed: | $811.62 |

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3579<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2902 (12/22/2009) |

| SECURED | Claimed: | $111.11  UNLIQ |

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3580<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12505 (10/03/2012) |

| SECURED | Claimed: | $158.91  UNLIQ | | |
| UNSECURED | | | Scheduled: | $5,371.95 |

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3581<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2902 (12/22/2009) |

| SECURED | Claimed: | $158.91  UNLIQ |

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3582<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12505 (10/03/2012) |

| SECURED | Claimed: | $116.50  UNLIQ |

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3583<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2902 (12/22/2009) |

| SECURED | Claimed: | $116.50  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3584<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12505 (10/03/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $5,262.68  UNLIQ | |

| PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Number: 3585<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2902 (12/22/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $5,262.68  UNLIQ | |

| SCHIELE INC<br>511 S WALNUT AVE<br>ARLINGTON HTS, IL 60005 | Claim Number: 3586<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | |

| SUN CHEMICAL CORP<br>390 CENTRAL AVE<br>EAST RUTHERFORD, NJ 07073 | Claim Number: 3587<br>Claim Date: 06/05/2009<br>Debtor: HOMESTEAD PUBLISHING CO. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,673.59 | |
| UNSECURED | Claimed: | $5,798.22 | Scheduled: | $16,194.09 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NEW ENGLAND CREATIVE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 3588<br>Claim Date: 06/05/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,451.64 | |
| UNSECURED | | | Scheduled: | $2,451.61 |

| COMPARSI, VINCE<br>2166 W. GENERAL AVE<br>RANCHO PALOS VERDES, CA 90275 | Claim Number: 3589<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 10913 (02/14/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,560,043.00 | |

| SCHRETER, MICHAEL<br>75137 SPYGLASS DR<br>INDIAN WELLS, CA 92210-7633 | Claim Number: 3590<br>Claim Date: 06/05/2009<br>Debtor: KTLA INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| PRIORITY | Claimed: | $343,397.38 | |
| UNSECURED | | | Scheduled: | $225,022.69  UNLIQ |
| TOTAL | Claimed: | $331,466.86 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CITY OF HARTFORD, CT<br>ATTN ATTORNEY KENNETH B. KAUFMAN<br>63 FOREST HILLS DRIVE<br>FARMINGTON, CT 06032 | Claim Number: 3591<br>Claim Date: 06/05/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11460 (04/23/2012) |
|---|---|
| UNSECURED          Claimed: | $279.00 |

| TAYLOR, DAVID LLOYD, TRUSTEE<br>DAVID LLOYD TAYLOR TRUST, U/A 1/1/01<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3592<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $2,050,000.00 |

| FMTC CUSTODIAN- ROTH IRA<br>FBO DAVID LLOYD TAYLOR<br>966 WILDFLOWER WAY<br>LONGWOOD, FL 32750-4045 | Claim Number: 3593<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $1,000,000.00 |

| ST JOHN PROPERTIES INC<br>2560 LORD BALTIMORE DRIVE<br>BALTIMORE, MA 21244 | Claim Number: 3594<br>Claim Date: 06/05/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|
| UNSECURED          Claimed: | $2,263.85 |

| MONUMENTAL LIFE INSURANCE COMPANY<br>RE: CHATSWORTH 9301 OAKDALE<br>% AEGON USA REALTY ADVISORS, INC.;<br>ATTN: LEASE ADMIN; 4333 EDGEWOOD RD NE<br>CEDAR RAPIDS, IA 52499-5553 | Claim Number: 3595<br>Claim Date: 06/05/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|
| UNSECURED          Claimed: | $278,966.76 |

| RHINO GROUP<br>PO BOX 15774<br>RIO RANCHO, NM 87174 | Claim Number: 3596<br>Claim Date: 06/05/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|
| PRIORITY          Claimed:          $400.00 | |
| UNSECURED                              Scheduled:          $1,200.00 | |

| TOMCHEK, PETER J.<br>1000 HERITAGE CENTER CIRCLE<br>ROUND ROCK, TX 78664 | Claim Number: 3597<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|
| PRIORITY          Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DOOR SYSTEMS<br>751 EXPRESSWAY DR<br>ITASCA, IL 60143 | | Claim Number: 3598<br>Claim Date: 06/05/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $5,634.00 | | |
| UNSECURED | Claimed: | $670.73 | | |

---

| | | | | |
|---|---|---|---|---|
| PATTON, DONALD<br>4750 PLEASANT OAK DR UNIT 307<br>FORT COLLINS, CO 80525-3735 | | Claim Number: 3599<br>Claim Date: 06/05/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $214,750.91 | Scheduled: | $214,750.91 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3600<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $23.62 | | |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3601<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $48,901.16   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| BOSTWICK BRAUN<br>P.O. BOX 986<br>TOLEDO, OH 43697 | | Claim Number: 3602<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $990.19 | Scheduled: | $990.19 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| TROUT, STEVE R<br>PO BOX 1155<br>TINLEY PARK, IL 60477 | | Claim Number: 3603<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| L MILLER & SON LUMBER CO INC<br>1815-25 W DIVISION ST<br>CHICAGO, IL 60622 | | Claim Number: 3604<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | |
| UNSECURED | Claimed: | $926.66 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ACEY DECY EQUIPMENT CO INC
200 PARKSIDE DR
SAN FERNANDO, CA 91340

Claim Number: 3605
Claim Date: 06/05/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| UNSECURED | | $2,040.20 | | $2,040.20 |

---

JACKSON, DORA D
2627 LOYOLA SOUTHWAY
BALTIMORE, MD 21215

Claim Number: 3606
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claimant states "vested in company pension plan"

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNDET |

---

QUINN, MEREDITH
91 MONOMOYIC WAY
CHATAHAM, MA 02633

Claim Number: 3607
Claim Date: 06/05/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4778 (06/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $23,460.00 | | $23,460.00  UNLIQ |

---

AGGREKO LLC
PO BOX 972562
DALLAS, TX 75397-2562

Claim Number: 3608
Claim Date: 06/05/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $8,000.00 | | $4,000.00 |

---

SIMPLEX
6330 HEDGEWOOD DR
ALLENTOWN, PA 18106

Claim Number: 3609-01
Claim Date: 06/05/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $602.00 |

---

SIMPLEX
6330 HEDGEWOOD DR
ALLENTOWN, PA 18106

Claim Number: 3609-02
Claim Date: 06/05/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,364.75 |

---

SIMPLEX
6330 HEDGEWOOD DR
ALLENTOWN, PA 18106

Claim Number: 3609-03
Claim Date: 06/05/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $53.27 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 3610<br>Claim Date: 06/05/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | | |
| PRIORITY | Claimed: | $1,655,188.39 | | |
| UNSECURED | Claimed: | $364,899.28 | | |
| RICIGLIANO, MICHAEL C<br>3628 EASTWOOD DR.<br>BALTIMORE, MD 21206 | | Claim Number: 3611<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) | | |
| SECURED | Claimed: | $200.00 | | |
| UNSECURED | | | Scheduled: | $200.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: R.P. COOLING CORP.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3612<br>Claim Date: 06/05/2009<br>Debtor: INSERTCO, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $2,007.57 | | |
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | | Claim Number: 3613<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $8,000.00 | | |
| TEMPLE, EDWARD J.<br>246 PINE LANE<br>WETHERSFIELD, CT 06109 | | Claim Number: 3614<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $23,000.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: REMOTE FACILITIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3615<br>Claim Date: 06/05/2009<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | |
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: RAMO COFFEE COMPANY<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3616<br>Claim Date: 06/05/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| ADMINISTRATIVE | Claimed: | $491.15 | | |
| UNSECURED | | | Scheduled: | $241.43 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MOREHOUSE, L CLARK III<br>1 OXFORD ROAD<br>LARCHMONT, NY 10538 | | Claim Number: 3617<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $203,963.46 | Scheduled: | $214,913.46 |

---

| | | | | |
|---|---|---|---|---|
| IBM DAKSH BUSINESS PROCESS SERVICES PVT<br>LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR<br>DLF CYBER PARK, DLF PHASE 2, SECTORS 25A<br>GURGAON, HARYANA, 122002<br>INDIA | | Claim Number: 3618<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $222,177.80 | | |

---

| | | | | |
|---|---|---|---|---|
| STATE BOARD OF EQUALIZATION<br>SPECIAL PROCEDURES SECTION, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 3619<br>Claim Date: 05/27/2009<br>Debtor: KSWB INC.<br>Comments: WITHDRAWN<br>DOCKET: 12570 (10/15/2012) | | |
| PRIORITY | Claimed: | $887.70 | | |
| UNSECURED | | | Scheduled: | $887.70 |

---

| | | | | |
|---|---|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>STILLWATER TECHNOLOGIES, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | | Claim Number: 3620<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $8,963.25 | | |

---

| | | | | |
|---|---|---|---|---|
| DALLAS WATER UTILITIES<br>1500 MARILLA, STE 3AS<br>DALLAS, TX 75201 | | Claim Number: 3621<br>Claim Date: 05/27/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $621.67 | Scheduled: | $536.19 |

---

| | | | | |
|---|---|---|---|---|
| CORBIS CORPORATION<br>ATTN: CREDIT DEPT.<br>710 SECOND AVE, STE 220<br>SEATTLE, WA 98104 | | Claim Number: 3622<br>Claim Date: 05/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $585.00 | Scheduled: | $585.00 |

---

| | | | | |
|---|---|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF<br>WORLDNET INTERNATIONAL COURIERS, INC.<br>P.O. BOX 626<br>PLANETARIUM STATION<br>NEW YORK, NY 10023 | | Claim Number: 3623<br>Claim Date: 05/27/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,196.01 | | |
| UNSECURED | | | Scheduled: | $10,196.01 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ACCOUNTEMPS
ROBERT HALF INTERNATIONAL INC
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

Claim Number: 3624
Claim Date: 05/28/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $910.80 | Scheduled: | $910.80 |

---

ACCOUNTEMPS
DIV. OF ROBERT HALF INTERNATIONAL
ATTN: MARY GONZALEZ
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 3625
Claim Date: 05/28/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

---

CREATIVE GROUP, THE
2613 CAMINO RAMON # 3
SAN RAMON, CA 94583-9128

Claim Number: 3626
Claim Date: 05/28/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 9400 (06/30/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,004.50 |

---

SPRINT NEXTEL-CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 3627
Claim Date: 06/01/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107.25 | Scheduled: | $1,049.42 |

---

SPECTRUM ENGINEERING GROUP LLC
25 SURREY DR
CHESHIRE, CT 06410-2814

Claim Number: 3628
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | |
|---|---|---|
| PRIORITY UNSECURED | Claimed: | $11,633.46 |

---

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 3629
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

VERIZON INC.
AFNI/VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 3630
Claim Date: 06/02/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 11993 (07/11/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,636.03 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CIT<br>1162 E SONTERRA BLVD STE 130<br>SAN ANTONIO, TX 78258-4048 | | Claim Number: 3631<br>Claim Date: 06/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $181,272.00 | | |
| TOTAL | Claimed: | $181,272.62 | | |

---

| | | | | |
|---|---|---|---|---|
| HASLER INC<br>PO BOX 3808<br>MILFORD, CT 06461 | | Claim Number: 3632<br>Claim Date: 06/05/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED | Claimed: | $292.56 | | |

---

| | | | | |
|---|---|---|---|---|
| RAWITCH, ROBERT<br>9730 TUNNEY AVE.<br>NORTHRIDGE, CA 91324 | | Claim Number: 3633<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for retiree medical benefits | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SHELLENBERGER, JANICEMARIE<br>1461 MAIN STREET<br>BETHLEHEM, PA 18018 | | Claim Number: 3634<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC. | | |
| UNSECURED | Claimed: | $3,868.61 | Scheduled: | $3,868.61 |

---

| | | | | |
|---|---|---|---|---|
| MOTION INDUSTRIES INC<br>PO BOX 1477<br>BIRMINGHAM, AL 35201-1477 | | Claim Number: 3635<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: ALLOWED<br>DOCKET: 5503 (08/25/2010) | | |
| UNSECURED | Claimed: | $3,851.38 | Scheduled: | $3,535.61 |

---

| | | | | |
|---|---|---|---|---|
| ZILLOW, INC.<br>1301 2ND AVE STE 3100<br>SEATTLE, WA 98101-0003 | | Claim Number: 3636<br>Claim Date: 06/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $7,845.52 | | |

---

| | | | | |
|---|---|---|---|---|
| MERLINONE INC<br>ATTN: SHRAWN HARDESTY<br>17 WHITNEY RD<br>QUINCY, MA 02169 | | Claim Number: 3637-01<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | |
| UNSECURED | Claimed: | $346.04 | Scheduled: | $2,679.14 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MERLINONE INC
ATTN: SHRAWN HARDESTY
17 WHITNEY RD
QUINCY, MA 02169

Claim Number: 3637-02
Claim Date: 06/08/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346.04 | Scheduled: | $745.16 |

---

MERLINONE INC
ATTN: SHRAWN HARDESTY
17 WHITNEY RD
QUINCY, MA 02169

Claim Number: 3637-03
Claim Date: 06/08/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346.01 | Scheduled: | $7,727.00 |

---

MERLINONE INC
ATTN: SHRAWN HARDESTY
17 WHITNEY RD
QUINCY, MA 02169

Claim Number: 3637-04
Claim Date: 06/08/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346.04 | Scheduled: | $4,412.90 |

---

MERLINONE INC
ATTN: SHRAWN HARDESTY
17 WHITNEY RD
QUINCY, MA 02169

Claim Number: 3637-05
Claim Date: 06/08/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $346.04 | Scheduled: | $3,000.00 |

---

1920 COLORADO INC
RE: SANTA MONICA 1920 COLORAD
PLATINUM REALTY MANAGEMENT
201 WILSHIRE BLVD STE A28
SANTA MONICA, CA 90401

Claim Number: 3638
Claim Date: 06/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,100,692.87 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: JONES LANG LASALLE
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 3639
Claim Date: 06/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3639 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $255,199.28 |

---

ASM CAPITAL, L.P.
TRANSFEROR: RIGGLE, JOHN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3640
Claim Date: 06/08/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $127,380.77 | Scheduled: | $138,330.77 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ORRICK HERRINGTON AND SUTCLIFFE
4253 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 3641
Claim Date: 06/08/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.

| UNSECURED | Claimed: | $3,215.80 | Scheduled: | $4,875.18 |
|---|---|---|---|---|

---

SCHEER, ROBERT
2625 ALCATRAZ AVE # 514
BERKELEY, CA 94705-2702

Claim Number: 3642
Claim Date: 06/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |
|---|---|---|---|---|

---

HOME INSURANCE CO. IN LIQUIDATION, THE
KAREN TISDELL
55 SOUTH COMMERCIAL STREET
MANCHESTER, NH 03101

Claim Number: 3643
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 12833 (12/11/2012)
Insurance premiums

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

MERRITT GB1 LLC
2066 LORD BALTIMORE DR
BALTIMORE, MD 21244

Claim Number: 3644
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $395.92 |
|---|---|---|

---

BEECHTREE GOLF CLUB
1 TEXAS STATION CT STE 200
TIMONIUM, MD 21093-8288

Claim Number: 3645
Claim Date: 06/08/2009
Debtor: THE BALTIMORE SUN COMPANY

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $3,520.00 | Scheduled: | $3,520.00 |

---

MD DEPT OF HEALTH & MENTAL
LINDA RUDIE
201 WEST PRESTON STREET
BALTIMORE, MD 21201

Claim Number: 3646
Claim Date: 06/08/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $9,551.04 | Scheduled: | $9,551.04 |
|---|---|---|---|---|

---

HALDEMAN, ANDREW
721 S 25TH ST
ALLENTOWN, PA 18103

Claim Number: 3647
Claim Date: 06/08/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $255.93 | Scheduled: | $255.93 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| ESTATE OF GEORGE HARGESHEIMER<br>C O KATHYLN PATTERSON<br>2212 S LUMBER ST<br>ALLENTOWN, PA 18103 | | Claim Number: 3648<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC. | | | |
| UNSECURED | Claimed: | $44.25 | Scheduled: | $44.25 | |
| CONTENT THAT WORKS<br>4410 N RAVENSWOOD AVE STE 1<br>CHICAGO, IL 60640-6098 | | Claim Number: 3649-01<br>Claim Date: 06/08/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) | | | |
| UNSECURED | Claimed: | $88.06 | | | |
| CONTENT THAT WORKS<br>4410 N RAVENSWOOD AVE STE 1<br>CHICAGO, IL 60640-6098 | | Claim Number: 3649-02<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 3187 (01/25/2010) | | | |
| UNSECURED | Claimed: | $212.19 | Scheduled: | $212.19 | |
| CARBONARA, KAREN A<br>2356 RIDGE DRIVE<br>HELLERTOWN, PA 18055 | | Claim Number: 3650<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 12685 (11/06/2012) | | | |
| UNSECURED | Claimed: | $125.00 | | | |
| ROACH, LEON M. - TRUSTEE OF THE<br>LEON M. ROACH TRUST<br>608 BENEDICT DRIVE<br>LAS VEGAS, NV 89110 | | Claim Number: 3651<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET 3013 (01/05/2010) | | | |
| SECURED | Claimed: | $11,091.00 | | | |
| BUILDERS HARDWARE & SUPPLY COMPANY INC<br>PO BOX C-79005<br>SEATTLE, WA 98119 | | Claim Number: 3652<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $14.00 | | | |
| UNSECURED | Claimed: | $14.00 | Scheduled: | $14.00 | |
| TOTAL | Claimed: | $14.00 | | | |
| SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | | Claim Number: 3653<br>Claim Date: 06/08/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $33,594.77 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SATKOWSKI, EDWARD<br>69 AUDUBON AVENUE<br>NEWINGTON, CT 06111 | | Claim Number: 3654<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $33,594.77 | | |

---

| | | | | |
|---|---|---|---|---|
| MARK P. SARNO, LTD.<br>2057 WEBSTER LN<br>DES PLAINES, IL 60018 | | Claim Number: 3655<br>Claim Date: 06/08/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
| UNSECURED | Claimed: | $1,328.80 | Scheduled: | $708.40 |

---

| | | | | |
|---|---|---|---|---|
| KRUGER, ABRAHAM A<br>1451 SOUTH CANFIELD AVE<br>LOS ANGELES, CA 90035 | | Claim Number: 3656<br>Claim Date: 06/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $44.30 |

---

| | | | | |
|---|---|---|---|---|
| RWC MARKETING<br>40 THAYER ST STE A9<br>NEW YORK, NY 10040 | | Claim Number: 3657<br>Claim Date: 06/08/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $435.00 | Scheduled: | $435.00 |

---

| | | | | |
|---|---|---|---|---|
| EYE, HERBERT<br>35 APPLE ORCHARD LN<br>FRANKLIN, WV 26807-7585 | | Claim Number: 3658<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4406 (05/14/2010) | | |
| PRIORITY | Claimed: | $23,556.00 | | |

---

| | | | | |
|---|---|---|---|---|
| POPE(PASCALE), MARTHA<br>PO BOX 96<br>SCARSDALE, NY 10583 | | Claim Number: 3659<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | | |
| UNSECURED | Claimed: | $90,618.86 | Scheduled: | $90,618.86  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| WELLS, ROBBY S<br>PO BOX 345<br>SAUNEMIN, IL 61769 | | Claim Number: 3660<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 2561 (11/13/2009) | | |
| UNSECURED | Claimed: | $7,178.49 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

STUART WEB, INC
5675 SE GROUPER AVE
STUART, FL 34997

Claim Number: 3661
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

STUART WEB, INC
5675 SE GROUPER AVE
STUART, FL 34997

Claim Number: 3662
Claim Date: 06/08/2009
Debtor: FORUM PUBLISHING GROUP, INC.

| UNSECURED | Claimed: | $16,509.47 | Scheduled: | $16,509.47 |

---

DEMORETCKY, THOMAS A
2008 HAYWOOD RD
HENDERSONVILLE, NC 28791

Claim Number: 3663
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Interst in Times Mirror Pension Plan, ESOP, and/or Tribune Co Cash

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

DEMORETCKY, FRANCES
2008 HAYWOOD RD
HENDERSONVILLE, NC 28791

Claim Number: 3664
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Interst in Times Mirror Pension Plan, ESOP, and/or Tribune Co Cash

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

THOMAS, DUSAN
222 S WEST ST
ALLENTOWN, PA 18102

Claim Number: 3665
Claim Date: 06/08/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $85.88 | Scheduled: | $85.88 |

---

THOMAS, DUSAN
222 S WEST ST
ALLENTOWN, PA 18102

Claim Number: 3666
Claim Date: 06/08/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $46.08 | Scheduled: | $46.08 |

---

THOMAS, DUSAN
222 S WEST ST
ALLENTOWN, PA 18102

Claim Number: 3667
Claim Date: 06/08/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $73.14 | Scheduled: | $73.14 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SCHAFER, JAMES<br>2213 DORCHESTER DR<br>CRP CHRISTI, TX 78418-4657 | | Claim Number: 3668<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC. | | |
| PRIORITY | Claimed: | $6.00 | | |
| UNSECURED | | | Scheduled: | $6.00 |

---

| | | | | |
|---|---|---|---|---|
| SCHAFER, JAMES<br>703B RAMBLEWOOD LN<br>BETHLEHEM, PA 18017-6332 | | Claim Number: 3669<br>Claim Date: 06/08/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $60.10 | | |
| UNSECURED | | | Scheduled: | $60.10 |

---

| | | | | |
|---|---|---|---|---|
| CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92632 | | Claim Number: 3670<br>Claim Date: 06/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $68.74 | | |

---

| | | | | |
|---|---|---|---|---|
| CITY OF FULLERTON<br>303 W COMMONWEALTH AVE<br>FULLERTON, CA 92832--177 | | Claim Number: 3671<br>Claim Date: 06/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $160.39 | Scheduled: | $229.13 |

---

| | | | | |
|---|---|---|---|---|
| GODBEY, TERRY<br>830 ELLWOOD AVE<br>ORLANDO, FL 32804 | | Claim Number: 3672<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8988 (05/25/2011) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,717.77 | | |

---

| | | | | |
|---|---|---|---|---|
| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR.<br>403 W. GALENA<br>AURORA, IL 60506 | | Claim Number: 3673<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| THOMAS, JESSY<br>THE LAW OFFICES OF FRED M. MORELLI, JR<br>403 W. GALENA<br>AURORA, IL 60506 | | Claim Number: 3674<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GRIPPO & ELDEN
3476 EAGLE WAY
CHICAGO, IL 60678

Claim Number: 3675
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 1573 (06/12/2009)

| UNSECURED | Claimed: | $60,065.98 | | |

---

EMKAY INC
PO BOX 92047
CHICAGO, IL 60675-2047

Claim Number: 3676
Claim Date: 06/08/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $71.39 | Scheduled: | $71.39 |

---

CITY OF NEW ORLEANS
PO BOX 52828
NEW ORLEANS, LA 70152-2828

Claim Number: 3677
Claim Date: 06/08/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 11245 (03/28/2012)

| PRIORITY UNSECURED | Claimed: | $160.00 | | |

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-01
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $5,720.78 | Scheduled: | $5,543.25 |

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-02
Claim Date: 06/08/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $95.84 | | |

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-03
Claim Date: 06/08/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $360.38 | Scheduled: | $1,550.82 |

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-04
Claim Date: 06/08/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $129.83 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-05
Claim Date: 06/08/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,266.16 | Scheduled: | $426.65 |
|---|---|---|---|---|

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 3678-06
Claim Date: 06/08/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $3,285.89 | Scheduled: | $4,439.82 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OFFIT KURMAN, P.A.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3679
Claim Date: 06/08/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $3,888.50 | Scheduled: | $1,856.50 |
|---|---|---|---|---|

DOMINION DISTRIBUTION
ATTN: SHAMONA WALLACE
15 GRANBY STREET- 17C
NORFOLK, VA 23510

Claim Number: 3680
Claim Date: 06/08/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $289.20 |
|---|---|---|

DOMINION DISTRIBUTION
ATTN: SHAMONA WALLACE
15 GRANBY STREET- 17C
NORFOLK, VA 23510

Claim Number: 3681
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| UNSECURED | Claimed: | $415.40 |
|---|---|---|

DOMINION DISTRIBUTION
ATTN: SHAMONA WALLACE - 17C
DOMINION ENTERPRISES
150 GRANBY STREET
NORFOLK, VA 23510

Claim Number: 3682
Claim Date: 06/08/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $456.76 |
|---|---|---|

DOMINION DISTRIBUTION
ATTN: SHAMONA WALLACE - 17C
DOMINION ENTERPRISES
150 GRANBY STREET
NORFOLK, VA 23510

Claim Number: 3683
Claim Date: 06/08/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $2,282.10 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | Claim Number: 3684<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,757.60 | | |

| DOMINION DISTRIBUTION<br>ATTN: SHAMONA WALLACE - 17C<br>DOMINION ENTERPRISES<br>150 GRANBY STREET<br>NORFOLK, VA 23510 | Claim Number: 3685<br>Claim Date: 06/08/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $372.50 | | |

| UNION BANK OF CALIFORNIA<br>C/O JONES LANG LA SALLE AMERICAS IN<br>ATTN  CORPORATE REAL ESTATE SRVCS<br>PO BOX 45799<br>SAN FRANCISCO, CA 94145-0799 | Claim Number: 3686<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,395.91 | | |

| WFTV INC<br>WRDQ<br>PO BOX 863324<br>ORLANDO, FL 32886 | Claim Number: 3687<br>Claim Date: 06/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00 | Scheduled: | $7,267.50 |

| WFTV / WRDQ<br>WFTV TV09<br>ATTN: LEGAL COUNSEL<br>ORLANDO, FL 32801 | Claim Number: 3688<br>Claim Date: 06/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $9,000.07 | | |

| LEGER, LISA<br>C/O DALEY, DEBOFSKY & BRYANT<br>55 W. MONROE STREET<br>SUITE 2440<br>CHICAGO, IL 60603 | Claim Number: 3689<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $38,973.35 | Scheduled: | $0.00 UNLIQ |

| BURNETT, MARY L<br>PO BOX 756<br>WINTERHAVEN, CA 92283-0756 | Claim Number: 3690<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Tribune Co Cash Balance Plan | | |
|---|---|---|---|
| UNSECURED          Claimed: | $0.00   UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| TERRY, ROBERT H.<br>C/O LAUREL TERRY<br>601 MOORELAND AVE.<br>CARLISLE, PA 17013 | Claim Number: 3691<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension, ESOP and Savings Plan | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| DALLAS BASKETBALL LIMITED<br>DBA DALLAS MAVERICKS<br>2909 TAYLOR STREET<br>DALLAS, TX 75226 | Claim Number: 3692<br>Claim Date: 06/08/2009<br>Debtor: KTLA INC. | |

| UNSECURED | Claimed: | $24,778.00 | Scheduled: | $24,778.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| REYNOLDS, JANE<br>THE ESTATE OF JANE L. REYNOLDS<br>2273 ALAMO PINTADO ROAD<br>SOLVANG, CA 93463 | Claim Number: 3693<br>Claim Date: 06/08/2009<br>Debtor: KTLA INC.<br>Comments:<br>CLAIMED PER MONTH | |

| PRIORITY | Claimed: | $8,713.31  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $472,100.42  UNLIQ |

---

| | | |
|---|---|---|
| FMC TECHNOLOGIES INC<br>400 HIGHPOINT WAY<br>CHALFONT, PA 18914 | Claim Number: 3694<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | |

| UNSECURED | Claimed: | $1,494.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CHARNIN IP LLC, ET AL - C/O ROBINSON<br>BROG LEINWAND GREENE GENOVESE & GLUCK PC<br>ATTN: RICHARD M. TICKTIN<br>875 THIRD AVE, 9TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 3695<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11857 (06/20/2012) | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| PACIFIC REALTY CO.<br>RE: CATHEDRAL 68-900 RD.<br>2767 OCTAVIA ST<br>SAN FRANCISCO, CA 94123 | Claim Number: 3696<br>Claim Date: 06/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | |

| UNSECURED | Claimed: | $11,589.61 |
|---|---|---|

---

| | | |
|---|---|---|
| HENKE, ROBERT<br>4104 HEARTHSIDE DRIVE, APT. #101<br>WILMINGTON, NC 28412 | Claim Number: 3697<br>Claim Date: 06/08/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: POSSIBLY AMENDED BY 7106<br>DOCKET: 11792 (06/11/2012) | |

| UNSECURED | Claimed: | $100,000,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GRONEMANN, URI F.
11/1 HASARGEL ST.
HOD HASHARON, 45284
ISRAEL

Claim Number: 3698
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,975.00 | | |

---

IBM DAKSH BUSINESS PROCESS SERVICES PVT
LTD. -
4TH FLOOR, TOWER B, BUILDING 8
DLF PHASE 2
GURGAON, 122016
INDIA

Claim Number: 3699
Claim Date: 06/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $222,177.80 | | |

---

H-O-H WATER TECHNOLOGY, INC.
500 S. VERMONT ST.
PALATINE, IL 60067

Claim Number: 3700
Claim Date: 06/08/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $261.94 | Scheduled: | $261.94 |

---

H-O-H WATER TECHNOLOGY, INC.
500 S. VERMONT ST.
PALATINE, IL 60067

Claim Number: 3701-01
Claim Date: 06/08/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $1,867.25 | | |
| UNSECURED | | | Scheduled: | $2,429.68 |

---

H-O-H WATER TECHNOLOGY, INC.
500 S. VERMONT ST.
PALATINE, IL 60067

Claim Number: 3701-02
Claim Date: 06/08/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $562.43 | | |
| UNSECURED | | | | |

---

TOWER MH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3702
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $134,440.36   UNLIQ | | |

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3703
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $2,940,882.92   UNLIQ | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3704
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $1,764,529.75 | UNLIQ |
|---|---|---|---|

---

TOWER NL, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 3705
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $3,136,941.78 | UNLIQ |
|---|---|---|---|

---

TOWER PT, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3706
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $2,352,706.33 | UNLIQ |
|---|---|---|---|

---

TOWER SF, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3707
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $186,722.73 | UNLIQ |
|---|---|---|---|

---

TOWER TT, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3708
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $746,890.90 | UNLIQ |
|---|---|---|---|

---

TOWER VC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3709
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $235,270.63 | UNLIQ |
|---|---|---|---|

---

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3710
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $5,097,185.33 | UNLIQ |
|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| EQUITY GROUP INVESTMENTS LLC<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3711<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | |
| UNSECURED    Claimed: | $4,931.68   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER CH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3712<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $336,100.90   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER DC, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3713<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $2,464,739.97   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER DL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3714<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $373,445.45   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER EH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3715<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $2,780,287.18   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER PH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3716<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $373,445.45   UNLIQ | |

---

| | | |
|---|---|---|
| TOWER JB, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | Claim Number: 3717<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED    Claimed: | $846,974.28   UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TOWER JS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3718
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $423,487.14   UNLIQ |
|---|---|---|

---

TOWER JK, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3719
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $3,475,347.59   UNLIQ |
|---|---|---|

---

TOWER JP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3720
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $952,285.90   UNLIQ |
|---|---|---|

---

TOWER KS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3721
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $336,100.90   UNLIQ |
|---|---|---|

---

TOWER LZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3722
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $933,613.62   UNLIQ |
|---|---|---|

---

TOWER LL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3723
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $186,722.73   UNLIQ |
|---|---|---|

---

TOWER LM, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 3724
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $74,689.09   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| BOLLINGER, RUBERRY & GARVEY<br>ATTN: JAMES R. PRENDERGAST, CFO<br>500 W. MADISON ST., SUITE 2300<br>CHICAGO, IL 60661 | | | Claim Number: 3725<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $513.95 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| POCIASK, DAVID<br>C/O LAW OFFICES OF DAVID GLADISH, P.C.<br>ATTN: DAVID S. GLADISH<br>8320 KENNEDY AVENUE<br>HIGHLAND, IN 46322 | | | Claim Number: 3726<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $69,656.34 | Scheduled: | $0.00 UNLIQ | |

---

| | | | | | |
|---|---|---|---|---|---|
| HOLLER, ASHLEY<br>108 SHADYNOOK COURT<br>BALTIMORE, MD 21228 | | | Claim Number: 3727<br>Claim Date: 06/08/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| SOMMELLA, LOUISE<br>JOSEPH SOMMELLA, DECEASED<br>325 OAK PARK LOOP<br>DAVENPORT, FL 33837 | | | Claim Number: 3728<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $246.78 | Scheduled: | $0.00 UNDET | |

---

| | | | | | |
|---|---|---|---|---|---|
| TOMLINSON, SAMUEL C.<br>432 TWISTING PINE CIRCLE<br>LONGWOOD, FL 32779 | | | Claim Number: 3729<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $10,975.20 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| RICKERT ENGINEERING INC<br>8813 WALTHAM WOODS RD<br>STE 301<br>BALTIMORE, MD 21234 | | | Claim Number: 3730<br>Claim Date: 06/08/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $7,810.27 | Scheduled: | $7,810.27 | |

---

| | | | | | |
|---|---|---|---|---|---|
| LI, TAO<br>234 BRENRICH CV N<br>MEMPHIS, TN 38117-2834 | | | Claim Number: 3731<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim out of balance | | |
| PRIORITY | Claimed: | $24,713.71 | | | |
| SECURED | Claimed: | $24,713.71 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| TOTAL | Claimed: | $24,713.71 | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 3732<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,399.56 | | |
| | | | Scheduled: | $1,972.23 |

---

| ZIP SPECIALTIES INC<br>185 S WHEELING RD<br>WHEELING, IL 60090 | Claim Number: 3733<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $869.25 | | |
| | | | Scheduled: | $869.25 |

---

| BORRESEN, CARYN L<br>525 N. ADA<br>#37<br>CHICAGO, IL 60622 | Claim Number: 3734<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |

| PRIORITY | Claimed: | $1,584.20 |

---

| CHRISTENSEN. LUCILLE<br>164 BARRYPOINT ROAD<br>RIVERSIDE, IL 60546 | Claim Number: 3735<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $855.59   UNLIQ |

---

| MAILNET SERVICES<br>CONCLUSIVE MARKETING<br>800 CRESCENT CENTRE DRIVE  SUITE 450<br>FRANKLIN, TN 37067 | Claim Number: 3736<br>Claim Date: 06/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $333.97 | | |
| | | | Scheduled: | $333.97 |

---

| DUBRIEL, DAWN<br>5901 NW 71ST AVE<br>TAMARAC, FL 33321 | Claim Number: 3737<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |

| PRIORITY | Claimed: | $450.00 |

---

| TIP TOP BRANDING LLC<br>350 W HUBBARD ST #460<br>CHICAGO, IL 60654-5798 | Claim Number: 3738<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4407 (05/14/2010) |

| UNSECURED | Claimed: | $784.18 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

APPLICATION SYSTEMS DESIGN
2609 W 159TH ST
REDONDO BEACH, CA 90278

Claim Number: 3739
Claim Date: 06/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $18,160.00 | Scheduled: | $18,160.00 |
|---|---|---|---|---|

KEMPSTER, NORMAN
7505 DEMOCRACY BLVD
APT 114
BETHESDA, MD 20817

Claim Number: 3740
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

LORIA, KEITH
3315 MILLER HEIGHTS RD
OAKTON, VA 22124-1921

Claim Number: 3741
Claim Date: 06/08/2009
Debtor: NEW MASS. MEDIA, INC.
Comments: EXPUNGED
DOCKET: 3188 (01/25/2010)

| UNSECURED | Claimed: | $145.00 | Scheduled: | $145.00 |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: TOWNE INC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 3742
Claim Date: 06/08/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $19,158.34 | Scheduled: | $19,158.34 |
|---|---|---|---|---|

QUIGLEY, IRIS
6 O'HARA PL
HUNTINGTON, NY 11743

Claim Number: 3743
Claim Date: 06/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

DONSCHIETZ, DONALD
RR 5 BOX 5526
KUNKLETOWN, PA 18058

Claim Number: 3744
Claim Date: 06/08/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $14.00 |
|---|---|---|---|---|

ROSE, STEPHEN M
2 ANAWAN ST
TAUNTON, MA 02780-2902

Claim Number: 3745
Claim Date: 06/08/2009
Debtor: WPIX, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $26,159.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CHATOW, MARK<br>11 TROUVILLE<br>NEWPORT COAST, CA 92657 | Claim Number: 3746<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $171.85 |
|---|---|---|

---

| FMTC, CUSTODIAN FOR ROBERT A. MCKEAN III<br>ROTH IRA<br>3 COLBY LANE<br>BYFIELD, MA 01922 | Claim Number: 3747<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| PRIORITY | Claimed: | $40,000.00 |
|---|---|---|

---

| MILLER, RONALD<br>5725 SW 20TH DR LOT 401<br>BUSHNELL, FL 33513 | Claim Number: 3748<br>Claim Date: 06/08/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| PRIORITY | Claimed: | $10.79 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10.79 |

---

| LONG & FOSTER PARENT ACCT  [LONG&FOSTER<br>TRAINING CENTER]<br>14501 GEORGE CARTER WAY<br>CHANTILLY, VA 20151 | Claim Number: 3749<br>Claim Date: 06/08/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2,293.56 |
|---|---|---|

---

| KUSTER, JOHN<br>5 SEBURN DRIVE<br>BLUFFTON, SC 29909 | Claim Number: 3750<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MINCY LLC<br>6771 ALTA DR<br>BRIGHTON, MI 48116 | Claim Number: 3751<br>Claim Date: 06/08/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| PRIORITY | Claimed: | $200.00 |
|---|---|---|
| UNSECURED | Claimed: | $200.00 |
| TOTAL | Claimed: | $200.00 |

---

| POCIASK, DAVID<br>C/O LAW OFFICES OF DAVID GLADISH, P.C.<br>ATTN: DAVID S. GLADISH<br>8320 KENNEDY AVENUE<br>HIGHLAND, IN 46322 | Claim Number: 3752<br>Claim Date: 06/08/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 3726 |
|---|---|

| UNSECURED | Claimed: | $69,656.34 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BREECE, DENNIS J.<br>1641 E. MARTHA DR.<br>MARION, IN 46952-9065 | | Claim Number: 3753<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| SECURED | Claimed: | $25,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| TV GUIDE ONLINE, INC.<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | Claim Number: 3754<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $5,699,364.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| TV GUIDE ONLINE, LLC<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | | Claim Number: 3755<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: POSSIBLE DUPLICATE OF 3754 | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $5,699,364.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HESS CORPORATION<br>JOSEPH A. DE JIANNE<br>ONE HESS PLAZA<br>WOODBRIDGE, NJ 07095 | | Claim Number: 3756<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 8138 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $26,324.86 | | |
| UNSECURED | Claimed: | $18,600.64 | Scheduled: | $39,144.83 |

---

| | | | | |
|---|---|---|---|---|
| ZAKARIAN, JOHN J.<br>656 RIDGE RD<br>WETHERSFIELD, CT 06109 | | Claim Number: 3757<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $295,629.56 | Scheduled: | $272,696.25 |

---

| | | | | |
|---|---|---|---|---|
| ZAPANTA, NORENE<br>53 OVERLOOK DR.<br>NEWPORT COAST, CA 92657 | | Claim Number: 3758<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $11,482.47 | Scheduled: | $10,591.72 |

---

| | | | | |
|---|---|---|---|---|
| ZIMBALIST, EFREM III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 3759<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $2,206,657.73 | Scheduled: | $1,070,690.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YOUNG, JOHN W.
88 PACE DR S
WEST ISLIP, NY 11795-5100

Claim Number: 3760
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $73,452.93 | Scheduled: | $25,263.00 UNLIQ |
|---|---|---|---|---|

WRIGHT, DONALD F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 3761
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $2,713,574.92 | Scheduled: | $1,929,418.00 UNLIQ |
|---|---|---|---|---|

WOLINSKY, LEO
8550 HOLLYWOOD BLVD.
LOS ANGELES, CA 90069

Claim Number: 3762
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $606,750.39 | Scheduled: | $432,772.56 UNLIQ |
|---|---|---|---|---|

WOLDT, HAROLD F. JR.
4323 WILLOW GLEN ST
CALABASAS, CA 91302-1977

Claim Number: 3763
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $35,533.16 | Scheduled: | $21,697.00 UNLIQ |
|---|---|---|---|---|

WILSON, JULIA C.
1872 8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 3764
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $219,353.70 | Scheduled: | $188,302.12 UNLIQ |
|---|---|---|---|---|

WILSON, HAZEL E.
21712 LANAR
MISSION VIEJO, CA 92692

Claim Number: 3765
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $26,114.05 | | |
|---|---|---|---|---|

WILLIAMS, PHILLIP L.
1156 AMALFI DR.
PACIFIC PALISADES, CA 90272

Claim Number: 3766
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $572,842.71 | Scheduled: | $601,251.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WILLES, MARK H.
4343 SHEFFIELD DRIVE
PROVO, UT 84604

Claim Number: 3767
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,534,351.47 | Scheduled: | $14,482,661.38 UNLIQ |

THOMAS, WILLIAM
16025 VALLEY WOOD ROAD
SHERMAN OAKS, CA 91403

Claim Number: 3768
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $395,688.06 | Scheduled: | $311,134.28 UNLIQ |

THOMAS, WILLIAM F.
16025 VALLEY WOOD RD
SHERMAN OAKS, CA 91403

Claim Number: 3769
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $395,688.06 |

HANSEN, CAROLINE
11252 GONSALVES ST
CERRITOS, CA 90703

Claim Number: 3770
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
With claim number 3771, amends claim number 205

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,050.00 |

THORPE, CAROLINE
11252 GONSALVES ST
CERRITOS, CA 90703

Claim Number: 3771
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments:
With claim number 3770, amends claim number 205

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $49,050.00 |

TOEDTMAN, JAMES
2604 GENEVA HILL CT
OAKTON, VA 22124

Claim Number: 3772
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,503.51 | Scheduled: | $6,921.42 |

TRAINOR, ROBERT E
1412 SHEFFORD RD
BALTIMORE, MD 21239

Claim Number: 3773
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,825.54 | Scheduled: | $47,229.07 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TRAINOR, ROBERT E.
1412 SHEFFORD RD.
BALTIMORE, MD 21239

Claim Number: 3774
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $74,825.54 | | |
|---|---|---|---|---|

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 3775
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $8,684.60 | Scheduled: | $7,911.00 UNLIQ |
|---|---|---|---|---|

UDOVIC, MICHAEL S.
929 SOUTH OAKLAND AVE.
PASADENA, CA 91106

Claim Number: 3776
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $6,875.50 | | |
|---|---|---|---|---|

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 3777
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,405,127.79 | Scheduled: | $958,608.42 UNLIQ |
|---|---|---|---|---|

VALENTI, MICHAEL
400 TAMARAC DR
PASADENA, CA 91105

Claim Number: 3778
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,228,403.25 | Scheduled: | $1,133,110.51 |
|---|---|---|---|---|

VIDA, HERBERT
1303 W 214TH
TORRANCE, CA 90501

Claim Number: 3779
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $45,399.65 | Scheduled: | $28,222.85 UNLIQ |
|---|---|---|---|---|

VIDA, HERBERT J.
1303 W. 214TH
TORRANCE, CA 90501

Claim Number: 3780
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $45,399.65 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WADA, KAREN
2215 SANTA ANITA
SIERRA MADRE, CA 91024

Claim Number: 3781
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $277,091.87 | Scheduled: | $108,100.00 UNLIQ |

WADE, CLAUDIA A.
401 AUDRAINE DR.
GLENDALE, CA 91202

Claim Number: 3782
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,214.57 | | |

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINT, CA 91011

Claim Number: 3783
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $319,337.67 | Scheduled: | $239,022.00 UNLIQ |

WALLER, MICHAEL E.
5 FULL SWEEP
HILTON HEAD ISLAND, SC 29928

Claim Number: 3784
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,856,802.57 | Scheduled: | $1,236,765.00 UNLIQ |

WANGBERG, LARRY
110 ELK VIEW DRIVE
HAILEY, ID 83333

Claim Number: 3785
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $403,201.80 | Scheduled: | $246,543.00 UNLIQ |

WEINSTEIN, HOWARD
12114 FAULKNER DR.
OWINGS MILLS, MD 21117

Claim Number: 3786
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $335,073.78 | Scheduled: | $7,415.37 UNLIQ |

WIEGAND, WILLIAM
PO BOX 655
COUPEVILLE, WA 98239

Claim Number: 3787
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $348,721.05 | Scheduled: | $299,621.13 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WILD, MARY A.
918 W. WOLFENSBERGER RD.
CASTLE ROCK, CO 80109-9631

Claim Number: 3788
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,816.87 | Scheduled: | $17,170.00 UNLIQ |

PLANK, JACK L.
33522 NANCY JANE COURT
DANA POINT, CA 92629-1532

Claim Number: 3789
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $316,088.85 | Scheduled: | $254,817.00 UNLIQ |

REDMOND, ELIZABETH
2198 FAIRHURST DR.
LA CANADA, CA 91011

Claim Number: 3790
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $838,434.21 | Scheduled: | $568,379.00 UNLIQ |

RHOADS, S. KEATING
2611 NIDO WAY
LAGUNA BEACH, CA 92651

Claim Number: 3791
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,744.57 | Scheduled: | $21,310.00 UNLIQ |

RILEY, MICHAEL
5 AVONDALE DR.
NEWTOWN, PA 18940

Claim Number: 3792
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $123,950.91 | Scheduled: | $64,803.00 UNLIQ |

ROSE, MICHAEL G.
5170 W 2ND ST.
LOS ANGELES, CA 90004

Claim Number: 3793
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $352,557.60 | Scheduled: | $325,154.40 UNLIQ |

ROWE, WILLIAM J.
15005 PRATOLINO WAY
NAPLES, FL 34110

Claim Number: 3794
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $308,021.09 | Scheduled: | $221,819.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RUBIN, JEROME S.<br>C/O DAVID KAHN, EXECUTOR FOR THE ESTATE<br>JH COHN, LLP<br>1212 6TH AVENUE<br>NEW YORK, NY 10036 | Claim Number: 3795<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $151,876.68 | Scheduled: | $140,017.00 UNLIQ |

| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | Claim Number: 3796<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,456,012.18 | Scheduled: | $1,230,259.81 UNLIQ |

| SCALLY, GERALDINE<br>16775 SUNSET BLVD.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 3797<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,433.38 | | |

| SCHLOSBERG, RICHARD T. III<br>164 SENDERO VERDE DR.<br>SAN ANTONIO, TX 78261 | Claim Number: 3798<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,760,068.72 | Scheduled: | $1,853,550.00 UNLIQ |

| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | Claim Number: 3799<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $601,401.39 | Scheduled: | $455,572.00 UNLIQ |

| SCHNEIDER, CHARLES<br>522 NORTH BEVERLY DRIVE<br>BEVERLY HILLS, CA 90210 | Claim Number: 3800<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300,413.12 | Scheduled: | $355,878.00 UNLIQ |

| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | Claim Number: 3801<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $116,920.23 | Scheduled: | $36,718.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHNEIDER, HOWARD
9 BRANDYWINE DRIVE
SETAUKET, NY 11733

Claim Number: 3802
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $111,725.93 | Scheduled: | $72,649.00 UNLIQ |
|---|---|---|---|---|

SELLSTROM, BRIAN
PO BOX 1035
RANCHO SANTE FE, CA 92067

Claim Number: 3803
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $59,424.51 | Scheduled: | $37,113.00 UNLIQ |
|---|---|---|---|---|

SELZER, CAROLYN
250 GRANDE VISTA ST
OAK VIEW, CA 93022-9747

Claim Number: 3804
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $8,834.93 | Scheduled: | $5,240.16 UNLIQ |
|---|---|---|---|---|

SELZER, CAROLYN
250 GRANDE VISTA ST
OAK VIEW, CA 93022-9747

Claim Number: 3805
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,834.93 | | |
|---|---|---|---|---|

SHAW, JAMES D
228 JEFFERSON'S HUNDRED
WILLIAMSBURG, VA 23185

Claim Number: 3806
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $188,663.28 | Scheduled: | $104,697.00 UNLIQ |
|---|---|---|---|---|

SHIRLEY, DENNIS
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 3807
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,374,704.51 | Scheduled: | $1,244,089.95 UNLIQ |
|---|---|---|---|---|

SHORTS, GARY K.
7308 GOLF POINTE CIR
SARASOTA, FL 34243-3609

Claim Number: 3808
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $169,089.46 | Scheduled: | $88,941.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SIMPSON, JAMES R.
5 CRESTWOOD DRIVE
NEWPORT BEACH, CA 92660

Claim Number: 3809
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,924,877.86 | Scheduled: | $2,618,441.00 UNLIQ |

SITO, LOUIS
5501 HUNTINGTON PKWY
BETHESDA, MD 20814-1130

Claim Number: 3810
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,409.32 | Scheduled: | $63,009.00 UNLIQ |

SWEENEY, JUDITH
30937 STEEPLECHASE DR
SAN JUAN CAPO, CA 92675-1929

Claim Number: 3811
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,827.72 | Scheduled: | $16,538.00 UNLIQ |

SWEENEY, STENDER E.
790 HUNTINGTON GARDEN DRIVE
PASADENA, CA 91108-1725

Claim Number: 3812
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,525.62 | Scheduled: | $64,868.00 UNLIQ |

TERPSTRA, JAMES E.
20457 NO. CANYON WHISPER DR.
SURPRISE, AZ 85387

Claim Number: 3813
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,238.30 | Scheduled: | $872.00 UNLIQ |

NORRIS, JAMES
121 TAFT CRESCENT
CENTERPORT, NY 11721

Claim Number: 3814
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244,398.59 | Scheduled: | $170,700.58 |

NUCKOLS, JAMES
1740 DYLAN WAY
ENCINITAS, CA 92024-6201

Claim Number: 3815
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $159,526.04 | Scheduled: | $146,820.84 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OGLESBY, ROGER D
401 NORTH 2ND ST. #117
MINNEAPOLIS, MN 55401

Claim Number: 3816
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,034.01 | Scheduled: | $27,386.00 UNLIQ |

O'NEILL, NANCY
108 HOWARD DR
TIBURON, CA 94920-1448

Claim Number: 3817
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $473,600.44 | Scheduled: | $417,791.44 |

O'SULLIVAN, ROBERT
304 JEFFERSON CT.
EDGEWATER, NJ 07020

Claim Number: 3818
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $317,971.62 | Scheduled: | $293,305.13 |

PARKS, MICHAEL
1211 S EUCLID AVENUE
PASADENA, CA 91106

Claim Number: 3819
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,963,183.90 | Scheduled: | $1,680,463.58 UNLIQ |

PARO, JEFFREY N.
30 QUAKER ROAD
SHORT HILLS, NJ 07078-1955

Claim Number: 3820
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,050.82 | Scheduled: | $23,486.00 UNLIQ |

PATINELLA, JOHN F.
13061 PEBBLEBROOK POINT CIR # 202
FORT MYERS, FL 33905-6305

Claim Number: 3821
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,001.24 | Scheduled: | $97,381.00 UNLIQ |

PAYNE, JANETTE O.
27 BUTTONWOOD DR.
DIX HILLS, NY 11746

Claim Number: 3822
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,393.07 | Scheduled: | $23,117.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PELIZZA, ELLEN
W11052 EAGLE DR
LODI, WI 53555-1572

Claim Number: 3823
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $67,546.24 | Scheduled: | $30,930.00 UNLIQ |
|---|---|---|---|---|

PERRUSO, CAROL
376 ULTIMO AVENUE
LONG BEACH, CA 90814

Claim Number: 3824
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $93,718.73 | Scheduled: | $3,500.00 UNLIQ |
|---|---|---|---|---|

PERRY, VICTOR A.
3633 TUXEDO RD NW
ATLANTA, GA 30305-1015

Claim Number: 3825
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $32,377.21 | | |
|---|---|---|---|---|

PETERSON, MAUREEN G.
7 BARNES RD W
STAMFORD, CT 06902-1243

Claim Number: 3826
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $594,751.05 | Scheduled: | $762,066.00 UNLIQ |
|---|---|---|---|---|

PETTY, MARTHA A.
ONE BEACH DRIVE SE #1906
SAINT PETERSBURG, FL 33701

Claim Number: 3827
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $149,885.51 | Scheduled: | $73,760.00 UNLIQ |
|---|---|---|---|---|

LOBDELL, NANCY
620 SAND HILL RD, APT. 301C
PALO ALTO, CA 94304

Claim Number: 3828
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $115,583.28 | Scheduled: | $89,882.00 UNLIQ |
|---|---|---|---|---|

MAGNUSON, ROBERT G.
374 FLORA ST.
LAGUNA BEACH, CA 92651

Claim Number: 3829
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $230,074.32 | Scheduled: | $117,314.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MARIMOW,  WILLIAM K.
440 S BROAD ST UNIT 1602
PHILADELPHIA, PA 19146-4909

Claim Number: 3830
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,443.28 | Scheduled: | $22,775.00  UNLIQ |

MARRO, ANTHONY J.
10 WEST RD, PO BOX 944
OLD BENNINGTON, VT 05201

Claim Number: 3831
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $324,038.35 | Scheduled: | $220,893.00  UNLIQ |

MAXWELL, DONALD S.
2160 LE FLORE DRIVE
LA HABRA HEIGHT, CA 90631

Claim Number: 3832
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $375,385.65 | Scheduled: | $302,117.00  UNLIQ |

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 3833
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800,192.32 | Scheduled: | $1,713,849.82  UNLIQ |

MCKEON, JOHN C.
100 N. SANTA ROSA ST. APT 628
SAN ANTONIO, TX 78207

Claim Number: 3834
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,928.56 | Scheduled: | $38,521.00  UNLIQ |

MCKEON, JOHN C.
100 N. SANTA ROSA ST. APT 628
SAN ANTONIO, TX 78207

Claim Number: 3835
Claim Date: 06/09/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,949.00 | Scheduled: | $4,949.00 |

MEADOWS, JACK E.
4461 N CROSSOVER RD APT 210
FAYETTEVILLE, AR 72703-4979

Claim Number: 3836
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $108,100.07 | Scheduled: | $86,230.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MEIER, STEPHEN C.
1512 BEECH STREET
SO PASADENA, CA 91030

Claim Number: 3837
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $232,480.68 | Scheduled: | $126,084.00  UNLIQ |

MOLVAR, JANIE
17625 PALADIN DR
BEND, OR 97701-9132

Claim Number: 3838
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $843,787.40 | Scheduled: | $778,331.03 |

MOLVAR, ROGER H.
13113 SOUTH ECHO LAKE ROAD
SNOHOMISH, WA 98296

Claim Number: 3839
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $560,764.12 | Scheduled: | $213,621.00  UNLIQ |

MONSMA, DURHAM J.
2402 VIA MARIPOSA W UNIT 3D
LAGUNA WOODS, CA 92637-2049

Claim Number: 3840
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $107,492.11 | Scheduled: | $66,079.00  UNLIQ |

MURPHY, JOHN R.
PO BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3841
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,259,218.77 | Scheduled: | $918,737.71  UNLIQ |

MURPHY, JOHN R.
P.O. BOX 30927
SEA ISLAND, GA 31561

Claim Number: 3842
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,259,218.77 | |

NASH, JOHN T.
HC 1 BOX 126
KAUNAKAKAI, HI 96748-8603

Claim Number: 3843
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $373,594.11 | Scheduled: | $344,612.74 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NEELY, JACK W.
41121 BRYN BACH LN
LEESBURG, VA 20175-8747

Claim Number: 3844
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $8,957.24 | | |
|---|---|---|---|---|

NEELY, JACK W
41121 BRYN BACH LN
LEESBURG, VA 20175-8747

Claim Number: 3845
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $8,957.24 | Scheduled: | $7,597.50 UNLIQ |
|---|---|---|---|---|

NIESE, WILLIAM A.
6061 LAKE VISTA DRIVE
BONSALL, CA 92003

Claim Number: 3846
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,894,702.51 | Scheduled: | $1,451,433.00 UNLIQ |
|---|---|---|---|---|

NILES, NICHOLAS H.
THE BLOOMING GROVE CLUB
123 OLD FIELD ROAD
HAWLEY, PA 18428

Claim Number: 3847
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $43,691.01 | Scheduled: | $30,236.00 UNLIQ |
|---|---|---|---|---|

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 3848
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $135,856.56 | Scheduled: | $61,785.00 UNLIQ |
|---|---|---|---|---|

KALLET, JUDITH S.
7949 CRANES POINTE WAY
WEST PALM BEACH, FL 33412

Claim Number: 3849
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $86,874.62 | Scheduled: | $57,462.00 UNLIQ |
|---|---|---|---|---|

KELLER, WILLIAM
7916 W. HILLSIDE ROAD ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 3850
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $43,819.77 | Scheduled: | $34,580.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KELLERMANN, DONALD S.
2750 UNICORN LANE
WASHINGTON, DC 20015

Claim Number: 3851
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $202,942.77 | Scheduled: | $107,003.00 UNLIQ |
|---|---|---|---|---|

KING, VICTORIA
515 EAST 14TH STREET, #3B
NEW YORK, NY 10009

Claim Number: 3852
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $74,235.11 | Scheduled: | $68,476.36 |
|---|---|---|---|---|

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514-2528

Claim Number: 3853
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $113,350.42 | Scheduled: | $40,676.00 UNLIQ |
|---|---|---|---|---|

KLEIN, JEFFREY S.
18778 HILLSBORO ROAD
NORTHRIDGE, CA 91326

Claim Number: 3854
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $214,771.81 | Scheduled: | $103,115.00 UNLIQ |
|---|---|---|---|---|

KLEINER, ARNOLD J.
7575 MULLHOLLAND DRIVE
LOS ANGELES, CA 90046

Claim Number: 3855
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $2,428,807.91 | Scheduled: | $1,702,905.14 UNLIQ |
|---|---|---|---|---|

KLEINER, ARNOLD J.
7575 MULHOLLAND DR.
LOS ANGELES, CA 90046

Claim Number: 3856
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,428,807.91 | | |
|---|---|---|---|---|

KLUTNICK, SUSAN  K.
17582 BERLARK CIRCLE
HUNTINGTON BCH, CA 92649

Claim Number: 3857
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $381,723.02 | Scheduled: | $352,111.05 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KOPPER, JAMES L.
7768 LAKESIDE BLVD
APT 531
BOCA RATON, FL 33434

Claim Number: 3858
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $353,362.22 | Scheduled: | $217,809.00 UNLIQ |
|---|---|---|---|---|

KUCERA, PHILIP E.
1700 S BAYSHORE LANE APT 4B
MIAMI, FL 33133

Claim Number: 3859
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $295,403.76 | Scheduled: | $199,781.00 UNLIQ |
|---|---|---|---|---|

KUEKES, SALLY
BENEFICIARY FOR KUEKES, GEORGE
10671 E SAN SALVADOR
SCOTTSDALE, AZ 85258

Claim Number: 3860
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $49,664.99 | Scheduled: | $65,963.52 UNLIQ |
|---|---|---|---|---|

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 3861
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $90,448.02 | Scheduled: | $44,754.00 UNLIQ |
|---|---|---|---|---|

LAFRANCE, KIMBERLY MCCLEARY
15248 ENCANTO DR
SHERMAN OAKS, CA 91403-4412

Claim Number: 3862
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $44,006.64 | Scheduled: | $21,602.59 UNLIQ |
|---|---|---|---|---|

LANKEY, JEFFREY W.
4829 BURGOYNE LANE
LA CANADA, CA 91011

Claim Number: 3863
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $8,600.23 | | |
|---|---|---|---|---|

LAVENTHOL, DAVID A.
870 UNITED NATIONS PLAZA
#31B
NEW YORK, NY 10017

Claim Number: 3864
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $3,598,937.76 | Scheduled: | $2,606,945.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

LEE SCHNEIDER, R. MARILYN
2124 BAGLEY AVENUE
LOS ANGELES, CA 90034

Claim Number: 3865
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $63,947.25 | Scheduled: | $37,556.00 UNLIQ |
|---|---|---|---|---|

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 3866
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $103,195.50 | Scheduled: | $105,518.00 UNLIQ |
|---|---|---|---|---|

LEVINE, JESSE E.
1255 OWOSSO AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 3867
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $49,524.89 | Scheduled: | $25,872.00 UNLIQ |
|---|---|---|---|---|

LINDSAY, JOHN P.
360 CHORRO ST
SN LUIS OBISP, CA 93405-2318

Claim Number: 3868
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $23,066.77 | Scheduled: | $21,758.00 UNLIQ |
|---|---|---|---|---|

HALAJIAN, KENNETH L.
21 HIGH RIDGE RD
OSSINING, NY 10562-1969

Claim Number: 3869
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $279,880.66 | Scheduled: | $217,824.53 UNLIQ |
|---|---|---|---|---|

HALL, CHARLOTTE H.
219 CORNERSTONE DRIVE
NEWTOWN SQUARE, PA 19073

Claim Number: 3870
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $532,387.27 | Scheduled: | $419,111.34 |
|---|---|---|---|---|

HALLE, JEAN
11536 PEBBLECREEK DR.
LUTHERVILLE TIMONIUM, MD 21093

Claim Number: 3871-01
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $22,738.59 | Scheduled: | $18,057.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BEHZAD ENTEZAMVAZIRI
8370 GREENSBORO DR.
UNIT 523
MCLEAN, VA 22102

Claim Number: 3871-02
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $22,738.58 | | |
|---|---|---|---|---|

HAUGH, MICHAEL J.
106 BEACON BLVD.
SEA GIRT, NJ 08750

Claim Number: 3872
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $173,043.24 | Scheduled: | $119,301.00 UNLIQ |
|---|---|---|---|---|

HEAPHY, JANIS
25 HIGHLAND PARK VILLAGE, #100-340
DALLAS, TX 75205

Claim Number: 3873
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $116,041.17 | Scheduled: | $63,061.00 UNLIQ |
|---|---|---|---|---|

HELIN, JAMES D.
12156 LA CASA LANE
LOS ANGELES, CA 90049

Claim Number: 3874
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $34,404.38 | Scheduled: | $24,238.72 UNLIQ |
|---|---|---|---|---|

HENSON, PAMELA D.
805 MILL ST
DELAFIELD, WI 53018-1515

Claim Number: 3875
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $3,863.68 | Scheduled: | $3,222.00 UNLIQ |
|---|---|---|---|---|

HESSLER, CURTIS A.
570 BRADSFORD ST.
PASADENA, CA 91105-2409

Claim Number: 3876
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,022,521.60 | Scheduled: | $684,712.00 UNLIQ |
|---|---|---|---|---|

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 3877
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $57,086.86 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HIGBY, LAWRENCE M.<br>218 VIA LIDO NORD<br>NEWPORT BEACH, CA 92663 | | Claim Number: 3878<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>Amends claim number 1506 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $191,250.95 | Scheduled: | $126,183.00 UNLIQ |
| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | | Claim Number: 3879<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>Amends claim number 50 | | |
| UNSECURED | Claimed: | $86,402.16 | Scheduled: | $79,699.55 |
| HORN, KAREN LAUKKA<br>886 CHESTNUT STREET<br>SAN FRANCISCO, CA 94133 | | Claim Number: 3880<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $329,826.52 | Scheduled: | $304,240.40 |
| HOWARD, LESLIE M.<br>2737 GRANDVIEW PLACE<br>ENDICOTT, NY 13760 | | Claim Number: 3881<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $145,496.90 | Scheduled: | $134,210.05 |
| HOWE, MARK E.<br>8 PINEVIEW LANE<br>EAST GREENBUSH, NY 12061 | | Claim Number: 3882<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $187,208.77 | Scheduled: | $172,686.14 |
| HUGHES, JOSEPH M.<br>9596 E ROADRUNNER DR<br>SCOTTSDALE, AZ 85262 | | Claim Number: 3883<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $188,913.12 | Scheduled: | $177,168.28 UNLIQ |
| IMBRIACO, JAMES<br>8 ACORN LANE<br>LEBANON, NJ 08833 | | Claim Number: 3884<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $63,028.95 | Scheduled: | $24,863.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ISENBERG, STEVEN L.
151 CENTRAL PARK WEST, 3N
NEW YORK, NY 10023

Claim Number: 3885
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $577,618.26 | Scheduled: | $282,310.00 UNLIQ |
|---|---|---|---|---|

ISINGER, WILLIAM R.
13173 PACIFIC PROMENADE APT 133
PLAYA VISTA, CA 90094-2150

Claim Number: 3886
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $298,855.71 | Scheduled: | $229,594.00 UNLIQ |
|---|---|---|---|---|

JANSEN, RAYMOND A. JR.
24 DOCKSIDE LANE, #422
KEY LARGO, FL 33037

Claim Number: 3887
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $6,439,394.24 | Scheduled: | $4,350,612.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, EDWARD E.
4418 OAKWOOD AVE.
LA CANADA FLINTRIDGE, CA 91011-3414

Claim Number: 3888
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,183,611.96 | Scheduled: | $804,881.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, ROBERT M.
7348 ARBOR PINES DR.
P.O.BOX 485
GLEN ARBOR, MI 49636

Claim Number: 3889
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $314,859.81 | Scheduled: | $204,647.00 UNLIQ |
|---|---|---|---|---|

JOHNSON, W. THOMAS, JR.
3280 RILMAN ROAD, NW
ATLANTA, GA 30327

Claim Number: 3890
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $2,091,151.24 | Scheduled: | $1,447,300.00 UNLIQ |
|---|---|---|---|---|

JUNCK, MARY E.
18475 DEER HILL ROAD
P.O. BOX 20
PLEASANT VALLEY, IA 52767

Claim Number: 3891
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $687,471.28 | Scheduled: | $179,436.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ESTATE OF EUGENE L. FALK<br>C/O SHANNON LYNN MOORE, P.R.<br>14340 SALMON RIVER RD.<br>CALDWELL, ID 83607-7813 | | Claim Number: 3892-01<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $712.75 | | |
| ESTATE OF EUGENE L. FALK<br>C/O LAURA FALK<br>161 ROYAL LONDON CT<br>LAKE SHERWOOD, CA 91361 | | Claim Number: 3892-02<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $712.75 | | |
| FALK, JOANNE K.<br>161 ROYAL LONDON COURT<br>THOUSAND OAKS, CA 91361 | | Claim Number: 3893<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $133,983.00 | Scheduled: | $135,622.00 UNLIQ |
| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD<br>PASADENA, CA 91105 | | Claim Number: 3894<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $174,235.31 | Scheduled: | $132,911.00 UNLIQ |
| FITZGERALD, JAMES E.<br>100 HILTON AVE UNIT 706<br>GARDEN CITY, NY 11530-1568 | | Claim Number: 3895<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $133,437.04 | Scheduled: | $117,342.00 UNLIQ |
| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | | Claim Number: 3896<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $465,665.58 | Scheduled: | $365,927.00 UNLIQ |
| FORGIONE, MICHAEL J.<br>185 CAMBRIDGE DRIVE EAST<br>COPIAGUE, NY 11726 | | Claim Number: 3897<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $44,838.32 | Scheduled: | $35,090.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FORST, DONALD<br>P O BOX 2<br>LIVINGSTON, NY 12541 | | Claim Number: 3898<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $115,977.12 | Scheduled: | $82,669.00 UNLIQ |
| FOX, DOUGLAS B.<br>223 WALL STREET #318<br>HUNTINGTON, NY 11743 | | Claim Number: 3899<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $154,934.21 | Scheduled: | $55,799.00 UNLIQ |
| FROST, F. DANIEL<br>PO BOX 7285<br>KENNEWICK, WA 99336-0617 | | Claim Number: 3900<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $247,414.15 | Scheduled: | $123,521.00 UNLIQ |
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 3901<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $105,061.35 | Scheduled: | $51,528.00 UNLIQ |
| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | | Claim Number: 3902<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $217,241.76 | Scheduled: | $121,945.00 UNLIQ |
| GRAHAM, KENNETH<br>44 VIA PAUSA<br>RCHO STA MARG, CA 92688-4950 | | Claim Number: 3903<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $14,288.91 | Scheduled: | $10,893.00 UNLIQ |
| GRANT, ROBERT T.<br>4545 S. ATLANTIC AVE, UNIT 3604<br>PONCE INLET, FL 33406 | | Claim Number: 3904<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $37,899.74 | Scheduled: | $23,140.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GUERRERO, RICHARD
46 SAINT MICHAEL
DANA POINT, CA 92629

Claim Number: 3905
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
Amends claim number 5

| UNSECURED | Claimed: | $569,312.18 | Scheduled: | $525,148.08 |
|---|---|---|---|---|

GUITTAR, LEE J.
3750 GAUT OCEAN DRIVE
APT #401
FORT LAUDERDALE, FL 33308

Claim Number: 3906
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $126,217.54 | Scheduled: | $94,125.00 UNLIQ |
|---|---|---|---|---|

GUTHRIE, JAMES F.
205 COSTA BELLA DR.
AUSTIN, TX 78734

Claim Number: 3907
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $577,807.24 | Scheduled: | $391,972.00 UNLIQ |
|---|---|---|---|---|

GUTTRY, DELYNN
1135 SCENIC WAY
LOS OSOS, CA 93402

Claim Number: 3908
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $70,638.34 | Scheduled: | $53,464.00 UNLIQ |
|---|---|---|---|---|

COLSTON, JAMES WILLARD
61 THOMAS STREET
PORTLAND, ME 04102

Claim Number: 3909
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $341,112.31 | Scheduled: | $314,650.70 UNLIQ |
|---|---|---|---|---|

COPPENS, STUART K.
726 MAYBANK LOOP
THE VILLAGES, FL 32162

Claim Number: 3910
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $22,713.20 | Scheduled: | $22,165.00 UNLIQ |
|---|---|---|---|---|

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 3911
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $239,050.32 | Scheduled: | $175,144.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3912
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $328,983.31 | Scheduled: | $181,376.85 UNLIQ |
|---|---|---|---|---|

CROWDER, GRACE E.
499 B&F ROAD
GETTYSBURG, PA 17325

Claim Number: 3913
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $328,983.31 | | |
|---|---|---|---|---|

DARNALL, JOHN
6378 LADA AVE.
CAMARILLO, CA 93012

Claim Number: 3914
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $12,067.23 | Scheduled: | $11,257.06 UNLIQ |
|---|---|---|---|---|

DARNALL, JOHN
6378 LADA AVE.
CAMARILLO, CA 93012

Claim Number: 3915
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $12,067.23 | | |
|---|---|---|---|---|

DAVIS, KENNETH
8800 WALTHER BLVD APT 2111
PARKVILLE, MD 21234

Claim Number: 3916
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $85,588.75 | Scheduled: | $49,191.08 UNLIQ |
|---|---|---|---|---|

DAVIS, KENNETH
8800 WALTHER BLVD APT 2111
PARKVILLE, MD 21234

Claim Number: 3917
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $85,588.75 | | |
|---|---|---|---|---|

DEYOUNG, BARBARA R.
4 STONEY CLOVER LANE
PITTSFORD, NY 14534-4601

Claim Number: 3918
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $140,144.34 | Scheduled: | $121,735.77 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DILL, JOHN F.
1001 ARBOR LAKE DR., #408
NAPLES, FL 34110-7083

Claim Number: 3919
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $109,100.04 | Scheduled: | $79,385.00 UNLIQ |

DILWORTH, ANN E.
101 PASEO ENCANTADO NE
SANTA FE, NM 87506

Claim Number: 3920
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $184,998.00 | Scheduled: | $114,930.00 UNLIQ |

DOWNES, MARY M.
9650 SHORE DR.
MAISON SUR MER #2202
MYRTLE BEACH, SC 29572

Claim Number: 3921
Claim Date: 06/09/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,609.85 | Scheduled: | $85,677.07 UNLIQ |

DOWNES, MARY M.
9650 SHORE DR., MAISON SUR MER, NO. 2202
MYRTLE BEACH, SC 29572

Claim Number: 3922
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,609.85 | | |

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 3923
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,350,233.65 | Scheduled: | $675,965.00 UNLIQ |

DREHER, BEVERLY A.
6301 ACACIA HILL DR
YORBA LINDA, CA 92886-5810

Claim Number: 3924
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,882.23 | Scheduled: | $34,808.00 UNLIQ |

DREWRY, ELIZABETH V.
100 RIDGE PASS WAY
LANDRUM, SC 29356

Claim Number: 3925
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $159,351.22 | Scheduled: | $91,219.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DUBESTER, MICHAEL S.
27 TAPPANWOOD DR
LOCUST VALLEY, NY 11560

Claim Number: 3926
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,404.01 | Scheduled: | $23,518.00 UNLIQ |

DYER, JOHN
980 FENIMORE CIRCLE
ATLANTA, GA 30350

Claim Number: 3927
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $592,605.17 | Scheduled: | $546,634.13 |

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 3928
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,494.71 | Scheduled: | $18,073.65 UNLIQ |

EGAN, PAUL H.
5926 SE IRIS COURT
MILWAUKIE, OR 97267-1851

Claim Number: 3929
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,494.71 | | |

ERBURU, ROBERT F.
4265 CRESTA AVE
SANTA BARBARA, CA 93110

Claim Number: 3930
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,976,796.34 | Scheduled: | $6,866,105.23 UNLIQ |

ESGRO, DAVID A.
9415 LA ALBA DR
WHITTIER, CA 90603-1229

Claim Number: 3931
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,602.00 | | |

BARWICK, BRUCE E.
3913 HAWTHORN RD
ELLICOTT CITY, MD 21042

Claim Number: 3932
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,913.69 | Scheduled: | $21,985.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BECKER, TODD A.
1539 CREST DR
ALTADENA, CA 91001-1838

Claim Number: 3933
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $130,317.53 | Scheduled: | $114,039.34 |

BELL, GEORGE
240 DUDLEY ST.
BROOKLINE, MA 02455

Claim Number: 3934
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,758.70 | |

BELL, SUSAN P.
14081 MONTGOMERY DR.
WESTMINSTER, CA 92683

Claim Number: 3935
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,290.37 | |

BERGMANN, HORST A.
4261 PRESERVE PARKWAY SOUTH
GREENWOOD VILLAGE, CO 80121-2188

Claim Number: 3936
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,868,608.14 | Scheduled: | $4,111,376.00  UNLIQ |

BLOOD, EDWARD L.
6929 N HAYDEN RD STE C4-117
SCOTTSDALE, AZ 85250-7991

Claim Number: 3937
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85,974.55 | Scheduled: | $61,646.00  UNLIQ |

BOWEN, SHARON M.
15 NIGHTINGALE WAY
APT. C11
LUTHERVILLE, MD 21093

Claim Number: 3938
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,928.66 | Scheduled: | $5,581.43  UNLIQ |

BOWEN, SHARON M.
15 NIGHTINGALE WAY
APT. C11
LUTHERVILLE, MD 21093

Claim Number: 3939
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,928.66 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOWLIN, GREGORY L.
6152 S. JERICHO WAY
CENTENNIAL, CO 80016-1275

Claim Number: 3940
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $548.59 | Scheduled: | $507.00  UNLIQ |

BRANDT, ROBERT F.
PO BOX 519
111 MULBERRY ST
ST. MICHAELS, MD 21663-0519

Claim Number: 3941
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,409.08 | Scheduled: | $32,238.00  UNLIQ |

BRAUER, ALAN L.
3506 SWEET CLOVER STREET
THOUSAND OAKS, CA 91362

Claim Number: 3942
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,545.56 | Scheduled: | $17,386.00  UNLIQ |

BRENNAN, LEO
3825 TEESDALE CT.
ATLANTA, GA 30350

Claim Number: 3943
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $650,642.48 | Scheduled: | $600,169.23 |

BRIEF, KENNETH H.
4 KENNEBEC LANE
BRUNSWICK, ME 04011

Claim Number: 3944
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,868.36 | Scheduled: | $73,672.61 |

BRISCO, ROBERT N.
1 FLYING MANE LANE
ROLLING HILLS, CA 90274

Claim Number: 3945
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,918.19 | Scheduled: | $17,881.00  UNLIQ |

BRYSON, JOHN E.
1370 WOODSTOCK RD
SAN MARINO, CA 91108

Claim Number: 3946
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $966,473.57 | Scheduled: | $891,499.89 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CAMPBELL, PATRICIA .<br>1765 NARROWS HILL RD.<br>UPPER BLACK EDDY, PA 18972 | | Claim Number: 3947<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,312.38 | | |

| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 3948<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $703,514.32 | Scheduled: | $528,632.00  UNLIQ |

| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 3949<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,523,628.61 | Scheduled: | $1,322,513.44  UNLIQ |

| CASEY, KATHLEEN M.<br>104 GALAXY ST<br>LAKEWAY, TX 78734 | | Claim Number: 3950<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,836.75 | Scheduled: | $87,551.03  UNLIQ |

| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402-1205 | | Claim Number: 3951<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,874.04 | Scheduled: | $27,997.00  UNLIQ |

| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | | Claim Number: 3952<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,089,878.63 | Scheduled: | $767,501.00  UNLIQ |

| CHARLES, RANDOLPH R.<br>8415 PINE TREE LANE<br>WEST PALM BEACH, FL 33406 | | Claim Number: 3953<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,190.66 | Scheduled: | $19,087.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 3954
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $137,253.11 | Scheduled: | $54,907.48 UNLIQ |

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 3955
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $15,217.72 | Scheduled: | $15,217.72 |

CLIFFORD, PATRICK A.
1185 PARK AVENUE APT 3E
NEW YORK, NY 10128

Claim Number: 3956
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,161,516.02 | Scheduled: | $871,862.00 UNLIQ |

CLURMAN, ANDREW W.
6936 BASELINE RD.
BOULDER, CO 80303-3142

Claim Number: 3957
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $50,625.17 | Scheduled: | $17,285.00 UNLIQ |

COAPSTICK, LOUISE G.
22809 W ACACIA COURT
SAUGUS, CA 91350

Claim Number: 3958
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,061.00 | Scheduled: | $24,855.60 UNLIQ |

COFFEY, SHELBY C. III
897 CHINQUAPIN ROAD
MC LEAN, VA 22102

Claim Number: 3959
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $239,849.60 | Scheduled: | $160,125.00 UNLIQ |

COLSTON, JAMES WILLARD
61 THOMAS ST
PORTLAND, ME 04102

Claim Number: 3960
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $341,112.31 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ARMSTRONG, C. MICHAEL
1683 GALLEON DRIVE
NAPLES, FL 34102

Claim Number: 3961
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195,890.45 | Scheduled: | $180,694.35 |

ARNOLD, GARY M.
910 FAR OAKS DR
CASEYVILLE, IL 62232

Claim Number: 3962
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103,730.01 | Scheduled: | $80,634.46 UNLIQ |

ARTHUR, JOHN M.
1506 GRANT STREET
SANTA MONICA, CA 90405

Claim Number: 3963
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,075.76 | Scheduled: | $47,352.09 UNLIQ |

BARLOW, WILLIAM H.
15507 SADDLEBACK RD.
SANTA CLARITA, CA 91387

Claim Number: 3964
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,213.16 | |

BARRETT, DAVID S.
257 OXFORD STREET
HARTFORD, CT 06105-2249

Claim Number: 3965
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,685.88 | Scheduled: | $4,477.00 UNLIQ |

ALFANO, RICHARD S.
403 BRYN MEADOWS
SOUTHLAKE, TX 76092

Claim Number: 3966
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,537.94 | Scheduled: | $22,262.00 UNLIQ |

ALCANTAR, GERALD J.
5445 SELMARINE DR.
CULVER CITY, CA 90230

Claim Number: 3967
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,811.29 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | Claim Number: 3968<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $105,156.30 | Scheduled: | $58,175.00 UNLIQ |
|---|---|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3969<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3970<br>Claim Date: 06/09/2009<br>Debtor: 435 PRODUCTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3971<br>Claim Date: 06/09/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3972<br>Claim Date: 06/09/2009<br>Debtor: BALTIMORE NEWSPAPER NETWORKS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3973<br>Claim Date: 06/09/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3974<br>Claim Date: 06/09/2009<br>Debtor: CANDLE HOLDINGS CORPORATION |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3975<br>Claim Date: 06/09/2009<br>Debtor: CHANNEL 20, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3976<br>Claim Date: 06/09/2009<br>Debtor: CHANNEL 40, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3977<br>Claim Date: 06/09/2009<br>Debtor: CHANNEL 39, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3978<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO AVENUE CONSTRUCTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3979<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3980<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3981<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3982<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3983<br>Claim Date: 06/09/2009<br>Debtor: COURANT SPECIALTY PRODUCTS, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3984<br>Claim Date: 06/09/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3985<br>Claim Date: 06/09/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3986<br>Claim Date: 06/09/2009<br>Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3987<br>Claim Date: 06/09/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3988<br>Claim Date: 06/09/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3989<br>Claim Date: 06/09/2009<br>Debtor: FORTIFY HOLDINGS CORPORATION |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3990<br>Claim Date: 06/09/2009<br>Debtor: FORSALEBYOWNER.COM REFERRAL SERVICES LLC LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3991<br>Claim Date: 06/09/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3992<br>Claim Date: 06/09/2009<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3993<br>Claim Date: 06/09/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3994<br>Claim Date: 06/09/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3995<br>Claim Date: 06/09/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3996<br>Claim Date: 06/09/2009<br>Debtor: INSERTCO, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3997<br>Claim Date: 06/09/2009<br>Debtor: HOY, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3998<br>Claim Date: 06/09/2009<br>Debtor: HOY PUBLICATIONS, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 3999<br>Claim Date: 06/09/2009<br>Debtor: HOMESTEAD PUBLISHING CO. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4000<br>Claim Date: 06/09/2009<br>Debtor: HOMEOWNERS REALTY, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4001<br>Claim Date: 06/09/2009<br>Debtor: HEART & CROWN ADVERTISING, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4002<br>Claim Date: 06/09/2009<br>Debtor: GREENCO, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4003<br>Claim Date: 06/09/2009<br>Debtor: INTERNET FORECLOSURE SERVICE, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4004<br>Claim Date: 06/09/2009<br>Debtor: NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC.<br>Comments: EXPUNGED<br>DOCKET: 3805 (03/22/2010) |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4005<br>Claim Date: 06/09/2009<br>Debtor: NEW MASS. MEDIA, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4006<br>Claim Date: 06/09/2009<br>Debtor: NEOCOMM, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4007<br>Claim Date: 06/09/2009<br>Debtor: NBBF, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4008<br>Claim Date: 06/09/2009<br>Debtor: MAGIC T MUSIC PUBLISHING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4009<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00 UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4010<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4011<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4012<br>Claim Date: 06/09/2009<br>Debtor: KWGN INC. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4013<br>Claim Date: 06/09/2009<br>Debtor: KTLA INC. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4014<br>Claim Date: 06/09/2009<br>Debtor: KSWB INC. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4015<br>Claim Date: 06/09/2009<br>Debtor: KPLR, INC. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | | Claim Number: 4016<br>Claim Date: 06/09/2009<br>Debtor: KIAH INC. |
| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4017<br>Claim Date: 06/09/2009<br>Debtor: JULIUSAIR COMPANY, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4018<br>Claim Date: 06/09/2009<br>Debtor: JULIUSAIR COMPANY II, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4019<br>Claim Date: 06/09/2009<br>Debtor: OAK BROOK PRODUCTIONS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4020<br>Claim Date: 06/09/2009<br>Debtor: NORTH ORANGE AVENUE PROPERTIES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4021<br>Claim Date: 06/09/2009<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4022<br>Claim Date: 06/09/2009<br>Debtor: NEWSPAPER READERS AGENCY, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4023<br>Claim Date: 06/09/2009<br>Debtor: NEWSCOM SERVICES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4024<br>Claim Date: 06/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4025<br>Claim Date: 06/09/2009<br>Debtor: PATUXENT PUBLISHING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4026<br>Claim Date: 06/09/2009<br>Debtor: PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON<br>Comments: EXPUNGED<br>DOCKET: 16688 (05/24/2012) |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4027<br>Claim Date: 06/09/2009<br>Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4028<br>Claim Date: 06/09/2009<br>Debtor: SHEPARD'S INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4029<br>Claim Date: 06/09/2009<br>Debtor: SIGNS OF DISTINCTION, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4030<br>Claim Date: 06/09/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4031
Claim Date: 06/09/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4032
Claim Date: 06/09/2009
Debtor: STEMWEB, INC.

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4033
Claim Date: 06/09/2009
Debtor: SUN-SENTINEL COMPANY

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4034
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4035
Claim Date: 06/09/2009
Debtor: THE DAILY PRESS, INC.

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4036
Claim Date: 06/09/2009
Debtor: THE HARTFORD COURANT COMPANY

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

VALUATION RESEARCH CORPORATION
500 5TH AVE
39TH FL
NEW YORK, NY 10110

Claim Number: 4037
Claim Date: 06/09/2009
Debtor: THE MORNING CALL, INC.

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|----------|----------|--------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4038<br>Claim Date: 06/09/2009<br>Debtor: THE OTHER COMPANY LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4039<br>Claim Date: 06/09/2009<br>Debtor: TIMES MIRROR LAND AND TIMBER COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4040<br>Claim Date: 06/09/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4041<br>Claim Date: 06/09/2009<br>Debtor: TIMES MIRROR SERVICES COMPANY, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4042<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4043<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4044<br>Claim Date: 06/09/2009<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4045<br>Claim Date: 06/09/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4046<br>Claim Date: 06/09/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4047<br>Claim Date: 06/09/2009<br>Debtor: TMLS I, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4048<br>Claim Date: 06/09/2009<br>Debtor: TMLH 2, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4049<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4050<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4051<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4052<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4053<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4054<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4055<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4056<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE NM, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4057<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4058<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4059<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4060<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4061<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4062<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE LOS ANGELES, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4063<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE LICENSE, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4064<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE FINANCE, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4065<br>Claim Date: 06/09/2009<br>Debtor: VALUMAIL, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4066<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4067<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4068<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4069<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4070<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4071<br>Claim Date: 06/09/2009<br>Debtor: WLVI INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4072<br>Claim Date: 06/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4073<br>Claim Date: 06/09/2009<br>Debtor: WDCW BROADCASTING, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4074<br>Claim Date: 06/09/2009<br>Debtor: WCWN LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4075<br>Claim Date: 06/09/2009<br>Debtor: WATL, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4076<br>Claim Date: 06/09/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4077<br>Claim Date: 06/09/2009<br>Debtor: VIRGINIA COMMUNITY SHOPPERS, LLC |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4078<br>Claim Date: 06/09/2009<br>Debtor: WTXX, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

| VALUATION RESEARCH CORPORATION<br>500 5TH AVE<br>39TH FL<br>NEW YORK, NY 10110 | Claim Number: 4079<br>Claim Date: 06/09/2009<br>Debtor: WPIX, INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WARNER BROS DOMESTIC CABLE DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4080
Claim Date: 06/09/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| UNSECURED | Claimed: | $7,790.32 | Scheduled: | $2,596.77 |
|---|---|---|---|---|

---

WARNER BROS DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4081
Claim Date: 06/09/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| UNSECURED | Claimed: | $4,849,100.33 |
|---|---|---|

---

WARNER BROS DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4082
Claim Date: 06/09/2009
Debtor: CHANNEL 40, INC.
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| UNSECURED | Claimed: | $674,987.71 |
|---|---|---|

---

WARNER BROS DOMESTIC CABLE DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4083
Claim Date: 06/09/2009
Debtor: CHANNEL 39, INC.
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| UNSECURED | Claimed: | $880,200.01 |
|---|---|---|

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4084
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| UNSECURED | Claimed: | $121,566.03 | Scheduled: | $121,566.03 |
|---|---|---|---|---|

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4085
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| UNSECURED | Claimed: | $70,278.79 | Scheduled: | $70,278.79 |
|---|---|---|---|---|

---

WARNER BROS DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 4086
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 11969 (07/09/2012)

| UNSECURED | Claimed: | $4,441,916.84 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4087<br>Claim Date: 06/09/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | | |
| UNSECURED | | $6,051,726.03 | | |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4088<br>Claim Date: 06/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | | |
| UNSECURED | Claimed: | $2,353,648.23 | Scheduled: | $2,353,648.23 |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4089<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | | |
| UNSECURED | Claimed: | $1,351,651.70 | Scheduled: | $1,351,656.10 |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4090<br>Claim Date: 06/09/2009<br>Debtor: KIAH INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | | |
| UNSECURED | Claimed: | $867,954.77 | | |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4091<br>Claim Date: 06/09/2009<br>Debtor: KSWB INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | | |
| UNSECURED | Claimed: | $710,410.98 | | |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4092<br>Claim Date: 06/09/2009<br>Debtor: KPLR, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | | |
| UNSECURED | Claimed: | $255,724.33 | Scheduled: | $255,724.33 |
| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4093<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | | |
| UNSECURED | Claimed: | $585,568.82 | Scheduled: | $585,568.82 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WARNER BROS DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4094<br>Claim Date: 06/09/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,390,437.95 | | |

| NEW LINE TELEVISION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4095<br>Claim Date: 06/09/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $9,750.00 | Scheduled: | $9,750.00 |

| NEW LINE TELEVISION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4096<br>Claim Date: 06/09/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $19,475.81 | Scheduled: | $19,475.81 |

| NEW LINE TELEVISION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 4097<br>Claim Date: 06/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $48,750.00 | Scheduled: | $36,169.35 |

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106-5032 | Claim Number: 4098<br>Claim Date: 06/09/2009<br>Debtor: VALUMAIL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $2,346.77 | | |

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106-5032 | Claim Number: 4099<br>Claim Date: 06/09/2009<br>Debtor: WTXX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5744 (09/20/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $100,000.00 | | |

| EBERHARD<br>15220 RAYMER ST<br>VAN NUYS, CA 91405 | Claim Number: 4100<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,150.38 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WHITE WAY SIGN MAINTENANCE CO<br>451 KINGSTON CT<br>MT PROSPECT, IL 60056-6068 | Claim Number: 4101<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,542.76 | Scheduled: | $1,771.38 |
| WHITE WAY SIGN MAINTENANCE CO<br>451 KINGSTON CT<br>MT PROSPECCT, IL 60056-6068 | Claim Number: 4102<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | | |
| UNSECURED | Claimed: | $122.20 | Scheduled: | $122.20 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MSA<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 4103<br>Claim Date: 06/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $25,029.74 | Scheduled: | $25,029.74 |
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 4104<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | | |
| UNSECURED | Claimed: | $1,000,773.25 | | |
| PARAMOUNT PICTURES CORPORATION<br>SUCCESSOR IN INTEREST TO DREAMWORKS LLC<br>ATTN: CARY WILLIAM CLEW - ALAMEDA 6008<br>5555 MELROSE AVENUE<br>HOLLYWOOD, CA 90038 | Claim Number: 4105<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 10951 (02/17/2012) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4106<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| ADMINISTRATIVE | Claimed: | $115,496.81 | | |
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4107<br>Claim Date: 06/09/2009<br>Debtor: WATL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| ADMINISTRATIVE | Claimed: | $12,988.36 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4108<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

ADMINISTRATIVE          Claimed:          $1,097,030.46

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4109<br>Claim Date: 06/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

ADMINISTRATIVE          Claimed:          $222,505.29

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4110<br>Claim Date: 06/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

ADMINISTRATIVE          Claimed:          $64,567.08

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4111<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

ADMINISTRATIVE          Claimed:          $246,791.45

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4112<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

ADMINISTRATIVE          Claimed:          $26,570.63

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 4113<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5007 (07/14/2009) |

ADMINISTRATIVE          Claimed:          $498,807.60
UNSECURED

| | |
|---|---|
| RF CENTRAL LLC<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4114-01<br>Claim Date: 06/09/2009<br>Debtor: KIAH INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |

UNSECURED          Claimed:          $3,698.93

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RF CENTRAL LLC
200 INTERNATIONAL DR #1
BUDD LAKE, NJ 07828-4304

Claim Number: 4114-02
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5.50 |

---

RF CENTRAL LLC
200 INTERNATIONAL DR #1
BUDD LAKE, NJ 07828-4304

Claim Number: 4115
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,129.15 |

---

ANTON BAUER, INC.
14 PROGRESS AVE
SHELTON, CT 06484

Claim Number: 4116
Claim Date: 06/09/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,895.59 |

---

ANTON BAUER, INC.
14 PROGRESS AVE
SHELTON, CT 06484

Claim Number: 4117
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,895.59 |

---

ANTON BAUER, INC.
14 PROGRESS AVE
SHELTON, CT 06484

Claim Number: 4118
Claim Date: 06/09/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 5435 (08/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,895.59 |

---

CAMERA DYNAMICS, INC.
709 EXECUTIVE BLVD
VALLEY COTTAGE, NY 10989

Claim Number: 4119
Claim Date: 06/09/2009
Debtor: WPIX, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,501.55 | Scheduled: | $1,501.55 |

---

CAMERA DYNAMICS, INC.
709 EXECUTIVE BLVD
VALLEY COTTAGE, NY 10989

Claim Number: 4120
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,501.55 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4121<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,778.51 |
|---|---|---|

---

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4122<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,778.51 |
|---|---|---|

---

| NUCOMM, INC.<br>200 INTERNATIONAL DR #1<br>BUDD LAKE, NJ 07828-4304 | Claim Number: 4123<br>Claim Date: 06/09/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,778.51 |
|---|---|---|

---

| YEAGER, ROBERT B.<br>1672 RICHLAND RD<br>SPRING VALLEY, OH 45370 | Claim Number: 4124<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $50,186.41 |
|---|---|---|

---

| CASEY, PETER A.<br>ROTH IRA<br>212 PROSPECT AVE #21B<br>HACKENSACK, NJ 07601 | Claim Number: 4125<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $6,011.37 |
|---|---|---|

---

| CASEY, PETER A.<br>212 PROSPECT AVE #2B<br>HACKENSACK, NJ 07601 | Claim Number: 4126<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $89,798.42 |
|---|---|---|

---

| GARCIA, GARY W.<br>C/O SIEBEN & SIEBEN, LLP<br>90 EAST MAIN STREET<br>BAY SHORE, NY 11706 | Claim Number: 4127<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NORTH COUNTRY PAINTING<br>175 BROAD ST<br>GLENS FALLS, NY 12801 | Claim Number: 4128<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
|---|---|

| UNSECURED | Claimed: | $3,385.48 | Scheduled: | $3,385.48 |
|---|---|---|---|---|

| GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | Claim Number: 4129<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments:<br>Copyright infringement |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | Claim Number: 4130<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Copyright infringement |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | Claim Number: 4131<br>Claim Date: 06/09/2009<br>Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.<br>Comments:<br>Copyright infringement |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | Claim Number: 4132<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments:<br>Copyright infringement |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CAMPBELL, MARJORIE KATHLEEN<br>717 N PAULINA ST APT 2<br>CHICAGO, IL 60622 | Claim Number: 4133<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| PRIORITY | Claimed: | $2,950.00 |
|---|---|---|

| LOPATOWSKI, DAN<br>76 N SAVANNAH CT<br>ROUND LAKE, IL 60073 | Claim Number: 4134<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $425.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $425.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MACE, LAURA L<br>809 N KIOWA STREET<br>ALLENTOWN, PA 18109 | | Claim Number: 4135<br>Claim Date: 06/09/2009<br>Debtor: THE MORNING CALL, INC. | | |

---

| UNSECURED | Claimed: | $5,876.87 | Scheduled: | $5,876.87 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NESSET, JONATHAN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4136<br>Claim Date: 06/09/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | |

---

| UNSECURED | Claimed: | $3,200.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 4137<br>Claim Date: 06/09/2009<br>Debtor: FORSALEBYOWNER.COM CORP. | | |

---

| UNSECURED | Claimed: | $6,400.00 | Scheduled: | $6,400.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4138<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5745 (09/20/2010) | | |

---

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4139<br>Claim Date: 06/09/2009<br>Debtor: CHANNEL 20, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5746 (09/20/2010) | | |

---

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4140<br>Claim Date: 06/09/2009<br>Debtor: COURANT SPECIALTY PRODUCTS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5747 (09/20/2010) | | |

---

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | | Claim Number: 4141<br>Claim Date: 06/09/2009<br>Debtor: HEART & CROWN ADVERTISING, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5748 (09/20/2010) | | |

---

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4142<br>Claim Date: 06/09/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5749 (09/20/2010) | |
| PRIORITY          Claimed: | $40,000.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4143<br>Claim Date: 06/09/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5751 (09/20/2010) | |
| PRIORITY          Claimed: | $500,000.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4144<br>Claim Date: 06/09/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: WITHDRAWN<br>DOCKET: 4144 (11/30/2012) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $575.00<br>$100.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4145<br>Claim Date: 06/09/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5752 (09/20/2010) | |
| PRIORITY          Claimed: | $500,000.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4146<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5754 (09/20/2010) | |
| PRIORITY          Claimed: | $250.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4147<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5756 (09/20/2010) | |
| PRIORITY          Claimed: | $250.00 | |

---

| | | |
|---|---|---|
| CONNECTICUT DEPT OF REVENUE SERVICES<br>C&E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 4148<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: POSSIBLY AMENDED BY 7154<br>DOCKET: 4098 (04/19/2012) | |
| PRIORITY          Claimed: | $12,186,525.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4149<br>Claim Date: 06/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $303,098.57   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4150<br>Claim Date: 06/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $103,066.51   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4151<br>Claim Date: 06/09/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $33,897.73   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4152<br>Claim Date: 06/09/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $5,325.30   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4153<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $20,990.70   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4154<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $5,424.32   CONT |

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | | Claim Number: 4155<br>Claim Date: 06/09/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|---|
| UNSECURED | Claimed: | $22,699.32   CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AGFA CORPORATION<br>611 RIVER DR<br>ELMWOOD PARK, NJ 07407-1325 | Claim Number: 4156<br>Claim Date: 06/09/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,049.98   CONT | | |

---

| JOHNSON & BELL<br>PATRICK GARVEY<br>33 W. MONROE ST.<br>SUITE 2700<br>CHICAGO, IL 60603-5404 | Claim Number: 4157<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,008.40 | | |

---

| STEWART, MICHAEL<br>C/O EDWARD SINGER<br>2801 OCEAN PARK BLVD #199<br>SANTA MONICA, CA 90405 | Claim Number: 4158<br>Claim Date: 06/09/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | Scheduled: | $0.00  UNDET |

---

| POSEY, JOHN A. JR<br>5013 EVERGREEN STREET<br>BELLAIRE, TX 77401-5014 | Claim Number: 4159<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $35,000.00   UNLIQ | | |

---

| ROB MCPHEE DESIGN<br>8506 E MINERAL CIR<br>ENGLEWOOD, CO 80112-2745 | Claim Number: 4160<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,187.50 | | |
| UNSECURED | | | Scheduled: | $510.00 |

---

| DISCOUNT TIRE CO. INC.<br>20225 N SCOTTSDALE RD<br>SCOTTSDALE, AZ 85255-6456 | Claim Number: 4161<br>Claim Date: 06/09/2009<br>Debtor: KSWB INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $467.78 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ANGSTROM GRAPHICS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4162<br>Claim Date: 06/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,467.61 | Scheduled: | $27,384.38 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MOO MANAGEMENT LLC<br>746 N CAHUENGA BLVD<br>LOS ANGELES, CA 90038 | Claim Number: 4163<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $1,482.84 | Scheduled: | $8,963.46 |
|---|---|---|---|---|

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 4164-01<br>Claim Date: 06/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3187 (01/25/2010)<br>Amends claim number 894 |
|---|---|

| UNSECURED | Claimed: | $5,007.19 | Scheduled: | $5,007.19 |
|---|---|---|---|---|

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 4164-02<br>Claim Date: 06/09/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: DOCKET: 3187 (01/25/2010)<br>Amends claim number 894 |
|---|---|

| UNSECURED | Claimed: | $77.20 |
|---|---|---|

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 4165<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments:<br>Amends claim number 894 |
|---|---|

| UNSECURED | Claimed: | $5,959.02 | Scheduled: | $6,032.42 |
|---|---|---|---|---|

| UCLICK LLC<br>1130 WALNUT STREET<br>KANSAS CITY, MO 64106 | Claim Number: 4166<br>Claim Date: 06/09/2009<br>Debtor: WPIX, INC. |
|---|---|

| UNSECURED | Claimed: | $319.43 | Scheduled: | $319.43 |
|---|---|---|---|---|

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 4167<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>Amends claim number 894 |
|---|---|

| UNSECURED | Claimed: | $10,441.19 | Scheduled: | $24,394.31 |
|---|---|---|---|---|

| UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | Claim Number: 4168<br>Claim Date: 06/09/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>Amends claim number 894 |
|---|---|

| UNSECURED | Claimed: | $960.00 | Scheduled: | $4,955.60 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4169
Claim Date: 06/09/2009
Debtor: THE DAILY PRESS, INC.
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,009.86 | Scheduled: | $1,009.86 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4170
Claim Date: 06/09/2009
Debtor: NEW MASS. MEDIA, INC.
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $262.60 | Scheduled: | $239.20 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4171
Claim Date: 06/09/2009
Debtor: NEW MASS. MEDIA, INC.
Comments:
Amends claim numnber 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $104.73 | Scheduled: | $128.13 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4172
Claim Date: 06/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,239.31 | Scheduled: | $52,990.84 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4173
Claim Date: 06/09/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,393.99 | Scheduled: | $14,325.08 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4174
Claim Date: 06/09/2009
Debtor: THE MORNING CALL, INC.
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,130.86 | Scheduled: | $4,426.51 |

---

UNIVERSAL PRESS SYNDICATE
PO BOX 419149
KANSAS CITY, MO 64141-9149

Claim Number: 4175
Claim Date: 06/09/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments:
Amends claim number 894

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $120.00 | Scheduled: | $180.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
DMV-CPD-
INFORMATION SERVICES
PO BOX 944231 MS H264
SACRAMENTO, CA 94244-2310

Claim Number: 4176
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,330.00 | Scheduled: | $2,330.00 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: GENERATION III LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 4177
Claim Date: 06/09/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $122,745.08 | | |
|---|---|---|---|---|

ALTA ENVIRONMENTAL CORPORATION
121 BROADWAY
COLCHESTER, CT 06415

Claim Number: 4178
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 5503 (08/25/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,525.94 |
|---|---|---|---|---|

ZENITH MEDIA
DAVID EDELBERG, ESQ.
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 POLIFLY ROAD
HACKENSACK, NJ 07601

Claim Number: 4179
Claim Date: 06/09/2009
Debtor: HOY, LLC
Comments: DOCKET: 4704 (06/07/2010)

| UNSECURED | Claimed: | $99,894.11 | | |
|---|---|---|---|---|

ZENITH MEDIA
DAVID EDELBERG, ESQ.
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 POLIFLY ROAD
HACKENSACK, NJ 07601

Claim Number: 4180
Claim Date: 06/09/2009
Debtor: HOY, LLC
Comments: DOCKET: 4704 (06/07/2010)

| UNSECURED | Claimed: | $134.00 | | |
|---|---|---|---|---|

FMTC CUSTODIAN - ROTH IRA
FBO PETER B. BLEICHER
PMB 171
13492 RESEARCH BLVD STE 120
AUSTIN, TX 78750-2254

Claim Number: 4181
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,975.00 | | |
|---|---|---|---|---|

QUAD GRAPHICS INC
PO BOX 930505
ATLANTA, GA 31193

Claim Number: 4182
Claim Date: 06/09/2009
Debtor: VALUMAIL, INC.

| UNSECURED | Claimed: | $47,861.93 | Scheduled: | $47,861.93 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| CUMBERLAND TRUST & INVST. CO TTEE<br>40 BURTON HILLS BLVD STE 300<br>NASHVILLE, TN 37215-6292 | Claim Number: 4183<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $50,000.00 | |

---

| | | |
|---|---|---|
| CUMBERLAND TRUST & INVST. CO TTEE<br>40 BURTON HILLS BLVD STE 300<br>NASHVILLE, TN 37215-6292 | Claim Number: 4184<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
| UNSECURED          Claimed: | $100,000.00 | |

---

| | | |
|---|---|---|
| CASEY, PETER A.<br>TRADITIONAL IRA<br>212 PROSPECT AVE # 2B<br>HACKENSACK, NJ 07601 | Claim Number: 4185<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| UNSECURED          Claimed: | $1,001.90 | |

---

| | | |
|---|---|---|
| NORCOM<br>2315 PACIFIC AVENUE  SUITE 331<br>FOREST GROVE, OR 97116 | Claim Number: 4186<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. | |
| ADMINISTRATIVE          Claimed:<br>UNSECURED | $890.79<br>                              Scheduled: | $890.79 |

---

| | | |
|---|---|---|
| FRANKE GREENHOUSE LIST LIPPITT<br>511 16TH ST #610<br>DENVER, CO 80202-4260 | Claim Number: 4187<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) | |
| UNSECURED          Claimed: | $1,047.52 | |

---

| | | |
|---|---|---|
| CHARLES, CLIFTON SR<br>9602 SOUTH CALUMET AVE<br>CHICAGO, IL 60628 | Claim Number: 4188<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |
| SECURED          Claimed: | $50,000.00 | |

---

| | | |
|---|---|---|
| LOISELLE, PAUL<br>320 S PIERCE ST #A<br>NEW ORLEANS, LA 70119-6013 | Claim Number: 4189<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | |
| PRIORITY          Claimed: | $588.14   UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DONCEVIC, LOIS A
5737 SNOWY ORCHID LN.
ALLENTOWN, PA 18104

Claim Number: 4190
Claim Date: 06/09/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,550.85 | Scheduled: | $2,550.85 UNLIQ |

---

BIRDWELL, JERRELL
14 DAIRY GAP ROAD
ASHEVILLE, NC 28804

Claim Number: 4191
Claim Date: 06/09/2009
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $235,265.18 |

---

RAYA, CHARLES A
915 CHAPEL OAKS CT
WINTER GARDEN, FL 34787-2015

Claim Number: 4192
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $39,072.82 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OSA INTERNATIONAL INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4193
Claim Date: 06/09/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,485.00 | | |
| UNSECURED | Claimed: | $2,625.00 | Scheduled: | $7,110.00 |

---

SOUTH FLORIDA STADIUM CORPORATION
C/O TAREK KIEM, ESQ.
AKERMAN SENTERFITT
350 EAST LAS OLAS BLVD., STE. 1600
FORT LAUDERDALE, FL 33301

Claim Number: 4194
Claim Date: 06/09/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: EXPUNGED
DOCKET: 2270 (10/02/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $30,215.00 |
| UNSECURED | Claimed: | $19,136.95 |

---

GECKER, FRANCES - AS CHAPTER 7 TRUSTEE
FOR ILLINOIS BATTERY CO.
FRANK/GECKER LLP
325 W. LASALLE ST., SUITE 625
CHICAGO, IL 60654

Claim Number: 4195
Claim Date: 06/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

CATELLUS DEVELOPMENT CORPORATION
C/O EDWARD J. TREDINNICK, ESQ.
GREENE RADOVSKY MALONEY SHARE & HENNIGH
FOUR EMBARCADERO CENTER, 40TH FLOOR
SAN FRANCISCO, CA 94111

Claim Number: 4196
Claim Date: 06/09/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 11969 (07/09/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $196,420.56 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MACDONALD, JANICE<br>1352  RIDGE ROAD<br>VISTA, CA 92083 | | Claim Number: 4197<br>Claim Date: 06/09/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $400.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALL PHASE SECURITY INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4198<br>Claim Date: 06/09/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $13,197.50 | | |
| PRIORITY | Claimed: | $13,197.50 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $14,634.50 |
| TOTAL | Claimed: | $13,197.50 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 4199<br>Claim Date: 06/09/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $745.10 | | |
| PRIORITY | Claimed: | $745.10 | | |
| UNSECURED | | | Scheduled: | $745.10 |
| TOTAL | Claimed: | $745.10 | | |

---

| | | | | |
|---|---|---|---|---|
| CLAY, MICHAEL R<br>1114B S DES PLAINES<br>FOREST PARK, IL 60130 | | Claim Number: 4200<br>Claim Date: 06/09/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 12717 (11/13/2012) | | |
| UNSECURED | Claimed: | $125,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: SILVER STAR ASSOCIATES<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4201<br>Claim Date: 06/09/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $18,440.00 | Scheduled: | $18,440.00 |

---

| | | | | |
|---|---|---|---|---|
| KELLY, ROBERT<br>4141 NORTH ROCKTON AVE - #A218<br>ROCKFORD, IL 61103-1524 | | Claim Number: 4202<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $7.75 | Scheduled: | $7.75 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| WHITING TECHNOLOGIES CORP.<br>646 EXECUTIVE DRIVE<br>WILLOWBROOK, IL 60527 | Claim Number: 4203<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

---

| ADMINISTRATIVE | Claimed: | $2,000.00 |
|---|---|---|

| | |
|---|---|
| VILLAGE OF ORLAND PARK<br>ATTN: PAULA SWANSTROM<br>14700 S RAVINIA AVE<br>ORLAND PARK, IL 60462-3134 | Claim Number: 4204<br>Claim Date: 06/09/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

---

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 4205<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 4206<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 4207<br>Claim Date: 06/10/2009<br>Debtor: HOY, LLC<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 4208<br>Claim Date: 06/10/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH<br>GOLDBERG - OFFICE OF THE SOLICITOR<br>PLAN BENEFITS SECURITY DIVISION<br>200 CONSTITUTION AVE, N.W., SUITE N-4611<br>WASHINGTON, DC 20210 | Claim Number: 4209<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4210
Claim Date: 06/10/2009
Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4211
Claim Date: 06/10/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4212
Claim Date: 06/10/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4213
Claim Date: 06/10/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4214
Claim Date: 06/10/2009
Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4215
Claim Date: 06/10/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4216
Claim Date: 06/10/2009
Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4217 Claim Date: 06/10/2009 Debtor: TIMES MIRROR SERVICES COMPANY, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4218 Claim Date: 06/10/2009 Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4219 Claim Date: 06/10/2009 Debtor: TIMES MIRROR LAND AND TIMBER COMPANY Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4220 Claim Date: 06/10/2009 Debtor: THE MORNING CALL, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4221 Claim Date: 06/10/2009 Debtor: NEW MASS. MEDIA, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4222 Claim Date: 06/10/2009 Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4223 Claim Date: 06/10/2009 Debtor: VALUMAIL, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY            Claimed:                    $0.00   UNLIQ

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4224<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4225<br>Claim Date: 06/10/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4226<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4227<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4228<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4229<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4230<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
| PRIORITY          Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4231<br>Claim Date: 06/10/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4232<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4233<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4234<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4235<br>Claim Date: 06/10/2009<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4236<br>Claim Date: 06/10/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4237<br>Claim Date: 06/10/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4238<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 20, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4239<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4240<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4241<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4242<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4243<br>Claim Date: 06/10/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4244<br>Claim Date: 06/10/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10989 (02/23/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4245 Claim Date: 06/10/2009 Debtor: KSWB INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4246 Claim Date: 06/10/2009 Debtor: KTLA INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4247 Claim Date: 06/10/2009 Debtor: TRIBUNE TELEVISION HOLDINGS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4248 Claim Date: 06/10/2009 Debtor: KIAH INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4249 Claim Date: 06/10/2009 Debtor: WPIX, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4250 Claim Date: 06/10/2009 Debtor: TRIBUNE BROADCASTING COMPANY Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4251 Claim Date: 06/10/2009 Debtor: OAK BROOK PRODUCTIONS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY            Claimed:                         $0.00    UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4252 Claim Date: 06/10/2009 Debtor: CHICAGOLAND TELEVISION NEWS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4253 Claim Date: 06/10/2009 Debtor: TMS ENTERTAINMENT GUIDES, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4254 Claim Date: 06/10/2009 Debtor: FORSALEBYOWNER.COM REFERRAL SERVICES LLC LLC Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4255 Claim Date: 06/10/2009 Debtor: FORSALEBYOWNER.COM CORP. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4256 Claim Date: 06/10/2009 Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4257 Claim Date: 06/10/2009 Debtor: COURANT SPECIALTY PRODUCTS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4258 Claim Date: 06/10/2009 Debtor: TRIBUNE MEDIA SERVICES, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |
|---|---|

PRIORITY              Claimed:                    $0.00    UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4259 Claim Date: 06/10/2009 Debtor: VIRGINIA GAZETTE COMPANIES, LLC Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4260 Claim Date: 06/10/2009 Debtor: THE DAILY PRESS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4261 Claim Date: 06/10/2009 Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4262 Claim Date: 06/10/2009 Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4263 Claim Date: 06/10/2009 Debtor: TRIBUNE LOS ANGELES, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4264 Claim Date: 06/10/2009 Debtor: FORUM PUBLISHING GROUP, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

| | |
|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4265 Claim Date: 06/10/2009 Debtor: GOLD COAST PUBLICATIONS, INC. Comments: EXPUNGED DOCKET: 10989 (02/23/2012) |

PRIORITY              Claimed:                    $0.00   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4266
Claim Date: 06/10/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4267
Claim Date: 06/10/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4268
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4269
Claim Date: 06/10/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4270
Claim Date: 06/10/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4271
Claim Date: 06/10/2009
Debtor: NEWSPAPER READERS AGENCY, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

U.S. DEPARTMENT OF LABOR - ELIZABETH
GOLDBERG - OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVE, N.W., SUITE N-4611
WASHINGTON, DC 20210

Claim Number: 4272
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4273 Claim Date: 06/10/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 10989 (02/23/2012) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| U.S. DEPARTMENT OF LABOR - ELIZABETH GOLDBERG - OFFICE OF THE SOLICITOR PLAN BENEFITS SECURITY DIVISION 200 CONSTITUTION AVE, N.W., SUITE N-4611 WASHINGTON, DC 20210 | Claim Number: 4274 Claim Date: 06/10/2009 Debtor: TRIBUNE PUBLISHING COMPANY Comments: EXPUNGED DOCKET: 10989 (02/23/2012) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Claim Number: 4275-01 Claim Date: 06/10/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $319,028.65 | Scheduled: | $302,548.14 |
| RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Claim Number: 4275-02 Claim Date: 06/10/2009 Debtor: HOMESTEAD PUBLISHING CO. Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $2,296.36 | Scheduled: | $4,791.63 |
| RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Claim Number: 4275-03 Claim Date: 06/10/2009 Debtor: SUN-SENTINEL COMPANY Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $9,961.82 | Scheduled: | $12,412.10 |
| RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Claim Number: 4275-04 Claim Date: 06/10/2009 Debtor: TRIBUNE DIRECT MARKETING, INC. Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $486.50 | Scheduled: | $486.50 |
| RYDER TRUCK RENTAL, INC. ATTN: JENNIFER MORRIS 6000 WINDWARD PARKWAY ALPHARETTA, GA 30005 | Claim Number: 4275-05 Claim Date: 06/10/2009 Debtor: WGN CONTINENTAL BROADCASTING COMPANY Comments: ALLOWED DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $229.23 | Scheduled: | $229.23 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| 6400-6500 PARK OF COMMERCE BOULEVARD,LLC<br>ATTN: MUSTAFA SALEHBHAI, ESQ.<br>3424 PEACHTREE ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | Claim Number: 4276<br>Claim Date: 06/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| CSC HOLDINGS, INC., ET AL<br>ATTN: GENERAL COUNSEL<br>1111 STEWART AVENUE<br>BETHPAGE, NY 11714 | Claim Number: 4277<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |
|---|---|---|---|---|

| TATA AMERICA INTERNATIONAL CORP<br>D/B/A TCS AMERICA<br>ATTN: SATYA S. HEGDE, ESQ.<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10178 | Claim Number: 4278<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $66,167.74 | Scheduled: | $29,280.00 |
|---|---|---|---|---|

| GALBO, CAMILLA<br>1416 S WASHINGTON<br>PARK RIDGE, IL 60068 | Claim Number: 4279<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $10,429.28 | | |
|---|---|---|---|---|

| TWITCHELL, THOMAS D<br>5123 SW 92ND CT<br>GAINESVILLE, FL 32608-4126 | Claim Number: 4280<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) |
|---|---|

| UNSECURED | Claimed: | $1,382.64 | Scheduled: | $1,382.64  UNLIQ |
|---|---|---|---|---|

| HERZOG, ROBERT<br>27 BISHOP LANE<br>HOLBROOK, NY 11741 | Claim Number: 4281<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PARSONS, LEIF<br>223 MONITOR ST  2ND FLOOR<br>BROOKLYN, NY 11222 | Claim Number: 4282<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2832 (12/11/2009) |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DIAMOND, KATHLEEN<br>1442 BALDWIN BLVD<br>BAY SHORE, NY 11706 | Claim Number: 4283<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| BURNS, BETTY<br>1422 N. GORDON APT 5<br>HOLLYWOOD, CA 90028 | Claim Number: 4284<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Retiree medical benefits & life insurance |

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| W ESTATE OF ROBERT MILLER, THE<br>17 RIVIERA PKWY<br>LINDENHURST, NY 11757 | Claim Number: 4285<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $28,092.58 | | |

---

| HUNTER, KAREN J<br>91 EAST MAIN STREET<br>MIDDLETOWN, CT 06457 | Claim Number: 4286<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $5,805.90 | | |
| UNSECURED | | | Scheduled: | $5,805.90 UNLIQ |

---

| BURK TECHNOLOGY INC<br>7 BEAVER BROOK RD<br>LITTLETON, MA 01460 | Claim Number: 4287<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 39, INC. |

| UNSECURED | Claimed: | $95.80 | Scheduled: | $95.80 |

---

| CASTANON, DAVID A.<br>21 CASTANO COURT<br>NEEDHAM, MA 02494 | Claim Number: 4288<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $43,900.00 | | |

---

| JOPLING, D<br>1222 E CALAVERAS ST<br>ALTADENA, CA 91001 | Claim Number: 4289<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $11.87 | Scheduled: | $11.87 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | | Claim Number: 4290<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $387,987.70 | | |
| GANNETT NEWS SERVICE<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107-0320 | | Claim Number: 4291<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $14,460.48 | Scheduled: | $14,460.48 |
| RHEIN, ESTHER<br>RUSKIN MOSCOU FALTISCHEK PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4292<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| GOLDENBERG, MARIE<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4293<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| GOLDENBERG, BARRY<br>RUSKIN MOSCOU FALTISCHEK, PC<br>C/O M. AMATO<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | | Claim Number: 4294<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| SERVICE SOURCE, INC.<br>201 4TH AVE N FL 3<br>NASHVILLE, TN 37219-2028 | | Claim Number: 4295<br>Claim Date: 06/10/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | |
| UNSECURED | Claimed: | $32,083.96 | Scheduled: | $16,041.98 |
| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O MARIA ANN MILANO - RIDDELL WILLIAMS<br>1001  4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | | Claim Number: 4296<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
| UNSECURED | Claimed: | $4,214,723.11 | Scheduled: | $366,800.30 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COBALT INDUSTRIAL REIT
C/O STEVE A. PEIRCE
FULBRIGHT & JAWORSKI, LLP
300 COVENT STREET, SUTIE 2200
SAN ANTONIO, TX 78205-3792

Claim Number: 4297
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

STATE OF INDIANA
DEPARTMENT OF REVENUE
CAROL LUSHELL - BANKRUPTCY SECTION
100 NORTH SENATE AVENUE RM N203
INDIANAPOLIS, IN 46204

Claim Number: 4298
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN
DOCKET: 12967 (01/04/2013)

| ADMINISTRATIVE | Claimed: | $15,633.47 |
|---|---|---|

---

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Claim Number: 4299
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN
DOCKET: 5005 (07/14/2010)

| PRIORITY | Claimed: | $26.20 |
|---|---|---|

---

CHUCK WARE INC
7107 S VERSAILLES ST
AURORA, CO 80016

Claim Number: 4300
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |
|---|---|---|---|---|

---

CAMASSAR, CAROLYN I
5 OLD WALLINGFORD ROAD
DURHAM, CT 06422

Claim Number: 4301
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,568.70  UNLIQ |
|---|---|---|---|---|

---

CAMASSAR, CAROLYN I
5 OLD WALLINGFORD ROAD
DURHAM, CT 06422

Claim Number: 4302
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

CAMASSAR, CAROLYN
5 OLD WALLINGFORD ROAD
DURHAM, CT 06422

Claim Number: 4303
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4304<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $219.41 | | |

---

| CALLSOURCE<br>31280 OAK CREST DR SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4305<br>Claim Date: 06/10/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122.58 | Scheduled: | $122.58 |

---

| CALL SOURCE<br>31280 OAK CREST DRIVE SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4306<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $371.14 | | |

---

| CALLSOURCE<br>31280 OAK CREST DRIVE SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4307<br>Claim Date: 06/10/2009<br>Debtor: THE DAILY PRESS, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $222.58 | Scheduled: | $300.00 |

---

| CALLSOURCE<br>31280 OAK CREST DRIVE SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4308<br>Claim Date: 06/10/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $298.72 | Scheduled: | $1,060.58 |

---

| CALL SOURCE<br>31280 OAK CREST DRIVE<br>SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4309<br>Claim Date: 06/10/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $259.48 | | |

---

| CALLSOURCE<br>31280 OAK CREST DR SUITE 3<br>WESTLAKE VILLAGE, CA 91361 | | Claim Number: 4310<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $526.89 | Scheduled: | $97.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CALL SOURCE
31280 OAK CREST DRIVE
SUITE 3
WESTLAKE VILLAGE, CA 91361

Claim Number: 4311
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $2,324.63 | Scheduled: | $2,324.63 |
|---|---|---|---|---|

CALL SOURCE
31280 OAK CREST DRIVE
SUITE 3
WESTLAKE VILLAGE, CA 91361

Claim Number: 4312
Claim Date: 06/10/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $46.67 | | |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-01
Claim Date: 06/10/2009
Debtor: CHANNEL 39, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $1,376.00 | Scheduled: | $1,375.00 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-02
Claim Date: 06/10/2009
Debtor: CHANNEL 40, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $8,329.00 | Scheduled: | $8,329.00 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-03
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $8,684.32 | Scheduled: | $8,684.32 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-04
Claim Date: 06/10/2009
Debtor: KIAH INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $3,775.00 | Scheduled: | $3,775.00 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-05
Claim Date: 06/10/2009
Debtor: KPLR, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $4,739.00 | Scheduled: | $4,739.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-06<br>Claim Date: 06/10/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,399.00 | Scheduled: | $1,399.00 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-07<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $20,464.00 | Scheduled: | $20,464.00 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-08<br>Claim Date: 06/10/2009<br>Debtor: KWGN INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $6,774.00 | Scheduled: | $6,774.00 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-09<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $5,831.47 | Scheduled: | $5,831.47 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-10<br>Claim Date: 06/10/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,575.39 | Scheduled: | $2,575.39 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-11<br>Claim Date: 06/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,209.38 | Scheduled: | $2,209.38 |
|---|---|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: WORLDNOW<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 4313-12<br>Claim Date: 06/10/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $799.07 | Scheduled: | $799.07 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-13
Claim Date: 06/10/2009
Debtor: THE DAILY PRESS, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $263.67 | Scheduled: | $263.67 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-14
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $15,759.67 | Scheduled: | $15,759.66 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-15
Claim Date: 06/10/2009
Debtor: THE MORNING CALL, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $437.21 | Scheduled: | $437.21 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-16
Claim Date: 06/10/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $1,336.00 | Scheduled: | $1,336.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-17
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $21,404.00 | Scheduled: | $21,404.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-18
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $3,973.00 | Scheduled: | $3,973.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-19
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $8,300.00 | Scheduled: | $9,042.84 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-20
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $5,731.00 | Scheduled: | $5,731.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-21
Claim Date: 06/10/2009
Debtor: WDCW BROADCASTING, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $1,345.00 | Scheduled: | $1,345.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-22
Claim Date: 06/10/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $14,565.00 | Scheduled: | $14,565.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-23
Claim Date: 06/10/2009
Debtor: WPIX, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $13,736.00 | Scheduled: | $13,736.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: WORLDNOW
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4313-24
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $2,176.56 | Scheduled: | $2,176.56 |
|---|---|---|---|---|

---

COBALT GROUP
DEPT CH17034
PALATINE, IL 60055

Claim Number: 4314
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $2,112.90 | Scheduled: | $1,112.90 |
|---|---|---|---|---|

---

COBALT GROUP
DEPT CH17034
PALATINE, IL 60055

Claim Number: 4315
Claim Date: 06/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $1,112.90 | Scheduled: | $612.90 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COBALT GROUP
DEPT CH17034
PALATINE, IL 60055

Claim Number: 4316
Claim Date: 06/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $5,612.91 | Scheduled: | $3,112.91 |
|---|---|---|---|---|

LANESEY, WILLIAM A.
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4317
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $83,400.00 | | |
|---|---|---|---|---|

LANESEY, WILLIAM
7730 ANNESDALE DRIVE
CINCINNATI, OH 45243

Claim Number: 4318
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $431.18 | Scheduled: | $431.18 |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4319
Claim Date: 06/10/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $102,398.72 | | |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4320
Claim Date: 06/10/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $1,200.77 | | |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4321
Claim Date: 06/10/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $16,526.99 | Scheduled: | $10,557.16 |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4322
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $12,985.54 | Scheduled: | $10,365.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4323
Claim Date: 06/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $495.61 | Scheduled: | $694.80 |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4324
Claim Date: 06/10/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $6,002.34 | Scheduled: | $6,002.34 |
|---|---|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4325
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $469.86 |
|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4326
Claim Date: 06/10/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| UNSECURED | Claimed: | $8,209.43 |
|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4327
Claim Date: 06/10/2009
Debtor: TRIBUNE LOS ANGELES, INC.
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $276.21 |
|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4328
Claim Date: 06/10/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $1,470.00 |
|---|---|---|

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 4329
Claim Date: 06/10/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $2,125.00 | Scheduled: | $2,125.02 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| KRANTZ, RANDI<br>100 BEEKMAN STREET 9J<br>NEW YORK, NY 10038 | Claim Number: 4330<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | | |
| PRIORITY | Claimed: | $6,239.42 | | |

---

| | | | | |
|---|---|---|---|---|
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | Claim Number: 4331<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,619,060,109.29   UNLIQ | Scheduled: | $1,619,506,849.32 UNLIQ |

---

| | | |
|---|---|---|
| E Z BUY & E Z SELL RECYCLER CORPORATION<br>C/O TARGET MEDIA PARTNERS<br>ATTN SUSAN M. HUMPHREVILLE<br>5900 WILSHIRE BLVD, STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4332<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12829 (12/11/2012) | |
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

| | | |
|---|---|---|
| WILSHIRE CLASSIFIEDS LLC<br>C/O TARGET MEDIA PARTNERS DC, LLC<br>5900 WILSHIRE BLVD STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4333<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12829 (12/11/2012) | |
| SECURED | Claimed: | $1,700,000.00   UNLIQ |
| UNSECURED | Claimed: | $1,300,000.00   UNLIQ |

---

| | | |
|---|---|---|
| EZ BUY & EZ SELL RECYCLER CORP OF<br>SOUTHERN CALIFORNIA<br>C/O TMP<br>5900 WILSHIRE BLVD STE 550<br>LOS ANGELES, CA 90036 | Claim Number: 4334<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 12829 (12/11/2012) | |
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

| | | |
|---|---|---|
| TARGET MEDIA PARTNERS OPERATING COMPANY,<br>1800 N HIGHLAND AVE STE 400<br>LOS ANGELES, CA 90028-4542 | Claim Number: 4335<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: WITHDRAWN<br>DOCKET: 12829 (12/11/2012) | |
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TARGET MEDIA PARTNERS OPERATING COMPANY,
1800 N HIGHLAND AVE STE 400
LOS ANGELES, CA 90028-4542

Claim Number: 4336
Claim Date: 06/10/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: WITHDRAWN
DOCKET: 12829 (12/11/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

WILSHIRE CLASSIFIEDS, LLC
C/O TMP
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4337
Claim Date: 06/10/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: WITHDRAWN
DOCKET: 12829 (12/11/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

EZ BUY & EZ SELL RECYCLER CORP OF
SOUTHERN CALIFORNIA
C/O TMP
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4338
Claim Date: 06/10/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: WITHDRAWN
DOCKET: 12829 (12/11/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

WILSHIRE CLASSIFIEDS, LLC
C/O TMP
5900 WILSHIRE BLVD STE 550
LOS ANGELES, CA 90036

Claim Number: 4339
Claim Date: 06/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: WITHDRAWN
DOCKET: 12829 (12/11/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $1,700,000.00 |
| UNSECURED | Claimed: | $1,300,000.00 |
| TOTAL | Claimed: | $3,069,497.23 |

---

RAGO, ANNE
633 EUCLID
ELMHURST, IL 60126

Claim Number: 4340
Claim Date: 06/10/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $22,025.00 | Scheduled: | $0.00  UNLIQ |

---

ARC HOLDING LTD.
DBA SPORTS ACCESS
100 E. ROYAL LANE, SUITE 250
IRVING, TX 75039

Claim Number: 4341
Claim Date: 06/10/2009
Debtor: WPIX, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,952.42 | Scheduled: | $4,952.42 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| FOX SPORTS NET OHIO<br>10201 W PICO BLVD BLDG 103 # 3147<br>LOS ANGELES, CA 90035 | | Claim Number: 4342<br>Claim Date: 06/10/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2270 (10/02/2009) | | |
| UNSECURED | Claimed: | $5,185.33 | | |
| ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | | Claim Number: 4343<br>Claim Date: 06/10/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $724.39 | | |
| ARC HOLDING, LTD.<br>DBA SPORTS ACCESS<br>100 E ROYAL LANE SUITE 250<br>IRVING, TX 75039 | | Claim Number: 4344<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED | Claimed: | $2,811.79 | Scheduled: | $2,811.79 |
| ARC HOLDING LTD.<br>DBA SPORTS ACCESS<br>100 E. ROYAL LANE, SUITE 250<br>IRVING, TX 75039 | | Claim Number: 4345<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $4,719.35 | Scheduled: | $3,850.00 |
| ARC HOLDING, LTD.<br>DBA SPORTS ACCESS<br>100 E ROYAL LANE SUITE 250<br>IRVING, TX 75039 | | Claim Number: 4346<br>Claim Date: 06/10/2009<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $1,593.55 | | |
| ARC HOLDING, LTD.<br>DBA SPORTS ACCESS<br>100 E ROYAL LANE SUITE 250<br>IRVING, TX 75039 | | Claim Number: 4347<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
| UNSECURED | Claimed: | $361.29 | | |
| NETWORKS ENGINEERING & OPERATIONS<br>10201 W PICO BLVD BLDG 103 # 3147<br>LOS ANGELES, CA 90035 | | Claim Number: 4348<br>Claim Date: 06/10/2009<br>Debtor: WATL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $102.60 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NETWORKS ENGINEERING & OPERATIONS
10201 W PICO BLVD BLDG 103 # 3147
LOS ANGELES, CA 90035

Claim Number: 4349
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $1,346.00 | | |

---

ARC HOLDING, LTD.
DBA SPORTS ACCESS
100 E ROYAL LANE SUITE 250
IRVING, TX 75039

Claim Number: 4350
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| UNSECURED | Claimed: | $980.65 | Scheduled: | $800.00 |

---

ARC HOLDING, LTD.
DBA SPORTS ACCESS
100 E ROYAL LANE SUITE 250
IRVING, TX 75039

Claim Number: 4351
Claim Date: 06/10/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $2,397.68 | Scheduled: | $2,397.48 |

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Number: 4352
Claim Date: 06/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| ADMINISTRATIVE | Claimed: | $4,924.12 | | |
| UNSECURED | Claimed: | $10,075.52 | Scheduled: | $3,573.79 |

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Number: 4353
Claim Date: 06/10/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $4,924.12 | | |
| UNSECURED | Claimed: | $10,075.52 | Scheduled: | $446.39 |

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Number: 4354
Claim Date: 06/10/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $4,924.12 | | |
| UNSECURED | Claimed: | $10,075.52 | Scheduled: | $12,887.56 |

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Number: 4355
Claim Date: 06/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| ADMINISTRATIVE | Claimed: | $4,924.12 | | |
| UNSECURED | Claimed: | $10,075.52 | Scheduled: | $292.49 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YAHOO! INC.
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL  SUITE 300
PALO ALTO, CA 94306

Claim Number: 4356
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,924.12 |
| UNSECURED | Claimed: | $10,075.52 |

---

KING BLACKWELL DOWNS & ZEHNDER, P.A.
25 E. PINE STREET
P.O. BOX 1631
ORLANDO, FL 32802-1631

Claim Number: 4357
Claim Date: 06/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,965.79 |

---

KING BLACKWELL DOWNS & ZEHNDER, P.A.
25 E. PINE STREET
P.O. BOX 1631
ORLANDO, FL 32802-1631

Claim Number: 4358
Claim Date: 06/10/2009
Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC.
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,965.79 |

---

KING BLACKWELL DOWNS & ZEHNDER, P.A.
25 E. PINE ST
PO BOX 1631
ORLANDO, FL 32802-1631

Claim Number: 4359
Claim Date: 06/10/2009
Debtor: TRIBUNE PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,965.79 |

---

KING BLACKWELL DOWNS & ZEHNDER, P.A.
25 E. PINE ST
PO BOX 1631
ORLANDO, FL 32802-1631

Claim Number: 4360
Claim Date: 06/10/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,965.79 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: HART MARKETING LLC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4361
Claim Date: 06/10/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,198.94 | Scheduled: | $13,198.94 |

---

CBS TELEVISION STATIONS INC.
C/O JULIE B. BEHUNIAK, ESQ.
51 W 52 ST
NEW YORK, NY 10019

Claim Number: 4362
Claim Date: 06/10/2009
Debtor: CHANNEL 39, INC.
Comments: WITHDRAWN
DOCKET: 4169 (04/27/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,306.35 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CBS BROADCASTING INC.
ATTN: MICHAEL O'CONNOR
C/O WHITE O'CONNOR FINK & BRENNER LLP
10100 SANTA MONICA BLVD, 23RD FL
LOS ANGELES, CA 90067

Claim Number: 4363
Claim Date: 06/10/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 12126 (07/27/2012)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

CBS RADIO INC.
C/O WHITE O'CONNOR FINK & BRENNER LLP
ATTN: MICHAEL J. O'CONNOR
10102 SANTA MONICA BOULEVARD, 23RD FLOOR
LOS ANGELES, CA 90069

Claim Number: 4364
Claim Date: 06/10/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 12127 (07/27/2012)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

CBS BROADCASTING, INC.
C/O WHITE O'CONNOR FINK & BRENNER LLP
ATTN: MICHAEL J. O'CONNOR
10101 SANTA MONICA BOULEVARD, 23RD FLOOR
LOS ANGELES, CA 90068

Claim Number: 4365
Claim Date: 06/10/2009
Debtor: KTLA INC.
Comments: WITHDRAWN
DOCKET: 12126 (07/27/2012)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

CBS RADIO INC.
C/O WHITE O'CONNOR FINK & BRENNER LLP
ATTN: MICHAEL J. O'CONNOR
10100 SANTA MONICA BOULEVARD, 23RD FLOOR
LOS ANGELES, CA 90067

Claim Number: 4366
Claim Date: 06/10/2009
Debtor: KTLA INC.
Comments: WITHDRAWN
DOCKET: 12127 (07/27/2012)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

ASSOCIATED PRESS
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020-1666

Claim Number: 4367
Claim Date: 06/10/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| UNSECURED | Claimed: | $4,375.00 | | |

---

ASSOCIATED PRESS, THE
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020-1666

Claim Number: 4368
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $179.89 | Scheduled: | $568.00 |

---

ASSOCIATED PRESS, THE
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020-1666

Claim Number: 4369
Claim Date: 06/10/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| UNSECURED | Claimed: | $1,635.99 | Scheduled: | $1,635.99 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4370<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: DOCKET: 9345 (06/24/2011) | | |
| UNSECURED | Claimed: | $4,607.76 | Scheduled: | $4,607.76 |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4371<br>Claim Date: 06/10/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $381.33 | | |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4372<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $5,153.21 | Scheduled: | $5,452.17 |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4373<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 3801 (03/22/2010) | | |
| UNSECURED | Claimed: | $3,709.80 | Scheduled: | $3,709.80 |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4374<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $6,973.02 | Scheduled: | $6,973.02 |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4375<br>Claim Date: 06/10/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $5,753.48 | Scheduled: | $5,753.48 |
| ASSOCIATED PRESS, THE<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020-1666 | | Claim Number: 4376<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $1,210.04 | Scheduled: | $5,358.75 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ASSOCIATED PRESS, THE
ATTN: AP HELP DESK
50 ROCKEFELLER PLAZA
3RD FL
NEW YORK, NY 10020-1666

Claim Number: 4377
Claim Date: 06/10/2009
Debtor: KTLA INC.

| UNSECURED | Claimed: | $26,604.08 | Scheduled: | $26,604.08 |
|---|---|---|---|---|

AP WIDEWORLD PHOTOS
ATTN: ANN MARIE CASALE
450 W 33 ST
NEW YORK, NY 10001

Claim Number: 4378
Claim Date: 06/10/2009
Debtor: KWGN INC.
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| UNSECURED | Claimed: | $1,225.58 | | |
|---|---|---|---|---|

ASSOCIATED PRESS
C/O SALLY CARPENTER
1835 MARKET ST
PHILADELPHIA, PA 19103

Claim Number: 4379
Claim Date: 06/10/2009
Debtor: CHANNEL 40, INC.

| UNSECURED | Claimed: | $7,974.48 | Scheduled: | $7,974.48 |
|---|---|---|---|---|

ASSOCIATED PRESS
AP NEWSPAPER SERVICES
PO BOX 414189
BOSTON, MA 02241-4189

Claim Number: 4380
Claim Date: 06/10/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $257.42 | Scheduled: | $257.42 |
|---|---|---|---|---|

ASSOCIATED PRESS
AP NESPAPER SERVICES
PO BOX 414189
BOSTON, MA 02241-4189

Claim Number: 4381
Claim Date: 06/10/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $129,264.02 | Scheduled: | $129,264.02 |
|---|---|---|---|---|

ASSOCIATED PRESS
AP NEWSPAPER SERVICES
PO BOX 414189
BOSTON, MA 02241-4189

Claim Number: 4382
Claim Date: 06/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 5689 (09/14/2010)

| UNSECURED | Claimed: | $196,501.87 | Scheduled: | $326,694.91 |
|---|---|---|---|---|

ASSOCIATED PRESS, THE
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020-1666

Claim Number: 4383
Claim Date: 06/10/2009
Debtor: HOY, LLC

| UNSECURED | Claimed: | $1,260.22 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BK SOUTH, LLC<br>C/O BLOCK & KAHAN PROPERTIES, LLC<br>38 TRUMBULL STREET<br>NEW HAVEN, CT 06510 | Claim Number: 4384<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $127,432.80 | | |
|---|---|---|---|---|

---

| CITY OF FORT LAUDERDALE<br>C/O CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVE<br>FT LAUDERDALE, FL 33301 | Claim Number: 4385<br>Claim Date: 06/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 10387 (12/08/2011) |
|---|---|

| PRIORITY | Claimed: | $37.02 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $369.08 | Scheduled: | $453.95 |

---

| CITY OF FORT LAUDERDALE<br>C/O CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 4386<br>Claim Date: 06/10/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $581.25 | Scheduled: | $581.25 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MANROLAND INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4387<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,595.00 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MANROLAND INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4388<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $40,180.51 | | |
|---|---|---|---|---|

---

| MCCROHON, NANCY<br>2101 CONNECTICUT AV<br>WASHINGTON, DC 20008 | Claim Number: 4389<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension and survivor benefits |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| RIVERBEND<br>1161 LOWER FALLS ROAD<br>KOHLER, WI 53044 | Claim Number: 4390<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $6,282.36 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: QUALITY OFFICE SOLUTIONS LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 4391<br>Claim Date: 06/10/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | | | |
| UNSECURED | | $23,005.75 | Scheduled: | $24,262.50 |

| | | | | |
|---|---|---|---|---|
| INASMUCH FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4392<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $300,000.00 | | |

| | | | | |
|---|---|---|---|---|
| LAXINETA, MICHAEL<br>117 SEVEN BRIDGES ROAD<br>CHAPPAQUA, NY 10514 | | Claim Number: 4393<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | |
| UNSECURED | Claimed: | $59,280.00 | | |

| | | | | |
|---|---|---|---|---|
| TOWER HZ, LLC<br>ATTN: MARC D. HAUSER<br>C/O EGI-TRB, LLC, AS AUTHORIZED AGENT<br>2 NORTH RIVERSIDE PLAZA, STE 600<br>CHICAGO, IL 60606 | | Claim Number: 4394<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
| UNSECURED | Claimed: | $746,890.90   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| ETHICS & EXCELLENCE IN JOURNALISM<br>FOUNDATION<br>OKLAHOMA TOWER<br>210 PARK AVE<br>OKLAHOMA CITY, OK 73102 | | Claim Number: 4395<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $140,000.00 | | |

| | | | | |
|---|---|---|---|---|
| MARSH USA, INC.<br>ATTN: MITCHELL AUSLANDER & CHRISTOPHER<br>JEANOS C/O WILKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVE<br>NEW YORK, NY 10019 | | Claim Number: 4396<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Confidential Settlement Agreement | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| CITY OF ORLANDO<br>ATTN: WES POWELL, ESQ.<br>CITY ATTORNEY'S OFFICE<br>400 S ORANGE AVE, 3RD FL, PO BOX 4990<br>ORLANDO, FL 32801-3365 | | Claim Number: 4397<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $19,240.34 | Scheduled: | $9,878.26 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4398<br>Claim Date: 06/10/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $29,677.41 | Scheduled: | $29,677.41 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4399<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | | |
| UNSECURED | Claimed: | $964.53 | Scheduled: | $964.53 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4400<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | | | |
| UNSECURED | Claimed: | $4,822.58 | Scheduled: | $4,822.58 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4401<br>Claim Date: 06/10/2009<br>Debtor: CHANNEL 40, INC. | | | |
| UNSECURED | Claimed: | $7,716.01 | Scheduled: | $7,716.01 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4402<br>Claim Date: 06/10/2009<br>Debtor: KIAH INC. | | | |
| UNSECURED | Claimed: | $33,758.07 | Scheduled: | $33,758.07 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4403<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
| UNSECURED | Claimed: | $3,494.61 | Scheduled: | $3,494.61 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4404<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
| UNSECURED | Claimed: | $41,935.49 | Scheduled: | $41,935.49 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEBMAR-MERCURY LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4405<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $160,752.68 | Scheduled: | $160,752.68 |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: E2V TECHNOLOGIES INC<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 4406<br>Claim Date: 06/10/2009<br>Debtor: KPLR, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $68,130.00 | Scheduled: | $68,130.00 |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: E2V TECHNOLOGIES INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4407<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,138.17 | Scheduled: | $3,138.17 |

| CAMP COURANT<br>C/O KURT ERICKSON<br>THE HARTFORD COURANT<br>285 BROAD ST<br>HARTFORD, CT 06115 | Claim Number: 4408<br>Claim Date: 06/10/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,725.00 | Scheduled: | $6,725.00 |

| ADVENT SYSTEMS INC<br>435 WEST FULLERTON AVE<br>ELMHURST, IL 60126-1404 | Claim Number: 4409<br>Claim Date: 06/10/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,049.00 | Scheduled: | $3,049.00 |

| DOUGLAS GUETZLOE<br>C/O FREDERIC B. O'NEAL<br>P.O. BOX 842<br>WINDERMERE, FL 34786 | Claim Number: 4410<br>Claim Date: 06/10/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |

| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | Claim Number: 4411<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11216 (03/22/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,000,000.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WALLER, MARTA<br>GERALDINE WEISS, ESQ.<br>LAW OFFICES OF MICHAEL J. PIUZE<br>11755 WILSHIRE BOULEVARD, ST 1170<br>LOS ANGELES, CA 90025 | Claim Number: 4412<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 12832 (12/11/2012) |
|---|---|

| UNSECURED | Claimed: | $5,000,000.00 | | |
|---|---|---|---|---|

---

| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | Claim Number: 4413<br>Claim Date: 06/10/2009<br>Debtor: KWGN INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $234,165.35 | Scheduled: | $245,115.35 |

---

| EL SHADDAI TEMPLE OF JESUS CHRIST<br>7004-7006 GOLDEN RING ROAD<br>BALTIMORE, MD 21237 | Claim Number: 4414<br>Claim Date: 06/10/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,000.00 | | |
|---|---|---|---|---|

---

| ROBERTS, WIDOW<br>22 WALDEN AVE<br>JERICHO, NY 11753 | Claim Number: 4415<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim amount is stated as $60/bi-weekly |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00   UNDET |
|---|---|---|---|---|

---

| HEART USA INC<br>611 BROADWAY   STE 607<br>NEW YORK, NY 10012 | Claim Number: 4416<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $350.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,300.00 | Scheduled: | $1,650.00 |

---

| BIRDWELL, JERRELL<br>14 DAIRY GAP ROAD<br>ASHEVILLE, NC 28804 | Claim Number: 4417<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC. |
|---|---|

| PRIORITY | Claimed: | $235,265.18 | | |
|---|---|---|---|---|

---

| CONSTITUTION CONSULTING CORP<br>3 BURGUNDY DRIVE<br>HOLMDEL, NJ 07733 | Claim Number: 4418<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) |
|---|---|

| TOTAL | Claimed: | $0.00 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CONSTITUTION CONSULTING CORPOORATION<br>3 BURGUNDY DRIVE<br>HOLMDEL, NJ 07733 | | Claim Number: 4419<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,488.00 | Scheduled: | $33,488.00 |

---

| STANCZAK, DIANEA<br>3721 TIMBERLANE DRIVE<br>EASTON, PA 18045 | | Claim Number: 4420<br>Claim Date: 06/10/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,304.97 | | |
| UNSECURED | | | Scheduled: | $11,304.97 |

---

| HEIMBERG, ERIC<br>6233 S MAJOR<br>CHICAGO, IL 60638 | | Claim Number: 4421<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,673.60 | |
| UNSECURED | Claimed: | $2,673.60 | |
| TOTAL | Claimed: | $2,673.60 | |

---

| HEIMBERG, ERIC S<br>6233 S MAJOR<br>CHICAGO, IL 60638 | | Claim Number: 4422<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,673.60 | |
| UNSECURED | Claimed: | $2,673.60 | |
| TOTAL | Claimed: | $2,673.60 | |

---

| BISHOP, JUNE<br>1 DUNHAM ST<br>MIDDLETOWN, CT 06457 | | Claim Number: 4423<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $464.91 | |
| UNSECURED | Claimed: | $464.91 | |
| TOTAL | Claimed: | $464.91 | |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 4424<br>Claim Date: 06/10/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,844,866.20   CONT | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4425<br>Claim Date: 06/10/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4426<br>Claim Date: 06/10/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4427<br>Claim Date: 06/10/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4428<br>Claim Date: 06/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4429<br>Claim Date: 06/10/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4430<br>Claim Date: 06/10/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4431<br>Claim Date: 06/10/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |

UNSECURED          Claimed:          $19,844,866.20   CONT

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4432<br>Claim Date: 06/10/2009<br>Debtor: TIMES MIRROR SERVICES COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4433<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4434<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4435<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4436<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4437<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4438<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4439<br>Claim Date: 06/10/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4440<br>Claim Date: 06/10/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4441<br>Claim Date: 06/10/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4442<br>Claim Date: 06/10/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

| LIBERTY MUTUAL INSURANCE COMPANY<br>F/K/A SAFECO INSURANCE COMPANY<br>C/O T. SCOTT LEO, LEO & WEBER, PC<br>1 N LASALLE ST, STE 3600<br>CHICAGO, IL 60602 | Claim Number: 4443<br>Claim Date: 06/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,844,866.20   CONT |
|---|---|---|

| NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY<br>SUITE NO.708<br>NEW YORK, NY 10036 | Claim Number: 4444<br>Claim Date: 06/10/2009<br>Debtor: WPIX, INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY, SUITE 708<br>NEW YORK, NY 10036 | Claim Number: 4445<br>Claim Date: 06/10/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NEWSPAPER GUILD OF NEW YORK
1501 BROADWAY, SUITE 708
NEW YORK, NY 10036

Claim Number: 4446
Claim Date: 06/10/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

NEWSPAPER GUILD OF NEW YORK
1501 BROADWAY, SUITE 708
NEW YORK, NY 10036

Claim Number: 4447
Claim Date: 06/10/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

NEWSPAPER GUILD OF NEW YORK
1501 BROADWAY, SUITE 708
NEW YORK, NY 10036

Claim Number: 4448
Claim Date: 06/10/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

DARRELL, RICHARD
4 KENGATE CT
BALTIMORE, MD 21212-1211

Claim Number: 4449
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $20.53 | Scheduled: | $20.53 |
| --- | --- | --- | --- | --- |

SERRA, CHRISTOPHER
20 CEMETARY HILL RD
CONWAY, MA 01341

Claim Number: 4450
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $500.00 | | |
| UNSECURED | | | Scheduled: | $1,000.00 |

AVENUE TC FUND, L.P.
TRANSFEROR: ARCHON BAY CAPITAL, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4451
Claim Date: 06/11/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $157.14 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $157.14 |

KUXHAUSEN, STEVE & MICHELE
13219 MISTY HILLS DR
CYPRESS, TX 77429

Claim Number: 4452
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $29,457.24 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KONTOS, ESTHER<br>6408 LIGHTNER DR<br>ORLANDO, FL 32829 | Claim Number: 4453<br>Claim Date: 06/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $16.93 | Scheduled: | $16.93 |
|---|---|---|---|---|

| JOHNSON, MILTON V.<br>78 SHIPWATCH ROAD<br>SAVANNAH, GA 31410 | Claim Number: 4454<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $603.37   UNLIQ |
|---|---|---|

| KAVOURIAS, IRENE<br>629 12TH AVE<br>BETHLEHEM, PA 18018 | Claim Number: 4455<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $307.33 | Scheduled: | $307.33  UNLIQ |
|---|---|---|---|---|

| MEANWELL, JUNE<br>1164 AVENIDA AMANTEA<br>LA JOLLA, CA 92037 | Claim Number: 4456<br>Claim Date: 06/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $3.50 | Scheduled: | $3.50 |
|---|---|---|---|---|

| BOROUGH OF NAUGATUCK<br>229 CHURCH ST<br>NAUGATUCK, CT 06770 | Claim Number: 4457<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| SECURED | Claimed: | $27,357.21 |
|---|---|---|

| GERMOND, DAWN M<br>2G QUEEN TERRACE<br>SOUTHINGTON, CT 06489 | Claim Number: 4458<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) |
|---|---|

| PRIORITY | Claimed: | $1,839.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,839.44  UNLIQ |

| FORD, ANN<br>628 COLFAX ST<br>EVANSTON, IL 60201-2808 | Claim Number: 4459<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| FLORIDA DEPARTMENT OF LAW ENFORCEMENT<br>ATTN: CAROLE KEENAN<br>2331 PHILLIPS ROAD<br>TALLAHASSEE, FL 32308 | | Claim Number: 4460<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $260.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KEEN, SHANE<br>3031 KLEIN ST APT 14B<br>ALLENTOWN, PA 18103-7422 | | Claim Number: 4461<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| PRIORITY | Claimed: | $235.08 | | | |
| UNSECURED | | | | Scheduled: | $235.08 UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES<br>REVENUE SERVICES SUPPORT UNIT<br>PO BOX 825341<br>SACRAMENTO, CA 94232-5341 | | Claim Number: 4462<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| PRIORITY | Claimed: | $4,175.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DECAPRIO, DARCIE<br>116 TERRI COURT<br>MANHATTAN, IL 60442 | | Claim Number: 4463<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | | |
| PRIORITY | Claimed: | $964.71 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4464<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
| SECURED | Claimed: | $8,643,006,907.37 UNLIQ CONT | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT | | Scheduled: | $8,571,192,475.83 UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4465<br>Claim Date: 06/11/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC. | | | |
| SECURED | Claimed: | $8,643,006,907.37 UNLIQ CONT | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4466<br>Claim Date: 06/11/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION | | | |
| SECURED | Claimed: | $8,643,006,907.37 UNLIQ CONT | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4467
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4468
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4469
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4470
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4471
Claim Date: 06/11/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4472
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4473 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4474 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4475 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: EAGLE PUBLISHING INVESTMENTS, LLC |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4476 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: FORSALEBYOWNER.COM CORP. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4477 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: FORUM PUBLISHING GROUP, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4478 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: GOLD COAST PUBLICATIONS, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4479 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: HOMEOWNERS REALTY, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4480 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: HOMESTEAD PUBLISHING CO. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4481 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: HOY PUBLICATIONS, LLC |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4482 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: INTERNET FORECLOSURE SERVICE, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4483 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: KIAH INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4484 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: KPLR, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4485 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: KSWB INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4486 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: KTLA INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4487 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: KWGN INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4488 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4489 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: NEW MASS. MEDIA, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4490 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4491<br>Claim Date: 06/11/2009<br>Debtor: PATUXENT PUBLISHING COMPANY |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4492<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4493<br>Claim Date: 06/11/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4494<br>Claim Date: 06/11/2009<br>Debtor: STEMWEB, INC. |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4495<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | Claim Number: 4496<br>Claim Date: 06/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4497 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE DAILY PRESS, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4498 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE HARTFORD COURANT COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4499 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE MORNING CALL, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4500 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TMLH 2, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4501 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TMLS I, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4502 |
|---|---|
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TMS ENTERTAINMENT GUIDES, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4503 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TOWER DISTRIBUTION COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4504 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE BROADCAST HOLDINGS, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4505 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE BROADCASTING COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4506 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4507 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

| JPMORGAN CHASE BANK, N.A., ET AL. | Claim Number: 4508 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/11/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE DIRECT MARKETING, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4509
Claim Date: 06/11/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4510
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4511
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4512
Claim Date: 06/11/2009
Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4513
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA NET, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4514
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4515
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4516
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4517
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4518
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4519
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4520
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4521
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4522
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4523
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4524
Claim Date: 06/11/2009
Debtor: WPIX, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

JPMORGAN CHASE BANK, N.A., ET AL.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4525
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $8,643,006,907.37 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4526
Claim Date: 06/11/2009
Debtor: THE HARTFORD COURANT COMPANY

| SECURED | Claimed: | $5,587,879.00 | UNLIQ CONT |

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4526-01
Claim Date: 06/11/2009
Debtor: THE HARTFORD COURANT COMPANY

| SECURED | Claimed: | $2,827,161.00 | UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4526-02<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4526-03<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4526-04<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4526-06<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4527<br>Claim Date: 06/11/2009<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SI<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4527-01<br>Claim Date: 06/11/2009<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4527-02<br>Claim Date: 06/11/2009<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4527-03
Claim Date: 06/11/2009
Debtor: THE DAILY PRESS, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4527-04
Claim Date: 06/11/2009
Debtor: THE DAILY PRESS, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4527-05
Claim Date: 06/11/2009
Debtor: THE DAILY PRESS, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4528
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4528-01
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4528-02
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4528-03
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4528-04
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4528-05
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4529
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4529-01
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4529-02
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4529-03
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4529-04
Claim Date: 06/11/2009
Debtor: WTXX, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | | Claim Number: 4529-05<br>Claim Date: 06/11/2009<br>Debtor: WTXX, INC. |
| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4530<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4530-01<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4530-02<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4530-03<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4530-04<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | | Claim Number: 4530-05<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. |
| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4531<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4531-01<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4531-02<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4531-03<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4531-04<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4531-05<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4532<br>Claim Date: 06/11/2009<br>Debtor: WDCW BROADCASTING, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4532-01
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4532-02
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4532-03
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4532-04
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4532-05
Claim Date: 06/11/2009
Debtor: WDCW BROADCASTING, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4533
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4533-01
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4533-02
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

---

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4533-03
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

---

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4533-04
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

---

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4533-05
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

---

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4534
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

---

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4534-01
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

---

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4534-02
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

---

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | Claim Number: 4534-03 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP | Claim Number: 4534-04 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MGMT - ATTN: A. SING | Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| OAKTREE OPPORTUNITIES FUND VIII DELAWARE | Claim Number: 4534-05 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
| 333 SOUTH GRAND AVE, 28TH FL | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| OAKTREE HUNTINGTON INVESTMENT FUND, LP | Claim Number: 4535 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| OAKTREE FF INVESTMENT FUND, LP | Claim Number: 4535-01 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CPAITAL MGMT - ATTN: A. SING | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| OCM OPPORTUNITIES FUND VII DELAWARE, LP | Claim Number: 4535-02 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | Claim Number: 4535-03 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4535-04
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4535-05
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4536
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4536-01
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4536-02
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4536-04
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4536-05
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4536-06
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4537
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4537-01
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4537-02
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4537-03
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4537-04
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4537-05
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4538
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|----------------------------|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4538-01
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4538-02
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4538-03
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4538-04
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|----------------------------|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4538-05
Claim Date: 06/11/2009
Debtor: TRIBUNE NM, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4539
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|----------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4539-01
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4539-02
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4539-03
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4539-04
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4539-05
Claim Date: 06/11/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4540
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4540-01
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4540-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4540-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4540-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | | Claim Number: 4540-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4541<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4541-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4541-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4541-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4541-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4541-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA NET, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4542<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4542-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4542-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4542-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4542-04
Claim Date: 06/11/2009
Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.

| SECURED | Claimed: | $7,022,053.00 UNLIQ CONT |
|---------|----------|--------------------------|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4542-05
Claim Date: 06/11/2009
Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.

| SECURED | Claimed: | $24,412,121.00 UNLIQ CONT |
|---------|----------|---------------------------|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4543
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $5,587,879.00 UNLIQ CONT |
|---------|----------|--------------------------|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4543-01
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $2,827,161.00 UNLIQ CONT |
|---------|----------|--------------------------|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4543-02
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $28,983,367.00 UNLIQ CONT |
|---------|----------|---------------------------|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4543-03
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $82,116,241.00 UNLIQ CONT |
|---------|----------|---------------------------|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4543-04
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $7,022,053.00 UNLIQ CONT |
|---------|----------|--------------------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4543-05
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4544
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4544-01
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4544-02
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4544-03
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4544-04
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4544-05
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE, LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4545<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4545-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4545-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4545-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4545-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4545-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4546<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4546-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4546-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4546-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4546-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4546-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4547<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4547-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4547-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4547-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4547-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4547-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4548<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4548-01<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4548-02<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4548-03
Claim Date: 06/11/2009
Debtor: SUN-SENTINEL COMPANY

| SECURED | Claimed: | $82,116,241.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4548-04
Claim Date: 06/11/2009
Debtor: SUN-SENTINEL COMPANY

| SECURED | Claimed: | $7,022,053.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4548-05
Claim Date: 06/11/2009
Debtor: SUN-SENTINEL COMPANY

| SECURED | Claimed: | $24,412,121.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4549
Claim Date: 06/11/2009
Debtor: STEMWEB, INC.

| SECURED | Claimed: | $5,587,879.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4549-01
Claim Date: 06/11/2009
Debtor: STEMWEB, INC.

| SECURED | Claimed: | $2,827,161.00 UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4549-02
Claim Date: 06/11/2009
Debtor: STEMWEB, INC.

| SECURED | Claimed: | $28,983,367.00 UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4549-03
Claim Date: 06/11/2009
Debtor: STEMWEB, INC.

| SECURED | Claimed: | $82,116,241.00 UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4549-04<br>Claim Date: 06/11/2009<br>Debtor: STEMWEB, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4549-05<br>Claim Date: 06/11/2009<br>Debtor: STEMWEB, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4550<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4550-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4550-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4550-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4550-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4550-05
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING HOLDCO, LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4551
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4551-01
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4551-02
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4551-03
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4551-04
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4551-05
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4552
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
| --- | --- | --- |

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4552-01
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
| --- | --- | --- |

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4552-02
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
| --- | --- | --- |

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4552-03
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
| --- | --- | --- |

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4552-04
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
| --- | --- | --- |

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4552-05
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
| --- | --- | --- |

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4553
Claim Date: 06/11/2009
Debtor: TOWER DISTRIBUTION COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4553-01<br>Claim Date: 06/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4553-02<br>Claim Date: 06/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4553-03<br>Claim Date: 06/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4553-04<br>Claim Date: 06/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4553-05<br>Claim Date: 06/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4554<br>Claim Date: 06/11/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4554-01<br>Claim Date: 06/11/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4554-02
Claim Date: 06/11/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4554-03
Claim Date: 06/11/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4554-04
Claim Date: 06/11/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4554-05
Claim Date: 06/11/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4555
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4555-01
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4555-02
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4555-03
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4555-04
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4555-05
Claim Date: 06/11/2009
Debtor: TMLS I, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4556
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4556-01
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4556-02
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4556-03
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4556-04
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4556-05
Claim Date: 06/11/2009
Debtor: TMLH 2, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4557
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4557-01
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4557-02
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4557-03
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4557-04
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4557-05
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4558
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4558-01
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4558-02
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4558-03
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4558-04
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4558-05
Claim Date: 06/11/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4559<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $5,587,879.00   UNLIQ CONT

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4559-01<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $2,827,161.00   UNLIQ CONT

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4559-02<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $28,983,367.00   UNLIQ CONT

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4559-03<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $82,116,241.00   UNLIQ CONT

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4559-04<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $7,022,053.00   UNLIQ CONT

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4559-05<br>Claim Date: 06/11/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |

SECURED              Claimed:              $24,412,121.00   UNLIQ CONT

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4560<br>Claim Date: 06/11/2009<br>Debtor: PATUXENT PUBLISHING COMPANY |

SECURED              Claimed:              $5,587,879.00   UNLIQ CONT

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4560-01
Claim Date: 06/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4560-02
Claim Date: 06/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4560-03
Claim Date: 06/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4560-04
Claim Date: 06/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4560-05
Claim Date: 06/11/2009
Debtor: PATUXENT PUBLISHING COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4561
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4561-01
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4561-02
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4561-03
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4561-04
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4561-05
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4562
Claim Date: 06/11/2009
Debtor: NEW MASS. MEDIA, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4562-01
Claim Date: 06/11/2009
Debtor: NEW MASS. MEDIA, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4562-02
Claim Date: 06/11/2009
Debtor: NEW MASS. MEDIA, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4562-03<br>Claim Date: 06/11/2009<br>Debtor: NEW MASS. MEDIA, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4562-04<br>Claim Date: 06/11/2009<br>Debtor: NEW MASS. MEDIA, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4562-05<br>Claim Date: 06/11/2009<br>Debtor: NEW MASS. MEDIA, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4563<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4563-01<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4563-02<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4563-03<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4563-04
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4563-05
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4564
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4564-01
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4564-02
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4564-03
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4564-04
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4564-05
Claim Date: 06/11/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4565
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4565-01
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4565-02
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4565-03
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4565-04
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4565-05
Claim Date: 06/11/2009
Debtor: KTLA INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4566<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4566-01<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4566-02<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4566-03<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4566-04<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4566-05<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4567<br>Claim Date: 06/11/2009<br>Debtor: KPLR, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4567-01
Claim Date: 06/11/2009
Debtor: KPLR, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4567-02
Claim Date: 06/11/2009
Debtor: KPLR, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4567-03
Claim Date: 06/11/2009
Debtor: KPLR, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4567-04
Claim Date: 06/11/2009
Debtor: KPLR, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4567-05
Claim Date: 06/11/2009
Debtor: KPLR, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|-----------------------------|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4568
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4568-01
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4568-02
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4568-03
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4568-04
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4568-05
Claim Date: 06/11/2009
Debtor: KIAH INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4569
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4569-01
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4569-02
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4569-03
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
| --- | --- | --- |

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4569-04
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
| --- | --- | --- |

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4569-05
Claim Date: 06/11/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
| --- | --- | --- |

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4570
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
| --- | --- | --- |

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4570-01
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
| --- | --- | --- |

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4570-02
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
| --- | --- | --- |

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4570-03
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4570-04
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $7,022,053.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4570-05
Claim Date: 06/11/2009
Debtor: HOY PUBLICATIONS, LLC

| SECURED | Claimed: | $24,412,121.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4571
Claim Date: 06/11/2009
Debtor: HOMESTEAD PUBLISHING CO.

| SECURED | Claimed: | $5,587,879.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4571-01
Claim Date: 06/11/2009
Debtor: HOMESTEAD PUBLISHING CO.

| SECURED | Claimed: | $2,827,161.00 UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4571-02
Claim Date: 06/11/2009
Debtor: HOMESTEAD PUBLISHING CO.

| SECURED | Claimed: | $28,983,367.00 UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4571-03
Claim Date: 06/11/2009
Debtor: HOMESTEAD PUBLISHING CO.

| SECURED | Claimed: | $82,116,241.00 UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4571-04
Claim Date: 06/11/2009
Debtor: HOMESTEAD PUBLISHING CO.

| SECURED | Claimed: | $7,022,053.00 UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4571-05<br>Claim Date: 06/11/2009<br>Debtor: HOMESTEAD PUBLISHING CO. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4572<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4572-01<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4572-02<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4572-03<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4572-04<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4572-05<br>Claim Date: 06/11/2009<br>Debtor: HOMEOWNERS REALTY, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4573<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4573-01<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4573-02<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4573-03<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4573-04<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4573-05<br>Claim Date: 06/11/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4574<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4574-01<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4574-02<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4574-03<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4574-04<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4574-05<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4575<br>Claim Date: 06/11/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4575-01<br>Claim Date: 06/11/2009<br>Debtor: FORSALEBYOWNER.COM CORP. |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4575-02
Claim Date: 06/11/2009
Debtor: FORSALEBYOWNER.COM CORP.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4575-03
Claim Date: 06/11/2009
Debtor: FORSALEBYOWNER.COM CORP.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4575-04
Claim Date: 06/11/2009
Debtor: FORSALEBYOWNER.COM CORP.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4575-05
Claim Date: 06/11/2009
Debtor: FORSALEBYOWNER.COM CORP.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4576
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4576-01
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4576-02
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4576-03
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|------------------------------|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4576-04
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4576-05
Claim Date: 06/11/2009
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|------------------------------|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4577
Claim Date: 06/11/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4577-01
Claim Date: 06/11/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4577-02
Claim Date: 06/11/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|------------------------------|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4577-03
Claim Date: 06/11/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|------------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4577-04<br>Claim Date: 06/11/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4577-05<br>Claim Date: 06/11/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4578<br>Claim Date: 06/11/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4578-01<br>Claim Date: 06/11/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4578-02<br>Claim Date: 06/11/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4578-03<br>Claim Date: 06/11/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4578-04<br>Claim Date: 06/11/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4578-05
Claim Date: 06/11/2009
Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4579
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4579-01
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4579-02
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4579-03
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4579-04
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4579-05
Claim Date: 06/11/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| OAKTREE HUNTINGTON INVESTMENT FUND, LP | Claim Number: 4580 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

| OAKTREE FF INVESTMENT FUND, LP | Claim Number: 4580-01 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CPAITAL MGMT - ATTN: A. SING | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

| OCM OPPORTUNITIES FUND VII DELAWARE, LP | Claim Number: 4580-02 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | Claim Number: 4580-03 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP | Claim Number: 4580-04 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MGMT - ATTN: A. SING | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

| OAKTREE OPPORTUNITIES FUND VIII DELAWARE | Claim Number: 4580-05 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| 333 SOUTH GRAND AVE, 28TH FL | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

| OAKTREE HUNTINGTON INVESTMENT FUND, LP | Claim Number: 4581 |
|---|---|
| TRANSFEROR: BARCLAYS BANK PLC | Claim Date: 06/11/2009 |
| C/O OAKTREE CAPITAL MANAGEMENT, LP | Debtor: CHICAGOLAND PUBLISHING COMPANY |
| 333 SOUTH GRAND AVE, 28TH FLOOR | |
| LOS ANGELES, CA 90071 | |

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4581-01
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

---

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4581-02
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

---

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4581-03
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

---

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4581-04
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

---

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|----------------------------|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4581-05
Claim Date: 06/11/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY

---

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4582
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

---

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|----------------------------|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4582-01
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

---

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|----------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4582-02<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| SECURED              Claimed: | $28,983,367.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4582-03<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| SECURED              Claimed: | $82,116,241.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4582-04<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| SECURED              Claimed: | $7,022,053.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FL<br>LOS ANGELES, CA 90071 | Claim Number: 4582-05<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |
| SECURED              Claimed: | $24,412,121.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OAKTREE HUNTINGTON INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4583<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC. | |
| SECURED              Claimed: | $5,587,879.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OAKTREE FF INVESTMENT FUND, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CPAITAL MGMT - ATTN: A. SING<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4583-01<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC. | |
| SECURED              Claimed: | $2,827,161.00   UNLIQ CONT | |

---

| | | |
|---|---|---|
| OCM OPPORTUNITIES FUND VII DELAWARE, LP<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O OAKTREE CAPITAL MANAGEMENT, LP<br>333 SOUTH GRAND AVE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 4583-02<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC. | |
| SECURED              Claimed: | $28,983,367.00   UNLIQ CONT | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4583-03
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|------------------------------|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4583-04
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4583-05
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---------|----------|------------------------------|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4584
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4584-01
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---------|----------|-----------------------------|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4584-02
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---------|----------|------------------------------|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4584-03
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---------|----------|------------------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4584-04
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4584-05
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4585
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4585-01
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4585-02
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4585-03
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4585-04
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4585-05
Claim Date: 06/11/2009
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4586
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $5,587,879.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4586-01
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $2,827,161.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4586-02
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $28,983,367.00   UNLIQ CONT |
|---|---|---|

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4586-03
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $82,116,241.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4586-04
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $7,022,053.00   UNLIQ CONT |
|---|---|---|

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4586-05
Claim Date: 06/11/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $24,412,121.00   UNLIQ CONT |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

OAKTREE HUNTINGTON INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5,587,879.00  UNLIQ CONT | | | |
| UNSECURED | | | Scheduled: | $150,948,822.00 | |

---

OAKTREE FF INVESTMENT FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CPAITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-01
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $2,827,161.00  UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VII DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-02
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $28,983,367.00  UNLIQ CONT |

---

OCM OPPORTUNITIES FUND VIIB DELAWARE, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-03
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $82,116,241.00  UNLIQ CONT |

---

OAKTREE VALUE OPPORTUN. FUND HOLDINGS LP
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MGMT - ATTN: A. SING
333 SOUTH GRAND AVE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4587-04
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $7,022,053.00  UNLIQ CONT |

---

OAKTREE OPPORTUNITIES FUND VIII DELAWARE
TRANSFEROR: BARCLAYS BANK PLC
C/O OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVE, 28TH FL
LOS ANGELES, CA 90071

Claim Number: 4587-05
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| SECURED | Claimed: | $24,412,121.00  UNLIQ CONT |

---

NEUMAN, CHRIS
PMB 460
12400 VENTURA BLVD
STUDIO CITY, CA 91604-2406

Claim Number: 4588
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 4892 (06/28/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500,000.00  UNLIQ | Scheduled: | $0.00  UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| FRANKLIN SCHANTZ ASSOCIATES, L.P.<br>RE: ALLENTOWN 7035 SCHANTZ RD<br>ATTN: PETER H. GEBERT, PRESIDENT<br>PO BOX 1487<br>BLUE BELL, PA 19422 | Claim Number: 4589<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $7,038.00  UNLIQ | | |
| FRANKLIN SCHANTZ ASSOC<br>P.O. BOX 1487<br>BLUE BELL, PA 19422 | Claim Number: 4590<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| UNSECURED | Claimed: | $7,038.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BODY BY JAKE GLOBAL LLC<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4591<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $37,500.00 | Scheduled: | $37,500.00 |
| BALTIMORE BUSINESS JOURNAL<br>1 E PRATT ST<br>STE 205<br>BALTIMORE, MD 21202-1196 | Claim Number: 4592<br>Claim Date: 06/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3426 (02/16/2010) | | | |
| ADMINISTRATIVE | Claimed: | $4,263.75 | | |
| HERNANDEZ, IRENE<br>9100 DUARTE RD APT 233<br>SAN GABRIEL, CA 91775-2053 | Claim Number: 4593<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | | $24,972.81 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 4594<br>Claim Date: 06/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED | Claimed: | $7,258.06 | Scheduled: | $7,258.06 |
| PLANET DISCOVER, LLC<br>312 ELM ST #16THFL<br>CINCINNATI, OH 45202-2739 | Claim Number: 4595<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $2,150.00 | | |
| UNSECURED | Claimed: | $212.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FOX BROADCASTING COMPANY
KAREN EARLS, ESQ.
PO BOX 900
BEVERLY HILLS, CA 90213-0900

Claim Number: 4596
Claim Date: 06/11/2009
Debtor: KSWB INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,128,900.91   UNLIQ | Scheduled: | $1,130,802.66 |

---

FOX BROADCASTING COMPANY
KAREN EARLS, ESQ.
PO BOX 900
BEVERLY HILLS, CA 90213-0900

Claim Number: 4597
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,397,403.24   UNLIQ | Scheduled: | $1,380,232.00 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPOR. FUND
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 4598
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $750.00 | | |
| UNSECURED | | | Scheduled: | $500.00 |

---

WHITMIRE, ALISON
5208 CARLTON ST
BETHESDA, MD 20816-2306

Claim Number: 4599
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500.00 |

---

WHITMIRE, ALISON
EMERGENCE SERVICES
13913 SE 92ND ST.
NEWCASTLE, WA 98059

Claim Number: 4600
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2272 (10/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250.00 |

---

KNAPP, GERALD A.
15300 NW COUNTY ROAD 3040
PURDON, TX 76679

Claim Number: 4601
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,000.00   UNLIQ |
| SECURED | Claimed: | $14,000.00   UNLIQ |
| TOTAL | Claimed: | $14,000.00   UNLIQ |

---

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4602
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $389.99 | Scheduled: | $389.99 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

XANDERS, JULIE
1720 HIGHLAND AVENUE
GLENDALE, CA 91202

Claim Number: 4603
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,815.00 | Scheduled: | $9,815.00 UNLIQ |
|---|---|---|---|---|

PARAMOUNT PICTURES CORPORATION
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4604
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| UNSECURED | Claimed: | $8,114.91 | | |
|---|---|---|---|---|

PARAMOUNT PICTURES CORPORATION
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4605
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| UNSECURED | Claimed: | $8,114.91 | | |
|---|---|---|---|---|

ELECTRONIC TECHNOLOGIES CORPORATION USA,
AKA INGERSOLL RAND SECURITY TECHNOLOGIES
ATTN: CREDIT DEPT - C2
11819 N. PENNSYLVANIA STREET
CARMEL, IN 46032

Claim Number: 4606
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 4135 (04/22/2010)

| UNSECURED | Claimed: | $8,793.60 | Scheduled: | $1,605.00 |
|---|---|---|---|---|

CHICAGO WHITE SOX LTD.
C/O WILLIAM WATERS
333 W. 35TH ST.
CHICAGO, IL 60616

Claim Number: 4607
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $172,327.61 | Scheduled: | $172,327.61 |
|---|---|---|---|---|

TWENTIETH TELEVISION
ATTN: JODI REA, SVP SALE & CREDIT ADMIN
3659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 4608
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $1,314,423.00 UNLIQ | Scheduled: | $1,345,477.98 |
|---|---|---|---|---|

TWENTIETH TELEVISION
ATTN: JODI REA, SVP SALE & CREDIT ADMIN
3659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 4609
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $445,659.00 UNLIQ | Scheduled: | $163,222.22 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4610<br>Claim Date: 06/11/2009<br>Debtor: KIAH INC. | | |
| UNSECURED | Claimed: | $125,387.00   UNLIQ | Scheduled: | $125,387.09 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4611<br>Claim Date: 06/11/2009<br>Debtor: KPLR, INC. | | |
| UNSECURED | Claimed: | $112,537.00   UNLIQ | Scheduled: | $99,766.33 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4612<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. | | |
| UNSECURED | Claimed: | $514,630.00   UNLIQ | Scheduled: | $362,175.81 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4613<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $839,210.00   UNLIQ | Scheduled: | $838,709.68 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4614<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. | | |
| UNSECURED | Claimed: | $394,193.00   UNLIQ | Scheduled: | $394,193.51 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4615<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED | Claimed: | $777,748.00   UNLIQ | Scheduled: | $489,148.32 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4616<br>Claim Date: 06/11/2009<br>Debtor: WDCW BROADCASTING, INC. | | |
| UNSECURED | Claimed: | $181,820.00   UNLIQ | Scheduled: | $181,720.42 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4617<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | |
| UNSECURED | Claimed: | $469,529.00   UNLIQ      Scheduled: | $469,529.03 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4618<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. | |
| UNSECURED | Claimed: | $73,280.00   UNLIQ      Scheduled: | $72,412.89 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4619<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | |
| UNSECURED | Claimed: | $265,591.00   UNLIQ | |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4620<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. | |
| UNSECURED | Claimed: | $978,495.00   UNLIQ      Scheduled: | $978,494.61 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4621<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | |
| UNSECURED | Claimed: | $189,940.00   UNLIQ | |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4622<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 39, INC. | |
| UNSECURED | Claimed: | $886,775.00   UNLIQ      Scheduled: | $990,437.46 |
| TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 4623<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | |
| UNSECURED | Claimed: | $363,528.00   UNLIQ      Scheduled: | $936,129.24 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TWENTIETH TELEVISION
ATTN: JODI REA, SVP SALE & CREDIT ADMIN
3659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 4624
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $422,870.00 UNLIQ | Scheduled: | $602,666.34 |
|---|---|---|---|---|

---

TWENTIETH TELEVISION
ATTN: JODI REA, SVP SALE & CREDIT ADMIN
3659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 4625
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| UNSECURED | Claimed: | $93,140.00 UNLIQ | Scheduled: | $93,140.24 |
|---|---|---|---|---|

---

ICM (INTERNATIONAL CREATIVE MANAGEMENT)
10250 CONSTELLATION BOULEVARD
CHICAGO, IL 60693

Claim Number: 4626
Claim Date: 06/11/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TUKAIZ COMMUNICATIONS LLC
2917 NORTH LATORIA LANE
FRANKLIN PARK, IL 60131

Claim Number: 4627
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TRC MASTER FUND LLC
TRANSFEROR: TUKAIZ LLC
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 4628
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $83,745.44 | Scheduled: | $83,745.44 |
|---|---|---|---|---|

---

TUKAIZ, L.L.C.
2917 NORTH LATORIA LANE
FRANK DEFINO, VP/PARTNER
FRANKLIN PARK, IL 60131

Claim Number: 4629
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

PARSONS, CHERILYN
709 PERALTA AVE
BERKELEY, CA 94707-1817

Claim Number: 4630
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim out of balance

| PRIORITY | Claimed: | $5,814.26 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $5,814.26 UNLIQ |
| TOTAL | Claimed: | $5,814.26 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

STEWART, CLETUS C.
7733 CLARCONA OCOEE RD
ORLANDO, FL 32818-1219

Claim Number: 4631
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

---

LEE, DENNIS M.
IRA FBO
3153 ORLEANS WAY S.
APOPKA, FL 32703-5920

Claim Number: 4632
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,090.56 |
|---|---|---|

---

CARAWAY, AMY L.
IRA FBO
1656 ALGONQUIN TRAIL
MAITLAND, FL 32751

Claim Number: 4633
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $16,057.96 |
|---|---|---|

---

SUN MICROSYSTEMS, INC.
55 2ND ST STE 1700
SAN FRANCISCO, CA 94105-3493

Claim Number: 4634
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 6593 (11/23/2010)

| PRIORITY | Claimed: | $562,444.74 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $438,981.26 | Scheduled: | $2,662.50 |

---

SUN MICROSYSTEMS, INC.
55 2ND ST STE 1700
SAN FRANCISCO, CA 94105-3493

Claim Number: 4635
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| PRIORITY | Claimed: | $562,444.74 |
|---|---|---|
| UNSECURED | Claimed: | $438,981.26 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4636
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| PRIORITY | Claimed: | $562,444.74 |
|---|---|---|
| UNSECURED | Claimed: | $438,981.26 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4637
Claim Date: 06/11/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4638
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

|  |  |  |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4639
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

|  |  |  |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,805.00 | Scheduled: | $12,805.00 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4640
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| PRIORITY | Claimed: | $562,444.74 |
|---|---|---|
| UNSECURED | Claimed: | $438,981.26 |

---

VOLK, PHYLLIS
250 E. PEARSON ST.
SUITE 906
CHICAGO, IL 60611

Claim Number: 4641
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

|  |  |  |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,180.00 | Scheduled: | $7,000.00 |

---

BANC OF AMERICA LEASING & CAPITAL, LLC
444 N MICHIGAN AVE STE 3270
CHICAGO, IL 60611-3906

Claim Number: 4642
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

|  |  |  |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $851,946.96 | Scheduled: | $4,174.58 |

---

BANC OF AMERICA LEASING & CAPITAL, LLC
THOMAS V ASKOUNIS
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE, SUITE 550
CHICAGO, IL 60611

Claim Number: 4643
Claim Date: 06/11/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: WITHDRAWN
DOCKET: 12334 (08/24/2012)

|  |  |  |
|---|---|---|
| UNSECURED | Claimed: | $7,183.89 |

---

ARAMARK UNIFORM & CAREER APPAREL, LLC
ET AL.- C/O SHEILA R. SCHWAGER
HAWLEY TROXELL ENNIS & HAWLEY LLP
PO BOX 1617
BOISE, ID 83701

Claim Number: 4644
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

|  |  |  |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,463.68 | Scheduled: | $3,045.12 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4645<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) |

| UNSECURED | Claimed: | $2,696.26 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4646<br>Claim Date: 06/11/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION |

| UNSECURED | Claimed: | $9,562.93 | Scheduled: | $1,562.31 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4647<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |

| UNSECURED | Claimed: | $6,316.45 | Scheduled: | $10,257.58 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4648-01<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $6,386.22 | Scheduled: | $381.09 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>ET AL. - C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 4648-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $813.37 |

---

| MARATHON ASHLAND PETROLEUM LLC<br>PO BOX 81<br>FINDLAY, OH 45839 | Claim Number: 4649<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |

| ADMINISTRATIVE | Claimed: | $1,694.05 | | |
| UNSECURED | Claimed: | $1,785.84 | Scheduled: | $4,559.95 |

---

| HENLEY, DEBORAH<br>170 W BROADWAY APT 7A<br>LONG BEACH, NY 11561-4061 | Claim Number: 4650<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COUNTY OF VOLUSIA
123 W INDIANA AVE
DELAND, FL 32720-4602

Claim Number: 4651
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $171.08 | Scheduled: | $171.08 |

FRANKLIN SCHANTZ ASSOC
RE: ALLENTOWN 7035 SCHANTZ RD
PO BOX 1487
BLUE BELL, PA 19422

Claim Number: 4652
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,038.00   UNLIQ |

FRANKLIN SCHANTZ ASSOCIATES
PO BOX 1487
BLUE BELL, PA 19422

Claim Number: 4653
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,038.00   UNLIQ |

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE DRIVE
SUITE 600
CHICAGO, IL 60606

Claim Number: 4654
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,026,386.62   UNLIQ |

MCLEAN, TIMOTHY M., ESQ.
BBM INCORPORATED, INC.
C/O CLINGEN CALLOW  MCLEAN, LLC
2100 MANCHESTER RD, STE 1750
WHEATON, IL 60187

Claim Number: 4655
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,744.00 |

WILSON, DONALD N., ESQ.
MURRAY, JENSEN & WILSON, ESQ.
101 N. WACKER DR, SUITE 101
CHICAGO, IL 60606

Claim Number: 4656
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,812.40 | Scheduled: | $13,401.20 |

CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI, OH 45264-1173

Claim Number: 4657
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $221.52 | Scheduled: | $221.52 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ADVOCATE FITNESS OCCUPATIONAL HEALTH PO BOX 70003 CHICAGO, IL 60673 | Claim Number: 4658 Claim Date: 06/11/2009 Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $27,423.07 | Scheduled: | $27,423.07 |
|---|---|---|---|---|

| CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | Claim Number: 4659 Claim Date: 06/11/2009 Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION Comments: ALLOWED DOCKET: 11993 (07/11/2012) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $761.15 |
|---|---|---|

| CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | Claim Number: 4660-01 Claim Date: 06/11/2009 Debtor: CHICAGO TRIBUNE COMPANY Comments: ALLOWED DOCKET: 11993 (07/11/2012) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $2,569.10 | Scheduled: | $1,312.97 |
|---|---|---|---|---|

| CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S. WASHINGTON ST. NEW BREMEN, OH 45869 | Claim Number: 4660-02 Claim Date: 06/11/2009 Debtor: TRIBUNE DIRECT MARKETING, INC. Comments: ALLOWED DOCKET: 11993 (07/11/2012) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $6,291.84 | Scheduled: | $42,365.26 |
|---|---|---|---|---|

| CROWN LIFT TRUCKS PO BOX 641173 CINCINNATI, OH 45264-1173 | Claim Number: 4661 Claim Date: 06/11/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC Comments: ALLOWED DOCKET: 11993 (07/11/2012) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $502.36 | Scheduled: | $13,001.16 |
|---|---|---|---|---|

| CROWN EQUIPMENT CORPORATION ATTN: RODNEY J. HINDERS 102 S WASHINGTON ST NEW BREMEN, OH 45869 | Claim Number: 4662 Claim Date: 06/11/2009 Debtor: TRIBUNE DIRECT MARKETING, INC. Comments: EXPUNGED DOCKET: 4100 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $615.51 |
|---|---|---|

| CRESCENT REAL ESTATE EQUITIES, LLC C/O EMILY S. DONAHUE JACKSON WALKER LLP 901 MAIN ST, STE 600 DALLAS, TX 75202 | Claim Number: 4663 Claim Date: 06/11/2009 Debtor: TRIBUNE TELEVISION COMPANY |
|---|---|

| UNSECURED | Claimed: | $667.14 | Scheduled: | $667.14 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RIGHT MANAGEMENT
1301 EAST BROWARD BLVD   STE 200
FORT LAUDERDALE, FL 33301

Claim Number: 4664
Claim Date: 06/11/2009
Debtor: SUN-SENTINEL COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $12,000.00 |

NORTH HILLS INDUSTRIAL PARK, INC
RE: NORTH HILLS 16715 SCHOENB
C/O CASTLE ARCH REAL ESTATE INVESTMENTS
9595 WILSHIRE BLVD STE 1000
BEVERLY HILLS, CA 90212

Claim Number: 4665
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,826.62 |

CF 4242 BRYN MAWR LLC
C/O COLLEEN E. MCMANUS
MUCH SHELIST DENENBERG AMENT RUBENSTEIN
191 N WACKER DR, STE 1800
CHICAGO, IL 60646

Claim Number: 4666
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,179.81 |

AAT COMMUNICATIONS CORPORATION
PO BOX 933547
ATLANTA, GA 31193-3547

Claim Number: 4667
Claim Date: 06/11/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,023.16 | Scheduled: | $9,548.38 |

KAVANAUGH, ROBERT H
2622 BARKSDALE CT
CLEARWATER, FL 33761-3701

Claim Number: 4668
Claim Date: 06/11/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | Scheduled: | $118,408.16  UNLIQ |

SONNENSCHEIN NATH & ROSENTHAL LLP
STEFANIE L. WOWCHUK
233 S WACKER DR
SUITE 7800
CHICAGO, IL 60606

Claim Number: 4669
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $448.00 |

STUPIN, DANIEL & CAROL
51 VISTA REDONDA
SANTA FE, NM 97506

Claim Number: 4670
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,704.50 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CITY OF CHINO<br>PO BOX 667<br>CHINO, CA 91708-0667 | Claim Number: 4671<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $1,010.59 | Scheduled: | $1,414.28 |
|---|---|---|---|---|

| MICROSOFT CORPORATION<br>ATTN: MARC BARRECA<br>K&L GATES LLP<br>925 FOURTH AVE, SUITE 2900<br>SEATTLE, WA 98104 | Claim Number: 4672<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9835 (09/27/2011) |
|---|---|

| UNSECURED | Claimed: | $36,494,101.15    CONT |
|---|---|---|

| MAGELLAN HEALTH SERVICES<br>125 SOUTH WACKER DR<br>SUITE 1450<br>CHICAGO, IL 60606 | Claim Number: 4673<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9400 (06/30/2011) |
|---|---|

| UNSECURED | Claimed: | $184,803.00 | Scheduled: | $765.00 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODCUTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4674<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4675<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $7,200.00 | Scheduled: | $938,933.01 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4676<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $38,581.00 | Scheduled: | $61,005.60 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4677<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $6,751.61 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4678<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $13,503.23 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4679<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: DOCKET 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $107,634.42 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4680<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $189,286.00 | Scheduled: | $433,308.87 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4681<br>Claim Date: 06/11/2009<br>Debtor: KPLR, INC.<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $18,525.00 | Scheduled: | $18,525.00 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4682<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $20,014.01 |
|---|---|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4683<br>Claim Date: 06/11/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
|---|---|

| UNSECURED | Claimed: | $90,024.96 |
|---|---|---|

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | Claim Number: 4684<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: DOCKET: 3191 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $297,741.91 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4685<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 3191 (01/25/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $232,043.03 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4686<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 3191 (01/25/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,546,322.54 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4687<br>Claim Date: 06/11/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: DOCKET: 3191 (01/25/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $258,823.69 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4688<br>Claim Date: 06/11/2009<br>Debtor: KIAH INC.<br>Comments: DOCKET: 3191 (01/25/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $139,131.43 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP<br>ATTN: SHARON J. GLANCZ<br>100 UNIVERSAL CITY PLAZA<br>BLDG 1440, 32ND FL<br>UNIVERSAL CITY, CA 91608 | | Claim Number: 4689<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC. | | |
| UNSECURED | Claimed: | $7,700.00 | Scheduled: | $1,022,338.74 |
| CROWN EQUIPMENT CORPORATION<br>ATTN: RODNEY J. HINDERS<br>102 S. WASHINGTON ST.<br>NEW BREMEN, OH 45869 | | Claim Number: 4690<br>Claim Date: 06/11/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $24,860.37 | Scheduled: | $19,082.16 |
| CROWN EQUIPMENT CORPORATION<br>ATTN: RODNEY J. HINDERS<br>102 S. WASHINGTON ST.<br>NEW BREMEN, OH 45869 | | Claim Number: 4691-01<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | |
| UNSECURED | Claimed: | $40,745.33 | Scheduled: | $6,127.45 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CROWN EQUIPMENT CORPORATION
ATTN: RODNEY J. HINDERS
102 S. WASHINGTON ST.
NEW BREMEN, OH 45869

Claim Number: 4691-02
Claim Date: 06/11/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| UNSECURED | Claimed: | $33,994.75 |
|-----------|----------|------------|

---

THOMAS & LOCICERO PL
400 N ASHLEY DR SUITE 1100
TAMPA, FL 33602

Claim Number: 4692
Claim Date: 06/11/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $4,923.30 |
|-----------|----------|-----------|

---

THOMAS & LOCICERO PL
400 N ASHLEY DR  SUITE 1100
TAMPA, FL 33602

Claim Number: 4693
Claim Date: 06/11/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $9,139.46 | Scheduled: | $8,253.14 |
|-----------|----------|-----------|-----------|-----------|

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4694
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| UNSECURED | Claimed: | $14,998.29   UNLIQ |
|-----------|----------|--------------------|

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4695
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 7792 (02/04/2011)

| UNSECURED | Claimed: | $3,900.00   UNLIQ |
|-----------|----------|-------------------|

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4696
Claim Date: 06/11/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| UNSECURED | Claimed: | $297,089.52   UNLIQ | Scheduled: | $297,089.52 |
|-----------|----------|---------------------|-----------|-------------|

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4697
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| UNSECURED | Claimed: | $218,184.58   UNLIQ |
|-----------|----------|---------------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4698<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) | | | |
| UNSECURED | Claimed: | $218,184.58   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4699<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $1,483,524.97   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4700<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $1,483,524.97   UNLIQ | Scheduled: | $1,709,826.00 |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4701<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) | | | |
| UNSECURED | Claimed: | $4,964.49   UNLIQ | Scheduled: | $9,020.86 |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4702<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) | | | |
| UNSECURED | Claimed: | $4,964.49   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4703<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | | |
| UNSECURED | Claimed: | $2,000.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4704<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC. | | | |
| UNSECURED | Claimed: | $2,000.00   UNLIQ | Scheduled: | $2,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4705<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,843.51   UNLIQ | | |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4706<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |
|---|---|

| UNSECURED | Claimed: | $2,843.51   UNLIQ | Scheduled: | $1,968.94 |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4707<br>Claim Date: 06/11/2009<br>Debtor: KPLR, INC.<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) |
|---|---|

| UNSECURED | Claimed: | $11,843.75   UNLIQ | Scheduled: | $11,843.75 |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4708<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) |
|---|---|

| UNSECURED | Claimed: | $40,104.78   UNLIQ | | |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4709<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
|---|---|

| UNSECURED | Claimed: | $14,998.29   UNLIQ | Scheduled: | $14,998.29 |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4710<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) |
|---|---|

| UNSECURED | Claimed: | $12,841.25   UNLIQ | Scheduled: | $50,427.93 |
|---|---|---|---|---|

| CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4711<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) |
|---|---|

| UNSECURED | Claimed: | $12,841.25   UNLIQ | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4712
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,998.52   UNLIQ | | |

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4713
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,998.52   UNLIQ | Scheduled: | $53,997.84 |

---

CBS TELEVISION DISTRIBUTION
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4714
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,900.00   UNLIQ | | |

---

KING WORLD PRODUCTIONS
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4715
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,344.25   UNLIQ | Scheduled: | $24,344.25 |

---

KING WORLD PRODUCTIONS
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4716
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $138,488.39   UNLIQ | Scheduled: | $95,053.77 |

---

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4717
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $357,849.45   UNLIQ | Scheduled: | $357,849.45 |

---

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4718
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,129.03   UNLIQ | Scheduled: | $6,129.03 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4719
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,288.84 | UNLIQ | Scheduled: | $19,288.84 |

KING WORLD PRODUCTIONS
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4720
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $72,687.10 | UNLIQ | Scheduled: | $100,641.94 |

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4721
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $204,475.94 | UNLIQ | Scheduled: | $204,475.94 |

KING WORLD PRODUCTIONS
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4722
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $27,954.84 | UNLIQ |

KING WORLD PRODUCTIONS
2401 COLORADO AVENUE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4723
Claim Date: 06/11/2009
Debtor: KSWB INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $177,681.46 | UNLIQ | Scheduled: | $125,247.82 |

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4724
Claim Date: 06/11/2009
Debtor: KPLR, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,573.33 | UNLIQ | Scheduled: | $36,573.33 |

KING WORLD PRODUCTIONS
2401 COLORADO AVE, SUITE 110
SANTA MONICA, CA 90404

Claim Number: 4725
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.
Comments: EXPUNGED
DOCKET: 1724 (07/14/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189,044.99 | UNLIQ | Scheduled: | $189,044.99 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KING WORLD PRODUCTIONS<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | Claim Number: 4726<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>DOCKET: 1724 (07/14/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $134,193.55  UNLIQ | Scheduled: | $134,193.55 |

| PENNSYLVANIA TREASURY DEPARTMENT<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1937<br>HARRISBURG, PA 17105 | Claim Number: 4727<br>Claim Date: 06/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | Claim Number: 4728<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | Claim Number: 4729<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | Claim Number: 4730<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | Claim Number: 4731<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

| PENNSYLVANIA TREASURY<br>BUREAU OF UNCLAIMED PROPERTY<br>P.O. BOX 1837<br>HARRISBURG, PA 17105 | Claim Number: 4732<br>Claim Date: 06/11/2009<br>Debtor: THE DAILY PRESS, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4733 Claim Date: 06/11/2009 Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4734 Claim Date: 06/11/2009 Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4735 Claim Date: 06/11/2009 Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4736 Claim Date: 06/11/2009 Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4737 Claim Date: 06/11/2009 Debtor: NEW MASS. MEDIA, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4738 Claim Date: 06/11/2009 Debtor: KPLR, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PENNSYLVANIA TREASURY BUREAU OF UNCLAIMED PROPERTY P.O. BOX 1837 HARRISBURG, PA 17105 | Claim Number: 4739 Claim Date: 06/11/2009 Debtor: HOMESTEAD PUBLISHING CO. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4740
Claim Date: 06/11/2009
Debtor: DIRECT MAIL ASSOCIATES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4741
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4742
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4743
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4744
Claim Date: 06/11/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4745
Claim Date: 06/11/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4746
Claim Date: 06/11/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PENNSYLVANIA TREASURY
BUREAU OF UNCLAIMED PROPERTY
P.O. BOX 1837
HARRISBURG, PA 17105

Claim Number: 4747
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4748
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
|---|---|---|
| UNSECURED | Claimed: | $293,156.21 |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| ADMINISTRATIVE | Claimed: | $536,316.79 |
| UNSECURED | Claimed: | $293,156.21 |
| UNSECURED | Claimed: | $293,156.21 |
| UNSECURED | Claimed: | $293,156.21 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4749
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
|---|---|---|
| UNSECURED | Claimed: | $293,156.21 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4750
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.
Comments: EXPUNGED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
|---|---|---|
| UNSECURED | Claimed: | $293,156.21 |

---

SUN MICROSYSTEMS, INC.
BUCHALTER NEMER, PC
ATTN: SHAWN CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Claim Number: 4751
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 6593 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $536,316.79 |
|---|---|---|
| UNSECURED | Claimed: | $293,156.21 |

---

DIR. GUILD OF AM.-PRODUCER PEN PLNS &
DIR GUILD OF AM.-HLTH PLN.; % J.KOHANSKI
S/B#143505;D.AHDOOT S/B#245133; BUSH
GOTTLIEB ETAL; 500 N. CENTRAL AVE., #800
GLENDALE, CA 91203

Claim Number: 4752
Claim Date: 06/11/2009
Debtor: WPIX, INC.

| PRIORITY | Claimed: | $1,185.89 UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DIRECTORS GUILD OF AMERICA, INC.<br>C/O JOSEPH KOHANSKI, S/B #143505<br>DAVID E. AHDOOT, S/B #245133<br>500 N CENTRAL AVE, STE 800<br>GLENDALE, CA 91203 | Claim Number: 4753<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC.<br>Comments:<br>BUSH GOTTLIEB SINGER LOPEZ KOHANSKI ADELSTEIN & DICKINSON |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| OUTDOOR IMAGING, A DIVISION OF<br>OUTDOOR MEDIA GROUP LLC<br>195 BROADWAY<br>NEW YORK, NY 10007 | Claim Number: 4754<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $26,143.00 | | |
|---|---|---|---|---|

---

| LESORAVAGE, ALICE J<br>2345 CENTER STREET<br>BETHLEHEM, PA 18017 | Claim Number: 4755<br>Claim Date: 06/11/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $11,153.85 | Scheduled: | $11,153.85 |
|---|---|---|---|---|

---

| 233 BROADCAST LLC / SEARS TOWER<br>C/O JESSICA LINFORD<br>U.S. EQUITIES ASSET MANAGEMENT<br>233 S. WACKER DR., SUITE 3530<br>CHICAGO, IL 60606 | Claim Number: 4756<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ CONT | Scheduled: | $143,109.35 |
|---|---|---|---|---|

---

| COX MEDIA, LLC<br>999 PEACHTREE ST NE STE 2600<br>ATLANTA, GA 30309-4420 | Claim Number: 4757<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
|---|---|

| UNSECURED | Claimed: | $61,982.00 | Scheduled: | $60,508.10 |
|---|---|---|---|---|

---

| COX MEDIA, LLC<br>999 PEACHTREE ST NE STE 2600<br>ATLANTA, GA 30309-4420 | Claim Number: 4758<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. |
|---|---|

| UNSECURED | Claimed: | $4,866.25 | | |
|---|---|---|---|---|

---

| COX MEDIA, LLC<br>999 PEACHTREE ST NE STE 2600<br>ATLANTA, GA 30309-4420 | Claim Number: 4759<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $148,994.40 | Scheduled: | $110,816.59 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GE CAPITAL CORP.<br>C/O AARON B. CHAPIN<br>REED SMITH LLP<br>10 S. WACKER DR<br>CHICAGO, IL 60606 | | Claim Number: 4760<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
| UNSECURED | Claimed: | $10,415.24   UNLIQ | Scheduled: | $638.74 |
| GE CAPITAL CORPORATION<br>C/O AARON B. CHAPIN<br>REED SMITH LLP<br>10 S WACKER DR<br>CHICAGO, IL 60606 | | Claim Number: 4761<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $196,306.89   UNLIQ | Scheduled: | $41,363.83 |
| GE CAPITAL CORP.<br>C/O AARON B. CHAPIN<br>REED SMITH LLP<br>10 S. WACKER DR<br>CHICAGO, IL 60606 | | Claim Number: 4762<br>Claim Date: 06/11/2009<br>Debtor: FORUM PUBLISHING GROUP, INC. | | |
| UNSECURED | Claimed: | $1,769.99 | | |
| GE CAPITAL CORPORATION<br>C/O AARON B. CHAPIN<br>REED SMITH LLP<br>10 S WACKER DR<br>CHICAGO, IL 60606 | | Claim Number: 4763<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $19,684.24 | | |
| SCHUMACHER, LISA M<br>418 NAPERVILLE RD<br>CLARENDON HILLS, IL 60514 | | Claim Number: 4764<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $1,240.91 | Scheduled: | $340.91 |
| ECHOPOINT MEDIA<br>C/O BRAD SCHRADER<br>407 N. FULTON ST.<br>INDIANAPOLIS, IN 46202 | | Claim Number: 4765<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |
| UNSECURED | Claimed: | $90,127.43 | Scheduled: | $164,896.11 |
| FERRELL, BRADLEY S.<br>3949 MAIN STREET<br>PERRY, OH 44081 | | Claim Number: 4766<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $32,925.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DIRECTORS GUILD OF AMERICA, INC.
C/O JOSEPH KOHANSKI/ DAVID E AHDOOT
BUSH GOTTLIEB SINGER LOPEZ ET AL
500 N. CENTRAL AVE., STE. 800
GLENDALE, CA 91203

Claim Number: 4767
Claim Date: 06/11/2009
Debtor: 435 PRODUCTION COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

DIRECTORS GUILD OF AMERICA, INC.
C/O JOSEPH KOHANSKI / DAVID E AHDOOT
BUSH GOTTLIEB SINGER LOPEZ ET AL
500 N CENTRAL AVE STE 800
GLENDALE, CA 91203

Claim Number: 4768
Claim Date: 06/11/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

TOWER GREENSPUN DGSPT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4769
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN, L.L.C.
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4770
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.24 UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN JGGSTP, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4771
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |

TOWER GREENSPUN SGFFT, LLC
901 GREEN VALLEY PARKWAY, SUITE 210
HENDERSON, NV 89074

Claim Number: 4772
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $9,336,136.25 UNLIQ | Scheduled: | $9,337,318.24 |

LAS VEGAS SUN
2360 CORPORATE CIR FL 3
HENDERSON, NV 89074-7722

Claim Number: 4773
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LAS VEGAS SUN
2360 CORPORATE CIR FL 3
HENDERSON, NV 89074-7723

Claim Number: 4774
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

LAS VEGAS SUN
2275 CORPORATE CIRCLE DRIVE, STE. 300
HENDERSON, NV 89074

Claim Number: 4775
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

LAS VEGAS SUN
2275 CORPORATE CIRCLE DRIVE, STE. 300
HENDERSON, NV 89074

Claim Number: 4776
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

ROONEY, DONALD
7637 SOUTH ONEIDA COURT
CENTENNIAL, CO 80112

Claim Number: 4777
Claim Date: 06/11/2009
Debtor: KWGN INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $32,926.92 | Scheduled: | $43,876.92 |

FENSTERMACHER, PETER D.
87 CHURCH ST
EAST HARTFORD, CT 06108

Claim Number: 4778
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $610.00 | | |
| UNSECURED | | | Scheduled: | $610.00 |

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4779
Claim Date: 06/11/2009
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,857.68 | Scheduled: | $1,471.69 |

HARRIS CORPORATION BROADCAST
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4780
Claim Date: 06/11/2009
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29.54 | Scheduled: | $101.76 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4781
Claim Date: 06/11/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,897.69 | Scheduled: | $7,897.69 |

---

HARRIS CORPORATION
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4782
Claim Date: 06/11/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,984.36 | Scheduled: | $16,018.61 |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4783
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,724.27 | Scheduled: | $1,345.87 |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4784
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10.17 | Scheduled: | $7.90 |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4785
Claim Date: 06/11/2009
Debtor: CHANNEL 39, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,845.54 | Scheduled: | $1,435.41 |

---

HARRIS CORPORATION BROADCAST
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4786
Claim Date: 06/11/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,905.82 | Scheduled: | $3,037.84 |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4787
Claim Date: 06/11/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,008.97 | Scheduled: | $4,105.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HARRIS CORPORATION
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4788
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,856.88 | | $8,862.50 UNLIQ |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4789
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $17.46 | | $13.55 |

---

HARRIS CORP
BROADCAST COMMUNICATIONS DIVISION
PO BOX 96776
CHICAGO, IL 60693

Claim Number: 4790
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $12,402.25 | | $10,888.40 |

---

HARRIS CORPORATION
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4791
Claim Date: 06/11/2009
Debtor: KPLR, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,538.73 |

---

HARRIS CORPORATION
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4792
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,377.00 |

---

HARRIS CORPORATION
1025 W NASA BVLD A-11A
MELBOURNE, FL 32919

Claim Number: 4793
Claim Date: 06/11/2009
Debtor: KWGN INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $12,217.03 |

---

HARRIS CORP
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4794
Claim Date: 06/11/2009
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $85,778.43 | | $59,691.52 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HARRIS CORP<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4795<br>Claim Date: 06/11/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,025.57 | Scheduled: | $12,998.70 |

| HARRIS CORP<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4796<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,390.10 | Scheduled: | $11,083.61 |

| HARRIS COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4797-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,778.24 | Scheduled: | $25,936.97 |

| HARRIS COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4797-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,665.39 | Scheduled: | $0.98 |

| HARRIS COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4797-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $870.30 | Scheduled: | $870.30 |

| HARRIS COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4797-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,769.15 | Scheduled: | $5,904.15 |

| HARRIS COMMUNICATIONS<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | Claim Number: 4797-05<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $63,704.89 | Scheduled: | $63,704.89 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HARRIS COMMUNICATIONS
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 4797-06
Claim Date: 06/11/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: ALLOWED
DOCKET: 9949 (10/11/2011)

| UNSECURED | Claimed: | $77.79 | Scheduled: | $120.12 |
|---|---|---|---|---|

LONCARIC MEDIA GROUP LLC
49 BOONE VILLAGE  NO.240
ZIONSVILLE, IN 46077

Claim Number: 4798
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $7,465.00 | Scheduled: | $7,465.00 |
|---|---|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4799
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $749,700,000.00   UNLIQ CONT |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4800
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4801
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4802
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $33,000,000.00   UNLIQ CONT |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: CASSANDRA R. BURTON, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4803
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4804<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                          $0.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4805<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                  $4,500,000.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4806<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                          $0.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4807<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                          $0.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4808<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                  $5,500,000.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4809<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                          $0.00    UNLIQ CONT

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA R. BURTON, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4810<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

ADMINISTRATIVE          Claimed:                          $0.00    UNLIQ CONT

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4811 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $200,000.00   UNLIQ CONT |
|---|---|---|

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4812 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4813 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4814 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4815 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 4816 |
|---|---|
| ATTN: CASSANDRA R. BURTON, ATTORNEY | Claim Date: 06/11/2009 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: TRIBUNE COMPANY |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| NICOR GAS | Claim Number: 4817-01 |
|---|---|
| PO BOX 549 | Claim Date: 06/11/2009 |
| AURORA, IL 60507 | Debtor: CHICAGO TRIBUNE COMPANY |
| | Comments: ALLOWED |
| | DOCKET: 8146 (02/25/2011) |

| UNSECURED | Claimed: | $63,334.20 | Scheduled: | $1,210.46 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | | Claim Number: 4817-02<br>Claim Date: 06/11/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $618.75 | | |
| NICOR GAS<br>PO BOX 549<br>AURORA, IL 60507 | | Claim Number: 4817-03<br>Claim Date: 06/11/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $2,638.47 | Scheduled: | $9,332.18 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $1,542.18 | Scheduled: | $1,143.92 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-02<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $48,403.93 | | |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-03<br>Claim Date: 06/11/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $927.33 | Scheduled: | $669.31 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4818-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $1,758.06 | | |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | | Claim Number: 4819-01<br>Claim Date: 06/11/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
| UNSECURED | Claimed: | $2,741.25 | Scheduled: | $1,085.28 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4819-02
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $130.54 | Scheduled: | $130.54 |
|---|---|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4819-03
Claim Date: 06/11/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,147.27 | Scheduled: | $854.56 |
|---|---|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4819-04
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $25.66 |
|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4819-05
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $1,745.92 | Scheduled: | $4,716.33 |
|---|---|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4820
Claim Date: 06/11/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| UNSECURED | Claimed: | $123.96 |
|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4821
Claim Date: 06/11/2009
Debtor: FORUM PUBLISHING GROUP, INC.

| UNSECURED | Claimed: | $119.43 | Scheduled: | $153.12 |
|---|---|---|---|---|

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4822-01
Claim Date: 06/11/2009
Debtor: HOY, LLC
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $6.59 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4822-02<br>Claim Date: 06/11/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $108.78 | Scheduled: | $330.79 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4823<br>Claim Date: 06/11/2009<br>Debtor: HOY PUBLICATIONS, LLC | | | |
| UNSECURED | Claimed: | $20.30 | | |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4824<br>Claim Date: 06/11/2009<br>Debtor: KPLR, INC. | | | |
| UNSECURED | Claimed: | $271.27 | Scheduled: | $271.27 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4825<br>Claim Date: 06/11/2009<br>Debtor: KSWB INC. | | | |
| UNSECURED | Claimed: | $925.46 | Scheduled: | $938.87 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4826<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC. | | | |
| UNSECURED | Claimed: | $50.83 | Scheduled: | $50.83 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4827<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4778 (06/14/2010) | | | |
| UNSECURED | Claimed: | $28,335.50 | Scheduled: | $32,753.74 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4828<br>Claim Date: 06/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $986.71 | Scheduled: | $791.07 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4829<br>Claim Date: 06/11/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
| UNSECURED | Claimed: | $541.21 | Scheduled: | $11.99 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4830<br>Claim Date: 06/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $18.91 | Scheduled: | $244.67 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4831<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY | | | |
| UNSECURED | Claimed: | $1,853.93 | Scheduled: | $1,605.56 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4832<br>Claim Date: 06/11/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED | Claimed: | $1,054.30 | Scheduled: | $1,054.30 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4833<br>Claim Date: 06/11/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $159.61 | Scheduled: | $152.76 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4834-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | | |
| UNSECURED | Claimed: | $3,204.47 | Scheduled: | $209.21 |
| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4834-02<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | | |
| UNSECURED | Claimed: | $88.53 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4835
Claim Date: 06/11/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $3,137.36 | Scheduled: | $4,496.36 |
|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4836
Claim Date: 06/11/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY

| UNSECURED | Claimed: | $9.37 | Scheduled: | $9.37 |
|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4837
Claim Date: 06/11/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: DOCKET: 4778 (06/14/2010)

| UNSECURED | Claimed: | $5.73 |
|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4838
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA NET, INC.

| UNSECURED | Claimed: | $3,084.97 | Scheduled: | $3,193.06 |
|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4839-01
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $199.43 | Scheduled: | $120.28 |
|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4839-02
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $41,534.53 | Scheduled: | $42,161.73 |
|---|---|---|---|---|

FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND
ATTN: REVENUE REVENUE/BANKRUPTCY
3965 AIRWAYS MODULE G, 3RD FL
MEMPHIS, TN 38116

Claim Number: 4840
Claim Date: 06/11/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $61.30 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4841<br>Claim Date: 06/11/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,101.38 | | |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4842<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $369.41 | Scheduled: | $423.89 |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4843-01<br>Claim Date: 06/11/2009<br>Debtor: KWGN INC.<br>Comments: DOCKET: 10022 (10/19/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $143.53 | Scheduled: | $4,701.15 |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4843-03<br>Claim Date: 06/11/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 10022 (10/19/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $4,902.56 | | |

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE REVENUE/BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 4843-04<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 10022 (10/19/2011) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $875.99 | Scheduled: | $875.99 |

---

| SHORES, KIRK R.<br>464 N. PINE MEADOW DR.<br>DEBARY, FL 32713-2305 | Claim Number: 4844<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $21,000.00 | | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EVERYTHING NET INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4845<br>Claim Date: 06/11/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $6,550.00 | | |
| UNSECURED | | Scheduled: | $6,550.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| BROWN, RENEE<br>42 CATOONA LANE<br>STAMFORD, CT 06902 | | Claim Number: 4846<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| PATSCHKE, RONALD B. IRA<br>17905 CALM HARBOR DR<br>PFLUGERVILLE, TX 78660-2340 | | Claim Number: 4847<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MILAN, JOHN M., AS TRUSTEE<br>THE JOHN M. MILAN AND DIANE N. MILAN<br>LIVING TRUST<br>7520 CARMENITA LN<br>WEST HILLS, CA 91304 | | Claim Number: 4848<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,975.00 |

---

| | | | | |
|---|---|---|---|---|
| PLUNKETT, MARGUERITE<br>620 S.E. 6TH TERRACE<br>POMPANO BEACH, FL 33060 | | Claim Number: 4849<br>Claim Date: 06/11/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BEASLEY FM ACQUISITION CORP.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4850<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) |
| UNSECURED | Claimed: | $18,360.00 |

---

| | | |
|---|---|---|
| GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4851<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLE DUPLICATE OF 4852 |
| UNSECURED | Claimed: | $150,000.00   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| GROGAN, WILLIAM<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | | Claim Number: 4852<br>Claim Date: 06/11/2009<br>Debtor: VALUMAIL, INC. | | |
| UNSECURED | Claimed: | $150,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BORUCH, PATRICIA
8545 AIRPORT RD
NORTHHAMPTON, PA 18067

Claim Number: 4853
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $307.33 | | |
| UNSECURED | | | Scheduled: | $307.33 UNLIQ |

---

BORUCH, PATRICIA
8545  AIRPORT RD
NORTHAMPTON, PA 18067

Claim Number: 4854
Claim Date: 06/11/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $570.00 |

---

HARRIS COUNTY
TREASURER
1001 PRESTON        STE 652
HOUSTON, TX 77002

Claim Number: 4855
Claim Date: 06/11/2009
Debtor: KIAH INC.
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $65,875.49  UNLIQ |

---

SCARBOROUGH RESEARCH CORP
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 4856
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $3,541.86 |
| UNSECURED | | |

---

SCARBOROUGH RESEARCH
PO BOX 88990
CHICAGO, IL 60695-1990

Claim Number: 4857
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $13,084.00 | | |
| UNSECURED | | | Scheduled: | $13,084.00 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: CHRIS NEUMAN
399 PARK AVE FL 6
NEW YORK, NY 10022-5074

Claim Number: 4858
Claim Date: 06/11/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 4892 (06/28/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500,000.00 | Scheduled: | $0.00 UNLIQ |

---

NEUMAN, CHRIS
12636 RYE ST
STUDIO CITY, CA 91604-1348

Claim Number: 4859
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4892 (06/28/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500,000.00   UNLIQ | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | Claim Number: 4860<br>Claim Date: 06/11/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $2,971.46 | | |
|---|---|---|---|---|

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30302-2762 | Claim Number: 4861-01<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $2,397.63 | Scheduled: | $26,923.10 |
|---|---|---|---|---|

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30302-2762 | Claim Number: 4861-02<br>Claim Date: 06/11/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $735.79 | | |
|---|---|---|---|---|

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30302-2762 | Claim Number: 4861-03<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $963.95 | | |
|---|---|---|---|---|

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | Claim Number: 4862<br>Claim Date: 06/11/2009<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $78,980.41 | Scheduled: | $110,291.30 |
|---|---|---|---|---|

| CNN NEWS SOURCE SALES<br>ATTN: KELLY BLACK-HOLMES/LEGAL<br>ONE CNN CENTER<br>13 NORTH<br>ATLANTA, GA 30303-2762 | Claim Number: 4863<br>Claim Date: 06/11/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 6158 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $28,106.38 | | |
|---|---|---|---|---|

| CBS RADIO INC.<br>C/O CBS LAW DEPT.<br>ATTN: HELEN D'ANTONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | Claim Number: 4864<br>Claim Date: 06/11/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
|---|---|

| UNSECURED | Claimed: | $50,303.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CBS TELEVISION NETWORK, CBS BROADCASTING
INC. - C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4865
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 11702 (05/25/2012)

| UNSECURED | Claimed: | $11,603.96 | | |
|---|---|---|---|---|

---

CBS RADIO EAST INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4866
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 3801 (03/22/2010)

| UNSECURED | Claimed: | $11,751.25 | Scheduled: | $287,627.90 |
|---|---|---|---|---|

---

BS RADIO STATIONS INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4867
Claim Date: 06/11/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| UNSECURED | Claimed: | $26,231.00 | Scheduled: | $26,231.00 |
|---|---|---|---|---|

---

CBS RADIO EAST INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4868
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,751.25 | | |
|---|---|---|---|---|

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4869
Claim Date: 06/11/2009
Debtor: TRIBUNE PUBLISHING COMPANY

| UNSECURED | Claimed: | $50,303.00 | | |
|---|---|---|---|---|

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4870
Claim Date: 06/11/2009
Debtor: TRIBUNE LOS ANGELES, INC.

| UNSECURED | Claimed: | $50,303.00 | | |
|---|---|---|---|---|

---

CBS RADIO STATIONS INC
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4871
Claim Date: 06/11/2009
Debtor: KSWB INC.

| UNSECURED | Claimed: | $53,442.75 | Scheduled: | $315,006.87 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CBS TELEVISION NETWORK, CBS BROADCASTING
INC. - C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4872
Claim Date: 06/11/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN
DOCKET: 11703 (05/25/2012)

| UNSECURED | Claimed: | $11,603.96 |
|---|---|---|

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4873
Claim Date: 06/11/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $50,303.00 |
|---|---|---|

---

CBS TELEVISION NETWORK, CBS BROADCASTING
INC. - C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4874
Claim Date: 06/11/2009
Debtor: WPIX, INC.

| UNSECURED | Claimed: | $11,603.96 | Scheduled: | $11,603.96 |
|---|---|---|---|---|

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4875
Claim Date: 06/11/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $50,303.00 | Scheduled: | $442,163.38 |
|---|---|---|---|---|

---

CBS RADIO INC.
C/O CBS LAW DEPT.
ATTN: HELEN D'ANTONA
51 WEST 52ND STREET
NEW YORK, NY 10019

Claim Number: 4876
Claim Date: 06/11/2009
Debtor: CHANNEL 40, INC.

| UNSECURED | Claimed: | $50,303.00 |
|---|---|---|

---

NYP HOLDINGS, INC.
HOGAN & HARTSON LLP
ATTN: IRA S. GREENE, ESQ
875 THIRD AVE
NEW YORK, NY 10022

Claim Number: 4877
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $21,524.28 |
|---|---|---|

---

NYP HOLDINGS, INC.
HOGAN & HARTSON LLP
ATTN: IRA S. GREENE, ESQ
875 THIRD AVE
NEW YORK, NY 10022

Claim Number: 4878
Claim Date: 06/12/2009
Debtor: THE BALTIMORE SUN COMPANY

| UNSECURED | Claimed: | $37,133.88 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NYP HOLDINGS, INC.<br>HOGAN & HARTSON LLP<br>ATTN: IRA S. GREENE, ESQ<br>875 THIRD AVE<br>NEW YORK, NY 10022 | Claim Number: 4879<br>Claim Date: 06/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3011 (01/05/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,719.79 | Scheduled: | $12,995.05 |

| SHUTTLE PRINTING, INC.<br>ATTN: BILL EDNIE<br>57-11 49TH PL<br>MASPETH, NY 11378 | Claim Number: 4880<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| SHUTTLE PRINTING INC<br>3838  9TH ST<br>LONG ISLAND CITY, NY 11101-6110 | Claim Number: 4881<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| NEWTON, FREDERICK W.<br>10 VALE DRIVE<br>ATTN: FREDERICK W. NEWTON<br>ROCKVILLE, MD 20850 | Claim Number: 4882<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC. |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| NEWTON, BRIDGET DONNELL<br>10 DALE DRIVE<br>ROCKVILLE, MD 20850 | Claim Number: 4883<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC. |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| SOHNS, GREGORY E.<br>260 MADISON AVENUE<br>FLOOR 21<br>NEW YORK, NY 10016 | Claim Number: 4884<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC. |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| AMERICAN FEDERATION OF TELEVISION AND<br>RADIO ARTISTS HEALTH & RETIREMENT FUNDS<br>ATTN: JOE HARRIS<br>261 MADISON AVENUE<br>NEW YORK, NY 10016 | Claim Number: 4885<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4886 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4887 Claim Date: 06/12/2009 Debtor: KTLA INC. |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4888 Claim Date: 06/12/2009 Debtor: WPIX, INC. |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4889 Claim Date: 06/12/2009 Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4890 Claim Date: 06/12/2009 Debtor: KTLA INC. |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK, NY 10016 | | Claim Number: 4891 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SWARTZ, CONRAD 12911 NW 25TH COURT VANCOUVER, WA 98685 | | Claim Number: 4892 Claim Date: 06/12/2009 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 3013 (01/05/2010) |
|---|---|---|

| UNSECURED | Claimed: | $81,196.80 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SWARTZ, ALICE
2203 E 26TH STREET
BROOKLYN, NY 11229

Claim Number: 4893
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,211.76 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 4894
Claim Date: 06/12/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,140,219.00 |
| UNSECURED | Claimed: | $48,901.16 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 4895
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,681,770.78 |
| UNSECURED | Claimed: | $262,294.64 |

---

NETTIMI, SOUMYA
2941 GRAY ST
OAKTON, VA 22124

Claim Number: 4896
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

---

BANK OF NEW YORK MELLON
101 BARCLAY STREET - 15E
NEW YORK, NY 10286

Claim Number: 4897
Claim Date: 06/12/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: EXPUNGED
DOCKET: 4406 (05/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $11,488.17 |

---

TV GUIDE ONLINE, LLC
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4898
Claim Date: 06/12/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.
Comments: WITHDRAWN
DOCKET: 12202 (08/06/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,699,364.00   UNLIQ |

---

TV GUIDE ONLINE, INC.
C/O CHRISTOPHER J. HARNETT
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

Claim Number: 4899
Claim Date: 06/12/2009
Debtor: TMS ENTERTAINMENT GUIDES, INC.
Comments: WITHDRAWN
DOCKET: 12202 (08/06/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,699,364.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| TV GUIDE ONLINE, INC.<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | Claim Number: 4900<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12202 (08/06/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,699,364.00   UNLIQ |

---

| | | |
|---|---|---|
| TV GUIDE ONLINE, LLC<br>C/O CHRISTOPHER J. HARNETT<br>ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | Claim Number: 4901<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12202 (08/06/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,699,364.00   UNLIQ |

---

| | | |
|---|---|---|
| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4902<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| FERNANDEZ, LARRY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4903<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| EVANS, PEARL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4904<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| EVANS, PEARL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4905<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| EVANS, CHARLES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4906<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| EVANS, CHARLES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4907<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| ANDERSON, PATRICK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4908<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| ANDERSON, PATRICK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4909<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| ALLEN, JAMES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4910<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| ALLEN, JAMES<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4911<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| GRANT, GARY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4912<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |
| GRANT, GARY<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4913<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4914
Claim Date: 06/12/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

CRUZ, VICTOR
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4915
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4916
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

BARNHARDT, VELMA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4917
Claim Date: 06/12/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

WALCOTT, TENISHA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4918
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

WALCOTT, TENISHA
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4919
Claim Date: 06/12/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

STRANGE, JENNIFER
233 BROADWAY FL 5
NEW YORK, NY 10279-0599

Claim Number: 4920
Claim Date: 06/12/2009
Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC
Comments: DOCKET: 10917 (02/14/2012)
SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| STRANGE, JENNIFER<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4921<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| SERRAO, SEAN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4922<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| SERRAO, SEAN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4923<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| REID, DAMION<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4924<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| REID, DAMION<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4925<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| MCNAIR, BILL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4926<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| MCNAIR, BILL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | | Claim Number: 4927<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED | Claimed: | $10,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MCLAUGHLIN, VICTORIA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4928<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
|---|---|
| UNSECURED          Claimed: | $10,000.00 |
| MCLAUGHLIN, VICTORIA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4929<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |
| JOHNSON, PHIL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4930<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |
| JOHNSON, PHIL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4931<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |
| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4932<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |
| JACKSON, MARK<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4933<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |
| HAYWOOD, JOHN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4934<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON |
| UNSECURED          Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| HAYWOOD, JOHN<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4935<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |
| UNSECURED            Claimed: | $10,000.00 | |

---

| | | |
|---|---|---|
| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4936<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |
| UNSECURED            Claimed: | $10,000.00 | |

---

| | | |
|---|---|---|
| GRANT, LORETTA<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4937<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |
| UNSECURED            Claimed: | $10,000.00 | |

---

| | | |
|---|---|---|
| ALLEN, JAMES, ET AL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4938<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |
| UNSECURED            Claimed: | $1,500,000.00 | |

---

| | | |
|---|---|---|
| ALLEN, JAMES, ET AL<br>233 BROADWAY FL 5<br>NEW YORK, NY 10279-0599 | Claim Number: 4939<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 10917 (02/14/2012)<br>SUBJECT TO SETTLEMENT APPROVED BY ORDER @ DI 10917, TO BE EXPUNGED ON | |
| UNSECURED            Claimed: | $1,500,000.00 | |

---

| | | |
|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4940<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | |
| UNSECURED            Claimed: | $13,125.40 | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4941<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | | |
| UNSECURED            Claimed: | $6,435.00 | Scheduled: | $6,435.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4942<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC. | | |
| UNSECURED | Claimed: | $73,364.52 | Scheduled: | $73,513.05 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4943<br>Claim Date: 06/12/2009<br>Debtor: KIAH INC. | | |
| UNSECURED | Claimed: | $13,267.65 | | |
| CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD ET AL<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018 | | Claim Number: 4944<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12959 (01/03/2013) | | |
| UNSECURED | Claimed: | $570,635.82 | Scheduled: | $7,911.45 |
| CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | | Claim Number: 4945<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12959 (01/03/2013) | | |
| UNSECURED | Claimed: | $120,940.76 | | |
| CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL.<br>ATTN: CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018 | | Claim Number: 4946<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12959 (01/03/2013) | | |
| UNSECURED | Claimed: | $94,710.28 | | |
| CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL.<br>ATTN: CLIFF KATZ AND EVAN SALAN<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018 | | Claim Number: 4947<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |
| UNSECURED | Claimed: | $5,509.69 | | |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4948<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| SECURED | Claimed: | $355,602.54   UNLIQ CONT | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4949 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE DAILY PRESS, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4950 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE HARTFORD COURANT COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4951 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: THE MORNING CALL, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4952 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: WPIX, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4953 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4954 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC. |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

| JPMORGAN CHASE BANK, N.A. | Claim Number: 4955 |
| ATTN: MIRIAM KULNIS | Claim Date: 06/12/2009 |
| 277 PARK AVENUE, 8TH FLOOR | Debtor: TRIBUNE ENTERTAINMENT COMPANY |
| NEW YORK, NY 10172 | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4956
Claim Date: 06/12/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4957
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4958
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4959
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4960
Claim Date: 06/12/2009
Debtor: INSERTCO, INC.

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4961
Claim Date: 06/12/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

JPMORGAN CHASE BANK, N.A.
ATTN: MIRIAM KULNIS
277 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10172

Claim Number: 4962
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4963<br>Claim Date: 06/12/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

---

| | | | |
|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4964<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

---

| | | | |
|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 4965<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| SECURED | Claimed: | $355,602.54   UNLIQ CONT |
|---|---|---|

---

| | | | |
|---|---|---|---|
| STANISZ, JANUSZ<br>11055 NORTH 128 PLACE<br>SCOTTSDALE, AZ 85259 | | Claim Number: 4966<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| UNSECURED | Claimed: | $162,393.60 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| HADRICK, CELESTE<br>878 ABERDEEN ROAD<br>WEST BAY SHORE, NY 11706 | | Claim Number: 4967<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | | |
|---|---|---|---|
| STOBER, W.<br>2540 HAMPTON BRIDGE RD<br>DELRAY BEACH, FL 33445 | | Claim Number: 4968<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | |

| UNSECURED | Claimed: | $200.00 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| GRAVES, THOMAS<br>14917 MCKNEW RD<br>BURTONSVILLE, MD 20806 | | Claim Number: 4969<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED | |

| PRIORITY | Claimed: | $16,515.66 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RADIO ADVERTISING BUREAU<br>PO BOX 972036<br>DALLAS, TX 75397-2036 | Claim Number: 4970<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $303.29 | Scheduled: | $2,355.00 |
|---|---|---|---|---|

---

| RIPPS, KIMBERLY<br>64 HOPPER FARM RD<br>UPPER SADDLE RIVER, NJ 07458-1229 | Claim Number: 4971<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $125.00   UNLIQ |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RENOVATORS PLACE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4972<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| PRIORITY | Claimed: | $1,125.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,125.00 |

---

| ANDERSON, MICHAEL ROBERT<br>919 W ELSASSER AVE<br>STE 2530<br>DELAND, FL 32720 | Claim Number: 4973<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6.89 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6.89 | Scheduled: | $6.89 |
| TOTAL | Claimed: | $6.89 | | |

---

| GREER CONTRACTING COMPANY<br>670 CLAY ST.<br>WINTER PARK, FL 32789 | Claim Number: 4974<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,235.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $43,584.60 |

---

| PAJARO, OLGA M<br>11000 SW 200TH ST UNIT 407<br>MIAMI, FL 33157-8445 | Claim Number: 4975<br>Claim Date: 06/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $100.00 |
|---|---|---|---|---|

---

| MACGOWAN, CARL<br>211-01 85TH AVENUE<br>HOLLIS HILLS, NY 11427 | Claim Number: 4976<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ALTHERR, STACEY
34 MEADOW PONDS CIRCLE
MILLER PLACE, NY 11764

Claim Number: 4977
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

KELLY, JAMES C.
20154 ZIMMERMAN PL.
SANTA CLARITA, CA 91390

Claim Number: 4978
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

KOEHLER, DONNA
61 E DEPOT ST
HELLERTOWN, PA 18055

Claim Number: 4979
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.

| UNSECURED | Claimed: | $42.55 | Scheduled: | $42.55 |
|---|---|---|---|---|

---

PERELLE & GRANVILLE LIVING TRUST
DIANE GRANVILLE TTEE
601 E. BRANCH RD
PATTERSON, NY 12563

Claim Number: 4980
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,500.00 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 4981
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

INNERWORKINGS, INC.
600 WEST CHICAGO, SUITE 850
CHICAGO, IL 60654

Claim Number: 4982
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $7,880.52 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,310.98 | Scheduled: | $3,651.80 |

---

ABOVENET COMMUNICATIONS, INC.
ATTN: THOMAS L. KELLY
360 HAMILTON AVENUE
WHITE PLAINS, NY 10601

Claim Number: 4983
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $12,697.72 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| GRIPPO & ELDEN<br>3476 EAGLE WAY<br>CHICAGO, IL 60678 | | Claim Number: 4984<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7588 (01/20/2011) |
| UNSECURED | Claimed: | $24,823.39 |
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 4985<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |
| UNSECURED | Claimed: | $169,228.13 |
| GALDI, GREGORY G.<br>14 FOX MEADOW LANE<br>LLOYD HARBOR, NY 11743 | | Claim Number: 4986<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $279,114.00 |
| OMNITURE, INC.<br>3900 ADOBE WAY<br>LEHI, UT 84043-3742 | | Claim Number: 4987<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) |
| UNSECURED | Claimed: | $11,500.00 |
| MANSI, MATTHEW M.<br>539 DOWNING STREET<br>DENVER, CO 80218 | | Claim Number: 4988<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED | Claimed: | $42,500.00 |
| BUETIKOFER, LARRY BLAINE<br>212 N. LINCOLN ST.<br>HINSDALE, IL 60521-3441 | | Claim Number: 4989<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $162,393.60 |
| CS STARS LLC<br>500 W MONROE ST<br>CHICAGO, IL 60661 | | Claim Number: 4990<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $1,390.87 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JL MEDIA
1600 ROUTE 22
UNION, NJ 07083

Claim Number: 4991
Claim Date: 06/12/2009
Debtor: WPIX, INC.

| UNSECURED | Claimed: | $9,792.90 | Scheduled: | $194,769.90 |
|---|---|---|---|---|

JL MEDIA INC
1600 ROUTE 22
UNION, NJ 07083

Claim Number: 4992
Claim Date: 06/12/2009
Debtor: WPIX, INC.

| UNSECURED | Claimed: | $129.60 | Scheduled: | $2,577.60 |
|---|---|---|---|---|

JL MEDIA INC
1600 ROUTE 22
UNION, NJ 07083

Claim Number: 4993
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $26,519.56 | Scheduled: | $462,179.02 |
|---|---|---|---|---|

JL MEDIA INC
1600 ROUTE 22
UNION, NJ 07083

Claim Number: 4994
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $18,603.72 | Scheduled: | $323,788.57 |
|---|---|---|---|---|

JL MEDIA
1600 ROUTE 22
UNION, NJ 07083

Claim Number: 4995
Claim Date: 06/12/2009
Debtor: WDCW BROADCASTING, INC.

| UNSECURED | Claimed: | $20,978.29 | Scheduled: | $715,009.18 UNLIQ |
|---|---|---|---|---|

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 4996
Claim Date: 06/12/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| ADMINISTRATIVE | Claimed: | $90.24 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $161.32 | Scheduled: | $125.78 |

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 4997
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $17.73 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15.24 | Scheduled: | $32.97 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 4998
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,157.78 | | |
| UNSECURED | Claimed: | $1,514.03 | Scheduled: | $2,671.01 |

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 4999
Claim Date: 06/12/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,238.17 | | |
| UNSECURED | Claimed: | $2,323.19 | Scheduled: | $8,568.85 |

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 5000
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,421.13 | | |
| UNSECURED | Claimed: | $5,020.21 | Scheduled: | $7,441.34 |

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 5001
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,277.45 | | |
| UNSECURED | Claimed: | $1,670.52 | Scheduled: | $2,947.97 |

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 5002
Claim Date: 06/12/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $597.07 | | |
| UNSECURED | Claimed: | $780.79 | Scheduled: | $1,377.86 |

---

UNITED MEDIA
PO BOX 641465
CINCINNATI, OH 45264-1465

Claim Number: 5003
Claim Date: 06/12/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,546.63 | | |
| UNSECURED | Claimed: | $2,022.51 | Scheduled: | $3,569.14 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | | Claim Number: 5004<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,090.73 | | |
| UNSECURED | Claimed: | $6,072.67 | Scheduled: | $10,716.47 |
| UNITED MEDIA<br>PO BOX 641465<br>CINCINNATI, OH 45264-1465 | | Claim Number: 5005<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $8,362.60 | | |
| UNSECURED | Claimed: | $8,092.14 | Scheduled: | $3,771.40 |
| DYMSKI, GARY M.<br>14 SWEET BRIAS PATH<br>LAKE GROVE, NY 11755-1849 | | Claim Number: 5006<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Penion benefits | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MASON, WILLIAM<br>46 EAST 21 ST.<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 5007<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension benefits | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SCHWENK, WILLIAM S. JR<br>1322 KATHERINE LANE<br>WEST CHESTER, PA 19380 | | Claim Number: 5008<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $35,523.60 | | |
| DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | | Claim Number: 5009<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| ADMINISTRATIVE | Claimed: | $5.98 | | |
| UNSECURED | Claimed: | $26.50 | Scheduled: | $5.98 |
| DATABANK IMX LLC<br>PO BOX 62286<br>BALTIMORE, MD 21264 | | Claim Number: 5010<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $17,915.31 | | |
| UNSECURED | Claimed: | $2,000.40 | Scheduled: | $6,689.72 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DATABANK IMX LLC
PO BOX 62286
BALTIMORE, MD 21264

Claim Number: 5011
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $1,518.42 | | |
| | | | Scheduled: | $1,446.11 |

---

OXENDINE, JACQUELYN ESQ
1327 PRESCOTT ST. SO.
SAINT PETERSBURG, FL 33712

Claim Number: 5012
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 10922 (02/14/2012)

| UNSECURED | Claimed: | $10,000,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

SCHAFER, ANDREW
9306 LONG BRANCH PKWY
SILVER SPRING, MD 20901

Claim Number: 5013
Claim Date: 06/12/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 4100 (04/19/2010)

| PRIORITY | Claimed: | $250.00 |
|---|---|---|

---

MALLORY, R. MARK
3312 LAKEWOOD COURT
GLENVIEW, IL 60026

Claim Number: 5014
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BRAITSCH, RICHARD G JR
2139 WHISTLER AVE
BALTIMORE, MD 21230

Claim Number: 5015
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3012 (01/05/2010)

| PRIORITY | Claimed: | $9,342.14 |
|---|---|---|

---

MLS CONNECT, INC.
21690 ABINGTON COURT
ATTN: TODD SIEGEL
BOCA RATON, FL 33428

Claim Number: 5016
Claim Date: 06/12/2009
Debtor: FORSALEBYOWNER.COM CORP.
Comments: DOCKET: 4099 (04/19/2010)

| UNSECURED | Claimed: | $5,080.00 | Scheduled: | $7,795.00 |
|---|---|---|---|---|

---

AIG CASUALTY COMPANY ET AL
MICHELLE A. LEVITT AUTHORIZED REP.
COMMERCIAL INSURANCE BANKRUPTCY COLLECT.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 5017
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5018<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5019<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5020<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5021<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR LAND AND TIMBER COMPANY<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5022<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5023<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR SERVICES COMPANY, INC.<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

| | |
|---|---|
| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5024<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED |

SECURED             Claimed:                          $0.00   UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5025<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AIG CASUALTY COMPANY - ET AL<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECT.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 5026<br>Claim Date: 06/12/2009<br>Debtor: WLVI INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MORGAN STANLEY CAPITAL SERVICES, INC<br>ATTN: SIMON PLATEL, GENERAL COUNSEL<br>1585 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10036 | Claim Number: 5027<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Various claims including protective claim of $41+million for 7.5% |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GOODMAN, THEODORE A. - TTEE<br>THEODORE A. GOODMAN MD DBPP<br>4348 BERRENDO DR.<br>SACRAMENTO, CA 95864 | Claim Number: 5028<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $109,615.68 |
|---|---|---|

| JL MEDIA<br>1600 ROUTE 22<br>UNION, NJ 07083 | Claim Number: 5029<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $9,792.90 |
|---|---|---|

| JL MEDIA INC<br>1600 ROUTE 22<br>UNION, NJ 07083 | Claim Number: 5030<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $129.60 |
|---|---|---|

| JL MEDIA INC<br>1600 ROUTE 22<br>UNION, NJ 07083 | Claim Number: 5031<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
|---|---|

| UNSECURED | Claimed: | $26,519.56 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| JL MEDIA INC<br>1600 ROUTE 22<br>UNION, NJ 07083 | | Claim Number: 5032<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $18,603.72 |
| JL MEDIA<br>1600 ROUTE 22<br>UNION, NJ 07083 | | Claim Number: 5033<br>Claim Date: 06/12/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) |
| UNSECURED | Claimed: | $20,978.29 |
| MORGAN STANLEY & CO., INC<br>ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL<br>1585 BROADWAY, 3RD FL<br>NEW YORK, NY 10036 | | Claim Number: 5034<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| SECURED | Claimed: | $0.00   UNDET |
| STRIEGEL, LAWRENCE W.<br>30 NORTON DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5035<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| MASSARO, JEFFREY M.<br>78 ROOT AVE.<br>ISLIP, NY 11751-2416 | | Claim Number: 5036<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| CIOLLI, RITA<br>5 GREENWAY LANE<br>HUNTINGTON, NY 11743 | | Claim Number: 5037<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |
| KEELER, ROBERT F.<br>18 MAGNET ST.<br>STONY BROOK, NY 11790 | | Claim Number: 5038<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| SEIFERT, LESLIE<br>318 W 100 ST 16C<br>NEW YORK, NY 10025 | | Claim Number: 5039<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| HANDELSMAN, WALT<br>37 HARVARD DR.<br>WOODBURY, NY 11797 | | Claim Number: 5040<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WEINBERG, JUDY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | | Claim Number: 5041<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| FOUCH, ROBERT<br>26 IVY PLACE<br>VALLEY STREAM, NY 11581 | | Claim Number: 5042<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MOLINET, JASON A.<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | | Claim Number: 5043<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MOLINET, VIRGINIA A (NEE DUNLEAVEY)<br>50 GILBERT ST.<br>NORTHPORT, NY 11768 | | Claim Number: 5044<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WOLFSON, JAYNE H.<br>11 CROFT PL.<br>HUNTINGTON, NY 11743 | | Claim Number: 5045<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PADGETT, TANIA
68-36  108TH ST., APT. B51
FOREST HILLS, NY 11375

Claim Number: 5046
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

DAVIS, WILLIAM E. III
24 HIGHWOOD RD.
EAST NORWICH, NY 11732

Claim Number: 5047
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

REMINICK, JOAN
2 SALISBURY DR. S.
E NORTHPORT, NY 11731

Claim Number: 5048
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

GIANOTTI, PETER M.
5 GREENWAY LANE
HUNTINGTON, NY 11743

Claim Number: 5049
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

WHITEHOUSE, BETH
12 VILLAS CIR
MELVILLE, NY 11747-3050

Claim Number: 5050
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

SMUKLER, ANN
600 SHORE ROAD, 3F
LONG BEACH, NY 11561

Claim Number: 5051
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

BROWN, PEGGY S.
11 GARDEN CT
HUNTINGTON, NY 11743-3233

Claim Number: 5052
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ROSENBERG, RICHARD A<br>235 E 87TH ST # 85<br>NEW YORK, NY 10128 | Claim Number: 5053<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BUBBEO, DANIEL<br>2480 DEVON ST.<br>EAST MEADOW, NY 11554 | Claim Number: 5054<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GILL, RONNIE<br>22 FLORAL AVENUE<br>HUNTINGTON, NY 11743 | Claim Number: 5055<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FOLEY, MARY BETH<br>31 GROVE ST<br>NORTHPORT, NY 11768-2905 | Claim Number: 5056<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ZEZIMA, GERALD R. JR.<br>101 WEDGEWOOD DR.<br>CORAM, NY 11727 | Claim Number: 5057<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SMITH, JAMES R.<br>416 MINEOLA BLVD.<br>WILLISTON PARK, NY 11596 | Claim Number: 5058<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CAPITULO, LORINA<br>157 GRACIE DR<br>NORTH BABYLON, NY 11703-3227 | Claim Number: 5059<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| MANN, LAURA E.<br>249-11  61ST AVE<br>LITTLE NECK, NY 11362 | | Claim Number: 5060<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BRUNO, LISA<br>9 SCHERER ST.<br>BETHPAGE, NY 11714 | | Claim Number: 5061<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SILVERBERG, ANN H.<br>19 FRANKLIN CT. WEST<br>GARDEN CITY, NY 11530 | | Claim Number: 5062<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| LUNDQUIST, MARGARET<br>208 FARHAN LANE<br>NORTH BABYLON, NY 11703 | | Claim Number: 5063<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| RAIA, ALEXANDER J.<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | | Claim Number: 5064<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| KING-COHEN, SYLVIA ELIZABETH<br>225 KOHR RD<br>KINGS PARK, NY 11754 | | Claim Number: 5065<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| COHEN, NORMAN EDWARD<br>225 KOHR RD.<br>KINGS PARK, NY 11754 | | Claim Number: 5066<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| EDMONDS, DOROTHY M.<br>141 PATTERSON AVE.<br>HEMPSTEAD, NY 11550 | Claim Number: 5067<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BONARDI, DOROTHY A.<br>580 BALDWIN DRIVE<br>WEST HEMPSTEAD, NY 11552 | Claim Number: 5068<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BAUMBACH, JAMES<br>355 S WELLWOOD AVE<br>LINDENHURST, NY 11757 | Claim Number: 5069<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| VAN NESS, SHAWNA<br>355 SOUTH WELLWOOD AVE.<br>LINDENHURST, NY 11757 | Claim Number: 5070<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BRANDT, PATRICIA<br>681 GRAND AVE<br>LINDENHURST, NY 11757 | Claim Number: 5071<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| RAIA, JUDITH<br>128 WELLINGTON RD.<br>GARDEN CITY, NY 11530 | Claim Number: 5072<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| LEO, JAMES<br>93 ISLIP BLVD.<br>ISLIP, NY 11751 | Claim Number: 5073<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RIZZITANO, FELICE
7 LILLIAN PL
PATCHOGUE, NY 11772-2955

Claim Number: 5074
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

STIMPFCE, LORRAINE E.
222 CEDAR AVE.
PATCHOGUE, NY 11772

Claim Number: 5075
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

JOSEFAK, JOHN C.
23 RALPH AVE.
LAKE GROVE, NY 11755

Claim Number: 5076
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

REICHERT, WAYNE
143 WOODLAWN AVE
SAINT JAMES, NY 11780-2509

Claim Number: 5077
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

GUIDICE, NICHOLAS
365 RIDGEFIELD RD
HAUPPAUGE, NY 11788-2314

Claim Number: 5078
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

DEMANUEL, KIM
20 IVY LEAGUE LN
STONY BROOK, NY 11790-2714

Claim Number: 5079
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

FRIEDLANDER, H. JOE
1026 OLYMPIA RD.
BELLMORE, NY 11710

Claim Number: 5080
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FORYS, JOSEPH V. | | Claim Number: 5081 |
| 9 DAELL LANE | | Claim Date: 06/12/2009 |
| CENTEREACH, NY 11720 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| ROSSO, SALVATORE E. | | Claim Number: 5082 |
| 737  7TH ST | | Claim Date: 06/12/2009 |
| WEST BABYLON, NY 11704 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| HOOGHKIRK, BARRY | | Claim Number: 5083 |
| 27 SALEM ST. | | Claim Date: 06/12/2009 |
| PATCHOGUE, NY 11772 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| LEONE, MARK | | Claim Number: 5084 |
| 19 STRUM ST. | | Claim Date: 06/12/2009 |
| BRENTWOOD, NY 11717 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BERNZWEIG, JASON | | Claim Number: 5085 |
| 12 FERN DRIVE | | Claim Date: 06/12/2009 |
| COMMACK, NY 11725 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |

| PRIORITY | Claimed: | $60,000.00 |

---

| SCHAMBERRY, JEFFREY | | Claim Number: 5086 |
| 864 CLEVELAND ST | | Claim Date: 06/12/2009 |
| W HEMPSTEAD, NY 11552 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MILLROD, JACK | | Claim Number: 5087 |
| 56 AMERICAN AVE | | Claim Date: 06/12/2009 |
| CORAM, NY 11727 | | Debtor: TRIBUNE COMPANY |
| | | Comments: EXPUNGED |
| | | Pension Plan, ESOP, Cash Balance Plan |

| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KRENEK, DEBBY<br>361  72ND ST<br>BROOKLYN, NY 11209 | Claim Number: 5088<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| MANCINI, JOHN<br>64-14  847TH ST.<br>MIDDLE VILLAGE, NY 11379-2424 | Claim Number: 5089<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| WOLFSON, DOUGLAS S<br>11 CROFT PL<br>HUNTINGTON, NY 11743 | Claim Number: 5090<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| SKINNER, MARYANN<br>10 MEUDON DRIVE<br>LOCUST VALLEY, NY 11560 | Claim Number: 5091<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| WEINBERG, JEFFREY<br>61 RIDGE ROAD<br>SMITHTOWN, NY 11787 | Claim Number: 5092<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| MARCUS, ERICA<br>88 WYCKOFF ST<br>BROOKLYN, NY 11201 | Claim Number: 5093<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| KELLOGG, VALERIE<br>108 LA RUE DRIVE<br>HUNTINGTON, NY 11743 | Claim Number: 5094<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| SHUTTLE PRINTING INC<br>ATN: ACCOUNTING<br>48-23 55TH AVE<br>MASPETH, NY 11378 | | Claim Number: 5095<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SCHUON, JONALYN<br>8 CRESCENT DR<br>HUNTINGTON, NY 11743 | | Claim Number: 5096<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GUENTNER, LIANE<br>24 HIGHWOOD RD<br>EAST NORWICH, NY 11732 | | Claim Number: 5097<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| FALLICK, ALAN H.<br>14 KLAIBAR LANE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5098<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| EDELSTEIN, ANDREW<br>5 COLONY CT<br>GREENLAWN, NY 11740 | | Claim Number: 5099<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| LEVY, LAWRENCE C.<br>14 VICTORIAN CT.<br>HUNTINGTON, NY 11743 | | Claim Number: 5100<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| ROBINS, MARJORIE<br>5 4TH RD.<br>GREAT NECK, NY 11021 | | Claim Number: 5101<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| SCHULER, BARBARA L.<br>5 HOLDSWORTH DR.<br>HUNTINGTON, NY 11743 | | Claim Number: 5102<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | | | |

| UNSECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CROWN LIFT TRUCKS<br>PO BOX 641173<br>CINCINNATI, OH 45264-1173 | | Claim Number: 5103<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |

| UNSECURED | Claimed: | $15,827.63 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE 8TH FLOOR<br>NEW YORK, NY 10172 | | Claim Number: 5104<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>First USA Commercial Card Master Agreement | | | |

| SECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 4X SOLUTIONS, INC.<br>305 WEST BROADWAY # 241<br>NEW YORK, NY 10013 | | Claim Number: 5105<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |

| UNSECURED | Claimed: | $23,170.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PAPAY, ANTHONY<br>660 FRANKLIN AVE<br>PALMERTON, PA 18071 | | Claim Number: 5106<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |

| UNSECURED | Claimed: | $615.12 | Scheduled: | $615.12 UNLIQ |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SUSTAINABLE BUSINESS COUNCIL<br>409 N. PACIFIC COAST HWY, SUITE 352<br>REDONDO BEACH, CA 90277 | | Claim Number: 5107<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |

| UNSECURED | Claimed: | $2,666.00 | Scheduled: | $2,666.67 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | | Claim Number: 5108<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |

| UNSECURED | Claimed: | $3,175.25 | Scheduled: | $3,175.25 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| ACCURINT<br>P.O. BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | Claim Number: 5109<br>Claim Date: 06/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3188 (01/25/2010) | | |
| UNSECURED            Claimed: | $778.70 | | |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | Claim Number: 5110<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED            Claimed: | $2,574.12 | Scheduled: | $2,574.12 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | Claim Number: 5111<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 40, INC. | | |
| UNSECURED            Claimed: | $45.16 | Scheduled: | $277.94 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | Claim Number: 5112<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED            Claimed: | $141.48 | Scheduled: | $141.48 |
| LEXIS NEXIS RISK & INFO ANALYTICS GROUP<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-6157 | Claim Number: 5113<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED            Claimed: | $236.29 | Scheduled: | $236.29 |
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Claim Number: 5114<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | |
| ADMINISTRATIVE        Claimed:<br>UNSECURED            Claimed: | $47,310.67<br>$56,116.05 | Scheduled: | $101,747.26 |
| CONSTELLATION NEW ENERGY<br>1221 LAMAR ST.<br>SUITE 750<br>HOUSTON, TX 77010 | Claim Number: 5115<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
| ADMINISTRATIVE        Claimed:<br>UNSECURED            Claimed: | $31,182.31<br>$36,802.22 | Scheduled: | $32,525.18 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 5116<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $31,182.31 | | | |
| UNSECURED | Claimed: | $36,802.22 | Scheduled: | | $51,639.33 |
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 5117<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $316,586.03 | | | |
| UNSECURED | Claimed: | $192,676.71 | Scheduled: | | $269,599.16 |
| CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 5118<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. | | | |
| ADMINISTRATIVE | Claimed: | $7,786.18 | | | |
| UNSECURED | Claimed: | $5,732.59 | Scheduled: | | $11,847.35 |
| CONSTELLATION NEW ENERGY<br>1221 LAMAR ST<br>SUITE 750<br>HOUSTON, TX 77010 | | Claim Number: 5119<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC. | | | |
| ADMINISTRATIVE | Claimed: | $11,786.15 | | | |
| UNSECURED | Claimed: | $23,024.23 | | | |
| CONSTELLATION NEW ENERGY<br>1221 LAMAR ST<br>SUITE 750<br>HOUSTON, TX 77010 | | Claim Number: 5120<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| ADMINISTRATIVE | Claimed: | $51,731.46 | | | |
| UNSECURED | Claimed: | $126,224.87 | Scheduled: | | $117,049.98 |
| CHIN, CINDY<br>621 6TH ST.<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5121<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BAILIS, KAREN<br>35-36 76TH ST.<br>#520<br>JACKSON HEIGHTS, NY 11372 | | Claim Number: 5122<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DRACHLIS, TIMOTHY
150 MAPLE HILL RD
HUNTINGTON, NY 11743-2113

Claim Number: 5123
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUDLEY, SHAMEKA N.
40 BELFORD AVE
BAY SHORE, NY 11706-6821

Claim Number: 5124
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUTTON, DOUGLAS
240 SOUTHPORT ST.
RONKONKOMA, NY 11779

Claim Number: 5125
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

EYER, RODERICK
2 WALLING FORD DRIVE
MELVILLE, NY 11747

Claim Number: 5126
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HABERSTROH, JOSEPH K.
30 HEMLOCK LN
BAY SHORE, NY 11706-7811

Claim Number: 5127
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

KEATING, JOHN
610 BREAD & CHEESE HOLLOW RD
NORTHPORT, NY 11768

Claim Number: 5128
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LORETONI, RICHARD
18 BRADISH LANE
BABYLON, NY 11702

Claim Number: 5129
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| LUBIN, MARSHALL<br>314 NEPTUNE AVENUE<br>WEST BABYLON, NY 11704 | | Claim Number: 5130<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MCLOUGHLIN, ANTOINETTE<br>266 RIDER AVE.<br>MALVERNE, NY 11565 | | Claim Number: 5131<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MOORE, ELIZABETH K.<br>30 HEMLOCK LN<br>BAY SHORE, NY 11706-7811 | | Claim Number: 5132<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MORITSUGU, HENRY O.<br>92 CLAYDON ROAD<br>GARDEN CITY, NY 11530-1807 | | Claim Number: 5133<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MURRAY, CARYN EVE<br>2 WALLINGFORD DRIVE<br>MELVILLE, NY 11747 | | Claim Number: 5134<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| PUBON, GUSTAVO<br>86 FOREST RD.<br>CENTEREACH, NY 11720 | | Claim Number: 5135<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| QUINTANILLA, BLANCA MONICA<br>8200 BLVD. EAST APT 14 B<br>NORTH BERGEN, NJ 07047 | | Claim Number: 5136<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

REYES, YLKA
203 PARK AVE. 2ND FL.
HUNTINGTON, NY 11743

Claim Number: 5137
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

RICKS, DELTHIA
72 PLEASANT ST
HUNTINGTON, NY 11743

Claim Number: 5138
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SABIO, WARNER N., SR.
441 HALSEY STREET
BROOKLYN, NY 11233

Claim Number: 5139
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SAWCHUK, KENNETH
26 TEANECK DRIVE
EAST NORTHPORT, NY 11731

Claim Number: 5140
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SCALA, THEODORE F.
123 HINSDALE AVENUE
FLORAL PARK, NY 11001

Claim Number: 5141
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, ANDREW
15313 MAIN ST.
HUNTINGTON, NY 11743

Claim Number: 5142
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

THOMAS-JOSEPH, LEEMA
7 SAGAMORE LANE
DIX HILLS, NY 11746

Claim Number: 5143
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | | Claim Number: 5144<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| TYRRELL, JOIE<br>189 SPRING RD<br>HUNTINGTON, NY 11743 | | Claim Number: 5145<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for pension |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| TYRRELL, MARK<br>189 SPRING RD.<br>HUNTINGTON, NY 11743 | | Claim Number: 5146<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WILLIAMS, JEFFREY LYNN<br>147 CHICHESTER RD.<br>HUNTINGTON, NY 11743 | | Claim Number: 5147<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WILLIAMS, SOPHONIE<br>350 WEST JAMAICA AVE<br>VALLEY STREAM, NY 11580 | | Claim Number: 5148<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| FITZSIMONS, DENNIS<br>MCCORMICK TRIBUNE FOUNDATION<br>435 N. MICHIGAN AVENUE<br>CHICAGO, IL 60601 | | Claim Number: 5149<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $11,636.56   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| MARION COUNTY TREASURER<br>PO BOX 6145<br>INDIANAPOLIS, IN 46206-6145 | | Claim Number: 5150<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9883 (10/04/2011) | | |
| PRIORITY | Claimed: | $182,521.69   UNLIQ | | |
| SECURED | Claimed: | $257,406.31   UNLIQ | | |
| UNSECURED | | | Scheduled: | $42,026.96 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5151
Claim Date: 06/12/2009
Debtor: CHANNEL 39, INC.
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $241,129.02 | Scheduled: | $241,129.02 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5152
Claim Date: 06/12/2009
Debtor: KPLR, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,033.33 | Scheduled: | $42,033.33 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5153
Claim Date: 06/12/2009
Debtor: CHANNEL 40, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $298,999.99 | Scheduled: | $298,999.99 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5154
Claim Date: 06/12/2009
Debtor: KIAH INC.
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $103,580.65 | Scheduled: | $188,080.65 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5155
Claim Date: 06/12/2009
Debtor: KSWB INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,999.99 | Scheduled: | $9,645.15 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5156
Claim Date: 06/12/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $576,158.56 | Scheduled: | $376,021.48 |

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5157
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $235,502.63 | Scheduled: | $462,723.06 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5158
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.

| UNSECURED | Claimed: | $28,935.48 | Scheduled: | $28,935.48 |
|---|---|---|---|---|

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5159
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $2,039.02 | Scheduled: | $1,929.01 |
|---|---|---|---|---|

SONY PICTURES TELEVISION INC.
KATHLEEN HALLINAN, ESQ.
10202 WEST WASHINGTON BOULEVARD
CULVER CITY, CA 90232-3195

Claim Number: 5160
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $28,607.01 | Scheduled: | $27,957.00 |
|---|---|---|---|---|

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5161
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY

| ADMINISTRATIVE | Claimed: | $2,013,332.99   UNLIQ |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5162
Claim Date: 06/12/2009
Debtor: WTXX, INC.
Comments: EXPUNGED
Amends claim number 103

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5163
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: EXPUNGED
Amends claim number 104

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5164
Claim Date: 06/12/2009
Debtor: WDCW BROADCASTING, INC.
Comments: EXPUNGED
Amends claim number 185

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5165
Claim Date: 06/12/2009
Debtor: VIRGINIA GAZETTE COMPANIES, LLC
Comments: EXPUNGED
Amends claim number 184

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5166
Claim Date: 06/12/2009
Debtor: VIRGINIA COMMUNITY SHOPPERS, LLC
Comments: EXPUNGED
Amends claim number 183

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5167
Claim Date: 06/12/2009
Debtor: VALUMAIL, INC.
Comments: EXPUNGED
Amends claim number 182

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5168
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: EXPUNGED
Amends claim number 181

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5169
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
Amends claim number 180

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5170
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: EXPUNGED
Amends claim number 179

| UNSECURED | Claimed: | $29,494,266.00 |

---

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5171
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
Amends claim number 178

| UNSECURED | Claimed: | $29,494,266.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTN: MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5172<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>Amends claim number 177 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5173<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY<br>Comments: EXPUNGED<br>Amends claim number 176 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5174<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>Amends claim number 175 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5175<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>Amends claim number 174 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5176<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.<br>Comments: EXPUNGED<br>Amends claim number 173 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5177<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE LOS ANGELES, INC.<br>Comments: EXPUNGED<br>Amends claim number 172 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5178<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE LICENSE, INC.<br>Comments: EXPUNGED<br>Amends claim number 171 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5179<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE FINANCE, LLC<br>Comments: EXPUNGED<br>Amends claim number 170 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5180<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.<br>Comments: EXPUNGED<br>Amends claim number 169 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5181<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 168 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5182<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>Amends claim number 167 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5183<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED<br>Amends claim number 164 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5184<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.<br>Comments: EXPUNGED<br>Amends claim number 165 | |
| UNSECURED          Claimed: | $29,494,266.00 | |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5185<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>Amends claim number 166 | |
| UNSECURED          Claimed: | $29,494,266.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5186<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC<br>Comments: EXPUNGED<br>Amends claim number 163 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5187<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>Amends claim number 162 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5188<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED<br>Amends claim number 161 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5189<br>Claim Date: 06/12/2009<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY<br>Comments: EXPUNGED<br>Amends claim number 158 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5190<br>Claim Date: 06/12/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 159 |

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5191<br>Claim Date: 06/12/2009<br>Debtor: MAGIC T MUSIC PUBLISHING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5192<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE FINANCE, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5193<br>Claim Date: 06/12/2009<br>Debtor: NBBF, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5194<br>Claim Date: 06/12/2009<br>Debtor: NEOCOMM, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5195<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5196<br>Claim Date: 06/12/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5197<br>Claim Date: 06/12/2009<br>Debtor: NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC.<br>Comments: EXPUNGED<br>DOCKET: 3805 (03/22/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5198<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5199<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

UNSECURED            Claimed:            $1,182,144.41

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5200<br>Claim Date: 06/12/2009<br>Debtor: SHEPARD'S INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5201<br>Claim Date: 06/12/2009<br>Debtor: SIGNS OF DISTINCTION, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5202<br>Claim Date: 06/12/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5203<br>Claim Date: 06/12/2009<br>Debtor: WATL, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5204<br>Claim Date: 06/12/2009<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5205<br>Claim Date: 06/12/2009<br>Debtor: WCWN LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5206<br>Claim Date: 06/12/2009<br>Debtor: NORTH ORANGE AVENUE PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5207<br>Claim Date: 06/12/2009<br>Debtor: OAK BROOK PRODUCTIONS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5208<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5209<br>Claim Date: 06/12/2009<br>Debtor: WDCW BROADCASTING, INC. |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5210<br>Claim Date: 06/12/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5211<br>Claim Date: 06/12/2009<br>Debtor: PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5212<br>Claim Date: 06/12/2009<br>Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5213<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5214<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5215<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5216<br>Claim Date: 06/12/2009<br>Debtor: FORTIFY HOLDINGS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5217<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5218<br>Claim Date: 06/12/2009<br>Debtor: THE OTHER COMPANY LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5219<br>Claim Date: 06/12/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5220<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR LAND AND TIMBER COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5221<br>Claim Date: 06/12/2009<br>Debtor: NEWSCOM SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5222<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5223<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5224<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5225<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC. |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5226<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | | Claim Number: 5227<br>Claim Date: 06/12/2009<br>Debtor: VALUMAIL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
| UNSECURED | Claimed: | $1,182,144.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5228
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5229
Claim Date: 06/12/2009
Debtor: VIRGINIA COMMUNITY SHOPPERS, LLC
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5230
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5231
Claim Date: 06/12/2009
Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5232
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5233
Claim Date: 06/12/2009
Debtor: WLVI INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5234
Claim Date: 06/12/2009
Debtor: WPIX, INC.

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5235<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5236<br>Claim Date: 06/12/2009<br>Debtor: WTXX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5237<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5238<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NM, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5239<br>Claim Date: 06/12/2009<br>Debtor: KTLA INC. |

| UNSECURED | Claimed: | $1,182,144.41 | Scheduled: | $63,900.00 |
|---|---|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5240<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5241<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5242
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5243
Claim Date: 06/12/2009
Debtor: KWGN INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5244
Claim Date: 06/12/2009
Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5245
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5246
Claim Date: 06/12/2009
Debtor: TRIBUNE LOS ANGELES, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5247
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5248
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5249
Claim Date: 06/12/2009
Debtor: TRIBUNE LICENSE, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5250
Claim Date: 06/12/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5251
Claim Date: 06/12/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5252
Claim Date: 06/12/2009
Debtor: COURANT SPECIALTY PRODUCTS, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5253
Claim Date: 06/12/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5254
Claim Date: 06/12/2009
Debtor: DIRECT MAIL ASSOCIATES, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5255
Claim Date: 06/12/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| UNSECURED | Claimed: | $1,182,144.41 | Scheduled: | $4,979.30 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5256<br>Claim Date: 06/12/2009<br>Debtor: GREENCO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5257<br>Claim Date: 06/12/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5258<br>Claim Date: 06/12/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5259<br>Claim Date: 06/12/2009<br>Debtor: HEART & CROWN ADVERTISING, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5260<br>Claim Date: 06/12/2009<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5261<br>Claim Date: 06/12/2009<br>Debtor: HOMEOWNERS REALTY, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5262<br>Claim Date: 06/12/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5263<br>Claim Date: 06/12/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5264<br>Claim Date: 06/12/2009<br>Debtor: FORSALEBYOWNER.COM REFERRAL SERVICES LLC LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5265<br>Claim Date: 06/12/2009<br>Debtor: HOY, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5266<br>Claim Date: 06/12/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5267<br>Claim Date: 06/12/2009<br>Debtor: INSERTCO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5268<br>Claim Date: 06/12/2009<br>Debtor: INTERNET FORECLOSURE SERVICE, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| | |
|---|---|
| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5269<br>Claim Date: 06/12/2009<br>Debtor: JULIUSAIR COMPANY, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5270<br>Claim Date: 06/12/2009<br>Debtor: JULIUSAIR COMPANY II, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5271<br>Claim Date: 06/12/2009<br>Debtor: KIAH INC. |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5272<br>Claim Date: 06/12/2009<br>Debtor: KPLR, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5273<br>Claim Date: 06/12/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5274<br>Claim Date: 06/12/2009<br>Debtor: STEMWEB, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5275<br>Claim Date: 06/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5276<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|
| UNSECURED          Claimed: | $1,182,144.41 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5277
Claim Date: 06/12/2009
Debtor: THE DAILY PRESS, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5278
Claim Date: 06/12/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5279
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

CLEAR CHANNEL BROADCASTING INC
THOMAS RICE
COX SMITH MATTHEWS INCORPORATED
112 EAST PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

Claim Number: 5280
Claim Date: 06/12/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: WITHDRAWN
DOCKET: 5245 (08/03/2010)

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

LUFRANO, MICHAEL R.
5707 N. RAVENSWOOD
CHICAGO, IL 60660

Claim Number: 5281
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments:
Certain Compensation and benefits in certain scenarios

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: E2V TECHNOLOGIES INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 5282
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.

| UNSECURED | Claimed: | $970.00 | Scheduled: | $34,275.00 |
|---|---|---|---|---|

---

SOFTWARE AG INC.
TRANSFEROR: CONTRARIAN FUNDS, LLC
11700 PLAZA AMERICA DR., STE. 700
RESTON, VA 20190

Claim Number: 5283
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 12129 (07/30/2012)

| UNSECURED | Claimed: | $284,327.89 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BIRMAN, BATHSHEBA
6000 N CICERO AVE NO. 308
CHICAGO, IL 60646

Claim Number: 5284
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $1,284.00 |
|----------|----------|-----------|
| UNSECURED | | |

---

CARANNANTE, GREGORY V
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5285
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $1,021.22   UNLIQ |
|----------|----------|-----------|

---

CARANNANTE, GREGORY
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5286
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $223,018.00 |
|----------|----------|-----------|

---

CARANNANTE, GREGORY V
2108 N 31ST ROAD
HOLLYWOOD, FL 33021

Claim Number: 5287
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $2,773.55 |
|----------|----------|-----------|

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: TRIO VIDEO LLC
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 5288
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

| UNSECURED | Claimed: | $102,500.78 | Scheduled: | $102,500.78 |
|-----------|----------|-------------|------------|-------------|

---

THARP, VAN K. - TRUSTEE
11TM TARGET TRUST PLAN
337 LOCHSIDE DR
CARY, NC 27518

Claim Number: 5289
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $512,554.80 |
|-----------|----------|-------------|

---

NATIONAL REDEMPTION
PO BOX 910
EASTVILLE, VA 23347-0910

Claim Number: 5290
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $10,749.07 |
|-----------|----------|-------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SHARP, JOHN KEVIN
8650 SPICEWOOD SPRINGS ROAD # 145
AUSTIN, TX 78759

Claim Number: 5291
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

---

SHARP, RUTH E.
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5292
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $38,568.48 |
|---|---|---|

---

SHARP, LORA LAVERNE
8650 SPICEWOOD SPRINGS RD., # 145
AUSTIN, TX 78759

Claim Number: 5293
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $91,346.40 |
|---|---|---|

---

DUCHARME, NANCY K
8045 APACHE TRAIL  PO BOX 222
TINLEY PARK, IL 60477

Claim Number: 5294
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00  UNLIQ |
|---|---|---|---|---|

---

DUCHARME, NANCY K.
P.O. BOX 222
TINLEY PARK, IL 60477-0222

Claim Number: 5295
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $4,250.00 |
|---|---|---|

---

DUCHARME, NANCY K.
P.O. BOX 222
TINLEY PARK, IL 60477-0222

Claim Number: 5296
Claim Date: 06/12/2009
Debtor: WPIX, INC.

| UNSECURED | Claimed: | $1,437.50 |
|---|---|---|

---

DUCHARME, NANCY K.
P.O. BOX 222
TINLEY PARK, IL 60477-0222

Claim Number: 5297
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,500.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AEROPARK LLC
RE: SUGAR GROVE 1012 AIRPARK
1020 AIRPARK DRIVE
SUGAR GROVE, IL 60554

Claim Number: 5298
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4099 (04/19/2010)

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $4,883.00 | |

---

BUSY BEE PROMOTIONS
211 E OHIO NO. 2624
CHICAGO, IL 60611

Claim Number: 5299
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $1,125.00 | | |
| UNSECURED | | $12,292.25 | | $1,315.00 |

---

TRC MASTER FUND LLC
TRANSFEROR: BUSY BEE PROMOTIONS
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 5300
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $1,125.00 | | |
| UNSECURED | | $12,292.25 | | $9,687.25 |

---

RAGO, ANNE E
633 EUCLID
ELMHURST, IL 60126

Claim Number: 5301
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: EXPUNGED

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | | $10,950.00 | |

---

MC CRORY, JOHN J
187 DOLPHIN COVE QUAY
STAMFORD, CT 06902

Claim Number: 5302
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $248,000.00 | | $219,546.00 UNLIQ |

---

ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CTR STE 300
NEWARK, NJ 07102-5321

Claim Number: 5303
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $5,571.36 | |

---

CANON U.S.A.
C/O HERRICK, FEINSTEIN LLP
ATTN: PAUL RUBIN, ESQ.
2 PARK AVENUE
NEW YORK, NY 10019

Claim Number: 5304
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,934.43 | | $3,063.34 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | Claim Number: 5305<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,085.29 | Scheduled: | $1,873.71 |

| CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | Claim Number: 5306<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,796.82 | Scheduled: | $3,933.80 |

| CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | Claim Number: 5307<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,401.02 | Scheduled: | $560.54 |

| CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | Claim Number: 5308<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 2563 (11/13/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $133,126.11   UNLIQ |

| CANON U.S.A.<br>C/O HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBIN, ESQ.<br>2 PARK AVENUE<br>NEW YORK, NY 10019 | Claim Number: 5309<br>Claim Date: 06/12/2009<br>Debtor: KTLA INC.<br>Comments: WITHDRAWN<br>DOCKET: 2563 (11/13/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $133,126.11   UNLIQ |

| DEADLINE CLUB<br>47  5TH AVENUE<br>NEW YORK, NY 10003-4303 | Claim Number: 5310<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | |
|---|---|---|
| UNSECURED | Claimed: | $660.00 |

| BARBER, ALLEEN<br>85-29 121ST ST.<br>KEW GARDENS, NY 11415 | Claim Number: 5311<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ROGERS, GARY
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5312
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

MCINERNEY, MAUREEN
19 WAYSIDE LANE
SELDEN, NY 11784

Claim Number: 5313
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

MANGO, CONSTANCE
29 EAST STREET
MIDDLE ISLAND, NY 11953-1712

Claim Number: 5314
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

SMITH, MIRIAM
282 WOODBINE AVE.
NORTHPORT, NY 11768

Claim Number: 5315
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

VALENTI, JOHN A. III
44-11 MACNISH STREET, APT 2G
ELMHURST, NY 11373

Claim Number: 5316
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

PETRY, LYNN A.
70 ROY AVE.
MASSAPEQUA, NY 11758

Claim Number: 5317
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

BURSON, PATRICIA L.
48 S. LONG BEACH AVE., APT 2E
FREEPORT, NY 11520

Claim Number: 5318
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| YAN, ELLEN<br>#B1405<br>61-20 GRAND CENTRAL PKWY<br>FOREST HILLS, NY 11375 | Claim Number: 5319<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| RAMIREZ, VICTORIA RIGNER<br>36 HARTFORD STREET<br>LINDENHURST, NY 11757 | Claim Number: 5320<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| MULLOOLY, PATRICK<br>153 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5321<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| REILLY, ELIZABETH C<br>555 UNIVERSITY AVE APT 1005<br>HONOLULU, HI 96826-5025 | Claim Number: 5322<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| DANIELS, DIANE<br>5 JUNIPER ST.<br>HICKSVILLE, NY 11801 | Claim Number: 5323<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| ORTEZ, ALBERTO M. JR.<br>22 FLORAL AVE.<br>HUNTINGTON, NY 11743 | Claim Number: 5324<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | |
|---|---|---|
| SMITH, JAMES S.<br>15 COVERT ST<br>PORT WASHINGTON, NY 11050 | Claim Number: 5325<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AMORIM, KEVIN C.<br>5 DAWN DR.<br>EAST NORTHPORT, NY 11731 | Claim Number: 5326<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| SOLLITTO, PATRICIA<br>931 PARK DRIVE<br>WANTAGH, NY 11793 | Claim Number: 5327<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| BURKE, DIANE E.<br>1506 SADDLE ROCK RD<br>HOLBROOK, NY 11741-4822 | Claim Number: 5328<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| LEVINE, NED<br>301 FRANKEL BLVD.<br>MERRICK, NY 11566 | Claim Number: 5329<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| CASSIDY, DAVID<br>3 LINCOLN STREET<br>GARDEN CITY, NY 11530 | Claim Number: 5330<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| TOPPING, ROBIN<br>20 PENFIELD DRIVE<br>EAST NORTHPORT, NY 11731 | Claim Number: 5331<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| MILLER, SANDRA H.<br>1 PERKINS AVE.<br>AMITYVILLE, NY 11701 | Claim Number: 5332<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| SULLIVAN, EUGENE<br>74 COTTONWOOD LANE<br>WESTBURY, NY 11590 | | Claim Number: 5333<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| GILLESPIE GROUP INC<br>401 PILGRIM LN<br>STE 205<br>DREXEL HILL, PA 19026 | | Claim Number: 5334<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | | |
| UNSECURED | Claimed: | $24,192.70 | | | |
| BROADSPIRE SERVICES INC.<br>1001 SUMMIT BOULEVARD<br>ATLANTA, GA 30319 | | Claim Number: 5335<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12822 (12/10/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| EMPIRE STATE BUILDING COMPANY, LLC<br>PO BOX 290722<br>BROOKLYN, NY 11229-0722 | | Claim Number: 5336<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $44,925.68 | Scheduled: | $21,457.63 | |
| KENNEY, CRANE<br>1010 MOUNT PLEASANT RD<br>WINNETKA, IL 60093-3615 | | Claim Number: 5337<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |
| CHASE, PETER<br>2555 N. CLARK STREET , #1006<br>CHICAGO, IL 60614 | | Claim Number: 5338<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| RICE, CARL<br>615 PARKWOOD AVE<br>PARK RIDGE, IL 60068-2229 | | Claim Number: 5339<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MCGUIRE, MARK E.<br>519 ORCHARD LANE<br>WINNETKA, IL 60093 | Claim Number: 5340<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5341<br>Claim Date: 06/12/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5342<br>Claim Date: 06/12/2009<br>Debtor: NEWSPAPER READERS AGENCY, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5343<br>Claim Date: 06/12/2009<br>Debtor: CANDLE HOLDINGS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5344<br>Claim Date: 06/12/2009<br>Debtor: TMLS I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5345<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 20, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5346<br>Claim Date: 06/12/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5347<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5348<br>Claim Date: 06/12/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5349<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 40, INC. |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 | Scheduled: | $20,166.25 |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5350<br>Claim Date: 06/12/2009<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5351<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO AVENUE CONSTRUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5352<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC. |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

| CLEAR CHANNEL BROADCASTING INC<br>THOMAS RICE<br>COX SMITH MATTHEWS INCORPORATED<br>112 EAST PECAN STREET, SUITE 1800<br>SAN ANTONIO, TX 78205 | Claim Number: 5353<br>Claim Date: 06/12/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5245 (08/03/2010) |
|---|---|

| UNSECURED | Claimed: | $1,182,144.41 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5354 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. |
| 112 EAST PECAN STREET, SUITE 1800 | Comments: WITHDRAWN |
| SAN ANTONIO, TX 78205 | DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5355 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: BALTIMORE NEWSPAPER NETWORKS, INC. |
| 112 EAST PECAN STREET, SUITE 1800 | Comments: WITHDRAWN |
| SAN ANTONIO, TX 78205 | DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5356 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION |
| 112 EAST PECAN STREET, SUITE 1800 | Comments: WITHDRAWN |
| SAN ANTONIO, TX 78205 | DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5357 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: TIMES MIRROR SERVICES COMPANY, INC. |
| 112 EAST PECAN STREET, SUITE 1800 | Comments: WITHDRAWN |
| SAN ANTONIO, TX 78205 | DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5358 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: TMLH 2, INC. |
| 112 EAST PECAN STREET, SUITE 1800 | Comments: WITHDRAWN |
| SAN ANTONIO, TX 78205 | DOCKET: 5245 (08/03/2010) |

| UNSECURED | Claimed: | $1,182,144.41 | | |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5359 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: KSWB INC. |
| 112 EAST PECAN STREET, SUITE 1800 | |
| SAN ANTONIO, TX 78205 | |

| UNSECURED | Claimed: | $1,182,144.41 | Scheduled: | $48,331.00 |
|---|---|---|---|---|

| CLEAR CHANNEL BROADCASTING INC | Claim Number: 5360 |
|---|---|
| THOMAS RICE | Claim Date: 06/12/2009 |
| COX SMITH MATTHEWS INCORPORATED | Debtor: TRIBUNE TELEVISION COMPANY |
| 112 EAST PECAN STREET, SUITE 1800 | |
| SAN ANTONIO, TX 78205 | |

| UNSECURED | Claimed: | $1,182,144.41 | Scheduled: | $59,406.30 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5361<br>Claim Date: 06/12/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC.<br>Comments: EXPUNGED<br>Amends claim number 160 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5362<br>Claim Date: 06/12/2009<br>Debtor: TMLH 2, INC.<br>Comments: EXPUNGED<br>Amends claim number 156 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5363<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>Amends claim number 157 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5364<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>Amends claim number 155 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5365<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>Amends claim number 154 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5366<br>Claim Date: 06/12/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>Amends claim number 153 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5367<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED<br>Amends claim number 152 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5368
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
Amends claim number 151

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5369
Claim Date: 06/12/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: EXPUNGED
Amends claim number 150

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5370
Claim Date: 06/12/2009
Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC.
Comments: EXPUNGED
Amends claim number 149

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5371
Claim Date: 06/12/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED
Amends claim number 147

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5372
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
Amends claim number 148

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5373
Claim Date: 06/12/2009
Debtor: OAK BROOK PRODUCTIONS, INC.
Comments: EXPUNGED
Amends claim number 138

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5374
Claim Date: 06/12/2009
Debtor: NORTH ORANGE AVENUE PROPERTIES, INC.
Comments: EXPUNGED
Amends claim number 139

| UNSECURED | Claimed: | $29,494,266.00 |
|-----------|----------|----------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5375<br>Claim Date: 06/12/2009<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 140 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5376<br>Claim Date: 06/12/2009<br>Debtor: NEWSPAPER READERS AGENCY, INC.<br>Comments: EXPUNGED<br>Amends claim number 141 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5377<br>Claim Date: 06/12/2009<br>Debtor: NEWSCOM SERVICES, INC.<br>Comments: EXPUNGED<br>Amends claim number 142 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5378<br>Claim Date: 06/12/2009<br>Debtor: NEOCOMM, INC.<br>Comments: EXPUNGED<br>Amends claim number 143 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5379<br>Claim Date: 06/12/2009<br>Debtor: MAGIC T MUSIC PUBLISHING COMPANY<br>Comments: EXPUNGED<br>Amends claim number 144 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5380<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>Amends claim number 145 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5381<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.<br>Comments: EXPUNGED<br>Amends claim number 146 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5382
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
Amends claim number 105

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5383
Claim Date: 06/12/2009
Debtor: KWGN INC.
Comments: EXPUNGED
Amends claim number 106

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5384
Claim Date: 06/12/2009
Debtor: KTLA INC.
Comments: EXPUNGED
Amends claim number 107

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5385
Claim Date: 06/12/2009
Debtor: KSWB INC.
Comments: EXPUNGED
Amends claim number 108

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5386
Claim Date: 06/12/2009
Debtor: KPLR, INC.
Comments: EXPUNGED
Amends claim number 109

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5387
Claim Date: 06/12/2009
Debtor: JULIUSAIR COMPANY, LLC
Comments: EXPUNGED
Amends claim number 110

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5388
Claim Date: 06/12/2009
Debtor: JULIUSAIR COMPANY II, LLC
Comments: EXPUNGED
Amends claim number 112

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5389
Claim Date: 06/12/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: EXPUNGED
Amends claim number 111

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5390
Claim Date: 06/12/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: EXPUNGED
Amends claim number 113

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5391
Claim Date: 06/12/2009
Debtor: HOMEOWNERS REALTY, INC.
Comments: EXPUNGED
Amends claim number 114

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5392
Claim Date: 06/12/2009
Debtor: HEART & CROWN ADVERTISING, INC.
Comments: EXPUNGED
Amends claim number 115

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5393
Claim Date: 06/12/2009
Debtor: GREENCO, INC.
Comments: EXPUNGED
Amends claim number 116

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5394
Claim Date: 06/12/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: EXPUNGED
Amends claim number 117

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK 9TH FLOOR TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 5395
Claim Date: 06/12/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: EXPUNGED
Amends claim number 118

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5396<br>Claim Date: 06/12/2009<br>Debtor: FORTIFY HOLDINGS CORPORATION<br>Comments: EXPUNGED<br>Amends claim number 119 |
|---|---|
| UNSECURED            Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5397<br>Claim Date: 06/12/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: EXPUNGED<br>Amends claim number 120 |
|---|---|
| UNSECURED            Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5398<br>Claim Date: 06/12/2009<br>Debtor: COURANT SPECIALTY PRODUCTS, INC.<br>Comments: EXPUNGED<br>Amends claim number 121 |
|---|---|
| UNSECURED            Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5399<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC.<br>Comments: EXPUNGED<br>Amends claim number 122 |
|---|---|
| UNSECURED            Claimed: | $29,494,266.00 |

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5400<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY<br>Comments: EXPUNGED<br>Amends claim number 123 |
|---|---|
| UNSECURED            Claimed: | $29,494,266.00 |

| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 5401<br>Claim Date: 06/12/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) |
|---|---|
| UNSECURED            Claimed: | $650.00 |

| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 5402<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $295,847.51 | Scheduled: | $295,846.78 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 5403<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $118,904.44 | Scheduled: | $119,261.50 |

| KINGSWERE FURNITURE LLC<br>PO BOX 250<br>ARCADIA, WI 54612-0250 | Claim Number: 5404<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,499.44 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRICKMAN GROUP LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5405<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $640.00 | Scheduled: | $2,545.00 |

| BRICKMAN GROUP LTD<br>18227 FLOWER HILL WAY, SUITE D<br>GAITHERSBURG, MD 20879 | Claim Number: 5406<br>Claim Date: 06/12/2009<br>Debtor: PATUXENT PUBLISHING COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $590.34 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRICKMAN GROUP LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5407<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,289.54 | Scheduled: | $7,569.23 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRICKMAN GROUP LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5408<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments:<br>Amends claims numnber 711, 712, 713 and 714 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,444.15 | Scheduled: | $4,444.15 |

| RAUB, LAMONT<br>946 EDGEMONT AVE<br>PALMERTON, PA 18071 | Claim Number: 5409<br>Claim Date: 06/12/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4406 (05/14/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | | | Scheduled: | $205.04 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOURASSA-CURTIS, SHELLY
40 LINCOLN ST
ENFIELD, CT 06082

Claim Number: 5410
Claim Date: 06/12/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $465.77 | | |
| PRIORITY | Claimed: | $465.77 | | |
| UNSECURED | | | | |
| TOTAL | Claimed: | $465.77 | | |

---

CURTIS, BRIAN M
40 LINCOLN ST
ENFIELD, CT 06082

Claim Number: 5411
Claim Date: 06/12/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $223.55 | | |
| UNSECURED | Claimed: | $105.00 | Scheduled: | $223.55 |

---

CROWN CREDIT COMPANY
40 S WASHINGTON ST
NEW BREMEN, OH 45869

Claim Number: 5412
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $25,500.00 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $13,137.81 | Scheduled: | $850.54 UNLIQ |

---

CROWN CREDIT COMPANY
40 S WASHINGTON ST
NEW BREMEN, OH 45869

Claim Number: 5413-01
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $858,600.00 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $37,681.31 | Scheduled: | $10,227.92 UNLIQ |

---

CROWN CREDIT COMPANY
40 S WASHINGTON ST
NEW BREMEN, OH 45869

Claim Number: 5413-02
Claim Date: 06/12/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,491.00 | Scheduled: | $11,773.95 UNLIQ |

---

RED ZEBRA BROADCASTING, LLC
ATTN: GREGORY E. REYNOLDS
1801 ROCKVILLE PIKE
SUITE 405
ROCKVILLE, MD 20852

Claim Number: 5414
Claim Date: 06/12/2009
Debtor: WDCW BROADCASTING, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,341.20 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HAMDON ENTERTAINMENT<br>15303 VENTURA BLVD    STE C-800<br>SHERMAN OAKS, CA 91403 | Claim Number: 5415<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY |
|---|---|

| UNSECURED | Claimed: | $228,647.00 |
|---|---|---|

---

| BELICE, RANDY LEE<br>365 DES PLAINES AVENUE<br>RIVERSIDE, IL 60546-1849 | Claim Number: 5416<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

| BELICE, RANDY LEE<br>365 DES PLAINES AVENUE<br>RIVERSIDE, IL 60546-1849 | Claim Number: 5417<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $198.00 |
|---|---|---|

---

| EQUITY TRUST COMPANY CUSTODIAN<br>TRANSFEROR: BELICE, RANDY LEE<br>FBO IRA'S #109806 &#109595<br>FAIR HARBOR CAPITAL LLC; PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5418<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $407.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,822.35 |
| TOTAL | Claimed: | $5,822.35 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BELICE, RANDY LEE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5419<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $391.86 |
|---|---|---|
| UNSECURED | Claimed: | $1,956.24 |

---

| UB PROPERTY LLC<br>ATTN: KIM NELSON / PO BOX 58746<br>SEATTLE, WA 98138 | Claim Number: 5420<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $488.06 | Scheduled: | $403.06 |
|---|---|---|---|---|

---

| INNER WORKINGS, INC.<br>600 W CHICAGO AVENUE<br>CHICAGO, IL 60654 | Claim Number: 5421-01<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $28,368.20 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,982.52 | Scheduled: | $61,970.83 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

INNER WORKINGS, INC.
600 W CHICAGO AVENUE
CHICAGO, IL 60654

Claim Number: 5421-02
Claim Date: 06/12/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,529.93 | | |
| UNSECURED | Claimed: | $4,750.89 | Scheduled: | $4,517.53 |

---

INNER WORKINGS, INC.
600 W CHICAGO AVENUE
CHICAGO, IL 60654

Claim Number: 5421-03
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA NET, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,140.56 | Scheduled: | $1,140.56 |

---

INNER WORKINGS, INC.
600 W CHICAGO AVENUE
CHICAGO, IL 60654

Claim Number: 5421-04
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7.28 | |

---

BANC OF AMERICA LEASING & CAPITAL LLC
THOMAS V ASKOUNIS
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE, SUITE 550
CHICAGO, IL 60611

Claim Number: 5422
Claim Date: 06/12/2009
Debtor: WPIX, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,756.99 | Scheduled: | $409.65 |

---

BANC OF AMERICA LEASING & CAPITAL LLC
THOMAS V ASKOUNIS
ASKOUNIS & DARCY, PC
401 NORTH MICHIGAN AVENUE, SUITE 550
CHICAGO, IL 60611

Claim Number: 5423
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: WITHDRAWN
DOCKET: 12037 (07/16/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,782.36 | Scheduled: | $2,036.10 |

---

EFE NEWS SERVICES (U.S.) INC
529 14TH ST NW STE 1220
WASHINGTON, DC 20045-2398

Claim Number: 5424
Claim Date: 06/12/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,506.36 | Scheduled: | $10,018.36 |

---

VANN, BARNITA P.
PO BOX 359
CHICAGO, IL 60690

Claim Number: 5425
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3011 (01/05/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GRENESKO, DONALD C
130 THORN TREE LANE
WINNETKA, IL 60093

Claim Number: 5426
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: POSSIBLY AMENDED BY 6862

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

MAY, LIISA M.
15 SARATOGA ST
COMMACK, NY 11725

Claim Number: 5427
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| PRIORITY | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

VON BRIESEN, MARBURY
401 PLUMBRIDGE CT
UNIT 103
TIMONIUM, MD 21093

Claim Number: 5428
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 4406 (05/14/2010)

| PRIORITY | Claimed: | $195,900.10 |
| --- | --- | --- |

---

INVESTMENT LAND ACQUISITIONS INC
DBA NATIONAL REDEMPTION
EILEEN KIRKWOOD, PRESIDENT
P.O. BOX 910
EASTVILLE, VA 23347-0910

Claim Number: 5429
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| UNSECURED | Claimed: | $10,749.07 |
| --- | --- | --- |

---

FABIAN, NENITA - SUPERVISOR
SAN MATEO ACCOUNTING SERVICE CENTER
UNITED STATES POSTAL SERVICE
2700 CAMPUS DRIVE
SAN MATEO, CA 94497-9441

Claim Number: 5430
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $108.80 | Scheduled: | $108.80 |

---

FABIAN, NENITA - SUPERVISOR
SAN MATEO ACCOUNTING SERVICE CENTER
UNITED STATES POSTAL SERVICE
2700 CAMPUS DRIVE
SAN MATEO, CA 94497-9441

Claim Number: 5431-01
Claim Date: 06/12/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $572.00 | Scheduled: | $1,014.00 |
| --- | --- | --- | --- | --- |

---

FABIAN, NENITA - SUPERVISOR
SAN MATEO ACCOUNTING SERVICE CENTER
UNITED STATES POSTAL SERVICE
2700 CAMPUS DRIVE
SAN MATEO, CA 94497-9441

Claim Number: 5431-02
Claim Date: 06/12/2009
Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC
Comments: ALLOWED
DOCKET: 5006 (07/14/2010)

| UNSECURED | Claimed: | $442.00 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ENRIQUEZ, RODGER, MANAGER
BUSINESS MAIL ENTRY - L.A. DISTRICT
UNITED STATES POSTAL SERVICE
7001 S. CENTRAL AVENUE
LOS ANGELES, CA 90052-9614

Claim Number: 5432
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $625.00 | | |
| --- | --- | --- | --- | --- |

P2I NEWSPAPER LLC
1236 MAIN ST, UNIT C
HELLERTOWN, PA 18055

Claim Number: 5433
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $22.00 | | |
| --- | --- | --- | --- | --- |

P2I NEWSPAPER LLC
1236 MAIN ST
UNIT C
HELLERTOWN, PA 18055

Claim Number: 5434
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 3427 (02/16/2010)

| UNSECURED | Claimed: | $1,084.00 | | |
| --- | --- | --- | --- | --- |

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5435-01
Claim Date: 06/12/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 4102 (04/19/2010)
As assignee of Mel Taylor & Assoc

| UNSECURED | Claimed: | $5,015.00 | Scheduled: | $713.96 |
| --- | --- | --- | --- | --- |

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5435-02
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.
Comments: DOCKET: 4102 (04/19/2010)
As assignee of Mel Taylor & Assoc

| UNSECURED | Claimed: | $6,854.04 | Scheduled: | $6,854.04 |
| --- | --- | --- | --- | --- |

BORGARDT, JEFF
4250 N MARINE STE 2934
CHICAGO, IL 60613

Claim Number: 5436
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| PRIORITY | Claimed: | $1,750.00 | | |
| --- | --- | --- | --- | --- |

KNORR, THOMAS H., DCD
506 C RIDGE ROAD
WILMETTE, IL 60091

Claim Number: 5437
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 | | |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MID FLORIDA CARDIOLOGY SPEC<br>10000 W COLONIAL DR STE 282<br>OCOEE, FL 34761-3432 | Claim Number: 5438<br>Claim Date: 06/12/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $4,338.48 | Scheduled: | $4,338.48 |
|---|---|---|---|---|

| CAMPBELL, BRIAN<br>418 MEADOW BROOK LANE<br>BIRMINGHAM, AL 35213 | Claim Number: 5439<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,369.95 |
|---|---|---|

| BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | Claim Number: 5440<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $19,526.00 |
|---|---|---|

| DESOLA, JOSEPH<br>BINDER & BINDER PC<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | Claim Number: 5441<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC |
|---|---|

| UNSECURED | Claimed: | $64,000.00 |
|---|---|---|

| DESOLA, JOSEPH<br>C/O BINDER & BINDER, P.C.<br>PATRICK BUSSE<br>300 RABRO DR SUITE 101<br>HAUPPAUGE, NY 11788 | Claim Number: 5442<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $64,000.00 | Scheduled: | $0.00 UNDET |
|---|---|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTN: MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5443<br>Claim Date: 06/12/2009<br>Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.<br>Comments: EXPUNGED<br>Amends claim number 124 |
|---|---|

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTN: MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5444<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: EXPUNGED<br>Amends claim number 125 |
|---|---|

| UNSECURED | Claimed: | $29,494,266.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5445<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>Amends claim number 126 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5446<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Amends claim number 127 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5447<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 128 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5448<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO AVENUE CONSTRUCTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 129 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5449<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED<br>Amends claim number 130 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5450<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED<br>Amends claim number 131 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | Claim Number: 5451<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 20, INC.<br>Comments: EXPUNGED<br>Amends claim number 132 |
|---|---|
| UNSECURED          Claimed: | $29,494,266.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5452<br>Claim Date: 06/12/2009<br>Debtor: CANDLE HOLDINGS CORPORATION<br>Comments: EXPUNGED<br>Amends claim number 133 |
| UNSECURED | Claimed: | $29,494,266.00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5453<br>Claim Date: 06/12/2009<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: EXPUNGED<br>Amends claim number 134 |
| UNSECURED | Claimed: | $29,494,266.00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5454<br>Claim Date: 06/12/2009<br>Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.<br>Comments: EXPUNGED<br>Amends claim number 135 |
| UNSECURED | Claimed: | $29,494,266.00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5455<br>Claim Date: 06/12/2009<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>Amends claim number 136 |
| UNSECURED | Claimed: | $29,494,266.00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5456<br>Claim Date: 06/12/2009<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>Amends claim number 137 |
| UNSECURED | Claimed: | $29,494,266.00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 5457<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Amends claim number 102 |
| UNSECURED | Claimed: | $29,494,266.00 |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5458<br>Claim Date: 06/12/2009<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5459<br>Claim Date: 06/12/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5460<br>Claim Date: 06/12/2009<br>Debtor: SIGNS OF DISTINCTION, INC.<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5461<br>Claim Date: 06/12/2009<br>Debtor: SHEPARD'S INC.<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5462<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5463<br>Claim Date: 06/12/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5464<br>Claim Date: 06/12/2009<br>Debtor: STEMWEB, INC.<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5465
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5466
Claim Date: 06/12/2009
Debtor: OAK BROOK PRODUCTIONS, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5467
Claim Date: 06/12/2009
Debtor: NORTH ORANGE AVENUE PROPERTIES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5468
Claim Date: 06/12/2009
Debtor: SENTINEL COMMUNICATIONS NEW VENTURES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5469
Claim Date: 06/12/2009
Debtor: PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON
Comments: EXPUNGED
DOCKET: 11688 (05/24/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5470
Claim Date: 06/12/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5471<br>Claim Date: 06/12/2009<br>Debtor: NORTH MICHIGAN PRODUCTION COMPANY<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5472<br>Claim Date: 06/12/2009<br>Debtor: NEWSPAPER READERS AGENCY, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5473<br>Claim Date: 06/12/2009<br>Debtor: NEWSCOM SERVICES, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5474<br>Claim Date: 06/12/2009<br>Debtor: NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC.<br>Comments: EXPUNGED<br>DOCKET: 3805 (03/22/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5475<br>Claim Date: 06/12/2009<br>Debtor: NEW MASS. MEDIA, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5476<br>Claim Date: 06/12/2009<br>Debtor: NEOCOMM, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5477 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: NBBF, LLC |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5478 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: MAGIC T MUSIC PUBLISHING COMPANY |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5479 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5480 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5481 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5482 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: KWGN INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5483 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: KTLA INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5484 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: KSWB INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL | Claim Number: 5485 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: KPLR, INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5486 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: KIAH INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5487 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: JULIUSAIR COMPANY, LLC |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5488 |
|---|---|
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: JULIUSAIR COMPANY II, LLC |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5489
Claim Date: 06/12/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5490
Claim Date: 06/12/2009
Debtor: INSERTCO, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5491
Claim Date: 06/12/2009
Debtor: HOY, LLC
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5492
Claim Date: 06/12/2009
Debtor: HOY PUBLICATIONS, LLC
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5493
Claim Date: 06/12/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5494
Claim Date: 06/12/2009
Debtor: HOMEOWNERS REALTY, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5495<br>Claim Date: 06/12/2009<br>Debtor: HEART & CROWN ADVERTISING, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5496<br>Claim Date: 06/12/2009<br>Debtor: GREENCO, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5497<br>Claim Date: 06/12/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5498<br>Claim Date: 06/12/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5499<br>Claim Date: 06/12/2009<br>Debtor: FORTIFY HOLDINGS CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5500<br>Claim Date: 06/12/2009<br>Debtor: FORSALEBYOWNER.COM REFERRAL SERVICES LLC LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5501<br>Claim Date: 06/12/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5502<br>Claim Date: 06/12/2009<br>Debtor: EAGLE PUBLISHING INVESTMENTS, LLC<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5503<br>Claim Date: 06/12/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5504<br>Claim Date: 06/12/2009<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5505<br>Claim Date: 06/12/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5506<br>Claim Date: 06/12/2009<br>Debtor: COURANT SPECIALTY PRODUCTS, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5507
Claim Date: 06/12/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5508
Claim Date: 06/12/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5509
Claim Date: 06/12/2009
Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5510
Claim Date: 06/12/2009
Debtor: CHICAGOLAND MICROWAVE LICENSEE, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5511
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5512
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5513<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5514<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5515<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO AVENUE CONSTRUCTION COMPANY<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5516<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5517<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5518<br>Claim Date: 06/12/2009<br>Debtor: CHANNEL 20, INC.<br>Comments: EXPUNGED |
|---|---|

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5519 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: CANDLE HOLDINGS CORPORATION |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | Claimed: | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5520 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5521 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: THE HARTFORD COURANT COMPANY |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5522 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: THE MORNING CALL, INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5523 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: THE DAILY PRESS, INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL. | Claim Number: 5524 |
| ATTN: MICHAEL LYNCH | Claim Date: 06/12/2009 |
| ONE TOWER SQUARE, 5MN | Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. |
| HARTFORD, CT 06183 | Comments: EXPUNGED |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5525<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR SERVICES COMPANY, INC.<br>Comments: EXPUNGED |
|---|---|

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5526<br>Claim Date: 06/12/2009<br>Debtor: TMLH 2, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5527<br>Claim Date: 06/12/2009<br>Debtor: TMLS I, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5528<br>Claim Date: 06/12/2009<br>Debtor: TMS ENTERTAINMENT GUIDES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5529<br>Claim Date: 06/12/2009<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5530<br>Claim Date: 06/12/2009<br>Debtor: THE OTHER COMPANY LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5531<br>Claim Date: 06/12/2009<br>Debtor: TIMES MIRROR LAND AND TIMBER COMPANY<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5532<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5533<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5534<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5535<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5536<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5537<br>Claim Date: 06/12/2009<br>Debtor: TOWERING T MUSIC PUBLISHING COMPANY<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5538<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5539<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5540<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING HOLDCO, LLC<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5541<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | | Claim Number: 5542<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5543
Claim Date: 06/12/2009
Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5544
Claim Date: 06/12/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5545
Claim Date: 06/12/2009
Debtor: TRIBUNE FINANCE, LLC
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5546
Claim Date: 06/12/2009
Debtor: TRIBUNE LICENSE, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5547
Claim Date: 06/12/2009
Debtor: TRIBUNE LOS ANGELES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5548
Claim Date: 06/12/2009
Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5549<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NETWORK HOLDINGS COMPANY<br>Comments: EXPUNGED |
|---|---|

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5550<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5551<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE NM, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5552<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5553<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5554<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5555<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: EXPUNGED |
|---|---|

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5556<br>Claim Date: 06/12/2009<br>Debtor: VALUMAIL, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5557<br>Claim Date: 06/12/2009<br>Debtor: VIRGINIA COMMUNITY SHOPPERS, LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5558<br>Claim Date: 06/12/2009<br>Debtor: WCWN LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5559<br>Claim Date: 06/12/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5560<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $108,594.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5561<br>Claim Date: 06/12/2009<br>Debtor: WLVI INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5562<br>Claim Date: 06/12/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5563<br>Claim Date: 06/12/2009<br>Debtor: WTXX, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5564<br>Claim Date: 06/12/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| TRAVELERS INDEMNITY COMPANY, THE, ET AL.<br>ATTN: MICHAEL LYNCH<br>ONE TOWER SQUARE, 5MN<br>HARTFORD, CT 06183 | Claim Number: 5565<br>Claim Date: 06/12/2009<br>Debtor: WATL, LLC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $108,594.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| WESTERN PREFERRED LIFE INSURANCE LTD.<br>PO BOX 26800<br>AUSTIN, TX 78755-0800 | Claim Number: 5566<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $50,767.81 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BLOCK, DUANE L., DR. | Claim Number: 5567 |
|---|---|
| BENEFICIARY CONTROLLED IRA | Claim Date: 06/12/2009 |
| 3699 BROOKSIDE DRIVE | Debtor: TRIBUNE COMPANY |
| BLOOMFIELD HILLS, MI 48302 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

---

| RINKE, ROGER | Claim Number: 5568 |
|---|---|
| REVOCABLE TRUST | Claim Date: 06/12/2009 |
| C/O KEITH STARK,TRUSTEE | Debtor: TRIBUNE COMPANY |
| 1111 W. LONG LAKE RD #202 | Comments: EXPUNGED |
| TROY, MI 48098 | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

---

| JUDD, LIAM R. | Claim Number: 5569 |
|---|---|
| IRREVOCABLE TRUST | Claim Date: 06/12/2009 |
| C/O A.R. JUDD TRUSTEE | Debtor: TRIBUNE COMPANY |
| 1592 REDDING | Comments: EXPUNGED |
| BIRMINGHAM, MI 48009 | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $25,383.91 |
|---|---|---|

---

| KAMINSKY, NEIL I. | Claim Number: 5570 |
|---|---|
| IRA TRUST UAD 1-21-2000 | Claim Date: 06/12/2009 |
| 4109 SILVERY MINNOW NW | Debtor: TRIBUNE COMPANY |
| ALBUQUERQUE, NM 87120 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $35,537.47 |
|---|---|---|

---

| CHAPMAN, WILLIAM G. & MARGARET ELAINE | Claim Number: 5571 |
|---|---|
| REVOCABLE TRUST | Claim Date: 06/12/2009 |
| 810 RIO GRANDE NW | Debtor: TRIBUNE COMPANY |
| ALBUQUERQUE, NM 87114 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

---

| GRINSTEAD, MILDRED H, IRRA | Claim Number: 5572 |
|---|---|
| 211 BELMEAD LN. | Claim Date: 06/12/2009 |
| TYLER, TX 75701-5443 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $50,767.81 |
|---|---|---|

---

| MAYER, MOSES TRUST | Claim Number: 5573 |
|---|---|
| FBO ELIZABETH F. LIPPER | Claim Date: 06/12/2009 |
| 370 COOK STREET | Debtor: TRIBUNE COMPANY |
| DENVER, CO 80206 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| SECURED | Claimed: | $35,537.47 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: WEBVISIBLE INC<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 5574<br>Claim Date: 06/12/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,591.19 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,129.89 |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5575<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,049.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,049.21 |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SONAR CREDIT PARTNERS, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5576<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,986.39 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9,986.39 |

---

| DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | Claim Number: 5577-01<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $4,711.74 |
|---|---|---|

---

| DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | Claim Number: 5577-02<br>Claim Date: 06/12/2009<br>Debtor: FORUM PUBLISHING GROUP, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $19.12 |
|---|---|---|

---

| DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | Claim Number: 5577-03<br>Claim Date: 06/12/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $32.56 |
|---|---|---|

---

| DISCOVER FINANCIAL<br>PO BOX 6500<br>NEW ALBANY, OH 43054-6500 | Claim Number: 5577-04<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $2,547.43 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DISCOVER FINANCIAL
PO BOX 6500
NEW ALBANY, OH 43054-6500

Claim Number: 5577-05
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $802.18 |
| --- | --- | --- |

---

DISCOVER FINANCIAL
PO BOX 6500
NEW ALBANY, OH 43054-6500

Claim Number: 5577-06
Claim Date: 06/12/2009
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $2.38 |
| --- | --- | --- |

---

DISCOVER FINANCIAL
PO BOX 6500
NEW ALBANY, OH 43054-6500

Claim Number: 5577-07
Claim Date: 06/12/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $1,081.10 |
| --- | --- | --- |

---

DISCOVER FINANCIAL
PO BOX 6500
NEW ALBANY, OH 43054-6500

Claim Number: 5577-08
Claim Date: 06/12/2009
Debtor: THE DAILY PRESS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $130.32 |
| --- | --- | --- |

---

DISCOVER FINANCIAL
PO BOX 6500
NEW ALBANY, OH 43054-6500

Claim Number: 5577-09
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $247.29 |
| --- | --- | --- |

---

GE CAPITAL CORP.
C/O AARON B. CHAPIN
REED SMITH LLP
10 S. WACKER DR
CHICAGO, IL 60606

Claim Number: 5578
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $69,443.06   UNLIQ | Scheduled: | $67,967.53 |
| --- | --- | --- | --- | --- |

---

GE CAPITAL FLEET SERVICES
C/O AARON N. CHAPIN
REED SMITH LLP
10 S. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5579
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 2561 (11/13/2009)

| UNSECURED | Claimed: | $53,069.48 |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5580<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) | | |
| UNSECURED | Claimed: | $45,795.02 | Scheduled: | $1,247.28 |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-01<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $5,137.56 | Scheduled: | $28.43 |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-02<br>Claim Date: 06/12/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $348.72 | Scheduled: | $348.72 |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-03<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $143.28 | Scheduled: | $143.28 |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-04<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $2,048.49 | Scheduled: | $989.00 |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-05<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $184.30 | | |
| SODEXO, INC.<br>C/O ADRIENNE VADELL STURGES<br>6081 HAMILTON BOULEVARD<br>ALLENTOWN, PA 18106 | | Claim Number: 5581-06<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | |
| UNSECURED | Claimed: | $142.72 | Scheduled: | $142.72 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BOULEVARD
ALLENTOWN, PA 18106

Claim Number: 5581-07
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $105.08 | Scheduled: | $105.08 |

SODEXO, INC.
C/O ADRIENNE VADELL STURGES
6081 HAMILTON BOULEVARD
ALLENTOWN, PA 18106

Claim Number: 5582
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,994.28 | Scheduled: | $34,352.46 |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5583
Claim Date: 06/12/2009
Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5584
Claim Date: 06/12/2009
Debtor: 5800 SUNSET PRODUCTIONS INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRAVELERS INDEMNITY COMPANY, THE, ET AL.
ATTN: MICHAEL LYNCH
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5585
Claim Date: 06/12/2009
Debtor: 435 PRODUCTION COMPANY
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $108,594.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRC MASTER FUND LLC
TRANSFEROR: SSP BPI GROUP
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 5586
Claim Date: 06/12/2009
Debtor: THE DAILY PRESS, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRC MASTER FUND LLC<br>TRANSFEROR: SSP BPI GROUP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5587<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $18,000.00 |
|---|---|---|---|---|

---

| TRC MASTER FUND LLC<br>TRANSFEROR: SSP BPI GROUP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5588-04<br>Claim Date: 06/12/2009<br>Debtor: KPLR, INC.<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,600.00 |
|---|---|---|

---

| TRC MASTER FUND LLC<br>TRANSFEROR: SSP BPI GROUP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5588-05<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

---

| TRC MASTER FUND LLC<br>TRANSFEROR: SSP BPI GROUP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5588-06<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 4099 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $1,600.00 |
|---|---|---|---|---|

---

| SCHERER SCHNEIDER PAULICK LLC<br>ONE NORTH FRANKLIN STREET STE 1100<br>CHICAGO, IL 60606 | Claim Number: 5589<br>Claim Date: 06/12/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| UNSECURED | Claimed: | $2,600.00 |
|---|---|---|

---

| TRC MASTER FUND LLC<br>TRANSFEROR: SSP BPI GROUP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5590<br>Claim Date: 06/12/2009<br>Debtor: KPLR, INC. |
|---|---|

| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $1,600.00 |
|---|---|---|---|---|

---

| MICHELE MARR<br>19531 PURITAN CIRCLE<br>HUNTINGTON BEACH, CA 92647 | Claim Number: 5591<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FREDREKSEN FIRE EQUIPMENT COMPANY
760 THOMAS DRIVE
BENSENVILLE, IL 60106

Claim Number: 5592
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $313.18 |

---

PALAGANO, THOMAS
4242 EAST-WEST HWY #817
CHEVY CHASE, MD 20815

Claim Number: 5593
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 3013 (01/05/2010)

| UNSECURED | Claimed: | $71,047.20 |

---

JIM CUTLER
17 MICHAELS LANE
OLD BROOKVILLE, NY 11545

Claim Number: 5594-01
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $750.00 |

---

JIM CUTLER
17 MICHAELS LANE
OLD BROOKVILLE, NY 11545

Claim Number: 5594-02
Claim Date: 06/12/2009
Debtor: WPIX, INC.
Comments: DOCKET: 3187 (01/25/2010)

| UNSECURED | Claimed: | $1,000.00 |

---

JIM CUTLER VOICE OVERS INC
17 MICHAELS LANE
OLD BROOKVILLE, NY 11545

Claim Number: 5595
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

---

JIM CUTLER VOICE OVERS INC
17 MICHAELS LANE
OLD BROOKVILLE, NY 11545

Claim Number: 5596
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |

---

CLARK STEVENS
2215 SANTA ANITA AVENUE
SIERRA MADRE, CA 91024

Claim Number: 5597
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 4406 (05/14/2010)

| UNSECURED | Claimed: | $3,671.09 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NIELSEN MEDIA RESEARCH, INC.
NKA THE NIELSEN COMPANY (US), LLC
150 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173

Claim Number: 5598
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 1686 (07/02/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $725,241.62 | Scheduled: | $722,610.78 |

NIELSEN MEDIA RESEARCH, INC.
NKA THE NIELSEN COMPANY (US), LLC
150 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173-2076

Claim Number: 5599
Claim Date: 06/12/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 1685 (07/02/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,605,101.24 | Scheduled: | $1,902,169.57 |

NIELSEN MEDIA RESEARCH, INC.
NKA THE NIELSEN COMPANY (US), LLC
150 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173-2076

Claim Number: 5600
Claim Date: 06/12/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY
Comments: WITHDRAWN
DOCKET: 1683 (07/02/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,236.88 |

NIELSEN MEDIA RESEARCH, INC.
KNA THE NIELSEN COMPANY (US), LLC
150 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173-2076

Claim Number: 5601
Claim Date: 06/12/2009
Debtor: CHICAGOLAND TELEVISION NEWS, INC.
Comments: WITHDRAWN
DOCKET: 1684 (07/02/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,476.91 | Scheduled: | $4,476.92 |

HE, EMILY
3224 MARKET ST
SAN FRANCISCO, CA 94114-2227

Claim Number: 5602
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,598.40 |

BAYER, MICHAEL AB AND HE, EMILY
LIVING TRUST
2820 BALBOA STREEET
SAN FRANCISCO, CA 94121

Claim Number: 5603
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $101,496.00 |

BAUER, MICHAEL
3224 MARKET ST
SAN FRANCISCO, CA 94114-2227

Claim Number: 5604
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,149.60 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DIABLO INVESTMENT CO
RE: ANAHEIM 1369 SOUTH STATE
PO BOX 810
DANVILLE, CA 94526

Claim Number: 5605
Claim Date: 06/12/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 2834 (12/14/2009)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $430,934.99 |

---

PERSONAL PLUS, INC.
SQUIRE, SANDERS & DEMPSEY LLP
C/O KELLY SINGER
40 N. CENTRAL AVE., # 2700
PHOENIX, AZ 85004

Claim Number: 5606
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3526 (02/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

COPANS PRINTING & GRAPHICS
2087 N POWERLINE ROAD
POMPANO, FL 33069

Claim Number: 5607
Claim Date: 06/12/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $490.00 |

---

MOELLER PRINTING CO.
P.O. BOX 11288
INDIANAPOLIS, IN 46201

Claim Number: 5608
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 4778 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $527.78 |

---

CLASSIFIED VENTURES, LLC
175 W. JACKSON BLVD., 8TH FL
ATTN: CHIEF LEGAL OFFICER
CHICAGO, IL 60604

Claim Number: 5609
Claim Date: 06/12/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $152,872.00 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5610
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,781,470.00 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5611
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $791,162.00 | Scheduled: | $785,010.19 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5612
Claim Date: 06/12/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $186,821.00 | | |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5613
Claim Date: 06/12/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $29,395.00 | | |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5614
Claim Date: 06/12/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $296,702.00 | Scheduled: | $215,477.02 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5615
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $176,333.00 | Scheduled: | $1,352,904.60 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5616
Claim Date: 06/12/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $10,892.00 | Scheduled: | $4,355.29 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5617
Claim Date: 06/12/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $403,732.00 | Scheduled: | $258,809.27 |

---

CLASSIFIED VENTURES, LLC
ATTN: CHIEF LEGAL OFFICER
175 W. JACKSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5618
Claim Date: 06/12/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $96,407.00 | Scheduled: | $100,090.68 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5619<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $34,038.00 | |

| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5620<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $201,468.00 | |

| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5621<br>Claim Date: 06/12/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,014,583.00 | |

| CLASSIFIED VENTURES, LLC<br>ATTN: CHIEF LEGAL OFFICER<br>175 W. JACKSON BLVD., 8TH FL<br>CHICAGO, IL 60604 | Claim Number: 5622<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2665 (11/25/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $387,064.00 | Scheduled: $366,767.46 |

| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | Claim Number: 5623<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $98,000.00 | |

| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | Claim Number: 5624<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $98,000.00 | |

| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | Claim Number: 5625<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $98,000.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | | Claim Number: 5626<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $98,000.00 |
|---|---|---|

---

| LAWRENCE S. LOESEL IRA ROLLOVER<br>324 WATER WARH LANE<br>TRAVERSE CITY, MI 49686-1079 | | Claim Number: 5627<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

---

| LAURENCE P. SKENDZEL IRA ROLLOVER<br>10338 WESTERN HILLS DR.<br>TRAVERSE CITY, MI 49864 | | Claim Number: 5628<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $40,661.50 |
|---|---|---|

---

| JOSEPH B. WORTMAN IRA<br>21400 HOOVER ROAD<br>WARREN, MI 48089 | | Claim Number: 5629<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

---

| DEROY TESTAMENTARY FOUNDATION<br>26999 CENTRAL PARK BLVD., STE 166 N<br>SOUTHFIELD, MI 48076 | | Claim Number: 5630<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $254,134.38 |
|---|---|---|

---

| THOMAS P. YOUNGBLOOD IRA<br>55 FORDCROFT STREET<br>GROSSE POINTE, MI 48236 | | Claim Number: 5631<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $76,240.31 |
|---|---|---|

---

| COMMUNITY ANESTHESIA ASSOCIATE P.C.<br>PROFIT SHARING PLAN<br>C/O LOUIS BOJAB TTEE<br>13379 WEST SHERBORN<br>CARMEL, IN 46032 | | Claim Number: 5632<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|---|

| SECURED | Claimed: | $71,157.63 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JOHN B. DOLVEN IRA
281 SOUTH PLAZA COURT
MT. PLEASANT, SC 29464

Claim Number: 5633
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

---

MANRESA JESUIT RETREAT ENDOWMENT FUND
C/O THOMAS HCIRLEY
1390 QUARTON ROAD
BLOOMFIELD HILLS, MI 48034

Claim Number: 5634
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

---

MONICA R. MOCERI REVOCABLE TRUST
3555 FOREST HILL RD
BLOOMFIELD HILLS, MI 48302

Claim Number: 5635
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $50,826.88 |
|---|---|---|

---

COMMUNITY HOUSE PRESERVATION FUND, THE
380 SOUTH BATES
BIRMINGHAM, MI 48009-3366

Claim Number: 5636
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $25,413.44 |
|---|---|---|

---

MORTON S. COX, JR. IRA
P.O. BOX 590
PINCKNEY, MI 48169

Claim Number: 5637
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $76,151.72 |
|---|---|---|

---

RITA L. MARIHERIOI IRA
4633 TWIN FAWN LN
ORCHARD LAKE, MI 48324

Claim Number: 5638
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $101,535.63 |
|---|---|---|

---

FITZSIMONS, DENNIS
MCCORMICK TRIBUNE FOUNDATION
435 N. MICHIGAN AVENUE
CHICAGO, IL 60601

Claim Number: 5639
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $11,636.56   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HOMFINDER, LLC
ATTN: TIMOTHY FAGAN, PRESIDENT & CEO
175 W. JAKCSON BLVD., 8TH FL
CHICAGO, IL 60604

Claim Number: 5640
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2665 (11/25/2009)

| UNSECURED | Claimed: | $186,901.00 | | |

---

MCGRANN PAPER
C/O TANNOR PARTNERS CREDIT FUND, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 5641
Claim Date: 06/12/2009
Debtor: HOMESTEAD PUBLISHING CO.

| UNSECURED | Claimed: | $62,225.59 | Scheduled: | $62,225.59 |

---

ACE AMERICAN INSURANCE COMPANY
C/O MARGERY N. REED, ESQ
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

Claim Number: 5642
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ CONT |
| SECURED | Claimed: | $33,334,456.00 | UNLIQ CONT |

---

MORRIS JAMES LLP
ATTN: JEFFREY R. WAXMAN, ESQUIRE
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 5643
Claim Date: 06/12/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| ADMINISTRATIVE | Claimed: | $535.68 | | |
| UNSECURED | Claimed: | $235.00 | Scheduled: | $235.00 |

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5644
Claim Date: 06/12/2009
Debtor: KWGN INC.

| ADMINISTRATIVE | Claimed: | $588,000.00 | UNLIQ |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5645
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| ADMINISTRATIVE | Claimed: | $466,667.01 | UNLIQ |
| UNSECURED | | | |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5646
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| ADMINISTRATIVE | Claimed: | $10,665.00 | UNLIQ |
| UNSECURED | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5647
Claim Date: 06/12/2009
Debtor: CHANNEL 39, INC.

---

| ADMINISTRATIVE | Claimed: | $240,000.00   UNLIQ |

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5648
Claim Date: 06/12/2009
Debtor: WPIX, INC.

---

| ADMINISTRATIVE | Claimed: | $1,753,332.00   UNLIQ |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5649
Claim Date: 06/12/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

---

| ADMINISTRATIVE UNSECURED | Claimed: | $13,332.33   UNLIQ |

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5650
Claim Date: 06/12/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY

---

| ADMINISTRATIVE | Claimed: | $1,406,668.00   UNLIQ |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5651
Claim Date: 06/12/2009
Debtor: WDCW BROADCASTING, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

---

| ADMINISTRATIVE UNSECURED | Claimed: | $406,667.01   UNLIQ |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5652
Claim Date: 06/12/2009
Debtor: CHANNEL 40, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

---

| ADMINISTRATIVE UNSECURED | Claimed: | $473,332.99   UNLIQ |

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5653
Claim Date: 06/12/2009
Debtor: KTLA INC.

---

| ADMINISTRATIVE | Claimed: | $1,402,666.32   UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 5654
Claim Date: 06/12/2009
Debtor: KSWB INC.

| ADMINISTRATIVE | Claimed: | $306,662.68   UNLIQ |
| --- | --- | --- |

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 5655
Claim Date: 06/12/2009
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| ADMINISTRATIVE UNSECURED | Claimed: | $245,335.00   UNLIQ |
| --- | --- | --- |

---

STATE OF HAWAII, DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY UNIT (EL)
PO BOX 259
HONOLULU, HI 96809

Claim Number: 5656
Claim Date: 04/28/2009
Debtor: SHEPARD'S INC.
Comments: WITHDRAWN
DOCKET: 12302 (08/21/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNDET |

---

STATE OF HAWAII, DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY UNIT (EL)
PO BOX 259
HONOLULU, HI 96809

Claim Number: 5657
Claim Date: 04/28/2009
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: WITHDRAWN
DOCKET: 12302 (08/21/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNDET |

---

NESTOE, MICHELE
C/O ANGIULI, KATKIN
60 BAY ST
STATEN ISLAND, NY 10301

Claim Number: 5658
Claim Date: 06/04/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC

| SECURED | Claimed: | $1,000,000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $0.00  UNDET |

---

YOST, WILLIAM
JAMES SORENSON, ESQ. AND D. TYLER VAN
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 5659
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $45,602.93 |
| --- | --- | --- |

---

YOST, WILLIAM
JAMES SORENSON, ESQ. AND D. TYLER VAN
LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 5660
Claim Date: 06/05/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $9,444.35 |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PEREZ, ROBERT<br>JAMES SORENSON, ESQ. AND D. TYLER VAN<br>LEUVEN, ESQ. AND CHAD D. HECKMAN, ESQ.<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 5661<br>Claim Date: 06/05/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $68,701.71 | | |
|---|---|---|---|---|

---

| BELCARO GROUP INC.<br>7100 E BELLEVIEW AVE SUITE 208<br>GREENWOOD VILLAGE, CO 80111 | Claim Number: 5662<br>Claim Date: 06/05/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $59.70 | | |
|---|---|---|---|---|

---

| USA MOBILITY<br>3000 TECHNOLOGY DR STE 400<br>PLANO, TX 75074 | Claim Number: 5663<br>Claim Date: 06/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,018.60 | Scheduled: | $1,568.60 |
|---|---|---|---|---|

---

| ROESSNER, BARBARA<br>ROME MCGUIGAN PC<br>JOHN F STROTHER<br>ONE STATE ST<br>HARTFORD, CT 06103 | Claim Number: 5664<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| TOYOTA MOTOR CREDIT CORPORATION<br>19001 S. WESTERN AVE WF-21<br>TORRANCE, CA 90509 | Claim Number: 5665<br>Claim Date: 06/09/2009<br>Debtor: INSERTCO, INC. |
|---|---|

| SECURED | Claimed: | $732.25 | | |
|---|---|---|---|---|

---

| TOYOTA MOTOR CREDIT CORPORATION<br>19001 S. WESTERN AVE WF-21<br>TORRANCE, CA 90509 | Claim Number: 5666<br>Claim Date: 06/09/2009<br>Debtor: INSERTCO, INC. |
|---|---|

| SECURED | Claimed: | $7,727.75 | | |
|---|---|---|---|---|

---

| WORKER TRAINING FUND<br>INDIANA DEPT OF WORKFORCE DEVELOPMENT<br>BEVERLY KOROBKIN, CLCTN ENFORCEMENT UNIT<br>10 N SENATE AVE<br>INDIANAPOLOIS, IN 46024-2277 | Claim Number: 5667<br>Claim Date: 06/09/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11467 (04/24/2012) |
|---|---|

| PRIORITY | Claimed: | $975.52 |
|---|---|---|
| UNSECURED | Claimed: | $25.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ARCH COMMUNICATIONS
PO BOX 660770
DALLAS, TX 75266-0770

Claim Number: 5668
Claim Date: 06/09/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $1,318.31 |
|-----------|----------|-----------|

USA MOBILITY
3000 TECHNOLOGY DR, STE 400
PLANO, TX 75074

Claim Number: 5669
Claim Date: 06/09/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $79.60 | Scheduled: | $852.26 |
|-----------|----------|--------|------------|---------|

WASHINGTON STATE DEPT OF REVENUE
ATTN: SUSAN ROLAND
2101 4TH AVE, SUITE 1400
SEATTLE, WA 98121-2300

Claim Number: 5670
Claim Date: 06/10/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 12253 (08/14/2012)

| PRIORITY | Claimed: | $346.72 |
|----------|----------|---------|

DEUTSCHE BANK NATIONAL TRUST COMPANY
100 PLAZA ONE PL 3
JERSEY CITY, NJ 07311

Claim Number: 5671
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $83,702,999.21 |
|-----------|----------|----------------|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5672
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $86,270,366.40 |
|-----------|----------|----------------|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5673
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $120,500.00 |
|-----------|----------|-------------|

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5674
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $148,715,333.33 |
|-----------|----------|-----------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5675
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $456,946,875.00 |
|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5676
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $335,486,250.00 |
|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5677
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $69,812,899.00 |
|---|---|---|

---

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST & SEC SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

Claim Number: 5678
Claim Date: 06/12/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2833 (12/14/2009)

| UNSECURED | Claimed: | $102,002,520.83 |
|---|---|---|

---

HOTCHKISS PEACOCK RANCH INC.
5990 SAN SIMEON CK RD
CAMBRIA, CA 93428

Claim Number: 5679
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $5,000.00 |
|---|---|---|

---

EVENTWORKS
340 WEST 131ST STREET
LOS ANGELES, CA 90061

Claim Number: 5680
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $4,384.13 |
|---|---|---|

---

FERRARO, MICHAEL
1255 LAKESHORE DRIVE
MASSAPEQUA PARK, NY 11762

Claim Number: 5681
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $5,459.83 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GUNTER, WANDA
185 CORNELL STREET
HEMPSTEAD, NY 11550

Claim Number: 5682
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $8,937.93 |
| --- | --- | --- |

CHIAPURIS, PAUL
901 W MADISON #719
CHICAGO, IL 60607

Claim Number: 5683
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
| --- | --- | --- |

RISON, JERRY
321 W LAKEVIEW DR
DE SOTO, MO 63020

Claim Number: 5684
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
| --- | --- | --- |

KENNEDY, TIMOTHY
4595 WIDGEON PATH
MANLIUS, NY 13104-9612

Claim Number: 5685
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $5,000.00 |
| --- | --- | --- |

KENNEDY, TIMOTHY
2075 CHARLES DRIVE
HELLERTOWN, PA 18055

Claim Number: 5686
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $383.49 | Scheduled: | $383.49 |
| --- | --- | --- | --- | --- |

DOMAR GROUP INC
14742 BEACH BLVD  NO.256
LA MIRADA, CA 90638

Claim Number: 5687
Claim Date: 06/15/2009
Debtor: HOMESTEAD PUBLISHING CO.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $61,605.00 |
| --- | --- | --- |

OSBORN, JAMES B
5523 HEARTHSTONE CT
ANN ARBOR, MI 48108-9772

Claim Number: 5688
Claim Date: 06/15/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $600.00 | Scheduled: | $250.00 |
| --- | --- | --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| APPLEBURY, CINDY L.<br>14174 SE 255TH ST<br>KENT, WA 98042-6621 | | Claim Number: 5689<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $9,134.64 |
| THEOBALD, EDWARD<br>5401 215 LANE NE<br>CEDAR, MN 55011 | | Claim Number: 5690<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,448.80 |
| FULLER, KURT W.<br>335 BRIDGE ST NW APT 3102<br>GRAND RAPIDS, MI 49504-8720 | | Claim Number: 5691<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| KLINGES, KARL G., IRA<br>4731 BONITA BAY BLVD 1401<br>BONITA SPRINGS, FL 34134 | | Claim Number: 5692<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $30,000.00 |
| KRAUT, EDITH<br>65 CIRCLE DRIVE<br>SYOSSET, NY 11791 | | Claim Number: 5693<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Retiree medical benefits |
| UNSECURED | Claimed: | $0.00   UNDET |
| REKLALL, DAVID L. & CONSTANCE M.<br>3603 CAMDEN FALLS CIRCLE<br>GREENSBORO, NC 27410-2196 | | Claim Number: 5694<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $25,374.00 |
| BANNON, MICHAEL<br>1022 4TH AVE<br>PROSPECT PARK, PA 19076 | | Claim Number: 5695<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,000.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EMMIS RADIO LLC<br>2600 W OLIVE AVE  8TH FLOOR<br>BURBANK, CA 91505 | Claim Number: 5696<br>Claim Date: 06/15/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $48,985.50 |
|---|---|---|

| MACKENN, JOHN F.<br>415 CAMDEN DR<br>FALMOUTH, VA 22405 | Claim Number: 5697<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

| DROUIN-KEITH, KATHERINE<br>10 ELTONA PL<br>E NORTHPORT, NY 11731-6012 | Claim Number: 5698<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ERNST, VINCENT C.<br>2717 NW CLIFFVIEW<br>LEES SUMMIT, MO 64081 | Claim Number: 5699<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| SPIECKER, FRANK<br>100 STREAM CT<br>CHALFONT, PA 18914 | Claim Number: 5700<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $25,374.00 |
|---|---|---|

| SCHMID, MIKE<br>14525 S ACUFF CT<br>OLATHE, KS 66062 | Claim Number: 5701<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $50,748.00 |
|---|---|---|

| HILBORN, GENE<br>R/O IRA E*TRADE CUSTODIAN<br>13191 TRIPLE CROWN LOOP<br>GAINESVILLE, VA 20155 | Claim Number: 5702<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CHARLES & MILDRED HILBORN REVOCABLE TRUST - CHARLES GENE HILBORN JR. & CHARLES GENE HILBORN TRUSTEES<br>1306 W 59TH AVE<br>PINE BLUFF, AR 71603 | Claim Number: 5703<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

| LAND, JOHN R. TR.<br>120 LAKESHORE DR #235<br>NORTH PALM BEACH, FL 33408 | Claim Number: 5704<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

| KROPINSKI, MIKE<br>1530 HAMMAN DR<br>TROY, MI 48085 | Claim Number: 5705<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

| GALLANT, JOHN<br>EMPLOYMENT LAWYERS GROUP<br>KARL GERBER<br>13418 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 | Claim Number: 5706<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| PRIORITY | Claimed: | $2,500,000.00 |
|---|---|---|

| GEIB INDUSTRIES<br>3220 N MANNHEIM RD<br>FRANKLIN PARK, IL 60131 | Claim Number: 5707<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 3187 (01/25/2010) |
|---|---|

| UNSECURED | Claimed: | $954.62 |
|---|---|---|

| ARREGUIN, MARIA<br>C/O BARRY SILVER<br>707 SKOKIE BOULEVARD, SUITE 100<br>NORTHBROOK, IL 60062 | Claim Number: 5708<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE DIRECT MARKETING, INC.<br>Comments: DOCKET: 12717 (11/13/2012) |
|---|---|

| UNSECURED | Claimed: | $120,000.00  UNLIQ | Scheduled: | $0.00  UNDET |
|---|---|---|---|---|

| NEFF, SUE<br>217 N ST CLOUD STREET<br>ALLENTOWN, PA 18104 | Claim Number: 5709<br>Claim Date: 06/15/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $137.16  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| BLACKWOOD, DAVID<br>121 BRAELANDS DR<br>CARY, NC 27518 | | Claim Number: 5710<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $12,600.00   UNLIQ | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ENTRY MEDIA INC<br>127 W FAIRBANKS AVE   NO.417<br>WINTER PARK, FL 32789 | | Claim Number: 5711<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $2,341.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MCNERNEY, CHARLENE<br>26 JASMINE DR<br>DEBARY, FL 32713 | | Claim Number: 5712<br>Claim Date: 06/15/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | | |
| UNSECURED | Claimed: | $20.21 | Scheduled: | $20.21 |

---

| | | | | | |
|---|---|---|---|---|---|
| VAN HORN, PHILIP D<br>9948 MARNICE AVE.<br>TUJUNGA, CA 91042 | | Claim Number: 5713<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | | |
| PRIORITY | Claimed: | $6,283.77 | | | |
| SECURED | Claimed: | $0.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| NATIONAL HISPANIC MEDIA<br>55 GRAND AVE<br>PASADENA, CA 91105 | | Claim Number: 5714<br>Claim Date: 06/15/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
| UNSECURED | Claimed: | $1,400.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HAGOS, CHARLOTTE<br>1960 W 81ST ST<br>LOS ANGELES, CA 90047 | | Claim Number: 5715<br>Claim Date: 06/15/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $207.12 |

---

| | | | | | |
|---|---|---|---|---|---|
| SHARP HEALTHCARE<br>DBA SHARP MEMORIAL HOSPITAL<br>7901 FROST ST<br>SAN DIEGO, CA 92123 | | Claim Number: 5716<br>Claim Date: 06/15/2009<br>Debtor: KSWB INC.<br>Comments: DOCKET: 4099 (04/19/2010) | | | |
| UNSECURED | Claimed: | $1,235.00 | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| LAMPHER, KATHLEEN<br>5024 DOMINGUEZ RANCH ROAD<br>YORBA LINDA, CA 92887 | | Claim Number: 5717<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Health insurance coverage |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| LAMPHER, ROBERT F.<br>5024 DOMINGUEZ RANCH RD<br>YORBA LINDA, CA 92887 | | Claim Number: 5718<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5719<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |

---

| | | |
|---|---|---|
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5720<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $19,284.24 |

---

| | | |
|---|---|---|
| NELSON, GARY H.<br>9299 MOORING CIRCLE<br>FORT MYERS, FL 33967 | | Claim Number: 5721<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $18,269.28 |

---

| | | |
|---|---|---|
| DIETER, SHARON L<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5722<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Life insurance policy |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| DIETER, SHARON L.<br>1016 HAZEL LANE<br>BEL AIR, MD 21014 | | Claim Number: 5723<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Retiree medical benefits |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| TEICHER, MORTON<br>11111 BISCAYNE BLVD, APT 1851<br>MIAMI, FL 33181-3494 | | Claim Number: 5724<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $160.00 |

| | | |
|---|---|---|
| TEICHER, MORTON<br>JOCKEY CLUB 111  APT 1851<br>11111 BISCAYNE BLVD<br>MIAMI, FL 33181-3494 | | Claim Number: 5725<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $160.00 |

| | | |
|---|---|---|
| HOWLAND, VAUGHAN A.<br>4205 STATE HWY UNIT 5B<br>EASTHAM, MA 02642-2165 | | Claim Number: 5726<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |

| | | |
|---|---|---|
| FONG, PHILLIP<br>4512 N DELTA ST<br>ROSEMEAD, CA 91770 | | Claim Number: 5727<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Retiree medical benefits & life insurance |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| STEPHENS INC CUSTODIAN<br>FOR JOHN L. HEIDEN IRA<br>111 CENTER ST<br>LITTLE ROCK, AR 72201 | | Claim Number: 5728<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,224.40 |

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5729<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $20.11 |

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5730<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $20.11 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5731<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5732<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5733<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5734<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5735<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5736<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5737<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5738<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5739<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5740<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5741<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5742<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5743<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$21.84 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5744<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $25.27 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5745<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $25.27 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5746<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5747<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5748<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5749<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5750<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $27.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5751<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5752<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5753<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5754<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5755<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

| | | |
|---|---|---|
| BROOKS, ROBERT<br>528 SHELTON RD<br>HAMPTON, VA 23663 | | Claim Number: 5756<br>Claim Date: 06/15/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00<br>$27.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BROOKS, ROBERT
528 SHELTON RD
HAMPTON, VA 23663

Claim Number: 5757
Claim Date: 06/15/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25.27 |

---

BROOKS, ROBERT
528 SHELTON RD
HAMPTON, VA 23663

Claim Number: 5758
Claim Date: 06/15/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25.27 |

---

BROOKS, ROBERT
528 SHELTON RD
HAMPTON, VA 23663

Claim Number: 5759
Claim Date: 06/15/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21.84 |
| UNSECURED | Claimed: | $21.84 |
| TOTAL | Claimed: | $21.84 |

---

BROOKS, ROBERT
528 SHELTON RD
HAMPTON, VA 23663

Claim Number: 5760
Claim Date: 06/15/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21.84 |

---

BROOKS, ROBERT
528 SHELTON RD
HAMPTON, VA 23663

Claim Number: 5761
Claim Date: 06/15/2009
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $16.65 |

---

HITCHMAN, JAMES
130 MACK STREET
PO BOX 5
BLENCOE, IA 51523

Claim Number: 5762
Claim Date: 06/15/2009
Debtor: TRIBUNE PUBLISHING COMPANY
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $92,019.80 |

---

CRAVENS, ROBIN R
403 S ALLEGHENY AVENUE
TULSA, OK 74112

Claim Number: 5763
Claim Date: 06/15/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $577.00 | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $577.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AP & J BUILDING MAINTENANCE (CONTACT:
MICHAEL CROWLEY)
C/O GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5764
Claim Date: 06/15/2009
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: EXPUNGED
DOCKET 4774 (06/14/2010)

| UNSECURED | Claimed: | $82,075.52 | Scheduled: | $0.00 UNLIQ |

---

NEWSDAY LLC
ATTN: DAVID KNIFFIN
235 PINELAWN RD
MELVILLE, NY 11747

Claim Number: 5765
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 4774 (06/14/2010)

| UNSECURED | Claimed: | $43,313.54 |

---

NEWSDAY LLC
ATTN: DAVID KNIFFIN
235 PINELAWN RD
MELVILLE, NY 11747

Claim Number: 5766
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 4774 (06/14/2010)

| UNSECURED | Claimed: | $35,400.97 |

---

NEWSDAY LLC
ATTN: DAVID KNIFFIN
235 PINELAWN RD
MELVILLE, NY 11747

Claim Number: 5767
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 4774 (06/14/2010)

| UNSECURED | Claimed: | $13,249.87 |

---

FREZZO, VINCENT P.
AS CUST. FOR DANE COURTIEN UTMA NY
1815 MIDDLETON WAY
WEST PALM BEACH, FL 33409

Claim Number: 5768
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 3013 (01/05/2010)

| UNSECURED | Claimed: | $24,359.04 |

---

FREZZO, VINCENT P.
FBO RACHEL ANN COURTIEN
BENE. COVERDELL SAVINGS TD BANK USA CUST
1815 MIDDLETON WAY
WEST PALM BEACH, FL 33409

Claim Number: 5769
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 3013 (01/05/2010)

| UNSECURED | Claimed: | $91,346.40 |

---

FREZZO, ELEANOR
1815 MIDDLETON WAY
WEST PALM BEACH, FL 33409

Claim Number: 5770
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET 3013 (01/05/2010)

| UNSECURED | Claimed: | $75,107.04 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| FREZZO, VINCENT & ELEANOR<br>1815 MIDDLETON WAY<br>WEST PALM BEACH, FL 33409 | | Claim Number: 5771<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $370,460.40 |
| KIUNKE, PAUL C.<br>C/O TDAMERITRADE<br>625 CAMINO DEL SOL<br>NEWBURY PARK, CA 91320 | | Claim Number: 5772<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |
| STEWART, ROBERT<br>PO BOX 758<br>LAKEWOOD, CA 90714-0758 | | Claim Number: 5773<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
| PRIORITY | Claimed: | $468.21 |
| MTA METRO NORTH<br>347 MADISON AVE<br>19H FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 5774<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $133,775.00 |
| LONG ISLAND RAILROAD<br>MTA<br>PO BOX 5840<br>NEW YORK, NY 10087-5840 | | Claim Number: 5775<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $4,025.00 |
| BRADSHAW, KAREN<br>3301 SE FAIRWAY WEST<br>STUART, FL 34997 | | Claim Number: 5776<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $7,104.72 |
| CRISHAM, MEGAN MD<br>2746 CENTRAL PARK<br>EVANSTON, IL 60201 | | Claim Number: 5777<br>Claim Date: 06/15/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 5689 (09/14/2010) |
| UNSECURED | Claimed: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| KARAKULKO, WITALIJ<br>1215 WOODLAND DR<br>SEABROOK, TX 77586 | | Claim Number: 5778<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $202,992.00 |

---

| | | |
|---|---|---|
| POMMREHN, WILLIAM<br>202 SETTLERS DR<br>CEDAR PARK, TX 78613 | | Claim Number: 5779<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $10,149.60 |

---

| | | |
|---|---|---|
| SYSKA, MARIA BOZENA<br>43 PINE BLVD<br>PATCHOGUE, NY 11772 | | Claim Number: 5780<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MCWILLIAM, KAREM<br>28 WILLOW ROAD<br>NEW HYDE PARK, NY 11040 | | Claim Number: 5781<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $2,500.00 |

---

| | | |
|---|---|---|
| REYES, ELIEZER<br>444 SCREVIN AVE<br>BRONX, NY 10473 | | Claim Number: 5782<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BROWN, TRACY M.<br>145 EAST AVE<br>FREEPORT, NY 11520 | | Claim Number: 5783<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GUEVARA, MARTHA L.<br>127 W. GRANADA AVE.<br>LINDENHURST, NY 11757 | | Claim Number: 5784<br>Claim Date: 06/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Pension Plan, ESOP, Cash Balance Plan |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CAWLEY CHICAGO PORTFOLIO, LLC
C/O EKL WILLIAMS PLLC
901 WARRENVILLE ROAD #175
LISLE, IL 60532

Claim Number: 5785
Claim Date: 06/15/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5071 (07/19/2010)

| UNSECURED | Claimed: | $75,649.06 |
| --- | --- | --- |

---

STABILE, KAREW
194 KILBURN RD
GARDEN CITY, NY 11530

Claim Number: 5786
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

SIDHRA, NILAMBAR K.
1427 VISTA CREEK DRIVE
ROSEVILLE, CA 95661

Claim Number: 5787
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $101,496.00 |
| --- | --- | --- |

---

COOK, STANTON
222 RALEIGH ROAD
KENILWORTH, IL 60043

Claim Number: 5788
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1,225,000.00 | Scheduled: | $830,177.18  UNLIQ |
| --- | --- | --- | --- | --- |

---

TIERNAN, AUDREY
46 NORTH COURT
ROSLYN HEIGHTS, NY 11577

Claim Number: 5789
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

DOROTHY DZIADZIO
3913 N FRANCISCO AVE
CHICAGO, IL 60618-3505

Claim Number: 5790
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $12,000.00 |
| --- | --- | --- |

---

ANGEL COVERS
PO BOX 6891
BROOMFIELD, CO 80021

Claim Number: 5791
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

REMUS, GLORIA
1478 WAUKON CIR
CASSELBERRY, FL 32707

Claim Number: 5792
Claim Date: 06/16/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $0.00 | | |
| UNSECURED | | | Scheduled: | $361.71 |

---

POLLARD, DONALD E. LIVING TRUST U/A
DONALD E. POLLARD AND VICKIE E. POLLARD
TRUSTEES
14250 ROYAL HARBOUR COURT #918
FORT MYERS, FL 33908

Claim Number: 5793
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,104.72 |
|---|---|---|

---

HOARD, ROBERT
2333 VILLARET DR.
HUNTSVILLE, AL 35803

Claim Number: 5794
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

---

VANBENDEGON, NANCY
582W24050 ARTESIAN AVE.
BIG BEND, WI 53103

Claim Number: 5795
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,199.20 |
|---|---|---|

---

MOORE, TERRY
365 S 3RD ST
JACKSONVILLE, OR 97530-9231

Claim Number: 5796
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $5,074.80 |
|---|---|---|

---

STONEBERG, J. BRUCE
5380 N OCEAN DR APT 20H
SINGER ISLAND, FL 33404-2540

Claim Number: 5797
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

---

ZEEK FAMILY TRUST
575 GOLDEN HAWK DR
PRESCOTT, AZ 86301

Claim Number: 5798
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $71,046.20 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

RIVERA, JASON SCOTT
279 MOSS ST  NO.28
CHULA VISTA, CA 91911

Claim Number: 5799
Claim Date: 06/16/2009
Debtor: KSWB INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| PRIORITY | Claimed: | $319.50 | | |
| UNSECURED | Claimed: | $319.50 | Scheduled: | $319.50 |
| TOTAL | Claimed: | $319.50 | | |

---

SAUNDERS, TAMARA
817 NW 9TH AVE. NO. 2
FT. LAUDERDALE, FL 33312

Claim Number: 5800
Claim Date: 06/16/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $110.94 | | |
| UNSECURED | | | Scheduled: | $110.94 |

---

ROTHE, VIRGINIA W
1621 WILLOW ST.
AUSTIN, TX 78702

Claim Number: 5801
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $273,248.97 |

---

WILLS, ROGER R.
220 STEEPLE DRIVE
SPRINTOWN, OH 45066

Claim Number: 5802
Claim Date: 06/16/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,254.00 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: ACHIEVE GLOBAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5803
Claim Date: 06/16/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,341.75 | Scheduled: | $30,138.75 |

---

EDDINGTON, COREY
4606 RIVER ROAD
BUHL, ID 83316

Claim Number: 5804
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $81,196.80 |

---

BEARD, ARTHUR
3569 KARIYA DR
MISSISSAUGA, ON L5B 3J2
CANADA

Claim Number: 5805
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claim is for $241.81/month for life

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BEARD, ARTHUR
3569 KARIYA DR
MISSISSAUGA, ON L5B 3J2
CANADA

Claim Number: 5806
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Claimant asserts $241.81 per month for life.

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

EFE NEWS SERVICES INC
ATTN: ACCTS RECEIVABLE
529 14TH ST NW
SUITE 1252
WASHINGTON, DC 20045

Claim Number: 5807
Claim Date: 06/17/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $183.77 | Scheduled: | $183.77 |

---

EFE NEWS SERVICES INC
ATTN: ACCTS RECEIVABLE
529 14TH ST NW
SUITE 1252
WASHINGTON, DC 20045

Claim Number: 5808
Claim Date: 06/17/2009
Debtor: GOLD COAST PUBLICATIONS, INC.

| UNSECURED | Claimed: | $262.88 | Scheduled: | $262.88 |

---

DELIVERY ON TIME INCORPORATED
11 GLENN HOLLOW ROAD
HOLTSVILLE, NY 11742

Claim Number: 5809
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $125,954.15 | | |

---

BARTZ, JAROLD M.
650 AURORA AVE.
SANTA BARBARA, CA 93109

Claim Number: 5810
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $202,992.00 | | |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: SPECTRAGRAPHIC INC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5811
Claim Date: 06/17/2009
Debtor: THE DAILY PRESS, INC.

| UNSECURED | Claimed: | $1,704.19 | Scheduled: | $1,563.49 |

---

LEVY CREATIVE MANAGEMENT LLC
425 E 58TH ST APT 37F
NEW YORK, NY 10022-2379

Claim Number: 5812
Claim Date: 06/17/2009
Debtor: THE HARTFORD COURANT COMPANY

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SLADE, GAYLE L.
11574 KLING ST
N HOLLYWOOD, CA 91602-1054

Claim Number: 5813
Claim Date: 06/17/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $0.00 | Scheduled: | $98.71 |

---

BROWN, KATHARINE
PO BOX 99
MIDDLETON, MA 01949-0199

Claim Number: 5814
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,074.80 |

---

LETT, GEORGE J.
4851 SAUCON CREEK RD - STE 328
CENTER VALLEY, PA 18034-9016

Claim Number: 5815
Claim Date: 06/17/2009
Debtor: THE MORNING CALL, INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | | $119.73 | | |
| UNSECURED | | | | Scheduled: | $119.73 |

---

WADE, DAVID
PSC80 BOX 20363
APO, AP 96367

Claim Number: 5816
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,074.80 |

---

MARK FUSETTI SERVICE CO
864 GLENN STREET
PHILADELPHIA, PA 19115

Claim Number: 5817
Claim Date: 06/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $756.00 |

---

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 5818
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 11848 (06/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $135.55 |

---

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 5819
Claim Date: 06/01/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 11849 (06/19/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $15.88 |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| HOWARD COUNTY, MARYLAND | Claim Number: 5820 |
| MARAGARET ANN NOLAN & CAMELA J. SANDMANN | Claim Date: 06/01/2009 |
| HOWARD COUNTY OFFICE OF LAW | Debtor: TRIBUNE COMPANY |
| 3430 COURTHOUSE DRIVE | Comments: WITHDRAWN |
| ELLICOTT CITY, MD 21043 | DOCKET: 11850 (06/19/2012) |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $573.68 |

---

| MEIER, STEPHAN | Claim Number: 5821 |
| EWALDGASSE 4/3/70 | Claim Date: 06/12/2009 |
| 1110 WIEN | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| AUSTRIA | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $7,150.00 |

---

| MILAN, JOHN M., AS TRUSTEE | Claim Number: 5822 |
| THE JOHN M. MILAN AND DIANE N. MILAN | Claim Date: 06/13/2009 |
| LIVING TRUST | Debtor: TRIBUNE COMPANY |
| 7520 CARMENITA LN | Comments: EXPUNGED |
| WEST HILLS, CA 91304 | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $10,975.00 |

---

| ASHLAND, INC. | Claim Number: 5823 |
| COLLECTION DEPT | Claim Date: 06/12/2009 |
| PO BOX 2219 | Debtor: SUN-SENTINEL COMPANY |
| COLUMBUS, OH 43216 | |

| UNSECURED | Claimed: | $222.41 | Scheduled: | $222.41 |

---

| RYDER TRUCK RENTAL, INC. | Claim Number: 5824 |
| ATTN: JENNIFER MORRIS | Claim Date: 06/11/2009 |
| 6000 WINDWARD PARKWAY | Debtor: TRIBUNE COMPANY |
| ALPHARETTA, GA 30005 | Comments: WITHDRAWN |
| | DOCKET: 11837 (06/19/2012) |

| UNSECURED | Claimed: | $367,503.93 |

---

| LEXIS PUBLISHING | Claim Number: 5825 |
| SANDRA D. REARDON, CREDIT MANAGER | Claim Date: 06/11/2009 |
| 1275 BROADWAY | Debtor: TRIBUNE COMPANY |
| ALBANY, NY 12204 | Comments: EXPUNGED |
| | DOCKET: 3803 (03/22/2010) |

| UNSECURED | Claimed: | $183.01 |

---

| DEUEL, WILLIAM | Claim Number: 5826 |
| 18615 LEMON STREET | Claim Date: 06/11/2009 |
| HESPERIA, CA 92345 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | Retiree life insurance |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SWARTZ, CONRAD<br>12911 NW 25TH COURT<br>VANCOUVER, WA 98685 | | Claim Number: 5827<br>Claim Date: 06/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $81,196.80 | | |

---

| | | | | |
|---|---|---|---|---|
| WILLIAMS, ROSETTA<br>706 CHELTENHAM AVE<br>DELTONA, FL 32738-9008 | | Claim Number: 5828<br>Claim Date: 06/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $55.28 | Scheduled: | $55.28 |

---

| | | | | |
|---|---|---|---|---|
| SANTOS, LEE<br>51 LYMAN RD<br>WOLCOTT, CT 06716 | | Claim Number: 5829<br>Claim Date: 06/12/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |

---

| | | | | |
|---|---|---|---|---|
| CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD # 175<br>LISLE, IL 60532 | | Claim Number: 5830<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $75,649.06 | | |

---

| | | | | |
|---|---|---|---|---|
| KGO-AM<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | | Claim Number: 5831<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY | | |
| UNSECURED | Claimed: | $12,682.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5832<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 2271 (10/02/2009) | | |
| UNSECURED | Claimed: | $11,869.04 | | |

---

| | | | | |
|---|---|---|---|---|
| UB PROPERTY LLC<br>ATTN: KIM NELSON<br>PO BOX 58746<br>SEATTLE, WA 98138 | | Claim Number: 5833<br>Claim Date: 06/12/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $488.06 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JCPENNEY CORPORATION, INC.<br>C/O ANGIE JENSEN, MS 1122<br>LEGAL DEPT<br>6501 LEGACY DRIVE<br>PLANO, TX 75024 | Claim Number: 5834<br>Claim Date: 06/12/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $33,583.32 |
|---|---|---|

| T-MOBILE USA, INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | Claim Number: 5835<br>Claim Date: 06/12/2009<br>Debtor: WCWN LLC<br>Comments: DOCKET: 11993 (07/11/2012) |
|---|---|

| UNSECURED | Claimed: | $185.47 |
|---|---|---|

| MARYLAND AMERICAN WATER<br>P.O. BOX 578<br>ALTON, IL 62002 | Claim Number: 5836<br>Claim Date: 06/15/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $94.99 |
|---|---|---|

| MARYLAND AMERICAN WATER<br>P.O. BOX 578<br>ALTON, IL 62002 | Claim Number: 5837<br>Claim Date: 06/15/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $46.52 |
|---|---|---|

| MARYLAND AMERICAN WATER<br>P.O. BOX 578<br>ALTON, IL 62002 | Claim Number: 5838<br>Claim Date: 06/15/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $22.43 |
|---|---|---|

| T-MOBILE USA, INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | Claim Number: 5839<br>Claim Date: 06/15/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $80,665.12 |
|---|---|---|

| MARYLAND AMERICAN WATER<br>P.O. BOX 578<br>ALTON, IL 62002 | Claim Number: 5840<br>Claim Date: 06/15/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $171.03 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| INDIANA AMERICAN WATER (IN AMERICAN WATE | Claim Number: 5841 |
| 1410 DISCOVERY PARKWAY | Claim Date: 06/15/2009 |
| PO BOX 578 | Debtor: TRIBUNE COMPANY |
| ALTON, IL 62002 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $116.16 |

---

| INDIANA AMERICAN WATER (IN AMERICAN WATE | Claim Number: 5842 |
| 1410 DISCOVERY PARKWAY | Claim Date: 06/15/2009 |
| PO BOX 578 | Debtor: TRIBUNE COMPANY |
| ALTON, IL 62002 | Comments: EXPUNGED |
| | DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $168.88 |

---

| PUGET SOUND ENERGY | Claim Number: 5843 |
| CLOSED ACCTS DEPT., BOT-01G | Claim Date: 06/16/2009 |
| P.O. BOX 90868 | Debtor: TRIBUNE TELEVISION NORTHWEST, INC. |
| BELLEVUE, WA 98009-0868 | Comments: DOCKET: 5689 (09/14/2010) |

| UNSECURED | Claimed: | $22,356.49 | Scheduled: | $14,212.42 |

---

| CANZONERI MCCORMICK, JO ANNA | Claim Number: 5844 |
| 342 N ATLANTIC BLVD | Claim Date: 06/16/2009 |
| ALHAMBRA, CA 91801-2217 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3186 (01/25/2010) |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $50,000,000,000.00 | UNLIQ |

---

| T-MOBILE USA INC | Claim Number: 5845 |
| P.O. BOX 53410 | Claim Date: 06/12/2009 |
| BELLEVUE, WA 98015 | Debtor: WCWN LLC |
| | Comments: DOCKET: 11993 (07/11/2012) |

| UNSECURED | Claimed: | $199.87 |

---

| HALME, JOUKO K. | Claim Number: 5846 |
| 3305 DRAKE CIRCLE | Claim Date: 06/18/2009 |
| RALEIGH, NC 27607 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $50,748.00 |

---

| LONGACRE OPPORTUNITY FUND, L.P. | Claim Number: 5847 |
| TRANSFEROR: GRAPHIC INDUSTRIES INC | Claim Date: 06/18/2009 |
| 1325 AVENUE OF THE AMERICAS FL 27 | Debtor: TRIBUNE DIRECT MARKETING, INC. |
| NEW YORK, NY 10019-6043 | Comments: ALLOWED |
| | DOCKET: 10420 (12/12/2011) |

| ADMINISTRATIVE | Claimed: | $11,972.89 |
| UNSECURED | | | Scheduled: | $11,972.89 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GAIMO ASSOCIATES LLP
JOSEPH O GIAIMO
80-02 KEW GARDENS RD
KEW GARDENS, NY 11415

Claim Number: 5848
Claim Date: 06/18/2009
Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $25,000,000.00 | | |

---

GIAIMO ASSOCIATES LLP
JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5849
Claim Date: 06/18/2009
Debtor: HOY, LLC
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $25,000,000.00 | | |

---

CRABHOUSE OF DOUGLASTON, INC.
C/O GIAIMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5850
Claim Date: 06/18/2009
Debtor: HOY, LLC
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |

---

CRABHOUSE OF DOUGLASTON, INC.
D/B/A DOUGLASTON MANOR
CO GIAIMO ASSOCIATES LLP, ATTN: J GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5851
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |

---

CRABHOUSE OF DOUGLASTON, INC. ET AL.
O. CV-04-00558-DRH-WDW.
% GIAIMO ASSOCIATES LLP; ATTN: J. GIAIMO
90-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5852
Claim Date: 06/18/2009
Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $255,000.00 | Scheduled: | $0.00 UNLIQ |

---

ENTERTAINMENT THIS WEEK
1030 W. JERICHO TURNPIKE, SUITE 7
ATTN: LEGAL COUNSEL
SMITHTOWN, NY 11787

Claim Number: 5853
Claim Date: 06/18/2009
Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $1,138,722.00 | | |

---

AZIM FAKIR, DBA Z DISTRIBUTION, INC.
C/O GIAIMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5854
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $112,118.32 | Scheduled: | $0.00 UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LAURENCE FURNELL, DBA LAURENCE FURNELL,
INC.
C/O GIAMO ASSOCIATES LLP; ATTN: J GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5855
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $330,593.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

THOMPSON, JAMES, DBA J&L AMERICAN
ENTERPRISES, LTD.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5856
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $119,080.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

AMBROSE,JOHN DBA HOME RUN
DISTRIBUTIONS, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5857
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $109,749.64 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CICCOTTO, WILLIAM, DBA WDC
C/O GIAMO ASSOCIATES LLP
ATTN: JOSEPH O. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5858
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $104,777.46 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

VON WEIDING, MARK, DBA PJT DELIVERY
SERVICE, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5859
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $140,753.78 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SMITH, THERESA, DBA ME-2-U DELIVERY
SERVICE
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5860
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $242,265.28 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SALAMONE, SALVATOER, DBA S.A.K.
DISTRIBUTION, INC.
CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

Claim Number: 5861
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $156,087.04 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| AUGUGULIARO, JOSEPH, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5862<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED          Claimed: | $106,108.10 | Scheduled: | $0.00 UNLIQ |
| KAY, JOHN M., DBA KAY DELIVERY, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5863<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED          Claimed: | $122,899.23 | Scheduled: | $0.00 UNLIQ |
| NAKELSKI, CHESTER, DBA C.J. NAKELSKI, INC.<br>CO GIAMO ASSOCIATES LLP, ATTN: J. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5864<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED          Claimed: | $57,044.00 | Scheduled: | $0.00 UNLIQ |
| DELUCA, SOUTH SHORE NEWS, INC.<br>C/O GIAMO ASSOCIATES LLP<br>ATTN: JOSEPH O. GIAIMO<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | Claim Number: 5865<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED          Claimed: | $140,760.86 | Scheduled: | $0.00 UNLIQ |
| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5866<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY          Claimed: | $0.00 UNDET | | |
| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5867<br>Claim Date: 06/18/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| PRIORITY          Claimed: | $0.00 UNDET | | |
| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5868<br>Claim Date: 06/18/2009<br>Debtor: SUN-SENTINEL COMPANY | | |
| PRIORITY          Claimed: | $0.00 UNDET | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WOOD, JIM - AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251920<br>LITTLE ROCK, AR 72225-1920 | Claim Number: 5869<br>Claim Date: 06/18/2009<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| CHRISTMAN, GERALD<br>2965 AVERY RD<br>SLATINGTON, PA 18080 | Claim Number: 5870<br>Claim Date: 06/18/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $23.22 | Scheduled: | $23.22 |
|---|---|---|---|---|

---

| CHRISTMAN, GERALD<br>2965 AVERY RD<br>SLATINGTON, PA 18080 | Claim Number: 5871<br>Claim Date: 06/18/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $29.04 | Scheduled: | $29.04 |
|---|---|---|---|---|

---

| CHRISTMAN, GERALD<br>2965 AVERY RD<br>SLATINGTON, PA 18080 | Claim Number: 5872<br>Claim Date: 06/18/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $41.71 | Scheduled: | $41.71 |
|---|---|---|---|---|

---

| CHRISTMAN, GERALD<br>2965 AVERY RD<br>SLATINGTON, PA 18080 | Claim Number: 5873<br>Claim Date: 06/18/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $49.71 | Scheduled: | $49.71 |
|---|---|---|---|---|

---

| KENT, DAVID H.<br>22347 KENT LANE<br>GRAND RAPIDS, MN 55744 | Claim Number: 5874<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $209.44 |
|---|---|---|
| UNSECURED | Claimed: | $14,000.00 |

---

| HYLAND-SAVAGE,GAILR.<br>24 VIA CAPRI<br>RANCHO PALOS VERDES, CA 90275 | Claim Number: 5875<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $5,779.00 | Scheduled: | $5,779.00  UNLIQ |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COLLINS, ROBERT<br>303 CHESTNUT AVE<br>FAYETTEVILLE, TN 37334-2349 | | Claim Number: 5876<br>Claim Date: 06/18/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,305.00 | | |

| MILLER, JERRY H.<br>924 MOUNTAIN TERRACE<br>HURST, TX 76053 | | Claim Number: 5877<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $202,992.00 | | |

| WILSON, ROBERT M.<br>3556 HAMPSHIRE DR.<br>BIRMINGHAM, AL 35223 | | Claim Number: 5878<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,074.80 | | |

| BRERETON, ERIN<br>600 S DEARBORN ST  NO.1009<br>CHICAGO, IL 60605 | | Claim Number: 5879<br>Claim Date: 06/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $750.00 | | |
| UNSECURED | | | Scheduled: | $750.00 |

| ZANDEN, NELS VANDER<br>18108 DORCICH CT<br>SARATOGA, CA 95070 | | Claim Number: 5880<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,374.00 | | |

| BIRKENTALL, ROBERT<br>947 NORTH HUMPHREY AVENUE<br>OAK PARK, IL 60302 | | Claim Number: 5881<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $22,350.00 | | |

| MADRIGAL, JAMES<br>C/O GARY STONE<br>111 W. WASHINGTON ST. STE 1030<br>CHICAGO, IL 60602 | | Claim Number: 5882<br>Claim Date: 06/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

APPLEBAUM, DOUGLAS
3104 N WINDSOR
ARLINGTON HEIGHTS, IL 60004

Claim Number: 5883
Claim Date: 06/18/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

APPLEBAUM, DOUGLAS R
3104 N WINDSOR
ARLINGTON HEIGHTS, IL 60004

Claim Number: 5884
Claim Date: 06/18/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

HENDRY, WILLIAM T.
1000 MIDNIGHT PASS
ROCKWALL, TX 75087

Claim Number: 5885
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30,460.78 |

---

ROEDER, EDWARD
JAMES B. WILCOX, JR. PLLC
JAMES B. WILCOX, JR.
2900 P. STREET N.W.
WASHINGTON, DC 20007

Claim Number: 5886
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

BADER, CHRISTINE
W 218 N 14304 HILLTOP CT
RICHFIELD, WI 53076

Claim Number: 5887
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,598.40 |

---

ROUSE, JAMES G.
1114 CHURCHILL DR
FLORENCE, KY 41042

Claim Number: 5888
Claim Date: 06/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,074.80 |

---

J & B SOFTWARE
510 TOWNSHIP LINE RD STE 100
BLUE BELL, PA 19422

Claim Number: 5889
Claim Date: 06/18/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,070.00 | | |
| UNSECURED | | | Scheduled: | $2,070.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BROOK, CAROL A<br>1453 W WINONA STREET<br>CHICAGO, IL 60640 | Claim Number: 5890<br>Claim Date: 06/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| DANTZLER, LEONARD<br>6123 KINGBIRD MANOR DR<br>LITHIA, FL 33547-5051 | Claim Number: 5891<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,570.40 | | |

| MADRIGAL, JAMES<br>C/O GARY STONE<br>111 W. WASHINGTON ST. STE 1030<br>CHICAGO, IL 60602 | Claim Number: 5892<br>Claim Date: 06/18/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNDET |

| HARRIS, STEVEN W.<br>950 WHITECHAPEL DR<br>SHILOH, IL 62269 | Claim Number: 5893<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,149.60 | | |

| HARRIS, ROY A.<br>PO BOX 753<br>GILMER, TX 75644-0753 | Claim Number: 5894<br>Claim Date: 06/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,598.40 | | |

| CITY OF SAN DIEGO<br>CITY OF SAN DIEGO<br>WATER DEPARTMENT<br>SAN DIEGO, CA 92187-0001 | Claim Number: 5895<br>Claim Date: 06/19/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,547.37 | Scheduled: | $1,485.64 |

| SOUTH SHORE MEDICAL SALES & SVCS LLC PSP<br>2286 BRIGHAM ST APT 2F<br>BROOKLYN, NY 11229-6116 | Claim Number: 5896<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,299.60 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MEBT HOLDING LLC<br>2 GRAPEVINE LANE<br>BLOOMINGTON, IL 61704 | Claim Number: 5897<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| SECURED | Claimed: | $54,000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

---

| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | Claim Number: 5898<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claimant asserts $1,233.48 monthly pension |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

---

| BRINK, JENNY L.<br>STONERIDGE RETIREMENT CENTER<br>186 JERRY BROWNE ROAD, UNIT # 5406<br>MYSTIC, CT 06355 | Claim Number: 5899<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $67,116.00  UNLIQ |
|---|---|---|---|---|

---

| CATANIA, ROBERT<br>P.O. BOX 1486<br>AGOURA HILLS, CA 91376-1486 | Claim Number: 5900<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $174.00 | | |
|---|---|---|---|---|

---

| SKENE, GEORGE N. IRA<br>6737 HEARTLAND CIR<br>TALLAHASSEE, FL 32312-7530 | Claim Number: 5901<br>Claim Date: 06/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $57,480.00 | | |
|---|---|---|---|---|

---

| CONGRESSIONAL QUARTERLY INC<br>1255 22ND ST NW SUITE 700<br>WASHINGTON, DC 20037 | Claim Number: 5902<br>Claim Date: 06/19/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| UNSECURED | Claimed: | $4,742.50 | Scheduled: | $4,742.50 |
|---|---|---|---|---|

---

| EDWARDS, DIANE<br>1466 WILSON MANOR CIR<br>LAWRENCEVILLE, GA 30045 | Claim Number: 5903<br>Claim Date: 06/19/2009<br>Debtor: THE BALTIMORE SUN COMPANY |
|---|---|

| PRIORITY | Claimed: | $15.96 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15.96 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CHINDEMI, CRAIG T. | Claim Number: 5904 |
| 236 BRYANT ST | Claim Date: 06/19/2009 |
| BUFFALO, NY 14222-2007 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $550,108.32 |

---

| TORRES, ISABEL | Claim Number: 5905 |
| 709 NORTH GLENMORE | Claim Date: 06/19/2009 |
| LOCKPORT, IL 60441 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 5434 (08/19/2010) |

| PRIORITY | Claimed: | $25,000.00 |

---

| APEX PRINTER REPAIR LLC | Claim Number: 5906 |
| 333 N MICHIGAN AVE  NO.832 | Claim Date: 06/19/2009 |
| CHICAGO, IL 60601 | Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC |

| UNSECURED | Claimed: | $535.65 | Scheduled: | $535.65 |

---

| MPS PRINTING SUPPLIES | Claim Number: 5907 |
| 1200 C AGORA DRIVE  NO.209 | Claim Date: 06/19/2009 |
| BEL AIR, MD 21014 | Debtor: HOMESTEAD PUBLISHING CO. |
| | Comments: ALLOWED |
| | DOCKET: 8146 (02/25/2011) |

| ADMINISTRATIVE | Claimed: | $1,332.08 | | |
| UNSECURED | Claimed: | $1,332.08 | Scheduled: | $1,332.08 |
| TOTAL | Claimed: | $1,332.08 | | |

---

| DANIEL J. HURLEY RESID. TRUST | Claim Number: 5908 |
| W.A. BAKER, TRUSTEE | Claim Date: 06/19/2009 |
| 83 EAGLE RUN | Debtor: TRIBUNE COMPANY |
| S. WINDSOR, CT 06074 | Comments: EXPUNGED |
| | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $15,224.40 |

---

| KENT, ROBERT W. & ELIZABETH A., TRUSTEES | Claim Number: 5909 |
| KENT FAMILY REVOCABLE TRUST | Claim Date: 06/19/2009 |
| U/A DATED 03/09/07 | Debtor: TRIBUNE COMPANY |
| 13084 FERNTAILS | Comments: EXPUNGED |
| ST. LOUIS, MO 63141 | DOCKET: 3013 (01/05/2010) |

| UNSECURED | Claimed: | $5,238.95   UNLIQ |

---

| APERTA INC | Claim Number: 5910 |
| 2180 SATELLITE BLVD STE 400 | Claim Date: 06/19/2009 |
| DULUTH, GA 30097-4927 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BARRAZA, HECTOR<br>C/O RICHARD RUIZ<br>1827 SAN PASQUEL STREET<br>PASADENA, CA 91107 | | Claim Number: 5911<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| UNSECURED | Claimed: | $1,888.17 | | |

| | | | | |
|---|---|---|---|---|
| SCHMITZ, ANDREW J.<br>9530 DUFFNEY DR<br>CORCORAN, MN 55374 | | Claim Number: 5912<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $18,000.00 | | |

| | | | | |
|---|---|---|---|---|
| RED BRICKS<br>1062 FOLSOM ST STE 300<br>SAN FRANCISCO, CA 94103 | | Claim Number: 5913<br>Claim Date: 06/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $250.00 | Scheduled: | $5,650.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: RED BRICKS MEDIA LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5914<br>Claim Date: 06/22/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $22,719.59 |

| | | | | |
|---|---|---|---|---|
| STACEY, JOHN<br>642 RIGGS CIR<br>DAVENPORT, FL 33897-6010 | | Claim Number: 5915<br>Claim Date: 06/22/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $47.70 | Scheduled: | $47.70 |

| | | | | |
|---|---|---|---|---|
| FMTC CUSTODIAN - ROTH IRA<br>FBO JOANA L TABA<br>41-525 FLAMINGO ST<br>WAIMANALO, HI 96795-1134 | | Claim Number: 5916<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $2,029.92 | | |

| | | | | |
|---|---|---|---|---|
| BLACK, GILLIAN D<br>94 YORK AVE<br>SARATOGA SPRINGS, NY 12866 | | Claim Number: 5917<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $9,665.27 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YURICHECK, STEPHEN F
140 WILLOW LN
NESQUEHONING, PA 18240

Claim Number: 5918
Claim Date: 06/22/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $205.04 | | |
| SECURED | Claimed: | $205.04 | | |
| UNSECURED | | | Scheduled: | $205.04 UNLIQ |
| TOTAL | Claimed: | $205.04 | | |

---

UGI UTILITIES, INC.
225 MORGANTOWN RD
READING, PA 19612-1949

Claim Number: 5919
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,994.82 |

---

HUNTING, SUSAN K.
764 GLEN DR.
PO BOX 803
MOVILLE, IA 51039

Claim Number: 5920
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,210.90 |

---

SOUTHEAST MEDIA GROUP
PO BOX 2703
TELLURIDE, CO 81435

Claim Number: 5921
Claim Date: 06/22/2009
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,424.75 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRAILER LOGISTICS CO OF IL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5922
Claim Date: 06/22/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,796.49 | Scheduled: | $2,174.46 |

---

LEVINE, STANLEY H.
1209 MARSALIS WAY
CARY, NC 27519-7070

Claim Number: 5923
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,299.20 |

---

WALL, ROBERT C. - IRA
15657 HEATHERGLEN DR
ORLAND PARK, IL 60462-2307

Claim Number: 5924
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $76,122.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WHEATLEY, JAMES
91 BRIDLEWOOD PLACE
CONCORD, NC 28025

Claim Number: 5925
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $149.60 | | |
| UNSECURED | Claimed: | $10,000.00 | | |

YOUNG, DONALD S.
3347 SAINT JOHNS CT
YORK, PA 17406-9763

Claim Number: 5926
Claim Date: 06/22/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,374.00 | | |

BRAMSON, ROBERT, MD. - IRA
PMB 169
139 CHARLES ST #A
BOSTON, MA 02114-3282

Claim Number: 5927
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,000.00 | | |

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5928
Claim Date: 06/23/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $185.79 |

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5929
Claim Date: 06/23/2009
Debtor: TRIBUNE PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $142.83 |

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5930
Claim Date: 06/23/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $6.50 |

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5931
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83.31 | Scheduled: | $50.61 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ARROW MESSENGER SERVICE
1322 W WALTON STREET
CHICAGO, IL 60642-5340

Claim Number: 5932
Claim Date: 06/23/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $444.97 |
|---|---|---|---|---|

---

ANNAPOLIS WEST LIMITED PARTNERSHIP
RE: ANNAPOLIS 60 WEST ST
C/O THE LOUGHLIN MANAGEMENT GROUP
60 WEST ST., SUITE 204
ANNAPOLIS, MD 21401

Claim Number: 5933
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 7791 (02/04/2011)

| UNSECURED | Claimed: | $226,037.00 |
|---|---|---|

---

LEWIS, RICHARD A.
C/O CHARLES SCHWAB & CO, INC. CUST
IRA CONTRIBUTORY
3674 VIA CALABRIA
ESCONDIDO, CA 92025

Claim Number: 5934
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $20,299.20 |
|---|---|---|

---

GOODMAN, THEODORE A.
THEODORE A. GOODMAN MD SEP-IRA
4348 BERRENDO DR.
SACRAMENTO, CA 95864

Claim Number: 5935
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $131,944.80 |
|---|---|---|

---

HALL, GARY D.
350 LONGWOOD PLACE
JONESBORO, GA 30236

Claim Number: 5936
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $40,598.40 |
|---|---|---|

---

DANIELS, ROBERT
18501 NW 39TH CT
CAROL CITY, FL 33055-2825

Claim Number: 5937
Claim Date: 06/23/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $209.64 | Scheduled: | $209.64 |
|---|---|---|---|---|

---

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: CHRISTIE PARKER HALE, LLP
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5938
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $3,265.22 | Scheduled: | $3,265.22 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ALU, MARY E
2336 WASHINGTON STREET
ALLENTOWN, PA 18104

Claim Number: 5939
Claim Date: 06/23/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 12362 (08/31/2012)

| UNSECURED | Claimed: | $2,679.40 | Scheduled: | $2,679.40 UNLIQ |
|---|---|---|---|---|

LAZAROU, SPIROS A., M.D.
KUKINARA 40
KIFISIA, 14562
GREECE

Claim Number: 5940
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

BRENNAN, DEBORAH
PO BOX 1336
IDYLLWILD, CA 92549

Claim Number: 5941
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 2271 (10/02/2009)

| UNSECURED | Claimed: | $4,691.25 |
|---|---|---|

REBACKOFF, ZACH
33 NELSON AVE FL 2
HARRISON, NY 10528-3222

Claim Number: 5942
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| PRIORITY | Claimed: | $150.00 |
|---|---|---|

BERESWILL, PAUL
622 SO MAIN ST
FREEPORT, NY 11520

Claim Number: 5943
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
Pension Plan, ESOP, Cash Balance Plan

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FAY, DONALD
712 30TH AVE
SAN MATEO, CA 94403

Claim Number: 5944
Claim Date: 06/23/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 |
|---|---|---|

ALU,MARY ELLEN E
2336 WASHINGTON STREET
ALLENTOWN, PA 18104

Claim Number: 5945
Claim Date: 06/23/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 9346 (06/24/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COLISEUM OF COMICS<br>4672 MILLENIA PLAZA WAY<br>ORLANDO, FL 32839-2434 | Claim Number: 5946<br>Claim Date: 06/23/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
|---|---|

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |
|---|---|---|---|---|

| ALU, MARYELLEN<br>2336 WASHINGTON STREET<br>ALLENTOWN, PA 18104 | Claim Number: 5947<br>Claim Date: 06/23/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| SHANKLIN, GARY<br>10202 MT. GLEASON AVE<br>TUJUNGA, CA 91042 | Claim Number: 5948<br>Claim Date: 06/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $71,047.20 |
|---|---|---|

| RODRIGUEZ, NELSON JR.<br>5128 GOLDEN LANE<br>FORT WORTH, TX 76123 | Claim Number: 5949<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $30,448.80 |
|---|---|---|

| SAVETZ, BERNARD & LENORE<br>3450 LAWRENCE AVE<br>OCEANSIDE, NY | Claim Number: 5950<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $152,244.00 |
|---|---|---|

| PHELPS, CAROLE<br>175 TIMROD ROAD<br>MANCHESTER, CT 06040 | Claim Number: 5951<br>Claim Date: 06/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| PRIORITY | Claimed: | $11,457.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,488,543.00 |

| GALE, NATHANIEL J<br>6 CONE ST<br>HARTFORD, CT 06105 | Claim Number: 5952<br>Claim Date: 06/24/2009<br>Debtor: THE HARTFORD COURANT COMPANY |
|---|---|

| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BRUCE, DONALD W.
3 RED OAK DR
BOILING SPRINGS, PA 17007

Claim Number: 5953
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $15,224.40 | | |
|---|---|---|---|---|

---

DOVER, LINDON LANCELERT
43 WESTWOOD AVENUE
HARROW, MIDDLESEX, HA2 8NR
UNITED KINGDOM

Claim Number: 5954
Claim Date: 06/24/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $16,239.36 | | |
|---|---|---|---|---|

---

INTERMARKETS
SUITE 318 344 MAPLE AVENUE WEST
VIENNA, VA 22180

Claim Number: 5955
Claim Date: 06/25/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $10,000.00 UNLIQ |
|---|---|---|---|---|

---

CLASSIC TENTS
540 HAWAII AVE
TORRANCE, CA 90503

Claim Number: 5956
Claim Date: 06/25/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |
|---|---|---|---|---|

---

KELLY, MARGARET
8250 BRENTWOOD CT
ARVADA, CO 80005

Claim Number: 5957
Claim Date: 06/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 | | |
|---|---|---|---|---|

---

PAVIA III, JOHN P
311 SILVER HILL RD
BOSTON, CT 06612-1119

Claim Number: 5958
Claim Date: 06/26/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $80.00 |
|---|---|---|---|---|

---

HK SYSTEMS
265 S 5200 W
SALT LAKE CTY, UT 84104-6007

Claim Number: 5959
Claim Date: 06/26/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 11673 (05/23/2012)

| UNSECURED | Claimed: | $22,500.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STIER, HOWARD L., JR.<br>4112 SEQUOIA TRL W<br>GEORGETOWN, TX 78628-1426 | | Claim Number: 5960<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,329.12 | | |

| VARKONY, PAMELA D<br>933 N 26TH ST<br>ALLENTOWN, PA 18104 | | Claim Number: 5961<br>Claim Date: 06/26/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

| SHEFFIELD, RF<br>14 RANGERS ROAD<br>MALENY, QUEENSLAND, Q 4552<br>AUSTRALIA | | Claim Number: 5962<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,149.60 | | |

| STRAIN, MARGARET M.<br>1665 SPINNAKER DR<br>ALPHARETTA, GA 30005 | | Claim Number: 5963<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,374.00 | | |

| PURI, SURRINDER K.<br>865 OAKDALE RD<br>ATLANTA, GA 30307 | | Claim Number: 5964<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,374.00 | | |

| HASSELL, PAMELA M.<br>269 MILL CREEK CT<br>ACWORTH, GA 30101 | | Claim Number: 5965<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,299.20 | | |

| ATALA, ONALA M.<br>4840 COX RD<br>GLEN ALLEN, VA 23060-6292 | | Claim Number: 5966<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,299.20 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| MEYER, DANNY & KELLY<br>8891 LEE REEVES RD<br>TALLAHASSEE, FL 32309 | | Claim Number: 5967<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $60,897.60 |

---

| | | |
|---|---|---|
| STAZAK, THOMAS W.<br>3950 SCHOONER RIDGE<br>ALPHARETTA, GA 30004 | | Claim Number: 5968<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,299.20 |

---

| | | |
|---|---|---|
| BRUGGEMAN, DAN R.<br>126 E CHURCH ST<br>ADRIAN, MI 49221 | | Claim Number: 5969<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $91,346.40 |

---

| | | |
|---|---|---|
| GARRETT, F. WALKER<br>787 BROADOAK LOOP<br>LAKE FOREST, FL 32771 | | Claim Number: 5970<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $40,598.40 |

---

| | | |
|---|---|---|
| BOLLING, C.B.<br>410 PINE GROVE RD<br>ROSWELL, GA 30075 | | Claim Number: 5971<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $60,897.60 |

---

| | | |
|---|---|---|
| NYC DEPT. OF FINANCE, AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 5972<br>Claim Date: 06/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11963 (07/06/2012)<br>Amends claim 3021 |
| PRIORITY | Claimed: | $1,830,123.00   UNLIQ |

---

| | | |
|---|---|---|
| CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | | Claim Number: 5973<br>Claim Date: 06/05/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC. |
| UNSECURED | Claimed: | $12,827.77 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STERLING COMMERCE, INC.<br>4600 LAKEHURST CT<br>DUBLIN, OH 43016 | Claim Number: 5974<br>Claim Date: 06/22/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
|---|---|

| UNSECURED | Claimed: | $607.19 | Scheduled: | $607.19 |
|---|---|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 5975<br>Claim Date: 06/22/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $910.80 |
|---|---|---|

| ACCOUNTEMPS<br>2613 CAMINO RAMON #3<br>SAN RAMON, CA 94583-9128 | Claim Number: 5976<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $400.00 |
|---|---|---|

| CREATIVE GROUP, THE<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 5977<br>Claim Date: 06/22/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,004.50 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 5978<br>Claim Date: 06/22/2009<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11162 (03/15/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $272.00 |
|---|---|---|

| TARRANT COUNTY<br>C/O LINEBARGER BOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 5979<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4782 (06/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21.05  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |

| DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 5980<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 4788 (06/15/2010) |
|---|---|

| SECURED | Claimed: | $70.96  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON,<br>LLP; ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 5981<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

| HIRAM ELECTRICAL CONTRACTORS, INC<br>1490 MARCUS CT<br>PARK RIDGE, IL 60068 | Claim Number: 5982<br>Claim Date: 06/29/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |

| UNSECURED | Claimed: | $5,920.00 |

---

| HIRAM ELECTRICAL CONTRACTOR<br>1490 MARCUS CT<br>PARK RIDGE, IL 60068 | Claim Number: 5983<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $6,970.93 |

---

| IRVINE, STAR<br>C/O PEYMAN & RAHNAMA<br>11801 WASHINGTON BLVD 2ND FLOOR<br>LOS ANGELES, CA 90066 | Claim Number: 5984<br>Claim Date: 06/29/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 5914 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |

| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00 UNDET |

---

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:WASHINGTON POST WRITERS<br>GROUP<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5985<br>Claim Date: 06/29/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |

| UNSECURED | Claimed: | $1,350.00 |

---

| MINUTE MAN DELIVERY<br>P O BOX 3759<br>GARDENA, CA 90247-7459 | Claim Number: 5986<br>Claim Date: 06/29/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $103.69 |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 5987<br>Claim Date: 06/29/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2668 (11/25/2009) |

| PRIORITY | Claimed: | $18,507.69 |
| UNSECURED | Claimed: | $13,950.25 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: COMP-AIR SERVICE COMPANY
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5988
Claim Date: 06/29/2009
Debtor: SUN-SENTINEL COMPANY

| UNSECURED | Claimed: | $1,980.00 | Scheduled: | $1,980.00 |
|-----------|----------|-----------|------------|-----------|

---

OREGON DEPARTMENT OF REVENUE
REVENUE BUILDING
955 CENTER STREET NE
SALEM, OR 97301-2555

Claim Number: 5989
Claim Date: 06/29/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $154.25 |
|----------|----------|---------|

---

WPLJ RADIO LLC
2 PENN PLAZA
NEW YORK, NY 10121

Claim Number: 5990
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $35,893.80 |
|-----------|----------|------------|

---

FEDCOM CREDIT UNION
150 ANN ST NW
GRAND RAPIDS, MI 49505

Claim Number: 5991
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $515,505.21 |
|-----------|----------|-------------|

---

MATHIAS WASHINGTON COUNTY CHARITABLE
TRUST, THE
12019 BAYER DRIVE
SMITHSBURG, MD 21783

Claim Number: 5992
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $1,051,498.56 |
|-----------|----------|---------------|

---

WINTERHEIMER, WAYNE
1882 ST. JOHN 31B
SEAL BEACH, CA 90740-4355

Claim Number: 5993
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,000.00 |
|-----------|----------|------------|

---

FARMINGTON TAX COLLECTOR
1 MONTEITH DRIVE
TOWN HALL
FARMINGTON, CT 06032-1053

Claim Number: 5994
Claim Date: 06/29/2009
Debtor: TRIBUNE TELEVISION COMPANY

| PRIORITY | Claimed: | $610.86 | Scheduled: | $0.00 UNLIQ |
|----------|----------|---------|------------|-------------|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHWARTZ, ANDREY
393 MULLINIX WAY
SAN JOSE, CA 95136-3777

Claim Number: 5995
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,224.40 | |

---

RUSSELL, DAVID A & WANDA S, TTEES
RUSSELL LIVING TRUST U/D 8-25-97
738 LANINA PL
KIHEI, HI 96753-9311

Claim Number: 5996
Claim Date: 06/29/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,374.00 | |

---

HR SLATER COMPANY
2050 W 18TH ST
CHICAGO, IL 60608

Claim Number: 5997
Claim Date: 06/29/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $1,210.00 | Scheduled: | $1,210.00 |

---

FARMINGTON TAX COLLECTOR
1 MONTEITH DRIVE
TOWN HALL
FARMINGTON, CT 06032-1053

Claim Number: 5998
Claim Date: 06/29/2009
Debtor: TRIBUNE TELEVISION COMPANY

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $36,570.23 | |

---

MOORE, KEVIN
1705 MAUMEE AVE
ALLENTOWN, PA 18103

Claim Number: 5999
Claim Date: 06/29/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 5434 (08/19/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $752.08 | Scheduled: | $752.08 UNLIQ |

---

LOCHRIDGE, MICHAEL W
782 SWAYING PALM DRIVE
APOPKA, FL 32712

Claim Number: 6000
Claim Date: 06/29/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 10021 (10/19/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,105.40 | |

---

ZANGHI, CHRISTOPHER
265 MESQUITE RIDGE LN
HENDERSON, NV 89012

Claim Number: 6001
Claim Date: 07/08/2009
Debtor: WDCW BROADCASTING, INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | |

---

Epiq Bankruptcy Solutions, LLC

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LOS ANGELES, OFFICE OF FINANCE<br>LOST ANGELES CITY ATTORNEY'S OFFICE<br>ATTN: WENDY LO<br>200 NORTH MAIN STREET, STE. 920<br>LOS ANGELES, CA 90012 | | Claim Number: 6002<br>Claim Date: 06/30/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| PRIORITY | Claimed: | $80,380.88 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CITADEL BROADCASTING CORP<br>3375 MERRIAM ST<br>MUSKEGON, MI 49444 | | Claim Number: 6003<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | | |
| PRIORITY | Claimed: | $787.86 | | | |
| UNSECURED | | | Scheduled: | $787.86 | |

---

| | | | | | |
|---|---|---|---|---|---|
| CITADEL BROADCASTING CORP<br>60 MONROE CENTER NW  STE 1000<br>GRAND RAPIDS, MI 49503 | | Claim Number: 6004<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 2575 (11/16/2009) | | | |
| UNSECURED | Claimed: | $17,321.30 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SINGLA, VINITA<br>5 STUYVSANT OVAL<br>APT 7E<br>NEW YORK, NY 10009-2128 | | Claim Number: 6005<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $4,000.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SAUSSER, DALE<br>2100 FARNSWORTH WAY<br>RANCHO CORDOVA, CA 95670-2215 | | Claim Number: 6006<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $20,299.20 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FORWARD, HARVEY<br>2404 LORING ST #9<br>SAN DIEGO, CA 92109 | | Claim Number: 6007<br>Claim Date: 06/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $2,029.92 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WILDRICK, CHRISTIAN<br>1051 BUTLER ST<br>EASTON, PA 18042 | | Claim Number: 6008<br>Claim Date: 07/01/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $307.33  UNLIQ | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| AT&T CORP.<br>AT&T SERVICE, INC.<br>ATTN: JOHN JACKSON, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 6009<br>Claim Date: 07/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |
| UNSECURED          Claimed: | $992,488.01 | |

---

| | | |
|---|---|---|
| GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K BROWN, JR., LAW OFFICES OF<br>RONALD K BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | Claim Number: 6010<br>Claim Date: 07/01/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) | |
| UNSECURED          Claimed: | $171,906.50 | |

---

| | | | |
|---|---|---|---|
| LOPER,JEANMARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | Claim Number: 6011<br>Claim Date: 07/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED | | |
| UNSECURED          Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |

---

| | | | |
|---|---|---|---|
| LOPER, JEAN MARIE<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | Claim Number: 6012<br>Claim Date: 07/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| UNSECURED          Claimed: | $0.00   UNDET | Scheduled: | $5,849.34 UNLIQ |

---

| | | |
|---|---|---|
| JEAN MARIE LOPER<br>8 SKIP LANE<br>BURLINGTON, CT 06013 | Claim Number: 6013<br>Claim Date: 07/01/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

---

| | | | |
|---|---|---|---|
| LEE, JASON P<br>343 E 30TH ST APT 1L<br>NEW YORK, NY 10016-6414 | Claim Number: 6014<br>Claim Date: 07/01/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY          Claimed: | $1,200.00 | | |
| UNSECURED | | Scheduled: | $1,200.00 |

---

| | | |
|---|---|---|
| LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | Claim Number: 6015<br>Claim Date: 06/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | |
| UNSECURED          Claimed: | $1,268.80 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TARRANT COUNTY
ATTN: E. WELLER; M. DEEDS; L. SPINDLER
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6016
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 4783 (06/14/2010)

| ADMINISTRATIVE | Claimed: | $21.05 UNLIQ |
|---|---|---|

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 6017
Claim Date: 06/30/2009
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 4789 (06/15/2010)

| SECURED | Claimed: | $70.96 |
|---|---|---|

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 6018
Claim Date: 06/30/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| ADMINISTRATIVE | Claimed: | $44,895.89 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

ENGLISH, PHIL
2122 W THOMAS STREET
CHICAGO, IL 60622

Claim Number: 6019
Claim Date: 07/02/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

---

ENGLISH, PHIL
2122 W THOMAS STREET
CHICAGO, IL 60622

Claim Number: 6020
Claim Date: 07/02/2009
Debtor: CHICAGO TRIBUNE COMPANY

| UNSECURED | Claimed: | $251.00 | Scheduled: | $251.00 |
|---|---|---|---|---|

---

NEWMAN CTR. FOR WOMEN, P.L.
PO BOX 951873
LAKE MARY, FL 32795-1873

Claim Number: 6021
Claim Date: 07/02/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $147.52 | Scheduled: | $147.52 |
|---|---|---|---|---|

---

BARRETT, J LARRE
14 DRYPETES COURT EAST
HOMOSASSA, FL 34446

Claim Number: 6022
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $7,496.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DURIE, MARCIA W.
1880 BAY ROAD #219
VERO BEACH, FL 32963

Claim Number: 6023
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $39,108.40 | | |

---

SCHAB, DAVID
104 S CAN DOTA AVE
MOUNT PROSPECT, IL 60056

Claim Number: 6024
Claim Date: 07/02/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $8.00 |

---

BARNBY, NANCY W.
CHARLES SCHWAB & CO. INC. CUSTODIAN
IRA ROLLOVER
169 SPRUCE AVE
MENLO PARK, CA 94025-3039

Claim Number: 6025
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $45,673.20 | | |

---

SINGER, JACOB
1636 40TH ST
BROOKLYN, NY 11218

Claim Number: 6026
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $8,119.68 | | |

---

EMICK, SHAREN P.
171 GRANGER ROAD UNIT #125
MEDINA, OH 44256

Claim Number: 6027
Claim Date: 07/02/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $106,570.80 | | |

---

GALAUSKAS, JAMES
14 N ORCHARD
ROUND LAKE, IL 60073

Claim Number: 6028
Claim Date: 07/06/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| PRIORITY | Claimed: | $8,511.75 | | |

---

MCKINNEY, MARCELLA
6555 N. ASHLAND AVENUE
CHICAGO, IL 60626

Claim Number: 6029
Claim Date: 07/06/2009
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 5914 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $180,000.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| WRIGHT, JULIE A<br>1990 MT. SHASTA DRIVE<br>SAN PEDRO, CA 90732 | | Claim Number: 6030<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| DOWNES, BRIAN P.<br>PO BOX 518<br>WINTERSET, IA 50273 | | Claim Number: 6031<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>Claim is for $419.20/month for life |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BALLINGER, BRENT<br>198 MILL CREEK LN<br>BARDSTOWN, KY 40004-8906 | | Claim Number: 6032<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $1,014,960.00 |

---

| | | |
|---|---|---|
| MORGAN, MARY T<br>1 LAFAYETTE ST<br>HUDSON FALLS, NY 12839 | | Claim Number: 6033<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| HOFFNER, CONRAD C.<br>2430 SODERBLOM AVE<br>SAN DIEGO, CA 92122 | | Claim Number: 6034<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $8,119.68 |

---

| | | |
|---|---|---|
| LEVENTHAL, RICHARD A<br>ROLLOVER IRA<br>12059 HAMPTON CT<br>CARMEL, IN 46033 | | Claim Number: 6035<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $20,259.20 |

---

| | | |
|---|---|---|
| KECK, LARRY<br>1850 2B ROAD<br>BREMEN, IN 46506 | | Claim Number: 6036<br>Claim Date: 07/06/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $23,344.08 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: FIRST ALLIED CORP
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 6037
Claim Date: 07/06/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $1,038.00 | Scheduled: | $1,038.00 |
|---|---|---|---|---|

DESIGN LEAGUE INC
204 YALE AVE  SUITE A
CLAREMONT, CA 91711

Claim Number: 6038
Claim Date: 07/06/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| UNSECURED | Claimed: | $1,240.00 | Scheduled: | $1,240.00 |
|---|---|---|---|---|

TIME WARNER CABLE
ATTN MEDIA SALES ACCTNG
PO BOX 849151
DALLAS, TX 75284-9151

Claim Number: 6039
Claim Date: 07/06/2009
Debtor: TRIBUNE TELEVISION COMPANY

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $189,992.00 |
|---|---|---|---|---|

CRONIN, BONNIE
THE CUMMINGS LAW FIRM LLC
JAMES W CUMMINGS
W FARRELL, 21 HOLMES AVE
WATERBURY, CT 06710

Claim Number: 6040
Claim Date: 07/06/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $15,000.00  UNLIQ |
|---|---|---|

MOVING COST INC
2000 N STATE ROAD 7
MARGATE, FL 33063-5712

Claim Number: 6041
Claim Date: 07/07/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $1,475.00 |
|---|---|---|

SHANKLIN, GEOFFREY N
1122 N BRAND BLVD, # 202
GLENDALE, CA 91202

Claim Number: 6042
Claim Date: 07/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $115,000.00 |
|---|---|---|

LEUNG, YING TSZ
10202 MOUNT GLEASON AVE
TUJUNGA, CA 91042-2108

Claim Number: 6043
Claim Date: 07/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| SECURED | Claimed: | $13,000.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| RITCH, JONATHAN
35 ORCHARD STREET
COS COB, CT 06807 | | Claim Number: 6044
Claim Date: 07/08/2009
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 3803 (03/22/2010) | |
| PRIORITY
UNSECURED | Claimed: | $4,057.65
Scheduled: | $4,057.65 |

---

| | | | |
|---|---|---|---|
| TECHNAVIA PRESS, INC
14055 GRAND AVE SOUTH, SUITE G
BURNSVILLE, MN 55337 | | Claim Number: 6045
Claim Date: 07/09/2009
Debtor: CHICAGOLAND PUBLISHING COMPANY
Comments: DOCKET: 12685 (11/06/2012) | |
| UNSECURED | Claimed: | $357.08 | |

---

| | | | |
|---|---|---|---|
| TECNAVIA PRESS INC
14055 GRAND AVE      STE G
BURNSVILLE, MN 55337 | | Claim Number: 6046
Claim Date: 07/09/2009
Debtor: THE BALTIMORE SUN COMPANY | |
| UNSECURED | Claimed: | $399.98      Scheduled: | $399.98 |

---

| | | | |
|---|---|---|---|
| TECNAVIA PRESS INC
14055 GRAND AVE      STE G
BURNSVILLE, MN 55337 | | Claim Number: 6047
Claim Date: 07/09/2009
Debtor: CHICAGO TRIBUNE COMPANY | |
| UNSECURED | Claimed: | $3,256.83      Scheduled: | $3,256.83 |

---

| | | | |
|---|---|---|---|
| TECNAVIA PRESS INC
14055 GRAND AVE      STE G
BURNSVILLE, MN 55337 | | Claim Number: 6048
Claim Date: 07/09/2009
Debtor: THE HARTFORD COURANT COMPANY | |
| UNSECURED | Claimed: | $4,830.64      Scheduled: | $4,830.64 |

---

| | | | |
|---|---|---|---|
| WRITE STUFF COMMUNICATIONS INC
17717 SILCOTT SPRINGS RD
PURCELLVILLE, VA 20132-3425 | | Claim Number: 6049
Claim Date: 07/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED | |
| ADMINISTRATIVE | Claimed: | $2,460.00 | |

---

| | | | |
|---|---|---|---|
| GREGORAC, ROBERT J.
1722 BUCHANAN DR.
AMES, IA 50010 | | Claim Number: 6050
Claim Date: 07/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010) | |
| UNSECURED | Claimed: | $25,374.00 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

VELAPOLDI, FRANK M.
24304 KINTAIL CT
PORT CHARLOTTE, FL 33980

Claim Number: 6051
Claim Date: 07/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| UNSECURED | Claimed: | $10,149.60 | | |

---

HONORWAY INVESTMENT CORPORATION
RE: SAN FRANCISCO 388 MARKET
388 MARKET STREET
SUITE 1568
SAN FRANCISCO, CA 94111

Claim Number: 6052
Claim Date: 07/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| UNSECURED | Claimed: | $95,448.00 | | |

---

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY, THE
US EPA REGION 3, MIKE HENDERSHOT
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029

Claim Number: 6053
Claim Date: 07/10/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: WITHDRAWN
DOCKET: 5605 (09/02/2010)

| UNSECURED | Claimed: | $2,400,000.00 | | |

---

CORNER LLC
C/O PENELOPE PARMES
RUTAN & TUCKER LLP
611 ANTON BLVD., 14TH FLOOR
COSTA MESA, CA 92626

Claim Number: 6054
Claim Date: 07/10/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 11226 (03/22/2012)

| UNSECURED | Claimed: | $25,480.00 | | |

---

FOX SPORTS NET OHIO
10201 W PICO BLVD BLDG 103 # 3147
LOS ANGELES, CA 90035

Claim Number: 6055
Claim Date: 07/10/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments:
Amends claim 4342

| UNSECURED | Claimed: | $22,963.61 | Scheduled: | $22,963.61 |

---

NORTHERN MECHANICAL SERVICES
30 PROGRESS BLVD
QUEENSBURY, NY 12804

Claim Number: 6056
Claim Date: 07/10/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $510.93 | Scheduled: | $601.88 |

---

BISCHOF, MARK
1138 8TH ST
CATASAUQUA, PA 18032

Claim Number: 6057
Claim Date: 07/10/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4101 (04/19/2010)

| ADMINISTRATIVE | Claimed: | $205.04 | | |
| UNSECURED | | | Scheduled: | $205.04 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| STEVENS, THOMAS<br>1801 MICHAELS CT<br>HENDERSON, NV 89014 | | Claim Number: 6058<br>Claim Date: 07/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $2,200.00 |
| MONEY SERVICE CENTERS OF HAWAII, INC.<br>4-901 G KUHIO HWY.<br>KAPAA, HI 96746 | | Claim Number: 6059<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10486 (12/21/2011) |
| UNSECURED | Claimed: | $0.00 |
| PICOS, DORA GUADALUPE<br>CALLE PEDRO ASCENCIO 717<br>ENTRE PANFILO NARVAEZ Y COSTA<br>DE HERMOSILLO FRACC VIRREYES<br>HERMOSILLO, SONORA, 6622 065 6<br>MEXICO | | Claim Number: 6060<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $539.50 |
| MCGRAW-HILL COMPANIES<br>RE: SAN DIEGO SAN MIGUEL MOUN<br>4600 AIR WAY<br>SAN DIEGO, CA 92102 | | Claim Number: 6061<br>Claim Date: 07/13/2009<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
| UNSECURED | Claimed: | $2,443.42 |
| SPRECK CORP., A CALIFORNIA CORPORATION<br>SPRECKELS BUILDING<br>121 BROADWAY, SUITE 600<br>SAN DIEGO, CA 92101 | | Claim Number: 6062<br>Claim Date: 07/13/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) |
| UNSECURED | Claimed: | $4,475.66 |
| OREGON DEPARTMENT OF REVENUE<br>955 CENTER STREET NE<br>SALEM, OR 97301 | | Claim Number: 6063<br>Claim Date: 07/13/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| PRIORITY | Claimed: | $74.40 |
| HENDERSON, LAURA W.<br>106 GREAT LAKE DR.<br>CARY, NC 27519 | | Claim Number: 6064<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
| UNSECURED | Claimed: | $15,224.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| MYLANDER, HOWARD W.<br>11286 W ROYAL RIDGE CT<br>NAMPA, ID 83686-5360 | | Claim Number: 6065<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3290 (02/02/2010) |
| SECURED | Claimed: | $20,000.00   UNLIQ |

---

| | | |
|---|---|---|
| ARMSTEAD, BLISSE<br>225 REFLECTION DRIVE<br>WILLIAMSBURG, VA 23188 | | Claim Number: 6066<br>Claim Date: 07/13/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
| PRIORITY | Claimed: | $5,788.71 |

---

| | | |
|---|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>MATTHEW J. TROY, TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | | Claim Number: 6067<br>Claim Date: 07/13/2009<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12977 (01/07/2013) |
| SECURED | Claimed: | $352,500.00 |

---

| | | |
|---|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>MATTHEW J. TROY, TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | | Claim Number: 6068<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12977 (01/07/2013) |
| SECURED | Claimed: | $682,520.00 |

---

| | | |
|---|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>MATTHEW J. TROY, TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | | Claim Number: 6069<br>Claim Date: 07/13/2009<br>Debtor: CHANNEL 40, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12977 (01/07/2013) |
| SECURED | Claimed: | $747,500.00 |

---

| | | |
|---|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>MATTHEW J. TROY, TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | | Claim Number: 6070<br>Claim Date: 07/13/2009<br>Debtor: KIAH INC.<br>Comments: WITHDRAWN<br>DOCKET: 12977 (01/07/2013) |
| SECURED | Claimed: | $32,500.00 |

---

| | | |
|---|---|---|
| FEDERAL COMMUNICATIONS COMMISSION<br>MATTHEW J. TROY, TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | | Claim Number: 6071<br>Claim Date: 07/13/2009<br>Debtor: KSWB INC.<br>Comments: WITHDRAWN<br>DOCKET: 12977 (01/07/2013) |
| SECURED | Claimed: | $369,510.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6072
Claim Date: 07/13/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $650,000.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6073
Claim Date: 07/13/2009
Debtor: KWGN INC.

| SECURED | Claimed: | $32,500.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6074
Claim Date: 07/13/2009
Debtor: WPIX, INC.
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $1,072,500.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6075
Claim Date: 07/13/2009
Debtor: TRIBUNE TELEVISION HOLDINGS, INC.
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $390,010.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6076
Claim Date: 07/13/2009
Debtor: KTLA INC.
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $1,625,000.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6077
Claim Date: 07/13/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $845,000.00 |
|---|---|---|

---

FEDERAL COMMUNICATIONS COMMISSION
MATTHEW J. TROY, TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
P.O. BOX 875, BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Claim Number: 6078
Claim Date: 07/13/2009
Debtor: TRIBUNE BROADCAST HOLDINGS, INC.
Comments: WITHDRAWN
DOCKET: 12977 (01/07/2013)

| SECURED | Claimed: | $32,500.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SEGEV, RAHAV<br>340 W 28TH ST APT 21C<br>NEW YORK, NY 10001-4763 | | Claim Number: 6079<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $605.00 | |
| SEGEV, RAHAV<br>PHOTOPASS<br>340 W. 28TH ST. #21C<br>NEW YORK, NY 10001 | | Claim Number: 6080<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | |
| UNSECURED | Claimed: | $605.00 | |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: NAPER SMALL BUSINESS, LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 6081<br>Claim Date: 07/13/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) | |
| UNSECURED | Claimed: | $40,636.70 | |
| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | | Claim Number: 6082<br>Claim Date: 07/13/2009<br>Debtor: KWGN INC.<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $234,165.35 | |
| ZERWEKH, JAMES D<br>401 CLEARWATER DR<br>PONTE VEDRA, FL 32082-4176 | | Claim Number: 6083<br>Claim Date: 07/13/2009<br>Debtor: TRIBUNE COMPANY | |
| PRIORITY | Claimed: | $453.59 | |
| UNSECURED | | Scheduled: | $453.59 |
| CHANNON, MARK<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | | Claim Number: 6084<br>Claim Date: 07/14/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | |
| UNSECURED | Claimed: | $11,900.00 | |
| CHANNON, MARK P<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | | Claim Number: 6085<br>Claim Date: 07/14/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | |
| PRIORITY | Claimed: | $408.35 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CHANNON, MARK P.<br>112 MEADOWVIEW DRIVE<br>TORRINGTON, CT 06790 | | Claim Number: 6086<br>Claim Date: 07/14/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |

| PRIORITY | Claimed: | $3,855.85 | | |
|---|---|---|---|---|

| VELEZ,EMMA<br>5704 N.W. 27TH STREET<br>MARGATE, FL 33063 | | Claim Number: 6087<br>Claim Date: 07/14/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | |

| SECURED | Claimed: | $2,516.04 | | |
|---|---|---|---|---|

| CENTOFANTE GROUP INC<br>333 SOUTH STATE STREET<br>NO. V144<br>LAKE OSWEGO, OR 97034 | | Claim Number: 6088<br>Claim Date: 07/14/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC | | |

| UNSECURED | Claimed: | $3,850.48 | Scheduled: | $3,850.48 |
|---|---|---|---|---|

| MOSKOVITZ, MARION<br>8422 SOUTHRIDGE DR<br>HOWELL, MI 48843-8107 | | Claim Number: 6089<br>Claim Date: 07/14/2009<br>Debtor: SUN-SENTINEL COMPANY | | |

| UNSECURED | Claimed: | $24.75 | Scheduled: | $22.31 |
|---|---|---|---|---|

| PUGH, TRACY<br>5256 CR 3305<br>JACKSONVILLE, TX 75766 | | Claim Number: 6090<br>Claim Date: 07/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |

| UNSECURED | Claimed: | $2,029.92 | | |
|---|---|---|---|---|

| KARMANIAN, KENDALL<br>2401 W OHIO ST    NO.27<br>CHICAGO, IL 60612 | | Claim Number: 6091<br>Claim Date: 07/16/2009<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments: DOCKET: 4102 (04/19/2010) | | |

| UNSECURED | Claimed: | $450.00 | | |
|---|---|---|---|---|

| AVILLO FOR CONGRESS<br>C/O MARY ELLEN HOYT - TREASURER<br>1755 HILLOCK LANE<br>YORK, PA 17403 | | Claim Number: 6092<br>Claim Date: 07/17/2009<br>Debtor: TRIBUNE TELEVISION COMPANY | | |

| UNSECURED | Claimed: | $1,075.00 | Scheduled: | $1,065.00 |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MCCALAHAN, TRACY
38713 TIERRA SUBIDA AVE STE 200
PALMDALE, CA 93551-4562

Claim Number: 6093
Claim Date: 07/17/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30.75 | Scheduled: | $30.75 |

---

PROLOGIS CALIFORNIA I, LLC
C/O EDWARD J. TREDINNICK, ESQ.
GREEN RADOVSKY MALONEY SHARE & HENNIGH
FOUR EMBARCADERO CENTER, 40TH FL
SAN FRANCISCO, CA 94111

Claim Number: 6094
Claim Date: 07/17/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $238,242.04 |

---

ASM CAPITAL
TROPIC OIL COMPANY (ORIGINAL CREDITOR)
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6095
Claim Date: 07/13/2009
Debtor: SUN-SENTINEL COMPANY
Comments:
Amends claim 282

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,506.40 | | |
| UNSECURED | | | Scheduled: | $17,506.40 |

---

PR NEWSWIRE
602 PLAZA THREE
JERSEY CITY, NJ 07311-3899

Claim Number: 6096
Claim Date: 07/13/2009
Debtor: WGN CONTINENTAL BROADCASTING COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $865.00 | Scheduled: | $865.00 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: SOUTH FLORIDA STADIUM CORP.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6097
Claim Date: 07/20/2009
Debtor: GOLD COAST PUBLICATIONS, INC.
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $34,665.00 | | |
| UNSECURED | Claimed: | $14,686.95 | Scheduled: | $39,351.95 |

---

CARRIER CORPORATION
JOYCE KUPPEL, CARRIER CORP
PO BOX 4808, BLDG. TR. 5
SYRACUSE, NY 13221

Claim Number: 6098
Claim Date: 07/20/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 3187 (01/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,458.16 | Scheduled: | $1,458.16 |

---

OREGON DEPARTMENT OF REVENUE
955 CENTER STREET NE
SALEM, OR 97301

Claim Number: 6099
Claim Date: 07/20/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $74.40 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DEE, ELIZABETH<br>1217 DUBOIS CT.<br>KIRKWOOD, MO 63122 | | Claim Number: 6100<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,000.00   UNLIQ | | |
| SECURED | Claimed: | $17,000.00   UNLIQ | | |
| TOTAL | Claimed: | $17,000.00   UNLIQ | | |

| KAUFMAN, PAMELA A.<br>1527 COUNTRYSIDE DRIVE<br>BUFFALO GROVE, IL 60089 | | Claim Number: 6101<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,224.40 | | |

| KENNY, JOSEPH T.<br>1286 KATRINA COURSE NE<br>PALM BAY, FL 32905 | | Claim Number: 6102<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,299.20 | | |

| LIEBL, ALFRED R.<br>2820 ANTIOCH CHURCH ROAD<br>WATKINSVILLE, GA 30677 | | Claim Number: 6103<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,059.84 | | |

| JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | | Claim Number: 6104<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,338.93 | | |

| COLLECTOR - CITY OF MIDDLETOWN<br>245 DEKOVEN DR<br>MIDDLETOWN, CT 06457 | | Claim Number: 6105<br>Claim Date: 07/20/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00  UNLIQ |
| SECURED | Claimed: | $371.37 | | |
| UNSECURED | | | Scheduled: | $360.55  UNLIQ |

| ORLANDO SENTINEL MKTG DIVISION, THE<br>PO BOX 2833 MP 312<br>ORLANDO, FL 32802 | | Claim Number: 6106<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3427 (02/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $240.21 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SULLIVAN, TERRA<br>7227 PINE TREE LN<br>WEST PALM BEACH, FL 33406-6816 | Claim Number: 6107<br>Claim Date: 07/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| PRIORITY | Claimed: | $600.00 |
|---|---|---|
| UNSECURED | Claimed: | $600.00 |
| TOTAL | Claimed: | $600.00 |

| NAI HIFFMAN ASSET MANAGEMENT LLC<br>AGENT FOR OWNER OF 195-197 NORTHFIELD RD<br>C/O JOSEPH GIRARDI OF HENDERSON & LYMAN<br>175 W. JACKSON BLVD., SUITE 240<br>CHICAGO, IL 60604 | Claim Number: 6108<br>Claim Date: 07/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,548.94 |
|---|---|---|
| UNSECURED | Claimed: | $200,555.94 |

| BEAN, SCOTT C.<br>3920 CALLE LOMA VIS<br>NEWBURY PARK, CA 91320-1925 | Claim Number: 6109<br>Claim Date: 07/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,704.00 |
|---|---|---|
| UNSECURED | Claimed: | $109,732.00 |

| KOEHLER-KHEEL REALTY, LLC<br>400 NORTHAMPTON ST STE 708<br>EASTON, PA 18042-3544 | Claim Number: 6110<br>Claim Date: 07/22/2009<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| UNSECURED | Claimed: | $35,719.81 |
|---|---|---|

| PIOCON TECHNOLOGIES INC<br>333 E BUTTERFIELD RD STE 900<br>LOMBARD, IL 60148-5660 | Claim Number: 6111<br>Claim Date: 07/22/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $5,000.00 |
|---|---|---|---|---|

| VICTORIA VOGEL,C/O HOWARD S.FREDMAN,ESQ.<br>MARC A. LIEBERMAN, ESQ.,<br>ALAN W.FORSLEY,ESQ.FREDMAN/LIEBERMAN LLP<br>1875 CENTURY PARK EAST,STE 2200<br>LOS ANGELES, CA 90067-2523 | Claim Number: 6112<br>Claim Date: 07/22/2009<br>Debtor: KTLA INC.<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

| ISAKSEN INVESTMENTS LLC<br>RE: ARLETA 9351 LAUREL CANYON<br>7250 FRANKLIN AVE, STE 1108<br>LOS ANGELES, CA 90046 | Claim Number: 6113<br>Claim Date: 07/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $94,047.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6114<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $150,732.00 |
| BROWN, JEROLENE<br>3054 JOLLY POND ROAD<br>WILLIAMSBURG, VA 23188 | | Claim Number: 6115<br>Claim Date: 07/24/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
| UNSECURED | Claimed: | $4,091.62 |
| CADAVID-RUIZ, ESPERANZA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6116<br>Claim Date: 07/24/2009<br>Debtor: HOY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
| UNSECURED | Claimed: | $150,732.00 |
| CITY OF NORWALK<br>TAX COLLECTOR<br>125 EAST AVENUE<br>NORWALK, CT 06851 | | Claim Number: 6117<br>Claim Date: 07/24/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 10021 (10/19/2011) |
| PRIORITY | Claimed: | $815.94 |
| MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL / DANNIN GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 900678 | | Claim Number: 6118<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
| UNSECURED | Claimed: | $159,162.04 |
| MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC<br>C/O DAVID W.REIMANN, THE REIMANN LAW GRP<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | | Claim Number: 6119<br>Claim Date: 07/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| ADMINISTRATIVE | Claimed: | $118,693.43 |
| UNSECURED | Claimed: | $318,516.48 |
| MAJESTIC REALTY CO. AND YORBA LINDA SUB, LLC<br>DAVID W REIMANN, THE REIMANN LAW GROUP<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | | Claim Number: 6120<br>Claim Date: 07/24/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
| ADMINISTRATIVE | Claimed: | $118,693.43 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PINPOINT RESOURCE GROUP LLC # 1260
1960 E GRAND AVE
EL SEGUNDO, CA 90245

Claim Number: 6121
Claim Date: 07/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $48,831.25 | Scheduled: | $52,111.25 |

RREEF AMERICA REIT II CORP VVV
C/O RREEF MANAGEMENT COMPANY
600 NORTHLAKE BLVD SUITE 110
ALTAMONTE SPRINGS, FL 32701

Claim Number: 6122
Claim Date: 07/24/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY

| UNSECURED | Claimed: | $113,886.75 |

KOEHLER-KHEEL REALTY, LLC
400 NORTHAMPTON ST.
EASTON, PA 18042

Claim Number: 6123
Claim Date: 07/22/2009
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $35,719.81 |

WHITEHALL JEWELERS HOLDINGS, INC., ET AL
C/O ASK FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 6124
Claim Date: 07/17/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 11245 (03/28/2012)

| UNSECURED | Claimed: | $29,470.89 |

IMAGE PRINTING AND MILLENNIUM DIRECT
12246 COLONY AVE
CHINO, CA 91710-2095

Claim Number: 6125
Claim Date: 07/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $4,800.00 | Scheduled: | $4,800.00 |

IMAGE PRINTING AND MILLENNIUM DIRECT
12246 COLONY AVE
CHINO, CA 91710-2095

Claim Number: 6126
Claim Date: 07/27/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $721.14 | Scheduled: | $721.14 |

PLASKETT, LISA M
1711 FIFTH AVE NO 1
SAN RAFAEL, CA 94901

Claim Number: 6127
Claim Date: 07/27/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| TECNAVIA PRESS<br>14055 GRAND AVE. SOUTH<br>SUITE G<br>BURNSVILLE, MN 55337 | | Claim Number: 6128<br>Claim Date: 07/27/2009<br>Debtor: CHICAGOLAND PUBLISHING COMPANY | | |
| UNSECURED | Claimed: | $1,369.00 | Scheduled: | $1,557.00 |
| HANSON, DAVID A<br>10774 FOREST EDGE CR<br>NEW MARKET, MD 21774 | | Claim Number: 6129<br>Claim Date: 07/27/2009<br>Debtor: THE BALTIMORE SUN COMPANY | | |
| UNSECURED | Claimed: | $153.00 | Scheduled: | $153.00 |
| STATE OF FLORIDA-DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>C/O FREDERICK F. RUDZIK<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 6130<br>Claim Date: 07/27/2009<br>Debtor: GOLD COAST PUBLICATIONS, INC. | | |
| PRIORITY | Claimed: | $48.67 | | |
| UNSECURED | Claimed: | $252.14 | | |
| DATA SUPPLIES INC<br>PO BOX 4747<br>NORCROSS, GA 30091 | | Claim Number: 6131<br>Claim Date: 07/27/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY | | |
| UNSECURED | Claimed: | $1,070.18 | Scheduled: | $1,070.18 |
| DEPT OF TREASURY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 6132<br>Claim Date: 07/27/2009<br>Debtor: KPLR, INC.<br>Comments:<br>Amends claim 2817 | | |
| UNSECURED | Claimed: | $0.00 | | |
| TALL OAKS KENNEL, LLC<br>C/O ELAINE PERKINS<br>PO BOX 53<br>ATTN: ELAINE PERKINS<br>WHITMORE LAKE, MI 48189 | | Claim Number: 6133<br>Claim Date: 07/27/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | |
| UNSECURED | Claimed: | $181.60 | | |
| HOFFMANN, DANIEL & KAROL<br>4643 NORTHWOOD DR. NE<br>CEDAR RAPIDS, IA 52402 | | Claim Number: 6134<br>Claim Date: 07/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
| UNSECURED | Claimed: | $147,169.20 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PURJES, DAN<br>60 SUTTON PLACE SOUTH<br>NEW YORK, NY 10022 | Claim Number: 6135<br>Claim Date: 07/29/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| KLEINSCHMIDT,DON<br>4915 W GRACE<br>CHICAGO, IL 60641 | Claim Number: 6136<br>Claim Date: 07/30/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $8,511.75 |
|---|---|---|---|---|

---

| STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | Claim Number: 6137<br>Claim Date: 07/20/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $491.68 |
|---|---|---|

---

| STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | Claim Number: 6138<br>Claim Date: 07/20/2009<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $100.28 |
|---|---|---|

---

| MATILLA SURVIVOR TRUST, THE<br>C/O PATRICIA MORRIS<br>DANNING GILL DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | Claim Number: 6139<br>Claim Date: 07/24/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,937.53 |
|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: COOKING ACADEMY OF CHICAGO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 6140<br>Claim Date: 07/31/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,437.01 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,437.01 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $13,437.01 | Scheduled: | $13,437.01 |
| TOTAL | Claimed: | $13,437.01 | | |

---

| WOODIES HOLDING, LLC<br>RE: WASHINGTON 1025 F STREET<br>C/O DOUGLAS DEVELOPMENT COMPANY<br>702 H STREET, N.W., SUITE 400<br>WASHINGTON, DC 20001 | Claim Number: 6141<br>Claim Date: 07/31/2009<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: ALLOWED<br>DOCKET: 11974 (07/09/2012) |
|---|---|

| UNSECURED | Claimed: | $2,064,202.80 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KINDBERG, JAMES W., JR.
18202 SHARON LN
VILLA PARK, CA 92861-4529

Claim Number: 6142
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,598.40 |

---

WALTER, RAYMOND R.
3009 COOLEY COURT
EL DORADO HILLS, CA 95762

Claim Number: 6143
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,374.00 |

---

EISEMANN, EDWARD
12 LEIGHTON CT
MIDDLETOWN, NJ 07748

Claim Number: 6144
Claim Date: 07/31/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,299.20 |

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 6145
Claim Date: 08/03/2009
Debtor: KPLR, INC.
Comments:
Amends claim 2817

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

HOPKINS, ELIZABETH
1014 N. 3RD ST.
CLINTON, IA 52732

Claim Number: 6146
Claim Date: 08/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,243.75 |

---

FELICIDAD BALBON & DYLAN BALBON GLORIOSO
C/O E. ERIC GUIRARD INJURY LAWYERS
ATTN: STEVEN DEBOSIER
1075 GOVERNMENT ST.
BATON ROUGE, LA 70802-4803

Claim Number: 6147
Claim Date: 08/03/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $750,000.00 | Scheduled: | $0.00 UNLIQ |

---

BARCK, DOREEN L
3409 W 175TH ST
TORRANCE, CA 90504-3406

Claim Number: 6148
Claim Date: 08/03/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SANTA BARBARA COUNTY TREASURER - TAX COLLECTOR, BERNICE JAMES<br>P.O. BOX 357<br>SANTA BARBARA, CA 93102 | Claim Number: 6149<br>Claim Date: 08/03/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $327.93 | | |
|---|---|---|---|---|

| HOSKINS, HAROLD<br>P.O. BOX 150<br>FALLS, PA 18615 | Claim Number: 6150<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET 3013 (01/05/2010) |
|---|---|

| UNSECURED | Claimed: | $5,074.80 | | |
|---|---|---|---|---|

| SUNNYSLOPE FLORAL INC<br>4800 44TH ST SW<br>GRANDVILLE, MI 49418 | Claim Number: 6151<br>Claim Date: 08/03/2009<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $174.87 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $174.87 |

| ZAHN, HESTER IRMA<br>1443 GROVE AVE<br>BERWYN, IL 60402-1225 | Claim Number: 6152<br>Claim Date: 08/07/2009<br>Debtor: HOY PUBLICATIONS, LLC |
|---|---|

| UNSECURED | Claimed: | $61.00 | Scheduled: | $61.00 |
|---|---|---|---|---|

| AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 6153<br>Claim Date: 07/03/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: DOCKET: 5689 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,008.00 | Scheduled: | $1,008.00 |
|---|---|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6154<br>Claim Date: 07/31/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12614 (10/23/2012) |
|---|---|

| UNSECURED | Claimed: | $16,282.18 | | |
|---|---|---|---|---|

| HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | Claim Number: 6155<br>Claim Date: 08/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) |
|---|---|

| PRIORITY | Claimed: | $4,515.00 | | |
|---|---|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| EMPLOYERS GROUP SERVICE CORP<br>400 CONTINENTAL BLVD STE 300<br>EL SEGUNDO, CA 90245-5080 | Claim Number: 6156<br>Claim Date: 08/10/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $150.95 | | |
|---|---|---|---|---|

---

| STEWART & STEVENSON<br>601 W. 38TH STREET<br>HOUSTON, TX 77018 | Claim Number: 6157<br>Claim Date: 08/10/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments: DOCKET: 4102 (04/19/2010) |
|---|---|

| UNSECURED | Claimed: | $2,158.67 | Scheduled: | $2,357.37 |
|---|---|---|---|---|

---

| MCCLELLEN, JAMIE ANNE<br>1626 HULL AVE<br>WESTCHESTER, IL 60154-4461 | Claim Number: 6158<br>Claim Date: 08/10/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $410.00 | Scheduled: | $410.00 |
|---|---|---|---|---|

---

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6159<br>Claim Date: 08/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| PRIORITY | Claimed: | $422.41 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $243,748.20 | | |

---

| WILLETTE, MARCIA, AS GUARDIAN AND<br>NATURAL MOTHER OF ZACHERY MITZKOVITZ<br>69 PECAN RUN, STE 5623<br>OCALA, FL 34472 | Claim Number: 6160<br>Claim Date: 08/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $111,043.24 | | |
|---|---|---|---|---|

---

| SIEMENS BUILDING TECHNOLOGIES<br>580 SLAWIN COURT<br>MOUNT PROSPECT, IL 60056 | Claim Number: 6161<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,013.42 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,835.00 | Scheduled: | $1,835.00 |

---

| HOUSEPAD LLP<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | Claim Number: 6162<br>Claim Date: 08/13/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) |
|---|---|

| PRIORITY | Claimed: | $7,175.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,175.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6163<br>Claim Date: 08/13/2009<br>Debtor: HOY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $98,900.00 | | | |
| CARBAJAL, ROSA<br>C/O GIAIMO ASSOCIATES, LLP<br>80-02 KEW GARDENS ROAD<br>KEW GARDENS, NY 11415 | | Claim Number: 6164<br>Claim Date: 08/13/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | | |
| UNSECURED | Claimed: | $98,000.00 | | | |
| MADISON CORPORATE GROUP, INC., AS AGENT<br>OF CRYSTAL LAKE LIMITED PARTNERSHIP<br>650 ROOSEVELT ROAD, SUITE 204<br>GLEN ELLYN, IL 60137 | | Claim Number: 6165<br>Claim Date: 08/07/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 12465 (09/25/2012) | | | |
| UNSECURED | Claimed: | $99,168.00 | | | |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | | Claim Number: 6166<br>Claim Date: 08/11/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
| UNSECURED | Claimed: | $5,129.66 | | | |
| ADT SECURITY SERVICES INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | | Claim Number: 6167<br>Claim Date: 08/11/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: DOCKET: 4778 (06/14/2010) | | | |
| UNSECURED | Claimed: | $3.35 | | | |
| MIAMI-DADE COUNTY<br>BOARD OF COMMISSIONERS<br>PO BOX 026055<br>MIAMI, FL 33102-6055 | | Claim Number: 6168<br>Claim Date: 08/11/2009<br>Debtor: CHANNEL 39, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $306.68 | Scheduled: | $87.50 | |
| TRC MASTER FUND LLC<br>TRANSFEROR: TREND OFFSET PRINTING<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 6169<br>Claim Date: 08/14/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $13,708.14 | | | |
| UNSECURED | Claimed: | $19,946.16 | Scheduled: | $13,708.14 | |
| TOTAL | Claimed: | $19,946.16 | | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TRC MASTER FUND LLC | Claim Number: 6170 |
| TRANSFEROR: TREND OFFSET PRINTING | Claim Date: 08/14/2009 |
| ATTN: TERREL ROSS | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| 336 ATLANTIC AVENUE SUITE 302 | |
| EAST ROCKAWAY, NY 11518 | |

| ADMINISTRATIVE | Claimed: | $10,822.93 | | |
| UNSECURED | | | Scheduled: | $20,646.51 |

---

| TRC MASTER FUND LLC | Claim Number: 6171 |
| TRANSFEROR: TREND OFFSET PRINTING | Claim Date: 08/14/2009 |
| ATTN: TERREL ROSS | Debtor: GOLD COAST PUBLICATIONS, INC. |
| 336 ATLANTIC AVENUE SUITE 302 | Comments: DOCKET 8204 (03/01/2011) |
| EAST ROCKAWAY, NY 11518 | |

| ADMINISTRATIVE | Claimed: | $22,059.21 | | |
| UNSECURED | | | Scheduled: | $22,059.21 |

---

| INTERPOLLS | Claim Number: 6172 |
| 818 W. 7TH ST, STE 700 | Claim Date: 08/17/2009 |
| LOS ANGELES, CA 90017 | Debtor: TRIBUNE MEDIA NET, INC. |
| | Comments: DOCKET: 4102 (04/19/2010) |

| UNSECURED | Claimed: | $507.00 |

---

| PETERS, LISA A | Claim Number: 6173 |
| 2218 SEIPSTOWN RD | Claim Date: 08/17/2009 |
| FOGELSVILLE, PA 18051 | Debtor: THE MORNING CALL, INC. |
| | Comments: EXPUNGED |
| | DOCKET 4101 (04/19/2010) |

| UNSECURED | Claimed: | $50.13 | Scheduled: | $50.13 UNLIQ |

---

| AEG TELEWORKS LLC | Claim Number: 6174 |
| 800 W. OLYMPIC BLVD. SUITE 305 | Claim Date: 08/17/2009 |
| LOS ANGELES, CA 90015 | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
| | Comments: DOCKET: 4778 (06/14/2010) |

| UNSECURED | Claimed: | $17,977.00 | Scheduled: | $17,977.00 |

---

| AEG TELEWORKS LLC | Claim Number: 6175 |
| 800 W. OLYMPIC BLVD. SUITE 305 | Claim Date: 08/17/2009 |
| LOS ANGELES, CA 90015 | Debtor: KTLA INC. |

| UNSECURED | Claimed: | $49,050.00 | Scheduled: | $34,150.00 |

---

| VERITEXT | Claim Number: 6176 |
| 20 CORPORATE PARK STE 350 | Claim Date: 08/17/2009 |
| IRVINE, CA 92606-5190 | Debtor: TRIBUNE MEDIA NET, INC. |
| | Comments: DOCKET: 4778 (06/14/2010) |

| UNSECURED | Claimed: | $3,770.85 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TOWN OF BEL AIR<br>39 HICKORY AVE.<br>BEL AIR, MD 21014 | | Claim Number: 6177<br>Claim Date: 08/19/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,066.31 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,066.31 | Scheduled: | $430.81 UNLIQ |
| TOTAL | Claimed: | $1,066.31 | | |

---

| CACERES, RAFAEL<br>33 JEANNE LANE<br>BETHPAGE, NY 11714 | | Claim Number: 6178<br>Claim Date: 08/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>STOCK AWARD |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| THE GRIDIRON CLUB AND FOUNDATION<br>529 14TH ST., NW<br>#976 NATIONAL PRESS BLDG.<br>WASHINGTON, DC 20045 | | Claim Number: 6179<br>Claim Date: 08/20/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4100 (04/19/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,440.00 |

---

| METRO CREATIVE GRAPHICS, INC.<br>ATTN: KAREN SOUTHWOOD<br>519 EIGHTH AVENUE<br>NEW YORK, NY 10018 | | Claim Number: 6180<br>Claim Date: 08/20/2009<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|---|
| UNSECURED | Claimed: | $400.45 |

---

| ILLINOIS DEPARTMENT OF EMPLOYMENT<br>SECURITY<br>ATTORNEY GENERAL SECTION - 9TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | | Claim Number: 6181<br>Claim Date: 08/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12747 (11/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $41,265.40 |

---

| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 6182<br>Claim Date: 08/24/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5005 (07/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $19,649.20 |
| SECURED | Claimed: | $633.19 |
| UNSECURED | Claimed: | $1,857.00 |

---

| INDIANA DEPARTMENT OF STATE REVENUE<br>CAROL LUSHELL<br>BANKRUPTCY SECTION, N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 6183<br>Claim Date: 08/24/2009<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9798 (09/21/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $386.29 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

DCI BUILDERS LLC
C/O ASM CAPITAL, L.P.
7600 JERICHO TURNPIKE - SUITE 302
WOODBURY, NY 11797

Claim Number: 6184
Claim Date: 08/24/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $3,200.00 | Scheduled: | $3,200.00 |
|---|---|---|---|---|

FEDERAL HEATH SIGN CO LLC
PO BOX 678203
DALLAS, TX 75267-8203

Claim Number: 6185
Claim Date: 08/24/2009
Debtor: KIAH INC.

| UNSECURED | Claimed: | $300.47 | Scheduled: | $300.47 |
|---|---|---|---|---|

FEDERAL HEATH SIGN CO LLC
PO BOX 678203
DALLAS, TX 75267-8203

Claim Number: 6186
Claim Date: 08/24/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $2,425.00 | Scheduled: | $2,425.00 |
|---|---|---|---|---|

PEOPLES GAS LIGHT & CO.
NORTH SHORE GAS CO.
130 E. RANDOLPH DR
CHICAGO, IL 60601

Claim Number: 6187
Claim Date: 08/25/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4417 (05/14/2010)

| UNSECURED | Claimed: | $49,607.51 |
|---|---|---|

CONNECTICUT LIGHT & POWER
NORTHEAST UTILITIES/CREDIT & COLLECTION
CENTER
PO BOX 2899
HARTFORD, CT 06101-8307

Claim Number: 6188
Claim Date: 08/18/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| UNSECURED | Claimed: | $35,650.25 | Scheduled: | $17,933.14 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 6189
Claim Date: 08/31/2009
Debtor: KTLA INC.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $873.40 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $873.40 |

NEW STATE TAX DEPARTMENT OF TAXATION AND
FINANCE, BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6190
Claim Date: 08/31/2009
Debtor: INSERTCO, INC.
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| PRIORITY | Claimed: | $72.53 |
|---|---|---|
| UNSECURED | Claimed: | $742.40 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6191<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,011,939.62 | | |

---

| MARK CURTIS MEDIA<br>136 SPRING ST<br>E GREENWICH, RI 02818-2927 | | Claim Number: 6192<br>Claim Date: 09/01/2009<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,350.00 | | |
| UNSECURED | Claimed: | $2,098.00 | Scheduled: | $150.00 |
| TOTAL | Claimed: | $2,098.00 | | |

---

| CHEN, MARIA & CHONG, DANIEL<br>7 PANDAN VALLEY<br>#07-502 POINCIANA TOWER<br> 597631<br>SINGAPORE | | Claim Number: 6193<br>Claim Date: 09/01/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,239.36 | | |

---

| SKOUTELAS, MARIA<br>4194 MILADIES<br>DOYLESTOWN, PA 18902 | | Claim Number: 6194<br>Claim Date: 09/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: STREETER PRINTING<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6195<br>Claim Date: 09/02/2009<br>Debtor: KSWB INC.<br>Comments:<br>Amends claim 319 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,175.32 | Scheduled: | $3,651.65 |

---

| SAMMCO, INC.<br>2735 DERBY ST<br>BERKELEY, CA 94705 | | Claim Number: 6196<br>Claim Date: 09/02/2009<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010)<br>Amends claim 247 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,927.37 | Scheduled: | $18,927.37 |

---

| KOEHLER, CLARE<br>61 E DEPOT ST<br>HELLERTOWN, PA 18055 | | Claim Number: 6197<br>Claim Date: 09/03/2009<br>Debtor: THE MORNING CALL, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75.45 | Scheduled: | $75.45 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AT&T DBA BELLSOUTH ADVERTISING &
PUBLISHING
600 N POINT PKWY
ALPHARETTA, GA 30005

Claim Number: 6198
Claim Date: 09/03/2009
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11972 (07/09/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $70,911.30 |

---

BISHOP, JUNE
1 DUNHAM ST
MIDDLETOWN, CT 06457

Claim Number: 6199
Claim Date: 09/03/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $464.91 | | |
| UNSECURED | Claimed: | $464.91 | Scheduled: | $464.91 |
| TOTAL | Claimed: | $464.91 | | |

---

EASTMAN KODAK COMPANY
343 STATE STREET
ROCHESTER, NY 14650-1121

Claim Number: 6200
Claim Date: 09/08/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: EXPUNGED
DOCKET: 3426 (02/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $26,650.71 | | $19,709.57 |

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 6201
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| | Claimed: | |
|---|---|---|
| TOTAL | | $0.00 |

---

HOPKINS, ELIZABETH
1014 N. 3RD ST.
CLINTON, IA 52732

Claim Number: 6202
Claim Date: 09/08/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3013 (01/05/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $10,487.50 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: FEARLESS UNITED INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6203
Claim Date: 09/08/2009
Debtor: KTLA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $591.50 | | $591.50 |

---

HARTLEY DATA SERVICES
1807 GLENVIEW RD, STE 201
GLENVIEW, IL 60025-2995

Claim Number: 6204
Claim Date: 09/08/2009
Debtor: SUN-SENTINEL COMPANY
Comments:
Amends claim number 1144

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,145.40 | | $1,400.50 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| WEST EAST LIMITED PARTNERSHIP<br>C/O ITSKOWITCH<br>602 NORTH ALPINE DRIVE<br>BEVERLY HILLS, CA 90210 | | Claim Number: 6205<br>Claim Date: 09/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | | | |
| UNSECURED | Claimed: | $10,149.60 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CUE TECH TELEPROMPTING INC<br>5527 SATSUMA AVENUE<br>NORTH HOLLYWOOD, CA 91601 | | Claim Number: 6206<br>Claim Date: 09/08/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
| UNSECURED | Claimed: | $625.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CASCO EQUIPMENT CORPORATION<br>4141 FLAT ROCK DR<br>RIVERSIDE, CA 92505 | | Claim Number: 6207<br>Claim Date: 09/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| ADMINISTRATIVE | Claimed: | $4,760.23 | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | | | | Scheduled: | $4,760.23 |

---

| | | | | | |
|---|---|---|---|---|---|
| CASCO EQUIPMENT CORPORATION<br>4141 FLAT ROCK DR.<br>RIVERSIDE, CA 92505 | | Claim Number: 6208<br>Claim Date: 09/08/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| ADMINISTRATIVE | Claimed: | $1,117.81 | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | | | | Scheduled: | $1,117.81 UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| WCCC<br>1039 ASYLUM AVE<br>BOYD ARNOLD<br>HARTFORD, CT 61052432 | | Claim Number: 6209<br>Claim Date: 09/10/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: DOCKET: 10022 (10/19/2011) | | | |
| UNSECURED | Claimed: | $20,871.75 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DRIVEN MEDIA COMMUNICATIONS<br>PO BOX 893786<br>TEMECULA, CA 92589-3786 | | Claim Number: 6210<br>Claim Date: 09/10/2009<br>Debtor: KTLA INC. | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| JAFFE, MARK<br>199 MEADE ST<br>ASHLAND, OR 97520-2858 | | Claim Number: 6211<br>Claim Date: 09/11/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 5006 (07/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $7.93 | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SIMPLEX GRINNELL | Claim Number: 6212 |
|---|---|
| ATTN: BANKRUPTCY | Claim Date: 08/24/2009 |
| 50 TECHNOLOGY DRIVE | Debtor: KWGN INC. |
| WESTMINSTER, MA 01441 | Comments: DOCKET: 4778 (06/14/2010) |

| UNSECURED | Claimed: | $157.77 |
|---|---|---|

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6213
Claim Date: 09/04/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments:
Amends claim 478

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6214
Claim Date: 09/04/2009
Debtor: HOY PUBLICATIONS, LLC
Comments:
Amends claim 411

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6215
Claim Date: 09/04/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments:
Amends claim 403

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6216
Claim Date: 09/04/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments:
Amends claim 413

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ALG WORLDWIDE LOGISTICS LLC
PO BOX 66086
CHICAGO, IL 60666-0086

Claim Number: 6217
Claim Date: 09/14/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.
Comments: DOCKET: 4102 (04/19/2010)

| UNSECURED | Claimed: | $1,896.62 |
|---|---|---|

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6218
Claim Date: 09/14/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments:
Amends claim 404

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6219
Claim Date: 09/14/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments:
Amends claim 479

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6220
Claim Date: 09/14/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments:
Amends claim 414

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

SPANLINK COMMUNICATIONS
605 HWY 169 N   NO.905
MINNEAPOLIS, MN 55441

Claim Number: 6221
Claim Date: 09/14/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4406 (05/14/2010)
Amends claim 1647

| UNSECURED | Claimed: | $72,660.10 |
|---|---|---|

---

ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY
33 SOUTH STATE STREET
CHICAGO, IL 60603

Claim Number: 6222
Claim Date: 09/14/2009
Debtor: HOY PUBLICATIONS, LLC
Comments:
Amends claim 412

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

RITCHIE, CAROLINA C.
1712 SW 12 COURT
FORT LAUDERDALE, FL 33312

Claim Number: 6223
Claim Date: 09/14/2009
Debtor: SUN-SENTINEL COMPANY
Comments: DOCKET: 7848 (02/07/2011)
Amends claim 2110

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| PRIORITY | Claimed: | $1,200.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

ALLEN, GRENESHIA
PO BOX 31532
PALM BEACH GARDENS, FL 33420-1532

Claim Number: 6224
Claim Date: 09/14/2009
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 8523 (03/30/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CARBONNEAU CARTAGE CO., INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6225
Claim Date: 09/14/2009
Debtor: TRIBUNE DIRECT MARKETING, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,342.50 | Scheduled: | $18,883.20 |

---

BROWN PRINTING INC
PO BOX C
NAZARETH, PA 18064-0500

Claim Number: 6226
Claim Date: 09/14/2009
Debtor: DIRECT MAIL ASSOCIATES, INC.
Comments: WITHDRAWN
DOCKET: 2737 (12/04/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,629.00 |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6227
Claim Date: 09/17/2009
Debtor: THE BALTIMORE SUN COMPANY
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $200.00 |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6228
Claim Date: 09/17/2009
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: DOCKET: 7426 (01/07/2011)
THIS CLAIM HAS BEEN SATISFIED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,164.29 |
| UNSECURED | Claimed: | $625.21 |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6229
Claim Date: 09/17/2009
Debtor: TRIBUNE ENTERTAINMENT COMPANY
Comments: WITHDRAWN
DOCKET: 12053 (07/18/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $36,464.00 |

---

GEORGIA COMMENTS OF REVENUE
1800 CENTURY BLVD NE STE 1175
ATLANTA, GA 30345-3218

Claim Number: 6230
Claim Date: 09/17/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: EXPUNGED
DOCKET: 12366 (08/31/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,836.04 |
| SECURED | Claimed: | $131,758.00 |
| UNSECURED | Claimed: | $661.02 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6231<br>Claim Date: 09/17/2009<br>Debtor: PATUXENT PUBLISHING COMPANY<br>Comments:<br>Amends claim 591 |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6232<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12054 (07/18/2012) |
|---|---|

| PRIORITY | Claimed: | $55.80 |
|---|---|---|
| SECURED | Claimed: | $9,856.00 |
| UNSECURED | Claimed: | $93.00 |
| TOTAL | Claimed: | $10,029.80 |

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6233<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12050 (07/18/2012) |
|---|---|

| SECURED | Claimed: | $5,487,335.00 |
|---|---|---|

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6234<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12052 (07/18/2012) |
|---|---|

| PRIORITY | Claimed: | $11.10 |
|---|---|---|
| SECURED | Claimed: | $74.00 |
| UNSECURED | Claimed: | $1.00 |

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6235<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12048 (07/18/2012) |
|---|---|

| PRIORITY | Claimed: | $17.30 |
|---|---|---|
| SECURED | Claimed: | $780,789.00 |
| UNSECURED | Claimed: | $1.00 |

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6236<br>Claim Date: 09/17/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12049 (07/18/2012) |
|---|---|

| SECURED | Claimed: | $50,332.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6237<br>Claim Date: 09/17/2009<br>Debtor: WLVI INC.<br>Comments:<br>Amends claim 2813 | | | |
| UNSECURED | Claimed: | $0.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6238<br>Claim Date: 09/17/2009<br>Debtor: TRIBUNE BROADCAST HOLDINGS, INC.<br>Comments:<br>Amends claim 2819 | | | |
| UNSECURED | Claimed: | $0.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ORLANDO MAGIC, LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6239<br>Claim Date: 09/17/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments:<br>Amends claim 2845 | | | |
| UNSECURED | Claimed: | $13,059.68 | Scheduled: | $74,923.55 |

---

| | | | | |
|---|---|---|---|---|
| SOFTWARE CONSULTING SERVICES<br>630 SELVAGGIO DR, SUITE 420<br>NAZARETH, PA 18064 | Claim Number: 6240<br>Claim Date: 09/17/2009<br>Debtor: HOMESTEAD PUBLISHING CO.<br>Comments:<br>Amends claim 1487 | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

| | | | | |
|---|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 6241<br>Claim Date: 09/16/2009<br>Debtor: WPIX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5183 (07/29/2010) | | | |
| PRIORITY | Claimed: | $522.79 | | |
| UNSECURED | Claimed: | $127.08 | | |

---

| | | | | |
|---|---|---|---|---|
| 57-11 49TH PLACE, LLC<br>ATTN: SCOTT S. MARKOWITZ, ESQ.<br>TARTER KINSKY & DROGIN LLP<br>1350 BROADWAY, 11TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 6242<br>Claim Date: 09/18/2009<br>Debtor: INSERTCO, INC.<br>Comments: ALLOWED<br>DOCKET: 10548 (01/06/2012) | | | |
| UNSECURED | Claimed: | $1,065,897.32 | | |

---

| | | | | |
|---|---|---|---|---|
| VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171  17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | Claim Number: 6243<br>Claim Date: 09/18/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11993 (07/11/2012) | | | |
| UNSECURED | Claimed: | $66,261.65 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 6244<br>Claim Date: 09/09/2009<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments:<br>Replaces claim 587 | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT<br>SECURITY<br>33 S STATE<br>CHICAGO, IL 60603 | Claim Number: 6245<br>Claim Date: 09/11/2009<br>Debtor: TOWER DISTRIBUTION COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| DUKE YORK ROAD, LLC<br>9377 W HIGGINS RD FL 6<br>DES PLAINES, IL 60018-4973 | Claim Number: 6246<br>Claim Date: 09/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,226,440.08 |

| | | |
|---|---|---|
| THE L & M FAMILY TRUST<br>BRUCE TIEGS OR PAULA TIEGS, CO TRUSTEES<br>PO BOX 429<br>GREEN LEAF, ID 83626 | Claim Number: 6247<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3013 (01/05/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $748.00 |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: JOHN KLEIN/JK PRODUCTIONS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6248<br>Claim Date: 09/21/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,600.00 | |
| UNSECURED | | Scheduled: | $3,600.00 |

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6249<br>Claim Date: 09/21/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $157.46 |

| | | |
|---|---|---|
| SZABO ASSOCIATES, INC.<br>3555 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | Claim Number: 6250<br>Claim Date: 09/22/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments:<br>Amends claim 868 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $588.31 | Scheduled: | $588.31 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| ALPERTS NEWSPAPER DELIVERY SERVICE INC<br>5 GREAT JONES STREET<br>NEW YORK, NY 10012 | | Claim Number: 6251<br>Claim Date: 09/23/2009<br>Debtor: WPIX, INC.<br>Comments:<br>Amends claim 546 | | |
| UNSECURED | Claimed: | $2,069.79 | Scheduled: | $2,069.79 |
| WORSHAM, MARK<br>306 LINCOLN ST S<br>WALNUTPORT, PA 18088 | | Claim Number: 6252<br>Claim Date: 09/23/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| UNSECURED | Claimed: | $205.04 | Scheduled: | $205.04 UNLIQ |
| GILLESKI, JOSEPH J<br>110 ELMBROOK DRIVE<br>STANFORD, CT 06906 | | Claim Number: 6253<br>Claim Date: 09/24/2009<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 3803 (03/22/2010) | | |
| PRIORITY | Claimed: | $4,913.92 | | |
| UNSECURED | Claimed: | $4,913.92 | Scheduled: | $4,913.92 |
| TOTAL | Claimed: | $4,913.92 | | |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 6254<br>Claim Date: 09/24/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) | | |
| PRIORITY | Claimed: | $314,482,945.74 | | |
| SECURED | Claimed: | $34,201,261.49 | | |
| UNSECURED | Claimed: | $3,004,586.75 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 6255<br>Claim Date: 09/25/2009<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
| PRIORITY | Claimed: | $522.79 | | |
| UNSECURED | Claimed: | $127.08 | | |
| SZABO ASSOCIATES, INC.<br>3555 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | | Claim Number: 6256<br>Claim Date: 09/22/2009<br>Debtor: KWGN INC.<br>Comments:<br>Amends claim 965 | | |
| UNSECURED | Claimed: | $47.58 | Scheduled: | $47.58 |
| PETRO TV<br>629 SOUTH CLAIBORNE AVE<br>NEW ORLEANS, LA 70113 | | Claim Number: 6257<br>Claim Date: 09/28/2009<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments:<br>Amends claim 792 | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $5,000.00 UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

METROSCAN TRAFFIC NETWORK
629 SOUTH CLAIBORNE AVENUE
NEW ORLEANS, LA 70113

Claim Number: 6258
Claim Date: 09/28/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments: EXPUNGED
DOCKET: 4776 (06/14/2010)

| UNSECURED | Claimed: | $5,768.82 | | |

---

MARCO OUTDOOR ADVERTISING
629 SOUTH CLAIBORNE AVE
NEW ORLEANS, LA 70113

Claim Number: 6259
Claim Date: 09/28/2009
Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.
Comments:
Amends claim 791

| UNSECURED | Claimed: | $9,345.00 | Scheduled: | $9,345.00 |

---

SHUTTLE PRINTING, INC.
38-38 9TH STREET
LONG ISLAND CITY, NY 11101

Claim Number: 6260
Claim Date: 09/30/2009
Debtor: INSERTCO, INC.
Comments: EXPUNGED
DOCKET: 10558 (01/09/2012)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

SHUTTLE PRINTING, INC.
38-38 9TH STREET
LONG ISLAND CITY, NY 11101

Claim Number: 6261
Claim Date: 09/30/2009
Debtor: INSERTCO, INC.
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: 23252 VIA CAMPO VERDE LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6262
Claim Date: 09/29/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 11993 (07/11/2012)

| UNSECURED | Claimed: | $870,051.04 | Scheduled: | $53,174.00 UNLIQ |

---

MEIER, ANDREW
430 HENRY ST NO.2
BROOKLYN, NY 11231

Claim Number: 6263
Claim Date: 10/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $500.00 | | |

---

MEIER, ANDREW
430 HENRY STREET., # 2
BROOKLYN, NY 11231

Claim Number: 6264
Claim Date: 10/01/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| UNSECURED | Claimed: | $500.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CAMPANA III, THOMAS J<br>1817 BUCKINGHAM AVE<br>WESTCHESTER, IL 60154 | Claim Number: 6265<br>Claim Date: 10/02/2009<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $373.00 | Scheduled: | $373.00 |
|---|---|---|---|---|

| ROBERT C WALL, IRA<br>15657 HEATHERGLEN DR<br>ORLAND PARK, IL 60462-2307 | Claim Number: 6266<br>Claim Date: 10/02/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $76,122.00 |
|---|---|---|

| STOCK, CHRISTOPHER<br>12941 SW 66TH TERRACE DR<br>MIAMI, FL 33183-1315 | Claim Number: 6267<br>Claim Date: 10/02/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| PRIORITY | Claimed: | $200.00 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6268<br>Claim Date: 10/01/2009<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) |
|---|---|

| PRIORITY | Claimed: | $32.94 |
|---|---|---|
| UNSECURED | Claimed: | $13,950.25 |

| SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE<br>9TH FL<br>ATLANTA, GA 30326 | Claim Number: 6269<br>Claim Date: 09/22/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments:<br>Amends claim 966 |
|---|---|

| UNSECURED | Claimed: | $1,599.61 | Scheduled: | $1,599.61 |
|---|---|---|---|---|

| PEOPLES GAS LIGHT AND COKE CO.<br>NORTH SHORE GAS CO.<br>130 E. RANDOLPH DR.<br>CHICAGO, IL 60601 | Claim Number: 6270<br>Claim Date: 09/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $52,809.15 |
|---|---|---|

| HENDERSON, LAURA W.<br>106 GREAT LAKE DR.<br>CARY, NC 27519 | Claim Number: 6271<br>Claim Date: 09/30/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) |
|---|---|

| UNSECURED | Claimed: | $15,224.40 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

YEAGER, ROBERT B.
1672 RICHLAND RD
SPRING VALLEY, OH 45370

Claim Number: 6272
Claim Date: 10/05/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,186.41 |

---

ASM CAPITAL, L.P.
TRANSFEROR: EDGIL ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6273
Claim Date: 10/06/2009
Debtor: TRIBUNE FINANCE SERVICE CENTER, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $575.76 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6274
Claim Date: 10/06/2009
Debtor: BALTIMORE NEWSPAPER NETWORKS, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,394.74 |
| UNSECURED | Claimed: | $1,072.37 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ADSTAR/EDGIL ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6275
Claim Date: 10/06/2009
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,833.76 |

---

ASM CAPITAL, L.P.
TRANSFEROR: EDGIL ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6276
Claim Date: 10/06/2009
Debtor: THE HARTFORD COURANT COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,325.36 |
| UNSECURED | Claimed: | $378.98 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ADSTAR INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6277
Claim Date: 10/06/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,973.00 |
| UNSECURED | Claimed: | $385.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ADSTAR INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6278
Claim Date: 10/06/2009
Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,186.00 |
| UNSECURED | Claimed: | $446.84 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6279<br>Claim Date: 10/06/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| ADMINISTRATIVE | Claimed: | $4,555.00 |
| UNSECURED | Claimed: | $3,628.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6280<br>Claim Date: 10/06/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| ADMINISTRATIVE | Claimed: | $3,919.00 |
| UNSECURED | Claimed: | $2,691.84 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6281<br>Claim Date: 10/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (12/02/2009) |
| ADMINISTRATIVE | Claimed: | $2,586.00 |
| UNSECURED | Claimed: | $1,106.45 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6282<br>Claim Date: 10/06/2009<br>Debtor: THE DAILY PRESS, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| ADMINISTRATIVE | Claimed: | $2,202.00 |
| UNSECURED | Claimed: | $931.12 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6283<br>Claim Date: 10/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| ADMINISTRATIVE | Claimed: | $550.00 |
| UNSECURED | Claimed: | $587.48 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6284<br>Claim Date: 10/06/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
| ADMINISTRATIVE | Claimed: | $2,058.82 |
| UNSECURED | Claimed: | $232.45 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6285<br>Claim Date: 10/06/2009<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,113.00 | | |
| UNSECURED | Claimed: | $251.32 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6286<br>Claim Date: 10/06/2009<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,835.24 | | |
| UNSECURED | Claimed: | $213.41 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: EDGIL ASSOCIATES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6287<br>Claim Date: 10/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,836.52 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: ADSTAR/EDGIL ASSOCIATES, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6288<br>Claim Date: 10/06/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $250.00 | | |

| MOUNTZ, JOHN<br>2466 CHURCH ST<br>YORK, PA 17404 | | Claim Number: 6289<br>Claim Date: 10/07/2009<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $91.16 | | |
| UNSECURED | | | Scheduled: | $91.16 |

| WANG, ZHONG<br>7312 RAINBOW DR<br>CUPERTINO, CA 95014 | | Claim Number: 6290<br>Claim Date: 10/08/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | | |

| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | | Claim Number: 6291<br>Claim Date: 10/09/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $93,012.48 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CENTERPOINT ENERGY SERVICES, INC.
1111 LOUISIANA STREET CNPT 20
HOUSTON, TX 77002

Claim Number: 6292
Claim Date: 10/09/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 3802 (03/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,458.46 |

---

ROBINSON, PATRICIA
PO BOX 184
BROOKEVILLE, MD 20833

Claim Number: 6293
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,425.00 |
| PRIORITY | Claimed: | $0.00 |

---

ROBINSON, PATRICIA
PO BOX 184
BROOKEVILLE, MD 20833

Claim Number: 6294
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,425.00 |
| PRIORITY | Claimed: | $0.00 |

---

TRANSNATIONAL TRADING INC.
A.A. 85656
BOGOTA,
COLOMBIA

Claim Number: 6295
Claim Date: 10/13/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4405 (05/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,598.40 |

---

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708-8901

Claim Number: 6296
Claim Date: 10/13/2009
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments:
AMENDS CLAIM 3373.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,615.89 |
| UNSECURED | Claimed: | $253,448.92 |

---

A&C COMMUNICATIONS, LTD INC.
12148 NW 52 CT
CORAL SPRINGS, FL 33076

Claim Number: 6297
Claim Date: 10/13/2009
Debtor: SUN-SENTINEL COMPANY
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,230.00 |
| UNSECURED | | |

---

A&C COMMUNICATIONS, LTD INC.
12148 NW 52 CT
CORAL SPRINGS, FL 33076

Claim Number: 6298
Claim Date: 10/13/2009
Debtor: FORUM PUBLISHING GROUP, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,195.00 |
| UNSECURED | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| US BANCORP BUSINESS EQUIPMENT FINANCE CORP<br>ATTN: COPORATE ATTORNEY<br>1310 MADRID STREET, SUITE 100<br>MARSHALL, MN 56258 | Claim Number: 6299<br>Claim Date: 10/16/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11840 (06/19/2012) | | |
|---|---|---|---|
| SECURED          Claimed: | $123,189.05 | | |

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 6300<br>Claim Date: 10/09/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments:<br>Amends claim 2818 & 6159 | | |
|---|---|---|---|
| PRIORITY         Claimed: | $422.41 | | |
| UNSECURED        Claimed: | $248,998.20 | | |

| ASM CAPITAL<br>AZZURRO HD LLC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6301<br>Claim Date: 10/13/2009<br>Debtor: WPIX, INC.<br>Comments:<br>This claim amount amends claim 1318. | | |
|---|---|---|---|
| UNSECURED        Claimed: | $2,513.82 | Scheduled: | $2,513.82 |

| INTERNAP<br>250 WILLIAMS STREET<br>ATLANTA, GA 30303 | Claim Number: 6302<br>Claim Date: 10/19/2009<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|
| UNSECURED        Claimed: | $1,551.05 | | |

| INTERNAP NETWORK SERVICES CORPORATION<br>DEPT 0526<br>PO BOX 120526<br>DALLAS, TX 75312-0526 | Claim Number: 6303<br>Claim Date: 10/19/2009<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED        Claimed: | $27,264.64 | Scheduled: | $32,305.73 |

| BRIDGEPORT U.S.A. CORPORATION<br>D/B/A POLO CAFE & CATERING<br>BRDGEPORT USA<br>3322 S. MORGAN ST.<br>CHICAGO, IL 60608 | Claim Number: 6304<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE   Claimed: | $5,512.28 | | |

| WORLD BOOK NEWS<br>1652 N. CAHUENGA BLVD<br>HOLLYWOOD, CA 90028 | Claim Number: 6305<br>Claim Date: 10/19/2009<br>Debtor: KTLA INC.<br>Comments: DOCKET: 8204 (03/01/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE   Claimed: | $103.01 | | |
| UNSECURED | | Scheduled: | $103.01 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TW TELECOM INC<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 6306<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY | | |
| ADMINISTRATIVE | Claimed: | $11,641.97 | | |
| UNSECURED | Claimed: | $17,943.95 | | |

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6307<br>Claim Date: 10/19/2009<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| PRIORITY | Claimed: | $13,096.26 | | |
| UNSECURED | Claimed: | $16,179.89 | | |

| | | | | |
|---|---|---|---|---|
| KOBASA, STEPHEN VINCENT<br>46 HOBART ST<br>NEW HAVEN, CT 06511-4033 | | Claim Number: 6308<br>Claim Date: 10/21/2009<br>Debtor: NEW MASS. MEDIA, INC. | | |
| UNSECURED | Claimed: | $70.00 | Scheduled: | $70.00 |

| | | | | |
|---|---|---|---|---|
| AT & T CORP<br>JAMES GRUDUS, ESQ<br>AT & T SERVICES, INC.<br>ONE AT & T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6309<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 11972 (07/09/2012)<br>This claim amends claim 6191 | | |
| UNSECURED | Claimed: | $620,015.62 | Scheduled: | $253,631.81 |

| | | | | |
|---|---|---|---|---|
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET CNPT 20<br>HOUSTON, TX 77002 | | Claim Number: 6310<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3802 (03/22/2010) | | |
| UNSECURED | Claimed: | $34,888.11 | | |

| | | | | |
|---|---|---|---|---|
| GILMARTIN, JOHN<br>258 FALLER DR APT C<br>NEW MILFORD, NJ 07646-6520 | | Claim Number: 6311<br>Claim Date: 10/23/2009<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $436.00 | | |
| UNSECURED | Claimed: | $436.00 | Scheduled: | $436.00 UNLIQ |
| TOTAL | Claimed: | $436.00 | | |

| | | | | |
|---|---|---|---|---|
| CHESTERS, WILLIAM<br>85 CANADA LN<br>CHAPLIN, CT 06235-2424 | | Claim Number: 6312<br>Claim Date: 10/23/2009<br>Debtor: THE HARTFORD COURANT COMPANY | | |
| UNSECURED | Claimed: | $1.55 | Scheduled: | $1.55 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 6313<br>Claim Date: 10/19/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,641.97 | | |
| UNSECURED | Claimed: | $17,943.95 | | |

---

| MARK SCOT CORPORATION<br>224 NE 32ND COURT<br>OAKLAND PARK, FL 33334 | Claim Number: 6314<br>Claim Date: 10/26/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 4102 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,727.14 | | |

---

| FINHOLM, VALERIE J<br>3100 E CHERRY CREEK SOUTH DR APT 807<br>DENVER, CO 80209-3225 | Claim Number: 6315<br>Claim Date: 10/26/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $400.00 | | |
| UNSECURED | | | Scheduled: | $400.00 |

---

| FINHOLM, VALERIE J<br>3100 E CHERRY CREEK SOUTH DR APT 807<br>DENVER, CO 80209-3225 | Claim Number: 6316<br>Claim Date: 10/26/2009<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $140.28 | | |
| UNSECURED | | | Scheduled: | $140.28  UNLIQ |

---

| BILATERAL CREDIT CORP<br>255 W 36TH ST  SUITE 505<br>NEW YORK, NY 10018 | Claim Number: 6317<br>Claim Date: 10/26/2009<br>Debtor: VIRGINIA GAZETTE COMPANIES, LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25.00 | Scheduled: | $25.00 |

---

| HUTCHISON, GLEN<br>3827 E 3RD ST #59<br>TUCSON, AZ 85716 | Claim Number: 6318<br>Claim Date: 10/26/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4101 (04/19/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

---

| PPF OFF TWO PARK AVE OWNER, LLC<br>C/O MORGAN STANLEY INC.<br>ATTN: MARIA BLAKE<br>1585 BROADWAY<br>NEW YORK, NY 10036 | Claim Number: 6319<br>Claim Date: 10/28/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 1926 (08/10/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,700,000.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6320 Claim Date: 10/28/2009 Debtor: TRIBUNE MEDIA SERVICES, INC. | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $50.00 | |
|---|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6321 Claim Date: 10/28/2009 Debtor: TRIBUNE NM, INC. Comments: WITHDRAWN DOCKET: 11795 (06/12/2012) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $139,056.88 | |
| UNSECURED | Claimed: | $57,000.29 | |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6322 Claim Date: 10/28/2009 Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. Comments: EXPUNGED DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $101.56 | |

---

| ALLIED WASTE SERVICES  #922 GARDENIA DISTRICT 121 PO BOX 78038 PHOENIX, AZ 85062-8030 | Claim Number: 6323 Claim Date: 10/29/2009 Debtor: CHANNEL 40, INC. Comments: DOCKET: 4102 (04/19/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $658.93 | Scheduled: | $658.93 |

---

| BLUE INK 15 W FULLERTON AVE ADDISON, IL 60101-3711 | Claim Number: 6324 Claim Date: 10/30/2009 Debtor: TRIBUNE COMPANY Comments: DOCKET: 7426 (01/07/2011) THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|

| SECURED | Claimed: | $12,000.00 | |

---

| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: AVALON TRANSPORTATION LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | Claim Number: 6325 Claim Date: 10/30/2009 Debtor: KTLA INC. Comments: ALLOWED DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $1,127.12 | |
| UNSECURED | | | Scheduled: | $1,127.12 |

---

| MEREDITH CORPORATION 1716 LOCUST ST. DES MOINES, IA 50309 | Claim Number: 6326-01 Claim Date: 11/16/2009 Debtor: KSWB INC. Comments: DOCKET: 4778 (06/14/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $18,525.46 | Scheduled: | $18,528.94 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MEREDITH CORPORATION
1716 LOCUST ST.
DES MOINES, IA 50309

Claim Number: 6326-02
Claim Date: 11/16/2009
Debtor: TRIBUNE TELEVISION COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,529.80 | Scheduled: | $47,529.80 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: JONES LANG LASALLE
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 6327
Claim Date: 11/09/2009
Debtor: CHICAGO TRIBUNE COMPANY
Comments:
Amends Claim 3639.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $230,919.50 | Scheduled: | $255,199.28 |

AC ELECTRIC CORP
PO BOX 520
POWAY, CA 92074

Claim Number: 6328
Claim Date: 11/13/2009
Debtor: KSWB INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,722.53 | Scheduled: | $1,722.53 |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6329
Claim Date: 11/16/2009
Debtor: INTERNET FORECLOSURE SERVICE, INC.
Comments: EXPUNGED
DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $478.85 | | |

ASM CAPITAL, L.P.
TRANSFEROR: ABM JANITORIAL SERVICES
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6330
Claim Date: 11/18/2009
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,426.69 | Scheduled: | $60,093.81 |

LONGACRE OPPORTUNITY FUND, L.P.
1325 AVENUE OF THE AMERICAS FL 27
NEW YORK, NY 10019-6043

Claim Number: 6331
Claim Date: 11/19/2009
Debtor: KIAH INC.
Comments:
Amends claim 1078

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,214.99 | Scheduled: | $24,214.99 |

KELLER, JULIAE
P.O. BOX 164
WEST CAMP, NY 12490

Claim Number: 6332
Claim Date: 11/20/2009
Debtor: THE BALTIMORE SUN COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $2,703.20 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL<br>BARKWORK - ASSIGNOR<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6333<br>Claim Date: 11/10/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 3801 (03/22/2010)<br>Amends claim# 2215 | | |
| UNSECURED | Claimed: | $3,921.00 | Scheduled: | $3,921.00 |
| RED MONKEY, INC.<br>BOX 36035<br>LOS ANGELES, CA 90036 | | Claim Number: 6334<br>Claim Date: 12/02/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: DOCKET: 9345 (06/24/2011) | | |
| ADMINISTRATIVE | Claimed: | $2,781.53 | | |
| UNSECURED | | | Scheduled: | $2,781.53 |
| OFFICEMAX<br>ATTN: CREDIT<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563-1255 | | Claim Number: 6335<br>Claim Date: 10/19/2009<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) | | |
| PRIORITY | Claimed: | $2,523.82 | | |
| SECURED | Claimed: | $2,523.82 | | |
| TOTAL | Claimed: | $2,523.82 | | |
| WATER DEPARTMENT OF PHILADELPHIA<br>C/O ASHLEY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 6336<br>Claim Date: 11/10/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| SECURED | Claimed: | $134.80 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | | Claim Number: 6337<br>Claim Date: 11/23/2009<br>Debtor: TRIBUNE COMPANY | | |
| PRIORITY | Claimed: | $397.80 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BROWN PRINTING INC.<br>C/O TANNOR PARTNERS CREDIT FUND II, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 6338<br>Claim Date: 11/30/2009<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: DOCKET: 10317 (11/29/2011)<br>Amends claim 964 | | |
| UNSECURED | Claimed: | $2,629.00 | Scheduled: | $2,629.00 |
| DORCIUS, JOHN<br>1112 S. SWINTON AVENUE<br>DELRAY BEACH, FL 33444 | | Claim Number: 6339<br>Claim Date: 12/11/2009<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| PRIORITY | Claimed: | $400.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| QUEST SOFTWARE INC.<br>5 POLARIS WAY<br>ALISO VIEJO, CA 92656 | Claim Number: 6340<br>Claim Date: 12/14/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments:<br>Amends claim 3221 | | | |
| UNSECURED | Claimed: | $0.00 | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FOUR SEASONS RESORT<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6341<br>Claim Date: 12/15/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4417 (05/14/2010) | | | |
| UNSECURED | Claimed: | $37,371.95 | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | Claim Number: 6342<br>Claim Date: 12/17/2009<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $413,581.90 | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | Claim Number: 6343<br>Claim Date: 12/17/2009<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $413,581.99 | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | Claim Number: 6344<br>Claim Date: 12/17/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 9535 (07/25/2011) | | | |
| UNSECURED | Claimed: | $413,581.99 | | |
| TOGUT, ALBERT<br>CHAPTER 7 TRUSTEE OF PLVTZ, INC.<br>TOGUT, SEGAL & SEGAL LLP., ATTN: NEIL<br>BERGER, ESQ., ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | Claim Number: 6345<br>Claim Date: 12/17/2009<br>Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD.<br>Comments: EXPUNGED<br>DOCKET: 5434 (08/19/2010) | | | |
| UNSECURED | Claimed: | $413,581.99 | | |
| TRL SYSTEMS, INC<br>9531 MILLIKEN AVE<br>RANCHO CUCAMONGA, CA 91730 | Claim Number: 6346<br>Claim Date: 12/21/2009<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $25,486.40 | Scheduled: | $19,362.55 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DUFFER, ROBERT<br>1407 W. SIGWALT ST.<br>ARLINGTON HTS, IL 60005 | Claim Number: 6347<br>Claim Date: 12/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 12716 (11/13/2012) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $300.00 | | |
|---|---|---|---|---|

---

| TEKSYSTEMS, INC.<br>ATTN: MATT HUDSON<br>7437 RACE RD.<br>HANOVER, MD 21076 | Claim Number: 6348<br>Claim Date: 12/21/2009<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4776 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $960.00 | | |
|---|---|---|---|---|

---

| CONNECTICUT DEPT OF REVENUE SERVICES<br>C & E DIVISION, BANKRUPTCY SECTION<br>25 SIGOURNEY STREET<br>HARTFORD, CT 06106-5032 | Claim Number: 6349<br>Claim Date: 12/23/2009<br>Debtor: VALUMAIL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5870 (10/01/2010) |
|---|---|

| PRIORITY | Claimed: | $250.00 | | |
|---|---|---|---|---|

---

| DAY WIRELESS SYSTEMS<br>PO BOX 22949<br>MILWAUKIE, OR 97269 | Claim Number: 6350<br>Claim Date: 12/28/2009<br>Debtor: KTLA INC. |
|---|---|

| UNSECURED | Claimed: | $101.59 | Scheduled: | $101.59 |
|---|---|---|---|---|

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FOUR SEASONS RESORT<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | Claim Number: 6351<br>Claim Date: 01/04/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments:<br>Amends claim 6341 |
|---|---|

| UNSECURED | Claimed: | $37,371.95 | Scheduled: | $37,371.95 |
|---|---|---|---|---|

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FOUR SEASONS RESORT<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6352<br>Claim Date: 01/04/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4777 (06/14/2011) |
|---|---|

| UNSECURED | Claimed: | $37,371.95 | | |
|---|---|---|---|---|

---

| FEDEX CUSTOMER INFORMATION SERVICE<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY / BANKRUPTCY<br>3965 AIRWAYS MODULE G, 3RD FL<br>MEMPHIS, TN 38116 | Claim Number: 6353<br>Claim Date: 01/05/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: ALLOWED<br>DOCKET: 4778 (06/14/2010) |
|---|---|

| UNSECURED | Claimed: | $845.46 | | |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MURRAY, HEATHER
629 HAMILTON CT
BARTLETT, IL 60103-1679

Claim Number: 6354
Claim Date: 01/11/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $20.00 |
|---|---|---|---|---|

HUNTER, GINA
446 BELLWOOD AVE
HILLSIDE, IL 60162

Claim Number: 6355
Claim Date: 01/12/2010
Debtor: TRIBUNE MEDIA SERVICES, INC.

| UNSECURED | Claimed: | $94.00 | Scheduled: | $94.00 |
|---|---|---|---|---|

MEDIAMARK RESEARCH & INTELLIGENCE, LLC
ATTN: CLAUDINE GUARDIANO
75 NINTH AVE 5TH FL
NEW YORK, NY 10011

Claim Number: 6356
Claim Date: 01/14/2010
Debtor: TRIBUNE MEDIA NET, INC.
Comments:
Amends claim 2757

| UNSECURED | Claimed: | $28,345.00 | Scheduled: | $56,690.00 |
|---|---|---|---|---|

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6357
Claim Date: 01/15/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

| UNSECURED | Claimed: | $182,000.00   CONT |
|---|---|---|

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6358
Claim Date: 01/15/2010
Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

| UNSECURED | Claimed: | $182,000.00   CONT |
|---|---|---|

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6359
Claim Date: 01/15/2010
Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

| UNSECURED | Claimed: | $182,000.00   CONT |
|---|---|---|

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6360
Claim Date: 01/15/2010
Debtor: KTLA INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

| UNSECURED | Claimed: | $182,000.00   CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6361
Claim Date: 01/15/2010
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6362
Claim Date: 01/15/2010
Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6363
Claim Date: 01/15/2010
Debtor: SUN-SENTINEL COMPANY
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6364
Claim Date: 01/15/2010
Debtor: THE BALTIMORE SUN COMPANY
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6365
Claim Date: 01/15/2010
Debtor: THE DAILY PRESS, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6366
Claim Date: 01/15/2010
Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

SAFECO INSURANCE COMPANY OF AMERICA
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N. LASALLE ST., STE 3600
CHICAGO, IL 60602

Claim Number: 6367
Claim Date: 01/15/2010
Debtor: TIMES MIRROR SERVICES COMPANY, INC.
Comments: EXPUNGED
DOCKET: 12182 (08/06/2012)

UNSECURED            Claimed:              $182,000.00    CONT

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6368<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6369<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6370<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6371<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6372<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6373<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | Claim Number: 6374<br>Claim Date: 01/15/2010<br>Debtor: TRIBUNE PUBLISHING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) |
|---|---|
| UNSECURED            Claimed: | $182,000.00   CONT |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 6375<br>Claim Date: 01/15/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) | | |
| UNSECURED | Claimed: | $182,000.00   CONT | | |
| SAFECO INSURANCE COMPANY OF AMERICA<br>C/O T. SCOTT LEO<br>LEO & WEBER, PC<br>1 N. LASALLE ST., STE 3600<br>CHICAGO, IL 60602 | | Claim Number: 6376<br>Claim Date: 01/15/2010<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 12182 (08/06/2012) | | |
| UNSECURED | Claimed: | $182,000.00   CONT | | |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | | Claim Number: 6377<br>Claim Date: 01/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends Claim 6291. | | |
| UNSECURED | Claimed: | $61,202.87 | Scheduled: | $75,693.39 |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | | Claim Number: 6378<br>Claim Date: 01/19/2010<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 4102 (04/19/2010)<br>Amends Claim 6310. | | |
| UNSECURED | Claimed: | $24,884.05 | Scheduled: | $63,100.95 |
| CENTERPOINT ENERGY SERVICES, INC.<br>1111 LOUISIANA STREET<br>CNPT 46 ROOM 4661<br>ATTN: ROBERT CLAUDE<br>HOUSTON, TX 77002 | | Claim Number: 6379<br>Claim Date: 01/19/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 4102 (04/19/2010)<br>Amends Claim 6292. | | |
| UNSECURED | Claimed: | $11,432.92 | Scheduled: | $16,490.57 |
| BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | | Claim Number: 6380<br>Claim Date: 01/25/2010<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $23.70 |
| BENALCAZAR, JUAN C<br>11 ASHTON RD<br>STAMFORD, CT 06905 | | Claim Number: 6381<br>Claim Date: 01/25/2010<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $298.85 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BENALCAZAR,JUAN C
11 ASHTON RD
STAMFORD, CT 06905

Claim Number: 6382
Claim Date: 01/25/2010
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $5.40 |

---

BENALCAZAR,JUAN C
11 ASHTON RD
STAMFORD, CT 06905

Claim Number: 6383
Claim Date: 01/25/2010
Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $8.64 |

---

HUTCHINSON, JOYCE F.
PO BOX 352
MATTESON, IL 60443-0352

Claim Number: 6384
Claim Date: 01/26/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $300,000.00   UNLIQ |

---

HUTCHINSON, JOYCE F.
16851 HARLEM AVENUE, UNIT 225
TINLEY PARK, IL 60477

Claim Number: 6385
Claim Date: 01/27/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED

| PRIORITY | Claimed: | $300,000.00   UNLIQ |

---

SAWYERS, DIANE
1401 48TH ST
DES MOINES, IA 50311-2451

Claim Number: 6386
Claim Date: 12/18/2009
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4407 (05/14/2010)

| UNSECURED | Claimed: | $80.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6387
Claim Date: 01/28/2010
Debtor: WPIX, INC.
Comments: WITHDRAWN
DOCKET: 4236 (05/05/2010)

| ADMINISTRATIVE | Claimed: | $225.27   UNLIQ |

---

CROKIN, ELIZABETH MARY
6220 W 3RD ST APT 204
LOS ANGELES, CA 90036-3169

Claim Number: 6388
Claim Date: 02/01/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5913 (07/21/2011)
THIS CLAIM HAS BEEN SATISFIED

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BANKUNITED CENTER AT UNIVERSITY OF MIAMI<br>1245 DAEUR DRIVE<br>CORAL GABLES, FL 33146 | | Claim Number: 6389<br>Claim Date: 01/29/2010<br>Debtor: SUN-SENTINEL COMPANY | | |
| UNSECURED | Claimed: | $206.30 | Scheduled: | $206.30 |
| CROKIN, LIZ<br>6220 W 3RD ST APT 204<br>LOS ANGELES, CA 90036-3169 | | Claim Number: 6390<br>Claim Date: 02/01/2010<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |
| HATHAWAY, WILLIAM K<br>869 FARMINGTON AVE APT 201<br>WEST HARTFORD, CT 06119-1403 | | Claim Number: 6391<br>Claim Date: 02/08/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12362 (08/31/2012) | | |
| UNSECURED | Claimed: | $3,342.06 | Scheduled: | $3,342.06  UNLIQ |
| HYLTON, ROSE M.<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | Claim Number: 6392<br>Claim Date: 02/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| HYLTON, ROSE<br>9 LAURETTE LANE<br>FREEPORT, NY 11520 | | Claim Number: 6393<br>Claim Date: 02/25/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| AFFILIATED MEDIA, INC. ET AL<br>ATTN: RONALD A. MAYO<br>101 W. COLFAX AVENUE, SUITE 1100<br>DENVER, CO 80202 | | Claim Number: 6394<br>Claim Date: 03/01/2010<br>Debtor: GREENCO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5310 (08/09/2010) | | |
| UNSECURED | Claimed: | $55,780,199.00 | | |
| EGI-TRB, L.L.C<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6395<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 4654 | | |
| UNSECURED | Claimed: | $167,047,531.55  UNLIQ | Scheduled: | $167,047,531.55 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TOWER CH, L.L.C
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6396
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3712

| UNSECURED | Claimed: | $336,143.45   UNLIQ | Scheduled: | $336,143.45 |

---

TOWER DC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6397
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3713

| UNSECURED | Claimed: | $2,465,052.00   UNLIQ | Scheduled: | $2,465,052.00 |

---

TOWER DL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGEN
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6398
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3714

| UNSECURED | Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 |

---

TOWER EH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHOIRZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6399
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3715

| UNSECURED | Claimed: | $2,780,639.16   UNLIQ | Scheduled: | $2,780,639.16 |

---

TOWER HZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6400
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 4394

| UNSECURED | Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 |

---

TOWER JB, L.L.C
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6401
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3717

| UNSECURED | Claimed: | $847,081.50   UNLIQ | Scheduled: | $847,081.50 |

---

TOWER JK, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6402
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3719

| UNSECURED | Claimed: | $3,475,787.56   UNLIQ | Scheduled: | $3,475,787.56 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| TOWER JP, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6403<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3720 | | | |
| UNSECURED | Claimed: | $952,406.46   UNLIQ | Scheduled: | | $952,406.46 |
| TOWER JS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6404<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3718 | | | |
| UNSECURED | Claimed: | $423,540.75   UNLIQ | Scheduled: | | $423,540.75 |
| TOWER KS, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6405<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3721 | | | |
| UNSECURED | Claimed: | $336,143.65   UNLIQ | Scheduled: | | $336,143.65 |
| TOWER LL, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6406<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3723 | | | |
| UNSECURED | Claimed: | $186,746.36   UNLIQ | Scheduled: | | $186,746.36 |
| TOWER LM, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6407<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3724 | | | |
| UNSECURED | Claimed: | $74,698.54   UNLIQ | Scheduled: | | $74,698.54 |
| TOWER LZ, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTENTION: MARC D. HAUSSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6408<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3722 | | | |
| UNSECURED | Claimed: | $933,731.81   UNLIQ | Scheduled: | | $933,731.81 |
| TOWER MH, L.L.C.<br>C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT<br>ATTN: MARC D. HAUSER<br>TWO NORTH RIVERSIDE PLAZA, SUITE 600<br>CHICAGO, IL 60606 | | Claim Number: 6409<br>Claim Date: 03/05/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3702 | | | |
| UNSECURED | Claimed: | $134,457.38   UNLIQ | Scheduled: | | $134,457.38 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TOWER MS, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTN: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6410
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3703

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,941,255.22   UNLIQ | Scheduled: | $2,941,255.22 |

---

TOWER MZ, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6411
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3704

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,764,753.13   UNLIQ | Scheduled: | $1,764,753.13 |

---

TOWER NL, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6412
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3705

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,137,338.90   UNLIQ | Scheduled: | $3,137,338.90 |

---

TOWER PH, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6413
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3716

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $373,492.73   UNLIQ | Scheduled: | $373,492.73 |

---

TOWER PT, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA
CHICAGO, IL 60606

Claim Number: 6414
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3706

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,353,004.18   UNLIQ | Scheduled: | $2,353,004.18 |

---

TOWER SF, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6415
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3707

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $186,746.36   UNLIQ | Scheduled: | $186,746.36 |

---

TOWER TT, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6416
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3708

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $746,985.45   UNLIQ | Scheduled: | $746,985.45 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

TOWER VC, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6417
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3709

| UNSECURED | Claimed: | $235,300.42   UNLIQ | Scheduled: | $235,300.42 |

---

TOWER WP, L.L.C.
C/O EGI-TRB, L.L.C., AS AUTHORIZED AGENT
ATTENTION: MARC D. HAUSER
TWO NORTH RIVERSIDE PLAZA, SUITE 600
CHICAGO, IL 60606

Claim Number: 6418
Claim Date: 03/05/2010
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3710

| UNSECURED | Claimed: | $5,097,830.61   UNLIQ | Scheduled: | $5,097,830.61 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: TELE REACH INC
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 6419
Claim Date: 03/05/2010
Debtor: THE MORNING CALL, INC.
Comments:
Amends claim 730

| UNSECURED | Claimed: | $10,883.00 | Scheduled: | $10,883.00 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: TELE REACH INC
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 6420
Claim Date: 03/05/2010
Debtor: THE HARTFORD COURANT COMPANY
Comments:
Amends claim 730

| UNSECURED | Claimed: | $40,748.50 | Scheduled: | $40,748.50 |

---

SIGNMEUP.COM
500 N. MICHIGAN AVE.
SUITE 300
CHICAGO, IL 60611

Claim Number: 6421
Claim Date: 03/08/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4778 (06/14/2010)
amends claim 2858

| UNSECURED | Claimed: | $1,640.40 |

---

STARDUST VISIONS
315, S. BEVERLY DR
SUITE # 310
BEVERLY HILLS, CA 90212

Claim Number: 6422
Claim Date: 03/11/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments:
amends claim 777

| UNSECURED | Claimed: | $1,708.41 |

---

REALTY SOLUTION
2588 EL CAMINO REAL F334
CARLSBAD, CA 92008

Claim Number: 6423
Claim Date: 03/11/2010
Debtor: FORSALEBYOWNER.COM CORP.
Comments: ALLOWED
DOCKET: 10420 (12/12/2011)

| PRIORITY | Claimed: | $1,225.00 | | |
| UNSECURED | | | Scheduled: | $1,225.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: REDICARE CO.<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 6424<br>Claim Date: 03/11/2010<br>Debtor: INSERTCO, INC. | | |
| UNSECURED | Claimed: | $436.64 | Scheduled: | $436.64 |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6425<br>Claim Date: 03/12/2010<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>Amends claim 6268 | | |
| PRIORITY | Claimed: | $32.94 | | |
| UNSECURED | Claimed: | $14,212.25 | | |

---

| | | | | |
|---|---|---|---|---|
| COVE INVESTMENTS<br>PO BOX 610<br>OLD SAYBROOK, CT 06475 | | Claim Number: 6426<br>Claim Date: 03/15/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $9,508.29 | | |

---

| | | | | |
|---|---|---|---|---|
| COVE INVESTMENTS LLC<br>C/O LBWR & G LLC<br>PO BOX 610<br>OLD SAYBROOK, CT 06475 | | Claim Number: 6427<br>Claim Date: 03/15/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4405 (05/14/2010) | | |
| UNSECURED | Claimed: | $9,508.29 | | |

---

| | | | | |
|---|---|---|---|---|
| COVE INVESTMENTS LLC<br>RE: OLD SAYBROOK 265 MAIN ST.<br>RICHARD PERKINS, OWNER<br>9 BAYBERRY ROAD<br>OLD SAYBROOK, CT 06475 | | Claim Number: 6428<br>Claim Date: 03/15/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments:<br>Amends Claim 2539 | | |
| UNSECURED | Claimed: | $9,508.29 | | |

---

| | | | | |
|---|---|---|---|---|
| SCHERB, JEFF<br>945 OAK HILL DRIVE<br>ELMIRA, NY 14905 | | Claim Number: 6429<br>Claim Date: 03/15/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $10,005.66 | Scheduled: | $10,005.66  DISP CONT |

---

| | | | | |
|---|---|---|---|---|
| JOHNSEN, RYAN E<br>3116 164TH ST SW APT 1803<br>LYNNWOOD, WA 98087-3252 | | Claim Number: 6430<br>Claim Date: 03/15/2010<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| PRIORITY | Claimed: | $16.20 | Scheduled: | $16.20 |
| SECURED | Claimed: | $0.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| KANSA TECHNOLOGY, LLC<br>3700 OAKES DRIVE<br>EMPORIA, KS 66801 | | Claim Number: 6431<br>Claim Date: 03/15/2010<br>Debtor: INSERTCO, INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $201.55 | Scheduled: | $201.55 |

---

| CONNORS ASSOCIATES, LTD<br>35 ROSELLE STREET<br>MINEOLA, NY 11501 | | Claim Number: 6432<br>Claim Date: 03/15/2010<br>Debtor: INSERTCO, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $386.03<br>$235.66 | Scheduled: | $621.69 |

---

| DANIEL, GADBERRY E<br>2315 W 14TH ST<br>MARION, IN 46953 | | Claim Number: 6433<br>Claim Date: 03/15/2010<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $500.00 | Scheduled: | $300.00 |

---

| NETCOM DATA CORP OF NY<br>82 ROSLYN AVE<br>SEA CLIFF, NY 11579 | | Claim Number: 6434<br>Claim Date: 03/15/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $930.00 |

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 6435<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00 | | |

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6436<br>Claim Date: 03/16/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12615 (10/23/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,297.20 | | |

---

| ATLANTIC FEATURE<br>16 SLAYTON RD<br>MELROSE, MA 02176 | | Claim Number: 6437<br>Claim Date: 03/17/2010<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $0.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 6438<br>Claim Date: 03/17/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 7791 (02/04/2011) | | | |
| PRIORITY | Claimed: | $17,195.17 | | | |
| UNSECURED | Claimed: | $1,633.72 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| LEXISNEXIS, A DIV. OF REED ELSEVIER INC<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 6439<br>Claim Date: 03/11/2010<br>Debtor: CHANNEL 40, INC.<br>Comments: DOCKET: 5689 (09/14/2010) | | | |
| UNSECURED | Claimed: | $224.65 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| PINEROS, FABIAN<br>80 COLBY DR<br>EAST HARTFORD, CT 06108 | | Claim Number: 6440<br>Claim Date: 03/18/2010<br>Debtor: THE HARTFORD COURANT COMPANY | | | |
| UNSECURED | Claimed: | $612.82 | Scheduled: | $612.82 | |

---

| | | | | | |
|---|---|---|---|---|---|
| WEILBACHER, EDWARD A<br>6300 GODDE HILL ROAD<br>LEONA VALLEY, CA 93551 | | Claim Number: 6441<br>Claim Date: 03/22/2010<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | | |
| UNSECURED | Claimed: | $1,717.50 | Scheduled: | $1,717.50 | |

---

| | | | | | |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6442<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | | |
| PRIORITY | Claimed: | $2,681,770.78 | | | |
| UNSECURED | Claimed: | $292,587.78 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SOTSKY, LAURENCE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6443<br>Claim Date: 03/11/2010<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: ALLOWED<br>DOCKET: 4135 (04/22/2010) | | | |
| UNSECURED | Claimed: | $108,461.54 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 6444<br>Claim Date: 03/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | | |
| UNSECURED | Claimed: | $3,297.20 | | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: JOYCE FU<br>CITI FIELD<br>FLUSHING, NY 11368 | | Claim Number: 6445<br>Claim Date: 03/25/2010<br>Debtor: WPIX, INC.<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $10,485.33 | Scheduled: | $10,485.33 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NEWSPAPER SUBSCRIPTION SVC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 6446<br>Claim Date: 03/29/2010<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: DOCKET: 7426 (01/07/2011)<br>THIS CLAIM HAS BEEN SATISFIED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,286.00 | Scheduled: | $0.00 |

---

| TUCKER, EMERSON<br>#20080003014<br>COOK COUNTY JAIL<br>P.O. BOX 089002<br>CHICAGO, IL 60608 | | Claim Number: 6447<br>Claim Date: 03/29/2010<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 5786 (09/22/2010)<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300,000.00 | | |
| UNSECURED | Claimed: | $300,000.00 | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $300,000.00 | | |

---

| WELLS, NOLAN<br>1746 N KEDZIE AVE #2<br>CHICAGO, IL 60647-4910 | | Claim Number: 6448<br>Claim Date: 03/30/2010<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

---

| ROLLERI, WILLIAM<br>189 MALCOLM FOREST ROAD<br>NEW CASTLE, DE 19720-8740 | | Claim Number: 6449<br>Claim Date: 03/30/2010<br>Debtor: WPIX, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,400.00 | Scheduled: | $23,755.00 UNLIQ |

---

| ROHRBACH, JEANNE<br>203 WELLINGTON RD<br>GARDEN CITY, NY 11530 | | Claim Number: 6450<br>Claim Date: 03/31/2010<br>Debtor: WPIX, INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,509.00 | Scheduled: | $37,509.00 UNLIQ |

---

| WALTON JR, SAMUEL<br>7523 WINCHESTER AVE.<br>CHICAGO, IL 60620 | | Claim Number: 6451<br>Claim Date: 04/01/2010<br>Debtor: CHICAGO TRIBUNE COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33.36 | Scheduled: | $33.26 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

CONGRESS REALTY INC
6007 TWIN VALLEY CV
AUSTIN, TX 78731-3532

Claim Number: 6452
Claim Date: 04/01/2010
Debtor: FORSALEBYOWNER.COM CORP.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

CRAIN COMMUNICATIONS, INC.
ATTN: MARY E. MOCERI
1155 GRATIOT AVENUE
DETRIOT, MI 48207

Claim Number: 6453-01
Claim Date: 04/02/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,373.13 | Scheduled: | $29,373.13 |

CRAIN COMMUNICATIONS, INC.
ATTN: MARY E. MOCERI
1155 GRATIOT AVENUE
DETRIOT, MI 48207

Claim Number: 6453-02
Claim Date: 04/02/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 4778 (06/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,115.96 | Scheduled: | $29,373.13 |

COSI INC
1751 LAKE COOK ROAD
DEERFIELD, IL 60015

Claim Number: 6454
Claim Date: 04/02/2010
Debtor: CHICAGO TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32.25 | Scheduled: | $32.25 |

BONDED SERVICES OF AMERICA
504 JANE STREET
FORT LEE, NJ 07024

Claim Number: 6455
Claim Date: 04/05/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 4774 (06/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,391.04 |
| SECURED | Claimed: | $1,391.04 |
| TOTAL | Claimed: | $1,391.04 |

ST. CATHARINES STANDARD
ATTN: TENA HORNE
17 QUEEN ST.
ST. CATHERINES, ON L2R 5G5
CANADA

Claim Number: 6456
Claim Date: 04/05/2010
Debtor: TRIBUNE MEDIA SERVICES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,689.93 |

SOFTSEL INC
3101 BROWNS MILL ROAD  SUITE 6 175
JOHNSON CITY, TN 37604

Claim Number: 6457
Claim Date: 04/05/2010
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,804.00 | Scheduled: | $135.48 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

BOLTON,PERRY J
P.O. BOX 136
BROOKLANDVILL, MD 21022

Claim Number: 6458
Claim Date: 04/06/2010
Debtor: THE BALTIMORE SUN COMPANY
Comments:
Amends claim no. 887

| UNSECURED | Claimed: | $80,000.00 | | |
|---|---|---|---|---|

KIWANIS CLUB OF WILLIAMSBURG
PO BOX 6351
WILLIAMSBURG, VA 23188-5222

Claim Number: 6459
Claim Date: 04/06/2010
Debtor: VIRGINIA GAZETTE COMPANIES, LLC

| UNSECURED | Claimed: | $73.40 | Scheduled: | $78.00 |
|---|---|---|---|---|

MURPHY, JENNIFER
418 N PINE LAKE DR
PATCHOGUE, NY 11772

Claim Number: 6460
Claim Date: 04/07/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,775.26  DISP CONT |
|---|---|---|---|---|

DEPARTMENT OF THE TREASURY - IRS
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 6461
Claim Date: 04/09/2010
Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC

| PRIORITY | Claimed: | $225,756,733.02 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $44,100,000.00 | | |

TUCKER, EMERSON
#20080003014
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

Claim Number: 6462
Claim Date: 04/12/2010
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 5786 (09/22/2010)
Amends Claim 6447. Claim out of balance

| PRIORITY | Claimed: | $300,000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | | |
| TOTAL | Claimed: | $300,000.00 | | |

FAST LUBE
320-A BALTIMORE PIKE
BEL AIR, MD 21014

Claim Number: 6463
Claim Date: 04/12/2010
Debtor: HOMESTEAD PUBLISHING CO.
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $103.65 | Scheduled: | $34.55 |
|---|---|---|---|---|

BOUNAN, MICHAEL H
15 SHERWOOD AVE.
BALTIMORE, MD 21208

Claim Number: 6464
Claim Date: 04/14/2010
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| PRIORITY | Claimed: | $40.25 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40.25 | Scheduled: | $40.25 |
| TOTAL | Claimed: | $40.25 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| UNISYS CORPORATION<br>C/O DANA S. PLON, ESQUIRE<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 SOUTH BROAD STREET, SUITE 2100<br>PHILADELPHIA, PA 19109 | | Claim Number: 6465<br>Claim Date: 04/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11838 (06/19/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,368.75 | | |
| UNSECURED | Claimed: | $1,588.90 | | |

---

| DOSTI, ROSE<br>1231 5TH STREE # 303<br>SANTA MONICA, CA 90401 | | Claim Number: 6466<br>Claim Date: 04/21/2010<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments: EXPUNGED<br>DOCKET: 4774 (06/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| ISAKSEN INVESTMENTS, LLC<br>1900 AVENUE OF THE STARS STE 1100<br>LOS ANGELES, CA 90067-4402 | | Claim Number: 6467<br>Claim Date: 04/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim no. 6113 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,253.75 | | |

---

| KOSCIELNIAK, JESSICA A<br>4763 HILCREST COURT<br>CROWN POINT, IN 46307 | | Claim Number: 6468<br>Claim Date: 04/26/2010<br>Debtor: PATUXENT PUBLISHING COMPANY | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,064.10 | Scheduled: | $1,064.10 |

---

| COUNTY OF SAN DIEGO, REGISTRAR OF VOTERS<br>ATTN: RIZA BULANTE<br>5201 RUFFIN RD., SUITE 1<br>SAN DIEGO, CA 92123 | | Claim Number: 6469<br>Claim Date: 05/03/2010<br>Debtor: KSWB INC.<br>Comments:<br>Amends claim no. 963 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,175.00 | Scheduled: | $293.50 |

---

| ASSOCIATED BUILDING MANAGEMENT CORP<br>PO BOX 474<br>MEDFORD, NJ 08055 | | Claim Number: 6470<br>Claim Date: 05/03/2010<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,421.50 | Scheduled: | $1,534.44 |

---

| MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | | Claim Number: 6471<br>Claim Date: 05/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $10,005.64 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 6472<br>Claim Date: 05/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | | |
| PRIORITY | Claimed: | $4,337,722.06 | | |
| SECURED | Claimed: | $0.00 | | |
| JOHNSON, STEVEN M<br>760 PENN ST<br>PENNSBURG, PA 18073 | | Claim Number: 6473<br>Claim Date: 05/12/2010<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| UNSECURED | Claimed: | $125.87 | Scheduled: | $125.87 UNLIQ |
| JOHNSON, DENISE<br>760 PENN ST<br>PENNSBURG, PA 18073 | | Claim Number: 6474<br>Claim Date: 05/12/2010<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 8523 (03/30/2011) | | |
| UNSECURED | Claimed: | $320.07 | Scheduled: | $320.07 UNLIQ |
| SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 6475<br>Claim Date: 05/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5689 (09/14/2010) | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |
| UNSECURED | Claimed: | $307,408.72 | | |

ENTERPRISE VISION TECHNOLOGIES, INC
201 WILSHIRE BLVD. A9
SANTA MONICA, CA 90401

Claim Number: 6476
Claim Date: 05/17/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,031.38 | Scheduled: | $3,646.04 |

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
ATTN: BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 6477
Claim Date: 05/18/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: DOCKET: 5689 (09/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $157.80 | |

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
ATTN: BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 6478
Claim Date: 05/18/2010
Debtor: TRIBUNE TELEVISION NORTHWEST, INC.
Comments: DOCKET: 5689 (09/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $213.70 | |

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
ATTN: BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG, OH 45342

Claim Number: 6479
Claim Date: 05/18/2010
Debtor: KWGN INC.
Comments: DOCKET: 5689 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $307.70 | Scheduled: | $307.70 |

GBH INVESTMENTS, LLC
C/O CHRISTINE M. TOBIN
BUSH STROUT & KORNFELD
601 UNION ST. # 5000
SEATTLE, WA 98101-2373

Claim Number: 6480
Claim Date: 05/20/2010
Debtor: PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON
Comments: EXPUNGED
DOCKET: 11688 (05/24/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,000,000.00   UNLIQ | |

GOMEZ, CHRISTINE MARIE
793 BONNIE DR
BALDWIN, NY 11510-4522

Claim Number: 6481
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

INNES, MICHAEL A & DEBRA JT TEN
50 REDBUD RIDGE PL
THE WOODLANDS, TX 77380-3411

Claim Number: 6482
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HAYNES, KEVIN L
15450 NISQUALLI RD APT O208
VICTORVILLE, CA 92395-9317

Claim Number: 6483
Claim Date: 05/20/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

---

CAGNEY, MONICA
10 FOREST ST
BAYVILLE, NY 11709-1948

Claim Number: 6484
Claim Date: 05/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $136.00 | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
| TOTAL | Claimed: | $136.00 | | |

---

GOW COMMUNICATIONS, LLC
5353 WEST ALABAMA # 415
HOUSTON, TX 77056

Claim Number: 6485
Claim Date: 05/24/2010
Debtor: KIAH INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,038.75 | | |

---

BLEIMAN, ANDREW & BLEIMAN JT TEN
1610 MONTGOMERY RD
DEERFIELD, IL 60015-2631

Claim Number: 6486
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 |

---

AUERBACH, ALEXANDER
C/O ALEXANDER AUEBACH & CO INC
3887 DIXIE CANYON AVE
SHERMAN OAKS, CA 91423-4839

Claim Number: 6487
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $952.00 |

---

RANGE, MICHAEL S
360 KINGSBERY CT
HIGHLAND, IL 62249-2924

Claim Number: 6488
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

---

GARY, KAMILLA M
1303 COOL MIST CT
FORT MILL, SC 29707-7736

Claim Number: 6489
Claim Date: 05/24/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 6490<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6 (12/09/2011) | | |
| ADMINISTRATIVE | Claimed: | $545.34   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| BAHNER, PETER G CUST PETER L BAHNER UTMA OH<br>1703 DEVONWOOD DR<br>ROCHESTER HILLS, MI 48306-3109 | | Claim Number: 6491<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |
| LIPTON, RICHARD CUST THOMAS S LIPTON UTM IL<br>235 WARWICK<br>KENILWORTH, IL 60043-1141 | | Claim Number: 6492<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
| FISHER, GAIL L<br>952 ALMEDA PADRE SERRA<br>SANTA BARBARA, CA 93103-2143 | | Claim Number: 6493<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
| PRIORITY | Claimed: | $204.00 | | |
| UNSECURED | | | Scheduled: | $204.00 |
| STATE OF CONNECTICUT<br>UNCLAIMED PROPERTY DIVISION<br>DEPARTMENT OF TREASURY<br>55 ELM STREET<br>HARTFORD, CT 06106 | | Claim Number: 6494<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $4,862.96 | Scheduled: | $4,862.96 |
| METHOT, PAUL B<br>1357 S INDIANA PKWY<br>CHICAGO, IL 60605-2619 | | Claim Number: 6495<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $3,808.00 | Scheduled: | $3,808.00 |
| STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 6496<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10928 (02/14/2012) | | |
| ADMINISTRATIVE | Claimed: | $3,015.35   UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 6497<br>Claim Date: 05/24/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 10928 (02/14/2012) | | | |
| ADMINISTRATIVE | Claimed: | $4,256.64   UNLIQ | | |
| STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 6498<br>Claim Date: 05/24/2010<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 10928 (02/14/2012) | | | |
| ADMINISTRATIVE | Claimed: | $180,920.95 | | |
| PASTIER, JOHN<br>241 S 12TH ST<br>SAN JOSE, CA 95112 | Claim Number: 6499<br>Claim Date: 05/25/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $1,904.00 | Scheduled: | $1,904.00 |
| ROBINSON, WILLIAM E & DOROTHY A.<br>117 RANCHO VERDE CIR<br>ROHNERT PARK, CA 94928-2069 | Claim Number: 6500<br>Claim Date: 05/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) | | | |
| UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 |
| HUNDT, PAUL L<br>5105 LEANNE LN<br>MC FARLAND, WI 53558-8403 | Claim Number: 6501<br>Claim Date: 05/27/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
| CAMPBELL, JEREMY D<br>519 COFFEETOWN RD<br>LANGSTON, AL 35755-8019 | Claim Number: 6502<br>Claim Date: 05/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $171.36 | Scheduled: | $171.36 |
| DALMAU, BARBARA A<br>12 TILDEN DR<br>NOVATO, CA 94947-4625 | Claim Number: 6503<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COLLINS, MICHAEL E<br>6351 FARRAGUT ST<br>HOLLYWOOD, FL 33024-2115 | Claim Number: 6504<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $1,054.00 | Scheduled: | $1,054.00 |

---

| MUSSMAN, KRISTIN L<br>36 WILDROSE AVE<br>SOUTH PORTLAND, ME 04106-6618 | Claim Number: 6505<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,406.00 | Scheduled: | $5,406.00 |

---

| CHARLES SCHWAB FBO LYNDEE KUZNIAR<br>4A KINGERY QUARTER APT 203<br>WILLOWBROOK, IL 60527-6574 | Claim Number: 6506<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $2,142.00 | Scheduled: | $2,142.00 |

---

| PENNINGTON, STEPHEN<br>4310 GILLHAM RD<br>KANSAS CITY, MO 64110-1565 | Claim Number: 6507<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

| LYLE, JOHN<br>361 E 50TH ST<br>APT 3H<br>NEW YORK, NY 10022-7953 | Claim Number: 6508<br>Claim Date: 06/01/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306.00 | Scheduled: | $306.00 |

---

| TREASURER, OKLAHOMA STATE<br>2401 NW 23RD ST STE 42<br>OKLAHOMA CITY, OK 73107-2401 | Claim Number: 6509<br>Claim Date: 06/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $990.94 |

---

| YOON, JOSEPH<br>206 NORTHSHORE XING<br>DALLAS, GA 30157-1641 | Claim Number: 6510<br>Claim Date: 06/03/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BUTHMAN, JANE M<br>1340 CARIBOU TRAIL<br>CAROL STREAM, IL 60188-9080 | Claim Number: 6511<br>Claim Date: 06/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $34.00 |

| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6512<br>Claim Date: 06/04/2010<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
|---|---|---|
| PRIORITY | Claimed: | $1,140,219.00 |
| UNSECURED | Claimed: | $97,697.03 |

| WINKLER, LEE B., IRA ROLLOVER<br>15250 VENTURA BLVD<br>SUITE 710<br>SHERMAN OAKS, CA 91403 | Claim Number: 6513<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $50,000.00 |

| SOLOMON, BARRY<br>12115 SAN VICENTE BLVD. # 109<br>LOS ANGELES, CA 90049 | Claim Number: 6514<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | |
|---|---|---|
| SECURED | Claimed: | $15,000.00 |

| TIGHE, JAMES H<br>2120 SPRINGFIELD AVE<br>FORT WAYNE, IN 46805-1540 | Claim Number: 6515<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

| GARY, JESSE M<br>131 CLARMAR DR<br>SUN PRAIRIE, WI 53590-2664 | Claim Number: 6516<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,020.00 | Scheduled: | $1,020.00 |

| BOWEN, SHARON<br>15 NIGHTINGALE WAY C-11<br>LUTHERVILLE, MD 21093-7321 | Claim Number: 6517<br>Claim Date: 06/07/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $170.00 | Scheduled: | $170.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

METCALFE, FRIEDA A.
MYRON B. DEWITT, ESQ.
DEWITT & CORDNER
PO BOX 244
SUSQUEHANNA, PA 18847

Claim Number: 6518
Claim Date: 06/07/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
CLAIM AMOUNT IS $190.68 PER MONTH

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

DRUMMEY, SARAH J
10 FREELAND DR
SPRINGVALE, ME 04083-1968

Claim Number: 6519
Claim Date: 06/08/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1,972.00 |

---

HARRIS, JILL CUST NATHAN G HARRIS UTMA
PA.,
474 JEFFERSON DR
PITTSBURG, PA 15228-2117

Claim Number: 6520
Claim Date: 06/09/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 6521
Claim Date: 06/10/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments:
AMENDS CLAIM 738

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,827.79 | | |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 6522
Claim Date: 06/10/2010
Debtor: THE DAILY PRESS, INC.
Comments:
AMENDDS CLAIM 744

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $900.24 | | |

---

TOPOREK, VIRGINIA W
106 AIMEE PL
LONGWOOD, FL 32750-2763

Claim Number: 6523
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 |

---

LAUGHLIN, JOAN MC
201 FIVE CITIES DR
SPACE # 62
PISMO BEACH, CA 93449-3085

Claim Number: 6524
Claim Date: 06/10/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

Claim Number: 6525
Claim Date: 06/10/2010
Debtor: THE DAILY PRESS, INC.
Comments: WITHDRAWN
DOCKET: 6660 (11/30/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $102,074.11 UNLIQ | |

---

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415

Claim Number: 6526
Claim Date: 06/11/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: WITHDRAWN
DOCKET: 5713 (09/15/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $27,594.61 UNLIQ | |

---

MOSS, GERALD
7030 N PENNSYLVANIA STREET
INDIANAPOLIS, IN 46220

Claim Number: 6527
Claim Date: 06/11/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,012.94 |

---

UHLMANN, CHARLES O
6830 DELCO AVE
WINNETKA, CA 91306

Claim Number: 6528
Claim Date: 06/14/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

---

DIXON, KATHYE D
2040 W JACKSON ST
ORLANDO, FL 32805-2110

Claim Number: 6529
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 |

---

FILM MUSICIANS SECONDARY MARKET FUND
ATTN: KAREN L. TUCKER
12001 VENTURA PLACE, 5TH FLOOR
STUDIO CITY, CA 91604

Claim Number: 6530
Claim Date: 06/15/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00 UNLIQ | |
| UNSECURED | Claimed: | $49,000.00 UNLIQ | |

---

TANNENBAUM, IRVING & JUDITH R JT TEN
840 LIONSGATE DR
SAINT LOUIS, MO 63130-2848

Claim Number: 6531
Claim Date: 06/16/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,176.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| AKBAR OMAR INC DEFINED BENEFIT PLAN TR<br>U-A 10-01-84<br>222 NORTH SUNSET AVE STE C<br>WEST COVINA, CA 91790-2278 | | Claim Number: 6532<br>Claim Date: 06/16/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $3,400.00 | Scheduled: | $3,400.00 | |
| CASSIO, KEVIN T<br>7300 NW 93RD AVE<br>TAMARAC, FL 33321-3042 | | Claim Number: 6533<br>Claim Date: 06/17/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $544.00 | Scheduled: | $544.00 | |
| NEIGHBORS, THOMAS F &<br>GWEN C WINTER-NEIGHBORS JT TEN<br>26 CHARTERHOUSE AVE<br>PIEDMONT, SC 29673-9139 | | Claim Number: 6534<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |
| PALKA, EDWARD & KATHRYN E.<br>2893 SLEEPY HOLLOW DRIVE<br>GREEN BAY, WI 54311-6535 | | Claim Number: 6535<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 | |
| FREDERICK, KAREN L<br>343 GREENWOOD DR<br>PO BOX 1070<br>LAKE SHERWOOD, MO 63357 | | Claim Number: 6536<br>Claim Date: 06/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | |
| SMITH BARNEY CUST FBO RACHEL DONELSON<br>IRA<br>1115 UNION ST<br>SAN FRANCISCO, CA 94109 | | Claim Number: 6537<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 5435 (08/19/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $3,230.00 | |
| KEBIR, LORE O<br>2424 ESTHER VIEW DR<br>LOMITA, CA 90717-2313 | | Claim Number: 6538<br>Claim Date: 06/21/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

LILLICRAF, VIRGINIA C & ROME
JT TEN
137 ELM ST
FAIRFIELD, CT 06824-5105

Claim Number: 6539
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

ENSTAD, PAUL O CUST KELLY ENSTAD UGMA IL
1102 PEPPERSTREE
PALATINE, IL 60067-2742

Claim Number: 6540
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

SUJKA, JAMES
5359 W MARGARET ST
PO BOX 474
MONEE, IL 60449-8071

Claim Number: 6541
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

HECK-MEAD, JOULE
820 ONEIDA ST
JOLIET, IL 60435-7311

Claim Number: 6542
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

MARSCH, CHRISTINE SHANEL CUST WILLIAM
KENNETH MARSCH UGMA IL
596 WHARTON DR
LAKE FOREST, IL 60045-4827

Claim Number: 6543
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 5435 (08/19/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | | | Scheduled: | $1,360.00 |

DOESCHER, CLIFFORD
557 ARIS AVE
METAIRE, LA 70005-2905

Claim Number: 6544
Claim Date: 06/21/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136.00 | Scheduled: | $136.00 |

HOLT, VANESSA
3019 JOE LOUISE DR
ORLANDO, FL 32805-2954

Claim Number: 6545
Claim Date: 06/22/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $68.00 | | |
| SECURED | Claimed: | $68.00 | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |
| TOTAL | Claimed: | $68.00 | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| WARD, ELEANORE P<br>186 OAK TREE RD<br>MOORESVILLE, NC 28117-5914 | | Claim Number: 6546<br>Claim Date: 06/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | | $68.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| INTEGRATED PRINT AND GRAPHICS, INC.<br>645 STEVENSON RD.<br>SOUTH ELGIN, IL 60117 | | Claim Number: 6547<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE DIRECT MARKETING, INC. | | | |
| ADMINISTRATIVE | Claimed: | $8,952.36 | | | |
| UNSECURED | Claimed: | $10,850.00 | Scheduled: | | $16,442.36 |

---

| | | | | | |
|---|---|---|---|---|---|
| HORTON, INEZ<br>4 E 107TH ST, # 12B<br>NEW YORK, NY 10029-3870 | | Claim Number: 6548<br>Claim Date: 06/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
| PRIORITY | Claimed: | $306.00 | | | |
| UNSECURED | | | Scheduled: | | $306.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| DLC INC<br>21800 OXNARD STREET  SUITE 980<br>WOODLAND HILLS, CA 91367 | | Claim Number: 6549<br>Claim Date: 06/24/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | | |
| UNSECURED | Claimed: | $32,915.00 | Scheduled: | | $21,965.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | | Claim Number: 6550<br>Claim Date: 06/29/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11803 (06/12/2012) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $387,987.70 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ERNIE BANKS INTERNATIONAL INC<br>578 WASHINGTON BLVD, SUITE 284<br>MARINA DEL REY, CA 90242 | | Claim Number: 6551<br>Claim Date: 06/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5606 (09/02/2010) | | | |
| UNSECURED | Claimed: | $63,969.62 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| NEIBERGALL, GABRIEL HANSEN<br>3201 58TH ST S<br>APT 159<br>GULFPORT, FL 33707-6041 | | Claim Number: 6552<br>Claim Date: 07/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
| UNSECURED | Claimed: | $68.00 | Scheduled: | | $68.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

PARSONS, WILLIAM H
3062 CHARTWELL CT
ROCKFORD, IL 61114-5825

Claim Number: 6553
Claim Date: 07/02/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 |
|---|---|---|---|---|

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 6554
Claim Date: 07/06/2010
Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.
Comments:
amends claim 2820

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 6555
Claim Date: 07/06/2010
Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION
Comments: EXPUNGED
DOCKET: 10236 (11/16/2011)

| PRIORITY | Claimed: | $2,363.27 |
|---|---|---|
| UNSECURED | Claimed: | $20.76 |

SBC GLOBAL SERVICES, INC.
C/O AT&T INC.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6556
Claim Date: 07/07/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 11972 (07/09/2012)

| UNSECURED | Claimed: | $321,424.91 |
|---|---|---|

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6557
Claim Date: 07/08/2010
Debtor: WPIX, INC.
Comments: WITHDRAWN
DOCKET: 12298 (08/20/2012)

| PRIORITY | Claimed: | $1,000.00   UNLIQ |
|---|---|---|

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6558
Claim Date: 07/08/2010
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 10022 (10/19/2011)

| ADMINISTRATIVE | Claimed: | $1,225.30   UNLIQ |
|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 6559
Claim Date: 07/08/2010
Debtor: THE MORNING CALL, INC.
Comments: EXPUNGED
DOCKET: 9345 (06/24/2011)

| PRIORITY | Claimed: | $867,818.00 |
|---|---|---|
| SECURED | Claimed: | $288,046.00 |
| UNSECURED | Claimed: | $9,750.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6560<br>Claim Date: 07/08/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: WITHDRAWN<br>DOCKET: 8300 (03/07/2011) | |
| PRIORITY | Claimed: | $200.00 |
| SECURED | Claimed: | $0.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6561<br>Claim Date: 07/08/2010<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $236.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $101.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6562<br>Claim Date: 07/08/2010<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $6,922.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,377.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6563<br>Claim Date: 07/08/2010<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8301 (03/07/2011) | |
| PRIORITY | Claimed: | $256,726.00 |
| SECURED | Claimed: | $0.00 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6564<br>Claim Date: 07/08/2010<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| PRIORITY | Claimed: | $142.00 |
| SECURED | Claimed: | $0.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6565<br>Claim Date: 07/07/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9011 (05/26/2011) | |
| UNSECURED | Claimed: | $5,136.18 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KIMBER, DANIEL
4415 ROCKLAND PL
MONTROSE, CA 91020

Claim Number: 6566
Claim Date: 07/09/2010
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC
Comments: ALLOWED
DOCKET: 9347 (06/24/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $375.00 | | |
| PRIORITY | Claimed: | $375.00 | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
| TOTAL | Claimed: | $375.00 | | |

---

MARAS, JEFFREY J & AMY K MARAS JT TEN
BOX 205
GRAYSLAKE, IL 60030-0205

Claim Number: 6567
Claim Date: 07/09/2010
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6568
Claim Date: 07/12/2010
Debtor: TRIBUNE COMPANY

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,251.73 | UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6569
Claim Date: 07/12/2010
Debtor: INTERNET FORECLOSURE SERVICE, INC.
Comments: WITHDRAWN
DOCKET: 12335 (08/24/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,000.00 | UNLIQ |
| UNSECURED | Claimed: | $478.85 | UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6570
Claim Date: 07/12/2010
Debtor: STEMWEB, INC.
Comments: WITHDRAWN
DOCKET: 12235 (08/24/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,000.00 | UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6571
Claim Date: 07/12/2010
Debtor: INTERNET FORECLOSURE SERVICE, INC.
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,225.97 | UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6572
Claim Date: 07/12/2010
Debtor: INSERTCO, INC.
Comments: WITHDRAWN
DOCKET: 12298 (08/20/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,225.97 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6573<br>Claim Date: 07/12/2010<br>Debtor: INSERTCO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) | |
| PRIORITY | Claimed: | $1,072.53   UNLIQ | |
| UNSECURED | Claimed: | $742.40   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6574<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |
| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6575<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) | |
| PRIORITY | Claimed: | $1,000.00   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6576<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC.<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) | |
| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6577<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) | |
| PRIORITY | Claimed: | $1,000.00   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6578<br>Claim Date: 07/12/2010<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | |
| PRIORITY | Claimed: | $139,714.30   UNLIQ | |
| UNSECURED | Claimed: | $41,457.18   UNLIQ | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 6579<br>Claim Date: 07/12/2010<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: WITHDRAWN<br>DOCKET: 12335 (08/24/2012) | |
| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6580<br>Claim Date: 07/12/2010<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| PRIORITY | Claimed: | $14,096.26   UNLIQ |
| UNSECURED | Claimed: | $16,179.89   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6581<br>Claim Date: 07/12/2010<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12335 (08/24/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6582<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) |
|---|---|

| PRIORITY | Claimed: | $1,000.00   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6583<br>Claim Date: 07/12/2010<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6584<br>Claim Date: 07/12/2010<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6585<br>Claim Date: 07/12/2010<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: EXPUNGED<br>DOCKET: 12686 (11/06/2012) |
|---|---|

| PRIORITY | Claimed: | $1,000.00   UNLIQ |
| UNSECURED | Claimed: | $20.28   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6586<br>Claim Date: 07/12/2010<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12280 (08/16/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,225.97   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6587<br>Claim Date: 07/12/2010<br>Debtor: CHICAGO TRIBUNE NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12280 (08/16/2012) |
|---|---|

| PRIORITY | Claimed: | $1,000.00   UNLIQ |
|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6588<br>Claim Date: 07/12/2010<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12686 (11/06/2012) |
|---|---|

| PRIORITY | Claimed: | $10,529.31   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00   UNLIQ |

---

| VALUATION RESEARCH CORPORATION<br>ATTN: BRYAN BROWNING<br>330 E. KILBOURN AVE, SUITE 1020<br>MILWAUKEE, WI 53202 | Claim Number: 6589<br>Claim Date: 07/13/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
|---|---|

| UNSECURED | Claimed: | $286,420.00   UNLIQ |
|---|---|---|

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 6590<br>Claim Date: 07/06/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5869 (10/01/2010) |
|---|---|

| UNSECURED | Claimed: | $5,136.18 |
|---|---|---|

---

| HOWARD COUNTY, MARYLAND<br>MARGARET ANN NOLAN & CAMELA J. SANDMANN<br>ESQ., HOWARD COUNTY OFFICE OF LAW<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | Claim Number: 6591<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

---

| WOLFORTH, HOLLY<br>3643 N. MAGNOLIA<br>CHICAGO, IL 60613 | Claim Number: 6592<br>Claim Date: 07/15/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
|---|---|

| PRIORITY | Claimed: | $38.51 | Scheduled: | $38.51 |
|---|---|---|---|---|

---

| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM<br>UTMA OH<br>2600 SPRINGMILL RD<br>FINDLAY, OH 45840-2860 | Claim Number: 6593<br>Claim Date: 07/15/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $204.00 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MITTLEMAN, ILEENE H
525 EAST 82ND ST APT 9H
NEW YORK, NY 10028-7158

Claim Number: 6594
Claim Date: 07/16/2010
Debtor: TRIBUNE COMPANY
Comments: ALLOWED
DOCKET: 8146 (02/25/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $170.00 |
|---|---|---|---|---|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6595
Claim Date: 07/19/2010
Debtor: 5800 SUNSET PRODUCTIONS INC.
Comments: EXPUNGED
DOCKET: 12686 (11/06/2012)

| PRIORITY | Claimed: | $8,072.54 |
|---|---|---|
| SECURED | Claimed: | $382.32 |
| UNSECURED | Claimed: | $1,000.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6596
Claim Date: 07/19/2010
Debtor: NORTH MICHIGAN PRODUCTION COMPANY
Comments: EXPUNGED
DOCKET: 12686 (11/06/2012)

| PRIORITY | Claimed: | $11,696.26 |
|---|---|---|
| UNSECURED | Claimed: | $1,750.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6597
Claim Date: 07/19/2010
Debtor: CHICAGO RIVER PRODUCTION COMPANY
Comments: WITHDRAWN
DOCKET: 12280 (08/16/2012)

| PRIORITY | Claimed: | $10,529.31 |
|---|---|---|
| UNSECURED | Claimed: | $1,500.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6598
Claim Date: 07/19/2010
Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY
Comments: WITHDRAWN
DOCKET: 12280 (08/16/2012)

| PRIORITY | Claimed: | $1,000.00 |
|---|---|---|

---

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 6599
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HOWARD COUNTY, MARYLAND
MARAGARET ANN NOLAN & CAMELA J. SANDMANN
HOWARD COUNTY OFFICE OF LAW
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

Claim Number: 6600
Claim Date: 07/15/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8204 (03/01/2011)

| SECURED | Claimed: | $37,168.48 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | Claim Number: 6601<br>Claim Date: 07/19/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: POSSIBLY AMENDED BY 6780<br>DOCKET: 8523 (03/30/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $65,000.00 | |

| MYERS, SIDNEY<br>7842 FISHER ISLAND DR<br>FISHER ISLAND, FL 33109 | Claim Number: 6602<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $102.00 | |

| MEUSER, MEGAN LOUISE<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6603<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: $68.00 |

| NEIBERGALL, BRENDAN DOUGLAS<br>1328 S PARK AVE<br>SPRINGFIELD, IL 62704-3462 | Claim Number: 6604<br>Claim Date: 07/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: $68.00 |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6605<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $28,500,000.00   UNLIQ | |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6606<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,200,000.00   UNLIQ | |

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6607<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $545,500,000.00   UNLIQ | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6608<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $3,100,000.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6609<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6610<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6611<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6612<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6613<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 6614<br>Claim Date: 07/23/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: EXPUNGED |

PRIORITY                 Claimed:                          $0.00    UNLIQ

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6615 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6616 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6617 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6618 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6619 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| PENSION BENEFIT GUARANTY CORPORATION | Claim Number: 6620 |
|---|---|
| ATTN: CASSANDRA BURTON CAVERLY, ATTORNEY | Claim Date: 07/23/2010 |
| OFFICE OF THE CHIEF COUNSEL | Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
| 1200 K STREET, N.W., SUITE 340 | Comments: EXPUNGED |
| WASHINGTON, DC 20005-4026 | |

PRIORITY          Claimed:                    $0.00   UNLIQ

---

| CONSOLIDATED EDISON COMPANY OF | Claim Number: 6621 |
|---|---|
| NEW YORK, INC. | Claim Date: 07/26/2010 |
| BANKRUPTCY GROUP | Debtor: INSERTCO, INC. |
| 4 IRVING PLACE, ROOM 1875-S | Comments: DOCKET: 7426 (01/07/2011) |
| NEW YORK, NY 10003 | THIS CLAIM HAS BEEN SATISFIED |

ADMINISTRATIVE          Claimed:                    $30,314.71

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG ET AL., CHARTIS U.S., MICHELLE A. LEVITT., 175 WATER STREET, 18TH FLOOR NEW YORK, NY 10038 | | Claim Number: 6622<br>Claim Date: 07/26/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: DOCKET: 12833 (12/11/2012) | | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| | | | | |
|---|---|---|---|---|
| STATE OF CALIFORNIA FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | | Claim Number: 6623<br>Claim Date: 07/26/2010<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,056.00 |
| UNSECURED | Claimed: | $480.00 |

---

| | | | | |
|---|---|---|---|---|
| DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | | Claim Number: 6624<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $184,701.66 |

---

| | | | | |
|---|---|---|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. ATTN: JENNIFER SIMMS, ESQ. 245 PARK AVE. NEW YORK, NY 10167 | | Claim Number: 6625-01<br>Claim Date: 07/26/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 8204 (03/01/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,500.00 | Scheduled: | $3,500.00 |

---

| | | | | |
|---|---|---|---|---|
| MAJOR LEAGUE BASEBALL PROPERTIES, INC. ATTN: JENNIFER SIMMS, ESQ. 245 PARK AVE. NEW YORK, NY 10167 | | Claim Number: 6625-02<br>Claim Date: 07/26/2010<br>Debtor: WPIX, INC.<br>Comments: DOCKET: 8204 (03/01/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |

---

| | | | | |
|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIV. PO BOX 530 COLUMBUS, OH 43216-0530 | | Claim Number: 6626<br>Claim Date: 07/27/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12128 (07/30/2012) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,115.07 |

---

| | | | | |
|---|---|---|---|---|
| DUN & BRADSTREET C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | | Claim Number: 6627<br>Claim Date: 07/26/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $184,701.66 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COUSINS, ROBERT R. & MILDRED L.<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6628<br>Claim Date: 07/28/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,437.52 | | |
| UNSECURED | Claimed: | $10,000.00 | | |

---

| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6629<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5677 (09/13/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $435,030.42 | | |
| ADMINISTRATIVE | Claimed: | $435,030.42 | | |

---

| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6630<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5678 (09/13/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,251.24 | | |
| ADMINISTRATIVE | Claimed: | $7,251.24 | | |

---

| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B. WALDMEIR, ASST ATTY GENERAL<br>3030 W. GRAND BLVD - CADILLAC PL 10-200<br>DETROIT, MI 48202 | Claim Number: 6631<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5679 (09/13/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,854.00 | | |
| ADMINISTRATIVE | Claimed: | $120,854.00 | | |

---

| GRANT, ERNESTINE W<br>220 MANHATTAN AVE<br>#6M<br>NEW YORK, NY 10025-2666 | Claim Number: 6632<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $714.00 | Scheduled: | $714.00 |

---

| CONNER, LAURIE<br>5966 MEMPHIS ST<br>NEW ORLEANS, LA 70124-2942 | Claim Number: 6633<br>Claim Date: 08/02/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,768.00 | | |
| UNSECURED | | | Scheduled: | $1,768.00 |

---

| COUSINS, ROBERT R AND MILDRED L COUSINS<br>3581 FROST ROAD<br>SHRUB OAK, NY 10588 | Claim Number: 6634<br>Claim Date: 07/30/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $2,437.52 | | |
| UNSECURED | Claimed: | $10,000.00 | | |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | Claim Number: 6635 |
|---|---|---|
| MATILLA SURVIVORS TRUST | | Claim Date: 08/05/2010 |
| SHIRLEY MATILLA AS SOLE TRUSTEE | | Debtor: TRIBUNE COMPANY |
| ERIC P ISRAEL ESQ / DANNING GILL DIAMOND | | Comments: |
| 2029 CENTURY PARK EAST, THIRD FLOOR | | amends claim 6118 |
| LOS ANGELES, CA 90067 | | |

| UNSECURED | Claimed: | $171,673.07 |
|---|---|---|

---

| | | Claim Number: 6636 |
|---|---|---|
| UNITED STATES DEBT RECOVERY VIII, LP | | Claim Date: 08/11/2010 |
| TRANSFEROR: SIXTY WEST LIMITED PTNRSHP | | Debtor: THE BALTIMORE SUN COMPANY |
| 940 SOUTHWOOD BLVD., SUITE 101 | | Comments: |
| INCLINE VILLAGE, NV 89451 | | amends claim 5933 |

| UNSECURED | Claimed: | $86,255.00 |
|---|---|---|

---

| | | Claim Number: 6637 |
|---|---|---|
| MATILLA SURVIVORS TRUST-SHIRLEY MATILLA | | Claim Date: 08/03/2010 |
| AS SOLE TRUSTEE, C/O ERIC P. ISRAEL, ESQ | | Debtor: TRIBUNE COMPANY |
| DANNING, GILL, DIAMOND & KOLLITZ, LLP | | Comments: EXPUNGED |
| 2029 CENTURY PARK EAST, THIRD FLOOR | | DOCKET: 8204 (03/01/2011) |
| LOS ANGELES, CA 90067 | | |

| UNSECURED | Claimed: | $171,673.07 |
|---|---|---|

---

| | | Claim Number: 6638 |
|---|---|---|
| ZEITLIN, ERICA | | Claim Date: 08/12/2010 |
| 2662 S. BARRINGTON AVE. | | Debtor: TRIBUNE COMPANY |
| LOS ANGELES, CA 90064 | | Comments: ALLOWED |
| | | DOCKET: 8146 (02/25/2011) |

| PRIORITY | Claimed: | $3,405.00 |
|---|---|---|
| UNSECURED | | |

---

| | | Claim Number: 6639 |
|---|---|---|
| TOWN OF PALM BEACH - FINANCE DEPARTMENT | | Claim Date: 08/13/2010 |
| C/O MARY MCQUAIG, ACCOUNTING CLERK | | Debtor: SUN-SENTINEL COMPANY |
| PO BOX 2029 | | Comments: ALLOWED |
| 360 SOUTH COUNTY ROAD | | DOCKET: 8146 (02/25/2011) |
| PALM BEACH, FL 33480 | | |

| UNSECURED | Claimed: | $150.00 | Scheduled: | $50.00 |
|---|---|---|---|---|

---

| | | Claim Number: 6640 |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | | Claim Date: 08/16/2010 |
| BANKRUPTCY SECTION | | Debtor: SUN-SENTINEL COMPANY |
| FREDERICK F. RUDZIK, CLAIMS ATTORNEY | | Comments: EXPUNGED |
| POST OFFICE BOX 6668 | | DOCKET: 12364 (08/31/2012) |
| TALLAHASSEE, FL 32314-6668 | | |

| PRIORITY | Claimed: | $102,647.72 |
|---|---|---|
| UNSECURED | Claimed: | $59,096.25 |

---

| | | Claim Number: 6641-01 |
|---|---|---|
| AT&T CORP. | | Claim Date: 08/16/2010 |
| AT&T ATTORNEY: JAMES GRUDUS, ESQ. | | Debtor: TRIBUNE COMPANY |
| AT&T INC. | | Comments: ALLOWED |
| ONE AT&T WAY, ROOM 3A218 | | DOCKET: 11972 (07/09/2012) |
| BEDMINSTER, NJ 07921 | | |

| UNSECURED | Claimed: | $584,959.12 | Scheduled: | $777,463.37 |
|---|---|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

AT&T CORP.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6641-02
Claim Date: 08/16/2010
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED
DOCKET: 11972 (07/09/2012)

| UNSECURED | Claimed: | $41,407.92 | Scheduled: | $61,745.30 |
|---|---|---|---|---|

AT&T CORP.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6641-03
Claim Date: 08/16/2010
Debtor: PATUXENT PUBLISHING COMPANY
Comments: ALLOWED
DOCKET: 11972 (07/09/2012)

| UNSECURED | Claimed: | $7,695.55 | Scheduled: | $8,245.24 |
|---|---|---|---|---|

AT&T CORP.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6641-04
Claim Date: 08/16/2010
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 11972 (07/09/2012)
Amends claim 6309

| UNSECURED | Claimed: | $16,271.74 |
|---|---|---|

CREDITOR LIQUIDITY, LP AS ASSIGNEE OF
"LEVY REALTY ADVISORS"
C/O TANNOR PARTNERS CREDIT FUND II, LP
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 6642
Claim Date: 08/24/2010
Debtor: SUN-SENTINEL COMPANY
Comments:
Amends claim 1783

| UNSECURED | Claimed: | $64,118.70 |
|---|---|---|

BATES, IVAN J.
BRIAN K. TELFAIR, ESQUIRE
THE TELFAIR LAW FIRM
3007 BROOK ROAD
RICHMOND, VA 23227

Claim Number: 6643
Claim Date: 08/25/2010
Debtor: TRIBUNE COMPANY
Comments: WITHDRAWN
DOCKET: 6251 (11/08/2010)

| UNSECURED | Claimed: | $0.00  CONT | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

LUTTWAK, EDWARD N.
4510 DRUMMUND AVENUE
CHEVY CHASE, MD 20815

Claim Number: 6644
Claim Date: 08/27/2010
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 8153 (02/25/2011)

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

JPMORGAN CHASE BANK, N.A. & J.P. MORGAN
SECURITIES INC.
ATTN: MIRIAM KULNIS
383 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY 10017

Claim Number: 6645
Claim Date: 08/27/2010
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00  UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JAGOE, THOMAS ANTHONY | Claim Number: 6646 | | |
|---|---|---|---|
| 18028 W ANNES CIRCLE | Claim Date: 09/03/2010 | | |
| APT 103 | Debtor: TRIBUNE COMPANY | | |
| CANYON COUNTRY, CA 91387 | Comments: ALLOWED | | |
| | DOCKET: 8146 (02/25/2011) | | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $295.84 |
|---|---|---|---|---|

---

| MCCORMICK, JO ANNA CANZONERI | Claim Number: 6647 |
|---|---|
| 342 N ATLANTIC BLVD | Claim Date: 09/07/2010 |
| ALHAMBRA, CA 91801-2217 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| SECURED | Claimed: | $10,000,000,000.00 | CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $40,000,000,000.00 | CONT |

---

| BAXTER, TODD | Claim Number: 6648 |
|---|---|
| 2121 W. DIVISION ST. # 5 | Claim Date: 09/10/2010 |
| CHICAGO, IL 60622 | Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC |
| | Comments: ALLOWED |
| | DOCKET: 10420 (12/12/2011) |

| PRIORITY | Claimed: | $2,500.00 |
|---|---|---|
| UNSECURED | | |

---

| COMCAST SPOTLIGHT - INDIANAPOLIS | Claim Number: 6649 |
|---|---|
| 30700 TELEGRAPH RD. | Claim Date: 09/15/2010 |
| SUITE # 4600 | Debtor: TRIBUNE TELEVISION COMPANY |
| BINGHAM FARMS, MI 48025 | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $17,344.25 |
|---|---|---|

---

| COMCAST SPOTLIGHT - NE | Claim Number: 6650 |
|---|---|
| 30700 TELEGRAPH RD. | Claim Date: 09/15/2010 |
| SUITE # 4600 | Debtor: TRIBUNE TELEVISION COMPANY |
| BINGHAM FARMS, MI 48025 | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $93,474.50 |
|---|---|---|

---

| MATHIAS, MADELEINE B | Claim Number: 6651 |
|---|---|
| 233 MCCARTNEY STREET | Claim Date: 09/15/2010 |
| EASTON, PA 18042 | Debtor: THE MORNING CALL, INC. |

| PRIORITY | Claimed: | $1,361.15 | Scheduled: | $1,361.15 |
|---|---|---|---|---|

---

| INDUSTRIAL DOOR CO. | Claim Number: 6652 |
|---|---|
| 1555 LANDMEIER RD. | Claim Date: 09/16/2010 |
| ELK GROVE VILLAGE, IL 60007 | Debtor: TRIBUNE COMPANY |
| | Comments: EXPUNGED |
| | DOCKET: 8204 (03/01/2011) |

| UNSECURED | Claimed: | $5,163.58 |
|---|---|---|
| UNSECURED | Claimed: | $5,163.58 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STATE OF LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | Claim Number: 6653<br>Claim Date: 09/20/2010<br>Debtor: TRIBUNE TELEVISION NEW ORLEANS, INC.<br>Comments:<br>amends claim 445 |
|---|---|

| PRIORITY | Claimed: | $5,091.49 | | |
|---|---|---|---|---|

| NOYES, SUSAN BLANKENBAKER<br>BOX 51<br>WILMETTE, IL 60091-0051 | Claim Number: 6654<br>Claim Date: 09/27/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
|---|---|---|---|---|

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6655<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 12128 (07/30/2012) |
|---|---|

| PRIORITY | Claimed: | $6,205.61 |
|---|---|---|
| UNSECURED | Claimed: | $1,028.87 |

| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 6656<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12128 (07/30/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,112.88 |
|---|---|---|

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6657<br>Claim Date: 10/04/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12128 (07/30/2012)<br>Amends claim 241 |
|---|---|

| PRIORITY | Claimed: | $6,110.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,124.00 |

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6658<br>Claim Date: 10/04/2010<br>Debtor: TIMES MIRROR PAYROLL PROCESSING COMPANY, INC.<br>Comments: EXPUNGED<br>DOCKET: 12128 (07/30/2012) |
|---|---|

| PRIORITY | Claimed: | $6,205.61 |
|---|---|---|
| UNSECURED | Claimed: | $1,028.87 |

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6659<br>Claim Date: 10/04/2010<br>Debtor: TOWER DISTRIBUTION COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12128 (07/30/2012) |
|---|---|

| PRIORITY | Claimed: | $6,205.61 |
|---|---|---|
| UNSECURED | Claimed: | $1,028.87 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | Claim Number: 6660<br>Claim Date: 10/04/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12128 (07/30/2012) |
|---|---|

| PRIORITY | Claimed: | $6,205.61 |
| UNSECURED | Claimed: | $1,028.87 |

---

| ROBERT J TOMEI SR CUST ROBERT J TOMEI JR<br>445 MEADOW GREEN LN<br>ROUND LK BCH, IL 60073-1356 | Claim Number: 6661<br>Claim Date: 10/08/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $68.00 | Scheduled: | $68.00 |

---

| HUYNH, HOI T.<br>2642 N. DRAKE STREET<br>CHICAGO, IL 60647-1210 | Claim Number: 6662<br>Claim Date: 10/12/2010<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| LAW OFFICES OF GERALD S. SACK, LLC<br>836 FARMINGTON AVENUE, SUITE 109<br>WEST HARTFORD, CT 06119 | Claim Number: 6663<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9949 (10/11/2011) |
|---|---|

| UNSECURED | Claimed: | $16,791.01 |

---

| FEE, WALTER M.<br>761 NORTH 29TH STREET<br>#204<br>MILWAUKEE, WI 53208 | Claim Number: 6664<br>Claim Date: 10/18/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $8,972.50 |

---

| FOY, RUTH<br>2922 WALBROOK AVE<br>BALTIMORE, MD 21216-3135 | Claim Number: 6665<br>Claim Date: 10/27/2010<br>Debtor: THE BALTIMORE SUN COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3.84 |

---

| FINKEL, MARTWICK & COLSON, P.C.<br>203 N. LASALLE STREET, 15TH FLOOR<br>CHICAGO, IL 60601-1293 | Claim Number: 6666<br>Claim Date: 10/27/2010<br>Debtor: CHICAGO TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $9,503.00 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6667<br>Claim Date: 10/28/2010<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,901.42   UNLIQ |
|---|---|---|

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6668<br>Claim Date: 10/29/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10967 (02/21/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $195,268.79 |
|---|---|---|

| GELLMAN, STEVEN<br>C/O LESLIE COHEN<br>LESLIE COHEN LAW PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 | Claim Number: 6669<br>Claim Date: 11/01/2010<br>Debtor: TRIBUNE COMPANY |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,750,000.00 |
|---|---|---|

| CHRIS NEUMAN<br>TRANSFEROR: GOLDSTONE, IRA<br>1010 LEXINGTON ROAD<br>BEVERLY HILLS, CA 90210 | Claim Number: 6670<br>Claim Date: 11/02/2010<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 6209 (11/02/2010) |
|---|---|

| UNSECURED | Claimed: | $115,000.00 |
|---|---|---|

| AMINCO INTERNATIONAL<br>20571 CRESCENT BAY DRIVE<br>LAKE FOREST, CA 92630 | Claim Number: 6671<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 5913 (07/21/2011)<br>THIS CLAIM HAS BEEN SATISFIED |
|---|---|

| UNSECURED | Claimed: | $1,959.00 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 6672<br>Claim Date: 11/08/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 12645 (09/25/2012) |
|---|---|

| PRIORITY | Claimed: | $9,514.58 |
|---|---|---|
| UNSECURED | Claimed: | $16,930.59 |

| HARTFORD MEDICAL GROUP<br>PO BOX 1086<br>WILBRAHAM, MA 01089 | Claim Number: 6673<br>Claim Date: 11/12/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8204 (03/01/2011) |
|---|---|

| UNSECURED | Claimed: | $722.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE<br>ATT-IN-FACT FOR AM COMMUNICATION SVCS<br>2699 WHITE ROAD #255<br>IRVINE, CA 92614 | | Claim Number: 6674<br>Claim Date: 11/15/2010<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments:<br>Amends claim 1342 | | |
| UNSECURED | Claimed: | $774.44 | | |
| YANT, TREY C.<br>13333 SW 72ND AVE APT 10C<br>TIGARD, OR 97223-2353 | | Claim Number: 6675<br>Claim Date: 11/22/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12351 (08/31/2012)<br>Amends claim 843 | | |
| PRIORITY | Claimed: | $53,993.48 | | |
| SMOLINSKY, SANDRA<br>5280 PINA<br>LAGUNA WOODS, CA 92637 | | Claim Number: 6676<br>Claim Date: 11/22/2010<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC | | |
| UNSECURED | Claimed: | $168.06 | Scheduled: | $168.06 |
| STAMP, MARION N<br>10801 CROOKED RIVER RD<br>APT 203<br>BONITA SPRINGS, FL 34135-1782 | | Claim Number: 6677<br>Claim Date: 11/22/2010<br>Debtor: TRIBUNE COMPANY | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 |
| COLEMAN, SANDRA B<br>50 LEVEL ACRES RD<br>ATTLEBORO, MA 02703-6842 | | Claim Number: 6678<br>Claim Date: 11/23/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 8146 (02/25/2011) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $102.00 |
| STEWART, HAI<br>#1010, 540-14 AVE. SW<br>CALGARY, AB T2R OM6<br>CANADA | | Claim Number: 6679<br>Claim Date: 12/01/2010<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8153 (02/25/2011) | | |
| UNSECURED | Claimed: | $8,000.00 | | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6680<br>Claim Date: 12/16/2010<br>Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC.<br>Comments: EXPUNGED<br>DOCKET: 12686 (11/06/2012) | | |
| PRIORITY | Claimed: | $1,000.00  UNLIQ | | |
| UNSECURED | Claimed: | $348.22  UNLIQ | | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6681 Claim Date: 12/16/2010 Debtor: INTERNET FORECLOSURE SERVICE, INC. Comments: WITHDRAWN DOCKET: 12335 (08/24/2012) |
|---|---|

ADMINISTRATIVE          Claimed:              $1,312.82   UNLIQ

---

| BUENA VISTA TELEVISION ATTN: ADRIAN TUSTIN 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521-9750 | Claim Number: 6682 Claim Date: 12/13/2010 Debtor: WGN CONTINENTAL BROADCASTING COMPANY Comments: ALLOWED DOCKET: 11971 (07/09/2012) |
|---|---|

UNSECURED          Claimed:          $32,541,688.00

---

| COOK COUNTY DEPT. OF REVENUE 118 N. CLARK STREET, ROOM 1160 CHICAGO, IL 60602 | Claim Number: 6683 Claim Date: 12/15/2010 Debtor: TRIBUNE COMPANY Comments: DOCKET: 8204 (03/01/2011) |
|---|---|

PRIORITY          Claimed:          $1,286,329.03

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6684 Claim Date: 01/14/2011 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 9345 (06/24/2011) |
|---|---|

PRIORITY          Claimed:          $2,681,770.78
UNSECURED          Claimed:            $291,926.14

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 6685 Claim Date:  / / Debtor: DEBTOR NOT FOUND |
|---|---|

TOTAL          Claimed:              $0.00

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6686 Claim Date: 01/26/2011 Debtor: FORSALEBYOWNER.COM CORP. Comments: EXPUNGED DOCKET: 9345 (06/24/2011) |
|---|---|

PRIORITY          Claimed:            $15,096.26
UNSECURED          Claimed:            $16,179.89

---

| COOK COUNTY DEPT. OF REVENUE 118 N. CLARK STREET, ROOM 1160 CHICAGO, IL 60602 | Claim Number: 6687 Claim Date: 01/19/2011 Debtor: TRIBUNE COMPANY |
|---|---|

PRIORITY          Claimed:          $1,519,196.85

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6688 Claim Date: 02/03/2011 Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. Comments: EXPUNGED DOCKET: 10022 (10/19/2011) |

| ADMINISTRATIVE | Claimed: | $1,411.48   UNLIQ |

---

| ADAMS, JUSTIN 236 RIVERVIEW TER CLOVER, SC 29710-8964 | Claim Number: 6689 Claim Date: 02/08/2011 Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC Comments: ALLOWED DOCKET: 9347 (06/24/2011) |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $80.00 |

---

| KAZAN, DANIEL 1715 FALLING LEAF LANE NORTHBROOK, IL 60062 | Claim Number: 6690 Claim Date: 02/09/2011 Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| BUCKINGHAM, JIM J CUST JUSTIN BUCKINGHAM UTMA OH 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | Claim Number: 6691 Claim Date: 02/10/2011 Debtor: TRIBUNE COMPANY Comments: EXPUNGED DOCKET: 10021 (10/19/2011) |

| UNSECURED | Claimed: | $204.00 |

---

| BUCKINGHAM, JIM J 2600 SPRINGMILL RD FINDLAY, OH 45840-2860 | Claim Number: 6692 Claim Date: 02/10/2011 Debtor: TRIBUNE COMPANY Comments: ALLOWED DOCKET: 11245 (03/28/2012) |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1.80 |

---

| PECHA, FRANK J. & CAMILLE A. JT TEN 21300 BRUSH LAKE DR CRESTHILL, IL 60403 | Claim Number: 6693 Claim Date: 02/14/2011 Debtor: TRIBUNE COMPANY Comments: ALLOWED DOCKET: 10420 (12/12/2011) |

| PRIORITY | Claimed: | $7,072.00 |
| UNSECURED | | | Scheduled: | $7,072.00 |

---

| COOK COUNTY DEPT. OF REVENUE 118 N. CLARK STREET, ROOM 1160 CHICAGO, IL 60602 | Claim Number: 6694 Claim Date: 02/18/2011 Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $570,207.39 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COOK COUNTY DEPT. OF REVENUE<br>118 N. CLARK STREET, ROOM 1160<br>CHICAGO, IL 60602 | Claim Number: 6695<br>Claim Date: 02/18/2011<br>Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
|---|---|

| PRIORITY | Claimed: | $570,207.39 |
|---|---|---|

---

| LARSON, CHARLES E.<br>1401 WOODBINE COURT<br>ARLINGTON, TX 76012-4236 | Claim Number: 6696<br>Claim Date: 02/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9346 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $17,465.00 |
|---|---|---|

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6697<br>Claim Date: 02/25/2011<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| PRIORITY | Claimed: | $1,342.22 |
|---|---|---|
| UNSECURED | Claimed: | $101.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6698<br>Claim Date: 02/25/2011<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) |
|---|---|

| PRIORITY | Claimed: | $3,452.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,377.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6699<br>Claim Date: 02/25/2011<br>Debtor: THE MORNING CALL, INC. |
|---|---|

| PRIORITY | Claimed: | $635,215.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $9,750.00 |

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6700<br>Claim Date: 02/25/2011<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12252 (08/14/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $83.78 |
|---|---|---|

---

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6701<br>Claim Date: 02/25/2011<br>Debtor: THE MORNING CALL, INC.<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $711.00 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17106-8571 | Claim Number: 6702<br>Claim Date: 02/25/2011<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9394 (06/29/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,840.00 |

---

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17106-8571 | Claim Number: 6703<br>Claim Date: 02/25/2011<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12251 (08/14/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $187,722.20 |

---

| | | |
|---|---|---|
| KAMAKAZEE KIWI CORP.<br>3835-R EAST THOUSAND OAKS BLVD<br>SUITE 343<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 6704<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GRAHAM, CHARLES<br>5100 DUBLIN DR SW<br>ATLANTA, GA 30331-7805 | Claim Number: 6705<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 9347 (06/24/2011) | |

| | | | | |
|---|---|---|---|---|
| SECURED<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $120.96 |

---

| | | |
|---|---|---|
| ARANETA, VICTOR H<br>514 S HARVARD 307<br>LOS ANGELES, CA 90020-3559 | Claim Number: 6706<br>Claim Date: 02/28/2011<br>Debtor: TRIBUNE COMPANY | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11.34 | Scheduled: | $11.34 |

---

| | | |
|---|---|---|
| CALIFORNIA STATE CONTROLLER'S OFFICE<br>300 CAPITOL MALL, SUITE 1850<br>SACRAMENTO, CA 95814 | Claim Number: 6707<br>Claim Date: 03/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9345 (06/24/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $456,272.52 |

---

| | | |
|---|---|---|
| MORGAN STANLEY & CO., INCORPORATED<br>ATTN: MATTHEW MORNINGSTAR<br>1221 AVENUE OF THE AMERICAS, 35TH FL<br>NEW YORK, NY 10020 | Claim Number: 6708<br>Claim Date: 03/02/2011<br>Debtor: TRIBUNE COMPANY | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,511.87   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| HOWARD COUNTY, MARYLAND<br>HOWARD COUNTY OFFICE OF LAW - MARGARET<br>ANN NOLAN, ESQ. CAMELA J. SANDMANN, ESQ.<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 | | Claim Number: 6709<br>Claim Date: 03/03/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) |
| SECURED | Claimed: | $511.99 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6710<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE TELEVISION NORTHWEST, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,740.29<br>$640.00 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6711<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $178,690.20<br>$26,426.11 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6712<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $90,457.46<br>$13,749.03 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6713<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE LOS ANGELES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4,851,039.66<br>$643,890.54 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6714<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE LICENSE, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| SECURED | Claimed: | $47,483.13 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 6715<br>Claim Date: 03/04/2011<br>Debtor: TRIBUNE ENTERTAINMENT COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $141,778.41<br>$21,096.15 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6716 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: TRIBUNE COMPANY |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| SECURED | Claimed: | $33,191,055.53 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6717 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: TRIBUNE CALIFORNIA PROPERTIES, INC. |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $288,423.51 |
| UNSECURED | Claimed: | $42,704.09 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6718 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: HOY PUBLICATIONS, LLC |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $105,680.19 |
| UNSECURED | Claimed: | $18,067.00 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6719 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: SHEPARD'S INC. |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $2,925.31 |
| UNSECURED | Claimed: | $480.00 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6720 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $14,213,722.78 |
| UNSECURED | Claimed: | $2,390,025.00 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6721 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: KTLA INC. |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $3,610,136.39 |
| UNSECURED | Claimed: | $388,339.66 |

---

| | | |
|---|---|---|
| FRANCHISE TAX BOARD | | Claim Number: 6722 |
| BANKRUPTCY SECTION MS A340 | | Claim Date: 03/04/2011 |
| PO BOX 2952 | | Debtor: KSWB INC. |
| SACRAMENTO, CA 95812-2952 | | Comments: WITHDRAWN |
| | | DOCKET: 12700 (11/07/2012) |
| PRIORITY | Claimed: | $370,003.58 |
| UNSECURED | Claimed: | $53,829.73 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6723<br>Claim Date: 03/04/2011<br>Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,404.57 | |
| UNSECURED | Claimed: | $546.42 | |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6724<br>Claim Date: 03/04/2011<br>Debtor: CHANNEL 40, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $541,307.61 | |
| UNSECURED | Claimed: | $81,878.40 | |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6725<br>Claim Date: 03/04/2011<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |
|---|---|---|---|
| SECURED | Claimed: | $1,862,865.35 | |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6726<br>Claim Date: 03/04/2011<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $256,634.49 | |
| UNSECURED | Claimed: | $40,178.35 | |

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 6727<br>Claim Date: 03/04/2011<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12700 (11/07/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5.92 | |

| SILVA, REGINA I<br>3508 S FLEMINGTON DR<br>WEST COVINA, CA 91792-2913 | Claim Number: 6728<br>Claim Date: 03/07/2011<br>Debtor: TRIBUNE COMPANY | | |
|---|---|---|---|
| UNSECURED | Claimed: | $137.44 | Scheduled: | $137.44 |

| CHAVEZ, LISA<br>883 MAGNOLIA AVE APT 10<br>PASADENA, CA 91106-4618 | Claim Number: 6729<br>Claim Date: 03/10/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 10420 (12/12/2011) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,428.00 | |
| UNSECURED | | | Scheduled: | $1,428.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| RIVERSIDE COUNTY SCHOOLS CREDIT UNION CUST GRANT LEE DISMUKE IRA 5 BARQUE DR CEDAR CREST, NM 87008-9481 | Claim Number: 6730 Claim Date: 03/18/2011 Debtor: TRIBUNE COMPANY Comments: ALLOWED DOCKET: 9347 (06/24/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1.08 |
|---|---|---|---|---|

| FMTC/NFSC FBO TENIYA FARNANDIS IRA <A/C CHT-087572> 1140 W 112TH STREET CHICAGO, IL 60643 | Claim Number: 6731 Claim Date: 03/24/2011 Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $331.74 | Scheduled: | $331.74 |
|---|---|---|---|---|

| GALLAGHER, MICHAEL 2652 W WALTON ST CHICAGO, IL 60622-4579 | Claim Number: 6732 Claim Date: 03/24/2011 Debtor: CHICAGO NATIONAL LEAGUE BALL CLUB, LLC |
|---|---|

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

| STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim Number: 6733 Claim Date: 03/28/2011 Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC Comments: WITHDRAWN DOCKET: 12700 (11/07/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim Number: 6734 Claim Date: 03/28/2011 Debtor: EAGLE PUBLISHING INVESTMENTS, LLC Comments: WITHDRAWN DOCKET: 12700 (11/07/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

| STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim Number: 6735 Claim Date: 04/01/2011 Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY Comments: WITHDRAWN DOCKET: 12700 (11/07/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| STATE OF CALIFORNIA FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | Claim Number: 6736 Claim Date: 04/01/2011 Debtor: LOS ANGELES TIMES INTERNATIONAL, LTD. Comments: WITHDRAWN DOCKET: 12700 (11/07/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 6737
Claim Date: 04/01/2011
Debtor: TMLH 2, INC.
Comments: WITHDRAWN
DOCKET: 12700 (11/07/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 6738
Claim Date: 04/01/2011
Debtor: TMLS I, INC.
Comments: WITHDRAWN
DOCKET: 12700 (11/07/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 6739
Claim Date: 04/01/2011
Debtor: EAGLE PUBLISHING INVESTMENTS, LLC
Comments: WITHDRAWN
DOCKET: 12700 (11/07/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

---

DUONG, PAUL
27 BARKER AVE APT 816
WHITE PLAINS, NY 10601-1565

Claim Number: 6740
Claim Date: 04/01/2011
Debtor: TRIBUNE COMPANY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,870.00 | Scheduled: | $1,870.00 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6741
Claim Date: 04/07/2011
Debtor: TRIBUNE COMPANY

| | | |
|---|---|---|
| PRIORITY | Claimed: | $618,496.78 |
| UNSECURED | Claimed: | $126,618.14 |

---

HIANIK, MARK W.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6742
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8749 (04/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KNAPP, PETER A.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6743
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8750 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

BIRMINGHAM, JOHN
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6744
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8748 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

EHLMANN, TOM E.
C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,
PATRICK FRYE WILDMAN, HARROLD, ALLEN
225 W. WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 6745
Claim Date: 04/08/2011
Debtor: TRIBUNE COMPANY
Comments: DOCKET: 8747 (04/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6746
Claim Date: 04/11/2011
Debtor: TRIBUNE BROADCASTING COMPANY
Comments: WITHDRAWN
DOCKET: 12280 (08/16/2012)

| UNSECURED | Claimed: | $48,901.16 UNLIQ |

---

U.S. DEPARTMENT OF LABOR
ELIZABETH GOLDBERG, OFC OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
200 CONSTITUTION AVENUE, N.W. STE N-4611
WASHINGTON, DC 20210

Claim Number: 6747
Claim Date: 04/12/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10989 (02/23/2012)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

SHAPE, STEVEN
CUST JASON SHAPE UTMA IL
1308 LINCOLN AVE S
HIGHLAND PARK, IL 60035-3459

Claim Number: 6748
Claim Date: 04/15/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $1.26 | Scheduled: | $1.26 |

---

CITY OF HARTFORD
EDWARD C. TAIMAN, JR., ESQ.
C/O SABIA TAIMAN, LLC
450 CHURCH STREET
HARTFORD, CT 06103-1107

Claim Number: 6749-01
Claim Date: 04/22/2011
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED
DOCKET: 11460 (04/23/2012)

| UNSECURED | Claimed: | $21,708.62 |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| CITY OF HARTFORD<br>EDWARD C. TAIMAN, JR., ESQ.<br>C/O SABIA TAIMAN, LLC<br>450 CHURCH STREET<br>HARTFORD, CT 06103-1107 | Claim Number: 6749-02<br>Claim Date: 04/22/2011<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 11460 (04/23/2012) | | |
| UNSECURED | Claimed: | $21,429.63 | |

| | | | |
|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6750<br>Claim Date: 04/26/2011<br>Debtor: FORSALEBYOWNER.COM CORP.<br>Comments: EXPUNGED<br>DOCKET: 12686 (11/06/2012) | | |
| PRIORITY | Claimed: | $14,096.26   UNLIQ | |
| UNSECURED | Claimed: | $16,179.89   UNLIQ | |

| | | | |
|---|---|---|---|
| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6751<br>Claim Date: 04/26/2011<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments:<br>Amends claim 4086 | | |
| UNSECURED | Claimed: | $1,108,259.49 | |

| | | | |
|---|---|---|---|
| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6752-01<br>Claim Date: 04/26/2011<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
| UNSECURED | Claimed: | $3,286,095.48 | Scheduled: $4,442,066.84 |

| | | | |
|---|---|---|---|
| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6752-02<br>Claim Date: 04/26/2011<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
| UNSECURED | Claimed: | $47,561.87 | |

| | | | |
|---|---|---|---|
| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6753<br>Claim Date: 04/26/2011<br>Debtor: KTLA INC.<br>Comments:<br>Amends claim 4081 | | |
| UNSECURED | Claimed: | $1,131,182.12 | |

| | | | |
|---|---|---|---|
| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6754<br>Claim Date: 04/26/2011<br>Debtor: KTLA INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
| UNSECURED | Claimed: | $3,717,918.21 | Scheduled: $4,849,100.33 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6755<br>Claim Date: 04/26/2011<br>Debtor: CHANNEL 40, INC.<br>Comments:<br>Amends claim 4082 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $210,712.31 | |

---

| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6756<br>Claim Date: 04/26/2011<br>Debtor: CHANNEL 40, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $464,275.40 | Scheduled: $674,987.71 |

---

| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6757<br>Claim Date: 04/26/2011<br>Debtor: WDCW BROADCASTING, INC.<br>Comments:<br>Amends claim 4094 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $343,700.24 | |

---

| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6758<br>Claim Date: 04/26/2011<br>Debtor: WDCW BROADCASTING, INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,046,737.71 | Scheduled: $1,240,187.86 |

---

| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6759<br>Claim Date: 04/26/2011<br>Debtor: KSWB INC.<br>Comments:<br>Amends claim 4091 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $197,850.52 | |

---

| WARNER BROS. DOMESTIC TV DISTRIBUTION<br>C/O WAYNE M. SMITH<br>WARNER BROS. ENTERTAINMENT INC.<br>4000 WARNER BLVD., BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | Claim Number: 6760<br>Claim Date: 04/26/2011<br>Debtor: KSWB INC.<br>Comments: ALLOWED<br>DOCKET: 12827 (12/10/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $512,560.46 | Scheduled: $460,994.21 |

---

| NBC STUDIOS LLC<br>TRANSFEROR: WARNER BROS. TELEVISION DIST<br>JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.<br>100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C<br>UNIVERSAL CITY, CA 91608 | Claim Number: 6761<br>Claim Date: 04/26/2011<br>Debtor: KIAH INC.<br>Comments:<br>Amends claim 4090 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $136,518.39 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 6762
Claim Date: 04/26/2011
Debtor: KIAH INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $731,436.38 | Scheduled: | $867,954.77 |

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS. TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 6763
Claim Date: 04/26/2011
Debtor: WPIX, INC.
Comments:
Amends claim 4087

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,131,180.87 |

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 6764
Claim Date: 04/26/2011
Debtor: WPIX, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,920,545.16 | Scheduled: | $6,051,726.03 |

NBC STUDIOS LLC
TRANSFEROR: WARNER BROS. TELEVISION DIST
JOHN BERLINSKI; NBC UNIVERSAL TELE. GRP.
100 UNIVERSAL CITY PLZ, BLDG 1320,STE 3C
UNIVERSAL CITY, CA 91608

Claim Number: 6765
Claim Date: 04/26/2011
Debtor: CHANNEL 39, INC.
Comments:
Amends claim 4083

| | | |
|---|---|---|
| UNSECURED | Claimed: | $154,838.71 |

WARNER BROS. DOMESTIC TV DISTRIBUTION
C/O WAYNE M. SMITH
WARNER BROS. ENTERTAINMENT INC.
4000 WARNER BLVD., BLDG. 156, ROOM 5158
BURBANK, CA 91522

Claim Number: 6766
Claim Date: 04/26/2011
Debtor: CHANNEL 39, INC.
Comments: ALLOWED
DOCKET: 12827 (12/10/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $725,361.30 | Scheduled: | $880,200.01 |

FIBERTECH NETWORKS LLC
300 MERIDIAN CENTRE
ROCHESTER, NY 14618

Claim Number: 6767
Claim Date: 05/06/2011
Debtor: THE HARTFORD COURANT COMPANY
Comments: DOCKET: 9345 (06/24/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,353.00 | Scheduled: | $5,353.00 |

ROBINSON, WILLIAM E & DOROTHY A
JT TEN
15500 BUBBLING WELLS RD
DESERT HOT SPRINGS, CA 92240-7043

Claim Number: 6768
Claim Date: 05/09/2011
Debtor: TRIBUNE COMPANY
Comments: EXPUNGED
DOCKET: 10912 (02/14/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $680.00 |
| SECURED | Claimed: | $680.00 |
| TOTAL | Claimed: | $680.00 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| COMMONWEALTH OF PENNSYLVANIA | Claim Number: 6769 |
|---|---|
| DEPARTMENT OF REVENUE | Claim Date: 05/16/2011 |
| BUREAU OF COMPLIANCE | Debtor: THE MORNING CALL, INC. |
| PO BOX 280946 | |
| HARRISBURG, PA 17128-0946 | |

| ADMINISTRATIVE | Claimed: | $315,077.00 |
|---|---|---|

---

| WAL-MART STORES, INC. | Claim Number: 6770 |
|---|---|
| C/O CHARLES B. HENDRICKS | Claim Date: 05/19/2011 |
| CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC | Debtor: CHICAGO TRIBUNE COMPANY |
| 900 JACKSON ST., STE 570 - FOUNDERS SQ | Comments: EXPUNGED |
| DALLAS, TX 75202-4425 | DOCKET: 10021 (10/19/2011) |

| UNSECURED | Claimed: | $1,226.05 |
|---|---|---|

---

| NOSTRAND PROPERTIES LLC, AMERICAN | Claim Number: 6771 |
|---|---|
| COMMERICAL REALTY & COHEN & CO., INC. | Claim Date: 05/27/2011 |
| 9 EAST 40TH STREET, 10TH FLOOR | Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |
| NEW YORK, NY 10016 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| KNIGHT, TIMOTHY P. | Claim Number: 6772 |
|---|---|
| C/O BLAKE T. HANNAFAN | Claim Date: 06/07/2011 |
| HANNAFAN & HANNAFAN, LTD. | Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. |
| ONE EAST WACKER DR., SUITE 2800 | Comments: DOCKET: 8996 (05/25/2011) |
| CHICAGO, IL 60601 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| KNIGHT, TIMOTHY P. | Claim Number: 6773 |
|---|---|
| C/O BLAKE T. HANNAFAN | Claim Date: 06/07/2011 |
| HANNAFAN & HANNAFAN, LTD. | Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |
| ONE EAST WACKER DR., SUITE 2800 | Comments: DOCKET: 8996 (05/25/2011) |
| CHICAGO, IL 60601 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| KNIGHT, TIMOTHY P. | Claim Number: 6774 |
|---|---|
| C/O BLAKE T. HANNAFAN | Claim Date: 06/07/2011 |
| HANNAFAN & HANNAFAN, LTD. | Debtor: TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC |
| ONE EAST WACKER DR., SUITE 2800 | Comments: DOCKET: 8996 (05/25/2011) |
| CHICAGO, IL 60601 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| KNIGHT, TIMOTHY P. | Claim Number: 6775 |
|---|---|
| C/O BLAKE T. HANNAFAN | Claim Date: 06/07/2011 |
| HANNAFAN & HANNAFAN, LTD. | Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC |
| ONE EAST WACKER DR., SUITE 2800 | Comments: DOCKET: 8996 (05/25/2011) |
| CHICAGO, IL 60601 | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| KNIGHT, TIMOTHY P.<br>C/O BLAKE T. HANNAFAN<br>HANNAFAN & HANNAFAN, LTD.<br>ONE EAST WACKER DR., SUITE 2800<br>CHICAGO, IL 60601 | | Claim Number: 6776<br>Claim Date: 06/07/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 8996 (05/25/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| SCHETTINO, MACARIO<br>BELISARIO DOMINGUEZ 48<br>COL VILLA COYOACAN<br>MEXICO, DF 4000<br>MEXICO | | Claim Number: 6777<br>Claim Date: 06/07/2011<br>Debtor: HOY PUBLICATIONS, LLC<br>Comments:<br>amends claim 2212 |

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

| KNIGHT, TIMOTHY P.<br>C/O BLAKE T. HANNAFAN, HANNAFAN &<br>HANNAFAN, LTD.<br>ONE EAST WACKER DR., SUITE 2800<br>CHICAGO, IL 60601 | | Claim Number: 6778<br>Claim Date: 06/08/2011<br>Debtor: SOUTHERN CONNECTICUT NEWSPAPERS, INC.<br>Comments: DOCKET: 8996 (05/25/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| KNIGHT, TIMOTHY P.<br>C/O BLAKE T. HANNAFAN, HANNAFAN &<br>HANNAFAN, LTD.<br>ONE EAST WACKER DR., SUITE 2800<br>CHICAGO, IL 60601 | | Claim Number: 6779<br>Claim Date: 06/08/2011<br>Debtor: TRIBUNE NM, INC.<br>Comments: DOCKET: 8996 (05/25/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | | Claim Number: 6780<br>Claim Date: 06/06/2011<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments:<br>amends claim 6601 |

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 6781<br>Claim Date: 06/09/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11090 (03/05/2012) |

| ADMINISTRATIVE | Claimed: | $24,595.51 |
|---|---|---|

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 6782<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9393 (06/29/2011) |

| ADMINISTRATIVE | Claimed: | $3,678.78 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6783<br>Claim Date: 06/16/2011<br>Debtor: DIRECT MAIL ASSOCIATES, INC.<br>Comments: EXPUNGED<br>DOCKET: 12364 (08/31/2012) |

ADMINISTRATIVE        Claimed:            $2,003.00

---

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 6784<br>Claim Date: 06/16/2011<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9395 (06/29/2011) |

ADMINISTRATIVE        Claimed:            $209.00

---

| | |
|---|---|
| GLOBE NEWSPAPER COMPANY, INC.<br>THE NEW YORK TIMES COMPANY<br>ATTN: LEE RIFFATERRE, ESQ.<br>620  8TH AVE - 18TH FL.<br>NEW YORK, NY 10018 | Claim Number: 6785<br>Claim Date: 06/20/2011<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |

UNSECURED        Claimed:            $4,132.49

---

| | |
|---|---|
| WALKER, CAROL<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | Claim Number: 6786<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>Amends claim 6601 |

UNSECURED        Claimed:            $65,000.00

---

| | |
|---|---|
| OREGON DEPARTMENT OF REVENUE<br>MARIA E. ROYSTON, BANKRUPTCY<br>REVENUE BUILDING<br>955 CENTER STREET NE<br>SALEM, OR 97301-2555 | Claim Number: 6787<br>Claim Date: 07/05/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10022 (10/19/2011) |

PRIORITY        Claimed:            $23,373.88

---

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6788<br>Claim Date: 06/16/2011<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) |

ADMINISTRATIVE        Claimed:            $17.21   UNLIQ

---

| | |
|---|---|
| FEDEX TECHCONNECT<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38115 | Claim Number: 6789-01<br>Claim Date: 07/14/2011<br>Debtor: TRIBUNE BROADCASTING COMPANY<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) |

UNSECURED        Claimed:            $279.28

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| FEDEX TECHCONNECT<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38115 | Claim Number: 6789-02<br>Claim Date: 07/14/2011<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: ALLOWED<br>DOCKET: 11226 (03/22/2012) | | | |
| UNSECURED        Claimed: | $2,573.11 | Scheduled: | $645.60 |

| | |
|---|---|
| FEDEX TECHCONNECT<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38115 | Claim Number: 6789-03<br>Claim Date: 07/14/2011<br>Debtor: TRIBUNE TELEVISION HOLDINGS, INC.<br>Comments: DOCKET: 11226 (03/22/2012) |
| UNSECURED        Claimed: | $365.20 |

| | |
|---|---|
| FEDEX TECHCONNECT<br>AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GRND<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38115 | Claim Number: 6789-04<br>Claim Date: 07/14/2011<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: DOCKET: 11226 (03/22/2012) |
| UNSECURED        Claimed: | $13.53 |

| | |
|---|---|
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6790<br>Claim Date: 07/18/2011<br>Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.<br>Comments: EXPUNGED<br>DOCKET: 11969 (07/09/2012) |
| ADMINISTRATIVE        Claimed: | $3,781.61   UNLIQ |

| | | | |
|---|---|---|---|
| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 6791<br>Claim Date: 07/21/2011<br>Debtor: CHANNEL 39, INC. | | |
| UNSECURED        Claimed: | $349,462.35 | Scheduled: | $108,333.33 |

| | |
|---|---|
| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 6792<br>Claim Date: 07/21/2011<br>Debtor: KIAH INC. |
| UNSECURED        Claimed: | $188,080.65 |

| | |
|---|---|
| SONY PICTURES TELEVISION INC.<br>KATHLEEN HALLINAN, ESQ.<br>10202 WEST WASHINGTON BOULEVARD<br>CULVER CITY, CA 90232-3195 | Claim Number: 6793<br>Claim Date: 07/21/2011<br>Debtor: TRIBUNE TELEVISION COMPANY |
| UNSECURED        Claimed: | $262,585.96 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MOORE, NEVILLE
161 SHERIDAN AVE
ALBANY, NY 12210-2406

Claim Number: 6794
Claim Date: 07/29/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $102.00 | Scheduled: | $102.00 |
|---|---|---|---|---|

---

STATE OF NEW YORK DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W AVERELL HARRIMAN STATE OFFICE
BUILDING CAMPUS, BUILDING 12, ROOM 256
ALBANY, NY 12240

Claim Number: 6795
Claim Date: 08/11/2011
Debtor: TOWER DISTRIBUTION COMPANY
Comments: WITHDRAWN
DOCKET: 10379 (12/06/2011)

| ADMINISTRATIVE | Claimed: | $63.75 |
|---|---|---|

---

STATE OF NEW YORK DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W AVERELL HARRIMAN STATE OFFICE
BUILDING CAMPUS, BUILDING 12, ROOM 256
ALBANY, NY 12240

Claim Number: 6796
Claim Date: 08/29/2011
Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $326.35 |
|---|---|---|

---

PARKER, JOANN
27 NORTH LOCKWOOD
CHICAGO, IL 60644

Claim Number: 6797
Claim Date: 09/01/2011
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 10053 (10/21/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PARKER, JOANN
27 NORTH LOCKWOOD
CHICAGO, IL 60644

Claim Number: 6798
Claim Date: 09/01/2011
Debtor: CHICAGO TRIBUNE COMPANY
Comments: DOCKET: 10053 (10/21/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HONORWAY INVESTMENT CORPORATION
RE: SAN FRANCISCO 388 MARKET
388 MARKET STREET SUITE 1568
SAN FRANCISCO, CA 94111

Claim Number: 6799
Claim Date: 09/06/2011
Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC

| UNSECURED | Claimed: | $80,039.54 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6800
Claim Date: 09/06/2011
Debtor: WPIX, INC.
Comments: EXPUNGED
DOCKET: 10912 (02/14/2012)

| ADMINISTRATIVE | Claimed: | $2,343.90   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PARKER, JOANN<br>27 NORTH LOCKWOOD<br>CHICAGO, IL 60644 | Claim Number: 6801<br>Claim Date: 09/06/2011<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: DOCKET: 10053 (10/21/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6802<br>Claim Date: 09/06/2011<br>Debtor: TRIBUNE MEDIA NET, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11163 (03/15/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $532.25 |
|---|---|---|

---

| PRESSROOM SOLUTIONS, INC.<br>C/O AREYA HOLDER, TRUSTEE<br>LAW OFFICE OF AREYA HOLDER, P.C.<br>800 W AIRPORT FREEWAY, SUITE 414<br>IRVING, TX 75062 | Claim Number: 6803<br>Claim Date: 09/09/2011<br>Debtor: LOS ANGELES TIMES COMMUNICATIONS LLC<br>Comments:<br>supplements claim 1094 |
|---|---|

| UNSECURED | Claimed: | $3,120.56 |
|---|---|---|

---

| PRESSROOM SOLUTIONS, INC.<br>C/O AREYA HOLDER, TRUSTEE<br>LAW OFFICE OF AREYA HOLDER, P.C.<br>800 W AIRPORT FREEWAY, SUITE 414<br>IRVING, TX 75062 | Claim Number: 6804<br>Claim Date: 09/09/2011<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments:<br>supplements claim 1136 |
|---|---|

| UNSECURED | Claimed: | $3,259.47 |
|---|---|---|

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 6805<br>Claim Date: 09/09/2011<br>Debtor: CALIFORNIA COMMUNITY NEWS CORPORATION<br>Comments:<br>amends claim 2814 |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| SCHOENBERGER, SUSAN<br>34 LINBROOK ROAD<br>WEST HARTFORD, CT 06107 | Claim Number: 6806<br>Claim Date: 09/09/2011<br>Debtor: THE HARTFORD COURANT COMPANY<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $5,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,019.68  UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6807<br>Claim Date: 09/12/2011<br>Debtor: CHICAGO RIVER PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12280 (08/16/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $274.92 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 6808 Claim Date: 09/13/2011 Debtor: NORTH MICHIGAN PRODUCTION COMPANY Comments: WITHDRAWN DOCKET: 12298 (08/20/2012) | |
| ADMINISTRATIVE          Claimed: | $274.84 | |

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS, BUILDING 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 6809 Claim Date: 09/12/2011 Debtor: TRIBUNE MEDIA SERVICES, INC. Comments: WITHDRAWN DOCKET: 11196 (03/20/2012) | |
| ADMINISTRATIVE          Claimed: | $8,510.79 | |

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | Claim Number: 6810 Claim Date: 09/12/2011 Debtor: TRIBUNE COMPANY | |
| PRIORITY          Claimed: | $466.67 | |

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES PITNEY BOWES INC. ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | Claim Number: 6811 Claim Date: 09/12/2011 Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $1,340.59 | |

| | | |
|---|---|---|
| MOREHOUSE, L. CLARK III 1 OXFORD ROAD LARCHMONT, NY 10538 | Claim Number: 6812 Claim Date: 09/15/2011 Debtor: TRIBUNE COMPANY | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS, BUILDING 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 6813 Claim Date: 09/19/2011 Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. Comments: WITHDRAWN DOCKET: 10953 (02/17/2012) | |
| ADMINISTRATIVE          Claimed: | $747.61 | |

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY ATTN: MICHAEL G. WILSON (P33263) ONE ENERGY PLAZA JACKSON, MI 49201 | Claim Number: 6814 Claim Date: 09/22/2011 Debtor: TRIBUNE TELEVISION HOLDINGS, INC. | |
| UNSECURED          Claimed: | $26,444.83 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 6815<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $2,175.07 |
|---|---|---|
| SECURED | Claimed: | $30,181.18 |

---

| ROBINSON, WILLIAM E & DOROTHY A<br>JT TEN<br>15500 BUBBLING WELLS RD<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6816<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: ALLOWED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| PRIORITY | Claimed: | $340.00 |
|---|---|---|
| SECURED | Claimed: | $340.00 |
| UNSECURED | | |
| TOTAL | Claimed: | $340.00 |

---

| GOLDSTONE, IRA<br>420 MANHATTAN AVE<br>MANHATTAN BEACH, CA 90266 | Claim Number: 6817<br>Claim Date: 09/23/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6818<br>Claim Date: 09/26/2011<br>Debtor: 5800 SUNSET PRODUCTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 12686 (11/06/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $275.04 |
|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6819<br>Claim Date: 09/26/2011<br>Debtor: 435 PRODUCTION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12280 (08/16/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $275.04 |
|---|---|---|

---

| ROBINSON, WILLIAM<br>JT TEN<br>15500 BUBBLING WELLS<br>DESERT HOT SPRINGS, CA 92240-7043 | Claim Number: 6820<br>Claim Date: 09/27/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6500 |
|---|---|

| UNSECURED | Claimed: | $340.00 |
|---|---|---|

---

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 6821<br>Claim Date: 09/22/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9961 (10/12/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,496.10 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| HEALY, JANE E.<br>813 GREENWOOD ST.<br>ORLANDO, FL 32801 | | Claim Number: 6822<br>Claim Date: 10/03/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MULDERRIG, STEPHEN J.<br>78 STANTON ROAD<br>DARIEN, CT 06820 | | Claim Number: 6823<br>Claim Date: 10/04/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 6824<br>Claim Date: 10/11/2011<br>Debtor: WPIX, INC.<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $2,619.02   UNLIQ |
|---|---|---|

| RAMIREZ, MYRNA<br>4015 70TH AVENUE EAST<br>ELLENTON, FL 34222 | | Claim Number: 6825<br>Claim Date: 10/04/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FELTY, RICK<br>15 BEACON ST.<br>NATICK, MA 01760 | | Claim Number: 6826<br>Claim Date: 10/07/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 6827<br>Claim Date: 10/11/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 11197 (03/20/2012) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $1,496.10 |
|---|---|---|

| PALMER, DENISE E.<br>C/O CARLOS E. SARDI, ESQ.<br>GENOVESE, JOBLOVE & BATISTA<br>100 SE 2ND ST., 44TH FL<br>MIAMI, FL 33131 | | Claim Number: 6828<br>Claim Date: 10/11/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W AVERELL HARRIMAN STATE OFFICE<br>BUILDING CAMPUS, BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 6829<br>Claim Date: 10/18/2011<br>Debtor: WPIX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 11198 (03/20/2012) |

| ADMINISTRATIVE | Claimed: | $6,988.58 |
|---|---|---|

---

| | | |
|---|---|---|
| FARRINGTON, AUDREY L.<br>C/O DAVID TYRA<br>KRONICK MOSKOVITZ TIEDEMANN & GIRARD<br>400 CAPITOL MALL, 27TH FLOOR<br>SACRAMENTO, CA 95814 | | Claim Number: 6830<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| FRANKLIN, TIMOTHY A.<br>3709 PARK OVERLOOK CT<br>ELLICOTT CITY, MD 21042 | | Claim Number: 6831<br>Claim Date: 10/31/2011<br>Debtor: THE BALTIMORE SUN COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| LA BLANC, ROBERT E.<br>60 EAST END AVENUE, APT 19A<br>NEW YORK, NY 10028 | | Claim Number: 6832<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| KENNEY, CRANE<br>1220 LINDENWOOD<br>WINNETKA, IL 60093 | | Claim Number: 6833<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 5337 |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| MOTLEY, ROBYN L.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6834<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| ZELENKA, JOHN E.<br>56 WAVERLY AVENUE<br>CLARENDON HILLS, IL 60514 | | Claim Number: 6835<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| MULVANEY, ROBIN A.<br>970 OAK STREET<br>WINNETKA, IL 60093 | | Claim Number: 6836<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HENDRICKS, JOHN R.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6837<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GART, MICHAEL<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6838<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ISKRA, ALICE<br>6236 PARALLEL LANE<br>COLUMBIA, MD 21045 | | Claim Number: 6839<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| TRINH, CAM<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6840<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| FEENEY, RICHARD S.<br>C/O FRANCES GECKER<br>FRANK / GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 6841<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MARTIN, JEROME P.<br>2727 REVERE STREET<br>HOUSTON, TX 77098 | | Claim Number: 6842<br>Claim Date: 10/31/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

HERNANDEZ, ENRIQUE JR.
C/O MATTHEW R. KIPP
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6843
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

MORRISON, ROBERT S.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6844
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

REYES, J. CHRISTOPHER
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6845
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

TAFT, DUDLEY S.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6846
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

WHITE, MILES D.
C/O MATTHEW R. KIPP
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 NORTH WACKER DRIVE
CHICAGO, IL 60606-1720

Claim Number: 6847
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

SEWELL, IRENE
2310 DEWES STREET
GLENVIEW, IL 60025-4157

Claim Number: 6848
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

REARDON, JOHN
1325 NORTH ASTOR
CHICAGO, IL 60610

Claim Number: 6849
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SMITH, SCOTT
1361 HACKBERRY LANE
WINNETKA, IL 60093

Claim Number: 6850
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

VITANOVEC, JOHN
1256 N. FOREST GLEN DRIVE
WINNETKA, IL 60093

Claim Number: 6851
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

MUSIL, RUTHELLYN
179 E. LAKE SHORE DRIVE
# 501
CHICAGO, IL 60611

Claim Number: 6852
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

POELKING, JOHN
825 NORTH CHESTNUT AVENUE
ARLINGTON HEIGHTS, IL 60004

Claim Number: 6853
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

MALONE, RICHARD H.
899 OAK STREET
WINNETKA, IL 60093

Claim Number: 6854
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

LANDON, TIMOTHY
2704 BENNETT AVENUE
EVANSTON, IL 60201

Claim Number: 6855
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

LEACH, THOMAS
200 EAST DELAWARE PLACE, #4F
CHICAGO, IL 60611

Claim Number: 6856
Claim Date: 11/01/2011
Debtor: TRIBUNE COMPANY

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| LEWIN, LUIS<br>2834 ATLAS DR<br>LAFAYETTE, IN 47909-0846 | | Claim Number: 6857<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WILLIAMS, DAVID D.<br>415 S. GARFIELD<br>HINSDALE, IL 60521 | | Claim Number: 6858<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MALLORY, MARK<br>3312 LAKEWOOD COURT<br>GLENVIEW, IL 60026 | | Claim Number: 6859<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| FITZSIMONS, DENNIS J.<br>800 NORTH MICHIGAN AVENUE<br>UNIT 2501<br>CHICAGO, IL 60611 | | Claim Number: 6860<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| GREMILLION, ROBERT<br>200 S. VICTORIA PARK ROAD<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 6861<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| GRENESKO, DONALD<br>130 THORNTREE LANE<br>WINNETKA, IL 60093 | | Claim Number: 6862<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 5426 |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| HILLER, DAVID<br>1550 N. STATE STREET<br>CHICAGO, IL 60610 | | Claim Number: 6863<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| AGEMA, GERALD<br>12630 S. TIMBERLANE DRIVE<br>PALOS PARK, IL 60464 | Claim Number: 6864<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| AMSDEN, HARRY<br>72 ROSE PLACE<br>CLARENDON HILLS, IL 60514 | Claim Number: 6865<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| BELLACK, ROBERT<br>820 S. OAKLAND AVENUE<br>PASADENA, CA 91106 | Claim Number: 6866<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CARVER, STEPHEN<br>10943 WRIGHTWOOD LANE<br>STUDIO CITY, CA 91604 | Claim Number: 6867<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WALTZ, KATHLEEN<br>7499 TREELINE DR<br>NAPLES, FL 34119-9735 | Claim Number: 6868<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GATES, ERNEST C.<br>106 HOLLY RD.<br>WILLIAMSBURG, VA 23185 | Claim Number: 6869<br>Claim Date: 11/01/2011<br>Debtor: THE DAILY PRESS, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| MURPHY, DAVID P.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | Claim Number: 6870<br>Claim Date: 11/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CONWAY, SUSAN M. | | Claim Number: 6871 |
| 125 LEEDS | | Claim Date: 11/01/2011 |
| WILLIAMSBURG, VA 23188 | | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| KNAPP, PETER A. | | Claim Number: 6872 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE, SUITE 2800 | | Comments: |
| CHICAGO, IL 60606 | | amends claim 6743 |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| HIANIK, MARK W. | | Claim Number: 6873 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | | Comments: |
| CHICAGO, IL 60606 | | amends claim 6742 |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| QUIMBY JR., IRVING L. | | Claim Number: 6874 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | | |
| CHICAGO, IL 60606 | | |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| BIRMINGHAM, JOHN | | Claim Number: 6875 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | | Comments: |
| CHICAGO, IL 60606 | | amends claim 6744 |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| EHLMANN, TOM E. | | Claim Number: 6876 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | | Comments: |
| CHICAGO, IL 60606 | | amends claim 6745 |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| BERLAMINO, BETTY ELLEN | | Claim Number: 6877 |
| C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, | | Claim Date: 11/01/2011 |
| PATRICK FRYE WILDMAN, HARROLD, ALLEN | | Debtor: TRIBUNE COMPANY |
| 225 W. WACKER DRIVE | | |
| CHICAGO, IL 60606 | | |

| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| HIGBY, LAWRENCE M. | | Claim Number: 6878 |
| 218 VIA LIDO NORD | | Claim Date: 11/02/2011 |
| NEWPORT BEACH, CA 92663 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3878 |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| DOWNES, MARY M. | | Claim Number: 6879 |
| 9650 SHORE DR., MAISON SUR MER, # 2202 | | Claim Date: 11/02/2011 |
| MYRTLE BEACH, SC 29572 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3921 |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| ISENBERG, STEVEN L. | | Claim Number: 6880 |
| 151 CENTRAL PARK WEST, 3N | | Claim Date: 11/02/2011 |
| NEW YORK, NY 10023 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3885 |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| WALLER, MICHAEL E. | | Claim Number: 6881 |
| 5 FULL SWEEP | | Claim Date: 11/02/2011 |
| HILTON HEAD ISLAND, SC 29928 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3784 |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| COLSTON, JAMES WILLARD | | Claim Number: 6882 |
| 61 THOMAS ST | | Claim Date: 11/02/2011 |
| PORTLAND, ME 04102 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3960 |

| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| THOMAS, WILLIAM F.<br>16025 VALLEY WOOD RD<br>SHERMAN OAKS, CA 91403 | | Claim Number: 6883<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3768 | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| CARROLL, JOHN S.<br>223 QUEENSWAY DRIVE<br>LEXINGTON, KY 40502 | | Claim Number: 6884<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3949 | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| SHAW, JAMES D.<br>228 JEFFERSON'S HUNDRED<br>WILLIAMSBURG, VA 23185 | | Claim Number: 6885<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3806 | |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| PETERSON, MAUREEN G.<br>7 BARNES ROAD WEST<br>STAMFORD, CT 06902 | | Claim Number: 6886<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3826 | |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| FLICK, JOHN E.<br>31 SEAVIEW DR<br>SANTA BARBARA, CA 93108 | | Claim Number: 6887<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3896 | |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| GASTLER, DEBRA A.<br>4236 BAKMAN AVENUE<br>STUDIO CITY, CA 91602 | | Claim Number: 6888<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3901 | |
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | | |
|---|---|---|---|
| MARRO, ANTHONY J.<br>10 WEST RD.; P.O. BOX 944<br>OLD BENNINGTON, VT 05201 | | Claim Number: 6889<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3831 | |
| UNSECURED | Claimed: | $0.00 | UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LOBDELL, NANCY<br>620 SAND HILL RD, APT. 301C<br>PALO ALTO, CA 94304 | Claim Number: 6890<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3828 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| EGAN, PAUL H.<br>5926 SE IRIS COURT<br>MILWAUKIE, OR 97267-1851 | Claim Number: 6891<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3928 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| RHOADS,S. KEATING<br>2611 NIDO WAY<br>LAGUNA BEACH, CA 92651 | Claim Number: 6892<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3791 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MONSMA, DURHAM J.<br>2402 VIA MARIPOSA W UNIT 3D<br>LAGUNA WOODS, CA 92637-2049 | Claim Number: 6893<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3840 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| HALL, CHARLOTTE H.<br>219 CORNERSTONE DR<br>NEWTOWN SQUARE, PA 19073 | Claim Number: 6894<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3870 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| ROWE, WILLIAM J.<br>15005 PRATOLINO WAY<br>NAPLES, FL 34110 | Claim Number: 6895<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3794 |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PETTY, MARTHA A. | | Claim Number: 6896 |
| 1 BEACH DR SE UNIT 1906 | | Claim Date: 11/02/2011 |
| ST PETERSBURG, FL 33701-3957 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3827 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| ZAKARIAN, JOHN J. | | Claim Number: 6897 |
| 656 RIDGE RD | | Claim Date: 11/02/2011 |
| WETHERSFIELD, CT 06109 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3757 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| O'SULLIVAN, ROBERT T. | | Claim Number: 6898 |
| 304 JEFFERSON CT. | | Claim Date: 11/02/2011 |
| EDGEWATER, NJ 07020 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3818 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MARIMOW,  WILLIAMK. | | Claim Number: 6899 |
| 440 S BROAD ST UNIT 1602 | | Claim Date: 11/02/2011 |
| PHILADELPHIA, PA 19146-4909 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3830 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| HENSON, PAMELA | | Claim Number: 6900 |
| W28IN 5023 JERILANE COURT | | Claim Date: 11/02/2011 |
| PEWAUKEE, WI 53072 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3875 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| BRIEF, KENNETH H. | | Claim Number: 6901 |
| 4 KENNEBEC LANE | | Claim Date: 11/02/2011 |
| BRUNSWICK, ME 04011 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3944 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| OGLESBY, ROGER D. | | Claim Number: 6902 |
| 401 NORTH 2ND ST. #117 | | Claim Date: 11/02/2011 |
| MINNEAPOLIS, MN 55401 | | Debtor: TRIBUNE COMPANY |
| | | Comments: |
| | | amends claim 3816 |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MCKEON, JOHN C.<br>100 N. SANTA ROSA ST. APT 628<br>SAN ANTONIO, TX 78207 | Claim Number: 6903<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3834 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| LAFRANCE, KIMBERLY MCCLEARY<br>1540 11TH ST<br>MANHATTAN BEACH, CA 90266 | Claim Number: 6904<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3862 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| WEINSTEIN, HOWARD<br>12114 FAULKNER DR.<br>OWINGS MILLS, MD 21117 | Claim Number: 6905<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3786 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| HOLTON, RAYMOND<br>1021 STONE STACK DRIVE<br>BETHLEHEM, PA 18015 | Claim Number: 6906<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3879 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| SHORTS, GARY K.<br>2940 BEECH LANE<br>DOYLESTOWN, PA 18902-1941 | Claim Number: 6907<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3808 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| BARRETT, DAVID S.<br>257 OXFORD STREET<br>HARTFORD, CT 06105-2249 | Claim Number: 6908<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3965 |

| UNSECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| JANSEN, RAYMOND A., JR.<br>24 DOCKSIDE LANE, # 422<br>KEY LARGO, FL 33037 | Claim Number: 6909<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3887 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

---

| BARWICK, BRUCE E.<br>3913 HAWTHORN RD<br>ELLICOTT CITY, MD 21042 | Claim Number: 6910<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3932 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

---

| HALLE, JEAN<br>11536 PEBBLECREEK DR.<br>LUTHERVILLE, MD 21093 | Claim Number: 6911<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3871 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

---

| JUNCK, MARY E.<br>P.O. BOX 20; 18475 DEER HILL ROAD<br>PLEASANT VALLEY, IA 52767 | Claim Number: 6912<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3891 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

---

| SCHNEIDER, HILARY A.<br>54 CHESTNUT AVENUE<br>LOS GATOS, CA 95030 | Claim Number: 6913<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3801 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

---

| KLEINER, ARNOLD J.<br>7575 MULHOLLAND DR.<br>LOS ANGELES, CA 90046 | Claim Number: 6914<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3855 |
|---|---|
| UNSECURED Claimed: | $0.00   UNDET |
| UNSECURED Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MURPHY, JOHN R.<br>PO BOX 30927<br>SEA ISLAND, GA 31561 | Claim Number: 6915<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3841 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| CROWDER, GRACE E.<br>499 B&F ROAD<br>GETTYSBURG, PA 17325 | Claim Number: 6916<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3912 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| KELLERMANN, DONALD S., ESTATE OF<br>C/O JOAN R. KELLERMANN<br>2750 UNICORN LANE<br>WASHINGTON, DC 20015 | Claim Number: 6917<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3851 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PELIZZA, ELLEN, ESTATE OF<br>C/O PETER PELIZZA, EXECUTOR<br>W 11052 EAGLE DR<br>LODI, WI 53555 | Claim Number: 6918<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3823 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PATINELLA, JOHN F.<br>13061 PEBBLEBROOK POINT CIRCLE, # 202<br>FORT MYERS, FL 33905 | Claim Number: 6919<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3821 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| KALLET, JUDITH S.<br>7949 CRANES POINTE WAY<br>WEST PALM BEACH, FL 33412 | Claim Number: 6920<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3849 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

KURTICH, MARK H.
81593 CAMINO VALLECITA
INDIO, CA 92203

Claim Number: 6921
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3861

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BRISCO, ROBERT N.
1 FLYING MANE LANE
ROLLING HILLS, CA 90274

Claim Number: 6922
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3945

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

CLAYTON, JANET T.
655 S RIMPAU BLVD
LOS ANGELES, CA 90005

Claim Number: 6923
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3954

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

COFFEY, C. SHELBY, III
897 CHINQUAPIN RD.
MC LEAN, VA 22102

Claim Number: 6924
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3959

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

COTLIAR, GEORGE J.
1618 ANITA LANE
NEWPORT BEACH, CA 92660

Claim Number: 6925
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3911

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

DOWNING, KATHRYN M.
121 VIA ALICIA
SANTA BARBARA, CA 93108

Claim Number: 6926
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3923

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DREHER, BEVERLY<br>6301 ACACIA HILL DRIVE<br>YORBA LINDA, CA 92886-5810 | Claim Number: 6927<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3924 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

| DREWRY, ELIZABETH V.<br>100 RIDGE PASS WAY<br>LANDRUM, SC 29356 | Claim Number: 6928<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3925 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

| ESTATE OF EUGENE L. FALK<br>C/O SHANNON LYNN MOORE, P.R.<br>14340 SALMON RIVER RD.<br>CALDWELL, ID 83607-7813 | Claim Number: 6929-01<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3892 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

| ESTATE OF EUGENE L. FALK<br>C/O LAURA FALK<br>161 ROYAL LONDON CT<br>LAKE SHERWOOD, CA 91361 | Claim Number: 6929-02<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3892 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

| HEAPHY, JANIS<br>25 HIGHLAND PARK VILLAGE, # 100-340<br>DALLAS, TX 75205 | Claim Number: 6930<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3873 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

| HELIN, JAMES D.<br>12156 LA CASA LANE<br>LOS ANGELES, CA 90049 | Claim Number: 6931<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3874 |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| UNSECURED          Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| ISINGER, WILLIAM R.<br>13173 PACIFIC PROMENADE APT 133<br>PLAYA VISTA, CA 90094-2150 | Claim Number: 6932<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3886 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| JOHNSON, W. THOMAS, JR.<br>3280 RILMAN ROAD, NW<br>ATLANTA, GA 30327 | Claim Number: 6933<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3890 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| KLEIN, JEFFREY S.<br>18778 HILLSBORO ROAD<br>NORTHRIDGE, CA 91326 | Claim Number: 6934<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3854 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LAVENTHOL, DAVID A.<br>870 UNITED NATIONS PLAZA, # 31B<br>NEW YORK, NY 10017 | Claim Number: 6935<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3864 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LEE SCHNEIDER, R. MARILYN<br>2124 BAGLEY AVE.<br>LOS ANGELES, CA 90034 | Claim Number: 6936<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3865 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LEVINE, JESSE E.<br>1255 OWOSSO AVENUE<br>HERMOSA BEACH, CA 90254 | Claim Number: 6937<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3867 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| MAGNUSON, ROBERT G.<br>374 FLORA ST.<br>LAGUNA BEACH, CA 92651 | | Claim Number: 6938<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3829 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| MAXWELL, DONALD S.<br>2160 LE FLORE DRIVE<br>LA HABRA HEIGHTS, CA 90631 | | Claim Number: 6939<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3832 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| NIESE, WILLIAM A.<br>6061 LAKE VISTA DRIVE<br>BONSALL, CA 92003 | | Claim Number: 6940<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3846 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| PARKS, MICHAEL C.<br>1211 S. EUCLID AVE.<br>PASADENA, CA 91106 | | Claim Number: 6941<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3819 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| PERRUSO, CAROL<br>376 ULTIMO AVENUE<br>LONG BEACH, CA 90814 | | Claim Number: 6942<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3824 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| ROSE, MICHAEL G.<br>5170 W 2ND ST.<br>LOS ANGELES, CA 90004 | | Claim Number: 6943<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3793 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHLOSBERG, RICHARD T. III
164 SENDERO VERDE DR.
SAN ANTONIO, TX 78261

Claim Number: 6944
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3798

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

SHIRLEY, DENNIS A.
2440 STANLEY
TUSTIN, CA 92782

Claim Number: 6945
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3807

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

STANTON, RICHARD W.
1239 MAPLEWOOD DR.
MAPLE GLEN, PA 19002

Claim Number: 6946
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3499

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

SWEENEY, JUDITH L.
27724 SOMERSET LN
SAN JUAN CAPO, CA 92675-5402

Claim Number: 6947
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3811

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

WILSON, JULIA C.
1872  8TH AVE.
SACRAMENTO, CA 95818

Claim Number: 6948
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3764

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

WRIGHT, DONALD F.
P.O. BOX 842
TESUQUE, NM 87574

Claim Number: 6949
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3761

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| CHANDLER, BETTINA W.<br>1013 SHOKAT DRIVE<br>OJAI, CA 93023 | | Claim Number: 6950<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3952 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| FALK, JOANNE K.<br>161 ROYAL LONDON COURT<br>THOUSAND OAKS, CA 91361 | | Claim Number: 6951<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3893 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| ABATEMARCO, FRED A.<br>25 CHAPEL PLACE, 3E<br>GREAT NECK, NY 11021 | | Claim Number: 6952<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3968 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| ALFANO, RICHARD S.<br>403 BRYN MEADOWS<br>SOUTHLAKE, TX 76092 | | Claim Number: 6953<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3966 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| ARMSTRONG, C. MICHAEL<br>1683 GALLEON DR.<br>NAPLES, FL 34102 | | Claim Number: 6954<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3961 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| ARNOLD, GARY M.<br>910 FAR OAKS DR<br>CASEYVILLE, IL 62232 | | Claim Number: 6955<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3962 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| | | | |
|---|---|---|---|
| BELL, GEORGE<br>240 DUDLEY ST.<br>BROOKLINE, MA 02455 | | Claim Number: 6956<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3934 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| BERGMANN, HORST A.<br>4261 PRESERVE PARKWAY SOUTH<br>GREENWOOD VILLAGE, CO 80121-2188 | Claim Number: 6957<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3936 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BLOOD, EDWARD L.<br>2357 MENDOTA WAY<br>ROSEVILLE, CA 95747-8894 | Claim Number: 6958<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3937 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BOWLIN, GREGORY L.<br>6152 S. JERICHO WAY<br>CENTENNIAL, CO 80016-1275 | Claim Number: 6959<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3940 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BRANDT, ROBERT F.<br>111 MULBERRY ST; P.O. BOX 519<br>ST. MICHAELS, MD 21663 | Claim Number: 6960<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3941 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BRAUER, ALAN L.<br>3506 SWEET CLOVER STREET<br>THOUSAND OAKS, CA 91362 | Claim Number: 6961<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3942 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BRENNAN, LEO<br>3825 TEESDALE CT.<br>ATLANTA, GA 30350 | Claim Number: 6962<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3943 |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| BRYSON, JOHN E.<br>13181 CROSSROADS PARKWAY N, SUITE 170<br>LA PUENTE, CA 91746 | Claim Number: 6963<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3946 |

UNSECURED          Claimed:                    $0.00   UNDET

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| CASEY, KATHLEEN M.<br>104 GALAXY ST<br>LAKEWAY, TX 78734 | Claim Number: 6964<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 696400 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CHANDHOK, RAJENDER K.<br>273 MABERY RD<br>SANTA MONICA, CA 90402 | Claim Number: 6965<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3951 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CHARLES, RANDOLPH R.<br>8415 PINE TREE LN<br>WEST PALM BCH, FL 33406-7849 | Claim Number: 6966<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3953 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CLIFFORD, PATRICK A.<br>1185 PARK AVENUE APT 3E<br>NEW YORK, NY 10128 | Claim Number: 6967<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3956 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CLURMAN, ANDREW W.<br>6936 BASELINE RD.<br>BOULDER, CO 80303 | Claim Number: 6968<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3957 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| COPPENS, STUART K.<br>726 MAYBANK LOOP<br>THE VILLAGES, FL 32162 | Claim Number: 6969<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3910 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DEYOUNG, BARBARA R.<br>4 STONEY CLOVER LANE<br>PITTSFORD, NY 14534-4601 | Claim Number: 6970<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3918 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| DILL, JOHN F.<br>1001 ARBOR LAKE DR #408<br>NAPLES, FL 34110-7083 | Claim Number: 6971<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3919 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| DILWORTH, ANN E.<br>101 PASEO ENCANTADO NE<br>SANTA FE, NM 87506 | Claim Number: 6972<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3920 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| DYER, JOHN M.<br>980 FENIMORE CIRCLE<br>ATLANTA, GA 30350 | Claim Number: 6973<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3927 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| ERBURU, ROBERT F.<br>4265 CRESTA AVE<br>SANTA BARBARA, CA 93110 | Claim Number: 6974<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3930 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| FERNALD, PETER J.<br>1338 GLEN OAKS BLVD.<br>PASADENA, CA 91105 | Claim Number: 6975<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3894 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| FITZGERALD, JAMES E.<br>93 FIFTH STREET<br>GARDEN CITY, NY 11530 | Claim Number: 6976<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3895 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| FORGIONE, MICHAEL J.<br>185 CAMBRIDGE DR. EAST<br>COPIAGUE, NY 11726 | Claim Number: 6977<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3897 |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| FOX, DOUGLAS<br>223 WALL ST., # 318<br>HUNTINGTON, NY 11743 | | Claim Number: 6978<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3899 |
| UNSECURED | Claimed: | $0.00   UNDET |
| FROST, F. DANIEL<br>P.O. BOX 7285<br>KENNEWICK, WA 99336-0617 | | Claim Number: 6979<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3900 |
| UNSECURED | Claimed: | $0.00   UNDET |
| GOLDSTEIN, GARY P.<br>15 LONG ACRE LANE<br>DIX HILLS, NY 11746 | | Claim Number: 6980<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3902 |
| UNSECURED | Claimed: | $0.00   UNDET |
| GOTTSMAN, EDWARD J.<br>235 EAST 22ND ST., APT 3A<br>NEW YORK, NY 10010 | | Claim Number: 6981<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 1777 |
| UNSECURED | Claimed: | $0.00   UNDET |
| GRANT, ROBERT T.<br>4545 S ATLANTIC AVE UNIT 3604<br>PONCE INLET, FL 32127-7038 | | Claim Number: 6982<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3904 |
| UNSECURED | Claimed: | $0.00   UNDET |
| GUERRERO, RICHARD<br>46 SAINT MICHAEL<br>DANA POINT, CA 92629 | | Claim Number: 6983<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3905 |
| UNSECURED | Claimed: | $0.00   UNDET |
| GUITTAR, LEE J.<br>3750 GALT OCEAN DR., APT. 401<br>FORT LAUDERDALE, FL 33308 | | Claim Number: 6984<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3906 |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

GUTHRIE, JAMES F.
205 COSTA BELLA
AUSTIN, TX 78734

Claim Number: 6985
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3907

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HALAJIAN, KENNETH L.
21 HIGH RIDGE RD
OSSINING, NY 10562-1969

Claim Number: 6986
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3869

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HAUGH, MICHAEL J.
106 BEACON BLVD.
SEA GIRT, NJ 08750

Claim Number: 6987
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3872

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HESSLER, CURTIS A.
570 BRADFORD ST.
PASADENA, CA 91105

Claim Number: 6988
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3876

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HIGBY, JAMES H.
51 KEELERS RIDGE RD.
WILTON, CT 06897

Claim Number: 6989
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3877

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HORN, KAREN LAUKKA
886 CHESTNUT STREET
SAN FRANCISCO, CA 94133

Claim Number: 6990
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3880

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

IMBRIACO, JAMES
8 ACORN LANE
LEBANON, NJ 08833

Claim Number: 6991
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3884

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

JOHNSON, EDWARD E.
4418 OAKWOOD AVE.
LA CANADA, CA 91011-3414

Claim Number: 6992
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3888

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

JOHNSON, ROBERT M.
7348 ARBOR PINES DR., P.O. BOX 485
GLEN ARBOR, MI 49636

Claim Number: 6993
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3889

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

KABAK, SCOTT W.
15 MEADOW LANE
MANHASSET, NY 11030

Claim Number: 6994
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3848

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

KELLER, WILLIAM F.
7916 W. HILLSIDE RD, ROUTE 3
CRYSTAL LAKE, IL 60012

Claim Number: 6995
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3850

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

KLEIN, JASON E.
6 TANGLEWILD PLACE
CHAPPAQUA, NY 10514

Claim Number: 6996
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3853

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

LEVIN, MARTIN P.
221 KIRBY LANE
RYE, NY 10580

Claim Number: 6997
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3866

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

MCGUINNESS, KATHLEEN G.
PO BOX 169
FAIRFIELD, IA 52556

Claim Number: 6998
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3833

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| MEADOWS, JACK E.<br>2225 TWELVE OAKS DR<br>FAYETTEVILLE, AR 72703 | | Claim Number: 6999<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3836 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MEIER, STEPHEN C.<br>1512 BEECH STREET<br>SO PASADENA, CA 91030 | | Claim Number: 7000<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3837 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MOLVAR, ROGER H.<br>13113 SOUTH ECHO LAKE ROAD<br>SNOHOMISH, WA 98296 | | Claim Number: 7001<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3839 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| NILES, NICHOLAS H.<br>THE BLOOMING GROVE CLUB<br>123 OLD FIELD ROAD<br>HAWLEY, PA 18428 | | Claim Number: 7002<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3847 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| NORRIS, JAMES H.<br>121 TAFT CRESCENT<br>CENTERPORT, NY 11721 | | Claim Number: 7003<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3814 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| NUCKOLS, JAMES H.<br>1740 DYLAN WAY<br>ENCINITAS, CA 92024 | | Claim Number: 7004<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3815 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| O'NEILL, NANCY W.<br>108 HOWARD DR<br>TIBURON, CA 94920-1448 | | Claim Number: 7005<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3817 |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PANDOLFI, FRANCIS P.<br>168 WATER ST.<br>STONINGTON, CT 06378 | | Claim Number: 7006<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 1546 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| PARO, JEFFREY N.<br>30 QUAKER ROAD<br>SHORT HILLS, NJ 07078 | | Claim Number: 7007<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3820 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| PAYNE, JANETTE O.<br>27 BUTTONWOOD DR.<br>HUNTINGTON STATION, NY 11746 | | Claim Number: 7008<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3822 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| PERRY, VICTOR A.<br>3633 TUXEDO RD NW<br>ATLANTA, GA 30305 | | Claim Number: 7009<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3825 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| PLANK, JACK L.<br>33522 NANCY JANE COURT<br>DANA POINT, CA 92629-1532 | | Claim Number: 7010<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3789 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| RILEY, MICHAEL R.<br>5 AVONDALE DR.<br>NEWTOWN, PA 18940 | | Claim Number: 7011<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3792 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| RUBIN, JEROME S.<br>875 FIFTH AVENUE<br>NEW YORK, NY 10065 | | Claim Number: 7012<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3795 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| SANN, ALEXANDER<br>165 EAST 72ND STREET<br>APT. 8K<br>NEW YORK, NY 10021-4342 | | Claim Number: 7013<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3796 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SCHNALL, HERBERT K.<br>P.O. BOX 9457<br>15102 CAMINITO MARIA<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 7014<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3799 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SCHNEIDER, CHARLES I.<br>927 WESTMOUNT DR<br>W HOLLYWOOD, CA 90069-4111 | | Claim Number: 7015<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3800 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SCHNEIDER, HOWARD S.<br>9 BRANDYWINE DR.<br>SETAUKET, NY 11733 | | Claim Number: 7016<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3802 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SELLSTROM, BRIAN J.<br>P.O. BOX 1035<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 7017<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3803 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SIMPSON, JAMES R.<br>5 CRESTWOOD DRIVE<br>NEWPORT BEACH, CA 92660 | | Claim Number: 7018<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3809 |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SITO, LOUIS<br>5501 HUNTINGTON PKWY<br>BETHESDA, MD 20814-1130 | | Claim Number: 7019<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3810 |
| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SWEENEY, STENDER E.
790 HUNTINGTON GARDEN DRIVE
PASADENA, CA 91108-1725

Claim Number: 7020
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3812

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

TERPSTRA, JAMES E.
20457 NO. CANYON WHISPER DR.
SURPRISE, AZ 85387

Claim Number: 7021
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3813

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

TUNSTALL, SHARON S.
2323 FAIRWAY DRIVE
BIRMINGHAM, MI 48009

Claim Number: 7022
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3775

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

UNTERMAN, E. THOMAS
1451 AMALFI DR
PACIFIC PALISADES, CA 90272

Claim Number: 7023
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3777

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

WALLACE, JAMES W.
5822 BRIARTREE DR
LA CANADA FLINTRIDGE, CA 91011

Claim Number: 7024
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3783

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

WANGBERG, LARRY W.
110 ELK VIEW DR.
HAILEY, ID 83333

Claim Number: 7025
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3785

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

WIEGAND, WILLIAM D.
P.O. BOX 655
COUPEVILLE, WA 98239

Claim Number: 7026
Claim Date: 11/02/2011
Debtor: TRIBUNE COMPANY
Comments:
amends claim 3787

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| WILD, MARY A.<br>918 W. WOLFENSBERGER RD.<br>CASTLE ROCK, CO 80109-9631 | Claim Number: 7027<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3788 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| WILLES, MARK H.<br>4343 SHEFFIELD DRIVE<br>PROVO, UT 84604 | Claim Number: 7028<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3767 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| WILLIAMS, PHILLIP L.<br>1156 AMALFI DR.<br>PACIFIC PALISADES, CA 90272 | Claim Number: 7029<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3766 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| WILSON, HAZEL E.<br>21712 LANAR<br>MISSION VIEJO, CA 92692 | Claim Number: 7030<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3765 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| ZIMBALIST, EFREM, III<br>216 FIRST ST.<br>MANHATTAN BEACH, CA 90266 | Claim Number: 7031<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3759 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| CAMPBELL, PATRICIA G.<br>1765 NARROWS HILL RD<br>UPPER BLACK EDDY, PA 18972 | Claim Number: 7032<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3947 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| | |
|---|---|
| CRAWFORD, WILLIAM D.<br>3509B AVENIDA MADERA<br>BRADENTON, FL 34210 | Claim Number: 7033<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3167 |

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| KOPPER, JAMES L.<br>7768 LAKESIDE BLVD<br>APT 531<br>BOCA RATON, FL 33434 | | Claim Number: 7034<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3858 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| KUCERA, PHILIP E.<br>1700 S BAYSHORE LANE, 4B<br>MIAMI, FL 33133 | | Claim Number: 7035<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3859 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| WOLDT, HAROLD F., JR.<br>6059 WEEPING BANYAN LANE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 7036<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3763 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| YOUNG, JOHN W.<br>88 PACE DR S<br>WEST ISLIP, NY 11795 | | Claim Number: 7037<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3760 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MOLVAR, JANIE<br>17625 PALADIN DR<br>BEND, OR 97701 | | Claim Number: 7038<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3838 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| CARPENTER, DIAN S.<br>P.O. BOX 810<br>INVERNESS, CA 94937 | | Claim Number: 7039<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3948 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GUTTRY, DELYNN T.<br>1135 SCENIC WAY<br>LOS OSOS, CA 93402 | | Claim Number: 7040<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3908 |
| UNSECURED | Claimed: | $0.00   UNDET |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | |
|---|---|
| REDMOND, ELIZABETH F.<br>2198 FAIRHURST DR.<br>LA CANADA, CA 91011 | Claim Number: 7041<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3790 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | |
|---|---|
| ZAPANTA, NORENE<br>(TRUSTEE FOR DR. EDWARD ZAPANTA TRUST)<br>53 OVERLOOK DR.<br>NEWPORT COAST, CA 92657 | Claim Number: 7042<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3758 |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | |
|---|---|
| O'SHEA, JAMES<br>2242 N. LINCOLN PARK W. APT. 3E<br>CHICAGO, IL 60614 | Claim Number: 7043<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| YOUNGMAN, OWEN R.<br>40 KENMORE AVENUE<br>DEERFIELD, IL 60015 | Claim Number: 7044<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| WOLLNEY, JOHN<br>318 50TH PLACE<br>WESTERN SPRINGS, IL 60558 | Claim Number: 7045<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| WHISLER, JACK<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | Claim Number: 7046<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| | |
|---|---|
| SCHOLLY, ALISON R.<br>2137 W. HOMER ST.<br>CHICAGO, IL 60647 | Claim Number: 7047<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| LIPINSKI, ANN MARIE | Claim Number: 7048 |
| 4919 S. WOODLAWN AVE. | Claim Date: 11/02/2011 |
| CHICAGO, IL 60615 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HANO, RANDY | Claim Number: 7049 |
| 529 HAWTHORN LN | Claim Date: 11/02/2011 |
| WINNETKA, IL 60093-4106 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| FINKE, THOMAS | Claim Number: 7050 |
| 682 GROVE | Claim Date: 11/02/2011 |
| GLENCOE, IL 60022 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| BIEDRON, THEODORE J. | Claim Number: 7051 |
| 404 JACKSON AVE | Claim Date: 11/02/2011 |
| GLENCOE, IL 60022 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| ALLEN, F. ASHLEY | Claim Number: 7052 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: TRIBUNE COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| ALLEN, F. ASHLEY | Claim Number: 7053 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HAYES JR., DANA C. | Claim Number: 7054 |
| C/O DEVON J. EGGERT | Claim Date: 11/02/2011 |
| FREEBORN & PETERS LLP | Debtor: TRIBUNE COMPANY |
| 311 S. WACKER DR., STE. 3000 | |
| CHICAGO, IL 60606 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| ELLIS, JAMES L.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE 3000<br>CHICAGO, IL 60606 | | Claim Number: 7055<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| DEPAOLA, KENNETH J.<br>C/O DEVON J. EGGERT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., STE. 3000<br>CHICAGO, IL 60606 | | Claim Number: 7056<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| RAMSEY, ROBERT<br>C/O DAVID TYRA<br>KRONICK MOSKOVITZ TIEDEMANN & GIRARD<br>400 CAPITOL MALL, 27TH FLOOR<br>SACRAMENTO, CA 95814 | | Claim Number: 7057<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| BAZANOS, ALEXA<br>3513 N. JANSSEN AVE.<br>CHICAGO, IL 60657 | | Claim Number: 7058<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| SLASON, MICHAEL D.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | | Claim Number: 7059<br>Claim Date: 11/02/2011<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| SLASON, MICHAEL D.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | | Claim Number: 7060<br>Claim Date: 11/02/2011<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| STANCAMPIANO, LOUIS J.<br>C/O CATHERINE G. PAPPAS, ESQ.<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET, SUITE 3500E<br>PHILADELPHIA, PA 19102 | | Claim Number: 7061<br>Claim Date: 11/02/2011<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STANCAMPIANO, LOUIS J. | Claim Number: 7062 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: TRIBUNE COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HERTZ, CATHERINE M. | Claim Number: 7063 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HERTZ, CATHERINE M. | Claim Number: 7064 |
| C/O CATHERINE G. PAPPAS, ESQ. | Claim Date: 11/02/2011 |
| DILWORTH PAXSON LLP | Debtor: TRIBUNE COMPANY |
| 1500 MARKET STREET, SUITE 3500E | |
| PHILADELPHIA, PA 19102 | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| BREWER, LISA E. | Claim Number: 7065 |
| 203 CLAYTON DRIVE | Claim Date: 11/02/2011 |
| YORKTOWN, VA 23693 | Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| FARRINGTON, AUDREY L. | Claim Number: 7066 |
| C/O DAVID TYRA | Claim Date: 10/31/2011 |
| KRONICK MOSKOVITZ TIEDEMANN & GIRARD | Debtor: TRIBUNE COMPANY |
| 400 CAPITOL MALL, 27TH FLOOR | |
| SACRAMENTO, CA 95814 | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7067 |
| TAXATION AND FINANCE | Claim Date: 11/04/2011 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, IN INC. |
| PO BOX 5300 | Comments: WITHDRAWN |
| ALBANY, NY 12205-0300 | DOCKET: 12298 (08/20/2012) |

| ADMINISTRATIVE | Claimed: | $1,680.71   UNLIQ |

---

| RAMSEY, ROBERT | Claim Number: 7068 |
| C/O DAVID TYRA | Claim Date: 11/02/2011 |
| KRONICK MOSKOVITZ TIEDEMANN & GIRARD | Debtor: TRIBUNE COMPANY |
| 400 CAPITOL MALL, 27TH FLOOR | |
| SACRAMENTO, CA 95814 | |

| UNSECURED | Claimed: | $0.00   UNDET |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

SCHAIBLE, LINDA A.
18719 DURAL DR
HOUSTON, TX 77094-1256

Claim Number: 7069
Claim Date: 11/16/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

FILICE, PETER D.
9456 BURNS COURT
GRANITE BAY, CA 95746

Claim Number: 7070
Claim Date: 11/21/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $21,890.86 |
|---|---|---|

BUDIHAS, STEPHEN M.
2865 GREEN ACRES DRIVE
ALLENTOWN, PA 18103

Claim Number: 7071
Claim Date: 11/28/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

FOUX, MICHAEL C.
4898 WATERFORD DRIVE
MACUNGIE, PA 18062

Claim Number: 7072
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

KENNEDY, TIMOTHY R.
2075 CHARLES DR.
HELLERTOWN, PA 18055

Claim Number: 7073
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

KRANZLEY, GLENN G.
839 MAGNOLIA ROAD
HELLERTOWN, PA 18055

Claim Number: 7074
Claim Date: 11/30/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HUDSPETH, CAROLYN
C/O BARRETT C. LESHER
HERMES SARGENT BATES, LLP
901 MAIN STREET, SUITE 5200
DALLAS, TX 75248

Claim Number: 7075
Claim Date: 12/01/2011
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $28,800.17 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| FEHNEL, JAMES D.<br>C/O FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | Claim Number: 7076<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| KOLLER, TIMOTHY L.<br>5 APPLE HILL LANE<br>YORK, PA 17402 | Claim Number: 7077<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BARRETT, HENRY ROBERTSON<br>2036 LE DROIT DRIVE<br>SOUTH PASADENA, CA 91030 | Claim Number: 7078<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KOLLER, TIMOTHY L.<br>5 APPLE HILL LANE<br>YORK, PA 17402 | Claim Number: 7079<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MOLCHANY, RICHARD D.<br>4140 HUNSICKER DRIVE<br>WALNUTPORT, PA 18088 | Claim Number: 7080<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| KNIFFIN, DAVID<br>C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG,<br>PATRICK FRYE, CHUNG-HAN LEE<br>225 W WACKER DR STE 2800<br>CHICAGO, IL 60606 | Claim Number: 7081<br>Claim Date: 12/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 7082<br>Claim Date: 12/02/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 10912 (02/14/2012) |
|---|---|

| PRIORITY | Claimed: | $24,609,048.31 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| WILLIAMS, ROGER D.<br>52 ZACKS WAY<br>AGAWAM, MA 01001-3246 | Claim Number: 7083<br>Claim Date: 12/02/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| RIGGLE, JOHN A.<br>81 CHURCHILL DRIVE<br>YORK, PA 17403 | Claim Number: 7084<br>Claim Date: 12/05/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $215,426.70 |
|---|---|---|

| BAKER, CYNTHIA<br>1320 MCCAY LANE<br>MC LEAN, VA 22101 | Claim Number: 7085<br>Claim Date: 12/05/2011<br>Debtor: TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $2,333.15 |
|---|---|---|

| TEUTSCH, CLIFFORD L.<br>12 SEMINARY RD<br>SIMSBURY, CT 06070 | Claim Number: 7086<br>Claim Date: 12/05/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $43,452.48 |
|---|---|---|

| WILLIAMS, ROGER D.<br>48 FELLSMERE ST.<br>SPRINGFIELD, MA 01119 | Claim Number: 7087<br>Claim Date: 12/01/2011<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| STANDARD PARKING<br>PO BOX 66179<br>OHARE INTERNATIONAL AIRPORT<br>CHICAGO, IL 60666-0179 | Claim Number: 7088<br>Claim Date: 12/13/2011<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 7089<br>Claim Date: 12/15/2011<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 6254 |
|---|---|

| PRIORITY | Claimed: | $203,115,084.59 |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| PROMPT GRAPHICS CO<br>218 N JEFFERSON LL NO. 2<br>CHICAGO, IL 60661-1121 | Claim Number: 7090<br>Claim Date: 12/08/2011<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11226 (03/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $315.00 |
|---|---|---|

---

| A&B PHOTO & PRINT<br>218 N JEFFERSON STE LLC NO. 2<br>CHICAGO, IL 60661 | Claim Number: 7091<br>Claim Date: 12/08/2011<br>Debtor: WGN CONTINENTAL BROADCASTING COMPANY<br>Comments: EXPUNGED<br>DOCKET: 11245 (03/28/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,133.68 |
|---|---|---|

---

| WALKER, CAROL H.<br>3561 W. HEMLOCK<br>OXNARD, CA 93035 | Claim Number: 7092<br>Claim Date: 01/09/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $65,000.00   UNLIQ |
|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7093<br>Claim Date: 01/26/2012<br>Debtor: WPIX, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12298 (08/20/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,417.02 |
|---|---|---|

---

| MITROVICH, DAN<br>11623 SHADOW GLEN ROAD<br>EL CAJON, CA 92020 | Claim Number: 7094<br>Claim Date: 02/13/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| STEEL CITY CORPORATION<br>195 E. PARK AVE.<br>NILES, OH 44446 | Claim Number: 7095<br>Claim Date: 02/21/2012<br>Debtor: SUN-SENTINEL COMPANY<br>Comments: EXPUNGED<br>DOCKET: 12685 (11/06/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,224.32 |
|---|---|---|

---

| ROSS, SHEAU-MING KUO<br>2719 PAYNE STREET<br>EVANSTON, IL 60201 | Claim Number: 7096<br>Claim Date: 03/01/2012<br>Debtor: TRIBUNE COMPANY |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7097 |
|---|---|
| TAXATION AND FINANCE | Claim Date: 03/29/2012 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. |
| PO BOX 5300 | Comments: WITHDRAWN |
| ALBANY, NY 12205-0300 | DOCKET: 12280 (08/16/2012) |

PRIORITY            Claimed:              $1,000.00   UNLIQ

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7098 |
|---|---|
| TAXATION AND FINANCE | Claim Date: 03/29/2012 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE BROADCASTING COMPANY |
| PO BOX 5300 | Comments: WITHDRAWN |
| ALBANY, NY 12205-0300 | DOCKET: 12066 (07/20/2012) |

ADMINISTRATIVE      Claimed:             $27,141.40

---

| BISGER, FRED B. TRUSTEE | Claim Number: 7099 |
|---|---|
| C/O BISGER REALTY MANAGEMENT, INC. | Claim Date: 03/30/2012 |
| MICHAEL P LAFAYETTE - LAFAYETTE, AYERS & | Debtor: THE DAILY PRESS, INC. |
| 10160 STAPLES MILL ROAD, SUITE 105 | |
| GLEN ALLEN, VA 23060 | |

UNSECURED           Claimed:             $13,203.26

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7100 |
|---|---|
| TAXATION AND FINANCE | Claim Date: 03/30/2012 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 11969 (07/09/2012) |

ADMINISTRATIVE      Claimed:              $4,403.38   UNLIQ

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7101 |
|---|---|
| TAXATION AND FINANCE | Claim Date: 03/30/2012 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE ENTERTAINMENT PRODUCTION COMPANY |
| PO BOX 5300 | Comments: WITHDRAWN |
| ALBANY, NY 12205-0300 | DOCKET: 12652 (11/02/2012) |

ADMINISTRATIVE      Claimed:                $276.78

---

| O'LOUGHLIN, JOHN | Claim Number: 7102 |
|---|---|
| C/O THE HOUSTON CHRONICLE | Claim Date: 04/02/2012 |
| ATTN: JOHN O'LOUGHLIN/PRESIDENT | Debtor: TRIBUNE COMPANY |
| 801 TEXAS ST, 10TH FLR | |
| HOUSTON, TX 77002 | |

UNSECURED           Claimed:                  $0.00   UNLIQ

---

| SACRAMENTO COUNTY TAX COLLECTOR | Claim Number: 7103 |
|---|---|
| ATTN: BANKRUPTCY | Claim Date: 04/02/2012 |
| 700 H STREET, ROOM 1710 | Debtor: TRIBUNE COMPANY |
| SACRAMENTO, CA 95814 | |

ADMINISTRATIVE      Claimed:             $32,356.25

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE | Claim Number: 7104 |
|---|---|
| BANKRUPTCY SECTION | Claim Date: 04/16/2012 |
| FREDERICK F. RUDZIK, CLAIMANTS ATTORNEY | Debtor: TRIBUNE COMPANY |
| POST OFFICE BOC 6668 | Comments: EXPUNGED |
| TALLAHASSEE, FL 32314-6668 | DOCKET: 12501 (10/02/2012) |

| PRIORITY | Claimed: | $5,750,522.32 |
|---|---|---|

---

| NEW YORK STATE DEPARTMENT OF | Claim Number: 7105 |
|---|---|
| TAXATION AND FINANCE | Claim Date: 04/12/2012 |
| BANKRUPTCY SECTION | Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC. |
| PO BOX 5300 | Comments: EXPUNGED |
| ALBANY, NY 12205-0300 | DOCKET: 12686 (11/06/2012) |

| ADMINISTRATIVE | Claimed: | $3,102.46   UNLIQ |
|---|---|---|

---

| HENKE, ROBERT | Claim Number: 7106 |
|---|---|
| 725 CAMERON WOODS DRIVE | Claim Date: 04/19/2012 |
| APEX, NC 27523 | Debtor: THE BALTIMORE SUN COMPANY |
|  | Comments: DOCKET: 11792 (06/11/2012) |
|  | amends claim 3697 |

| UNSECURED | Claimed: | $100,000,000.00 |
|---|---|---|

---

| DEPARTMENT OF THE TREASURY - IRS | Claim Number: 7107 |
|---|---|
| INTERNAL REVENUE SERVICE | Claim Date: 04/20/2012 |
| P.O. BOX 7346 | Debtor: WGN CONTINENTAL BROADCASTING COMPANY |
| PHILADELPHIA, PA 19101-7346 |  |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| STATE OF MICHIGAN, DEPARMENT OF TREASURY | Claim Number: 7108 |
|---|---|
| HEATHER L. DONALD, ASST ATTORNEY GENERAL | Claim Date: 04/30/2012 |
| CADILLAC PLACE, STE. 10-200 | Debtor: TRIBUNE COMPANY |
| 3030 W. GRAND BLVD. |  |
| DETROIT, MI 48202 |  |

| ADMINISTRATIVE | Claimed: | $30,502.65 |
|---|---|---|

---

| ILLINOIS DEPARTMENT OF REVENUE | Claim Number: 7109 |
|---|---|
| BANKRUPTCY SECTION | Claim Date: 05/11/2012 |
| P.O. BOX 64338 | Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |
| CHICAGO, IL 60664-0338 | Comments: |
|  | amends claim 929 |

| PRIORITY | Claimed: | $10.40 |
|---|---|---|
| UNSECURED | Claimed: | $174.62 |

---

| ILLINOIS DEPARTMENT OF REVENUE | Claim Number: 7110 |
|---|---|
| BANKRUPTCY SECTION | Claim Date: 05/11/2012 |
| P.O. BOX 64338 | Debtor: TRIBUNE MEDIA NET, INC. |
| CHICAGO, IL 60664-0338 |  |

| ADMINISTRATIVE | Claimed: | $350.62 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7111<br>Claim Date: 05/11/2012<br>Debtor: TRIBUNE FINANCE SERVICE CENTER, INC. |
| ADMINISTRATIVE | Claimed: | $491.87 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7112<br>Claim Date: 05/11/2012<br>Debtor: CHICAGO TRIBUNE COMPANY |
| ADMINISTRATIVE | Claimed: | $1,259.19 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7113<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE MEDIA SERVICES, INC. |
| ADMINISTRATIVE | Claimed: | $431.35 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7114<br>Claim Date: 05/14/2012<br>Debtor: CHICAGOLAND TELEVISION NEWS, INC. |
| ADMINISTRATIVE | Claimed: | $403.84 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7115<br>Claim Date: 05/14/2012<br>Debtor: NEWSPAPER READERS AGENCY, INC. |
| ADMINISTRATIVE | Claimed: | $874.71 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7116<br>Claim Date: 05/14/2012<br>Debtor: EAGLE NEW MEDIA INVESTMENTS, LLC<br>Comments:<br>amends claim 3079 |
| PRIORITY | Claimed: | $1,654,456.65 |
| UNSECURED | Claimed: | $386,636.70 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7117<br>Claim Date: 05/14/2012<br>Debtor: CHICAGOLAND PUBLISHING COMPANY |
| ADMINISTRATIVE | Claimed: | $170.80 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7118<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3196 |
| PRIORITY | Claimed: | $24,250,962.45 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7119<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE COMPANY<br>Comments:<br>amends claim 3081 |
| PRIORITY | Claimed: | $48,779,482.31 |
| UNSECURED | Claimed: | $4,973,431.75 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 7120<br>Claim Date: 05/14/2012<br>Debtor: TRIBUNE DIRECT MARKETING, INC. |
| ADMINISTRATIVE | Claimed: | $300.02 |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 7121<br>Claim Date: 05/17/2012<br>Debtor: TRIBUNE NM, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12280 (08/16/2012) |
| ADMINISTRATIVE | Claimed: | $1,370.62   UNLIQ |
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | | Claim Number: 7122<br>Claim Date: 05/29/2012<br>Debtor: KPLR, INC.<br>Comments: ALLOWED<br>DOCKET: 12465 (09/25/2012) |
| PRIORITY | Claimed: | $3,181.97 |
| UNSECURED | Claimed: | $22,530.99 |
| THOMAS, DOUGLAS<br>C/O FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LASALLE STREET, STE. 625<br>CHICAGO, IL 60654 | | Claim Number: 7123<br>Claim Date: 05/30/2012<br>Debtor: TRIBUNE COMPANY |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 7124<br>Claim Date: 05/31/2012<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC. |
| ADMINISTRATIVE | Claimed: | $43.21 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>HEATHER L. DONALD, ASST ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD<br>DETROIT, MI 48202 | Claim Number: 7125<br>Claim Date: 06/04/2012<br>Debtor: LOS ANGELES TIMES NEWSPAPERS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 12225 (08/09/2012) | |
| ADMINISTRATIVE          Claimed: | $37,725.39 | |
| MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL'S OFFICE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | Claim Number: 7126<br>Claim Date: 06/04/2012<br>Debtor: TRIBUNE COMPANY<br>Comments: DOCKET: 12465 (09/25/2012) | |
| PRIORITY          Claimed: | $0.00 | |
| HARFORD COUNTY, MARYLAND<br>DEPARTMENT OF REVENUE COLLECTIONS<br>220 S MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | Claim Number: 7127<br>Claim Date: 06/04/2012<br>Debtor: TRIBUNE COMPANY | |
| SECURED          Claimed: | $0.00 | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7128<br>Claim Date: 06/01/2012<br>Debtor: STAR COMMUNITY PUBLISHING GROUP, LLC | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $3,525.11<br>$410.84 | |
| TRC MASTER FUND LLC<br>TRANSFEROR: HK SYSTEMS, INC.<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 7129<br>Claim Date: 06/07/2012<br>Debtor: CHICAGO TRIBUNE COMPANY<br>Comments:<br>amends claim 704 | |
| UNSECURED          Claimed: | $33,102.56 | |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 7130<br>Claim Date: 07/02/2012<br>Debtor: TRIBUNE TELEVISION COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 12139 (07/31/2012) | |
| ADMINISTRATIVE          Claimed: | $2,649.00 | |
| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7131<br>Claim Date: 07/05/2012<br>Debtor: TRIBUNE BROADCASTING COMPANY | |
| ADMINISTRATIVE          Claimed: | $30,517.48 | |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

| | | |
|---|---|---|
| HOLDEN, BETSY D.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>115 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | | Claim Number: 7132<br>Claim Date: 07/12/2012<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| | | |
|---|---|---|
| OSBORN, WILLIAM A.<br>C/O MATTHEW R. KIPP<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 NORTH WACKER DRIVE<br>CHICAGO, IL 60606-1720 | | Claim Number: 7133<br>Claim Date: 07/12/2012<br>Debtor: TRIBUNE COMPANY |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| | | |
|---|---|---|
| STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>HEATHER L. DONALD, ASS. ATTNY. GENERAL<br>CADILLACE PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 7134<br>Claim Date: 07/13/2012<br>Debtor: TRIBUNE MEDIA NET, INC. |

| ADMINISTRATIVE | Claimed: | $1,176.34 |
|---|---|---|

---

| | | |
|---|---|---|
| VNYX<br>4706 N 40 STREET<br>HOLLYWOOD, FL 33021 | | Claim Number: 7135<br>Claim Date: 07/17/2012<br>Debtor: ORLANDO SENTINEL COMMUNICATIONS COMPANY |

| ADMINISTRATIVE | Claimed: | $432.19 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $432.19 |

---

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 7136<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND<br>Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

| | | |
|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD NE, SUITE 17200<br>ATLANTA, GA 30345-3205 | | Claim Number: 7137<br>Claim Date: 07/23/2012<br>Debtor: TRIBUNE MEDIA SERVICES, INC.<br>Comments:<br>amends claim 6230 |

| PRIORITY | Claimed: | $15,414.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| ESTATE OF TOFT CHRISTENSEN<br>30950 RANCHO VIEJO ROAD, SUITE 155<br>SAN JUAN CAPISTRANO, CA 92675 | | Claim Number: 7138<br>Claim Date: 07/23/2012<br>Debtor: TRIBUNE COMPANY |

| PRIORITY | Claimed: | $10,094.19 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7139
Claim Date: 07/20/2012
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: WITHDRAWN
DOCKET: 12966 (01/04/2013)

| ADMINISTRATIVE | Claimed: | $1,163,013.72  UNLIQ |
|---|---|---|

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7140
Claim Date: 07/27/2012
Debtor: VALUMAIL, INC.

| ADMINISTRATIVE | Claimed: | $50.00  UNLIQ |
|---|---|---|

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7141
Claim Date: 07/27/2012
Debtor: 435 PRODUCTION COMPANY

| PRIORITY | Claimed: | $1,521.84  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $250.00  UNLIQ |

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7142
Claim Date: 08/03/2012
Debtor: TRIBUNE BROADCASTING NEWS NETWORK, INC.

| ADMINISTRATIVE | Claimed: | $2,833.93  UNLIQ |
|---|---|---|

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7143
Claim Date: 08/03/2012
Debtor: 5800 SUNSET PRODUCTIONS INC.

| SECURED | Claimed: | $382.32  UNLIQ |
|---|---|---|

ZELL, SAMUEL
ATTN: DAVID J. BRADFORD
JENNER & BLOCK LLP
CHICAGO, IL 60654

Claim Number: 7144
Claim Date: 08/06/2012
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $554,638.97  UNLIQ |
|---|---|---|

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7145
Claim Date: 08/13/2012
Debtor: 5800 SUNSET PRODUCTIONS INC.
Comments: WITHDRAWN
DOCKET: 12653 (11/02/2012)

| ADMINISTRATIVE | Claimed: | $36.17  UNLIQ |
|---|---|---|

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

| | | |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 7146 Claim Date: 08/14/2012 Debtor: CHICAGO TRIBUNE PRESS SERVICE, INC. | |
| UNSECURED | Claimed: | $20.28 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 7147 Claim Date: 08/14/2012 Debtor: NORTH MICHIGAN PRODUCTION COMPANY Comments: WITHDRAWN DOCKET: 12654 (11/02/2012) | |
| PRIORITY | Claimed: | $1,058.06   UNLIQ |
| UNSECURED | Claimed: | $250.00   UNLIQ |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 7148 Claim Date: 08/27/2012 Debtor: FORSALEBYOWNER.COM CORP. | |
| PRIORITY | Claimed: | $13,096.26 |
| UNSECURED | Claimed: | $16,179.89 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 7149 Claim Date: 08/27/2012 Debtor: DISTRIBUTION SYSTEMS OF AMERICA, INC. | |
| UNSECURED | Claimed: | $348.22 |
| STATE OF NEW YORK, DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOV. W. AVERELL HARRIMAN STATE OFFICE BUILDING 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 7150 Claim Date: 08/21/2012 Debtor: WPIX, INC. | |
| ADMINISTRATIVE | Claimed: | $4,376.28 |
| RAMSEY, ROBERT J. 3820 N GREENVIEWE AVE #3 CHICAGO, IL 60613 | Claim Number: 7151 Claim Date: 11/12/2012 Debtor: CHANNEL 40, INC. Comments: ALLOWED | |
| UNSECURED | Claimed: | $99,076.96 |
| BADILLO, ROSSANA AV FELIPE II NO. 2 URB JUAN AUSTRIA EDIF FLANDES PUERTA 303 EL ESCORIAL C O MADRID, 28280 SPAIN | Claim Number: 7152 Claim Date: 11/12/2012 Debtor: TRIBUNE MEDIA SERVICES, INC. Comments: ALLOWED | |
| UNSECURED | Claimed: | $19,379.76 |

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

---

MAFFI, NORA
LANZA 2411
BUENOS AIRES, 1437
ARGENTINA

Claim Number: 7153
Claim Date: 11/12/2012
Debtor: TRIBUNE MEDIA SERVICES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $22,329.57 |
|---|---|---|

---

CONNECTICUT DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY STREET
HARTFORD, CT 06106-5032

Claim Number: 7154
Claim Date: 11/26/2012
Debtor: TRIBUNE TELEVISION COMPANY
Comments:
amends claim 4148

| PRIORITY | Claimed: | $12,180,000.00 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 7155
Claim Date: 11/26/2012
Debtor: TRIBUNE COMPANY

| ADMINISTRATIVE | Claimed: | $25.76   UNLIQ |
|---|---|---|

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Claim Number: 7156
Claim Date: 12/26/2012
Debtor: SUN-SENTINEL COMPANY

| PRIORITY | Claimed: | $422.41 |
|---|---|---|
| UNSECURED | Claimed: | $30,096.64 |

---

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, NJ 08646-0245

Claim Number: 7157
Claim Date: 12/28/2012
Debtor: TRIBUNE COMPANY

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: BATES, IVAN J.
GREELEY SQUARE STATION, P.O. BOX 20188
NEW YORK, NY 10001

Claim Number: 90000
Claim Date: 12/20/2010
Debtor: THE BALTIMORE SUN COMPANY
Comments: ALLOWED
DOCKET: 7250 (12/20/2010)

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

---

TAYLOR, DAVID ROSS
C/O GERALD S. SACK, ESQUIRE
LAW OFFICES OF GERALD S. SACK, LLC
836 FARMINGTON AVENUE, SUITE 109
WEST HARTFORD, CT 06119

Claim Number: 90001
Claim Date: 11/14/2012
Debtor: THE HARTFORD COURANT COMPANY
Comments: ALLOWED

| UNSECURED | Claimed: | $23,000.00 |
|---|---|---|

---

TRIBUNE COMPANY CLAIMS PROCESSING CENTER
Numerical Claims Register for The Tribune Company (ALL DEBTORS)

## Summary Page

Total Number of Filed Claims:          7707

| | Claimed Amount | |
|---|---|---|
| Administrative: | $818,705,459.46 | |
| Priority: | $1,797,651,398.86 | |
| Secured: | $555,411,038,124.12 | |
| Unsecured: | $100,059,442,401.09 | |
| Total: | $658,086,837,383.53 | |