**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| | : | Hearing Date: 1/16/2013 at 11:00 a.m. |
| Debtors. | : | Related to Docket Nos. 12922, 13035, 13053 |

**JOINDER TO RESPONSE OF THE TRIBUNE COMPANY EMPLOYEE COMPENSATION DEFENDANTS GROUP TO LITIGATION TRUSTEE'S LIMITED OBJECTION TO MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION [DOCKET NOS. 12922, 13035]**

Mark W. Hianik, John Birmingham, Tom E. Ehlmann, Peter A. Knapp, David Kniffen, Irving Quimby, and Betty Ellen Berlamino hereby join in the *Response of the Tribune Company Employee Compensation Defendants Group to Litigation Trustee's Limtied Objectiont o Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution* (Docket No. 13053; filed Jan. 15, 2013).

Mark W. Hianik, John Birmingham, Tom E. Ehlmann, Peter A. Knapp, David Kniffen, Irving Quimby, and Betty Ellen Berlamino are former officers of certain Debtors and are a

named defendant in at least one adversary proceeding.

Dated: January 15, 2013

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

- and -

Michael Dockterman
Jonathan Young
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Counsel to Mark W. Hianik, John Birmingham, Tom E. Ehlmann, Peter A. Knapp, David Kniffen, Iriving Quimby, and Betty Ellen Berlamino*