## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on the 15th day of January 2013, I caused a copy of the foregoing **JOINDER TO RESPONSE OF THE TRIBUNE COMPANY EMPLOYEE COMPENSATION DEFENDANTS GROUP TO LITIGATION TRUSTEE'S LIMITED OBJECTION TO MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION [DOCKET NOS. 12922, 13035]** to be served upon the parties listed below in the manner indicated:

### HAND DELIVERY

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*(Counsel to Debtors)*

Richard S. Cobb, Esq.
J. Landon Ellis, Esq.
Jeffrey R. Drobish, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to the Litigation Trustee)*

David M. Klauder, Esq.
Office of the United States Trustee
844 North King Street
Wilmington, DE 19801

**FACSIMILE**

James F. Conlan, Esq.
Kevin T. Lantry, Esq.
Steven W. Robinson, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated:  January 15, 2013                    COZEN O'CONNOR


                                            Mark E. Felger (No. 3919)