IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br> (Jointly Administered) <br> **Objection Date: February 4, 2013 at 4:00 p.m.** <br> **Hearing Date: TBD** <br> **Related to Docket No. 13038** |

## NOTICE OF SIXTEENTH QUARTERLY APPLICATION

| | | |
|---|---|---|
| David Buchbinder, Esquire <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> (U.S. Trustee) | Stuart M. Brown, Esquire <br> R. Craig Martin, Esquire <br> DLA Piper LLP (US) <br> 919 North Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> (Counsel to Barclays Bank PLC) | Brian Trust, Esquire <br> Amit K. Trehan, Esquire <br> Mayer Brown LLP <br> 1675 Broadway <br> New York, NY 10019-5820 <br> (Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire <br> Sidley Austin LLP <br> One South Dearborn Street <br> Chicago, IL 60603 <br> (Counsel to Debtors) | Howard Seife, Esquire <br> David M. LeMay, Esquire <br> Douglas E. Deutsch, Esquire <br> Chadbourne & Parke LLP <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> (Counsel to Creditors' Committee) | Adam G. Landis, Esquire <br> Matthew B. McGuire, Esquire <br> Landis Rath & Cobb LLP <br> 919 Market Street, Ste. 1800 <br> Wilmington, DE 19801 <br> (Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire <br> James A. Florack, Esquire <br> Damian S. Schaible, Esquire <br> Davis Polk & Wardwell LLP <br> 450 Lexington Avenue <br> New York, NY 10017 <br> (Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins, Esquire <br> Richards, Layton & Finger, P.A. <br> 920 N. King Street <br> P.O. Box 551 <br> Wilmington, DE 19899-0511 <br> (Counsel to Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | John F. Theil, Esquire <br> Stuart Maue <br> 3840 McKelvey Rd. <br> St. Louis, MO 63044 <br> (Fee Auditor) <br><br> All Parties on 2002 Service List |

PLEASE TAKE NOTICE that, on January 15, 2013, the **Sixteenth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012** (the "Quarterly Application"), which seeks approval of a quarterly fee application for professional services rendered to the Debtors in the amount of $151,388.50, and reimbursement of expenses in the amount of $13,262.66, was filed with the Court.

You are required to file a response, if any, to the Quarterly Application on or before **February 4, 2013 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant and Debtors' counsel so that it is received by **4:00 p.m. on February 4, 2013**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>**COLE, SCHOTZ, MEISEL,**<br>**FORMAN & LEONARD, P.A.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>npernick@coleschotz.com | Kenneth P. Kansa, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60603<br>kkansa@sidley.com | David J. Bradford, Esquire<br>Craig C. Martin, Esquire<br>**JENNER BLOCK LLP**<br>330 North Wabash Avenue<br>Chicago, IL 60611-9350<br>dbradford@jenner.com |

A HEARING ON THE QUARTERLY APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE QUARTERLY APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 15, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION