IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF FILING OF STATEMENTS OF
## BRIDGE LENDER FEE/EXPENSE CLAIMS

PLEASE TAKE NOTICE THAT, in accordance with section 9.1.2 of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A., As Modified July 2012 [Docket No. 12072] (the "Plan"), the following statements

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); foresalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Pres, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

of Bridge Lender Fee/Expense Claims are filed herewith and have been separately submitted to Reorganized Tribune, the Creditors' Committee and the United States Trustee:

- Wells Fargo Bank, N.A., as Bridge Loan Agent, attached as <u>Exhibit A</u> hereto.

- Perkins Coie LLP and Pryor Cashman LLP, as counsel to the Bridge Loan Agent, attached as <u>Exhibits B</u> and <u>C</u>, respectively, hereto.

- Loeb & Loeb LLP, as former counsel to the Bridge Loan Agent, attached as <u>Exhibit D</u>.

- Huron Consulting Group, as financial advisor to the Bridge Lenders, attached as <u>Exhibit E</u> hereto.

- Merrill Corporation, as e-discovery provider to the Bridge Lenders, attached as <u>Exhibit F</u> hereto.

- American Appraisal, as valuation expert to the Bridge Lenders, attached as <u>Exhibit G</u> hereto.

- Werb & Sullivan, as service agent, attached as <u>Exhibit H</u> hereto.

- Fox Rothschild LLP, as local counsel to the Bridge Loan Agent, attached as <u>Exhibit I</u> hereto.

- White & Case LLP, as counsel to the Bridge Loan Agent, attached as <u>Exhibit J</u> hereto.

WM1A 1056225v2 01/15/13

Dated: January 15, 2013
      Wilmington, Delaware

                                          FOX ROTHSCHILD LLP

                                          By: /s/ *illegible signature*
                                          Jeffrey M. Schlerf, Esq. (No. 3047)
                                          L. John Bird, Esq. (No. 5310)
                                          Citizens Bank Center
                                          919 North Market Street, Suite 1600
                                          Wilmington Delaware 19801
                                          Telephone: (302) 654-7444

                                          -and-

                                          WHITE & CASE LLP
                                          Thomas E Lauria
                                          David Hille
                                          Andrew Hammond
                                          Scott Greissman
                                          1155 Avenue of the Americas
                                          New York, NY 10036
                                          Telephone: (212) 819-8200
                                          Facsimile: (212) 819-8113

WM1A 1056225v2 01/15/13