# EXHIBIT A



|  | Wells Fargo Bank, N.A. |
|---|---|
|  | Corporate Trust Services |
|  | MAC N9311-110 |
|  | 625 Marquette Avenue, 11th Floor |
|  | Minneapolis, MN 55402 |

| **Account Number** | **Billing Date** | **Amount Due** |
|---|---|---|
| 23884100 | n/a | $ - |

| Wells Fargo has incurred the following fees and expenses in its capacity as Bridge Loan Agent in connection with the Chapter 11 Cases of Tribune Company and certain of its affiliates | To insure proper credit:<br>Wires must be received by 1:00 CST on due date. |
|---|---|

Re:            **Tribune Company Bridge Loan**

*Please return this portion of the statement with your payment*

| | **PAYMENT DUE:** |
|---|---|
| | n/a |

| *Please retain this portion for your records* | | | Amount |
|---|---|---|---|
| | Period Beginning | Period Ending | |
| Acceptance Fee: | | | $7,500.00 |
| Annual Administration Fee | 4/26/2010 | 4/25/2011 | $75,000.00 |
| Annual Administration Fee | 4/26/2011 | 4/25/2012 | $75,000.00 |
| Quarterly Administration Fee | 4/26/2012 | 7/25/2012 | $12,000.00 |
| Quarterly Administration Fee | 7/26/2012 | 10/25/2012 | $12,000.00 |
| Quarterly Administration Fee | 10/26/2012 | 1/25/2013 | $12,000.00 |
| | | **Total Payment Received:** | **$193,500.00** |

**For wiring of funds:**
Wells Fargo Bank, N.A.
ABA #121000248
Account #0001038377
BNF: Corporate Trust Clearing
FFC: Tribune, #23884100
Attn: David Pickett

| *For billing questions, please contact:* | David Bergstrom at 612-667-7390, david.bergstrom@wellsfargo.com |
|---|---|