# EXHIBIT B



# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

EMAIL: Accounting@PryorCashman.com

TIN: 13-1859294

May 22, 2012                          INVOICE # 265271

Wells Fargo Bank, N.A.
45 Broadway, 14th Fl.
New York, NY 10006
Attn: Alfia Monastra, Product Manager & Vice President


RE: 16418.00002      Tribune Bankruptcy


FOR PROFESSIONAL SERVICES RENDERED THROUGH  March 31, 2012

| MATTER | FEE AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|
| 16418.00002 Tribune Bankruptcy | $245,917.50 | $5,088.88 |
| | | |
| FEES | | $245,917.50 |
| TOTAL FEES | | $245,917.50 |
| TOTAL DISBURSEMENTS | | $5,088.88 |
| **TOTAL FEES AND DISBURSEMENTS** | | **$251,006.38** |
| **TOTAL BALANCE DUE** | | **$251,006.38** |

*****REMITTANCE COPY*****

 **PRYOR CASHMAN LLP**

Wells Fargo Bank, N.A.                                    May 22, 2012
MATTER #16418.00002                                      PAGE   2


RE: 16418.00002      Tribune Bankruptcy


DESCRIPTION OF SERVICES RENDERED

For Professional Services and Advice Rendered
to Wells Fargo Bank, N.A., as Administrative
Agent, under that certain $1,600,000,000 Senior
Unsecured Interim Loan Agreement, dated as of
December 20, 2007, among Tribune Company, as
Borrower, the lenders party thereto, Merrill
Lynch Capital Corporation, as former
Administrative Agent, JPMorgan Chase Bank,
N.A., as Syndication Agent, and Citicorp North
America, Inc. and Bank of America, N.A., as
Co-Documentation Agents from June 24, 2010
through March 20, 2012, in connection with the
bankruptcy proceedings of the Tribune Company
and certain of its affiliates pending in the
United States Bankruptcy Court for the District
of Delaware


   SUBTOTAL FEES                                         $245,917.50

   TOTAL FEES                                            $245,917.50

DESCRIPTION OF DISBURSEMENTS

03/31/12 Reproduction                 3139.96
03/31/12 Telephone                      32.34
03/31/12 Court Clerk Service            62.56
03/31/12 Air Courier                    12.90
03/31/12 Telephone Expense            1802.06
03/31/12 US Court Docket Expense        39.06

   TOTAL DISBURSEMENTS                                   $5,088.88

   **TOTAL CURRENT FEES AND DISBURSEMENTS**             $251,006.38

# PRYOR CASHMAN LLP

Wells Fargo Bank, N.A.                                                    May 22, 2012
MATTER #16418.00002                                                      PAGE    3

### TOTAL BALANCE DUE                                                    $251,006.38

| Name | Initial | Status | Fees |
|------|---------|--------|------|
| J. S. O'Brien | JSO | Partner | 317.50 |
| C. G. Mellevold | CGM | Partner | 156.25 |
| R. T. Sarubbi | RTS | Partner | 733.75 |
| T. N. Moss | TNM | Partner | 77,650.00 |
| L. M. Ciccone | LMC | Of Counsel | 242.50 |
| P. Sibley | PS | Associate | 160,655.00 |
| S. H. Lieberman | SHL | Associate | 5,197.00 |
| D. L. Stevens | DLS | Paralegal | 965.50 |

                                                        .00        245,917.50

# PRYOR CASHMAN LLP