# EXHIBIT C

WM1A 975502v1 01/04/12

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK · PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.
CENTRAUZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 82707-0002

January 4, 2013

Invoice 4793554

Wells Fargo Bank, N.A.
Attn: Alfia Monastra, Product Manager, Specialized Agency & Trust Team
45 Broadway, 14th Floor
New York, NY 10006

## INVOICE

**FOR SERVICES THROUGH 12/31/12, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $48,172.25 |
| Disbursement Fee | $5,000.00 |
| Disbursements and Other Charges | $237.16 |
| **TOTAL DUE THIS INVOICE** | **$48,409.41** |

**Tribune Company, et al.**

For Professional Services and Advice Rendered to Wells Fargo Bank, N.A., as Administrative Agent, under that certain $1,600,000,000 Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007, among Tribune Company, as Borrower, the lenders party thereto, Merrill Lynch Capital Corporation, as former Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, and Citicorp North America, Inc. and Bank of America, N.A., as Co-Documentation Agents from March 21, 2012 through December 31, 2012, in connection with the bankruptcy proceedings of the Tribune Company and certain of its affiliates pending in the United States Bankruptcy Court for the District of Delaware.

| | |
|---|---:|
| Total For Services | $43,172.25 |
| Disbursement Fee | $5,000.00 |

### Disbursements and Other Charges

| | |
|---|---:|
| Long distance telephone charges | 207.16 |
| Court reporter/transcript fee - Court conference call, 6/6 | 30.00 |
| Disbursement and Other Charges Total | $237.16 |
| **Total This Invoice** | **$48,409.41** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---:|---:|---:|
| R. Sarubbi | 3.25 | 650.00 | 2,112.50 |
| T. Moss | 50.39 | 725.00 | 36,532.75 |
| S. Haider | 11.90 | 340.00 | 4,046.00 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

82707-0002                         January 4, 2013                         Invoice 4793554

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| A. Collins | 3.70 | 130.00 | 481.00 |
| Total | 69.24 | 623.52 | $43,172.25 |

RTS

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 3, 2013*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 82707, Invoice 4793554

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**