# EXHIBIT D

WM1A 975502v1 01/04/12



**WALTER H. CURCHACK**
Partner and Chair,
Bankruptcy, Restructuring
And Creditors' Rights

345 Park Avenue
New York, NY 10154

Direct  212.407.4861
Main   212.407.4000
Fax    212.504.8058
wcurchack@loeb.com

Via E-mail

January 4, 2013

Andrew Zatz
Associate
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Dear Andrew:

RE:    Tribune Company

Loeb & Loeb LLP (Loeb) was retained in January of 2010 by Wells Fargo Bank to represent it in connection with its role as a successor agent on certain Tribune indebtedness.

Loeb's services included: (a) negotiating a successor agent agreement; (b) reviewing the underlying transaction documents and negotiating appropriate amendments to the documents required in connection with such succession; (c) preparing and reviewing various fee letters, direction letters and engagement letters of other professionals, including financial advisors for the agent; (d) reviewing and negotiating an escrow arrangement; (e) negotiating the terms of a document depository; (f) reviewing Debtors' initial Disclosure Statement and other relevant filings and participation in preparation of objections thereto; and (g) representing and assisting Wells Fargo with the substantial document production required in connection with certain litigation commenced by JP Morgan Chase, including review and production of documents, preparation of privilege logs, etc.

The total fees and expenses billed by Loeb to Wells Fargo in connection with this engagement were $110,492.14, consisting of $109,636.50 of legal fees and $855.64 of disbursements.

The Loeb professionals who worked on the case and their respective time charges were:

W. Curchack, Partner – $44,700.

A. Pirraglia, Associate – $37,815.

D. Besikof, Associate – $6,142.50

M. Douglas, Associate – $18,585.

Los Angeles  New York  Chicago  Nashville  Washington, DC  Beijing  www.loeb.com

A limited liability partnership including professional corporations

NY1163350.1
208546-10013



Andrew Zatz
January 4, 2013
Page 2

F. Villamayor, Paraprofessional – $2,444

Disbursement charges, by category, are as follows:

Copying charges: $790.40

Pacer charges: $40.24

Local transportation: $25.00

Sincerely,

Walter H. Curchack
Partner

NY1163350.1
208546-10013