# EXHIBIT E



**INVOICE #: N/A**
**JOB NUMBER: 04713-001**
**HURON TAX ID#: 01-00666114**

Re: Tribune Company

Billing for professional services rendered during April 1, 2010 through January 31, 2011:

| | |
|---|---:|
| **Total Professional Fees** | $ 1,108,969.63 |
| **Less Reduction for Administrative Matters** | ($ 37,090.00) |
| **Total Out of Pocket Expenses** | $ 12,641.63 |
| **Total Fees and Out of Pocket Expenses** | **$ 1,084,521.26** |

Professional services on a monthly basis included:

April, 2010
- Initial analysis and review of intercompany transactions between Debtor and subsidiaries
- Analysis of Debtor assets and claims
- Assessment of potential recoveries to Client under various scenarios

May, 2010
- Finalize recovery model and conduct various recovery scenarios
- Prepare high level subsidiary solvency model
- Analysis and summary of issues in preparation of anticipated meeting with court appointed examiner
- Analysis and report with respect to issues and concerns, including certain solvency questions and recovery scenarios, to be addressed in brief to court appointed examiner
- Examination and report of issues and deficiencies with the solvency opinion delivered in connection with Tribune Company's 2007 Leveraged ESOP Transaction
- Teleconference, phone discussions and other communication with White & Case and Client
- Review and analysis of various Tribune bankruptcy pleadings, SEC filings and Examiner submissions

June, 2010
- Analysis and report to counsel with respect to issues and concerns associated with solvency opinion issued by VRC in conjunction with the 2007 Leveraged ESOP Transaction.
- Preparation of summary memo and revised recovery scenarios for inclusion with the reply brief to the court appointed Examiner
- Preparation for and attendance at settlement meetings with Debtors
- Teleconference, phone discussions and other communication with White & Case and Client



July, 2010
- Analysis and report to counsel with respect to issues and concerns associated with treatment of Tribune Receivables LLC, a pre-petition cash transfer, and other intercompany matters as they relate to potential Bridge Loan recovery
- Analysis and preparation of draft expert report with respect to Debtors' treatment of subordination provisions and intercompany matters, and the related impact on recovery
- Preparation for and attendance at settlement meetings with debtors
- Review and analyze Examiner's report with respect to 2007 Leveraged ESOP Transaction
- Teleconference, phone discussions and other communication with White & Case and Client

August, 2010
- Analysis and preparation of draft expert report with respect to Debtors' treatment of subordination provisions and intercompany matters, and related impact on recovery
- Analysis of Examiner recovery scenarios and preparation of associated report to counsel
- Analysis and memoranda prepared in connection with settlement proposals
- Teleconference, phone discussions and other communication with White & Case and Client

September, 2010
- Additional analysis of Examiner recovery scenarios and completion of additional alternative scenarios
- Preparation of report and presentation with respect to Examiner recovery scenarios and related alternative recovery scenarios
- Preparation for court-ordered mediation, including review of issues related to intercompany claims, treatment of subordination provisions with respect to Guarantor Subsidiary claims, and valuation of assumed Step 2 benefits and impact on recovery.
- Travel to and participate in court-ordered mediation
- Teleconference, phone discussions and other communication with White & Case and Client

October, 2010
- Preparation for follow-up court-ordered mediation, including treatment of disgorgement relative to recovery amounts
- Travel to, and participate in follow-up court-ordered mediation
- Review and analyze Debtors' proposed settlement term sheet and impact of increased estimate of Reorganized Value
- Prepare for and participate in settlement meeting with Aurelius Capital Management
- Provide analyses and comments in support of preparation of Bridge Lenders' Plan of Reorganization
- Teleconference, phone discussions and other communication with White & Case and Client

November, 2010
- Review competing Plans of reorganization and Disclosure Statements filed by various parties
- Provide analysis of Debtor proposed recoveries
- Provide analyses and comments to support preparation of Responsive Statement, Objection and amended filings
- Provide analyses in support of settlement discussions
- Prepare recovery summary for mediator
- Teleconference, phone discussions and other communication with White & Case and Client



December, 2010
- Prepare analyses and presentation materials for settlement conference with Creditor's Committee
- Attend settlement conference with Creditor's Committee
- Prepare and provide various analyses and files to Alix Partners, financial advisors to Creditor's Committee
- Held various teleconferences with Alix Partners to discuss questions and issues
- Prepare files for production pursuant to subpoena
- Teleconference, phone discussions and other communication with White & Case and Client

January, 2011
- Prepare analyses for settlement conference with Creditor's Committee
- Attend settlement conference with Creditor's Committee
- Prepare files for production pursuant to subpoena
- Teleconference, phone discussions and other communication with White & Case and Client

The exhibits following this summary provide detail regarding fees and out-of-pocket expenses.

**Tribune Company**
**Invoice Summary**
**April 2010 - January 2011**

| Invoice Number | Invoice Date | Month | Total Professional Fees | Reduction for Admin Matters | Total Out-of-Pocket Expenses | Total Billed |
|---|---|---|---|---|---|---|
| 170138 | 5/10/2010 | April | $ 247,714.75 | $ - | $ 1,113.06 | $ 248,827.81 |
| 171868 | 6/17/2010 | May | 258,431.25 | (3,973.00) | 882.66 | 255,340.91 |
| 173364 | 8/3/2010 | June | 171,478.50 | (7,671.00) | 2,101.89 | 165,909.39 |
| 174109 | 8/23/2010 | July | 125,992.25 | (8,234.00) | 1,590.74 | 119,348.99 |
| 175064 | 9/14/2010 | August | 57,921.50 | (3,812.00) | 1,533.03 | 55,642.53 |
| 176626 | 10/25/2010 | September | 77,115.50 | (4,194.00) | 3,437.74 | 76,359.24 |
| 177675 | 11/23/2010 | October | 79,235.63 | (2,211.00) | 1,735.01 | 78,759.64 |
| 178687 | 12/15/2010 | November | 58,085.50 | (3,786.50) | 46.63 | 54,345.63 |
| 179976 | 1/13/2011 | December | 21,865.50 | (938.00) | 29.62 | 20,957.12 |
| 180701 | 2/4/2011 | January | 11,129.25 | (2,270.50) | 171.25 | 9,030.00 |
| **TOTAL** | | | **$ 1,108,969.63** | **$ (37,090.00)** | **$ 12,641.63** | **$ 1,084,521.26** |

**Tribune Company**
**Exhibit B - Out of Pocket Expense Summary**
**April 2010 - January 2011**

| Name | Airfare | Ground Transportation | Hotel/Lodging | Meals | Parking & Tolls | Telecom/Other | Grand Total |
|---|---|---|---|---|---|---|---|
| John Owens | $ 3,163.79 | $ 984.53 | $ 3,003.52 | $ 311.60 | $ 383.17 | $ 398.05 | $ 8,244.66 |
| Matt Anderson | 1,240.03 | 655.75 | 1,497.97 | 155.01 | - | - | 3,548.76 |
| Jen McConnell | - | 73.00 | - | 97.46 | 64.00 | 75.00 | 309.46 |
| Christian Cabral | - | 266.65 | - | 190.10 | - | - | 456.75 |
| Samuel DiSalvo | - | 46.00 | - | 36.00 | - | - | 82.00 |
| Grand Total | $ 4,403.82 | $ 2,025.93 | $ 4,501.49 | $ 790.17 | $ 447.17 | $ 473.05 | $ 12,641.63 |