# EXHIBIT F

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1074586-2-2
**Invoice Date:** 15-JUN-10
**Merrill Order #:** 002-1401441
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - May Activity** | | |
| . | **Revised 7/12/10, Replaces invoice 1074586-2** | | |
| | EDATA PROCESSING | | |
| 11.36955 | Native File Processing (per GB) | $450.00 | $5,116.30 |
| 181822 | Tiffing (per page) | $.0350 | $6,363.77 |
| 181822 | OCR (per page) | $.0250 | $4,545.55 |
| | HOSTING | | |
| .71 | Database Set up fee | $1,000.00 | $710.00 |
| 5 | Merrill LextraNet User Fees | $30.00 | $150.00 |
| 2336402 | One-time Document Load Charge - Images (per page) $0.0075 per page over 1 million pages | $.0075 | $17,523.02 |
| 184181 | OCR Text extraction from images (per page) | $.0250 | $4,604.53 |
| 1.28084 | Native File Upload (per GB) | $50.00 | $64.04 |
| 1.28084 | Data storage fee (per GB) | $35.00 | $44.83 |
| 2336402 | Data storage fee (per page) $0.00175 per page over 1 million pages | $.0018 | $4,088.71 |
| 34.79 | Tech Time (per hour) | $225.00 | $7,827.75 |
| | 5/18/2010 - 2.00 hours - AB - Per client request, converted PDFs to Group IV B&W TIFs in order to conform to Lextranet load specifications on Media #51220, Shipment #19710, Volume: White_and_Case_Tribune_20100518_001, Ticket #17949 | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** **800-688-4400**

**Invoice #:** 1074586-2-2
**Invoice Date:** 15-JUN-10
**Merrill Order #:** 002-1401441
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mançuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 5/18/2010 - 3.00 hours - AB - Analyzed metadata to compare header lines for merging and extraction of embedded text for Media #51220, Shipment #19710, Volume: White_and_Case_Tribune_20100518_001, Ticket #17949. | | |
| | 5/18/2010 - 6.00 hours - AB - Modified unitization and metadata files to conform to Lextranet load specifications, merged metadata files for processing, and per client request, added production metadata for Media #51220, Shipment #19710, Volume: White_and_Case_Tribune_20100518_001, Ticket #17949. | | |
| | 5/21/2010 - 1.00 hours - AB - Analyzed metadata to compare header lines for merging and extraction of embedded text for Media #51270, Shipment #19754, Volume: IOMEGA. | | |
| | 5/21/2010 - 6.00 hours - AB - Created load files and modified metadata files to conform to Lextranet load specifications, merged metadata files for processing, and per client request, added production metadata for Media #51270, Shipment #19754, Volume: IOMEGA. | | |
| | 5/24/2010 - 7.00 hours - AB - Analyzed media to reconcile 42,540 files absent from media, yet present in unitization file on Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 5/25/2010 - 3.00 hours - AB - Analyzed metadata to compare header lines for merging and extraction of embedded text on Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 5/26/2010 - 1.00 hours - AB - Per client request, converted improperly compressed TIFs to Group IV B&W TIFs in order to conform to Lextranet load specifications on Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 5/26/2010 - 1.00 hours - AB - Modified unitization files to conform to Lextranet load specifications on Media #51271, Shipment #19754, Volume: FREEAGENT. | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1074586-2-2
**Invoice Date:** 15-JUN-10
**Merrill Order #:** 002-1401441
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 5/26/2010 - 5.00 hours - AB - Analyzed media to collect all native files for processing on Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 5/27/2010 - 4.00 hours - CR - Per client request, copied off files to make OCR for TIF files, Volume: WHITE_CASE_TRIBUNE_MID_5064 Media#51313, Shipment#19788 , Ticket#18003. | | |
| | 5/27/2010 - 5.00 hours - AB - Created unitization file to conform to Lextranet load specification and per client request, manually assessed bates numbers to files for Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 5/28/2010 - 5.00 hours - AB - Modified metadata files to conform to Lextranet load specifications, merged metadata files for processing, and per client request, added production metadata for Media #51271, Shipment #19754, Volume: FREEAGENT. | | |
| | 29% of May Activity Charges billed to Marathon Asset Management LLC | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1074586-2-2
**Invoice Date:** 15-JUN-10
**Merrill Order #:** 002-1401441
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Subtotal:** | | **$51,038.50** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$1,422.27** |
| | **Total Invoice USD:** | | **$52,460.77** |
| | Please Wire Payment to:<br>USBank<br>601 Second Avenue South<br>Minneapolis, MN 55402<br>ABA Routing #091 000 022<br>SWIFT CODE USBKUS44IMT<br>For Credit to Merrill Corporation Acct #1702-2502-6310<br><br>Please reference Merrill invoice number on your payment. | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**



