# EXHIBIT G

WM1A 975502v1 01/04/12

**American Appraisal Associates, Inc.**
411 East Wisconsin Avenue, Milwaukee, WI 53202
Telephone (414) 271-7240

Leading / Thinking / Performing



Mr. Andrew W. Hammond
Partner
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

**Invoice Date**  September 08, 2010

| Invoice No. | INV0088060 |
|---|---|
| Contract No. | 072069 |

023720

For professional valuation and consulting services provided to White & Case LLP, as counsel to agent for Bridge Lenders related to the Chapter 11 bankruptcy proceeding of the Tribune Company and various subsidiaries and affiliates.

| | |
|---:|---:|
| FEE | $ 134,420.00 |
| EXPENSE | 3,115.35 |
| **AMOUNT THIS INVOICE** | **$ 137,535.35** |

We sincerely appreciate your selection of American Appraisal Associates, Inc. and the opportunity to be of service to you on this study. This invoice is payable by you upon receipt to the following:

### REMITTANCE ADDRESS:

American Appraisal Associates, Inc.
Bin 88391
Milwaukee, WI  53288-0391

### TAXPAYER ID 39-1137784

**IMPORTANT -- For accurate credit, please return the attached remittance advice with your payment.**

If you have any questions concerning this billing please contact  Nancy Czaplinski at (414) 271-7240

Valuation / Transaction Consulting / Real Estate Advisory / Fixed Asset Management

# REMITTANCE ADVICE

**Please Return With Your Payment For Accurate Credit**

**Remit to Address:**

American Appraisal Associates, Inc.
Bin 88391
Milwaukee, WI 53288-0391

Wiring and ACH instructions are available upon request via email to aripley@american-appraisal.com

023720   White & Case LLP

Payment enclosed for the following invoice:

| Date | Invoice Number | Contract Number | Amount |
|---|---|---|---|
| 9/8/2010 | INV0088060 | 072069 | $ 137,535.35 |