# EXHIBIT H

WMIA 975502v1 01/04/12

# WERB & SULLIVAN
ATTORNEYS AT LAW

A Partnership of Professional Associations

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899

TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111

BRIAN A. SULLIVAN

COURIER DELIVERY:
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

CONFIDENTIAL
Invoice

Bill to:

WellsFargo Bank, N.A.
c/o Brian Fritz
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Re:

Tribune Company, et al. / Case No. 08-13141 (KJC)

Werb & Sullivan assisted the Bridge Loan Agent as discovery counsel in this matter. Fees and expenses in connection with this representation, from May 2010 to February 2011, totaled **$19,245.86** and consist of the following:

| Brian A. Sullivan – Partner | $17,714.00 |
|---|---|
| Helen Fols - Paralegal | $940.50 |
| Expenses | $591.36 |