# EXHIBIT I

WM1A 975502v1 01/04/12



**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

In re: TRIBUNE COMPANY, et al., Case No. 08-13141 (KJC)

FOX ROTHSCHILD LLP – PROFESSIONAL SERVICES RENDERED FROM JULY 1, 2010 THROUGH JULY 31, 2012:

| | |
|---|---|
| **Professional Fees** | **$262,115.50** |
| **Expenses** | **$60,160.77** |
| **Total Professional Fees and Expenses** | **$322,276.27** |

Fox Rothschild LLP ("FR") served as co-counsel with White & Case LLP in the representation of Wells Fargo Bank, N.A., in its capacity as successor administrative agent, and the Bridge Lenders under the Debtors' $1.6 billion bridge loan credit facility. FR provided the following services in relation to the above referenced chapter 11 cases (the "Cases"):

a.  advised co-counsel and the clients on local practice and procedure in the Delaware Bankruptcy Court;

b.  provided legal advice, together with co-counsel, with respect to the clients' rights in connection with the Cases;

c.  prepared with co-counsel, on behalf of the clients, necessary pleadings in connection with the Cases;

d.  appeared in Court with co-counsel to represent the clients' interests;

e.  participated in mediation sessions between the clients and other parties;

f.  performed various other legal services in connection with the Cases as was reasonably required.

The attached exhibits summarize FR's fees and expenses for this matter. Exhibit A describes FR's timekeepers and their corresponding hours and fees billed. Exhibit B summarizes FR's costs. Exhibit C references all of the firm's invoices for this matter.

                                                   FOX ROTHSCHILD LLP

Dated: January 8, 2013

                                                   Jeffrey M. Schlerf (No. 3047)
                                                   L. John Bird (No. 5310)
                                                   Citizens Bank Center
                                                   919 North Market Street, Suite 1600
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 622-4212
                                                   Facsimile: (302) 656-8920

# EXHIBIT A

| In re Tribune Company<br>Fox Rothschild LLP Timekeeper Summary<br>for Period from July 1, 2010 through July 31, 2012 | | | |
|---|---|---|---|
| Timekeeper Name | Description | Billed Hours | Billed Amount |
| JEFFREY M. SCHLERF | Partner | 227.90 | 136,854.00 |
| ERIC M. SUTTY | Partner | 145.50 | 61,122.00 |
| JASON CORNELL | Partner | 0.20 | 78.00 |
| SETH A. NIEDERMAN | Partner | 0.10 | 22.50 |
| JOHN H. STROCK | Associate | 44.40 | 13,237.00 |
| L. JOHN BIRD | Associate | 82.10 | 22,366.00 |
| MARCIA STEEN | Paralegal | 6.60 | 1,551.00 |
| DENISE CHIGGES | Paralegal | 42.00 | 7,560.00 |
| JUDITH WRAY | Paralegal | 96.50 | 16,767.00 |
| DENISE KEMP | Legal Administrative Assistant | 12.90 | 1,602.50 |
| RACHEL DEELY | Legal Administrative Assistant | 7.70 | 955.50 |
| SANDRA I. COLLAZO | Legal Administrative Assistant | 1.00 | 0.00 |
| **TOTALS** | | **666.90** | **$262,115.50** |

# EXHIBIT B

| In re Tribune Company<br>Fox Rothschild LLP Costs/Expenses Summary<br>for Period from July 1, 2010 through July 31, 2012 | |
|---|---|
| Description | Billed Amount |
| WESTLAW, RESEARCH | 0.00 |
| PACER | 3,335.54 |
| COURT FILINGS | 1,387.00 |
| SUBPOENA SERVICE | 200.00 |
| DEPOSITION/TRANSCRIPT | 5,480.15 |
| TELEPHONE CHARGES | 57.48 |
| COSTS ADVANCED | -33.42 |
| OUTSIDE VENDOR COPIES | 44,808.38 |
| MESSENGER SERVICE/DELIVERY | 3,804.36 |
| MEALS | 0.00 |
| MESSENGER SERVICE/FEDERAL EXPRESS | 224.08 |
| PHOTOCOPYING | 672.00 |
| TELEPHONE CHARGES | 225.20 |
| LEXIS | 0.00 |
| **TOTAL** | **$60,160.77** |
| | |

WM1A 1054993v5 01/08/13

# EXHIBIT C

| In re Tribune Company<br>Fox Rothschild LLP Invoices Summary<br>for Period from July 1, 2010 through July 31, 2012 | | | |
|---|---|---|---|
| Date | Fees | Cost | Total |
| 7/15/2010 | 40,397.50 | 6,237.60 | 46,635.10 |
| 8/19/2010 | 17,905.50 | 500.60 | 18,406.10 |
| 9/16/2010 | 19,216.50 | 5,362.45 | 24,578.95 |
| 10/20/2010 | 23,186.00 | 1,121.03 | 24,307.03 |
| 11/17/2010 | 21,570.00 | 1,288.80 | 22,858.80 |
| 12/21/2010 | 26,476.00 | 5,139.07 | 31,615.07 |
| 1/6/2011 | 21,515.50 | 10,868.26 | 32,383.76 |
| 2/16/2011 | 5,670.00 | 23,456.08 | 29,126.08 |
| 3/3/2011 | 3,852.00 | 841.33 | 4,693.33 |
| 4/20/2011 | 32,835.00 | 694.23 | 33,529.23 |
| 5/10/2011 | 10,386.00 | 1,098.84 | 11,484.84 |
| 6/16/2011 | 1,815.00 | 99.46 | 1,914.46 |
| 7/18/2011 | 5,002.50 | 42.85 | 5,045.35 |
| 8/11/2011 | 984.00 | 42.80 | 1,026.80 |
| 9/22/2011 | 301.50 | 19.32 | 320.82 |
| 10/12/2011 | 39.00 | 4.80 | 43.80 |
| 11/11/2011 | 1,042.50 | 84.84 | 1,127.34 |
| 12/20/2011 | 4,044.00 | 84.07 | 4,128.07 |
| 1/19/2012 | 4,225.50 | 78.40 | 4,303.90 |
| 2/15/2012 | 1,025.00 | 101.56 | 1,126.56 |
| 3/6/2012 | 2,835.00 | 62.64 | 2,897.64 |
| 5/22/2012 | 2,676.00 | 615.50 | 3,291.50 |
| 6/14/2012 | 3,456.50 | 112.50 | 3,569.00 |
| 8/17/2012 | 11,659.00 | 2,203.74 | 13,862.74 |
| **GRAND TOTAL** | **262,115.50** | **60,160.77** | **322,276.27** |