# EXHIBIT J

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Federal Identification Number 13-5605970

The following is a summary of Bridge Lender Fee/Expense Claims incurred by White & Case LLP, as counsel to the Bridge Loan Agent, in connection with the chapter 11 cases of Tribune Company and certain of its affiliates filed in the United States Bankruptcy Court for the District of Delaware (Case No. 08-13141 (KJC)) (the "Chapter 11 Cases"). This summary is submitted in accordance with Section 9.1.2 of the plan of reorganization confirmed in the Chapter 11 Cases.

**FOR PROFESSIONAL SERVICES RENDERED** in connection with the above-referenced matter for the period ending December 31, 2012 as follows:

| | | |
|---|---|---:|
| **TOTAL PROFESSIONAL FEES** | $ | 8,966,410.50 |

**COSTS AND DISBURSEMENTS**

| | |
|---|---:|
| Airfare | 27,844.87 |
| Conference Expense | 169.23 |
| Courier Service | 919.94 |
| Court Costs | 3,348.66 |
| Depositions | 2,701.92 |
| Computer Legal Research | 139,186.98 |
| Local Travel | 15,421.74 |
| Miscellaneous Other | 566.83 |
| Hotel Expense | 21,503.42 |
| Photocopying | 58,532.52 |
| Professional Service | 17,182.41 |
| Supplies | 964.85 |
| Taxi | 20,986.91 |
| Telephone | 729.35 |
| Facsimile | 63.11 |
| Word Processing | 5,068.09 |
| Expert Witness | 537.74 |
| Video Conferencing | 2,557.83 |
| Parking | 110.88 |
| Request for a Copy of a Document | 40.85 |
| Business Meals | 7,966.20 |

| | | |
|---|---|---:|
| **TOTAL COSTS AND DISBURSEMENTS** | $ | 326,404.33 |
| **TOTAL** | $ | **9,292,814.83** |



## TIME SUMMARY BY PROFESSIONAL

| TIMEKEEPER | TITLE | HOURS |
|---|---|---|
| S GREISSMAN | Partner | 1,645.30 |
| A HAMMOND | Partner | 989.50 |
| T LAURIA | Partner | 581.80 |
| D HILLE | Partner | 475.50 |
| D DREIER | Partner | 25.40 |
| R KEBRDLE | Partner | 21.40 |
| G UZZI | Partner | 11.90 |
| JC SHORE | Partner | 5.30 |
| S ZEMSER | Partner | 5.00 |
| D JOHANSEN | Partner | 3.70 |
| D BAUMSTEIN | Partner | 3.50 |
| M SHEPHERD | Partner | 2.00 |
| JW DANTZLER | Partner | 1.50 |
| AL ZYLBERBERG | Partner | 1.50 |
| C DIAMOND | Partner | 1.20 |
| J BRAZIL | Partner | 1.00 |
| RM KELLY | Counsel | 868.60 |
| F EATON | Counsel | 383.20 |
| L THOMPSON | Counsel | 105.20 |
| T MULVEY | Counsel | 1.70 |
| A ZATZ | Associate | 1,840.20 |
| B FRITZ | Associate | 1,214.30 |
| I SILVERBRAND | Associate | 669.00 |
| J WINTERS | Associate | 584.60 |
| K HAVIV | Associate | 570.10 |
| C MCCLUSKEY | Associate | 491.20 |
| M BELZ | Associate | 473.10 |
| T SHORANICK | Associate | 472.00 |
| K MCGILL | Associate | 447.80 |
| K M THOMAS | Associate | 434.40 |
| M SHTERNGEL | Associate | 357.40 |
| J HEISMAN | Associate | 335.40 |
| R PAWLOWSKI | Associate | 308.10 |
| A VERNOIA | Associate | 123.70 |
| B ROSE | Associate | 120.50 |
| B YU | Associate | 110.20 |
| M PETRIE | Associate | 105.60 |
| B GERSHOWITZ | Associate | 98.10 |

