## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 15th day of January, 2013, I caused a copy of the

**Notice of Filing of Statements of Bridge Lender Fee/Expense Claims** to be served upon the

parties listed below *via* the manner indicated.

### VIA FIRST CLASS MAIL
Sidley Austin LLP
Bryan Krakauer, Esq.
Kevin T. Lantry, Esq.
Jonathan D. Lotsoff, Esq.
One South Dearborn Street
Chicago, Il 60603

Chadbourne & Parke, LLP
Douglas E. Deutsch, Esq.
30 Rockefeller Plaza
New York, Ny 10112

### VIA HAND DELIVERY
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, De 19801

Landis, Rath & Cobb, LLP
Adam G. Landis, Esq.
919 Market Street, Suite 1800
Wilmington, De 19801

Office Of The United States Trustee
For The District Of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19899-0035

/s/ L. John Bird
L. John Bird (No. 5310)

WM1A 1055977v1 01/14/13