# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** January 16, 2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard S. Cobb | Landis Rath+Cobb LLP | Marc S. Kirschner as Lit. Trustee |
| J. Landon Ellis | Landis Rath+Cobb LLP | " |
| Mark Felger | Cozen O'Connor | Mark Wernik, Joh Birmingham, et al. |
| Kate Stickles | Cole Schotz | Tribune Company |
| Kevin Kenty | Sidley Austin | " |
| Jeffrey Wisler | Connolly Gallagher | Certain Former D"t O"s |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
#5

Calendar Date: 01/16/2013
Calendar Time: 11:00 AM ET

*1st Revision 01/15/2013 05:27 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5378397 | Marc D. Ashley | 212-408-5194 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5378734 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5378364 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5378407 | Michael Distefano | (212) 408-5539 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5243175 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5379722 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Defendant(s), David Murphy and James Ellis / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5378326 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC (ALL OFFICES) | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5378796 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5358464 | Joseph Frank | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5374240 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5377313 | Frances Gecker | (312) 276-1401 | Frank Gecker LLP | Defendant(s), Certain Officers and Dirctors / LIVE |

Isabel De La Cruz ext. 885                    CourtConfCal2012

| Tribune Company | 08-13141 | Hearing | 5378425 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Tribune Company | 08-13141 | Hearing | 5358474 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company | 08-13141 | Hearing | 5379703 | James O. Johnston | 213-243-2431 | Jones Day | Creditor, Credit Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5380918 | Shaina Jones | (202) 508-1100 | Levine Sullivan Koch & Schulz, LLP | Interested Party, Levine, Sullivan, Koch & Schulz / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378743 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5379793 | Marc Kirschner | (212) 348-2803 | Kirschner Consulting Company | Interested Party, Marc Kirschner / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5376824 | Gregory A. Kopacz | (212) 547-5620 | McDermott Will & Emery (New York) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378713 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378760 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378370 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5379749 | Angela Libby | (212) 450-4433 | Davis Polk & Wardwell LLP | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5378787 | Don Liebentritt | (312) 222-3651 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5378493 | David Litvack | (212) 310-8361 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378392 | Thomas McCormack | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378818 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5379782 | Deborah J. Newman | (212) 872-7481 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Aurelius Capital Management / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5381342 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5382087 | Steve Robinson | 312-853-2667 | Sidley Austin | Debtor, Steve Robinson / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5378376 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378358 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5377928 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company | 08-13141 | Hearing | 5379647 | Kenneth Smalley | (212) 616-7763 | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5378415 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5376791 | James B. Sowka | (312) 460-5325 | Seyfarth Shaw LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5221636 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378432 | Jason Warsavsky | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5359717 | John W. Weiss | (212) 210-9412 | Alston & Bird LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5378806 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5381352 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Creditor, Former Special Committee / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5380256 | Jonathan W. Young | (312) 201-2662 | Edwards Wildman Palmer LLP | Creditor, Birmingham, Hianik, Knatt, Ehlmann, Kniffen, Berlamino, Quimby / LIVE |