# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE
## FOURTEENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fourteenth Interim Application of Chadbourne & Parke LLP* [Docket No. 11998] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $1,245,268.00 and reimbursement of expenses that total

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

$44,697.54 for the period from March 1, 2012 through May 31, 2012. Chadbourne & Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

## Background

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.     On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.     Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.     In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of

Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).* In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable

based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment. The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS

### Technical Requirements

9.    **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or

hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Computed exceeded the Fees Requested by $12.00, resulting in an apparent undercharge.  The discrepancy was the result of task hours within several entries that did not equal the time billed for the entry as a whole, which was displayed in **Exhibit A** to the Preliminary Report.  Chadbourne agreed with the Fee Examiner's calculations, which resulted in a Fees Requested increase of $12.00.  Exhibit A is omitted from this Report.

The Fee Examiner further determined that there was no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.    **Block Billing.**  The Local Rules provide that "[a]ctivity descriptions shall not be lumped -- each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2]  The Fee Examiner identified a limited number of block billed entries that were displayed in **Exhibit B**[3] to the Preliminary Report.  Given the relatively limited number of block billed entries identified, a fee reduction is not recommended.  The Fee Examiner did request the firm continue to strive to eliminate block billing.  Exhibit B is omitted from this Report.

---

[2] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g., In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g., In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to 100 percent.  *See id.* at 495 n.7 and cases cited.

[3] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Chadbourne complied with the applicable rules regarding time increments.

12.    **Potential Double Billing**.  The Fee Examiner did not identify any potential instances of double billing.

<h3 align="center">Review of Fees</h3>

13.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 27 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 10 partners, 3 counsel, 12 associates, and 2 paraprofessionals.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C**.

The firm billed a total of 1,934.30 hours with associated fees of $1,245,280.00.[4]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 890.10 | 46% | $ 733,398.00 | 59% |
| Counsel | 248.30 | 13% | 165,587.50 | 13% |

---

[4] This amount reflects the Fees Computed.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Associate | 635.00 | 33% | 298,829.00 | 24% |
| Paraprofessional | 160.90 | 8% | 47,465.50 | 4% |
| TOTAL | 1,934.30 | 100% | $1,245,280.00 | 100% |

The blended hourly rate for the Chadbourne professionals is $675.43 and the blended hourly rate for professionals and paraprofessionals is $643.79.

14.    **Hourly Rate Increases.**    Chadbourne did not increase the hourly rate of professionals during this interim period.

15.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.  With limited exceptions, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.  The Fee Examiner requested additional information regarding the contribution of four timekeepers who cumulatively invoiced 4.80 hours and $2,989.00 in associated fees.  The questioned fees were displayed in **Exhibit D** to the Preliminary Report.  The Fee Examiner invited comment from the firm.

In response to the Preliminary Report, Chadbourne provided detailed information regarding the role of each questioned timekeeper, which outlined the discrete tasks the timekeepers were asked to perform based upon their unique experience and knowledge in a particular area of law.  After consideration of the additional information, the Fee Examiner makes no recommendation for a fee reduction.  Exhibit D is omitted from this Report.

16.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant,

the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 231.90 hours with $160,802.50 in associated fees, were displayed in **Exhibit E** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 186.80 hours with $120,149.00 in associated fees, and are highlighted in bold and marked with an ampersand [&] in the exhibit. Nonworking travel associated with the multiple attendance has also been included where appropriate. The Fee Examiner requested the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple

participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As with responses to prior preliminary reports, the firm also provided two detailed exhibits through which the meetings and events were divided into specific categories, each of which contained detailed explanations for the need of multiple timekeepers at the various meetings and/or events. After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and UST Guidelines have been satisfied. No recommendation for a fee reduction is being made, and Exhibit E has been omitted from this Report.

17.    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 82.80 hours with $55,258.00 in associated fees, or 4% of the total Fees Computed, as were displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel totaled 39.20 hours with $27,034.00 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, but makes no recommendation for a fee reduction. Exhibit F has been omitted from the Final Report.

18.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity

description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

      a.    **Vague Communications.** The Fee Examiner identified entries totaling 1.80 hours with $1,325.00 in associated fees in which a conference or other communication was insufficiently described. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in violation of the applicable guidelines. The entries were displayed in **Exhibit G** to the Preliminary Report. Chadbourne was invited to comment on the questioned entries or to bring them into compliance by providing the participant and/or subject matter information. Chadbourne responded by providing the missing subject matter and/or participant information to the questioned activities, which brought the entries within compliance of the Local Rules and UST Guidelines. Exhibit G is omitted from this Report.

      b.    **Vague Tasks.** The Fee Examiner reviewed the substantive detail of each billing entry and identified 18.30 hours with $12,013.50 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper. The entries were displayed in **Exhibit H** to the Preliminary Report. As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other

timekeepers.[5]  The Fee Examiner requested Chadbourne comment on the questioned tasks or

provide the missing detail for each entry to bring them into compliance with the Local Rules and

UST Guidelines.  In response, Chadbourne provided the missing task information, which brought

the questioned entries within compliance with the applicable rules and guidelines.  Exhibit H is

omitted from this Report.

19.    **Administrative Activities.**  Activities associated with the day-to-day operations

of the firm are considered administrative in nature and as such are reflected in the hourly rates

charged by the firm.  The Fee Examiner did not identify any administrative activities.

20.    **Clerical Activities.**  Clerical activities do not require legal acumen, and may be

effectively performed by administrative assistants, secretaries, or support personnel.  Similar to

administrative activities, clerical activities are generally not billable and are considered to be part

of the firm's overhead.  In the 3rd Circuit, however, some clerical and non-clerical activities may

be compensable at a rate commensurate with the level of expertise or knowledge typically found

to be necessary to complete the task.  The Fee Examiner reviewed each timekeeper's billing

activities and did not identify any clerical activities.

21.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately

described and may be billed at no more than 50% of regular hourly rates." *Local Rule*

*2016-2(d)(viii)*.  Chadbourne complied with the Local Rules regarding nonworking travel.

22.    **Chadbourne Retention/Compensation.**  Chadbourne billed 167.90 hours with

associated fees of $74,892.50 to prepare the firm's applications for compensation, approximately

6% of the Fees Computed.  The fee entries describing Chadbourne's retention/compensation

---

[5] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g., In re Bennett Funding, Inc.,* 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997).  Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.,* 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

activities are displayed in **Exhibit I**, which is included in the Final Report for the Court's reference.

23.    **Other Firms' Retention/Compensation.**  Chadbourne billed 29.10 hours with associated fees of $14,877.50 for the retention and/or compensation of other firms, approximately 1% of the total Fees Computed.  The fee entries describing these activities are displayed in **Exhibit J**, which is included in the Final Report for the Court's reference.

### Review of Expenses

24.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Chadbourne's Application stated that the firm's rate for duplication is $0.10 per page.

