# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

Reorganized Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## FEE EXAMINER'S FINAL REPORT REGARDING THE FOURTEENTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fourteenth Interim Fee Application of Alvarez & Marsal North America, LLC* [Docket No. 12038] (the "**Fee**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**Application**"). The Fee Application seeks approval of fees that total $1,638,111.00 and reimbursement of expenses in the amount of $3,995.94 for the period from March 1, 2012 through May 31, 2012. Alvarez & Marsal North America, LLC ("**A&M**") acts as restructuring advisors to the Debtors and Debtors-in-Possession.

## Background

1.      On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.      On December 26, 2008, the Debtors filed the *Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, Nunc Pro Tunc to the Petition Date* [Docket No. 140] (the "**Retention Application**"). By order dated February 11, 2009, this Court approved the retention of A&M (see Docket No. 362) (the "**Retention Order**").

3.      A&M submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.      In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated

-3-

skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to A&M for review and comment. The firm provided a written response to the Preliminary Report. After evaluation and consideration of the additional information provided by A&M, the Fee Examiner submits this Final Report for the Court's consideration. This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.     **Reconciliation of Fees and Expenses.**   The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").   The Fee Examiner determined that the Fees Computed exceeded the Fees Requested by $1,350.00, resulting in an apparent undercharge. The discrepancy was the result of task hours within several entries that do not equal the time billed for the entry as a whole, which was displayed in **Exhibit A** to the Preliminary Report. The Fee Examiner requested comment from the firm. The firm identified time description errors that resulted in the appearance of an undercharge. The firm revised the entries, which made it apparent there was no discrepancy between the Fees Computed and the Fee Requested. As such, Exhibit A has been omitted from this Report.

The Fee Examiner further determined that there was no discrepancy between the Expenses Requested and the Expenses Computed.   The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.     **Block Billing.**[2]   The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry.  As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3]    The Delaware Bankruptcy Court has found that time entries that generally only combine work on one issue, and a conference/communication with the client or opposing counsel on the same issue, while technically block billing, will not be objectionable.[4] The Fee Examiner did not identify any block billed entries.

11.    **Potential Double Billing.** The Fee Examiner identified billing entries that appear to be duplicative (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). The questioned tasks, totaling 1.00 hour with $410.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in **Exhibit B** to the Preliminary Report.    The Fee Examiner requested the firm review the entries and either (i) confirm the tasks were inadvertently billed twice, or (ii) provide an explanation for the duplication. A&M reviewed the questioned entries and verified that they were inadvertently duplicated, which results in a $410.00 fee reduction. Exhibit B is omitted from the Final Report.

12.    **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*. A&M timekeepers invoiced their fees in one-tenth hour increments.

---

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g., In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g., In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

[4] See *In re Worldwide Direct. Inc.*, 316 B.R. 637, 643 (Bankr. D. Del. 2004) (the court did disallow 100% of the block billed entries that combined more than one discrete task and issue from which it could not determine the amount of time that was allocated to each task).

-6-

## Review of Fees

13.   **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii).* The Fee Application provided the names, positions, and hourly rates of the 21 A&M professionals and paraprofessionals who billed to this matter, consisting of 4 managing directors, 3 senior directors, 4 directors, 2 managers, 3 senior associates, 1 associate, 2 consultants, 1 analyst, and 1 paraprofessional. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C.**[5]

The firm billed a total of 3,672.80 hours with associated fees of $1,638,111.00. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 469.50 | 13% | $   328,012.50 | 20% |
| Senior Director | 182.60 | 5% | 110,313.50 | 7% |
| Director | 909.90 | 25% | 429,455.00 | 26% |
| Manager | 138.10 | 4% | 58,692.50 | 4% |
| Senior Associate | 560.10 | 15% | 236,814.50 | 14% |
| Associate | 482.00 | 13% | 180,750.00 | 11% |
| Consultant | 626.30 | 17% | 206,237.50 | 13% |
| Analyst | 271.40 | 7% | 81,420.00 | 5% |
| Paraprofessional | 32.90 | * | 6,415.50 | * |
| **TOTAL** | 3,672.80 | 100% | $1,638,111.00 | 100% |

* Less than 1%

[5] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

The blended hourly rate for the A&M professionals is $448.28 and the blended hourly rate for professionals and paraprofessionals is $446.01.

14.   **Hourly Rate Increases.**   A&M did not increase the hourly rates of timekeepers during this interim period.

15.   **Timekeepers' Roles.**   A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each A&M timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

16.   **Meetings, Conferences, Hearings, and Other Events.**   The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified occasions where two or more A&M timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.   The entries, totaling 220.40 hours with

-8-

$109,155.00 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the individual leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 127.00 hours with $53,107.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response to the Preliminary Report, A&M first stated that it endeavors to minimize the number of attendees at any meeting, but seeks to balance minimization with the scope of the meeting, number of individuals requested by Debtors, and the need for certain individuals to have firsthand knowledge of the issues presented. The firm also explained that due to the size and complexity of these cases, and the substance of the matters being addressed, the matters often require different A&M personnel to focus on different areas. The firm then addressed, in detail, the questioned timekeepers with more than 10.00 hours of "multiple attendance" by providing additional information regarding each of their respective roles. After consideration of the supplemental information, the Fee Examiner makes no recommendation for a fee reduction. Exhibit D is omitted from the Final Report.

17.     **Intraoffice Conferences.**     Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified intraoffice conferences totaling 322.40 hours with $150,580.00 in associated fees, or approximately 9% of the Fees Computed, which were displayed in **Exhibit E**

to the Preliminary Report.    In certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference.    The entries describing intraoffice conferences invoiced by two or more firm personnel totaled 172.70 hours with $69,957.00 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit.    The Fee Examiner requested that the firm strive to limit fees resulting from intraoffice communication, and further asked the firm to provide an explanation of the timekeeper's roles and an explanation of the necessity of the timekeepers' attendance.

In response, A&M claimed that it strives to eliminate unnecessary intraoffice conferencing.    But, the firm stated these conferences are generally utilized to collaborate, to efficiently and effectively serve the client, and to keep others apprised of progress that directly impacts related work streams.    A&M also provided additional detail regarding the timekeepers involved and the necessity and purpose of the conferences and their attendance.    For these reasons, the Fee Examiner makes no recommendation for a fee reduction, and omits Exhibit E from this report.

