**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF WITHDRAWAL AND REQUEST**
**FOR REMOVAL FROM ELECTRONIC FILING**

    **PLEASE TAKE NOTICE** that The Bailey Law Firm and the undersigned counsel hereby request to be removed from the Court's Electronic Service List (jbailey@jfbailey.com and lharris@jfbailey.com) in the above matter.

                            THE BAILEY LAW FIRM

                            /s/ James F. Bailey, Jr.
                            JAMES F. BAILEY, JR., Bar I.D. #336
                            Three Mill Road, Suite 306A
                            Wilmington, DE  19806
                            (302) 658-5686

Dated:  January 17, 2013