**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the office of Barnes & Thornburg LLP ("B&T") located at 1000 N. West Street, Wilmington, Delaware, has moved to a new suite address, with new telephone and facsimile numbers, as follows:

BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Phone: (302) 300-3434
Facsimile: (302) 300-3456

PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to B&T at the address set forth above.  All e-mail addresses for B&T attorneys and staff remain unchanged.

Dated: January 18, 2013
        Wilmington, DE

BARNES & THORNBURG LLP

*/s/ David M. Powlen*
David M. Powlen (DE No. 4978)
Kevin G. Collins (DE No. 5149)
1000 North West Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 300-3434
Facsimile: (302) 300-3456
David.Powlen@btlaw.com
Kevin.Collins@btlaw.com

*Attorneys for Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co Inc.)*