## SERVICE LIST

Kenneth P. Kansa  
Sidley Austin LLP  
One South Dearborn  
Chicago, IL 60603  

Adam G. Landis  
Matthew B. McGuire  
Landis Rath & Cobb LLP  
919 Market Street, Suite 1800  
Wilmington, DE 19801  

David Klauder  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207 - Lockbox # 35  
Wilmington, DE 19899-0035  

Norman L. Pernick, Esq.  
J. Kate Stickles, Esq.  
Cole, Schotz, Meisel, Forman & Leonard, PA  
1000N. West Street, Suite 1200  
Wilmington, DE 19801  

Howard Seife  
David M. Lemay  
Douglas E. Deutsch  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY 10112