

**New York State Department of**
# Taxation and Finance
Collections and Civil Enforcement Division - Bankruptcy Unit

January 18, 2013



## Fax Transmittal
## Confidentiality Notice

This facsimile contains privileged and confidential information intended for the use of the addressee(s) named below. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original to us at the above address via U.S. Postal Service. Thank you.

| To: Wanda Smith | Fax #: | 1-469-528-9550 |
|---|---|---|
|  | Phone #: |  |
| From: Mr. Rue | Fax #: | <-Select-> |
| CCED Bankruptcy Unit | Phone #: | 1-518-457-3160 |

Notes: TRIBUNE BROADCASTING COMAPNY DOCKET #08-13223
Number of pages, including cover page: 3



**New York State Department of
Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

January 18, 2013

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions -  Tribune Company
757 Third Avenue
New York,  NY   10017

Re:   Claim withdrawal for TRIBUNE BROADCASTING COMPANY
       Docket #:  08-13223  KJC  Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Administrative Expense proof of claim (claim #7131) in the amount of $30,517.48 with a statement date of 07/03/2012.  There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel



**New York State Department of**
**Taxation and Finance**
Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

## Administrative Expense Tax Liability

Statement date: 7/3/2012
Amendment: 2nd
Case number: 08-13223 KJC
Refer to this number for inquiries
Total claim amount: $30,517.48
Taxpayer ID#: B-TF-3001930-2
B-36-3082569-4

UNITED STATES BANKRUPTCY COURT
TOTAL DISTRICT OF DELAWARE
c/o EPIQ SOLUTIONS-TRIBUNE COMPANY
757 THIRD AVENUE
NEW YORK, NY 10017



FILED / RECEIVED
JUL 05 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

This is a statement of tax liabilities for TRIBUNE BROADCASTING COMPANY and TRIBUNE BROADCASTING COMPANY.
Additional penalty and interest will accrue if paid after 7/7/2012.

**Administrative Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| WITHLD | 12/31/11 | L-037459878-3 | 25,206.05 | 1,890.45 | 974.48 | 28,070.98 | ACT |
| WITHLD | 03/31/12 | L-038239322-1 | 2,267.66 | 156.04 | 42.80 | 2,446.50 | ACT |
| | | | | | Total $ | 30,517.48 | |

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000007131



This claim amends and supercedes the previous claim dated 3/28/2012.
Current Annual Interest Rates by Tax Type: Withholding - 7.5%
Liability Type Descriptions: ACT - Actual Return Filed



TC-987 (2/01)    120628220032000155