## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Objection Deadline: February 11, 2013 at 4:00 p.m.**<br>**Hearing Date: N/A** |

## FORTY-SEVENTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

Name of Applicant:                          Alvarez & Marsal North America, LLC

Authorized to provide professional
services to:                                        Debtors and Debtors-in-Possession

Date of Retention:                          February 13, 2009 effective as of December 8, 2008

Period for which compensation
and reimbursement are sought:        November 1, 2012 through November 30, 2012

Amount of compensation sought as

---

1 The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9195363v1

actual, reasonable, and necessary:            $  763,208.50

Amount of expense reimbursement sought
as actual, reasonable, and necessary:         $      695.57


This is an:     _X_ monthly  ___ interim    ___ final application.


Requested Payment Amount:

  Fees at 80%                          $ 610,556.80

  Expenses at 100%                     $      695.57

  Total:                               $ 611,262.37

46429/0001-9195363v1

**Prior Applications**

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 3/20/09 [558] | 12/8/2008 through 1/31/2009 | $1,750,295.00 | $8,959.29 | 4/15/09 [1026] | $1,400,556.00 | $8,959.29 | $350,139.00 |
| 4/3/2009 [858] | 2/1/2009 through 2/28/2009 | $1,061,861.00 | $17,085.39 | 4/29/09 [1106] | $ 849,488.80 | $17,085.39 | $212,372.20 |
| 4/29/2009 [1115] | 3/1/2009 through 3/31/2009 | $1,294,259.00 | $10,403.66 | 5/22/09 [1227] | $1,035,407.20 | $10,403.66 | $258,851.80 |
| 6/5/2009 [1301] | 4/1/2009 through 4/30/2009 | $1,068,295.00 | $10,099.00 | 6/30/09 [1666] | $854,636.00 | $10,099.00 | $213,659.00 |
| 7/7/2009 [1691] | 5/1/2009 through 5/31/2009 | $701,658.50 | $6,207.84 | 7/30/09 [1870] | $561,326.80 | $6,207.84 | $140,331.70 |
| 8/17/2009 [1969] | 6/1/2009 through 6/30/2009 | $646,794.00 | $7,002.20 | 9/11/09 [2108] | $517,435.20 | $7,002.20 | $129,358.80 |
| 9/8/2009 [2102] | 7/1/2009 through 7/31/2009 | $700,890.00 | $7,170.36 | 10/1/09 [2257] | $560,712 | $7,170.36 | $140,178.00 |
| 9/25/2009 [2228] | 8/1/2009 through 8/31/2009 | $598,529.50 | $1,976.25 | 10/19/09 [2384] | $478,823.60 | $1,976.25 | $119,705.90 |
| 11/6/2009 [2512] | 9/1/2009 through 9/30/2009 | $528,887.50 | $3,204.71 | 12/2/09 [2716] | $423,110.00 | $3,204.71 | $105,777.50 |
| 1/4/2010 [3007] | 10/1/2009 through 10/31/2009 | $608,070.00 | $1,671.19 | 1/27/10 [3245] | $486,456.00 | $1,671.19 | $121,614.00 |
| 1/4/2010 [3007] | 11/1/2009 through 11/30/2009 | $492,073.00 | $439.83 | 2/4/10 [3312] | $393,658.40 | $439.83 | $98,414.60 |
| 2/19/2010 [3508] | 12/1/2009 through 12/31/2009 | $416,743.50 | $2,519.25 | 3/12/10 [3721] | $333,394.40 | $2,519.25 | $83,348.70 |
| 3/16/2010 [3742] | 1/1/2010 through 1/31/2010 | $615,510.50 | $3,992.56 | 4/8/10 [3972] | $492,408.40 | $3,992.56 | $123,102.10 |
| 4/9/2010 [3985] | 2/1/2010 through 2/28/2010 | $652,673.50 | $928.17 | 5/4/10 [4232] | $522,138.80 | $928.17 | $130,534.70 |
| 5/18/2010 [4461] | 3/1/2010 through 3/31/2010 | $594,072.50 | $1,057.12 | 6/11/10 [4762] | $475,258.00 | $1,057.12 | $118,814.50 |

