## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13036 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On January 14, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on January 16, 2013 at 11:00 A.M. Before the Honorable Kevin J. Carey," dated January 14, 2013 [Docket No. 13036],

by causing true and correct copies to be:

   i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. delivered via electronic mail to those parties listed on the annexed Exhibit C, and

   iv.  delivered via facsimile to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
16th day of January, 2013

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACANFORA,JOHN F | P.O. BOX 77 BREINIGSVILLE PA 18031 |
| AGARWAL,DEEPAK | 5490 W 7TH AVENUE HIALEAH FL 33012 |
| ALDAPE,JAVIER J. | 207 E OHIO ST BOX 401 CHICAGO IL 60611 |
| ALLEN,CRAIG | 30 NANCY DRIVE MONROE CT 06468 |
| ALLEN,F ASHLEY | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| ALLEN,F ASHLEY | P.O. BOX 533427 ORLANDO FL 32853 |
| ANDERSON,JULIE D | 712 IRONWOOD CT. WINTER SPRINGS FL 32708 |
| ANISCHIK,THOMAS J | 4 AUSTIN DRIVE TOLLAND CT 06084 |
| ARROYO,GLADYS M | 1817 WISCONSIN AVENUE BERWYN IL 60402 |
| ASHER,MICHAEL D | 102 COVERIDGE LANE LONGWOOD FL 32779 |
| BAKER,CYNTHIA | 1320 MCCAY LANE MCLEAN VA 22101 |
| BARE,ROGER A | 2216 COLQUITT ST HOUSTON TX 77098 |
| BARRETT,HENRY R | 2036 LE DROIT DRIVE SOUTH PASADENA CA 91030 |
| BAZANOS,ALEXA A | 1709 N. LARRABEE UNIT 3N CHICAGO IL 60614 |
| BAZANOS,ALEXA A | 3513 N. JANSSEN AVE. CHICAGO IL 60657 |
| BELLACK,BOB | 820 S. OAKLAND AVENUE PASADENA CA 91106 |
| BENNETT,DAVID A | 20 LAWTON AVENUE NEWINGTON CT 06111 |
| BENSON,KELLY F | 1177 BRAMPTON PLACE HEATHROW FL 32746 |
| BERLAMINO,BETTY ELLEN | 87 JOYCE ROAD TENAFLY NJ 07670 |
| BERLAMINO,BETTY ELLEN | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| BIEDRON,THEODORE J | 404 JACKSON AVENUE GLENCOE IL 60022 |
| BIRMINGHAM,JOHN | 318 S. EVERGREEN AVE. ARLINGTON HEIGHTS IL 60005 |
| BIRMINGHAM,JOHN | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| BREWER,LISA E | 203 CLAYTON DR. YORKTOWN VA 23693 |
| BROWN,THOMAS F | 2813 LINDBERG AVENUE ALLENTOWN PA 18103 |
| BRUBAKER,REBECCA M | 1735 PATRIOT BLVD GLENVIEW IL 60026 |
| BUCKNOR,DAVID A | 8536 NW 46TH DRIVE CORAL SPRINGS FL 33067 |
| BUDIHAS,STEPHEN M | 2865 GREEN ACRES DRIVE ALLENTOWN PA 18103 |
| CAPUTO,THOMAS | 414 N. ELIZABETH LOMBARD IL 60148 |
| CASANOVA,VINCENT | 503 SHAWN LANE PROSPECT HEIGHTS IL 60070 |
| CATANIA,MATTHEW | 4 SHEILA DRIVE SMITHTOWN NY 11787 |
| CONWAY,SUSAN M | 125 LEEDS WILLIAMSBURG VA 23188 |
| DALEY,RAYMOND | 920 SE 4TH AVE POMPANO BEACH FL 33060 |
| DAVIS,CATHERINE A | 526 BRIAN DEAN DRIVE GLEN GARDNER NJ 08826 |
| DELIA,LAWRENCE | 2151 FINCHLEY ROAD CARMEL IN 46032 |
| DEPAOLA,KENNETH J | 21313 S. BOSCHOME CIRCLE KILDEER IL 60047-7805 |
| DEPAOLA,KENNETH J | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| DOHERTY,PHILIP | 329 EAST MADISON STREET ELMHURST IL 60126 |
| DONNELLY,CINDY | 203 NORMANDY RD. EDISON NJ 08820 |
| DONOVAN,DIANNE | 212 WOODLAWN ROAD BALTIMORE MD 21210 |
| EAGLE AIRCRAFT & | TRANSPORTATION MGNT, INC. SAMUEL ZELL TWO NORTH RIVERDALE PL,STE 600 CHICAGO IL 60606 |
| EHLMANN,TOM E | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| EHLMANN,TOM E | 910 SUFFOLK CT. SOUTHLAKE TX 76092 |
| ELLIS,JAMES L | 74 GOLF ROAD #243 GOLF IL 600290243 |

