**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

TRIBUNE COMPANY, et al.,[1]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Hearing Date: January 16, 2013**
**Related to Docket Nos. 12922, 12995, 13035, 13053 and 13056**

**CERTIFICATION OF COUNSEL WITH RESPECT TO MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION**

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certify as follows:

1. On December 27, 2012, the Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (the "Motion") (Docket No. 12922) was filed with the Court.

[1]The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. The following pleadings were filed with respect to the Motion: (i) a Limited Objection and Reservation of Rights filed by certain Insider Defendants (the "Certain Insider Defendants") (Docket No. 12995); (ii) a Limited Objection filed by the Litigation Trustee (Docket No. 13035) (the "Litigation Trustee Objection"); (iii) a Response filed by the Tribune Company Employee Compensation Defendants Group (the "ECDG") to the Litigation Trustee Objection (Docket No. 13053) (the "ECDG Response"); and (iv) a Joinder of certain former officers of the Debtors (the "Certain Former Officers") to the ECDG Response (Docket No. 13056) (the Certain Insider Defendants, Litigation Trustee, ECDG, Certain Former Officers and the Reorganized Debtors are collectively referred to as the "Parties").

3. On January 16, 2013, a hearing was held on the Motion. Following presentation of argument, the Court directed the Parties to confer and submit a revised proposed form of Order granting the relief requested in the Motion. The Court also directed the Parties to insert additional background in the revised proposed order memorializing *inter alia* the number and categories of persons who are currently defendants with respect to both pending Ordinary Litigation Claims and Preserved Causes of Action, or who may become defendants with respect to both Ordinary Litigation Claims and Preserved Causes of Action. In addition, the Court noted it intended to add language to the proposed order to express the Court's intent with respect to the concerns raised by the Litigation Trustee, though the Court also said it would consider language addressing this issue if the Parties could agree on such language.

4. All of the Parties have conferred and agreed upon the revised proposed Order Granting the Debtors' Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (the "Revised Proposed

Order"), attached hereto as Exhibit A. The Revised Proposed Order contains (i) background facts with respect to the "Overlapping Defendants" as requested by the Court; (ii) the specific language requested by Certain Insider Defendants in their respective responsive pleading that was agreed to by the Parties at the hearing; and (iii) proposed language expressing the Court's intent with respect to the concerns raised by the Litigation Trustee.

5. Attached hereto as Exhibit B is a black line copy of the Revised Proposed Order which reflects all changes to the proposed order that was originally filed with the Motion.

6. It is hereby respectfully requested that the Court enter the Revised Proposed Order.

Dated: Wilmington, Delaware
January 23, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Steven Robinson
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS



46429/0001-9194708v2