# EXHIBIT A

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 12922, 12995, 13035, 13053 and 13056** |

**ORDER GRANTING THE DEBTORS' MOTION FOR AN OMNIBUS
ORDER AUTHORIZING THE SUBSTITUTION OF THE
REORGANIZED DEBTORS IN PLACE OF THE CREDITORS'
COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS
AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION**

Upon consideration of the Debtors' Motion For An Omnibus Order Authorizing

The Substitution Of The Reorganized Debtors[2] In Place Of The Creditors' Committee As

Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This

Substitution (Docket No. 12922) (the "Substitution Motion"), and having reviewed the Limited

Objection and Reservation of Rights filed by certain Insider Defendants (Docket No. 12995), the

Limited Objection to the Substitution Motion filed by the Litigation Trustee (Docket No. 13035)

(the "Litigation Trustee Objection"), the Response of the Tribune Company Employee

Compensation Defendants Group to the Litigation Trustee Objection (Docket No. 13053) (the

"ECDG Response"), and the Joinder of certain former officers of the Debtors to the ECDG

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Substitution Motion.

Response (Docket No. 13056); and having heard oral argument on the Substitution Motion at a hearing on January 16, 2013 (the "Hearing"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and proper and adequate notice of the Substitution Motion and the Hearing thereon having been given and no other or further notice being necessary; and good and sufficient cause appearing therefor, it is hereby

FOUND AND DETERMINED THAT:

1.    The Substitution Motion, the Litigation Trustee Objection, and representations made by counsel for the Reorganized Debtors at the Hearing identify the following categories of persons who are currently defendants with respect to both pending Ordinary Litigation Claims and Preserved Causes of Action, or who may become defendants with respect to both Ordinary Litigation Claims and Preserved Causes of Action depending on the resolution of pending disputes with respect to the Unresolved Claims: Eighteen (18) defendants in the Split Substitution Adversaries, and forty-eight (48) defendants in the FitzSimons Adversary, twenty-four (24) of whom are also defendants in the Substitution Adversaries and twenty-four (24) of whom are defendants with respect to Unresolved Claims (collectively, all such defendants are hereinafter referred to as "Overlapping Defendants").

2.    The Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (as modified July 19, 2012) (the "DCL Plan") (i) vests the Reorganized Debtors with the right to act with respect to the "Ordinary Litigation Claims" as the successors in interest to the Debtors, and authorizes the Reorganized Debtors to "enforce, sue on, settle or compromise (or decline to do any of the foregoing) any or all of the Ordinary Litigation Claims," (see DCL Plan

CH1 7216843v.9

at 1.1.156 and 5.16) and (ii) vests the Litigation Trustee with the right to act with respect to

"Preserved Causes of Action" on behalf of the Litigation Trust, and authorizes the Litigation

Trustee, on behalf of the Litigation Trust, to provide for "the prosecution, settlement, adjustment,

retention, and enforcement of the [Preserved Causes of Action]" (see DCL Plan §§ 1.1.124,

13.2.1, 13.2.4, 13.3.2).

3.    The Reorganized Debtors have represented that if the Substitution Motion

is granted, it is their intent to dismiss with prejudice the majority of the Ordinary Litigation

Claims.  The Reorganized Debtors have further represented that in granting such dismissals with

prejudice, they do not intend to afford any Overlapping Defendant any defense to the Preserved

Cause(s) of Action pending against the Overlapping Defendants based on the dismissals.

4.    It is not the Court's intent, by approving the Substitution Motion and

overruling the Litigation Trustee Objection, to afford any Overlapping Defendant any defense to

any Preserved Cause(s) of Action pending against that Overlapping Defendant based on the

Reorganized Debtors' subsequent dismissal of an Ordinary Litigation Claim with prejudice.

