```
                    IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF DELAWARE


IN RE:                        )   Case No. 08-13141 (KJC)
                              )   (Jointly Administered)
TRIBUNE COMPANY, et al.,      )
                              )   Chapter 11

                              )   Courtroom 5
                              )   824 Market Street
           Debtors.           )   Wilmington, Delaware
                              )
                              )   January 16, 2013
                              )   11:00 a.m.


                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Sidley Austin, LLP
                          BY: KEVIN T. LANTRY, ESQ.
                          One South Dearborn Street
                          Chicago, IL 60603
                          (312) 853-7000


                          Cole, Schotz, Meisel, Forman
                          & Leonard, P.A.
                          BY: J. KATE STICKLES, ESQ.
                          500 Delaware Avenue, Suite 1410
                          Wilmington, DE 19801
                          (302) 651-2000


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Litigation Trustee:        Landis Rath & Cobb, LLP
                               BY: RICHARD S. COBB, ESQ.
                               BY: J. LANDON ELLIS, ESQ.
                               919 N. Market St., Suite 1800
                               Wilmington, DE 19801
                               (302) 467-4400

For Hianik, Birmingham,
et al.:                        Cozen O'Connor
                               BY: MARK E. FELGER, ESQ.
                               1201 North Market Street
                               Wilmington, DE 19801
                               (302) 295-2087

                               Connolly Bove Lodge & Hutz, LLP
                               BY: JEFFREY C. WISLER, ESQ.
                               1007 North Orange Street
                               PO Box 2207
                               Wilmington, DE 19899
                               (302) 658-9141

TELEPHONIC APPEARANCES:

For Official Committee
Of Unsecured Creditors:        Chadbourne & Parke, LLP
                               BY: MARC D. ASHLEY, ESQ.
                               (212) 408-5194
                               BY: DOUGLAS DEUTSCH, ESQ.
                               (212) 408-5169
                               BY: MICHAEL DISTEFANO, ESQ.
                               (212) 408-5539
                               BY: DAVID LEMAY, ESQ.
                               BY: THOMAS MCCORMACK, ESQ.
                               (212) 408-5100
                               BY: MARC ROITMAN, ESQ.
                               (212) 408-5271
                               BY: HOWARD SEIFE, ESQ.
                               (212) 408-5100

                               Zuckerman Spaeder
                               BY: ANDREW GOLDFARB, ESQ.
                               BY: JAMES SOTTILE, ESQ.
                               (202) 778-1800

                               Moelis & Company
                               BY: JASON WARSAWSKY, ESQ.
                               (212) 883-3832

```
TELEPHONIC APPEARANCES:
(Continued)

For Certain Officers and        Frank Gecker, LLP
Directors:                      BY: FRANCES GECKER, ESQ.
                                (312) 276-1401

For Debtors:                    Tribune
                                BY: DAVE ELDERSVELD, ESQ.
                                (312) 222-4707
                                BY: DAVE LIEBENTRITT, ESQ.
                                (312) 222-3651
                                BY: GARY WEITMAN, ESQ.
                                (312) 222-3394

                                Seyfarth Shaw, LLP
                                BY: JAMES B. SOWKA, ESQ.
                                (313) 460-5325

                                McDermott Will & Emery (NY
                                Office)
                                BY: GREGORY A. KOPACZ, ESQ.
                                (212) 547-5620

                                Sidley Austin, LLP
                                BY: JAMES BENDERNAGEL, ESQ.
                                (202) 736-8136
                                BY: KEN KANSA, ESQ.
                                (312) 853-7163
                                BY: BRIAN KRAKAUER, ESQ.
                                (312) 853-7515
                                BY: KERRIANN MILLS, ESQ.
                                (202) 736-8136

                                AlixPartners, LLC (All Offices)
                                BY: LAURA J. EISELE, ESQ.
                                (248) 204-0675

For Steve Robinson:             Sidley Austin, LLP
                                BY: STEVE ROBINSON, ESQ.
                                (312) 853-2667

For Defendants (former
Directors and Officers):        Grippo & Elden, LLC
                                BY: GEORGE DOUGHERTY, ESQ.
                                (312) 704-7700

For Defendants David
Murphy and James Ellis:         Freeburn & Peters, LLP
                                BY: DEVON J. EGGERT, ESQ.
                                (312) 360-6378
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Defendants, Employees
Compensation Defendant's
Group:                        Frank Gecker, LLP
                              BY: JOSEPH FRANK, ESQ.
                              BY: REED HEILIGMAN, ESQ.
                              (312) 276-1432

For Matthew Frank:            Alvarez & Marsal, LLC
                              BY: MATTHEW FRANK, ESQ.
                              (312) 371-9955

For Credit Lenders:           Jones Day
                              BY: JAMES O. JOHNSTON, ESQ.
                              (213) 243-2431

For Interested Party:         Levine Sullivan Koch & Schulz,
                              LLP
                              BY: SHAINA JONES, ESQ.
                              (202) 508-1100

For Interested Party:         Kirschner Consulting Company
                              BY: MARC KIRSCHNER
                              (212) 348-2803

For Interested Party
Bigelow:                      Sperling & Slater
                              BY: GWEN NOLAN, ESQ.
                              (312) 641-3200

For Interested Party
Ernst & Young, LLP:           Alston & Bird, LLP
                              BY: JOHN W. WEISS, ESQ.
                              (212) 210-9412

For JP Morgan Chase:          Davis Polk & Wardwell, LLP
                              BY: ANGELA LIBBY, ESQ.
                              (212) 450-4433

For Morgan Stanley:           Weil Gotshal & Manges, LLP
                              BY: DAVID LITVACK, ESQ.
                              (212) 310-8361

For Aurelius Capital
Management:                   Akin Gump Strauss Hauer &
                              Feld, LLP
                              BY: DEBORAH J. NEWMAN, ESQ.
                              (212) 872-7481

For Bank of America           O'Melveny & Myers (NY Office)
                              BY: DANIEL S. SHAMAH, ESQ.
                              (212) 326-2138
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Seaport Group:              The Seaport Group
                                BY: KENNETH SMALLEY, ESQ.
                                (212) 616-7763

For EGI-TRB, LLC:               Jenner & Block
                                BY: ANDREW VAIL, ESQ.
                                (312) 810-8688

For Former Special
Committee:                      Skadden Arps Slate Meagher &
                                Flom
                                BY: JUSTIN WINERMAN, ESQ.
                                (312) 407-0924

