**Attachment A**

**FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 15 years. Admitted 1997. | $875 | 6.80 | $5,950.00 |
| Suresh T. Advani | Partner/ Tax/ 20 years. Admitted 1992. | $925 | 75.80 | $70,115.00 |
| Anthony J. Aiello | Partner/ Real Estate/ 26 years. Admitted 1986. | $850 | 49.80 | $42,330.00 |
| Jeannette K. Arazi | Partner/ Global Finance/ 13 years. Admitted 1999. | $725 | 3.00 | $2,175.00 |
| Larry A. Barden | Partner/ Corporate/ 30 years. Admitted 1982. | $1,000 | 58.30 | $58,300.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 35 years. Admitted 1977. | $900 | 306.40 | $275,760.00 |

---

[1] Hourly Billing Rates reflected herein are those rates in effect as of January 1, 2012.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin F. Blatchford | Partner/ Corporate/ 26 years. Admitted 1986. | $800 | 124.60 | $99,680.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 10 years. Admitted 2002. | $725 | 139.30 | $100,992.50 |
| Michael A. Clark | Partner/ Tax/ 33 years. Admitted 1979. | $800 | 3.00 | $2,400.00 |
| James F. Conlan | Partner/ Bankruptcy/ 24 years. Admitted 1988. | $1,000 | 131.20 | $131,200.00 |
| Aimee Contreras-Camua | Partner/ Real Estate/ 14 years. Admitted 1998. | $725 | 0.90 | $652.50 |
| Ken Daly | Partner/ Competition/ 16 years. Admitted 1996. | $845 | 3.50 | $2,957.50 |
| William G. Dickett | Partner/ Environmental/ 23 years. Admitted 1989. | $675 | 14.50 | $9,787.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James W. Ducayet | Partner/ Litigation/ 16 years. Admitted 1996. | $800 | 64.40 | $51,520.00 |
| Max C. Fischer | Partner/ Employment/ 17 years. Admitted 1995. | $675 | 24.50 | $16,537.50 |
| Ronald S. Flagg | Partner/ Litigation/ 31 years. Admitted 1981. | $725 | 243.80 | $176,755.00 |
| Scott J. Heyman | Partner/ Tax/ 25 years. Admitted 1987. | $800 | 7.50 | $6,000.00 |
| Robert W. Hirth | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 2.30 | $2,185.00 |
| Michael Hyatte | Partner/ Regulatory/ 33 years. Admitted 1979. | $1,000 | 1.40 | $1,400.00 |
| Pran Jha | Partner/ Corporate/ 21 years. Admitted 1991. | $775 | 1.00 | $775.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Johnson | Partner/ Employee Benefits/ 20 years. Admitted 1992. | $800 | 0.80 | $640.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 13 years. Admitted 1999. | $800 | 144.40 | $115,520.00 |
| David M. Katz | Partner/ Regulatory/ 28 years. Admitted 1984. | $975 | 9.80 | $9,555.00 |
| Peter D. Keisler | Partner/ Appellate/ 23 years. Admitted 1989. | $1,000 | 2.70 | $2,700.00 |
| Colleen M. Kenney | Partner/ Litigation/ 21 years. Admitted 1991. | $725 | 1.50 | $1,087.50 |
| Bryan Krakauer | Partner/ Bankruptcy/ 30 years. Admitted 1982. | $1,000 | 105.90 | $105,900.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 21 years. Admitted 1991. | $950 | 364.90 | $344,660.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan D. Lotsoff | Partner/ Employment/ 18 years. Admitted 1994. | $725 | 6.80 | $4,930.00 |
| Paul Monson | Partner/ Real Estate/ 30 years. Admitted 1982. | $800 | 104.30 | $83,440.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 32 years. Admitted 1980. | $1,000 | 5.20 | $5,200.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 31.10 | $28,767.50 |
| Mark D. Schneider | Partner/ Communications/ 27 years. Admitted 1985. | $750 | 93.50 | $70,125.00 |
| Charles E. Schrank | Partner/ Real Estate/ 22 years. Admitted 1990. | $900 | 0.50 | $450.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 533.30 | $493,302.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John W. Treece | Partner/ Litigation/ 34 years. Admitted 1978. | $850 | 0.30 | $255.00 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 12 years. Admitted 2000. | $750 | 119.60 | $89,700.00 |
| Alan M. Unger | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 0.20 | $190.00 |
| Jay Zimbler | Partner/ Tax/ 37 years. Admitted 1975. | $950 | $3.00 | $2,850.00 |
| | | | | |
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 34 years. Admitted 1978. | $900 | 2.60 | $2,340.00 |
| Richard W. Havel | Senior Counsel/ Bankruptcy/ 40 years. Admitted 1972. | $900 | 0.50 | $450.00 |
| | | | | |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 119.70 | $89,775.00 |
| James R. Benjamin | Associate/ Global Finance/ 4 years. Admitted 2008. | $475 | 0.80 | $380.00 |
| Noam Besdin | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 13.20 | $6,600.00 |
| Mark A. Biggar | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 17.20 | $6,708.00 |
| Peter K. Booth | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 50.30 | $27,916.50 |
| Emily R. Bronner | Associate/ Regulatory/ >1 year. Admission Pending. | $380 | 2.00 | $760.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie L. Brown | Associate/ Real Estate/ >1 year. Admitted 2012. | $340 | 21.40 | $7,276.00 |
| Leslie J. Carter | Associate/ Tax/ 3 years. Admitted 2009. | $435 | 13.10 | $5,698.50 |
| Kristopher J. Clemmons | Associate/ Real Estate/ 5 years. Admitted 2007. | $475 | 17.00 | $8,075.00 |
| Nathan J. Davis | Associate/ Corporate/ >1 year. Admitted 2012. | $325 | 81.80 | $27,471.50 |
| Bret T. Diskin | Associate/ Corporate/ 3 years. Admitted 2009. | $435 | 9.90 | $4,306.50 |
| Stuart Forgan | Associate/ Corporate/ 11 years. Admitted 2001. | $824.82 $819.64 £525 | 7.70 | $6,311.55 |
| Jenna M. Gallagher | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 258.20 | $87,788.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael T. Gustafson | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 335.70 | $151,065.00 |
| Jacqueline A. Hairston | Associate/ Real Estate/ 3 years. Admitted 2009. | $435 | 5.30 | $2,305.50 |
| Amy L. Hanke | Associate/ Litigation/ 6 years. Admitted 2006. | $585 | 6.00 | $3,510.00 |
| Timothy R. Hargadon | Associate/ Litigation/ 3 years. Admitted 2010. | $500 | 0.80 | $400.00 |
