# EXHIBIT D

# ("SPLIT SUBSTITUTION NOTICE")

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE | |
| In re:<br>TRIBUNE COMPANY, et al.,[1] | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| TRIBUNE COMPANY [and applicable Reorganized Debtor(s)]<br><br>　　　　　　　Plaintiff(s) with respect to the<br>　　　　　　　Ordinary Litigation Claims,<br><br>v.<br><br>[Applicable Defendant]<br>　　　　　　　Defendant. | Adv. Pro. No. [＿＿＿＿＿] |

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [insert date], [Docket No.] approving the Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This Substitution ("Motion") [Docket No.], and the Effective Date having occurred on [insert date], Reorganized Debtor Tribune Company ("Tribune") [and applicable Reorganized Debtor(s)] hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as plaintiff(s) in the above-captioned adversary proceeding solely with respect to the Ordinary Litigation

---

[1] To the extent the Court grants the concurrently filed motion to amend the caption, the caption in this Notice of Substitution will reflect such an amended caption.

1

Claim(s)[2] asserted therein, which seek to avoid and recover [$_] in deferred bonus transfers, [$_] in restricted stock units and/or options, and [$_] in associated Excise Tax Transfers.

Dated: Wilmington, Delaware  
[insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP  
James F. Conlan  
Kevin T. Lantry  
Steven W. Robinson  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.

By: _____  
Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
500 Delaware Avenue, Suite 1410  
Wilmington, Delaware 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

---

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.