## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08- 13141 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline:  February 13, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date:  To be determined** |
| | ) | |

### SIXTEENTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012</u>

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |
| Period for which compensation and reimbursement are sought: | September 1, 2012 through November 30, 2012 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $2,317,843.00 |

---

1 The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois.

Total Amount of Expense
Reimbursement sought as actual,
reasonable and necessary for
necessary for applicable period:          $2,321.12


Total Amount of Compensation Paid
as actual, reasonable and necessary
for applicable period:          $592,009.20


Total Amount of Expense Reimbursement
Paid as actual, reasonable, and necessary
for applicable period:          $1,140.64


Total Amount of Holdback Fees Sought
For applicable period:          $463,568.60


This is an:  x interim  ___ final application.

| Date & Docket No. | Filing Period | Requested Fees | | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 12/4/2012 [12797] | 9/1/12 through 9/30/12 | $740,011.50 | $1,140.64 | 12/28/2012 [12934] | $592,009.20 | $1,140.64 | $148,002.30 |
| 1/4/2013 [12969] | 10/1/12 through 10/31/12 | $814,623.00 | $484.91 | Obj. due 1/24/2013 | Pending | Pending | $162,924.60 |
| 1/22/2013 [13084] | 11/1/12 through 11/30/12 | $763,208.50 | $695.57 | Obj. due 2/11/2013 | Pending | Pending | $152,641.70 |
| Totals | | $2,317,843.00 | $2,321.12 | | $592,009.20 | | $463,568.60 |

2

| | | BILLING | TOTAL | |
|---|---|---|---|---|
| **SUMMARY OF TOTAL FEES BY PROFESSIONAL** | | | | |
| **FOR ALVAREZ & MARSAL NORTH AMERICA, LLC** | | | | |
| **September 1, 2012 through November 30, 2012** | | | | |
| **PROFESSIONAL** | **POSITION** | **RATE** | **HOURS** | **TOTAL FEES** |
| Brian Whittman | Managing Director | $700 | 360.60 | $252,420.00 |
| Laureen Ryan | Managing Director | $700 | 205.80 | $144,060.00 |
| Neil Beaton | Managing Director | $650 | 4.00 | $2,600.00 |
| Mark Spittell | Senior Director | $790 | 1.70 | $1,343.00 |
| Justin Schmaltz | Senior Director | $600 | 320.00 | $192,000.00 |
| John Forte | Senior Director | $575 | 157.60 | $90,620.00 |
| Richard Stone | Director | $500 | 559.20 | $279,600.00 |
| Michael Hagenaar | Director | $450 | 175.30 | $78,885.00 |
| Mark Zeiss | Director | $450 | 62.30 | $28,035.00 |
| Jodi Ehrenhofer | Director | $425 | 487.50 | $207,187.50 |
| Bradley Boudouris | Manager | $425 | 56.40 | $23,970.00 |
| Damon Busse | Manager | $425 | 121.60 | $51,680.00 |
| James Brennan | Manager | $425 | 45.30 | $19,252.50 |
| Matt Frank | Senior Associate | $425 | 453.50 | $192,737.50 |
| Prasant Gondipalli | Senior Associate | $425 | 337.80 | $143,565.00 |
| Alexander Gershner | Senior Associate | $375 | 354.80 | $133,050.00 |
| Evan Haedicke | Senior Associate | $375 | 2.20 | $825.00 |
| Adam Buchler | Senior Associate | $350 | 24.10 | $8,435.00 |
| Mark Berger | Associate | $375 | 28.00 | $10,500.00 |
| Erin Orr | Consultant | $375 | 12.30 | $4,612.50 |
| Matthew Williams | Consultant | $375 | 400.30 | $150,112.50 |
| Diego Torres | Analyst | $325 | 535.10 | $173,907.50 |
| Dwight Hingtgen | Analyst | $300 | 385.40 | $115,620.00 |
| Panagiotis Pantazis | Analyst | $75 | 30.60 | $2,295.00 |
| Mary Napoliello | Paraprofessional | $195 | 54.00 | $10,530.00 |
| **Total** | | | **5,175.40** | **$2,317,843.00** |

**Blended Rate:**                                                    **$447.86**

| SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC September 1, 2012 through November 30, 2012 | | |
|---|---|---|
| **TASK DESCRIPTION** | **TOTAL HOURS** | **TOTAL FEES** |
| Accounting | 221.20 | $99,725.00 |
| Administrative | 1.10 | $467.50 |
| AP/Vendor Issues | 239.60 | $111,375.00 |
| Avoidance Actions | 109.70 | $56,190.00 |
| Cash Flow | 4.00 | $2,800.00 |
| Claims | 1,746.30 | $697,732.00 |
| Communication | 2.90 | $2,030.00 |
| Contract | 47.50 | $18,947.50 |
| Creditor | 105.00 | $55,252.50 |
| Fee Application | 75.80 | $18,127.50 |
| Financing | 178.30 | $88,972.50 |
| Leases and Real Estate | 40.00 | $21,592.50 |
| Litigation Trust Valuation | 1,042.40 | $517,990.00 |
| Monthly Operating Report | 3.00 | $1,890.00 |
| Operations | 5.70 | $3,990.00 |
| Plan of Reorganization | 1,326.80 | $604,232.50 |
| Tax | 23.50 | $14,708.50 |
| Travel | 2.60 | $1,820.00 |
| **Total** | **5,175.40** | **$2,317,843.00** |

