## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Reorganized Debtors**.** | ) |

### SUBMISSION OF SENIOR LENDER FEE/EXPENSE CLAIM STATEMENT PURSUANT TO SECTION 9.1.1 OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION

Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. (the "Senior Lenders") hereby submit this Statement of Senior Lender Fee/Expense Claims pursuant to Section 9.1.1 of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Modified July 19, 2012 [Docket No. 12072] (the "Plan").  Capitalized terms not defined here have the meanings given to them in the Plan.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

This Statement summarizes the fees for services rendered and expenses incurred by the following Senior Lender Professionals, none of which previously have been paid or reimbursed by Tribune Company or any of its affiliates:

| Exhibit | Senior Lender Professional | Total Amount |
|---------|---------------------------|--------------|
| A | Hennigan, Bennett & Dorman LLP (counsel from December 2008 through February 2011) | $7,699,283.15 |
| B | Dewey & LeBoeuf, LLP (counsel from February 2011 through May 2012) | $3,333,781.77 |
| C | Jones Day (counsel from May 2012 through December 2012) | $914,120.01[2] |
| D | Young, Conaway, Stargatt & Taylor LLP (Delaware counsel) | $967,774.04 |
| E | Akin Gump Strauss Hauer & Feld LLP (FCC counsel) | $988,693.70 |
| F | Paul Weiss Rifkind Wharton & Garrison LLP (corporate, tax and securities counsel) | $634,635.50 |
| G | WilmerHale LLP (counsel to Angelo Gordon) | $4,075,307.80 |
| | *Total* | $18,613,595.97 |

Each exhibit to this Statement contains a summary of the services provided, the aggregate time spent by timekeeper, and a summary of the expenses incurred by category.

The Senior Lenders have submitted this Statement to Reorganized Tribune, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee pursuant to Section 9.1.1 of the Plan.

---

[2] The figures stated for Jones Day's fee and expense submission do not include fees for services rendered and expenses incurred from and after January 1, 2013, relating to the preparation of this Statement. At the conclusion of the thirty day review period set forth in Section 9.1.1 of the Plan, Jones Day will submit to the Reorganized Debtors a supplemental statement with respect to such fees and expenses.

Dated: Wilmington, Delaware
January 25, 2013

/s/ M. Blake Cleary
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253

-    and –

Bruce Bennett
James O. Johnston
Joshua M. Mester
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071

*Attorneys for Oaktree Capital Management, L.P. and
Angelo, Gordon & Co., L.P.*

# EXHIBIT A

## (Hennigan, Bennett & Dorman LLP)

**Hennigan, Bennett & Dorman, LLP**
**Summary of Timekeepers**
**(December 2008 through February 2011)**

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Bennett, Bruce | 1982 | 2011 - $950<br>2010 - $875 - $950<br>2009 - $875<br>2008 - $875 | 1,499.80 | $1,345,302.50 |
| Bergman, James | N/A (financial analyst) | 2011 - $525<br>2010 - $475 - $525<br>2009 - $460 - $475<br>2008 - $460 | 1,117.40 | $531,882.50 |
| Dillman, Kirk | 1983 | 2011 - N/A<br>2010 - N/A<br>2009 - $750<br>2008 - N/A | 2.60 | $1,950.00 |
| Floyd, Kevin | N/A (paralegal) | 2011 - $225<br>2010 - $210 - $225<br>2009 - $210<br>2008 - N/A | 134.00 | $28,584.00 |
| Gaona, Marie | N/A (paralegal) | 2011 - $145<br>2010 - N/A<br>2009 - N/A<br>2008 - N/A | 21.70 | $3,146.50 |
| Gerger, Richard | N/A (financial analyst) | 2011 - $755<br>2010 - $705 - $755<br>2009 - $690 - $705<br>2008 - N/A | 1,397.10 | $996,045.50 |
| Habel, James | 1989 | 2011 - $400<br>2010 - $370 - $400<br>2009 - $370<br>2008 - N/A | 780.50 | $296,591.00 |
| Harris, Deborah | N/A (paralegal) | 2011 - $225<br>2010 - $225<br>2009 - N/A<br>2008 - N/A | 52.90 | $11,902.50 |
| Hobart, C. Dana | 1986 | 2011 - N/A<br>2010 - $695<br>2009 - N/A<br>2008 - N/A | 28.50 | $19,807.50 |

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Johnston, James | 1993 | 2011 - $750<br>2010 - $685 - $750<br>2009 - $685<br>2008 - N/A | 2,629.50 | $1,853,025.50 |
| Levinson, Sidney | 1988 | 2011 - N/A<br>2010 - N/A<br>2009 - $670<br>2008 - $670 | 96.20 | $64,454.00 |
| Lindgren, Laura | 1978 | 2011 - N/A<br>2010 - $735<br>2009 - N/A<br>2008 - N/A | 130.70 | $96,064.50 |
| Meshell, Ryan | N/A<br>(lit support) | 2011 - N/A<br>2010 - N/A<br>2009 - $205<br>2008 - N/A | 12.30 | $2,521.50 |
| Mester, Joshua | 1998 | 2011 - $625<br>2010 - $565 - $625<br>2009 - N/A<br>2008 - N/A | 805.40 | $497,213.00 |
| Morse, Joshua | 2000 | 2011 -  $575<br>2010 - $525 - $575<br>2009 - $505<br>2008 - N/A | 445.90 | $238,978.50 |
| Most, Peter | 1989 | 2011 - $665<br>2010 - N/A<br>2009 - N/A<br>2008 - N/A | 0.90 | $598.50 |
| Norwood, Anthony | N/A<br>(document clerk) | 2011 - N/A<br>2010 - $65<br>2009 - N/A<br>2008 - N/A | 0.50 | $65.00 |
| Padilla, Luis | N/A<br>(lit support) | 2011 - $155<br>2010 - $145 - $155<br>2009 - N/A<br>2008 - N/A | 109.50 | $16,952.50 |
| Palmer, Robert | 1996 | 2011 - N/A<br>2010 - N/A<br>2009 - $750<br>2008 - N/A | 5.90 | $4,425.00 |

Error! Bookmark not defined.

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Patty, Jason | N/A (paralegal) | 2011 - N/A<br>2010 - $265<br>2009 - $265<br>2008 - N/A | 337.90 | $89,543.50 |
| Perez, Luis | N/A (lit support) | 2011 - $175<br>2010 - $140 - $175<br>2009 - $140<br>2008 - N/A | 325.50 | $51,905.00 |
| Ray, Olin | N/A (lit support) | 2011 - N/A<br>2010 - N/A<br>2009 - $205<br>2008 - N/A | 11.00 | $2,255.00 |
| Reed, Robert | N/A (lit support) | 2011 - N/A<br>2010 - $145<br>2009 - N/A<br>2008 - N/A | 138.90 | $20,140.50 |
| Ross, David | 2006 | 2011 - N/A<br>2010 - $370 - $405<br>2009 - $370<br>2008 - N/A | 117.90 | $43,658.00 |
| Santos, Celestino | N/A (lit support) | 2011 - $250<br>2010 - $220 - $250<br>2009 - $220<br>2008 - N/A | 308.80 | $72,217.00 |
| Schneidereit, Michael | 2004 | 2011 - $415<br>2010 - $415<br>2009 - N/A<br>2008 - N/A | 44.10 | $18,301.50 |
| Smith, Lauren | 1980 | 2011 - $735<br>2010 - $735<br>2009 - N/A<br>2008 - N/A | 171.40 | $125,979.00 |
| Strygin, Alek | 2008 | 2011 - N/A<br>2010 - N/A<br>2009 - $340 - $350<br>2008 - $340 | 57.70 | $19,690.00 |
| Stueck, Julie | N/A (paralegal) | 2011 - N/A<br>2010 - $225<br>2009 - N/A<br>2008 - N/A | 17.60 | $3,960.00 |

Error! Bookmark not defined.

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Swartz, Michael | 1992 | 2011 - $685<br>2010 - $645 - $685<br>2009 - N/A<br>2008 - N/A | 217.20 | $140,138.00 |
| Swim, James | N/A<br>(lit support) | 2011 - N/A<br>2010 - $225<br>2009 - N/A<br>2008 - N/A | 12.50 | $2,812.50 |
| Truitt, A. Brent | 1990 | 2011 - $745<br>2010 - $705 - $745<br>2009 - $705<br>2008 - N/A | 177.70 | $130,298.50 |
| Wallace, Anita | N/A<br>(paralegal) | 2011 - $225<br>2010 - $225<br>2009 - N/A<br>2008 - N/A | 56.00 | $12,600.00 |
| White, Jonathan | N/A<br>(lit support) | 2011 - $225<br>2010 - $210 - $225<br>2009 - N/A<br>2008 - N/A | 130.20 | $28,896.00 |
| Wolf, Jason | 2009 | 2011 - $435<br>2010 - $395 - $435<br>2009 - $395<br>2008 - N/A | 588.70 | $235,044.50 |
| Zaidy, Melissa | N/A<br>(paralegal) | 2011 - $210<br>2010 - $195<br>2009 - $195<br>2008 - N/A | 64.90 | $12,660.00 |
| **TOTALS** | | | **12,049.30** | **$7,019,609.00** |

Error! Bookmark not defined.

