## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                              ) Chapter 11
                                                    )
Tribune Direct Marketing Inc.                       ) Case No. 08-13227
                       Debtor(s).                   )
                                                    )

## NOTICE OF WITHDRAWAL OF CLAIM
## FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 7120 | 5/14/2012 | $300.02 |
| | | |
| | | |
| | | |

Helen Ko

Revenue Tax Specialist

FILED / RECEIVED

JAN 2 5 2013

EPIQ BANKRUPTCY SOLUTIONS, LLC