

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

January 18, 2013

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o  Epic Solutions -  Tribune Company
757 Third Avenue
New York,   NY   10017

Re:   Claim withdrawal for TRIBUNE BROADCASTING COMPANY
         Docket #:  08-13223  KJC  Lead Docket #:  08-13141  KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance
is withdrawing the 2nd Amended Administrative Expense proof of claim (claim
#7131) in the amount of $30,517.48 with a statement date of 07/03/2012.  There
is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter
     Norman Fivel

FILED / RECEIVED

JAN 2 5 2013

EPIQ BANKRUPTCY SOLUTIONS, LLC