UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Hearing Date: March 13, 2013 at 1:00 p.m. ET<br>Objection Deadline: February 19, 2013 at 4:00 p.m. ET |

**NOTICE OF APPLICATION OF AJALAT, POLLEY, AYOOB & MATARESE, A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ORDINARY COURSE COUNSEL TO LOS ANGELES TIMES COMMUNICATIONS LLC FOR CERTAIN PROPERTY TAX MATTERS DURING THE PERIOD FROM MAY 1, 2012 THROUGH SEPTEMBER 30, 2012**

TO:   (i) the U.S. Trustee; and (ii) all parties having requested notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that, on January 29, 2013, the **Application of Ajalat, Polley, Ayoob & Matarese, a Partnership Including Professional Corporations, for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to Los Angeles Times Communications LLC for Certain Property Tax Matters During the Period from May 1, 2012 through September 30, 2012** (the "Application"), which seeks entry of an order (a) the allowance of fees in the aggregate amount of $140,925.00 for services rendered, and $18,400.00 in expenses incurred, during its

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9214708v1

representation of Los Angeles Times Communications LLC for certain property tax matters in Los Angeles and Orange Counties during the period from May 1, 2012 through September 30, 2012 and (b) for a limited waiver of the procedures for the approval and payment of professional compensation and consideration of fee applications set forth in the Interim Compensation Order and the Fee Examiner Order with respect to the Application, was filed with the Court.

You are required to file any response to the Application **on or before 4:00 p.m. ET on February 19, 2013**.

At the same time, you must also serve a copy of any response upon the applicant and Debtors' attorneys, at the address listed below, so that it is received by **4:00 p.m. ET on February 19, 2013**:

| AJALAT, POLLEY, AYOOB & MATARESE | SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
|---|---|---|
| Terry L. Polley | Kenneth P. Kansa | FORMAN & LEONARD, P.A. |
| 500 North Brand Boulevard, Suite 1870 | One South Dearborn Street | Norman L. Pernick |
| Glendale, CA 91203 | Chicago, IL 60603 | J. Kate Stickles |
| Telephone: 818-553-1300 | Telephone: (312) 853-7000 | 500 Delaware Avenue, Suite 1410 |
| | Facsimile: (312) 853-7036 | Wilmington, DE 19801 |
| | | Telephone: (302) 652-3131 |

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD ON **MARCH 13, 2013 AT 1:00 P.M. ET** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date: January 29, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-9214708v1