**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Reorganized Debtors**.** | ) |

**NOTICE OF ERRATA TO SUBMISSION OF**
**SENIOR LENDER FEE/EXPENSE CLAIM STATEMENT**

Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. (the "<u>Senior</u>

<u>Lenders</u>") hereby submit this Errata to their Statement of Senior Lender Fee/Expense Claims

[Docket No. 13107] filed on January 25, 2013 (the "<u>Fee Statement</u>") to correct certain

mathematical and inadvertent errors.

While the total amounts of fees and expenses set forth on the summary table on page 2 of

the Fee Statement remain accurate, the Senior Lenders hereby correct certain inadvertent and

mathematical errors included on supporting Exhibits A and B to the Fee Statement.  Specifically,

page 5 of Exhibit A to the Fee Statement hereby is replaced with the corrected page 5 attached

hereto as Exhibit A, which corrects a mathematical error in the total expenses set forth for

---

[1]    The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Hennigan, Bennett & Dorman, LLP.  In addition, the first page of Exhibit B to the Fee Statement

hereby is replaced with the corrected first page attached hereto as Exhibit B, which includes

certain time inadvertently excluded from Exhibit B's summary of Dewey & LeBoeuf's

timekeepers (with corrected timekeeper summaries highlighted in bold); and the second page of

Exhibit B to the Fee Statement hereby is replaced with the corrected second page attached hereto

as Exhibit C, which includes expense items inadvertently excluded from Exhibit B's summary of

Dewey & LeBoeuf's expenses (with corrected expense categories highlighted in bold).

Dated: Wilmington, Delaware
      January 30, 2013

*/s/ M. Blake Cleary*
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
YOUNG CONAWAY STARGATT &
 TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone (302) 571-6600
Facsimile (302) 571-1253

-   and –

Bruce Bennett
James O. Johnston
Joshua M. Mester
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071

*Attorneys for Oaktree Capital Management, L.P. and
Angelo, Gordon & Co., L.P.*

# EXHIBIT A

**(Corrected Summary of Expenses for
Hennigan, Bennett & Dorman LLP)**

**Hennigan, Bennett & Dorman, LLP**
**Summary of Expenses**
**(December 2008 through February 2011)**

| Category | Total Expenses |
|---|---|
| Administrative Expenses | $1,288.86 |
| Outside Background Research | $2,458.40 |
| Binders | $150.82 |
| Color Printing | $136.00 |
| Color Copies | $794.75 |
| CD Copies | $475.00 |
| Couriers | $3,755.78 |
| Document Management | $4,388.04 |
| Telecopy | $205.00 |
| Computerized Legal Research | $54,473.63 |
| Telephone | $19,728.78 |
| In-House Reproduction | $10,279.15 |
| Meals | $8,689.92 |
| Parking | $3,775.25 |
| Postage | $4.54 |
| Professional Services, Including Discovery Related Expenses | $247,339.11 |
| Publications | $8.00 |
| Reproduction | $2,738.57 |
| Scanning | $935.90 |
| Heavy Scanning Lit | $80.85 |
| Sundry Expenses | $37.00 |
| Supplies - Equipment | $208.69 |
| Travel & Transportation | $301,662.71 |
| Transcripts | $15,631.90 |
| Velobind | $427.50 |
| **TOTAL** | **$679,674.15** |

# EXHIBIT B

## (Corrected Summary of Timekeepers
## for Dewey & LeBoeuf LLP)

**Dewey & LeBoeuf, LLP**
**Summary of Timekeepers**
**(February 2011 through May 2012)**

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Abraham, Wanna | N/A (paralegal) | 2012 - N/A<br>2011 - $230 | 3.50 | $805.00 |
| **Bennett, Bruce** | **1982** | **2012 - $1,000**<br>**2011 - $975** | **592.90** | **$579,302.50** |
| Bergman, James | N/A (financial analyst) | 2012 - $760<br>2011 - $550 | 314.90 | $174,038.00 |
| **Bobrow, Karen** | **2011** | **2012 - N/A**<br>**2011 - $395** | **29.10** | **$11,494.50** |
| **Casey, Courtinay** | **N/A (lit support)** | **2012 - N/A**<br>**2011 - $275** | **11.50** | **$3,162.50** |
| **Chang, Connie** | **2011** | **2012 - $395**<br>**2011 - N/A** | **17.80** | **$7,031.00** |
| Chow-Fortune, Linda | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 0.50 | $100.00 |
| Cua, Virginia | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 24.25 | $4,850.00 |
| Floyd, Kevin | N/A (paralegal) | 2012 - $250<br>2011 - $250 | 70.30 | $18,145.00 |
| **Johnston, James** | **1993** | **2012 - $875**<br>**2011 - $800** | **1,470.20** | **$1,198,255.00** |
| **Mester, Joshua** | **1998** | **2012 - $825**<br>**2011 - $725** | **781.10** | **$579,207.50** |
| **Morse, Joshua** | **2000** | **2012 - N/A**<br>**2011 - $675 - $700** | **39.40** | **$26,784.00** |
| **Pryhorocki, Trevor** | **N/A (lit support)** | **2012 - $230** | **3.50** | **$805.00** |
| **Seiler III, Joseph** | **1981** | **2012 - N/A**<br>**2011 - $950** | **0.60** | **$570.00** |
| Serrano, Ella | 2003 | 2012 - $675<br>2011 - $650 | 98.65 | $64,165.00 |
| Strygin, Alek | 2008 | 2012 - N/A<br>2011 - $500 | 5.80 | $2,900.00 |
| Walsh, Matthew | 1994 | 2012 - N/A<br>2011 - $775 - $800 | 41.25 | $32,643.75 |
| **Wolf, Jason** | **2009** | **2012 - $675**<br>**2011 - $650** | **58.10** | **$37,890.00** |

| Timekeeper | Year of Admission | Hourly Rates | Total Hours | Total Fees |
|---|---|---|---|---|
| Zuniga, Deanna | N/A (paralegal) | 2012 - N/A<br>2011 - $200 | 51.90 | $10,428.00 |
| TOTALS | | | 3,615.25 | $2,752,576.75 |

# EXHIBIT C

## (Corrected Summary of Expenses for Dewey & LeBoeuf LLP)

**Dewey & LeBoeuf, LLP**
**Summary of Expenses**
**(February 2011 through May 2012)**

| Category | Total Expenses |
|---|---|
| Air Express | $17.68 |
| Books, Periodicals, Etc. | $116.34 |
| Deposition/Hearing Transcripts | $72,914.14 |
| Discovery related expenses, including document production and management | $341,685.92 |
| **Facsimile** | **$12.00** |
| **FedEx** | **$516.76** |
| Legal Research - Lexis | $9,018.50 |
| **Legal Research - Westlaw** | **$8,753.26** |
| Local Transportation | $1,615.59 |
| Media Research Services | $900.00 |
| **Online Legal Research** | **$915.22** |
| Postage | $31.03 |
| Professional Fees | $40.00 |
| Professional Services | $37,342.00 |
| **Reproduction** | **$3,278.91** |
| **Telephone** | **$550.81** |
| Travel Out of Town - Air Fare | $68,289.21 |
| Travel Out of Town - Lodging | $26,579.00 |
| Travel Out of Town - Meals | $3,502.44 |
| Travel Out of Town - Miscellaneous Charges | $700.77 |
| Travel Out of Town - Parking | $1,700.00 |
| Travel Out of Town - Train Fare | $933.00 |
| Travel Out of Town - Transportation | $1,792.44 |
| **TOTAL** | **$581,205.02** |