# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## EIGHTH NOTICE OF SATISFIED CLAIMS

**PLEASE TAKE NOTICE THAT:**

      Tribune Company ("Tribune") and the other reorganized debtors (the "Reorganized Debtors"), by and through their undersigned counsel, hereby file this notice (the "Notice") identifying certain prepetition claims filed or scheduled against the Debtors' estates, or, in certain instances, filed against or on account of liabilities owed by non-Debtors (the "Satisfied Claims"), a list of which is attached hereto as Exhibit A[2], which have been satisfied or released in full, by payments, credits, agreements, and/or settlements made after the commencement of the Debtors' chapter 11 cases in accordance with title 11 of the United States Code (the "Bankruptcy Code"), applicable rules, an order of the United States Bankruptcy Court for the District of Delaware (the "Court"), or otherwise, including, without limitation, the confirmed Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan").

      The Reorganized Debtors, through the Court-appointed claims and noticing agent, Epiq Bankruptcy Solutions, LLC, intend modify the official claims register to reflect that the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Certain of the Debtors listed on Exhibit A have undertaken Restructuring Transactions (as described in Plan), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

Satisfied Claims have been satisfied in full by payments, credits, agreements, and/or settlements made by the Debtors after the Petition Date, and that no further payments or distributions are required on account of such claims.

## RESPONSES TO THIS NOTICE

You are receiving this Notice because the Reorganized Debtors believe that you are a holder of a Satisfied Claim. If you agree that your claim has been satisfied in full, you do not need to take any further action.

If you disagree that your claim has been satisfied in full, the Reorganized Debtors request that you file a written response (a "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and at the same time serve such Response on the undersigned counsel to the Reorganized Debtors, on or before **March 1, 2013 at 4:00 p.m. (prevailing Eastern Time)**. The Reorganized Debtors will then make a reasonable effort to review the particular Satisfied Claim identified in the Response to determine whether any asserted amounts have not, in fact, been satisfied by the Debtors. In the event that the parties are unable to reach a resolution, the Reorganized Debtors will request that a hearing be held to resolve the matter at a date and time to be determined by the Reorganized Debtors in their discretion, subject to the Court's availability.

## RESERVATION OF RIGHTS

The Reorganized Debtors expressly reserve the right to amend, modify or supplement this Notice and reserve their rights to file additional objections on a non-substantive and/or substantive basis to any claims filed in these chapter 11 cases.

Dated: January 30, 2013                Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

2

46429/0001-9191510v3