# EXHIBIT A

## Satisfied Claims

# TRIBUNE COMPANY, ET AL.

## EXHIBIT A - EIGHTH NOTICE OF SATISFACTION

| | NAME | CLAIM # | FILED DATE | DEBTOR (a) | CLASS | AMOUNT | REASON OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | FOX BROADCASTING COMPANY KAREN EARLS, ESQ. PO BOX 900 BEVERLY HILLS, CA 90213-0900 | 4596 | 06/11/2009 | KSWB Inc. | Unsecured | $1,128,900.91* | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 2 | FOX BROADCASTING COMPANY KAREN EARLS, ESQ. PO BOX 900 BEVERLY HILLS, CA 90213-0900 | 4597 | 06/11/2009 | Tribune Broadcasting Company | Unsecured | $1,397,403.24* | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 3 | FOX BROADCASTING C/O ERNST AND YOUNG 7576 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | 241003800 | 4/10/2009 | Tribune Television Company | Unsecured | $234,204.40^ | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 4 | FOX BROADCASTING C/O ERNST & YOUNG LLP, 7576 COLLECTION CENTER DR. CHICAGO, IL 60693 | 242000800 | 4/10/2009 | Tribune Television Holdings, Inc. | Unsecured | $137,974.60^ | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 5 | FOX BROADCASTING COMPANY C/O ERNST YOUNG 7576 COLLECTION CENTER CHICAGO, IL 60693-6616 | S2019024078 | 04/10/2009 | Channel 40, Inc. | Unsecured | $123,124.35 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 6 | FOX BROADCASTING COMPANY 96616 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | S2019027317 | 04/10/2009 | KSWB Inc. | Unsecured | $1,128,900.91 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 7 | FOX BROADCASTING COMPANY 96616 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | S2019033875 | 04/10/2009 | Tribune Broadcasting Company | Unsecured | $1,380,232.00 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |

\* - Indicates claim contains unliquidated and/or undetermined amounts
^ - Indicates designated in schedules as unliquidated
(a) - Certain of the Debtors listed on this Exhibit A have undertaken Restructuring Transactions (as described in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan")), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

Page 1 of 3

## TRIBUNE COMPANY, ET AL.

## EXHIBIT A - EIGHTH NOTICE OF SATISFACTION

| | NAME | CLAIM # | FILED DATE | DEBTOR (a) | CLASS | AMOUNT | REASON OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 8 | FOX BROADCASTING COMPANY C/O ERNST YOUNG 7576 COLLECTION CENTER DRIVE CHICAGO, IL 60693-6616 | S2019036195 | 04/10/2009 | Tribune Television Company | Unsecured | $226,709.65 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 9 | FOX BROADCASTING COMPANY C/O ERNST YOUNG 7576 COLLECTION CENTER DRIVE CHICAGO, IL 60693-6616 | S2019036442 | 04/10/2009 | Tribune Television Holdings, Inc. | Unsecured | $62,263.61 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 10 | FOX BROADCASTING COMPANY C/O ERNST YOUNG 7576 COLLECTION CENTER DRIVE CHICAGO, IL 60693-6616 | S2019036806 | 04/10/2009 | Tribune Television Northwest, Inc. | Unsecured | $320,850.91 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 11 | FOX NEWS EDGE 5731 COLLECTION CENTER DR ATTN JUDY SLATER CHICAGO, IL 60693 | S2019024077 | 04/10/2009 | Channel 40, Inc. | Unsecured | $11,156.06 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 12 | FOX NEWS EDGE 5731 COLLECTION CENTER DR ATTN JUDY SLATER CHICAGO, IL 60693 | S2019036194 | 04/10/2009 | Tribune Television Company | Unsecured | $9,490.00 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 13 | FOX NEWS EDGE 1211 AVENUE OF THE AMERICAS SECOND FLOOR NEW YORK, NY 10036 | S2019036441 | 04/10/2009 | Tribune Television Holdings, Inc. | Unsecured | $1,752.10 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 14 | FOX NEWS NETWORK LLC BANK OF AMERICA 5731 COLLECTION CT DR CHICAGO, IL 60693 | S2019027316 | 04/10/2009 | KSWB Inc. | Unsecured | $1,901.75 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

^ - Indicates designated in schedules as unliquidated

(a) - Certain of the Debtors listed on this Exhibit A have undertaken Restructuring Transactions (as described in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan")), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

# TRIBUNE COMPANY, ET AL.

## EXHIBIT A - EIGHTH NOTICE OF SATISFACTION

| | NAME | CLAIM # | FILED DATE | DEBTOR (a) | CLASS | AMOUNT | REASON OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 15 | FOX NEWS NETWORK LLC<br>1211 AVENUE OF THE AMERICAS<br>2ND FLOOR<br>NEW YORK, NY 10036 | S2019036192 | 04/10/2009 | Tribune Television Company | Unsecured | $5,800.00 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 16 | FOX NEWS NETWORK LLC<br>BANK OF AMERICA<br>5731 COLLECTION CT DR<br>CHICAGO, IL 60693 | S2019036193 | 04/10/2009 | Tribune Television Company | Unsecured | $10,594.35 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 17 | FOX NEWS NETWORK LLC<br>BANK OF AMERICA<br>5731 COLLECTION CT DR<br>CHICAGO, IL 60693 | S2019036440 | 04/10/2009 | Tribune Television Holdings, Inc. | Unsecured | $1,199.94 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| 18 | FOX NEWS NETWORK LLC<br>BANK OF AMERICA<br>5731 COLLECTION CT DR<br>CHICAGO, IL 60693 | S2019036805 | 04/10/2009 | Tribune Television Northwest, Inc. | Unsecured | $3,695.45 | Claim cured via check numbers 16763, 16764, 16765, 16766, 16767, 16768 on December 31, 2012. |
| | | | | | TOTAL | $6,186,154.23 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

^ - Indicates designated in schedules as unliquidated

(a) - Certain of the Debtors listed on this Exhibit A have undertaken Restructuring Transactions (as described in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan")), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.