**EXHIBIT A**

 **DavisWright Tremaine** LLP

| | | | Suite 2200 |
|---|---|---|---|
| | | | 1201 Third Avenue |
| | | | Seattle, WA 98101-3045 |
| | | | 206.622.3150 tel |
| | | | 206.757.7700 fax |

| Anchorage | New York | Seattle | Federal ID #91-0839480 |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | www.dwt.com |

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110083

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/15/12 | M. Bartlett | 0.40 | Phone call with K. Sager regarding grand jury contempt proceedings rules and practices (.2); brief review of public documents relating to Occupy Seattle protest arrests (.2) |
| 10/15/12 | K. Sager | 0.50 | Communicate with Ms. Goller regarding federal grand jury contempt proceeding/access issue (0.2); telephone conference with M. Bartlett regarding same (0.2); follow-up with Ms. Goller (.1) |
| 10/16/12 | K. Sager | 0.40 | Discussion with Ms. Goller regarding Storify issues (0.4); conduct two newsroom seminars with Ms. Goller (3.5; no charge) |
| 10/19/12 | R. London | 0.30 | E-correspondence with Ms. Xanders regarding 9th Circuit Best Buy decision |
| 10/26/12 | K. Sager | 1.00 | Review article on prescription drug deaths/sidebars (0.4); telephone conference with Ms. Goller regarding same (0.3); follow-up communication with Ms. Goller regarding same (0.3) |
| | Total Hours Worked | 2.60 | |



Los Angeles Times Communications LLC
Invoice No. 6110083
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,513.50 |
| Less Courtesy Discount | (151.35) |
| Total Adjusted Current Services | $1,362.15 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,362.15 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Bartlett, M. | 0.40 | 481.50 | 192.60 |
| Sager, K. | 1.90 | 544.50 | 1,034.55 |
| Total | 2.30 | | 1,227.15 |
| **Of_Counsel** | | | |
| London, R. | 0.30 | 450.00 | 135.00 |
| Total | 0.30 | | 135.00 |
| Total All Classes | 2.60 | | $1,362.15 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $23,773.30 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534150 | ($6,665.40) |
| Current Invoice | $1,362.15 |
| Total Balance Due This Matter | $18,470.05 |

| | |
|---|---|
| Year-to-date Billed Fees | $29,343.60 |
| Year-to-date Billed Expenses | $221.65 |
| Year-to-date Billed Total | $29,565.25 |
| To-date Billed Fees | $459,868.66 |
| To-date Billed Expenses | $56,700.88 |
| To-date Billed Total | $516,569.54 |

v -

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No.  6110083
Page 3


Kelli Sager

v -



| Anchorage | New York | Seattle |
|-----------|----------|---------|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0026175-000004

November 29, 2012
Invoice No. 6110083

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

## STATEMENT OF ACCOUNT
### as of October 31, 2012

Current Invoice - 6110083                    $1,362.15

Total Balance Due This Matter              $18,470.05

## PLEASE REMIT WITH PAYMENT

v -



Davis Wright
Tremaine LLP

| | | | Suite 2200 |
|---|---|---|---|
| Anchorage | New York | Seattle | 1201 Third Avenue |
| Bellevue | Portland | Shanghai | Seattle, WA 98101-3045 |
| Los Angeles | San Francisco | Washington D.C. | 206.622.3150 tel |

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC                    November 29, 2012
Attn: Karlene W. Goller, Esq.                           Invoice No. 6110084
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/03/12 | K. Sager | 0.20 | Review order and agenda for October 4 hearing and communicate with R. Wilcox regarding hearing |
| 10/04/12 | G. Pasquale | 2.10 | Draft firm's response to fee examiner's Preliminary Report for Fifth Quarterly Fee Application |
| 10/05/12 | G. Pasquale | 0.90 | Finish drafting firm's response to fee examiner's Preliminary Report for Fifth Quarterly Fee Application |
| 10/10/12 | K. Sager | 1.00 | Prepare response to Preliminary Report of Fifth Quarterly Fee Application |
| 10/24/12 | K. Sager | 0.30 | Review communications with Julie Xanders regarding application and Tribune billing issues |
| | Total Hours Worked | 4.50 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $1,147.50 |
| Less Courtesy Discount | ($114.75) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,032.75 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110084
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 1.50 | 544.50 | 816.75 |
| Total | 1.50 | | 816.75 |
| **Document_Clerk** | | | |
| Pasquale, G. | 3.00 | 72.00 | 216.00 |
| Total | 3.00 | | 216.00 |
| Total All Classes | 4.50 | | $1,032.75 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $11,742.76 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534127 | ($3,677.76) |
| Current Invoice | $1,032.75 |
| Total Balance Due This Matter | $9,097.75 |

Kelli Sager

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:    0026175-000379

November 29, 2012
Invoice No. 6110084

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

## STATEMENT OF ACCOUNT
### as of October 31, 2012

Current Invoice - 6110084                    $1,032.75

Total Balance Due This Matter                $9,097.75

## PLEASE REMIT WITH PAYMENT

v -



# Davis Wright Tremaine LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110085

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/11/12 | A. Wickers | 2.30 | Review five advertising module videos to prepare for call with Ms. Xanders |
| 10/12/12 | A. Wickers | 0.40 | Telephone call with Ms. Xanders regarding videotaped advertising training (.3); draft language for privilege slide (.1) |
| | Total Hours Worked | 2.70 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $1,471.50 |
| Less Courtesy Discount | ($147.15) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $1,324.35 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110085
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 2.70 | 490.50 | 1,324.35 |
| Total | 2.70 | | 1,324.35 |
| Total All Classes | 2.70 | | $1,324.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $17,183.88 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534160 | ($7,691.04) |
| Current Invoice | $1,324.35 |
| Total Balance Due This Matter | $10,817.19 |

Kelli Sager

v -



Davis Wright
Tremaine LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:      0026175-000380

November 29, 2012
Invoice No. 6110085

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110085                  $1,324.35

Total Balance Due This Matter              $10,817.19

PLEASE REMIT WITH PAYMENT

v -


## Davis Wright
## Tremaine LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110086

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/02/12 | R. Wilcox | 5.10 | Draft Answer to Orange County Amicus Brief |
| 10/02/12 | R. Wilcox | 0.80 | Review information gathered by Mr. Lait to evaluate relevance |
| 10/03/12 | J. Glasser | 0.10 | Correspondence with R. Wilcox regarding 6254(f) |
| 10/03/12 | K. Sager | 0.30 | Communicate with R. Wilcox regarding response to amici briefs |
| 10/03/12 | R. Wilcox | 0.40 | Further review of Amicus Briefs |
| 10/03/12 | R. Wilcox | 0.20 | Communicate with K. Sager, J. Glasser regarding arguments to address in Answers to Amici Briefs |
| 10/03/12 | R. Wilcox | 4.30 | Draft primary Answer to Amicus Briefs |
| 10/04/12 | R. Wilcox | 7.20 | Continue to draft primary Answer to Amicus Briefs |
| 10/05/12 | K. Cullinan | 4.40 | Review newspaper articles for: (1) names of police officers involved in shootings and (2) reports that hinged on identifying officers by name (3.8); communicate with R. Wilcox regarding same (.6) |
| 10/05/12 | R. Wilcox | 7.10 | Continue to draft primary Answer to Amicus Briefs |
| 10/05/12 | R. Wilcox | 0.20 | Communicate with K. Cullinan regarding assistance needed reviewing articles |
| 10/06/12 | K. Sager | 0.70 | Communicate with R. Wilcox regarding amici briefs (0.2); review outlines for responses to amici briefs and communicate with R. Wilcox regarding same (0.5) |
| 10/06/12 | R. Wilcox | 6.30 | Continue to draft primary Answer to Amicus Briefs |
| 10/07/12 | K. Sager | 2.00 | Review and revise briefs in response to amici brief (1.3); telephone conference with R. Wilcox regarding briefs (0.4); communicate with R. Wilcox regarding changes to amici response briefs (0.3) |
| 10/07/12 | R. Wilcox | 0.50 | Conference call with K. Sager to discuss Answers to |


