# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 5.60 | $3,304.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $575.00 | .40 | $230.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 13.10 | $7,205.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 8.30 | $3,735.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | 3.40 | $1,462.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 1.30 | $455.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 21.00 | $3,780.00 |
| **Grand Total:** | | | 53.10 | $20,171.00 |
| Blended Rate: | | | | $379.87 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $510.62 |


## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | .10 | $59.00 |
| Insurance Counseling - 00005 | 15.70 | $8,733.00 |
| Marsh - 00008 | 1.60 | $632.00 |
| Fee Applications – 00009 | 35.70 | $10,747.00 |
| **TOTAL:** | **53.10** | **$20,171.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2365762
Invoice Date: January 31, 2013

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through December 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror | | | |
| 503842.00004 | $59.00 | $0.00 | $59.00 |
| RE: Marsh | | | |
| 503842.00008 | $632.00 | $0.10 | $632.10 |
| **Current Invoice Total:** | **$691.00** | **$0.10** | **$691.10** |
| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
| RE: Fee Applications | | | |
| 503842.00009 | $10,747.00 | $306.80 | $11,053.80 |
| RE: Insurance Counseling | | | |
| 503842.00005 | $8,733.00 | $0.00 | $8,733.00 |
| **Current Invoice Total:** | **$19,480.00** | **$306.80** | **$19,786.80** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $691.00 | $0.10 | $691.10 |
| Bankruptcy/Reorganization | $19,480.00 | $306.80 | $19,786.80 |
| **GRAND TOTAL:** | **$20,171.00** | **$306.90** | **$20,477.90** |

REMITTANCE COPY
Please Remit To
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2293773)

US_ACTIVE-111604498.i

January 31, 2013    Case 08-13141-BLS    Doc 13142-3    Filed 02/04/13    Page 5 of 13    Invoice: 2365762
RE:    Reliance/Times Mirror                                                                          Page 2
         (503842.00004)

## NON-BANKRUPTCY/REORGANIZATION
### RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/17/12 | JDS | Analyzed status of PA Supreme Court appeal. | 0.10 |

                                     TOTAL FEES:                  <u>$59.00</u>

                                       Fees & Disbursements        $59.00

## NON-BANKRUPTCY/REORGANIZATION
### Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.10 | 590.00 | 59.00 |
| | | 0.10 | | $ 59.00 |

US_ACTIVE-111604498.i

## NON-BANKRUPTCY/REORGANIZATION
### RE:     Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/13/12 | DR | Drafted letter seeking reimbursement from Marsh. | 0.40 |
| 12/13/12 | JDS | Analyzed materials for submission to Marsh in connection with parties' prior agreement. | 0.20 |
| 12/17/12 | JDS | Analyzed latest submission to Marsh per parties' existing agreement. | 0.10 |
| 12/18/12 | DR | Reviewed invoices for submission to Marsh and finalized reimbursement request letter. | 0.60 |
| 12/19/12 | DR | Finalized reimbursement request letter to Marsh; corresponded with Marsh and client regarding same. | 0.30 |

<div style="text-align:center">TOTAL FEES:        $632.00</div>

### CURRENT DISBURSEMENTS

| 12/31/2012 | Duplicating/Printing/Scanning | | 0.10 |
|---|---|---|---|
| | | Total Disbursements | $0.10 |
| | | Fees & Disbursements | 632.10 |

## NON-BANKRUPTCY/REORGANIZATION
**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.30 | 590.00 | 177.00 |
| DR | D. Rosenfield | 1.30 | 350.00 | 455.00 |
| | | 1.60 | | $ 632.00 |

