# EXHIBIT C

## EXPENSE SUMMARY

BY EXPENSE CATEGORY:

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $254.50 |
| Printing, Duplicating, Scanning | | $52.40 |
| **TOTAL:** | | **$306.90** |

**EXPENSE SUMMARY**

BY MATTER:

| Expense Category (Examples) | Service Provider (if applicable) | Reliance/ Times Mirror – 00004 | Insurance Counseling – 00005 | Marsh - 00008 | Fee Applications – 00009 | HR Investigation – 00011 | TOTALS |
|---|---|---|---|---|---|---|---|
| Outside Duplicating | IKON/DLS | | | | $254.50 | | $254.50 |
| Printing/Duplicating & Scanning | | | | $.10 | $52.30 | | $52.40 |
| Electronically Stored Information | | | | | | | $0.00 |
| **TOTAL:** | | **$0.00** | **$0.00** | **$0.10** | **$306.80** | | **$306.90** |

**NON-BANKRUPTCY/REORGANIZATION**
RE:     Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/13/12 | DR | Drafted letter seeking reimbursement from Marsh. | 0.40 |
| 12/13/12 | JDS | Analyzed materials for submission to Marsh in connection with parties' prior agreement. | 0.20 |
| 12/17/12 | JDS | Analyzed latest submission to Marsh per parties' existing agreement. | 0.10 |
| 12/18/12 | DR | Reviewed invoices for submission to Marsh and finalized reimbursement request letter. | 0.60 |
| 12/19/12 | DR | Finalized reimbursement request letter to Marsh; corresponded with Marsh and client regarding same. | 0.30 |

|  |  | TOTAL FEES: | $632.00 |
|---|---|---|---|

**CURRENT DISBURSEMENTS**

| 12/31/2012 | Duplicating/Printing/Scanning |  | 0.10 |
|---|---|---|---|
|  |  | Total Disbursements | $0.10 |
|  |  | Fees & Disbursements | 632.10 |

**NON-BANKRUPTCY/REORGANIZATION**
Fee Summary: Marsh

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.30 | 590.00 | 177.00 |
| DR | D. Rosenfield | 1.30 | 350.00 | 455.00 |
|  |  | 1.60 |  | $ 632.00 |

US_ACTIVE-111604498.i

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/26/12 | LL | E-mail correspondence with J. Shugrue regarding adjustments to spreadsheet for 46th Monthly Fee Application. | 0.30 |
| 12/26/12 | LL | Revised and updated charts regarding RS's 46th Monthly & 16th Interim Fee Applications. | 4.00 |
| 12/26/12 | JDS | Analyzed and assisted in preparation of fee chart requested by A&M (.3); analyzed drafts of 46th monthly fee application and CNO regarding 16th interim fee application (.1). | 0.40 |
| 12/27/12 | LL | Conferred with C. Falgowski regarding fee applications (.3); revised RS's 46th Monthly & 16th Interim Applications (2.0). | 2.30 |
| 12/27/12 | JCF | Reviewed Monthly and Interim fee applications and CNO for past fee application. | 0.40 |

                              TOTAL FEES:                    $10,747.00

### CURRENT DISBURSEMENTS

| 12/31/2012 | Duplicating/Printing/Scanning | | 52.30 |
|---|---|---|---|
| 12/31/2012 | Outside Duplicating | | 254.50 |
| | | Total Disbursements | $ 306.80 |
| | | Fees & Disbursements | $11,053.800 |

**BANKRUPTCY/REORGANIZATION**
**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.00 | 590.00 | 1,770.00 |
| JCF | J.C. Falgowski | 3.40 | 430.00 | 1,462.00 |
| A.Y. | A. Yassemedis | 8.30 | 450.00 | 3,735.00 |
| LL | L. Lankford | 21.00 | 180.00 | 3,780.00 |
| | | 35.70 | | $10,747.00 |