# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esquire, do hereby certify that, on this 4th day of February, 2013, I caused a true and correct copy of the **FORTY-SEVENTH MONTHLY FEE APPLICATION OF REED SMITH LLP, SPECIAL COUNSEL FOR CERTAIN INSURANCE AND EMPLOYEE-RELATED MATTERS TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012** to be served upon the addressees on the attached service list in the manner indicated.

By: /s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)

## SERVICE LIST

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman<br> and Leonard, P.A.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>David Buchbinder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br>Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br>Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511 | **VIA FIRST CLASS MAIL**<br>James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **VIA FIRST CLASS MAIL**<br>Kevin T. Lantry, Esquire<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | **VIA FIRST CLASS MAIL**<br>Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| **VIA FIRST CLASS MAIL**<br>Frederick D. Hyman, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 | **VIA FIRST CLASS MAIL**<br>Jeffrey G. Tougas, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Brian Trust, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | **VIA FIRST CLASS MAIL**<br>Barbara Yan, Esquire<br>Orrick<br>51 West 52nd Street<br>New York, NY  10019-5820 |
| **VIA FIRST CLASS MAIL**<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | **VIA FIRST CLASS MAIL**<br>Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| **VIA FIRST CLASS MAIL**<br>Steven C. Schwendemann, Esquire<br>Stuart Maue<br>Legal Cost Management<br>3840 McKelvey Road<br>St. Louis, MO  63044<br>(Fee Examiner) | |