**EXHIBIT A**



**Davis Wright Tremaine LLP**

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 14, 2012
Invoice No. 6113791
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000428
Los Angeles Archdiocese

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/13/12 | K. Sager | 0.60 | Review materials from Ms. Goller regarding December hearing (0.5); communicate with Ms. Goller regarding same (0.1) |
| 11/19/12 | J. Segal | 1.70 | Review materials and transcripts regarding Tevrizian order and associated issues (1.4); review docket and communicate with R. Wilcox regarding same (.3) |
| 11/19/12 | K. Sager | 1.10 | Conference call with Ms. Goller and reporters regarding access to priest records (0.5); telephone conference with Ms. Goller regarding same (0.1); telephone conference with R. Wilcox and J. Segal regarding brief opposing redactions (0.4); review E-mail from J. Segal regarding docket (0.1) |
| 11/19/12 | R. Wilcox | 1.70 | Conference call with K. Sager, J. Segal to discuss effort to obtain unredacted copies of personnel files (.20); review Court of Appeal decision and case file (1.50) |
| 11/21/12 | J. Segal | 0.80 | Telephone conversation with Anthony DeMarco, plaintiff's counsel, regarding intervention and status of the case (.5); draft memorandum to R. Wilcox and K. Sager regarding same (.2) |
| 11/21/12 | R. Wilcox | 0.70 | Review of papers received from Ms. Goller relating to objection to Judge Tevrizian's Recommendations (.50); communicate with K. Sager, J. Segal regarding status, proposed strategy (.20); |
| 11/24/12 | K. Sager | 0.20 | Communicate with R. Wilcox and J. Segal regarding |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Los Angeles Times Communications LLC
Invoice No. 6113791
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| | | | schedule/status for objections to Judge Tervizian report |
| 11/26/12 | J. Segal | 0.20 | Communicate with R. Wilcox regarding status of case and strategy |
| 11/26/12 | R. Wilcox | 1.60 | Communicate with K. Sager regarding status, proposed strategy (.10); communicate with Ms. Goller regarding proposed strategy (.10); review transcript of October 19, 2012 hearing (.50); telephone conversation with Court Clerk (.10); research procedure for challenging special master recommendations (.80) |
| 11/27/12 | J. Segal | 0.30 | Confer with K. Sager and R. Wilcox regarding strategy and timing (.2); confer with R. Wilcox regarding conversation with plaintiff's counsel (.1) |
| 11/27/12 | K. Sager | 0.50 | Communicate with R. Wilcox and J. Segal regarding motion to intervene and possible ex parte application (0.2); further communication with R. Wilcox regarding ex parte procedure (0.1); conference call with J. Segal and R. Wilcox regarding sealed docket (0.2) |
| 11/27/12 | R. Wilcox | 0.30 | Communicate with J. Segal regarding status, conversations with Mr. DeMarco (.10); ommunicate with K. Sager regarding status, conversation with Mr. DeMarco, strategy proposal (.20) |
| 11/28/12 | R. Wilcox | 7.00 | Communicate with Ms. Goller regarding status, information gathered, and strategy (.30); telephone conversation with Ms. Ryan regarding background (.40); follow-up communications with Ms. Goller and Ms. Ryan regarding strategy (.20); research issues for Objections to Judge Tevrizian's Recommendations, including access to private master proceedings, standing to challenge Recommendations, and standard of review (3.80); begin to draft Objections to Judge Tevrizian's Recommendations (2.10); communicate with J. Segal regarding status and strategy (.20); |
| 11/29/12 | J. Segal | 1.70 | Research for intervention motion |
| 11/29/12 | R. Wilcox | 0.20 | Telephone conversation with Ms. Goller regarding status |
| 11/30/12 | J. Segal | 0.80 | Research and draft motion to intervene |
| 11/30/12 | R. Wilcox | 0.30 | Telephone conversation with Ms. Goller and reporters regarding status and strategy |
| 11/30/12 | R. Wilcox | 1.00 | Further research issues to raise in Objections and Motion to Intervene, including standing and standard for modifying Judge Tevrizian's Recommendations |
| | Total Hours Worked | 20.70 | |


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6113791
Page 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $8,743.50 |
| Less Courtesy Discount | (874.35) |
| Total Adjusted Current Services | $7,869.15 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $7,869.15 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.40 | 544.50 | 1,306.80 |
| Wilcox, R. | 12.80 | 387.00 | 4,953.60 |
| Total | 15.20 | | 6,260.40 |
| **Associate** | | | |
| Segal, J. | 5.50 | 292.50 | 1,608.75 |
| Total | 5.50 | | 1,608.75 |
| Total All Classes | 20.70 | | $7,869.15 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $7,869.15 |
| Total Balance Due This Matter | $7,869.15 |

Kelli Sager



Davis Wright
Tremaine LLP

Anchorage    New York    Seattle
Bellevue     Portland    Shanghai
Los Angeles  San Francisco Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116663

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0026175-000004
General/Advice

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/05/12 | K. Sager | 0.10 | Communicate with Ms. Goller regarding Bartnicki question |
| 11/07/12 | K. Sager | 1.00 | Review and revise prescription drug article, sidebar and video text/screen shots |
| 11/08/12 | K. Sager | 1.00 | Telephone conference with Ms. Goller regarding article on prescription drugs (0.2); review sidebars and change in language for article on prescription drug deaths (0.5); review changes to prescription drug article, video/stills and sidebar (0.3) |
| 11/09/12 | K. Sager | 0.40 | Review proposed stills of doctors (0.1); communicate with Ms. Goller regarding same (0.1); further discussion with Ms. Goller regarding video (0.2) |
| | Total Hours Worked | 2.50 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy charge | 478 | $47.80 |
| Outside delivery service - - APEX ATTORNEY SERVICES INC - 10/1/12 DWT from the LA Times | 1 | $22.00 |
| Total Current Disbursements | | $69.80 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Los Angeles Times Communications LLC
Invoice No. 6116663
Page 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,512.50 |
| Less Courtesy Discount | (151.25) |
| Total Adjusted Current Services | $1,361.25 |
| Total Current Disbursements | 69.80 |
| Total Current Invoice | $1,431.05 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 2.50 | 544.50 | 1,361.25 |
| Total | 2.50 | | 1,361.25 |
| Total All Classes | 2.50 | | $1,361.25 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $18,470.05 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577429 | ($9,707.29) |
| Current Invoice | $1,431.05 |
| Total Balance Due This Matter | $10,193.81 |

