IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>Objection Date: February 25, 2013 at 4:00 p.m.<br>Hearing Date: *Only if Objections are filed* |

## FORTY-EIGHTH FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |
| Period for Which Compensation and Reimbursement is Sought: | **December 1, 2012 through December 31, 2012** |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2

| | |
|---|---|
| Amount of compensation sought as actual, reasonable and necessary: | **$1,635,883.44** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | **$155,652.63** |

This is a(n):   __X__ monthly    _____ interim    _____ final application

Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | **$1,308,706.75** |
| Expenses at 100% | **$155,652.63** |

46429/0001-9232999V1

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chris E. Abbinante | Partner/ Corporate/ 15 years. Admitted 1997. | $875 | 6.00 | $5,250.00 |
| Suresh T. Advani | Partner/ Tax/ 20 years. Admitted 1992. | $925 | 22.60 | $20,905.00 |
| Anthony J. Aiello | Partner/ Real Estate/ 26 years. Admitted 1986. | $850 | 17.40 | $14,790.00 |
| Larry A. Barden | Partner/ Corporate/ 30 years. Admitted 1982. | $1,000 | 24.40 | $24,400.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 35 years. Admitted 1977. | $900 | 69.20 | $62,280.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 26 years. Admitted 1986. | $800 | 58.30 | $46,640.00 |
| Jessica C.K. Boelter | Partner/ Bankruptcy/ 10 years. Admitted 2002. | $725 | 34.20 | $24,795.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James F. Conlan | Partner/ Bankruptcy/ 24 years. Admitted 1988. | $1,000 | 26.30 | $26,300.00 |
| Aimee M. Contreras-Camua | Partner/ Real Estate/ 14 years. Admitted 1998. | $725 | 0.30 | $217.50 |
| William G. Dickett | Partner/ Environmental/ 23 years. Admitted 1989. | $675 | 2.80 | $1,890.00 |
| Max C. Fischer | Partner/ Employment/ 17 years. Admitted 1995. | $675 | 3.80 | $2,565.00 |
| Scott J. Heyman | Partner/ Tax/ 25 years. Admitted 1987. | $800 | 1.50 | $1,200.00 |
| Robert W. Hirth | Partner/ Litigation/ 33 years. Admitted 1979. | $950 | 0.40 | $380.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 20 years. Admitted 1992. | $800 | 0.50 | $400.00 |
| Eamon P. Joyce | Partner/ Litigation/ 10 years. Admitted 2003. | $725 | 1.20 | $870.00 |

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth P. Kansa | Partner/ Bankruptcy/ 13 years. Admitted 1999. | $800 | 44.90 | $35,920.00 |
| John P. Kelsh | Partner/ Corporate/ 16 years. Admitted 1996. | $800 | 0.30 | $240.00 |
| Colleen M. Kenney | Partner/ Litigation/ 21 years. Admitted 1991. | $725 | 4.40 | $3,190.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 30 years. Admitted 1982. | $1,000 | 18.70 | $18,700.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 21 years. Admitted 1991. | $950 | 127.20 | $120,840.00 |
| Scott R. Lassar | Partner/ Litigation/ 37 years. Admitted 1975. | $1,000 | 5.30 | $5,300.00 |
| Richard A. Leavy | Partner/ Tax/ 16 years. Admitted 1996. | $950 | 0.20 | $190.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 18 years. Admitted 1994. | $725 | 10.10 | $7,322.50 |

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul D. Monson | Partner/ Real Estate/ 30 years. Admitted 1982. | $800 | 23.00 | $18,400.00 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 32 years. Admitted 1980. | $1,000 | 0.30 | $300.00 |
| Joel G. Samuels | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 3.90 | $3,607.50 |
| Mark D. Schneider | Partner/ Communications/ 27 years. Admitted 1985. | $750 | 49.00 | $36,750.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 28 years. Admitted 1984. | $925 | 134.10 | $124,042.50 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 12 years. Admitted 2000. | $750 | 41.90 | $31,425.00 |
| Jay H. Zimbler | Partner/ Tax/ 37 years. Admitted 1975. | $950 | 2.10 | $1,995.00 |
| | | | | |
| Ronald S. Flagg | Senior Counsel/ Litigation/ 31 years. Admitted 1981. | $725 | 31.60 | $22,910.00 |

