# EXHIBIT A

| Date | Client Name | Employee Name | Hours Logged | Fees Logged | Note |
|---|---|---|---|---|---|
| 12/19/2012 | Tribune Company | Zilka, Jeffrey R. | 0.8 | 525 | Review list of materials to be publicly distributed prepared by G. Weitman of Tribune for the emergence announcement .3 Draft counseling memo re: likely media angles in emergence coverage .5 total .8 |
| 12/21/2012 | Tribune Company | Zilka, Jeffrey R. | 1 | 700 | Edit emergence releases |
| | | TOTAL | 1.75 | $ 1,225.00 | |

2