IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., | ) | No.  08-bk-13141 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | |

REQUEST TO BE REMOVED FROM THE MAILING LIST

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please take notice that Yonatan Gelblum requests to be removed from the Court's ECF notification list and mailing list associated with this matter.

Date: February 6, 2013

/s/ Yonatan Gelblum
Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
Facsimile: (202) 514-6866
Yonatan.Gelblum@usdoj.gov
Cal Bar. #254297
Street Address for Overnight Delivery:
555 4th St. NW Room 6110
Washington, DC 20001

4240080.1

CERTIFICATE OF SERVICE

I certify that the foregoing request for removal from mailing list was caused to be served this 6th day of February, 2013 by the Court's ECF system on parties receiving electronic service.

/s/ Yonatan Gelblum
Yonatan Gelblum