IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13154 & 13157 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                      ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2013, I caused to be served the:

    a. "Forty-Eighth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2012 Through December 31, 2012," filed on February 5, 2013, to which was attached the "Notice of Fee Application," dated February 5, 2013 [Docket No. 13154], and

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.
T:\Clients\TRIBUNE\Affidavits\Sidley Austin & Edelman Fee Apps_DI_13154 & 13157_AFF_2-5-13_SS.doc

b. "Twenty Eighth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period December 1, 2012 Through December 31, 2012," dated February 5, 2013, to which was attached the "Notice of Fee Application," dated February 5, 2013 [Docket No. 13157],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Kerry O'Neil*

Sworn to before me this
6th day of February, 2013

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

**TRB FEE APP 2-5-13**

David Buchbinder, Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**TRB FEE APP 2-5-13**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**TRB FEE APP 2-5-13**

Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801

**TRB FEE APP 2-5-13**

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**TRB FEE APP 2-5-13**

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

**TRB FEE APP 2-5-13**

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**TRB FEE APP 2-5-13**

Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**TRB FEE APP 2-5-13**

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**TRB FEE APP 2-5-13**

John Theil, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044