**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Hearing Date: TBD** |
| | ) | **Objection Deadline:February 27, 2013 at 4:00 p.m.** |

## <u>NOTICE OF APPLICATION</u>

PLEASE TAKE NOTICE, that Washington-Baltimore Newspaper Guild ("<u>WBNG</u>"),
filed the Application for Allowance of Administrative Expenses Incurred in Making a
Substantial Contribution in Connection with its Objection to the Debtors' Motion to Implement
a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan
Awards to Certain Executives For the Period of June 1, 2009 through March 23, 2010 (the
"<u>Application</u>"), with the United States Bankruptcy Court for the District of Delaware, 824
North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").

Objections to the Application, if any, must be filed on or before **February 27, 2013 at
4:00 p.m.** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District
of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.  At the same time,
you must also serve a copy of the response upon the undersigned counsel to the WBNG so that
the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in
accordance with the above procedure, a hearing on the Application will be held before the

---

[1] The Debtors in these Chapter 11 cases are identified at D.I. No. 1800, pg.1, footnote 1.

Honorable Kevin J. Carey at a date and time to be determined by the Court. Only those objections made in response to the Application will be heard.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 7, 2013
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _CPS_____
    Christopher P. Simon (No. 3697)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    (302) 777-4200 (Telephone)
    (302) 777-4224 (Facsimile)
    csimon@crosslaw.com

        -and-

    Robert E. Paul, Esquire
    Zwerdling, Paul, Kahn & Wolly, P.C.
    1025 Connecticut Avenue NW, Suite 712
    Washington, D.C. 20036-5420
    (202) 857-5000 (Telephone)
    (202) 223-8417 (Facsimile)

    *Counsel to Washington-Baltimore*
    *Newspaper Guild, TNG-CWA*