IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al.,[1] |  |
|  | (Jointly Administered) |
| Debtors. | **Hearing Date: TBD** |
|  | **Objection Deadline: February 27, 2013 at 4:00 p.m.** |

## COVER SHEET

### APPLICATION OF THE WASHINGTON-BALTIMORE NEWSPAPER GUILD PURSUANT TO 11 U.S.C. § 503(b)(3)(D) and (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN CONNECTION WITH ITS OBJECTION TO THE DEBTORS' MOTION TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES FOR THE PERIOD OF JUNE 1, 2009 THROUGH MARCH 23, 2010

| | |
|---|---|
| Name of Applicant: | Washington-Baltimore Newspaper Guild |
| Date of Retention: | Not Applicable |
| Period for which compensation and reimbursement is sought: | June 1, 2009 through March 23, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $330,504.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $11,805.53 |
| Amount of compensation preparing this application: | $15,852.61[2] |
| Total amount of compensation and reimbursement sought: | $358,162.64 |

---

[1] The Debtors in these Chapter 11 cases are identified at D.I. No. 1800, pg.1, footnote 1.
[2] This amount is not included in the totals provided in the following charts. The WBNG reserves the right to amend this request to seek additional amounts necessary to obtain relief set forth in the Application.

## CROSS & SIMON, LLC

| NAME OF PROFESSIONAL | POSITION HELD | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Christopher P. Simon | Partner | $390.00 | 182.7 | $71,253.00 |
| Christopher P. Simon | Partner | $195.00 | 10.0 | $1,950.00 |
| Michael J. Joyce | Partner | $320.00 | 157.8 | $50,496.00 |
| Ryan Ernst | Associate | $250.00 | 93.2 | $23,300.00 |
| Patrick Brannigan | Associate | $240.00 | 3.8 | $912.00 |
| Stephanie Breckenridge | Legal Assistant | $150.00 | 18.8 | $2,820.00 |
| Heather Bunner | Legal Assistant | $150.00 | 3.0 | $450.00 |
| Melissa Houghton | Legal Assistant | $150.00 | 6.9 | $1,035.00 |
| **TOTAL:** | | | 476.2 | $152,216.00 |
| **Blended Hourly Rate: $319.65** | | | | |

## EXPENSE SUMMARY

| EXPENSE | AMOUNT |
|---|---|
| Transcript Fees | $5,361.76 |
| Hand Deliveries | $172.90 |
| Photocopies | $2,500.95 |
| Facsimiles | $199.00 |
| Postage | $1.90 |
| Pacer Charges | $58.08 |
| Westlaw Charges | $97.95 |
| Teleconference Charges | $149.87 |
| Meals | $95.90 |
| Travel Expenses | $602.40 |
| **TOTAL** | **$9,240.71** |

## COMPENSATION BY PROJECT CATEGORY

| CODE | CATEGORY | HOURS | AMOUNT |
|---|---|---|---|
| EB | Employment Matters | 476.2 | $152,216.00 |
| | TOTALS | 476.2 | $152,216.00 |

## ZWERDLING, PAUL, KAHN & WOLLY, PC

| NAME OF PROFESSIONAL | POSITION HELD | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Robert E. Paul | Partner | $155.00 | 238.1 | $36,905.50 |
| Robert E. Paul | Partner | $160.00 | 24.5 | $3,920.00 |
| **TOTAL:** | | | 262.6 | $40,825.50 |
| **Blended Hourly Rate: $155.47** | | | | |

## EXPENSE SUMMARY

| EXPENSE | AMOUNT |
|---|---|
| Travel Expenses | $1,254.80 |
| Taxi Expenses | $18.00 |
| Parking Expenses | $140.00 |
| Hotel Expenses | $578.70 |
| Computer Research | $48.17 |
| Transcript Expenses | $213.30 |
| TOTAL | $2,252.97 |

## COMPENSATION BY PROJECT CATEGORY

| CODE | CATEGORY | HOURS | AMOUNT |
|---|---|---|---|
| EB | Employment Matters | 262.6 | $40,825.50 |
| | TOTALS | 262.6 | $40,825.50 |

## AMPER, POLITZINER & MATTIA, LLP

| NAME OF PROFESSIONAL | POSITION HELD | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Edward A. Phillips | Partner | $475.00 | 122.9 | $58,377.50 |
| William Pederson | Senior Manager | $395.00 | 163.4 | $64,543.00 |
| Louis Annas | Senior Associate | $175.00 | 83.1 | $14,542.50 |
| TOTAL: | | | 369.4 | $137,463.00 |
| **Blended Hourly Rate: $372.13** | | | | |

## EXPENSE SUMMARY

| EXPENSE | AMOUNT |
|---|---|
| Travel Expenses | $311.85 |
| TOTAL | $311.85 |

## COMPENSATION BY PROJECT CATEGORY

| CODE | CATEGORY | HOURS | AMOUNT |
|---|---|---|---|
| EB | Employment Matters | 369.4 | $137,463.00 |
| | TOTALS | 369.4 | $137,463.00 |