IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al.,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: D.I. No.: |

**ORDER APPROVING APPLICATION OF THE WASHINGTON-BALTIMORE NEWSPAPER GUILD PURSUANT TO 11 U.S.C. § 503(b)(3)(D) and (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN CONNECTION WITH ITS OBJECTION TO THE DEBTORS' MOTION TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES FOR THE PERIOD OF
JUNE 1, 2009 THROUGH MARCH 23, 2010**

UPON CONSIDERATION of the Application Of The Washington-Baltimore Newspaper Guild Pursuant To 11 U.S.C. § 503(B)(3)(D) And (B)(4) For Allowance Of Administrative Expenses Incurred In Making A Substantial Contribution In Connection With Its Objection To The Debtors' Motion To Implement A 2009 Management Incentive Plan And To Pay Earned 2008 Management Incentive Plan Awards To Certain Executives For The Period Of June 1, 2009 Through March 23, 2010 (the "Application"),

IT IS HEREBY ORDERED that the Application is GRANTED.

IT IS FURTHER ORDERED that the Reorganized Debtors are hereby authorized and directed to reimburse the Washington-Baltimore Newspaper Guild the amount of $330,504.50 in legal fees, $11,805.53 in expenses, as well as $15,852.61 for time spent preparing the Application, as set forth in the Application.

Dated: _____     _____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases are identified at D.I. No. 1800, pg.1, footnote 1.