## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on this 7th day of February 2013, I caused copies of the foregoing Application Of The Washington-Baltimore Newspaper Guild Pursuant To 11 U.S.C. § 503(B)(3)(D) And (B)(4) For Allowance Of Administrative Expenses Incurred In Making A Substantial Contribution In Connection With Its Objection To The Debtors' Motion To Implement A 2009 Management Incentive Plan And To Pay Earned 2008 Management Incentive Plan Awards To Certain Executives For The Period Of June 1, 2009 Through March 23, 2010 to be served on the parties listed on the attached service list in the matter indicated.

_____
Christopher P. Simon (No. 3697)

## SERVICE LIST

**BY FIRST CLASS MAIL**
James F. Conlan, Esquire
Kevin T. Lantry, Esquire
Steven W. Robinson, Esquire
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

**BY FIRST CLASS MAIL**
Steven C. Schwendemann, Esquire
Stuart Maue
3840 McKelvey Road
St. Louis, Mo 63044

**BY HAND DELIVERY**
Norman L Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**BY HAND DELIVERY**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801