**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Tribune Company, *et al.*<br><br><br>Debtors. | Chapter 11<br>Case No: 08-13141 (KJC)<br>(Jointly Administered)<br>HEARING DATE: March 13, 2013 at 1:00 p.m.<br>RESPONSE DEADLINE: March 5, 2013 @ 4:00 p.m.<br>Related D.I. No. 12832 |

## NOTICE OF MOTION

TO: COUNSEL TO THE DEBTOR

     PLEASE TAKE NOTICE that Marta Waller has filed *Marta Waller's (I) Response to KTLA, Inc.;s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 and (II) Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c)* (the "Motion")**.**

     If you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by **March 5, 2013 at 4:00 p.m.** You must also serve a copy of your response upon the following: Michael Busenkell, GELLERT SCALI BUSENKELL & BROWN, LLC, 913 N. Market Street, 10th Floor, Wilmington, DE 19801, Telephone: 302.425.5812 / Facsimile: 302.425.5814.

     **THE HEARING IS SCHEDULED FOR MARCH 13, 2013 AT 1:00 P.M. IN COURTROOM NO. 5, 5TH FLOOR, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

     IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

                                        GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: February 7, 2013

                          BY:    */s/ Michael Busenkell*
                                       Michael Busenkell (DE 3933)
                                       913 N. Market Street, 10th Floor
                                       Wilmington, DE 19801
                                       Ph: 302-425-5812 / Fax: 302-425-5814
                                       mbusenkell@gsbblaw.com

                                       *Counsel to Marta Waller*