IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>                      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 11471, 11921, 11998, 11999, 12000, 12006, 12007, 12011, 12014, 12016, 12018, 12021, 12022, 12023, 12025, 12029, 12032, 12038, 12039, 12046, 12047, 12051, 12307, 12562, 12676 and 12735**<br><br>**Hearing Date: February 13, 2013 at 11:00 a.m.** |

## OMNIBUS ORDER APPROVING FEE APPLICATIONS FOR THE COMPENSATION PERIOD MARCH 1, 2012 THROUGH AND INCLUDING MAY 31, 2012

Upon consideration of the fourteenth quarterly fee requests (the "Applications") of various professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for interim allowance of compensation, including all holdbacks, and reimbursement of expenses related to services performed for the period March 1, 2012 through and including May 31, 2012 (the "Compensation Period") filed pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members, dated January 15, 2009 [Docket No. 225] (the "Compensation Order") and the Order

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications, dated March 19, 2009 [Docket No. 546] (the "Fee Examiner Order"); and the Court having reviewed the Applications and the Fee Examiner's Final Reports with respect to the Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications; (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, 331 and 503(b), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and (e) the fees and expenses incurred were reasonable and necessary; and after due deliberation and sufficient and good cause appearing therefore, it is hereby

ORDERED that, the Applications are APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED that, the Professionals are granted interim allowance of (a) compensation for services rendered during the Compensation Period and (b) reimbursement of actual and necessary expenses incurred during the Compensation Period, in the respective amounts set forth as approved on the attached Exhibit A, including any and all holdbacks; and it is further

ORDERED that, to the extent not already paid pursuant to the Compensation Order and Fee Examiner Order, the Reorganized Debtors are authorized and directed to remit payment to each Professional in the amount set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
        February _____, 2013


                                        _____
                                        The Honorable Kevin J. Carey
                                        United States Bankruptcy Judge

3

# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period March 1, 2012 - May 31, 2012

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 12046 | $362,210.50 | $15,260.81 | $377,471.31 |
| Sidley Austin LLP (Counsel to Debtors) | 12307 | $5,416,964.91 | $180,323.66 | $5,597,288.57 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 12038 | $1,635,272.00 | $3,989.86 | $1,639,261.86 |
| Campbell & Levine, LLC* (Special Litigation Counsel to Debtors) | 12039 | $1,411.50 | $86.20 | $1,497.70 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 12562 | $11,865.00 | $800.00 | $12,665.00 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12676 | $401,808.47 | $23,930.32 | $425,738.79 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) | 12014 | $560,018.00 | $6,002.82 | $566,020.82 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) | 12735 | $41,355.00 | $75.00 | $41,430.00 |
| Jenner & Block LLP (Special Counsel to Debtors) | 12006 | $1,694.50 | $0.00 | $1,694.50 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 12025 | $54,665.00 | $1,823.97 | $56,488.97 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 12029 | $600,000.00 | $220.91 | $600,220.91 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) | 12007 | $28,245.00 | $5,927.51 | $34,172.51 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12051 | $1,082,804.20 | $39,958.60 | $1,122,762.80 |
| Mercer (US) Inc. (Compensation Consultant to Debtors) | 12032 | $33,339.86 | $8,726.98 | $42,066.84 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 12011 | $163,694.40 | $3,294.00 | $166,988.40 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 12018 | $116,926.50 | $66,934.31 | $183,860.81 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 12047 | $302,588.60 | $11,458.44 | $314,047.04 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) | 12016 | $122,360.04 | $1,722.60 | $124,082.64 |
| **Fee Examiner** | | | | |
| Stuart Maue  (Fee Examiner) | 12023 | $477,725.00 | $2,500.69 | $480,225.69 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) | 11998 | $1,245,280.00 | $42,108.39 | $1,287,388.39 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) | 11999 | $783,194.00 | $129,774.94 | $912,968.94 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) | 12000 | $248,064.75 | $2,089.03 | $250,153.78 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) | 12022 | $600,000.00 | $1,202.49 | $601,202.49 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) | 11921 | $10,709.00 | $1,124.15 | $11,833.15 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) | 12021 | $273,476.00 | $23,462.55 | $296,938.55 |
| Creditors' Committee Members: Wayne Smith, Warner Brothers; William Salganik and Robert E. Paul, Esq., Washington-Baltimore Newspaper Guild** | 11471 | N/A | $2,534.10 | $2,534.10 |

* The Interim Period is December 1, 2011 - May 31, 2012.
** The Interim Period is March 2012.