UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |

**EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 13, 2013 AT 11:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Fourteenth Interim Fee Period (Filed December 19, 2012) (Docket No. 12863)

    **Fee Applications**:

    A.  <u>Cole, Schotz, Meisel, Forman & Leonard, P.A.</u>

        1.  Fourteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from March 1, 2012 through May 31, 2012 (Filed July 17, 2012) (Docket No. 12046)

        2.  Certification of No Objection Regarding Docket No. 12046 (Filed August 8, 2012) (Docket No. 12222)

        3.  Thirty-Ninth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2012 through March 31, 2012 (Filed April 18, 2012) (Docket No. 11430)

        4.  Certification of No Objection Regarding Docket No. 11430 (Filed May 10, 2012) (Docket No. 11593)

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

5.  Fortieth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2012 through April 30, 2012 (Filed June 15, 2012) (Docket No. 11821)

6.  Certification of No Objection Regarding Docket No. 11821 (Filed July 10, 2012) (Docket No. 11982)

7.  Forty-First Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2012 through May 31, 2012 (Filed July 17, 2012) (Docket No. 12044)

8.  Certification of No Objection Regarding Docket No. 12044 (Filed August 8, 2012) (Docket No. 12221)

9.  Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed January 18, 2013) (Docket No. 13076)

B.  Sidley Austin LLP

1.  Fourteenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through May 31, 2012 (Filed August 21, 2012) (Docket No. 12307)

2.  Certification of No Objection Regarding Docket No. 12307 (Filed September 13, 2012) (Docket No. 12420)

3.  Thirty-Ninth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through March 31, 2012 (Filed May 16, 2012) (Docket No. 11631)

4.  Certification of No Objection Regarding Docket No. 11631 (Filed June 7, 2012) (Docket No. 11768)

5.  Fortieth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2012 through April 30, 2012 (Filed June 14, 2012) (Docket No. 11807)

6.  Certification of No Objection Regarding Docket No. 11807 (Filed July 10, 2012) (Docket No. 11981)

7.  Forty-First Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2012 through May 31, 2012 (Filed August 13, 2012) (Docket No. 12248)

8.  Certification of No Objection Regarding Docket No. 12248 (Filed September 6, 2012) (Docket No. 12390)

9.  Fee Examiner's Final Report Regarding Fourteenth Quarterly Fee Application of Sidley Austin LLP (Filed January 17, 2013) (Docket No. 13070)

C.  Alvarez & Marsal North America

1.  Fourteenth Interim Fee Application of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2012 through May 31, 2012 (Filed July 16, 2012) (Docket No. 12038)

2.  Certification of No Objection Regarding Docket No. 12038 (Filed August 8, 2012) (Docket No. 12220)

3.  Thirty-Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2012 through March 31, 2012 (Filed May 15, 2012) (Docket No. 11613)

4.  Certification of No Objection Regarding Docket No. 11613 (Filed June 6, 2012) (Docket No. 11762)

5.  Fortieth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period April 1, 2012 through April 30, 2012 (Filed June 15, 2012) (Docket No. 11822)

6.  Certification of No Objection Regarding Docket No. 11822 (Filed July 10, 2012) (Docket No. 11983)

7.  Forty-First Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12027)

8.  Certification of No Objection Regarding Docket No. 12027 (Filed August 6, 2012) (Docket No. 12196)

9.    Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed January 16, 2013) (Docket No. 13066)

D.    Campbell & Levine, LLC

1.    Fifth Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 1, 2011 through May 31, 2012 (Filed July 16, 2012) (Docket No. 12039)

2.    Certification of No Objection Regarding the Fifth Interim Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 1, 2011 through May 31, 2012 (Filed August 17, 2012) (Docket No. 12287)

3.    Fifth Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 1, 2011 through May 31, 2012 (Filed July 10, 2012) (Docket No. 11978)

4.    No Order Required Certification of No Objection Regarding the Fifth Monthly Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period December 1, 2011 through May 31, 2012 (Filed August 17, 2012) (Docket No. 12286)

