**<u>EXHIBIT 1</u>**

**REVISED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket No. 13048 and 13132** |

### ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 507(a)(4) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims ("Objection"), by which the Debtors[2] request entry of an order pursuant to sections 502(b) and 507(a)(4) of the Bankruptcy Code,[3] Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E, attached hereto; and upon consideration of the Bourgon Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Certain of the Debtors listed on the exhibits attached hereto have undertaken Restructuring Transactions (as described in Plan), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

[3] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, solely with respect to the Debtors' Objection to Claim No. 3228 of Edwin M. Foard, III, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being March 13, 2013, or such other time as the Court directs or the parties consent, and the parties reserve all rights with respect to such claim and the Objection; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED, that the value of each of the Modified Amount Claims set forth on the attached Exhibit A is hereby fixed and/or reduced and allowed at the dollar value listed under the column heading "Modified Amount;" and it is further

ORDERED, that the value of the Modified Amount, Modified Priority Claim set forth on the attached Exhibit B is hereby reduced and allowed at the dollar value listed under the column heading "Modified Claim Amount" and such claim is modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the value of each of the Modified Amount, Modified Priority, Modified Debtor Claims set forth on the attached Exhibit C is hereby reduced and allowed at the dollar value listed under the column heading "Modified Amount," the priority of each such claim is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED, that the priority of each of the Modified Priority Claims set forth on the attached Exhibit D is hereby modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the priority of each Modified Priority, Modified Debtor Claims set forth on the attached Exhibit E is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;"and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February _____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

## EXHIBIT A

**Modified Amount Claims**

-9250605v

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: MANZI, JOHN | 3223 | Tribune Broadcast Holdings, Inc. | Unsecured | $229,738.58 | $223,093.58 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| 2 | KLEINSCHMIDT, DON | 6136 | Chicago Tribune Company | Unsecured | Undetermined* | $8,511.75 | Claim amount liquidated to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| | | | | TOTAL | $229,738.58 | $231,605.33 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT B

## Modified Amount, Modified Priority Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 1 | HOSLER, KAREN A | 2281 | The Baltimore Sun Company | Priority | $12,477.81 | Unsecured | $12,121.13 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records and reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $12,477.81 | TOTAL | $12,121.13 | |

# EXHIBIT C

## Modified Amount, Modified Priority, Modified Debtor Claims

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 65: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EDLUND, RICK | 3271 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$21,644.00<br>$32,594.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $1,877.58<br>$19,766.42<br>$21,644.00 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 2 | FAULLER, BILLY L. III | 3274 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $4,224.00<br>$4,224.00<br>$8,448.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $604.39<br>$3,619.61<br>$4,224.00 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 3 | NORMAN, PEGGY L | 2613 | No Debtor Asserted | Priority | $5,225.00 | Los Angeles Times Communications LLC | Unsecured | $4,997.30 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 4 | NULSEN, JOHN | 3273 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $1,286.00<br>$1,286.00<br>$2,572.00 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $105.31<br>$1,180.69<br>$1,286.00 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 5 | PULLEY, DAN | 3272 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $2,276.80<br>$2,276.80<br>$4,553.60 | KPLR, Inc. | Priority<br>Unsecured<br>Subtotal | $83.70<br>$2,193.10<br>$2,276.80 | Claim amount reduced and claim Debtor modified to reflect claimant's remaining prepetition liability per Debtors' books and records. Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $53,392.60 | | TOTAL | $34,428.10 | |

