# EXHIBIT 2

## BLACK-LINE REVISED ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket No. ~~——~~ 13048 and 13132 |

## ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 507(a)(4) OF THE BANKRUPTCY CODE,

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each ~~Debtor~~entity's federal tax identification number, are: Tribune Company (0355); ~~435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258);~~ California Community News ~~Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434~~, LLC (5306); Chicago Tribune Company, LLC (3437); ~~Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579);~~ Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, ~~Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp.~~ LLC (1352); forsalebyowner.com, LLC (~~0219~~4276); ForSaleByOwner.com Referral Services, ~~LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033~~ LLC (9205); Hoy Publications, LLC (2352); ~~InsertCo, Inc. (2663);~~ Internet Foreclosure Service, ~~Inc.~~ LLC (6550); ~~JuliusAir Company~~KDAF, LLC (~~9479); JuliusAir Company II, LLC~~ 6969); KIAH ~~Inc.~~, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB ~~Inc.~~, LLC (7035); KTLA ~~Inc.~~, LLC (3404); KTXL, LLC (3844); KWGN ~~Inc.~~, LLC (5347); Los Angeles Times Communications LLC (1324); ~~Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416);~~ Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); ~~Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056);~~ Oak Brook Productions, ~~Inc.~~ LLC (2598); Orlando Sentinel Communications Company, LLC (3775); ~~Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276);~~ Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, ~~Inc.~~ LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, ~~Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325~~ LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune ~~Broadcast Holdings, Inc. (4438~~ 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting ~~Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club~~ Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct ~~Marketing, Inc.~~ Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune ~~Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847~~ Investments, LLC (6362); Tribune Media Services, ~~Inc.~~ LLC (1080); Tribune ~~Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune-NM, Inc. (9939~~ Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television ~~Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television~~ New Orleans, Inc. (4055); Tribune ~~Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc.~~ Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); ~~WLVI Inc. (8074~~ WPHL, LLC (6896); ~~and~~ WPIX, ~~Inc.~~ LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The ~~Debtors'~~ corporate headquarters and the mailing address for each ~~Debtor~~entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims ("Objection"), by which the Debtors[2] request entry of an order pursuant to sections 502(b) and 507(a)(4) of the Bankruptcy Code,[3] Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying the Disputed Claims set forth on <u>Exhibit A</u>, <u>Exhibit B</u>, <u>Exhibit C</u>, <u>Exhibit D</u>, and <u>Exhibit E</u>, attached hereto; and upon consideration of the Bourgon Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained <u>as set forth herein</u>; and it is further

<u>ORDERED that, solely with respect to the Debtors' Objection to Claim No. 3228 of Edwin M. Foard, III, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being March 13, 2013, or such other time as the Court directs or the parties consent, and the parties reserve all rights with respect to such claim and the Objection; and it is further</u>

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED, that the value of each of the Modified Amount Claims set forth on the attached <u>Exhibit A</u> is hereby fixed and/or reduced and allowed at the dollar value listed under the column heading "Modified Amount;" and it is further

---

[2] ~~Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection~~<u>Certain of the Debtors listed on the exhibits attached hereto have undertaken Restructuring Transactions (as described in Plan), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.</u>

[3] <u>Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.</u>

~~CH1-7448944v.1~~

ORDERED, that the value of the Modified Amount, Modified Priority Claim set forth on the attached Exhibit B is hereby reduced and allowed at the dollar value listed under the column heading "Modified Claim Amount" and such claim is modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the value of each of the Modified Amount, Modified Priority, Modified Debtor Claims set forth on the attached Exhibit C is hereby reduced and allowed at the dollar value listed under the column heading "Modified Amount," the priority of each such claim is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;"and it is further

ORDERED, that the priority of each of the Modified Priority Claims set forth on the attached Exhibit D is hereby modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the priority of each Modified Priority, Modified Debtor Claims set forth on the attached Exhibit E is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;"and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        February _____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

## Modified Amount Claims

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 65: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: MANZI, JOHN | 3223 | Tribune Broadcast Holdings, Inc. | Unsecured | $229,738.58 | $223,093.58 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| 2 | KLEINSCHMIDT, DON | 6136 | Chicago Tribune Company | Unsecured | Undetermined* | $8,511.75 | Claim amount liquidated to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| | | | | TOTAL | $229,738.58 | $231,605.33 | |

Deleted: 2
Deleted: 3
Deleted: $509,012.06
Deleted: 244,076.40

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

## EXHIBITS B – E

**INTENTIONALLY OMITTED**