# EXHIBIT C

## Insufficient Documentation Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 64: EXHIBIT C – INSUFFICIENT DOCUMENTATION

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 BRASS RING LLC<br>343 WINTER STREET<br>WALTHAM, MA 02451 | 08-13141 | Tribune Company | 06/12/2009 | 5440 | $19,526.00 | Claimant provided insufficient documentation to support claim amount and did not provide additional documentation after multiple requests. |
| | | | | Total | $19,526.00 | |

Page 1 of 1