TRIBUNE COMPANY, et al.
Case No. 08-13141 (KJC)
Exhibit A to Omnibus Order Approving Fee Applications
for the Compensation Period March 1, 2012 - May 31, 2012

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 12046 | $362,210.50 | $15,260.81 | $377,471.31 |
| Sidley Austin LLP (Counsel to Debtors) | 12307 | $5,416,964.91 | $180,323.66 | $5,597,288.57 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 12038 | $1,635,272.00 | $3,989.86 | $1,639,261.86 |
| Campbell & Levine, LLC* (Special Litigation Counsel to Debtors) | 12039 | $1,411.50 | $86.20 | $1,497.70 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 12562 | $11,865.00 | $800.00 | $12,665.00 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12676 | $401,808.47 | $23,930.32 | $425,738.79 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) | 12014 | $560,018.00 | $6,002.82 | $566,020.82 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) | 12735 | $41,355.00 | $75.00 | $41,430.00 |
| Jenner & Block LLP (Special Counsel to Debtors) | 12006 | $1,694.50 | $0.00 | $1,694.50 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) | 12025 | $54,665.00 | $1,823.97 | $56,488.97 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 12029 | $600,000.00 | $220.91 | $600,220.91 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) | 12007 | $28,245.00 | $5,927.51 | $34,172.51 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12051 | $1,082,804.20 | $39,958.60 | $1,122,762.80 |
| Mercer (US) Inc. (Compensation Consultant to Debtors) | 12032 | $33,339.86 | $8,726.98 | $42,066.84 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 12011 | $163,694.40 | $3,294.00 | $166,988.40 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 12018 | $116,926.50 | $66,934.31 | $183,860.81 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 12047 | $302,588.60 | $11,458.44 | $314,047.04 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) | 12016 | $122,360.04 | $1,722.60 | $124,082.64 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 12023 | $477,725.00 | $2,500.69 | $480,225.69 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) | 11998 | $1,245,280.00 | $42,108.39 | $1,287,388.39 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) | 11999 | $783,194.00 | $129,774.94 | $912,968.94 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) | 12000 | $248,064.75 | $2,089.03 | $250,153.78 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) | 12022 | $600,000.00 | $1,202.49 | $601,202.49 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) | 11921 | $10,709.00 | $1,124.15 | $11,833.15 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) | 12021 | $273,476.00 | $23,462.55 | $296,938.55 |
| Creditors' Committee Members: Wayne Smith, Warner Brothers; William Salganik and Robert E. Paul, Esq., Washington-Baltimore Newspaper Guild** | 11471 | N/A | $2,534.10 | $2,534.10 |

\* The Interim Period is December 1, 2011 - May 31, 2012.
\*\* The Interim Period is March 2012.