# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Hearing Date: March 13, 2013 at 1:00 p.m.<br>Objection Deadline: March 6, 2013 at 4:00 p.m. |

## NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE REORGANIZED DEBTORS TO (I) LIQUIDATE AND ALLOW THE CLAIMS OF CERTAIN RETIREES IN ACCORDANCE WITH THE FORMULAS AND PRINCIPLES SET FORTH IN THE RETIREE CLAIMANT SETTLEMENT AGREEMENT INCORPORATED INTO THE CONFIRMED PLAN AND (II) OTHERWISE ADJUST SUCH CLAIMS AS NECESSARY TO CONFORM TO THE DEBTORS' RECORDS

TO:   (i) the Office of the United States Trustee; (ii) the claimants listed on Exhibit A through Exhibit H to the Motion and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b).

> The Motion seeks to adjust the amount of certain retirement-related claims against the Debtors. Your rights may be affected by the Motion. Individuals receiving the Motion should locate their name on Schedule 1 attached to the Motion to learn which of the lettered exhibits, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, or Exhibit H, contains the grounds for the adjustment pertaining to their claim amount and the relief being sought by the Reorganized Debtors. If you disagree with the amount, classification, or the priority of your claim as it is listed in the Exhibits attached to the Motion, you MUST file an objection to the Motion in accordance with the procedures set forth herein.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9251368v1

PLEASE TAKE NOTICE that, on February 11, 2013, the reorganized debtors in the above-captioned chapter 11 cases filed the **Motion For An Order Authorizing The Reorganized Debtors To (I) Liquidate And Allow The Claims Of Certain Retirees In Accordance With The Formulas And Principles Set Forth In The Retiree Claimant Settlement Agreement Incorporated Into The Confirmed Plan And (II) Otherwise Adjust Such Claims As Necessary To Conform To The Debtors' Records** (the "Motion"), which seeks entry of an order (i) authorizing the Reorganized Debtors to (a) liquidate and allow eighty-six (86) retirement-related claims (the "Similar Retiree Claims") in accordance with the formulas and principles that were used to liquidate and allow the similarly situated retirement-related claims set forth in the retiree claimant settlement agreement attached as Exhibit 5.15.4 to the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (b) reduce, fix, reassign, change the classification of and/or priority of, and disallow portions of the Similar Retiree Claims as further specified in the Motion; (ii) authorizing Epiq Bankruptcy Solutions, LLC to modify each of the Similar Retiree Claims on the official claims register maintained in these chapter 11 cases in accordance with the relief requested in the Motion; and (iii) waiving the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and Rules 1009-2 and 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, to the extent such rules are not satisfied in the Motion.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before 4:00 p.m. (Eastern Time) on March 6, 2013** (the "Objection Deadline").

A HEARING ON THE MOTION WILL BE HELD ON **MARCH 13, 2013 AT 1:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Date: February 11, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kenneth P. Kansa
Kerriann S. Mills
Michael T. Gustafson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS