**Schedule 1**

# TRIBUNE COMPANY, ET AL

## SIMILARLY-SITUATED RETIREE PLEADING: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 1  | ALBERT, DONALD R. | A |
| 2  | AUTRY, JACQUELINE | A |
| 3  | BANKSON, JACK | A |
| 4  | BENTON, JOSEPH | A |
| 5  | BING, PETER | A |
| 6  | BIRDWELL, JERRELL | B |
| 7  | BOLTON, PERRY J | A |
| 8  | BOWINGS, ROBERT L. | A |
| 9  | BRINK, JENNY L. | D |
| 10 | BRUMBACK, CHARLES | A |
| 11 | CALIANESE, ANTHONY J. | F |
| 12 | CALLENDER, HELEN C | A |
| 13 | CASSARA, ANTHONY | A |
| 14 | CASTELLUZZO, RENEE | H |
| 15 | CHIDSEY, MARY | A |
| 16 | CLARIDGE, JOAN | A |
| 17 | CLARK, MARYELLEN | A |
| 18 | CLENDENIN, MICHAEL | A |
| 19 | COLLINS, KEVIN P. | B |
| 20 | COLOSIMO, ANTHONY C. | A |
| 21 | COOK, STANTON | A |
| 22 | CZARK, RICHARD | A |
| 23 | DEYOUNG, BRUCE | A |
| 24 | DISCH, JAMES | A |
| 25 | ENGELMANN, THOMAS J | A |
| 26 | FOWLER, RUTH H | A |

# TRIBUNE COMPANY, ET AL

## SIMILARLY-SITUATED RETIREE PLEADING: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 27 | FRANCO, JOHN J. | A |
| 28 | FRANZESE, PHILIP C. | E |
| 29 | FREED, DONNA | A |
| 30 | FURGURSON, ERNEST | A |
| 31 | GILMARTIN, JOHN | C |
| 32 | GILMORE, GUY | A |
| 33 | GOLD, LOUIS | D |
| 34 | GOLDENBERG, BARRY | D |
| 35 | GOLDENBERG, MARIE | D |
| 36 | GRIDER, SHIRLEY | A |
| 37 | HILL, BONNIE G. | A |
| 38 | HOLDEN, BETSY | A |
| 39 | HYLAND-SAVAGE, GAIL R. | A |
| 40 | INBORNONE, JOSEPH | D |
| 41 | JAMES, WINFIELD H. | A |
| 42 | KAMMERAAD-DECKER, SHARON | D |
| 43 | KARCH, HELEN | A |
| 44 | KAVANAUGH, ROBERT H | A |
| 45 | KELLER, JULIA E | A |
| 46 | LICHTMAN, RONALD | B |
| 47 | MC CRORY, JOHN J | A |
| 48 | MCCUTCHEON, RAYMOND J | A |
| 49 | MOONEY, RICHARD | A |
| 50 | MURPHY, KEVIN | A |
| 51 | NELSON, ROBERT | A |
| 52 | NOGALES, LUIS | A |

# TRIBUNE COMPANY, ET AL

## SIMILARLY-SITUATED RETIREE PLEADING: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 53 | O'NEILL, MICHAEL | G |
| 54 | PATTON, DONALD | A |
| 55 | PEPER, GEORGE F. | A |
| 56 | POPE(PASCALE), MARTHA | D |
| 57 | QUAAL, WARD | D |
| 58 | QUINN, MEREDITH | A |
| 59 | REID, WALTON | B |
| 60 | REYNOLDS, JANE | B |
| 61 | RHEIN, ESTHER | D |
| 62 | RIES, MARCIA | A |
| 63 | ROHRBACH, JEANNE | A |
| 64 | ROLLERI, WILLIAM | A |
| 65 | SCHRETER, MICHAEL | B |
| 66 | SCHULZ, DIANA | A |
| 67 | SCHULZ, PAUL | A |
| 68 | SCHURRLEVIN, CAROLYN | A |
| 69 | SETTLES JR, JACK ROSS | A |
| 70 | SHAW, JACQUELINE | A |
| 71 | SHELDON, EDWARD M | D |
| 72 | SPENCER, GILMAN | A |
| 73 | SPONSELLER, MYRA KATHRYN | C |
| 74 | STERNE, JOSEPH | A |
| 75 | STOGSDILL, CAROLANN | A |
| 76 | SUKLE, TIMOTHY A. | A |
| 77 | THOMSON, JEAN | A |
| 78 | TOLAND, JAMES | A |

# TRIBUNE COMPANY, ET AL

## SIMILARLY-SITUATED RETIREE PLEADING: SCHEDULE I

|    | NAME | EXHIBIT |
|----|------|---------|
| 79 | TRYHANE, GERALD | A |
| 80 | VANTINE, MARK A. | A |
| 81 | WILLS, JOHN | A |
| 82 | WITTMAN, JOHN W | A |
| 83 | WOOD, BARBARA | A |
| 84 | XANDERS, JULIE | A |
| 85 | ZEPPETELLO, MICHELLE | A |
| 86 | ZERWEKH, JAMES D | H |