# EXHIBIT B

## Modified Amount, Modified Priority Claim

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | PRIORITY STATUS | AMOUNT | PRIORITY STATUS | AMOUNT |
| 1 | BIRDWELL, JERRELL | 4417 | KTLA Inc. | Priority | $235,265.18 | Unsecured | $104,774.73 |
| 2 | COLLINS, KEVIN P. | 2451 | Tribune Company | Priority | $14,494.00 | Unsecured | $15,242.17 |
| 3 | LICHTMAN, RONALD | 2718 | Tribune Company | Priority | $29,673.00 | Unsecured | $39,706.10 |
| 4 | REID, WALTON | 2661 | KTLA Inc. | Priority Unsecured Subtotal | $0.00 $80,608.04 $80,608.04 | Unsecured | $105,424.01 |
| 5 | REYNOLDS, JANE | 3693 | KTLA Inc. | Priority | $8,713.31* | Unsecured | $494,890.54 |
| 6 | SCHRETER, MICHAEL | 3590 | KTLA Inc. | Priority | $343,397.38 | Unsecured | $299,163.66 |
| | | | | TOTAL | $712,150.91 | TOTAL | $1,059,201.21 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1