# EXHIBIT C

**Modified Amount, Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

|   | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|------|---------|--------|--------------------------|-----------------|-----------------|--------------------------|-----------------|
| 1 | GILMARTIN, JOHN | 6311 | Tribune Company | Priority | $436.00 | WPIX, Inc. | Unsecured | $557.37 |
|   |      |      |      | Unsecured | $436.00 |      |      |      |
|   |      |      |      | Subtotal | $872.00 |      |      |      |
| 2 | SPONSELLER, MYRA | 3402 | No Debtor Asserted | Priority | $502.58* | KTLA Inc. | Unsecured | $130,033.57 |
|   |      |      |      | TOTAL | $1,374.58 |      | TOTAL | $130,590.94 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1