# EXHIBIT D

## Modified Amount, Modified Debtor

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT D – MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BRINK, JENNY L. | 5898 | Tribune Company | Unsecured | Undetermined* | WPIX, Inc. | $70,409.02 |
| 2 | GOLD, LOUIS | 2411 | Tribune Company | Unsecured | $73,207.00 | WPIX, Inc. | $87,535.14 |
| 3 | GOLDENBERG, BARRY | 4294 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $302,105.29 |
| 4 | GOLDENBERG, MARIE | 4293 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $294,279.24 |
| 5 | INBORNONE, JOSEPH | 1296 | No Debtor Asserted | Unsecured | Undetermined* | Tribune Company | $46,761.62 |
| 6 | KAMMERAAD-DECKER, SHARON | 152034860 | Chicago Tribune Company | Unsecured | $94,288.35* | Tribune Company | $100,638.42 |
| 7 | POPE (PASCALE), MARTHA | 3659 | Tribune New York Newspaper Holdings, LLC | Unsecured | $90,618.86 | Tribune Broadcasting Company | $97,763.67 |
| 8 | QUAAL, WARD | 252004400 | WGN Continental Broadcasting Company | Unsecured | $181,033.90* | Tribune Broadcasting Company | $207,748.40 |
| 9 | RHEIN, ESTHER | 4292 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $379,069.44 |
| 10 | SHELDON, EDWARD M | 1587 | Tribune Media Net, Inc. | Unsecured | $5,850.00 | Chicago Tribune Company | $6,072.51 |
| | | | | | TOTAL $1,494,998.11 | TOTAL | $1,592,382.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts