## EXHIBIT E

**Modified Amount, Reclassified Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT E – MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | FRANZESE, PHILIP C. | 2872 | Star Community Publishing Group, LLC | Secured | $218,750.25 | Unsecured | $199,974.99 |
| | | | | TOTAL | $218,750.25 | TOTAL | $199,974.99 |