# EXHIBIT F

**Modified Amount, Reclassified, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT F – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CALIANESE, ANTHONY J. | 1650 | Tribune Company | Secured | $143,055.00 | WPIX, Inc. | Unsecured | $70,964.29 |
| | | | | TOTAL | $143,055.00 | | TOTAL | $70,964.29 |

Page 1 of 1