# EXHIBIT G

**Modified Amount, Reclassified, Modified Debtor, Modified Priority Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT G – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS/CLASS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS/CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | O'NEILL, MICHAEL | 2937 | Tribune Company | Priority Secured | $118,284.00 $118,284.00 | WPIX, Inc. | Unsecured | $148,364.68 |
| | | | | Subtotal | $236,568.00 | | | |
| | | | | TOTAL | $236,568.00 | | TOTAL | $148,364.68 |

Page 1 of 1