# EXHIBIT H

## Modified Priority Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT H – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | CASTELLUZZO, RENEE | 2588 | Tribune Company | Priority | $191.75 | Unsecured | $191.75 |
| 2 | ZERWEKH, JAMES D | 6083 | Tribune Company | Priority | $453.59 | Unsecured | $453.59 |
| | | | | TOTAL | $645.34 | TOTAL | $645.34 |

Page 1 of 1