# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 13048 and 13132** |

### ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 507(a)(4) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims ("Objection"), by which the Debtors[2] request entry of an order pursuant to sections 502(b) and 507(a)(4) of the Bankruptcy Code,[3] Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, modifying the Disputed Claims set forth on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E, attached hereto; and upon consideration of the Bourgon Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Certain of the Debtors listed on the exhibits attached hereto have undertaken Restructuring Transactions (as described in Plan), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

[3] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, solely with respect to the Debtors' Objection to Claim No. 3228 of Edwin M. Foard, III, the Objection is continued to the next omnibus hearing date scheduled in these chapter 11 cases, being March 13, 2013, or such other time as the Court directs or the parties consent, and the parties reserve all rights with respect to such claim and the Objection; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED, that the value of each of the Modified Amount Claims set forth on the attached Exhibit A is hereby fixed and/or reduced and allowed at the dollar value listed under the column heading "Modified Amount;" and it is further

ORDERED, that the value of the Modified Amount, Modified Priority Claim set forth on the attached Exhibit B is hereby reduced and allowed at the dollar value listed under the column heading "Modified Claim Amount" and such claim is modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the value of each of the Modified Amount, Modified Priority, Modified Debtor Claims set forth on the attached Exhibit C is hereby reduced and allowed at the dollar value listed under the column heading "Modified Amount," the priority of each such claim is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED, that the priority of each of the Modified Priority Claims set forth on the attached Exhibit D is hereby modified to the priority as indicated under the column heading "Modified Priority Status;" and it is further

ORDERED, that the priority of each Modified Priority, Modified Debtor Claims set forth on the attached Exhibit E is modified to the priority as indicated under the column heading "Modified Priority Status," and such claims are reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February 12, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge