# EXHIBIT A

## Modified Amount Claims

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 65: EXHIBIT A -- MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | MODIFIED REASON |
|---|---|---|---|---|---|---|---|
| 1 | ASM CAPITAL, L.P. TRANSFEROR: MANZI, JOHN | 3223 | Tribune Broadcast Holdings, Inc. | Unsecured | $229,738.58 | $223,093.58 | Claim amount reduced to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| 2 | KLEINSCHMIDT, DON | 6136 | Chicago Tribune Company | Unsecured | Undetermined* | $8,511.75 | Claim amount liquidated to reflect claimant's remaining prepetition liability per Debtors' books and records. |
| | | | | TOTAL | $229,738.58 | $231,605.33 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1