## EXHIBIT D

**Modified Priority Claims**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | PRIORITY STATUS | AMOUNT | REASON | |
| 1 | ARMSTEAD, BLISS E | 2165 | Virginia Gazette Companies, LLC | Priority | $5,788.71 | Unsecured | $5,788.71 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). | |
| 2 | ASM CAPITAL, LP. TRANSFEROR: RIGGLE, JOHN | 3640 | Tribune Television Company | Priority | $10,950.00 | Priority | $1,540.18 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). | |
| | | | | Unsecured | $127,380.77 | Unsecured | $136,790.59 | | |
| | | | | Subtotal | $138,330.77 | Subtotal | $138,330.77 | | |
| 3 | BROWN, MARVIN | 708 | KPLR, Inc. | Priority | $10,950.00 | Priority | $1,159.05 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). | |
| | | | | Unsecured | $41,634.00 | Unsecured | $51,424.95 | | |
| | | | | Subtotal | $52,584.00 | Subtotal | $52,584.00 | | |
| 4 | BURKE, MICHAEL P | 1691 | Orlando Sentinel Communications Company | Priority | $3,334.62 | Unsecured | $3,334.62 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). | |
| 5 | BURKE, SUSAN B | 3410 | KPLR, Inc. | Priority | $50,440.13 | Priority | $708.89 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). | |
| | | | | | | Unsecured | $49,731.24 | | |
| | | | | | | Subtotal | $50,440.13 | | |
| 6 | CAMACHO, JOSE A | 2156 | Chicago Tribune Company | Priority | $7,187.70 | Priority | $61.34 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). | |
| | | | | | | Unsecured | $7,126.36 | | |
| | | | | | | Subtotal | $7,187.70 | | |
| 7 | CASTELLUZZO, RENEEE | 2589 | Chicago Tribune Company | Priority | $10,950.00 | Unsecured | $21,692.31 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). | |
| | | | | Unsecured | $10,742.31 | | | | |
| | | | | Subtotal | $21,692.31 | | | | |
| 8 | CHANNON, MARK P. | 6086 | The Hartford Courant Company | Priority | $3,855.85 | Unsecured | $3,855.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). | |

Page 1 of 3

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 9 | GALAUSKAS, JAMES | 2699 | Chicago Tribune Company | Priority | $8,511.75 | Priority | $80.92 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $8,430.83 | |
| | | | | | | Subtotal | $8,511.75 | |
| 10 | JENKINS, ALLIE | 2849 | Orlando Sentinel Communications Company | Priority | $3,401.74 | Unsecured | $3,401.74 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 11 | KELLEY, GERALD | 444 | KWGN Inc. | Priority | $22,482.85 | Priority | $1,061.29 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $21,421.56 | |
| | | | | | | Subtotal | $22,482.85 | |
| 12 | LOCHRIDGE, MICHAEL W | 2028 | Orlando Sentinel Communications Company | Priority | $8,105.40 | Unsecured | $8,105.40 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 13 | MARTIN, ROBERTA | 2599 | Orlando Sentinel Communications Company | Priority | $5,413.85 | Unsecured | $5,413.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 14 | MOREHOUSE, L CLARK III | 3617 | Tribune Entertainment Company | Priority | $10,950.00 | Priority | $730.46 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $203,963.46 | Unsecured | $214,183.00 | |
| | | | | Subtotal | $214,913.46 | Subtotal | $214,913.46 | |
| 15 | POOLE, ANDREW L | 2340 | Chicago Tribune Company | Priority | $8,511.75 | Priority | $83.26 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $8,428.49 | |
| | | | | | | Subtotal | $8,511.75 | |
| 16 | ROONEY, DONALD | 4777 | KWGN Inc. | Priority | $10,950.00 | Unsecured | $43,876.92 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $32,926.92 | | | |
| | | | | Subtotal | $43,876.92 | | | |

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 65: EXHIBIT D – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT | REASON |
|---|---|---|---|---|---|---|---|---|
| 17 | STANCZAK, DIANEA | 4420 | The Morning Call, Inc. | Priority | $11,304.97 | Unsecured | $11,304.97 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 18 | UNITED STATES DEBT RECOVERY IIA, LLC TRANSFEROR: GARCIA, MAT | 502 | KWGN Inc. | Priority | $161,932.00 | Priority | $8,489.23 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | | | Unsecured | $153,442.77 | |
| | | | | | | Subtotal | $161,932.00 | |
| 19 | WHISLER, JACK | 2320 | Chicago Tribune Company | Priority | $4,519.23 | Priority | $3,881.31 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $81,346.15 | Unsecured | $81,984.07 | |
| | | | | Subtotal | $85,865.38 | Subtotal | $85,865.38 | |
| 20 | WHITMORE, DONALD E | 2237 | Orlando Sentinel Communications Company | Priority | $3,778.85 | Unsecured | $3,778.85 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| 21 | WOLLNEY, JOHN | 2252 | Tribune Media Net, Inc. | Priority | $10,950.00 | Unsecured | $15,053.50 | Claim reclassified as claim is not entitled to priority under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $4,103.50 | | | |
| | | | | Subtotal | $15,053.50 | | | |
| 22 | ZERWEKH, JAMES D | 4413 | KWGN Inc. | Priority | $10,950.00 | Priority | $3,773.10 | Claim reclassified to reflect appropriate priority amount under 11 U.S.C. § 507(a)(4). |
| | | | | Unsecured | $234,165.35 | Unsecured | $241,342.25 | |
| | | | | Subtotal | $245,115.35 | Subtotal | $245,115.35 | |
| | | | | TOTAL | $1,121,481.86 | TOTAL | $1,121,481.86 | |