IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## REQUEST TO BE REMOVED FROM THE MAILING LIST

TO THE CLERK FO THE UNITED STATES BANKRUPTCY COURT:

Please take notice that Warner Bros. Television Distribution, Inc. requests to be removed from the Court's ECF notification list and mailing list associated with this matter.

Date: February 12, 2013

Respectfully submitted,

/s/Wayne M. Smith
Wayne M. Smith (CA Bar. No. 116247)
Warner Bros. Entertainment Inc.
4000 Warner Blvd., Bldg. 156, Rm. 5158
Burbank, CA 91522
Telephone: (818) 954-6007
Facsimile: (818) 954-5434

*Counsel to Warner Bros. Television Distribution, Inc.*

## CERTIFICATE OF SERVICE

      I certify that the foregoing request for removal from mailing list was caused be served this 12th day of February, 2013 by the Court's ECF system on parties receiving electronic service.

                                      /s/ Wayne M. Smith
                                      Wayne M. Smith