# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 02/13/2013
Calendar Time: 11:00 AM ET

Amended Calendar 02/13/2013 06:52 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5397733 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5436541 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5397744 | Lee R. Bogdanoff | (310) 407-4070 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5437132 | Richard S. Cobb | 302-467-4400 | Landis Rath & Cobb LLP | Trustee, Mark Kirschner, Litigation Trustee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5433658 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5243177 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5433124 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Interested Party, Mercer / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5433695 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC (ALL OFFICES) | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5438216 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5426589 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Matthew Frank / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5433681 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5436230 | Mitch Hurley | 212-872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5431287 | James O. Johnston | 213-243-2431 | Jones Day | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5397763 | Kenneth N. Klee | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth N. Klee / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5434513 | Gregory A. Kopacz | (212) 547-5620 | McDermott Will & Emery (New York) | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5436548 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5433666 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5431298 | Joshua M. Mester | 213-243-2508 | Jones Day | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5437420 | Lucian Murley | (302) 421-6898 | Saul Ewing LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5437429 | Nicolas J. Nastasi | (215) 972-8382 | Saul Ewing LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5397884 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| Tribune Company | 08-13141 | Hearing | 5433673 | James Sottile | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5397753 | David M. Stern | 310-407-4025 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| Tribune Company | 08-13141 | Hearing | 5435982 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leonard | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 5221638 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5433689 | Jason Warsavsky | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | 5420298 | John W. Weiss | (212) 210-9412 | Alston & Bird LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5438219 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |