# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, *et al.*,[1] | ) Case No.  08-13141 (KJC) |
| | ) (Jointly Administered) |
| | ) |
| Reorganized Debtors. | ) |
| | ) |
| ---------------------------------------------------------- | ) |

## AMENDMENT TO EXHIBIT F TO THE SENIOR LENDER FEE/EXPENSE CLAIM STATEMENT PURSUANT TO SECTION 9.1.1 OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION

Oaktree Capital Management, L.P. and Angelo, Gordon & Co., L.P. (the "Senior Lenders") hereby submit this Amendment to Exhibit F to their Statement of Senior Lender Fee/Expense Claims [Docket No. 13107] filed on January 25, 2013 (the "Fee Statement") to include additional fees of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as corporate, tax and securities counsel, that were inadvertently omitted from the Fee

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Statement and have not previously been paid or otherwise reimbursed by Tribune

Company or any of its affiliates.

Attached hereto as Exhibit F is an amendment that includes additional fees of

Paul Weiss in the total amount of $50,211.50.  The Amendment to Exhibit F contains a

summary of the services provided and the aggregate time spent by timekeeper for the

services described.

The Senior Lenders have submitted this Amendment to Reorganized Tribune, the

Official Committee of Unsecured Creditors, and the Office of the United States Trustee

pursuant to Section 9.1.1 of the Plan.

Dated: Wilmington, Delaware
       February 13, 2013

                                                    */s/ M. Blake Cleary*
                                                    Robert S. Brady (Bar No. 2847)
                                                    M. Blake Cleary (Bar No. 3614)
                                                    YOUNG CONAWAY STARGATT &
                                                    TAYLOR LLP
                                                    Rodney Square
                                                    1000 North King Street
                                                    Wilmington, DE 19801
                                                    Telephone (302) 571-6600
                                                    Facsimile (302) 571-1253

                                                    – and –

                                                    Bruce Bennett
                                                    James O. Johnston
                                                    Joshua M. Mester
                                                    JONES DAY
                                                    555 South Flower Street, Fiftieth Floor
                                                    Los Angeles, CA 90071

                                                    *Attorneys for Oaktree Capital Management,
                                                    L.P. and Angelo, Gordon & Co., L.P.*

# EXHIBIT F

**Additional Time**

**Summary of Timekeepers**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

| Name | Year Admt. | Billing Rate Oct. 2008 - 2009 | Billing Rate Oct. 2009 - 2010 | Billing Rate Oct. 2010 - 2011 | Billing Rate Oct. 2011 - 2012 | Billing Rate Oct. 2012 - 2013 | Hrs | Fees |
|---|---|---|---|---|---|---|---|---|
| Kenneth M. Schneider | 1985 | N/A | N/A | N/A | N/A | $1,160 | 5.1 | $5,916.00 |
| Andrew L. Gaines | 1987 | N/A | N/A | N/A | N/A | $1,160 | 32.8 | $38,048.00 |
| Jason Ertel | 2007 | N/A | N/A | N/A | N/A | $735 | 8.5 | $6,247.50 |
| TOTAL | | | | | | | 46.4 | $50,211.50 |

**Summary of Additional Services Provided by
Paul, Weiss, Rifkind, Wharton & Garrison LLP**

- Draft and confer re employment agreement for CEO and other executives; and

- Draft and confer re terms of equity incentive plan.