UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                   )
                                         )   Chapter 11
                                         )
Hoy Publications LLC                     )   Case No. 08-13175
                    Debtor(s).           )
                                         )

## NOTICE OF WITHDRAWAL OF CLAIM
## FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 795     | 3/23/2009  | $22.91 |

Helen Ko

*(signature)*

Revenue Tax Specialist

FILED / RECEIVED
FEB 11 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC