IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, Oracle America, Inc., as successor in interest to Sun Microsystems, Inc. hereby withdraws with prejudice, its proof of claim, numbered as 4637 by the Court-appointed claims agent, filed against The Daily Press, Inc., a debtor in the above-captioned chapter 11 cases, on or about June 11, 2009, in an undetermined amount.

DATED: February 13, 2013    By: _/s/ Shawn M. Christianson_
Counsel for Creditor Oracle America, Inc.
Shawn M. Christianson
Buchalter Nemer PC
55 Second, St., 17th Floor
San Francisco, CA 94105

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT — District of Delaware | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** The Daily Press, Inc.  **Case Number:** 08-13210

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Sun Microsystems, Inc.

**Name and address where notices should be sent:**
Lawrence Schwab/Thomas Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Ste 300, Palo Alto, CA 94306

**Telephone number:** (650) 857-9500

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

**Filed on:** _____

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**  $ See Attachment 1

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attachment 1
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents, orders, invoices, itemized statements of running accounts... You may also attach a summary. Attach redacted copies... a security interest. You may also attach a summary. (...

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)   0000004637

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 06/10/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Thomas M. Gaa, Attorney-in-fact   [signature]

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**FILED / RECEIVED**
JUN 11 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## Attachment 1 to Proof of Claim
## of Sun Microsystems, Inc.

**Debtor:**      **The Daily Press, Inc.**                                          Case Number: 08-13210

**Creditor:**    Sun Microsystems, Inc.

**Amount of Claim: To be determined**

### Statement of Claim

Sun Microsystems, Inc. (the "Creditor") is filing this Proof of Claim to reserve its right to assert its claims arising from any executory contracts between Creditor and The Daily Press, Inc. (the "Debtor") and/or any of the affiliates of the Debtor jointly administered with the Debtor. Creditor is unable to calculate the claim amount at this time and, therefore, Creditor reserves the right to amend this Proof of Claim to assert the dollar amount of its claim, as well as to assert any additional indebtedness and liabilities owing to Creditor and the legal and factual basis for such additional claims.

This Proof of Claim is filed to protect the Creditor from forfeiture of its claim. The execution and filing of this Proof of Claim is not: (a) a waiver or release of the Creditor's rights against any other entity or person liable for all or part of the claim; (b) a consent by the Creditor to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Creditor; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Proof of Claim, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the Creditor; or (d) an election of remedy which waives or otherwise affects any other remedy. The Creditor expressly reserves its rights to file other Proofs of Claim or requests for allowance and payment of any administrative expense with respect to the claim set forth herein or otherwise (which proof of claim or request, if so filed, shall not be deemed to supersede this claim), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an amended claim or to file additional Proofs of Claim for claims not covered by this claim.

Creditor expressly reserves its rights in respect to the claim set forth herein or any other claims, cause of action, chose in action, and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, to assert its rights against any third party whatsoever.

Creditor asserts, without limitation, the following additional claims, as to all of which Creditor expressly reserves and preserves all rights, notwithstanding anything contained in this Proof of Claim, including, without limitation, (i) the right to claim administrative expense priority for any unsecured portion of the claim; (ii) interest, attorneys' fees and costs which continue to accrue and be incurred; (iii) rights to estimate contingent and assert additional claims

1

if contingent claims are estimated and/or liquidated; and (iv) any other claim Creditor may have against the Debtor relating to or incidental to any loans made by Creditor to the Debtor.

**BIALSON, BERGEN & SCHWAB**
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

Email: clee@bbslaw.com

June 10, 2009

**Via FedEx Standard Overnight**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:   **In re The Daily Press, Inc.**
       Case No. 08-13210

Dear Sir/Madam:

This firm represents Sun Microsystems, Inc., a creditor in the above-referenced case. Enclosed please find an original and one copy of **PROOF OF CLAIM**. Please file the original and return a filed-stamped copy to our office in the enclosed self-addressed, stamped envelope.

Thank you for your kind assistance.

Sincerely,

BIALSON, BERGEN & SCHWAB

Catherine Lee, Paralegal

:cwl
W:\S0454\127\doc\Daily Press\061009Epiq-POC-Daily Press.wpd

**From:** Origin ID: PAOA (650) 857-9500
Catherine Lee
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, SUITE 300

PALO ALTO, CA 94306

FedEx Express

E

**Ship Date:** 10JUN09
**ActWgt:** 1.0 LB
**CAD:** 5357084/INET9011
**Account#:** S *********

Delivery Address Bar Code



**SHIP TO:** (646) 282-2500    BILL SENDER
**Tribune Company Claims Processing**
**Epiq Bankruptcy Solutions LLC**
**757 Third Ave., 3rd Floor**

**NEW YORK, NY 10017**

Ref # S0454-127
Invoice #
PO #
Dept #

RECEIVED JUN 11 2009



TRK# 0201  7966 8388 7658

THU - 11JUN    A1
STANDARD OVERNIGHT

XA OGSA

10017
NY-US
EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.