IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Related to Docket No. 13154** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 13154

**PLEASE TAKE NOTICE** that Sidley Austin LLP hereby withdraws, without prejudice, the Forty-Eighth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of December 1, 2012 through December 31, 2012 [Docket No. 13154], filed February 5, 2013.

**PLEASE TAKE FURTHER NOTICE** that Sidley Austin LLP is filing currently herewith the Forty-Eighth Monthly Fee and Final Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Reorganized Debtors for the Monthly Period December 1, 2012 through December 31, 2012 and the Final Fee Period From December 8, 2008 through December 31, 2012.

Dated: February 15, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9263837v1