**EXHIBIT 2**

List of Filings Relating to Sidley's Monthly and Quarterly Fee Application Requests

| Filing | Date Filed | Docket No. |
|---|---|---|
| First Monthly Fee Application | 03/26/2009 | 819 |
| Second Monthly Fee Application | 04/09/2009 | 888 |
| First Quarterly Fee Application Request | 04/15/2009 | 1031 |
| Certificate of No Objection Regarding First Monthly Fee Application | 04/20/2009 | 1053 |
| Third Monthly Fee Application | 04/28/2009 | 1098, 1100 |
| Certificate of No Objection Regarding Second Monthly Fee Application | 05/01/2009 | 1125 |
| Certificate of No Objection Regarding First Quarterly Fee Application Request | 05/07/2009 | 1155 |
| Fourth Monthly Fee Application | 05/29/2009 | 1273 |
| Certificate of No Objection Regarding Third Monthly Fee Application | 06/19/2009 | 1592 |
| Certificate of No Objection Regarding Fourth Monthly Fee Application | 06/22/2009 | 1601 |
| Fifth Monthly Fee Application | 06/25/2009 | 1631 |
| Second Quarterly Fee Application Request | 07/16/2009 | 1757 |
| Certificate of No Objection Regarding Fifth Monthly Fee Application | 07/17/2009 | 1760 |
| Sixth Monthly Fee Application | 07/27/2009 | 1837 |
| Certificate of No Objection Regarding Second Quarterly Fee Application Request | 08/07/2009 | 1918 |
| Certificate of No Objection Regarding Sixth Monthly Fee Application | 08/19/2009 | 1982 |
| Seventh Monthly Fee Application | 08/25/2009 | 2017 |
| Certificate of No Objection Regarding Seventh Monthly Fee Application | 09/16/2009 | 2132 |
| Eighth Monthly Fee Application | 10/01/2009 | 2262 |
| Third Quarterly Fee Application Request | 10/15/2009 | 2365 |
| Certificate of No Objection Regarding Eighth Monthly Fee Application | 10/26/2009 | 2425 |
| Ninth Monthly Fee Application | 10/27/2009 | 2443 |

| | | |
|---|---|---|
| Certificate of No Objection Regarding Third Quarterly Fee Application Request | 11/06/2009 | 2521 |
| Fee Examiner's Report For First Quarterly Fee Application Request | 11/18/2009 | 2590 |
| Certificate of No Objection Regarding Ninth Monthly Fee Application | 11/19/2009 | 2591 |
| Tenth Monthly Fee Application | 11/25/2009 | 2660 |
| Order (Omnibus) Approving Fee Applications for the First Interim Fee Period | 12/15/2009 | 2857 |
| Certificate of No Objection Regarding Tenth Monthly Fee Application | 12/17/2009 | 2880 |
| Eleventh Monthly Fee Application | 12/23/2009 | 2909 |
| Certificate of No Objection Regarding Eleventh Monthly Fee Application | 01/14/2010 | 3107 |
| Fourth Quarterly Fee Application Request | 01/15/2010 | 3130 |
| Certificate of No Objection Regarding Fourth Quarterly Fee Application Request | 02/08/2010 | 3341 |
| Twelfth Monthly Fee Application[1] | 02/17/2010 | 3458 |
| Thirteenth Monthly Fee Application | 03/09/2010 | 3701 |
| Certificate of No Objection Regarding Twelfth Monthly Fee Application | 03/11/2010 | 3712 |
| Fourteenth Monthly Fee Application | 03/31/2010 | 3904 |
| Certificate of No Objection Regarding Thirteenth Monthly Fee Application | 04/05/2010 | 3936 |
| Fee Examiner's Report For Second Quarterly Fee Application Request | 04/12/2010 | 4002 |
| Fifth Quarterly Fee Application Request | 04/15/2010 | 4059 |
| Certificate of No Objection Regarding Fourteenth Monthly Fee Application | 04/22/2010 | 4137 |
| Certificate of No Objection Regarding Fifth Quarterly Fee Application Request | 05/10/2010 | 4292 |
| Order (Omnibus) Approving Fee Applications for the Second Interim Fee Period | 05/18/2010 | 4467 |
| Fifteenth Monthly Fee Application | 06/17/2010 | 4820 |
| Certificate of No Objection Regarding Fifteenth Monthly Fee Application | 07/12/2010 | 4994 |
| Sixteenth Monthly Fee Application | 08/10/2010 | 5329 |

[1] The 12th Monthly Fee Application was mis-docketed as the 11th Monthly Fee Application.

