# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13184 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                                 ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2013, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Telephonic Hearing on February 13, 2013 at 11:00 A.M. Before the Honorable Kevin J. Carey," dated February 12, 2013 [Docket No. 13184],
by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. delivered via electronic mail to those parties listed on the annexed Exhibit C, and

   iv. delivered via facsimile mail to those parties listed on the annexed Exhibit D.

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Amd Agenda Telephonic Hrg Feb 13_DI_13184_AFF_2-12-13_KH.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
14 day of February, 2013

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRASS RING LLC | 343 WINTER STREET WALTHAM MA 02451 |
| CONNECTICUT DEPT OF REVENUE SERVICES | C&E DIVISION, BANKRUPTCY SECTION 25 SIGOURNEY STREET HARTFORD CT 06106-5032 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 700 H STREET, ROOM 1710 SACRAMENTO CA 95814 |
| STATE OF NEW JERSEY | DEPARTMENT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08646-0245 |

**Total Creditor count  6**

**TRB AGENDA 2-11-13**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 2-11-13**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 2-11-13**
Mr Herbert E. Eye
35 Apple Orchard Lane
Franklin, WV 26807-7585

**TRB AGENDA 2-11-13**
Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 2-11-13**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 2-11-13**
Persistence Pays, Inc.
4158 Farmdale Avenue
Studio City, CA  91604

TRB DOCS_2-11-13
KENNETH P. KANSA, ESQUIRE
MICHAEL GUSTAFSON
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603

TRB DOCS_2-11-13
ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
LANDIS RATH & COBB LLP
919 MARKET STREET, STE. 1800
WILMINGTON, DE 19801

TRB DOCS_2-11-13
SHONDA M. FINSETH
PRICEWATERHOUSECOOPERS LLP
225 SOUTH SIXTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

TRB DOCS_2-11-13
BRADLEY DUNN
DIRECTOR
LAZARD FRÈRES & CO. LLC
30 ROCKEFELLER PLAZA, 61ST FLOOR
NEW YORK, NY  10020

TRB DOCS_2-11-13
GREGORY KOPACZ, ESQUIRE
NAVA HAVAN, ESQUIRE
MCDERMOTT WILL & EMERY
340 MADISON AVENUE
NEW YORK, NY  10173-1922

TRB DOCS_2-11-13
GRAEME W. BUSH, ESQUIRE
JAMES SOTTILE, ESQUIRE
ZUCKERMAN SPAEDER LLP
1800 M STREET, N.W., SUITE 1000
WASHINGTON, D.C.  20036

TRB DOCS_2-11-13
LESLIE SALCEDO, PARALEGAL
ALSTON & BIRD LLP
90 PARK AVENUE
NEW YORK, NY 10016

TRB DOCS_2-11-13
HOWARD SEIFE, ESQUIRE
DAVID M. LEMAY, ESQUIRE
DOUGLAS E. DEUTSCH, ESQUIRE
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

TRB DOCS_2-11-13
J. CORY FALGOWSKI, ESQUIRE
REED SMITH LLP
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

TRB DOCS_2-11-13
SANDHYA SISTLA
JENS OLSON
MOELIS & COMPANY LLC
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY  10022

**TRB DOCS_2-11-13**
JOHN THEIL, ESQ.
STUART MAUE
3840 MCKELVEY RD.
ST. LOUIS, MO  63044

**TRB DOCS_2-11-13**
CHRISTOPHER L. MEAZELL, ESQUIRE
DOW LOHNES PLLC
THREE PARTNERS PLACE - SUITE 230
201 DAVID L. BOREN BLVD.
NORMAN, OK 73072

**TRB DOCS_2-11-13**
JENNIFER M. MCMANUS
PARALEGAL
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL  60603

**TRB DOCS_2-11-13**
JEREMY SHERMAN, ESQUIRE
SEYFARTH SHAW LLP
131 S. DEARBORN STREET, SUITE 2400
CHICAGO, IL  60603-5577

**TRB DOCS_2-11-13**
BRIAN WHITTMAN, MANAGING DIRECTOR
MATTHEW FRANK
ALVAREZ & MARSAL NORTH AMERICA LLC
55 WEST MONROE STREET, SUITE 4000
CHICAGO IL 60603

