## EXHIBIT 1

## STIPULATION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 13172** |

**STIPULATION EXTENDING REORGANIZED DEBTORS TIME TO RESPOND**
**TO APPLICATION OF THE WASHINGTON-BALTIMORE NEWSPAPER GUILD**
**PURSUANT TO 11 U.S.C. § 503(B)(3)(D) AND (B)(4) FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL**
**CONTRIBUTION IN CONNECTION WITH ITS OBJECTION TO THE**
**DEBTORS' MOTION TO IMPLEMENT A 2009 MANAGEMENT**
**INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT**
**INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES**

IT IS HEREBY STIPULATED AND AGREED, by and between the Reorganized

Debtors in the above-referenced cases and The Washington-Baltimore Newspaper Guild, TNG-

CWA, subject to approval of the Court, that the time within which the Reorganized Debtors must

respond to the Application of the Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C.

§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a

Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

-Tag

2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives is hereby extended to March 20, 2013.

Dated:  February 19, 2013

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone: (312) 853-7000<br>Facsimile:  (312) 853-7036 | ZWERDLING, PAUL,<br>KAHN & WOLLY, P.C.<br>Robert E. Paul<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C.  20036-5420<br>Telephone: (202) 857-5000<br>Facsimile:  (202) 223-4817 |
| - and - | - and - |
| COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A. | CROSS & SIMON, LLC |
| By: ___ /s/ J. Kate Stickles ___<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware  19801<br>Telephone: (302) 652-3131<br>Facsimile:  (302) 652-3117 | By: ___ /s/ Christopher P. Simon ___<br>Christopher P. Simon (No. 3697)<br>913 North Market Street, 11th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 777-4200<br>Facsimile:  (302) 777-4224 |
| COUNSEL FOR REORGANIZED DEBTORS | COUNSEL FOR THE WASHINGTON-<br>BALTIMORE NEWSPAPER GUILD,<br>TNG-CWA |

46429/0001-9263119v3