IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., <br> Debtors. | Case No. 08-13141 (KJC) <br><br> Jointly Administered <br> Objection Date: March 11, 2013 at 4:00 p.m. <br> Hearing Date: TBD |

**FORTY-THIRD MONTHLY AND FINAL FEE APPLICATION OF DOW LOHNES PLLC AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR: (I) COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012; AND (II) FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MAY 26, 2009 THROUGH DECEMBER 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | **Dow Lohnes PLLC** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **July 14, 2009** *nunc pro tunc* **to May 26, 2009** |
| Period for Which Monthly Compensation and Reimbursement is Sought: | **December 1, 2012 to December 31, 2012** |
| Amount of monthly compensation sought as actual, reasonable and necessary: | $66,663.00 (100%) |
| Amount of monthly Expense Reimbursement sought as actual, reasonable and necessary | $69.73 (100%) |
| Requested 43d Monthly Payment Amount: | |
| Fees at 80% | $53,330.40 |
| Expenses at 100% | $69.73 |

| | |
|---|---|
| Period for which FINAL compensation is sought: | **May 26, 2009 – December 31, 2012** |
| Amount of FINAL compensation sought as actual, reasonable and necessary: | **$6,466,151.50**[1] |
| Amount of FINAL Expense Reimbursement sought as actual, reasonable and necessary | **$35,630.41**[2] |

This is a(n):   __X__ monthly        ____ interim        __**X**__ final application

---

[1]   The Final Compensation amount is comprised of all fees previously approved by this Court for Dow Lohnes' First through Twelfth Interim Fee Applications, plus the fees requested by Dow Lohnes' Thirteenth and Fourteenth Interim Fee Applications, plus the fees requested in the Forty-Third Monthly Application.

[2]   The Final Expense amount is comprised of all expenses previously approved by this Court for Dow Lohnes' First through Twelfth Interim Fee Applications, plus the expenses requested by Dow Lohnes' Thirteenth and Fourteenth Interim Fee Applications, plus the expenses requested in the Forty-Third Monthly Application.

## Summary of Applications

| Application Number | Approval Order Docket No. | Period Covered | Approved Fees | Approved Expenses | Pending Requested Fees (100%) | Pending Requested Expenses |
|---|---|---|---|---|---|---|
| First Interim | DI 6078 | 5/26/09 - 8/31/09 | $571,206.00 | $3,514.84 | | |
| Second Interim | DI 9697 | 9/1/09 – 11/30/09 | $737,424.50 | $4,783.46 | | |
| Third Interim | DI 10020 | 12/1/09 – 2/28/10 | $586,730.00 | $3,023.45 | | |
| Fourth Interim | DI 10418 | 3/1/10 – 5/31/10 | $571,366.00 | $3,346.18 | | |
| Fifth Interim | DI 10933 | 6/1/10 – 8/31/10 | $715,652.00 | $3,918.47 | | |
| Sixth Interim | DI 11464 | 9/1/10 – 11/30/10 | $405,546.00 | $2,372.06 | | |
| Seventh Interim | DI 11989 | 12/1/10 – 2/28/11 | $406,136.50 | $790.07 | | |
| Eighth Interim | DI 11990 | 3/1/11 – 5/31/11 | $344,388.50 | $1,113.90 | | |
| Ninth Interim | DI 12360 | 6/1/11 – 8/31/11 | $205,448.50 | $1,505.41 | | |
| Tenth Interim | DI 12552 | 9/1/11 – 11/30/11 | $383,992.50 | $973.81 | | |
| Eleventh Interim | DI 13054 | 12/1/11 – 2/29/12 | $248,654.00 | $1,180.90 | | |
| Twelfth Interim | DI 13181 | 3/1/12 – 5/31/12 | $560,018.00 | $6,002.82 | | |
| Thirteenth Interim (DI 12533) | tbd | 6/1/12 – 8/31/12 | | | $414,096.00 | $1,669.54 |
| Fourteenth Interim (DI 12990) | tbd | 9/1/12 – 11/30/12 | | | $248,839.00 | $1,365.77 |
| Forty-Third Monthly (D.I. tbd) | tbd | 12/1/12 - 12/31/12 | | | $66,663.00 | $69.73 |
| **FINAL Sub-Totals** | | | **$5,736,562.50** | **$32,525.37** | **$729,598.00** | **$3,105.04** |

