## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | **Objection Date: March 11, 2013 at 4:00 p.m.** |
| | | **Hearing Date: *TBA*** |

## NOTICE OF FORTY-THIRD MONTHLY AND FINAL FEE APPLICATION

| | | |
|---|---|---|
| David L. Buchbinder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Stuart M. Brown, Esquire<br>R. Craig Martin, Esquire<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Barclays Bank PLC) | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(Counsel to Barclays Bank PLC) |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(Counsel to Debtors) | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JPMorgan Chase<br>Bank, N.A.) | Mark D. Collins, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511<br>(Counsel to Administrative Agent for<br>Prepetition Lenders, JPMorgan<br>Chase Bank, N.A.) | John F. Theil, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044<br>(Fee Auditor)<br><br><br>All parties on 2002 service list |

PLEASE TAKE NOTICE that, on February 19, 2013, the **Forty-Third Monthly and Final Fee Application of Dow Lohnes PLLC as Special Counsel to the Debtors and Debtors in Possession for:  (I) Compensation for Services Rendered and Reimbursement of Expenses for the Period of December 1, 2012 through December 31, 2012; and (II) Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 26, 2009 through December 31, 2012** (the "Final Application") was filed with the United States Bankruptcy Court for the District of Delaware.  The Application seeks approval of (i) monthly fees in the amount of $66,663.00 and reimbursement of monthly expenses in the amount of $69.73, and (ii) final fees in the amount of $6,466,151.50 and reimbursement of final expenses in the amount of $35,630.41.

You are required to file a response, if any, to the Final Application on or before **March 11, 2013 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant and Debtor's counsel so that it is received by **4:00 p.m. on March 11, 2013**:

| | | |
|---|---|---|
| Norman L. Pernick, Esquire | Kenneth P. Kansa, Esquire | Christopher L. Meazell, Esquire |
| J. Kate Stickles, Esquire | Jillian K. Ludwig, Esquire | **DOW LOHNES PLLC** |
| **COLE, SCHOTZ, MEISEL,** | **SIDLEY AUSTIN LLP** | Three Partners Place, Suite 230 |
| **FORMAN & LEONARD, P.A.** | One South Dearborn Street | 201 David Boren Blvd. |
| 500 Delaware Avenue, Suite 1410 | Chicago, IL 60603 | Norman, OK  73072 |
| Wilmington, DE 19801 | kkansa@sidley.com | cmeazell@dowlohes.com |
| npernick@coleschotz.com | | |

A HEARING TO CONSIDER APPROVAL OF THE FINAL APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801, **ON A DATE AND TIME TO BE DETERMINED**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE FINAL APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 19, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-5902617v42