# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

DISTRICT OF COLUMBIA

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing FORTY-THIRD MONTHLY AND FINAL FEE APPLICATION OF DOW LOHNES PLLC AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR: (I) COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012; AND (II) FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 26, 2009 THROUGH DECEMBER 31, 2012 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Forty-Third Monthly and Final Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 18th day of February, 2013.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

**EXHIBIT B**

## FEE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2012

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 550 | | 0.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 760 | 25.3 | 19,228.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 390 | 20.9 | 8,151.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 32.9 | 21,385.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 280 | 11.4 | 3,192.00 |
| Christopher L. Meazell | Of Counsel (since 2013); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 450 | 15.2 | 6,840.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 | 470 | 3.6 | 1,692.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 650 | 9.5 | 6,175.00 |
| **TOTALS** | | | **118.8** | **66,663.00** |
| **BLENDED RATE** | | | | **561.1363636** |

[1] The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2012 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $760 per hour.

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2012

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 80.4 | 50,403.00 |
| Spectrum Issues | 2.3 | 1,269.00 |
| Fee Applications 08656.0101 | 15.2 | 6,840.00 |
| Broadcast Contracts 08656.0104 | 20.9 | 8,151.00 |
| Fox and Network Agreements 08656.0104:001 | 0.0 | 0.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **118.8** | **66,663.00** |

# ℞ Dow**Lohnes**

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

---

January 28, 2013

Page 1

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 567823

Our File # 08656.0100        For Services Through December 31, 2012
FCC/Broadcast Matters

| 12/01/12 | Review schedules and license lists for credit agreement (0.6); telephone conference with S. Sheehan re FCC review of ownership report and waivers (0.4); review FCC court filings re appeals and existing waivers (0.8). | |
| | J. Feore | 1.80 hrs. |
| 12/03/12 | Research (0.7) and analysis (0.6) of issues regarding required actions at the FCC if currently contemplated rule proposals are adopted in the quadrennial media ownership proceeding. | |
| | J. Rademacher | 1.30 hrs. |
| 12/03/12 | Review credit agreement re dedicated issues and broadcast status (0.6); telephone conference with S. Sheehan re processes and timing (0.5); review waiver updates and FCC review of ownership and its report and order (0.7). | |
| | J. Feore | 1.80 hrs. |
| 12/03/12 | Review information re treatment of revenues from WGN America in FCC-related loan default formula (1.8); telephone conference with D. Brown (FCC) re status of authorizations (0.4); review issues re proposed FCC change in form of authorizations (0.6); review information from D. Hingtgen (Alvarez) re interlinked certifications with apparent discrepancies in media attribution information (0.9). | |
| | J. Logan | 3.70 hrs. |
| 12/04/12 | Telephone conference with D. Eldersveld and Paul Weiss re provisions in credit agreement (0.9); review FCC language and terms in warrant agreement (0.9); review exercise rights of Franklin Advisors and FCC compliance (0.4); telephone conference with FCC staff (0.2) and follow-up re grants and FCC forms (0.2). | |
| | J. Feore | 2.60 hrs. |

Tribune Company                                                    Invoice 567823

