```
          IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                         )   Case No. 08-13141(KJC)
                               )   (Jointly Administered)
                               )
TRIBUNE COMPANY, et al.,       )   Related to Docket 13177
                               )
                               )   Chapter 11
                               )
    Reorganized Debtors.       )   Courtroom 5
                               )   824 Market Street
                               )   Wilmington, Delaware
                               )
                               )   February 13, 2013
                               )   11:00 a.m.


              TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
            UNITED STATES BANKRUPTCY JUDGE


TELEPHONIC APPEARANCES:

For Reorganized Debtors: Cole Schotz
                         BY: J. KATE STICKLES, ESQ.
                         (302) 651-2001

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Trustee,<br>Mark Kirschner: | Landis Rath & Cobb<br>BY: RICHARD S. COBB, ESQ.<br>(302) 467-4400 |
| For Chandler Bigelow: | Sperling & Slater<br>BY: GWEN NOLAN, ESQ.<br>(312) 641-3200 |
| For the Reorganized<br>Debtor, Tribune Co: | Tribune Company<br>BY: DAVID ELDERSVELD, ESQ.<br>(312) 222-4707<br>BY: GARY WEITMAN, ESQ.<br>(312) 222-3394<br><br>Sidley Austin<br>BY: JAMES BENDERNAGEL, ESQ.<br>(202) 736-8136<br>BY: KEVIN LANTRY, ESQ.<br>(213) 896-6022<br><br>Alix Partners, LLC<br>BY: LAURA J. EISELE, ESQ.<br>(248) 204-0675<br><br>McDermott Will & Emery<br>BY: GREGORY A. KOPACZ, ESQ.<br>(212) 547-5620 |
| For the Official<br>Committee of Unsecured<br>Creditors: | Chadbourne & Parke LLP<br>BY:  DAVID LEMAY, ESQ.<br>(212) 408-5100<br>BY: DOUGLAS DEUTSCH, ESQ.<br>(212) 408-5169<br><br>Zuckerman Spaeder, LLP<br>BY: ANDREW GOLDFARB, ESQ.<br>BY: JAMES SOTTILE, ESQ.<br>(202) 778-1800<br><br>Moelis & Company, LLC<br>BY: JASON WARSAVSKY, ESQ.<br>(212) 883-3832 |
| For Aurelius Capital<br>Management: | Akin Gump Strauss Hauer & Feld<br>BY: MITCH HURLEY, ESQ.<br>(212) 872-1000 |
| For Former Directors<br>and Officers: | Grippo & Elden, LLC<br>BY: GEORGE DOUGHERTY, ESQ.<br>(312) 704-7700 |

```
TELEPHONIC APPEARANCES:
(Continued)

For Matthew Frank:      Alvarez & Marsal, LLC
                        BY: MATTHEW FRANK, ESQ.
                        (312) 371-9955

For EGI-TRB, LLC:       Jenner & Block, LLP
                        BY: ANDREW VAIL, ESQ.
                        (312) 840-8688

For the Examiner,       Klee Tuchin Bogdanoff & Stern, LLP
Kenneth Klee:           BY: DAVID M. STERN, ESQ
                        (310) 407-4025
                        BY: MARTIN BARASH, ESQ.
                        (310) 407-4005
                        BY: KENNETH N. KLEE, ESQ.
                        (310) 407-4080
                        BY: LEE R. BOGDANOFF, ESQ.
                        (310) 407-4070

                        Saul Ewing, LLP
                        BY: LUCIAN MURLEY, ESQ.
                        (302) 421-6898
                        BY: NICHOLAS J. NASTASI, ESQ.
                        (215) 972-8382

For Mercer US, Inc.:    Freeborn & Peters, LLP
                        BY: DEVON J. EGGERT, ESQ.
                        (312)360-6378

For Credit Lenders:     Jones Day
                        BY: JAMES O. JOHNSTON, ESQ.
                        (213) 243-2431
                        BY JOSHUA M. MESTER, ESQ.
