# Notice Recipients

District/Off: 0311−1     User: Al     Date Created: 2/20/2013
Case: 08−13141−KJC     Form ID: ntcBK     Total: 24

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV | |
| aty | Bryan Krakauer | bkrakauer@sidley.com | |
| aty | J. Kate Stickles | kstickles@coleschotz.com | |
| aty | J. Kate Stickles | kstickles@coleschotz.com | |
| aty | John H. Strock | jstrock@foxrothschild.com | |
| aty | Michael A. Henry | mhenry@grossmcginley.com | |
| aty | Norman L. Pernick | bankruptcy@coleschotz.com | |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com | |
| aty | Patrick J. Reilley | preilley@coleschotz.com | |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com | |
| aty | Richard Scott Cobb | cobb@lrclaw.com | |
| aty | Robert S. Brady | bankfilings@ycst.com | |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue | Chicago, IL 60611 | |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP | 620 Eighth Avenue   32nd Floor | New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC | 111 S. Wacker Drive | Chicago, IL 60606 |
| aty | Gregory Kopacz | McDermott, Will &Emery LLP | 340 Madison Avenue | New York, NY 10173−3922 |
| aty | Holly Snow | Paul Hastings LLP | 191 N. Wacker Drive, 30th Floor | Chicago, IL 60606 |
| aty | James F. Conlan | Sidley Austin LLP | One South Dearborn Street | Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP | 340 Madison Avenue | New York, NY 10173−0002 |
| aty | John R. McCambridge | Grippo &Elden | 111 S. Wacker Drive | Chicago, IL 60606 |
| aty | Michael W. Kazan | Grippo &Elden LLC | 111 S. Wacker Drive | Chicago, IL 60606 |
| aty | O. Andrew F. Wilson | Emery Celli Brinkerhoff &Abady LLP | 75 Rockefeller Plaza, 20th Floor | New York, NY 10019 |
| aty | Patrick T. Nash | Grippo &Elden | 111 S. Wacker Drive | Chicago, IL 60606 |
| aty | Stephen Novack | Novack and Macey LLP | 100 North Riverside Plaza | Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 12