# EXHIBIT A

## STIPULATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 13172** |

## STIPULATION EXTENDING REORGANIZED DEBTORS TIME TO RESPOND TO APPLICATION OF THE WASHINGTON-BALTIMORE NEWSPAPER GUILD PURSUANT TO 11 U.S.C. § 503(B)(3)(D) AND (B)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN CONNECTION WITH ITS OBJECTION TO THE DEBTORS' MOTION TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES

IT IS HEREBY STIPULATED AND AGREED, by and between the Reorganized Debtors in the above-referenced cases and The Washington-Baltimore Newspaper Guild, TNG-CWA, subject to approval of the Court, that the time within which the Reorganized Debtors must respond to the Application of the Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9263119v3

2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives is hereby extended to March 20, 2013.

Dated: February 19, 2013

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | ZWERDLING, PAUL,<br>KAHN & WOLLY, P.C.<br>Robert E. Paul<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C. 20036-5420<br>Telephone: (202) 857-5000<br>Facsimile: (202) 223-4817 |
| - and - | - and - |
| COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A. | CROSS & SIMON, LLC |
| By: */s/ J. Kate Stickles*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 | By: */s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224 |
| COUNSEL FOR REORGANIZED DEBTORS | COUNSEL FOR THE WASHINGTON-BALTIMORE NEWSPAPER GUILD, TNG-CWA |