# Exhibit B

## Non-Settling Step Two Payees

O'CONNOR CAP STRUCT OPP MST

O'CONNOR CREDIT OPP MST LTD

PEMBROKE CBNA LOAN FDG LLC

PIMCO2603-RED RIVER HYPI LP

KNIGHTHEAD MASTER FUND LP

ALLSTATE LIFE INS CO

ARMY AND AIR FORCE MUTAL AID