# Exhibit C

| Case Number | Defendant Name | Preserved Causes of Action (Trust Substitution Claims) | | | | Total |
|---|---|---|---|---|---|---|
| | | Success Bonus Payments | Phantom Equity Payments | Executive Transition Payments | Excise Tax Payments[1] | |
| 10-55677 | Amsden, Harry A. | $150,000.00 | | | | $150,000.00 |
| 10-55707 | Berlamino, Betty Ellen | $75,000.00 | | | | $75,000.00 |
| 10-55585 | Bigelow, Chandler | $400,000.00 | | | $364,800.00 | $764,800.00 |
| 10-55708 | Ehlmann, Tom E. | $75,000.00 | $333,333.33 | | | $408,333.33 |
| 10-55711 | Ellis, James L. | | | $406,000.00 | | $406,000.00 |
| 10-55594 | FitzSimons, Dennis J. | | $2,916,666.67 | $10,657,500.00 | $5,308,620.52 | $18,882,787.19 |
| 10-55734 | Giannini, Vincent R. | $25,000.00 | | | | $25,000.00 |
| 10-55745 | Gremillion, Robert J. | $250,000.00 | | | | $250,000.00 |
| 10-55596 | Grenesko, Donald C. | $400,000.00 | $2,083,333.33 | $4,403,250.00 | $2,718,779.86 | $9,605,363.19 |
| 10-55761 | Hendricks, John R. | $75,000.00 | | | | $75,000.00 |
| 10-55599 | Hianik, Mark W. | $175,000.00 | | | | $175,000.00 |
| 10-55767 | Hiller, David Dean | | $2,083,333.33 | $3,960,000.00 | $3,050,523.17 | $9,093,856.50 |
| 10-55598 | Kazan, Daniel G. | $350,000.00 | | | $326,607.00 | $676,607.00 |
| 10-55600 | Kenney, Crane H. | $600,000.00 | | | | $600,000.00 |
| 10-55755 | Knapp, Peter A. | $75,000.00 | | | | $75,000.00 |
| 10-55956 | Knight, Timothy P. | $250,000.00 | $1,666,666.67 | $1,936,000.00 | $1,834,257.52 | $5,686,924.19 |
| 10-55794 | Landon, Timothy J. | $300,000.00 | $1,666,666.67 | $1,826,000.00 | $1,582,035.26 | $5,374,701.93 |
| 10-55601 | Leach, Thomas D. | $400,000.00 | $1,666,666.67 | $2,209,680.00 | $1,963,621.70 | $6,239,968.37 |
| 10-55603 | Lewin, Luis E. | $50,000.00 | | $2,415,600.00 | $904,406.60 | $3,370,006.60 |
| 10-55602 | Litman, Brian F. | $75,000.00 | | | | $75,000.00 |

---

[1] Unless otherwise noted, amounts shown for Excise Tax Payments may include amounts that are allocable to Ordinary Litigation Claims. For the avoidance of doubt, the Trustee seeks substitution only with respect to the portion of Excise Tax Payments that are allocable to Preserved Causes of Action.

| Case Number | Defendant Name | Preserved Causes of Action (Trust Substitution Claims) | | | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | Success Bonus Payments | Phantom Equity Payments | Executive Transition Payments | Excise Tax Payments[1] | |
| 10-55772 | Malcolm, Vincent A. | $75,000.00 | | $1,394,496.40 | $604,071.12[2] | $2,073,567.52 |
| 10-55604 | Mallory, R. Mark | $75,000.00 | | $978,000.00 | $500.00 | $1,053,500.00 |
| 10-55797 | Malone, Richard H. | | | $1,200,000.00 | | $1,200,000.00 |
| 10-55777 | Mazzaferri, Gina M. | $75,000.00 | | | | $75,000.00 |
| 10-55612 | Murphy, David P. | | | $1,592,800.00 | | $1,592,800.00 |
| 10-55625 | Pearson, Pamela S. | $25,000.00 | | | | $25,000.00 |
| 10-55616 | Poelking, John F. | $50,000.00 | | | | $50,000.00 |
| 10-55629 | Reardon, John E. | $200,000.00 | $1,500,000.00 | $3,708,000.00 | $2,416,266.96 | $7,824,266.96 |
| 10-55635 | Schacher, Marc S. | $50,000.00 | | $463,500.00 | | $513,500.00 |
| 10-55605 | Sewell, Irene M. F. | $50,000.00 | | $337,850.00 | | $387,850.00 |
| 10-55606 | Shanahan, Patrick | $100,000.00 | | | | $100,000.00 |
| 10-55645 | Shaw, William P. | $75,000.00 | | | | $75,000.00 |
| 10-55637 | Smith, Scott C. | | $2,083,333.33 | $4,619,940.00 | $2,539,731.61 | $9,243,004.94 |
| 10-55674 | Vitanovec, John J. | $300,000.00 | $1,250,000.00 | $1,981,450.00 | $1,504,623.70 | $5,036,073.70 |
| 10-55676 | Waltz, Kathleen M. | $100,000.00 | $416,667.00 | $1,636,800.00 | | $2,153,467.00 |
| 10-55608 | Weitman, Gary | $50,000.00 | | | | $50,000.00 |
| 10-55687 | Young, Joseph A. | $25,000.00 | | | | $25,000.00 |

---

[2] This amount has been reduced by $49,077.58 to reflect the allocation of the same to Ordinary Litigation Claims. *See Order Granting the Reorganized Debtors' Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence This Substitution* [D.I. 13099] at Ex. B n.4.