# Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE LITIGATION TRUST, | Adv. No. _____ (KJC) |
| Plaintiff with respect to Counts One, Two, Three, Six, Eight, Nine, and Eleven against the Non-Settling Step Two Payees, | |
| v. | |
| [DEFENDANTS] | |
| Defendants. | |

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [DATE], [Docket No. _____] approving the *Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings* [Docket No. _____] (the "Trust Substitution Motion");[1] and the Effective Date having occurred on December 31, 2012; Marc S. Kirschner, as Litigation Trustee for the Litigation Trust hereby files this notice of substitution of the Litigation Trustee for the Creditors' Committee as plaintiff in the above-captioned adversary proceeding with

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Trust Substitution Motion.

{963.001-W0024887.}

respect to Counts One, Two, Three, Six, Eight, Nine, and Eleven against the Non-Settling Step Two Payees.

Dated: _____, 2013
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Richard S. Cobb (No. 3157)
J. Landon Ellis (No. 4852)
Jeffrey R. Drobish (No. 5437)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Litigation Trustee*

{963.001-W0024887.}