# Exhibit F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> (Jointly Administered) |
| MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE LITIGATION TRUST, <br><br> Plaintiff with respect to Preserved Causes of Action, and <br><br> TRIBUNE COMPANY [and applicable Reorganized Debtor(s)], <br><br> Plaintiff[s] with respect to the Ordinary Litigation Claims, <br><br> v. <br><br> [DEFENDANT(S)] <br><br> Defendant[s]. | Adv. No. _____ (KJC) |

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [DATE], [Docket No. _____] approving the *Litigation Trustee's Motion for an Omnibus Order Authorizing the Substitution of the Litigation Trustee in Place of the Creditors' Committee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions* [Docket No. _____] (the "Trust Substitution Motion");[1] and the Effective Date having occurred on December 31, 2012; Marc S. Kirschner, as Litigation Trustee for the Litigation Trust hereby files this notice of substitution of the Litigation Trustee for the Creditors' Committee as plaintiff in the above-captioned adversary

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Trust Substitution Motion.

{963.001-W0024887.}

proceeding solely with respect to the Preserved Causes of Action asserted therein.

Dated: _____, 2013      **LANDIS RATH & COBB LLP**
Wilmington, Delaware

                                                                                       _____
Richard S. Cobb (No. 3157)
J. Landon Ellis (No. 4852)
Jeffrey R. Drobish (No. 5437)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Litigation Trustee*

{963.001-W0024887.}