# Exhibit H

# EXHIBIT D

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Chandler Bigelow** |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Debtor Entity/Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903517 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903517 | $880,645.35 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903517 | $364,800.00 | 12/27/2007 | Excise Tax Gross Up |
| **Total** | | **$1,645,445.35** | | |

{698.001-W0011437.}

**TRANSFERS DURING PREFERENCE PERIOD**

| Defendant: | **Dennis J. FitzSimons** |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, <u>et al.</u>, Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903505 | $2,977,450.91 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903505 | $6,869,559.45 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903505 | $10,657,500.00 | 12/27/2007 | Executive Transition |
| Tribune Company | ACH/3903505 | $5,308,620.52 | 12/27/2007 | Excise Tax Gross Up |
| Tribune Company | ACH/3903505 | $2,916,666.67 | 12/27/2007 | Phantom Equity |
| **Total** | | **$28,729,797.55** | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Donald C. Grenesko** |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903507 | $1,537,542.01 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903507 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903507 | $2,699,025.89 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4039776 | $4,403,250.00 | 4/11/2008 | Executive Transition |
| Tribune Company | ACH/4021582 | $817,422.95 | 3/28/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4039776 | $1,901,356.91 | 4/11/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4021582 | $2,083,333.33 | 3/28/2008 | Phantom Equity |
| **Total** | | **$13,841,931.09** | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Mark W. Hianik** |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903542 | $175,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903542 | $634,019.04 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$809,019.04** | | |

{698.001-W0011437.}

### TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Daniel G. Kazan** |
|---|---|
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903502 | $350,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903502 | $852,646.36 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903502 | $326,607.00 | 12/27/2007 | Excise Tax Gross Up |
| **Total** | | **$1,529,253.36** | | |

{698.001-W0011437.}

Case 1:12-cv-02652-WHP    Document 547-5    Filed 11/08/12    Page 7 of 10

**TRANSFERS DURING PREFERENCE PERIOD**

| | |
|---|---|
| Defendant: | **Crane H. Kenney** |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903545 | $524,523.71 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903545 | $600,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903545 | $2,005,264.96 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$3,129,788.67** | | |

{698.001-W0011437.}

Case 1:12-cv-02652-WHP   Document 547-5   Filed 11/08/12   Page 8 of 10

### TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Thomas D. Leach** |
|---|---|
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903503 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903503 | $1,825,517.12 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | Manual Check/1008113 | $2,209,680.00 | 2/29/2008 | Executive Transition |
| Tribune Company | ACH/3964387 | $711,600.46 | 2/15/2008 | Excise Tax Gross Up |
| Tribune Company | Manual Check/1008113 | $1,252,021.24 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/3964387 | $1,666,666.67 | 2/15/2008 | Phantom Equity |
| **Total** | | **$8,065,485.49** | | |

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:                     **Luis E. Lewin**
Bankruptcy Case:       In Re:  Tribune Company, et al., Debtors
Preference Period:      December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903525 | $96,738.75 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903525 | $50,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903525 | $1,300,699.05 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4021664 | $2,415,600.00 | 3/28/2008 | Executive Transition |
| Tribune Company | ACH/4021664 | $904,406.60 | 3/28/2008 | Excise Tax Gross Up |
| **Total** | | **$4,767,444.40** | | |

{698.001-W0011437.}

Case 1:12-cv-02652-WHP    Document 547-5    Filed 11/08/12    Page 10 of 10

## TRANSFERS DURING PREFERENCE PERIOD

| | |
|---|---|
| Defendant: | **R. Mark Mallory** |
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903510 | $282,303.28 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903510 | $75,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903510 | $796,647.50 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | Check/1106176 | $978,000.00 | 5/16/2008 | Executive Transition |
| Tribune Company | ACH/4094149 | $500.00 | 5/23/2008 | Executive Transition |
| **Total** | | **$2,132,450.78** | | |

