IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Oaktree Capital Management, L.P. in the above-referenced cases, and on 13 of February 2013, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

Amendment to Exhibit F to the Senior Lender Fee/Expense Claim Statement Pursuant to Section 9.1.1 of the Fourth Amended Joint Plan of Reorganization [D.I. 13189]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of February 2013.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01: 8972410.1

## SERVICE LIST

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas Deutche, Esq,.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

David Buchbinder
Office the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockboc 35
Wilmington, DE 19801
*Hand Delivery*

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*Hand Delivery*