IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR TELEPHONIC HEARING ON FEBRUARY 26, 2013 AT 3:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

Any party wishing to participate in the telephonic hearing must register with
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
prior to 12:00 p.m. (Noon) on February 26, 2013.

**TELEPHONIC STATUS CONFERENCE**

1.  Motion of Chandler Bigelow to Extend the Initial Retention Period for the Complete Examiner Record (Filed August 25, 2012) (Docket No. 12338)

    Objection Deadline: September 13, 2012 at 4:00 p.m.

    Responses Received:

    (a)  Objection of Discharged Examiner, Kenneth N. Klee, Esq. to Motion of Chandler Bigelow to Extend Indefinitely the Retention Period for the Examiner Record (Filed September 13, 2012) (Docket No. 12413)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

(b)  United States Trustee's Response in Support of the Objection of Discharged Examiner, Kenneth N. Klee, Esq., to Motion of Chandler Bigelow to Extend Indefinitely the Retention Period for the Examiner Record (Docket Entry #s 12338, 12413) (Filed September 27, 2012) (Docket No. 12474)

(c)  Debtors' Statement of Position Concerning the Objection of Discharged Examiner, Kenneth N. Klee, Esq. to Motion of Chandler Bigelow to Extend the Initial Retention Period for the Complete Examiner Record (Filed September 28, 2012) (Docket No. 12480)

(d)  Response of Chandler Bigelow to Examiner's Objection to Motion to Extend the Initial Retention Period for the Complete Examiner Record (Filed October 1, 2012) (Docket No. 12488)

Related Documents:

(a)  Order Approving Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving the Disposition of Certain Documents and Information; and (IV) Granting Certain Ancillary Relief (Entered August 26, 2010) (Docket No. 5541)

(b)  Notice of Telephonic Status Conference Scheduled for February 26, 2013 at 3:00 p.m. Before the Honorable Kevin J. Carey (Filed February 21, 2013) (Docket No. 13212)

Status:  Pursuant to the Court's directive, this matter will be going forward as a telephonic status conference.

Dated: February 22, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

46429/0001-9278567v1

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.

By: _____
     Norman L. Pernick (No. 2290)
     J. Kate Stickles (No. 2917)
     500 Delaware Avenue, Suite 1410
     Wilmington, DE 19801
     Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9278567v1