## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Related to Docket No. 13215** |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS
### SCHEDULED FOR TELEPHONIC HEARING ON FEBRUARY 26, 2013 AT 2:00 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

#### Pursuant to the Court's directive, the Telephonic Hearing is rescheduled to 2:00 p.m.

Any party wishing to participate in the telephonic hearing must register with
CourtCall by phone (866-582-6878) or by facsimile (866-533-2946)
prior to 12:00 p.m. (Noon) on February 26, 2013.

## TELEPHONIC STATUS CONFERENCE

1.   Motion of Chandler Bigelow to Extend the Initial Retention Period for the Complete
     Examiner Record (Filed August 25, 2012) (Docket No. 12338)

     Objection Deadline:  September 13, 2012 at 4:00 p.m.

---

[1]  The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last
four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community
News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237);
Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral
Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC
(6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404);
KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music
Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel
Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC
(6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC
(7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music
Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569);
Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting
Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment
Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media
Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune
Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN
Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040);
WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed
above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  **Amendments appear in bold print.**

Responses Received:

    (a)    Objection of Discharged Examiner, Kenneth N. Klee, Esq. to Motion of Chandler Bigelow to Extend Indefinitely the Retention Period for the Examiner Record (Filed September 13, 2012) (Docket No. 12413)

    (b)    United States Trustee's Response in Support of the Objection of Discharged Examiner, Kenneth N. Klee, Esq., to Motion of Chandler Bigelow to Extend Indefinitely the Retention Period for the Examiner Record (Docket Entry #s 12338, 12413) (Filed September 27, 2012) (Docket No. 12474)

    (c)    Debtors' Statement of Position Concerning the Objection of Discharged Examiner, Kenneth N. Klee, Esq. to Motion of Chandler Bigelow to Extend the Initial Retention Period for the Complete Examiner Record (Filed September 28, 2012) (Docket No. 12480)

    (d)    Response of Chandler Bigelow to Examiner's Objection to Motion to Extend the Initial Retention Period for the Complete Examiner Record (Filed October 1, 2012) (Docket No. 12488)

Related Documents:

    (a)    Order Approving Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (I) Discharging Examiner; (II) Granting Relief from Third-Party Discovery; (III) Approving the Disposition of Certain Documents and Information; and (IV) Granting Certain Ancillary Relief (Entered August 26, 2010) (Docket No. 5541)

    (b)    Notice of Telephonic Status Conference Scheduled for February 26, 2013 at 3:00 p.m. Before the Honorable Kevin J. Carey (Filed February 21, 2013) (Docket No. 13212)

Status:    Pursuant to the Court's directive, this matter will be going forward as a telephonic status conference.

Dated: February 22, 2013

                SIDLEY AUSTIN LLP
                James F. Conlan
                Bryan Krakauer
                Kevin T. Lantry
                One South Dearborn Street
                Chicago, IL  60603
                Telephone:  (312) 853-7000

                -and-

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9278567v2