# EXHIBIT A

**Exhibit A**
**Summary of Fees by Individual Professional**

| Professional | Title | Hourly Rate[1] | Hours | Fees[1] |
|---|---|---|---|---|
| Anderson,Brent R | Partner/Principal-Grade 1 | $ 525.00 | 2.0 | $ 1,050.00 |
| Arvin,James F.[2] | Staff/Assistant-Grade 4 | $ 175.00 | 116.5 | $ 20,387.50 |
| Arvin,James F.[2] | Senior-Grade 1 | $ 275.00 | 251.1 | $ 69,052.50 |
| Assenza,Adam J. | Senior-Grade 1 | $ 275.00 | 23.6 | $ 6,490.00 |
| Bolt, Rick J | Executive Director-Grade 1 | $ 500.00 | 27.0 | $ 13,500.00 |
| Cech,Russell | Manager-Grade 4 | $ 375.00 | 3.5 | $ 1,312.50 |
| Conrad, Kelly E. | Assistant Director | $ 375.00 | 66.2 | $ 24,825.00 |
| Givler,Laura | Staff/Assistant-Grade 4 | $ 175.00 | 45.7 | $ 7,997.50 |
| Golden,Andrew J. | Manager-Grade 4 | $ 375.00 | 0.8 | $ 300.00 |
| Hotopp, Shiann Jean | Manager-Grade 3 | $ 375.00 | 36.0 | $ 13,500.00 |
| Horvath,Matthew R[2] | Senior-Grade 4 | $ 275.00 | 1.9 | $ 522.50 |
| Horvath,Matthew R[2] | Manager-Grade 1 | $ 375.00 | 11.8 | $ 4,425.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | $ 525.00 | 20.8 | $ 10,920.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | $ 475.00 | 51.8 | $ 24,605.00 |
| Knightly,James Charles | Manager-Grade 1 | $ 375.00 | 75.2 | $ 28,200.00 |
| Licastro,G Michael | Partner/Principal-Grade 1 | $ 500.00 | 6.0 | $ 3,000.00 |
| Mason,Jon S | Executive Director-Grade 2 | $ 525.00 | 34.3 | $ 18,007.50 |
| Meindl,John C. | Senior-Grade 2 | $ 275.00 | 14.0 | $ 3,850.00 |
| Nguyen,Trang | Intern (CS)-Grade 1 | $ 175.00 | 0.9 | $ 157.50 |
| Orr,Brian R. | Manager-Grade 1 | $ 375.00 | 2.5 | $ 937.50 |
| Orsburn, Mary Ella | Manager-Grade 1 | $ 375.00 | 111.1 | $ 41,662.50 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | $ 475.00 | 14.6 | $ 6,935.00 |
| Ramos,Marina Ellen | Staff/Assistant-Grade 3 | $ 175.00 | 1.4 | $ 245.00 |
| Reichel,Jacqueline Belkis | Client Serving Contractor | $ 175.00 | 4.0 | $ 700.00 |
| Rizzieri,Sean Taylor | Senior-Grade 1 | $ 275.00 | 14.3 | $ 3,932.50 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | $ 175.00 | 138.2 | $ 24,185.00 |
| Smith, Peter | Executive Director-Grade 1 | $ 500.00 | 27.4 | $ 13,700.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | $ 475.00 | 167.8 | $ 79,705.00 |
| Wilusz,Kaitlin M. | Senior-Grade 1 | $ 275.00 | 6.5 | $ 1,787.50 |
| Assenza, Adam J. | Senior-Grade 1 | n/a | 432.3 | n/a |
| Bing,Stephanie Regina | Manager-Grade 1 | n/a | 35.5 | n/a |
| Bolt, Rick J | Executive Director-Grade 1 | n/a | 43.5 | n/a |
| Cabanillas,Kathryn Lyn | Manager-Grade 4 | n/a | 38.3 | n/a |
| Cody, Melissa Suzanne | Senior Manager-Grade 4 | n/a | 3.4 | n/a |
| Conrad, Kelly E. | Assistant Director | n/a | 95.2 | n/a |
| Crockett,Matthew E | Manager-Grade 2 | n/a | 27.3 | n/a |
| Curd, Amy Jo | Staff/Assistant-Grade 1 | n/a | 4.0 | n/a |
| Elder,Laura Anne | Senior Manager-Grade 4 | n/a | 18.2 | n/a |
| Filippou,Cheryl Alison | Senior Manager-Grade 4 | n/a | 5.5 | n/a |
| Gann,Joy D. | Manager-Grade 4 | n/a | 0.7 | n/a |
