**EXHIBIT B**

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ  07094

# ⊟Ι ERNST & YOUNG

**INVOICE NUMBER: US0130780950**

**February 20, 2013**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

BU: **US002**    CLIENT NUMBER: **60025315**

Invoice for services performed for the following findings-based fee engagements: Florida Utility Study, Property Tax Advisory: Hartford Courant, and Property Tax Advisory: Sun Sentinel.

Findings-based Fee Engagements

| | | |
| --- | --- | --- |
| Florida Utility Study | $ | 79,438.00 |
| Property Tax Advisory: Hartford Courant | $ | 78,740.00 |
| Property Tax Advisory: Sun Sentinel | $ | 24,670.00 |
| Fees Due | $ | 182,848.00 |
| Expenses | $ | 662.04 |
| Total Due | $ | 183,510.04 |
| 20% Holdback of the fees requested | $ | (36,569.60) |
| Net Fees & Expenses | $ | 146,940.44 |

***Total Due***          **$146,940.44**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130780950**

February 20, 2013

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                    **$146,940.44**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ❙❙ ERNST & YOUNG

**INVOICE NUMBER: US0130774762**

**February 8, 2013**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**PLEASE REMIT TO:**

Ernst & Young LLP
PNC Bank c/o Ernst & Young US LLP
3712 Solutions Center
Chicago, IL 60677-3007

**EIN: 34-6565596**

**BU: US002    CLIENT NUMBER: 60025315**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

September, 2012 - November, 2012

| | | |
|---|---|---:|
| Multi-State VD Agreements | $ | 35,900.00 |
| Property Tax Compliance | | 40,900.00 |
| Property Tax Fresh Start | | 76,355.00 |
| VAL: Fresh Start | | 275,017.50 |
| Fee/Employment Applications | | 24,185.00 |
| Fees Due | $ | 452,357.50 |
| Expenses | $ | 6,682.60 |
| Total Due | $ | 459,040.10 |
| 20% Holdback of the fees requested | $ | (90,471.50) |
| Net Fees & Expenses | $ | 368,568.60 |

*Total Due*                                          **$368,568.60**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ƎⱮ ERNST & YOUNG**

**INVOICE NUMBER: US0130774762**

**February 8, 2013**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                     **$368,568.60**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ⅢＥRNST&YOUNG

**INVOICE NUMBER: US0130717653**

**November 1, 2012**

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young US LLP
PO Box 846793
Los Angeles, CA 90084-6793

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the third quarter 2012 Los Angeles TVT market survey.

*Total Due*                                        **$1,875**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130717653**

**November 1, 2012**

**PLEASE REMIT TO:**
Ernst & Young US LLP
PO Box 846793
Los Angeles, CA 90084-6793

**EIN: 34-6565596**

KTLA-TV
Mr. Michael E. Weiner
5800 Sunset Blvd.
P.O. Box 500
Los Angeles, CA 90028

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                                    $1,875

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ＥＩＩ ＥＲＮＳＴ＆ＹＯＵＮＧ

**INVOICE NUMBER: US0130717644**

**November 1, 2012**

WPIX-TV
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the third quarter 2012 New York TVT market survey.

*Total Due*                                    $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**≡ıı ERNST & YOUNG**

**INVOICE NUMBER: US0130717644**

**November 1, 2012**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

| | |
|---|---|
| *Total Due* | $2,300 |

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*