# **EXHIBIT C**

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Total |
|---|---|
| In-town Travel: Lunch | 200.30 |
| In-Town Travel: Mileage: Ground Trans | 5.55 |
| In-Town Travel: Parking: Ground Trans | 59.00 |
| In-town Travel: Taxi: Ground Trans | 42.74 |
| Out of Town Travel: Airfare | 3,955.71 |
| Out of Town Travel: Breakfast | 122.80 |
| Out of Town Travel: Dinner | 203.14 |
| Out of Town Travel: Lodging | 1,211.42 |
| Out of Town Travel: Lunch | 261.56 |
| Out of Town Travel: Mass Transit: Ground Trans | 20.00 |
| Out of Town Travel: Mileage: Ground Trans | 24.42 |
| Out of Town Travel: Parking: Ground Trans | 126.00 |
| Out of Town Travel: Rental Car: Ground Trans | 52.27 |
| Out of Town Travel: Taxi: Ground Trans | 1,059.73 |
|  | 7,344.64 |

Exhibit C
Schedule of Expenses

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Arvin,James F. (US012945202) | Staff/Assistant-Grade 4 (444) | Mileage from residence to WGN TV for meeting (10 Miles @ $0.555/mile) | 06-Sep-2012 | 5.55 | In-town Travel: Mileage: Ground Trans |
| Arvin,James F. (US012945202) | Staff/Assistant-Grade 4 (444) | Parking while at WGN TV meeting | 06-Sep-2012 | 33.00 | In-town Travel: Parking: Ground Trans |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Tribune, working late (past 8 p.m.)\\EY Office to home | 23-Oct-2012 | 15.65 | In-town Travel: Taxi: Ground Trans |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Roundtrip coach airfare for Tribune meeting | 03-Aug-2012 | 438.60 | Out of Town Travel: Airfare |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Dinner while traveling for Tribune meeting | 08-Aug-2012 | 49.40 | Out of Town Travel: Dinner |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Breakfast while traveling for Tribune meeting | 09-Aug-2012 | 14.61 | Out of Town Travel: Breakfast |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | One night lodging for Tribune meeting | 09-Aug-2012 | 264.23 | Out of Town Travel: Lodging |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | CTA pass for transportation for Tribune meeting\\Midway to Hotel, Hotel to Midway | 09-Aug-2012 | 20.00 | Out of Town Travel: Mass Transit: Ground Trans |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Car service related to Tribune meeting\\Residence to KCI, and KCI to Residence | 09-Aug-2012 | 156.00 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Airfare to Ft. Lauderdale for Florida Utility Study\\Round-trip coach airfare | 21-Nov-2011 | 258.38 | Out of Town Travel: Airfare |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Ft. Lauderdale for Florida Utility Study\\To O'hare from Chicago Office | 30-Nov-2011 | 45.00 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Airfare round-trip luggage fee to Ft. Lauderdale for Florida Utility Study | 30-Nov-2011 | 94.00 | Out of Town Travel: Airfare |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study | 01-Dec-2011 | 30.18 | Out of Town Travel: Dinner |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\\Rental car fee | 01-Dec-2011 | 52.27 | Out of Town Travel: Rental Car: Ground Trans |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel Ft. Lauderdale for Florida Utility Study | 01-Dec-2011 | 13.38 | Out of Town Travel: Breakfast |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study | 02-Dec-2011 | 22.53 | Out of Town Travel: Lunch |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\\O'hare to home | 02-Dec-2011 | 40.85 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US013095222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\\Lodging for 1 night | 05-Dec-2011 | 105.45 | Out of Town Travel: Lodging |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Cab from EY office to Tribune bldg for meeting re: Fresh Start\\EY/Tribune | 30-Jul-2012 | 7.09 | In-town Travel: Taxi: Ground Trans |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Parking while attending meetings at Tribune | 09-Aug-2012 | 26.00 | In-town Travel: Parking: Ground Trans |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 3 (213) | Cab to Tribune for meetings with PWC and client to review analysis\\EY office to Trib tower | 20-Sep-2012 | 10.00 | In-town Travel: Taxi: Ground Trans |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 3 (213) | Cab to Tribune for meetings with PWC and client to review analysis\\Trib tower to EY office | 20-Sep-2012 | 10.00 | In-town Travel: Taxi: Ground Trans |

