# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing To Be Scheduled Only If |
| | ) | Objections Are Timely Filed |
| | ) | Objection Deadline: _____ |

**COMBINED THIRTY-EIGHTH THROUGH FORTIETH**
**MONTHLY APPLICATION OF ERNST & YOUNG LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED IN**
**CONNECTION WITH VALUATION AND BUSINESS MODELING,**
**MARKETING SURVEY, TAX AND ACCOUNTING SERVICES**
**FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE**
**PERIOD FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | September 1, 2012 through November 30, 2012 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $639,380.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $7,344.64 |

This is a(n):   _X_  monthly   ____ interim   _____ final application

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com. LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080);Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Prior Applications Filed:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |
| Docket No.: 2359 Filed: 10/15/2009 (First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $555,000.00 | $5,910.12 |
| Docket No.: 2459 Filed: 10/29/2009 (Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047 Filed: 1/8/2010 (Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | $58,285.00 | $100.00 |
| Docket No. 6045 Filed: 10/20/2010 (Combined Seventh, Eighth and Ninth Monthly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $19,600.00 | $0.00 |

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 6047 Filed: 10/20/2010 (Third Quarterly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $22,400.00 | $0.00 |
| Docket No. 6046 Filed: 10/20/2010 (Combined Tenth, Eleventh and Twelfth Monthly Application ) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $62,018.00 | $0.00 |
| Docket No. 6048 Filed 10/20/2010 (Fourth Quarterly Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $67,822.50 | $0.00 |
| Docket No. 7318 Filed: 12/27/2010 (Combined Thirteenth and Fourteenth Monthly Application) | 6/1/2010 – 7/31/2010 | $684,250.00 | $45,304.59 | $547,400.00 | $45,304.59 |
| Docket No. 7371 Filed: 1/4/2011 (Fifteenth Monthly Application) | 8/1/2010 – 8/31/2010 | $219,135.00 | $5,092.53 | $175,308.00 | $5,029.53 |
| Docket No. 7431 Filed: 1/7/2011 (Fifth Quarterly Application) | 6/1/2010 – 8/31/2010 | $903,385.00 | $50,372.40[2] | $880,325.00 | $50,372.40 |
| Docket No. 7897 Filed: 2/10/2011 (Combined Sixteenth, Seventeenth and Eighteenth) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | $360,556.00 | $2,164.33 |

---

[2] As explained more fully in the Fifth Quarterly Application, this amount reflects a credit of $24.72 in expenses to correct a clerical error made in the Fifteenth Monthly Application.

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 7944 Filed: 2/14/2011 (Sixth Quarterly Application) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | $442,477.34 | $2,144.33 |
| Docket No. 8436 Filed: 3/18/2011 (Nineteenth Monthly) | 12/1/2010 – 12/31/2010 | $87,225.00 | $0.00 | $69,780.00 | $0.00 |
| Docket No. 8475 Filed: 3/22/2011 (Twentieth Monthly) | 1/1/2011 – 1/31/2011 | $76,262.50 | $10.00 | $61,010.00 | $10.00 |
| Docket No. 8803 Filed: 4/29/2011 (Twenty-First Monthly) | 2/1/2011 – 2/28/2011 | $31,292.50 | $0.00 | $25,034.00 | $0.00 |
| Docket No. 8813 Filed: 5/2/2011 (Seventh Quarterly Application) | 12/1/2010 – 2/23/2011 | $194,780.00 | $10.00 | $194,780.00 | $10.00 |
| Docket No. 9770 Filed: 9/12/2011 (Twenty-Second Monthly) | 3/1/2011 – 5/31/2011 | $87,107.50 | $3,245.58 | $69,686.00 | $3,245.58 |
| Docket No. 9834 Filed: 9/27/2011 (Eighth Quarterly Application) | 3/1/2011 – 5/31/2011 | $87,107.50 | $3,245.58 | $87,107.50 | $3,245.58 |
| Docket No. 11633 Filed 5/16/2012 (Combined Twenty-Third through Thirty-First Monthly) | 6/1/2011 – 2/29/2012 | $42,667.50 | $700.00 | $34,134.00 | $700.00 |
| Docket No. 11914 Filed 6/27/2012 (Ninth Quarterly Application) | 6/1/2011 – 2/29/2012 | $42,667.50 | $700.00 | $42,667.50 | $700.00 |

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 12656 Filed 11/2/2012 (Combined Thirty-Second through Thirty-Fourth Monthly) | 3/1/2012 – 5/31/2012 | $41,355.00 | $75.00 | $33,084.00 | $75.00 |
| Docket No, 12735 Filed 11/19/2012 (Tenth Quarterly Application) | 3/1/2012 – 5/31/2012 | $41,355.00 | $75.00 | $41,355.00 | $75.00 |
| Docket No. 12839 Filed 12/12/2012 (Combined Thirty Fifth Monthly through Thirty-Seventh Monthly) | 6/1/2012 – 8/31/2012 | $505,952.50 | $4,210.86 | $404,762.00 | $4,210.86 |
| Docket No. 12951 Filed 1/2/2013 (Eleventh Quarterly Application) | 6/1/2012 – 8/31/2012 | $505,952.50 | $4,210.86 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[3] | Total Billed Hours | Total Compensation[3] |
|---|---|---|---|---|
| Anderson, Brent R. | Partner/Principal – Grade 1 | $525.00 | 2.00 | $1,050.00 |
| Arvin, James F.[4] | Staff/Assistant – Grade 4 | $175.00 | 116.50 | $20,387.50 |
| Arvin, James F.[4] | Senior-Grade 1 | $275.00 | 251.10 | $69,052.50 |
| Assenza, Adam J. | Senior – Grade 1 | $275.00 | 23.60 | $6,490.00 |
| Bolt, Rick J. | Executive Director – Grade 1 | $500.00 | 27.00 | $13,500.00 |
| Cech, Russell | Manager – Grade 4 | $375.00 | 3.50 | $1,312.50 |
| Conrad, Kelly E. | Assistant Director | $375.00 | 66.20 | $24,825.00 |

---

[3] Hourly Rates and Total Compensation marked by "n/a" are for work by individuals under non-hourly based engagements during the Compensation Period covered by this Application. Fees for such non-hourly based engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals. Thus, only hours billed by such professionals are reflected herein for services under such non-hourly based engagements.