**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

MS

**Any Inquiries Call:** **800-688-4400**

**Invoice #:** 1086849
**Invoice Date:** 15-JUL-10
**Merrill Order #:** 002-1404748
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - June Activity** | | |
| | EDATA PROCESSING | | |
| 234389.5 | OCR (per page) | $.0250 | $5,859.74 |
| | HOSTING | | |
| 7.1 | Merrill LextraNet User Fees | $30.00 | $213.00 |
| 391953.4 | One-time Document Load Charge - Images (per page) | $.0090 | $3,527.58 |
| 73294.72 | OCR Text extraction from images (per page) | $.0250 | $1,832.37 |
| 12.6948 | Native File Upload (per GB) | $50.00 | $634.74 |
| 13.97564 | Data storage fee (per GB) | $35.00 | $489.15 |
| 2728355. | Data storage fee (per page)<br>$0.00175 per page over 1 million pages | $.0018 | $4,774.62 |
| 13.49 | Tech Time (per hour) | $225.00 | $3,035.25 |
| | 6/1/2010 - 1.25 hours - AB - Created unitization files to conform to LextraNet load specifications on Media #51437,51438,51439,51440,51441 Shipment #19900, Volume: BLACKSTONE056584, BLACKSTONE066584, BLACKSTONE076586, BLACKSTONE080864, BLACKSTONE086586 (respectively), Ticket #18091 | | |
| | 6/2/2010 - 5.00 hours - AB - Created unitization and metadata files for Media #51271, Shipment #19754, Volume: FREEAGENT, Ticket #18092. | | |
| | 6/3/2010 - 5.00 hours - AB - Per client request converted 23532 TIFFs to Group IV B&W TIFFs in order to conform to LextraNet load specifications on Media #51437,51438,51439,51440,51441 Shipment #19900, Volume: BLACKSTONE056584, BLACKSTONE066584, BLACKSTONE076586, BLACKSTONE080864, | | |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1086849
**Invoice Date:** 15-JUL-10
**Merrill Order #:** 002-1404748
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | BLACKSTONE086586 (respectively), Ticket #18091 | | |
| | 6/4/2010 - 2.00 hours - AB - Modified unitization file and created unitization and metadata files to conform to LextraNet load specifications on Media #51271, Shipment #19754, Volume: FREEAGENT, Ticket #18092. | | |
| | 6/8/2010 - 2.00 hours - AB - Per client request, converted 14494 TIFFs to Group IV B&W TIFFs in order to conform to LextraNet load specifications on Media #51271, Shipment #19754, Volume: FREEAGENT, Ticket #18092. | | |
| | 6/9/2010 - 1.00 hours - AB - Per client request converted 24 TIFFs to Group IV B&W TIFFs in order to conform to LextraNet load specifications on Media #51271, Shipment #19754, Volume: FREEAGENT, Ticket #18092. | | |
| | 6/10/2010 - 0.50 hours - AB - Created and modified unitization and metadata files to conform to LextraNet load specifications on Media #51561, Shipment #20002, Volume: WILMER_HALE_TRB-0000000001, JP_MORGAN_JUNE3_2010_FIRST_PRODUCTION, Ticket #18223. | | |
| | 6/21/2010 - 0.50 hours - RC - Document release and distribution per Miguel Checo. | | |
| | 6/22/2010 - 0.25 hours - RC - Document release and distribution per Miguel Checo. | | |
| | 6/24/2010 - 0.75 hours - RC - Document release and distribution per Miguel Checo. | | |
| | 6/25/2010 - 0.50 hours - RC - Document release and distribution per Miguel Checo. | | |
| | 6/28/2010 - 0.25 hours - AB - Created unitization file to conform to LextraNet load specifications on Media #51870, Shipment #20265, Volume: White_and_Case_Tribune_20100624_001. | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1086849
**Invoice Date:** 15-JUL-10
**Merrill Order #:** 002-1404748
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 29% of June Activity Charges billed to Marathon Asset Management LLC | | |
| | **Subtotal:** | | $20,366.45 |
| | **Messenger and Freight:** | | $.00 |
| | **Postage and Handling:** | | $.00 |
| | **Tax:** | | $520.05 |
| | **Total Invoice:** | | $20,886.50 |