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases

Page 3

| | | |
|---|---|---:|
| J OH | Associate | 96.80 |
| J WEITMAN | Associate | 82.00 |
| C CANNON | Associate | 71.30 |
| J SORKOWITZ | Associate | 67.80 |
| A K LIZOTTE | Associate | 63.80 |
| S MARICONDA | Associate | 63.60 |
| D VILLOCH | Associate | 44.60 |
| M JAZINI DORCHEH | Associate | 38.20 |
| P AMEND | Associate | 33.00 |
| A SCHINDLER | Associate | 27.00 |
| K NELSON | Associate | 23.00 |
| S SHECTER | Associate | 20.00 |
| F HE | Associate | 19.50 |
| M GRAHAM | Associate | 17.40 |
| P MOHAN | Associate | 13.50 |
| J D RUE | Associate | 12.90 |
| E A GONZALEZ | Associate | 12.90 |
| Y GRUENBERG | Associate | 11.40 |
| D STAMM | Associate | 11.40 |
| S GOLDBERG | Associate | 11.00 |
| E GAL | Associate | 10.60 |
| T NELSON | Associate | 4.00 |
| L L WOOD | Associate | 2.70 |
| M SUBJALLY | Associate | 2.10 |
| H HUGGINS | Associate | 0.60 |
| B NUGENT | Summer Associate | 35.00 |
| K SPENNICCHIA | Reference Librarian | 2.20 |
| R GREENE | Reference Librarian | 2.10 |
| M DESINCE | Reference Librarian | 0.50 |
| A VENES | Legal Assistant | 199.50 |
| S THOMAS | Legal Assistant | 169.30 |
| R ADAMS | Legal Assistant | 128.60 |
| D SCALIA | Legal Assistant | 118.80 |
| G YOON | Legal Assistant | 67.10 |
| M KOROGLU | Legal Assistant | 30.40 |
| D H REZNIK | Legal Assistant | 25.50 |
| L VAUNER | Legal Assistant | 25.20 |
| S PEGRAM | Legal Assistant | 11.50 |
| K TYURIN | Legal Assistant | 2.30 |
| G BELLER | Legal Assistant | 2.30 |
| E ARUNDEL | Legal Assistant | 0.60 |
| K SWISHER | Legal Assistant | 0.50 |
| G FISH | Legal Assistant | 0.20 |

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases                                         Page 4

| | | |
|---|---|---|
| J QUINN | Legal Assistant-P.T. | 7.20 |
| K CHIU | Legal Assistant-P.T. | 6.00 |
| J OSTLING | Legal Assistant-P.T. | 2.90 |
| MIGUEL CHECO | Litigation Specialist | 94.10 |
| R VARGAS | Litigation Specialist | 25.50 |
| M FUHR | Litigation Specialist | 20.70 |
| F FLOYD | Litigation Specialist | 0.30 |
| ANTHONY CORTEZ | Litigation Specialist | 0.30 |
| M CAMPION | Legal Assistant-Temp | 2.90 |
| N COLONNA | Administration | 7.00 |
| E VALLEJO | Administration | 2.50 |
| | TOTALS | 15,642.00 |