26.    **Computer Assisted Legal Research.**   The Local Rules provide that computer assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*. Chadbourne billed $11,067.42 for computer-assisted legal research and the Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services.   In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

27.    **Overtime Expenses.**   Chadbourne requested reimbursement of late night and weekend carfare totaling $555.05, late night and weekend meals totaling $498.80, and paralegal overtime totaling $649.28.  Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.  In addition, overtime charges for employees working late are also considered part of a firm's overhead.  These charges, totaled $1,703.13, and were displayed in **Exhibit K** to the Preliminary Report.

In response, Chadbourne first identified a $100.08 charge, which was incorrectly categorized by the firm's billing system.  The charge, for which Chadbourne provided the appropriate detail, should have been billed as a transportation cost for travel in connection with a bankruptcy court hearing.  The Fee Examiner has no objection to the reimbursement of this expense.

With regard, however, to the remaining questioned expenses of $1,603.05 ($1,703.13 minus $100.08), the Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the

firm acknowledged the expense reduction will be made and will not contest the reduction of $1,603.05 at the interim hearing. Exhibit K has been omitted from this report.

28.    **Telephone Charges.**    Chadbourne requested reimbursement of $2,158.71 for telephone charges. Chadbourne stated in the Application "Due to the national nature of the Debtors' business and the Committee's participation in weekly meetings by telephone, long distance telephone and conference call services have been required. In accordance with the Guidelines, in seeking reimbursement for long distance telephone charges, Chadbourne currently charges clients its approximate actual cost paid to its long distance carriers. Chadbourne utilizes outside vendors for conference call services and requests reimbursement only for the amount billed to Chadbourne by the third-party vendors."

29.    **Intralinks Fee.**    Chadbourne requested reimbursement of Intralinks fees totaling $12,500.00. The Application stated "Because of the numerous documents that continue to be shared with the Committee and analyzed by Chadbourne and other Committee professionals, it is necessary to maintain the Intralinks workspace. The amount requested for reimbursement reflects a six-month extension fee. Again, Chadbourne believes that Intralinks is an invaluable tool that allows the Committee members to easily access all background information in these Chapter 11 cases and allows Chadbourne to carefully control access to that data when conflicts or other issues arise. In seeking reimbursement for this service, Chadbourne requests reimbursement for the actual costs incurred."

30.    **Travel - Lodging.**    The Fee Examiner has recommended and the Court has followed a domestic lodging ceiling of $350.00 per night. The lodging charges requested for reimbursement by the firm appeared to exceed this amount. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each lodging charge listed

in **Exhibit L** to the Preliminary Report. The Fee Examiner intends to recommend that the amount requested in excess of the ceiling for lodging, totaling $914.20, be disallowed.

In response, Chadbourne maintains its position that there is no basis for a $350.00 cap and that a $350.00 per night cap is too low for business hotels in Wilmington, Delaware. The Fee Examiner and the firm discussed this issue further, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving its right to request full payment at a final fee hearing – the firm acknowledged an expense reduction of $909.20 will be made and it will not contest the reduction at the interim hearing. Exhibit L is omitted from the Final Report.

31.    **Travel Meals.** The Fee Examiner has recommended and the Court has followed certain per-person ceilings for meals incurred during travel (i.e. breakfast - $15.00, lunch - $25.00, and dinner - $50.00). Several meal charges requested for reimbursement appeared to exceed the ceiling amounts. The Fee Examiner requested that Chadbourne provide itemized detail and supporting documentation for each meal listed in **Exhibit M** to the Preliminary Report. In response, Chadbourne indicated that while it does not necessarily agree with the Fee Examiner's caps on meal costs, it would voluntarily agree to a related expense reduction in the amount of $76.90. Exhibit M has been omitted from the Final Report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,245,280.00 ($1,245,268.00 plus $12.00) and reimbursement of expenses in the amount of $42,108.39 ($44,697.54 minus $2,589.15) for the period from March 1, 2012 through May 31, 2012. The findings are set forth in the summary on the following page.

## CHADBOURNE & PARKE LLP

## SUMMARY OF FINDINGS

## Fourteenth Interim Application (March 1, 2012 through May 31, 2012)

### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,245,268.00 | |
| Expenses Requested | 44,697.54 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,289,965.54 |
| Fees Computed | $1,245,280.00 | |
| Expenses Computed | 44,697.54 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,289,977.54 |
| Discrepancy in Fees | ($         12.00 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($          12.00) |

### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $1,245,268.00 | |
| *Discrepancy in Fees* | *$ 12.00* | |
| Subtotal | *$ 12.00* | |
| RECOMMENDED FEE ALLOWANCE | | $1,245,280.00 |
| Expenses Requested | $44,697.54 | |
| *Uncontested Reduction for Overtime Expenses* | *($1,603.05)* | |
| *Uncontested Reduction for Travel – Lodging* | *(909.20)* | |
| *Agreed Reduction for Travel Meals* | *(76.90)* | |
| Subtotal | *($2,589.15)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 42,108.39 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $1,287,388.39 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 16th day of January, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|-------------|-------------|----------------|---------------|
| 0351 | LeMay, David M. | PARTNER | $462.50 | $925.00 | 225.20 | $203,916.25 |
| 1426 | Deutsch, Douglas E. | PARTNER | $745.00 | $745.00 | 248.20 | $184,909.00 |
| 3042 | Rosenblatt, Andrew | PARTNER | $372.50 | $745.00 | 195.30 | $143,263.50 |
| 0525 | Seife, Howard | PARTNER | $995.00 | $995.00 | 102.40 | $101,888.00 |
| 0095 | McCormack, Thomas J. | PARTNER | $437.50 | $875.00 | 73.20 | $62,956.25 |
| 0819 | Alpert, Marc A. | PARTNER | $855.00 | $855.00 | 16.20 | $13,851.00 |
| 6587 | Gallai, David | PARTNER | $705.00 | $705.00 | 13.20 | $9,306.00 |
| 1257 | Berson, Scott | PARTNER | $745.00 | $745.00 | 11.40 | $8,493.00 |
| 0361 | Leder, Richard M. | PARTNER | $995.00 | $995.00 | 4.20 | $4,179.00 |
| 2351 | Lee, Sey-Hyo | PARTNER | $795.00 | $795.00 | 0.80 | $636.00 |
| | No. of Billers for Position: 10 | Blended Rate for Position: | $823.95 | | 890.10 | $733,398.00 |
| | | | | % of Total: 46.02% | | % of Total: 58.89% |
| 7681 | Stenger, James A. | COUNSEL | $645.00 | $645.00 | 118.80 | $76,626.00 |
| 7699 | Ashley, Marc D. | COUNSEL | $695.00 | $695.00 | 94.80 | $65,886.00 |
| 6651 | Rivera, Christy L. | COUNSEL | $665.00 | $665.00 | 34.70 | $23,075.50 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $666.88 | | 248.30 | $165,587.50 |
| | | | | % of Total: 12.84% | | % of Total: 13.30% |
| 6870 | Roitman, Marc | ASSOCIATE | $247.50 | $495.00 | 258.80 | $125,334.00 |
| 6951 | Distefano, Michael | ASSOCIATE | $435.00 | $435.00 | 131.70 | $57,289.50 |
| 6967 | Marrero, Jessica | ASSOCIATE | $435.00 | $435.00 | 112.00 | $48,720.00 |
| 6906 | Daucher, Eric | ASSOCIATE | $495.00 | $495.00 | 72.80 | $36,036.00 |
| 6923 | Scannavino, Nicholas | ASSOCIATE | $495.00 | $495.00 | 35.20 | $17,424.00 |
| 6878 | Yoo, Young | ASSOCIATE | $565.00 | $565.00 | 9.50 | $5,367.50 |
| 6864 | Kurth Santangelo, Rachel | ASSOCIATE | $565.00 | $565.00 | 8.80 | $4,972.00 |
| 6834 | Towers, Meghan | ASSOCIATE | $595.00 | $595.00 | 2.30 | $1,368.50 |
| 6862 | Kronstadt, Alison | ASSOCIATE | $565.00 | $565.00 | 1.20 | $678.00 |
| 6743 | Nellos, Alexandra K. | ASSOCIATE | $655.00 | $655.00 | 1.00 | $655.00 |
| 6881 | Strand, Megan | ASSOCIATE | $565.00 | $565.00 | 0.90 | $508.50 |
| 6826 | Kirby, Robert | ASSOCIATE | $595.00 | $595.00 | 0.80 | $476.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|-------------|-------------|----------------|---------------|
| | No. of Billers for Position: 12 | Blended Rate for Position: | $470.60 | | 635.00 | $298,829.00 |
| | | | | % of Total: | 32.83% | % of Total: 24.00% |
| 8036 | Bava, David | PARAPROFESSIONA | $295.00 | $295.00 | 85.00 | $25,075.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $295.00 | $295.00 | 75.90 | $22,390.50 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $295.00 | | 160.90 | $47,465.50 |
| | | | | % of Total: | 8.32% | % of Total: 3.81% |
| | Total No. of Billers: 27 | Blended Rate for Report: | $643.79 | | 1,934.30 | $1,245,280.00 |