18.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."    The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.    The UST Guidelines provide that "time entries for telephone calls, letters, and other

-10-

communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*

        a.     **Vague Communications.** The Fee Examiner identified entries totaling 6.60 hours with $2,336.50 in associated fees in which a conference or other communication was not described with sufficient detail. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable guidelines. The entries were displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner requested A&M provide the missing detail that is required by the Local Rules and UST Guidelines. The firm responded by providing the missing subject matter and/or participant information, which brought the entries into compliance. Exhibit F is omitted from the Final Report.

        b.     **Vague Tasks.** The Fee Examiner reviewed the substantive detail of each billing entry and identified 6.80 hours with $2,322.50 in associated fees where the Fee Examiner could not determine the precise nature of the services performed by the timekeeper. The entries were displayed in **Exhibit G** to the Preliminary Report. As reflected in the Local Rules and UST Guidelines, billing entries must adequately describe the services actually performed to allow a determination of whether the task was staffed appropriately, whether the task involved the exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[6] The Fee Examiner requested A&M provide the missing detail that is required by the Local Rules and

---

[6] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g., In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

UST Guidelines. The firm responded by providing the missing task information, which brought the entries into compliance. Exhibit G is omitted from the Final Report.

19.   **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.   The Fee Examiner reviewed each timekeeper's billing activities and identified entries describing administrative activities, including several entries related to updating claimant addresses.  The questioned entries were displayed in **Exhibit H** and totaled 6.50 hours with \$2,122.50 in associated fees.  The Fee Examiner believed a fee reduction was appropriate for these entries, but invited comment from the firm.  The firm provided additional information regarding the activities in question.  In the end, the firm and the Fee Examiner reached a compromise whereby the firm agreed to a \$707.00 fee reduction.  Exhibit H has been omitted from the Final Report.

20.   **Clerical Activities.**  Clerical activities do not require legal acumen, and may be effectively performed by administrative assistants, secretaries, or support personnel.  Similar to administrative activities, clerical activities are generally not billable and are considered to be part of the firm's overhead.  In the 3rd Circuit, however, some clerical and non-clerical activities may be compensable at a rate commensurate with the level of expertise or knowledge typically found to be necessary to complete the task.  The questioned entries were displayed in **Exhibit I** and totaled 22.60 hours and \$7,125.00 in associated fees.

In response, A&M stated the work performed was necessary and proper and, further, was not clerical in nature.  The firm went on to describe in detail the nature and purpose of the questioned activities.  The Fee Examiner and A&M had several follow-up communications

-12-

regarding the issue and, ultimately, reached a compromise wherein the firm agreed to a voluntarily fee reduction of $1,722.00. Exhibit I has been omitted from the Final Report.

21. **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).* A&M did not bill travel time.

22. **A&M Retention/Compensation.** A&M billed 49.90 hours with associated fees of $13,283.50 to prepare the firm's retention documents and applications for compensation, less than 1% of the Fees Computed. The fee entries describing A&M's retention/compensation activities are displayed in **Exhibit J**, which is included in the Final Report.

23. **Other Firms' Retention/Compensation.** A&M billed 69.25 hours with associated fees of $26,530.00 related to other firms' retention documents and applications for compensation, less than 2% of the Fees Computed. The fee entries describing these activities are displayed in **Exhibit K**, which is included in the Final Report.

## Review of Expenses

24. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).* The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the

-13-

month incurred." *UST Guidelines ¶(b)(5)(iii).*   A&M provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25.   **Working Meals.**  A&M requested reimbursement of $6.08 for a working lunch which solely involved an employee of A&M.  The meal charge was displayed in **Exhibit L** to the Preliminary Report.  The Fee Examiner acknowledges the firm's belief that charges for working lunches are compensable.  The Fee Examiner intended to recommend an expense reduction for meals provided solely to firm employees, but invited comment from the firm. A&M agreed to voluntarily reduce its expense request in the amount of $6.08.  Exhibit L has been omitted from the Final Report.

## CONCLUSION

The Fee Examiner submits this Final Report regarding A&M's Fee Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $1,635,272.00 ($1,638,111.00 minus $2,839.00) and reimbursement of expenses in the amount of $3,989.86 ($3,995.94 minus $6.08) for the interim period from March 1, 2012 through May 31, 2012.  The findings are set forth in the summary on the following page.

## ALVAREZ & MARSAL NORTH AMERICA, LLC

## SUMMARY OF FINDINGS

### Fourteenth Interim Fee Application (March 1, 2012 through May 31, 2012)

### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,638,111.00 | |
| Expenses Requested | 3,995.94 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,642,106.94 |
| Fees Computed | $1,638,111.00 | |
| Expenses Computed | 3,995.94 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,642,106.94 |

### B.    Recommended Fee Allowance and Expense Reimbursement

| | | | |
|---|---|---|---|
| Fees Requested | $1,638,111.00 | | |
| *Agreed Reduction for Potential Double Billing* | | *($   410.00)* | |
| *Agreed Reduction for Administrative Activities* | | *(707.00)* | |
| *Agreed Reduction for Clerical Activities* | | *(1,722.00)* | |
| Subtotal | | *($2,839.00)* | |
| RECOMMENDED FEE ALLOWANCE | | | $1,635,272.00 |
| Expenses Requested | $3,995.94 | | |
| *Agreed Reduction for Working Meals* | | *($6.08)* | |
| Subtotal | | *($6.08)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 3,989.86 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,639,261.86 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 16th day of January, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Thomas E. Hill, Esq.
Alvarez & Marsal North America, LLC
55 West Monroe Street, Suite 4000
Chicago, IL 60603

John F. Theil, Esq.