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 6/7/2010 [4713] | 4/1/2010 through 4/30/2010 | $409,024.50 | $760.77 | 6/30/10 [4917] | $327,219.60 | $760.77 | $ 81,804.90 |
| 7/6/2010 [4940] | 5/1/2010 through 5/31/2010 | $491,264.00 | $2,782.68 | 7/29/10 [5196] | $393,011.20 | $2,782.68 | $ 98,252.80 |
| 8/6/2010 [5293] | 6/1/2010 through 6/30/2010 | $490,411.00 | $98.19 | 9/14/10 [5691] | $392,328.80 | $98.19 | $ 98,082.20 |
| 9/3/2010 [5621] | 7/1/2010 through 7/31/2010 | $552,841.00 | $252.00 | 9/27/10 [5818] | $442,272.80 | $252.00 | $110,568.20 |
| 9/24/2010 [5807] | 8/1/2010 through 8/31/2010 | $544,134.50 | $684.40 | 10/18/10 [6001] | $435,307.60 | $684.40 | $108,826.90 |
| 12/9/2010 [7123] | 9/1/2010 through 9/30/2010 | $402,037.00 | $182.56 | 12/30/10 [7354] | $321,629.60 | $182.56 | $80,407.40 |
| 12/29/2010 [7342] | 10/1/2010 through 10/31/2010 | $542,540.00 | $3,907.37 | 1/21/11 [7596] | $434,032.00 | $3,907.37 | $108,508.00 |
| 1/13/2011 [7485] | 11/1/2010 through 11/30/2010 | $623,114.00 | $2,923.36 | 2/4/11 [7797] | $498,491.20 | $2,923.36 | $124,622.80 |
| 2/14/2011 [7946] | 12/1/2010 through 12/31/2010 | $426,057.00 | $3,893.36 | 3/10/11 [8340] | $340,845.60 | $3,893.36 | $85,211.40 |
| 3/9/2011 [8329] | 1/1/2011 through 1/31/2011 | $562,805.00 | $54.16 | 3/31/11 [8534] | $450,244.00 | $54.16 | $112,561.00 |
| 4/8/2011 [8605] | 2/1/2011 through 2/28/2011 | $591,536.00 | $1,080.48 | 5/2/11 [8816] | $473,223.80 | $1,080.48 | $118,307.20 |
| 5/16/2011 [8918] | 3/1/2011 through 3/30/2011 | $575,767.50 | $15,410.55 | 6/8/11 [9204] | $460,614.00 | $15,410.55 | $115,153.50 |
| 6/15/2011 [9252] | 4/1/2011 through 4/30/2011 | $340,489.00 | $2,723.55 | 7/8/11 [9442] | $272,391.20 | $2,723.55 | $68,097.80 |
| 7/13/2011 [9456] | 5/1/2011 through 5/31/2011 | $332,825.50 | $84.00 | 8/3/11 [9604] | $266,260.40 | $84.00 | $66,565.10 |
| 8/4/2011 [9611] | 6/1/2011 through 6/30/2011 | $337,235.50 | $590.10 | 8/26/11 [9721] | $269,788.40 | $590.10 | $67,447.10 |
| 8/26/2011 [9720] | 7/1/2011 through 7/31/2011 | $306,612.50 | $889.79 | 9/20/11 [9796] | $245,290.00 | $889.79 | $61,322.50 |