| Claim Name | Address Information |
|---|---|
| ELLIS,JAMES L | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE 3000 CHICAGO IL 60606 |
| ENGBERG,RICHARD | 608 MIDDLE RIVER DRIVE FORT LAUDERDALE FL 33304 |
| FARBER,STEVE | 143 AUGUSTA DRIVE DEERFIELD IL 60015 |
| FARRINGTON,AUDREY L | C/O DAVID TYRA KRONICK MOSKOVITZ TIEDEMANN & GIRARD 400 CAPITOL MALL, 27TH FLOOR SACRAMENTO CA 95814 |
| FARRINGTON,AUDREY L | 1930 10TH AVENUE SACRAMENTO CA 95818 |
| FEENEY,RICHARD S | 46 CARIBOU DRIVE NORWICH CT 06360 |
| FEENEY,RICHARD S | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| FEHER JR,JAMES F | 2958 VICTORIA LANE ALLENTOWN PA 18104 |
| FEHNEL,JAMES D | C/O FRANCES GECKER FRANK/GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| FEHNEL,JAMES D | 1238 W. FLETCHER STREET UNIT F CHICAGO IL 606573272 |
| FELTY,RICHARD D | 15 BEACON STREET NATICK MA 01760 |
| FILICE,PETER D | 9456 BURNS COURT GRANITE BAY CA 95746 |
| FLAX,KAREN H | 5716 S. KIMBARK AVENUE CHICAGO IL 60637 |
| FOUX,MICHAEL C | 4898 WATERFORD DRIVE MACUNGIE PA 18062 |
| FRANKLIN,TIMOTHY | 3709 PARK OVERLOOK COURT ELLICOTT CITY MD 21042 |
| GART,MICHAEL | 2126 ELMWOOD AVENUE WILMETTE IL 60091 |
| GART,MICHAEL | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| GATES,ERNEST C | 106 HOLLY ROAD WILLIAMSBURG VA 23185 |
| GATES,MICHAEL C | 17 DRIFTWOOD LANE E SETAUKET NY 11733 |
| GIANNINI,VINCENT R | 369 ARBOR CIRCLE MEDIA PA 19063 |
| GOLDSTONE,IRA | 420 MANHATTAN AVE. MANHATTAN BEACH CA 90266 |
| GRAZIANO,RICHARD J | 17 TYLER COURT AVON CT 06001 |
| GREENBERG,HOWARD | 2615 AURELIA PLACE FORT LAUDERDALE FL 33301 |
| HALL,CHARLOTTE H | 219 CORNERSTONE DR NEWTOWN SQUARE PA 19073 |
| HANO,RANDY | 5 ATKINSON LANE SUDBURY MA 01776 |
| HANO,RANDY | 124 WOODLAND AVE WINNETKA IL 60093 |
| HASELDEN,WILLIAM B | 411 S. OLD WOODWARD AVENUE APT. #825 BIRMINGHAM MI 48009-6649 |
| HAYES JR,DANA C. | 520 ASH STREET WINNETKA IL 60093 |
| HAYES JR,DANA C. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| HEALY,GREG | 2919 N. SOUTHPORT AVE #3 CHICAGO IL 60657 |
| HEALY,JANE E | 813 GREENWOOD ST. ORLANDO FL 32801 |
| HENDRICKS,JOHN R | 718 FRANKLIN AVENUE RIVER FOREST IL 60305 |
| HENDRICKS,JOHN R | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| HERTZ,CATHERINE M | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| HERTZ,CATHERINE M | 394 FAIRWAY POINTE CIRCLE ORLANDO FL 32828 |
| HILLIARD,ARDITH | 2870 BIRCHWOOD CIRCLE EMMAUS PA 18049 |
| HOLM,ROBERT | 24W276 PIN OAK LANE NAPERVILLE IL 60540 |
| HUDSPETH,CAROLYN | 3883 TURTLE CREEK BLVD. #2018 DALLAS TX 75219 |
| HUDSPETH,CAROLYN | C/O BARRETT C. LESHER HERMES SARGENT BATES, LLP 901 MAIN STREET, SUITE 5200 DALLAS TX 75248 |
| HUNTER,BONNIE B | 4671 PLATEAU VIEW DRIVE N.E. GRAND RAPIDS MI 49525 |
| HUNTER,TONY | 16049 HIDDEN VALLEY CIRCLE HOMER GLEN IL 60491 |
| HUTZLER,LINDA | 6715 BUSHRANGER PATH COLUMBIA MD 21046 |