**NOW, THEREFOR, IT IS HEREBY**

ORDERED that the Litigation Trustee Objection is overruled and the Substitution

Motion is hereby granted; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are

substituted as the plaintiffs(s) for the Creditors' Committee in each Full Substitution Adversary

as detailed on Exhibit A by inserting the name(s) of each applicable Reorganized Debtor(s) as

the plaintiff(s) into the caption of each of the Full Substitution Adversaries in place of the

Creditors' Committee, as illustrated on Exhibit C, and authorized to file the Full Substitution

CH1 7216843v.9

Notice evidencing such substitution in the dockets of each Full Substitution Adversary following the Effective Date; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are substituted as the plaintiffs(s) for the Creditors' Committee solely with respect to the Ordinary Litigation Claims in each of the Split Substitution Adversaries as detailed on <u>Exhibit B</u> by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Split Substitution Adversaries in place of the Creditors' Committee solely with respect to the Ordinary Litigation Claims, as illustrated on <u>Exhibit D</u>, and are authorized to file a Split Substitution Notice evidencing such substitution in the dockets of each Split Substitution Adversary following the Effective Date; and it is further

ORDERED that the Reorganized Debtors are substituted as the prospective plaintiffs for the Creditors' Committee with respect to each of the Tolled Ordinary Litigation Claims as detailed on <u>Exhibit E</u>; and it is further

ORDERED that the Debtors have represented to the Court that they do not seek any relief with respect to the Unresolved Claims asserted in the Committee-Filed Adversaries. Therefore, nothing in this Order shall be construed to determine whether the Unresolved Claims constitute Ordinary Litigation Claims or Preserved Causes of Action or otherwise impair or alter any party's rights, positions or interests with respect to whether Unresolved Claims constitute Ordinary Litigation Claims or Preserved Causes of Action; and it is further

4

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated:  Wilmington, Delaware
        January ___, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

CH1 7216843v.9

# EXHIBIT A

## ("FULL SUBSTITUTION ADVERSARIES")

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Bonus Transfers* | | |
| 10-55672 | Acanfora, John F | $48,194.11 | $0.00 | $48,194.11 | The Morning Call, Inc. |
| 10-55673 | Agarwal, Deepak | $195,245.08 | $0.00 | $195,245.08 | Chicago Tribune Company |
| 10-55675 | Aldape, Javier J. | $118,210.67 | $18,029.43 | $136,240.10 | Hoy Publications, LLC |
| 10-55685 | Allen, Craig | $272,357.93 | $0.00 | $272,357.93 | Southern Connecticut Newspapers |
| 10-55682 | Allen, F Ashley | $79,285.97 | $0.00 | $79,285.97 | Orlando Sentinel Communications Company |
| 10-55793 | Anderson, Julie D | $214,790.18 | $0.00 | $214,790.18 | N/A |
| 10-55678 | Anischik, Thomas J | $237,326.10 | $302,528.67 | $539,854.77 | The Hartford Courant Company |
| 10-55680 | Arroyo, Gladys M | $34,512.32 | $0.00 | $34,512.32 | Hoy Publications, LLC |
| 10-55683 | Asher, Michael D | $150,950.30 | $0.00 | $150,950.30 | Orlando Sentinel Communications Company |
| 10-55686 | Baker, Cynthia | $199,605.40 | $8,103.90 | $207,709.30 | Tribune Broadcasting News Network |
| 10-55689 | Bare, Roger A | $206,227.02 | $0.00 | $206,227.02 | KIAH, Inc. |

---

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55691 | Barrett, Henry R | $331,079.66 | $0.00 | $331,079.66 | LA Times Communications LLC |
| 10-55693 | Bazanos, Alexa A | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55695 | Bellack, Bob | $478,602.95 | $0.00 | $478,602.95 | LA Times Communications LLC |
| 10-55696 | Bennett, David A | $96,559.24 | $0.00 | $96,559.24 | The Hartford Courant Company |
| 10-55697 | Benson, Kelly F | $115,098.07 | $37,270.73 | $152,368.80 | Orlando Sentinel Communications Company |
| 10-55710 | Biedron, Theodore J | $218,839.09 | $10,930.90 | $229,769.99 | Chicagoland Publishing Company |
| 10-55712 | Birmingham, John | $217,150.29 | $0.00 | $217,150.29 | Chicago Tribune Company |
| 10-55795 | Brewer, Lisa E | $66,732.93 | $0.00 | $66,732.93 | N/A |
| 10-55715 | Brown, Thomas F | $77,746.78 | $0.00 | $77,746.78 | The Morning Call, Inc. |
| 10-55718 | Brubaker, Rebecca M | $173,388.15 | $11,524.13 | $184,912.28 | Chicago Tribune Company |
| 10-55720 | Bucknor, David A | $196,060.66 | $0.00 | $196,060.66 | Sun-Sentinel Company |
| 10-55722 | Budihas, Stephen M | $221,742.26 | $0.00 | $221,742.26 | The Morning Call, Inc. |
| 10-55593 | Caputo, Thomas | $478,049.54 | $0.00 | $478,049.54 | N/A |