For Birmingham, Hianik,
Knatt, Ehlmann, Kniffer,
Berlamino & Quimby:             Edwards Wildman & Palmer
                                BY: JONATHAN W. YOUNG, ESQ.
                                (312) 201-2662
```

1

1  WILMINGTON, DELAWARE, WEDNESDAY, JANUARY 16, 2013, 11:00 A.M.

2          THE COURT:  Good morning all.

3          COUNSEL:  Good morning, Your Honor.

4          MS. STICKLES:  Good morning, Your Honor, Kate

5  Stickles, of Cole Schotz, on behalf of Tribune Company.

6  Also appearing on behalf of Tribune Company is Kevin Lantry,

7  from Sidley Austin.  Yesterday afternoon, the reorganized

8  debtors filed an Amended Agenda with the Court, indicating

9  that Agenda Items 1 through 8 are adjourned.  Certifications

10  were filed and the Court entered Orders with respect to

11  Agenda Items 9, 10, 11, 12, and 14.  The sole matter going

12  forward is Agenda Item #13, the debtor's Motion for an

13  Omnibus Order Authorizing Substitution of the Reorganized

14  Debtors in Place of the Creditors' Committee in Certain

15  Adversary Proceedings.  Mr. Lantry will address the Court.

16          THE COURT:  All right.

17          MR. LANTRY:  Good morning, Your Honor, Kevin

18  Lantry, on behalf of the reorganized debtors.  Your Honor,

19  before filing this Motion, the debtors spent considerable

20  time discussing the scope of the relief requested in this

21  Motion with the Committee, we shared successive drafts of

22  the Motion with the Committee, and we made sure that

23  Committee's Counsel was comfortable with everything that was

24  in the Motion.  We did this for a reason.  The Committee was

25  the Court-authorized representative of the Estate with

 1  regard to all of the applicable preference actions and had

 2  been so during the last two years of the case.  We also made

 3  sure that Counsel for the Committee spoke with Marc

 4  Kirschner about a week before we filed the Motion to make

 5  sure he was apprised of what it contained.  So we were

 6  surprised by the scope and extent of the concerns raised by

 7  the Litigation Trustee to the Motion.  Nevertheless, we --

 8  as soon as we heard from Mr. Kirschner, about 10 days ago,

 9  spent substantial portions of seven consecutive days

10  discussing and trying to find a resolution, until we finally

11  decided there was an impasse.

12          THE COURT:  You know, I will tell you -- and of

13  course, the Court sits in a place often far removed from the

14  discussions the parties have outside of the Courtroom, but I

15  don't know why this should be all that hard to resolve and I

16  -- it's probably my own shortcoming that doesn't give me

17  that vision.  Why is it so hard?

18          MR. LANTRY:  Your Honor, the debtors found three

19  things that were problematic with what the Litigation

20  Trustee was asking for.  The first was they asked that any

21  preference defendant, who is also a defendant in any

22  preserved cause of action or unresolved claim, agree in

23  writing that any dismissal, with prejudice, will not be

24  prejudicial to the Litigation Trustee's continued

25  prosecution of the preserved cause of action.  The debtors

1  found this problematic for two reasons; one of them, by our

2  count, this would involve agreements with potentially 71

3  different defendants.

4          THE COURT:  I, frankly, don't know why a

5  defendant would agree to anything.

6          MR. LANTRY:  Their behavior in filing some

7  pleadings do suggest that that could be the case.

8          THE COURT:  Yes, okay.

9          MR. LANTRY:  At any rate, we thought that was

10  time-consuming, costly to the debtors, and was not something

11  we had negotiated and contemplated in the Plan.

12          THE COURT:  Likely, unavailing.

13          MR. LANTRY:  The other alterative created by what

14  the Litigation Trustee requests is that we dismiss without

15  prejudice.  The debtors didn't find this attractive; 51 of

16  the 170 insider defendants are current employees.  The toll

17  of having this preference hanging over them for the last two

18  years has been significant in terms of employee morale and

19  the balance of them are former employees who have -- many

20  asserted indemnity claims against the debtors.

21          THE COURT:  So the Litigation Trustee's

22  speculation that the debtor, once the substitution was

23  effective, would it indeed dismiss many or all of these

24  actions?

25          MR. LANTRY:  Your Honor, we intend to dismiss the

1  majority of these actions.

2           THE COURT:  Okay.

3           MR. LANTRY:  And intend to dismiss them with

4  prejudice so that we can have a clean slate and go forward

5  with regard to these employees and former employees.

6           THE COURT:  Yes, but the Litigation Trustee's

7  concern, you know, which is why would you hand somebody a

8  possible defense to the litigation that survives that

9  dismissal?  And since, and I haven't really thought this

10 through, but let me just think aloud for a moment, I'll take

11 that risk.  Wouldn't a dismissal with prejudice ultimately

12 just end?  I mean who would be the potential plaintiff who

13 could claim a right to restart that action?  Is there such a

14 plaintiff out there?

15          MR. LANTRY:  We think the Plan is pretty

16 conclusive; that these causes of action go to the reorganized

17 company, and that, if the reorganized company doesn't do

18 anything with them, that nobody else can come in and scream

19 that they should.  So we do hear what you're saying.  On the

20 other hand, having to explain this to 170 people, many of

21 whom don't have lawyers and many of them have aggressive

22 lawyers, is going to take a lot of time.

23          THE COURT:  Well, it seems to me that, you know,

24 once a preference action against them is dismissed, they

25 ought to just say thank you and that really ought to be the

1  end of it, not to be too cheeky about it.

2       MR. LANTRY:  Your Honor, the second thing that the

3  Litigation Trustee requests that we found problematic is that

4  they want you to opine in the Substitution Order that any

5  action that the reorganized debtors do with respect to the

6  ordinary litigation claims will have absolutely no effect

7  whatsoever on the preserved cause of action.

8       THE COURT:  You know, my -- again, just, and I

9  haven't heard from others yet and I haven't made a decision

10 yet, but you know, I'm sharing my impressions with you, after

11 having reviewed the written submissions, and that is, you

12 know, a dismissal without prejudice is a dismissal without

13 prejudice, and if someone wants to argue later in some future

14 litigation about what that means or doesn't mean, they're

15 free to do that.  But again, it seems to me that that covers

16 the ground, at least as much of it as I could cover in the

17 context of the relief requested in this Motion, that I can

18 cover.  I mean one of the responses says, you know, I don't

19 have jurisdiction to decide a matter not yet before me, and I

20 don't know if I'd characterize it that way myself, but just

21 as a matter of judicial approach to this type of relief, it

22 seems to me that there, at its core, is some merit to that

23 argument.

24      MR. LANTRY:  At any rate, Your Honor, we do recall

25 what you told us back at the end of, I think it was the first

1   round of the confirmation hearings in the summer of 2011.  A

2   number of the plaintiffs, and I think some of the defendants,

3   in the disclaimed state law avoidance claims had successfully

4   gotten relief from stay from you to take this into various

5   Courts across the land, and they had come back to ask for a

6   little more opinions from you about how things were going in

7   that and I think you said that when they asked for exit for

8   the bankruptcy that it's a one-way door.  So this struck us

9   as being something rather like that.  The Plan certainly

10  contemplates that the preserved causes of action on behalf of

11  the Litigation Trustee, an overwhelming majority of them, go

12  over to Judge Pauley, and we suspected you didn't want to be

13  meddling with the matters that were in front of him.

14          Your Honor, the third reason we found -- or the

15  third thing we didn't like about what the Litigation Trustee

16  was asking was that in each one of these dismissals, Notices

17  of Dismissal, should we be going forward as we intend, that

18  they would get a statement from the debtors saying that the

19  dismissal is without prejudice to the Litigation Trustee's

20  pursuit of the preserved causes of action.  And again, we

21  felt that it wasn't our place to be issuing representations

22  and warranties to the world about the res judicata impact of

23  our dismissal on other actions that might be pending against

24  the defendants.  So, Your Honor, I think if I was to kind of

25  summarize where the whole thing sits, in our view, we spent a

1    lot of time negotiating in the Plan how those 300, more than

2    300, preference actions that were brought by the Committee

3    and the debtors, would be divided and the Plan was very

4    carefully negotiated to say certain of the ordinary

5    litigation claims, all of the litigation claims, go over to

6    the debtors.

7            THE COURT:  And that's, in terms of numbers of

8    adversaries, that's the overwhelming majority of adversaries

9    that are pending?

10            MR. LANTRY:  Correct.  On the other hand, a number

11    of the preference causes of action or preserved causes of

12    action go over to the Litigation Trustee.  And we certainly

13    could have, as we negotiated with each of the parties, and

14    the defendants participated in this negotiation, as well as

15    the Noteholders and Aurelius, the parties, on behalf of the

16    Litigation Trustee, we could have certainly had strings

17    attached to the ownership of the ordinary litigation claims

18    and what the debtors could or couldn't do with those actions

19    but we didn't do that.  And there was two years in which --

20    this was in the first Plan that you denied and the second

21    Plan that you confirmed.  The same provisions were there.

22    They had plenty of time to try to have caveats and conditions

23    and protections and they didn't do that and we think it's now

24    too late for the Litigation Trustee to come in and try to put

25    something that wasn't in the Plan into the ownership of the

1   ordinary litigation claims and what we do to them.

2          THE COURT:  Right.  Of course, the Litigation

3   Trustee wasn't appointed until when?

4          MR. LANTRY:  Your Honor, I do think that the

5   parties who have propounded the interests of the Litigation

6   Trustee have been pretty vigorous.  Your Honor, there was, in

7   addition to the Objection by the Indenture -- or the

8   Litigation Trustee, there was one Objection filed by two of

9   the defendants, Mr. Murphy and Mr. Ellis, that asked that we

10  put something in the Order that reflected something we said

11  in the Motion; that nothing in the Motion or Order would

12  impact the various parties' positions regarding whether the

13  unresolved claims constituted ordinary litigation claims or

14  preserved causes of action, something in our Motion we

15  acknowledge that we need to be negotiating and working on.

16  We're fine with adding that paragraph into the form of Order.

17          THE COURT:  Okay.

18          MR. LANTRY:  And we have told them as well.

19          THE COURT:  All right.  Thank you.

20          MR. LANTRY:  Thank you, Your Honor.

21          THE COURT:  All right.  Let me first hear from the

22  Litigation Trustee.

23          MR. COBB:  Good morning, Your Honor, Richard Cobb,

24  on behalf of the Litigation Trustee, Marc Kirschner.  Your

25  Honor, I'd first like to address, and I'd like to comment,

1   that we appreciated the reorganized debtors' efforts to try

2   to accommodate and reach some sort of consensual agreement