| Michael P. Heinz | Associate/ Corporate/ 8 years. Admitted 2004. | $600 | 12.80 | $7,680.00 |
| Steffen Hemmerich | Associate/ Regulatory/ 6 years. Admitted 2006. | $555 | 0.80 | $444.00 |
| Christine M. Herbas | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 202.40 | $68,816.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis Kao | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $500 | 32.80 | $16,400.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 381.90 | $190,950.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 450.70 | $250,138.50 |
| Marc A. Korman | Associate/ Litigation/ 2 years. Admitted 2010. | $395 | 3.60 | $1,422.00 |
| Jason S. Koslowe | Associate/ Bankruptcy/ 1 year. Admitted 2012. | $400 | 10.00 | $4,000.00 |
| Christopher S. Krueger | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 168.00 | $79,800.00 |
| Francis S. Lam | Associate/ Employment/ 1 year. Admitted 2011. | $355 | 62.20 | $22,081.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Langdon | Associate/ Corporate/ 6 years. Admitted 2006. | $550 | 299.20 | $164,560.00 |
| Matthew W. Lee | Associate/ Real Estate/ 3 years. Admitted 2009. | $435 | 4.10 | $1,783.50 |
| Matthew E. Linder | Associate/ Bankruptcy/ >1 year. Admitted 2012. | $325 | 60.40 | $21,661.00 |
| Patrick L. Liu | Associate/ Bankruptcy/ >1 year. Admitted 2012. | $340 | 5.30 | $1,802.00 |
| Shawn C. Luna | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 42.50 | $21,250.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 212.20 | $117,771.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 500.10 | $337,567.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Anna M. Mommsen | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 6.80 | $2,652.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 167.50 | $83,750.00 |
| Erin F. Natter | Associate/ Real Estate/ 6 years. Admitted 2006. | $590 | 2.80 | $1,652.00 |
| Drew A. Norman | Associate/ Real Estate/ 5 years. Admitted 2007. | $590 | 26.50 | $15,635.00 |
| Molly C. Novy | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 8.50 | $3,315.00 |
| Andrew P. Propps | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $500 | 205.10 | $102,550.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 308.50 | $154,250.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jed Rosenkrantz | Associate/ Corporate/ 3 years. Admitted 2009. | $600 | 161.20 | $70,122.00 |
| Thomas E. Ross | Associate/ Litigation/ 3 years. Admitted 2009. | $445 | 388.00 | $172,660.00 |
| Tomer Sachar | Associate/ Real Estate/ 5 years. Admitted 2007. | $475 | 14.10 | $6,697.50 |
| Richard M. Silverman | Associate/ Tax/ 5 years. Admitted 2007. | $525 | 149.70 | $78,592.50 |
| Lydia Hill Slaby | Associate/ Bankruptcy/ 1 year. Admitted 2011. | $400 | 96.90 | $38,760.00 |
| Kate L. Steffy | Associate/ Real Estate/ 6 years. Admitted 2006. | $475 | 50.80 | $24,130.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 25.70 | $14,263.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patrick J. Wackerly | Associate/ Litigation/ 5 years. Admitted 2007. | $525 | 200.80 | $105,420.00 |
| Angela Eavy | Staff Attorney/ Litigation/ 8 years. Admitted 2004. | $375 | 0.90 | $337.50 |
| Paula Friedman | Staff Attorney/ Communications/ 23 years. Admitted 1989. | $315 | 3.80 | $1,197.00 |
| Sarah Lainchbury | Solicitor Trainee/ >1 year. | $289.37 £180 | 0.30 | $86.81 |
| Victoria L. Caputo | Senior Legal Assistant/ Real Estate/ 32 years. | $310 | 0.60 | $186.00 |
| Russell J. Coutinho | Senior Legal Assistant/ Real Estate/ 15 years. | $265 | 92.80 | $24,592.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 11 years. | $250 | 33.90 | $8,475.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Denise M. Kerschhackl | Senior Legal Assistant/ Corporate/ 25 years. | $275 | 6.50 | $1,787.50 |
| Danuta Lucenko | Senior Legal Assistant/ Litigation/ 18 years. | $235 | 1.00 | $235.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $315 | 132.30 | $41,674.50 |
| Eileen McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 26 years. | $325 | 2.40 | $780.00 |
| Jean Mickelsen | Legal Assistant/ Litigation/ 6 years. | $265 | 2.70 | $715.50 |
| John Meehan | Legal Assistant/ Litigation/ 4 years. | $265 | 8.50 | $2,252.50 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 10 years. | $250 | 265.10 | $66,275.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 16 years. | $270 | 7.60 | $2,052.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $235 | 2.50 | $587.50 |
| Nebojsa Rebic | Senior Legal Assistant/ Litigation/ 10 years. | $250 | 6.00 | $1,500.00 |
| Betsy A. Schmidt | Senior Legal Assistant/ Corporate/ 15 years. | $250 | 0.80 | $200.00 |
| D'Esprit Smith | Legal Assistant/ Litigation/ 2 years. | $210 | 4.30 | $903.00 |
| Kenley Stark | Legal Assistant/ Bankruptcy/ 1 year. | $245 | 12.70 | $3,111.50 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 20 years. | $210 | 125.40 | $26,334.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kristen Valcik | Senior Legal Assistant/ Litigation/ 15 years. | $235 | 11.50 | $2,702.50 |
| Colleen M. Campbell | Project Assistant/ 1 year. | $205 | 3.60 | $738.00 |
| Tiffany Katata | Project Assistant/ 4 years. | $120 | 50.00 | $6,000.00 |
| Samantha E. Richey | Project Assistant/ <1 year. | $100 | 5.00 | $500.00 |
| Diliana Stamatova | Project Assistant/ 7 years. | $120 | 27.70 | $3,324.00 |
| Laurie A. Cameron | Associate Librarian/ 16 years. | $150 | 0.50 | $75.00 |
| Ellen Kreis | Librarian/ 13 years. | $105 | 1.30 | $136.50 |
| Christa M. Lange | Librarian/ 33 years. | $160 | 0.30 | $48.00 |
| Amy Weiner | Librarian/ 6 years. | $130 | 1.00 | $130.00 |
| Robert Singh | Docket Clark/ 21 years. | $100 | 1.40 | $140.00 |
| **Grand Total** | | | **8,827.30** | **$5,235,534.36** |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Blended Rate | | $593.11 | | |