**Blended Rate:**                    **$447.86**

4

| SUMMARY OF EXPENSES BY CATEGORY<br>FOR ALVAREZ & MARSAL NORTH AMERICA, LLC<br>September 1, 2012 through November 30, 2012 | |
| --- | --- |
| **Expense Category** | **Amount** |
| Meals | $545.42 |
| Miscellaneous | $307.60 |
| Transportation | $1,468.10 |
| **Total** | **$2,321.12** |

46429/0001-9204418v1

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08- 13141 (KJC) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) | **Objection Deadline:  February 13, 2013 at 4:00 p.m.** |
|  | ) | **Hearing Date:  To be determined** |

## SIXTEETH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

Alvarez & Marsal North America LLC ("A&M), restructuring advisors to the Debtors in the above captioned chapter 11 cases, hereby submits its fifteenth  interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from September 1, 2012 through November 30, 2012.

## INTRODUCTION

1.      On December 8, 2008, (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      The Debtors have continued in possession of their respective properties and have

---

1 The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois.

continued to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.

3.      On December 18, 2008, the United States Trustee for the District of Delaware (the "US Trustee") appointed an official committee of unsecured creditors (the "Committee") pursuant to section 1102(a) of the Bankruptcy Code.

4.      On February 11, 2009, this Court authorized the Debtors to retain A&M, *nunc pro tunc* to the December 8, 2008, to serve as restructuring advisors to the Debtors in these proceedings pursuant to 11 U.S.C. § 327(a), Federal Rules of Bankruptcy Procedure 2014, 2016 and 5002, and the terms set forth in the Application for an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 362]

5.      On January 15, 2009, this Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members (the "Fee Order") [Docket No. 225] and on March 19, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Professionals and Consideration of Fee Applications (the "Fee Examiner Order") [Docket No. 546].  Pursuant to the Fee Order and section 331 of the Bankruptcy Code, 11 U.S.C. § 331, A&M submits this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by A&M in serving as restructuring advisors to the Debtors.  Specifically, Applicant submits this Sixteenth Interim Fee Application seeking interim approval and allowance of compensation in the amount of $2,317,843.00, and actual and necessary expenses in the amount of $2,321.12 incurred during

2

the interim period from September 1, 2012 through November 30, 2012, detailed in the chart below:

| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date & Docket No. | Approved Fees | Approved Expenses | Unapproved Holdback |
|---|---|---|---|---|---|---|---|
| 12/4/2012 [12797] | 9/1/12 through 9/30/12 | $740,011.50 | $1,140.64 | 12/28/2012 [12934] | $592,009.20 | $1,140.64 | $148,002.30 |
| 1/4/2013 [12969] | 10/1/12 through 10/31/12 | $814,623.00 | $484.91 | Obj. due 1/24/2013 | Pending | Pending | $162,924.60 |
| 1/22/2013 [13084] | 11/1/12 through 11/30/12 | $763,208.50 | $695.57 | Obj. due 2/11/2013 | Pending | Pending | $152,641.70 |
| Totals | | $2,317,843.00 | $2,321.12 | | $592,009.20 | | $463,568.60 |

7.    Notice of this Interim Fee Application has been provided in accordance with the Interim Fee Order to: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, attn: Kenneth P. Kansa; and Cole Schotz, Meisel, Forman, & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, attn: J. Kate Stickles; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk, & Wardwell, LLP, 450 Lexington Avenue, New York, NY 10017; (iv) the Debtors; (v) counsel to the Committee;  (vi) the Office of the United States Trustee for the District of Delaware, and (vii) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002.  Notice is also provided to Stuart Maue, the fee examiner, in accordance with the Fee Examiner Order. Applicant submits that no other or further notice need be provided.

46429/0001-9204418v1

WHEREFORE, A&M respectfully requests that the Court enter an Order: (i) granting the Interim Fee Application and authorizing interim allowance of compensation in the amount of $2,317,843.00 for professional services rendered and $2,321.12 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Interim Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated:     January 24, 2013
           Chicago, Illinois

                                        **ALVAREZ & MARSAL NORTH
                                        AMERICA, LLC**

                                        Thomas E. Hill
                                        55 W. Monroe Street
                                        Suite 4000
                                        Chicago, IL 60603
                                        Telephone:  312.601.4226
                                        Facsimile: 312.803.1875
                                        thill@alvarezandmarsal.com

                                        *Restructuring Advisors for the Debtors
                                        and Debtors-in-Possession*

4