**Hennigan, Bennett & Dorman, LLP**
**Summary of Expenses**
**(December 2008 through February 2011)**

| Category | Total Expenses |
|---|---|
| Administrative Expenses | $1,288.86 |
| Outside Background Research | $2,458.40 |
| Binders | $150.82 |
| Color Printing | $136.00 |
| Color Copies | $794.75 |
| CD Copies | $475.00 |
| Couriers | $3,755.78 |
| Document Management | $4,388.04 |
| Telecopy | $205.00 |
| Computerized Legal Research | $54,473.63 |
| Telephone | $19,728.78 |
| In-House Reproduction | $10,279.15 |
| Meals | $8,689.92 |
| Parking | $3,775.25 |
| Postage | $4.54 |
| Professional Services, Including Discovery Related Expenses | $247,339.11 |
| Publications | $8.00 |
| Reproduction | $2,738.57 |
| Scanning | $935.90 |
| Heavy Scanning Lit | $80.85 |
| Sundry Expenses | $37.00 |
| Supplies - Equipment | $208.69 |
| Travel & Transportation | $301,662.71 |
| Transcripts | $15,631.90 |
| Velobind | $427.50 |
| **TOTAL** | **$658,669.06** |

Error! Bookmark not defined.

**Summary of Services Provided by Hennigan, Bennett & Dorman, LLP**
**(December 2008 through February 2011)**

• Communicated with clients regarding joint representation and ad hoc group; prepared statements pursuant to Bankruptcy Rule 2019 regarding joint representation.

• Analyzed all pleadings filed in the Chapter 11 Cases and advised clients regarding same.

• Communicated regularly with clients regarding case developments and strategy.

• Reviewed and analyzed reports on financial results for postpetition operations and communicated with clients regarding same.

• Conducted regular discussions with and prepared presentations for clients regarding the LBO-Related Causes of Action, intercompany claims, waterfall and distribution analyses, and valuation issues.

• Reviewed, analyzed, researched, and advised clients regarding potential LBO-Related Claims and related claims against the Senior Lenders, including analysis of credit documents, transaction-related documents, financial statements, discovery, and legal authorities and precedents.

• Reviewed and analyzed documents produced by Debtors and other third parties related to the LBO-Related Causes of Action.

• Participated in discovery regarding the LBO-Related Causes of Action, including attendance at numerous depositions, review of deposition transcripts, and review of produced documents.

• Prepared and prosecuted motion to compel the Senior Loan Agent to produce documents, negotiated resolution of same, and reviewed documents produced.

• Reviewed and responded to Creditors' Committee motion for standing to assert LBO-Related Causes of Action, including discussions with the Creditors' Committee, analysis of draft complaint, response to same, and attendance at hearings.

• Reviewed, analyzed, researched, and advised clients regarding Creditors' Committee complaints regarding LBO-Related Causes of Action.

• Reviewed, analyzed, researched, and advised clients regarding Wilmington Trust complaint against the Senior Loan Agent and the Senior Loan Agent's motion for sanctions, including attendance at hearings on same.

• Participated in multiple meetings with the Debtors, the Creditors' Committee, the Senior Loan Agent, and other constituents regarding plan issues and settlement of the LBO-

-6-

Related Causes of Action, including preparation and analysis of presentations and communications with clients regarding same.

- Reviewed, analyzed, researched, and advised clients regarding valuation of Tribune and the Debtors, tax structure issues, waterfall and distribution analysis, and plan formulation.

- Reviewed, analyzed, researched and advised clients regarding issues related to non-debtor subsidiaries and investments, including review of transaction documents, legal research, and attendance at meetings with the Debtors and their professionals.

- Reviewed, analyzed, researched and advised clients regarding intercompany claims, including analysis of transaction documents, financial statements, discovery, and legal authorities and precedents.

- Reviewed, analyzed, commented on, and advised clients regarding numerous proposals for plans of reorganization.

- Opposed the Debtors' motions for extension of exclusivity, including review and analysis of motions and related pleadings, preparation of objections to same, negotiation with opposing counsel, and attendance at hearings.

- Opposed the Debtors' April 2010 disclosure statement and plan, including analysis of disclosure and confirmation issues, preparation of objection, negotiation regarding revised disclosure statement and plan, review of other responses and objections, communication with clients regarding same, and attendance at hearings.

- Opposed confirmation of the Debtors' April 2010 plan, including drafting of solicitation correspondence, drafting of confirmation objections, participation in discovery regarding confirmation, and attendance at hearings regarding same.

- Formulated and drafted alternative plan of reorganization and disclosure statement proposed by Oaktree.

- Analyzed motion to appoint examiner, drafted and reviewed responses to same, advised clients with respect to same, and attended hearings regarding same.

- Participated in examiner investigation, including preparation of briefs, presentations, and discussions with the examiner's advisors, review and analysis of the examiner's report, and communication with clients regarding the examiner investigation and report.

- Opposed motion to appoint trustee, including drafting of pleadings, discussions with co-proponents, communication with clients, and attendance at hearings regarding same.

- Participated in mediation regarding settlement of LBO-Related Causes of Action and formulation of plan of reorganization, including preparation of mediation briefs, ownership

statements and plan term sheets and attendance at mediation sessions and subsequent meetings with parties.

- Prepared, drafted, and revised plan of reorganization and disclosure statement with the Debtors, Creditors' Committee, and the Senior Loan Agent, including attendance at multiple meetings and conferences regarding negotiation of terms of same.

- Reviewed, analyzed, researched and advised clients regarding competing plans of reorganization and opposed approval of disclosure statement and confirmation of same, including negotiations with opposing counsel regarding solicitation of multiple plans, preparation of pleadings in opposition, and attendance at hearings.

- Formulated process for approval of and solicitation on multiple disclosure statements, including negotiation with opposing counsel, development of solicitation process and materials and contours motion, preparation of solicitation materials and separate statements, discussions with clients, and attendance at related hearings.

- Participated in discovery regarding plan confirmation, including collection of documents for production, review of documents for production, taking and defense of numerous depositions, review of transcripts, preparation of witnesses, preparation of response to motions to compel, negotiations of objections to requests for production, and review of documents for production.

- Advised clients regarding submission of ballots, solicitation, and Step Two/Disgorgement Settlement issues and procedures.

- Reviewed, commented on, and negotiated Plan Supplement documents, including discussions with co-proponents and clients regarding same.

- Participated in development of expert reports in support of confirmation of DCL Plan and in opposition to the Noteholder Plan.

- Reviewed, analyzed, researched and advised clients regarding various FCC issues, including voting issues, foreign ownership certification, and applications filed with the FCC.

- Reviewed, analyzed, researched and advised clients regarding tax issues related to potential plans of reorganization.

- Analyzed motion seeking disgorgement from Senior Loan Agent and responses and oppositions to the disgorgement motion; participated in discovery related to the disgorgement motion, including review of documents produced and attendance at depositions; attended and participated in hearings related to disgorgement motion.

- Analyzed *Neil* complaint, monitored *Neil* proceedings, and advised clients regarding same.

**Error! Bookmark not defined.**

- Reviewed and analyzed various motions regarding employee compensation and management incentive plans, including discussions with counsel, preparation of memoranda regarding same, discussions with clients regarding same, and attendance at hearings.

- Reviewed, analyzed, researched and advised clients regarding Swap Claim, including review of transaction documents and legal research.

- Prepared and prosecuted motion to disqualify Akin Gump.

- Conducted discovery against Centerbridge, including preparation and prosecution of request for 2004 examination, attendance at hearings regarding same, and review of materials produced.

**Error! Bookmark not defined.**

# EXHIBIT B

**(Dewey & LeBoeuf LLP)**

**Dewey & LeBoeuf, LLP**
**Summary of Timekeepers**
**(February 2011 through May 2012)**

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Abraham, Wanna | N/A (paralegal) | 2012 - N/A<br>2011 - $230 | 3.50 | $805.00 |
| Bennett, Bruce | 1982 | 2012 - $1,000<br>2011 - $975 | 591.50 | $577,902.50 |
| Bergman, James | N/A (financial analyst) | 2012 - $760<br>2011 - $550 | 314.90 | $174,038.00 |
| Bobrow, Karen | 2011 | 2012 - N/A<br>2011 - $395 | 10.50 | $4,147.50 |
| Casey, Courtinay | N/A (lit support) | 2012 - N/A<br>2011 - $275 | 3.50 | $962.50 |
| Chang, Connie | 2011 | 2012 - $395<br>2011 - N/A | 5.10 | $2,014.50 |
| Chow-Fortune, Linda | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 0.50 | $100.00 |
| Cua, Virginia | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 24.25 | $4,850.00 |
| Floyd, Kevin | N/A (paralegal) | 2012 - $250<br>2011 - $250 | 70.30 | $18,145.00 |
| Johnston, James | 1993 | 2012 - $875<br>2011 - $800 | 1,447.50 | $1,178,392.50 |
| Mester, Joshua | 1998 | 2012 - $825<br>2011 - $725 | 719.00 | $527,975.00 |
| Morse, Joshua | 2000 | 2012 - N/A<br>2011 - $675 - $700 | 38.50 | $26,100.00 |
| Seiler III, Joseph | 1981 | 2012 - N/A<br>2011 - $950 | 0.40 | $380.00 |
| Serrano, Ella | 2003 | 2012 - $675<br>2011 - $650 | 98.65 | $64,165.00 |
| Strygin, Alek | 2008 | 2012 - N/A<br>2011 - $500 | 5.80 | $2,900.00 |
| Walsh, Matthew | 1994 | 2012 - N/A<br>2011 - $775 - $800 | 41.25 | $32,643.75 |
| Wolf, Jason | 2009 | 2012 - $675<br>2011 - $650 | 55.70 | $36,270.00 |
| Zuniga, Deanna | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 49.50 | $9,900.00 |
| **TOTALS** | | | **3,480.35** | **$2,661,691.25** |