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110086
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| | | | Amicus Briefs, revisions to same |
| 10/08/12 | R. Wilcox | 4.90 | Revise Answer to Orange County, etc., Amicus Brief, per suggested revisions by K. Sager |
| 10/09/12 | K. Sager | 0.80 | Revise response to Orange County/Santa Barbara amici brief (0.7); communicate with R. Wilcox regarding same (0.1) |
| 10/10/12 | J. Glasser | 0.10 | Correspondence with R. Wilcox regarding investigation issue and 6254(f) |
| 10/10/12 | B. Planchon | 0.70 | Cite-check Answer to Amici Brief by Association of Orange County Deputy Sheriffs and prepare summary for R. Wilcox |
| 10/10/12 | K. Sager | 0.20 | Communicate with R. Wilcox regarding response to Orange County amici brief |
| 10/10/12 | R. Wilcox | 0.80 | Continue to revise Answer to Orange County, etc. Amicus Brief to implement further revisions suggested by K. Sager |
| 10/10/12 | R. Wilcox | 5.10 | Continue to draft primary Answer to Amicus Briefs |
| 10/10/12 | R. Wilcox | 0.20 | Communicate with K. Sager regarding issues addressed in primary Answer to Amicus Briefs |
| 10/11/12 | K. Cullinan | 1.70 | Research and compiling materials for judicial notice request |
| 10/11/12 | K. Sager | 0.30 | Communicate with R. Wilcox regarding additional evidence for response to Orange County Sheriff's Writ |
| 10/11/12 | R. Wilcox | 0.10 | Communicate with K. Cullinan regarding Request for Judicial Notice and supporting documents |
| 10/11/12 | R. Wilcox | 0.50 | Further edits to Answer to OC/SB Amicus Brief, to finalize for filing |
| 10/11/12 | R. Wilcox | 3.20 | Continue to draft Answer to primary Amicus Briefs |
| 10/12/12 | K. Cullinan | 0.80 | Research police agency press releases in which officers involved in police shootings were identified by name |
| 10/12/12 | K. Sager | 0.20 | Communicate with R. Wilcox regarding response to amici briefs from other law enforcement organizations |
| 10/12/12 | R. Wilcox | 3.50 | Continue to draft Answer to primary Amicus Briefs |
| 10/12/12 | R. Wilcox | 0.70 | Further review of articles to include with Motion for Judicial Notice |
| 10/12/12 | R. Wilcox | 0.20 | Communications with K. Cullinan regarding documents to include in exhibits to Motion for Judicial Notice |
| 10/13/12 | K. Sager | 0.20 | Communicate with R. Wilcox regarding Opposition to other Amici Briefs |
| 10/13/12 | R. Wilcox | 4.60 | Continue to draft Answer to Primary Amicus Briefs |
| 10/14/12 | K. Cullinan | 2.30 | Compile news articles and press releases regarding police-involved shootings to prepare exhibits for answer to amici (.8); draft motion to request judicial notice of same (1.5) |
| 10/14/12 | K. Sager | 8.00 | Review and revise Response to Amici Briefs from four police unions (7.9); communicate with R. Wilcox (0.1) |
| 10/14/12 | R. Wilcox | 0.30 | Communicate with K. Sager regarding information needed for Answer to Amicus Brief |
| 10/15/12 | K. Cullinan | 5.60 | Draft motion for judicial notice (3.9); compile news articles and police press releases to use as exhibits (1.5); correspond with R. Wilcox regarding same (.2) |

v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110086
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/15/12 | K. Sager | 1.60 | Communicate with R. Wilcox regarding California Supreme Court brief opposing police amici briefs (0.2); further communication with R. Wilcox regarding Opposition to four police amici briefs (0.2); revise brief (0.8); communicate with Ms. Goller regarding brief (0.1); further communications with R. Wilcox regarding response to amici briefs (0.3) |
| 10/15/12 | R. Wilcox | 1.90 | Revise primary Answer to Amicus Briefs to incorporate changes by K. Sager |
| 10/15/12 | R. Wilcox | 0.70 | Research additional issues raised by K. Sager's edits to primary Answer to Amicus Briefs |
| 10/15/12 | R. Wilcox | 0.80 | Review proposed exhibits to Motion for Judicial Notice |
| 10/15/12 | R. Wilcox | 0.90 | Further research to identify exhibits for Motion for Judicial Notice |
| 10/15/12 | R. Wilcox | 0.40 | Communicate with K. Cullinan regarding revisions to Motion for Judicial Notice, exhibits |
| 10/16/12 | K. Cullinan | 6.30 | Draft motion for judicial notice of press releases, news articles and other materials in support of answer to amicus brief (3.2); compile exhibits for same (2.5); communicate with R. Wilcox regarding same (.6) |
| 10/16/12 | J. Glasser | 0.10 | Correspondence with K. Sager and R. Wilcox regarding documenting practices of police agencies to disclose names of officers involved in shootings before Copley Press decision |
| 10/16/12 | B. Planchon | 2.70 | Cite-check Combined Answer to Four Amicus Briefs and prepare summary for R. Wilcox |
| 10/16/12 | K. Sager | 0.20 | Communicate with R. Wilcox regarding response to amici briefs |
| 10/16/12 | R. Wilcox | 0.30 | Further review of proposed exhibits to Motion for Judicial Notice |
| 10/16/12 | R. Wilcox | 0.80 | Research to identify documents needed for Motion for Judicial Notice |
| 10/16/12 | R. Wilcox | 0.10 | Communicate with K. Cullinan regarding additional revisions to exhibits to Motion for Judicial Notice |
| 10/16/12 | R. Wilcox | 1.80 | Revise draft Motion for Judicial Notice |
| 10/16/12 | R. Wilcox | 0.40 | Further review of revised exhibits to Motion for Judicial Notice before forwarding to Ms. Goller |
| 10/16/12 | R. Wilcox | 0.20 | Review cite-check to primary Answer to Amicus Briefs |
| 10/17/12 | K. Cullinan | 0.80 | Finalize evidentiary exhibits to accompany motion for judicial notice in reply to amici |
| 10/17/12 | K. Sager | 0.80 | Review Motion for Judicial Notice (0.4); communicate with R. Wilcox regarding same (0.1); communicate with R. Wilcox regarding Opposition to Amici Briefs (0.3) |
| 10/17/12 | R. Wilcox | 0.30 | Telephone conversation with Ms. Goller regarding revisions to primary Answer to Amicus Briefs |
| 10/17/12 | R. Wilcox | 0.80 | Revise primary Answer to Amicus Briefs and Motion for Judicial Notice |
| 10/17/12 | R. Wilcox | 1.20 | Finalize primary Answer to Amicus Briefs |
| 10/18/12 | K. Sager | 0.20 | Communicate with R. Wilcox regarding addendum to Request for Judicial Notice |
| 10/19/12 | K. Sager | 0.30 | Review and revise addendum to Request for Judicial |