## BANKRUPTCY/REORGANIZATION
### RE:　Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/03/12 | LL | E-mails with J. Shugrue regarding amending 14th interim fee application (.3); researched same (.5); drafted amended application (.9); conferred with C. Falgowski regarding same (.2); drafted CNO to RS's 15th interim fee application (.6). | 2.50 |
| 12/03/12 | JCF | Drafted and revised Amended Interim Fee Application (.7); communicated with L. Lankford regarding calculation of fee amounts and revisions to fee applications and communications with fee examiner (.2); communicated with J. Shugrue regarding amendments to Interim Fee Application (.1); reviewed Certificate of No Objection and related fee applications for filing (.2). | 1.20 |
| 12/03/12 | JDS | Emails with C. Falgowski and L. Lankford regarding issue regarding calculation of fees/expenses in 14th Interim Fee Application (.2); analyzed emails with Fee Examiner regarding same (.2). | 0.40 |
| 12/04/12 | LL | Reviewed Amended 14th Fee Application and conferred with C. Falgowski regarding same (.6); reviewed and revised Amended 14th Interim Application (.6); e-mail correspondence with J. Shugrue regarding same (.2); finalized Amended 14th Interim Application (.8); finalized CNO to RS's 15th Interim (.4). | 2.60 |
| 12/04/12 | JCF | Drafted, reviewed and revised Amended Interim Fee application and reviewed related monthly fee applications. | 0.80 |
| 12/06/12 | LL | E-mail correspondence with J. Shugrue regarding fee application status (.8); drafted chart and e-mailed same to J. Shugrue (.8). | 1.60 |
| 12/06/12 | JCF | Reviewed Amended Interim Fee Application and drafted CNO (.4); communicated with L. Lankford regarding fee applications and CNO filings (.3); communicated with J. Shugrue regarding fee application issues (.2). | 0.90 |
| 12/06/12 | JDS | Analyzed fee application status and follow up needed with respect to same. | 0.30 |
| 12/07/12 | LL | E-mail correspondence with Fee Auditor regarding September 2012 invoice. | 0.90 |
| 12/11/12 | LL | E-mail correspondence with J. Shugrue regarding preliminary fee report. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/13/12 | LL | Drafted CNO to RS's 45th Monthly Fee Application (.4); drafted RS's 46th Monthly Fee Application (1.2); drafted RS's 16th Interim Fee Application (.8); e-mails with J. Shugrue regarding fee application (.4); e-mails with Tribune regarding CNO for 35th Monthly (.2). | 3.00 |
| 12/17/12 | LL | E-mail correspondence with J. Shugrue regarding CNO to RS's 45th, RS's 46th Monthly and 16th Interim Fee Applications. | 0.20 |
| 12/17/12 | JDS | Analyzed issues raised by Fee Examiner regarding 14th Interim Fee App (.3); reviewed draft of CNO regarding 45th Monthly Fee App (.2). | 0.50 |
| 12/18/12 | LL | E-mail correspondence with J. Shugrue and C. Falgowski regarding CNO to RS's 45th and 46th Monthly and 16th Interim Fee Applications (.2); prepared documents in connection with filing of CNO on 12/24/12 (1.3). | 1.50 |
| 12/18/12 | A.Y. | Discussed fee examiner's report with J. Shugrue (.4); reviewed fee examiner's report (.7); drafted response to CNO regarding 45th Monthly Fee Application (1.8). | 2.90 |
| 12/18/12 | JDS | Analyzed and authorized filing of CNO regarding 45th Monthly Fee Application. | 0.20 |
| 12/19/12 | LL | E-mail correspondence with client regarding CNO for RS's 45th Monthly (.3); e-mail correspondence with J. Shugrue and C. Falgowski regarding fee hearing dates for 2013 (.2). | 0.50 |
| 12/19/12 | A.Y. | Drafted response to fee examiner's 14th interim report (3.7); identified and collated documentation requested by examiner (.5). | 4.20 |
| 12/19/12 | JDS | Analyzed bankruptcy court orders regarding hearings on various fee applications. | 0.20 |
| 12/20/12 | A.Y. | Email correspondence with J. Shugrue regarding changes and edits to 14th interim fee report response (.3); revised 14th interim fee report response (.5). | 0.80 |
| 12/20/12 | JDS | Analyzed and revised draft response to Fee Examiner's questions/issues raised regarding 14th Interim Fee Application. | 0.40 |
| 12/21/12 | LL | E-mail correspondence with J. Shugrue regarding RS's 46th Monthly Fee Application (.3); revised 46th Monthly Fee Application (.9). | 1.20 |
| 12/21/12 | JCF | Communications with L. Lankford relating to fee examiner's report. | 0.10 |
| 12/21/12 | A.Y. | Finalized response regarding 14th fee examiner's report. | 0.40 |
| 12/21/12 | JDS | Prepared narrative text for 46th Monthly Fee Application. | 0.40 |
| 12/24/12 | JDS | Analyzed CNO filing regarding 45th Monthly Fee Application. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/26/12 | LL | E-mail correspondence with J. Shugrue regarding adjustments to spreadsheet for 46th Monthly Fee Application. | 0.30 |
| 12/26/12 | LL | Revised and updated charts regarding RS's 46th Monthly & 16th Interim Fee Applications. | 4.00 |
| 12/26/12 | JDS | Analyzed and assisted in preparation of fee chart requested by A&M (.3); analyzed drafts of 46th monthly fee application and CNO regarding 16th interim fee application (.1). | 0.40 |
| 12/27/12 | LL | Conferred with C. Falgowski regarding fee applications (.3); revised RS's 46th Monthly & 16th Interim Applications (2.0). | 2.30 |
| 12/27/12 | JCF | Reviewed Monthly and Interim fee applications and CNO for past fee application. | 0.40 |