Kelli Sager



Davis Wright
Tremaine LLP

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116664

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0026175-000379
Bankruptcy
0000001932

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/04/12 | K. Sager | 0.50 | Review and revise Seventh Quarterly Fee Application |
| | Total Hours Worked | 0.50 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $302.50 |
| Less Courtesy Discount | (30.25) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $272.25 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| Partner | | | |
| Sager, K. | 0.50 | 544.50 | 272.25 |
| Total | 0.50 | | 272.25 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116664
Page 2

| Total All Classes | 0.50 | $272.25 |
|---|---|---|

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $9,097.75 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577434 | ($2,623.32) |
| Current Invoice | $272.25 |
| Total Balance Due This Matter | $6,746.68 |

Kelli Sager



# Davis Wright
# Tremaine LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn. Julie Xanders
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116665

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0026175-000380
Ad Development

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/15/12 | A. Wickers | 0.20 | Communicate with Ms. Xanders regarding response to request for fixed price rates for license to use editorial content |
| | Total Hours Worked | 0.20 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $109.00 |
| Less Courtesy Discount | (10.90) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $98.10 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Wickers, A. | 0.20 | 490.50 | 98.10 |
| Total | 0.20 | | 98.10 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116665
Page 2

| Total All Classes | 0.20 | $98.10 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,817.19 |
| Less Payments Received as of 12/26/12 -<br>TRIBUNE CO / LOS ANGELES TIMES - ACH 8577468 | ($4,618.44) |
| Current Invoice | $98.10 |
| Total Balance Due This Matter | $6,296.85 |

Kelli Sager


## Davis Wright
## Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116666

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0026175-000383
Adjudication Matters

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/12/12 | K. Henry | 0.50 | Communications with Ms. Xanders and Ms. Lindeman regarding adjudications for the Glendale, Burbank and La Canada papers |
| 11/14/12 | K. Henry | 1.50 | Communications with Ms. Xanders regarding adjudication for La Canada Valley Sun (.1); work on response concerning move to Los Angeles including communications with Ms. Xanders and Ms. Lindeman regarding same (1.4) |
| | Total Hours Worked | 2.00 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $790.00 |
| Less Courtesy Discounty | (79.00) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $711.00 |



Los Angeles Times Communications LLC
Invoice No. 6116666
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| Associate | | | |
| Henry, K. | 2.00 | 355.50 | 711.00 |
| Total | 2.00 | | 711.00 |
| Total All Classes | 2.00 | | $711.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $5,477.05 |
| Less Payments Received as of 12/18/12 - <br> TRIBUNE CO / LOS ANGELES TIMES - ACH 8510115 | ($4,547.35) |
| Current Invoice | $711.00 |
| Total Balance Due This Matter | $1,640.70 |

Kelli Sager



# Davis Wright
# Tremaine LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 26, 2012
Invoice No. 6116667

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:      0026175-000385
Long Beach Police Association

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/05/12 | K. Sager | 0.40 | Review Long Beach Police Officers Association response to amici briefs |
| | Total Hours Worked | 0.40 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Lexis-Nexis (billed at cost) computerized legal research 10/14/12 per K. Cullinan | 1 | $90.00 |
| Lexis-Nexis (billed at cost) computerized legal research 10/14/12 per K. Cullinan | 1 | $36.11 |
| Lexis-Nexis (billed at cost) computerized legal research 10/15/12 per K. Cullinan | 1 | $390.00 |
| Lexis-Nexis (billed at cost) computerized legal research 10/15/12 per K. Cullinan | 1 | $77.16 |
| Lexis-Nexis (billed at cost) computerized legal research 10/16/12 per K. Cullinan | 1 | $30.00 |
| Outside delivery service - - FED EX ERS - 10/12/12 Delivery to 350 Mcallister Street San Francisco CA per Ellen Duncan | 1 | $38.35 |
| Outside delivery service - - FED EX ERS - 10/12/12 Delivery to 300 South Spring Street Los Angeles CA per Ellen Duncan | 1 | $15.57 |
| Outside delivery service - - FED EX ERS - 10/12/12 Delivery to 415 W Ocean Blvd Long Beach CA per Ellen Duncan | 1 | $15.57 |
| Outside delivery service - - APEX ATTORNEY SERVICES INC - 10/3/12 Karlene Goller | 1 | $28.00 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Los Angeles Times Communications LLC
Invoice No. 6116667
Page 2

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Total Current Disbursements | | $720.76 |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $242.00 |
| Less Courtesy Discount | (24.20) |
| Total Adjusted Current Services | $217.80 |
| Total Current Disbursements | 720.76 |
| Total Current Invoice | $938.56 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.40 | 544.50 | 217.80 |
| Total | 0.40 | | 217.80 |
| Total All Classes | 0.40 | | $217.80 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $93,590.99 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577470 | ($27,281.12) |
| Current Invoice | $938.56 |
| Total Balance Due This Matter | $67,248.43 |

Kelli Sager



**Davis Wright Tremaine** LLP

| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116668
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000392
Strick