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lawrence R. Fullerton | Senior Counsel/ Litigation/ 34 years. Admitted 1978. | $900 | 1.00 | $900.00 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 33 years. Admitted 1979. | $750 | 41.10 | $30,825.00 |
| Robin Parsons | Counsel/ Bankruptcy/ 39 years. Admitted 1973. | $918.40 £575 | 0.20 | $183.68 |
| Mark A. Biggar | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 7.80 | $3,042.00 |
| Katie L. Brown | Associate/ Real Estate/ >1 year. Admitted 2012. | $340 | 13.10 | $4,454.00 |
| Mark C. Brown | Associate/ Litigation/ 1 year. Admitted 2012. | $400 | 1.50 | $600.00 |
| Leslie Carter | Associate/ Tax/ 3 years. Admitted 2009. | $435 | 12.40 | $5,394.00 |

7

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kristopher J. Clemmons | Associate/ Real Estate/ 5 years. Admitted 2007. | $475 | 9.30 | $4,417.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 6 years. Admitted 2007. | $655 | 0.10 | $65.50 |
| Nathan J. Davis | Associate/ Corporate/ >1 year. Admitted 2012. | $325 | 48.30 | $16,422.00 |
| Bret T. Diskin | Associate/ Corporate/ 3 years. Admitted 2009. | $435 | 22.00 | $9,570.00 |
| Jenna M. Gallagher | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 65.40 | $22,236.00 |
| Anna Gumport | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 7.70 | $3,465.00 |
| Michael T. Gustafson | Associate/ Bankruptcy/ 2 years. Admitted 2010. | $450 | 70.70 | $31,815.00 |
| Jacqueline A. Hairston | Associate/ Real Estate/ 3 years. Admitted 2009. | $435 | 6.90 | $3,001.50 |

8

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steffen Hemmerich | Associate/ Regulatory/ 6 years. Admitted 2006. | $555 | 11.10 | $6,160.50 |
| Christine M. Herbas | Associate/ Corporate/ 1 year. Admitted 2011. | $340 | 75.80 | $25,772.00 |
| Geoffrey M. King | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 94.10 | $47,050.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 76.80 | $42,624.00 |
| Christopher S. Krueger | Associate/ Corporate/ 4 years. Admitted 2008. | $475 | 38.80 | 18,430.00 |
| Francis S. Lam | Associate/ Employment/ 1 year. Admitted 2011. | $355 | 55.90 | $19,844.50 |
| James P. Langdon | Associate/ Corporate/ 6 years. Admitted 2006. | $550 | 159.00 | $87,450.00 |
| Matthew W. Lee | Associate/ Real Estate/ 3 years. Admitted 2009. | $435 | 4.70 | $2,044.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Linder | Associate/ Bankruptcy/ >1 year. Admitted 2012. | $325 | 37.50 | $15,000.00 |
| Patrick L. Liu | Associate/ Bankruptcy/ >1 year. Admitted 2012. | $340 | 43.40 | $14,756.00 |
| Matthew G. Martinez | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 40.50 | $22,477.50 |
| Elizabeth L. Massaro | Associate/ Tax/ 1 year. Admitted 2011. | $340 | 1.50 | $510.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 7 years. Admitted 2005. | $675 | 203.90 | $137,632.50 |
| Anna M. Mommsen | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 12.60 | $4,914.00 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 5 years. Admitted 2008. | $535 | 7.30 | $3,780.00 |
| Brett H. Myrick | Associate/ Bankruptcy/ 3 years. Admitted 2009. | $500 | 71.10 | $35,550.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erin F. Natter | Associate/ Real Estate/ 6 years. Admitted 2006. | $590 | 6.20 | $3,658.00 |
| Drew A. Norman | Associate/ Real Estate/ 5 years. Admitted 2007. | $590 | 35.80 | $21,122.00 |
| Molly C. Novy | Associate/ Real Estate/ 2 years. Admitted 2010. | $390 | 9.60 | $3,744.00 |
| Andrew P. Propps | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 4.80 | $2,400.00 |
| Daniel H. Render | Associate/ Corporate/ 1 year. Admitted 2012. | $340 | 28.10 | $9,554.00 |
| Steve W. Robinson | Associate/ Bankruptcy/ 3 years. Admitted 2010. | $500 | 107.80 | $53,900.00 |
| Jed Rosenkrantz | Associate/ Corporate/ 3 years. Admitted 2009. | $435 | 100.20 | $43,587.00 |
| Thomas E. Ross | Associate/ Litigation/ 3 years. Admitted 2009. | $445 | 73.50 | $32,707.50 |