5.    Fee Examiner's Final Report Regarding the Fifth Interim Fee Application of Campbell & Levine, LLC (Filed January 3, 2013) (Docket No. 12962)

E.    Daniel J. Edelman, Inc.

1.    Tenth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period March 1, 2012 through May 31, 2012 (Filed October 12, 2012) (Docket No. 12562)

2.    Twenty Fourth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc, Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period April 1, 2012 through April 30, 2012 (Filed May 30, 2012) (Docket No. 11721)

3.    Certification of No Objection Regarding Docket No. 11721 (Filed June 21, 2012) (Docket No. 11878)

4.    Fee Examiner's Final Report Regarding the Tenth Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed January 17, 2013) (Docket No. 13072)

F.    <u>Davis Wright Tremaine LLP</u>

1.    Seventh Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed November 5, 2012) (Docket No. 12676)

2.    Certification of No Objection Regarding Docket No. 12676 (Filed November 29, 2012) (Docket No. 12778)

3.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through March 31, 2012 (Filed September 13, 2012) (Docket No. 12415)

4.    Certification of No Objection Regarding Docket No. 12415 (Filed October 5, 2012) (Docket No. 12520)

5.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2012 through April 30, 2012 (Filed September 19, 2012) (Docket No. 12437)

6.    Certification of No Objection Regarding Docket No. 12437 (Filed October 11, 2012) (Docket No. 12549)

7.    Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed September 19, 2012) (Docket No. 12438)

8.    Certification of No Objection Regarding Docket No. 12438 (Filed October 11, 2012) (Docket No. 12550)

9.    Fee Examiner's Final Report Regarding the Seventh Quarterly Fee Application of Davis Wright Tremaine LLP (Filed February 4, 2013) (Docket No. 13153)

G.    <u>Dow Lohnes PLLC</u>

1.    Twelfth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12014)

2.    Certification of No Objection Regarding Docket No. 12014 (Filed August 6, 2012) (Docket No. 12192)

3.    Thirty-Fourth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through March 31, 2012 (Filed May 9, 2012) (Docket No. 11589)

4.    Certification of No Objection Regarding Docket No. 11589 (Filed May 31, 2012) (Docket No. 11729)

5.    Thirty-Fifth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2012 through April 30, 2012 (Filed June 19, 2012) (Docket No. 11846)

6.    Certification of No Objection Regarding Docket No. 11846 (Filed July 11, 2012) (Docket No. 11992)

7.    Thirty-Sixth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 12002)

8.    Certification of No Objection Regarding Docket No. 12002 (Filed August 3, 2012) (Docket No. 12170)

9.    Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Dow Lohnes PLLC (Filed January 18, 2013) (Docket No. 13078)

H.    Ernst & Young LLP

    1.    Tenth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from March 1, 2012 through May 31, 2012 (Filed November 19, 2012) (Docket No. 12735)

    2.    Certification of No Objection Regarding Docket No. 12735 (Filed December 12, 2012) (Docket No. 12842)

    3.    Combined Thirty-Second through Thirty-Fourth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from March 1, 2012 through May 31, 2012 (Filed November 2, 2012) (Docket No. 12656)

    4.    Certification of No Objection Regarding Docket No. 12656 (Filed November 29, 2012) (Docket No. 12776)

    5.    Fee Examiner's Final Report Regarding the Tenth Quarterly Fee Application of Ernst & Young LLP (Filed January 22, 2013) (Docket No. 13087)

I.    Jenner & Block LLP

    1.    Fourteenth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 12006)

    2.    Certification of No Objection Regarding Docket No. 12006 (Filed August 3, 2012) (Docket No. 12174)

    3.    Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed July 11, 2012) (Docket No. 11994)

    4.    Certification of No Objection Regarding Docket No. 11994 (Filed August 3, 2012) (Docket No. 12169)

    5.    Fee Examiner's Final Report Regarding the Fourteenth Quarterly Application of Jenner & Block LLP (Filed January 4, 2013) (Docket No. 12973)