## **EXHIBIT D**

**Modified Priority Claims**

-9250605v

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | REASON |
|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | |
| 1 | ARMSTEAD, BLISS E | 2165 | Virginia Gazette Companies, LLC | Priority | $5,788.71 | Unsecured | $5,788.71 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 2 | ASM CAPITAL, L.P. TRANSFEROR: RIGGLE, JOHN | 3640 | Tribune Television Company | Priority Unsecured Subtotal | $10,950.00 $127,380.77 $138,330.77 | Priority Unsecured Subtotal | $1,540.18 $136,790.59 $138,330.77 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 3 | BROWN, MARVIN | 708 | KPLR, Inc. | Priority Unsecured Subtotal | $10,950.00 $41,634.00 $52,584.00 | Priority Unsecured Subtotal | $1,159.05 $51,424.95 $52,584.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 4 | BURKE, MICHAEL P | 1691 | Orlando Sentinel Communications Company | Priority | $3,334.62 | Unsecured | $3,334.62 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 5 | BURKE, SUSAN B | 3410 | KPLR, Inc. | Priority | $50,440.13 | Priority Unsecured Subtotal | $708.89 $49,731.24 $50,440.13 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 6 | CAMACHO, JOSE A | 2156 | Chicago Tribune Company | Priority | $7,187.70 | Priority Unsecured Subtotal | $61.34 $7,126.36 $7,187.70 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 7 | CASTELLUZZO, RENEEE | 2589 | Chicago Tribune Company | Priority Unsecured Subtotal | $10,950.00 $10,742.31 $21,692.31 | Unsecured | $21,692.31 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 8 | CHANNON, MARK P. | 6086 | The Hartford Courant Company | Priority | $3,855.85 | Unsecured | $3,855.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 9 | GALAUSKAS, JAMES | 2699 | Chicago Tribune Company | Priority | $8,511.75 | Priority Unsecured Subtotal | $80.92 $8,430.83 $8,511.75 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 10 | JENKINS, ALLIE L | 2849 | Orlando Sentinel Communications Company | Priority | $3,401.74 | Unsecured | $3,401.74 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 11 | KELLEY, GERALD | 444 | KWGN Inc. | Priority | $22,482.85 | Priority Unsecured Subtotal | $1,061.29 $21,421.56 $22,482.85 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 12 | LOCHRIDGE, MICHAEL W | 2028 | Orlando Sentinel Communications Company | Priority | $8,105.40 | Unsecured | $8,105.40 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 13 | MARTIN, ROBERTA | 2599 | Orlando Sentinel Communications Company | Priority | $5,413.85 | Unsecured | $5,413.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 14 | MOREHOUSE, L CLARK III | 3617 | Tribune Entertainment Company | Priority Unsecured Subtotal | $10,950.00 $203,963.46 $214,913.46 | Priority Unsecured Subtotal | $730.46 $214,183.00 $214,913.46 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 15 | POOLE, ANDREW L | 2340 | Chicago Tribune Company | Priority | $8,511.75 | Priority Unsecured Subtotal | $83.26 $8,428.49 $8,511.75 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 16 | ROONEY, DONALD | 4777 | KWGN Inc. | Priority Unsecured Subtotal | $10,950.00 $32,926.92 $43,876.92 | Unsecured | $43,876.92 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 17 | STANCZAK, DIANEA | 4420 | The Morning Call, Inc. | Priority | $11,304.97 | Unsecured | $11,304.97 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 18 | UNITED STATES DEBT RECOVERY IIA, LLC TRANSFEROR: GARCIA, MAT | 502 | KWGN Inc. | Priority | $161,932.00 | Priority Unsecured Subtotal | $8,489.23 $153,442.77 $161,932.00 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 19 | WHISLER, JACK | 2320 | Chicago Tribune Company | Priority Unsecured Subtotal | $4,519.23 $81,346.15 $85,865.38 | Priority Unsecured Subtotal | $3,881.31 $81,984.07 $85,865.38 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| 20 | WHITMORE, DONALD E | 2237 | Orlando Sentinel Communications Company | Priority | $3,778.85 | Unsecured | $3,778.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 21 | WOLLNEY, JOHN | 2252 | Tribune Media Net, Inc. | Priority Unsecured Subtotal | $10,950.00 $4,103.50 $15,053.50 | Unsecured | $15,053.50 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 22 | ZERWEKH, JAMES D | 4413 | KWGN Inc. | Priority Unsecured Subtotal | $10,950.00 $234,165.35 $245,115.35 | Priority Unsecured Subtotal | $3,773.10 $241,342.25 $245,115.35 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $1,121,481.86 | TOTAL | $1,121,481.86 | |

# EXHIBIT E

## Modified Priority, Modified Debtor Claims

-9250605v

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 65: EXHIBIT E – MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SAVINO, RICHARD | 446 | No Debtor Asserted | Priority | $15,383.00 | KWGN Inc. | Priority | $1,085.40 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | | Unsecured | $14,297.60 | |
| | | | | | | | Subtotal | $15,383.00 | |
| 2 | SMITH, KATHERINE F. | 719 | Tribune Company | Priority | $2,508.48 | The Daily Press, Inc. | Unsecured | $2,508.48 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | TOTAL | $17,891.48 | | TOTAL | $17,891.48 | |