46429/0001-9264008V1

| | | |
|---|---|---|
| Certificate of No Objection Regarding Sixteenth Monthly Fee Application | 09/14/2010 | 5692 |
| Fee Examiner's Report For Third Quarterly Fee Application Request | 10/08/2010 | 5912 |
| Order (Omnibus) Approving Fee Applications for the Third Interim Fee Period | 10/22/2010 | 6078 |
| Seventeenth Monthly Fee Application | 10/22/2010 | 6088 |
| Certificate of No Objection Regarding Seventeenth Monthly Fee Application | 11/16/2010 | 6471 |
| Eighteenth Monthly Fee Application | 11/29/2010 | 6655 |
| Nineteenth Monthly Fee Application | 12/03/2010 | 6758 |
| Twentieth Monthly Fee Application | 12/03/2010 | 6759 |
| Twenty-First Monthly Fee Application | 12/08/2010 | 7099 |
| Twenty-Second Monthly Fee Application | 12/08/2010 | 7100 |
| Sixth Quarterly Fee Application Request | 12/14/2010 | 7189 |
| Certification of Counsel Regarding Eighteenth Monthly Fee Application | 12/22/2010 | 7284 |
| Certificate of No Objection Regarding Nineteenth Monthly Fee Application | 12/23/2010 | 7296 |
| Certification of Counsel Regarding Twentieth Monthly Fee Application | 12/23/2010 | 7297 |
| Certification of Counsel Regarding Twenty-Second Monthly Fee Application | 12/30/2010 | 7346 |
| Certification of Counsel Regarding Twenty-First Monthly Fee Application | 12/30/2010 | 7349 |
| Certificate of No Objection Regarding Sixth Quarterly Fee Application Request | 01/06/2011 | 7396 |
| Twenty-Third Monthly Fee Application | 02/09/2011 | 7871 |
| Certification of Counsel Regarding Twenty-Third Monthly Fee Application | 03/03/2011 | 8257 |
| Twenty-Fourth Monthly Fee Application | 03/04/2011 | 8278 |
| Certificate of No Objection Regarding Twenty-Fourth Monthly Fee Application | 03/28/2011 | 8512 |
| Twenty-Fifth Monthly Fee Application | 04/26/2011 | 8764 |
| Twenty-Sixth Monthly Fee Application | 04/27/2011 | 8774 |
| Twenty-Seventh Monthly Fee Application | 04/29/2011 | 8802 |

3

| | | |
|---|---|---|
| Seventh Quarterly Fee Application Request | 05/04/2011 | 8827 |
| Certificate of No Objection Regarding Twenty-Fifth Monthly Fee Application | 05/19/2011 | 8954 |
| Certificate of No Objection Regarding Twenty-Sixth Monthly Fee Application | 05/19/2011 | 8955 |
| Certificate of No Objection Regarding Twenty-Seventh Monthly Fee Application | 05/23/2011 | 8979 |
| Twenty-Eighth Monthly Fee Application | 05/27/2011 | 9018 |
| Certificate of No Objection Regarding Seventh Quarterly Fee Application Request | 05/27/2011 | 9019 |
| Certificate of No Objection Regarding Twenty-Eighth Monthly Fee Application | 06/20/2011 | 9283 |
| Eighth Quarterly Fee Application Request | 07/01/2011 | 9403 |
| Twenty-Ninth Monthly Fee Application | 07/06/2011 | 9419 |
| Certificate of No Objection Regarding Eighth Quarterly Fee Application Request | 07/25/2011 | 9541 |
| Certificate of No Objection Regarding Twenty-Ninth Monthly Fee Application | 07/28/2011 | 9567 |
| Thirtieth Monthly Fee Application | 08/04/2011 | 9613 |
| Fee Examiner's Report For Fourth Quarterly Fee Application Request | 08/15/2011 | 9659 |
| Order (Omnibus) Approving Fee Applications for the Fourth Interim Fee Period | 08/24/2011 | 9697 |
| Certificate of No Objection Regarding Thirtieth Monthly Fee Application | 08/26/2011 | 9722 |
| Thirty-First Monthly Fee Application | 09/06/2011 | 9749 |
| Ninth Quarterly Fee Application Request | 09/20/2011 | 9797 |
| Certificate of No Objection Regarding Thirty-First Monthly Fee Application | 09/28/2011 | 9842 |
| Thirty-Second Monthly Fee Application | 10/06/2011 | 9917 |
| Fee Examiner's Report For Fifth Quarterly Fee Application Request | 10/11/2011 | 9953 |
| Certificate of No Objection Regarding Ninth Quarterly Fee Application Request | 10/13/2011 | 9972 |
| Omnibus Order Approving Fee Applications for the Fifth Interim Fee Period | 10/19/2011 | 10020 |
| Certification of Counsel Regarding Thirty-Second Monthly Fee Application | 10/28/2011 | 10087 |
| Thirty-Third Monthly Fee Application | 11/29/2011 | 10314 |