**TRB DOCS_2-11-13**
PRICEWATERHOUSECOOPERS LLP
ATTN: WILLIAM T. ENGLAND
ONE NORTH WACKER
CHICAGO, IL 60606

**TRB DOCS_2-11-13**
ALIXPARTNERSLLP
ATTN: ALAN D. HOLTZ
ALBERT LEUNG
40 WEST 57TH STREET
NEW YORK, NY 10019

**TRB DOCS_2-11-13**
DEVEON J. EGGERT, ESQ.
FREEBORN & PETERS, LLP
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, ILLINOIS 60606

**TRB DOCS_2-11-13**
MARK T. HURFORD, ESQUIRE
CAMPBELL & LEVINE, LLC
800 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801

**TRB DOCS_2-11-13**
LANDON S. RAIFORD, ESQUIRE
JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, IL 60611-7603

**TRB DOCS_2-11-13**  
STEFANIE WOWCHUK MCDONALD, ESQUIRE  
SNR DENTON US LLP  
233 S. WACKER DRIVE, SUITE 7800  
CHICAGO, IL 60606

**TRB DOCS_2-11-13**  
SHAINA D. JONES, ESQUIRE  
LEVINE SULLIVAN KOCH & SCHULZ, LLP  
1899 L. STREET, N.W., SUITE 200  
WASHINGTON, DC 20036

**TRB DOCS_2-11-13**  
ANDREW GOLDFARB, ESQUIRE  
ZUCKERMAN SPAEDER LLP  
1800 M STREET, SUITE 1000  
WASHINGTON, DC 20036

**TRB DOCS_2-11-13**  
ANDREA CLARK SMITH, DIRECTOR  
PRICEWATERHOUSECOOPERS LLP  
225 SOUTH SIXTH STREET, SUITE 1400  
MINNEAPOLIS, MN 55402

**TRB DOCS_2-11-13**  
KELLI SAGER, ESQUIRE  
GINO PASQUALE, PARALEGAL  
DAVIS WRIGHT TREMAINE LLP  
865 S FIGUEROA STREET, SUITE 2400  
LOS ANGELES, CA 90017

**TRB DOCS_2-11-13**  
KAYE DENTON, PARALEGAL  
JONES DAY  
77 W. WACKER DRIVE  
CHICAGO, IL 60601-1692

**TRB DOCS_2-11-13**  
BRAD B. ERENS, ESQUIRE  
JOSEPH TILLER, ESQUIRE  
JONES DAY  
77 W. WACKER DRIVE  
CHICAGO, IL 60601-1692

**TRB DOCS_2-11-13**  
JAMES S. GREEN, SR., ESQUIRE  
R. KARL HILL, ESQUIRE  
SEITZ, VAN OGTROP & GREEN, P.A.  
222 DELAWARE AVENUE, SUITE 1500  
PO BOX 68  
WILMINGTON, DE 19899

**TRB DOCS_2-11-13**  
EDWARD J. LESNIAK, ESQUIRE  
BURKE, WARREN, MACKAY & SERRITELLA, PC  
330 NORTH WABASH AVENUE, 22ND FLOOR  
CHICAGO, IL 60611-3607

**TRB DOCS_2-11-13**  
JEFFREY R. ZILKA, GENERAL MANAGER  
DANIEL J. EDELMAN, INC.  
200 E RANDOLPH DRIVE  
CHICAGO, IL 60601

**EXHIBIT B**

**Overnight service list –2-11-13 Agenda**

Todd M. Bailey
State of California
Franchise Tax Board
Legal Division - MS A260
PO Box 1720
Rancho Cordova, CA 95741-1720

Mr. Edwin M. Foard III
2309 Da Lib Road
Finksburg, MD  21048

**EXHIBIT C**

| **Name** | **Email Address** |
|---|---|
| Marbury L. von Briesen | mvbbvb@comcast.net |
| Herbert E. Eye | chriseyec@aol.com |
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Edwin M. Foard III | ronnieandmorris@verizon.net |