**FINAL Totals**
Approved Fees: $5,736,562.50
Pending Fees: $729,598
**Total Fees: $6,466,160.50**

Approved Expenses: $32,524.47
Pending Expenses: $3,105.04
**Total Expenses: $35,629.51**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Objection Date: March 11, 2013 at 4:00 p.m.<br>Hearing Date: TBD |

**FORTY-THIRD MONTHLY AND FINAL FEE APPLICATION OF DOW LOHNES PLLC AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR: (I) COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012; AND (II) FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 26, 2009 THROUGH DECEMBER 31, 2012**

Dow Lohnes PLLC ("Dow Lohnes"), special regulatory counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, respectfully submits its (a) Forty-Third Monthly Application of Dow Lohnes PLLC For Compensation For Services Rendered And Reimbursement Of Expenses As Special Regulatory Counsel (the "Forty-Third Monthly Application"); and (b) Final Application of Dow Lohnes PLLC For Compensation For Services Rendered And Reimbursement Of Expenses As Special Regulatory Counsel (the "Final Application"), pursuant to (i) 11 U.S.C. §§ 327, 331, and 503, (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), (iii) Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (iv) the Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Interim Compensation Order"), as amended, and (v) the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the

46429/0001-9268250v1

"Fee Examiner Order") for (a) approval of compensation and reimbursement of expenses for the monthly period from December 1, 2012 through December 31, 2012 (the "Monthly Application Period"), and (b) approval of final compensation and reimbursement of expenses for the period May 26, 2009 through December 31, 2012 (the "Final Application Period"). In support of this Application, Dow Lohnes respectfully states as follows:

## INTRODUCTION

1.  On December 8, 2008 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC (f.k.a. Chicago National League Baseball Club, LLC), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.  On March 19, 2009, the Court appointed Stuart Maue as fee examiner (the "Fee Examiner") to act as special consultant to the Court for professional fee and expense analysis and review.

3.  The Debtors sought approval of this Court to retain Dow Lohnes as special regulatory counsel pursuant to 11 U.S.C. §§ 327(a) and 1107, by application filed on June 26, 2009.

4.  By Order dated July 14, 2009, and as amended on October 14, 2009, the Court approved the retention of Dow Lohnes as special regulatory counsel in these proceedings.

5.  The Debtors sought approval of this Court to modify the scope of the retention of Dow Lohnes to include services relating to certain broadcast contract matters pursuant to 11 U.S.C. §§ 327(e) and 1107, by application filed on October 4, 2010.

2

46429/0001-9268250v1

6. By Order dated October 22, 2010, the Court approved the expanded retention of Dow Lohnes to include services relating to certain broadcast contract matters in these proceedings, *nunc pro tunc* to October 15, 2010.

7. On July 23, 2012, the Court entered an Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank [D.I. 12074] (The "Plan"). The effective date of the Plan occurred on December 31, 2012.

8. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 327, 331, and 503 of the Bankruptcy Code.

## RELIEF REQUESTED

9. Pursuant to the Interim Compensation Order, section 331 of the Bankruptcy Code, and Section 9.2 of the Plan, Dow Lohnes respectfully makes this Forty-Third Monthly and Final Application for professional services rendered and reimbursement of actual and necessary expenses incurred by Dow Lohnes as special regulatory counsel to the Debtors during the Monthly Period December 1, 2012 through December 31, 2012 and Final Period May 26, 2009 through December 31, 2012.

## ALLOWANCE OF MONTHLY COMPENSATION

10. Attached hereto as Exhibit A is the Declaration of Christopher L. Meazell with respect to the monthly compensation requested.