| | | |
|---|---|---|
| 12/04/12 | Telephone conferences with D. Brown (FCC) re issuance of formal authorizations and Form 732s and database limitations (0.7); review (0.6) and analyze (0.6) issues re treatment of WGN America in broadcast-related default formulas for draft loan agreement (1.2); prepare correspondence to J. Boelter and J. Langdon (Sidley) re FCC proposal for issuance of Form 732 authorizations (0.8); prepare correspondence to D. Hingtgen (Alvarez) re resolution of inconsistent multiple ownership certifications (0.4); research (0.6) and analysis (0.6) re certifications; review draft credit agreement for senior credit arrangement in connection with emergence from bankruptcy (1.3). | |
| | J. Logan | 5.60 hrs. |
| 12/05/12 | Telephone conference with R. Wiley re FCC decision and pending matters (0.3); telephone conference with J. Stenger re FCC order and ownership review (0.3); telephone conference with FCC Media Bureau re FCC grants (0.3); review provisions in credit agreement and license schedule issues (0.7). | |
| | J. Feore | 1.60 hrs. |
| 12/05/12 | Review issues re sufficiency of order schedule as a substitute for FCC Form 732 per D. Brown (FCC) (0.6); telephone conference with FCC counsel to co-proponents re status of steps toward consummation of reorganization and prospect for further FCC opposition (0.4); complete schedule of licenses for J. Langdon (Sidley) (0.7); review revised credit agreement re FCC matters and matters highlighted by client and Paul Weiss (2.3); research and analyze FCC treatment of interlinked certifications from Franklin Mutual (1.6). | |
| | J. Logan | 5.60 hrs. |
| 12/05/12 | Review draft schedule to confirm accuracy of new license subsidiaries for various stations (1.2); confirm file number for missing license on order (0.2). | |
| | L. McCarty (Practice Group Professional) | 1.40 hrs. |
| 12/05/12 | Email exchange with K. Mills (Sidley) re FCC lack of action on amended proof of claims (0.3); participate in conference call with Akin and Wiley attorneys re FCC and closing issues (0.6); review stipulation re FCC deadlines (0.5); telephone conference with S. Stone (FCC) re same (0.3). | |
| | M. Swanson | 1.70 hrs. |
| 12/06/12 | Review additional changes in credit agreement and license definition and schedules. | |
| | J. Feore | 0.70 hrs. |
| 12/06/12 | Prepare correspondence to C. Poggi (Paul Weiss) re analysis and revision of provisions re default for FCC-related matters (0.8); review correspondence from D. Eldersveld re changes to term loan document (0.6); review license appendix in docket re FCC proposal | |

Tribune Company                                                          Invoice 567823

|  |  |  |
|---|---|---|
|  | for issuance of modified and supplemented Form 732 (0.8); prepare draft revisions to proposed credit agreement to revise FCC default provisions (1.1). | |
|  | J. Logan | 3.30 hrs. |
| 12/06/12 | Review re online public file compliance. | |
|  | M. Swanson | 0.10 hrs. |
| 12/07/12 | Research regarding WGN-TV ratings for analysis of newspaper/television cross-ownership issues. | |
|  | J. Rademacher | 0.30 hrs. |
| 12/07/12 | Telephone conference with S. Sheehan re FCC review of ownership and Capitol Hill issues (0.5); telephone conference with FCC re status of FCC review of petition (0.3); review revisions to credit agreement re FCC matters (0.7). | |
|  | J. Feore | 1.50 hrs. |
| 12/07/12 | Research re national focused newspaper exception to newspaper/broadcast cross-ownership rule (0.9); telephone conference with D. Brown (FCC) re FCC Form 732 authorizations (0.4); telephone conference with C. Poggi (Paul Weiss) re loan agreement provisions on FCC-related default (0.4); prepare correspondence to C. Poggi re alternative approaches to FCC-related clauses (0.8). | |
|  | J. Logan | 2.50 hrs. |
| 12/08/12 | Review timing on FCC action re reconsideration petitions and FCC ownership order (0.5); research re follow-up waiver filings for Tribune markets and timing (0.6). | |
|  | J. Feore | 1.10 hrs. |
| 12/08/12 | Review re online public file requirements for Tribune stations. | |
|  | M. Swanson | 1.50 hrs. |
| 12/10/12 | Telephone conferences with FCC staff re status of reconsideration review and draft ownership order (0.4); review distribution issues re stock and certifications of certain holders (0.6). | |
|  | J. Feore | 1.00 hrs. |
| 12/10/12 | Review and revise draft response from K. Mills (Sidley) re discrepancy in claimant's ownership certification. | |
|  | J. Logan | 0.80 hrs. |
| 12/10/12 | Review re online public file compliance issues. | |
|  | M. Swanson | 0.90 hrs. |
| 12/11/12 | Telephone conference with S. Sheehan re FCC/Capitol Hill issues on ownership (0.5); telephone conference with N. Larsen re pending FCC issues (0.4); review schedule re restructuring closings, FCC notifications and updates (0.6). | |
|  | J. Feore | 1.50 hrs. |

January 28, 2013                                                                    Page 4