                        (213) 243-2508

For Ernst & Young, LLP: Alston & Bird, LLP
                        BY: JOHN W. WEISS, ESQ.
                        (212) 210-9412
```

WILMINGTON, DELAWARE, WED., FEBRUARY 13, 2012, 11:00 A.M.

1      THE COURT: Good morning. This is Judge Carey.
2 We're on the record in the Tribune Company related Chapter
3 11 proceedings. I'll turn the matter over to counsel.
4      MS. STICKLES: Good morning, Your Honor. Kate
5 Stickles, of Cole Schotz, on behalf of the Reorganized
6 Debtors.
7      The Reorganized Debtors filed an amended agenda
8 yesterday, reflecting that Agenda Items 1 through 7 are
9 continued. Certifications were filed. And the Court has
10 entered orders with respect to Agenda Items 8, 9, and 11.
11      The only matter going forward today is Agenda
12 Item 10, the status conference on the motion of Chandler
13 Bigelow to extend the initial retention period for the
14 complete examiner records. The status conference was
15 included on the agenda at the request of the Court.
16      THE COURT: Actually, I don't know that the Court
17 initiated the matter for a status conference. We got a call
18 from somebody, I think, and then authorized that it be added
19 to the conference. It's a matter -- as a conference. It's
20 a matter that the Court had -- has under advisement. I'd
21 advised the parties at the October hearing on this motion,
22 that I would reach out to the MDL Judge in the Southern
23 District of New York. I've done so, but only recently, so
24 we have not yet connected. I'm hopeful that will happen

1  shortly.  And after I have completed that communication, I
2  am prepared to issue a ruling on the motion.  Does anyone
3  else wish to be heard in connection with this matter?
4            MR. COBB:  Your Honor, it's Richard Cobb, on
5  behalf of Mark Kirschner, the Litigation Trustee for the
6  Litigation Trust.
7            Your Honor, we had not filed papers as, of
8  course, Mr. Kirschner was only recently assumed his
9  position.  And, Your Honor, my client would like it to be
10 known by the Court, that we do agree and adopt Tribune's
11 position.  We do believe it is important during the pendency
12 of the MDL, for the records and documents to be preserved.
13 And we would simply note that any cost of preservation or
14 responses that may be provided by Mr. Klee or his
15 professionals are to be compensated by the Debtor, the
16 Reorganized Debtor at this point.  And so we do not see that
17 there's any financial burden on Mr. Klee or his
18 professionals at this time.
19           And I appreciate, Your Honor, we -- again, we've
20 not filed papers, but I did want to make it clear on the
21 record, that we do agree with Tribune's position that the
22 matter should remain open during the pendency of that
23 litigation.  Thank you.
24           THE COURT:  Well, Mr. Cobb, I appreciate that,
25 but I did not intend this to be a reopening of any record on

1  the motion, but your comments will stand as they are.
2            MR. COBB:  Thank you, Your Honor.
3            THE COURT:  Does anyone else wish to be heard?
4                  (No audible response.)
5            THE COURT:  I hear no further response.  Anything
6  else that we need to talk about today?
7            MS. STICKLES:  I'm not aware of -- Your Honor,
8  this is Kate Stickles.  I'm not aware of anything further.
9            THE COURT:  All right.  Thank you all very much.
10 That concludes this hearing.  Court will stand in recess.
11    (Whereupon, at 11:03 a.m., the hearing was adjourned.)
12
13                        CERTIFICATION
14      I certify that the foregoing is a correct
15 transcript from the electronic sound recording of the
16 proceedings in the above-entitled matter.