{698.001-W0011437.}

# EXHIBIT E

## TRANSFERS DURING PREFERENCE PERIOD

| | |
|---|---|
| Defendant: | **Timothy P. Knight** |
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $18,286.22 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $250,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $1,675,281.99 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4219349 | $1,936,000.00 | 8/22/2008 | Executive Transition |
| Tribune Company | ACH/4200922 | $735,785.30 | 8/8/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4219349 | $1,098,472.22 | 8/22/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4200922 | $1,666,666.67 | 8/8/2008 | Phantom Equity |
| **Total** | | **$7,380,492.40** | | |

# EXHIBIT F

### TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Harry A. Amsden** |
|---|---|
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Company/Tribune Publishing Company | ACH/3902954 | $150,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Company/Tribune Publishing Company | ACH/3902954 | $717,323.57 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$867,323.57** | | |

Case 1:12-cv-02652-WHP   Document 547-7   Filed 11/08/12   Page 3 of 12

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Stephen D. Carver** |
|---|---|
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/The Hartford Courant Company | ACH/3904099 | $512,710.44 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$512,710.44** | | |

## TRANSFERS DURING PREFERENCE PERIOD

| | |
|---|---|
| Defendant: | **Robert J. Gremillion** |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Publishing Company | ACH/3902951 | $250,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Publishing Company | ACH/3902951 | $1,485,638.63 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$1,735,638.63** | | |

Case 1:12-cv-02652-WHP    Document 547-7    Filed 11/08/12    Page 5 of 12

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:             **David Dean Hiller**
Bankruptcy Case:       In Re:  Tribune Company, _et al._, Debtors
Preference Period:     December 8, 2007 — December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | ACH/3903595 | $3,972,558.38 | 12/27/2007 | Deferred Bonus |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | ACH/3903595 | $2,328,067.03 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1120029 | $3,960,000.00 | 8/8/2008 | Executive Transition |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1117911 | $918,570.48 | 7/25/2008 | Excise Tax Gross Up |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1120029 | $2,131,952.69 | 8/8/2008 | Excise Tax Gross Up |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1117911 | $2,083,333.33 | 7/25/2008 | Phantom Equity |
| **Total** | | **$15,394,481.91** | | |

Case 1:12-cv-02652-WHP    Document 547-7    Filed 11/08/12    Page 6 of 12

<u>**TRANSFERS DURING PREFERENCE PERIOD**</u>

Defendant:           **Irving L. Quimby Jr.**
Bankruptcy Case:   In Re:  Tribune Company, <u>et al.</u>, Debtors
Preference Period:   December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Homestead Publishing Company | ACH/3904313 | $74,668.37 | 12/27/2007 | Restricted Stock Units |
| **Total** | | $74,668.37 | | |

{698.001-W0011450.}

**TRANSFERS DURING PREFERENCE PERIOD**

| | |
|---|---|
| Defendant: | **John E. Reardon** |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $334,132.06 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $200,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $2,005,264.96 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Tribune Broadcasting Company | Manual Check/1014043 | $3,708,000.00 | 2/29/2008 | Executive Transition |
| Tribune Company/Tribune Broadcasting Company | Check/1087309 | $628,022.81 | 2/22/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | Manual Check/1014043 | $1,788,244.15 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | Check/1087309 | $1,500,000.00 | 2/22/2008 | Phantom Equity |
| **Total** | | **$10,163,663.98** | | |

{698.001-W0011450.}

**TRANSFERS DURING PREFERENCE PERIOD**

Defendant:                Scott C. Smith
Bankruptcy Case:          In Re:  Tribune Company, et al., Debtors
Preference Period:        December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Publishing Company | ACH/3902952 | $500,052.99 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Publishing Company | ACH/3902952 | $2,665,784.27 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Tribune Publishing Company | ACH/4182344 | $4,619,940.00 | 8/1/2008 | Executive Transition |
| Tribune Company/Tribune Publishing Company | Check/1115739 | $780,176.01 | 7/11/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Publishing Company | ACH/4182344 | $1,759,555.60 | 8/1/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Publishing Company | Check/1115739 | $2,083,333.33 | 7/11/2008 | Phantom Equity |
| **Total** | | **$12,408,842.20** | | |