| Givler,Laura | Staff/Assistant-Grade 4 | n/a | 77.0 | n/a |
| Golden,Andrew J. | Manager-Grade 4 | n/a | 55.0 | n/a |
| Gooden,Brian Terrell | Staff/Assistant-Grade 1 | n/a | 33.6 | n/a |
| Gunther,John C | Staff/Assistant-Grade 4 | n/a | 0.1 | n/a |
| Hamilton,Mary Catherine | Staff/Assistant-Grade 4 | n/a | 26.5 | n/a |
| Heinrichs,Todd | Senior Manager-Grade 4 | n/a | 1.2 | n/a |
| Hotopp,Shiann Jean | Manager-Grade 4 | n/a | 14.1 | n/a |
| Hurrell, David George | Senior Manager-Grade 4 | n/a | 49.9 | n/a |
| Janeway,Cynthia L | Senior Manager-Grade 1 | n/a | 9.1 | n/a |
| Kapadia,Kaushal D | Staff/Assistant-Grade 3 | n/a | 3.0 | n/a |
| Kim,Jessica | Staff/Assistant-Grade 1 | n/a | 6.0 | n/a |
| Larson,Mitchell T | Senior-Grade 4 | n/a | 36.2 | n/a |
| Licastro, G Michael | Partner/Principal-Grade 1 | n/a | 3.0 | n/a |
| Martin,Janet Lynn | Staff/Assistant-Grade 1 | n/a | 12.1 | n/a |
| Moreland,Susan M. | Manager-Grade 2 | n/a | 1.2 | n/a |
| Morris,Jason | Senior Manager-Grade 1 | n/a | 20.0 | n/a |
| Morris,Kelly A | Staff/Assistant-Grade 4 | n/a | 0.8 | n/a |
| Orsburn, Mary Ella | Manager-Grade 1 | n/a | 280.1 | n/a |
| Rash,Jeffrey B | Senior Manager-Grade 4 | n/a | 20.8 | n/a |
| Sayavedra,Alejandra | Staff/Assistant-Grade 3 | n/a | 1.0 | n/a |
| Smith, Peter | Executive Director-Grade 1 | n/a | 55.5 | n/a |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | n/a | 4.5 | n/a |
| White,Shenae Michelle | Staff/Assistant-Grade 4 | n/a | 246.0 | n/a |
| Yott, Karen Pomroy | Senior-Grade 4 | n/a | 6.6 | n/a |
| Zhu,Wenye | Staff/Assistant-Grade 3 | n/a | 2.0 | n/a |
| McGee, Ginny | External Contractor | n/a | 74.0 | 4,175.00 |
| Property Tax Compliance | Fixed Fee | n/a | 0.0 | 40,900.00 |
| Florida Utility Study | Findings-Based Fee | n/a | 0.0 | 79,438.00 |
| Prop Tax Advisory: Sun Sentinel | Findings-Based Fee | n/a | 0.0 | 24,670.00 |
| Prop Tax Advisory: Hartford Courant | Findings-Based Fee | n/a | 0.0 | 132,502.30 |

| | | | | | |
|---|---|---|---|---|---|
| Prop Tax Advisory: Hartford Courant Voluntary Reduction | Findings-Based Fee | n/a | 0.0 | (53,762.30) | |
| Property Tax Fresh Start Voluntary Reduction | Hourly Engagement | n/a | 0.0 | (14,435.00) | |
| | **Grand Totals** | | **3,020.1** | **639,380.50** | |
| | *Blended Rate* | | | *211.71* | |
| | | | 3020.1 | | |

| | |
|---|---|
| 639,380.50 | **Total Fees** |
| (127,876.10) | **Less 20% Holdback** |
| 511,504.40 | **Sub-total** |
| 7,344.64 | **Expenses** |
| 518,849.04 | **Current Fee Invoice** |

[1]Hourly Rates and Fees marked by "n/a" are for work by individuals under non-hourly based engagements during the Compensation Period covered by this Application.  Fees for such non-hourly based engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals.  Thus, only hours billed by such professionals are reflected herein for services under such non-hourly based engagements.

[2]Employees may be billed at different rates due to a promotion in rank.