| Name | Title | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Working lunch / discussion and debrief of printing press meeting with Mike Saks at Tribune / Jon Mason, Brad Venisnik, Jim Knightly, and Jim Arvin | 07-Aug-2012 | 114.35 | In-town Travel: Lunch |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Tribune Company / lunch to discuss the status of the fixed asset valuation / Tribune = Brian Litman and Nick Chikaris / EY = Jon Mason and Brad Venisnik | 14-Aug-2012 | 85.95 | In-town Travel: Lunch |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip for Meeting at LA Times | 27-Jun-2012 | 48.79 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 9.73 | Out of Town Travel: Breakfast |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 14.38 | Out of Town Travel: Lunch |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 43.42 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times\\2 nights lodging @ ~ $174.51/night | 28-Jun-2012 | 349.02 | Out of Town Travel: Lodging |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times | 28-Jun-2012 | 50.00 | Out of Town Travel: Parking: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Round-trip coach airfare | 31-Jul-2012 | 476.60 | Out of Town Travel: Airfare |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- Dinner | 08-Aug-2012 | 31.35 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Home to ATL (22 miles @ $0.555/mile) | 08-Aug-2012 | 12.21 | Out of Town Travel: Mileage: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\ORD to Hotel | 08-Aug-2012 | 50.77 | Out of Town Travel: Taxi: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- Breakfast | 09-Aug-2012 | 9.97 | Out of Town Travel: Breakfast |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\ATL to Home (22 miles @ $0.555/mile) | 09-Aug-2012 | 12.21 | Out of Town Travel: Mileage: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- overnight airport parking | 09-Aug-2012 | 16.00 | Out of Town Travel: Parking: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Tribune Office to ORD | 09-Aug-2012 | 50.75 | Out of Town Travel: Taxi: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\1 night lodging | 09-Aug-2012 | 246.36 | Out of Town Travel: Lodging |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Airfare to attend client meeting to discuss property tax engagement\\Round-trip coach airfare | 04-May-2012 | 1,619.12 | Out of Town Travel: Airfare |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car service to hotel to attend quarterly meeting with Client.\\ORD to Hotel | 15-May-2012 | 126.77 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Dinner to attend Quarterly client meeting | 15-May-2012 | 48.63 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Lunch meeting with M. Deloian, Tribune Director of Tax; P. Shanahan, Tribune Treasurer; and M. Licastro to discuss property tax project and 2012 filing details. | 16-May-2012 | 133.37 | Out of Town Travel: Lunch |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Parking to attend Quarterly Client meeting (overnight airport) | 16-May-2012 | 60.00 | Out of Town Travel: Parking: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Taxi to attend Quarterly Client meeting\\Hotel to ORD | 16-May-2012 | 45.05 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Breakfast to attend Quarterly client meeting | 16-May-2012 | 12.76 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Airfare charge to change itinerary after client requested meeting changes\\round-trip coach airfare change fee | 18-Jul-2012 | 89.41 | Out of Town Travel: Airfare |

| | | | | | |
|---|---|---|---|---|---|
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car service to attend client meeting to discuss Hartford billings, fresh start and property tax update.\\ORD to Hotel | 25-Jul-2012 | 126.77 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Taxi to attend client meeting\\Hotel to ORD | 26-Jul-2012 | 45.00 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Airfare to attend client meeting to discuss fresh start and property tax.\\round-trip coach airfare | 27-Jul-2012 | 979.60 | Out of Town Travel: Airfare |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Breakfast to attend meeting with Tribune to discuss Fresh Start | 09-Aug-2012 | 13.72 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Lunch meeting with M. Orsburn, B. Venisnick and T. Heinrichs to discuss Tribune Fresh Start | 09-Aug-2012 | 91.28 | Out of Town Travel: Lunch |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car service to attend meeting with Tribune to discuss Fresh Start\\ORD to Hotel | 09-Aug-2012 | 126.77 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car to attend meeting with Tribune to discuss Fresh Start\\Home to LAX | 09-Aug-2012 | 96.00 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Lodging to attend meeting with Tribune to discuss Fresh Start\\1 night stay | 09-Aug-2012 | 246.36 | Out of Town Travel: Lodging |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car service to attend meeting with Tribune to discuss Fresh Start\\LAX to Home | 09-Aug-2012 | 105.00 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Taxi to attend meeting with Tribune to discuss Fresh Start\\Client office to ORD | 09-Aug-2012 | 45.00 | Out of Town Travel: Taxi: Ground Trans |

7,344.64