[4] Employees may be billed at different rates due to a promotion in rank.

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[3] | Total Billed Hours | Total Compensation[3] |
|---|---|---|---|---|
| Givler, Laura | Staff/Assistant  - Grade 4 | $175.00 | 45.70 | $7,997.50 |
| Golden, Andrew J. | Manager – Grade 4 | $375.00 | 0.80 | $300.00 |
| Hotopp, Shiann Jean | Manager – Grade 3 | $375.00 | 36.00 | $13,500.00 |
| Horvath, Matthew R.[4] | Senior – Grade 4 | $275.00 | 1.90 | $522.50 |
| Horvath, Matthew R.[4] | Manager – Grade 1 | $375.00 | 11.80 | $4,425.00 |
| Howley, Matthew C. | Partner/Principal – Grade 1 | $525.00 | 20.80 | $10,920.00 |
| Jones, Matthew C. | Senior Manager – Grade 1 | $475.00 | 51.80 | $24,605.00 |
| Knightly, James Charles | Manager – Grade 1 | $375.00 | 75.20 | $28,200.00 |
| Licastro, G. Michael | Partner/Principal – Grade 1 | $500.00 | 6.00 | $3,000.00 |
| Mason, Jon S. | Executive Director – Grade 2 | $525.00 | 34.30 | $18,007.50 |
| Meindi, John C. | Senior – Grade 2 | $275.00 | 14.00 | $3,850.00 |
| Nguyen, Trang | Intern (CS) – Grade 1 | $175.00 | 0.90 | $157.50 |
| Orr, Brian R. | Manager – Grade 1 | $375.00 | 2.50 | $937.50 |
| Orsburn, Mary Ella | Manager – Grade 2 | $375.00 | 111.10 | $41,662.50 |
| Putnam, Joshua Eric | Senior Manager – Grade 2 | $475.00 | 14.60 | $6,935.00 |
| Ramos, Marina Ellen | Staff/Assistant – Grade 3 | $175.00 | 1.40 | $245.00 |
| Reichel, Jacqueline Belkis | Client Servicing Contractor | $175.00 | 4.00 | $700.00 |
| Rizzieri, Sean Taylor | Senior – Grade 1 | $275.00 | 14.30 | $3,932.50 |
| Rodriguez, Nancy Walton | Staff/Assistant – Grade 1 | $175.00 | 138.20 | $24,185.00 |
| Smith, Peter | Executive Director – Grade 1 | $500.00 | 27.40 | $13,700.00 |
| Venisnik, Bradley J. | Senior Manager – Grade 4 | $475.00 | 167.80 | $79,705.00 |
| Wilusz, Kaitlin M. | Senior – Grade 1 | $275.00 | 6.50 | $1,787.50 |
| Assenza, Adam J. | Senior – Grade 1 | n/a | 432.30 | n/a |
| Bing, Stephanie Regina | Manager – Grade 1 | n/a | 35.50 | n/a |
| Bolt, Rick J. | Executive Director – Grade 1 | n/a | 43.50 | n/a |
| Cabanillas, Kathryn Lyn | Manager – Grade 4 | n/a | 38.30 | n/a |
| Cody, Melisa Suzanne | Senior Manager – Grade 4 | n/a | 3.40 | n/a |
| Conrad, Kelly E. | Assistant Director | n/a | 95.20 | n/a |
| Crockett, Matthew E | Manager – Grade 2 | n/a | 27.30 | n/a |
| Curd, Amy Jo | Staff/Assistant – Grade 1 | n/a | 4.00 | n/a |
| Elder, Laura Anne | Senior Manager – Grade 4 | n/a | 18.20 | n/a |
| Filippou, Cheryl Alison | Senior Manager – Grade 4 | n/a | 5.50 | n/a |
| Gann, Joy D | Manager- Grade 4 | n/a | 0.70 | n/a |
| Givler, Laura | Staff/Assistant – Grade 4 | n/a | 77.00 | n/a |
| Golden, Andrew J. | Manager- Grade 4 | n/a | 55.00 | n/a |
| Gooden, Brian Terrell | Staff/Assistant – Grade 1 | n/a | 33.60 | n/a |
| Gunther, John C. | Staff/Assistant – Grade 4 | n/a | 0.10 | n/a |