**Allocations**

✓ OR — All Funds / Flagship Only ✓ / Europe Only
% or $ — LP / LTD / LPE / LTM
OR — KSCM / KSE / KSJ / KSS
Date: 11-10
Initials — Reviewed: MG / Approved: [illegible]
Notes: (ie. Investment, Lehman Class) Tribune
D31

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

(C)

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

MS

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1097620
**Invoice Date:** 27-AUG-10
**Merrill Order #:** 002-1409263
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - July Activity** | | |
| 12 | Merrill LextraNet User Fees | $30.00 | $360.00 |
| 105376 | One-time Document Load Charge - Images (per page) | $.0075 | $790.32 |
| 552047 | Credit for June One-time Document Load Charge - Images (per page) | $-.0015 | $-828.07 |
| .99 | Native File Upload (per GB) | $50.00 | $49.50 |
| 20.674 | Data storage fee (per GB) | $35.00 | $723.59 |
| 3948130 | Data storage fee (per page)<br>$0.00175 per page over 1 million pages | | $6,909.23 |
| 3 | Consulting (per hour) | $225.00 | $675.00 |
| | 7/8/2010 - 0.25 hours - AB - Modified metadata file to conform to Lextranet load specifications on Media #52015, Shipment #20386, Volume: TRIB_PROD036. | | |
| | 7/9/2010 - 0.25 hours - AB - Created native load file for files on Media #52061, Shipment #20419, Volume: CPTRB-0017219. | | |
| | 7/13/2010 - 0.50 hours - AB - Modified metadata file to conform to Lextranet load specifications on Media #52095, Shipment #20442, Volume: D&P_TR129311. | | |
| | 7/16/2010 - 0.25 hours - AB - Modified metadata file to conform to Lextranet load specifications on Media #52179, Shipment #20515, Volume: TRB0649528. | | |
| | 7/16/2010 - 0.50 hours - LS - Technical Services - Disabled records per client request Media# 52040 Shipment# 20405 Ticket# 18579 | | |
| | 7/22/2010 - 1.25 hours - EC - Technical Services - Compared provided unitization with previously loaded media, confirmed that the start and end bates for each doc was the same. Once confirmed performed a tiff and OCR replacement, as well as a data overlay. | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1097620
**Invoice Date:** 27-AUG-10
**Merrill Order #:** 002-1409263
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Volume: TRIB_PROD010, Media# 52265, Shipment# 20580, per client request | | |
| 1 | 29% of July Activity Charges billed to Marathon Asset Management LLC | | $-2,517.08 |
| | **Subtotal:** | | **$6,162.49** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$6,162.49** |

**Allocations**

| | ✓ | OR | % or $ | OR | |
|---|---|---|---|---|---|
| All Funds | | LP | | KSCM | |
| Flagship Only | ✓ | LTD | | KSE | |
| Europe Only | | LPE | | KSJ | |
| | | LTM | | KSS | |

Date: 1-10-?
Initials
Reviewed MK
Approved [illegible]

Notes: (ie. Investment, Lehman Class) Tribune

B31

(C)