## FEES/EXPENSES SUMMARY BY MONTH

|      | Fees         | Expenses   | Fees & Expenses |
|------|--------------|------------|-----------------|
| **2009** |          |            |                 |
| Oct  | 20,185.00    | -          | 20,185.00       |
| Nov  | 33,772.50    | -          | 33,772.50       |
| Dec  | 24,786.50    | -          | 24,786.50       |
| **2010** |          |            |                 |
| Jan  | 16,025.00    | -          | 16,025.00       |
| Feb  | 26,587.50    | 40.85      | 26,628.35       |
| Mar  | 39,103.50    | 107.75     | 39,211.25       |
| Apr  | 288,189.50   | 12,139.23  | 300,328.73      |
| May  | 1,471,136.00 | 55,842.06  | 1,526,978.06    |
| Jun  | 1,306,952.50 | 58,843.23  | 1,365,795.73    |
| Jul  | 1,186,564.00 | 35,968.95  | 1,222,532.95    |
| Aug  | 728,503.00   | 30,872.73  | 759,375.73      |
| Sep  | 411,424.50   | 23,756.84  | 435,181.34      |
| Oct  | 666,069.50   | 19,248.42  | 685,317.92      |
| Nov  | 617,614.50   | 18,097.37  | 635,711.87      |
| Dec  | 509,348.00   | 14,133.79  | 523,481.79      |
| **2011** |          |            |                 |
| Jan  | 856,167.50   | 15,212.43  | 871,379.93      |
| Feb  | 240,493.50   | 4,516.30   | 245,009.80      |
| Mar  | 194,431.50   | 17,490.35  | 211,921.85      |
| Apr  | 36,045.50    | 1,232.11   | 37,277.61       |
| May  | 11,760.00    | 11,794.43  | 23,554.43       |
| Jun  | 10,733.50    | 454.20     | 11,187.70       |
| Jul  | 850.00       | 14.56      | 864.56          |
| Aug  | 1,378.00     | -          | 1,378.00        |
| Sep  | 736.00       | 4.72       | 740.72          |
| Oct  | 1,904.00     | 22.96      | 1,926.96        |
| Nov  | 3,470.50     | -          | 3,470.50        |
| Dec  | 5,433.00     | 123.96     | 5,556.96        |
| **2012** |          |            |                 |
| Jan  | 4,336.50     | 125.44     | 4,461.94        |
| Feb  | 6,173.00     | 38.08      | 6,211.08        |
| Mar  | 10,676.00    | 329.62     | 11,005.62       |
| Apr  | 15,772.00    | 139.44     | 15,911.44       |
| May  | 107,378.00   | 3,020.63   | 110,398.63      |

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases                                                                 Page 6

|             | Fees         | Expenses   | Fees & Expenses |
|-------------|-------------:|-----------:|----------------:|
| Jun         | 39,878.50    | 2,323.14   | 42,201.64       |
| Jul         | 9,973.00     | 132.76     | 10,105.76       |
| Aug         | 7,208.00     | 250.54     | 7,458.54        |
| Sep         | 1,659.00     | 0.84       | 1,659.84        |
| Oct         | 3,030.00     | 38.82      | 3,068.82        |
| Nov         | 2,973.50     | 18.20      | 2,991.70        |
| Dec         | 47,688.50    | 69.58      | 47,758.08       |
| **Grand Total** | **8,966,410.50** | **326,404.33** | **9,292,814.83** |

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases                                        Page 7

## SUMMARY OF SERVICES PROVIDED

Professional services provided include:

October 2009 – November 2009
- Reviewing information regarding the Debtors based on public filings
- Reviewing pleadings in the Chapter 11 Cases to date
- Researching fraudulent conveyance issues related to Tribune's leveraged buyout transaction
- Correspondence with Bridge Lenders to appoint Wells Fargo as successor Bridge Loan Agent

December 2009 – March 2010
- Evaluating the Debtors' intercompany claims and their impact on the recovery for Bridge Loan Claims
- Finalizing appointment of Wells Fargo as successor Bridge Loan Agent and engagement of White & Case LLP by the Bridge Loan Agent
- Executing confidentiality agreement with the Debtors
- Reviewing and summarizing relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

April 2010
- Retaining Huron Consulting Group ("Huron") as financial advisor for the Bridge Loan Agent
- Discussions with Huron regarding overview of issues pertinent to the Bridge Lenders
- Evaluating the Debtors' intercompany claims and their impact on the recovery for Bridge Loan Claims
- Evaluating and research related to subordination provisions of certain agreements relevant to the Bridge Lenders
- Reviewing the Debtors' proposed plan and disclosure statement
- Preparing objection to the Debtors' proposed disclosure statement
- Researching fraudulent conveyance issues related to Tribune's leveraged buyout transaction
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