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 8.00 | 2,360.00 |
| Daucher, E | 65.30 | 32,323.50 |
| Deutsch, D | 26.00 | 19,370.00 |
| Distefano, M | 0.80 | 348.00 |
| Lamb, H | 65.90 | 19,440.50 |
| Marrero, J | 1.50 | 652.50 |
| Seife, H | 0.40 | 398.00 |
| | 167.90 | $74,892.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 167.90 | 74,892.50 |
| | 167.90 | $74,892.50 |

EXHIBIT I  PAGE 1 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/02/12 Fri | Lamb, H 1314002010/248 | 3.70 | 3.70 | 1,091.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE APPLICATION. |
| 03/03/12 Sat | Lamb, H 1314002010/249 | 4.20 | 4.20 | 1,239.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF FEBRUARY FEE APPLICATION. |
| 03/08/12 Thu | Lamb, H 1314002010/253 | 1.80 | 1.80 | 531.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>BEGIN PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEBRUARY FEE APPLICATION. |
| 03/12/12 Mon | Lamb, H 1314002010/254 | 1.40 | 1.40 | 413.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEBRUARY FEE APPLICATION. |
| 03/15/12 Thu | Lamb, H 1314002010/256 | 1.80 | 1.80 | 531.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEBRUARY FEE APPLICATION. |
| 03/17/12 Sat | Deutsch, D 1314002010/270 | 3.30 | 2.60 | 1,937.00 | 2.60<br>0.50<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEBRUARY FEE APPLICATION DETAIL AND EDIT SAME (2.6):<br>REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.5):<br>REVIEW LAST PROFESSIONAL FEE REPORT (.2). |
| 03/17/12 Sat | Lamb, H 1314002010/261 | 2.30 | 2.30 | 678.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEBRUARY FEE APPLICATION. |
| 03/19/12 Mon | Marrero, J 1314002010/265 | 0.60 | 0.60 | 261.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND PREPARE UPDATES TO PROFESSIONAL FEE REPORT. |
| 03/21/12 Wed | Lamb, H 1314002010/263 | 1.20 | 1.20 | 354.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE DRAFT OF MONTHLY FEE APPLICATION IN ACCORDANCE WITH D.DEUTSCH COMMENTS. |
| 03/26/12 Mon | Deutsch, D 1314002010/267 | 1.20 | 1.20 | 894.00 | 0.30<br>0.10<br>0.80 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>PRELIMINARY REVIEW OF EXAMINER'S 9TH INTERIM FEE APPLICATION REPORT (.3):<br>EXCHANGE E-MAILS WITH EXAMINER RE: TIMING OF RELATED RESPONSE (.1):<br>REVIEW AND EDIT DRAFT MONTHLY APPLICATION SUMMARY FILING (.8). |
| 03/26/12 Mon | Lamb, H 1314002010/268 | 2.00 | 2.00 | 590.00 | 0.40<br>1.60 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER'S REPORT ON CHADBOURNE'S NINTH INTERIM FEE APPLICATION (.4):<br>FOLLOW-UP RESEARCH ON CERTAIN ITEMS IN RESPONSE TO SAME (1.6). |
| 03/27/12 Tue | Lamb, H 1314002010/269 | 0.90 | 0.90 | 265.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE FEBRUARY FEE APPLICATION FOR FILING. |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 2 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/28/12 Wed | Seife, H 1314002010/273 | 0.20 | 0.20 | 199.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF STICKLES EMAIL REGARDING FEE SCHEDULING. |
| 04/03/12 Tue | Lamb, H 1314017010/193 | 4.30 | 4.30 | 1,268.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/04/12 Wed | Daucher, E 1314017010/206 | 5.10 | 5.10 | 2,524.50 | | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S NINTH INTERIM FEE APPLICATION. |
| 04/05/12 Thu | Daucher, E 1314017010/204 | 1.20 | 1.20 | 594.00 | | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON CHADBOURNE'S NINTH INTERIM FEE APPLICATION. |
| 04/05/12 Thu | Lamb, H 1314017010/194 | 3.30 | 3.30 | 973.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MARCH FEE APPLICATION. |
| 04/06/12 Fri | Daucher, E 1314017010/205 | 0.50 | 0.50 | 247.50 | 0.20 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DISCUSS RESPONSE TO FEE EXAMINER'S REPORT ON CHADBOURNE'S NINTH INTERIM FEE APPLICATION WITH D. DEUTSCH (.2); BEGIN REVISING SAME PER COMMENTS FROM D. DEUTSCH (.3). |
| 04/06/12 Fri | Deutsch, D 1314017010/200 | 0.10 | 0.10 | 74.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH JOHN THIELE RE: FEE APPLICATION MATTER (.1). |
| 04/09/12 Mon | Bava, D 1314017010/202 | 1.60 | 1.60 | 472.00 | 1.60 | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE EXHIBIT TO RESPONSE TO FEE EXAMINER'S REPORT REGARDING THE 9TH INTERIM FEE APPLICATION (1.60). |
| 04/09/12 Mon | Daucher, E 1314017010/212 | 3.40 | 3.40 | 1,683.00 | 2.00 1.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW OF TIME ENTRIES AND RELATED RECORDS FOR RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON NINTH INTERIM FEE APPLICATION (2.0); DRAFTING FOR SAME (1.4). |
| 04/09/12 Mon | Lamb, H 1314017010/195 | 1.80 | 1.80 | 531.00 | | F | 1 | MATTER NAME: Fee/Retention Applications PREPARATION OF THIRTEENTH INTERIM FEE APPLICATION. |
| 04/10/12 Tue | Daucher, E 1314017010/213 | 4.20 | 4.20 | 2,079.00 | 1.50 1.20 0.30 1.20 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications REVIEW OF TIME ENTRIES AND RELATED RECORDS FOR RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON NINTH INTERIM FEE APPLICATION (1.5); DRAFTING FOR SAME (1.2); DISCUSS SAME WITH D. DEUTSCH (.3); REVISIONS TO SAME (1.2). |