-17-

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Alvarez & Marsal North America, LLC

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| BWHI | Whittman, Brian | MANAG DIRECTOR | $700.00 | $700.00 | 435.10 | $304,570.00 |
| LRYA | Ryan, Laureen | MANAG DIRECTOR | $700.00 | $700.00 | 24.90 | $17,430.00 |
| JVAN | Vanderveen, Jonathan | MANAG DIRECTOR | $550.00 | $550.00 | 6.00 | $3,300.00 |
| THIL | Hill, Tom | MANAG DIRECTOR | $775.00 | $775.00 | 3.50 | $2,712.50 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $698.64 | | 469.50 | $328,012.50 |
| | | | | % of Total: 12.78% | % of Total: | 20.02% |
| JSCH | Schmaltz, Justin | SENIOR DIRECTOR | $600.00 | $600.00 | 88.90 | $53,340.00 |
| JFOR | Forte, John | SENIOR DIRECTOR | $575.00 | $575.00 | 79.30 | $45,597.50 |
| MSPI | Spittell, Mark | SENIOR DIRECTOR | $790.00 | $790.00 | 14.40 | $11,376.00 |
| No. of Billers for Position: 3 | | Blended Rate for Position: | $604.13 | | 182.60 | $110,313.50 |
| | | | | % of Total: 4.97% | % of Total: | 6.73% |
| RSTO | Stone, Richard | DIRECTOR | $500.00 | $500.00 | 539.80 | $269,900.00 |
| JEHR | Ehrenhofer, Jodi | DIRECTOR | $425.00 | $425.00 | 296.20 | $125,885.00 |
| MHAG | Hagenaar, Michael | DIRECTOR | $450.00 | $450.00 | 57.30 | $25,785.00 |
| SKAU | Kaufman, Stuart | DIRECTOR | $475.00 | $475.00 | 16.60 | $7,885.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $471.98 | | 909.90 | $429,455.00 |
| | | | | % of Total: 24.77% | % of Total: | 26.22% |
| DBUS | Busse, Damon | MANAGER | $425.00 | $425.00 | 83.00 | $35,275.00 |
| BBOU | Boudouris, Bradley | MANAGER | $425.00 | $425.00 | 55.10 | $23,417.50 |
| No. of Billers for Position: 2 | | Blended Rate for Position: | $425.00 | | 138.10 | $58,692.50 |
| | | | | % of Total: 3.76% | % of Total: | 3.58% |
| MFRA | Frank, Matt | SR. ASSOCIATE | $425.00 | $425.00 | 475.60 | $202,130.00 |
| AGER | Gershner, Alexander | SR. ASSOCIATE | $375.00 | $375.00 | 51.20 | $19,200.00 |
| SCRA | Crawford, Sarah | SR. ASSOCIATE | $465.00 | $465.00 | 33.30 | $15,484.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT STANDARD RATES
### Alvarez & Marsal North America, LLC

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 3 | Blended Rate for Position: | $422.81 | | 560.10 | $236,814.50 |
| | | | | | % of Total:  15.25% | % of Total:  14.46% |
| MBER | Berger, Mark | ASSOCIATE | $375.00 | $375.00 | 482.00 | $180,750.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $375.00 | | 482.00 | $180,750.00 |
| | | | | | % of Total:  13.12% | % of Total:  11.03% |
| DTOR | Torres, Diego | CONSULTANT | $325.00 | $325.00 | 572.50 | $186,062.50 |
| MWIL | Williams, Matthew | CONSULTANT | $375.00 | $375.00 | 53.80 | $20,175.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $329.30 | | 626.30 | $206,237.50 |
| | | | | | % of Total:  17.05% | % of Total:  12.59% |
| DHIN | Hingtgen, Dwight | ANALYST | $300.00 | $300.00 | 271.40 | $81,420.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $300.00 | | 271.40 | $81,420.00 |
| | | | | | % of Total:  7.39% | % of Total:  4.97% |
| MNAP | Napoliello, Mary | PARAPROFESSIONA | $195.00 | $195.00 | 32.90 | $6,415.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $195.00 | | 32.90 | $6,415.50 |
| | | | | | % of Total:  0.90% | % of Total:  0.39% |
| | Total No. of Billers: 21 | Blended Rate for Report: | $446.01 | | 3,672.80 | $1,638,111.00 |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Frank, M | 4.60 | 1,955.00 |
| Hingtgen, D | 12.70 | 3,810.00 |
| Napoliello, M | 30.30 | 5,908.50 |
| Whittman, B | 2.30 | 1,610.00 |
| | 49.90 | $13,283.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 49.90 | 13,283.50 |
| | 49.90 | $13,283.50 |

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 03/08/12 Thu | Napoliello, M 033112-130/534 | 2.40 | 2.40 | 468.00 | | 1 | MATTER NAME: Fee Application<br>BEGIN PREPARATION OF JANUARY EXHIBITS. |
| 03/09/12 Fri | Napoliello, M 033112-130/535 | 3.80 | 3.80 | 741.00 | | 1 | MATTER NAME: Fee Application<br>FINALIZE FIRST DRAFT OF JANUARY EXHIBITS. |
| 03/19/12 Mon | Napoliello, M 033112-130/536 | 0.30 | 0.30 | 58.50 | | 1 | MATTER NAME: Fee Application<br>REVIEW CASE DOCKET FOR CNO DATA. |
| 03/19/12 Mon | Napoliello, M 033112-130/537 | 1.40 | 1.40 | 273.00 | | 1 | MATTER NAME: Fee Application<br>PREPARE EDITS TO JANUARY FEE STATEMENT EXHIBITS. |
| 03/19/12 Mon | Napoliello, M 033112-130/538 | 2.20 | 2.20 | 429.00 | | 1 | MATTER NAME: Fee Application<br>PREPARE DRAFT OF COVER SHEET AND APPLICATION. |
| 03/20/12 Tue | Frank, M 033112-130/411 | 0.60 | 0.60 | 255.00 | | 1 | MATTER NAME: Fee Application<br>REVIEW OF JANUARY FEE APPLICATION. |
| 03/20/12 Tue | Whittman, B 033112-130/1147 | 0.20 | 0.20 | 140.00 | | 1 | MATTER NAME: Fee Application<br>REVIEW JANUARY FEE APPLICATION. |
| 03/22/12 Thu | Whittman, B 033112-130/1175 | 0.20 | 0.20 | 140.00 | | 1 | MATTER NAME: Fee Application<br>CORRESPONDENCE WITH P. RADKOWIAK (COLE SCHOTZ) RE: FEE APPLICATION. |
| 03/23/12 Fri | Napoliello, M 033112-130/539 | 1.30 | 1.30 | 253.50 | | 1 | MATTER NAME: Fee Application<br>PREPARE JULY/AUG/SEPT/OCT/NOV DATA AND FORWARD TO FEE EXAMINER. |
| 03/23/12 Fri | Whittman, B 033112-130/1193 | 0.30 | 0.30 | 210.00 | | 1 | MATTER NAME: Fee Application<br>REVIEW PRELIMINARY FEE AUDITOR REPORT FOR 9TH INTERIM APPLICATION. |
| 03/26/12 Mon | Hingtgen, D 033112-130/518 | 2.20 | 2.20 | 660.00 | | 1 | MATTER NAME: Fee Application<br>BEGIN DRAFTING RESPONSE TO 9TH INTERIM FEE APPLICATION REPORT. |
| 03/27/12 Tue | Frank, M 033112-130/455 | 0.30 | 0.30 | 127.50 | | 1 | MATTER NAME: Fee Application<br>REVIEW OF FEE AUDITOR DRAFT RESPONSE. |
| 03/27/12 Tue | Hingtgen, D 033112-130/521 | 2.80 | 2.80 | 840.00 | | 1 | MATTER NAME: Fee Application<br>FINALIZE RESPONSE TO 9TH INTERIM FEE APPLICATION REPORT. |