46429/0001-9195363v1

| Date & Docket No.# | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 9/20/2011 [9794] | 8/1/2011 through 8/31/2011 | $300,407.00 | $30.00 | 10/13/11 [9971] | $240,325.60 | $30.00 | $60,081.40 |
| 11/9/2011 [10183] | 9/1/2011 through 9/30/2011 | $269,440.00 | $15.02 | 12/1/11 [10339] | $215,552.00 | $15.02 | $53,888.00 |
| 12/15/2011 [10457] | 10/1/2011 through 10/31/2011 | $269,196.00 | $453.43 | 1/9/11 [10565] | $215,356.80 | $453.43 | $53,839.20 |
| 1/12/2012 [10600] | 11/1/2011 through 11/30/2011 | $419,550.00 | $1,193.11 | 3/22/12 [11221] | $335,640.00 | $1,193.11 | $83,910.00 |
| 2/16/2012 [10947] | 12/1/2011 through 12/31/2011 | $317,406.50 | $516.00 | 3/9/12 [11131] | $253,924.80 | $516.00 | $63,481.30 |
| 3/20/2012 [11191] | 1/1/2012 through 1/31/2012 | $391,500.00 | $519.26 | 4/12/12 [11360] | $313,200.00 | $519.26 | $94,684.70 |
| 4/11/2012 [11353] | 2/1/2012 through 2/29/2012 | $378,738.80 | $155.00 | 5/3/12 [11533] | $302,991.04 | $155.00 | $94,684.70 |
| 5/15/2012 [11613] | 3/1/2012 through 3/31/2012 | $441,063.00 | $1,719.24 | 6/6/12 [11762] | $352,850.40 | $1,719.24 | $88,212.60 |
| 6/15/2012 [11822] | 4/1/2012 through 4/30/2012 | $477,560.00 | $1,377.28 | 7/10/12 [11983] | $382,048.00 | $1,377.28 | $95,512.00 |
| 7/13/2012 [12027] | 5/1/2012 through 5/31/2012 | $719,488.00 | $899.42 | 8/6/12 [12196] | $575,590.40 | $899.42 | $143,897.60 |
| 8/21/2012 [12310] | 6/1/2012 through 6/30/2012 | $894,431.00 | $13,637.64 | 9/13/12 [12421] | $715,544.80 | $13,637.64 | $178,886.20 |
| 9/6/2012 [12389] | 7/1/2012 through 7/31/2012 | $1,073,346.50 | $509.27 | 10/1/12 [12490] | $858,677.20 | $509.27 | $214,669.30 |
| 9/20/2012 [12444] | 8/1/2012 through 8/31/2012 | $1,032,102.00 | $7,968.31 | 10/12/12 [12566] | $825,681.60 | $7,968.31 | $206,420.40 |
| 12/4/2012 [12797] | 9/1/2012 through 9/30/2012 | $ 740,011.50 | $1,140.64 | 12/28/2012 [12934] | $592,009.20 | $1,140.64 | $148,002.30 |
| 1/4/2013 [12969] | 10/1/2012 through 10/31/2012 | $ 814,623.00 | $484.91 | Objection due 1/24/2013 | Pending | Pending | Pending |

5

*NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| Brian Whittman | Managing Director | $700 | 143.5 | $100,450.00 |
| Laureen Ryan | Managing Director | $700 | 33.4 | $23,380.00 |
| Mark Spittell | Senior Director | $790 | 0.8 | $632.00 |
| Justin Schmaltz | Senior Director | $600 | 130.5 | $78,300.00 |
| John Forte | Senior Director | $575 | 24.0 | $13,800.00 |
| Richard Stone | Director | $500 | 199.6 | $99,800.00 |
| Michael Hagenaar | Director | $450 | 32.3 | $14,535.00 |
| Mark Zeiss | Director | $450 | 38.9 | $17,505.00 |
| Jodi Ehrenhofer | Director | $425 | 178.9 | $76,032.50 |
| Bradley Boudouris | Manager | $425 | 11.5 | $4,887.50 |
| Damon Busse | Manager | $425 | 54.1 | $22,992.50 |
| Matthew Frank | Sr. Associate | $425 | 156.6 | $66,555.00 |
| Prasant Gondipalli | Sr. Associate | $425 | 119.7 | $50,872.50 |
| Alexander Gershner | Sr. Associate | $375 | 71.2 | $26,700.00 |
| Adam Buchler | Sr. Associate | $350 | 0.6 | $210.00 |
| Mark Berger | Associate | $375 | 11.3 | $4,237.50 |
| Matthew Williams | Consultant | $375 | 140.3 | $52,612.50 |
| Diego Torres | Analyst | $325 | 188.5 | $61,262.50 |
| Dwight Hingtgen | Analyst | $300 | 147.5 | $44,250.00 |
| Panagiotis Pantazis | Analyst | $75 | 20.3 | $1,522.50 |
| Mary Napoliello | Paraprofessional | $195 | 13.7 | $2,671.50 |
| **Total** | | | **1,717.2** | **$763,208.50** |
| | Blended Rate $444.45 | | | |