| Claim Name | Address Information |
|---|---|
| INOUYE,RICHARD E | 1300 POPENOE ROAD LA HABRA HEIGHTS CA 90631 |
| ISKRA,ALICE T | 6236 PARALLEL LANE COLUMBIA MD 21045 |
| JACOBS,JANICE | 530 N. LAKESHORE DRIVE UNIT 1609 CHICAGO IL 60611 |
| JIMENEZ,TERRY | 241-20 NORTHERN BOULEVARD APT# 6B DOUGLASTON NY 11363 |
| JONES,GORDON L. | 77 LUKES WOOD ROAD NEW CANAAN CT 06840-2202 |
| JPMORGAN CHASE BANK, N.A. | MARINA LEVIN 383 MADISON AVENUE 24TH FLOOR NEW YORK NY 10179 |
| KATTEN MUCHIN ROSENMAN LLP | MARIA RAMOS KATTEN MUCHIN ROSENMAN LLP 525 WEST MONROE CHICAGO IL 60661 |
| KELLY JR,PAUL R | 8919 S FITZGERALD WAY MISSOURI CITY TX 77459 |
| KENNEDY,TIMOTHY R | 2075 CHARLES DRIVE HELLERTOWN PA 18055 |
| KERN,GEROULD | 1245 ANTIETAM DRIVE LONG GROVE IL 60047 |
| KHAHAIFA,AVIDO DIKARI | 1641 PINE BAY DRIVE LAKE MARY FL 32746 |
| KLUNDER,JACK D | 15735 BIRCHWOOD STREET LA MIRADA CA 90638 |
| KNAPP,PETER A | 844 BELLINGRATH COURT NAPERVILLE IL 60563 |
| KNAPP,PETER A | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE, SUITE 2800 CHICAGO IL 60606 |
| KNIFFIN,DAVID | 20 THOMASINA LANE DARIEN CT 06820 |
| KNIFFIN,DAVID | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE, CHUNG-HAN LEE 225 W WACKER DR STE 2800 CHICAGO IL 60606 |
| KOLB,PATRICIA A | 7109 BELDING RD NE ROCKFORD MI 49341-8213 |
| KOLLER,TIMOTHY L | 5 APPLE HILL LANE YORK PA 17402 |
| KRANZLEY,GLENN G | 839 MAGNOLIA ROAD HELLERTOWN PA 18055 |
| LANESEY,WILLIAM A | 7730 ANNESDALE DRIVE CINCINNATI OH 45243 |
| LANGMYER,THOMAS E. | 1829 CULVER LANE GLENVIEW IL 60025 |
| LEVINE,JEFFREY S | 133 N. POMPANO BEACH BLVD. APT. #1211 POMPANO BEACH FL 33062 |