2

CHI 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55725 | Casanova, Vincent | $668,591.81 | $0.00 | $668,591.81 | Tribune Publishing Company |
| 10-55798 | Catania, Matthew | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55730 | Conway, Susan M | $53,817.63 | $0.00 | $53,817.63 | The Daily Press, Inc. |
| 10-55698 | Daley, Raymond | $368,315.32 | $0.00 | $368,315.32 | Sun-Sentinel Company |
| 10-55699 | Davis, Catherine A | $63,312.48 | $9,703.61 | $73,016.09 | WPIX, Inc. |
| 10-55700 | Delia, Lawrence | $146,654.24 | $34,182.24 | $180,836.48 | Tribune Television New Orleans, Inc. |
| 10-55701 | DePaola, Kenneth J | $720,251.59 | $0.00 | $720,251.59 | Chicago Tribune Company |
| 10-55703 | Doherty, Philip | $285,956.38 | $201,966.12 | $487,922.50 | Chicago Tribune Company |
| 10-55704 | Donnelly, Cindy | $8,551.12 | $0.00 | $8,551.12 | Tribune Entertainment Company |
| 10-55706 | Donovan, Dianne | $44,329.01 | $0.00 | $44,329.01 | The Baltimore Sun Company |
| 10-55713 | Engberg, Richard | $240,431.50 | $0.00 | $240,431.50 | Channel 39, Inc. |
| 10-55716 | Farber, Steve | $125,975.09 | $0.00 | $125,975.09 | ChicagoLand Television News, Inc. |
| 10-55719 | Farrington, Audrey L | $338,089.39 | $41,144.76 | $379,234.15 | Channel 40, Inc. |
| 10-55702 | Feeney, Richard S | $165,602.10 | $141,138.10 | $306,740.20 | The Hartford Courant Company |
| 10-55705 | Feher Jr, James F | $66,919.53 | $0.00 | $66,919.53 | The Morning Call, Inc. |

3

**I.  INSIDER DEFENDANTS**

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55709 | Fehnel, James D | $221,800.27 | $0.00 | $221,800.27 | Tribune Media Services, Inc. |
| 10-55714 | Felty, Richard D | $143,817.23 | $0.00 | $143,817.23 | Tribune Broadcasting News Network |
| 10-55717 | Filice, Peter D | $21,890.86 | $0.00 | $21,890.86 | Channel 40, Inc. |
| 10-55595 | Flax, Karen H | $103,571.16 | $0.00 | $103,571.16 | N/A |
| 10-55721 | Foux, Michael C | $103,400.14 | $45,289.92 | $148,690.06 | The Morning Call, Inc. |
| 10-55723 | Franklin, Timothy | $236,253.81 | $0.00 | $236,253.81 | The Baltimore Sun Company |
| 10-55729 | Gart, Michael | $154,125.38 | $0.00 | $154,125.38 | Tribune Media Services, Inc. |
| 10-55731 | Gates, Ernest C | $107,638.22 | $0.00 | $107,638.22 | The Daily Press, Inc. |
| 10-55802 | Gates, Michael C | $34,204.48 | $0.00 | $34,204.48 | N/A |
| 10-55736 | Goldstone, Ira | $260,895.96 | $670,346.85 | $931,242.81 | Tribune Broadcasting Company |
| 10-55740 | Graziano, Richard J | $237,591.50 | $0.00 | $237,591.50 | Tribune Television Company |
| 10-55742 | Greenberg, Howard | $490,846.10 | $199,708.52 | $690,554.62 | Sun-Sentinel Company |
| 10-55750 | Hall, Charlotte H | $206,800.27 | $110,931.08 | $317,731.35 | Orlando Sentinel Communications Company |
| 10-55756 | Hano, Randy | $197,706.95 | $0.00 | $197,706.95 | Chicagoland Publishing Company |
| 10-55758 | Haselden, William B | $217,749.97 | $0.00 | $217,749.97 | Tribune Media Net, Inc. |