3   and disposition of the Motion, and the efforts were

4   substantial.  It is unfortunate that we couldn't reach an

5   amicable resolution because we do think it's relatively

6   straightforward.  And so that the Court is aware, there were

7   other questions that were raised, as Mr. Kirschner has now

8   stepped in.  He has -- and is seated as the Litigation

9   Trustee with regard to other pieces of the motion, but -- and

10  a lot of time was spent working through those issues as well.

11  So you're right, Your Honor, you are not privy to a lot of

12  what goes on outside the Courtroom but good work was

13  undertaken in order to narrow the issues to just what is

14  before the Court today and what was in our papers as we filed

15  them.

16          Your Honor, the debtors have filed what, in

17  essence, is I -- they would, I think, characterize is it's

18  just a procedural Motion; it's just administrative.  We're

19  simply trying to implement or carry out the terms of the

20  confirmed Plan consistent with the Confirmation Order and the

21  related Agreements, including the Litigation Trust Agreement.

22  However, the relief that they seek may have the effect of

23  creating substantive rights in third parties; that is, these

24  defendants, the defendants to the adversary proceedings.  And

25  although the Litigation Trustee is very comfortable that he

1  will be able to overcome any defenses raised that may relate

2  to an overlap between defendants against whom claims are

3  asserted in the FitzSimons action; up in the MDL we'll call

4  it for sake of convenience and dismissals here in the

5  adversary proceedings.  We are concerned that the litigation

6  -- excuse me, the overlap defendants will seek to assert

7  purported defenses relating to dismissals of adversaries here

8  in this jurisdiction and that will be time-consuming, and

9  time, in our business, means money, and the Litigation

10  Trustee does not want to see Litigation Trust assets

11  squandered or spent dealing with these issues and there's no

12  better evidence of that than the response that was generated

13  from some of the individual defendants and their Counsel in

14  response to our limited Objection that was filed.  This is a

15  litigious bunch.  Many times, there is valid purpose and

16  gain.  Other times, it is, frankly, litigious.  And that is

17  the primary thrust of our response.  We want to head that off

18  at the pass, Your Honor.  And all we are asking is for

19  clarification with regard to the effect of a dismissal,

20  essentially, the actions that are taken by the reorganized

21  debtors after they receive their property, and just to simply

22  clarify consistent with the Plan and Confirmation Order that

23  those actions will have no effect on the preserved causes of

24  action.

25              THE COURT:  But why would it be up to this Court

1  to make that determination?

2            MR. COBB:  Well, Your Honor, certainly, the Plan,

3  the relief that's granted in the Plan with regard to the

4  cleaving of these litigations; who owns what, that was and is

5  before the Court, and we believe it is entirely appropriate

6  for the Court here in Delaware to make a determination that

7  is nothing more than a clarification of what the parties'

8  existing rights are as between the reorganized debtors, the

9  Litigation Trustee, and the defendants in the adversary

10 proceedings.  But the primary issue, Your Honor, is this

11 dismissal with prejudice and we don't see this as doing

12 anything more than being careful to carry out the terms and

13 the rights that are provided within the Plan Confirmation

14 Order and the Litigation Trust Agreement approved by the

15 Court with regard to the preserved causes of action.  The

16 modifications that we are seeking are entirely consistent to

17 the debtor's Order; are entirely consistent with the Plan.

18 They don't -- we're not asking to create any new rights.

19 We're not asking to add anything more to what we believe is

20 plainly in the documents that are relevant to this

21 discussion.  And fundamentally, Your Honor, you are aware, of

22 course, of the tremendous back-and-forth with regard to

23 ownership of these causes of action.

24            THE COURT:  Well, let me put it -- let me ask two

25 questions.

1    MR. COBB:  Sure.

2    THE COURT:  The Litigation Trustee's request with

3 respect to the dismissal without prejudice relates only to 18

4 adversaries, is that correct?

5    MR. COBB:  It's actually -- it would actually be

6 24 overlap defendants.

7    THE COURT:  Okay.

8    MR. COBB:  Let me address very briefly the

9 responses that were filed, Your Honor, because the debtors

10 didn't come before the Court certainly in writing and say

11 that they have a fundamental issue with the relief that we're

12 seeking.  They -- frankly, it's they'd like to get on with

13 their business and don't want to have to deal with the

14 administrative burden and the political chafe of the fallout

15 that may occur if they have to sit and negotiate in any

16 respect with these defendants.  And, Your Honor, you have the

17 ability to modify the terms of the Proposed Order and that's

18 all the discussion that need be had.

19    There is an Order that will be presented to each

20 defendant and overlap defendant in which this discussion

21 regarding with or without prejudice would need to occur.

22 There is no advisory opinion that's being sought here, Your

23 Honor.  We are simply seeking clarification of the relief

24 sought in their Order so that there is a consistency between

25 the rights that are granted in the Plan with regard to the

1   preserved causes of action and we want to entirely avoid the

2   creation of a substantive defense or the perception of a

3   substantive defense to avoid the wasting of Litigation Trust

4   assets.

5           Secondly, there's a reference to an injunction

6   that we may be seeking.  Your Honor, I don't -- I'm not going

7   to address that in any detail because we are, at bottom,

8   seeking no injunction with regard to the defendants.

9           THE COURT:  Well, I guess you could argue that, in

10  effect, if I grant your relief, at least in part, it could be

11  considered a mandatory injunction because I'm directing that

12  something be done.  I don't know if I read it that way, but

13  an argument could be made.

14          MR. COBB:  Your Honor, I would say that the

15  debtors are seeking to take affirmative action with regard to

16  specific property rights that they acquire under the Plan and

17  we are only asking that that action be tempered against what

18  rights are given to the Litigation Trustee and property that

19  is being transferred to the Litigation Trust.  It's not an --

20  we're not enjoining the defendants.  Their expectations, Your

21  Honor, are met.  The -- whether or not any litigation claims

22  are being transferred to the reorganized debtors and then

23  whatever is done with those claims beyond that, there should

24  be no expectation whatsoever from the defendants regarding

25  disposition of those claims based on anything that's been

1  approved by the Court, the Plan, the Confirmation Order, or

2  the related documents.

3          THE COURT:  Okay.  Let me ask this so that I'm

4  clear.  The Litigation Trustee has no issue with between now

5  and 90 days from the effective date -- when was the effective

6  date by the way?

7          MR. LANTRY:  December 31.

8          MR. COBB:  December 31.

9          THE COURT:  December 31?

10          MR. COBB:  New Year's.

11          THE COURT:  Between now and 90 days from then,

12  you'll try to work out an allocation with respect to those

13  overlap defendants or the --

14          MR. COBB:  Let me just suggest, Your Honor, that

15  it's the unresolved claims.

16          THE COURT:  Unresolved.

17          MR. COBB:  That's the unresolved portion that we'd

18  work on allocation.

19          THE COURT:  That's fine, yes.  And you're okay to

20  leave that open for now?

21          MR. COBB:  We're okay to leave that open for now.

22  The debtors have agreed to take no action with regard to the

23  unresolved claims at this point.

24          THE COURT:  Right.  And what about the 10 tolled

25  situations?

1          MR. COBB:  There is actually 11, Your Honor, and

2    we agree with the debtors that, of the 11, the 10 that are

3    listed in their Motion and to which they should be

4    substituted as the party plaintiff I guess you could describe

5    it as, that is -- we agree with that position.  This is part

6    of the research background negotiation that occurred not

7    today or in your Courtroom.

8          THE COURT:  Okay.  All right.

9          MR. COBB:  So it's very narrow, Your Honor.  It's

10   simply this piece.

11         THE COURT:  All right.  Thank you.

12         MR. COBB:  Thank you.

13         THE COURT:  Let me ask if anyone else wishes to be

14   heard in connection with this Motion?

15         MR. FRANK:  Your Honor, this is Joseph Frank.  I

16   represent the Employee Compensation Defendant's Group.  We

17   did file a response to the Litigation Trustee's Objection.

18         THE COURT:  Go ahead.

19         MR. FRANK:  Thank you, Your Honor, and I

20   appreciate being allowed to participate by telephone.  Your

21   Honor, I represent about 60 senior management people at

22   Tribune, people who ran newspapers and television stations

23   and have been sued on preference claims based on the

24   redemption of various types of stock compensation that they

25   received over many years, and I'll try not to retread the

1  ground that Mr. Lantry covered, but I do want to address

2  several things.

3           I think the first thing I want to talk about is

4  the Plan.  It's been confirmed based on voting, based on this

5  Court's Order, and the Plan very clearly divided up the

6  ordinary litigation claims and the preserved causes of

7  action.  And in the argument the Court just heard from the

8  Litigation Trustee, there was a suggestion that there was

9  something unclear about that but there really wasn't anything

10 unclear about that.  Ordinary litigation claims, as of the

11 effective date, belong to reorganized Tribune and they are

12 entitled to do with them as they will.  If there was to be

13 any limitation on that right, it should have been in the Plan

14 that everyone voted on and this Court took a great deal of

15 time in deciding to confirm.  So, unless some real lack of

16 clarity is pointed out, I think any relief based on a claim

17 that this is just a clarification of the Plan, isn't really

18 warranted.

19          The next thing I want to talk about is the

20 bankruptcy case today.  And, Your Honor, you could make 20

21 decisions today that would eliminate a great deal of

22 litigation cost but that's not the way the judicial process

23 works.  And I guess I would just point to one example which

24 is that when the Litigation Trustee's predecessors came into

25 the Court seeking leave to pursue the state law fraudulent

1    conveyance claims, a number of people who anticipated being

2    defendants in those claims, stood up and said even if your

3    Court -- the Court were willing to allow that, the Court

4    shouldn't because they wouldn't have standing to pursue them

5    or because anything they try to avoid would fall within the

6    546(e) safe harbor, and the Court could have decided those

7    things and eliminated a great deal of litigation cost

8    because, right now, they're being litigated in the MDL

9    action.  But the Court left those issues for Judge Pauley,

10   and I would say that the effect of any dismissal, to the

11   extent it occurs and to the extent it is with prejudice of

12   preference actions and the impact that might have on the

13   claims pending in the MDL or the preserved causes of action,

14   should be left for the Judge who's presiding over those

15   actions.  I think any decision on that issue right now, while