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
## FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 114.80 | $82,471.00 |
| Fee Applications (30390) | 882.90 | $377,220.50 |
| Executory Contracts and Leases (30410) | 1.80 | $1,215.00 |
| Vendor Matters (30420) | 1.00 | $800.00 |
| Use/Sale/Lease of Assets (30430) | 1.30 | $1,235.00 |
| DIP Financing/Cash Collateral (30440) | 2.10 | $2,100.00 |
| Insurance Matters (30450) | 2.30 | $2,185.00 |
| Litigated Matters (30470) | 3,415.70 | $2,201,831.00 |
| Travel Time (30480) (with 50% discount) | 4.20 | $1,995.00 |
| Labor Matters (30490) | 0.80 | $540.00 |
| Plan and Disclosure Statement (30500) | 61.60 | $50,910.50 |
| Professional Retention (30510) | 45.20 | $22,994.00 |
| Tax Matters (30520) | 253.40 | $171,358.50 |
| Claims Processing (30530) | 532.60 | $320,791.50 |
| Business Operations (30550) | 103.20 | $83,386.05 |
| Case Administration (30560) | 187.40 | $123,226.00 |
| Creditor Communications (30570) | 4.70 | $2,514.00 |
| Employee Matters (30590) | 108.20 | $58,616.00 |
| Exit Credit Facility (13700) | 91.50 | $59,199.00 |
| Post-Confirmation Matter (13730) | 3,012.60 | $1,670,946.31 |
| **TOTAL** | | **$5,235,534.36** |

**Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation[1] | | $4,218.93 |
| Court Costs | | $1,299.00 |
| Court Reporter | | $5,470.90 |
| Document Production | | $237.50 |
| Duplicating Charges[2] | | $6,883.45 |
| Document Delivery Services | | $586.45 |
| Document Services | | $898.18 |
| Ground Transportation | | $776.63 |
| Legal Support Services | | $125,662.50 |
| Lexis Research Service[3] | Lexis | $24,948.17 |
| Meals Out-of-Town | | $150.07 |
| Meals | | $554.00 |
| Messenger Services | | $4,786.98 |
| Other | | $47.51 |
| Overtime | | $2,497.18 |
| Professional Services | | $8,951.50 |
| Search Services | | $27,268.55 |
| Telephone Tolls | | $1,302.60 |
| Travel/Lodging | | $2,354.25 |
| Westlaw Research Service | Westlaw | $21,778.67 |
| | | |
| **Total** | | **$240,673.02** |

---

[1] Air transportation during the period covered by this Application is charged at the prevailing economy-class rate for such travel less any corporate discounts received by Sidley, in accordance with Sidley's policies for business travel for bankruptcy and non-bankruptcy matters, excepting certain limited instances where coach-class reservations were unavailable.

[2] Sidley's rate for standard copying is $0.10 per page and is in compliance with the rate as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.