**Dewey & LeBoeuf, LLP**
**Summary of Expenses**
**(February 2011 through May 2012)**

| Category | Total Expenses |
|---|---|
| Air Express | $17.68 |
| Books, Periodicals, Etc. | $116.34 |
| Deposition/Hearing Transcripts | $72,914.14 |
| Discovery related expenses, including document production and management | $341,685.92 |
| Facsimile | $2.00 |
| FedEx | $501.64 |
| Legal Research - Lexis | $9,018.50 |
| Legal Research - Westlaw | $3,454.19 |
| Local Transportation | $1,615.59 |
| Media Research Services | $900.00 |
| Online Legal Research | $912.24 |
| Postage | $31.03 |
| Professional Fees | $40.00 |
| Professional Services | $37,342.00 |
| Reproduction | $3,151.60 |
| Telephone | $506.81 |
| Travel Out of Town - Air Fare | $68,289.21 |
| Travel Out of Town - Lodging | $26,579.00 |
| Travel Out of Town - Meals | $3,502.44 |
| Travel Out of Town - Miscellaneous Charges | $700.77 |
| Travel Out of Town - Parking | $1,700.00 |
| Travel Out of Town - Train Fare | $933.00 |
| Travel Out of Town - Transportation | $1,792.44 |
| **TOTAL** | **$575,706.54** |

Error! Bookmark not defined.

**Summary of Services Provided by Dewey & LeBoeuf, LLP**
**(February 2011 through May 2012)**

- Analyzed all pleadings filed in the Chapter 11 Cases and advised clients regarding same.

- Communicated regularly with clients regarding case developments and strategy.

- Reviewed and analyzed reports on financial results for postpetition operations and communicated with clients regarding same.

- Conducted regular discussions with and prepared presentations for clients regarding the LBO-Related Causes of Action, intercompany claims, waterfall and distribution analyses, and valuation issues.

- Participated in discovery for confirmation hearing, including collection of documents for production, review of documents for production, taking and defense of numerous depositions, review of deposition and hearing transcripts, preparation of witnesses for deposition, negotiation of objections to requests for production, and review of documents to produce.

- Advised clients on the submission of ballots, solicitation, and Step Two/Disgorgement Settlement issues and procedures.

- Participated in development of expert reports in support of confirmation of the Plan and in opposition to the Noteholder Plan; reviewed and analyzed expert reports offered in support of Noteholder Plan.

- Drafted briefs in support of confirmation of the Plan and in opposition to Noteholder Plan, reviewed objections to confirmation of Plan, and prepared reply briefs in support of confirmation of Plan.

- Participated in confirmation hearing, including preparation of argument, strategy, witnesses, and cross-examination, meetings with co-proponents and counsel, and communication with clients regarding same.

- Drafted post-confirmation briefs in support of confirmation of the Plan and in opposition to the Plan.

- Participated in post-confirmation hearings regarding evidentiary issues, including attendance at hearing and communication with clients regarding same.

- Prepared for post-trial argument, including attendance at meetings with co-proponents and hearing.

- Reviewed, analyzed, researched and advised clients regarding various FCC issues, including voting issues, foreign ownership certification, and applications filed with the FCC.

Error! Bookmark not defined.

- Monitored and analyzed proceedings regarding LBO-Related Causes of Action, including state law constructive fraud claims and MDL proceedings.

- Reviewed, analyzed, researched and advised clients regarding confirmation decision and implications of same.

- Reviewed, analyzed, researched and advised clients regarding motions for reconsideration, including preparation of opposition to same, meetings with co-proponents, and attendance at hearings regarding same.

- Negotiated amendments to the Plan, including development of allocation disputes protocol and modifications to disclosure statement and solicitation process.

- Participated in process for approval of amended disclosure statement and solicitation process, including attendance at hearings, meetings with counsel, development of solicitation process and materials, and advice to clients regarding same.

- Reviewed, analyzed, researched and advised clients regarding reconsideration decision.

- Analyzed and opposed motion for leave to appeal reconsideration decision, including discussions with co-proponents, preparation of briefs, attendance at hearings, and communication with clients regarding same.

- Participated in litigation over allocation disputes, including review of documents to produce, legal research regarding subordination and allocation issues, preparation of briefs and objections, discussions with co-proponents, attendance at depositions and review of transcripts, attendance at hearings, and communication with clients regarding same.

- Reviewed and responded to objections to amended disclosure statement and solicitation process, including preparation of briefs, meetings with co-proponents, communication with clients, and attendance at hearings regarding same.

- Reviewed, analyzed, researched and advised clients regarding Allocation Disputes Ruling, including discussions with counsel regarding plan and disclosure statement amendments, development of confirmation hearing strategy, and communication with clients regarding same.

- Reviewed, analyzed, researched and advised clients regarding motions for reconsideration of Allocation Disputes Ruling.

- Participated in confirmation process for Fourth Amended DCL Plan, including meetings with co-proponents, settlement discussions, preparation of modified plan and expert disclosures, and communication with clients regarding same.

- Reviewed, analyzed, researched and advised clients regarding tax, valuation, and ERISA issues related to plan, including negotiations with co-proponents regarding same and communication with clients.

**Error! Bookmark not defined.**

- Reviewed, analyzed, researched and advised clients regarding settlement proposals involving DOL, IRS, and *Neil* plaintiffs, including discussions with the Debtors and Creditors' Committee, review and revision of settlement documents and plan amendments, and communication with clients regarding same.

- Reviewed and analyzed various motions regarding employee compensation and management incentive plans, including discussions with counsel, preparation of memoranda regarding same, discussions with clients regarding same, and attendance at hearings.

**Error! Bookmark not defined.**

# EXHIBIT C

## (Jones Day)

**Jones Day**
**Summary of Timekeepers**
**(May 2012 through December 2012)**

| Timekeeper | Year of Admission | Hourly Rate (2012) | Total Hours | Total Fees |
|---|---|---|---|---|
| Bennett, Bruce | 1982 | $1,000 | 171.20 | $171,200.00 |
| Floyd, Kevin | N/A (paralegal) | $275 | 39.30 | $10,807.50 |
| Johnston, James | 1993 | $875 | 505.90 | $442,662.50 |
| Mester, Joshua | 1998 | $825 | 310.60 | $256,245.00 |
| Schneidereit, Michael | 2004 | $660 | 2.80 | $1,848.00 |
| Wolf, Jason | 2009 | $675 | 1.00 | $675.00 |
| **TOTALS** | | | **1,030.80** | **$883,438.00** |

**Jones Day**
**Summary of Expenses**
**(May 2012 through December 2012)**

| Category | Total Expenses |
|---|---|
| Computerized Legal Research | $219.30 |
| Court Costs | $30.00 |
| Document Reproduction Charges | $525.00 |
| Federal Express Charges | $26.03 |
| General Communication Charges | $143.62 |
| Lexis Search Fees | $156.15 |
| Local Transportation | $60.00 |
| Long Distance | $64.50 |
| Supplies Expenses | $0.54 |
| Transcripts | $1,206.55 |
| Travel - Air Fare | $22,037.33 |
| Travel - Car Rental Charges | $333.42 |
| Travel - Food and Beverage Expenses | $424.34 |
| Travel - Hotel Charges | $4,200.48 |
| Travel - Other Costs | $606.32 |
| Travel - Taxi Charges | $210.70 |
| Westlaw Search Fees | $437.73 |
| **TOTAL** | **$30,682.01** |

Error! Bookmark not defined.

## Summary of Services Provided by Jones Day
### (From May 2012 through December 2012)

- Analyzed all pleadings filed in the Chapter 11 Cases and advised clients regarding same.

- Communicated regularly with clients regarding case developments and strategy.

- Reviewed and analyzed reports on financial results for postpetition operations and communicated with clients regarding same.

- Conducted regular discussions with and prepared presentations for clients regarding the LBO-Related Causes of Action, intercompany claims, waterfall and distribution analyses, and valuation issues.

- Advised clients with respect to voting and solicitation issues, including completion of ballots and participation in the Step Two/Disgorgement Settlement.

- Participated in confirmation process for Fourth Amended DCL Plan, including meetings with co-plan proponents, participation in settlement discussions, preparation of plan modifications, analysis and drafting of responses to objections to confirmation, legal research regarding responses to confirmation objections, and communication with clients regarding same.

- Reviewed, analyzed, researched and advised clients regarding motions for reconsideration of Allocation Disputes Ruling.

- Participated in confirmation hearing for Fourth Amended DCL Plan, including meetings with co-proponents, attendance at confirmation hearing, participation in settlement discussions, preparation of confirmation order and proposed findings and conclusions, and communication with clients regarding same.

- Reviewed confirmation decision and worked with co-proponents in opposing requests for stays pending appeal of confirmation decision and Allocation Disputes Ruling, including preparation of objections, attendance at depositions, attendance at hearings, and communication with clients regarding same.