v -



Los Angeles Times Communications LLC
Invoice No. 6110086
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|-------------------------|
| | | | Notice request |
| 10/25/12 | R. Wilcox | 0.10 | Communicate with Amici regarding documents recently filed |
| 10/26/12 | K. Sager | 0.20 | Review request for extension from Long Beach Police Officer's Association |
| | Total Hours Worked | 108.50 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy charge | 4002 | $400.20 |
| West Publishing (billed at cost) computerized legal research 10/05/12 per B. Masterson | 1 | $26.71 |
| Total Current Disbursements | | $426.91 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $45,194.50 |
| Less Courtesy Discount | ($4,519.45) |
| Total Current Disbursements | 426.91 |
| Total Current Invoice | $41,101.96 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|--------------|------------------|-------------|
| **Partner** | | | |
| Sager, K. | 16.00 | 544.50 | 8,712.00 |
| Wilcox, R. | 66.90 | 387.00 | 25,890.30 |
| Total | 82.90 | | 34,602.30 |
| **Associate** | | | |
| Cullinan, K. | 21.90 | 243.00 | 5,321.70 |
| Glasser, J. | 0.30 | 310.50 | 93.15 |
| Total | 22.20 | | 5,414.85 |
| **Paralegal** | | | |
| Planchon, B. | 3.40 | 193.50 | 657.90 |
| Total | 3.40 | | 657.90 |
| Total All Classes | 108.50 | | $40,675.05 |

v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110086
Page 5

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $66,964.04 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534164 | ($14,475.01) |
| Current Invoice | $41,101.96 |
| Total Balance Due This Matter | $93,590.99 |

Kelli Sager

v -



## Davis Wright Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Matter ID:    0026175-000385

November 29, 2012
Invoice No. 6110086

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

### STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110086            $41,101.96

Total Balance Due This Matter        $93,590.99

### PLEASE REMIT WITH PAYMENT

v -



# Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110087
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
### FOR FILING PURPOSES ONLY

Matter No.:     0026175-000392
Strick

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/13/12 | K. Sager | 0.10 | Communicate with S. Sullivan regarding contacting JAMS about status |
| 10/15/12 | K. Sager | 0.20 | Communicate with S. Sullivan regarding status of JAMS proceeding (0.1); communicate with Ms. Goller regarding same (0.1) |
| 10/24/12 | S. Sullivan | 0.10 | Tele-conference with G. Yulo of JAMS regarding outstanding fees |
|  | Total Hours Worked | 0.40 |  |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Lexis-Nexis (billed at cost) computerized legal research 08/27/12 per S. Sullivan | 1 | $423.00 |
| Lexis-Nexis (billed at cost) computerized legal research 08/27/12 per S. Sullivan | 1 | $45.00 |
| Lexis-Nexis (billed at cost) computerized legal research 08/27/12 per S. Sullivan | 1 | $7.75 |
| Law library - - PACER SERVICE CENTER Pacer (Public Access to Court Records) 08/12 (LA) | 1 | $5.30 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110087
Page 2

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Total Current Disbursements | | $481.05 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $221.00 |
| Less Courtesy Discount | ($22.10) |
| Total Current Disbursements | 481.05 |
| Total Current Invoice | $679.95 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.30 | 544.50 | 163.35 |
| Total | 0.30 | | 163.35 |
| **Associate** | | | |
| Sullivan, S. | 0.10 | 355.50 | 35.55 |
| Total | 0.10 | | 35.55 |
| Total All Classes | 0.40 | | $198.90 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $170,812.86 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534134 | ($91,811.18) |
| Current Invoice | $679.95 |
| Total Balance Due This Matter | $79,681.63 |

Kelli Sager

v -



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0026175-000392

November 29, 2012
Invoice No. 6110087

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

### STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110087                    $679.95

Total Balance Due This Matter                $79,681.63

### PLEASE REMIT WITH PAYMENT



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110088
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:      0026175-000398
Los Angeles Unified School District CPRA

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/03/12 | R. Wilcox | 1.90 | Conference call with Ms. Goller, Ms. Schuster, Mr. Smith, to discuss writ petition |
| 10/07/12 | R. Wilcox | 0.40 | Review information received from client to revise Writ Petition |
| 10/07/12 | R. Wilcox | 1.10 | Revise writ petition to implement changes discussed with clients |
| 10/08/12 | J. Glasser | 0.10 | Correspondence with R. Wilcox regarding May 2011 article exhibit |
| 10/08/12 | R. Wilcox | 2.80 | Revise writ petition to implement changes discussed with clients |
| 10/08/12 | R. Wilcox | 0.10 | Locate information requested by Mr. Smith and communicate with Ms. Goller regarding same |
| 10/09/12 | R. Wilcox | 0.80 | Prepare exhibits to writ petition for filing |
| 10/11/12 | J. Glasser | 0.10 | Correspondence with R. Wilcox regarding writ petition |
| 10/11/12 | R. Wilcox | 3.30 | Revise Writ Petition to incorporate suggested edits from client |
| 10/11/12 | R. Wilcox | 0.40 | Prepare exhibits to Writ Petition |
| 10/11/12 | R. Wilcox | 0.10 | Prepare Civil Cover Sheet for Writ Petition |
| 10/12/12 | J. Glasser | 0.10 | Correspondence with R. Wilcox regarding expedited hearing date |
| 10/23/12 | R. Wilcox | 0.30 | Research regarding service of process on LAUSD |
| 10/23/12 | R. Wilcox | 0.10 | Prepare Notice of Trial Setting Conference |
| 10/24/12 | R. Wilcox | 0.10 | Communicate with Mr. Greene regarding Writ Petition |
| 10/31/12 | J. Glasser | 0.40 | Confer with K. Sager and R. Wilcox regarding discovery |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Los Angeles Times Communications LLC
Invoice No. 6110088
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | in LAUSD case |
| 10/31/12 | K. Sager | 0.40 | Telephone conference with J. Glasser and R. Wilcox regarding Trial Setting Conference, discovery and strategy |
| | Total Hours Worked | 12.50 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy charge | 1051 | $105.10 |
| Total Current Disbursements | | $105.10 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|--|--|
| Total Current Services | $5,385.50 |
| Less Courtesy Discount | (538.55) |
| Total Adjusted Current Services | $4,846.95 |
| Total Current Disbursements | 105.10 |
| Total Current Invoice | $4,952.05 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|-------------|-----------------|-------------|
| **Partner** | | | |
| Sager, K. | 0.40 | 544.50 | 217.80 |
| Wilcox, R. | 11.40 | 387.00 | 4,411.80 |
| Total | 11.80 | | 4,629.60 |
| **Associate** | | | |
| Glasser, J. | 0.70 | 310.50 | 217.35 |
| Total | 0.70 | | 217.35 |
| Total All Classes | 12.50 | | $4,846.95 |



Los Angeles Times Communications LLC
Invoice No. 6110088
Page 3

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $14,664.24 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534135 | ($5,099.04) |
| Current Invoice | $4,952.05 |
| Total Balance Due This Matter | $14,517.25 |