　　　　　　　　　　　　　　TOTAL FEES:　　　　　　$10,747.00

### CURRENT DISBURSEMENTS

| 12/31/2012 | Duplicating/Printing/Scanning | | 52.30 |
|---|---|---|---|
| 12/31/2012 | Outside Duplicating | | 254.50 |
| | | Total Disbursements | $ 306.80 |
| | | Fees & Disbursements | $11,053.800 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.00 | 590.00 | 1,770.00 |
| JCF | J.C. Falgowski | 3.40 | 430.00 | 1,462.00 |
| A.Y. | A. Yassemedis | 8.30 | 450.00 | 3,735.00 |
| LL | L. Lankford | 21.00 | 180.00 | 3,780.00 |
| | | 35.70 | | $10,747.00 |

## BANKRUPTCY/REORGANIZATION
### RE:    Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/06/12 | AJM | Reviewed voice mail from client regarding erosion report (.1); telephone call with underlying defense counsel regarding FitzSimons defense costs and erosion report (.3); conferred with client regarding FitzSimons defense costs and erosion report (.1). | 0.50 |
| 12/06/12 | JDS | Emails with client regarding update on erosion of insurance policy limits. | 0.20 |
| 12/11/12 | AJM | Reviewed and analyzed email from broker regarding status of post-emergence negotiations with carriers. | 0.30 |
| 12/12/12 | AJM | Reviewed and analyzed insurer response to proposed media liability and crime endorsements with respect to post-emergence entities (.4); reviewed media and crime policies, memorandum and proposed endorsements (1.2); drafted proposed endorsement language (.3); drafted substantive response to client and broker representatives regarding insurer response (.3); conferred with client regarding insurer response (.4); teleconference with insurer representative regarding proposed emergence endorsements (.3); conferred with client and broker representatives regarding insurer response (.3). | 3.20 |
| 12/13/12 | AJM | Conferred with client and broker regarding call with insurer underwriters (.2); reviewed memorandum and proposed endorsements regarding media liability and crime insurance policies (.4); teleconference with broker and insurer underwriters to discuss post-emergence proposed endorsements, coverage issues (.5); telephone call with client to discuss insurer positions (.2); reviewed email from insurer regarding revisions to property policy (.2); conferred with L. Geiger regarding insurer proposal (.2); conferred with client regarding insurer proposal (.2); correspondence with insurer representatives regarding proposed endorsement (.1); conferred with client and broker regarding insurer position and proposed endorsements (.5). | 2.50 |
| 12/13/12 | LMG | Analyzed proposed property endorsement related to bankruptcy emergence. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/14/12 | AJM | Conferred with client and broker representatives regarding insurer proposed endorsements (.7); analyzed insurer proposed endorsements (.6); email correspondence with insurer representatives regarding proposed endorsements to property policies (.3); conferred with client regarding insurer proposed endorsements (.2); conferred with broker representatives regarding insurer crime policy endorsements (.4); conferred with client regarding proposed insurer crime policy endorsements (.2); reviewed and analyzed substantive email from client and documents regarding post-emergence entities and required certificates for business auto insurance policies (.3). | 2.70 |
| 12/14/12 | JDS | Analyzed and exchanged emails with client and A. Moss regarding insurance policy issues and endorsements related to and in connection with emergence from bankruptcy (.8); analyzed most recent insurance policy erosion report and emails with client regarding same (.2). | 1.00 |