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/02/12 | S. Sullivan | 0.30 | Draft letter to Strick's counsel regarding non-payment of fees for arbitration (.2); communicate with K. Sager regarding same (.1) |
| 11/02/12 | K. Sager | 0.60 | Review message from Geri Yulo regarding status (0.1); communicate with Ms. Goller (0.2); review and revise letter to plaintiff's counsel (0.3) |
| 11/05/12 | K. Sager | 0.40 | Communicate with S. Sullivan regarding JAMS payment (0.1); communicate with Ms. Goller regarding same (0.1); review E-mail correspondence from Strick counsel to JAMS (0.1); communicate with Ms. Goller regarding same (0.1) |
| 11/06/12 | S. Sullivan | 0.20 | Draft letter to JAMS regarding payment of outstanding balance of fees owed by Strick |
| 11/09/12 | K. Sager | 0.60 | Communicate with Ms. Goller regarding fee issue (0.1); telephone conference with Geri Yulo of JAMS (0.1); revise letter to JAMS (0.1); follow-up with Ms. Goller regarding same (0.1); review communicate from K. Moskowitz regarding failure to pay JAMS (0.1); draft response (0.1) |
| 11/12/12 | J. Segal | 0.90 | Research regarding motions to confirm arbitration (.4); confer with S. Sullivan regarding timing of motion (.2); research rule regarding revision of judgment and correspond with client regarding same (.2); review order regarding fees (.1) |
| 11/12/12 | S. Sullivan | 0.20 | Review arbitrator's order granting attorneys' fees (.1); communicate with K. Sager and J. Segal regarding enforcement of judgment (.1) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116668
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/12/12 | K. Sager | 0.70 | Review Judge Lichtman's order on fee motion (0.3); communicate with Ms. Goller, Mr. Jassy, S. Sullivan and J. Segal regarding same (0.1); communicate with J. Segal and S. Sullivan regarding steps to confirm order/obtain judgment (0.3) |
| 11/13/12 | K. Sager | 0.10 | Communicate with S. Sullivan and J. Segal regarding recovery of JAMS payment |
| 11/14/12 | K. Sager | 0.20 | Discussion with Ms. Goller (0.1); communicate with J. Segal regarding letter (0.1) |
| 11/15/12 | K. Sager | 0.20 | Review message from R. Clarida and respond (0.1); communicate with client and team regarding same (0.1) |
| 11/16/12 | K. Sager | 0.40 | Telephone conference with R. Clarida regarding Strick proposal to walk away (0.2); communicate with Ms. Goller regarding Clarida call (0.1); communicate with R. Clarida declining offer (0.1) |
| 11/19/12 | J. Segal | 0.60 | Finalize letter regarding corrections (.3); research JAMS rules regarding modification of award and correspond with K. Sager and S. Sullivan regarding same (.3) |
| 11/19/12 | K. Sager | 1.10 | Review and revise letter to Judge Lichtman regarding payment to JAMS (0.3); review E-mail correspondence from plaintiff's counsel (0.1); communicate with S. Sullivan and J. Segal regarding same (0.2); draft response to request (0.2); review E-mail correspondence from Geri Yulo (0.1); revise draft response to Judge Lichtman (0.2) |
| 11/21/12 | J. Segal | 3.70 | Review letter regarding disqualification (.2); research rules and cases regarding disqualification and disclosure of arbitrator for club membership and draft memorandum regarding same (3.4); speak with JAMS case manager regarding timing for response to request (.1) |
| 11/21/12 | B. Johnson | 0.30 | Review ethics and arbitrator disqualification issues |
| 11/21/12 | K. Sager | 1.80 | Review letter from plaintiff's counsel to JAMS regarding disqualification (0.2); communicate with Ms. Goller and co-counsel regarding same (0.3); review Chancery Club roster description, membership information and JAMS rules (0.7); communicate with B. Johnson regarding ethical rules (0.2); review regarding search summary from J. Segal regarding disqualification (0.3); communicate with J. Segal regarding same (0.1) |
| 11/23/12 | K. Sager | 0.20 | Review memorandum from J. Segal regarding ABA/California rules on recusal |
| 11/25/12 | J. Segal | 1.30 | Research and draft letter responding to disqualification request |
| 11/25/12 | K. Sager | 0.10 | Communicate with J. Segal regarding response to plaintiff's demand to disqualify arbitrator |
| 11/26/12 | J. Segal | 3.00 | Revise letter regarding disqualification request (1.6); research and draft memorandum regarding FAA rules, case research, and use of the ABA code for ethics by commercial arbitrators (1.4) |
| 11/26/12 | S. Sullivan | 0.20 | Communicate with K. Sager and J. Segal regarding timeliness of Strick's opposition to The Times request to modify the arbitrators' award |



Los Angeles Times Communications LLC
Invoice No. 6116668
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|-------------|------|------------------------|
| 11/26/12 | K. Sager | 1.50 | Review claimant's response to request to modify (0.2); communicate with S. Sullivan and J. Segal regarding same (0.2); review and revise draft response to Strick demand for recusal (0.7); communications with J. Segal regarding same (0.2); communicate with J. Segal regarding additional issues for response to recusal letter (0.2) |
| 11/27/12 | K. Sager | 0.60 | Revise letter to Geri Yulo regarding demand for recusal |
| 11/28/12 | J. Segal | 0.40 | Finalize response letter regarding recusal |
| 11/28/12 | K. Sager | 0.30 | Communicate with J. Segal and Ms. Goller regarding letter to Geri Yulo about reversal demand |
| 11/30/12 | J. Segal | 0.90 | Research regarding replies allowed under JAMS rules (.2); draft letter regarding same (.7) |
| 11/30/12 | S. Sullivan | 0.50 | Communicate with J. Segal and K. Sager regarding letter to Arbitrator regarding Strick's untimely and improper reply (.2); review and revise letter to Arbitrator regarding same (.3) |
| 11/30/12 | K. Sager | 0.30 | Communicate with J. Segal and S. Sullivan regarding Moskowitz "reply" letter and request to strike |
| | Total Hours Worked | 21.60 | |

---

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Arbitrators/Mediators - - JAMS INC - Outstanding amounts owed by Strick to JAMS | 1 | $761.54 |
| West Publishing (billed at cost) computerized legal research 08/23/12 per B. Planchon | 1 | $29.08 |
| Total Current Disbursements | | $790.62 |

---

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $9,744.00 |
| Less Courtesy Discount | (974.40) |
| Total Current Disbursements | 790.62 |
| Total Current Invoice | $9,560.22 |


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No.  6116668
Page 4

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Johnson, B. | 0.30 | 526.50 | 157.95 |
| Sager, K. | 9.10 | 544.50 | 4,954.95 |
| Total | 9.40 | | 5,112.90 |
| **Associate** | | | |
| Segal, J. | 10.80 | 292.50 | 3,159.00 |
| Sullivan, S. | 1.40 | 355.50 | 497.70 |
| Total | 12.20 | | 3,656.70 |
| Total All Classes | 21.60 | | $8,769.60 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $79,681.63 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577456 | ($19,969.36) |
| Current Invoice | $9,560.22 |
| Total Balance Due This Matter | $69,272.49 |