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Sachar | Associate/ Real Estate/ 5 years. Admitted 2007. | $475 | 7.70 | $3,657.50 |
| Richard M. Silverman | Associate/ Tax/ 5 years. Admitted 2007. | $525 | 40.90 | $21,472.50 |
| Lindsey A. Smith | Associate/ Corporate/ 4 years. Admitted 2008. | $600 | 0.90 | $539.06 |
| Kate L. Steffy | Associate/ Real Estate/ 6 years. Admitted 2006. | $475 | 100.00 | $47,500.00 |
| Allison Ross Stromberg | Associate/ Bankruptcy/ 4 years. Admitted 2008. | $555 | 46.90 | $26,029.50 |
| Helena G. Tseregounis | Associate/ Bankruptcy/ > 1 year. Admitted 2012. | $340 | 40.50 | $13,770.00 |
| Patrick J. Wackerly | Associate/ Litigation/ 5 years. Admitted 2007. | $525 | 11.00 | $5,775.00 |
| Angela M. Eavy | Staff Attorney/ Litigation/ 8 years. Admitted 2004. | $375 | 0.50 | $187.50 |

46429/0001-9232999V1

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sarah Lainchbury | Solicitor Trainee/ >1 year. | $287.49 £180 | 5.50 | $1,581.20 |
| Victoria L. Caputo | Senior Legal Assistant/ Real Estate/ 32 years. | $310 | 0.30 | $93.00 |
| Russell J. Coutinho | Senior Legal Assistant/ Real Estate/ 15 years. | $265 | 12.30 | $3,259.50 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 26 years. | $315 | 54.10 | $17,041.50 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 10 years. | $250 | 98.50 | $24,625.00 |
| Karen A. Nelms | Senior Legal Assistant/ Litigation/ 16 years. | $270 | 12.20 | $3,294.00 |
| James P. Platt | Senior Legal Assistant/ Litigation/ 9 years. | $235 | 18.80 | $4,418.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 19 years. | $210 | 20.90 | $4,389.00 |

13

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tiffany Katata | Project Assistant/ 4 years. | $120 | 9.30 | $1,116.00 |
| Hiliary E. Peterson | Project Assistant/ 1 year. | $205 | 1.80 | $369.00 |
| Diliana Stamatova | Project Assistant/ 7 years. | $120 | 14.10 | $1,692.00 |
|  |  |  |  |  |
| **Grand Total** |  |  | **2,869.60** | **$1,635,883.44** |
| **Blended Rate** |  | $570.07 |  |  |

14

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 49.00 | $36,750.00[1] |
| Fee Applications (30390) | 266.10 | $110,862.18 |
| Executory Contracts and Leases (30410) | 22.50 | $14,050.00 |
| Vendor Matters (30420) | 3.20 | $1,776.00 |
| Insurance Matters (30450) | 0.40 | $380.00 |
| Litigated Matters (30470) | 754.60 | $489,202.50 |
| Travel Time (30480) | 2.00 | $600.00 |
| Professional Retention (30510) | 18.50 | $9,886.00 |
| Tax Matters (30520) | 119.80 | $75,610.00 |
| Claims Processing (30530) | 169.50 | $91,370.00 |
| Business Operations (30550) | 49.00 | $26,077.26 |
| Case Administration (30560) | 40.00 | $17,073.50 |
| Creditor Communications (30570) | 1.60 | $922.50 |
| Employee Matters (30590) | 22.50 | $18,580.00 |
| Exit Facility (13700) | 7.30 | $4,941.50 |
| Post-Confirmation Matters (13730) | 1,343.60 | $737,802.00 |
| **TOTAL** | **2,869.60** | **$1,635,883.44** |

---

[1] $2,475.00 of this amount represents professional fees for FCC-related services attributable to Newspaper Crossownership (3.30 hrs., $2,475.00 fees) which have been separately invoiced at the request of the Debtors.

15

**EXPENSE SUMMARY FOR THE PERIOD FROM
DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating Charges[2] | | $1,895.47 |
| Document Delivery Services | | $313.67 |
| Document Services | | $503.09 |
| Filing Fees | | $2,224.13 |
| Ground Transportation | | $32.00 |
| Lexis Research Service[3] | Lexis | $2,434.07 |
| Legal Support Services | | $20,025.84 |
| Meals | | $72.00 |
| Messenger Services | | $1,529.48 |
| Overtime | | $2,087.99 |
| Search Services | | $121,413.55 |
| Telephone Tolls | | $404.71 |
| Westlaw Research Service[3] | Westlaw | $2,716.63 |
| | | |
| **Total** | | **$155,652.63** |

---

[2] Sidley's rate for standard (non-color) copying is $0.10 per page and is in compliance with the rates as required by Local Rule 2016-2(e)(iii).

[3] Sidley charges its clients for computer-assisted legal research at a rate that recovers no more than the Firm's cost.

16

46429/0001-9232999V1