J.      Jones Day (Counsel for Special Committee of Board of Directors of Tribune
                Company)

        1.      Seventh Interim Fee Application of Jones Day for Allowance of
                Compensation and Reimbursement of Expenses for Services Performed on
                Behalf of the Special Committee of the Board of Directors of Tribune
                Company for the Period from March 1, 2012 through May 31, 2012 (Filed
                July 13, 2012) (Docket No. 12025)

        2.      Certification of No Objection Regarding Docket No. 12025 (Filed
                August 6, 2012) (Docket No. 12194)

        3.      Eighteenth Monthly Application of Jones Day for Allowance of
                Compensation and for Reimbursement of Expenses for Services
                Performed on Behalf of the Special Committee of the Board of Directors
                of Tribune Company for the Period from March 1, 2012 through May 31,
                2012 (Filed July 13, 2012) (Docket No. 12009)

        4.      Certification of No Objection Regarding Docket No. 12009 (Filed
                August 6, 2012) (Docket No. 12188)

        5.      Fee Examiner's Final Report Regarding the Seventh Interim Fee
                Application of Jones Day for Services Performed on Behalf of the Special
                Committee of the Board of Directors of Tribune Company (Filed
                January 24, 2013) (Docket No. 13100)

K.      Lazard Freres & Co. LLC

        1.      Fourteenth Interim Fee Application of Lazard Freres & Co. LLC,
                Investment Banker and Financial Advisor to the Debtors for Allowance of
                Compensation and Reimbursement of Expenses for the Period March 1,
                2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12029)

        2.      Certification of No Objection Regarding Docket No. 12029 (Filed
                August 6, 2012) (Docket No. 12197)

        3.      Thirty-Ninth Monthly Application of Lazard Freres & Co. LLC,
                Investment Banker and Financial Advisor to the Debtors for Allowance of
                Compensation and Reimbursement of Expenses for the Period March 1,
                2012 through March 31, 2012 (Filed May 18, 2012) (Docket No. 11646)

        4.      Certification of No Objection Regarding Docket No. 11646 (Filed
                June 20, 2012) (Docket No. 11861)

        5.      Fortieth Monthly Application of Lazard Freres & Co. LLC, Investment
                Banker and Financial Advisor to the Debtors for Allowance of
                Compensation and Reimbursement of Expenses for the Period April 1,
                2012 through April 30, 2012 (Filed May 18, 2012) (Docket No. 11647)

6.     Certification of No Objection Regarding Docket No. 11647 (Filed June 20, 2012) (Docket No. 11862)

7.     Forty-First Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed July 2, 2012) (Docket No. 11938)

8.     Certification of No Objection Regarding Docket No. 11938 (Filed July 25, 2012) (Docket No. 12100)

9.     Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Lazard Freres & Co. LLC (Filed February 4, 2013) (Docket No. 13140)

L.     Levine Sullivan Koch & Schulz, L.L.P.

1.     Eighth Quarterly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of March 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 12007)

2.     Certification of No Objection Regarding Docket No. 12007 (Filed August 3, 2012) (Docket No. 12175)

3.     Twentieth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of March 1, 2012 through March 31, 2012 (Filed April 27, 2012) (Docket No. 11498)

4.     Certification of No Objection Regarding Docket No. 11498 (Filed May 21, 2012) (Docket No. 11655)

5.     Twenty-First Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of April 1, 2012 through April 30, 2012 (Filed June 1, 2012) (Docket No. 11738)

6.     Certification of No Objection Regarding Docket No. 11738 (Filed June 25, 2012) (Docket No. 11892)

7.     Twenty-Second Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of May 1, 2012 through May 31, 2012 (Filed June 28, 2012) (Docket No. 11924)