4

| | | |
|---|---|---|
| Thirty-Fourth Monthly Fee Application | 11/30/2011 | 10326 |
| Fee Examiner's Report For Sixth Quarterly Fee Application Request | 12/06/2011 | 10358 |
| Omnibus Order Approving Fee Applications for the Sixth Interim Fee Period | 12/12/2011 | 10418 |
| Certificate of No Objection Regarding Thirty-Third Monthly Fee Application | 12/21/2011 | 10499 |
| Certificate of No Objection Regarding Thirty-Fourth Monthly Fee Application | 12/22/2011 | 10506 |
| Thirty-Fifth Monthly Fee Application | 01/17/2012 | 10632 |
| Tenth Quarterly Fee Application Request | 01/27/2012 | 10743 |
| Certificate of No Objection Regarding Thirty-Fifth Monthly Fee Application | 02/09/2012 | 10884 |
| Fee Examiner's Report For Seventh Quarterly Fee Application Request | 02/09/2012 | 10886 |
| Order (Omnibus) Approving Fee Applications for the Seventh Interim Fee Period | 02/15/2012 | 10933 |
| Certificate of No Objection Regarding Tenth Quarterly Fee Application Request | 02/21/2012 | 10968 |
| Notice of Withdrawal of Certification of No Objection Regarding Tenth Quarterly Fee Application Request[2] | 02/22/2012 | 10975 |
| Thirty-Sixth Monthly Fee Application | 03/09/2012 | 11117 |
| Thirty-Seventh Monthly Fee Application | 03/09/2012 | 11118 |
| Certificate of No Objection Regarding Thirty-Sixth Monthly Fee Application | 04/02/2012 | 11293 |
| Certificate of No Objection Regarding Thirty-Seventh Monthly Fee Application | 04/02/2012 | 11294 |
| Fee Examiner's Report For Eighth Quarterly Fee Application Request | 04/12/2012 | 11357 |
| Order (Omnibus) Approving Fee Applications for the Eighth Interim Fee Period | 04/24/2012 | 11464 |
| Thirty-Eighth Monthly Fee Application | 04/25/2012 | 11472 |
| Thirty-Ninth Monthly Fee Application | 05/16/2012 | 11631 |
| Certificate of No Objection Regarding Thirty-Eighth Monthly Fee Application | 05/17/2012 | 11640 |
| Eleventh Quarterly Fee Application Request | 06/04/2012 | 11752 |

---

[2] The Office of the United States Trustee requested, and Sidley granted, additional time for the review of Sidley's Tenth Quarterly Fee Application Request.  Sidley accordingly withdrew its Certificate of No Objection.  No objections were filed with respect to Sidley's Tenth Quarterly Fee Application Request.