**Email Additional**

rosner@teamrosner.com
leonhardt@teamrosner.com

| **Name** | **Email Address** |
|---|---|
| Kenneth P. Kansa, Esquire | Kkansa@sidley.com |
| Michael Gustafson, Esquire | mgustafson@sidley.com |
| Brian Whittman, Managing Director | Bwhittman@alvarezandmarsal.com |
| Matthew Frank | mfrank@alvarezandmarsal.com |
| Mark T. Hurford, Esquire | mhurford@camlev.com |
| Edward J. Lesniak, Esquire | elesniak@burkelaw.com |
| Kelli Sager, Esquire | kellisager@dwt.com |
| Gino Pasquale, Paralegal | ginopasquale@dwt.com; |
| Christopher L. Meazell, Esquire | cmeazell@dowlohnes.com |
| Leslie Salcedo, Paralegal | leslie.salcedo@alston.com; John.Spears@alston.com |
| Landon S. Raiford, Esquire | LRaiford@jenner.com |
| Kaye Denton, Paralegal | kdenton@jonesday.com |
| Brad B. Erens, Esquire | bberens@JonesDay.com |
| Joseph Tiller, Esquire | jtiller@jonesday.com |
| Bradley Dunn, Director | Bradley.dunn@lazard.com |
| Shaina D. Jones, Esquire | SJones@lskslaw.com |
| Gregory Kopacz, Esquire | GKOPACZ@mwe.com |
| Nava Havan, Esquire | NHazan@mwe.com |
| Devon J. Eggert, Esquire | deggert@freebornpeters.com |
| Shonda M. Finseth | shonda.m.finseth@us.pwc.com |
| William T. England, Director | william.t.england@us.pwc.com |
| Andrea Clark Smith, Director | andrea.clark.smith@us.pwc.com |
| J. Cory Falgowski, Esquire | jfalgowski@reedsmith.com |
| Jennifer M. McManus, Paralegal | Jmcmanus@Seyfarth.Com |
| Jeremy Sherman, Esquire | jsherman@seyfarth.com |
| Stefanie Wowchuk McDonald, Esquire | Stefanie.mcdonald@snrdenton.com |
| John F. Theil, Esquire | tribunebkr@smmj.com; j.theil@smmj.com |
| Howard Seife, Esquire | hseife@chadbourne.com |
| David M. LeMay, Esquire | dlemay@chadbourne.com; HLamb@chadbourne.com |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com; panchak@lrclaw.com |
| Alan D. Holtz | aholtz@alixpartners.com |
| Albert Leung | aleung@alixpartners.com |
| Sandhya Sistla | sandhya.sistla@moelis.com |
| Jens Olson | jens.olson@moelis.com |
| Andrew Goldfarb, Esquire | agoldfarb@zuckerman.com |
| Graeme W. Bush, Esquire | gbush@zuckerman.com |
| James Sottile, Esquire | jsottile@zuckerman.com |
| James S. Green, Sr., Esquire | jgreen@svglaw.com |
| R. Karl Hill, Esquire | khill@svglaw.com; spappa@svglaw.com |
| David L. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |

**EXHIBIT D**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire/Patricia P. McGonigle, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/E. Rebecca Workman, Esquire | 317-231-7433 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher D. Loizides, Esquire | 302-654-0728 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Daniel H. Golden, Esquire/David M. Zensky, Esquire/Philip C. Dublin, Esquire | 212-872-1002 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| David S. Rosner, Esquire/Andrew K. Glenn, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Richard Slack, Esquire | 212-310-8007 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Andrew Goldman, Esquire | 212-230-8888 |
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| David W. Reimann, Esquire | 310-414-3011 |
| Ekl Williams PLLC | 630-654-0150 |
| Bruce S. Sperling, Esquire/Steven C. Florsheim, Esquire | 312-641-6492 |
| Joel E. Friedlander, Esquire | 302-573-3501 |
| Mark Minuti, Esquire | 302-421-5873 |
| Kenneth N. Klee, Esquire/Lee R. Bogdanoff, Esquire/Martin R. Barash, Esquire | 310-407-9090 |