46429/0001-9268250v1

11.     Attached hereto as Exhibit B are a chart and invoices containing a detailed itemization by project category of all services performed by Dow Lohnes with respect to these matters from December 1, 2012 through December 31, 2012. This detailed itemization complies with the Information Requirements Relating to Compensation Requests of Del. Bankr. L.R. 2016-2(d).

12.     Dow Lohnes's services to the Debtors encompass (i) certain regulatory, FCC and broadcast matters; and (ii) certain broadcast contract matters. The following summary highlights the areas in which Dow Lohnes rendered services for the time period covered by this Forty-Second Monthly Application. The full breadth of Dow Lohnes's services for the time period is reflected in the attached Exhibit B.

(a) <u>FCC/Regulatory Matters (08656.0100) (82.7hrs/$51,672.00)</u>

This category includes time limited to the matters upon which Dow Lohnes has been retained in these cases, which includes (i) ensuring full compliance of the Debtors with the rules, regulations and policies of the FCC and the provisions of the Communications Act; (ii) ensuring that the Debtors and their affiliates satisfy the foreign ownership limitations contained in Section 310 of the Communications Act; (iii) seeking from the FCC, as necessary, appropriate ownership rule waivers to cover the newspaper-broadcast properties owned by certain of the Debtors and servicing the New York, Los Angeles, Chicago, Hartford and Miami and other markets; (iv) obtaining all other approvals and rule waivers that may be necessary pursuant to FCC rules, regulation and policies; (v) defending against any challenges to the FCC transfer applications including proceedings before the FCC and, if necessary, the United States Courts of Appeals; (vi) working with bankruptcy and tax counsel for the Debtors to ensure that FCC requirements and procedures are fully coordinated with and complementary to the proceedings before the bankruptcy court; (vii) ensuring full compliance by the Debtors' broadcast stations with all the

4

requirements of the FCC during and through the reorganization processes; (viii) preparing and filing with the FCC, as directed by the Debtors, all necessary applications, reports and updates to accomplish the above; and (ix) performing such other legal services as are within the scope of the matters on which Dow Lohnes has been retained that may be necessary and appropriate for the efficient and economical administration of these Chapter 11 cases. This category also includes any time relating to the Spectrum Issues sub-category, as separately itemized in the invoices per Debtors' request.

(b) Retention and Fee App. Matters (08656.0101)(15.2hrs/$6,840.00)

This category includes time spent preparing and filing Dow Lohnes's Forty Second Monthly and Final Fee Applications, as well as time spent communicating with Debtors other professionals regarding associated processes.

(c) Broadcast Contract Matters (08656.0104)(20.9hrs/$8,151.00)

This category includes time relating to advice concerning retransmission and distribution agreements with cable and satellite companies that carry the Debtors' broadcast stations, "superstation" WGN America, and Chicago cable news station CLTV to consumers. This category also includes any time relating to the Fox and Network Agreements sub-category, as separately itemized in the invoices per Debtors' request.

(d) Travel Time (08656.0102)

No travel time was recorded during this period.

## REIMBURSEMENT OF EXPENSES

13. Attached hereto as Exhibit C is a description of the costs actually expended by Dow Lohnes in the performance of services rendered as special regulatory and broadcast contract

counsel to the Debtors. (The invoices underlying these expenses are included in those attached at Exhibit B.) For the period December 1, 2012 through December 31, 2012, these costs totaled $69.73.

14. The breakdown of costs includes charges for duplication, postage, and telephone conferencing. Dow Lohnes's rates for copying and outgoing facsimiles are $0.10 and $0.50 per page, respectively, and are in compliance with the rate required by Local Rule 2016-2(e)(iii). Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes's actual cost.

## PAYMENT AND RATES

15. In accordance with The Interim Compensation Order and the Fee Examiner Order, in the absence of any objection to this Forty-Third Monthly Application within twenty days of the submission hereof, Debtors are authorized to pay Dow Lohnes 80% of the requested fees and 100% of the requested expenses.