Tribune Company                                                          Invoice 567823

| | | |
|---|---|---|
| 12/11/12 | Prepare correspondence to J. Langdon re status of broadcast pro forma consummation. | |
| | J. Logan | 0.40 hrs. |
| 12/11/12 | Review status of satellite assignment application not included in memorandum opinion and order (0.4); telephone conference with FCC staff re same (0.1); prepare correspondence to client re follow-up needed for online public file review (0.1). | |
| | L. McCarty (Practice Group Professional) | 0.60 hrs. |
| 12/12/12 | Telephone conference with R. Wiley and T. Davidson re updates on FCC pending matters re Tribune (0.3); review schedule re restructuring and FCC notifications (0.5). | |
| | J. Feore | 0.80 hrs. |
| 12/12/12 | Review issues re FCC Form 732s for long-form application. | |
| | J. Logan | 0.80 hrs. |
| 12/12/12 | Review correspondence from client re online public file review. | |
| | L. McCarty (Practice Group Professional) | 0.10 hrs. |
| 12/13/12 | Telephone conference with FCC staff (0.1) and follow-up re grant authorizations (0.1); review motion to FCC re closing of restructuring applications (0.4). | |
| | J. Feore | 0.60 hrs. |
| 12/13/12 | Review and respond to correspondence from E. Washburn (Tribune) re FCC Form 732 authorizations. | |
| | J. Logan | 0.70 hrs. |
| 12/13/12 | Research re authorizations issued by the FCC (FCC Form 732) granting the transactions to emerge from bankruptcy. | |
| | L. McCarty (Practice Group Professional) | 2.20 hrs. |
| 12/13/12 | Telephone conference with E. Washburn re consummation notice preparation; review re same. | |
| | M. Swanson | 0.10 hrs. |
| 12/14/12 | Review FCC issue with Forms 732 and need to issue new or revised authorizations (0.4); telephone conference with FCC re pending reconsideration decision (0.3); telephone conference with S. Sheehan re Capitol Hill developments (0.3). | |
| | J. Feore | 1.00 hrs. |
| 12/14/12 | Telephone conference with D. Roberts and D. Brown (FCC) re FCC Form 732 issues (0.3); follow-up telephone call with D. Brown re same (0.3); review issues re possible alternate approaches for correction of Form 732s in FCC electronic filing system (0.8); prepare correspondence to E. Washburn re FCC Form 732s for long-form applications (0.4). | |
| | J. Logan | 1.80 hrs. |
| 12/14/12 | Review correspondence from client re incorrect FCC consent | |

Tribune Company                                                      Invoice 567823

|  |  |  |
|---|---|---|
| | documents (FCC Form 732s). | |
| | L. McCarty (Practice Group Professional) | 0.20 hrs. |
| 12/14/12 | Review re consummation reporting issues. | |
| | M. Swanson | 0.10 hrs. |
| 12/17/12 | Review FCC Form 732 and possible revisions per FCC staff (0.3); review notice to FCC re completion of restructuring (0.3); telephone conference with FCC re pending decision on ownership (0.3). | |
| | J. Feore | 0.90 hrs. |
| 12/17/12 | Telephone conference with D. Brown (FCC) re irregularities in Form 732 authorizations (0.4); telephone conference with K. Mills (Sidley) re status of consummation of restructuring applications (0.3); prepare correspondence to K. Mills and J. Langdon (Sidley) re consummation of restructuring (0.4). | |
| | J. Logan | 1.10 hrs. |
| 12/18/12 | Telephone conference with K. Mills (Sidley) re regulatory filings for restructuring transactions (0.2); prepare correspondence to J. Langdon re date of completion of broadcast restructuring transactions (0.4); prepare correspondence to E. Washburn re consummation notices for pro forma transactions (0.4); review correspondence from J. Langdon (Sidley) re certifications required for Class B to Class A conversions (0.4); prepare correspondence to J. Langdon re certification for Class B stock conversions to Class A (0.6). | |
| | J. Logan | 2.00 hrs. |
| 12/18/12 | Prepare (2.1) and submit (1.1) consummation notices for broadcast pro forma applications. | |
| | L. McCarty (Practice Group Professional) | 3.20 hrs. |
| 12/19/12 | Review updates re Class A/Class B stock certifications and closing questions (0.4); telephone conference with FCC staff re ownership issue (0.2); review additional FCC filings re grants (0.3). | |
| | J. Feore | 0.90 hrs. |
| 12/19/12 | Review issues re completion of broadcast consummation notices and associated satellite notices (0.3); prepare correspondence to E. Washburn re post-consummation ownership reports (0.4); prepare response to J. Langdon (Sidley) re rationale for certification form for conversion of Class B shares to Class A (0.7). | |
| | J. Logan | 1.40 hrs. |
| 12/19/12 | Draft notice of consummation for pro forma satellite license assignments (3.1); telephone conference with FCC staff re same (0.2). | |
| | L. McCarty (Practice Group Professional) | 3.30 hrs. |
| 12/19/12 | Telephone conference with Wiley and Akin attorneys re FCC and closing issues (0.3); review NAB preparation re spectrum comments | |