17
18
19 _____          14 February 2013
20 Traci L. Calaman, Transcriber                   Date
21

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc)**(1) 1:5 | | **counsel**(1) 4:4 | | **hear**(1) 6:5 | | **nolan**(1) 2:9 | |
| **a.m**(3) 1:17 4:1 6:11 | | **course**(1) 5:8 | | **heard**(2) 5:3 6:3 | | **not**(7) 4:25 5:7 5:16 5:20 5:25 6:7 6:8 | |
| **about**(1) 6:6 | | **court**(13) 1:1 4:2 4:10 4:16 4:17 4:17 4:21 5:10 5:24 6:3 6:5 6:9 6:10 | | **hearing**(3) 4:22 6:10 6:11 | | **note**(1) 5:13 | |
| **aboveentitled** (1) 6:16 | | | | **his**(3) 5:8 5:14 5:17 | | **october**(1) 4:22 | |
| **actually**(1) 4:17 | | | | **honor**(7) 4:5 5:4 5:7 5:9 5:19 6:2 6:7 | | **officers**(1) 2:52 | |
| **added**(1) 4:19 | | **courtroom**(1) 1:12 | | **honorable**(1) 1:21 | | **official**(1) 2:32 | |
| **adjourned**(1) 6:11 | | **credit**(1) 3:32 | | **hopeful**(1) 4:25 | | **only**(3) 4:12 4:24 5:8 | |
| **administered**(1) 1:6 | | **creditors**(1) 2:34 | | **hurley**(1) 2:48 | | **open**(1) 5:22 | |
| **adopt**(1) 5:10 | | **data**(1) 1:33 | | **i'll**(1) 4:4 | | **orders**(1) 4:11 | |
| **advised**(1) 4:22 | | **date**(1) 6:20 | | **i'm**(3) 4:25 6:7 6:8 | | **out**(1) 4:23 | |
| **advisement**(1) 4:21 | | **david**(3) 2:13 2:33 3:13 | | **i've**(1) 4:24 | | **over**(1) 4:4 | |
| **after**(1) 5:1 | | **day**(1) 3:32 | | **important**(1) 5:11 | | **papers**(2) 5:7 5:20 | |
| **again**(1) 5:19 | | **debtor**(3) 2:13 5:15 5:16 | | **inc**(1) 3:28 | | **parke**(1) 2:32 | |
| **agenda**(5) 4:8 4:9 4:11 4:12 4:16 | | **debtors**(4) 1:12 1:27 4:7 4:8 | | **included**(1) 4:16 | | **parties**(1) 4:22 | |
| **agree**(2) 5:10 5:21 | | **delaware**(3) 1:2 1:14 4:1 | | **initial**(1) 4:14 | | **partners**(1) 2:24 | |
| **akin**(1) 2:47 | | **deutsch**(1) 2:35 | | **initiated**(1) 4:18 | | **pendency**(2) 5:11 5:22 | |
| **alix**(1) 2:24 | | **devon**(1) 3:29 | | **intend**(1) 5:25 | | **pennsylvania**(1) 1:35 | |
| **all**(2) 6:9 6:9 | | **diaz**(1) 1:33 | | **issue**(1) 5:2 | | **period**(1) 4:14 | |
| **alston**(1) 3:38 | | **did**(2) 5:20 5:25 | | **it's**(3) 4:20 4:20 5:4 | | **peters**(1) 3:28 | |
| **alvarez**(1) 3:4 | | **directors**(1) 2:51 | | **item**(1) 4:13 | | **point**(1) 5:16 | |
| **amended**(1) 4:8 | | **district**(2) 1:2 4:24 | | **items**(2) 4:9 4:11 | | **position**(3) 5:9 5:11 5:21 | |
| **and**(11) 2:52 4:10 4:11 4:19 5:1 5:9 5:10 5:12 5:13 5:16 5:19 | | **docket**(1) 1:8 | | **i'd**(1) 4:21 | | **prepared**(1) 5:2 | |