{698.001-W0011450.}

Case 1:12-cv-02652-WHP    Document 547-7    Filed 11/08/12    Page 9 of 12

### TRANSFERS DURING PREFERENCE PERIOD

Defendant:                **John J. Vitanovec**
Bankruptcy Case:          In Re:  Tribune Company, et al., Debtors
Preference Period:        December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $1,296,095.15 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $300,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $1,181,038.87 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Tribune Broadcasting Company | ACH/4259228 | $1,981,450.00 | 9/26/2008 | Executive Transition |
| Tribune Company/Tribune Broadcasting Company | ACH/4241251 | $500,782.38 | 9/12/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | ACH/4259228 | $1,003,841.32 | 9/26/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | ACH/4241251 | $1,250,000.00 | 9/12/2008 | Phantom Equity |
| **Total** | | **$7,513,207.72** | | |

{698.001-W0011450.}

Case 1:12-cv-02652-WHP   Document 547-7   Filed 11/08/12   Page 10 of 12

TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | Kathleen M. Waltz |
|---|---|
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $537,362.52 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $100,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $1,038,148.83 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Orlando Sentinel Communications Company | Manual Check/1010891 | $1,636,800.00 | 3/10/2008 | Executive Transition |
| Tribune Company/Orlando Sentinel Communications Company | Check/1088627 | $416,667.00 | 2/29/2008 | Phantom Equity |
| Total | | $3,728,978.35 | | |

{698.001-W0011450.}

Case 1:12-cv-02652-WHP   Document 547-7   Filed 11/08/12   Page 11 of 12

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **David D. Williams** |
| Bankruptcy Case: | In Re:  Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Media Services, Inc. | ACH/3903219 | $1,504,438.76 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Media Services, Inc. | ACH/3903219 | $429,507.67 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$1,933,946.43** | | |

{698.001-W0011450.}

### TRANSFERS DURING PREFERENCE PERIOD

Defendant:                **John D. Worthington IV**
Bankruptcy Case:          In Re:  Tribune Company, et al., Debtors
Preference Period:        December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Homestead Publishing Company | ACH/3904314 | $42,693.00 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$42,693.00** | | |

{698.001-W0011450.}

# EXHIBIT G

**TRANSFERS DURING PREFERENCE PERIOD**

| Defendant: | Thomas S. Finke |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903248 | $ 377,461.95 | 12/27/2007 | Restricted Stock Units |
| **Total** | | $ 377,461.95 | | |

r698 001-W0011468.1

Case 1:12-cv-02652-WHP   Document 547-8   Filed 11/08/12   Page 3 of 4

## TRANSFERS DURING PREFERENCE PERIOD

| | |
|---|---|
| Defendant: | **Timothy J. Landon** |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903250 | $ 300,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903250 | $ 1,605,284.50 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3992031 | $ 1,826,000.00 | 3/7/2008 | Executive Transition |
| Tribune Company | Check/1088625 | $ 644,746.76 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company. | ACH/3992031 | $ 937,288.50 | 3/7/2008 | Excise Tax Gross Up |
| Tribune Company | Check/1088625 | $ 1,666,666.67 | 2/29/2008 | Phantom Equity |
| **Total** | | $ 6,979,986.43 | | |

698.001-W0011468.3

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:                **Richard H. Malone**
Bankruptcy Case:          In Re:  Tribune Company, et al., Debtors
Preference Period:        December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903252 | $   587,690.66 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4100992 | $ 1,200,000.00 | 5/30/2008 | Executive Transition |
| **Total** | | **$ 1,787,690.66** | | |