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[3] | Total Billed Hours | Total Compensation[3] |
|---|---|---|---|---|
| Hamilton, Mary Catherine | Staff/Assistant – Grade 4 | n/a | 26.50 | n/a |
| Heinrichs, Todd | Senior Manager – Grade 4 | n/a | 1.20 | n/a |
| Hotopp, Shiann Jean | Manager – Grade 4 | n/a | 14.10 | n/a |
| Hurrell, David George | Senior Manager – Grade 4 | n/a | 49.90 | n/a |
| Janeway, Cynthia L. | Senior Manager – Grade 1 | n/a | 9.10 | n/a |
| Kapadia, Kaushal D | Staff/Assistant – Grade 3 | n/a | 3.00 | n/a |
| Kim, Jessica | Staff/Assistant – Grade 1 | n/a | 6.00 | n/a |
| Larson, Mitchell T. | Senior – Grade 4 | n/a | 36.20 | n/a |
| Licastro, G Michael | Partner/Principal – Grade 1 | n/a | 3.00 | n/a |
| Martin, Janet Lynn | Staff/Assistant – Grade 1 | n/a | 12.10 | n/a |
| Moreland, Susan M. | Manager – Grade 2 | n/a | 1.20 | n/a |
| Morris, Jason | Senior Manager – Grade 1 | n/a | 20.00 | n/a |
| Morris, Kelly A. | Staff/Assistant – Grade 4 | n/a | 0.80 | n/a |
| Orsburn, Mary Ella | Manager – Grade 1 | n/a | 280.10 | n/a |
| Rash, Jeffery B. | Senior Manager – Grade 4 | n/a | 20.80 | n/a |
| Sayavedra, Alejandra | Staff/Assistant – Grade 3 | n/a | 1.00 | n/a |
| Smith, Peter | Executive Director – Grade 1 | n/a | 55.50 | n/a |
| Venisnik, Bradley J. | Senior Manager – Grade 4 | n/a | 4.50 | n/a |
| White, Shenae Michelle | Staff/Assistant – Grade 4 | n/a | 246.00 | n/a |
| Yott, Karen Pomroy | Senior – Grade 4 | n/a | 6.60 | n/a |
| Zhu, Wenye | Staff/Assistant – Grade 3 | n/a | 2.00 | n/a |
| McGee, Ginny | External Contractor | n/a | 74.00 | $4,175.00 |
| Property Tax Compliance | Fixed Fee | n/a | n/a | $40,900.00 |
| Florida Utility Study | Findings-Based Fee | n/a | n/a | $79,438.00 |
| Prop Tax Advisory – Sun Sentinel | Findings Based Fee | n/a | n/a | $24,670.00 |
| Prop Tax Advisory – Hartford Courant | Findings Based Fee | n/a | n/a | $132,502.30 |
| Prop Tax Advisory- Hartford Courant Voluntary Reduction | n/a | n/a | n/a | ($53,762.30) |
| Property Tax Fresh Start Voluntary Reduction | n/a | n/a | n/a | ($14,435.00) |
| **Total** | | | **3,020.10** | **$639,380.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Property Tax Fresh Start | 237.60 | $76,355.00 |
| VAL: Fresh Start | 789.10 | $275,017.50 |
| Property Tax Compliance | 1,054.60 | $40,900.00 |
| Florida Utility Study | 227.50 | $79,438.00 |
| Prop Tax Advisory: Sun Sentinel | 160.80 | $24,670.00 |
| Prop Tax Advisory: Hartford Courant | 226.30 | $78,740.00 |
| Market Value Surveys | 74.00 | $4,175.00 |
| Multi-State VDA | 112.00 | $35,900.00 |
| Fee/Employment Applications | 138.20 | $24,185.00 |
| **Total** | **3020.10** | **$639,380.50** |

**EXPENSE SUMMARY**

| Category | Total Expenses |
|---|---|
| In – Town Travel: Lunch | $200.30 |
| In – Town Travel: Mileage: Ground Trans | $5.55 |
| In – Town Travel: Parking: Ground Trans | $59.00 |
| In – Town Travel: Taxi: Ground Trans | $42.74 |
| Out of Town Travel: Airfare | $3,955.71 |
| Out of Town Travel: Breakfast | $122.80 |
| Out of Town Travel: Dinner | $203.14 |
| Out of Town Travel: Lodging | $1,211.42 |
| Out of Town Travel: Lunch | $261.56 |
| Out of Town Travel: Mass Transit: Ground Trans | $20.00 |
| Out of Town Travel: Mileage: Ground Trans | $24.42 |
| Out of Town Travel: Parking: Ground Trans | $126.00 |
| Out of Town Travel: Rental Car: Ground Trans | $52.27 |
| Out of Town Travel: Taxi Ground Trans | $1,059.73 |
| **TOTAL** | **$7,344.64** |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Hearing To Be Scheduled Only If |
|  | ) Objections are Timely Filed |
|  | ) Objection Deadline: _____ |

## COMBINED THIRTY-EIGHTH THROUGH FORTIETH MONTHLY APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, MARKETING SURVEY, TAX AND ACCOUNTING SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), Ernst & Young LLP ("E&Y LLP") hereby files this Combined Thirty-Eighth Monthly through Fortieth Application of Ernst & Young LLP for Compensation for Services

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com. LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080);Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from September 1, 2012 through November 30, 2012 (the "Application"). By this Application E&Y LLP seeks a monthly allowance pursuant to the Administrative Order with respect to the sum of $639,380.50[2] in compensation and $7,344.64 for reimbursement of actual and necessary expenses for a total of $646,725.14 for the period from September 1, 2012 through November 30, 2012 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

## Background

1.      On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.      The Debtors' retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention Order," Docket No. 1783). On February 22, 2010, the Debtors filed the Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental Retention," Docket No. 3516). The Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental

---

[2]  In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay E&Y LLP an amount equal to the lesser of (i) 80 percent of fees ($511,504.40) and 100 percent of expenses ($7,344.64) requested in the Application and (ii) 80 percent of fees and 100 percent of expenses not subject to an objection.