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1109839
**Invoice Date:** 19-OCT-10
**Merrill Order #:** 002-1413839
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - August Activity** | | |
| 11 | Merrill LextraNet User Fees | $30.00 | $330.00 |
| 19969 | One-time Document Load Charge - Images (per page) | $.0075 | $149.77 |
| .2 | Native File Upload (per GB) | $50.00 | $10.00 |
| 20.874 | Data storage fee (per GB) | $35.00 | $730.59 |
| 3968099 | Data storage fee (per page)<br>$0.00175 per page over 1 million pages | | $6,944.17 |
| .25 | Consulting (per hour)<br><br>8/3/2010 - 0.25 hours - KK - Released new documents to C. McCluskey, per K. Haviv request | $225.00 | $56.25 |
| 1 | 29% of August Activity Charges billed to Marathon Asset Management LLC | | $-2,384.03 |

Date: 1-26-11

Allocations

| | ✓ OR | % or $ OR | | |
|---|---|---|---|---|
| All Funds | | LP | KSCM | |
| Flagship Only | ✓ | LTD | KSE | |
| Europe Only | | LPE | KSJ | |
| | | LTM | KSS | |

Initials
Reviewed MC
Approved

Notes: (e. Investment, Lehman Class) Tribune

6031

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1109839
**Invoice Date:** 19-OCT-10
**Merrill Order #:** 002-1413839
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Subtotal:** | | $5,836.75 |
| | **Messenger and Freight:** | | $.00 |
| | **Postage and Handling:** | | $.00 |
| | **Tax:** | | $.00 |
| | **Total Invoice:** | | $5,836.75 |
| | Please Wire Payment to:<br>USBank<br>601 Second Avenue South<br>Minneapolis, MN 55402<br>ABA Routing #091 000 022<br>SWIFT CODE USBKUS44IMT<br>For Credit to Merrill Corporation Acct #1702-2502-6310<br><br>Please reference Merrill invoice number on your payment | | |

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1120298
**Invoice Date:** 29-OCT-10
**Merrill Order #:** 002-1419585
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - September Activity** | | |
| 1 | Warm Storage fee | | $3,000.00 |
| 1 | 29% of July Activity Charges billed to Marathon Asset Management LLC | | $-870.00 |
| | **Subtotal:** | | $2,130.00 |
| | **Messenger and Freight:** | | $.00 |
| | **Postage and Handling:** | | $.00 |
| | **Tax:** | | $.00 |
| | **Total Invoice:** | | $2,130.00 |

**Allocations**

✓ OR % or $ OR

All Funds [ ] LP [ ] KSCM [ ]
Flagship Only [✓] LTD [ ] KSE [ ]
Europe Only [ ] LPE [ ] KSJ [ ]
LTM [ ] KSS

Date: 11-10-10

Initials
Reviewed [initials]
Approved [initials]

**Notes:** (ie Investment, Lehman Class) Tribune

831

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1132252
**Invoice Date:** 30-NOV-10
**Merrill Order #:** 002-1424181
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - October Activity** | | |
| 1 | Warm Storage Fee | | $3,000.00 |
| 1 | 29% of October Activity Charges billed to Marathon Asset Management LLC | | $-870.00 |
| | **Subtotal:** | | **$2,130.00** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$2,130.00** |

Allocations

| | ✓ OR | | % or $ OR | | |
|---|---|---|---|---|---|
| All Funds | | LP | | KSCM | |
| Flagship Only | ✓ | LTD | | KSE | |
| Europe Only | | LPE | | KSJ | |
| | | LTM | | KSS | |

Notes: (ie. Investment, Lehman Class) Tribune

Date: 1-25-11
Reviewed
Approved

8031

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King [redacted] Management LP
65 E 5[redacted], 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

MS

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1141990
**Invoice Date:** 22-DEC-10
**Merrill Order #:** 002-1429588
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - November Activity** | | |
| 1 | Warm Storage Fee | | $3,000.00 |
| 1 | 29% of October Activity Charges billed to Marathon Asset Management LLC | | $-870.00 |
| | **Subtotal:** | | **$2,130.00** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$2,130.00** |