May 2010
- Filing objection to and appearing in court with regards to the Debtors' amended disclosure statement
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Attending hearing regarding appointment of Examiner and communication with Examiner
- Preparing brief to submit to Examiner
- Research related to Examiner's brief
- Preparing and serving discovery requests
- Evaluating impact of intercompany claims on recovery for Bridge Loan Claims
- Reviewing and summarizing other relevant pleadings on the Tribune docket

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases                                      Page 8

- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

June 2010
- Filing objections to and appearing in court with regards to the Debtors' further modified proposed disclosure statement
- Filing motion for adjudication of Bridge Loan Claims
- Reviewing briefs submitted to Examiner by other parties in the Chapter 11 Cases
- Preparing reply brief to submit to Examiner
- Research related to Examiner's briefs and reply
- Evaluating impact of intercompany claims on recovery for Bridge Loan Claims
- Filing notices of depositions
- Preparing for depositions
- Reviewing documents produced in discovery
- Filing objection to the Debtors' proposed management incentive plan
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Participating in settlement discussions
- Drafting objection to confirmation of the Debtors' proposed plan of reorganization
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

July 2010
- Drafting objection to confirmation of the Debtors' proposed plan of reorganization
- Evaluating impact of intercompany claims on recovery for Bridge Loan Claims
- Evaluating tax issues related to the Debtors' proposed plan of reorganization
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Filing response to objections to motion for adjudication of Bridge Loan Claims
- Discussions related to the Debtors' proposed management incentive plan
- Preparing for depositions
- Reviewing documents produced in discovery
- Participating in settlement discussions
- Reviewing Examiner's Report
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

August 2010
- Reviewing Examiner's Report
- Drafting objection to confirmation of the Debtors' proposed plan of reorganization

- Discussions related to the Debtors' proposed management incentive plan
- Evaluating impact of intercompany claims on recovery for Bridge Loan Claims
- Preparing "action plan" for discovery matters
- Preparing term sheet for plan of reorganization acceptable to the Bridge Lenders
- Research related to plan formulation
- Reviewing order appointing the Mediator
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

September 2010
- Preparing term sheet for plan of reorganization acceptable to the Bridge Lenders
- Research related to plan formulation
- Correspondence with the Mediator and submitting materials to aid settlement discussions
- Reviewing pleadings and observing hearing related to Committee's Standing Motion
- Discussions related to the Debtors' proposed management incentive plan
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

October 2010
- Participating in mediation
- Filing limited objection to Committee's Standing Motion
- Reviewing Debtor/Committee/Lender Plan and assessing treatment of Bridge Loan Claims thereunder
- Reviewing other competing plans filed in the Chapter 11 Cases
- Reviewing general disclosure statement for competing plans
- Preparing for depositions
- Reviewing Examiner's updated recovery scenarios
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

November 2010
- Reviewing Committee's adversary complaints against directors, officers and shareholders
- Reviewing competing plans filed in the Chapter 11 Cases
- Undergoing discovery related to intercompany claims

- Preparing and filing Responsive Statement related to Bridge Proponent's proposed plan of reorganization (the "Bridge Plan")
- Participating in mediation and related correspondence with Mediator
- Discussions related to the Debtors' proposed management incentive plan
- Reviewing responsive statements filed by competing plan proponents
- Filing supplemental disclosure statement for the Bridge Plan
- Filing objection to proposed solicitation procedures for competing plans
- Drafting objection to specific disclosure statements with respect to completing plans
- Reviewing objections to the specific disclosure statement with respect to the Bridge Plan
- Reviewing the amended Debtor/Committee/Lender Plan
- Reviewing the amended specific disclosure statement with respect to the Debtor/Committee/Lender Plan
- Correspondence with Huron regarding valuation of the Debtors' enterprise, intercompany claims, the solvency of Tribune at various points in time and other issues
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