| 04/10/12 Tue | Lamb, H 1314017010/199 | 2.20 | 2.20 | 649.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MARCH FEE APPLICATION. |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 3 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/10/12 Tue | Marrero, J 1314017010/203 | 0.40 | 0.40 | 174.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW ANND REVISE PROFESSIONAL FEE REPORT |
| 04/12/12 Thu | Daucher, E 1314017010/214 | 1.50 | 1.50 | 742.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVISE RESPONSE TO FEE EXAMINER PER DISCUSSION WITH D. DEUTSCH. |
| 04/12/12 Thu | Deutsch, D 1314017010/207 | 2.40 | 2.40 | 1,788.00 | 1.70 0.20 0.50 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications WORK ON REVIEW AND ANALYSIS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 9TH INTERIM FEES (1.7); RELATED DISCUSSION WITH HELEN LAMB ON RESEARCH ISSUE (.2); RELATED MEETING WITH ERIC DAUCHER ON OUTSTANDING ISSUES (.5). |
| 04/13/12 Fri | Bava, D 1314017010/216 | 0.60 | 0.60 | 177.00 | 0.60 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND ANALYSIS OF FEE EXAMINER'S EXHIBIT VERSUS RESPONSIVE EXHIBIT RE: IDENTIFY SPECIFIC BILLING CATEGORIES (.60). |
| 04/13/12 Fri | Daucher, E 1314017010/217 | 3.50 | 3.50 | 1,732.50 | 1.80 1.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications ADDITIONAL REVISIONS TO RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 9TH INTERIM FEE APPLICATION (1.8); DRAFT EXHIBITS FOR RESPONSE (1.7). |
| 04/15/12 Sun | Lamb, H 1314017010/208 | 3.60 | 3.60 | 1,062.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE TO RESEARCH AND PREPARE WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 04/16/12 Mon | Bava, D 1314017010/215 | 1.10 | 1.10 | 324.50 | 1.10 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND ANALYSIS OF FEE EXAMINER'S EXHIBIT VERSUS RESPONSIVE EXHIBIT RE: IDENTIFY SPECIFIC BILLING CATEGORIES (1.1). |
| 04/16/12 Mon | Daucher, E 1314017010/223 | 5.50 | 5.50 | 2,722.50 | 0.80 0.30 1.20 1.80 1.40 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications REVIEW EXHIBITS TO RESPOND TO FEE EXAMINER'S PRELIMINARY REPORT (.8); DISCUSS POTENTION REVISIONS TO SAME WITH D. DEUTSCH (.3); COMPREHENSIVE REVIEW OF TIME RECORDS AND RELATED BACKUP HIGHLIGHTED IN FEE EXAMINER'S EXHIBIT E (1.2); REVISE EXHIBITS TO RESPONSE TO FEE EXAMINER ACCORDINGLY (1.8); REVISE RESPONSE TO FEE EXAMINER PER RELATED COMMENTS FROM D. DEUTSCH (1.4). |
| 04/16/12 Mon | Deutsch, D 1314017010/211 | 2.20 | 2.20 | 1,639.00 | 0.20 0.10 1.60 0.30 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications REVIEW AND RESPOND TO INQUIRY FROM HELEN LAMB RE: UPCOMING FEE STATEMENT FILING (.2); E-MAIL ERIC DAUCHER RE: FEE EXAMINER RESPONSE MATTER (.1); REVIEW DRAFT LETTER TO FEE EXAMINER AND EDIT SAME (1.6); DISCUSS FOLLOW-UP RESEARCH AND ANALYSIS ON INQUIRY WITH ERIC DAUCHER (.3). |
| 04/17/12 Tue | Daucher, E 1314017010/224 | 2.50 | 2.50 | 1,237.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FINAL REVIEW OF AND REVISIONS TO RESPONSE TO FEE EXAMINER AND RELATED EXHIBITS PER COMMENTS FROM D. DEUTSCH. |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 4 of 10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|------------|-------|------|-----------|---|---|-------------|
| 04/17/12 Tue | Deutsch, D 1314017010/219 | 2.10 | 2.10 | 1,564.50 | 0.20 0.70 0.40 0.80 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications REVIEW ANALYSIS OF FEE ISSUE RESEARCH BY HELEN LAMB (.2); REVIEW RESEARCH AND DRAFTING RELATED TO FEE EXAMINER EXHIBIT CREATED BY ERIC DAUCHER (.7); EDIT SAME (.4); COMPLETE FINAL EDITS TO RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 9TH INTERIM FEE APPLICATION (.8). |
| 04/17/12 Tue | Lamb, H 1314017010/218 | 0.70 | 0.70 | 206.50 | 0.30 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW AND CONFIRM CHADBOURNE FEES/EXPENSES (.3) AND COMMITTEE MEMBER EXPENSES (.4) IN DRAFT OMNIBUS FEE ORDER FOR EIGHTH INTERIM FEE PERIOD |
| 04/18/12 Wed | Daucher, E 1314017010/228 | 2.50 | 2.50 | 1,237.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FINAL REVISIONS TO RESPONSE TO FEE EXAMINER AND EXHIBITS TO SAME. |
| 04/18/12 Wed | Deutsch, D 1314017010/230 | 2.60 | 2.60 | 1,937.00 | 1.40 0.60 0.30 0.30 | F F F F | 1 2 3 4 | MATTER NAME: Fee/Retention Applications DRAFT INSERT FOR RESPONSE TO FEE EXAMINER REPORT (1.4); ADDITIONAL EDITS TO RESPONSE (.6); MEETING WITH HOWARD SEIFE TO DISCUSS FINAL MODIFICATIONS TO REQUESTS IN LIGHT OF FEE EXAMINER REQUESTS (.3); TELEPHONE CONFERENCE WITH FEE EXAMINER TO DISCUSS REPORT (.3). |
| 04/18/12 Wed | Lamb, H 1314017010/220 | 1.30 | 1.30 | 383.50 | 0.40 0.90 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW EXPENSES INCURRED DURING FEE PERIOD (.4); FOLLOW-UP RESEARCH REGARDING CERTAIN EXPENSES (.9). |
| 04/18/12 Wed | Seife, H 1314017010/227 | 0.20 | 0.20 | 199.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONFERENCE WITH D.DEUTSCH REGARDING FEE EXAMINER ISSUES. |
| 04/19/12 Thu | Lamb, H 1314017010/221 | 1.70 | 1.70 | 501.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MARCH FEE APPLICATION. |