~  See the last page of exhibit for explanation

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 03/28/12 Wed | Frank, M 033112-130/463 | 0.80 | 0.80 | 340.00 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW OF FEE EXAMINER RESPONSE DOCUMENT. |
| 03/29/12 Thu | Frank, M 033112-130/475 | 0.80 | 0.80 | 340.00 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW OF FEE AUDITOR DRAFT RESPONSE AS UPDATED. |
| 03/29/12 Thu | Hinglgen, D 033112-130/524 | 1.80 | 1.80 | 540.00 | | 1 | *MATTER NAME: Fee Application*<br>MAKE CHANGES TO 9TH INTERIM FEE APPLICATION REPORT RESPONSE STEMMING FROM B. WHITTMAN READ-THROUGH. |
| 03/29/12 Thu | Whitman, B 033112-130/1245 | 0.20 | 0.20 | 140.00 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW FINAL DRAFT OF RESPONSE TO FEE EXAMINER. |
| 03/29/12 Thu | Whitman, B 033112-130/1252 | 0.30 | 0.30 | 210.00 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW INITIAL DRAFT OF RESPONSE TO FEE EXAMINER REPORT. |
| 03/30/12 Fri | Frank, M 033112-130/482 | 0.30 | 0.30 | 127.50 | | 1 | *MATTER NAME: Fee Application*<br>ADDITIONAL REVIEW OF FEE AUDITOR RESPONSE. |
| 04/09/12 Mon | Napoliello, M 043012-130/561 | 2.90 | 2.90 | 565.50 | | 1 | *MATTER NAME: Fee Application*<br>BEGIN REVIEWING DATA AND DRAFT FEBRUARY EXHIBITS. |
| 04/09/12 Mon | Napoliello, M 043012-130/562 | 3.60 | 3.60 | 702.00 | | 1 | *MATTER NAME: Fee Application*<br>FINALIZE FIRST DRAFT OF FEBRUARY EXHIBITS. |
| 04/10/12 Tue | Whitman, B 043012-130/1109 | 0.20 | 0.20 | 140.00 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW DRAFT FEBRUARY FEE APPLICATION |
| 04/11/12 Wed | Frank, M 043012-130/407 | 0.50 | 0.50 | 212.50 | | 1 | *MATTER NAME: Fee Application*<br>ANALYSIS OF FEBRUARY FEE APPLICATION. |
| 04/11/12 Wed | Napoliello, M 043012-130/563 | 0.30 | 0.30 | 58.50 | | 1 | *MATTER NAME: Fee Application*<br>REVIEW DOCKET FOR CNO DATA. |
| 04/11/12 Wed | Napoliello, M 043012-130/564 | 0.50 | 0.50 | 97.50 | | 1 | *MATTER NAME: Fee Application*<br>INCORPORATE EDITS TO EXHIBITS. |
| 04/11/12 Wed | Napoliello, M 043012-130/565 | 1.60 | 1.60 | 312.00 | | 1 | *MATTER NAME: Fee Application*<br>PREPARE DRAFT OF COVER SHEET AND APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 04/11/12 Wed | Whittman, B 043012-130/1131 | 0.10 | 0.10 | 70.00 | | | 1 | MATTER NAME: Fee Application REVIEW FINAL FEE APP FOR FEBRUARY. |
| 04/12/12 Thu | Hingtgen, D 043012-130/519 | 1.60 | 1.60 | 480.00 | | | 1 | MATTER NAME: Fee Application REVIEW 13TH INTERIM FEE APPLICATION TO BE SUBMITTED. |
| 04/12/12 Thu | Napoliello, M 043012-130/566 | 2.60 | 2.60 | 507.00 | | | 1 | MATTER NAME: Fee Application PREPARE WORKING EXHIBITS AND DRAFT 13TH INTERIM FEE APPLICATION. |
| 04/12/12 Thu | Whittman, B 043012-130/1150 | 0.20 | 0.20 | 140.00 | | | 1 | MATTER NAME: Fee Application REVIEW QUARTERLY FEE APPLICATION. |
| 05/10/12 Thu | Napoliello, M 053112-130/827 | 4.10 | 4.10 | 799.50 | 4.00 0.10 | F F | 1 2 | MATTER NAME: Fee Application FINALIZE FIRST DRAFT OF MARCH EXHIBITS (4.0) AND SEND TO B. WHITTMAN (A&M) FOR REVIEW (.1). |
| 05/10/12 Thu | Whittman, B 053112-130/1569 | 0.30 | 0.30 | 210.00 | | | 1 | MATTER NAME: Fee Application REVIEW DRAFT FEE APPLICATION FOR MARCH. |
| 05/11/12 Fri | Napoliello, M 053112-130/828 | 0.30 | 0.30 | 58.50 | | | 1 | MATTER NAME: Fee Application REVIEW CASE DOCKET. |
| 05/11/12 Fri | Napoliello, M 053112-130/829 | 0.40 | 0.40 | 78.00 | | | 1 | MATTER NAME: Fee Application PREPARE EDITS TO MARCH EXHIBITS. |
| 05/11/12 Fri | Napoliello, M 053112-130/830 | 2.60 | 2.60 | 507.00 | | | 1 | MATTER NAME: Fee Application DRAFT MARCH COVER SHEET AND APPLICATION. |
| 05/14/12 Mon | Frank, M 053112-130/574 | 0.50 | 0.50 | 212.50 | | | 1 | MATTER NAME: Fee Application ANALYSIS MARCH FEE APPLICATION. |
| 05/14/12 Mon | Frank, M 053112-130/575 | 0.80 | 0.80 | 340.00 | | | 1 | MATTER NAME: Fee Application ANALYSIS 10TH INTERIM FEE APPLICATION FEE AUDITOR PRELIMINARY RESPONSE. |
| 05/14/12 Mon | Hingtgen, D 053112-130/767 | 2.10 | 2.10 | 630.00 | | | 1 | MATTER NAME: Fee Application DRAFT RESPONSE TO 10TH INTERIM FEE APPLICATION PERIOD REPORT. |
| 05/17/12 Thu | Hingtgen, D 053112-130/781 | 2.20 | 2.20 | 660.00 | | | 1 | MATTER NAME: Fee Application MAKE FINAL REVISION TO 10TH EXAMINER FEE APPLICATION RESPONSE. |