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Accounting | Address accounting cut-off issues and liabilities subject to compromise. | 68.1 | $31,367.50 |
| Administrative | Address administrative matters related to the engagement, including coordinating meetings, conference calls and the delivery of information, and preparing or reviewing court documents and general case management. | 1.1 | $467.50 |
| AP/Vendor Issues | Accounts Payable, Vendor, and Payroll issues other than those related to contracts. | 68.4 | $30,815.00 |
| Avoidance Actions | Assist the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code. | 17.0 | $8,125.00 |
| Cash Flow | Assist the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. | 1.5 | $1,050.00 |
| Claims | Prepare for the claims bar date and reviewing claims filed against the Debtor. | 625.6 | $252,377.00 |
| Communication | Work related to Communication Documents and Call Center. | 1.8 | $1,260.00 |
| Contract | Assist the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts,  and with the analysis of contract rejection claims. | 40.3 | $15,967.50 |
| Creditor | Prepare for and attend meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests. | 78.6 | $40,782.50 |
| Fee Application | Preparation of monthly and interim fee applications in accordance with court guidelines. | 21.5 | $5,211.50 |
| Financing | Assist Debtors in obtaining Exit Financing, reviewing and negotiating loan documents, and responding to related due diligence requests. | 57.1 | $30,517.50 |
| Leases and Real Estate | Assist the Debtors with determination of potential leases to assume or reject, analysis of cure costs, etc. | 39.3 | $21,102.50 |
| Litigation Trust Valuation | This category represents time spent working at the direction of the Debtors' counsel on a valuation of causes of action to be transferred to the litigation trust in accordance with the terms of the plan of reorganization. | 189.4 | $85,320.00 |
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 2.9 | $1,820.00 |

46429/0001-9195363v1

| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 1.2 | $840.00 |
|---|---|---|---|
| Plan of Reorganization | Assist the Debtors in the preparation of the plan of reorganization. | 484.0 | $224,427.50 |
| Tax | Assist the Debtors in tax related matters. | 16.8 | $9,937.50 |
| Travel | Billable travel time (reflects 50% of time incurred). | 2.6 | $1,820.00 |
| | **Total** | **1,717.2** | **$763,208.50** |
| | **Blended Rate $444.45** | | |

8

## SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Miscellaneous | Various | $187.15 |
| Transportation | Various | $508.42 |
| Total | | **$695.47** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1.  Exhibit A – Summary of Time by Task

2.  Exhibit B – Summary of Time Detail by Professional

3.  Exhibit C – Summary of Time Detail by Task by Professional

4.  Exhibit D – Time Detail by Task Code which includes a daily time log detailing

    the activities and services performed by the Applicant on behalf of the Debtor

5.  Exhibit E – Summary of Expense by Category

6.  Exhibit F - Expense Detail by Professional which includes a breakdown of the

    Applicant's expenses incurred.

9

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Objection Deadline: February 11, 2013 at 4:00 p.m.**<br>**Hearing Date: N/A** |

**FORTY-SEVENTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL
NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS
TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

For its Forty-seventh Monthly Fee Statement for Compensation and Reimbursement of

Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the

"Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"),

respectfully represents as follows:

## A.  BACKGROUND

       1.        On December 8, 2008 (the "Commencement Date"), each of the Debtors

---

1 The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of
each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC
(5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland
Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC
(9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC
(4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844);
KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC
(6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company,
LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press,
LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and
Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC
(2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford,
LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune
CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232);
Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC
(6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc.
(4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company,
LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC
(3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan
Avenue, Chicago, Illinois 60611.

filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are

operating their businesses and managing their property as debtors in possession pursuant to §§

1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or

examiner has been made in these chapter 11 cases.