| LIPINSKI,ANN MARIE | 4919 S. WOODLAWN AVENUE CHICAGO IL 60615 |
| LITMAN,BRIAN F | 1664 DARTMOUTH COURT NAPERVILLE IL 60565 |
| MAHONEY,WALTER F | 3946 HOWARD AVENUE WESTERN SPRINGS IL 60558 |
| MALCOLM,VINCENT A | 1323 ROSCOMARE RD. LOS ANGELES CA 90077 |
| MALEE,MICHAEL J | 3721 N. MILWAUKEE AVE UNIT 2 CHICAGO IL 60641 |
| MANZI,JOHN M | 5 FRANKLIN IRVINE CA 92620 |
| MARANTO,LOUIS | 3703 WHITEHALL LANE HAMPSTEAD MD 21074 |
| MARTIN,JEROME P | 8181 SOUTHWEST FREEWAY HOUSTON TX 77074 |
| MARTIN,JEROME P | 2727 REVERE STREET HOUSTON TX 77098 |
| MAUCKER,EARL R | 3511 NE 26TH AVENUE LIGHTHOUSE POINT FL 33064 |
| MAZZAFERRI,GINA M | 125 S. LAGRANGE ROAD LA GRANGE IL 60525 |
| MCCLEARY LA FRANCE,KIM A | 1540 11TH ST. MANHATTAN BEACH CA 90266 |
| MEYER,NANCY A | 156 TERRY ROAD HARTFORD CT 06105 |
| MEYROWITZ,ERIC J | 29 ALGONQUIN DRIVE CHAPPAQUA NY 10514 |
| MITCHELL,KENNETH | 1121 S. MILITARY TRAIL APT 172 DEERFIELD BEACH FL 33442 |
| MITCHELL,SUSAN M | 824 NORTH HOWARD STREET WHEATON IL 60187 |
| MITROVICH,DAN | 11623 SHADOW GLEN RD. EL CAJON CA 92020 |
| MOLCHANY,RICHARD D | 4041 HUNSICKER DRIVE WALNUTPORT PA 18088 |
| MOREHOUSE III,L CLARK | 1 OXFORD ROAD LARCHMONT NY 10538 |
| MORRILL,CHRISTOPHER C | 66 BRUNSWICK AVE WEST HARTFORD CT 06107 |
| MOTLEY,ROBYN L | 4715 17TH ST NW WASHINGTON DC 20011-3703 |
| MOTLEY,ROBYN L | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| MULDERRIG,STEPHEN J | 78 STANTON ST. DARIEN CT 06820 |
| MURAKAMI,GWEN P | 8 LANCIANO IRVINE CA 92620 |
| MURPHY,DAVID P | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO |

| Claim Name | Address Information |
|---|---|
| MURPHY, DAVID P | IL 60606 |
| MURPHY, DAVID P | 2611 N GREENVIEW AVENUE UNIT B CHICAGO IL 60614 |
| NEJAME, GEORGE C | 3795 WHITING MANOR LANE GLENDALE CA 91208 |
| NEWTON, RUSSELL J | 3563 PHEASANT STREET GLENDALE CA 912064810 |
| NORK, THOMAS J | 6079 NW 74TH STREET PARKLAND FL 33067 |
| O'BRIEN, DENNIS G | 12891 EAST VASSAR DRIVE AURORA CO 80014 |
| O'LOUGHLIN, JOHN T | C/O THE HOUSTON CHRONICLE ATTN: JOHN O'LOUGHLIN/PRESIDENT 801 TEXAS ST, 10TH FLR HOUSTON TX 77002 |
| O'LOUGHLIN, JOHN T | 1234 WILSHIRE APT# 436 LOS ANGELES CA 90017 |
| O'SHEA, JAMES | 2242 N. LINCOLN PARK WEST APT. 3-E CHICAGO IL 60614 |
| O'SULLIVAN, DANIEL A | 7912 RIDGE ROAD INDIANAPOLIS IN 46240 |
| ORTIZ, NORBERT E | 257 VIA SIENA LANE LAKE MARY FL 32746 |
| PALERMINI, ROBERT J | 1816 ORCHARD AVENUE UNIT #2 GLENDALE CA 91206-4179 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | DANIEL PERLMAN PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 NORTH WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PEARSON, PAMELA S | 737 OLIVE WAY APT. #2602 SEATTLE WA 98101 |
| PEDERSEN, GREGORY C | P.O. BOX 5576 WILLIAMSBURG VA 23188 |
| PISANI, JOSEPH F | 877 INDIAN HILL ROAD ORANGE CT 06477 |
| POELKING, JOHN F | 825 NORTH CHESTNUT AVENUE ARLINGTON HEIGHTS IL 60004 |
| POMPE, SCOTT G | 303 ALAMOSA DRIVE CLAREMONT CA 91711 |
| POSADA, JULIAN G | 4343 TRIPP CHICAGO IL 60641 |
| RAMIREZ, MYRNA G | 4015 70TH AVENUE E. ELLENTON FL 34222 |
| RAMSEY, ROBERT J | 900 E. PALM CANYON DRIVE APT # 102 PALM SPRINGS CA 92264 |
| RIGGLE, JOHN A | 81 CHURCHILL DR. YORK PA 17403 |
| RODDEN, JOHN B | 130 NORTH WAIOLA LA GRANGE IL 60525 |
| ROSS, SHEAU-MING KUO | 2719 PAYNE STREET EVANSTON IL 60201 |
| ROUNCE, ROBERT R | 164 MORGAN FARMS DRIVE SOUTH WINDSOR CT 06074 |
| RYAN, TIMOTHY E | 715 ROBIN HOOD HILL ANNAPOLIS MD 21405 |
| SANTAY, STEPHEN G | 6913 COLUMBUS AVE VAN NUYS CA 91405 |
| SCANLON, KEVIN P | 805 S MITCHELL AVENUE ELMHURST IL 60126 |
| SCHACHER, MARC S | 1249 WEST DICKENS AVENUE CHICAGO IL 60614 |
| SCHAIBLE, LINDA A | 13365 NW 7 STREET PLANTATION FL 33325 |
| SCHOLLY, ALISON R | 2137 W. HOMER CHICAGO IL 60647 |
| SCHREPF, ROBERT K | P.O. BOX 96 NORTH GRANBY CT 06060 |
| SEGALL, LYNNE A | 8436 HAROLD WAY LOS ANGELES CA 90069 |
| SEIDL, STEPHEN G | 1200 IROQUOIS DR. CROWNSVILLE MD 21032 |
| SENNET, CHARLES | 339 WEST BARRY AVENUE APT. #26C CHICAGO IL 60657 |
| SEWELL, IRENE M F | 2310 DEWES STREET GLENVIEW IL 60025 |
| SHANAHAN, PATRICK | 2732 CHEYENNE DRIVE NAPERVILLE IL 60565 |
| SHAW, WILLIAM P | 3434 E. VIA PALOMA COLIPAVA TUCSON AZ 85718-3462 |
| SHEEHAN, SHAUN M | 589 TIERRA MAR LANE NAPLES FL 34108 |
| SKIPPER, KATHY H | P O BOX 272487 BOCA RATON FL 334272487 |
| SLASON, MICHAEL D | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| SLASON, MICHAEL D | 241 WHITTIER CIRCLE ORLANDO FL 32806 |
| SMIST, ERIK A | 15821 TRENTON RD UPPERCO MD 21155 |
| SOLOMON, DIGBY A | 2080 HARPERS MILL ROAD WILLIAMSBURG VA 23185 |
| STANCAMPIANO, LOUIS J | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| STANCAMPIANO, LOUIS J | 2749 LAKEMOOR DRIVE ORLANDO FL 32828 |