4

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55790 | Hayes Jr, Dana C. | $467,876.25 | $9,144.64 | $477,020.89 | N/A |
| 10-55792 | Healy, Greg | $42,755.60 | $0.00 | $42,755.60 | N/A |
| 10-55760 | Healy, Jane E | $46,039.23 | $0.00 | $46,039.23 | Orlando Sentinel Communications Company |
| 10-55763 | Hertz, Catherine M | $119,785.57 | $0.00 | $119,785.57 | Orlando Sentinel Communications Company |
| 10-55770 | Hilliard, Ardith | $70,734.86 | $0.00 | $70,734.86 | The Morning Call, Inc. |
| 10-55597 | Holm, Robert | $127,651.11 | $0.00 | $127,651.11 | N/A |
| 10-55732 | Hudspeth, Carolyn | $28,800.17 | $0.00 | $28,800.17 | Tribune Television Company |
| 10-55733 | Hunter, Bonnie B | $11,250.00 | $0.00 | $11,250.00 | Chicago Tribune Company |
| 10-55735 | Hunter, Tony | $412,585.23 | $0.00 | $412,585.23 | Chicago Tribune Company |
| 10-55737 | Hutzler, Linda | $43,542.30 | $0.00 | $43,542.30 | Tribune Television Holdings, Inc. |
| 10-55738 | Inouye, Richard E | $86,297.89 | $0.00 | $86,297.89 | Tribune Entertainment Company |
| 10-55741 | Iskra, Alice T | $6,743.75 | $0.00 | $6,743.75 | Patuxent Publishing Company |
| 10-55743 | Jacobs, Janice | $251,751.90 | $0.00 | $251,751.90 | Chicago Tribune Company |
| 10-55744 | Jimenez, Terry | $366,940.30 | $0.00 | $366,940.30 | Tribune Media Net, Inc. |

CHI 7235600v.7

## I.    INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
|---|---|---|---|---|---|
| 10-55746 | Jones, Gordon L. | $388,725.48 | $0.00 | $388,725.48 | Tribune Media Net, Inc. |
| 10-55754 | Kelly Jr, Paul R | $40,463.90 | $0.00 | $40,463.90 | WGN Continental Broadcasting Company |
| 10-55747 | Kennedy, Timothy R | $536,176.66 | $0.00 | $536,176.66 | The Morning Call, Inc. |
| 10-55749 | Kern, Gerould | $439,622.14 | $11,524.13 | $451,146.27 | Tribune Publishing Company |
| 10-55752 | Khahaifa, Avido Dikari | $384,176.48 | $0.00 | $384,176.48 | Orlando Sentinel Communications Company |
| 10-55753 | Klunder, Jack D | $363,048.55 | $0.00 | $363,048.55 | LA Times Communications LLC |
| 10-55757 | Kniffin, David | $204,492.58 | $0.00 | $204,492.58 | Star Community Publishing, LLC |
| 10-55759 | Kolb, Patricia A | $127,119.34 | $0.00 | $127,119.34 | Tribune Television Holdings, Inc. |
| 10-55762 | Koller, Timothy L | $32,550.17 | $0.00 | $32,550.17 | Tribune Television Company |
| 10-55764 | Kranzley, Glenn G | $8,972.50 | $0.00 | $8,972.50 | The Morning Call, Inc. |
| 10-55765 | Lanesey, William A | $135,279.71 | $0.00 | $135,279.71 | KPLR, Inc. |
| 10-55768 | Langmyer, Thomas E. | $257,775.23 | $0.00 | $257,775.23 | WGN Continental Broadcasting Company |