16   it certainly might eliminate litigation costs, just isn't the

17   process this Court has followed to date and when you really

18   get to litigation costs and the notion of appeals and things

19   like that, I'm not sure you would really accomplish the goal

20   that the Litigation Trustee set out anyway.

21             THE COURT:  Well, Mr. Frank, let me ask you the --

22             MR. FRANK:  And then the last thing I want to talk

23   about, and I've heard the Court's comments and it's clear

24   that the Court understood that part of my pleading, is that

25   Rule 25 is entirely procedural.  All Tribune has asked to do

1  today is to substitute in as the plaintiff on the ordinary

2  litigation claims that were transferred to it under the Plan

3  and that's really all the Court should hear today.  The Court

4  shouldn't get into issues that may crop up at a later date.

5  Those should be left for when they, in fact, crop up.  So I

6  think if the Court is to stick to the relief that has been

7  requested, it's a pretty simple ruling that's before the

8  Court today.

9            And then lastly, there was this notion that there

10 isn't any injunctive relief, and that's great to hear.  If

11 that's the case, that's fine with us, Your Honor, and there's

12 not much to say about it.  But there is provisions in the

13 Litigation Trustee's pleading that suggests that defendants

14 have to give a waiver of any argument of the effect of

15 dismissal with prejudice in order to get dismissal with

16 prejudice, and that, essentially, would amount to an

17 injunction.  So if that request for relief is being

18 withdrawn, that's fine with us, Your Honor.  Those are really

19 the three points I wanted to make and I think they clarify

20 that, right now, on the Motion before the Court today,

21 there's no reason not to grant Tribune the relief it seeks.

22 Thank you, Your Honor.

23            THE COURT:  Well, if it's true, Mr. Frank, as it

24 seems to be, that the debtors' intention, once substituted as

25 plaintiff, is to dismiss many of these claims with prejudice,

1  haven't I really decided for Judge Pauley an issue?  And by

2  that, I mean it's pretty well black letter law that a

3  dismissal with prejudice serves as res judicata.  So, in a

4  way, I'm setting the stage so that the debtor can actually

5  set up the defense that the Litigation Trustee is concerned

6  about here.  Mr. Frank?

7            MR. FRANK:  Well, Your Honor, res judicata as to

8  what, I guess, is the question.  Dismissal with prejudice of

9  preference claims I don't think necessarily will impact the

10  preserved causes of action but I think it is up to Judge

11  Pauley to decide that and I think really if the Court wants

12  to look at the issue that way, what the Court has to say is

13  did I, when I confirmed the Plan, in any way, limit Tribune's

14  rights with respect to the ordinary litigation claims?  And

15  if the answer is I didn't limit their rights, then whether or

16  not prejudice -- dismissal with prejudice has an impact, the

17  Court doesn't have a basis today to look at that issue.

18            THE COURT:  All right.  Thank you.  Does anyone

19  else wish to be heard?

20            MR. YOUNG:  Your Honor, this is Jonathan Young, of

21  Edwards Wildman & Palmer.  I represent seven former officers,

22  and if I could very briefly follow one of the points you just

23  discussed with Mr. Frank?

24            THE COURT:  Go ahead.

25            MR. YOUNG:  We joined in Mr. Frank's pleading and

1  support his arguments.  I think the only other observation

2  we'd like to make to the Court is that whatever effect we're

3  discussing here flows from a confirmed and now effective Plan

4  and what Mr. Cobb is really proposing is to impose conditions

5  and rules of engagement on claims that, under the terms of

6  that Confirmed Plan, were allocated to the debtor as opposed

7  to the Litigation Trustee.  So precisely because, as has been

8  discussed, substitution is a ministerial act, we just don't

9  believe there's a basis for the Litigation Trust to impose

10  these conditions and limitations on claims that went

11  somewhere else under the terms of the confirmed Plan.

12          THE COURT:  Thank you.

13          MR. YOUNG:  Thank you.

14          THE COURT:  Does anyone from whom I've not yet

15  heard wish to be heard?

16                  (No audible response)

17          THE COURT:  I hear no further response.  I'll give

18  the Movant the last word.

19          MR. COBB:  Thank you, Your Honor.  Your Honor, I

20  wanted to respond briefly to some of Mr. Frank's points.

21  Your Honor, this is not a question of limiting going beyond

22  what the terms of the Plans say and limiting Tribune's

23  rights.  This is a question of the Court sitting in equity

24  having to balance, if I don't do this, am I taking away

25  rights or affecting rights that were granted in the Plan?

1  And that, I think, underlies all of the relief that we seek

2  in respect of modifying the Proposed Order; and that is if

3  you don't modify the relief sought, we believe that there may

4  be, at bottom, at least an impression and there may be a

5  substantive defense, a right, that is created and takes away

6  from the Litigation Trustee's rights granted under the Plan.

7           THE COURT:  Well, what specifically is the relief

8  being sought today?

9           MR. COBB:  Well, the relief being sought today,

10  Your Honor, by Tribune, is to be substituted in as plaintiff

11  now at the podium --

12           THE COURT:  And nothing more, right?

13           MR. COBB:  Your Honor, we have the expressed

14  intent of Tribune to dismiss with prejudice -- I think you

15  described it as a majority of or most of.

16           THE COURT:  But that's not up to me, is it?

17           MR. COBB:  That is not up to you, Your Honor, and

18  the concern is having -- now that we are aware of that, we do

19  not want to be put in the position where rights are affected

20  or taken away.  And, Your Honor, it is -- to hear from the

21  defendants with regard to these points and really not hear it

22  out of Tribune's mouth, I think says much about what's going

23  on here.  We are simply seeking to preserve the property that

24  has been granted to us under the Plan and allowing Tribune to

25  receive the property that it is entitled to receive as well.

1   But if the disposition of that property, as the Court is --

2   confronted by the Court today, if the disposition of that

3   property is going to create a right in someone else or limit

4   our rights, that's inappropriate and a simple modification

5   can address that.  Your Honor, the waiver request only came

6   in the context of if a defendant would prefer to be dismissed

7   with prejudice, then we would ask that the Court require that

8   that waiver be provided; that any dismissal with prejudice

9   shall not effect the liquidating -- excuse me, the

10  Liquidation Trustee's rights and ability to prosecute any of

11  the preserved causes of action, and there are a couple ways

12  to skin this cat, Your Honor.

13          This could simply be a springing type of relief I

14  guess is what comes to mind.  Your Honor, it could -- a

15  dismissal could be with prejudice.  But if a defendant raises

16  anywhere in any context that that dismissal with prejudice

17  affects the liquidating -- excuse me, the Litigation

18  Trustee's rights with regard to the preserved causes of

19  action, at that point, then it is -- then the dismissal would

20  automatically convert to a dismissal without prejudice.  So

21  that's one way to address this that would give them the

22  comfort that they, so long as, you know, litigation occurs in

23  the MDL where they don't assert that Your Honor created a

24  defense by allowing a dismissal with prejudice, then there

25  are -- they have that comfort of a dismissal with prejudice

1  which I think, at bottom, is what Tribune is seeking through

2  the Motion.  Thank you.

3         THE COURT:  Before you leave the podium, I have

4  one question.  Do you have any objection to the admission of

5  the language that Messrs. Murphy and Ellis have requested?

6         MR. COBB:  No, Your Honor.

7         THE COURT:  All right.

8         MR. LANTRY:  Your Honor, just a factual issue.

9  You had asked how many are overlapping.  The Litigation

10  Trustee has identified 24 individuals who are part of the 170

11  that are involved here who are on Exhibit A to the FitzSimons

12  Complaint.  In addition, by definition, there are 18 involved

13  in the split adversaries, which means that some are going to

14  be ordinary litigation claims and some are preserved so

15  that's 18 more.  In addition, we believe there are 29

16  individuals involved in the unresolved claims that could have

17  this same bifurcation issue, depending on how that gets

18  negotiated.  So that's how we get to the 71 which, again, is

19  our concern that if we are, whether it's a springing

20  arrangement or whether it's a negotiated arrangement, causes

21  the debtors to be involved in a laborant of work trying to

22  find some agreement which, again, was why we said let's just

23  not go there; that's very expensive to the Estate; it's just

24  not something that we think was bargained for or contemplated

25  by the Plan.  The only other thing I would say, Your Honor,

1   is I'm not sure that it is black letter law that a dismissal

2   with prejudice has res judicata effect, period.  It has res

3   judicata effect if the parties are identical to both of the

4   proceedings.  That's not what we have here.  We have the

5   debtors and we have the Litigation Trustee and it's very

6   clear that the two of them are not in concert and that the

7   one's actions does not apply to the other's.  So I don't

8   think that any such defense has any merit.  That's my

9   personal belief as I've looked at the law.  So I wouldn't

10  want you to feel like it is as simple as dismissing with

11  prejudice if giving someone a right that they didn't have.

12  It goes to a bunch of facts that I am sure parties can argue

13  but it's just not that simple and I wouldn't want you to

14  think that that's the law --

15              THE COURT:  Well --

16              MR. LANTRY:  -- as we understand it.

17              THE COURT:  -- merely stated, what it does, and

18  the Litigation Trustee is arguing this, is it gives somebody

19  another thing to try to hang a hat on and he wants to avoid

20  that and that reasoning is entirely understandable given the

21  never-ending history of litigation in this case whether it's

22  before me or not.  Here's what I'm going to do.  I'd like the

23  parties to confer and to draft me a form of Order that grants

24  the relief that's been requested.  But I'd like some

25  background inserted into the form of Order that memorializes

1  the updated facts that Counsel have agreed on as they've gone

2  through their recent discussions that you've described to me

3  so that it's reflected in the Order.  And then send me the

4  Order in a form in which I can modify it because, I'll tell

5  you, it's my intention to add a discussion or a footnote

6  which explains the Litigation Trustee's concerns and to

7  indicate that it's not this Court's intention by granting the

8  limited relief that's been asked for here, because you're

9  just asking for substitution; that's all that's being

10 requested here, to afford any defendant an additional

11 argument that any future dismissal has meaning one way or the

12 other.  I'll say it a little more eloquently than that I

13 hope, but that's the concept and I think it should be

14 expressed in the form of Order and I will add that, but I'll

15 work that out myself.

16          MR. LANTRY:  Thank you, Your Honor.  And just for

17 clarifying what --

18          THE COURT:  Although, I'll make you this offer.

19 If the parties can agree on language that embodies that, I'll

20 consider it.