- Defended confirmation decision and Allocation Disputes Ruling on appeal, including preparation of designations of the record, appeal briefs and other related filings, participation in discussions with co-proponents regarding same, and communication with clients regarding same.

- Reviewed, analyzed, researched and advised clients regarding various FCC issues, including voting issues, foreign ownership certification, and applications filed with the FCC.

- Prepared for effective date, including resolution of issues regarding exit financing, restructuring transactions, and litigation trust, discussions with co-proponents regarding

-3-

Error! Bookmark not defined.

requirements for effective date, distribution analysis, analyzed claims for effective date conditions, notices and FAQs, and communication with clients regarding same.

- Advised clients regarding distributions and effective date issues.

- Monitored and analyzed proceedings regarding LBO-Related Causes of Action, including state law constructive fraud claims and MDL proceedings.

- Reviewed and analyzed various motions regarding employee compensation and management incentive plans, including discussions with counsel, preparation of memoranda regarding same, discussions with clients regarding same, and attendance at hearings.

- Prepared fee reimbursement request, including coordination with co-counsel, drafting pleadings, and communication with clients regarding same.  (Ongoing after effective date).

**Error! Bookmark not defined.**

# EXHIBIT D

## (Young, Conaway, Stargatt & Taylor, LLP)

### Summary of Timekeepers
### Young Conaway Stargatt & Taylor, LLP

| Professional | Work Date Range | Billing Rate ($) | Total Billed Hours | Total Comp ($) |
|---|---|---|---|---|
| Robert S. Brady | 11/10/09-12/15/09 | 610.00 | 9.00 | 5,490.00 |
|  | 1/27/10-12/28/10 | 660.00 | 250.10 | 165,066.00 |
|  | 1/3/11-12/29/11 | 675.00 | 239.30 | 161,527.50 |
|  | 1/9/12-12/12/12 | 700.00 | 126.60 | 88,620.00 |
| Total |  |  | 625.00 | 420,703.50 |
|  |  |  |  |  |
| John T. Dorsey | 2/12/10-2/12/10 | 630.00 | 0.30 | 189.00 |
| Total |  |  | 0.30 | 189.00 |
|  |  |  |  |  |
| M. Blake Cleary | 11/09/09-12/14/09 | 540.00 | 11.60 | 6,264.00 |
|  | 2/2/10-12/23/10- | 590.00 | 181.70 | 107,203.00 |
|  | 1/3/11-12/29/11 | 610.00 | 336.80 | 205,448.00 |
|  | 1/9/12-12/31/12 | 635.00 | 158.70 | 100,774.50 |
| Total |  |  | 688.80 | 419,689.50 |
|  |  |  |  |  |
| Edmon L. Morton | 3/26/10-12/29/10 | 530.00 | 12.60 | 6,678.00 |
|  | 12/13/11-12/13/11 | 550.00 | 2.40 | 1,320.00 |
| Total |  |  | 15.00 | 7,998.00 |
|  |  |  |  |  |
| Jaime L. Chapman | 4/2/10-4/12/10 | 290.00 | 6.10 | 1,769.00 |
|  | 7/26/10-7/26/10 | 335.00 | 1.10 | 368.50 |
| Total |  |  | 7.20 | 2,137.50 |
|  |  |  |  |  |
| Ian J. Bambrick | 5/25/11-5/25/11 | 275.00 | 1.20 | 330.00 |
| Total |  |  | 1.20 | 330.00 |
|  |  |  |  |  |
| Kathryn M. Jakabcin | 4/9/10-4/9/10 | 250.00 | 0.30 | 76.00 |
| Total |  |  | 0.30 | 76.00 |
|  |  |  |  |  |
| Debbie Laskin | 11/20/09-12/15/09 | 210.00 | 4.20 | 882.00 |
|  | 2/11/10-12/28/10 | 220.00 | 64.30 | 14,146.00 |
|  | 1/10/11-12/12/11 | 225.00 | 92.20 | 20,745.00 |
|  | 1/10/12-10/25/12 | 230.00 | 47.00 | 10,810.00 |
| Total |  |  | 207.70 | 46,583.00 |
|  |  |  |  |  |
| Casey Cathcart | 2/17/10-2/17/10 | 165.00 | 1.10 | 181.50 |
| Total |  |  | 1.10 | 181.50 |
|  |  |  |  |  |

Error! Bookmark not defined.

| Professional | Work Date Range | Billing Rate ($) | Total Billed Hours | Total Comp ($) |
|---|---|---|---|---|
| Michelle Smith | 7/12/10-7/12/10 | 160.00 | 0.60 | 96.00 |
| | 2/27/12-6/26/12 | 175.00 | 0.60 | 105.00 |
| Total | | | 1.20 | 201.00 |
| | | | | |
| Melissa Romano | 5/13/10-5/13/10 | 165.00 | 1.20 | 198.00 |
| Total | | | 1.20 | 198.00 |
| | | | | |
| Lisa Eden | 5/27/10-5/27/10 | 145.00 | 1.70 | 246.50 |
| Total | | | 1.70 | 246.50 |
| | | | | |
| Beth Olivere | 3/25/10-12/29/10 | 125.00 | 2.90 | 362.50 |
| | 1/3/11-4/12/11 | 130.00 | 15.00 | 1,950.00 |
| | 2/1/12-3/6/12 | 140.00 | 8.60 | 1,204.00 |
| Total | | | 26.50 | 3,516.50 |
| | | | | |
| Kasey Riddle | 12/17/09-3/8/11 | 80.00 | 4.10 | 328.00 |
| Total | | | 4.10 | 328.00 |
| | | | | |
| Elizabeth Henry | 2/19/10-12/21/10 | 80.00 | 1.60 | 128.00 |
| Total | | | 1.60 | 128.00 |
| | | | | |
| Stephanie Foote | 6/19/12-12/31/12 | 50.00 | 37.80 | 1,890.00 |
| Total | | | 37.80 | 1,890.00 |
| | | | | |
| Kelli Hawkins | 11/18/11-11/18/11 | 50.00 | 0.50 | 25.00 |
| Total | | | 0.50 | 25.00 |
| | | | | |
| Rokeysha Hunt | 8/29/12-8/29/12 | 50.00 | 0.20 | 10.00 |
| Total | | | 0.20 | 10.00 |
| | | | | |
| Pat Petlock | 12/17/09-8/22/12 | 55.00 | 2.50 | 137.50 |
| Total | | | 2.50 | 137.50 |
| | | | | |
| TOTAL | | | 1,623.90 | $904,567.50 |

Error! Bookmark not defined.

**Summary of Expenses**
**Young Conaway Stargatt & Taylor, LLP**

| Expense Category | Amount |
|---|---|
| Reproduction Charges | $34,322.40 |
| Color Reproduction Charges | 1,158.50 |
| Scanning documents to disc | 207.40 |
| Federal Express | 945.47 |
| Filing Fee | 75.00 |
| Deposition/Transcript | 5,712.50 |
| Delivery/Courier | 1,440.75 |
| Hotel/Lodging | 2,025.05 |
| Car/Bus/Subway Travel | 2,740.50 |
| Working Meals | 1,681.72 |
| Docket Retrieval | 547.42 |
| Mailings | 305.81 |
| Teleconference | 9,599.63 |
| Postage | 1,589.81 |
| Long Distance Telephone | 718.20 |
| Facsimile | 22.00 |
| Staff Overtime | 107.65 |
| Computerized Legal Research | 6.73 |
| **Total** | **$$63,206.54** |

Error! Bookmark not defined.

**Summary of Work Performed by
Young Conaway Stargatt & Taylor, LLP**

<u>Administrative</u>

- Represent Angelo Gordon and Company, L.P., Oaktree Capital Management, L.P., and other Credit Agreement Lenders ("Client") in connection with Tribune Company ("Debtors") bankruptcy proceedings.

- Monitor bankruptcy docket, review relevant pleadings, and confer with Client regarding bankruptcy proceedings, settlement updates, and strategy.  Play active role in settlement negotiations, prepare memoranda to Client, and confer with debtors' counsel as needed.

- Attend court hearings regarding bankruptcy proceedings, disclosure statement and plan process, discovery issues, scheduling, Examiner's report, settlement updates, etc.

- Review, revise, and file several amended 2019 statements and review and reply to objections filed by other parties.

- Prepare for and attend various hearings regarding the appointment of the Examiner.

- Attend several scheduling and status update conferences with other parties and the Court.

<u>Proposed Plans/Settlement</u>

- Review various debtors' motions to extend exclusivity and outline and prepare objections to same.  Prepare for and attend hearing on exclusivity motion.

- Coordinate creation of a document depository.

- Draft objection to Examiner motion and draft objection to creditors' committee standing motion, review discovery documents.

- Review debtors' disclosure statement and various objections to the disclosure statement filed by other parties.

- Attend teleconferences with various other parties and the Court regarding disclosure statement and solicitation procedures motion.

- Confer with other parties regarding the request to extend the voting deadline until the Examiner's report is made public.

- Review the disclosures of various experts provided by Bridge Agent and JPM.

**Error! Bookmark not defined.**

- Research various plan issues regarding possible implications of voting and potential recovery for Client.

- Draft, revise, and file plan and disclosure statement and statement of credit agreement lenders regarding filing of the plan.

- Review various disclosures and competing plans filed by Aurelius/PHONES and SOCAL.