Kelli Sager



**Davis Wright Tremaine LLP**

| | | | Suite 2200 |
|---|---|---|---|
| Anchorage | New York | Seattle | 1201 Third Avenue |
| Bellevue | Portland | Shanghai | Seattle, WA 98101-3045 |
| Los Angeles | San Francisco | Washington D.C. | 206.622.3150 tel |
| | | | 206.757.7700 fax |

Federal ID #91-0839480

www.dwt.com

Matter ID:     0026175-000398

November 29, 2012
Invoice No. 6110088

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

## STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110088               $4,952.05

Total Balance Due This Matter          $14,517.25

## PLEASE REMIT WITH PAYMENT

v -



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110089
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0026175-000413
Dancer

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| 10/01/12 | K. Payson | 0.30 | Review plaintiff's settlement proposal (.2); email Ms. Xanders regarding same (.1) |
| 10/05/12 | R. Francis | 0.10 | Draft email to vendor regarding vendor calling data |
| 10/07/12 | R. Francis | 2.10 | Analyze calling scripts (.1); draft email to K. Payson regarding same (.1); review plaintiff's settlement counter letter (.2); research debt collection cases cited in plaintiff's settlement counter letter and debt collection consent cases generally (1.0); draft response to plaintiff's debt collection arguments (.7) |
| 10/08/12 | K. Payson | 1.30 | Communicate with client regarding financial reporting (.1); telephone conference with client regarding financial reporting (.5); review proposed rebuttal to plaintiff's position regarding debt calls (.1); email R. Francis regarding same (.2); detailed review of plaintiff's settlement counter-proposal (.5) |
| 10/09/12 | R. Francis | 1.80 | Status and strategy meeting with K. Payson regarding plaintiff's settlement counter response and calling scripts (.5); conference call with client and K. Payson regarding calling activity and plaintiff's settlement counter (1.0); draft email to K. Payson and client regarding settlement issues (.1); communications with vendor regarding calling data (.2) |
| 10/09/12 | K. Payson | 2.00 | Communicate with R. Francis regarding settlement (.1); review plaintiff's settlement counter-proposal in preparation for client call (.3); conference with R. Francis |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

v -

**Davis Wright Tremaine LLP**

Los Angeles Times Communications LLC
Invoice No. 6110089
Page 2

| <u>DATE</u> | <u>PROFESSIONAL</u> | <u>TIME</u> | <u>DESCRIPTION OF SERVICES</u> |
|---|---|---|---|
| | | | regarding same (.5); telephone with client regarding settlement (.8); follow-up conference with R. Francis regarding same (.2); further conference with R. Francis regarding call records (.2) |
| 10/10/12 | R. Francis | 0.40 | Attend part of conference call with client regarding settlement issues |
| 10/11/12 | R. Francis | 1.20 | Conference call with vendor regarding vendor calling data (.4); analyze same with K. Payson (.3); draft email to client regarding researching manual dialing (.1); analyze vendor calling data (.4) |
| 10/11/12 | K. Payson | 0.40 | Conference with R. Francis regarding fact investigation (.3); communicate with client regarding same (.1) |
| 10/12/12 | R. Francis | 0.20 | Analyze recent Ninth Circuit and Sixth Circuit TCPA cases regarding Hobbs Act deference and autodialers |
| 10/12/12 | K. Payson | 0.50 | Draft analysis on damages |
| 10/15/12 | R. Francis | 1.30 | Conference call with client regarding prerecorded messages and consent issues (.6); analyze documents from client regarding same (.2); analyze vendor calling data with K. Payson (.5) |
| 10/15/12 | N. Ryan-Lang | 4.20 | Research into what constitutes an autodialer or automatic telephone dialing system under TCPA and related regulations |
| 10/15/12 | K. Payson | 0.40 | Communicate with client regarding case status (.1); conference with R. Francis regarding fact investigation and legal research (.3) |
| 10/16/12 | R. Francis | 1.30 | Communicate with client regarding call issues (.6); communicate with vendor regarding vendor's counts of numbers (.2); analyze vendor data with K. Payson (.3); analyze vendor calling data (.2) |
| 10/16/12 | N. Ryan-Lang | 5.50 | Discussion with K. Payson concerning research into automated dialing systems (.5); conduct research and prepare analysis concerning same (5.0) |
| 10/16/12 | R. London | 0.20 | Confer with K. Payson regarding information obtained during telemarketing audit |
| 10/16/12 | K. Payson | 1.10 | Conference with N. Ryan-Lang regarding TCPA research (.2); conference with R. Francis regarding calling activity (.2); further conference with R. Francis regarding calling activity (.2); communicate with R. London regarding TCPA issues (.1); communicate with client regarding legal research and fact investigation (.1); telephone with R. London regarding TCPA issues (.3) |
| 10/17/12 | R. Francis | 1.30 | Conference call with clients regarding cell phone dialing activity (.4); conference call with clients regarding direct mail response sales channel and consents (.6); review documents received from client (.2); communicate with K. Payson and N. Ryan-Lang regarding dialing equipment (.1) |
| 10/17/12 | N. Ryan-Lang | 1.20 | Review of case law on manual dialing (.9); respond to follow-up questions concerning research from R. Francis, K. Payson and client (.3) |
| 10/17/12 | K. Payson | 1.50 | Review cases regarding TCPA's application to intrastate |



Los Angeles Times Communications LLC
Invoice No. 6110089
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | calling (.9); draft detailed email to client regarding same (.1); review research regarding ATDS (.2); detailed email to client regarding same (.3) |
| 10/18/12 | R. Francis | 1.10 | Discussion with K. Payson, including status of fact investigation and settlement and summary judgment strategy (1.1) |
| 10/18/12 | K. Payson | 2.40 | Telephone conference with client regarding case status (1.0); conference with R. Francis regarding fact investigation and case strategy (1.1); communicate with client regarding fact investigation (.2); emails with N. Ryan-Lang regarding TCPA research (.1) |
| 10/19/12 | R. Francis | 0.50 | Conference call with client and vendor regarding calling activity |
| 10/22/12 | R. Francis | 1.90 | Conference calls with client regarding cell phone calling activity (1.0); conference call with client regarding employment history (.3); review notes of interviews with client and vendor regarding cell phone calling activity (.2); draft email to K. Payson summarizing conference calls with client and vendor (.3); draft email to client recommending interviewing former employees (.1) |
| 10/22/12 | K. Payson | 0.30 | Communicate with Mr. Radbill regarding settlement (.1); communicate with client regarding TCPA research (.2) |
| 10/23/12 | R. Francis | 3.40 | Conference call with client regarding online sales channel and cell phone calling activity (1.0); draft fact investigation summary (2.2); analyze additional data needed from vendor with K. Payson (.2) |
| 10/23/12 | K. Payson | 1.60 | Communicate with Mr. Radbill regarding settlement (.1); conference with R. Francis regarding fact investigation (.2); communicate with R. Francis regarding settlement conference (.1); telephone conference with Mr. Radbill regarding settlement (.5); further conference with R. Francis regarding fact investigation (.4); detailed email to client regarding settlement and fact investigation (.2); further email with client regarding case status call (.1) |
| 10/24/12 | R. Francis | 5.70 | Conference call with client regarding vendor (.2); draft memoranda to file from notes of interviews with clients and vendor (1.3); draft fact investigation summary (continued) (3.7); analyze settlement and summary judgment strategy with K. Payson (.5) |
| 10/24/12 | K. Payson | 0.50 | Conference with R. Francis regarding fact investigation |
| 10/25/12 | R. Francis | 1.10 | Conference call with client and vendor regarding cell phone issues (.5); analyze vendor calling data (.2); communicate with K. Payson summarizing call with client and vendor and vendor data, including data requests (.4) |
| 10/26/12 | R. Francis | 1.70 | Conference call with client, N. Ryan-Lang, and K. Payson regarding case status and strategy (1.0); email discussions with K. Payson regarding vendor data (.3); analyze same with K. Payson (.2); draft litigation hold letters (.2) |
| 10/26/12 | N. Ryan-Lang | 1.20 | Call with client concerning case status (.7); meeting with |