| 12/17/12 | AJM | Conferred with client regarding final list of post-emergence JV, LCC entities (.2); reviewed final list of post-emergence JV, LCC entities (.2); conferred with client and broker representatives regarding insurer GL endorsements (.2). | 0.60 |
| 12/18/12 | AJM | Reviewed substantive email from broker regarding insurer endorsements (.1); reviewed and analyzed proposed insurer endorsements on Media, crime policies (.3); conferred with client regarding proposed insurer endorsements on Media, crime policies (.2); reviewed substantive email from client on post-emergence list of JV and LLC entities, GL policy endorsements (.2). | 0.80 |
| 12/19/12 | AJM | Conferred with client and broker regarding outstanding post-emergence endorsements from various insurers. | 0.50 |
| 12/19/12 | JDS | Telephone conference with bankruptcy counsel regarding issues related to insurance coverage in connection with pending third-party litigation (.4); analyzed insurance coverage issue in connection with emergence from bankruptcy and prepared email to client regarding same (.4). | 0.80 |
| 12/20/12 | AJM | Reviewed email from broker regarding proposed insurer endorsements (.1); reviewed and analyzed proposed insurer endorsements, lists of post-emergence JV and LLC entities, prior proposed endorsements and memorandum (.3); conferred with client and broker regarding proposed insurer endorsements (.1). | 0.50 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/21/12 | AJM | Reviewed revised proposed insurer GL endorsements (.2); reviewed list of post-emergence JV and LLC entities (.2); conferred with client and broker representatives regarding revised proposed insurer GL endorsements (.2); conferred with J. Shugrue regarding status of post-emergence policy revisions, coverage correspondence (.4); reviewed email from broker regarding insurer JV/LLC endorsements (.1); reviewed and analyzed proposed revised insurer JV/LLC endorsements (.2); conferred with client and broker regarding insurer JV/LLC endorsements (.2). | 1.50 |
| 12/21/12 | JDS | Analyzed status of insurance policy endorsements and issues related to emergence from bankruptcy. | 0.20 |

                                    TOTAL FEES:        $8,733.00

                                         Fees & Disbursements    $8,733.00

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.20 | 590.00 | 1,298.00 |
| AJM | A.J. Moss | 13.10 | 550.00 | 7,205.00 |
| LMG | L.M. Geiger | 0.40 | 575.00 | 230.00 |
|  |  | 15.70 |  | $8,733.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

Invoice Number: 2365762
Invoice Date: January 31, 2013

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through December 31, 2012

| **NON-BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Reliance/Times Mirror 503842.00004 | $59.00 | $0.00 | $59.00 |
| RE: Marsh 503842.00008 | $632.00 | $0.10 | $632.10 |
| **Current Invoice Total:** | **$691.00** | **$0.10** | **$691.10** |

| **BANKRUPTCY/REORGANIZATION** | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|
| RE: Fee Applications 503842.00009 | $10,747.00 | $306.80 | $11,053.80 |
| RE: Insurance Counseling 503842.00005 | $8,733.00 | $0.00 | $8,733.00 |
| **Current Invoice Total:** | **$19,480.00** | **$306.80** | **$19,786.80** |

|  | Current Fees | Current Costs | Totals |
|---|---|---|---|
| Non-Bankruptcy/Reorganization | $691.00 | $0.10 | $691.10 |
| Bankruptcy/Reorganization | $19,480.00 | $306.80 | $19,786.80 |
| **GRAND TOTAL:** | **$20,171.00** | **$306.90** | **$20,477.90** |

**INVOICE IS PAYABLE UPON RECEIPT**

US_ACTIVE-111604498.i