Kelli Sager



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116669
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:        0026175-000398
Los Angeles Unified School District CPRA

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|--------------------------|
| 11/13/12 | J. Keyes | 0.80 | Research confidentiality of PERB impasse proceedings |
| 11/14/12 | R. Wilcox | 0.10 | Communicate with K. Sager, J. Glasser regarding voicemail from Union attorneys |
| 11/14/12 | R. Wilcox | 0.20 | Telephone conversation with Union attorneys |
| 11/14/12 | R. Wilcox | 0.10 | Communicate with Ms. Goller regarding Union's intent to intervene |
| 11/17/12 | K. Sager | 0.10 | Communicate with R. Wilcox regarding defendant's request for extension |
| 11/19/12 | R. Wilcox | 0.10 | Review email from Mr. Greene |
| 11/19/12 | R. Wilcox | 0.10 | Telephone conversation with Mr. Greene regarding requested extension of time |
| 11/19/12 | R. Wilcox | 0.10 | Communicate with K. Sager regarding status |
| 11/21/12 | K. Sager | 0.10 | Communicate with R. Wilcox regarding extension for response |
| 11/21/12 | R. Wilcox | 0.10 | Communicate with Mr. Green regarding LAUSD's request for extension of time to respond to Petition |
| | Total Hours Worked | 1.80 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Filing fee - - NATIONWIDE LEGAL EXPRESSLLC - 10/11/12 LASC | 1 | $538.50 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**

Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116669
Page 2

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Total Current Disbursements | | $538.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $993.00 |
| Less Courtesy Discount | (99.30) |
| Total Adjusted Current Services | $893.70 |
| Total Current Disbursements | 538.50 |
| Total Current Invoice | $1,432.20 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Keyes, J. | 0.80 | 594.00 | 475.20 |
| Sager, K. | 0.20 | 544.50 | 108.90 |
| Wilcox, R. | 0.80 | 387.00 | 309.60 |
| Total | 1.80 | | 893.70 |
| Total All Classes | 1.80 | | $893.70 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $14,517.25 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577457 | ($1,022.31) |
| Current Invoice | $1,432.20 |
| Total Balance Due This Matter | $14,927.14 |

Kelli Sager



Davis Wright
Tremaine LLP

| | | | Suite 2200 |
|---|---|---|---|
| | | | 1201 Third Avenue |
| | | | Seattle, WA 98101-3045 |
| | | | 206.622.3150 tel |
| | | | 206.757.7700 fax |

| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | Federal ID #91-0839480 |
| Los Angeles | San Francisco | Washington D.C. | |

www.dwt.com

Los Angeles Times Communications LLC
Attn: Julie Xanders, Esq.
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116670
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000413
Dancer

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 10/26/12 | B. Masterson | 0.90 | Search for data on number of phone numbers ported from wireline phones to wireless phones for N. Ryan-Long |
| 11/01/12 | R. Francis | 1.70 | Draft fact investigation summary |
| 11/01/12 | J. Cygnor | 0.20 | Collect client data |
| 11/02/12 | R. Francis | 1.40 | Draft fact summary (.5); call with K. Payson regarding same (.2); conference call with client, K. Payson, N. Ryan-Lang regarding status update (.7) |
| 11/02/12 | N. Ryan-Lang | 0.90 | Weekly update call concerning status of case with client (0.5); review of FCC report on porting of numbers (0.4) |
| 11/02/12 | K. Payson | 0.70 | Telephone conference with client, R. Francis, and N. Ryan-Lang regarding case status and strategy |
| 11/06/12 | N. Ryan-Lang | 1.50 | Review of factual background on TCPA case |
| 11/07/12 | N. Ryan-Lang | 1.20 | Review of background memorandum concerning factual investigation of case |
| 11/07/12 | K. Payson | 1.10 | Communicate with client regarding case status (.1); review detailed fact summary (1.0); conference with N. Ryan-Lang regarding same (no charge) |
| 11/08/12 | N. Ryan-Lang | 1.50 | Preparation of outline of open questions in the factual investigation into calling campaigns of LA Times |
| 11/08/12 | S. Sullivan | 0.30 | Communicate with K. Payson regarding scope of discovery related to former employees |
| 11/08/12 | K. Payson | 1.50 | Draft witness interview outlines |
| 11/09/12 | N. Ryan-Lang | 1.20 | Review of factual background of case and complete outline of open factual questions (1.0); review of interview outline for Bill Perry (0.2) |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Los Angeles Times Communications LLC
Invoice No. 6116670
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| 11/09/12 | K. Payson | 0.90 | Continue drafting witness interview outline (.3); communicate with N. Ryan-Lang regarding same (.1); communicate with S. Sullivan regarding legal research (.2); communicate with client regarding witness interview outline (.1); communicate with client regarding witness interviews (.1); communicate with N. Ryan-Lang regarding same (.1). |
| 11/12/12 | K. Payson | 1.00 | Telephone with Mr. Radbill regarding fact investigation and possible settlement (.3); revise letter to Mr. Radbill regarding FCC declaratory ruling (.5); communicate with Mr. Radbill regarding same and fact investigation status (.2) |
| 11/13/12 | N. Ryan-Lang | 1.50 | Prepare for and participate in witness interview of John Taylor |
| 11/13/12 | K. Payson | 0.80 | Revise witness outline (.2); telephone conference with client regarding witness interviews (.2); review comments to witness outline and email client regarding same (.1); telephone with vendor counsel regarding TCPA issues (.2); review communication from Mr. Radbil regarding settlement (.1) |
| 11/15/12 | N. Ryan-Lang | 1.00 | Prepare for and participate in witness interview of Bill Perry (0.6); review of DNC procedures of LA Times discussed during call (0.4) |
| 11/16/12 | N. Ryan-Lang | 0.40 | Weekly call with client concerning status of case |
| 11/16/12 | K. Payson | 1.10 | Telephone conference with client and N. Ryan-Lang regarding case status and strategy (.4); outline talking points regarding other TCPA settlements in preparation for call with Mr. Radbil (.4); telephone conference with Mr. Radbil and Mr. Friedman regarding settlement (.3) |
| 11/20/12 | K. Payson | 0.70 | Telephone conference with client regarding settlement (.3); communicate with vendor regarding status update (.2); further communicate with vendor (.1); communicate with client regarding status update (.1) |
| 11/21/12 | N. Ryan-Lang | 1.10 | Call with Evan Mecak of Inka Solutions concerning cell-phone calling (0.5); meeting with K. Payson concerning same (0.2); call with Ms. Xander concerning same (0.4) |
| 11/21/12 | K. Payson | 1.30 | Review interview summaries and emails in preparation for call with vendor regarding call analysis (.4); telephone with vendor regarding call analysis (.4); conference with N. Ryan-Lang regarding same (no charge); telephone conference with client and N. Ryan-Lang regarding case status (no charge); follow-up conference with N. Ryan-Lang (no charge); draft TCPA settlement summary and email Mr. Radbill regarding same (.5) |
| 11/28/12 | K. Payson | 0.10 | Communicate with client regarding audit reporting |
| 11/30/12 | N. Ryan-Lang | 0.80 | Draft interview memorandum of John Taylor (0.6); call with Ms. Xanders concerning case status (0.1); meeting with K. Payson concerning case (0.1) |