8.    Certification of No Objection Regarding Docket No. 11924 (Filed July 20, 2012) (Docket No. 12071)

9.    Fee Examiner's Final Report Regarding the Eighth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed January 21, 2013) (Docket No. 13081)

M.    McDermott Will & Emery

1.    Fourteenth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed July 18, 2012) (Docket No. 12051)

2.    Certification of No Objection Regarding Docket No. 12051 (Filed August 9, 2012) (Docket No. 12226)

3.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through March 31, 2012 (Filed June 25, 2012) (Docket No. 11894)

4.    Certification of No Objection Regarding Docket No. 11894 (Filed July 18, 2012) (Docket No. 12056)

5.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2012 through April 30, 2012 (Filed June 27, 2012) (Docket No. 11912)

6.    Certification of No Objection Regarding Docket No. 11912 (Filed July 19, 2012) (Docket No. 12064)

7.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed July 10, 2012) (Docket No. 11979)

8.    Certification of No Objection Regarding Docket No. 11979 (Filed August 1, 2012) (Docket No. 12152)

9.    Fee Examiner's Final Report Regarding the Fourteenth Quarterly Fee Application of McDermott Will & Emery LLP (Filed January 11, 2013) (Docket No. 13028)

N.    Mercer (US) Inc.

1.    Thirteenth Quarterly Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12032)

2.    Thirty-Sixth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from March 1, 2012 through March 31, 2012 (Filed July 13, 2012) (Docket No. 12028)

3.    Thirty-Seventh Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from April 1, 2012 through April 30, 2012 (Filed July 13, 2012) (Docket No. 12030)

4.    Thirty-Eighth Monthly Fee Application of Mercer (US) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Compensation Consultant to the Debtors and Debtors in Possession for the Period from May 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12031)

5.    Fee Examiner's Final Report Regarding the Thirteenth Quarterly Application of Mercer (US) Inc. (Filed January 25, 2013) (Docket No. 13109)

O.    PricewaterhouseCoopers LLP

1.    Fourteenth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12011)

2.    Certification of No Objection Regarding Docket No. 12011 (Filed August 6, 2012) (Docket No. 12190)

3.    Thirty-Third Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12010)

4.    Certification of No Objection Regarding Docket No. 12010 (Filed August 6, 2012) (Docket No. 12189)

5.      Fee Examiner's Final Report Regarding the Fourteenth Interim Fee
        Application of PricewaterhouseCoopers LLP (Filed January 4, 2013)
        (Docket No. 12972)

P.    Reed Smith LLP

1.      Fourteenth Interim Fee Application of Reed Smith LLP, Special Counsel
        for Certain Insurance and Employee-Related Matters to the Debtors and
        Debtors in Possession, for Compensation and Reimbursement of Expenses
        for the Period March 1, 2012 through May 31, 2012 (Filed July 13, 2012)
        (Docket No. 12018)

2.      Certificate of No Objection to Fourteenth Interim Fee Application of Reed
        Smith LLP, Special Counsel for Certain Insurance and Employee-Related
        Matters to the Debtors and Debtors in Possession, for Compensation and
        Reimbursement of Expenses for the Period March 1, 2012 through
        May 31, 2012 (Filed August 15, 2012) (Docket No. 12268)

3.      Thirty-Eighth Monthly Fee Application of Reed Smith LLP, Special
        Counsel for Certain Insurance and Employee-Related Matters to the
        Debtors and Debtors in Possession, for Compensation and Reimbursement
        of Expenses for the Period March 1, 2012 through March 31, 2012 (Filed
        May 8, 2012) (Docket No. 11567)

4.      No Order Required Certificate of No Objection to Thirty-Eighth Monthly
        Fee Application of Reed Smith LLP, Special Counsel for Certain
        Insurance and Employee-Related Matters to the Debtors and Debtors in
        Possession, for Compensation and Reimbursement of Expenses for the
        Period March 1, 2012 through March 31, 2012 (Filed June 20, 2012)
        (Docket No. 11852)