| | | |
|---|---|---|
| Certificate of No Objection Regarding Thirty-Ninth Monthly Fee Application | 06/07/2012 | 11768 |
| Fortieth Monthly Fee Application | 06/14/2012 | 11807 |
| Certificate of No Objection Regarding Eleventh Quarterly Fee Application Request | 06/27/2012 | 11911 |
| Fee Examiner's Report For Ninth Quarterly Fee Application Request | 07/02/2012 | 11933 |
| Fee Examiner's Report For Tenth Quarterly Fee Application Request | 07/06/2012 | 11948 |
| Certificate of No Objection Regarding Fortieth Monthly Fee Application | 07/10/2012 | 11981 |
| Omnibus Order Approving Fee Applications for the Ninth Interim Fee Period | 07/11/2012 | 11989 |
| Omnibus Order Approving Fee Applications for the Tenth Interim Fee Period | 07/11/2012 | 11990 |
| Twelfth Quarterly Fee Application Request | 07/12/2012 | 12008 |
| Thirteenth Quarterly Fee Application Request | 07/27/2012 | 12121 |
| Certificate of No Objection Regarding Twelfth Quarterly Fee Application Request | 08/03/2012 | 12176 |
| Forty-First Monthly Fee Application | 08/13/2012 | 12248 |
| Forty-Second Monthly Fee Application | 08/13/2012 | 12250 |
| Fourteenth Quarterly Fee Application Request | 08/21/2012 | 12307 |
| Certificate of No Objection Regarding Thirteenth Quarterly Fee Application Request | 08/21/2012 | 12309 |
| Certificate of No Objection Regarding Forty-First Monthly Fee Application | 09/06/2012 | 12390 |
| Certificate of No Objection Regarding Forty-Second Monthly Fee Application | 09/06/2012 | 12391 |
| Certificate of No Objection Regarding Fourteenth Quarterly Fee Application Request | 09/13/2012 | 12420 |
| Forty-Third Monthly Fee Application | 09/19/2012 | 12439 |
| Fee Examiner's Report For Eleventh Quarterly Fee Application Request | 09/26/2012 | 12468 |
| Omnibus Order Approving Fee Applications for the Eleventh Interim Fee Period | 10/02/2012 | 12500 |
| Certificate of No Objection Regarding Forty-Third Monthly Fee Application | 10/11/2012 | 12551 |
| Forty-Fourth Monthly Fee Application | 10/15/2012 | 12579 |
| Fee Examiner's Report For Twelfth Quarterly Fee Application Request | 10/30/2012 | 12642 |

46429/0001-9264008V1

| Fifteenth Quarterly Fee Application Request | 10/31/2012 | 12648 |
|---|---|---|
| Order (Omnibus) Approving Fee Applications for the Twelfth Interim Fee Period | 11/06/2012 | 12691 |
| Certificate of No Objection Regarding Forty-Fourth Monthly Fee Application | 11/07/2012 | 12704 |
| Forty-Fifth Monthly Fee Application | 11/13/2012 | 12715 |
| Certificate of No Objection Regarding Fifteenth Quarterly Fee Application Request | 11/26/2012 | 12760 |
| Certificate of No Objection Regarding Forty-Fifth Monthly Fee Application | 12/06/2012 | 12802 |
| Forty-Sixth Monthly Fee Application | 12/28/2012 | 12927 |
| Forty-Seventh Monthly Fee Application | 12/28/2012 | 12928 |
| Fee Examiner's Report For Thirteenth Quarterly Fee Application Request | 01/08/2013 | 12992 |
| Order (Omnibus) Approving Fee Applications for the Thirteenth Interim Fee Period | 01/15/2013 | 13054 |
| Fee Examiner's Report For Fourteenth Quarterly Fee Application Request | 01/17/2013 | 13070 |
| Certificate of No Objection Regarding Forty-Sixth Monthly Fee Application | 01/22/2013 | 13085 |
| Certificate of No Objection Regarding Forty-Seventh Monthly Fee Application | 01/22/2013 | 12086 |
| Sixteenth Quarterly Fee Application Request | 01/23/2013 | 13098 |
| Order (Omnibus) Approving Fee Applications for the Fourteenth Interim Fee Period | 02/11/2013 | 13181 |
| Certificate of No Objection Regarding Sixteenth Quarterly Fee Application Request | Anticipated 02/14/2013[3] | |

---

[3] The objection deadline for Sidley's Sixteenth Quarterly Fee Application Request was February 12, 2013 at 4:00 p.m. (ET).  No party filed an objection prior to the objection deadline.  Pursuant to Del. Bankr. L. R. 9013-1(j), the certificate of no objection may be filed 48 hours after the objection deadline has passed with no objection having been filed or served.