16. The hourly rates charged by Dow Lohnes professionals and paraprofessionals during the Interim Fee Period covered by this Application are no greater than the customary hourly rates for such individuals both inside and outside of bankruptcy cases. The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period. The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour. Dow Lohnes believes these rates are comparable to those charged by the bankruptcy and other professionals of other firms of comparable size, stature, and experience.

6

17. Dow Lohnes has received no payment and no promises for payment from any source other than the Debtors for services rendered in these chapter 11 cases. There is no agreement between Dow Lohnes and any other party for the sharing of compensation to be received for the services rendered by Dow Lohnes in these chapter 11 cases. All professional and paraprofessional services for which compensation is sought herein were rendered solely on behalf of the Debtors in these cases.

## REQUEST FOR FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

18. By this Final Application, Dow Lohnes requests final approval of all fees and expenses incurred by Dow Lohnes in the case during the Final Application Period in the amount of $6,466,151.50[1] and $35,630.41[2], respectively. In support of its request for the final allowance of all fees and expenses, Dow Lohnes incorporates herein by reference each of its Monthly and Interim Fee Applications (and exhibits thereto) previously filed with this Court, together with any related certifications of counsel, reports of the Fee Examiner, and Orders of the Court.

19. During the Final Application Period, Dow Lohnes performed necessary services and incurred out-of-pocket disbursement for Debtors and their estates. As set forth in the prior Monthly and Interim Fee Applications, and in this Application, in accordance with the factors enumerated in 11 U.S.C. Sect. 330, approval of the fees requested for the Final Application Period is fair and reasonable given (a) the complexity of this case, (b) the time expended by Dow

---

[1] The Final Compensation amount is comprised of all fees previously approved by this Court for Dow Lohnes' First through Twelfth Interim Fee Applications, plus the fees requested by Dow Lohnes' Thirteenth and Fourteenth Interim Fee Applications, plus the fees requested in the Forty-Third Monthly Application.

[2] The Final Expense amount is comprised of all fees previously approved by this Court for Dow Lohnes' First through Twelfth Interim Fee Applications, plus the expenses requested by Dow Lohnes' Thirteenth and Fourteenth Interim Fee Applications, plus the expenses requested in the Forty-Third Monthly Application.

7

46429/0001-9268250v1

Lohnes' professionals and paraprofessionals on behalf of debtors and their estates, (c) the nature and extent of the service rendered, (d) the value of such services to the Debtors and their estates, and (e) the costs of comparable services other than in a case under this title. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred by Dow Lohnes while representing Debtors and (ii) of preserving the value of the Debtors' estates.

## REVIEW OF APPLICABLE LOCAL RULE

20. The undersigned has reviewed the requirements of Local Rule of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware 2016-2 and certifies to the best of his information, knowledge and belief that this application substantially complies with Rule 2016-2.

## NOTICE

21. Notice of this Application has been served upon the Notice Parties specified in the Fee Orders. In accordance with the terms of the Fee Orders, Dow Lohnes respectfully submits that no other or further notice is required.

WHEREFORE, Dow Lohnes respectfully requests the Court (i) to approve, pursuant to 11 U.S.C. §§ 327, 331, and 503, (a) monthly compensation in the amount of $66,663.00 and reimbursement of expenses in the amount of $69.73, and (b) final compensation in the amount of $6,466,160.50 and reimbursement of final expenses in the amount of $35,629.41; (ii) to authorize the payment of such amounts (less any amounts previously paid pursuant to court procedures and Orders) by the Debtors to Dow Lohnes; and (iii) to grant such further relief as is just and proper.

8

46429/0001-9268250v1

Dated: February 18, 2013

Respectfully submitted,

/s/ Christopher L. Meazell
_____
Christopher L. Meazell

John R. Feore
Christopher L. Meazell
DOW LOHNES PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036
(202) 776-2786
jfeore@dowlohnes.com
cmeazell@dowlohnes.com


SPECIAL REGULATORY COUNSEL TO
DEBTORS AND DEBTORS IN POSSESSION