January 28, 2013                                    Page 6

Tribune Company                                    Invoice 567823

|  |  |  |
|---|---|---|
|  | (0.4). |  |
|  | M. Swanson | 0.70 hrs. |
| 12/20/12 | Review revised documents re Tribune credit facility re FCC matters (0.5); conference with S. Sheehan re update on Capitol Hill and FCC timing issues (0.5). |  |
|  | J. Feore | 1.00 hrs. |
| 12/21/12 | Telephone conference with S. Sheehan re FCC update (0.3); review updated credit agreement re closing (0.2); review notification to FCC re ownership reports (0.2). |  |
|  | J. Feore | 0.70 hrs. |
| 12/21/12 | Follow-up telephone conference with FCC staff regarding consummation notices for satellite applications (0.2); prepare correspondence to FCC staff re same (0.2). |  |
|  | L. McCarty (Practice Group Professional) | 0.40 hrs. |
| 12/22/12 | Review ownership certification re question concerning Class A/Class B stock and post-closing mechanisms (0.3); review stock trading issues and FCC reporting issues and corporate provisions (0.4). |  |
|  | J. Feore | 0.70 hrs. |
| 12/26/12 | Review comments filed in FCC media ownership proceeding re newspaper/broadcast cross-ownership rule (0.4); telephone conference with FCC staff re status of rulemaking (0.2). |  |
|  | J. Feore | 0.60 hrs. |
| 12/27/12 | Telephone conference with FCC staff re Tribune ownership and closing issues (0.3); review closings on restructuring applications and FCC notice (0.2). |  |
|  | J. Feore | 0.50 hrs. |
| 12/28/12 | Review pre-closing ownership changes and certification issues (0.5); review post-closing FCC filings and filing schedules (0.2). |  |
|  | J. Feore | 0.70 hrs. |
| 12/28/12 | Prepare correspondence to P. Gondipalli and K. Mills re issues concerning Oaktree designation instructions. |  |
|  | J. Logan | 0.50 hrs. |
| 12/28/12 | Telephone conference with D. Roberts (FCC) re consummation issues and lack of reconsideration petition (0.2); review re consummation document issues (0.1). |  |
|  | M. Swanson | 0.30 hrs. |
| 12/28/12 | Review re online public file compliance issues. |  |
|  | M. Swanson | 1.30 hrs. |
| 12/29/12 | Analysis of issues regarding Board of Directors appointment issues. |  |
|  | J. Rademacher | 0.50 hrs. |

January 28, 2013                                                    Page 7

Tribune Company                                                    Invoice 567823

| 12/29/12 | Telephone conference with E. Hartenstein re Director issue and FCC (0.3); telephone conference with P. Murphy re FCC attribution and compliance issues (0.4); review FCC ownership and attribution issues (0.8). | |
|---|---|---|
| | J. Feore | 1.50 hrs. |
| 12/30/12 | Telephone conference with P. Murphy re Tribune board seat and FCC issues (0.3); review updated resignation and Board information (0.3). | |
| | J. Feore | 0.60 hrs. |
| 12/31/12 | Telephone conference with FCC re post-closing filings (0.2); review notice to FCC (0.3); review court filings re emergence from bankruptcy (0.3). | |
| | J. Feore | 0.80 hrs. |
| 12/31/12 | Prepare correspondence to D. Brown (FCC) re confirmation of FCC treatment of Form 732 statements in view of consent order (1.2); prepare correspondence to E. Washburn re consummation of emergence from bankruptcy and post-closing filings (0.2); prepare correspondence to K. Mills (Sidley) re bankruptcy court filing on consummation of emergence (0.4); review issues re FCC consummation filings (0.9). | |
| | J. Logan | 2.70 hrs. |
| 12/31/12 | Review re new Tribune directors (0.3); review re effective date and consummation notice issues (0.9); review proof of claim stipulation and FCC email re same (0.9); email to K. Mills (Sidley) and E. Washburn re same (0.3). | |
| | M. Swanson | 2.40 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 24.90 |
| LOGAN | 32.90 |
| SWANSON | 9.10 |
| RADEMACHER | 2.10 |
| MCCARTY | 11.40 |
| TOTAL | 80.40 |