| | | **documents**(1) 5:12 | | **james**(3) 2:19 2:40 3:33 | | **preservation**(1) 5:13 | |
| | | **does**(2) 5:2 6:3 | | **jason**(1) 2:44 | | **preserved**(1) 5:12 | |
| **andrew**(2) 2:39 3:9 | | **don't**(1) 4:17 | | **jenner**(1) 3:8 | | **proceedings**(4) 1:20 1:38 4:4 6:16 | |
| **any**(3) 5:13 5:17 5:25 | | **done**(1) 4:24 | | **john**(1) 3:39 | | **produced**(1) 1:39 | |
| **anyone**(2) 5:2 6:3 | | **dougherty**(1) 2:52 | | **johnston**(1) 3:33 | | **professionals**(2) 5:15 5:18 | |
| **anything**(2) 6:5 6:8 | | **douglas**(1) 2:35 | | **jointly**(1) 1:6 | | **provided**(1) 5:14 | |
| **appearances**(3) 1:25 2:1 3:1 | | **during**(2) 5:11 5:22 | | **jones**(1) 3:32 | | **rath**(1) 2:4 | |
| **appreciate**(2) 5:19 5:24 | | **ecro**(1) 1:31 | | **joshua**(1) 3:35 | | **reach**(1) 4:23 | |
| **are**(3) 4:9 5:15 6:1 | | **eggert**(1) 3:29 | | **judge**(4) 1:21 1:22 4:2 4:23 | | **recently**(2) 4:24 5:8 | |
| **assumed**(1) 5:8 | | **egi-trb**(1) 3:8 | | **kate**(3) 1:28 4:5 6:8 | | **recess**(1) 6:10 | |
| **audible**(1) 6:4 | | **eisele**(1) 2:25 | | **kenneth**(2) 3:13 3:17 | | **record**(3) 4:3 5:21 5:25 | |
| **aurelius**(1) 2:47 | | **elden**(1) 2:51 | | **kevin**(2) 1:21 2:21 | | **recorded**(1) 1:38 | |
| **austin**(1) 2:18 | | **eldersveld**(1) 2:13 | | **kirschner**(3) 2:5 5:5 5:8 | | **recording**(2) 1:38 6:15 | |
| **authorized**(1) 4:19 | | **electronic**(2) 1:38 6:15 | | **klee**(5) 3:12 3:13 3:17 5:14 5:17 | | **records**(2) 4:15 5:12 | |
| **aware**(2) 6:7 6:8 | | **else**(3) 5:3 6:3 6:6 | | **know**(1) 4:17 | | **reflecting**(1) 4:9 | |
| **bankruptcy**(2) 1:1 1:22 | | **emery**(1) 2:28 | | **known**(1) 5:10 | | **related**(2) 1:8 4:3 | |
| **barash**(1) 3:15 | | **entered**(1) 4:11 | | **kopacz**(1) 2:29 | | **remain**(1) 5:22 | |
| **before**(1) 1:21 | | **ernst**(1) 3:38 | | **landis**(1) 2:4 | | **reopening**(1) 5:25 | |
| **behalf**(2) 4:6 5:5 | | **esq**(28) 1:28 2:5 2:9 2:13 2:15 2:19 2:21 2:25 2:29 2:33 2:35 2:39 2:40 2:44 2:48 2:52 3:5 3:9 3:13 3:15 3:17 3:19 3:23 3:25 3:29 3:33 3:35 3:39 | | **lantry**(1) 2:21 | | **reorganized**(6) 1:12 1:27 2:12 4:6 4:8 5:16 | |
| **believe**(1) 5:11 | | | | **laura**(1) 2:25 | | **request**(1) 4:16 | |
| **bendernagel**(1) 2:19 | | | | **lee**(1) 3:19 | | **respect**(1) 4:11 | |
| **bigelow**(2) 2:8 4:14 | | | | **lemay**(1) 2:33 | | **response**(2) 6:4 6:5 | |
| **bird**(1) 3:38 | | | | **lenders**(1) 3:32 | | **responses**(1) 5:14 | |