Retention Order," Docket No. 3804).   On May 24, 2010, the Debtors filed the Second Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention," Docket No. 4594).    The Second Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention Order," Docket No. 4779).  On March 4, 2011, the Debtors filed the Third Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention," Docket No. 8277).  The Third Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention Order," Docket No. 8459).   On June 2, 2011, the Debtors filed the Application for an Order Authorizing (I) Ernst & Young LLP to Perform Services as the Accounting Firm under August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC and (II) Tribune Company to Enter into Engagement Letter, Statement of Work, Side Letter and Related Documentation and Perform Obligations in Connection Therewith (the "Fourth Supplemental Retention," Docket No. 9041).  The Fourth Supplemental Retention

was approved pursuant to this Court's Order Authorizing Engagement of Ernst & Young LLP in Connection with August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC (the "Fourth Supplemental Retention Order," Docket No. 9348). On November 4, 2011, the Debtors filed the Fourth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Valuation of Certain Cooking Channel Assets Pursuant to U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention," Docket No. 10163). The Fifth Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include the Valuation of Certain Cooking Channel Assets Pursuant to 11 U.S.C. §§ 327(a) Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention Order," Docket No. 10260). On December 23, 2011, the Debtors filed the Fifth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention," Docket No. 10507). The Sixth Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention Order," Docket No. 10559). On October 5, 2012, the Debtors filed the Sixth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Multi-State Disclosure Services, Nunc Pro Tunc to March 12, 2012 (the "Seventh Supplemental Retention", Docket No. 12518). The Seventh Supplemental Retention was approved Pursuant to this Court's Order Granting the Sixth Supplemental Application for an Order

Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Mulit-State Disclosure Services, Nunc Pro Tunc to March 12, 2012 (the "Seventh Supplemental Retention Order." Docket No. 12684), and together with the Original Retention Order, the Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, the Fourth Supplemental Retention Order, the Fifth Supplemental Retention Order, and the Sixth Supplemental Retention Order the "Retention Orders"). The Retention Orders authorized E&Y LLP to be compensated for services rendered, and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and its Source

3.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

4.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with matters covered by this Application. There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

### Summary of Services Rendered

5.      The partners and staff of E&Y LLP who have rendered professional services to the Debtors during the Compensation Period are listed in **Exhibit A**.

.

## Fee Statement

6.      The invoices for the Compensation Period are attached hereto as **Exhibit B**. These invoices are supported by time logs describing the time spent by each partner and staff during this period.  To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order.

7.      The fees charged in this matter are comparable to the rates that E&Y LLP generally charges similar clients for similar services to those rendered during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary and customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients.

8.      A summary of actual and necessary expenses incurred by E&Y LLP during the Compensation Period is attached hereto as **Exhibit C**.

## Valuation of Services

9.      Partners and staff of E&Y LLP have expended a total of 3,020.10 hours in connection with the work performed during the Compensation Period, as indicated in Exhibit A.  The nature of the work performed by these persons is fully set forth in **Exhibit D** attached hereto.  The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $639,380.50.

10.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and

reasonable given (a) the complexity of these Debtors business' and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, E&Y LLP respectfully requests that (i) an allowance be made to E&Y LLP in the sum of $639,380.50 as compensation for necessary professional services, (ii) an allowance be made to E&Y LLP in the sum of $7,344.64 for expenses incurred during the Compensation Period, and (iii) the Court grant such other and further relief as it deems just and proper.

Dated: ___2/21___, 2013

_Mark Arshonsky_
Mark Arshonsky
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 21 day of February, 2013.

_____
Notary Public                    My Commission Expires:

4-30-14
_____

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## VERIFICATION

STATE OF ILLINOIS    )
                     )    SS:
COOK COUNTY          )

Mark Arshonsky, after being duly sworn according to law, deposes and says:

1.   I am a partner of the applicant firm, Ernst & Young LLP, advisors to Tribune Company and its above-captioned debtor affiliates (collectively, the "Debtors").

2.   I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information and belief.

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3.   I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: _____2/21_____, 2013