Allocations ✓ OR % or $ OR
All Funds / Flagship Only ✓ / Europe Only
LP / LTD / LPE / LTM
KSCM / KSE / KSJ / KSS
Date: 3-25-11
Initials Reviewed MC Approved
Notes: (ie. Investment, Lehman Class) Tribune
B031
I-TRB

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

Location: [redacted]T PAUL

Any Inquiries Call: 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
Attn: Nick Renwick

MS

Invoice #: 1152741
Invoice Date: 24-JAN-11
Merrill Order #: 002-1434431
Client Matter #: White & Case - Tribune
Date Received:
Salesperson: Lou Mancuso / Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - December Activity** | | |
| 1 | Warm storage fee | | $3,000.00 |
| 1 | 29% of October Activity Charges billed to Marathon Asset Management LLC | | $-870.00 |
| | **Subtotal:** | | **$2,130.00** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$2,130.00** |

Allocations — Date: 3-28-11

| ✓ | OR | % or $ | OR | |
|---|---|---|---|---|
| All Funds | | LP | KSCM | |
| Flagship Only | ✓ | LTD | KSE | Reviewed MCS |
| Europe Only | | LPE | KSJ | Approved |
| | | LTM | KSS | |

Notes: (ie. Investment, Lehman Class) TRIBUNE

B031

I-TRB

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

MS

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - January Activity** | | |
| | REPROGRAPHICS AND SCANNING | | |
| 1.5 | Technical Labor (per hour) (preparation CDs before transfering) | $75.00 | $112.50 |
| .5 | Technical Labor (per hour) - FTP/Email File Transfer, transfer 3 CDs via FTP to Lextranet (BOS)) | $75.00 | $37.50 |
| | EDATA PROCESSING | | |
| 122.758 | Pre-Processing (per GB) | $150.00 | $18,413.70 |
| 55.951 | Native File Processing (per GB) | $400.00 | $22,380.40 |
| 224473 | Tiffing (per page) | $.0350 | $7,856.56 |
| 248715 | OCR (per page) | $.0250 | $6,217.88 |
| 13.25 | Project Management (per hour) - Senior Consultant | $250.00 | $3,312.50 |
| | 1/6/2011 - 0.50 hours - RV - Attend client conference to review project requirements including timelines, ESI processing, database design, document review, workflow and production requirements; Phone call with M. Checo and R. Vargas concerning ESI processing specs and custodian assignment for the processing of 2 PST files. | | |
| | 1/6/2011 - 0.25 hours - RV - Review client media before pre-processing to identify file type, volume and counts for .PST files (zatz-Sep1_2010-present.rar" and "Greissman-Sep1_2010-present.rar). | | |
| | 1/6/2011 - 0.50 hours - RV - Phone call with B. Fritz to discuss, review and modify keyterm searches required for ESI processing. | | |
| | 1/6/2011 - 0.75 hours - RV - Coordinate and create ESI workflow and project requirements for processing of initial data (zatz-Sep1_2010-present.rar" and "Greissman-Sep1_2010-present.rar). | | |
| | 1/7/2011 - 2.00 hours - AE - Reporting on search results. Report on | | |