December 2010
- Evaluating impact of intercompany claims on recovery for Bridge Loan Claims
- Reviewing proposed solicitation package for competing plans
- Reviewing revised competing plans
- Drafting objection to confirmation of the Debtor/Committee/Lender Plan
- Correspondence with the Mediator regarding potential settlement
- Revising Responsive Statement for Bridge Plan in response to withdrawal of the Step One Lenders' competing plan
- Participating in settlement discussions
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

January 2011
- Drafting objection to confirmation of the Debtor/Committee/Lender Plan
- Drafting motion to designate votes of the Senior Lenders under the Bridge Plan
- Preparing confirmation brief for the Bridge Plan
- Reviewing proposed solicitation package for competing plans
- Reviewing documents produced in discovery
- Participating in settlement discussions
- Preparing and negotiating Bridge Settlement Term Sheet
- Reviewing proposed amendments to Debtor/Committee/Lender Plan to reflect Bridge Settlement Term Sheet
- Arranging submission of ballots for Bridge Lenders to competing plans
- Reviewing and summarizing other relevant pleadings on the Tribune docket

**WHITE & CASE**

Re Tribune Company Chapter 11 Cases                                                    Page 11

- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

February 2011
- Engaging in further settlement discussions
- Finalizing Bridge Settlement Term Sheet
- Revising motion to designate votes of the Senior Lenders under the Bridge Plan
- Reviewing proposed amendments to Debtor/Committee/Lender Plan to reflect Bridge Settlement Term Sheet
- Monitoring results of voting on competing plans
- Formally withdrawing Bridge Plan in light of execution of the Bridge Settlement Term Sheet
- Reviewing objections to the Debtor/Committee/Lender Plan and the Noteholder Plan
- Reviewing replies to objections to the Debtor/Committee/Lender Plan and the Noteholder Plan
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

March 2011
- Correspondence with Arranger Bridge Lenders regarding election to forego recoveries pursuant to Bridge Settlement Term Sheet and monitoring elections to participate
- Reviewing amendment to Debtor/Committee/Lender Plan
- Attending confirmation hearing
- Filing response to Aurelius' Motion regarding State Law Claims against Shareholders and responses thereto
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

April 2011
- Reviewing Second Amended Debtor/Committee/Lender Plan
- Observing continued confirmation hearing
- Reviewing amended Noteholder Plan
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

May 2011
- Reviewing post-confirmation briefing
- Observing hearing regarding solicitation issues
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments and strategy

June 2011
- Observing closing arguments related to plan confirmation
- Reviewing and summarizing relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

July 2011 – December 2011
- Reviewing and summarizing relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

January 2012
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

February 2012
- Reviewing Third Amended Debtor/Committee/Lender Plan
- Reviewing pleadings related to allocation disputes
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

March 2012
- Reviewing revised Debtor/Committee/Lender Plan related to removal of Creditors' Trust
- Arranging for resolicitation of Bridge Lenders
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

April 2012
- Reviewing Fourth Amended Debtor/Committee/Lender Plan
- Observing hearing related to allocation disputes
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

May 2012
- Arranging for resolicitation of Bridge Lenders in connection with amended Debtors/Committee/Lender Plan
- Reviewing and preparing response to Aurelius' objection to the Debtor/Committee/Lender Plan

- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

June 2012
- Reviewing and filing reply to Aurelius' objection to the Debtor/Committee/Lender Plan
- Observing confirmation hearing
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

July 2012
- Reviewing confirmation opinion
- Correspondence with Debtors' regarding estimate of Bridge Lender Fee/Expense Claims
- Reviewing pleadings related to appeal of confirmation opinion
- Reviewing and summarizing other relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss recent developments

August 2012 – December 2012
- Reviewing and summarizing relevant pleadings on the Tribune docket
- Monitoring hearings in the Chapter 11 Cases
- Correspondence with Bridge Lenders to discuss effectiveness of Debtor/Committee/Lender Plan and distributions thereunder