| 04/22/12 Sun | Deutsch, D 1314017010/231 | 1.70 | 1.70 | 1,266.50 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF MARCH FEE APPLICATION DETAIL. |
| 04/24/12 Tue | Deutsch, D 1314017010/232 | 1.20 | 1.20 | 894.00 | 1.20 | F | 1 | MATTER NAME: Fee/Retention Applications COMPLETE DETAILED REVIEW OF TIME ENTRIES FOR MARCH (1.2). |
| 04/25/12 Wed | Deutsch, D 1314017010/226 | 1.60 | 1.10 | 819.50 | 1.10 0.20 0.30 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT MARCH FEE APPLICATION SUMMARY/INTRODUCTION DESCRIPTIONS (1.1); REVIEW AND EDIT LAST WEEK'S PROFESSIONAL FEE APPLICATION REPORT (.2); REVIEW AND EDIT LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3). |
| 04/25/12 Wed | Lamb, H 1314017010/225 | 1.60 | 1.60 | 472.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVISE AND FINALIZE MONTHLY FEE APPLICATION IN ACCORDANCE WITH D.DEUTSCH COMMENTS. |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 5 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/01/12 Tue | Lamb, H 1314033010/167 | 3.60 | 3.60 | 1,062.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF APRIL FEE APPLICATION. |
| 05/02/12 Wed | Deutsch, D 1314033010/175 | 1.10 | 1.10 | 819.50 | 0.60<br>0.10<br>0.10<br>0.30 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>PRELIMINARY REVIEW OF FEE EXAMINER'S REPORT ON 10TH INTERIM FEES(.6);<br>E-MAIL FEE EXAMINER ON SAME (.1);<br>E-MAIL (.1)<br>AND HOLD MEETING WITH ERIC DAUCHER RE: RESEARCH/ANALYSIS FOR REPORT ON 10TH INTERIM FEES (.3). |
| 05/03/12 Thu | Daucher, E 1314033010/177 | 3.10 | 3.10 | 1,534.50 | 1.10<br>0.10<br>0.20<br>1.70 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER'S PRELIMINARY REPORT ON 10TH INTERIM FEES, INCLUDING EXHIBITS (1.1);<br>DISCUSS PREPARATION OF RESPONSE WITH D. DEUTSCH (.1);<br>DISCUSS PREPARATION OF RESPONSE EXHIBITS AND REQUIRED MATERIALS WITH H. LAMB (.2);<br>BEGIN REVIEW OF TIME RECORDS AND RELATED MATERIALS IN PREPARATION FOR DRAFTING RESPONSE (1.7). |
| 05/03/12 Thu | Lamb, H 1314033010/169 | 3.50 | 3.50 | 1,032.50 | 0.50<br>1.20<br>1.80 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER PRELIMINARY REPORT ON CHADBOURNE'S TENTH INTERIM FEE APPLICATION (.5);<br>FOLLOW-UP RESEARCH ON CERTAIN EXPENSE ISSUES RAISED IN REPORT (1.2);<br>PREPARATION OF SCHEDULES IN SUPPORT OF EXPENSES AND TO ADDRESS ISSUES RAISED IN REPORT (1.8). |
| 05/04/12 Fri | Daucher, E 1314033010/176 | 4.30 | 4.30 | 2,128.50 | 3.10<br>1.20 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>REVIEW TIME AND FEE RECORDS IN CONNECTION WITH FEE EXAMINER'S REPORT ON 10TH INTERIM FEE APPLICATION (3.1);<br>BEGIN DRAFTING RESPONSE TO SAME (1.2). |
| 05/04/12 Fri | Lamb, H 1314033010/168 | 3.30 | 3.30 | 973.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF APRIL FEE APPLICATION. |
| 05/04/12 Fri | Lamb, H 1314033010/170 | 3.70 | 3.70 | 1,091.50 | 1.10<br>2.60 | F<br>F | 1<br>2 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH ON CERTAIN EXPENSE ISSUES RAISED IN FEE EXAMINER'S REPORT ON TENTH INTERIM FEE APPLICATION (1.1);<br>PREPARATION OF SCHEDULES IN SUPPORT OF EXPENSES AND TO ADDRESS ISSUES RAISED IN FEE EXAMINER'S REPORT (2.6). |
| 05/07/12 Mon | Bava, D 1314033010/173 | 2.20 | 2.20 | 649.00 | 2.20 | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE EXHIBIT TO BE USED IN CONNECTION WITH RESPONSE TO FEE EXAMINER'S REPORT RELATIVE TO CHADBOURNE'S 10TH INTERIM FEE APPLICATION (2.20). |
| 05/07/12 Mon | Daucher, E 1314033010/186 | 6.30 | 6.30 | 3,118.50 | 2.10<br>3.80<br>0.40 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>COMPREHENSIVE REVIEW OF TIME ENTRIES AND INVOICES QUESTIONED BY FEE EXAMINER (2.1);<br>DRAFTING FOR REPLY TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEES(3.8);<br>DISCUSS CERTAIN EXPENSES HIGHLIGHTED BY THE FEE EXAMINER WITH H. LAMB (.4). |
| 05/08/12 Tue | Daucher, E 1314033010/182 | 5.50 | 5.50 | 2,722.50 | 2.80<br>0.30<br>1.50<br>0.90 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Fee/Retention Applications<br>CONTINUE DRAFTING REPLY TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEE APPLICATION(2.8);<br>DISCUSS SAME WITH D. DEUTSCH (.3);<br>BEGIN REVISIONS TO REPLY TO FEE EXAMINER'S REPORT (1.5);<br>BEGIN PREPARING EXHIBITS TO ACCOMPANY REPLY (.9). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 6 of 10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 05/08/12 Tue | Deutsch, D 1314033010/174 | 2.60 | 2.60 | 1,937.00 | 1.00 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW PRELIMINARY RESPONSE TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEE APPLICATION AND EDIT SAME (1.0); |
| | | | | | 0.20 | F | 2 | RELATED CONFERENCE WITH ERIC DAUCHER TO DISCUSS RESEARCH ITEMS (.2); |
| | | | | | 0.40 | F | 3 | REVIEW/RESEARCH MATERIALS RELATED TO SAME (.4); |
| | | | | | 0.30 | F | 4 | REVIEW FEE EXAMINER'S REPORT RE: COMMITTEE FEE STATEMENTS (.3); |
| | | | | | 0.20 | F | 5 | RELATED CALL WITH FEE EXAMINER (.2); |
| | | | | | 0.30 | F | 6 | REVIEW INQUIRY ON MARCH FEE STATEMENT FROM US TRUSTEE (.3); |
| | | | | | 0.20 | F | 7 | CALL WITH MATT MCGUIRE TO DISCUSS SAME (.2). |