~ See the last page of exhibit for explanation

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 05/17/12 Thu | Whittman, B 053112-130/1640 | 0.30 | 0.30 | 210.00 | | 1 | *MATTER NAME: Fee Application* REVIEW DRAFT RESPONSE TO FEE EXAMINER ON 10TH INTERIM APPLICATION. |
| Total | | | 49.90 | $13,283.50 | | | |
| Number of Entries: | 40 | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT J

A&M RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Frank, M | 4.60 | 1,955.00 |
| Hingtgen, D | 12.70 | 3,810.00 |
| Napoliello, M | 30.30 | 5,908.50 |
| Whittman, B | 2.30 | 1,610.00 |
| | 49.90 | $13,283.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Application | 49.90 | 13,283.50 |
| | 49.90 | $13,283.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 64.80 | 24,300.00 |
| Frank, M | 0.80 | 340.00 |
| Schmaltz, J | 0.65 | 390.00 |
| Stone, R | 3.00 | 1,500.00 |
| | 69.25 | $26,530.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 65.30 | 24,862.50 |
| Claims | 2.20 | 825.00 |
| Contract | 0.30 | 112.50 |
| Plan of Reorganization | 1.45 | 730.00 |
| | 69.25 | $26,530.00 |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 03/01/12 Thu | Berger, M 033112-30/1 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED OCP MODEL AND OCP SPREADSHEET FROM M. REGALA. |
| 03/01/12 Thu | Berger, M 033112-30/2 | 0.60 | 0.60 | 225.00 | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE OCP MODEL TO INCLUDE RECENTLY APPROVED VENDORS. |
| 03/02/12 Fri | Berger, M 033112-30/6 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>DISCUSS OCP ISSUES WITH M. REGALA (TRIBUNE FINANCIAL REPORTING). |
| 03/02/12 Fri | Berger, M 033112-30/8 | 0.80 | 0.80 | 300.00 | 1 | MATTER NAME: AP/Vendor Issues<br>PREPARE/REVIEW OCP UPLOADS. |
| 03/06/12 Tue | Berger, M 033112-30/13 | 0.60 | 0.60 | 225.00 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF DOCUMENTS FILED ON DOCKET RELATED TO OCP. |
| 03/06/12 Tue | Berger, M 033112-30/15 | 1.60 | 1.60 | 600.00 | 1 | MATTER NAME: AP/Vendor Issues<br>UPDATE TO CAP OVERAGE TRACKING SUMMARY PER R. MARIELLA (TRIB LEGAL) REQUEST. |
| 03/09/12 Fri | Berger, M 033112-60/31 | 2.20 | 2.20 | 825.00 | 1 | MATTER NAME: Claims<br>CONTINUE TO WORK ON RECONCILING FULL LIST OF OCP CLAIMANTS. |
| 03/14/12 Wed | Berger, M 033112-30/41 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>DISCUSS ADD-ONS TO OCP QUARTERLY REPORT WITH M. REGALA. |
| 03/14/12 Wed | Berger, M 033112-30/47 | 0.90 | 0.90 | 337.50 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED OCP SPREADSHEET FROM S. BLASZCZYK (TRIBUNE LEGAL). |
| 03/19/12 Mon | Berger, M 033112-30/58 | 0.30 | 0.30 | 112.50 | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH S. BLASZCZYK RE: OCP ISSUES. |
| 03/19/12 Mon | Berger, M 033112-30/59 | 0.30 | 0.30 | 112.50 | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH B. MYRICK (SIDLEY) RE: PAYMENT TO CERTAIN CASE PROFESSIONALS. |
| 03/19/12 Mon | Berger, M 033112-30/60 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH M. REGALA RE: PAYMENT OF NON-DEBTOR LEGAL EXPENSES. |
| 03/19/12 Mon | Berger, M 033112-30/61 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>CORRESPONDENCE WITH R. MARIELLA (TRIBUNE LEGAL) RE: OCP. |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | | DESCRIPTION |
|------|-----------------|-------------|-------|------|---|-------------|
| 03/19/12 Mon | Berger, M 033112-30/63 | 0.80 | 0.80 | 300.00 | 1 | MATTER NAME: AP/Vendor Issues<br>MAKE EDITS TO THE OCP MODEL FOR INVOICES RECEIVED AFTER CUT-OFF THAT NEED TO BE PROCESSED. |
| 03/19/12 Mon | Berger, M 033112-30/64 | 0.80 | 0.80 | 300.00 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED PROFESSIONALS LISTING INCLUDING UPDATE TO OCP MODEL RE: THE SAME. |
| 03/19/12 Mon | Berger, M 033112-30/66 | 1.10 | 1.10 | 412.50 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF UPDATED OCP MODEL FROM M. REGALA (TRIBUNE FINANCIAL REPORTING). |
| 03/19/12 Mon | Berger, M 033112-30/67 | 1.70 | 1.70 | 637.50 | 1 | MATTER NAME: AP/Vendor Issues<br>TIE-OUT OF OCP MODEL AND SPREADSHEET. |
| 03/20/12 Tue | Berger, M 033112-30/69 | 0.30 | 0.30 | 112.50 | 1 | MATTER NAME: AP/Vendor Issues<br>DRAFT MEMO TO OCP TEAM RE: CAP OVERAGES AND MONTHLY REPORT. |
| 03/20/12 Tue | Berger, M 033112-30/70 | 0.40 | 0.40 | 150.00 | 1 | MATTER NAME: AP/Vendor Issues<br>EDITS TO OCP REPORT PER B. MYRICK REQUEST. |
| 03/20/12 Tue | Berger, M 033112-30/73 | 0.60 | 0.60 | 225.00 | 1 | MATTER NAME: AP/Vendor Issues<br>EDIT OCP SPREADSHEET FOR ERRORS. |
| 03/20/12 Tue | Berger, M 033112-30/74 | 0.60 | 0.60 | 225.00 | 1 | MATTER NAME: AP/Vendor Issues<br>FURTHER UPDATES TO OCP SPREADSHEET AND MODEL TO CORRECTLY ALLOCATE AND ACCOUNT FOR NON-DEBTOR AND EXPENSE ONLY INVOICES. |
| 03/20/12 Tue | Berger, M 033112-30/75 | 0.70 | 0.70 | 262.50 | 1 | MATTER NAME: AP/Vendor Issues<br>EDIT OCP MODEL FOR ERRORS FOUND IN TIE-OUT REVIEW. |
| 03/20/12 Tue | Berger, M 033112-30/76 | 0.80 | 0.80 | 300.00 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF FINAL OCP SPREADSHEET FOR THE MONTH. |