       2.     Pursuant to an order entered on February 13, 2009, the employment of

Applicant as restructuring advisors to the Debtors was authorized effective as of December 8,

2008.

       3.     Applicant has rendered services on behalf of the Debtors from November

1, 2012 through November 30, 2012 (the "Application Period") totaling 1,717.2, and in

connection therewith requests allowance of monthly compensation in the amount of

$763,208.50, and reimbursement of expenses in the amount of $695.57.

       4.     Applicant maintains contemporaneous records of the time expended for

the professional services and expenses related thereto performed in connection with these

Chapter 11 cases and such records are maintained in the ordinary course of its business.  These

records provide a detailed description of the services rendered and expenses incurred during the

period for which this Application is being made.  Applicant's time records in the sum of

$763,208.50 regarding the Chapter 11 proceedings are annexed hereto as Exhibit D.

## B.  DESCRIPTION OF SERVICES AND
## EXPENSES AND RELIEF REQUESTED

5.      Applicant's services on behalf of the Debtors are described in detail in

Exhibit D.  In general, Applicant assisted the Debtors in routine bankruptcy matters and

represented the Debtors in meetings with creditors, advisors, customers and others.

6.      To assist the Court in its review of the fees sought by Applicant, Applicant

has separated its time entries in Exhibit D into the following categories:

a.      Accounting.  This category includes time spent by Applicant

assisting the Debtors with the bankruptcy related accounting matters.  The total fees sought

under this category for the period November 1, 2012 through November 30, 2012 are $31,367.50

(68.1 hours).

b.      Administrative.  This category includes time spent by the

Applicant addressing administrative matters related to the engagement, including coordinating

meetings, conference calls and the delivery of information, and preparing or reviewing court

documents and general case management.  The total fees sought under this category for the

period November 1, 2012 through November 30, 2012 are $467.50 (1.1 hours).

c.      AP, Vendor Issues.  This category includes time spent related to

Accounts Payable, Vendor, and Human Resource issues other than those related to contracts.

During the Application Period, the Applicant assisted the Debtors a number of tasks in this area

including (a) responding to inquiries from vendors and ongoing  negotiations with vendors

regarding credit terms and other contract issues (including associated vender reconciliations), (b)

reviewing potential pension and other benefit obligations, (c) assisting the Debtors with carrying

out the court ordered payment and reconciliation procedures for ordinary course professionals,

and (d) assisting the Debtors with review of potential escheatment issues.  The total fees sought

3

under this category for the period November 1, 2012 through November 30, 2012 are $30,815.00 (68.4 hours).

          d.     <u>Avoidance Actions</u>.  This category includes time assisting the Debtors and their counsel with analyzing information associated with potential causes of action under sections 547 and 548 of the bankruptcy code.  The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $8,125.00 (17.0 hours).

          e.     <u>Cash</u>.  This category includes time spent assisting the Debtors with preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues.   The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $1,050.00 (1.5 hours).

          f.     <u>Claims</u>.  This category includes time spent reviewing the claims filed against the Debtors as well as company data in order to assist in the reconciliation of such claims and/or to identify and collect additional liability data for possible future amendments to the Schedules.  The Applicant worked with the Debtors to (i) develop team-specific reconciliation processes, (ii) review and channel filed claims per the established review protocol, (iii) provide regular reporting on reconciliation efforts both to the reconciliation team as well as the Debtors' and Committee's professionals and (iv) coordinate and participate in the overall claims reconciliation effort as necessary.  The Applicant also worked on claims estimates to support the plan negotiation process.  During the Application Period the Applicant coordinated and assisted the Debtor in the continuing review and reconciliation of the over 6,000 claims filed, worked on stipulated resolutions of certain trade claims, and assisted counsel with various omnibus claims objections. In addition, a significant amount of time was spent preparing for

4

emergence from bankruptcy, including testing accounts payable and payroll related disbursements expected to occur at emergence, calculating claims reserves, and preparing presentations of anticipated Allowed Claims to satisfy conditions to emergence. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $252,377.00 (625.6 hours).

g.    Communication. This category includes time assisting the Debtors with communication relative to the emergence planning. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $1,260.00 (1.8 hours).

h.    Contract. This category includes time assisting the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, with the analysis of contract rejection claims, and with the analysis of cure costs. During the Application Period, the Applicant continued to assist with resolution of cure cost disputes and other contract matters. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $15,967.50 (40.3 hours).

i.    Creditor. This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $40,782.50 (78.6 hours).