| Claim Name | Address Information |
|---|---|
| TAZIOLI,LOU | 1024 S. LINCOLN AVENUE PARK RIDGE IL 60068 |
| TEUTSCH,CLIFFORD L | 12 SEMINARY ROAD SIMSBURY CT 06070 |
| THOMAS,DOUGLAS | 2144 CHESTNUT AVENUE WILMETTE IL 60091-1514 |
| THOMAS,DOUGLAS | C/O FRANCES GECKER FRANK/GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| THOMAS,TIMOTHY J | 910 BREEZEWICK CIRCLE BALTIMORE MD 21286 |
| TIPPIE,STEPHEN P | 60 W. ERIE #502 CHICAGO IL 60654 |
| TRINH,CAM B | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| TRINH,CAM B | 235 SE 9TH STREET DANIA FL 33004 |
| TWOHEY,JOHN C | 2715 BROADWAY EVANSTON IL 60201 |
| VINAKOS,DEBORAH B | 2827 W. RASCHER AVENUE CHICAGO IL 60625 |
| WEINSTEIN,HOWARD G | 12114 FAULKNER DR. OWINGS MILLS MD 21117 |
| WEITMAN,GARY | 835 FOREST AVENUE WILMETTE IL 60091 |
| WHISLER,JACK | 645 LINCOLN STREET GLENVIEW IL 60025 |
| WILLIAMS,ROGER D | 52 ZACHS WAY AGAWAM MA 01001 |
| WINDSOR,TIMOTHY F | 4415 SEDGWICK ROAD BALTIMORE MD 21210 |
| WOLINSKY,LEO C | 8550 HOLLYWOOD BLVD. LOS ANGELES CA 90069 |
| WOLLNEY,JOHN | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| XANDERS,JULIE K | 1720 HIGHLAND AVENUE GLENDALE CA 91202 |
| YOUNG,JOSEPH A | 1510 BYRON NELSON PKWY. SOUTHLAKE TX 76092 |
| YOUNGMAN,OWEN | 40 KENMORE AVENUE DEERFIELD IL 60015 |
| ZELENKA,JOHN E | 56 WAVERLY CLARENDON HILLS IL 60514 |
| ZERWEKH,JAMES D | 401 CLEARWATER DRIVE PONTE VERDA BEACH FL 32082-4176 |