6

CHI 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55771 | Levine, Jeffrey S | $160,436.19 | $0.00 | $160,436.19 | Sun-Sentinel Company |
| 10-55766 | Lipinski, Ann Marie | $691,892.62 | $285,622.93 | $977,515.55 | Chicago Tribune Company |
| 10-55769 | Mahoney, Walter F | $57,566.14 | $54,967.76 | $112,533.90 | Tribune Media Services, Inc. |
| 10-55796 | Malee, Michael J | $73,573.83 | $0.00 | $73,573.83 | N/A |
| 10-55773 | Manzi, John M | $143,253.49 | $0.00 | $143,253.49 | Tribune Broadcast Holdings, Inc. |
| 10-55774 | Maranto, Louis | $97,995.82 | $0.00 | $97,995.82 | The Baltimore Sun Company |
| 10-55775 | Martin, Jerome P | $389,637.60 | $0.00 | $389,637.60 | Tribune Television Company |
| 10-55776 | Maucker, Earl R | $280,281.72 | $199,708.52 | $479,990.24 | Sun-Sentinel Company |
| 10-55778 | McCleary La France, Kim A | $103,400.14 | $0.00 | $103,400.14 | LA Times Communications LLC |
| 10-55779 | Meyer, Nancy A | $102,613.43 | $0.00 | $102,613.43 | The Hartford Courant Company |
| 10-55780 | Meyrowitz, Eric J | $257,775.23 | $0.00 | $257,775.23 | WDCW Broadcasting, Inc. |
| 10-55784 | Mitchell, Kenneth | $84,006.19 | $0.00 | $84,006.19 | Sun-Sentinel Company |
| 10-55782 | Mitchell, Susan M | $444,435.37 | $87,355.52 | $531,790.89 | Tribune Publishing Company |
| 10-55786 | Mitrovich, Dan | $60,594.57 | $0.00 | $60,594.57 | KSWB, Inc. |

7

CHI 7235600v.7

## I.  INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55787 | Molchany, Richard D | $54,453.53 | $0.00 | $54,453.53 | The Morning Call, Inc. |
| 10-55781 | Morehouse III, L Clark | $206,800.27 | $0.00 | $206,800.27 | Tribune Entertainment Company |
| 10-55783 | Morrill, Christopher C | $100,654.22 | $0.00 | $100,654.22 | The Hartford Courant Company |
| 10-55785 | Motley, Robyn L | $119,920.90 | $0.00 | $119,920.90 | Sun-Sentinel Company |
| 10-55788 | Mulderrig, Stephen J | $138,391.32 | $0.00 | $138,391.32 | Tribune Entertainment Company |
| 10-55611 | Murakami, Gwen P | $303,393.47 | $318,327.80 | $621,721.27 | LA Times Communications LLC |
| 10-55613 | NeJame, George C | $33,862.43 | $0.00 | $33,862.43 | Tribune Entertainment Company |
| 10-55614 | Newton, Russell J | $229,846.70 | $0.00 | $229,846.70 | LA Times Communications LLC |
| 10-55615 | Nork, Thomas J | $160,966.27 | $0.00 | $160,966.27 | Sun-Sentinel Company |
| 10-55651 | O'Brien, Dennis G | $28,800.17 | $0.00 | $28,800.17 | KWGN, Inc. |
| 10-55656 | OLoughlin, John T | $473,605.63 | $0.00 | $473,605.63 | LA Times Communications LLC |

8

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55619 | Ortiz, Norbert E | $77,746.78 | $0.00 | $77,746.78 | Orlando Sentinel Communications Company |
| 10-55658 | O'Shea, James | $183,916.27 | $0.00 | $183,916.27 | LA Times Communications LLC |
| 10-55660 | O'Sullivan, Daniel A | $69,024.63 | $0.00 | $69,024.63 | Tribune Television Company |
| 10-55623 | Palermini, Robert J | $291,402.46 | $0.00 | $291,402.46 | LA Times Communications LLC |
| 10-55627 | Pedersen, Gregory C | $96,388.22 | $0.00 | $96,388.22 | The Daily Press, Inc. |
| 10-55628 | Pisani, Joseph F | $179,281.25 | $0.00 | $179,281.25 | Southern Connecticut Newspapers |
| 10-55617 | Pompe, Scott G | $59,721.02 | $0.00 | $59,721.02 | LA Times Communications LLC |
| 10-55620 | Posada, Julian G | $69,982.36 | $0.00 | $69,982.36 | Hoy Publications, LLC |
| 10-55622 | Ramirez, Myrna G | $229,297.43 | $68,486.64 | $297,784.07 | Tribune Broadcasting Company |
| 10-55624 | Ramsey, Robert J | $206,227.02 | $8,103.90 | $214,330.92 | KSWB, Inc. |
| 10-55631 | Riggle, John A | $49,191.18 | $166,235.52 | $215,426.70 | Tribune Television Company |
| 10-55607 | Rodden, John B | $127,514.29 | $103,891.40 | $231,405.69 | N/A |