21          MR. LANTRY:  Your Honor, in terms of the

22 background information that I sense you would like to have in

23 there, is it primarily just a little bit more clarity on the

24 overlap and the number of parties that could be involved in

25 both --

1          THE COURT:  Yes, because the information has

2     shifted a little bit from the written submissions --

3          MR. LANTRY:  I understand.

4          THE COURT:  -- as Counsel have indicated.

5          MR. LANTRY:  Okay.  We will do that.

6          THE COURT:  And I just think it would be good to

7     memorialize that.

8          MR. LANTRY:  Thank you, Your Honor.

9          THE COURT:  Okay.  Are there any questions?

10               (No audible response)

11          THE COURT:  All right.  Anything further for

12     today?

13          MR. LANTRY:  No, and thank you very much.

14          THE COURT:  All right.  Thank you all very much.

15     That concludes this hearing.  Court will stand in recess.

16

17     (Whereupon at 11:38 a.m., the hearing was adjourned)

18

19                    CERTIFICATION

20          I  certify  that  the  foregoing  is  a  correct

21     transcript  from  the  electronic  sound  recording  of  the

22     proceedings in the above-entitled matter.

23

24     _____          17 January 2013_

25     Tammy Kelly, Transcriber                       Date

26     Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**a.m**(3) 1:15  6:1  31:17
**ability**(2) 17:17  27:10
**able**(1) 15:1
**about**(17) 7:4  7:8  10:1  10:14  11:6  11:15  11:22  19:24  20:21  21:3  21:9  21:10  21:19  22:23  23:12  24:6  26:22

**above-entitled**(1) 31:22
**absolutely**(1) 10:6
**accommodate**(1) 14:2
**accomplish**(1) 22:19
**acknowledge**(1) 13:15
**acquire**(1) 18:16
**across**(1) 11:5
**act**(1) 25:8
**action**(26) 7:22  7:25  9:13  9:16  9:24  10:5  10:7  11:10  11:20  12:11  12:12  13:14  15:3  15:24  16:15  16:23  18:1  18:15  18:17  19:22  21:7  22:9  23:14  24:10  27:11  27:19

**actions**(11) 7:1  8:24  9:1  11:23  12:2  12:18  15:20  15:23  22:12  22:15  29:7

**actually**(4) 17:5  17:5  20:1  24:4
**add**(3) 16:19  30:5  30:14
**adding**(1) 13:16
**addition**(3) 13:7  28:12  28:15
**additional**(1) 30:10
**address**(7) 6:15  13:25  17:8  18:7  21:1  27:5  27:21

**adjourned**(2) 6:9  31:17
**administered**(1) 1:6
**administrative**(2) 14:18  17:14
**admission**(1) 28:4
**adversaries**(5) 12:8  12:8  15:7  17:4  28:13
**adversary**(4) 6:15  14:24  15:5  16:9
**advisory**(1) 17:22
**affected**(1) 26:19
**affecting**(1) 25:25
**affects**(1) 27:17
**affirmative**(1) 18:15
**afford**(1) 30:10
**after**(2) 10:10  15:21
**afternoon**(1) 6:7
**again**(5) 10:8  10:15  11:20  28:18  28:22
**against**(5) 8:20  9:24  11:23  15:2  18:17
**agenda**(4) 6:8  6:9  6:11  6:12
**aggressive**(1) 9:21
**ago**(1) 5:7
**agree**(5) 7:22  8:5  20:2  20:5  30:19
**agreed**(2) 19:22  30:1
**agreement**(4) 14:2  14:21  16:14  28:22
**agreements**(2) 8:2  14:21
**ahead**(2) 20:18  24:24
**akin**(1) 4:47
**alixpartners**(1) 3:35
**all**(22) 3:35  6:2  6:16  7:1  7:15  8:23  12:5  13:19  13:21  15:18  17:18  20:8  20:11  22:25  23:3  24:18  26:1  28:7  30:9  31:11  31:14  31:14

**allocated**(1) 25:6
**allocation**(2) 19:12  19:18
**allow**(1) 22:3
**allowed**(1) 20:20
**allowing**(2) 26:24  27:24
**aloud**(1) 9:10
**also**(3) 6:6  7:2  7:21
**alston**(1) 4:34
**alterative**(1) 8:13
**although**(2) 14:25  30:18
**alvarez**(1) 4:11
**amended**(1) 6:8
**america**(1) 4:52
**amicable**(1) 14:5
**amount**(1) 23:16

**and**(166) 3:4  3:45  3:50  6:10  6:11  6:22  7:1  7:6  7:10  7:12  7:15  8:10  8:11  8:18  9:3  9:4  9:5  9:9  9:9  9:17  9:18  9:21  9:25  10:8  10:9  10:11  10:13  10:19  11:2  11:5  11:7  11:12  11:20  11:22  12:3  12:12  12:7  12:12  12:13  12:15  12:18  12:19  12:20  12:22  12:23  12:23  12:23  12:24  13:1  13:9  13:15  13:18  13:25  14:2  14:3  14:3  14:6  14:8  14:9  14:14  14:20  14:24  15:4  15:8  15:8  15:9  15:11  15:13  15:15  15:16  15:18  15:21  15:22  16:4  16:5  16:9  16:11  16:12  16:14  16:21  17:10  17:13  17:14  17:15  17:16  17:17  17:20  18:1  18:16  18:18  18:22  19:5  19:11  19:19  19:24  20:1  20:3  20:19  20:22  20:23  20:25  21:5  21:6  21:7  21:11  21:14  21:20  21:23  22:2  22:6  22:7  22:10  22:11  22:12  22:17  22:18  22:18  22:23  22:23  23:3  23:9  23:10  23:11  23:16  23:19  24:1  24:11  24:14  24:22  24:25  25:3  25:4  25:5  25:10  25:22  26:1  26:2  26:4  26:5  26:12  26:17  26:20  26:21  26:24  27:4  27:10  27:11  28:5  28:14  29:5  29:5  29:6  29:13  29:17  29:19  29:20  29:23  30:3  30:6  30:13  30:14  30:16  30:24  31:6  31:13

**andrew**(2) 2:44  5:10
**angela**(1) 4:39
**another**(1) 29:9
**answer**(1) 24:15
**anticipated**(1) 22:1
**any**(27) 7:20  7:21  7:23  8:9  10:4  10:24  15:1  16:18  17:15  18:7  18:21  21:13  21:16  22:10  22:15  23:10  23:14  24:13  27:8  27:10  27:16  28:4  29:8  29:8  30:10  30:11  31:9

**anyone**(3) 20:13  24:18  25:14
**anything**(4) 8:5  9:18  16:12  16:19  18:25  21:9  22:5  31:11
**anyway**(1) 22:20
**anywhere**(1) 27:16
**appeals**(1) 22:18
**appearances**(4) 2:25  3:1  4:1  5:2
**appearing**(1) 6:6
**applicable**(1) 7:1
**apply**(1) 29:7
**appointed**(1) 13:3
**appreciate**(1) 20:20
**appreciated**(1) 14:1
**apprised**(1) 7:5
**approach**(1) 10:21
**appropriate**(1) 16:5
**approved**(1) 16:14  19:1
**are**(44) 6:9  8:16  8:19  12:9  14:11  15:2  15:5  15:18  15:20  16:8  16:13  16:16  16:16  16:17  16:20  16:21  17:23  17:25  18:7  18:15  18:17  18:18  18:21  18:22  20:2  21:11  23:18  26:18  26:19  26:23  27:11  27:25  28:9  28:10  28:11  28:11  28:12  28:13  28:14  28:15  28:19  29:3  29:6  31:9

**argue**(3) 10:13  18:9  29:12
**arguing**(1) 29:18
**argument**(6) 10:23  18:13  21:7  23:14  30:11
**arguments**(1) 25:1
**arps**(1) 5:14
**arrangement**(2) 28:20  28:20
**ashley**(1) 2:29
**ask**(6) 11:5  16:24  19:3  20:13  22:21  27:7
**asked**(6) 7:20  11:7  13:9  22:25  28:9  30:8
**asking**(7) 7:20  11:16  15:18  16:18  16:19  18:17  30:9

**assert**(1) 15:6  27:23
**asserted**(2) 8:20  15:3
**assets**(2) 15:10  18:4
**attached**(1) 12:17
**attractive**(1) 8:15
**audible**(2) 25:16  31:10
**aurelius**(2) 4:46  12:15

**austin**(4) 1:22  3:25  3:39  6:7
**authorizing**(1) 6:13
**automatically**(1) 27:20
**avenue**(1) 1:31
**avoid**(4) 18:1  18:3  22:5  29:19
**avoidance**(1) 11:3
**aware**(3) 14:6  16:21  26:18
**away**(3) 25:24  26:5  26:20
**back**(2) 10:25  11:5
**back-and-forth**(1) 16:22
**background**(3) 20:6  29:25  30:22
**balance**(2) 8:19  25:24
**bank**(1) 4:52
**bankruptcy**(4) 1:1  1:19  11:8  21:20
**bargained**(1) 28:24
**based**(5) 18:25  20:21  21:4  21:4  21:16
**basis**(2) 24:17  25:9
**because**(11) 14:5  17:9  18:7  18:11  22:4  22:5  22:8  25:7  30:4  30:8  31:1

**been**(12) 7:2  8:18  13:6  18:25  20:23  21:4  21:13  23:6  25:7  26:24  29:24  30:8

**before**(11) 1:18  6:19  7:4  10:19  14:14  16:5  17:10  23:7  23:20  28:3  29:22

**behalf**(6) 6:5  6:6  6:18  11:10  12:15  13:24
**behavior**(1) 8:6
**being**(12) 11:9  16:12  17:22  18:19  18:22  20:20  22:1  22:8  23:17  26:8  26:9  30:9

**belief**(1) 29:9
**believe**(5) 16:5  16:19  25:9  26:3  28:15
**belong**(1) 21:11
**bendernagel**(1) 3:26
**berlamino**(1) 5:21
**better**(1) 15:12
**between**(5) 15:2  16:8  17:24  19:4  19:11
**beyond**(1) 18:23  25:21
**bifurcation**(1) 28:17
**bigelow**(1) 4:29
**bird**(1) 4:34
**birmingham**(2) 2:11  5:19
**bit**(2) 30:23  31:2
**black**(2) 24:2  29:1
**block**(1) 5:9
**both**(3) 18:7  26:4  28:1
**bove**(1) 2:18
**box**(1) 2:21
**brian**(1) 3:30
**briefly**(3) 17:8  24:22  25:9
**brought**(1) 12:2
**bunch**(2) 15:15  29:12
**burden**(1) 17:14
**business**(2) 15:9  17:13
**but**(25) 7:14  9:6  9:10  10:10  10:15  10:20  12:19  14:9  14:12  15:25  16:10  18:12  21:1  21:9  21:22  22:9  23:12  24:10  26:16  27:1  27:15  29:13  29:24  30:13  30:14

**call**(1) 15:3
**came**(2) 21:24  27:5
**can**(8) 9:4  9:18  10:17  24:4  27:5  29:12  30:4  30:19
**capital**(1) 4:46
**careful**(1) 16:12
**carefully**(1) 12:4
**carry**(2) 14:19  16:12
**case**(6) 1:5  7:2  8:7  21:20  23:11  29:21
**cat**(1) 27:12
**cause**(3) 7:22  7:25  10:7
**causes**(16) 9:16  11:10  11:20  12:11  12:11  13:14  15:23  16:15  16:23  18:1  21:6  22:13  24:10  27:11  27:18  28:20

**caveats**(1) 12:22
**certain**(3) 3:4  6:14  12:24

**certainly**(6) 11:9  12:12  12:16  16:2  17:10  22:16

**certification**(1) 31:19
**certifications**(1) 6:9
**certify**(1) 31:20
**chadbourne**(1) 2:28
**chafe**(1) 17:14
**chapter**(1) 1:8
**characterize**(2) 10:20  14:17
**chase**(1) 4:38
**cheeky**(1) 10:1
**chicago**(1) 1:25
**claim**(3) 7:22  9:13  21:16
**claims**(29) 8:20  10:6  11:3  12:5  12:5  12:17  13:1  13:13  13:13  15:2  18:21  18:23  18:25  19:15  19:23  20:23  21:6  21:10  22:1  22:2  22:13  23:2  23:25  24:9  24:14  25:5  25:10  28:14  28:16

**clarification**(4) 15:19  16:7  17:23  21:17
**clarify**(2) 15:22  23:19
**clarifying**(1) 30:17
**clarity**(2) 21:16  30:23
**clean**(1) 9:4
**clear**(3) 19:4  22:23  29:6
**clearly**(1) 21:5
**cleaving**(1) 16:4
**cobb**(23) 2:4  2:5  13:23  13:23  16:2  17:1  17:5  17:8  18:14  19:8  19:10  19:14  19:17  19:21  20:1  20:9  20:12  25:4  25:19  26:9  26:13  26:17  28:6

**cole**(2) 1:28  6:5
**come**(4) 9:18  11:5  12:24  17:10
**comes**(1) 27:14
**comfort**(2) 27:22  27:25
**comfortable**(2) 6:23  14:25
**comment**(1) 13:25
**comments**(1) 22:23
**committee**(8) 2:27  5:14  6:14  6:21  6:22  6:24  7:3  12:2

**committee's**(1) 6:23
**company**(7) 1:7  2:48  4:24  6:5  6:6  9:17  9:17

**compensation**(3) 4:5  20:16  20:24
**complaint**(1) 28:12
**concept**(1) 30:13
**concern**(3) 9:7  26:18  28:19
**concerned**(2) 15:5  24:5
**concerns**(2) 7:6  30:6
**concert**(1) 29:6
**concludes**(1) 31:15
**conclusive**(1) 9:16
**conditions**(3) 13:22  25:4  25:10
**confer**(1) 29:23
**confirm**(1) 21:15
**confirmation**(5) 11:1  14:20  15:22  16:13  19:1

**confirmed**(7) 12:21  14:20  21:4  24:13  25:3  25:6  25:11

**confronted**(1) 27:2
**connection**(1) 20:14
**connolly**(1) 2:18
**consecutive**(1) 7:9
**consensual**(1) 14:2
**consider**(1) 30:20
**considerable**(1) 6:19
**considered**(1) 18:11
**consistency**(1) 17:24
**consistent**(4) 14:20  15:22  16:16  16:17
**constituted**(1) 13:13
**consulting**(1) 4:24
**contained**(1) 7:5
**contemplated**(2) 8:11  28:24

| Word | Page:Line |
|------|-----------|

contemplates(1) 11:10
context(3) 10:17 27:6 27:16
continued(5) 2:2 3:2 4:2 5:3 7:24
convenience(1) 15:4
convert(1) 27:20
conveyance(1) 22:1
core(1) 10:22
correct(3) 12:10 17:4 31:20
cost(2) 21:22 22:7
costly(1) 8:10
costs(2) 21:16 22:18
could(18) 8:7 9:13 10:16 12:13 12:16
12:18 18:9 18:10 18:13 20:4 21:20 22:6
24:22 27:13 27:14 27:15 28:16 30:24

couldn't(2) 12:18 14:4

counsel(6) 6:3 6:23 7:3 15:13 30:1 31:4
count(1) 8:2
couple(1) 27:11
course(3) 7:13 13:2 16:22
court(89) 1:1 6:2 6:8 6:10 6:15 6:16 7:12
7:13 8:4 8:8 8:12 8:21 9:2 9:6 9:23 10:8
12:7 13:2 13:17 13:19 13:21 14:6 14:14
15:25 15:25 16:5 16:6 16:15 16:24 17:2
17:7 17:10 18:9 19:1 19:3 19:9 19:11
19:16 19:19 19:24 20:8 20:11 20:13 20:18
21:7 21:14 21:25 22:3 22:3 22:3 22:6
22:9 22:17 22:21 22:24 23:3 23:3 23:6
23:8 23:20 23:24 24:11 24:12 24:17 24:18
24:24 25:2 25:12 25:14 25:17 25:23 26:7
26:12 26:16 27:1 27:2 27:7 28:3 28:7
29:15 29:17 30:18 31:1 31:4 31:6 31:9
31:11 31:14 31:15

court-authorized(1) 6:25
courtroom(4) 1:10 7:14 14:12 20:7
courts(1) 11:5
court's(3) 21:5 22:23 30:7
cover(2) 10:16 10:18
covered(1) 21:1
covers(1) 10:15
cozen(1) 2:12
create(2) 16:18 27:3
created(3) 8:13 26:5 27:23
creating(1) 14:23
creation(1) 18:2
credit(1) 4:15
creditors(1) 2:28
creditors'(1) 6:14
crop(2) 23:4 23:5
current(1) 8:16
daniel(1) 4:53
data(2) 1:37 31:26
date(6) 19:5 19:6 21:11 22:17 23:4 31:25
dave(2) 3:9 3:11
david(3) 2:35 3:49 4:43
davis(1) 4:38
day(1) 4:15
days(4) 7:8 7:9 19:5 19:11
deal(4) 17:13 21:14 21:21 22:7
dealing(1) 15:11
dearborn(1) 1:24
deborah(1) 4:49
debtor(3) 8:22 24:4 25:6
debtors(27) 1:12 1:22 3:8 6:8 6:14 6:18
6:19 7:18 7:25 8:10 8:15 8:20 10:5 11:18
12:3 12:6 12:18 14:16 15:21 16:8 17:9
18:15 18:22 19:22 20:2 28:21 29:5

debtors'(2) 14:1 23:24
debtor's(2) 6:12 16:17
december(3) 19:7 19:8 19:9
decide(2) 10:19 24:11
decided(3) 7:11 22:6 24:1
deciding(1) 21:15
decision(2) 10:9 22:15
decisions(1) 21:21