- Prepare for and attend disclosure statement hearings.

- Review and consider various objections to the debtors'/committee/lender ("DCL") plan.

- Draft and review plan supplements.

- Outline, draft, and review confirmation brief in support of DCL plan and in response to objections.

- Prepare for and attend pre-trial conference for plan confirmation hearing.  Confer with JPM, Committee, and lender team regarding preparation of evidence for hearing.

- Prepare for and attend ten-day confirmation hearing spread over the course of two months.

- Review Noteholders' various amended plans.

- Review opposing parties' post-trial briefs and draft post-trial brief in support of the DCL plan.

- Review motion to approve IRS pension claim settlement.

- Review and analyze Court's opinion on confirmation to assist in developing a strategy for going forward.

- Review various motions for reconsideration and appeals of the confirmation opinion.

- Review third amended plan and disclosure statement.

- Review reconsideration opinion and confer with Client and co-counsel regarding same.

<u>Litigation</u>
- Prepare and file notices of discovery and document requests on JPM.

- Draft and file motion to compel document production from JPM.

-6-

- Draft objection to debtors' cross-motion for entry of preliminary pre-trial scheduling order regarding confirmation and review related responses.

- Review Examiner's motion to file report under seal and debtors' draft motion to authorize disclosure of the Examiner's report to parties and comment on same.  Draft statement to the Court regarding Debtors' motion.

- Review various motions of Aurelius for a chapter 11 trustee and to disqualify committee counsel.

- Draft and file response to the Committee's motion for entry of an order granting standing and authority to commence, prosecute, and settle counterclaims on the Debtors' behalf.

- Review and comment on several versions of Oaktree and Angelo Gordon's motion to disqualify Aurelius's counsel and file the motion and eventual order regarding same.

- Review and confer with Dana Hobart regarding subpoenas issued by Law Debenture and possible motions to quash.

- Correspondence with various parties and the Court regarding discovery disputes and related motions to compel and objections to same.

- Review motions in limine and related exhibits

Mediation
- Confer with the Court regarding proposed mediation and possibility of settlement with JPM and the Committee.

- Prepare order appointing mediator and review and revise in response to comments on same.

- Correspond with the various parties to mediation and Judge Gross as mediator regarding scheduling of mediation and briefing schedules.

- Draft and revise mediation statement and talking points in preparation for mediation.

- Review mediation statement from Judge Gross.

- Prepare for mediation and prepare relevant documents.  Attend mediation and related meetings with the parties and Judge Gross.

- Review and confer regarding the mediator's report.

- Continued discussions following mediation with the mediator and other parties.

- Attend a follow-up mediation session to address remaining issues.

Error! Bookmark not defined.

- Various discussions of term sheets and settlements with Debtors, Angelo Gordon, Oaktree, JPM and Committee.

- Attend additional mediation sessions with the parties, including following the first confirmation hearing.

- Prepare for and attend mediation session with Judge Gross regarding DOL, IRS, Great Banc issues related to Neal Plaintiff's actions on ESOP.

# EXHIBIT E

## (Akin Gump Strauss Hauer & Feld LLP)

### Summary of Timekeepers
### Akin Gump Strauss Hauer & Feld LLP

| Timekeeper | Year Admitted to Practice | 2009 Rate | 2010 Rate | 2011 Rate | 2012 Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| D J D'urso | 1996 | | | $740 | | 0.50 | $333.00 |
| T W Davidson | 1977 | | $690 | $705 | $720 | 712.70 | $503,767.58 |
| S M Jordan | 1995 | $725 | | | | 0.80 | $522.00 |
| L J Kweit | 1995 | $725 | $750 | | | 0.60 | $396.00 |
| A E Tadajweski | 1994 | $715 | $740 | $755 | $770 | 27.60 | $18,548.55 |
| S M Vine | 1977 | | $950 | | | 0.80 | $684.00 |
| P R Marchesiello | 1997 | $550 | $575 | $575 | | 178.00 | $94,011.75 |
| E D Johnson | 1996 | | | $615 | | 2.30 | $1,273.05 |
| K Reindl | 1996 | | | $560 | $575 | 228.60 | $119,618.55 |
| S Azad | 2005 | $460 | | | | 3.00 | $1,242.00 |
| A A Albright | 2011 | $215 | | | | 0.30 | $58.05 |
| S T Conway | 2009 | | $325 | $350 | $380 | 174.45 | $59,688.83 |
| K K Harding | 2011 | | | $335 | $335 | 93.40 | $30,783.15 |
| C H Perez | 2007 | $290 | $350 | $375 | $450 | 235.60 | $91,595.95 |
| K L Milne | 2004 | $440 | | $540 | $540 | 99.40 | $51,714.50 |
| Miller, Allison P. | 2004 | | | | | 6.60 | $3,465.00 |
| M I Brown | E-Discovery | | | | $225 | 4.90 | $992.25 |
| B A Burnor | E-Discovery | | | $215 | | 3.30 | $696.60 |
| B Katz | E-Discovery | | | $215 | | 1.00 | $193.50 |
| B A Bremer | Legal Coordinator | | | $140 | | 0.70 | $88.20 |
| E J Conte | Library | $145 | | | | 0.50 | $65.25 |
| L M Mccomb | Library | $145 | | | | 1.50 | $195.75 |
| Evans, Shawna Marie | Paralegal | | | | | 1.00 | $200.00 |
| **TOTAL** | | | | | | 1,777.55 | $980,133.51 |

Error! Bookmark not defined.

**Summary of Expenses**
**Akin Gump Strauss Hauer & Feld LLP**

| Expense | Amount |
|---|---|
| Audio and Web Conference Services | $14.02 |
| Bank Fees & Charges | $3.30 |
| Courier Service | $176.76 |
| Document Retrieval | $37.58 |
| Fax | $50.00 |
| Legal Research | $2,554.37 |
| Meals | $646.93 |
| Office Supplies | $84.78 |
| Parking | $43.00 |
| Photocopy | $394.80 |
| Postage | $20.09 |
| Prof Fees - Consultant Fees | $3,000.00 |
| Travel - Ground Transportation | $98.04 |
| Travel- Airfare | $962.40 |
| Travel -Train | $247.00 |
| Travel-Cabs | $227.12 |
| **TOTAL** | **$8,560.19** |

Error! Bookmark not defined.

**Summary of Services Provided by**
**Akin Gump Strauss Hauer & Feld LLP**

- Reviewed, revised and finalized Tribune FCC applications for restructuring and ownership amendments for Oaktree and Angelo Gordon.

- Prepare foreign ownership certification form.

- Review, revise and finalize oppositions to petitions to deny and comments filed against the Tribune FCC restructuring applications.

- Prepare memorandum re: FCC ownership attribution rules and related work.

- Tribune foreign ownership issues, including use of aggregation approach for calculating total foreign ownership by prospective shareholder.

- Work on proposed ownership structure from FCC perspective for Tribune investment.

- Perform multiple and cross-ownership media analysis to ensure FCC compliance.

- Review and revise Debtors and Senior Lenders disclosure statement and plan of reorganization to incorporate FCC comments.

- Review FCC comments on competing disclosure statements and plans of reorganization, including Aurelius filings.

- Reviewed FCC implications of Law Debenture Trust Company motion to compel against Oaktree and Angelo Gordon, prepared opposition, and participated in court hearing and negotiation with Aurelius to resolve same.

- Aurelius FCC objection to Debtors plan of reorganization, including reviewing and revising testimony of FCC expert, M. Rosenstein, and opposition to testimony of Aurelius FCC expert, Mark Prak.

- Preparation and participate in deposition of Aurelius FCC expert, Mark Prak, and Debtor's FCC expert, Mace Rosenstein.

- FCC document production to Aurelius.

- Reviewed and revised proposed findings of fact and conclusions of law and replies thereto on FCC issues.

- Multiple FCC meetings on status of FCC applications for Tribune reorganization.

- Completed and updated aggregate FCC ownership certification for clients.

**Error! Bookmark not defined.**

- Assisted in preparing a possible response to DirecTV retransmission consent complaint against Tribune.

- Analysis of FCC implications of trading procedures being employed after FCC consent for trading of senior loan claims pre-emergence and common stock post-emergence.

- Research and analysis of legal requirements and implications for WGN-TV and superstation WGN America.