Los Angeles Times Communications LLC
Invoice No. 6110089
Page 4

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | K. Payson and R. Francis concerning case and statistical research relevant to settlement negotiations (.5) |
| 10/26/12 | K. Payson | 1.70 | Review fact investigation summary (.2); comment on same (.3); telephone conference with Mr. Radbil regarding settlement (.2); telephone conference with client regarding case status and strategy (.8); conference with N. Ryan-Lang regarding research into cell phone porting rates (.2) |
| 10/29/12 | R. Francis | 0.60 | Communicate with client regarding cell phone practices (.2); draft email to vendor regarding calling data (.1); revise fact investigation summary (.3) |
| 10/29/12 | N. Ryan-Lang | 0.70 | Communication with library into research on portability of cell phone numbers (.3); review of research results concerning same (.4) |
| 10/30/12 | R. Francis | 0.80 | Communicate with vendor regarding calling data (.1); analyze revised calling data spreadsheet (.2); communicate with K. Payson and N. Ryan-Lang regarding data requests to vendor and revised calling data spreadsheet (.3); review FCC number resource utilization report regarding ported numbers (.2) |
| 10/30/12 | S. Sullivan | 1.50 | Research regarding limitations on contact with former employees (1.1); draft email to R. Francis regarding same (.4) |
| 10/30/12 | J. Cygnor | 0.40 | Assist with preparation of client data spreadsheet |
| 10/30/12 | K. Payson | 0.20 | Review research concerning settlement discussions |
| | Total Hours Worked | 55.60 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| West Publishing (billed at cost) computerized legal research 10/17/12 per K. Payson | 1 | $803.65 |
| Total Current Disbursements | | $803.65 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $20,509.00 |
| Less Courtesy Discount | ($2,050.90) |
| Total Current Disbursements | 803.65 |
| Total Current Invoice | $19,261.75 |

v -



Los Angeles Times Communications LLC
Invoice No. 6110089
Page 5

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Payson, K. | 14.20 | 427.50 | 6,070.50 |
| Total | 14.20 | | 6,070.50 |
| **Associate** | | | |
| Francis, R. | 26.50 | 301.50 | 7,989.75 |
| Ryan-Lang, N. | 12.80 | 288.00 | 3,686.40 |
| Sullivan, S. | 1.50 | 355.50 | 533.25 |
| Total | 40.80 | | 12,209.40 |
| **Of_Counsel** | | | |
| London, R. | 0.20 | 450.00 | 90.00 |
| Total | 0.20 | | 90.00 |
| **Paralegal** | | | |
| Cygnor, J. | 0.40 | 220.50 | 88.20 |
| Total | 0.40 | | 88.20 |
| Total All Classes | 55.60 | | $18,458.10 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $113,674.26 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534147 | ($32,080.64) |
| Current Invoice | $19,261.75 |
| Total Balance Due This Matter | $100,855.37 |

Kelli Sager

v -



Davis Wright
Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:    0026175-000413

November 29, 2012
Invoice No. 6110089

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110089              $19,261.75

Total Balance Due This Matter          $100,855.37

PLEASE REMIT WITH PAYMENT

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110090
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000417
City of Los Angeles Protective Order

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 10/17/12 | J. Glasser | 5.20 | Research and revise draft of motion to modify protective order (4.9); review docket and recent filings (.3) |
| 10/25/12 | R. Wilcox | 0.80 | Revise Motion to Modify Protective Order |
| 10/26/12 | R. Wilcox | 1.30 | Continue to revise Motion to Modify Protective Order |
| 10/29/12 | K. Roth | 2.30 | Cite check Motion to Modify Protective Order per R. Wilcox |
| | Total Hours Worked | 9.60 | |

### DISBURSEMENT DETAIL

| **DESCRIPTION** | **QUANTITY** | **AMOUNT** |
|---|---|---|
| Law library - - PACER SERVICE CENTER Pacer (Public Access to Court Records) 08/12 (LA) | 1 | $3.20 |
| Total Current Disbursements | | $3.20 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110090
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,996.00 |
| Less Courtesy Discount | ($299.60) |
| Total Current Disbursements | 3.20 |
| Total Current Invoice | $2,699.60 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wilcox, R. | 2.10 | 387.00 | 812.70 |
| Total | 2.10 | | 812.70 |
| **Associate** | | | |
| Glasser, J. | 5.20 | 310.50 | 1,614.60 |
| Total | 5.20 | | 1,614.60 |
| **Paralegal** | | | |
| Roth, K. | 2.30 | 117.00 | 269.10 |
| Total | 2.30 | | 269.10 |
| Total All Classes | 9.60 | | $2,696.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $40,657.08 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534142 | ($8,652.24) |
| Current Invoice | $2,699.60 |
| Total Balance Due This Matter | $34,704.44 |

Kelli Sager

v -



Davis Wright
Tremaine LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:    0026175-000417

November 29, 2012
Invoice No. 6110090

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110090                    $2,699.60

Total Balance Due This Matter                $34,704.44

PLEASE REMIT WITH PAYMENT

v -



## DavisWright Tremaine LLP

| | | | Suite 2200 |
|---|---|---|---|
| Anchorage | New York | Seattle | 1201 Third Avenue |
| Bellevue | Portland | Shanghai | Seattle, WA 98101-3045 |
| Los Angeles | San Francisco | Washington D.C. | 206.622.3150 tel |
| | | | 206.757.7700 fax |

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110091
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.:     0026175-000418
Arthur Setyan

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/17/12 | K. Sager | 0.30 | Review proposed correction and compare to draft language (0.2); communicate with Ms. Goller regarding same (0.1) |
| | Total Hours Worked | 0.30 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $181.50 |
| Less Courtesy Discount | (18.15) |
| Total Adjusted Current Services | $163.35 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $163.35 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
v -



Los Angeles Times Communications LLC
Invoice No.  6110091
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.30 | 544.50 | 163.35 |
| Total | 0.30 | | 163.35 |
| Total All Classes | 0.30 | | $163.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $7,895.25 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534179 | ($5,619.24) |
| Current Invoice | $163.35 |
| Total Balance Due This Matter | $2,439.36 |

Kelli Sager

v -



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

www.dwt.com

Matter ID:        0026175-000418                        November 29, 2012
                                                        Invoice No. 6110091

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

## STATEMENT OF ACCOUNT
### as of October 31, 2012

| | |
|---|---|
| Current Invoice - 6110091 | $163.35 |
| Total Balance Due This Matter | $2,439.36 |