Los Angeles Times Communications LLC
Invoice No. 6116670
Page 3

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/30/12 | K. Payson | 0.40 | Communicate with vendor regarding data request (.1); telephone conference with client regarding fact investigation (.1); conference with N. Ryan-Lang regarding settlement (no charge); briefly review data report and email vendor regarding same (.2) |
| | Total Hours Worked | 25.20 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Postage | 1 | $11.50 |
| Total Current Disbursements | | $11.50 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $9,502.50 |
| Less Courtesy Discount | (950.25) |
| Total Current Disbursements | 11.50 |
| Total Current Invoice | $8,563.75 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Payson, K. | 9.60 | 427.50 | 4,104.00 |
| Total | 9.60 | | 4,104.00 |
| **Associate** | | | |
| Francis, R. | 3.10 | 301.50 | 934.65 |
| Ryan-Lang, N. | 11.10 | 288.00 | 3,196.80 |
| Sullivan, S. | 0.30 | 355.50 | 106.65 |
| Total | 14.50 | | 4,238.10 |
| **Paralegal** | | | |
| Cygnor, J. | 0.20 | 220.50 | 44.10 |
| Total | 0.20 | | 44.10 |
| **Other** | | | |
| Masterson, B. | 0.90 | 184.50 | 166.05 |
| Total | 0.90 | | 166.05 |


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116670
Page 4

| Total All Classes | 25.20 | $8,552.25 |
|---|---|---|

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $100,855.37 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8577479 | ($31,277.20) |
| Current Invoice | $8,563.75 |
| Total Balance Due This Matter | $78,141.92 |

Kelli Sager


**Davis Wright Tremaine** LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116671
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0026175-000417
City of Los Angeles Protective Order

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/01/12 | K. Sager | 0.20 | Discussion with J. Glasser regarding status |
| 11/29/12 | R. Wilcox | 0.30 | Evaluate timing to file Motion for Protective Order (.10); communicate with J. Glasser regarding same (.10); communicate with K. Sager regarding scheduling hearing (.10) |
| 11/30/12 | K. Sager | 0.20 | Communicate with R. Wilcox and J. Glasser regarding protective order motion schedule |
| 11/30/12 | R. Wilcox | 0.10 | Communicate with Ms. Goller regarding scheduling hearing on Motion for Protective Order |
| | Total Hours Worked | 0.80 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $414.00 |
| Less Courtesy Discount | (41.40) |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $372.60 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING


Davis Wright
Tremaine LLP

Los Angeles Times Communications LLC
Invoice No. 6116671
Page 2

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 0.40 | 544.50 | 217.80 |
| Wilcox, R. | 0.40 | 387.00 | 154.80 |
| Total | 0.80 | | 372.60 |
| Total All Classes | 0.80 | | $372.60 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $34,704.44 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8583461 | ($15,618.29) |
| Current Invoice | $372.60 |
| Total Balance Due This Matter | $19,458.75 |

Kelli Sager



**Davis Wright Tremaine** LLP

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116672
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:     0026175-000423
Los Angeles Memorial Coliseum CPRA

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/01/12 | J. Glasser | 4.00 | Research case law on discovery in CPRA action and prepare for case management conference with opposing counsel on discovery issues (2.0); correspondence with K. Sager regarding merits hearing on writ petition (.1); correspondence with K. Sager regarding parties' positions regarding CPRA and discovery (.1); meeting with Ms. Fox, Ms. Goller and Ms. Aviles regarding discovery issues (.5); appear at trial setting conference (1.0); confer with Ms. Goller regarding trial setting conference and next steps in case (.1); confer with K. Sager regarding same (.1); confer with D. Laidman regarding discovery (.1) |
| 11/01/12 | K. Sager | 0.80 | Communicate with J. Glasser regarding trial dates and discovery (0.3); telephone conference with Ms. Goller regarding trial-setting conference (0.2); discussion with J. Glasser regarding results of trial-setting conference and discovery (0.3) |
| 11/02/12 | J. Glasser | 0.10 | Call with D. Laidman regarding discovery |
| 11/02/12 | D. Laidman | 0.30 | Prepare Deposition Notice for Person Most Knowledgeable at Coliseum Commission |
| 11/05/12 | J. Glasser | 0.30 | Draft notice of court setting hearing and briefing schedule (.2); correspondence with K. Aviles regarding discovery in Brown Act and CPRA cases (.1) |
| 11/09/12 | J. Glasser | 0.20 | Correspondence with K. Sager and D. Laidman regarding |