5.      Thirty-Ninth Monthly Fee Application of Reed Smith LLP, Special
        Counsel for Certain Insurance and Employee-Related Matters to the
        Debtors and Debtors in Possession, for Compensation and Reimbursement
        of Expenses for the Period April 1, 2012 through April 30, 2012 (Filed
        June 21, 2012) (Docket No. 11869)

6.      No Order Required Certificate of No Objection to Thirty-Ninth Monthly
        Fee Application of Reed Smith LLP, Special Counsel for Certain
        Insurance and Employee-Related Matters to the Debtors and Debtors in
        Possession, for Compensation and Reimbursement of Expenses for the
        Period April 1, 2012 through April 30, 2012 (Filed August 15, 2012)
        (Docket No. 12266)

7.      Fortieth Monthly Fee Application of Reed Smith LLP, Special Counsel for
        Certain Insurance and Employee-Related Matters to the Debtors and
        Debtors in Possession, for Compensation and Reimbursement of Expenses
        for the Period May 1, 2012 through May 31, 2012 (Filed July 13, 2012)
        (Docket No. 12017)

8.    No Order Required Certificate of No Objection to Fortieth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed August 15, 2012) (Docket No. 12267)

9.    Fee Examiner's Final Report Regarding the Amendment to Fourteenth Interim Fee Application of Reed Smith LLP (Filed January 11, 2013) (Docket No. 13014)

Q.    Seyfarth Shaw LLP

1.    Eleventh Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through May 31, 2012 (Filed July 17, 2012) (Docket No. 12047)

2.    Certification of No Objection Regarding Docket No. 12047 (Filed August 8, 2012) (Docket No. 12223)

3.    Thirtieth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through March 31, 2012 (Filed May 10, 2012) (Docket No. 11590)

4.    Certification of No Objection Regarding Docket No. 11590 (Filed June 1, 2012) (Docket No. 11744)

5.    Thirty-First Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2012 through April 30, 2012 (Filed June 18, 2012) (Docket No. 11832)

6.    Certification of No Objection Regarding Docket No. 11832 (Filed July 11, 2012) (Docket No. 11991)

7.    Thirty-Second Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12026)

8.    Certification of No Objection Regarding Docket No. 12026 (Filed August 6, 2012) (Docket No. 12195)

9.      Fee Examiner's Final Report Regarding the Eleventh Quarterly Fee Application of Seyfarth Shaw LLP (Filed January 21, 2013) (Docket No. 13079)

R.      SNR Denton

1.      Third Quarterly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12016)

2.      Certification of No Objection Regarding Docket No. 12016 (Filed August 6, 2012) (Docket No. 12193)

3.      Fifth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of March 1, 2012 through March 31, 2012 (Filed July 12, 2012) (Docket No. 12003)

4.      Certification of No Objection Regarding Docket No. 12003 (Filed August 3, 2012) (Docket No. 12171)

5.      Sixth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of April 1, 2012 through April 30, 2012 (Filed July 12, 2012) (Docket No. 12004)

6.      Certification of No Objection Regarding Docket No. 12004 (Filed August 3, 2012) (Docket No. 12172)

7.      Seventh Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of May 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 12005)

8.      Certification of No Objection Regarding Docket No. 12005 (Filed August 3, 2012) (Docket No. 12173)

9.      Fee Examiner's Final Report Regarding the Third Quarterly Fee Application of SNR Denton (Filed February 4, 2013) (Docket No. 13143)

S.      Stuart Maue

1.      Thirteenth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12023)

2.      Certification of No Objection Regarding the Thirteenth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of March 1, 2012 through May 31, 2012 (Filed August 6, 2012) (Docket No. 12179)

3.      Thirty-Sixth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through March 31, 2012 (Filed April 25, 2012) (Docket No. 11470)

4.      Certificate of No Objection Regarding the Thirty-Sixth Monthly Application of Stuart Maue (Related to Docket No. 11470) (Filed May 17, 2012) (Docket No. 11639)