Fees for Professional Services .......................................................... $          50,403.00

|  |  |  |
|---|---|---|
| CONFERENCE CALL (SOUNDPATH) | $ | 8.38 |
| REPRODUCTION | $ | 43.60 |

Total Reimbursable Costs ............................................................ $          51.98

Total Current Billing for This File ................................................ $          50,454.98

January 28, 2013                                         Page 8

Tribune Company                                    Invoice 567823

Our File # 08656.0100:001        For Services Through December 31, 2012
Spectrum Issues

| | | |
|---|---|---|
| 12/03/12 | Preparation of outline of comments regarding FCC incentive auction proceeding (0.5); preparation of correspondence to E. Washburn regarding same (0.7). | |
| | J. Rademacher | 1.20 hrs. |
| 12/13/12 | Participation in weekly NAB spectrum auction status call. | |
| | J. Rademacher | 0.30 hrs. |
| 12/20/12 | Review outline re spectrum comments in FCC rulemaking and impact of FCC notices and comments. | |
| | J. Feore | 0.40 hrs. |
| 12/27/12 | Participate in NAB counsel call re spectrum comments. | |
| | M. Swanson | 0.40 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 0.40 |
| SWANSON | 0.40 |
| RADEMACHER | 1.50 |
| TOTAL | 2.30 |

Fees for Professional Services .......................................................... $      1,269.00
Total Current Billing for This File.................................................. $      1,269.00

Our File # 08656.0101        For Services Through December 31, 2012
Retention and Fee Applications

| | | |
|---|---|---|
| 12/05/12 | Preparation of 42d monthly fee application (0.8); research regarding response to Alavarez projections (0.7); correspondence w P. Gondipalli (Alvarez) regarding same (0.2); research regarding final fee application (0.5). | |
| | C. Meazell | 2.20 hrs. |
| 12/13/12 | Preparation of 42d monthly fee application (1.3); preparation of final fee application (0.9). | |
| | C. Meazell | 2.20 hrs. |
| 12/17/12 | Review of examiner's preliminary report regarding 12th interim | |

January 28, 2013                                                    Page 9

Tribune Company                                              Invoice 567823

|  |  |  |
|--|--|--|
| | application (0.7); research regarding response for same (1.8). | |
| | C. Meazell | 2.50 hrs. |
| 12/19/12 | Preparation of updated projections for P. Gondipalli (Alvarez & Marsal) (0.6); preparation of response to examiner's preliminary report regarding 12th interim application (1.3). | |
| | C. Meazell | 1.90 hrs. |
| 12/20/12 | Correspondence with P. Gondipalli (Alvarez & Marsal) regarding updated projections. | |
| | C. Meazell | 0.30 hrs. |
| 12/26/12 | Research regarding response to fee examiner's preliminary report for 12th interim period. | |
| | C. Meazell | 1.20 hrs. |
| 12/27/12 | Preparation of 42d monthly fee application (1.3); preparation of response to fee examiner's preliminary report for 12th interim period (0.9). | |
| | C. Meazell | 2.20 hrs. |
| 12/28/12 | Preparation of 42d monthly fee application (0.9); research regarding final fee application (0.6). | |
| | C. Meazell | 1.50 hrs. |
| 12/31/12 | Research regarding final fee application. | |
| | C. Meazell | 1.20 hrs. |