| **block**(1) 3:8 | | **ewing**(1) 3:22 | | **like**(1) 5:9 | | **retention**(1) 4:14 | |
| **bogdanoff**(2) 3:12 3:19 | | **examiner**(2) 3:12 4:15 | | **litigation**(3) 5:5 5:6 5:23 | | **richard**(2) 2:5 5:4 | |
| **burden**(1) 5:17 | | **extend**(1) 4:14 | | **llc**(6) 1:33 2:24 2:43 2:51 3:4 3:8 | | **right**(1) 6:9 | |
| **but**(4) 4:24 5:20 5:25 6:1 | | **february**(3) 1:16 4:1 6:19 | | **llp**(8) 2:32 2:38 3:8 3:12 3:22 3:28 3:38 3:38 | | **ruling**(1) 5:2 | |
| **calaman**(1) 6:20 | | **feld**(1) 2:47 | | | | **saul**(1) 3:22 | |
| **call**(1) 4:18 | | **filed**(4) 4:8 4:10 5:7 5:20 | | | | **schotz**(2) 1:27 4:6 | |
| **capital**(1) 2:47 | | **financial**(1) 5:17 | | **lucian**(1) 3:23 | | **schuylkill**(1) 1:34 | |
| **carey**(2) 1:21 4:2 | | **for**(18) 1:2 1:27 2:4 2:8 2:12 2:32 2:47 2:51 3:4 3:8 3:12 3:28 3:32 3:38 4:14 4:18 5:5 5:12 | | **lugano**(1) 1:31 | | **see**(1) 5:16 | |
| **case**(1) 1:5 | | | | **make**(1) 5:20 | | **service**(2) 1:33 1:39 | |
| **certification**(1) 6:13 | | | | **management**(1) 2:48 | | **services**(1) 1:33 | |
| **certifications**(1) 4:10 | | | | **mark**(2) 2:5 5:5 | | **shortly**(1) 5:1 | |
| **certify**(1) 6:14 | | **foregoing**(1) 6:14 | | **market**(1) 1:13 | | **should**(1) 5:22 | |
| **chadbourne**(1) 2:32 | | **former**(1) 2:51 | | **marsal**(1) 3:4 | | **sidley**(1) 2:18 | |
| **chandler**(2) 2:8 4:13 | | **forward**(1) 4:12 | | **martin**(1) 3:15 | | **simply**(1) 5:13 | |
| **chapter**(2) 1:10 4:3 | | **frank**(2) 3:4 3:5 | | **matter**(8) 4:4 4:12 4:18 4:20 4:21 5:3 5:22 6:16 | | **slater**(1) 2:8 | |
| **clear**(1) 5:20 | | **freeborn**(1) 3:28 | | | | **somebody**(1) 4:19 | |
| **client**(1) 5:9 | | **from**(2) 4:19 6:15 | | | | **sottile**(1) 2:40 | |
| **cobb**(6) 2:4 2:5 5:4 5:4 5:24 6:2 | | **further**(2) 6:5 6:8 | | **matthew**(2) 3:4 3:5 | | **sound**(2) 1:38 6:15 | |
| **cole**(2) 1:27 4:6 | | **gary**(1) 2:15 | | **may**(1) 5:14 | | **southern**(1) 4:23 | |
| **comments**(1) 6:1 | | **george**(1) 2:52 | | **mcdermott**(1) 2:28 | | **spaeder**(1) 2:38 | |
| **committee**(1) 2:33 | | **going**(1) 4:12 | | **mdl**(2) 4:23 5:12 | | **sperling**(1) 2:8 | |
| **communication**(1) 5:1 | | **goldfarb**(1) 2:39 | | **mercer**(1) 3:28 | | **stand**(2) 6:1 6:10 | |
| **company**(4) 1:8 2:12 2:43 4:3 | | **good**(2) 4:2 4:5 | | **mester**(1) 3:35 | | **states**(2) 1:1 1:22 | |