_____
Mark Arshonsky
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 21 day of February, 2013.

_____
Notary Public          My Commission Expires: _____4-30-14_____

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

**EXHIBIT A**

Exhibit A
Summary of Fees by Individual Professional

| Professional | Title | Hourly Rate[1] | Hours | Fees[1] |
|---|---|---|---|---|
| Anderson,Brent R | Partner/Principal-Grade 1 | $ 525.00 | 2.0 | $ 1,050.00 |
| Arvin,James F.[2] | Staff/Assistant-Grade 4 | $ 175.00 | 116.5 | $ 20,387.50 |
| Arvin,James F.[2] | Senior-Grade 1 | $ 275.00 | 251.1 | $ 69,052.50 |
| Assenza,Adam J. | Senior-Grade 1 | $ 275.00 | 23.6 | $ 6,490.00 |
| Bolt, Rick J | Executive Director-Grade 1 | $ 500.00 | 27.0 | $ 13,500.00 |
| Cech,Russell | Manager-Grade 4 | $ 375.00 | 3.5 | $ 1,312.50 |
| Conrad, Kelly E. | Assistant Director | $ 375.00 | 66.2 | $ 24,825.00 |
| Givler,Laura | Staff/Assistant-Grade 4 | $ 175.00 | 45.7 | $ 7,997.50 |
| Golden,Andrew J. | Manager-Grade 4 | $ 375.00 | 0.8 | $ 300.00 |
| Hotopp, Shiann Jean | Manager-Grade 3 | $ 375.00 | 36.0 | $ 13,500.00 |
| Horvath,Matthew R[2] | Senior-Grade 4 | $ 275.00 | 1.9 | $ 522.50 |
| Horvath,Matthew R[2] | Manager-Grade 1 | $ 375.00 | 11.8 | $ 4,425.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | $ 525.00 | 20.8 | $ 10,920.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | $ 475.00 | 51.8 | $ 24,605.00 |
| Knightly,James Charles | Manager-Grade 4 | $ 375.00 | 75.2 | $ 28,200.00 |
| Licastro,G Michael | Partner/Principal-Grade 1 | $ 500.00 | 6.0 | $ 3,000.00 |
| Mason,Jon S | Executive Director-Grade 2 | $ 525.00 | 34.3 | $ 18,007.50 |
| Meindl,John C. | Senior-Grade 2 | $ 275.00 | 14.0 | $ 3,850.00 |
| Nguyen,Trang | Intern (CS)-Grade 1 | $ 175.00 | 0.9 | $ 157.50 |
| Orr,Brian R. | Manager-Grade 1 | $ 375.00 | 2.5 | $ 937.50 |
| Orsburn, Mary Ella | Manager-Grade 1 | $ 375.00 | 111.1 | $ 41,662.50 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | $ 475.00 | 14.6 | $ 6,935.00 |
| Ramos,Marina Ellen | Staff/Assistant-Grade 3 | $ 175.00 | 1.4 | $ 245.00 |
| Reichel,Jacqueline Belkis | Client Serving Contractor | $ 175.00 | 4.0 | $ 700.00 |
| Rizzieri,Sean Taylor | Senior-Grade 1 | $ 275.00 | 14.3 | $ 3,932.50 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | $ 175.00 | 138.2 | $ 24,185.00 |
| Smith, Peter | Executive Director-Grade 1 | $ 500.00 | 27.4 | $ 13,700.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | $ 475.00 | 167.8 | $ 79,705.00 |
| Wilusz,Kaitlin M. | Senior-Grade 1 | $ 275.00 | 6.5 | $ 1,787.50 |
| Assenza, Adam J. | Senior-Grade 1 | n/a | 432.3 | n/a |
| Bing,Stephanie Regina | Manager-Grade 1 | n/a | 35.5 | n/a |
| Bolt, Rick J | Executive Director-Grade 1 | n/a | 43.5 | n/a |
| Cabanillas,Kathryn Lyn | Manager-Grade 4 | n/a | 38.3 | n/a |
| Cody, Melissa Suzanne | Senior Manager-Grade 4 | n/a | 3.4 | n/a |
| Conrad, Kelly E. | Assistant Director | n/a | 95.2 | n/a |
| Crockett,Matthew E | Manager-Grade 2 | n/a | 27.3 | n/a |
| Curd, Amy Jo | Staff/Assistant-Grade 1 | n/a | 4.0 | n/a |
| Elder,Laura Anne | Senior Manager-Grade 4 | n/a | 18.2 | n/a |
| Filippou,Cheryl Alison | Senior Manager-Grade 4 | n/a | 5.5 | n/a |
| Gann,Joy D. | Manager-Grade 4 | n/a | 0.7 | n/a |
| Givler,Laura | Staff/Assistant-Grade 4 | n/a | 77.0 | n/a |
| Golden,Andrew J. | Manager-Grade 4 | n/a | 55.0 | n/a |
| Gooden,Brian Terrell | Staff/Assistant-Grade 1 | n/a | 33.6 | n/a |
| Gunther,John C | Staff/Assistant-Grade 4 | n/a | 0.1 | n/a |
| Hamilton,Mary Catherine | Staff/Assistant-Grade 4 | n/a | 26.5 | n/a |
| Heinrichs,Todd | Senior Manager-Grade 4 | n/a | 1.2 | n/a |
| Hotopp,Shiann Jean | Manager-Grade 4 | n/a | 14.1 | n/a |
| Hurrell, David George | Senior Manager-Grade 4 | n/a | 49.9 | n/a |
| Janeway,Cynthia L | Senior Manager-Grade 1 | n/a | 9.1 | n/a |
| Kapadia,Kaushal D | Staff/Assistant-Grade 3 | n/a | 3.0 | n/a |
| Kim, Jessica | Staff/Assistant-Grade 1 | n/a | 6.0 | n/a |
| Larson,Mitchell T | Senior-Grade 4 | n/a | 36.2 | n/a |
| Licastro, G Michael | Partner/Principal-Grade 1 | n/a | 3.0 | n/a |
| Martin,Janet Lynn | Staff/Assistant-Grade 1 | n/a | 12.1 | n/a |
| Moreland,Susan M. | Manager-Grade 2 | n/a | 1.2 | n/a |
| Morris,Jason | Senior Manager-Grade 1 | n/a | 20.0 | n/a |
| Morris,Kelly A | Staff/Assistant-Grade 4 | n/a | 0.8 | n/a |
| Orsburn, Mary Ella | Manager-Grade 1 | n/a | 280.1 | n/a |
| Rash,Jeffrey B | Senior Manager-Grade 4 | n/a | 20.8 | n/a |
| Sayavedra,Alejandra | Staff/Assistant-Grade 3 | n/a | 1.0 | n/a |
| Smith, Peter | Executive Director-Grade 1 | n/a | 55.5 | n/a |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | n/a | 4.5 | n/a |
| White,Shenae Michelle | Staff/Assistant-Grade 4 | n/a | 246.0 | n/a |
| Yott, Karen Pomroy | Senior-Grade 4 | n/a | 6.6 | n/a |
| Zhu,Wenye | Staff/Assistant-Grade 3 | n/a | 2.0 | n/a |
| McGee, Ginny | External Contractor | n/a | 74.0 | 4,175.00 |
| Property Tax Compliance | Fixed Fee | n/a | 0.0 | 40,900.00 |
| Florida Utility Study | Findings-Based Fee | n/a | 0.0 | 79,438.00 |
| Prop Tax Advisory: Sun Sentinel | Findings-Based Fee | n/a | 0.0 | 24,670.00 |
| Prop Tax Advisory: Hartford Courant | Findings-Based Fee | n/a | 0.0 | 132,502.30 |