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | no text extractable files. ESI specification for new sub case. Analysis of media and documentation of specifications" | | |
| | 1/7/2011 - 0.50 hours - RV - Emails with B. Fritz concerning status on the Greissman and Zatz data and additional data received (Huron Consulting Group) and subsequent processing ESI specifications. | | |
| | 1/9/2011 - 2.00 hours - AE - Reporting on search results. Report on no text extractable files. ESI specification for new sub case. Analysis of media and documentation of specifications | | |
| | 1/10/2011 - 0.25 hours - RV - Phone call with B. Fritz on conducting search terms on meta-data and status on processing for Huron Consulting Group and King St. Mgmt. | | |
| | 1/10/2011 - 0.25 hours - RV - Review and modification of Search Term report for data processed (Huron Consulting) in preparation for client distribution. | | |
| | 1/11/2011 - 0.75 hours - RV - Review client media (King St. Mgmt. - 9 DVDs) before pre-processing to identify file type, volume and counts; Follow up with B. Fritz regarding approval of Custodian assignments regarding same. | | |
| | 1/11/2011 - 0.75 hours - AE - Outline ESI specification inlcuding custodian assignments, bates information and prefixes | | |
| | 1/11/2011 - 0.75 hours - RV - Creation of custom ESI processing requirements including timelines, deduplication and keyterm searchs for additional data (King St. Mgmt. - 9 DVDs). | | |
| | 1/12/2011 - 0.25 hours - RV - Review client media before pre-processing to identify file type, volume and counts on new additional data from King St. (Shared Drive); Follow up with B. Fritz on new media received and custodian confirmation. | | |
| | 1/12/2011 - 0.75 hours - RV - Review and modify Search Term report concerning initial data from King St. (Custodians: M. Ranieri & N. Renwick) for client review; Creation of custom ESI processing | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | requirements including timelines, deduplication and keyterm searchs for additional data (King St. Mgmt. - Shared Drive). | | |
| | 1/13/2011 - 0.75 hours - RV - Review client media before pre-processing to identify file type, volume and counts (2 DVD's - Marathon Asset Mgmt.) and 2 Hard Drives (King St. - Replacement .pst): Emails with B. Fritz regarding new media for confirmation and processing. | | |
| | 1/13/2011 - 1.25 hours - RV - Coordination and creation of custom ESI processing requirements including timelines, deduplication and keyterm searchs for new data (Marathon). Client notification concerning Non-extractable Text report for review and approval for initial King St. Capital Mgmt. data (Custodian: Shared Drive); Review and modification of Search Term report for data processed (King St. - Custodian: Shared Drive). | | |
| | 1/14/2011 - 1.00 hours - RV - Coordination and creation of custom ESI processing requirements including timelines, deduplication and keyterm searchs for replacement data (King St. - Hard Drive - D. Hong & M. Sockett); Analyze and identify hard drive for processing. | | |
| | HOSTING | | |
| 792130 | One-time Document Load Charge - Images (per page) | $.0075 | $5,940.98 |
| 9 | OCR Text extraction from images (per page) | $.0250 | $.23 |
| 110928 | Production delivery - Branded document sets via electronic media (per page) - FOB shipping point | $.0350 | $3,882.48 |
| 60.279 | Native File Upload (per GB) | $50.00 | $3,013.95 |
| 3 | Production Delivery - Minimum fee | $125.00 | $375.00 |
| 4 | CD Set up and burn service fee - Original | $50.00 | $200.00 |
| 4 | CD Set up and burn service fee - Copy | $10.00 | $40.00 |
| 2 | DVD - Set up and burn service fee - Original | $75.00 | $150.00 |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | DVD - Set up and burn service fee - Copy | $20.00 | $40.00 |
| 81.153 | Data storage fee (per GB) | $35.00 | $2,840.36 |
| 4760229 | Data storage fee (per page)<br>$0.00175 per page over 1 million pages | | $8,330.40 |
| 27 | Consulting (per hour) | $225.00 | $6,075.00 |
| | 1/4/2011 - 1.50 hours - RC - Database and review environment creation per Brian Fritz. | | |
| | 1/5/2011 - 1.25 hours - RC - Review folders and working folders per Brian Fritz. | | |
| | 1/6/2011 - 1.50 hours - RC - Further database and review environment creation per Brian Fritz. | | |
| | 1/9/2011 - 2.50 hours - RC - Set up and ran document review sweeps, document distribution per Brian Fritz. | | |
| | 1/10/2011 - 1.00 hours - RC - Ran document review sweeps, document distribution, per Brian Fritz. | | |
| | 1/10/2011 - 1.00 hours - SO - Technical Services: Performed comparison of values in names container field. Populated a folder with documents containing only a specific set of values . Per client request, ticket # 20387 | | |
| | 1/11/2011 - 1.00 hours - RC - Ran document review sweeps, document distribution, per Brian Fritz. | | |
| | 1/12/2011 - 0.50 hours - RC - Ran document review sweeps, document distribution, per Brian Fritz. | | |
| | 1/13/2011 - 1.00 hours - RC - Ran document review sweeps, document distribution, per Brian Fritz. | | |
| | 1/14/2011 - 0.75 hours - RC - Ran document review sweeps, | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Any Inquiries Call:** **800-688-4400**