| 05/09/12 Wed | Daucher, E 1314033010/183 | 7.60 | 7.80 | 3,861.00 | 2.00 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FURTHER REVIEW OF TIME RECORDS AND BILLING SUPPORT IN CONNECTION WITH RESPONSE TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEE APPLICATION (2); |
| | | | | | 0.30 | F | 2 | DISCUSS SAME WITH H. LAMB (.3); |
| | | | | | 1.60 | F | 3 | REVISE RESPONSE LETTER (1.6); |
| | | | | | 3.90 | F | 4 | BEGIN PREPARE OF EXHIBITS A AND B TO REPLY TO FEE EXAMINER'S REPORT (3.9). |
| 05/09/12 Wed | Deutsch, D 1314033010/192 | 0.30 | 0.30 | 223.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>EXCHANGE E-MAILS WITH ERIC DAUCHER RE: PREPARING RESPONSE TO FEE EXAMINER'S INQUIRIES (.3). |
| 05/09/12 Wed | Lamb, H 1314033010/178 | 1.70 | 1.70 | 501.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>BEGIN RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 05/10/12 Thu | Daucher, E 1314033010/184 | 5.70 | 5.70 | 2,821.50 | 5.00 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>COMPLETE EXHIBITS A AND B TO REPLY TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEES (5); |
| | | | | | 0.70 | F | 2 | REVISE REPLY LETTER AND OTHER EXHIBITS IN ACCORDANCE WITH COMMENTS FROM D. DEUTSCH (.7). |
| 05/10/12 Thu | Deutsch, D 1314033010/179 | 1.60 | 1.60 | 1,192.00 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW INQUIRY FROM US TRUSTEE ON FEE STATEMENT (.1); |
| | | | | | 0.10 | F | 2 | CALL WITH DAVID KLAUTER (UST) ON SAME (.1); |
| | | | | | 1.40 | F | 3 | REVIEW AND EDIT REVISED DRAFT LETTER AND NEW EXHIBITS TO FEE EXAMINER'S REPORT ON 10TH INTERIM FEES (1.4). |
| 05/11/12 Fri | Daucher, E 1314033010/185 | 2.70 | 2.70 | 1,336.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FINAL REVISIONS TO REPLY TO FEE EXAMINER AND RELATED EXHIBITS IN LIGHT OF COMMENTS BY D. DEUTSCH. |
| 05/11/12 Fri | Lamb, H 1314033010/180 | 2.60 | 2.60 | 767.00 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 05/11/12 Fri | Marrero, J 1314033010/181 | 0.50 | 0.50 | 217.50 | | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>DRAFT PROFESSIONAL FEE REPORT |
| 05/16/12 Wed | Deutsch, D 1314033010/190 | 0.40 | 0.40 | 298.00 | 0.10 | F | 1 | *MATTER NAME: Fee/Retention Applications*<br>REVIEW INQUIRY FROM FEE EXAMINER ON 9TH QUARTERLY FEE APPLICATION (.1) |
| | | | | | 0.10 | F | 2 | AND FOLLOW-UP E-MAIL TO ERIC DAUCHER ON RESEARCHING SAME (.1); |
| | | | | | 0.20 | F | 3 | EXCHANGE E-MAILS WITH US TRUSTEE'S OFFICE (DAVID KLAUDER) RE: STATUS OF INQUIRY ON RECENT FEE STATEMENT (.2). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 7 of 10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 05/16/12 Wed | Lamb, H 1314033010/187 | 1.80 | 1.80 | 531.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 05/17/12 Thu | Deutsch, D 1314033010/191 | 0.50 | 0.50 | 372.50 | 0.20<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW MATERIALS FROM 9TH QUARTERLY FEE APPLICATION FOR CALL WITH FEE EXAMINER (.2):<br>PARTICIPATE IN RELATED CALL (.2):<br>E-MAIL FEE EXAMINER RE: STATUS OF ALL ISSUES ON 9TH QUARTERLY FEE APPLICATION (.1). |
| 05/18/12 Fri | Lamb, H 1314033010/188 | 2.30 | 2.30 | 678.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR APRIL FEE APPLICATION. |
| 05/19/12 Sat | Deutsch, D 1314033010/189 | 1.50 | 1.20 | 894.00 | 0.20<br>0.10<br>0.10<br>0.10<br>1.00 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: Fee/Retention Applications<br>DRAFT E-MAIL TO FEE EXAMINER RE: STATUS OF 9TH QUARTERLY FEE APPLICATION MATTERS (.2):<br>REVIEW WEEKLY ORDINARY COURSE REPORT (.1):<br>REVIEW WEEKLY PROFESSIONAL FEE APPLICATION STATUS REPORT (.1):<br>E-MAIL KEN KANSA AND KATE STICKLES RE: SAME (.1):<br>BEGIN REVIEW OF APRIL FEE STATEMENT DETAIL AND EDIT SAME (1.0). |
| 05/22/12 Tue | Lamb, H 1314033010/196 | 1.60 | 1.60 | 472.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINALIZE MONTHLY FEE APPLICATION IN ACCORDANCE WITH ATTORNEY COMMENTS. |
| 05/23/12 Wed | Deutsch, D 1314033010/198 | 1.10 | 1.10 | 819.50 | 1.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW, EDIT AND DRAFT INSERTS FOR APRIL FEE STATEMENT APPLICATION (1.1). |
| 05/30/12 Wed | Bava, D 1314033010/203 | 2.10 | 2.10 | 619.50 | 2.10 | F | 1 | MATTER NAME: Fee/Retention Applications<br>PREPARE 13TH QUARTERLY PROFESSIONAL FEE SUMMARY (2.10). |
| 05/30/12 Wed | Lamb, H 1314033010/201 | 2.00 | 2.00 | 590.00 | 0.40<br>0.70<br>0.90 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER'S REPORT ON CHADBOURNE'S 11TH INTERIM FEE APPLICATION (.4):<br>REVIEW AND RESEARCH CERTAIN EXPENSES RAISED IN REPORT (.7)<br>AND PREPARE RELATED EXHIBITS IN RESPONSE TO SAME (.9) |
| 05/31/12 Thu | Bava, D 1314033010/205 | 0.40 | 0.40 | 118.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND REVISE 13TH QUARTERLY PROFESSIONAL FEE SUMMARY (.40). |
| 05/31/12 Thu | Distefano, M 1314033010/204 | 0.80 | 0.80 | 348.00 | 0.80 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW AND EDIT DRAFT OF THIRTEENTH QUARTERLY FEE REPORT (.8): |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 8 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| | | | 167.90 | $74,892.50 | | | |
| Total | | | | | | | |
| Number of Entries: | 75 | | | | | | |