| 03/20/12 Tue | Berger, M 033112-30/77 | 1.10 | 1.10 | 412.50 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW/CALCULATE OCP CAP OVERAGES PRIOR TO DISTRIBUTION TO UCC. |
| 03/20/12 Tue | Berger, M 033112-30/78 | 1.60 | 1.60 | 600.00 | 1 | MATTER NAME: AP/Vendor Issues<br>REVIEW OF OCP MODEL COMPARED TO PEOPLESOFT FOR PURPOSES OF DETERMINING VENDORS IN NEED OF REACTIVATION. |
| 03/20/12 Tue | Berger, M 033112-30/79 | 3.10 | 3.10 | 1,162.50 | 1 | MATTER NAME: AP/Vendor Issues<br>PREPARE MONTHLY OCP REPORT PRIOR TO DISTRIBUTION TO UCC. |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 03/22/12 Thu | Berger, M 033112-30/83 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH LEGAL TEAM RE: OCP SPREADSHEET. |
| 03/23/12 Fri | Berger, M 033112-80/95 | 0.30 | 0.30 | 112.50 | MATTER NAME: Contract<br>1 CORRESPONDENCE WITH R. MARIELLA RE: NEW OCP VENDORS. |
| 03/30/12 Fri | Berger, M 033112-30/182 | 0.80 | 0.80 | 300.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF ALL ONE-OFF UPLOAD TEMPLATES TO DETERMINE IF ANY NEED TO BE ADDED TO FINAL QUARTERLY OCP REPORT. |
| 03/30/12 Fri | Berger, M 033112-30/183 | 1.50 | 1.50 | 562.50 | MATTER NAME: AP/Vendor Issues<br>1 CONTINUE TO IMPROVE OCP MODEL TO MORE QUICKLY PRODUCE QUARTERLY REPORTING. |
| 03/30/12 Fri | Berger, M 033112-30/184 | 2.80 | 2.80 | 1,050.00 | MATTER NAME: AP/Vendor Issues<br>1 PREPARE QUARTERLY OCP REPORT AND TIE-OUT TO FORMERLY FILED MONTHLY REPORTS. |
| 04/02/12 Mon | Berger, M 043012-30/1 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF PAYMENTS TO NON-DEBTOR OCP FIRMS PER S. BLASZCZYK REQUEST. |
| 04/02/12 Mon | Berger, M 043012-30/2 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH S. BLASZCZYK (TRIB LEGAL) TO DISCUSS OCP ISSUES INCLUDING CAP CALCULATION OVERAGES AND OCP SPREADSHEET TO MODEL RECONCILING ITEMS. |
| 04/04/12 Wed | Berger, M 043012-30/22 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH M. REGALA REGARDING PAYMENT OF OCP EXPENSES. |
| 04/06/12 Fri | Berger, M 043012-30/43 | 0.20 | 0.20 | 75.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF MOST RECENT OCP SPREADSHEET PER TRIB LEGAL REQUEST. |
| 04/09/12 Mon | Berger, M 043012-30/47 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH B. MYRICK RE: OCP OBJECTIONS RECEIVED IN PRIOR MONTH. |
| 04/10/12 Tue | Berger, M 043012-30/54 | 0.90 | 0.90 | 337.50 | MATTER NAME: AP/Vendor Issues<br>1 UPDATE OCP SPREADSHEET TO CORRECT VARIANCES DETERMINED IN RECENT REVIEW. |
| 04/10/12 Tue | Berger, M 043012-30/55 | 1.10 | 1.10 | 412.50 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF UPLOADS COMPARED TO OCP SPREADSHEET AND OCP MODEL TO ENSURE ACCURATE PAYMENTS TO CASE PROFESSIONALS AND ADHERENCE TO THE OCP ORDER RE: CAP OVERAGE WITHHOLDING. |
| 04/10/12 Tue | Stone, R 043012-30/661 | 0.30 | 0.30 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 DISCUSSION WITH W. YUOH (TRIBUNE) REGARDING POST PETITION VENDOR ISSUES RELATED TO UNPAID PREPETITION INVOICES. |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/11/12 Wed | Stone, R 043012-30/672 | 0.70 | 0.70 | 350.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 CORRESPONDENCE WITH W. YUOH (TRIBUNE) REGARDING CERTAIN VENDOR ISSUES RELATED TO INTEREST / PENALTIES INCLUDED IN NUMEROUS POST PETITION INVOICES. |
| 04/12/12 Thu | Berger, M 043012-30/79 | 0.30 | 0.30 | 112.50 | *MATTER NAME: AP/Vendor Issues* <br> 1 ADD NEW OCP FIRMS TO OCP MODEL PER B. MYRICK (SIDLEY) REQUEST. |
| 04/16/12 Mon | Berger, M 043012-30/93 | 0.80 | 0.80 | 300.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 REVIEW OF INITIAL OCP SPREADSHEET PROVIDED BY TRIBUNE LEGAL TEAM. |
| 04/16/12 Mon | Berger, M 043012-30/94 | 1.10 | 1.10 | 412.50 | *MATTER NAME: AP/Vendor Issues* <br> 1 CONDUCT TIE-OUT OF OCP SPREADSHEET TO OCP MODEL INCLUDING CORRECTING BOTH DOCUMENTS FOR ALL ERRORS/DISCREPANCIES. |
| 04/18/12 Wed | Berger, M 043012-30/109 | 0.80 | 0.80 | 300.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 WORK WITH OCP LEGAL RESOURCE TO DISCUSS TRANSITION OF HER RESPONSIBILITIES UPON RETIREMENT. |
| 04/19/12 Thu | Berger, M 043012-30/120 | 0.40 | 0.40 | 150.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 DRAFT MEMO RE: CAP OVERAGES FROM THIS MONTH'S OCP REPORTING. |
| 04/19/12 Thu | Berger, M 043012-30/121 | 0.60 | 0.60 | 225.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 UPDATE CAP OVERAGE TRACKING SUMMARY WITH NEW OVERAGES THAT WILL BE PROPOSED IN APRIL. |
| 04/19/12 Thu | Berger, M 043012-30/122 | 3.00 | 3.00 | 1,125.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 PREPARE MONTHLY OCP REPORT INCLUDING REVIEW OF ALL VENDORS FOR CAP OVERAGE PURPOSES. |
| 04/20/12 Fri | Berger, M 043012-30/132 | 0.20 | 0.20 | 75.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 DRAFT MEMO TO TRIB LEGAL RE: CAP OVERAGES. |
| 04/20/12 Fri | Berger, M 043012-30/133 | 0.30 | 0.30 | 112.50 | *MATTER NAME: AP/Vendor Issues* <br> 1 BUILD DIAGRAM FOR MEMO TO TRIB LEGAL RE: CAP OVERAGES. |
| 04/20/12 Fri | Berger, M 043012-30/134 | 0.40 | 0.40 | 150.00 | *MATTER NAME: AP/Vendor Issues* <br> 1 FINALIZE MONTHLY OCP REPORT. |