46429/0001-9195363v1

j.    <u>Fee Application.</u> This category includes time incurred for the preparation of the monthly and interim fee statements in compliance with court guidelines. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $5,211.50 (21.5 hours).

k.    <u>Financing.</u> This category includes time assisting the Debtors in obtaining exit financing, reviewing and negotiating loan documents and responding to related due diligence requests. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $30,517.50 (57.1 hours).

l.    <u>Leases and Real Estate.</u> This category includes time assisting the Debtors with determination of potential leases to assume or reject, analysis of related cure costs, etc. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $21,102.50 (39.3 hours).

m.    <u>Litigation Trust Valuation.</u> This category represents the time working at the direction of the Debtors' counsel on a valuation of causes of action to be transferred to the litigation trust in accordance with the terms of the plan of reorganization. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $85,320.00 (189.4 hours).

n.    <u>Monthly Operating Report.</u> This category includes time assisting the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. The total fees sought under this category for the period November 1, 2012 through November 30, 2012 are $1,820.00 (2.9 hours).

o.    <u>Operations.</u> This category includes time reviewing the Debtors business performance and assisting the Debtors with matters related to the general operation of

6

their business as well as implementation of their business plan.  The total fees sought under this

category for the period November 1, 2012 through November 30, 2012 are $840.00 (1.2 hours).

        p.      <u>Plan of Reorganization.</u>  This category includes time assisting the

Debtors in the preparation and negotiation of the plan of reorganization and disclosure statement

and preparing analysis to support the plan process.  During the Application Period, the Applicant

also worked on a number of emergence related tasks including (a) the preparation of updated

estimates of distributable cash and reserves of cash required at emergence, (b) the preparation of

presentations on distribution related issues to the Plan Proponents, (c) updating the equity

allocation model to address compliance with FCC requirements, and (d) other tasks related to the

Debtors emergence from bankruptcy which occurred on December 31, 2012.  The total fees

sought under this category for the period November 1, 2012 through November 30, 2012 are

$224,427.50 (484.0 hours).

        q.      <u>Tax.</u>  This category including time assisting the Debtors with tax

related matters.  The total fees sought under this category for the period November 1, 2012

through November 30, 2012 are $9,937.50 (16.8 hours).

        r.      <u>Travel.</u>  This category contains non-working travel time on behalf

of the Debtor.  This time was billed at ½ the time incurred.  The total fees sought under this

category for the period November 1, 2012 through November 30, 2012 are $1,820.00 (2.6 hours)

        The foregoing general description of services rendered in specific areas is not

intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this

case.  The time records attached as <u>Exhibit D</u> present more completely the work performed by

Applicant in each billing category during the period covered by this Application.

7

7.    Applicant believes that the post-petition services rendered during the period November 1, 2012 through November 30, 2012 on behalf of the Debtors are reasonably worth the sum of $763,208.50, and Applicant requests the allowance of such sum. The blended hourly rate for all services post-petition rendered by Applicant is $444.45.

8.    Applicant further requests reimbursement of costs expended on behalf of the Debtors for the period November 1, 2012 through November 30, 2012 in connection with these Chapter 11 proceedings in the sum of $695.57 as set forth in the summary attached as Exhibit E. The detailed expense items incurred by professional is attached and outlined as Exhibit F.

9.    The expenses incurred by Applicant may include long distance telephone calls, over-night delivery, travel expenses, local messenger service, meals, postage, and duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense.    Applicant does not charge for facsimiles.

10.    Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

8

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $763,208.50 and reimbursement of costs expended November 1, 2012 through November 30, 2012 in the sum of $695.57, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: January 22, 2013
      Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone:  312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*

9

46429/0001-9195363v1