**Total Creditor count  200**

**TRB AGENDA 1-14-13**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 1-14-13**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 1-14-13**
Mr Herbert E. Eye
35 Apple Orchard Lane
Franklin, WV 26807-7585

**TRB AGENDA 1-14-13**
Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 1-14-13**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 1-14-13**
Trey C. Yant
13333 SW 72nd #10c
Tigard, OR 97223

**TRB AGENDA 1-14-13**
Persistence Pays, Inc.
4158 Farmdale Avenue
Studio City, CA  91604

**TRB AGENDA 1-14-13**
Mariano Schwed, VP, Litigation
NBCUniversal Media, LLC
30 Rockefeller Plaza
New York, NY 10112-0002

**EXHIBIT B**

**Overnight service list**

NYC Dept. of Finance, Audit Division
Attn: Bankruptcy Unit
345 Adams Street, 5th Floor
Brooklyn, NY 11201

Dara Jaffee, Special Assistant Corporation Counsel
Ron Medley, Of Counsel
NYC Dept. of Finance
345 Adams Street - 3rd Floor
Brooklyn, NY 11201

**EXHIBIT C**

| Name | Email Address |
|---|---|
| Marbury L. von Briesen | mvbbvb@comcast.net |
| Herbert E. Eye | chriseyec@aol.com |
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Trey C. Yant | treyyant@gmail.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Michael Gustafson, Esquire | mgustafson@sidley.com |
| Brian Whittman, Managing Director | bwhittman@alvarezandmarsal.com |
| Matthew Frank | mfrank@alvarezandmarsal.com |
| Kelli Sager, Esquire | kellisager@dwt.com |
| Gino Pasquale, Paralegal | ginopasquale@dwt.com; |
| Christopher L. Meazell, Esquire | cmeazell@dowlohnes.com |
| Leslie Salcedo, Paralegal | leslie.salcedo@alston.com |
| Landon S. Raiford, Esquire | lraiford@jenner.com |
| Kaye Denton, Paralegal | kdenton@jonesday.com |
| Brad B. Erens, Esquire | bberens@jonesday.com |
| Joseph Tiller, Esquire | jtiller@jonesday.com |
| Bradley Dunn, Director | bradley.dunn@lazard.com |
| Shaina D. Jones, Esquire | sjones@lskslaw.com |
| Gregory Kopacz, Esquire | gkopacz@mwe.com |
| Nava Havan, Esquire | nhazan@mwe.com |
| Shonda M. Finseth | shonda.m.finseth@us.pwc.com |
| William T. England, Director | william.t.england@us.pwc.com |
| Andrea Clark Smith, Director | andrea.clark.smith@us.pwc.com |
| J. Cory Falgowski, Esquire | jfalgowski@reedsmith.com |
| Jennifer M. McManus, Paralegal | jmcmanus@seyfarth.com |
| Jeremy Sherman, Esquire | jsherman@seyfarth.com |
| Stefanie Wowchuk McDonald, Esquire | stefanie.mcdonald@snrdenton.com |
| John F. Theil, Esquire | tribunebkr@smmj.com; j.theil@smmj.com |
| Howard Seife, Esquire | hseife@chadbourne.com |
| David M. LeMay, Esquire | dlemay@chadbourne.com |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com |
| Alan D. Holtz | aholtz@alixpartners.com |
| Albert Leung | aleung@alixpartners.com |
| Sandhya Sistla | sandhya.sistla@moelis.com |
| Jens Olson | jens.olson@moelis.com |
| Andrew Goldfarb, Esquire | agoldfarb@zuckerman.com |
| Graeme W. Bush, Esquire | gbush@zuckerman.com |
| James Sottile, Esquire | jsottile@zuckerman.com |
| James S. Green, Sr., Esquire | jgreen@svglaw.com |
| R. Karl Hill, Esquire | khill@svglaw.com |

**EXHIBIT D**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire/Patricia P. McGonigle, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/E. Rebecca Workman, Esquire | 317-231-7433 |

| | |
|---|---|
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher D. Loizides, Esquire | 302-654-0728 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Daniel H. Golden, Esquire/David M. Zensky, Esquire/Philip C. Dublin, Esquire | 212-872-1002 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |

| | |
|---|---|
| David S. Rosner, Esquire/Andrew K. Glenn, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Richard Slack, Esquire | 212-310-8007 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Andrew Goldman, Esquire | 212-230-8888 |
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Andrew G. Lipkin, Esquire | 212-788-0937 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| Michelle A. Levitt | 212-458-2697 |
| Sherri L. Patterson, Paralegal | 847-320-5615 |
| Karen Tisdell, Financial Analyst | 603-634-0436 |
| David W. Reimann, Esquire | 310-414-3011 |
| Ekl Williams PLLC | 630-654-0150 |
| Michael V. Blumenthal | 214-999-9279 |