9

CH1 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|---|---|
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55632 | Ross, Shean-ming Kuo | $115,098.07 | $0.00 | $115,098.07 | WGN Continental Broadcasting Company |
| 10-55633 | Rounce, Robert R | $43,542.30 | $95,332.15 | $138,874.45 | The Hartford Courant Company |
| 10-55653 | Ryan, Timothy E | $581,586.48 | $0.00 | $581,586.48 | The Baltimore Sun Company |
| 10-55654 | Santay, Stephen G | $20,180.64 | $0.00 | $20,180.64 | Tribune Entertainment Company |
| 10-55657 | Scanlon, Kevin P | $126,761.80 | $0.00 | $126,761.80 | The Baltimore Sun Company |
| 10-55636 | Schaible, Linda A | $69,982.36 | $0.00 | $69,982.36 | N/A |
| 10-55799 | Scholly, Alison R | $241,537.06 | $28,506.03 | $270,043.09 | N/A |
| 10-55638 | Schrepf, Robert K | $65,077.11 | $0.00 | $65,077.11 | The Hartford Courant Company |
| 10-55642 | Segall, Lynne A | $73,118.96 | $0.00 | $73,118.96 | LA Times Communications LLC |
| 10-55643 | Seidl, Stephen G | $149,302.54 | $0.00 | $149,302.54 | The Baltimore Sun Company |
| 10-55609 | Sennet, Charles | $135,810.21 | $0.00 | $135,810.21 | N/A |
| 10-55647 | Sheehan, Shaun M | $458,594.85 | $363,010.34 | $821,605.19 | Tribune Broadcasting Company |
| 10-55800 | Skipper, Kathy H | $92,557.32 | $0.00 | $92,557.32 | N/A |

10

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55650 | Slason, Michael D | $187,595.79 | $0.00 | $187,595.79 | Orlando Sentinel Communications Company |
| 10-55634 | Smist, Erik A | $43,542.30 | $0.00 | $43,542.30 | The Baltimore Sun Company |
| 10-55639 | Solomon, Digby A | $300,062.98 | $0.00 | $300,062.98 | The Daily Press, Inc. |
| 10-55641 | Stancampiano, Louis J | $288,713.64 | $94,857.96 | $383,571.60 | Orlando Sentinel Communications Company |
| 10-55646 | Tazioli, Lou | $221,443.38 | $0.00 | $221,443.38 | Tribune Direct Marketing, Inc. |
| 10-55648 | Teutsch, Clifford L | $43,452.48 | $0.00 | $43,452.48 | The Hartford Courant Company |
| 10-55655 | Thomas, Douglas | $440,988.30 | $0.00 | $440,988.30 | Tribune Publishing Company |
| 10-55659 | Thomas, Timothy J | $65,780.13 | $0.00 | $65,780.13 | The Baltimore Sun Company |
| 10-55661 | Tippie, Stephen P | $68,816.14 | $0.00 | $68,816.14 | Tribune Media Services, Inc. |
| 10-55664 | Trinh, Cam B | $28,800.17 | $0.00 | $28,800.17 | Channel 39, Inc. |
| 10-55666 | Twohey, John C | $50,554.22 | $0.00 | $50,554.22 | Tribune Media Services, Inc. |
| 10-55669 | Vinakos, Deborah B | $103,400.14 | $0.00 | $103,400.14 | N/A |
| 10-55681 | Weinstein, Howard G | $592,604.01 | $202,008.33 | $794,612.34 | The Baltimore Sun Company |
| 10-55684 | Whisler, Jack | $168,352.10 | $0.00 | $168,352.10 | Chicago Tribune Company |