defendant(8) 7:21 7:21 8:5 17:20 17:20
27:6 27:15 30:10

defendants(24) 3:44 3:49 4:4 8:3 8:16
11:2 11:24 12:14 13:9 14:24 14:24 15:2
15:6 15:13 16:9 17:6 17:16 18:8 18:20
18:24 19:13 22:2 23:13 26:21

defendant's(2) 4:5 20:16
defense(7) 9:8 18:2 18:3 24:5 26:5 27:24
29:8

defenses(2) 15:1 15:7
definition(1) 28:12
delaware(1) 1:2 1:12 1:31 6:1 16:6
denied(1) 12:20
depending(1) 28:17
describe(1) 20:4
described(2) 26:15 30:2
detail(1) 18:7
determination(2) 16:1 16:6
deutsch(1) 2:31
devon(1) 3:1
diaz(2) 1:37 31:26
did(3) 6:24 20:17 24:13
didn't(8) 8:15 11:12 11:15 12:19 12:23
17:10 24:15 29:11

different(1) 8:3
directing(1) 18:11
directors(2) 3:5 3:45
disclaimed(1) 11:3
discussed(2) 24:23 25:8
discussing(3) 6:20 7:10 25:3
discussion(4) 16:21 17:18 17:20 30:5
discussions(2) 7:14 30:2
dismiss(6) 8:14 8:23 8:25 9:3 23:25 26:14
dismissal(26) 7:23 9:9 9:11 10:12 10:12
11:17 11:19 11:23 15:19 16:11 17:3 22:10
23:15 23:15 24:3 24:8 24:16 27:8 27:15
27:16 27:19 27:20 27:24 27:25 29:1 30:11

dismissals(3) 11:16 15:4 15:7
dismissed(1) 9:24 27:6
dismissing(1) 29:10
disposition(4) 14:3 18:25 27:1 27:2
distefano(1) 2:33
district(1) 1:2
divided(2) 12:3 21:5
documents(1) 16:20 19:2
does(5) 15:10 24:18 25:14 29:7 29:17
doesn't(4) 7:16 9:17 10:14 24:17
doing(1) 16:11
done(2) 18:12 18:23
don't(16) 7:15 8:4 9:21 10:18 10:20 16:11
16:18 17:13 18:6 18:12 24:9 25:8 25:24
26:3 27:23 29:7

door(1) 11:8
dougherty(1) 3:46
douglas(1) 2:31
draft(1) 29:23
drafts(1) 6:21
during(1) 7:2
each(3) 11:16 12:13 17:19
ecro(1) 1:35
edwards(2) 5:21 24:21
effect(11) 10:6 14:22 15:19 15:23 18:10
22:10 23:14 25:22 27:9 29:2 29:3

effective(5) 8:23 19:5 19:5 21:11 25:3
efforts(2) 14:1 14:3
eggert(1) 3:51
egi-trb(1) 5:9
ehlmann(1) 5:20
eisele(1) 3:36
elden(1) 3:45
eldersveld(1) 3:9
electronic(1) 1:43 31:21

eliminate(2) 21:21 22:16
eliminated(1) 22:7
ellis(4) 2:6 3:50 13:9 28:5
eloquently(1) 14:9
else(5) 9:18 20:13 24:19 25:11 27:3
embodies(1) 8:18
emery(1) 3:20
employee(2) 8:18 20:16
employees(5) 4:4 8:16 8:19 9:5 9:5
end(3) 9:12 10:1 10:25
engagement(1) 25:5
enjoining(1) 18:20
entered(1) 6:10
entirely(6) 16:5 16:16 16:17 18:1 22:25
29:20

entitled(2) 21:12 26:25
equity(1) 25:23
ernst(1) 4:34
esq(45) 1:23 1:30 2:5 2:6 2:13 2:19 2:29
2:31 2:33 2:35 2:36 2:38 2:40 2:44 2:45
2:49 3:5 3:9 3:11 3:13 3:17 3:22 3:26
3:28 3:30 3:32 3:36 3:40 3:46 3:51 4:7
4:8 4:12 4:16 4:21 4:30 4:35 4:39 4:43
4:49 4:53 5:6 5:10 5:16 5:22

essence(1) 14:17
essentially(2) 15:20 23:16
estate(2) 6:25 28:23
even(1) 22:2
everyone(1) 21:14
everything(1) 6:23
evidence(1) 15:12
example(1) 21:23
excuse(3) 16:6 27:9 27:17
exhibit(1) 28:11
existing(1) 16:8
exit(1) 11:7
expectation(1) 18:24
expectations(1) 18:20
expensive(1) 28:23
explain(1) 9:20
explains(1) 30:6
expressed(2) 26:13 30:14
extent(3) 7:6 22:11 22:11
fact(1) 23:15
facts(2) 29:12 30:1
factual(1) 28:8
fall(1) 22:5
fallout(1) 17:14
far(1) 7:13
feel(1) 29:10
feld(1) 4:48
felger(1) 2:13
felt(1) 11:21
file(1) 20:17
filed(8) 6:8 6:10 7:4 13:8 14:14 14:16
15:14 17:9

filing(2) 6:19 8:6
finally(1) 7:10
find(3) 7:10 8:15 28:22
fine(4) 13:16 19:19 23:11 23:18
first(6) 7:20 10:25 12:10 13:21 13:25 21:3
fitzsimons(2) 15:3 28:11
flom(1) 5:16
flows(1) 25:3
follow(1) 24:22
followed(1) 22:17
footnote(1) 30:5
for(52) 1:22 1:22 2:4 2:11 2:27 3:4 3:8
3:39 3:44 3:49 4:4 4:11 4:15 4:19 4:24
4:28 4:33 4:38 4:42 4:46 4:52 5:5 5:9
5:13 5:19 6:12 6:24 7:3 7:20 8:1 8:17
9:10 11:5 11:7 11:7 12:24 15:4 15:18 16:6
19:20 19:21 22:9 22:14 23:5 23:17 24:1
25:9 28:24 30:8 30:9 30:16 31:11

foregoing(1) 31:20

form(5) 13:16 29:23 29:25 30:4 30:14
forman(1) 1:28
former(5) 3:44 5:13 8:19 9:5 24:21
forward(3) 6:12 9:4 11:17
found(4) 7:18 8:1 10:3 11:14
frances(1) 3:5
frank(14) 3:4 4:6 4:7 4:11 4:12 20:15
20:15 20:19 22:21 22:22 23:23 24:6 24:7
24:23

frankly(3) 8:4 15:16 17:12
frank's(2) 24:25 25:20
fraudulent(1) 21:25
free(1) 10:15
freeburn(1) 3:50
from(20) 6:7 7:8 7:13 10:9 11:4 11:4 11:6
11:18 13:21 15:13 18:24 19:5 19:11 21:7
25:3 25:14 26:6 26:20 31:2 31:21

front(1) 11:13
fundamental(1) 17:11
fundamentally(1) 16:21
further(2) 25:17 31:11
future(2) 10:13 30:11
gain(1) 15:16
gary(1) 3:13
gecker(3) 3:4 3:5 4:6
generated(1) 15:12
george(1) 3:46
get(6) 11:18 17:12 22:18 23:4 23:15 28:18
gets(1) 28:17
ginger(1) 1:35
give(4) 7:16 23:14 25:17 27:21
given(2) 18:18 29:20
gives(1) 29:18
giving(1) 29:11
goal(1) 22:19
goes(2) 14:12 29:12
going(10) 6:11 9:22 11:6 11:17 18:6 25:21
26:22 27:3 28:13 29:22

goldfarb(1) 2:44
gone(1) 30:1
good(7) 6:2 6:3 6:4 6:17 13:23 14:12 31:6
gotshal(1) 4:42
gotten(1) 11:4
grant(2) 18:10 23:21
granted(5) 16:3 17:25 25:25 26:6 26:24
granting(1) 30:7
grants(1) 29:23
great(3) 21:14 21:21 22:7 23:10
gregory(1) 3:22
grippo(1) 3:45
gross(1) 1:18
ground(2) 10:16 21:1
group(4) 4:6 5:5 5:5 20:16
guess(5) 18:9 20:4 21:23 24:8 27:14
gump(1) 4:47
gwen(1) 4:30
had(8) 7:1 8:11 11:3 11:5 12:16 12:22
17:18 28:9

hand(3) 9:7 9:20 12:10
hang(1) 29:19
hanging(1) 8:17
harbor(1) 22:6
hard(2) 7:15 7:17
harrisburg(1) 1:39
has(17) 8:18 14:7 14:8 19:4 22:17 22:25
23:6 24:12 24:16 25:7 26:24 28:10 29:2
29:2 29:8 30:11 31:1

hat(1) 29:19
hauer(1) 4:47

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **have**(41) 7:14 8:19 9:4 9:21 9:21 10:6 10:19 12:13 12:16 12:22 13:5 13:6 13:18 14:16 14:22 15:23 17:11 17:13 17:15 17:16 19:22 20:23 21:13 22:4 22:6 22:12 23:14 24:17 26:13 27:25 28:3 28:4 28:5 28:16 29:4 29:4 29:5 29:11 30:1 30:22 31:4 | | **item**(1) 6:12 **items**(2) 6:9 6:11 **its**(1) 10:22 **it's**(26) 7:16 11:8 12:23 14:5 14:17 14:18 17:5 17:12 18:19 19:15 20:9 20:9 21:4 22:23 23:7 23:23 24:2 28:19 28:20 28:23 29:5 29:13 29:21 30:3 30:5 30:7 | | **lemay**(1) 2:35 **lenders**(1) 4:15 **leonard**(1) 1:29 **let**(9) 9:10 13:21 16:24 16:24 17:8 19:3 19:14 20:13 22:21 | | **memorialize**(1) 31:7 **memorializes**(1) 29:25 **merely**(1) 29:17 **merit**(2) 10:22 29:8 **messrs**(1) 28:5 **met**(1) 18:21 |
| **haven't**(4) 9:19 10:9 10:9 24:1 **having**(5) 8:17 9:20 10:11 25:24 26:18 **head**(1) 15:17 **hear**(7) 9:19 13:21 23:3 23:10 25:17 26:20 26:21 | | **i'd**(5) 10:20 13:25 13:25 29:22 29:24 **i'll**(8) 9:10 20:25 25:17 30:4 30:12 30:14 30:18 30:19 | | **letter**(2) 24:2 29:1 **let's**(1) 28:22 **levine**(1) 4:19 **libby**(1) 4:39 **liebentritt**(1) 3:11 **like**(11) 11:9 11:15 13:25 13:25 17:12 22:19 25:2 29:10 29:22 29:24 30:22 | | **michael**(1) 2:33 **might**(3) 11:23 22:12 22:16 **mills**(1) 3:32 **mind**(1) 27:14 **ministerial**(1) 25:8 **modification**(1) 27:4 **modifications**(1) 16:16 **modify**(3) 17:17 26:3 30:4 |
| **heard**(8) 7:8 10:9 20:14 21:7 22:23 24:19 25:15 25:15 | | **i'm**(8) 10:10 18:6 18:11 19:3 22:19 24:4 29:1 29:22 | | **likely**(1) 8:12 **limit**(3) 24:13 24:15 27:3 | | **modifying**(1) 26:2 **moelis**(1) 2:48 |
| **hearing**(2) 31:15 31:17 **hearings**(1) 11:1 **heiligman**(1) 4:8 **here**(11) 15:4 15:7 16:6 17:22 24:6 25:3 26:23 28:11 29:4 30:8 30:10 | | **i've**(7) 22:23 25:14 29:9 **james**(5) 2:45 3:17 3:26 3:50 4:16 **jason**(1) 2:49 **jeffrey**(1) 2:19 **jenner**(1) 5:9 **john**(1) 4:35 | | **limitation**(1) 21:13 **limitations**(1) 25:10 **limited**(2) 15:14 30:8 **limiting**(1) 25:21 25:22 **liquidating**(2) 27:9 27:17 **liquidation**(1) 27:10 | | **moment**(1) 9:10 **money**(1) 15:9 **morale**(1) 8:18 **more**(9) 11:6 12:1 16:7 16:12 16:19 26:12 28:15 30:12 30:23 |
| **here's**(1) 29:22 **hianik**(2) 2:11 5:19 **him**(1) 11:13 **his**(1) 25:1 **history**(1) 29:21 | | **johnston**(1) 4:16 **joined**(1) 24:25 **jointly**(1) 6:8 **jonathan**(2) 5:22 24:20 **jones**(2) 4:15 4:21 | | **listed**(1) 20:3 **litigated**(1) 22:8 **litigation**(66) 1:37 4:7 7:7 7:19 7:24 8:14 8:21 9:6 9:8 10:3 10:6 10:14 11:11 11:15 11:19 12:5 12:5 12:12 12:16 12:17 12:24 13:1 13:2 13:5 13:8 13:13 13:22 13:24 14:8 14:21 14:25 15:5 15:9 15:10 16:9 16:14 17:2 18:3 18:18 18:19 18:21 19:20 20:17 21:6 21:8 21:10 21:22 21:24 22:22 22:18 22:20 23:2 23:13 24:5 24:14 25:7 25:9 26:6 27:17 27:22 28:9 28:14 29:5 29:18 29:21 30:6 | | **morgan**(2) 4:38 4:42 **morning**(5) 6:2 6:3 6:4 6:17 13:23 **most**(1) 26:15 **motion**(18) 6:12 6:19 6:21 6:22 6:24 7:4 7:7 10:17 13:1 13:11 13:14 14:3 14:9 14:18 20:3 20:14 23:20 28:2 |
| **honor**(56) 6:3 6:4 6:17 6:18 7:18 8:25 10:2 10:24 11:11 11:24 13:4 13:6 13:10 13:23 13:25 14:11 14:16 15:18 16:2 16:10 16:21 17:9 17:16 17:23 18:6 18:14 18:21 19:14 20:1 20:15 20:19 21:20 23:11 23:18 23:22 24:7 24:20 25:19 25:21 26:10 26:13 26:17 26:20 27:5 27:12 27:14 27:23 28:6 28:8 28:25 30:16 30:21 31:8 | | **judge**(7) 1:18 1:19 11:12 22:9 22:14 24:1 24:10 **judicata**(5) 11:22 24:3 24:7 29:2 29:3 **judicial**(2) 10:21 21:22 **jurisdiction**(2) 10:19 15:8 **just**(24) 9:10 9:12 9:25 10:8 10:20 14:13 14:18 14:18 15:21 19:14 21:7 21:17 21:23 22:16 24:22 25:8 28:8 28:22 28:23 29:13 30:9 30:16 30:23 31:6 | | **litigations**(1) 16:4 **litigious**(2) 15:15 15:16 **little**(4) 11:6 30:12 30:23 31:2 **litvack**(1) 4:43 **llc**(6) 1:37 3:35 3:45 4:11 5:9 31:26 **llp**(16) 1:22 2:4 2:18 2:28 3:4 3:16 3:25 3:39 3:50 4:6 4:20 4:34 4:34 4:38 4:42 4:48 **lodge**(1) 2:18 **long**(1) 27:22 **look**(2) 24:12 24:17 **looked**(1) 29:5 **lot**(4) 9:22 12:1 14:10 14:11 **mace**(1) 1:35 | | **mouth**(1) 26:22 **movant**(1) 25:18 **much**(5) 10:16 23:12 26:22 31:13 31:14 **murphy**(3) 3:50 13:9 28:5 **myers**(1) 4:52 **myself**(2) 10:20 30:15 **narrow**(2) 14:13 20:9 **necessarily**(1) 24:9 **need**(3) 13:15 17:18 17:21 **negotiate**(1) 17:15 **negotiated**(5) 8:11 12:4 12:13 28:18 28:20 **negotiating**(2) 12:1 13:15 **negotiation**(2) 12:14 20:6 **never-ending**(1) 29:21 **nevertheless**(1) 7:7 **new**(2) 16:18 19:10 **newman**(1) 4:49 **newspapers**(1) 20:22 **next**(1) 21:19 **nobody**(1) 9:18 **nolan**(1) 4:30 |
| **honorable**(1) 1:18 **hope**(1) 30:13 **how**(5) 11:6 12:1 28:9 28:17 28:18 **howard**(1) 2:40 **however**(1) 14:22 **hutz**(1) 2:18 | | **justin**(1) 5:16 **kansa**(1) 3:28 **kate**(2) 1:30 6:4 **kelly**(1) 31:25 **ken**(1) 3:28 **kenneth**(1) 5:6 **kerriann**(1) 3:32 **kevin**(4) 1:18 1:23 6:6 6:17 **kind**(1) 11:24 | | **made**(4) 6:22 7:2 10:9 18:13 **majority**(4) 9:1 11:11 12:8 26:15 **make**(7) 7:4 16:1 16:6 21:20 23:19 25:2 30:18 **management**(2) 4:47 20:21 **mandatory**(1) 18:11 **manges**(1) 4:42 **many**(8) 8:19 8:23 9:20 9:21 15:15 20:25 23:25 28:9 | | **north**(2) 2:14 2:20 **not**(35) 7:23 8:10 10:1 10:19 14:11 15:10 16:18 16:19 18:6 18:19 18:20 20:6 20:25 21:22 22:19 23:12 23:21 24:16 25:14 25:16 26:16 26:17 26:19 26:21 27:9 28:23 28:24 29:1 29:4 29:6 29:7 29:13 29:22 30:7 |
| **identical**(1) 29:3 **identified**(1) 28:10 **impact**(5) 11:22 13:12 13:12 22:12 24:9 24:16 **impasse**(1) 7:11 **implement**(1) 14:19 **impose**(2) 25:4 25:9 **impression**(1) 26:4 **impressions**(1) 10:10 **inappropriate**(1) 27:4 **including**(1) 14:21 **indeed**(1) 8:23 **indemnity**(1) 8:20 **indenture**(1) 13:7 **indicate**(1) 30:7 **indicated**(1) 31:4 **indicating**(1) 6:8 **individual**(1) 15:13 **individuals**(2) 28:10 28:16 **information**(3) 30:22 31:1 **injunction**(4) 18:5 18:8 18:11 23:17 **injunctive**(1) 23:10 **inserted**(1) 29:25 **insider**(1) 8:16 **intend**(3) 8:25 9:3 11:17 **intent**(1) 26:14 **intention**(3) 23:24 30:5 30:7 **interested**(4) 4:19 4:24 4:28 4:33 **interests**(1) 13:5 **into**(6) 11:4 12:25 13:16 21:24 23:4 29:25 **involve**(1) 8:2 **involved**(5) 28:11 28:12 28:16 28:21 30:24 **isn't**(2) 21:17 22:14 **issue**(9) 16:10 17:11 19:4 22:15 24:1 24:12 24:17 28:8 28:17 | | **kirschner**(6) 4:24 4:25 7:4 7:8 13:24 14:7 **kje**(1) 1:5 **knatt**(1) 5:20 **kniffer**(1) 5:20 **know**(12) 7:12 7:15 8:4 9:7 9:23 10:8 10:10 10:12 10:18 10:20 18:12 17:22 **koch**(1) 4:19 **kopacz**(1) 3:22 **krakauer**(1) 3:30 **laborant**(1) 28:21 **lack**(1) 21:15 **land**(1) 11:5 **landis**(1) 2:4 **landon**(1) 2:6 **language**(2) 28:5 30:19 **lantry**(28) 1:23 6:6 6:15 6:17 6:18 7:18 8:6 8:9 8:13 8:25 9:3 9:15 10:2 10:24 12:10 13:4 13:18 13:20 19:7 21:1 28:8 29:16 30:16 30:21 31:3 31:5 31:8 31:13 **last**(4) 7:2 8:17 22:22 25:18 **lastly**(1) 23:9 **late**(1) 12:14 **later**(2) 10:13 23:4 **laura**(1) 3:36 **law**(6) 11:3 21:25 24:2 29:1 29:9 29:14 **lawyers**(2) 9:21 9:22 **least**(1) 10:16 18:10 26:4 **leave**(4) 19:20 19:21 21:25 28:3 **left**(3) 22:9 22:14 23:5 | | **mark**(1) 2:13 **market**(3) 1:11 2:7 2:14 **marsal**(1) 4:11 **matter**(4) 6:11 10:19 10:21 31:22 **matters**(1) 11:3 **matthew**(2) 4:11 4:12 **may**(7) 14:22 15:1 17:15 18:6 23:4 26:3 26:4 **mccormack**(1) 2:36 **mcdermott**(1) 3:20 **mdl**(4) 15:3 22:8 22:13 27:23 **meagher**(1) 5:14 **mean**(4) 9:12 10:14 10:18 24:2 **meaning**(1) 30:11 **means**(3) 10:14 15:9 28:13 **meddling**(1) 11:13 **meisel**(1) 1:28 | | **noteholders**(1) 12:15 **nothing**(3) 13:11 16:7 26:12 **notices**(1) 11:16 **notion**(2) 22:18 23:9 **now**(12) 12:23 14:17 19:4 19:11 19:20 19:21 22:8 22:15 23:20 25:3 26:11 26:18 **number**(4) 11:2 12:10 22:1 30:24 **numbers**(1) 12:7 **o'melveny**(1) 4:52 **objection**(5) 13:7 13:8 15:14 20:17 28:4 **observation**(1) 25:1 **occur**(2) 17:15 17:21 **occurred**(1) 20:6 **occurs**(2) 22:11 27:22 **off**(1) 15:17 **offer**(1) 30:18 **office**(2) 3:21 4:52 **officers**(3) 3:4 3:45 24:21 **offices**(1) 3:35 **official**(1) 2:27 |