**Error! Bookmark not defined.**

# EXHIBIT F

## (Paul Weiss Rifkind Wharton & Garrison LLP)

## Summary of Timekeepers
## Paul Weiss Rifkind Wharton & Garrison LLP

| Name | Year Admt. | Billing Rate Oct. 2008 - 2009 | Billing Rate Oct. 2009 - 2010 | Billing Rate Oct. 2010 - 2011 | Billing Rate Oct. 2011 - 2012 | Billing Rate Oct. 2012 - 2013 | Hrs | Fees |
|------|------------|---------|---------|---------|---------|---------|------|------|
| Robert C. Fleder | 1974 | N/A[1] | N/A | $1,075 | $1,120 | N/A | 17.7 | $19,341.50 |
| Alan W. Kornberg | 1978 | $1,025 | $1,050 | $1,075 | $1,120 | N/A | 6.4 | $6,913.00 |
| Douglas R. Davis | 1980 | N/A | $1,050 | N/A | N/A | N/A | 0.2 | $210.00 |
| Daniel J. Kramer | 1985 | N/A | N/A | N/A | $1,120 | $1,160 | 3.4 | $3,832.00 |
| Kenneth M. Schneider | 1985 | $1,025 | $1,050 | $1,075 | $1,120 | $1,160 | 104.0 | $112,270.00 |
| Richard J. Bronstein | 1974 | $1,025 | N/A | $1,075 | $1,120 | $1,160 | 62.0 | $68,480.50 |
| Jeffrey B. Samuels | 1982 | N/A | N/A | N/A | $1,120 | N/A | 4.0 | $4,480.00 |
| Andrew L. Gaines | 1987 | N/A | N/A | N/A | N/A | $1,160 | 14.6 | $16,936.00 |
| Andrew N. Rosenberg | 1992 | N/A | $995 | $1,030 | $1,085 | N/A | 99.7 | $101,359.50 |
| Raphael M. Russo | 1996 | N/A | N/A | $980 | N/A | N/A | 2.8 | $2,744.00 |
| Lawrence G. Wee | 1995 | N/A | N/A | $945 | $1,010 | N/A | 16.4 | $15,771.00 |
| Angelo Bonvino | 1997 | N/A | $885 | N/A | N/A | N/A | 1.9 | $1,681.50 |
| Eric Goodison | 1988 | N/A | N/A | $1,030 | N/A | N/A | 5.9 | $6,077.00 |
| Diane Meyers | 1992 | $740 | N/A | N/A | N/A | N/A | 5.1 | $3,774.00 |
| Erin Murphy | 2001 | N/A | N/A | $690 | N/A | N/A | 1.0 | $690.00 |
| Barry Langman | 1994 | N/A | N/A | N/A | N/A | $835 | 1.8 | $1,503.00 |
| Maureen Riley | 1998 | N/A | N/A | $730 | N/A | N/A | 11.5 | $8,395.00 |
| Christopher Poggi | 2001 | N/A | N/A | N/A | $760 | N/A | 7.1 | $5,396.00 |
| Reuven Falik | 2004 | N/A | N/A | N/A | N/A | $800 | 4.9 | $3,920.00 |
| Erica Weinberger | 2000 | N/A | N/A | N/A | N/A | $765 | 0.9 | $688.50 |
| Judy Hensley | 2007 | N/A | N/A | $580 | N/A | N/A | 5.0 | $2,900.00 |
| Ellen Ching | 2008 | N/A | $535 | $580 | $635 | N/A | 28.6 | $15,589.50 |

---

[1] "N/A" means that the attorney did not bill any time to Oaktree/Angelo Gordon during the applicable period.

| Name | Year Admt. | Billing Rate Oct. 2008 - 2009 | Billing Rate Oct. 2009 - 2010 | Billing Rate Oct. 2010 - 2011 | Billing Rate Oct. 2011 - 2012 | Billing Rate Oct. 2012 - 2013 | Hrs | Fees |
|------|-----------|------|------|------|------|------|------|------|
| Marianne Chow | 2008 | N/A | $535 | $580 | $635 | $705 | 204.7 | $118,346.50 |
| Patrick Karsnitz | 2006 | N/A | N/A | $635 | $695 | N/A | 79.5 | $54,493.50 |
| Ian Pohl | 2008 | $475 | N/A | N/A | N/A | N/A | 60.2 | $28,595.00 |
| Sarah Harnett | 2009 | N/A | $475 | $550 | N/A | N/A | 13.7 | $7,220.00 |
| Karen R. Zeituni | 2010 | N/A | N/A | N/A | N/A | $645 | 11.8 | $7,611.00 |
| Kripa Joy | 2010 | N/A | N/A | N/A | $610 | N/A | 0.7 | $427.00 |
| Adam M. Denhoff | 2011 | N/A | N/A | N/A | N/A | $595 | 2.5 | $1,487.50 |
| Pearl Yuan-Garg | 2004 | N/A | N/A | $690 | N/A | N/A | 4.9 | $3,381.00 |
| Jenna L. Harris | 2010 | N/A | N/A | N/A | N/A | $525 | 1.8 | $945.00 |
| Ayalon B. Eliach | 2012 | N/A | N/A | N/A | N/A | $525 | 5.6 | $2,940.00 |
| Jose Luis Aleman | Para. | N/A | $240 | N/A | N/A | N/A | 0.2 | $48.00 |
| Joseph Monzione | Para. | N/A | $235 | N/A | N/A | N/A | 0.4 | $94.00 |
| Brooke Filler | Para. | N/A | $195 | $195 | N/A | N/A | 2.8 | $546.00 |
| David Mitchum | Para. | N/A | $205 | $210 | N/A | N/A | 1.1 | $230.00 |
| Maurice Tattnall | Para. | N/A | N/A | $175 | N/A | N/A | 2.9 | $507.50 |
| Russell Switzer | Para. | N/A | N/A | $210 | $215 | N/A | 1.9 | $399.50 |
| Ian Gore | Para. | $230 | N/A | N/A | N/A | N/A | 0.2 | $46.00 |
| John Rodriguez | Para. | N/A | N/A | N/A | $200 | N/A | 0.8 | $160.00 |
| **TOTAL** | | | | | | | **800.6** | **$630,429.50** |

Error! Bookmark not defined.

**Summary of Expenses**
**Paul Weiss Rifkind Wharton & Garrison LLP**

| EXPENSE | AMOUNT |
|---|---:|
| Computer Assisted Legal Research | $2,367.74 |
| Conference Room Catering | $52.53 |
| Document Retrieval | $227.03 |
| Mail Postage | $3.50 |
| Meals | $63.32 |
| Reproduction Expenses | $758.06 |
| Secretarial Overtime | $212.50 |
| Transportation | $107.06 |
| Telephone Tolls | $117.76 |
| Word Processing | $296.50 |
| **TOTAL** | **$4,206.00** |

Error! Bookmark not defined.

**Summary of Services Provided by**
**Paul Weiss Rifkind Wharton & Garrison LLP**

- Discussions, research and provide advice re various bankruptcy issues and issues related to the chapter 11 cases, including:

  o Safe harbor protections;

  o Fraudulent conveyance and avoidance issues;

  o Bankruptcy rule 3018 issues;

  o Review, revise, discuss, and, in certain circumstances, comment on bankruptcy pleadings and documents, including:

    ▪ plan of reorganization;

    ▪ disclosure statement;

    ▪ solicitation order;

    ▪ plan supplements documents, including registration rights agreement and other corporate plan supplement documents;

    ▪ bid process letter;

    ▪ examiner's report; and

    ▪ confirmation decision.

  o Status of plan process and issues relating thereto;

  o Bankruptcy Code section 550 issues;

  o Relationship between partnership law and the Bankruptcy Code, including Bankruptcy Code section 365 and partnership dissolution;

  o Litigation trust issues; and

  o Timing of emergence and related considerations.

- Discussions, research and provide advice re sharing provisions;

- Discussions re COD issues;

- Review waterfall and related provisions with respect to the tranche X Tribune loans;

- Discussions, research and provide advice re tax issues, including:

Error! Bookmark not defined.

- Corporate-level tax costs;

- Built-in gain rules;

- Wrongful disassociation;

- Asset basis and COD income;

- Issues relating to emergence from bankruptcy;

- Risks associated with leveraged partnership transactions;

- Structure and conversions of corporations to LLCs;

- Tax Code section 468b regulations;

- Claim tax/benefit doctrine;

- Tax objection to plan of reorganization;

- Proposed settlement of 2007 tax issues;

- Taxable and tax-free spin issues;

- Separation of certain businesses;

- Status of tax audits;

- Like-kind exchange;

- Benefit to emergence in 2013;

- Real property holding company structure; and

- Gain recognition.

- Review and provide comments to forbearance agreement for steering committee members;

- Review solvency opinion and other related materials;

- Review, discuss and provide comments to proposed draft LLC agreement and the subsequently proposed amendments to the existing partnership agreement (in lieu of the LLC agreement) for Television Food Network, G.P. ("Food Network");

- Review corporate issues list;

-5-

Error! Bookmark not defined.

- Review, discuss, comment on and prepare issues list on contribution agreement relating to the contribution by Scripps Networks, LLC of the Cooking Channel, LLC to Food Network;

- Discussions and review of documents for Tribune (FN) Cable Ventures, Inc.;

- Prepare principal corporate issues chart;

- Review ILA;

- Discussions re rights of first refusal;

- Draft purchase and sale agreement;

- Discussions and meeting re exit facility;

- Discussions re performance vesting structures for equity awards;

- Draft and discuss equity award term sheet;

- Review draft option agreement;

- Review, discuss, and mark up subscription agreement;

- Research capital notice precedents;

- Review cases re partnership issues;

- Discussions re risks of Newsday and Cubs transactions and review background documents re same;

- Research re termination of partnership agreement and other non-bankruptcy partnership issues;

- Review and comment on Tribune leveraged partnership documents and charter documents;

- Review formation agreement and related documents;

- Research re bond trading/ratings and SEC filings;

- Revise TFTS and EFTS;

- Review bridge documents;

- Research various IRS claims filed in Tribune's bankruptcy case and discuss same;

- Research SEC rules re reporting company and registration statement filing;

Error! Bookmark not defined.