### PLEASE REMIT WITH PAYMENT

v -



**Davis Wright Tremaine LLP**

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 29, 2012
Invoice No. 6110092
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:      0026175-000423
Los Angeles Memorial Coliseum CPRA

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/06/12 | K. Sager | 0.20 | Communicate with J. Glasser and D. Laidman regarding Case Management Conference Statement |
| 10/07/12 | K. Sager | 0.30 | Review and revise memorandum in support of writ |
| 10/08/12 | J. Glasser | 0.50 | Review and revise CMC statement (.3); correspondence with K. Sager and D. Laidman regarding discovery issues, summary judgment, and related issues (.2) |
| 10/08/12 | D. Laidman | 1.20 | Prepare CPRA portion of Case Management Statement for Trial Setting Conference (.3); prepare Brown Act portion of Case Management Statement for Trial Setting Conference (.3); research available Brown Act remedies (.2); research availability of discovery in Brown Act actions (.4) |
| 10/08/12 | K. Sager | 0.40 | Review and revise Case Management Conference Statement (0.3); communicate with J. Glasser and D. Laidman regarding same (0.1) |
| 10/09/12 | J. Glasser | 1.50 | Call with Ms. Aviles regarding strategy for case and whether to seek discovery (.3); confer with D. Laidman regarding discovery in CPRA action (.2); call with Ms. Goller regarding case management statement and discovery issues (.1); review CPRA discovery law and issues (.5); revise CMC statement (.2); correspondence with Ms. Goller, K. Sager and D. Laidman regarding CMC statement (.1); call with Ms. Goller regarding case management conference statement and discovery (.1) |



Los Angeles Times Communications LLC
Invoice No. 6110092
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 10/09/12 | D. Laidman | 0.50 | Revise CPRA portion of Case Management Statement (.4); revise Brown Act portion of Case Management Statement (.1) |
| 10/10/12 | K. Sager | 0.10 | Communicate with J. Glasser regarding Case Management Conference Statement |
| 10/11/12 | J. Glasser | 0.30 | Correspondence with Ms. Fox regarding meet and confer (.1); confer with D. Laidman regarding strategy for meet and confer (.1); correspondence with K. Sager regarding meet and confer (.1) |
| 10/11/12 | K. Sager | 0.20 | Communicate with J. Glasser and D. Laidman regarding meet and confer with plaintiff's counsel |
| 10/15/12 | J. Glasser | 1.10 | Correspondence with K. Sager and D. Laidman regarding strategy for meet and confer in Coliseum Commission case (.1); call with Ms. Goller regarding depositions of individuals involved in the Commission case (.1); prepare for meet and confer with opposing counsel (.3); meet and confer call with Ms. Fox, Coliseum Commission counsel, regarding discovery, record, briefing, and related issues (.3); correspondence with K. Sager regarding Coliseum Commission's position in meet and confer call and next steps (.1); correspondence with Ms. Aviles of Californians Aware regarding Coliseum Commission's request to move trial setting conference (.1); correspondence with Ms. Fox regarding stipulation to move trial setting conference (.1) |
| 10/15/12 | D. Laidman | 0.30 | Participate in meet and confer telephone call with Deborah Fox, counsel for Los Angeles Memorial Coliseum Commission |
| 10/15/12 | K. Sager | 0.30 | Communicate with J. Glasser regarding meet and confer issues, discovery and hearing date |
| 10/16/12 | J. Glasser | 0.10 | Correspondence with Ms. Goller regarding Commission's position on discovery, Ms. Fox's claims, and continuance of trial setting conference |
| 10/18/12 | J. Glasser | 0.10 | Correspondence with K. Sager regarding Ms. Fox's email regarding Commission resisting discovery |
| 10/19/12 | D. Laidman | 2.20 | Work on response to correspondence from counsel for Los Angeles Memorial Coliseum (.1); research case law regarding discovery in California Public Records Act proceedings (2.1) |
| 10/30/12 | J. Glasser | 0.80 | Review briefing and memorandum by D. Laidman regarding discovery in CPRA cases (.4); draft proposed response to Coliseum Commission counsel regarding discovery and case management issues (.2); correspondence with K. Sager regarding discovery issues and strategy for responding to Commission's counsel on this issue (.2) |
| 10/30/12 | D. Laidman | 0.40 | Outline scope of discovery to be sought in support of petition for writ of mandate |
| 10/30/12 | K. Sager | 0.10 | Communicate with Ms. Goller regarding Trial Setting Conference |
| 10/31/12 | J. Glasser | 2.40 | Conference calls with K. Sager and D. Laidman |

v -



Los Angeles Times Communications LLC
Invoice No. 6110092
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | regarding strategy for discovery requests and The Times' position on trial setting conference issues (.4); confer with D. Laidman regarding discovery (.4); conference call with Ms. Goller and D. Laidman regarding strategy for trial setting conference and discovery issues (.2); correspondence with K. Sager regarding responding to opposing counsel regarding discovery (.1); research case law on discovery and CPRA (1.3) |
| 10/31/12 | D. Laidman | 1.00 | Confer with K. Sager and J. Glasser regarding scope of discovery to seek in support of CPRA claim (.4); confer with J. Glasser regarding discovery (.4); confer with Karlene Goller and J. Glasser regarding scope of discovery (.2) |
| 10/31/12 | K. Sager | 0.70 | Telephone conference with J. Glasser and D. Laidman regarding Trial Setting Conference, discovery and strategy (0.4); communicate with D. Laidman and J. Glasser regarding discovery and Trial Setting Conference (0.3) |
| | Total Hours Worked | 14.70 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,361.50 |
| Less Courtesy Discount | (536.15) |
| Total Adjusted Current Services | $4,825.35 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $4,825.35 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Sager, K. | 2.30 | 544.50 | 1,252.35 |
| Total | 2.30 | | 1,252.35 |
| **Associate** | | | |
| Glasser, J. | 6.80 | 310.50 | 2,111.40 |
| Laidman, D. | 5.60 | 261.00 | 1,461.60 |
| Total | 12.40 | | 3,573.00 |

v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110092
Page 4

| | | |
|---|---|---|
| Total All Classes | 14.70 | $4,825.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $42,612.75 |
| Less Payments Received as of 11/05/12 - | ($15,661.08) |
| Current Invoice | $4,825.35 |
| Total Balance Due This Matter | $31,777.02 |

Kelli Sager

v -



Davis Wright
Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0026175-000423

November 29, 2012
Invoice No. 6110092

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110092                    $4,825.35