Los Angeles Times Communications LLC
Invoice No. 6116672
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | discovery issues (.1); confer with D. Laidman regarding strategy (.1) |
| 11/09/12 | D. Laidman | 0.70 | Confer with J. Glasser regarding subjects of discovery (.2); outline subject of discovery in support of writ petition (.5) |
| 11/13/12 | J. Glasser | 0.20 | Call with D. Laidman regarding discovery to the Coliseum Commission and its associates |
| 11/13/12 | D. Laidman | 2.40 | Prepare PMK deposition notice (.8); prepare notice of deposition of John Sandbrook (.8); prepare notice of deposition and deposition subpoena for Commission auditor (.8) |
| 11/15/12 | J. Glasser | 0.30 | Communicate with D. Laidman regarding discovery from Coliseum Commission and other witnesses |
| 11/15/12 | D. Laidman | 0.50 | Confer with J. Glasser regarding discovery requests (.3); revise PMK deposition notice (.2) |
| 11/20/12 | J. Glasser | 0.20 | Call with Ms. Fox regarding settlement discussion |
| 11/20/12 | D. Laidman | 3.10 | Prepare Request for Production of Documents to Coliseum Commission (2.8); communicate with K. Sager regarding discovery requests (.3) |
| 11/20/12 | K. Sager | 0.30 | Communicate with D. Laidman and J. Glasser regarding discovery requests and depositions |
| 11/21/12 | D. Laidman | 2.20 | Prepare First Set of Special Interrogatories |
| 11/28/12 | J. Glasser | 1.50 | Prepare for conference call with opposing counsel regarding settlement (.5); correspondence with Ms. Goller and K. Sager regarding same (.1); conference call with opposing counsel, Ms. Fox and Mr. Faughnan, and Ms. Goller and Ms. Aviles regarding settlement proposal (.6); call with Ms. Goller, Ms. Aviles and reporters regarding call with opposing counsel |
| | Total Hours Worked | 17.10 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Photocopy charge | 261 | $26.10 |
| Total Current Disbursements | | $26.10 |



Los Angeles Times Communications LLC
Invoice No. 6116672
Page 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $5,679.50 |
| Less Courtesy Discount | (567.95) |
| Total Adjusted Current Services | $5,111.55 |
| Total Current Disbursements | 26.10 |
| Total Current Invoice | $5,137.65 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Sager, K. | 1.10 | 544.50 | 598.95 |
| Total | 1.10 | | 598.95 |
| **Associate** | | | |
| Glasser, J. | 6.80 | 310.50 | 2,111.40 |
| Laidman, D. | 9.20 | 261.00 | 2,401.20 |
| Total | 16.00 | | 4,512.60 |
| Total All Classes | 17.10 | | $5,111.55 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $31,777.02 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8583464 | ($8,671.30) |
| Current Invoice | $5,137.65 |
| Total Balance Due This Matter | $28,243.37 |

Kelli Sager



# Davis Wright
# Tremaine LLP

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116673
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
**ELECTRONIC BILLING - DO NOT MAIL**
FOR FILING PURPOSES ONLY

Matter No.:    0026175-000429
Kalski

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/08/12 | K. Sager | 0.30 | Review subpoena (0.1); communicate with Ms. Goller regarding same (0.2) |
| 11/09/12 | K. Sager | 0.10 | Leave detailed message for Steve Kalski |
| 11/13/12 | K. Cullinan | 1.90 | Research whether a non-party recipient of a subpoena for personal appearance can serve written objections |
| 11/14/12 | K. Cullinan | 4.00 | Research whether subpoenaed witness must appear in court after the hearing has been continued (1.0); draft email to K. Sager and D. Laidman regarding same (.2) |
| 11/14/12 | D. Laidman | 1.70 | Communicate with K. Sager regarding response to subpoena (.1); review subpoena (.2); review case summary, defendant's trial brief, and notice of continuance in Kalski litigation (1.0); telephone call with Larry Stratton, attorney for Los Angeles County in Kalski matter regarding case status and subpoena (.2); review and send letter to Mr. Kalski (.2) |
| 11/14/12 | K. Sager | 1.60 | Review E-mail memorandum from K. Cullinan regarding response to subpoena (0.1); leave another message for S. Kalski (0.1); communications with Ms. Goller regarding second attempt at service (0.2); call to plaintiff's Ohio number and leave detailed message (0.1); draft letter to S. Kalski (0.4); communicate with D. Laidman regarding same (0.1); communicate with Ms. Goller regarding new trial date (0.2); communicate with Ms. Goller regarding effect of trial date move (0.2); review E-mail |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Los Angeles Times Communications LLC
Invoice No. 6116673
Page 2

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|------|--------------|------|-------------------------|
| | | | memorandum from K. Cullinan (0.1); communicate with Ms. Goller regarding same (0.1) |
| 11/15/12 | K. Sager | 0.20 | Review message from S. Kalski (0.1); communicate with Ms. Goller regarding same (0.1) |
| | Total Hours Worked | 9.80 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $3,417.00 |
| Less Courtesy Discount | (341.70) |
| Total Adjusted Current Services | $3,075.30 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $3,075.30 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|--------------|--------------|------------------|-------------|
| **Partner** | | | |
| Sager, K. | 2.20 | 544.50 | 1,197.90 |
| Total | 2.20 | | 1,197.90 |
| **Associate** | | | |
| Cullinan, K. | 5.90 | 243.00 | 1,433.70 |
| Laidman, D. | 1.70 | 261.00 | 443.70 |
| Total | 7.60 | | 1,877.40 |
| Total All Classes | 9.80 | | $3,075.30 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Current Invoice | $3,075.30 |
| Total Balance Due This Matter | $3,075.30 |

Kelli Sager



**Davis Wright Tremaine LLP**

| | | | |
|---|---|---|---|
| Anchorage | New York | Seattle | |
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington D.C. | |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Company
Attn: David S. Bralow
Assistant General Counsel/ East Coast Media
220 E. 42nd Street
Suite 400
New York, NY 10017

December 31, 2012
Invoice No. 6116676

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0041033-000022
GBH Investments

| DATE | PROFESSIONAL | TIME | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/07/12 | K. Baldwin | 0.30 | Correspondence with R. Naylor regarding publication of notice of dissolution |
| 11/14/12 | K. Baldwin | 0.50 | Correspondence with Mr. Krueger regarding status of dissolution (0.1); review publication status with R. Naylor (0.4) |
| 11/15/12 | K. Baldwin | 0.20 | Correspondence with L. Manolopoulos regarding dissolution |
| 11/26/12 | R. Naylor | 0.30 | Review affidavit of publication and update corporate records in connection with same |
| 11/29/12 | R. Naylor | 0.20 | Review statute in connection with company's dissolution and publication of notice |
| | Total Hours Worked | 1.50 | |