5.      Thirty-Seventh Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2012 through April 30, 2012 (Filed May 30, 2012) (Docket No. 11723)

6.      Certificate of No Objection Regarding the Thirty-Seventh Monthly Application of Stuart Maue (Related to Docket No. 11723) (Filed June 26, 2012) (Docket No. 11895)

7.      Thirty-Eighth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed June 29, 2012) (Docket No. 11932)

8.      Certificate of No Objection Regarding the Thirty-Eighth Monthly Application of Stuart Maue (Related to Docket No. 11932) (Filed July 20, 2012) (Docket No. 12067)

T.      Chadbourne & Parke LLP

1.      Fourteenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 11998)

2.      Thirty-Ninth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2012 through March 31, 2012 (Filed April 26, 2012) (Docket No. 11476)

3.      Certificate of No Objection to Application Re: Docket No. 11476 (Filed May 18, 2012) (Docket No. 11649)

4.    Fortieth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2012 through April 30, 2012 (Filed May 25, 2012) (Docket No. 11695)

5.    Certificate of No Objection to Application Re: Docket No. 11695 (Filed June 18, 2012) (Docket No. 11833)

6.    Forty-First Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2012 through May 31, 2012 (Filed June 26, 2012) (Docket No. 11896)

7.    Certificate of No Objection to Application Re: Docket No. 11896 (Filed July 18, 2012) (Docket No. 12055)

8.    Fee Examiner's Final Report Regarding the Fourteenth Interim Application of Chadbourne & Parke LLP (Filed January 16, 2013) (Docket No. 13065)

U.    <u>Landis Rath & Cobb LLP</u>

1.    Fourteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed July 12, 2012) (Docket No. 11999)

2.    Thirty-Ninth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed April 26, 2012) (Docket No. 11484)

3.    Certificate of No Objection to Application Re: Docket No. 11484 (Filed May 18, 2012) (Docket No. 11650)

4.    Fortieth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 30, 2012) (Docket No. 11722)

5.    Certificate of No Objection to Application Re: Docket No. 11722 (Filed June 21, 2012) (Docket No. 11875)

6.    Forty-First Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 27, 2012) (Docket No. 11913)

7.     Certificate of No Objection to Application Re: Docket No. 11913 (Filed July 19, 2012) (Docket No. 12063)

8.     Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed January 18, 2013) (Docket No. 13077)

V.     AlixPartners, LLP

1.     Fourteenth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 1, 2012 through May 31, 2012 (Filed July 12, 2012) (Docket No. 12000)

2.     Thirty Ninth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 7, 2012) (Docket No. 11549)

3.     Certificate of No Objection to Application Re: Docket No. 11549 (Filed May 31, 2012) (Docket No. 11727)

4.     Fortieth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed May 31, 2012) (Docket No. 11730)

5.     Certificate of No Objection to Application Re: Docket No. 11730 (Filed June 22, 2012) (Docket No. 11886)

6.     Forty-First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 6, 2012) (Docket No. 11950)

7.     Certificate of No Objection to Application Re: Docket No. 11950 (Filed July 30, 2012) (Docket No. 12132)

8.     Fee Examiner's Final Report Regarding the Fourteenth Interim Application of AlixPartners, LLP (Filed January 17, 2013) (Docket No. 13069)

W.     Moelis & Company LLC

1.     Fourteenth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2012 through May 31, 2012 (Filed July 13, 2012) (Docket No. 12022)

2.      Thirty-Ninth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period March 1, 2012 through March 31, 2012 (Filed May 1, 2012) (Docket No. 11511)

3.      Certificate of No Objection to Application Re: Docket No. 11511 (Filed May 23, 2012) (Docket No. 11679)

4.      Fortieth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period April 1, 2012 through April 30, 2012 (Filed May 29, 2012) (Docket No. 11707)