BILLING SUMMARY

|  | Hours |
|--|-------|
| MEAZELL | 15.20 |
| TOTAL | 15.20 |

Fees for Professional Services ...................................................... $    6,840.00
Total Current Billing for This File.............................................. $    6,840.00

Our File # 08656.0104          For Services Through December 31, 2012
Broadcast Contracts

| 12/03/12 | Research re internal allocation of revenue earned by WGN America and WGN-TV (0.1); telephone call with J. Marenghi re same (0.1); telephone call with G. Mazzaferri re same (0.1). | |
|--|--|--|
| | R. Folliard III | 0.30 hrs. |
| 12/03/12 | Review proposed changes to split signal agreement for Tribune. | |
| | R. Folliard III | 0.10 hrs. |

January 28, 2013                                                    Page 10

Tribune Company                                                    Invoice 567823

| | | |
|---|---|---|
| 12/04/12 | Revise split signal and zone advertising agreement (0.6); prepare letter to Wide Open West re maintaining carriage of WGN America on Knology systems (0.9); review Verizon changes to retransmission consent term sheet (0.4). | |
| | R. Folliard III | 1.90 hrs. |
| 12/05/12 | Telephone call with K. Connor re Verizon response to retransmission and WGN distribution agreements. | |
| | R. Folliard III | 0.80 hrs. |
| 12/06/12 | Telephone calls with K. Connor re Verizon retransmission agreement and other pending retransmission matters (0.4); prepare revised retransmission agreement and WGN distribution agreement for Verizon (1.5). | |
| | R. Folliard III | 1.90 hrs. |
| 12/10/12 | Telephone call with K. Connor regarding retransmission negotiations with Verizon and other pending retransmission consent matters (0.5); research re summaries of Tribune agreements with major operators (0.2). | |
| | R. Folliard III | 0.70 hrs. |
| 12/11/12 | Telephone call with C. Sennet re split signal agreement for Tribune. | |
| | R. Folliard III | 0.10 hrs. |
| 12/13/12 | Review Verizon retransmission agreement in anticipation of call with N. Larsen, G. Mazzaferri, J. Marenghi and K. Connor (0.3); telephone call with K. Connor re changes to Verizon agreements (0.3); revise Verizon term sheet to reflect recent changes by Verizon (0.3); conference call with N. Larsen, G. Mazzaferri, J. Marenghi and K. Connor re Verizon retransmission and WGN agreements (0.8); revise Tribune retransmission agreement with Verizon (0.5); revise Tribune WGN America agreement with Verizon (0.8); prepare email to K. Connor re revised Verizon agreements and revised Verizon term sheet (0.5); prepare email to K. Connor re response to Windjammer request for release from liability for retransmission agreement (0.1); telephone call with C. Sennet re split signal agreement (0.4); analyze engineering comments to split signal agreement (0.2); prepare revised split signal addendum for retransmission agreements (1.2); prepare email to N. Larsen re changes to split signal addendum (0.2). | |
| | R. Folliard III | 5.60 hrs. |
| 12/14/12 | Telephone call with N. Larsen and G. Mazzaferri re changes to Verizon agreement (0.1); prepare revised retransmission and WGN distribution agreements for Verizon (0.3); telephone call with K. Connor re changes to Verizon agreements (0.1). | |
| | R. Folliard III | 0.50 hrs. |
| 12/16/12 | Prepare revised letter to Wide Open West re proposed settlement of carriage of WGN on Knology systems. | |

January 28, 2013                                              Page 11

Tribune Company                                        Invoice 567823

|  | R. Folliard III | 0.20 hrs. |
|---|---|---|

12/17/12    Prepare updated summaries of MFN provisions, material economic
terms and impact of affiliation changes on Tribune retransmission
and WGN America agreements.
                R. Folliard III                          0.90 hrs.

12/18/12    Research re impact of potential acquisition of Cablevision systems
by Charter on WGN America agreement (0.1); telephone call with
K. Connor re Verizon agreement and other pending retransmission
matters (0.5); prepare revised summary of MFNs and other key
provisions in Tribune retransmission and WGN America agreements
(0.3); conference call with Verizon re Tribune agreements (0.7);
follow-up telephone call with K. Connor re Verizon agreement (0.4);
telephone call with K. Connor re changes to MFN with Verizon for
WGN America (0.2); prepare revised MFN for WGN America for
Verizon (0.4); prepare email to K. Connor re changes to Verizon
agreement (0.2).
                R. Folliard III                          2.80 hrs.