| **compensated**(1) 5:15 | | **got**(1) 4:18 | | **mitch**(1) 2:48 | | **status**(3) 4:13 4:15 4:18 | |
| **complete**(1) 4:15 | | **gregory**(1) 2:29 | | **moelis**(1) 2:43 | | **stern**(2) 3:12 3:13 | |
| **completed**(1) 5:1 | | **grippo**(1) 2:51 | | **morning**(2) 4:2 4:5 | | **stickles**(5) 1:28 4:5 4:6 6:7 6:8 | |
| **concludes**(1) 6:10 | | **gump**(1) 2:47 | | **motion**(4) 4:13 4:22 5:2 6:1 | | **strauss**(1) 2:47 | |
| **conference**(5) 4:13 4:15 4:18 4:20 4:20 | | **gwen**(1) 2:9 | | **much**(1) 6:9 | | **street**(2) 1:13 1:34 | |
| **connected**(1) 4:25 | | **had**(2) 4:21 5:7 | | **murley**(1) 3:23 | | **talk**(1) 6:6 | |
| **connection**(1) 5:3 | | **happen**(1) 4:25 | | **nastasi**(1) 3:25 | | **telephonic**(3) 1:25 2:1 3:1 | |
| **continued**(3) 2:2 3:2 4:10 | | **harrisburg**(1) 1:35 | | **need**(1) 6:6 | | **thank**(3) 5:23 6:2 6:9 | |
| **correct**(1) 6:14 | | **has**(2) 4:10 4:21 | | **new**(1) 4:24 | | | |
| **cost**(1) 5:13 | | **hauer**(1) 2:47 | | **nicholas**(1) 3:25 | | | |
| | | **have**(2) 4:25 5:1 | | | | | |

TRIBUNE.02.13.15.TLC.DOC

| Word | Page:Line |
|---|---|

**that**(18) 4:9 4:17 4:19 4:21 4:23 4:25 5:1 5:10 5:13 5:14 5:16 5:21 5:21 5:22 5:24 6:6 6:10 6:14

**the**(53) 1:1 1:2 1:21 2:12 2:32 3:12 4:2 4:3 4:3 4:4 4:6 4:8 4:10 4:12 4:13 4:13 4:14 4:14 4:15 4:16 4:16 4:16 4:17 4:17 4:18 4:20 4:21 4:22 4:22 4:23 4:23 5:2 5:5 5:5 5:10 5:11 5:12 5:12 5:15 5:15 5:20 5:21 5:22 5:24 6:1 6:3 6:5 6:9 6:11 6:14 6:15 6:15 6:16

**then**(1) 4:19
**there's**(1) 5:17
**they**(1) 6:1
**think**(1) 4:19
**this**(8) 4:2 4:22 5:3 5:16 5:18 5:25 6:8 6:10

**through**(1) 4:9
**time**(1) 5:18
**today**(2) 4:12 6:6
**traci**(1) 6:20
**transcriber**(1) 6:20
**transcript**(3) 1:20 1:39 6:15
**transcription**(2) 1:33 1:39
**tribune**(4) 1:8 2:12 2:13 4:3
**tribune's**(2) 5:10 5:21
**trust**(1) 5:6
**trustee**(2) 2:4 5:5
**tuchin**(1) 3:12
**turn**(1) 4:4
**under**(1) 4:21
**united**(2) 1:1 1:22
**unsecured**(1) 2:33
**vail**(1) 3:9
**very**(1) 6:9
**want**(1) 5:20
**warsavsky**(1) 2:44
**was**(3) 4:15 5:8 6:11
**we're**(1) 4:3
**we've**(1) 5:19
**wed**(1) 4:1
**weiss**(1) 3:39
**weitman**(1) 2:15
**well**(1) 5:24
**were**(1) 4:10
**whereupon**(1) 6:11
**will**(4) 2:28 4:25 6:1 6:10
**wilmington**(2) 1:14 4:1
**wish**(2) 5:3 6:3
**with**(3) 4:11 5:3 5:21
**would**(3) 4:23 5:9 5:13
**yesterday**(1) 4:9
**yet**(1) 4:25
**york**(1) 4:24
**you**(3) 5:23 6:2 6:9
**young**(1) 3:38
**your**(8) 4:5 5:4 5:7 5:9 5:19 6:1 6:2 6:7
**zuckerman**(1) 2:38