| | | | | |
|---|---|---|---|---|
| Prop Tax Advisory: Hartford Courant Voluntary Reduction | Findings-Based Fee | n/a | 0.0 | (53,762.30) |
| Property Tax Fresh Start Voluntary Reduction | Hourly Engagement | n/a | 0.0 | (14,435.00) |
| | **Grand Totals** | | **3,020.1** | **639,380.50** |
| | *Blended Rate* | | | *211.71* |
| | | | 3020.1 | |

| | |
|---|---|
| 639,380.50 | **Total Fees** |
| (127,876.10) | Less 20% Holdback |
| 511,504.40 | **Sub-total** |
| 7,344.64 | **Expenses** |
| 518,849.04 | **Current Fee Invoice** |

[1]Hourly Rates and Fees marked by "n/a" are for work by individuals under non-hourly based engagements during the Compensation Period covered by this Application.  Fees for such non-hourly based engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals.  Thus, only hours billed by such professionals are reflected herein for services under such non-hourly based engagements.

[2]Employees may be billed at different rates due to a promotion in rank.

**EXHIBIT B**

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ≡‖ ERNST & YOUNG

**INVOICE NUMBER: US0130780950**

**February 20, 2013**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

BU: **US002**    CLIENT NUMBER: **60025315**

Invoice for services performed for the following findings-based fee engagements: Florida Utility Study, Property Tax Advisory: Hartford Courant, and Property Tax Advisory: Sun Sentinel.

Findings-based Fee Engagements

| | | |
| --- | --- | --- |
| Florida Utility Study | $ | 79,438.00 |
| Property Tax Advisory: Hartford Courant | $ | 78,740.00 |
| Property Tax Advisory: Sun Sentinel | $ | 24,670.00 |
| Fees Due | $ | 182,848.00 |
| Expenses | $ | 662.04 |
| Total Due | $ | 183,510.04 |
| 20% Holdback of the fees requested | $ | (36,569.60) |
| Net Fees & Expenses | $ | 146,940.44 |

*Total Due*    **$146,940.44**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130780950**

**February 20, 2013**

| |
|---|
| **PLEASE REMIT TO:** |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                        **$146,940.44**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# Ⅲ ERNST & YOUNG

**INVOICE NUMBER: US0130774762**

**February 8, 2013**

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

| PLEASE REMIT TO: |
|---|
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |
| **EIN: 34-6565596** |

BU: **US002**    CLIENT NUMBER: **60025315**

Progress billing for valuation services rendered pursuant to the Statement of Work dated May 11, 2010:

September, 2012 - November, 2012

| | | |
|---|---|---:|
| Multi-State VD Agreements | $ | 35,900.00 |
| Property Tax Compliance | | 40,900.00 |
| Property Tax Fresh Start | | 76,355.00 |
| VAL: Fresh Start | | 275,017.50 |
| Fee/Employment Applications | | 24,185.00 |
| | | |
| Fees Due | $ | 452,357.50 |
| | | |
| Expenses | $ | 6,682.60 |
| | | |
| Total Due | $ | 459,040.10 |
| | | |
| 20% Holdback of the fees requested | $ | (90,471.50) |
| | | |
| Net Fees & Expenses | $ | 368,568.60 |

*Total Due* **$368,568.60**

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞII ERNST & YOUNG**

**INVOICE NUMBER: US0130774762**

February 8, 2013

| PLEASE REMIT TO: |
| --- |
| Ernst & Young LLP |
| PNC Bank c/o Ernst & Young US LLP |
| 3712 Solutions Center |
| Chicago, IL 60677-3007 |

**Tribune Company**
**Attn: Mr. Brian Litman**
**Vice President & Controller**
**435 North Michigan Ave.**
**Chicago, IL 60611**

**EIN: 34-6565596**

BU: **US002**    CLIENT NUMBER: **60025315**

*Total Due*                                    **$368,568.60**

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# Ξ⫪ ERNST & YOUNG

**INVOICE NUMBER: US0130717653**

**November 1, 2012**

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

**PLEASE REMIT TO:**

Ernst & Young US LLP
PO Box 846793
Los Angeles, CA 90084-6793

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60811877**

For professional services rendered in connection with the third quarter 2012 Los Angeles TVT market survey.

| | |
|---|---|
| *Total Due* | **$1,875** |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130717653**

**November 1, 2012**

| **PLEASE REMIT TO:** |
| --- |
| Ernst & Young US LLP |
| PO Box 846793 |
| Los Angeles, CA 90084-6793 |
| **EIN: 34-6565596** |

**KTLA-TV**
**Mr. Michael E. Weiner**
**5800 Sunset Blvd.**
**P.O. Box 500**
**Los Angeles, CA 90028**

BU: **US001**    CLIENT NUMBER: **60811877**

*Total Due*                                    $1,875

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ᴟ ERNST & YOUNG

**INVOICE NUMBER: US0130717644**

**November 1, 2012**

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

**PLEASE REMIT TO:**

Ernst & Young LLP
Pittsbg Ntnl Bnk - Pitt 640382
P.O. Box 640382
Pittsburgh, PA 15264-0382

**EIN: 34-6565596**

BU: **US001**    CLIENT NUMBER: **60810282**

For professional services rendered in connection with the third quarter 2012 New York TVT market survey.