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | document distribution, per Brian Fritz. | | |
| | 1/15/2011 - 1.75 hours - RC - Running document review sweeps, document distribution, and running searches to define non-responsive per Brian Fritz. | | |
| | 1/17/2011 - 1.50 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/18/2011 - 1.00 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/19/2011 - 1.50 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/20/2011 - 1.00 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/21/2011 - 1.25 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/22/2011 - 1.00 hours - RC - Document searches for non-responsive records, sweeping reviewed documents, document distribution, and production preparation per Brian Fritz. | | |
| | 1/24/2011 - 1.50 hours - RC - Document distribution, coding, sweeps, and preparation for production per Brian Fritz. | | |
| | 1/25/2011 - 1.75 hours - RC - Document distribution, coding, sweeps, and preparation for production per Brian Fritz. | | |
| | 1/26/2011 - 1.50 hours - RC - Document distribution, coding, sweeps, and preparation for production per Brian Fritz. | | |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1163198-2
**Invoice Date:** 28-FEB-11
**Merrill Order #:** 002-1439225
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 1/27/2011 - 1.25 hours - RC - Document distribution, coding, sweeps, and preparation for production per Brian Fritz. | | |
| 1 | 29% of Activity Charges billed to Marathon Asset Management LLC | | $-25,873.64 |
| | **Subtotal:** | | **$63,345.80** |
| | **Messenger and Freight:** | | **$95.82** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$2,875.78** |
| | **Total Invoice:** | | **$66,317.40** |

Allocations

All Funds ✓ OR LP % or $ OR KSCM
Flagship Only ✓ LTD KSE
Europe Only LPE KSJ
LTM KSS

Notes: (ie. Investment, Lehman Class) Tribune

Date: 3-25-11
Initials
Reviewed MCS
Approved [illegible]

B031

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

I-TRB

**REMIT TO:**
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

MS

**Any Inquiries Call:** 800-688-4400

**Invoice #:** 1174445
**Invoice Date:** 22-MAR-11
**Merrill Order #:** 002-1443082
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - February Activity** | | |
| | EDATA PROCESSING | | |
| 4.21242 | Pre-Processing (per GB) | $150.00 | $631.86 |
| 2.90595 | Native File Processing (per GB) | $400.00 | $1,162.38 |
| 10846 | OCR (per page) | $.0250 | $271.15 |
| .5 | Tech Time (per hour) | $150.00 | $75.00 |
| | 2/9/2011 - 0.50 hours - Created / Ran dupe custodian script. | | |
| 4.25 | Project Management (per hour) | $250.00 | $1,062.50 |
| | 2/7/2011 - 0.50 hours - RV - Review client media before pre-processing to identify file type, volume and counts of new .PSTs for processing (Custodian: S. Greismann & T. Lauria). | | |
| | 2/7/2011 - 0.75 hours - RV - Emails with B. Fritz regarding confirmation on processing specifications on the new additional data received for processing (Custodian: S. Greismann & T. Lauria); Review, prepare and coordinate workflow of client data for ESI processing and export to Lextranet. | | |
| | 2/8/2011 - 0.75 hours - RV - Review and preparation of client replacement data (Custodian: S. Greismann & T. Lauria) such as ESI plans and current processing for Lextranet delivery. | | |
| | 2/9/2011 - 0.25 hours - RV - Review client media before pre-processing to identify file type, volume and counts of new .PST for processing (King St. Capital Mgmt. - N. Renwick). | | |
| | 2/9/2011 - 0.75 hours - RV - Review and modify Search Term report for client review for White and Case LLP data; Review, prepare and coordinate workflow of client data for ESI processing and export to Lextranet for new data (King St. Capital Mgmt. - N. Renwick). | | |
| | 2/10/2011 - 0.25 hours - RV - Review client media before pre- | | |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** **800-688-4400**