EXHIBIT I  PAGE 9 of  10

EXHIBIT I

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 8.00 | 2,360.00 |
| Daucher, E | 65.30 | 32,323.50 |
| Deutsch, D | 26.00 | 19,370.00 |
| Distefano, M | 0.80 | 348.00 |
| Lamb, H | 65.90 | 19,440.50 |
| Marrero, J | 1.50 | 652.50 |
| Seife, H | 0.40 | 398.00 |
| | 167.90 | $74,892.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 167.90 | 74,892.50 |
| | 167.90 | $74,892.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I  PAGE 10 of  10

EXHIBIT J

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 6.30 | 4,693.50 |
| Distefano, M | 1.30 | 565.50 |
| Lamb, H | 1.60 | 472.00 |
| LeMay, D | 0.40 | 370.00 |
| Marrero, J | 14.60 | 6,351.00 |
| Roitman, M | 4.90 | 2,425.50 |
| | 29.10 | $14,877.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 29.10 | 14,877.50 |
| | 29.10 | $14,877.50 |

EXHIBIT J

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 03/03/12 Sat | Deutsch, D 1314002010/250 | 0.40 | 0.40 | 298.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW POSTING NOTE AND RELATED MEMO FROM ZUCKERMAN RE: PROFESSIONAL RETENTION ISSUE (.2); EXCHANGE E-MAILS WITH ANDREW GOLDFARB AND, IN PART, MICHAEL DISTEFANO ON SAME (.2). |
| 03/05/12 Mon | Marrero, J 1314002010/251 | 2.70 | 2.70 | 1,174.50 | 0.50 0.40 0.20 1.30 0.30 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications REVIEW FEE APPLICATIONS FOR WEEKLY ORDINARY COURSE PROFESSIONALS AND PROFESSIONAL FEE REPORTS (0.5); PREPARE UPDATES TO ORDINARY COURSE PROFESSIONALS REPORT (0.4); EMAIL CORRESPONDENCE WITH D.DEUTSCH RE: SAME (0.2); RESEARCH JPMORGAN ENTITY TO DETERMINE IF SUPPLEMENTAL DISCLOSURE IS NECESSARY (1.3); EMAIL CORRESPONDENCE WITH D.LEMAY RE SAME (0.3) |
| 03/06/12 Tue | Deutsch, D 1314002010/252 | 0.10 | 0.10 | 74.50 | 0.10 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH JESSICA MARRERO RE: TRIBUNE PROFESSIONAL ISSUE (.1). |
| 03/06/12 Tue | Marrero, J 1314002010/255 | 0.20 | 0.20 | 87.00 | | F | 1 | MATTER NAME: Fee/Retention Applications EMAIL CORRESPONDENCE WITH D.DEUTSCH RE: PROFESSIONAL FEES. |
| 03/13/12 Tue | Marrero, J 1314002010/262 | 0.50 | 0.50 | 217.50 | 0.20 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (.2) AND PROFESSIONAL FEE REPORT (.3). |
| 03/13/12 Tue | Roitman, M 1314002010/257 | 1.50 | 1.50 | 742.50 | 0.40 0.10 0.30 0.20 0.50 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH COMMITTEE MEMBERS RE: COMMITTEE MEMBERS' COUNSEL FEES (0.4); CALL WITH G. NOVOD RE: SAME (0.1); CORRESPOND WITH A. LIPKIND AND G. DAVIS RE: SAME (0.3); CONFER WITH D. LEMAY RE: SAME (0.2); CONFER/CORRESPOND WITH J. MARRERO RE: MEMORANDUM ON LEGAL BASES FOR PAYMENT OF COMMITTEE MEMBERS' COUNSEL FEES IN DCL PLAN (0.5) |
| 03/15/12 Thu | Roitman, M 1314002010/258 | 0.50 | 0.50 | 247.50 | 0.50 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND COMMENT UPON DRAFT MEMORANDUM RE: LEGAL BASES FOR PAYMENT OF COMMITTEE MEMBERS' COUNSEL FEES IN DCL PLAN (0.5) |
| 03/15/12 Thu | Roitman, M 1314002010/259 | 0.20 | 0.20 | 99.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH COMMITTEE MEMBERS RE: FEE ESTIMATES (0.2) |
| 03/16/12 Fri | Roitman, M 1314002010/260 | 0.70 | 0.70 | 346.50 | 0.10 0.10 0.10 0.10 0.10 0.20 | F F F F F F | 1 2 3 4 5 6 | MATTER NAME: Fee/Retention Applications CALL WITH E. VONNEGUT RE: COMMITTEE MEMBER COUNSEL FEES (0.1); CORRESPOND WITH D. ADLER RE: COMMITTEE MEMBER COUNSEL FEES (0.1); CORRESPOND WITH J. TEITELBAUM RE: COMMITTEE MEMBER COUNSEL FEES (0.1); CALL WITH K. MILLS RE: COMMITTEE MEMBER COUNSEL FEES (0.1); CALL WITH G. NOVOD RE: COMMITTEE MEMBER COUNSEL FEES (0.1); CONFER WITH D. LEMAY RE: COMMITTEE MEMBER COUNSEL FEES (0.2) |

~  See the last page of exhibit for explanation

EXHIBIT J

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 03/17/12 Sat | Deutsch, D 1314002010/270 | 3.30 | 0.70 | 521.50 | 2.60 0.50 0.20 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW FEBRUARY FEE APPLICATION DETAIL AND EDIT SAME (2.6); REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.5); REVIEW LAST PROFESSIONAL FEE REPORT (.2). |
| 03/20/12 Tue | Roitman, M 1314002010/266 | 0.40 | 0.40 | 198.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT MEMORANDUM RE: COMMITTEE MEMBER FEE/EXPENSE CLAIMS (0.2); MEET WITH D. LEMAY RE: SAME (0.2) |
| 03/23/12 Fri | Marrero, J 1314002010/264 | 0.90 | 0.90 | 391.50 | 0.50 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT PROFESSIONAL FEE REPORT (0.5) AND ORDINARY COURSE PROFESSINALS REPORT (0.4). |
| 03/30/12 Fri | Marrero, J 1314002010/271 | 0.80 | 0.80 | 348.00 | 0.50 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT PROFESSIONAL FEE REPORT (0.5) AND ORDINARY COURSE PROFESSIONALS REPORT (0.3). |
| 03/31/12 Sat | Deutsch, D 1314002010/272 | 0.30 | 0.30 | 223.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3). |
| 04/02/12 Mon | Roitman, M 1314017010/197 | 0.80 | 0.80 | 396.00 | 0.20 0.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CORRESPOND WITH A. LIPKIND RE: COMMITTEE MEMBER FEE/EXPENSE CLAIMS (0.2); DRAFT MEMORANDUM RE: COMMITTEE MEMBER FEE/EXPENSE CLAIMS (0.6) |
| 04/03/12 Tue | Deutsch, D 1314017010/196 | 0.30 | 0.30 | 223.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY ORDINARY COURSE REPORT (.2); REVIEW SUMMARY CHART ON PROFESSIONAL FEE APPLICATION STATUS (.1). |
| 04/03/12 Tue | Roitman, M 1314017010/198 | 0.80 | 0.80 | 396.00 | 0.80 | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT MEMORANDUM RE: COMMITTEE MEMBER FEE/EXPENSE CLAIMS (0.8) |
| 04/09/12 Mon | Marrero, J 1314017010/201 | 0.40 | 0.40 | 174.00 | | F | 1 | MATTER NAME: Fee/Retention Applications PREPARATION OF ORDINARY COURSE PROFESSIONALS REPORT. |
| 04/16/12 Mon | Lamb, H 1314017010/209 | 1.60 | 1.60 | 472.00 | 0.50 1.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW COMMITTEE MEMBERS' EXPENSE RECEIPTS FOR MARCH FEE PERIOD (.5); PREPARATION OF REQUEST FOR REIMBURSEMENT OF EXPENSES FOR SUBMISSION TO COURT (1.1). |
| 04/16/12 Mon | Marrero, J 1314017010/210 | 1.20 | 1.20 | 522.00 | 0.50 0.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.5); REVIEW AND REVISE PROFESSIONAL FEE REPORT (0.7). |
| 04/23/12 Mon | Marrero, J 1314017010/222 | 2.70 | 2.70 | 1,174.50 | 2.10 0.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (2.1); DRAFT PROFESSIONAL FEE REPORT (0.6) |