| 04/20/12 Fri | Berger, M 043012-30/135 | 1.10 | 1.10 | 412.50 | *MATTER NAME: AP/Vendor Issues* <br> 1 BUILD MEMO ADDRESSING CAP OVERAGES FROM PRIOR YEAR AFTER REVIEWING MONTHLY REPORTS AND PAYMENTS MADE IN ACCOUNTING SYSTEM -- ALL PER R. MARIELLA (TRIBUNE LEGAL) REQUEST. |
| 04/23/12 Mon | Berger, M 043012-30/152 | 0.30 | 0.30 | 112.50 | *MATTER NAME: AP/Vendor Issues* <br> 1 CORRESPONDENCE WITH TRIBUNE LEGAL RE: OCP SPREADSHEET. |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 04/23/12 Mon | Berger, M 043012-30/153 | 0.60 | 0.60 | 225.00 | MATTER NAME: AP/Vendor Issues<br>1 FINALIZE OCP SPREADSHEET PRIOR TO SENDING TO LEGAL TEAM IN PREPARATION FOR MONTHLY ACCRUAL NOTIFICATION TO MULTIPLE BUSINESS UNITS. |
| 04/25/12 Wed | Berger, M 043012-30/176 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 POINT OUT CHANGES NEEDED TO M. RICHARDSON AFTER FURTHER REVIEW OF OCP SPREADSHEET. |
| 04/25/12 Wed | Berger, M 043012-30/177 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF ACCOUNTING FOR RECENTLY RECEIVED OCP INVOICES PRIOR TO PROCESSING FOR PAYMENT. |
| 04/25/12 Wed | Berger, M 043012-30/178 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 DISCUSS OCP SPREADSHEET WITH M. RICHARDSON (TRIB LEGAL). |
| 05/01/12 Tue | Berger, M 053112-30/1 | 0.20 | 0.20 | 75.00 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH B. MYRICK (SIDLEY) RELATED TO OCP REPORTING. |
| 05/01/12 Tue | Berger, M 053112-30/2 | 0.50 | 0.50 | 187.50 | MATTER NAME: AP/Vendor Issues<br>1 CALLS WITH R. MARIELLA TO DISCUSS OCP CLAIM RECONCILIATION AND OTHER CASE TOPICS. |
| 05/08/12 Tue | Stone, R 053112-30/1032 | 0.80 | 0.80 | 400.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW INVOICE INFORMATION PROVIDED BY F. MCGINN (IRON MOUNTAIN) REGARDING OUTSTANDING PAYMENT MATTERS. |
| 05/09/12 Wed | Berger, M 053112-30/28 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 DISCUSSIONS WITH OCP TEAM RE: AMENDED OCP AFFIDAVITS AND TIMING FOR MONTHLY REPORTING. |
| 05/09/12 Wed | Berger, M 053112-30/29 | 1.10 | 1.10 | 412.50 | MATTER NAME: AP/Vendor Issues<br>1 UPDATE OCP MODEL WITH NEW VENDORS PER M. REGALA REQUEST. |
| 05/10/12 Thu | Berger, M 053112-30/39 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW UPDATED OCP SPREADSHEET PER M. RICHARDSON REQUEST. |
| 05/10/12 Thu | Berger, M 053112-30/40 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF UPDATED TRIBUNE PROFESSIONALS LISTING. |
| 05/10/12 Thu | Berger, M 053112-30/41 | 0.80 | 0.80 | 300.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF ACCRUED PROFESSIONAL FEES SCHEDULES TO FORM LIST OF QUESTIONS TO TREASURY IN PREPARATION FOR EMERGENCE. |
| 05/14/12 Mon | Berger, M 053112-30/66 | 0.20 | 0.20 | 75.00 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH B. MYRICK (SIDLEY) RE: OCP ISSUES. |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 05/15/12 Tue | Berger, M 053112-30/72 | 0.60 | 0.60 | 225.00 | MATTER NAME: AP/Vendor Issues 1 RESEARCH OF OCP QUESTIONS POSED BY B. MYRICK (SIDLEY). |
| 05/15/12 Tue | Berger, M 053112-30/73 | 0.80 | 0.80 | 300.00 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF INITIAL OCP SPREADSHEET. |
| 05/16/12 Wed | Stone, R 053112-30/1125 | 0.80 | 0.80 | 400.00 | MATTER NAME: AP/Vendor Issues 1 ANALYZE POST PETITION INVOICES PROVIDED BY F. MCGINN (IRON MOUNTAIN) INCLUDING COMPARISON TO OUTSTANDING ONBASE RECORDS. |
| 05/17/12 Thu | Berger, M 053112-30/86 | 0.20 | 0.20 | 75.00 | MATTER NAME: AP/Vendor Issues 1 CORRESPONDENCE WITH B. MYRICK (SIDLEY) AND M. REGALA (TRIBUNE) RELATED TO NEW OCP FIRMS RETENTION DATES. |
| 05/17/12 Thu | Berger, M 053112-30/87 | 0.70 | 0.70 | 262.50 | MATTER NAME: AP/Vendor Issues 1 UPDATE OCP MODEL TO INCLUDE RECENTLY APPROVED VENDORS. |
| 05/17/12 Thu | Berger, M 053112-30/88 | 3.80 | 3.80 | 1,425.00 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF MULTIPLE SUBSIDIARY CLAIMS RELATED TO LEGAL INVOICES TO RECONCILE CLAIMS TO COMPANY RECORDS. |
| 05/18/12 Fri | Berger, M 053112-30/92 | 0.80 | 0.80 | 300.00 | MATTER NAME: AP/Vendor Issues 1 PREPARE MONTHLY OCP REPORT. |
| 05/18/12 Fri | Berger, M 053112-30/93 | 1.20 | 1.20 | 450.00 | MATTER NAME: AP/Vendor Issues 1 UPDATE CAP OVERAGE TRACKING SPREADSHEET. |
| 05/18/12 Fri | Berger, M 053112-30/94 | 1.50 | 1.50 | 562.50 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF CAP CALC OVERAGES INCLUDING DRAFT EMAILS TO OCP TEAM RE: THE SAME. |
| 05/18/12 Fri | Berger, M 053112-30/95 | 2.50 | 2.50 | 937.50 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF OCP SPREADSHEET, OCP MODEL INCLUDING TIE-OUT OF BOTH COMPARED TO REVIEW OF ALL INVOICES APPROVED IN PRIOR MONTH. |
| 05/21/12 Mon | Berger, M 053112-30/96 | 1.10 | 1.10 | 412.50 | MATTER NAME: AP/Vendor Issues 1 REVISE/FINALIZE MONTHLY OCP REPORT PRIOR TO DISTRIBUTION. |
| 05/22/12 Tue | Berger, M 053112-30/103 | 0.80 | 0.80 | 300.00 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF OCP UPLOADS FOR PROPER ACCOUNTING TREATMENT PRIOR TO SUBMISSION. |
| 05/22/12 Tue | Berger, M 053112-30/104 | 1.10 | 1.10 | 412.50 | MATTER NAME: AP/Vendor Issues 1 REVIEW OF FINAL OCP SPREADSHEET INCLUDING PROPOSING CHANGES TO TIE-OUT TO OTHER COMPANY SOURCE FILES. |

EXHIBIT K
OTHER FIRMS' RETENTION/COMPENSATION
Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| 05/24/12 Thu | Berger, M 053112-30/116 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 CALL WITH R. MARIELLA (TRIBUNE LEGAL) TO DISCUSS MULTIPLE ISSUES. |
| 05/24/12 Thu | Berger, M 053112-30/117 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF OCP INVOICES ON HOLD AND PROVIDE GUIDANCE ON PROPER TREATMENT. |
| 05/24/12 Thu | Schmaltz, J 053112-240/914 | 0.80 | 0.40 | 240.00 | MATTER NAME: Plan of Reorganization<br>1 REVIEW MEMO RE: PROFESSIONAL FEE PAYMENT PROCESS;<br>2 PROVIDE COMMENTS RE: SAME. |
| 05/24/12 Thu | Stone, R 053112-30/1201 | 0.40 | 0.40 | 200.00 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE WITH M. DAVIS (TRIBUNE) REGARDING PREPETITION SERVICE PERIOD INVOICES RECEIVED FROM VENDOR. |
| 05/28/12 Mon | Frank, M 053112-240/623 | 0.80 | 0.80 | 340.00 | MATTER NAME: Plan of Reorganization<br>1 CHANGES TO EFFECTIVE DATE MEMO RE: COMMITTEE PROFESSIONALS PAYMENTS. |
| 05/29/12 Tue | Schmaltz, J 053112-240/923 | 0.50 | 0.25 | 150.00 | MATTER NAME: Plan of Reorganization<br>1 REVIEW MEMO RE: PROFESSIONAL FEE PAYMENT PROCESS;<br>2 PROVIDE COMMENTS RE: SAME. |
| 05/30/12 Wed | Berger, M 053112-30/134 | 0.20 | 0.20 | 75.00 | MATTER NAME: AP/Vendor Issues<br>1 CORRESPONDENCE: WITH B. MYRICK RE: CAP OVERAGE INVOICES FOR OCP. |
| 05/30/12 Wed | Berger, M 053112-30/135 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 CALL WITH M. MICKEY (LOEB & LOEB) TO ASSIST WITH FILING FEE APPLICATION AND TO DISCUSS ACCOUNTING RECONCILIATION FOR ALL POST-PETITION INVOICES CASE TO DATE. |
| 05/30/12 Wed | Berger, M 053112-30/136 | 0.30 | 0.30 | 112.50 | MATTER NAME: AP/Vendor Issues<br>1 CALL WITH R. MARIELLA TO DISCUSS LOEB & LOEB CAP OVERAGE WITHHOLDING AND NEWLY ISSUED INVOICES. |
| 05/30/12 Wed | Berger, M 053112-30/137 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 REVIEW OF PAYMENT ISSUE ARISING FROM FIRM BEING PAID OUTSIDE OF STANDARD OCP PROCEDURE. |
| 05/30/12 Wed | Berger, M 053112-30/138 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 DISCUSS CAP OVERAGE VENDOR PAYMENT ISSUES WITH R. MARIELLA. |
| 05/30/12 Wed | Berger, M 053112-30/139 | 0.40 | 0.40 | 150.00 | MATTER NAME: AP/Vendor Issues<br>1 MEETING WITH M. REGALA TO REVIEW CERTAIN INVOICES EXCEEDING 3-MONTH ROLLING CAP. |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | DESCRIPTION |
|------|-----------------|-------------|-------|------|-------------|
| | | | 69.25 | $26,530.00 | |
| Total | | | | | |
| Number of Entries: | 90 | | | | |

EXHIBIT K

OTHER FIRMS' RETENTION/COMPENSATION

Alvarez & Marsal North America, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Berger, M | 64.80 | 24,300.00 |
| Frank, M | 0.80 | 340.00 |
| Schmaltz, J | 0.65 | 390.00 |
| Stone, R | 3.00 | 1,500.00 |
| | 69.25 | $26,530.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| AP/Vendor Issues | 65.30 | 24,862.50 |
| Claims | 2.20 | 825.00 |
| Contract | 0.30 | 112.50 |
| Plan of Reorganization | 1.45 | 730.00 |
| | 69.25 | $26,530.00 |