11

CHI 7235600v.7

## I. INSIDER DEFENDANTS

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidary Debtor[1] to be substituted in addition to Tribune[2] |
| --- | --- | --- | --- | --- | --- |
| | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | |
| 10-55662 | Williams, Roger D | $42,003.10 | $0.00 | $42,003.10 | WDCW Broadcasting, Inc. |
| 10-55663 | Windsor, Timothy F | $76,036.55 | $0.00 | $76,036.55 | The Baltimore Sun Company |
| 10-55665 | Wolinsky, Leo C | $27,979.26 | $0.00 | $27,979.26 | LA Times Communications LLC |
| 10-55667 | Wollney, John | $94,868.51 | $0.00 | $94,868.51 | Tribune Media Net, Inc. |
| 10-55671 | Xanders, Julie K | $378,810.21 | $174,238.78 | $553,048.99 | LA Times Communications LLC |
| 10-55690 | Youngman, Owen | $328,049.82 | $9,144.64 | $337,194.46 | Chicago Tribune Company |
| 10-55692 | Zelenka, John E | $60,644.53 | $0.00 | $60,644.53 | Tribune Media Services, Inc. |
| 10-55694 | Zerwekh, James D | $332,650.88 | $0.00 | $332,650.88 | KWGN, Inc. |

12

## II.  THIRD PARTY DEFENDANTS

| Adversary Proceeding Number | Third Party Defendant | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Subsidiary Debtor[1] to be substituted in addition to Tribune[2] |
|---|---|---|---|
| 10-55824 | Eagle Aircraft & Transportation Management, Inc. | $332,250.00 | N/A |
| 10-55841 | JPMorgan Chase Bank, N.A. | $79,088,012.45 | N/A |
| 10-55957 | Katten Muchin Rosenman LLP | $25,560.40 | Tribune California Properties, Inc. |
| 10-55967 | Paul, Hastings, Janofsky & Walker LLP | $797,772.31 | N/A |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.

[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune Company in place of the Creditors' Committee.

13

## EXHIBIT B

**("SPLIT SUBSTITUTION ADVERSARIES")**

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-55707 | Berlamino, Betty Ellen | $846,094.25 | $733,710.72 | $37,383.53 | $771,094.25 | WPIX, Inc. | $0 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55708 | Ehlmann, Tom E | $1,009,905.99 | $601,572.66 | $0.00 | $601,572.66 | WGN Continental Broadcasting Company | $333,333.33 | $75,000.00 | $408,333.33 | $0.00 |
| 10-55711 | Ellis, James L | $848,058.26 | $442,058.26 | $0.00 | $442,058.26 | Tribune Publishing Company | $0.00 | $0.00 | $0.00 | $406,000.00 |
| 10-55734 | Giannini, Vincent R | $539,002.04 | $338,089.39 | $175,912.65 | $514,002.04 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55761 | Hendricks, John R | $371,861.60 | $296,861.60 | $0.00 | $296,861.60 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55755 | Knapp, Peter A | $389,486.20 | $314,486.20 | $0.00 | $314,486.20 | Tribune Publishing Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55602 | Litman, Brian F | $431,544.23 | $356,544.23 | $0.00 | $356,544.23 | N/A | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

[1] To the extent that any Subsidiary Debtor has been succeeded by virtue of the restructuring transactions contemplated under the DCL Plan or otherwise, the applicable successor Subsidiary Debtor shall be substituted in place of the listed Subsidiary Debtor.
[2] Where no Subsidiary Debtor is listed (i.e. "N/A"), the Debtors request authorization to substitute only Tribune in place of the Creditors' Committee.
[3] Except as otherwise noted, the amounts listed below are asserted to recover executive transition payments.

1

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
| 10-55772 | Malcolm, Vincent A | $2,732,539.24 | $569,015.94 | $40,878.20 | $658,971.72[4] | KTLA, Inc. | $0.00 | $75,000.00 | $105,763.10[5] | $1,967,804.42[6] |
| 10-55777 | Mazzaferri, Gina M | $401,946.72 | $227,608.96 | $99,337.76 | $326,946.72 | Tribune Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55612 | Murphy, David P | $2,454,813.53 | $862,013.53 | $0.00 | $862,013.53 | LA Times Communications LLC | $0.00 | $0.00 | $0.00 | $1,592,800.00 |
| 10-55625 | Pearson, Pamela S | $541,970.48 | $389,637.60 | $127,332.88 | $516,970.48 | Tribune Television Northwest, Inc. | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 10-55616 | Poelking, John F | $544,258.91 | $279,672.31 | $214,586.60 | $494,258.91 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55635 | Schacher, Marc S | $972,094.85 | $458,594.85 | $0.00 | $458,594.85 | Tribune Broadcasting Company | $0.00 | $50,000.00 | $50,000.00 | $463,500.00 |
| 10-55605 | Sewell, Irene M F | $997,490.70 | $609,640.70 | $0.00 | $609,640.70 | N/A | $0.00 | $50,000.00 | $50,000.00 | $337,850.00 |

[4] This amount also includes a claim for the recovery of $49,077.58 in excise taxes.
[5] This amount also includes a claim for the recovery of $30,763.10 in excise taxes.
[6] This amount also includes a claim for the recovery of $573,308.02 in excise taxes.

2

| Adv. Pro. No. | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | Total of Ordinary Litigation Claims | Subsidiary Debtor[1] to be substituted for the Ordinary Litigation Claims in addition to Tribune[2] | Preserved Cause of Action Amounts | | Total Preserved Causes of Action | Unresolved Claim Amounts[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Bonus Transfers | | | Phantom Equity Transfers | Success Bonus Transfers | | |
| 10-55606 | Shanahan, Patrick | $879,716.10 | $526,336.20 | $253,379.90 | $779,716.10 | N/A | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 10-55645 | Shaw, William P | $505,209.53 | $411,452.07 | $18,757.46 | $430,209.53 | WGN Continental Broadcasting Company | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 10-55608 | Weitman, Gary | $609,059.44 | $559,059.44 | $0.00 | $559,059.44 | N/A | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 10-55687 | Young, Joseph A | $579,663.22 | $293,274.28 | $261,388.94 | $554,663.22 | Tribune Television Company | $0.00 | $25,000.00 | $25,000.00 | $0.00 |

# EXHIBIT C

## ("FULL SUBSTITUTION NOTICE")

<table>
<tr><td colspan="2" align="center"><strong>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</strong></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <em>et al.</em>,[1]</td><td><u>Chapter 11</u><br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [and applicable<br>Reorganized Debtor(s),]<br> Plaintiff(s), v.<br><br>[Applicable Defendant]<br> Defendant. </td><td>Adv. Pro. No. [_____]</td></tr>
</table>

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [insert date], [Docket No.] approving the Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This Substitution [Docket No. 12922], and the Effective Date having occurred on [insert date], Reorganized Debtor Tribune Company ("Tribune") and [Reorganized Debtor [_]] hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as Plaintiff(s) in the above-captioned adversary proceeding.

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

1

Dated: Wilmington, Delaware
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

2

**EXHIBIT D**

**("SPLIT SUBSTITUTION NOTICE")**

<table>
<tr><td colspan="2" align="center"><b>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</b></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <i>et al.</i>,[1]</td><td>Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [and applicable Reorganized Debtor(s)]<br><br>          Plaintiff(s) with respect to the<br>          Ordinary Litigation Claims,<br><br>v.<br><br>[Applicable Defendant]<br>              Defendant.</td><td>Adv. Pro. No. [_____]</td></tr>
</table>

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [insert date], [Docket No.] approving the

Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized

Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings

And Approving Procedures To Evidence This Substitution ("Motion") [Docket No.], and the

Effective Date having occurred on [insert date], Reorganized Debtor Tribune Company

("Tribune") [and applicable Reorganized Debtor(s)] hereby file(s) this notice of substitution of

Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as plaintiff(s) in

the above-captioned adversary proceeding solely with respect to the Ordinary Litigation

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

Claim(s)[2] asserted therein, which seek to avoid and recover [$_] in deferred bonus transfers, [$_]

in restricted stock units and/or options, and [$_] in associated Excise Tax Transfers.

Dated: Wilmington, Delaware  
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP  
James F. Conlan  
Kevin T. Lantry  
Steven W. Robinson  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.

By: _____  
Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
500 Delaware Avenue, Suite 1410  
Wilmington, Delaware 19801  
Telephone: (302) 652-3131  
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

---

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.

# EXHIBIT E

## ("TOLLED ORDINARY LITIGATION CLAIMS")

| Tolling Agreements with the Creditors' Committee, listed by applicable Third Party Defendant |
| --- |
| Cahill Gordon & Reindel LLP |
| Citigroup Global Markets Inc. |
| Davis Wright Tremaine LLP |
| Jenner & Block LLP |
| King Blackwell Downs & Zehnder PA |
| Levine Sullivan Koch & Schulz LLP |
| McDermott Will & Emery LLP |
| PricewaterhouseCoopers LLP |
| Seyfarth Shaw LLP |
| Sidley Austin LLP |