| **issues**(5) 14:10 14:13 15:11 22:9 23:4 **issuing**(1) 11:21 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| often(1) 7:13 | | plan(30) 8:11 9:15 11:9 12:1 12:3 12:20 | | rath(1) 2:4 | | ruling(1) 23:7 | |
| okay(10) 8:8 9:2 13:17 17:7 19:3 19:19 | | 12:21 12:25 14:20 15:22 16:2 16:3 16:13 | | rather(1) 11:9 | | safe(1) 22:6 | |
| 19:21 20:8 31:5 31:9 | | 16:17 17:25 18:16 19:1 21:4 21:5 21:13 | | reach(2) 14:2 14:4 | | said(4) 11:7 13:10 22:2 28:22 | |
| | | 21:17 23:2 24:13 25:3 25:6 25:11 25:25 | | read(1) 18:12 | | sake(1) 15:4 | |
| omnibus(1) 6:13 | | 26:6 26:24 28:25 | | real(1) 21:15 | | same(2) 12:21 28:17 | |
| | | | | really(12) 9:9 9:25 21:9 21:17 22:17 | | say(10) 9:25 12:4 17:10 18:14 22:10 23:12 | |
| once(3) 8:22 9:24 23:24 | | plans(1) 25:22 | | 22:19 23:3 23:18 24:1 24:11 25:4 26:21 | | 24:12 25:22 28:25 30:12 | |
| one(10) 1:24 8:1 10:18 11:16 13:8 21:23 | | pleading(3) 22:24 23:13 24:25 | | | | | |
| 24:22 27:21 28:4 30:11 | | pleadings(1) 8:7 | | reason(3) 6:24 11:14 23:21 | | saying(2) 9:19 11:18 | |
| | | plenty(1) 12:22 | | reasoning(1) 29:20 | | says(2) 10:18 26:22 | |
| one-way(1) 11:8 | | podium(2) 26:11 28:3 | | reasons(1) 8:1 | | schotz(1) 1:28 6:5 | |
| one's(1) 29:7 | | point(3) 19:23 21:23 27:19 | | recall(1) 10:24 | | schulz(1) 4:19 | |
| only(5) 17:3 18:17 25:1 27:5 28:25 | | pointed(1) 21:16 | | | | schuylkill(1) 1:38 | |
| open(2) 19:20 19:21 | | points(4) 23:19 24:22 25:20 26:21 | | receive(3) 15:21 26:25 26:25 | | scope(2) 6:20 7:6 | |
| opine(1) 10:4 | | political(1) 17:14 | | received(1) 20:25 | | scream(1) 9:18 | |
| opinion(1) 17:22 | | polk(1) 4:38 | | recent(1) 10:22 | | seaport(1) 5:5 5:5 | |
| opinions(1) 11:6 | | portion(1) 19:17 | | recess(1) 31:15 | | seated(1) 14:8 | |
| opposed(1) 25:6 | | portions(1) 7:9 | | recorded(1) 1:43 | | second(2) 10:2 12:20 | |
| orange(1) 2:20 | | position(2) 20:5 26:19 | | recording(2) 1:43 31:21 | | secondly(1) 18:5 | |
| order(22) 6:13 10:4 13:10 13:11 13:16 | | positions(1) 13:12 | | redemption(1) 20:24 | | see(2) 15:10 16:11 | |
| 14:13 14:20 15:22 16:14 16:17 17:17 | | possible(1) 9:8 | | reed(1) 4:8 | | seek(3) 14:22 15:6 26:1 | |
| 17:19 17:24 19:1 21:5 23:15 26:2 29:23 | | potential(1) 9:12 | | reference(1) 18:5 | | seeking(9) 16:16 17:12 17:23 18:6 18:8 | |
| 29:25 30:3 30:4 30:14 | | potentially(1) 8:2 | | reflected(2) 13:10 30:3 | | 18:15 21:25 26:23 28:1 | |
| | | ppearances(2) 1:21 2:1 | | regard(13) 7:1 9:5 14:9 15:19 16:3 16:15 | | | |
| orders(1) 6:10 | | precisely(1) 25:7 | | 16:22 17:25 18:8 18:15 19:22 26:21 27:18 | | seeks(1) 23:21 | |
| ordinary(10) 10:6 12:4 12:17 13:1 13:13 | | predecessors(1) 21:24 | | | | seems(4) 9:23 10:15 10:22 23:24 | |
| 21:6 21:10 23:1 24:14 28:14 | | prefer(1) 27:6 | | regarding(3) 13:12 17:21 18:24 | | seife(1) 2:40 | |
| | | preference(9) 7:1 7:21 8:17 9:24 12:2 | | relate(1) 15:1 | | send(1) 30:3 | |
| other(10) 8:13 9:20 11:23 12:10 14:7 14:9 | | 12:11 20:23 22:12 24:9 | | related(2) 14:21 19:2 | | senior(1) 20:21 | |
| 15:16 25:1 28:25 30:12 | | prejudice(28) 7:23 8:15 9:4 9:11 10:12 | | relates(1) 17:3 | | sense(1) 30:22 | |
| others(1) 10:9 | | 10:13 11:19 16:11 17:3 17:21 22:11 23:15 | | relating(1) 15:7 | | serves(1) 24:3 | |
| other's(1) 29:7 | | 23:16 23:25 24:3 24:8 24:16 24:16 26:14 | | relatively(1) 14:5 | | service(2) 1:37 1:44 | |
| ought(1) 9:25 9:25 | | 27:7 27:8 27:15 27:16 27:20 27:24 27:25 | | relevant(1) 16:20 | | services(2) 1:37 31:26 | |
| our(11) 8:1 11:21 11:23 11:25 13:14 | | 29:2 29:11 | | relief(21) 6:20 10:17 10:21 11:4 14:22 | | set(2) 22:20 24:5 | |
| 14:14 15:9 15:14 15:17 27:4 28:19 | | | | 16:3 17:11 17:23 18:10 21:16 23:6 23:10 | | setting(1) 24:4 | |
| | | prejudicial(1) 7:24 | | 23:17 23:21 26:1 26:3 26:7 26:9 27:13 | | seven(2) 7:9 24:21 | |
| out(8) 9:14 14:19 16:12 19:12 21:16 22:20 | | presented(1) 17:19 | | 29:24 30:8 | | several(1) 21:2 | |
| 26:22 30:15 | | preserve(1) 26:23 | | | | seyfarth(1) 3:16 | |
| | | preserved(16) 7:22 7:25 10:7 11:10 11:20 | | removed(1) 7:13 | | shaina(1) 4:21 | |
| outside(2) 7:14 14:12 | | 12:11 13:14 15:23 16:15 18:1 21:6 22:13 | | reorganized(11) 6:7 6:13 6:18 9:16 9:17 | | shall(1) 27:9 | |
| over(6) 8:17 11:12 12:5 12:12 20:25 22:14 | | 24:10 27:11 27:18 28:14 | | 10:5 14:1 15:20 16:8 18:22 21:11 | | shamah(1) 4:53 | |
| overcome(1) 15:1 | | | | | | shared(1) 6:21 | |
| overlap(6) 15:2 15:6 17:6 17:20 19:13 | | presiding(1) 22:14 | | represent(3) 20:16 20:21 24:21 | | sharing(1) 10:10 | |
| 30:24 | | pretty(4) 9:15 13:6 23:7 24:2 | | representations(1) 11:21 | | shaw(1) 3:16 | |
| | | primarily(1) 30:23 | | representative(1) 6:25 | | shifted(1) 31:2 | |
| overlapping(1) 28:9 | | primary(1) 15:17 16:10 | | request(3) 17:2 23:17 27:5 | | shortcoming(1) 7:16 | |
| overwhelming(1) 11:11 12:8 | | privy(1) 14:11 | | requested(6) 6:20 10:17 23:7 28:5 29:24 | | should(10) 7:15 9:19 11:17 18:23 20:3 | |
| own(1) 7:16 | | probably(1) 7:16 | | 30:10 | | 21:13 22:14 23:3 23:5 30:13 | |
| ownership(3) 12:17 12:25 16:23 | | problematic(3) 7:19 8:1 10:3 | | | | | |
| owns(1) 16:4 | | procedural(2) 14:18 22:25 | | requests(2) 8:14 10:3 | | shouldn't(2) 22:4 23:4 | |
| o'connor(1) 2:12 | | proceedings(8) 1:17 1:43 6:15 14:24 15:5 | | require(1) 27:7 | | sidley(4) 1:22 3:25 3:39 6:7 | |
| | | 16:10 29:4 31:22 | | res(5) 11:22 24:3 24:7 29:2 29:2 | | significant(1) 8:18 | |
| p.a(1) 1:29 | | | | research(1) 20:6 | | simple(4) 23:7 27:4 29:10 29:13 | |
| palmer(2) 5:21 24:21 | | process(2) 21:22 22:17 | | resolution(2) 7:10 14:5 | | simply(6) 14:19 15:21 17:23 20:10 26:23 | |
| papers(1) 14:14 | | produced(1) 1:44 | | resolve(1) 7:15 | | 27:13 | |
| paragraph(1) 13:16 | | property(7) 15:21 18:16 18:18 26:23 | | respect(7) 6:10 10:5 17:3 17:16 19:12 | | | |
| parke(1) 2:28 | | 26:25 27:1 27:3 | | 24:14 26:2 | | since(1) 9:9 | |
| part(4) 18:10 20:5 22:24 28:10 | | | | | | sit(1) 17:15 | |
| participate(1) 20:20 | | proposed(2) 17:17 26:2 | | respond(1) 25:20 | | sits(2) 7:13 11:25 | |
| participated(1) 12:14 | | proposing(1) 25:4 | | response(7) 9:12 15:14 15:17 20:17 | | sitting(1) 25:23 | |
| parties(10) 7:14 12:13 12:15 13:5 14:23 | | propounded(1) 13:5 | | 25:16 25:17 31:10 | | situations(1) 19:25 | |
| 29:3 29:12 29:23 30:19 30:24 | | prosecute(1) 27:10 | | | | skadden(1) 5:14 | |
| | | prosecution(1) 7:25 | | responses(2) 10:18 17:9 | | skin(1) 27:12 | |
| parties'(2) 13:12 16:7 | | protections(1) 12:23 | | restart(1) 9:13 | | slate(2) 5:14 9:4 | |
| party(5) 4:19 4:24 4:28 4:33 20:4 | | provided(2) 16:13 27:8 | | retread(1) 20:25 | | slater(1) 4:29 | |
| pass(1) 15:18 | | provisions(2) 12:21 23:12 | | reviewed(1) 10:11 | | smalley(1) 5:6 | |
| pauley(1) 11:12 22:9 24:1 24:11 | | purported(1) 15:7 | | richard(2) 2:5 13:23 | | smelley(1) 6:11 | |
| pending(3) 11:23 12:9 22:13 | | purpose(1) 15:15 | | right(21) 6:16 9:13 13:2 13:19 13:21 | | sole(1) 6:11 | |
| pennsylvania(1) 1:39 | | pursue(2) 21:25 22:4 | | 14:11 19:24 20:8 20:11 21:13 22:8 22:15 | | some(12) 8:6 10:13 10:22 11:2 14:2 15:13 | |
| people(4) 9:20 20:21 20:22 22:1 | | pursuit(1) 11:20 | | 23:20 24:18 26:5 26:12 27:3 28:7 29:11 | | 21:15 25:20 28:13 28:14 28:22 29:24 | |
| perception(1) 18:2 | | put(4) 12:24 13:10 16:24 26:19 | | 31:11 31:14 | | | |
| period(1) 29:2 | | | | rights(17) 14:23 16:8 16:13 16:18 17:25 | | somebody(2) 9:7 29:18 | |
| personal(1) 29:9 | | question(4) 24:8 25:21 25:23 28:4 | | 18:16 18:18 24:14 24:15 25:23 25:25 | | someone(3) 10:13 27:3 29:11 | |
| peters(1) 3:50 | | questions(3) 14:7 16:25 31:9 | | 25:25 26:6 26:19 27:4 27:10 27:18 | | something(9) 8:10 11:9 12:25 13:10 13:10 | |
| piece(1) 20:10 | | quimby(1) 5:21 | | | | 13:14 18:12 21:9 28:24 | |
| pieces(1) 14:9 | | | | risk(1) 9:11 | | | |
| place(3) 6:14 7:13 11:21 | | raised(3) 7:6 14:7 15:1 | | robinson(2) 3:39 3:40 | | somewhere(1) 25:11 | |
| plainly(1) 16:20 | | raises(1) 27:15 | | roitman(1) 2:38 | | soon(1) 7:8 | |
| plaintiff(6) 9:12 9:14 20:4 23:1 23:25 | | ran(1) 20:22 | | round(1) 11:1 | | sort(1) 14:2 | |
| plaintiffs(1) 11:2 | | rate(2) 8:9 10:24 | | rule(1) 22:25 | | sottile(1) 2:45 | |
| | | | | rules(1) 25:5 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **sought**(5) 17:22  17:24  26:3  26:8  26:9 | | **that**(219) 6:9  6:22  6:23  7:3  7:15  7:16  7:17  7:19  7:20  7:23  8:7  8:7  8:9  8:14  8:22  9:4  9:8  9:8  9:11  9:13  9:16  9:17  9:18  9:19  9:23  9:25  10:2  10:3  10:3  10:4  10:5  10:11  10:14  10:15  10:15  10:15  10:17  10:20  10:22  10:22  11:7  11:7  11:8  11:9  11:10  11:11  11:16  11:17  11:18  11:21  11:23  12:2  12:9  12:19  12:20  12:21  12:23  12:25  13:4  13:9  13:9  13:10  13:11  13:15  13:16  14:1  14:4  14:6  14:7  14:22  14:23  14:25  15:1  15:5  15:8  15:12  15:12  15:14  15:16  15:17  15:20  15:22  16:1  16:4  16:6  16:13  16:16  16:20  17:4  17:9  17:11  17:11  17:15  17:18  17:19  17:24  17:25  18:4  18:7  18:9  18:11  18:12  18:14  18:16  18:17  18:17  18:18  18:23  19:3  19:14  19:17  19:20  19:21  20:2  20:5  20:5  20:6  20:24  21:1  21:8  21:9  21:10  21:13  21:14  21:17  21:21  21:24  22:3  22:10  22:12  22:15  22:19  22:20  22:24  22:24  23:2  23:4  23:8  23:9  23:13  23:13  23:16  23:17  23:20  23:24  24:2  24:2  24:4  24:4  24:11  24:12  24:17  25:2  25:5  25:6  25:10  25:25  26:1  26:1  26:2  26:3  26:5  26:17  26:18  26:18  26:23  26:25  27:1  27:2  27:5  27:7  27:7  27:8  27:8  27:16  27:16  27:19  27:21  27:22  27:23  27:25  28:5  28:11  28:13  28:16  28:17  28:19  28:24  29:1  29:1  29:6  29:6  29:8  29:11  29:12  29:13  29:14  29:20  29:20  29:23  29:25  30:1  30:2  30:3  30:7  30:11  30:12  30:14  30:18  30:19  30:19  30:22  30:24  31:5  31:7  31:15  31:20 | | **the**(301) 1:1  1:2  1:18  5:5  6:2  6:7  6:8  6:10  6:11  6:12  6:13  6:14  6:15  6:16  6:18  6:19  6:20  6:20  6:21  6:22  6:22  6:24  6:24  6:25  6:25  7:1  7:2  7:2  7:3  7:4  7:6  7:6  7:7  7:7  7:12  7:13  7:13  7:14  7:14  7:18  7:19  7:20  7:24  7:25  7:25  8:4  8:7  8:8  8:10  8:11  8:12  8:13  8:14  8:15  8:16  8:16  8:17  8:19  8:20  8:21  8:21  8:22  8:22  8:25  9:2  9:6  9:6  9:8  9:12  9:15  9:16  9:17  9:19  9:23  9:25  10:2  10:2  10:4  10:5  10:5  10:7  10:8  10:11  10:16  10:16  10:17  10:18  10:25  10:25  11:1  11:1  11:2  11:2  11:3  11:5  11:8  11:9  11:10  11:11  11:13  11:14  11:14  11:15  11:18  11:18  11:19  11:20  11:22  11:22  11:24  11:25  12:1  12:2  12:3  12:3  12:4  12:5  12:6  12:7  12:8  12:10  12:11  12:12  12:12  12:14  12:15  12:15  12:15  12:17  12:17  12:18  12:20  12:20  12:21  12:21  12:24  12:25  12:25  13:2  13:2  13:2  13:4  13:5  13:5  13:7  13:7  13:9  13:10  13:11  13:11  13:12  13:12  13:16  13:17  13:19  13:21  13:24  14:1  14:3  14:3  14:14  14:8  14:9  14:12  14:13  14:14  14:16  14:22  14:24  14:24  14:25  15:3  15:3  15:4  15:5  15:6  15:9  15:12  15:15  15:15  16:2  15:19  15:20  15:20  15:22  15:23  15:25  16:2  16:3  16:3  16:3  16:5  16:6  16:7  16:8  16:9  16:9  16:10  16:12  16:13  16:13  16:14  16:14  16:15  16:15  16:17  16:17  16:20  16:22  16:24  17:2  17:2  17:3  17:7  17:8  17:9  17:10  17:11  17:13  17:14  17:14  17:16  17:17  17:17  17:18  17:23  17:25  17:25  17:25  18:1  18:2  18:3  18:9  18:14  18:16  18:18  18:19  18:20  18:21  18:22  18:24  19:1  19:1  19:1  19:4  19:4  19:5  19:5  19:6  19:9  19:11  19:13  19:15  19:16  19:15  19:22  19:22  19:24  19:24  20:2  20:2  20:2  20:4  20:6  20:8  20:11  20:13  20:16  20:17  20:18  20:23  20:25  21:3  21:4  21:5  21:5  21:6  21:7  21:7  21:7  21:10  21:13  21:17  21:19  21:22  21:22  21:24  21:25  21:25 | | **there**(31) 7:11  9:13  9:14  10:22  12:19  12:21  13:6  13:8  14:6  15:15  17:19  17:22  17:24  18:23  20:1  21:8  21:9  21:12  23:9  23:9  23:12  26:3  26:4  27:11  27:24  28:12  28:15  28:23  30:23  31:9 |
| **sound**(2) 1:43  31:21 | | | | | | | |
| **south**(1) 1:24 | | | | | | **there's**(5) 15:11  18:5  23:11  23:21  25:9 |
| **sowka**(1) 3:17 | | | | | | **these**(13) 8:23  9:1  9:5  9:16  11:16  14:23 |
| **spaeder**(1) 2:43 | | | | | | 15:11  16:4  16:23  17:16  23:25  25:10  26:21 |
| **special**(1) 5:13 | | | | | | |
| **specific**(1) 18:16 | | | | | | **they**(29) 7:20  9:19  9:24  10:4  11:5  11:7 |
| **specifically**(1) 26:7 | | | | | | 11:18  12:22  12:23  14:17  14:22  15:21 |
| **speculation**(1) 8:22 | | | | | | 16:18  17:11  17:12  17:15  18:16  20:3  20:24 |
| **spent**(5) 6:19  7:9  11:25  14:10  15:11 | | | | | | 21:11  21:12  22:4  22:5  23:5  23:19  27:22 |
| **sperling**(1) 4:29 | | | | | | 27:23  27:25  29:11 |
| **split**(1) 28:13 | | | | | | |
| **spoke**(1) 7:3 | | | | | | **they'd**(1) 17:12 |
| **springing**(2) 27:13  28:19 | | | | | | **they're**(2) 10:14  22:8 |
| **squandered**(1) 15:11 | | | | | | **they've**(1) 30:1 |
| **stage**(1) 24:4 | | | | | | **thing**(6) 10:2  11:15  11:25  21:3  21:19 |
| **stand**(1) 31:15 | | | | | | 22:22  28:25  29:19 |
| **standing**(1) 22:4 | | | | | | |
| **stanley**(1) 4:42 | | | | | | **things**(5) 7:19  11:6  21:2  22:7  22:18 |
| **state**(2) 11:3  21:25 | | | | | | **think**(28) 9:10  9:15  10:25  11:2  11:7  11:24 |
| **stated**(1) 29:17 | | | | | | 12:23  13:4  14:5  14:17  21:3  21:16  22:15 |
| **statement**(1) 11:18 | | | | | | 23:6  23:19  24:9  24:10  24:11  25:1  26:1 |
| **states**(2) 1:1  1:19 | | | | | | 26:14  26:22  28:1  28:24  29:8  29:14  30:13 |
| **stations**(1) 20:22 | | | | | | 31:6 |
| **stay**(1) 11:4 | | | | | | **third**(3) 11:14  11:15  14:23 |
| **stepped**(1) 14:8 | | | | | | **this**(47) 6:19  6:20  6:24  7:15  8:1  8:2  8:15 |
| **steve**(2) 3:39  3:40 | | | | | | 8:17  9:9  9:20  10:17  10:21  11:4  11:8  12:12 |
| **stick**(1) 23:6 | | | | | | 12:20  15:8  15:14  15:25  16:10  16:11  16:20 |
| **stickles**(3) 1:30  6:4  6:5 | | | | | | 17:20  19:3  19:20  20:5  20:10  20:14  20:15 |
| **stock**(1) 20:24 | | | | | | 21:4  21:14  21:17  22:17  23:9  24:20  25:21 |
| **stood**(1) 22:2 | | | | | | 25:23  25:24  27:12  27:13  27:21  28:17 |
| **straightforward**(1) 14:6 | | | | | | 29:18  29:21  30:7  30:18  31:15 |
| **strauss**(1) 4:47 | | **that's**(29) 12:7  12:8  16:3  17:17  17:22 | | | | |
| **street**(5) 1:11  1:24  1:38  2:14  2:20 | | 18:25  19:14  19:17  19:19  21:22  23:3  23:7  23:10 | | | | **thomas**(1) 2:36 |
| **strings**(1) 12:16 | | 23:11  23:11  23:18  26:16  27:4  27:21  28:15 | | | | **those**(13) 12:1  12:18  14:10  15:23  18:23 |
| **struck**(1) 11:8 | | 28:18  28:23  29:4  29:8  29:14  29:24  30:8 | | | | 18:25  19:12  22:2  22:6  22:9  22:14  23:5 |
| **submissions**(2) 10:11  31:2 | | 30:9  30:9  30:13 | | | | 23:18 |
| **substantial**(2) 7:9  14:4 | | | | | | **thought**(2) 8:9  9:9 |
| **substantive**(4) 14:23  18:2  18:3  26:5 | | | | | | **three**(2) 7:18  23:19 |
| **substitute**(1) 23:1 | | | | | | **through**(5) 6:9  9:10  14:10  28:1  30:2 |
| **substituted**(3) 20:4  23:24  26:10 | | | | | | **thrust**(1) 9:22 |
| **substitution**(5) 6:13  8:22  10:4  25:8  30:9 | | | | | | **time**(7) 6:20  9:22  12:1  12:22  14:10  15:9 |
| **successfully**(1) 11:3 | | | | | | 21:15 |
| **successive**(1) 6:21 | | | | **the**(165) 22:3  22:3  22:5  22:6  22:8  22:9 | | |
| **such**(2) 9:13  29:8 | | | | 22:10  22:10  22:11  22:12  22:12  22:13 | | **time-consuming**(2) 8:10  15:8 |
| **sued**(1) 20:23 | | | | 22:13  22:14  22:16  22:18  22:19  22:20 | | **times**(2) 15:15  15:16 |
| **suggest**(2) 8:7  19:14 | | | | 22:21  22:21  22:22  22:23  22:24  23:1  23:1 | | **today**(13) 14:14  20:7  21:20  21:21  23:1 |
| **suggestion**(1) 21:8 | | | | 23:2  23:3  23:3  23:6  23:6  23:7  23:11  23:12 | | 23:3  23:8  23:20  24:17  26:8  26:9  27:2 |
| **suggests**(1) 23:13 | | | | 23:14  23:19  23:20  23:20  23:21  23:23 | | 31:12 |
| **suite**(2) 1:31  2:7 | | | | 23:24  24:4  24:4  24:5  24:5  24:8  24:9  24:11 | | **told**(2) 10:25  13:18 |
| **sullivan**(1) 4:19 | | | | 24:12  24:12  24:13  24:14  24:15  24:16 | | **toll**(1) 8:16 |
| **summarize**(1) 11:25 | | | | 24:18  24:22  24:24  25:1  25:2  25:5  25:6 | | **tolled**(1) 19:24 |
| **summer**(1) 11:1 | | | | 25:7  25:9  25:11  25:11  25:12  25:14  25:17 | | **too**(2) 10:1  12:24 |
| **support**(1) 25:1 | | | | 25:18  25:18  25:22  25:22  25:23  25:25  26:1 | | **took**(1) 21:14 |
| **sure**(5) 6:22  7:3  7:5  17:1  22:19  29:1  29:12 | | | | 26:2  26:3  26:6  26:6  26:7  26:7  26:9  26:11 | | **transcriber**(1) 31:25 |
| **surprised**(1) 7:6 | | | | 26:12  26:13  26:16  26:18  26:19  26:20 | | **transcript**(3) 1:17  1:44  31:21 |
| **survives**(1) 9:8 | | | | 26:23  26:24  26:25  27:1  27:1  27:2  27:2 | | **transcription**(2) 1:37  1:44 |
| **suspected**(1) 11:12 | | | | 27:5  27:6  27:7  27:9  27:9  27:11  27:17  27:17 | | **transferred**(3) 18:19  18:22  23:2 |
| **take**(5) 9:10  9:22  11:4  18:15  19:22 | | | | 27:18  27:18  27:19  27:21  27:23  28:2  28:3 | | **tremendous**(1) 16:22 |
| **taken**(2) 15:20  26:20 | | | | 28:3  28:4  28:5  28:7  28:9  28:10  28:11 | | **tribune**(12) 1:7  3:8  6:5  6:6  20:22  21:11 |
| **takes**(1) 26:5 | | | | 28:13  28:16  28:18  28:21  28:23  28:25 | | 22:25  23:21  26:10  26:14  26:24  28:1 |
| **taking**(1) 25:24 | | | | 28:25  29:3  29:8  29:13  29:24  29:25  29:26  29:7 | | |
| **talk**(3) 21:3  21:19  22:22 | | | | 29:9  29:14  29:15  29:17  29:18  29:20  29:22 | | **tribune's**(3) 24:13  25:22  26:22 |
| **tammy**(1) 31:25 | | | | 29:24  29:25  30:1  30:3  30:3  30:6  30:7 | | **true**(1) 23:23 |
| **telephone**(1) 20:20 | | | | 30:11  30:13  30:14  30:16  30:19  30:21 | | **trust**(6) 14:21  15:10  16:14  18:3  18:19  25:9 |
| **telephonic**(4) 2:25  3:1  4:1  5:2 | | | | 30:23  30:24  31:1  31:1  31:2  31:4  31:6 | | **trustee**(28) 2:4  7:7  7:20  8:14  10:3  11:11 |
| **television**(1) 10:22 | | | | 31:9  31:11  31:14  31:17  31:20  31:21  31:21 | | 11:15  12:12  12:16  12:24  13:3  13:6  13:8 |
| **tell**(2) 7:12  30:4 | | | | 31:22 | | 13:22  13:24  14:9  14:25  15:10  16:9  18:18 |
| **tempered**(1) 18:17 | | | | | | 19:4  21:8  22:20  24:5  25:7  28:10  29:5 |
| **terms**(9) 8:18  12:7  14:19  16:12  17:17 | | | | | | 29:18 |
| 25:5  25:11  25:22  30:21 | | | | **their**(9) 8:6  15:13  15:21  17:13  17:24 | | |
| | | | | 18:20  20:3  24:15  30:2 | | **trustee's**(12) 7:24  8:21  9:6  11:19  17:2 |
| **than**(5) 12:1  15:12  16:7  16:12  30:12 | | | | **them**(15) 8:1  8:17  8:19  9:3  9:18  9:21 | | 20:17  21:24  23:13  26:6  27:10  27:18  30:6 |
| **thank**(16) 9:25  13:19  13:20  20:11  20:12 | | | | 9:24  11:11  13:1  13:18  14:15  21:12  22:4 | | |
| 20:19  23:22  24:18  25:12  25:13  25:19  28:2 | | | | 27:21  29:6 | | **try**(7) 12:22  12:24  14:1  19:12  20:25  25:2 |
| 30:16  31:8  31:13  31:14 | | | | **then**(10) 18:22  19:11  22:22  23:9  24:15 | | 29:19 |
| | | | | 27:7  27:19  27:19  27:24  30:3 | | |

| Word | Page:Line |
|------|-----------|
| **trying**(3) 7:10 14:19 28:21 |
| **two**(7) 7:2 8:1 8:17 12:19 13:8 16:24 29:6 |
| **type**(2) 10:21 27:13 |
| **types**(1) 20:24 |
| **ultimately**(1) 9:11 |
| **unavailing**(1) 8:12 |
| **unclear**(2) 21:9 21:10 |
| **under**(6) 18:16 23:2 25:5 25:11 26:6 26:24 |
| **underlies**(1) 26:1 |
| **understand**(2) 29:16 31:3 |
| **understandable**(1) 29:20 |
| **understood**(1) 22:24 |
| **undertaken**(1) 14:13 |
| **unfortunate**(1) 14:4 |
| **united**(2) 1:1  1:19 |
| **unless**(1) 21:15 |
| **unresolved**(7) 7:22 13:13 19:15 19:16 19:17 19:23 28:16 |
| **unsecured**(1) 2:28 |
| **until**(2) 7:10 13:3 |
| **updated**(1) 30:1 |
| **vail**(1) 5:10 |
| **valid**(1) 15:15 |
| **various**(3) 11:4 13:12 20:24 |
| **very**(10) 12:3 14:25 17:8 20:9 21:5 24:22 28:23 29:5 31:13 31:14 |
| **view**(1) 11:25 |
| **vigorous**(1) 13:6 |
| **vision**(1) 7:17 |
| **voted**(1) 21:14 |
| **voting**(1) 21:4 |
| **waiver**(3) 23:14 27:5 27:8 |
| **want**(13) 10:4 11:12 15:10 16:17 17:13 18:1 21:1 21:3 21:19 22:22 26:19 29:10 29:13 |
| **wanted**(2) 23:19 25:20 |
| **wants**(3) 10:13 24:11 29:19 |
| **wardwell**(1) 4:38 |
| **warranted**(1) 21:18 |
| **warranties**(1) 11:22 |
| **warsawsky**(1) 2:49 |
| **was**(33) 6:23 6:23 6:24 7:5 7:11 7:20 7:20 8:9 8:10 8:22 10:25 11:16 11:16 11:24 12:3 12:19 12:20 13:6 13:8 14:10 14:12 14:14 15:12 15:14 16:4 19:5 21:8 21:8 21:12 23:9 28:22 28:24 31:17 |
| **wasn't**(4) 11:21 12:25 13:3 21:9 |
| **wasting**(1) 18:3 |
| **way**(9) 10:20 18:12 19:6 21:22 24:4 24:12 24:13 27:21 30:11 |
| **ways**(1) 27:11 |
| **wednesday**(1) 6:1 |
| **week**(1) 7:4 |
| **weil**(1) 4:42 |
| **weiss**(1) 4:35 |
| **weitman**(1) 3:13 |
| **well**(15) 9:23 12:14 13:18 14:10 16:2 16:24 18:9 22:21 23:23 24:2 24:7 26:7 26:9 26:25 29:15 |
| **went**(1) 25:10 |
| **were**(15) 6:10 7:5 7:19 11:6 11:13 12:2 12:21 14:3 14:6 14:7 17:9 22:3 23:2 25:6 25:25 |
| **we'd**(2) 19:17 25:2 |
| **we'll**(1) 15:3 |
| **we're**(8) 13:16 14:18 16:18 16:19 17:11 18:20 19:21 25:2 |
| **what**(29) 7:5 7:19 8:13 9:19 10:14 10:25 11:15 12:18 13:1 14:12 14:13 14:14 14:16 16:4 16:7 16:19 18:17 19:24 24:8 24:12 25:4 25:22 26:7 27:14 28:1 29:4 29:17 29:22 30:17 |

| Word | Page:Line |
|------|-----------|
| **whatever**(2) 18:23 25:2 |
| **whatsoever**(2) 10:7 18:24 |
| **what's**(1) 26:22 |
| **when**(7) 11:7 13:3 19:5 21:24 22:17 23:5 24:13 |
| **where**(3) 11:25 26:19 27:23 |
| **whereupon**(1) 31:17 |
| **whether**(6) 13:12 18:21 24:15 28:19 28:20 29:21 |
| **which**(11) 9:7 12:19 17:20 20:3 21:23 28:1 28:13 28:18 28:22 30:4 30:6 |
| **while**(1) 22:15 |
| **who**(10) 7:21 8:19 9:12 9:12 13:5 16:4 20:22 22:1 28:10 28:11 |
| **whole**(1) 11:25 |
| **whom**(3) 9:21 15:2 25:14 |
| **who's**(1) 22:14 |
| **why**(6) 7:15 7:17 8:4 9:7 15:25 28:22 |
| **wildman**(2) 5:21 24:21 |
| **will**(15) 3:20 6:15 7:12 7:23 10:6 15:1 15:6 15:8 15:23 17:19 21:12 24:9 30:14 31:5 31:15 |
| **willing**(1) 22:3 |
| **wilmington**(6) 1:12 1:32 2:8 2:15 2:22 6:1 |
| **winerman**(1) 5:16 |
| **wish**(2) 24:19 25:15 |
| **wishes**(1) 20:13 |
| **wisler**(1) 2:19 |
| **with**(69) 6:8 6:10 6:21 6:22 6:23 6:25 7:3 7:19 7:23 8:2 9:3 9:5 9:11 9:18 10:5 10:10 11:13 12:13 12:18 13:16 14:9 14:20 15:11 15:19 15:22 16:3 16:11 16:15 16:17 16:22 17:2 17:11 17:12 17:13 17:16 17:21 17:25 18:8 18:15 18:23 19:4 19:12 19:22 20:2 20:5 20:14 21:12 22:11 23:11 23:15 23:15 23:18 23:25 24:3 24:8 24:14 24:16 24:23 26:14 26:21 27:7 27:8 27:15 27:16 27:18 27:24 27:25 29:2 29:10 |
| **withdrawn**(1) 23:18 |
| **within**(2) 16:13 22:5 |
| **without**(7) 8:14 10:12 10:12 11:19 17:3 17:21 27:20 |
| **word**(1) 25:18 |
| **work**(5) 14:12 19:12 19:18 28:21 30:15 |
| **working**(2) 13:15 14:10 |
| **works**(1) 21:23 |
| **world**(1) 11:22 |
| **would**(26) 8:2 8:5 8:23 9:7 9:12 11:18 12:3 13:11 14:17 15:25 17:5 17:21 18:14 21:21 21:23 22:5 22:10 22:19 23:16 27:6 27:7 27:19 27:21 28:25 30:22 31:6 |
| **wouldn't**(4) 9:11 22:4 29:9 29:13 |
| **writing**(2) 7:23 17:10 |
| **written**(2) 10:11 31:2 |
| **www.diazdata.com**(1) 1:41 |
| **years**(4) 7:2 8:18 12:19 20:25 |
| **year's**(1) 19:10 |
| **yes**(4) 8:8 9:6 19:19 31:1 |
| **yesterday**(1) 6:7 |
| **yet**(4) 10:9 10:10 10:19 25:14 |
| **you**(56) 7:12 7:12 9:7 9:7 9:23 9:25 10:4 10:8 10:10 10:10 10:11 10:18 10:25 11:4 11:6 11:7 11:12 12:20 12:21 13:19 13:20 20:19 21:20 22:17 22:19 22:21 23:22 24:18 24:22 25:12 25:13 25:19 26:3 26:14 26:17 27:22 28:2 28:3 28:4 28:9 29:10 29:13 30:5 30:16 30:18 30:22 31:8 31:13 31:14 |
| **young**(6) 4:34 5:22 24:20 24:20 24:25 25:13 |

| Word | Page:Line |
|------|-----------|
| **your**(59) 6:3 6:4 6:17 6:18 7:18 8:25 10:2 10:24 11:14 11:24 13:4 13:6 13:20 13:23 13:24 14:11 14:16 15:18 16:2 16:10 16:21 17:9 17:16 17:22 18:6 18:10 18:14 18:20 19:14 20:1 20:7 20:9 20:15 20:19 20:20 21:20 22:2 23:11 23:18 23:22 24:7 24:20 25:19 25:19 25:21 26:10 26:13 26:17 26:20 27:5 27:12 27:14 27:23 28:6 28:8 28:25 30:16 30:21 31:8 |
| **you'll**(1) 19:12 |
| **you're**(4) 9:19 14:11 19:19 30:8 |
| **you've**(1) 30:2 |
| **zuckerman**(1) 2:43 |