- Review, work on, and draft memo re audit committee requirements;

- Discussions re JV agreement;

- Review and discuss guaranty issue re Food Network;

- Research re SEC rule 144;

- Research and discussions re benefit pension plan and pension funding status;

- Research and work on separation considerations;

- Review spin off materials;

- Discussions re certain potential trading issues;

- Discussions re possible split of company;

- Discussion re ABL and term loan facilities;

- Discussions re management fees and extension of term of partnership;

- Review forms of lease;

- Discussions re proposed capital structure;

- Review guaranty agreement and credit agreement; and

- Draft and confer re employment agreement for CEO.

**Error! Bookmark not defined.**

# EXHIBIT G

## (WilmerHale)

**Summary of Timekeepers**
**WilmerHale**

| Timekeeper | Year Admitted to Practice | Billing Rate 2010 | Billing Rate 2011 | Billing Rate 2012 | Hours | Fees |
|---|---|---|---|---|---|---|
| Alison S. Kapilow | 2007 | 0.00 | 625.00 | 0.00 | 26.60 | 16,403.00 |
| Andrew Goldman | 2001 | 925.00 | 985.00 | 1,050.00 | 1,319.50 | 1,249,068.50 |
| Anthony Russo | 2011 | 0.00 | 150.00 | 0.00 | 54.70 | 8,205.00 |
| Arnold Blair | 2003 | 0.00 | 410.00 | 0.00 | 0.80 | 318.00 |
| Babatunde Pedro | 2007 | 195.00 | 0.00 | 0.00 | 11.50 | 2,242.50 |
| Barbara Algarin | 2011 | 0.00 | 150.00 | 0.00 | 29.90 | 4,485.00 |
| Ben Rose | 2011 | 0.00 | 150.00 | 0.00 | 52.80 | 7,920.00 |
| Benjamin Loveland | 2008 | 465.00 | 0.00 | 0.00 | 45.90 | 21,343.50 |
| Bradley M. Schaffel | 2006 | 415.00 | 0.00 | 0.00 | 11.90 | 4,938.50 |
| Brian J Larivee | 2009 | 415.00 | 0.00 | 0.00 | 58.60 | 24,319.00 |
| Brian J. Boyle, Jr. | 2010 | 365.00 | 0.00 | 0.00 | 95.90 | 35,003.50 |
| Charles Platt | 2003 | 975.00 | 1,025.00 | 0.00 | 74.80 | 75,260.00 |
| Christina Lynn | 2010 | 365.00 | 385.00 | 0.00 | 98.50 | 37,652.50 |
| Clara Cabrera | 2009 | 0.00 | 280.00 | 0.00 | 1.40 | 392.00 |
| Daniel Corbin | 2008 | 445.00 | 0.00 | 0.00 | 63.20 | 28,124.00 |
| David Giordano | 2005 | 565.00 | 615.00 | 0.00 | 56.30 | 31,809.50 |
| David M. Morse | 2006 | 0.00 | 360.00 | 0.00 | 147.60 | 52,430.00 |
| Dawn Wilson | 2004 | 0.00 | 750.00 | 0.00 | 411.00 | 305,662.50 |
| Debra Charish | 2007 | 495.00 | 0.00 | 0.00 | 8.00 | 3,960.00 |
| Document Proofreaders | 1982 | 70.00 | 75.00 | 0.00 | 2.80 | 200.00 |
| Douglas Larsen | 2008 | 665.00 | 0.00 | 0.00 | 11.40 | 7,581.00 |
| Elena Ayot | 2011 | 0.00 | 150.00 | 0.00 | 34.20 | 5,130.00 |
| Eric Hanson | 2008 | 0.00 | 495.00 | 0.00 | 10.90 | 4,923.50 |
| Fernando Anderson | 2010 | 315.00 | 330.00 | 0.00 | 273.70 | 86,818.50 |
| Grace Byrne | 2011 | 0.00 | 150.00 | 0.00 | 44.20 | 6,630.00 |
| H. David Gold | 2003 | 605.00 | 0.00 | 0.00 | 33.60 | 20,328.00 |
| James B. Taylor | 2007 | 0.00 | 315.00 | 0.00 | 0.40 | 126.00 |
| James H. Millar | 2005 | 750.00 | 0.00 | 0.00 | 138.60 | 103,950.00 |
| Jamieson Ford Russell | 2006 | 270.00 | 0.00 | 0.00 | 9.30 | 2,511.00 |
| Joanne E. Waters | 2002 | 0.00 | 665.00 | 0.00 | 31.80 | 20,382.00 |
| JoAnne McTiernan | 2006 | 0.00 | 380.00 | 0.00 | 145.10 | 54,360.00 |
| Johanne Bruneau | 2005 | 350.00 | 370.00 | 0.00 | 137.90 | 48,485.00 |
| John Harrison | 2008 | 465.00 | 0.00 | 0.00 | 68.10 | 31,666.50 |
| Joseph K. Drouillard Jr. | 2007 | 270.00 | 205.00 | 0.00 | 27.40 | 5,427.00 |
| Josh Reuling | 2011 | 0.00 | 150.00 | 0.00 | 57.30 | 8,595.00 |
| Julie A. Hogan Rodgers | 2000 | 650.00 | 0.00 | 0.00 | 7.60 | 4,940.00 |

| Timekeeper | Year Admitted to Practice | Billing Rate 2010 | Billing Rate 2011 | Billing Rate 2012 | Hours | Fees |
|---|---|---|---|---|---|---|
| Justin L. Ochs | 2001 | 650.00 | 0.00 | 0.00 | 6.80 | 4,420.00 |
| Kate Fitzpatrick | 2008 | 0.00 | 615.00 | 0.00 | 29.30 | 18,019.50 |
| Kathryn A. Bennett | 2006 | 545.00 | 615.00 | 0.00 | 316.60 | 173,051.00 |
| Kenny A. Wright | 2003 | 615.00 | 0.00 | 0.00 | 80.00 | 49,200.00 |
| Kevin J. Sullivan, Jr. | 2003 | 615.00 | 0.00 | 0.00 | 12.20 | 7,503.00 |
| Kiel Brennan-Marquez | 2010 | 215.00 | 0.00 | 0.00 | 25.10 | 5,396.50 |
| Kira Gagarin | 2011 | 0.00 | 150.00 | 0.00 | 45.30 | 6,795.00 |
| Knute Salhus | 2002 | 805.00 | 0.00 | 0.00 | 0.50 | 402.50 |
| Laura Hill | 2006 | 595.00 | 0.00 | 0.00 | 93.30 | 55,513.50 |
| Lipi Shah | 2010 | 395.00 | 465.00 | 545.00 | 339.40 | 137,710.00 |
| Lisa Jack | 2005 | 595.00 | 645.00 | 0.00 | 358.30 | 213,548.50 |
| Louise A. Luongo | 1999 | 270.00 | 285.00 | 0.00 | 7.50 | 2,034.00 |
| Malene Duncan | 2007 | 0.00 | 695.00 | 0.00 | 54.50 | 36,036.50 |
| Marta Stadeli | 2007 | 0.00 | 360.00 | 0.00 | 39.50 | 14,162.00 |
| Mary C. Iannuzzi | 2000 | 315.00 | 330.00 | 0.00 | 13.30 | 4,221.00 |
| Matthew Stavisky | 2011 | 0.00 | 150.00 | 0.00 | 52.60 | 7,890.00 |
| Meg Feist | 2010 | 365.00 | 0.00 | 525.00 | 86.60 | 34,217.00 |
| Meghan Walsh | 2010 | 365.00 | 0.00 | 0.00 | 21.40 | 7,811.00 |
| Melanie Goins | 2007 | 0.00 | 545.00 | 0.00 | 26.80 | 13,326.00 |
| Melanie J. Dritz | 2007 | 595.00 | 665.00 | 0.00 | 305.70 | 182,269.50 |
| Michael J. O'Brien | 2007 | 0.00 | 945.00 | 995.00 | 111.50 | 101,402.50 |
| Michael Y. Saji | 2010 | 365.00 | 0.00 | 0.00 | 56.20 | 20,513.00 |
| Michelle Goldis | 2006 | 545.00 | 615.00 | 695.00 | 470.30 | 271,886.50 |
| Mitchel Appelbaum | 1991 | 750.00 | 0.00 | 0.00 | 28.40 | 21,300.00 |
| Nishat Shaikh | 2010 | 365.00 | 0.00 | 0.00 | 63.30 | 23,104.50 |
| Patrick T. Gutierrez | 2000 | 635.00 | 0.00 | 0.00 | 89.10 | 56,578.50 |
| Rachel Nelson | 2004 | 675.00 | 0.00 | 0.00 | 56.60 | 38,205.00 |
| Raquel Fox | 2004 | 0.00 | 645.00 | 0.00 | 21.60 | 12,952.00 |
| Rebecca Nauta | 2008 | 415.00 | 0.00 | 0.00 | 42.60 | 17,679.00 |
| Robin Vickers | 1998 | 315.00 | 0.00 | 0.00 | 3.10 | 976.50 |
| Roger Ritt | 1976 | 900.00 | 0.00 | 0.00 | 0.40 | 360.00 |
| Ross Kirschner | 2010 | 0.00 | 625.00 | 0.00 | 33.00 | 19,767.00 |
| Ruth Green | 2011 | 0.00 | 150.00 | 0.00 | 45.20 | 6,780.00 |
| Shahzia M. Rahman | 2006 | 0.00 | 585.00 | 0.00 | 39.90 | 21,185.50 |
| Tania Davenport | 2011 | 0.00 | 150.00 | 0.00 | 45.40 | 6,810.00 |
| Timothy J LaBua | 2008 | 415.00 | 0.00 | 0.00 | 47.90 | 19,878.50 |
| Tina E. Vuylsteke | 1990 | 315.00 | 0.00 | 0.00 | 0.10 | 31.50 |
| Tina Y. Wu | 2006 | 585.00 | 0.00 | 0.00 | 15.90 | 9,301.50 |
| Todd Hettenbach | 2004 | 0.00 | 655.00 | 0.00 | 30.20 | 18,857.00 |

Error! Bookmark not defined.

| Timekeeper | Year Admitted to Practice | Billing Rate 2010 | Billing Rate 2011 | Billing Rate 2012 | Hours | Fees |
|---|---|---|---|---|---|---|
| Yolande Thompson | 2005 | 300.00 | 315.00 | 335.00 | 93.80 | 28,508.00 |
| **GRAND TOTAL** | | | | | **6,812.40** | **3,991,193.50** |

Error! Bookmark not defined.

**Summary of Expenses**
<u>**WilmerHale**</u>

| Expense Description | Total |
|---|---:|
| After Hours Support | 471.25 |
| Computerized Research | 681.00 |
| Computerized Research | 615.00 |
| Courier Services | 463.00 |
| Court Services | 6,122.00 |
| Document Printing | 9,239.85 |
| Document Printing Color | 1,081.00 |
| Federal Express | 400.76 |
| Local Transportation | 2,018.01 |
| Local Transportation-Late Night | 678.82 |
| Meal Meeting Expense | 2,365.31 |
| Meals-Overtime | 531.61 |
| Miscellaneous | 746.42 |
| Out Of Town Lodging | 723.80 |
| Photocopy | 6,186.60 |
| Photocopy Color | 986.00 |
| Photocopy Other | 70.00 |
| Supplies | 24.48 |
| Telephone | 1,320.62 |
| Telephone | 1,822.77 |
| Transcript | 45,994.30 |
| Travel | 1,571.70 |
| **GRAND TOTAL** | **84,114.30** |

Error! Bookmark not defined.

**Summary of Services Performed By
WilmerHale on behalf of Angelo Gordon & Co., L.P.**

General:

- Represent Angelo, Gordon & Co., L.P. ("Angelo Gordon" or "client") in connection with Tribune Company ("debtors") bankruptcy proceedings.

- Monitor bankruptcy docket, review relevant pleadings, and confer with client regarding bankruptcy proceedings, settlement updates, and strategy. Play active role in settlement negotiations, prepare memoranda to client, and confer with debtors' counsel as needed.

- Attend court hearings regarding bankruptcy proceedings, disclosure statement and plan process, discovery issues, scheduling, Examiner's report, settlement updates, etc.

- Confer with client regarding discovery process, and coordinate document collection and review in response to various document requests directed to client.

- Prepare for and attend depositions, settlement conferences and mediation sessions.

Background:

- Review debt documents, LBO documents (including review of Step1 and Step 2 transactions), ESOP documents, and other financial diligence documents.

- Prepare summary charts of capital structure, analyze potential fraudulent conveyance actions, and confer with client regarding same.

- Conduct research regarding whether bad faith of agent may be imputed to lender and circumstances in which courts rejected lender's good faith defense, and draft legal memorandum regarding same.

- Review Wilmington Trust Company's Complaint regarding LBO and analyze avoidance issues.

Proposed Plans/Settlement:

- Review various iterations of proposed plans and disclosure statements, balloting and solicitation documents, solvency analyses, management incentive plans, plan supplement documents, and settlement term sheets. Provide comments to lenders, debtors, and client for each round of amendments to competing plan documents and settlements.

- Outline and prepare objections and responses to various iterations of proposed disclosure statement and plan documents. Review objections and responses filed by other parties (including Bridge Note holders and PHONES holders) and confer with client regarding same.

Error! Bookmark not defined.

- Attend teleconferences with JPMorgan Chase Bank, N.A. ("JPM") and client regarding Bridge Note resolution issues.

- Review confidentiality agreements, and analyze proposals regarding Cooking Channel issues. Confer with JPM, Oaktree Capital Management, L.P. ("Oaktree"), and Centerbridge Credit Advisors LLC ("Centerbridge") regarding same.

- Confer with client and JPM regarding various plan and settlement issues, including avoidance analysis, Centerbridge consent rights, Wells Fargo Bank, N.A. ("Wells Fargo"), Wilmington Trust Company, and Oaktree issues.

- Review and comment on proposed orders to extend discovery and confirmation deadlines, confer with client regarding same, and prepare for and attend hearing regarding same.

- Review and mark up proposed emergence corporate documents including contribution agreement, secured note term sheet, registration rights agreement, warrant documents, DIP loan order, and hedge order, and confer with client regarding same.

- Analyze tax-related issues in proposed settlement documents and confer with client regarding same. Review equity documents, analyze shareholder rights in connection with proposed settlement, and provide proposed revisions.  Review charter, bylaws, and warrant agreement and attend to corporate governance issues.  Confer with plan proponents' counsel regarding same.  Review contribution documents, and confer with client regarding open settlement points, structural issues, and board selection.

- Attend teleconferences with settling parties' counsel regarding FCC issues, corporate issues, plan support agreement, common interest agreement, plan issues, voting deadline, and competing plans, and confer with client regarding same.

- Review existing credit facility, term sheet for proposed emergence term loan, and revolving credit exit facilities, and provide suggested edits.  Review and mark draft of takeback paper, and review delayed draw term loan structure documents for proposed trusts.

- Attend teleconferences regarding creditors' committee, steering committee, severance, Centerbridge, and global settlement issues related to DCL plan.

- Prepare for and attend mediation sessions in Wilmington, Delaware and review and edit proposed mediation order.  Confer with client regarding same.  Prepare and revise mediation statement on behalf of Angelo Gordon.  Attend various follow-up bi-party and multi-party mediation sessions related to global settlement.

- Review pleadings related to appointment of Trustee and proposed disqualification of certain counsel.

- Attend (telephonically) hearings on confirmation of proposed competing plans, and prepare daily summaries regarding same.  Circulate to case team and client.

Error! Bookmark not defined.

- Review and analyze proposed findings of fact and conclusions of law filed by plan proponents.

- Review Bankruptcy Court's opinion regarding proposed plans.  Review and comment on amendments to proposed plan, provide comments to and attend hearing (telephonically) regarding reconsideration of plan confirmation.

Examiner:

- Review proposed Examiner work plan, and review and comment on materials submitted by various parties, including JPM, to Examiner.

- Draft and revise letter to Examiner regarding discovery of Angelo Gordon's documents.

- Prepare for and participate in hearing regarding sealing of Examiner's report.

- Review, outline and analyze Examiner's report, and confer with client regarding same.

- Attend status conference with potential settling parties to discuss Examiner's report, upcoming hearings, and strategy in connection with report.

Discovery:

- Review various document requests and interrogatories directed to Angelo Gordon, including from Wells Fargo and Law Debenture Trust Company of New York.

- Review court orders regarding confidentiality of documents.  Draft, revise, and circulate responses and objections to requests for documents and interrogatories.

- Prepare document review protocol binder containing key documents on LBO, debt issues, capital structure, and examiner review.  Revise document review protocol as needed to ensure production is consistent with evolving common interest agreements.

- Analyze relevant issues to determine appropriate search terms and parameters. Confer with working group and client regarding same, and begin to collect electronic documents. Debate search term issues with parties requesting document production.

- Create internal database for loading, reviewing, and producing documents. Collect, process, and analyze electronic data.

- Conduct research regarding attorney client privilege, common interest standard, and work product issues, with particular focus on joint defense agreements, and prepare legal memorandum regarding same.

- Conduct first level review of Angelo Gordon documents for responsiveness and privilege in response to document requests. Flag noteworthy documents for second level review.

Error! Bookmark not defined.

- Confer internally regarding privilege, confidentiality, and common interest issues in connection with document production, and conduct second level review of documents.

- Attend teleconferences with Davis Polk & Wardwell LLP regarding document production, common interest, disclosure, and privilege issues. Prepare and update common interest chart.

- Participate in meet and confers regarding production of documents and privilege issues.

- Conduct quality control tests and produce responsive, non-privileged documents on a rolling basis.  Prepare related privilege log.

- Review and draft responses to discovery letters and interrogatories.

- Review, analyze, and respond to motions to compel regarding discovery disputes.

Depositions:

- Review and analyze deposition notices addressed to Angelo Gordon.

- Search for and compile noteworthy documents, and prepare deposition outlines for deposition preparation sessions with Mr. Baiera and Mr. Fuller.  Review binders of noteworthy documents and attend deposition preparation sessions.  Attend and defend deposition of Mr. Baiera.

- Prepare for and attend depositions (telephonically or in-person) of various witnesses, including Persily, Wilderotter, Griminick, Brodsky, Kulnis, Liang, Liebentritt, Gropper, Nese, Kenny, Bigelow, Kurtz, Knapp, Kazan, Fischel, Prak, Yamaoka, Chachas, Lee, Beron, Prieto, and Kirschner, and prepare and circulate summary to working group and client regarding same.

- Review debtors' proposed deposition designations from Mr. Baiera's deposition transcript, and prepare list of categories for confidential treatment.

Error! Bookmark not defined.