Total Balance Due This Matter                $31,777.02

PLEASE REMIT WITH PAYMENT

v -



**Davis Wright Tremaine** LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL 60611

November 29, 2012
Invoice No. 6110095

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0041033-000020
Los Angeles General Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
| --- | --- | --- | --- |
| 10/03/12 | M. Ratner | 0.10 | Analyze research of Maryland, Indiana, and Wisconsin wiretap statutes |
| 10/03/12 | R. London | 0.90 | Teleconference with Mr. Bralow regarding state wiretap laws (.3); assemble memo on wiretap law and transmit to client (.6) |
| 10/04/12 | M. Ratner | 4.00 | Research Maryland wiretap statute and case law and prepare memorandum regarding the same |
| 10/04/12 | R. London | 0.10 | E-memoranda to client regarding filing deadlines on reconsideration petitions in FCC robocall rulemaking and on agenda for FTC's robocall summit |
| 10/04/12 | R. London | 4.20 | Teleconference with Ms. Xanders and Mr. Bralow (.6); teleconference with Mr. Bralow and Chicago Tribune text-message personnel (.4); teleconference with Chicago Tribune telemarketing personnel (.8); review documents and prepare for teleconferences with clients (2.4) |
| 10/05/12 | M. Ratner | 5.30 | Research Maryland, Indiana, and Wisconsin wiretap statutes and case law and prepare memorandum regarding the same |
| 10/05/12 | R. London | 1.10 | Work on state wiretap all-party consent memo |
| 10/06/12 | M. Ratner | 1.70 | Research Maryland Wiretap Act cases regarding reasonable expectation of privacy |
| 10/09/12 | M. Ratner | 0.90 | Revise wiretap act memorandum (.7); correspond with R. London regarding same (.1); review correspondence to Mr. Bralow regarding the memorandum (.1) |
| 10/09/12 | R. London | 1.60 | Teleconferences with Ms. Xanders, Mr. Bralow, and Mr. Lim (.8), with Ms. Xanders and LA Times telemarketing personnel (.6) and with Ms. Xanders regarding |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING
v -



Tribune Co.
Invoice No. 6110095
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | telemarketing practices (.2) |
| 10/12/12 | R. London | 1.30 | Review text-message opt-in language and e-correspondence with client regarding same (.3); teleconference regarding LA Times texting department (.8); follow-up call with Ms. Xanders regarding texting (.2) |
| 10/15/12 | M. Ratner | 0.10 | Call with R. London regarding telephone extension exception in Illinois |
| 10/16/12 | R. London | 0.50 | Review FCC Federal Register notice setting effective dates for new robocall rules (.1); compare against original Report & Order adopting rules (.1); confer with FCC staff and former trade association counsel regarding same (.1); draft and send e-memo regarding same to client (.1); review new telemarketing FCC petitions for declaratory ruling and/or clarification and public notices seeking comment on same, and draft e-memo regarding same to client (.1) |
| 10/17/12 | R. London | 0.70 | Teleconference with FCC staff and e-memo to client regarding FCC intent to correct effective date of new abandoned-call automated opt-out requirement (.1); review PSAP Do-Not-Call Registry Report & Order and rules, draft e-memo to client regarding same (.3); e-correspondence with Ms. Xanders regarding implementation of new FCC robocall requirements (.3) |
| 10/18/12 | R. London | 0.60 | Teleconference with Hartford Courant regarding telemarketing practices (.5); e-memo to client regarding new 9th Circuit TCPA decision (.1) |
| 10/19/12 | R. London | 0.20 | E-correspondence with Mr. Bralow regarding collections and grace-call automated dialing (.1); review Ms. Xanders' edits to consent/abandoned-call compliance chart (.1) |
| 10/22/12 | R. London | 0.80 | Teleconference with Virginia Daily Press regarding telemarketing practices |
| 10/23/12 | R. London | 1.00 | Teleconference with client regarding FCC robocall rules |
| 10/24/12 | R. London | 1.80 | Teleconferences with client teams regarding Baltimore and Allentown telemarketing practices (.7); call with clients regarding Sunday Select (.6); teleconference with Ms. Xanders (.1); call with Ms. Xanders regarding other telemarketing compliance issues (.2); review TV Guide telemarketing script (.2) |
| 10/25/12 | R. London | 0.80 | Teleconference with SMS client team regarding new FCC rules (.5); teleconference with Messrs. Bralow and Healey and Ms. Flax regarding TV Weekly calls (.3) |
| 10/26/12 | R. London | 0.20 | E-correspondence with client relating to SMS compliance |
| 10/31/12 | R. London | 1.50 | Draft glossary of key telemarketing, autodialing and texting terms |
| | Total Hours Worked | 29.40 | |

v -


Davis Wright
Tremaine LLP

Tribune Co.
Invoice No. 6110095
Page 3

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Miscellaneous Expense -- Ronald London 09/26/2012 7-Eleven Gasoline for rental car | 1 | $15.03 |
| Parking -- Ronald London 09/26/2012 | 1 | $40.00 |
| Car Rental -- Ronald London 09/25/2012 to 09/26/2012 Tribune Offices | 1 | $71.13 |
| Room Tax -- Ronald London 09/26/2012 Orlando, FL | 1 | $33.00 |
| Room Rate -- Ronald London 09/26/2012 Orlando, FL | 1 | $264.00 |
| West Publishing (billed at cost) computerized legal research 10/05/12 per M. Ratner | 1 | $0.00 |
| Total Current Disbursements | | $423.16 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $11,269.80 |
| Total Current Disbursements | 423.16 |
| Total Current Invoice | $11,692.96 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| Associate | | | |
| Ratner, M. | 12.10 | 288.00 | 3,484.80 |
| Total | 12.10 | | 3,484.80 |
| Of_Counsel | | | |
| London, R. | 17.30 | 450.00 | 7,785.00 |
| Total | 17.30 | | 7,785.00 |
| Total All Classes | 29.40 | | $11,269.80 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,511.46 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534143 | ($72.00) |
| Current Invoice | $11,692.96 |
| Total Balance Due This Matter | $22,132.42 |

v -

Davis Wright
Tremaine LLP

Tribune Co.
Invoice No.  6110095
Page 4

Kelli Sager

.

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:     0041033-000020

November 29, 2012
Invoice No. 6110095

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL 60611

STATEMENT OF ACCOUNT
as of October 31, 2012

Current Invoice - 6110095                    $11,692.96

Total Balance Due This Matter               $22,132.42

PLEASE REMIT WITH PAYMENT

v -



**Davis Wright
Tremaine LLP**

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Company
Attn: David S. Bralow
Assistant General Counsel/ East Coast Media
220 E. 42nd Street
Suite 400
New York, NY 10017

November 29, 2012
Invoice No. 6110096

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0041033-000022
GBH Investments

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/05/12 | R. Naylor | 0.10 | Review dissolution materials from client and apply to State of Washington Department of Revenue for clearance certificate |
| 10/05/12 | K. Baldwin | 0.40 | Correspondence with Mr. Bralow (0.2); review status of dissolution (0.2) |
| 10/22/12 | K. Baldwin | 0.10 | Correspondence with Mr. Bralow regarding status |
| 10/25/12 | R. Naylor | 0.50 | Review State of Washington Department of Revenue correspondence, and continue to process dissolution, including filing of certificate with Washington Secretary of State |
| 10/26/12 | R. Naylor | 0.30 | Review Washington Secretary of State filing confirmation (.1); confirm company contact information and finalize notice of dissolution (.1); determine suitable newspaper for statutory notice publication (.1) |
| 10/29/12 | R. Naylor | 0.10 | Coordinate publication of notice of dissolution |
| 10/30/12 | R. Naylor | 0.10 | Follow up correspondence with publisher regarding publishing proof, fees and payment |
| | Total Hours Worked | 1.60 | |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

v -



Tribune Co.
Invoice No. 6110096
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $491.40 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $491.40 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Baldwin, K. | 0.50 | 517.50 | 258.75 |
| Total | 0.50 | | 258.75 |
| **Paralegal** | | | |
| Naylor, R. | 1.10 | 211.50 | 232.65 |
| Total | 1.10 | | 232.65 |
| Total All Classes | 1.60 | | $491.40 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $79,637.94 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534148 | ($18,494.28) |
| Current Invoice | $491.40 |
| Total Balance Due This Matter | $61,635.06 |

Kelli Sager

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:      0041033-000022

November 29, 2012
Invoice No. 6110096

Tribune Company
Attn: David S. Bralow
Assistant General Counsel/ East Coast Media
220 E. 42nd Street
Suite 400
New York, NY 10017

## STATEMENT OF ACCOUNT
### as of October 31, 2012

| | |
|---|---|
| Current Invoice - 6110096 | $491.40 |
| Total Balance Due This Matter | $61,635.06 |

## PLEASE REMIT WITH PAYMENT

v -



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Co.
Attn: Amy M. Foran
Sr. Labor-Employment Counsel
435 N. Michigan Ave.
Chicago, IL 60611

November 29, 2012
Invoice No. 6110097

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0041033-000023
Paula Marmion v.

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 10/03/12 | S. Sullivan Weiss | 2.10 | Telephone conference with Mr. Kraycik regarding interview and lawsuit (.4); email correspondence with Ms. Foran, Mr. Brady and Ms. Pearson regarding Answer review (.2); review document collection and communicate with Ms. Foran regarding the same, additional documents needed, and follow up witness interviews (1.5) |
| 10/08/12 | S. Sullivan Weiss | 0.90 | Telephone conference with Mr. Kraycik regarding background on case (.8); telephone conference with Ms. Foran regarding representation of Mr. Kraycik (.1) |
| 10/09/12 | S. Sullivan Weiss | 0.40 | Correspondence with Ms. Foran regarding Answer (.2); telephone call to Mr. Kraycik regarding representation (.1); finalize and file Answer (.1) |
| 10/10/12 | S. Sullivan Weiss | 0.20 | Conference with Mr. Kraycik regarding representation |
| 10/10/12 | S. Sullivan Weiss | 0.80 | Prepare memo regarding interview of Mr. Kraycik |
| 10/15/12 | S. Sullivan Weiss | 1.00 | Prepare for and conduct interview of Ms. Lopez-Nash regarding involvement in Ms. Marmion's accommodation request and STD approval |
|  | Total Hours Worked | 5.40 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

v -



Tribune Co.
Invoice No.  6110097
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,259.90 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,259.90 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sullivan Weiss, S. | 5.40 | 418.50 | 2,259.90 |
| Total | 5.40 | | 2,259.90 |
| Total All Classes | 5.40 | | $2,259.90 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $4,394.25 |
| Interest Charges | $8.79 |
| Current Invoice | $2,259.90 |
| Total Balance Due This Matter | $6,662.94 |

Kelli Sager

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Matter ID:    0041033-000023

November 29, 2012
Invoice No. 6110097

Tribune Co.
Attn: Amy M. Foran
Sr. Labor-Employment Counsel
435 N. Michigan Ave.
Chicago, IL 60611

### STATEMENT OF ACCOUNT
### as of October 31, 2012

Current Invoice - 6110097                    $2,259.90

Total Balance Due This Matter                $6,662.94

### PLEASE REMIT WITH PAYMENT

v -



**Davis Wright Tremaine LLP**

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

November 30, 2012
Invoice No. 6110189
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000422
UC Davis Pepper Spray - CPRA

| **DATE** | **PROFESSIONAL** | **TIME** | **AMOUNT** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|
| 10/17/12 | T. Burke | 0.40 | 226.00 | Review and assess California Supreme Court's decision to grant Union's petition and remand to First District and implications of same (.2); exchange of communications with clients regarding same (.2) |
| 10/18/12 | R. Wilcox | 0.20 | 90.00 | Telephone conversation with T. Burke regarding Supreme Court's grant of review and transfer to First District |
| 10/25/12 | T. Burke | 0.30 | 169.50 | Analysis of order by the First District court of Appeal and scheduling issues raised by same |
| 10/25/12 | R. Wilcox | 0.30 | 135.00 | Telephone conversation with T. Burke, J. Glasser regarding approach to Response to Writ Petition, timing for same |
| | Total Hours Worked | 1.20 | $620.50 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING
v -


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6110189
Page 2

| | |
|---|---:|
| Total Current Services | $610.50 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $610.50 |
| Your Portion of Amount Due at 50% | $305.25 |
| Less Courtesy Discount | ($30.52) |
| Total Current Invoice | $274.73 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Burke, T. | 0.70 | 565.00 | 395.50 |
| Wilcox, R. | 0.50 | 430.00 | 215.00 |
| Total | 1.20 | | 610.50 |
| Total All Classes | 1.20 | | $610.50 |

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $49,878.60 |
| Less Payments Received as of 11/05/12 - TRIBUNE CO - ACH 8534182 | ($15,941.16) |
| Current Invoice | $274.73 |
| Total Balance Due This Matter | $34,212.17 |

Kelli Sager

v -



Davis Wright
Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

MatterID       0026175-000422

November 30, 2012
Invoice No.6110189

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

## STATEMENT OF ACCOUNT
### as of October 31, 2012

Current Invoice - 6110189                    $274.73

Total Balance Due This Matter             $34,212.17

## PLEASE REMIT WITH PAYMENT

v -



Davis Wright
Tremaine LLP

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Tribune Co.
Attn: Julie K. Xanders
Assistant General Counsel/West Coast Media
202 West First Street
5th Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116677

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0041033-000026
Distribution

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|------|--------|-------------------------|
| 10/11/12 | R. Spandorf | 0.10 | 49.05 | Communicate with Ms. Xanders regarding process for CRV certificate |
| 10/12/12 | R. Spandorf | 0.40 | 196.20 | Communicate with Ms. Xanders regarding CRV certificate (.1); research procedures for obtaining a CRV identification number (.2); prepare email to client regarding same (.1) |
| 10/12/12 | R. Spandorf | 1.40 | 686.70 | Review Distribution Agreement from client showing changes (.5); review e-mails forwarded by Ms. Xanders for additional background on negotiated changes and outstanding issues (.4); communicate with Ms. Xanders regarding status of representations in recitals (.1); prepare marked version of Distribution Agreement to identify all changes to August 24, 2012 draft (.4) |
| 10/15/12 | R. Spandorf | 0.40 | 196.20 | Legal analysis of marked documents forwarded by Ms. Xanders with changes to prepare for conference call with client |
| 10/16/12 | R. Spandorf | 2.20 | 1,079.10 | Review current drafts to prepare for conference call (.4); telephone conference with clients (.8); revise Distribution Agreement (1.0) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Tribune Co.
Invoice No. 6116677
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 10/17/12 | R. Spandorf | 0.20 | 98.10 | Finalize Distribution Agreement and transmit to clients |
| | Total Hours Worked | 4.70 | $2,305.35 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $2,305.35 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $2,305.35 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|-------------|-------------|-----------------|-------------|
| **Partner** | | | |
| Spandorf, R. | 4.70 | 490.50 | 2,305.35 |
| Total | 4.70 | | 2,305.35 |
| Total All Classes | 4.70 | | $2,305.35 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $17,792.10 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8583465 | ($859.68) |
| Current Invoice | $2,305.35 |
| Total Balance Due This Matter | $19,237.77 |

Kelli Sager