**DISBURSEMENT DETAIL**

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Legal services - - ACCUFACTS RESEARCH CORP - 10/26/12 File Dissolution fee, per R. Naylor | 1 | $35.50 |
| Total Current Disbursements | | $35.50 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Davis Wright
Tremaine LLP

Tribune Co.
Invoice No. 6116676
Page 2

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $623.25 |
| Total Current Disbursements | 35.50 |
| Total Current Invoice | $658.75 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Baldwin, K. | 1.00 | 517.50 | 517.50 |
| Total | 1.00 | | 517.50 |
| **Paralegal** | | | |
| Naylor, R. | 0.50 | 211.50 | 105.75 |
| Total | 0.50 | | 105.75 |
| Total All Classes | 1.50 | | $623.25 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $61,635.06 |
| Less Payments Received as of 12/26/12 - TRIBUNE CO / LOS ANGELES TIMES - ACH 8583476 | ($34,334.17) |
| Current Invoice | $658.75 |
| Total Balance Due This Matter | $27,959.64 |

Kelli Sager



| | | |
|---|---|---|
| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Co.
Attn: Julie K. Xanders
Assistant General Counsel/West Coast Media
202 West First Street
5th Floor
Los Angeles, CA 90012

December 31, 2012
Invoice No. 6116689

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     0041033-000026
Distribution

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 11/09/12 | R. Spandorf | 0.70 | 343.35 | Review and respond to email questions regarding CRV form and review same (.5); telephone conference with M. Cacho (.2) |
| | Total Hours Worked | 0.70 | $343.35 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $343.35 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $343.35 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Spandorf, R. | 0.70 | 490.50 | 343.35 |
| Total | 0.70 | | 343.35 |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



Tribune Co.
Invoice No. 6116689
Page 2

|                    |      |         |
|--------------------|------|---------|
| Total All Classes  | 0.70 | $343.35 |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $19,237.77 |
| Current Invoice | $343.35 |
| Total Balance Due This Matter | $19,581.12 |

Kelli Sager



## Davis Wright Tremaine LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Los Angeles Times Communications LLC
Attn: Karlene W. Goller, Esq.
Vice President and Deputy General Counsel
145 S. Spring Street, 3rd Floor
Los Angeles, CA 90012

December 26, 2012
Invoice No. 6116706
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
### FOR FILING PURPOSES ONLY

Matter No.:     0026175-000422
UC Davis Pepper Spray - CPRA

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 11/05/12 | R. Wilcox | 2.30 | 989.00 | Review and revise Opposition to Petition for Writ of Mandate |
| 11/06/12 | T. Burke | 1.20 | 678.00 | Initial analysis of edits to previous appellate arguments and confer with R. Wilcox regarding same |
| 11/06/12 | R. Wilcox | 0.80 | 344.00 | Continue to edit Opposition to Writ Petition |
| 11/06/12 | R. Wilcox | 1.00 | 430.00 | Research regarding Writ Petition standard of review |
| 11/06/12 | R. Wilcox | 1.30 | 559.00 | Draft Return to Writ Petition |
| 11/07/12 | T. Burke | 0.60 | 339.00 | Further edits to brief |
| 11/07/12 | R. Wilcox | 1.60 | 688.00 | Continue to draft Return to Writ Petition |
| 11/07/12 | R. Wilcox | 1.80 | 774.00 | Follow-up research regarding Return to Writ Petition |
| 11/08/12 | R. Wilcox | 0.50 | 215.00 | Research requirements for Return to Writ Petition, including communications with library regarding same |
| 11/08/12 | R. Wilcox | 5.80 | 2,494.00 | Continue to draft Return to Writ Petition |
| 11/09/12 | T. Burke | 1.20 | 678.00 | Review and edit opening appellate brief |
| 11/09/12 | R. Wilcox | 6.10 | 2,623.00 | Continue to draft Return to Writ Petition |
| 11/12/12 | K. Cullinan | 6.00 | 1,620.00 | Draft request for judicial notice of news articles and press releases |
| 11/12/12 | B. Planchon | 1.60 | 344.00 | Review Return to Petition for writ of Mandate for all cites to judicial authority and review negative history report |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**



Los Angeles Times Communications LLC
Invoice No. 6116706
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|------|--------|------------------------|
| 11/12/12 | R. Wilcox | 0.10 | 43.00 | Communicate with F. Hanson regarding investigation |
| 11/13/12 | K. Cullinan | 1.20 | 324.00 | Compile exhibits for request for judicial notice |
| 11/13/12 | B. Planchon | 0.30 | 64.50 | Prepare summary of negative history report regarding Return to Petition for Writ of Mandate for R. Wilcox |
| 11/13/12 | T. Burke | 1.30 | 734.50 | Review key authorities relied on by FUPOA regarding writ petition |
| 11/13/12 | R. Wilcox | 1.60 | 688.00 | Revise Request for Judicial Notice drafted by K. Cullinan |
| 11/14/12 | K. Cullinan | 0.20 | 54.00 | Prepare exhibits to accompany request for judicial notice |
| 11/14/12 | R. Wilcox | 0.90 | 387.00 | Review exhibits to Request for Judicial Notice |
| 11/14/12 | R. Wilcox | 2.70 | 1,161.00 | Revise Return to Writ Petition to incorporate T. Burke's suggested revisions |
| 11/15/12 | J. Glasser | 1.60 | 552.00 | Review and analyze portions of petition that require answer and compare with trial court record (1.5); correspondence with R. Wilcox regarding same (.1) |
| 11/15/12 | R. Wilcox | 3.00 | 1,290.00 | Further revisions to Return to Writ Petition |
| 11/16/12 | J. Glasser | 1.90 | 655.50 | Review exhibits to request for judicial notice (.6); revise and finalize request for judicial notice, Glasser declaration, and proposed order (.3); revise and finalize return (1.0) |
| 11/16/12 | R. Wilcox | 1.50 | 645.00 | Continue to revise Return to Writ Petition |
| 11/16/12 | R. Wilcox | 2.60 | 1,118.00 | Finalize Return to Writ Petition for filing |
| 11/19/12 | T. Burke | 0.20 | 113.00 | Communication with Ms. Lye regarding amici support |
| 11/26/12 | T. Burke | 0.20 | 113.00 | Communication with Ms. Lye regarding support for amici brief |
| | Total Hours Worked | 51.10 | $20,717.50 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Color photocopy charge | 1120 | $112.00 |
| Photocopy charge | 711 | $71.10 |
| Lexis-Nexis (billed at cost) computerized legal research 11/12/12 per K. Cullinan | 1 | $45.00 |
| Lexis-Nexis (billed at cost) computerized legal research 11/12/12 per K. Cullinan | 1 | $42.00 |
| Lexis-Nexis (billed at cost) computerized legal research 11/13/12 per F. Hanson | 1 | $5.09 |
| Lexis-Nexis (billed at cost) computerized legal research 11/13/12 per F. Hanson | 1 | $49.27 |
| Lexis-Nexis (billed at cost) computerized legal research 11/13/12 per F. Hanson | 1 | $26.62 |



Los Angeles Times Communications LLC
Invoice No. 6116706
Page 3

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Outside delivery service - - FED EX ERS - 11/16/12 Delivery to 1111 Franklin Street Oakland CA | 1 | $11.91 |
| Outside delivery service - - FED EX ERS - 11/16/12 Delivery to 275 Battery Street San Francisco CA | 1 | $11.91 |
| Outside delivery service - - FED EX ERS - 11/16/12 Delivery to 367 N second Avenue Upland CA | 1 | $23.32 |
| West Publishing (billed at cost) computerized legal research 11/12/12 per F. Hanson | 1 | $206.22 |
| Total Current Disbursements | | $604.44 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $20,717.50 |
| Total Current Disbursements | 604.44 |
| Total Current Invoice | $21,321.94 |
| Your Portion of Amount Due at 50% | $10,660.97 |
| Less 10% Discount on Fees | (1,035.84) |
| Adjusted Total Invoice | 9,625.13 |

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Burke, T. | 4.70 | 565.00 | 2,655.50 |
| Wilcox, R. | 33.60 | 430.00 | 14,448.00 |
| Total | 38.30 | | 17,103.50 |
| **Associate** | | | |
| Cullinan, K. | 7.40 | 270.00 | 1,998.00 |
| Glasser, J. | 3.50 | 345.00 | 1,207.50 |
| Total | 10.90 | | 3,205.50 |
| **Paralegal** | | | |
| Planchon, B. | 1.90 | 215.00 | 408.50 |
| Total | 1.90 | | 408.50 |
| Total All Classes | 51.10 | | $20,717.50 |



# Davis Wright
# Tremaine LLP

| Anchorage | New York | Seattle |
|---|---|---|
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington D.C. |

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Tribune Co.
Attn: David Eldersveld, Esq.
General Counsel
435 N. Michigan Ave.
Chicago, IL 60611

December 31, 2012
Invoice No. 6116754

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:    0041033-000020
General Advice

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| 11/01/12 | R. London | 1.80 | Work on glossary of telemarketing terms (.8); work on telemarketing "top 10" document (.6); teleconference with Wisconsin Division of Consumer Protection regarding amended telemarketing law and registration requirements (.1); e-correspondence with client group regarding teleconference with Wisconsin Division of Consumer Protection (.3) |
| 11/02/12 | R. London | 0.70 | Teleconference with Ms. Xanders, Mr. Bralow, V. Lim, and A. Breyer regarding text-messaging practices (.6); e-memo to client regarding NY telemarketer registration form (.1) |
| 11/06/12 | R. London | 0.10 | E-memo to Messrs. Bralow and Sullivan regarding caller ID data |
| 11/07/12 | R. London | 0.90 | Teleconference with Messrs. Bralow and Sullivan regarding EBR upsells (.7); review online e-news sign-up telemarketing consent and "fan mail" regarding same and correspondence with Ms. Xanders regarding same (.1); e-memo to client regarding new text-message opt-out confirmation decision (.1) |
| 11/08/12 | R. London | 0.40 | E-correspondence with Mr. Sullivan regarding prior written signed consents and duration of internal do-not-call listings (.2); update client regarding FCC publication of correction on abandoned call automated opt-out effective date (.1); final review of "SMS Top 10" procedures document (.1) |
| 11/12/12 | R. London | 1.20 | Teleconference with Ms. Xanders and Mr. Bralow regarding "Telemarketing Top 10" finalization (.5); |



Tribune Co.
Invoice No. 6116754
Page 2

| **DATE** | **PROFESSIONAL** | **TIME** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|
| | | | teleconference with Mr. Bralow and AMR regarding telemarketing audit (.7) |
| 11/13/12 | R. London | 1.60 | Outside vendor audit interviews with TeleReach (.6) and TurnKey (.7); e-correspondence with Messrs. Sullivan and Bralow regarding abandoned-call automated opt-out compliance (.3) |
| 11/16/12 | R. London | 0.80 | Telemarketing audit call with Metro News (.7), e-correspondence with Mr. Bralow regarding same (.1) |
| 11/20/12 | R. London | 0.30 | E-correspondence with Mr. Bralow regarding incorporation of consents into telemarketing script |
| 11/28/12 | R. London | 1.30 | Interview with Verafast for telemarketing compliance audit (.7); follow-up with Mr. Bralow regarding same (.1); work on response to inquiry by Mr. Sullivan regarding established customer calling under CT law (.5) |
| 11/29/12 | R. London | 0.20 | Review FCC grant of SoundBite declaratory ruling request allowing text-message opt-out confirmations (.1); e-memo to client regarding same (.1) |
| | Total Hours Worked | 9.30 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $4,185.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $4,185.00 |

## SUMMARY BY PROFESSIONAL

| **Professional** | **Hours Worked** | **Billed Per Hours** | **Bill Amount** |
|---|---|---|---|
| **Of_Counsel** | | | |
| London, R. | 9.30 | 450.00 | 4,185.00 |
| Total | 9.30 | | 4,185.00 |
| Total All Classes | 9.30 | | $4,185.00 |