5.      Certificate of No Objection to Application Re: Docket No. 11707 (Filed June 21, 2012) (Docket No. 11874)

6.      Forty-First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period May 1, 2012 through May 31, 2012 (Filed June 29, 2012) (Docket No. 11925)

7.      Certificate of No Objection to Application Re: Docket No. 11925 (Filed July 23, 2012) (Docket No. 12076)

8.      Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Moelis & Company LLC (Filed January 17, 2013) (Docket No. 13071)

X.    Seitz, Van Ogtrop & Green, P.A.

1.      Quarterly Fee Application for the Fourteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period March 1, 2012 through May 31, 2012 (Filed June 28, 2012) (Docket No. 11921)

2.      Certificate of No Objection to Application Re: Docket Nos. 11918, 11919, 11920 and 11921 (Filed July 20, 2012) (Docket No. 12068)

3.      Eighth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed June 28, 2012) (Docket No. 11918)

4.      Certificate of No Objection to Application Re: Docket Nos. 11918, 11919, 11920 and 11921 (Filed July 20, 2012) (Docket No. 12068)

5.      Ninth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special
        Conflicts Counsel to the Official Committee of Unsecured Creditors, for
        Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C.
        §§ 330 and 331 (Filed June 28, 2012) (Docket No. 11919)

6.      Certificate of No Objection to Application Re: Docket Nos. 11918, 11919,
        11920 and 11921 (Filed July 20, 2012) (Docket No. 12068)

7.      Tenth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special
        Conflicts Counsel to the Official Committee of Unsecured Creditors, for
        Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C.
        §§ 330 and 331 (Filed June 28, 2012) (Docket No. 11920)

8.      Certificate of No Objection to Application Re: Docket Nos. 11918, 11919,
        11920 and 11921 (Filed July 20, 2012) (Docket No. 12068)

9.      Fee Examiner's Final Report Regarding the Quarterly Fee Application for
        the Fourteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A. (Filed
        January 21, 2013) Docket No. 13080)

Y.      Zuckerman Spaeder LLP

1.      Eleventh Interim Fee Application of Zuckerman Spaeder LLP for Interim
        Approval and Allowance of Compensation and Reimbursement of
        Expenses (Filed July 13, 2012) (Docket No. 12021)

2.      Thirty-Second Monthly Application of Zuckerman Spaeder LLP for
        Interim Allowance of Compensation and Reimbursement of Expenses
        (Filed May 4, 2012) (Docket No. 11539)

3.      Certificate of No Objection to Application Re: Docket No. 11539 (Filed
        May 29, 2012) (Docket No. 11708)

4.      Thirty-Third Monthly Application of Zuckerman Spaeder LLP for Interim
        Allowance of Compensation and Reimbursement of Expenses (Filed
        June 5, 2012) (Docket No. 11757)

5.      Certificate of No Objection to Application Re: Docket No. 11757 (Filed
        June 27, 2012) (Docket No. 11910)

6.      Thirty-Fourth Monthly Application of Zuckerman Spaeder LLP for
        Interim Allowance of Compensation and Reimbursement of Expenses
        (Filed July 9, 2012) (Docket No. 11976)

7.      Certificate of No Objection to Application Re: Docket No. 11976 (Filed
        August 1, 2012) (Docket No. 12150)

8.   Fee Examiner's Final Report Regarding the Eleventh Interim Fee Application of Zuckerman Spaeder LLP (Filed January 22, 2013) (Docket No. 13088)

Z.   <u>Committee Members</u>

1.   Twentieth Monthly Application of the Official Committee of Unsecured Creditors for Reimbursement of Committee Members' Expenses Pursuant to 11 U.S.C. § 503(b)(3)(F) (Filed April 25, 2012) (Docket No. 11471)

2.   Certificate of No Objection to Application Re: Docket No. 11471 (Filed May 18, 2012) (Docket No. 11648)

3.   Fee Examiner's Final Report Regarding the Twentieth Monthly Application of the Official Committee of Unsecured Creditors (Filed December 11, 2012) (Docket No. 12834)