12/19/12    Telephone call with K. Connor re MFN with Verizon for WGN
America (0.3); prepare proposed MFN for Verizon for WGN
America (0.3).
                R. Folliard III                          0.60 hrs.

12/20/12    Conference call with N. Larsen, G. Mazzaferri, J. Marenghi and K.
Connor re response to Verizon counter-offer (0.9); telephone call
with K. Connor re Verizon negotiations (0.2); prepare revised
retransmission and WGN America agreement for Verizon (0.4);
prepare email to N. Larsen, G. Mazzaferri, J. Marenghi and K.
Connor re  revised Verizon agreement (0.1).
                R. Folliard III                          1.60 hrs.

12/21/12    Review revised Verizon proposal for retransmission consent and
WGN agreements (0.1); telephone call with K. Connor re finalizing
Verizon agreement (0.4); research re channel position for WGN on
Verizon FiOS systems (0.2); follow up telephone call with K.
Connor re accepted changes by Verizon (0.1); conference call with
N. Larsen, G. Mazzaferri, J. Marenghi and K. Connor re accepted
offer from Verizon (0.3).
                R. Folliard III                          1.10 hrs.

12/22/12    Prepare final execution versions of retransmission and WGN
America agreements for Verizon (0.3); prepare email to N. Larsen re
same (0.1).
                R. Folliard III                          0.40 hrs.

12/27/12    Prepare email to K. Connor re extending Verizon agreement to
provide time for obtaining signatures.
                R. Folliard III                          0.30 hrs.

12/28/12    Prepare final execution version of Verizon agreements (0.2); prepare

January 28, 2013                                             Page 12

Tribune Company                                             Invoice 567823

email to K. Connor re extending consent for Verizon to execute
retransmission and WGN America agreements (0.2).
R. Folliard III                          0.40 hrs.

12/31/12        Telephone call with K. Connor re finalizing Verizon agreements
(0.1); prepare email to N. Larsen recommending extension of time
for Verizon to obtain signatures on retransmission agreements (0.2);
prepare email to Verizon providing execution copy of retransmission
and WGN America agreements (0.1); prepare email to Verizon
granting extension of time to finalize retransmission and WGN
America agreements (0.3).
R. Folliard III                          0.70 hrs.

### BILLING SUMMARY

|                | Hours |
|----------------|-------|
| FOLLIARD III   | 20.90 |
| TOTAL          | 20.90 |

Fees for Professional Services ....................................................................... $        8,151.00

|               |    |        |
|---------------|----|--------|
| POSTAGE       | $  | 5.75   |
| REPRODUCTION  | $  | 12.00  |

Total Reimbursable Costs........................................................................... $           17.75
Total Current Billing for This File............................................................... $        8,168.75

Total Current Billing for This Invoice.......................................................... $       66,732.73

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA | Norman, OK

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

January 28, 2013

Tribune Company
Don Liebentritt, Esq.
Co-President and Chief Restructuring Officer
435 North Michigan Avenue
6th Floor
Chicago, IL   60611

Invoice 567823

Our File # 08656.0100         For Services Through December 31, 2012
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          50,454.98

Our File # 08656.0100:001     For Services Through December 31, 2012
Spectrum Issues
    Total Current Billing for This Invoice ............................................................ $          1,269.00

Our File # 08656.0101         For Services Through December 31, 2012
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $          6,840.00

Our File # 08656.0104         For Services Through December 31, 2012
Broadcast Contracts
    Total Current Billing for This Invoice ............................................................ $          8,168.75

    Total Current Billing for This Invoice ............................................................ $          66,732.73

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## DECEMBER 1 - DECEMBER 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 55.60 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Research Service | Westlaw | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | Lasership - FCC | 0.00 |
| Messenger Services | Washington Express | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | BIA | 0.00 |
| Postage | | 5.75 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 0.00 |
| Telephone Conferencing Services | Soundpath | 8.38 |
| Telephone Tolls | | 0.00 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**                                                                    **69.73**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2)  Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.