*Total Due*                                    $2,300

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ᴣ𝙸 ERNST & YOUNG**

**INVOICE NUMBER: US0130717644**

November 1, 2012

> **PLEASE REMIT TO:**
>
> Ernst & Young LLP
> Pittsbg Ntnl Bnk - Pitt 640382
> P.O. Box 640382
> Pittsburgh, PA 15264-0382
>
> **EIN: 34-6565596**

**WPIX-TV**
**Ms. Cathy Davis**
**220 East 42nd Street**
**New York, NY 10017**

BU: **US001**    CLIENT NUMBER: **60810282**

*Total Due*                                    $2,300

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

# EXHIBIT C

**Exhibit C**
**Schedule of Expenses by Project Category**

| Category | Total |
|---|---|
| In-town Travel: Lunch | 200.30 |
| In-Town Travel: Mileage: Ground Trans | 5.55 |
| In-Town Travel: Parking: Ground Trans | 59.00 |
| In-town Travel: Taxi: Ground Trans | 42.74 |
| Out of Town Travel: Airfare | 3,955.71 |
| Out of Town Travel: Breakfast | 122.80 |
| Out of Town Travel: Dinner | 203.14 |
| Out of Town Travel: Lodging | 1,211.42 |
| Out of Town Travel: Lunch | 261.56 |
| Out of Town Travel: Mass Transit: Ground Trans | 20.00 |
| Out of Town Travel: Mileage: Ground Trans | 24.42 |
| Out of Town Travel: Parking: Ground Trans | 126.00 |
| Out of Town Travel: Rental Car: Ground Trans | 52.27 |
| Out of Town Travel: Taxi: Ground Trans | 1,059.73 |
| | 7,344.64 |

Exhibit C
Schedule of Expenses

| Emp/Vendor | Title | Descr | Incur Dt | Expenses | Category |
|---|---|---|---|---|---|
| Arvin,James F. (US01294S202) | Staff/Assistant-Grade 4 (444) | Mileage from residence to WGN TV for meeting (10 Miles @ $0.555/mile) | 06-Sep-2012 | 5.55 | In-town Travel: Mileage: Ground Trans |
| Arvin,James F. (US01294S202) | Staff/Assistant-Grade 4 (444) | Parking while at WGN TV meeting | 06-Sep-2012 | 33.00 | In-town Travel: Parking: Ground Trans |
| Arvin,James F. (US01294S202) | Senior-Grade 1 (421) | Tribune, working late (past 8 p.m.) \EY Office to home | 23-Oct-2012 | 15.65 | In-town Travel: Taxi: Ground Trans |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | Roundtrip coach airfare for Tribune meeting | 03-Aug-2012 | 438.60 | Out of Town Travel: Airfare |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | Dinner while traveling for Tribune meeting | 08-Aug-2012 | 49.40 | Out of Town Travel: Dinner |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | Breakfast while traveling for Tribune meeting | 09-Aug-2012 | 14.61 | Out of Town Travel: Breakfast |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | One night lodging for Tribune meeting | 09-Aug-2012 | 264.23 | Out of Town Travel: Lodging |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | CTA pass for transportation for Tribune meeting\Midway to Hotel, Hotel to Midway | 09-Aug-2012 | 20.00 | Out of Town Travel: Mass Transit: Ground Trans |
| Conrad,Kelly E. (US01135859S) | Assistant Director (63) | Car service related to Tribune meeting\Residence to KCI, and KCI to Residence | 09-Aug-2012 | 156.00 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Airfare to Ft. Lauderdale for Florida Utility Study\Round-trip coach airfare | 21-Nov-2011 | 258.38 | Out of Town Travel: Airfare |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Cab to Ft. Lauderdale for Florida Utility Study\To O'hare from Chicago Office | 30-Nov-2011 | 45.00 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Airfare round-trip luggage fee to Ft. Lauderdale for Florida Utility Study | 30-Nov-2011 | 94.00 | Out of Town Travel: Airfare |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study | 01-Dec-2011 | 30.18 | Out of Town Travel: Dinner |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\Rental car fee | 01-Dec-2011 | 52.27 | Out of Town Travel: Rental Car: Ground Trans |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel Ft. Lauderdale for Florida Utility Study | 01-Dec-2011 | 13.38 | Out of Town Travel: Breakfast |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel Ft. Lauderdale for Florida Utility Study | 02-Dec-2011 | 22.53 | Out of Town Travel: Lunch |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\O'hare to home | 02-Dec-2011 | 40.85 | Out of Town Travel: Taxi: Ground Trans |
| Givler,Laura (US01309S222) | Staff/Assistant-Grade 4 (444) | Travel to Ft. Lauderdale for Florida Utility Study\Lodging for 1 night | 05-Dec-2011 | 105.45 | Out of Town Travel: Lodging |
| Howley,Matthew C (US01122315B) | Partner/Principal-Grade 1 (111) | Cab from EY office to Tribune bldg for meeting re: Fresh Start\EY\Tribune | 30-Jul-2012 | 7.09 | In-town Travel: Taxi: Ground Trans |
| Howley,Matthew C (US01122315B) | Partner/Principal-Grade 1 (111) | Parking while attending meetings at Tribune | 09-Aug-2012 | 26.00 | In-town Travel: Parking: Ground Trans |
| Jones,Matthew C. (US01185441 4) | Senior Manager-Grade 3 (213) | Cab to Tribune for meetings with PWC and client to review analysis\\EY office to Trib tower | 20-Sep-2012 | 10.00 | In-town Travel: Taxi: Ground Trans |
| Jones,Matthew C. (US01185441 4) | Senior Manager-Grade 3 (213) | Cab to Tribune for meetings with PWC and client to review analysis\\Trib tower to EY office | 20-Sep-2012 | 10.00 | In-town Travel: Taxi: Ground Trans |

| Name | Title/Grade | Description | Date | Amount | Category |
|---|---|---|---|---|---|
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Working lunch / discussion and debrief of printing press meeting with Mike Saks at Tribune / Jon Mason, Brad Venisnik, Jim Knightly, and Jim Arvin | 07-Aug-2012 | 114.35 | In-town Travel: Lunch |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Tribune Company / lunch to discuss the status of the fixed asset valuation / Tribune = Brian Litman and Nick Chikaris / EY = Jon Mason and Brad Venisnik | 14-Aug-2012 | 85.95 | In-town Travel: Lunch |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip for Meeting at LA Times | 27-Jun-2012 | 48.79 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 9.73 | Out of Town Travel: Breakfast |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 14.38 | Out of Town Travel: Lunch |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times. | 28-Jun-2012 | 43.42 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times\2 nights lodging @ ~ $174.51/night | 28-Jun-2012 | 349.02 | Out of Town Travel: Lodging |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Trip to meeting at LA Times | 28-Jun-2012 | 50.00 | Out of Town Travel: Parking, Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Round-trip coach airfare | 31-Jul-2012 | 476.60 | Out of Town Travel: Airfare |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- Dinner | 08-Aug-2012 | 31.35 | Out of Town Travel: Dinner |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Home to ATL (22 miles @ $0.555/mile) | 08-Aug-2012 | 12.21 | Out of Town Travel: Mileage, Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\ORD to Hotel | 08-Aug-2012 | 50.77 | Out of Town Travel: Taxi: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- Breakfast | 09-Aug-2012 | 9.97 | Out of Town Travel: Breakfast |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\ATL to Home (22 miles @ $0.555/mile) | 09-Aug-2012 | 12.21 | Out of Town Travel: Mileage, Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start -- overnight airport parking | 09-Aug-2012 | 16.00 | Out of Town Travel: Parking, Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\Tribune Office to ORD | 09-Aug-2012 | 50.75 | Out of Town Travel: Taxi: Ground Trans |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 2 (322) | Chicago Trip for meeting at Tribune Headquarters regarding Fresh Start \\1 night lodging | 09-Aug-2012 | 246.36 | Out of Town Travel: Lodging |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Airfare to attend client meeting to discuss property tax engagement\\Round-trip coach airfare | 04-May-2012 | 1,619.12 | Out of Town Travel: Airfare |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Car service to hotel to attend quarterly meeting with Client.\\ORD to Hotel | 15-May-2012 | 126.77 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Dinner to attend Quarterly client meeting | 15-May-2012 | 48.63 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Lunch meeting with M. Deloian, Tribune Director of Tax; P. Shanahan, Tribune Treasurer; and M. Licastro to discuss property tax project and 2012 filing details. | 16-May-2012 | 133.37 | Out of Town Travel: Lunch |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Parking to attend Quarterly Client meeting (overnight airport) | 16-May-2012 | 60.00 | Out of Town Travel: Parking, Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Taxi to attend Quarterly Client meeting\\Hotel to ORD | 16-May-2012 | 45.05 | Out of Town Travel: Taxi: Ground Trans |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Breakfast to attend Quarterly client meeting | 16-May-2012 | 12.76 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Airfare charge to change itinerary after client requested meeting changes\\round-trip coach airfare change fee | 18-Jul-2012 | 89.41 | Out of Town Travel: Airfare |

| | | | | | |
|---|---|---|---|---|---|
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Car service to attend client meeting to discuss Hartford billings, fresh start and property tax update.\\ORD to Hotel | 25-Jul-2012 | 126.77 | Out of Town Travel: Taxi; Ground Trans |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Taxi to attend client meeting\\Hotel to ORD | 26-Jul-2012 | 45.00 | Out of Town Travel: Taxi; Ground Trans |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Airfare to attend client meeting to discuss fresh start and property tax.\\round-trip coach airfare | 27-Jul-2012 | 979.60 | Out of Town Travel: Airfare |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Breakfast to attend meeting with Tribune to discuss Fresh Start | 09-Aug-2012 | 13.72 | Out of Town Travel: Breakfast |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Lunch meeting with M. Orsburn, B. Venisnick and T. Heinrichs to discuss Tribune Fresh Start | 09-Aug-2012 | 91.28 | Out of Town Travel: Lunch |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Car service to attend meeting with Tribune to discuss Fresh Start\\ORD to Hotel | 09-Aug-2012 | 126.77 | Out of Town Travel: Taxi; Ground Trans |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Car to attend meeting with Tribune to discuss Fresh Start\\Home to LAX | 09-Aug-2012 | 96.00 | Out of Town Travel: Taxi; Ground Trans |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Lodging to attend meeting with Tribune to discuss Fresh Start\\1 night stay | 09-Aug-2012 | 246.36 | Out of Town Travel: Lodging |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Car service to attend meeting with Tribune to discuss Fresh Start\\LAX to Home | 09-Aug-2012 | 105.00 | Out of Town Travel: Taxi; Ground Trans |
| Smith,Peter (US012444703) | Executive Director- Grade 1 (131) | Taxi to attend meeting with Tribune to discuss Fresh Start\\Client office to ORD | 09-Aug-2012 | 45.00 | Out of Town Travel: Taxi; Ground Trans |

7,344.64