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1174445
**Invoice Date:** 22-MAR-11
**Merrill Order #:** 002-1443082
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | processing to identify file type, volume and counts of new .PST for processing (Marathon Capital Mgmt.). | | |
| | 2/10/2011 - 0.75 hours - RV - Review and modify Search Term report for client review for King St. Capital Mgmt. data; Review, prepare and coordinate workflow of client data for ESI processing and export to Lextranet for new data (Marathon Asset). | | |
| | 2/11/2011 - 0.25 hours - RV - Review and modify Search Term report for client review for Marathon Asset Mgmt. data. | | |
| | HOSTING | | |
| 12665 | One-time Document Load Charge - Images (per page) | $.0075 | $94.99 |
| 6516 | Production delivery - Branded document sets via electronic media (per page) - FOB shipping point | $.0350 | $228.06 |
| 3.22 | Native File Upload (per GB) | $50.00 | $161.00 |
| 1 | CD Set up and burn service fee - Original | $50.00 | $50.00 |
| 1 | CD Set up and burn service fee - Copy | $10.00 | $10.00 |
| 84.373 | Data storage fee (per GB) | $35.00 | $2,953.06 |
| 4772894 | Data storage fee (per page) $0.00175 per page over 1 million pages | | $8,352.56 |
| 4.25 | Consulting (per hour) | $225.00 | $956.25 |
| | 2/3/2011 - 1.00 hours - WT - Retrieve, package and ship media per ticket 20738 to Rosa Vargas and update records | | |
| | 2/7/2011 - 1.00 hours - EC - Modified metadata file to conform to Lextranet load specifications Volume: 1/10/2010, Media# 55100, Shipment# 22930, Ticket# 20675 | | |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL**
**COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
**Attn:** Nick Renwick

**Invoice #:** 1174445
**Invoice Date:** 22-MAR-11
**Merrill Order #:** 002-1443082
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 2/14/2011 - 1.00 hours - RC - Document distribution per Brian Fritz. | | |
| | 2/16/2011 - 0.75 hours - RC - Document distribution per Brian Fritz. | | |
| | 2/18/2011 - 0.50 hours - RC - Document distribution per Brian Fritz. | | |
| 1 | 29% of Activity Charges billed to Marathon Asset Management LLC | | $-4,642.55 |
| | **Subtotal:** | | **$11,366.26** |
| | **Messenger and Freight:** | | **$69.14** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$-128.29** |
| | **Total Invoice:** | | **$11,307.11** |

Allocations Issuer
✓ OR % or $ OR
All Funds / Flagship Only ✓ / Europe Only — LP / LTD / LPE / LTM — KSCM / KSE / KSJ / KSS
Date: 6-8-11
Initials
Reviewed MG
Approved [illegible]
Notes: (ie. Investment, Lehman Class) Tribune
I-TRB
B031

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

**MERRILL COMMUNICATIONS LLC**

**Location:** DMS-ST PAUL

**Any Inquiries Call:** 800-688-4400

King Street Capital Management LP
65 E 55th Street, 30th Floor
New York, NY 10022
Attn: Nick Renwick

**Invoice #:** 1188305
**Invoice Date:** 27-APR-11
**Merrill Order #:** 002-1447142
**Client Matter #:** White & Case - Tribune
**Date Received:**
**Salesperson:** Kevin Feliciano / Christian Maher

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Project 1710 - March Activity** | | |
| 84.373 | Data storage fee (per GB) | $35.00 | $2,953.06 |
| 4772894 | Data storage fee (per page)<br>$0.00175 per page over 1 million pages | $.0017 | $8,352.56 |
| 1 | 29% of Activity Charges billed to Marathon Asset Management LLC | | $-3,278.63 |
| | **Subtotal:** | | **$8,026.99** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage and Handling:** | | **$.00** |
| | **Tax:** | | **$.00** |
| | **Total Invoice:** | | **$8,026.99** |

8-2-11

Allocations Issues
✓ OR % or $ OR
All Funds
Flagship Only ✓
Europe Only
LP
LTD
LPE
LTM
KSCM
KSE
KSJ
KSS
Date:
Initials
Reviewed MC
Approved

Notes: (ie. Investment, Lehman Class) Tribune

I-TRB B031

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310

Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271