~  See the last page of exhibit for explanation

EXHIBIT J

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/25/12 Wed | Deutsch, D 1314017010/226 | 1.60 | 0.50 | 372.50 | 1.10 0.20 0.30 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT MARCH FEE APPLICATION SUMMARY/INTRODUCTION DESCRIPTIONS (1.1); REVIEW AND EDIT LAST WEEK'S PROFESSIONAL FEE APPLICATION REPORT (.2); REVIEW AND EDIT LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3). |
| 04/27/12 Fri | Marrero, J 1314017010/229 | 0.80 | 0.80 | 348.00 | 0.40 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.4); DRAFT PROFESSIONAL FEE REPORT (0.4). |
| 04/28/12 Sat | Deutsch, D 1314017010/233 | 0.50 | 0.50 | 372.50 | 0.30 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW THIS WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3); REVIEW THIS WEEK'S PROFESSIONAL FEE APPLICATION REPORT (.2). |
| 04/30/12 Mon | Deutsch, D 1314017010/234 | 0.20 | 0.20 | 149.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW E-MAIL/ATTACHMENTS FROM ZUCKERMAN SPAEDER RE: MEMORANDUM TO COMMITTEE (.1); EXCHANGE E-MAILS WITH MICHAEL DISTEFANO RE: SAME (.1). |
| 04/30/12 Mon | Distefano, M 1314017010/235 | 0.50 | 0.50 | 217.50 | | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE POSTING MEMO TO COMMITTEE RE ZUCKERMAN ISSUE. |
| 05/04/12 Fri | Deutsch, D 1314033010/171 | 0.30 | 0.30 | 223.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW ORDINARY COURSE PROFESSIONAL REPORT (.2); REVIEW WEEKLY PROFESSIONALS FEE APPLICATION REPORT (.1). |
| 05/07/12 Mon | Marrero, J 1314033010/172 | 1.10 | 1.10 | 478.50 | 0.40 0.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.4); DRAFT PROFESSIONAL FEE REPORT (0.7). |
| 05/14/12 Mon | Deutsch, D 1314033010/193 | 0.40 | 0.40 | 298.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW LAST WEEK'S ORDINARY COURSE PROFESSIONAL REPORT (.3); REVIEW LAST WEEK'S PROFESSIONAL REPORT (.1). |
| 05/19/12 Sat | Deutsch, D 1314033010/189 | 1.50 | 0.30 | 223.50 | 0.20 0.10 0.10 0.10 1.00 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications DRAFT E-MAIL TO FEE EXAMINER RE: STATUS OF 9TH QUARTERLY FEE APPLICATION MATTERS (.2); REVIEW WEEKLY ORDINARY COURSE REPORT (.1); REVIEW WEEKLY PROFESSIONAL FEE APPLICATION STATUS REPORT (.1); E-MAIL KEN KANSA AND KATE STICKLES RE: SAME (.1); BEGIN REVIEW OF APRIL FEE STATEMENT DETAIL AND EDIT SAME (1.0). |
| 05/21/12 Mon | Deutsch, D 1314033010/195 | 0.90 | 0.90 | 670.50 | 0.90 | F | 1 | MATTER NAME: Fee/Retention Applications COMPLETE REVIEW OF APRIL FEE STATEMENT DETAILS (.9). |
| 05/21/12 Mon | Marrero, J 1314033010/194 | 0.60 | 0.60 | 261.00 | 0.40 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.4); DRAFT PROFESSIONAL FEE REPORT (0.2) |
| 05/25/12 Fri | Marrero, J 1314033010/199 | 0.40 | 0.40 | 174.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW DEBTORS' ORDINARY COURSE PROFESSIONALS REPORT RE: OVERAGES |

~  See the last page of exhibit for explanation

EXHIBIT J
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 05/26/12 | Deutsch, D | 0.40 | 0.40 | 298.00 | 0.30 | F | 1 | REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3); |
| Sat | 1314033010/197 | | | | 0.10 | F | 2 | REVIEW WEEKLY FEE PROFESSIONAL REPORT (.1). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 05/29/12 | Marrero, J | 2.30 | 2.30 | 1,000.50 | 0.40 | F | 1 | DRAFT PROFESSIONAL FEE REPORT (0.4); |
| Tue | 1314033010/200 | | | | 1.90 | F | 2 | DRAFT ORDINARY COURSE PROFESSIONALS REPORT (1.9) |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 05/30/12 | Distefano, M | 0.80 | 0.80 | 348.00 | 0.20 | F | 1 | SPOKE WITH D. BAVA RE FEES REPORT (.2); |
| Wed | 1314033010/202 | | | | 0.60 | F | 2 | DRAFTED EMAIL TO COMMITTEE RE JONES DAY SUPPLEMENTAL DISCLOSURE (.6) |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 05/30/12 | LeMay, D | 0.40 | 0.40 | 370.00 | 0.20 | F | 1 | REVIEW JONES DAY AFFIDAVIT (.2) |
| Wed | 1314033010/207 | | | | 0.20 | F | 2 | AND MEMO TO COMMITTEE REGARDING SAME (.2). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 05/31/12 | Deutsch, D | 1.00 | 1.00 | 745.00 | 0.40 | F | 1 | REVIEW AND EDIT THIRTEENTH FEE APPLICATION SUMMARY FOR COMMITTEE (.4); |
| Thu | 1314033010/206 | | | | 0.30 | F | 2 | REVIEW WEEKLY ORDINARY COURSE REPORT (.3); |
| | | | | | | 0.10 | F | 3 | E-MAIL JESSICA MARRERO RE: FOLLOW-UP THEREON (.1); |
| | | | | | | 0.20 | F | 4 | REVIEW WEEKLY PROFESSIONAL FEE APPLICATION REPORT (.2). |
| Total | | | 29.10 | $14,877.50 | | | | |
| Number of Entries: | 38 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT J

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 6.30 | 4,693.50 |
| Distefano, M | 1.30 | 565.50 |
| Lamb, H | 1.60 | 472.00 |
| LeMay, D | 0.40 | 370.00 |
| Marrero, J | 14.60 | 6,351.00 |
| Roitman, M | 4.90 | 2,425.50 |
| | 29.10 | $14,877.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 29.10 | 14,877.50 |
| | 29.10 | $14,877.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL