# EXHIBIT A

# FEE DETAIL

# PAYNE & FEARS LLP

4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

January 23, 2012
Federal ID No. 33-0507930
Our Invoice No. 206566

Client Matter No.: 2290.014
Re: adv. Gonzalez, Fernando, for professional services performed through 12/31/11

## PROFESSIONAL FEES

| | |
|---|---|
| 12/01/11 | Email correspondence regarding documents from client (0.1); email correspondence regarding scheduling depositions (0.1); attention to calendar regarding discovery responses (0.1) (REB – 0.30 hr) |
| 12/02/11 | Attention to coordinating depositions (0.2); email correspondence regarding scheduling depositions (0.1); telephone conference with L. Bugarin regarding deposition schedule (0.2); telephone call to A. Foran (0.3); telephone conference with D. Potter regarding scheduling depositions and discovery responses (0.3); email correspondence regarding discovery responses and deposition dates (0.1) (REB - 1.20 hr) |
| 12/05/11 | Attention to deposition schedule (0.1); review notices of deposition (0.2); email correspondence regarding upcoming depositions (0.1) (REB – 0.40 hr) |
| 12/06/11 | Attention to calendar regarding discovery responses (0.2); email correspondence regarding accommodations for A. Foran (0.1) (REB – 0.30 hr) |
| 12/08/11 | Email correspondence regarding accommodation for A. Foran (REB – 0.10 hr) |
| 12/09/11 | Email correspondence regarding A. Foran accommodations when traveling for depositions (0.2); prepare discovery responses (1.4) (REB – 1.60 hr) |
| 12/11/11 | Prepare discovery responses (REB – 1.40 hr) |
| 12/12/11 | Email correspondence regarding CMC hearing (0.1); attention to calendar regarding discovery responses and upcoming hearing (0.1); prepare discovery responses (1.4) (REB – 1.60 hr) |

Tribune Company 2290                                                    Page 2
Invoice No. 206566

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 12/31/11

## PROFESSIONAL FEES

| | |
|---|---|
| 12/13/11 | Redact and bates label documents and prepare documents for production (CKP – 2.20 hr) |
| 12/13/11 | Legal research regarding violation of and employer's obligations under FMLA/CFRA (2.6); meet and confer with opposing counsel in advance of CMC (0.5) (REB – 3.10 hr) |
| 12/14/11 | Coordinate preparation of discovery responses (REB – 0.40 hr) |
| 12/16/11 | Attention to discovery responses (0.8); email correspondence regarding discovery responses (0.2) (REB – 1.00 hr) |
| 12/20/11 | Telephone conference with D. Potter regarding discovery responses (0.1); email correspondence regarding discovery responses (0.1) (REB – 0.20 hr) |
| 12/20/11 | Attention to D. Fears' unavailability for trial (REB – 0.20 hr) |
| 12/21/11 | Email correspondence regarding discovery responses (0.3); prepare CMC statement (1.1); coordinate filing of CMC statement  (0.2) (REB – 1.60 hr) |
| 12/22/11 | Email correspondence regarding discovery responses (REB – 0.10 hr) |
| 12/23/11 | Email correspondence regarding CMC statement (REB – 0.10 hr) |
| 12/27/11 | Attention to calendar (0.2); email correspondence regarding notice of deposition (0.1) (REB – 0.30 hr) |
| 12/28/11 | Email correspondence regarding discovery responses (0.1); revise discovery responses (1.1); email correspondence regarding preparation of documents for production (0.1) (REB – 1.30 hr) |

| | |
|---|---|
| Ray E. Boggess | 15.20 hrs. at $245.00 / hour |
| C. Porter (paralegal) | 2.20 hrs. at $130.00 / hour |

**Total Professional Fees**       **$4,010.00**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 206566

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 12/31/11

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Filing Fees | $39.95 |
| Postage/Express Mail | $1.08 |

**Total Costs Advanced**    **$41.03**

**CURRENT FEES AND COSTS**    **$4,051.03**

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $4,051.03 |
| Previous Balance Due | $9,057.55 |
| Payments and Credits | $0.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.014**    **$13,108.58**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 205243 | 11/18/11 | $5,917.31 |
| 206063 | 12/15/11 | $3,140.24 |

4818-3590-5809.1

*To ensure proper credit, please place invoice number on your check*

### PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

January 23, 2012
Federal ID No. 33-0507930
Our Invoice No. 206567

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 12/31/11

## PROFESSIONAL FEES

| | | |
|---|---|---|
| 12/14/11 | Revise and send letter to opposing counsel regarding discovery requests (MJC - 0.40 hr) | |
| 12/15/11 | Telephone call with client regarding personnel and case documents (0.2); email client regarding documents (0.1) (MJC – 0.30 hr) | |
| 12/19/11 | Review documents received from client (MJC – 0.50 hr) | |

Matthew J. Cute                    1.20 hrs. at $235.00 / hour

**Total Professional Fees**          **$282.00**

## COSTS INCURRED AND ADVANCED

Postage/Express Mail                    $0.44

**Total Costs Advanced**          **$0.44**

## CURRENT FEES AND COSTS                    **$282.44**

### MATTER SUMMARY

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 206567

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 12/31/11

| | |
|---|---|
| Current Invoice Amount | $282.44 |
| Previous Balance Due | $3,140.20 |
| Payments and Credits | -$732.50 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.015**                     **$2,690.14**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 206064 | 12/15/11 | $2,407.70 |

4841-3464-6545.1

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn:  James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois  60611-4001

January 23, 2012
Federal ID No. 33-0507930
Our Invoice No. 206568

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 12/31/11

## PROFESSIONAL FEES

| | | |
|---|---|---|
| 12/05/11 | Email correspondence regarding scheduling deposition (REB – 0.20 hr) | |
| 12/06/11 | Attention to availability of D. Fears for scheduling Plaintiff's deposition (REB - 0.10 hr) | |
| 12/08/11 | Email correspondence regarding scheduling deposition of Plaintiff (REB - 0.10 hr) | |
| 12/09/11 | Email correspondence regarding scheduling Plaintiff's deposition and preparation of amended notice of deposition (0.2); prepare for CMC hearing (REB – 0.40 hr) | |
| 12/12/11 | Attend status conference (3.3); meeting with K. Brown (0.5); email correspondence regarding status conference (0.3) (REB – 4.10 hr) | |
| 12/20/11 | Email correspondence regarding deposition (REB – 0.10 hr) | |
| | Ray E. Boggess | 5.00 hrs. at $245.00 / hour |

**Total Professional Fees**          **$1,225.00**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Mileage | $47.73 |
| Parking | $18.00 |

**Total Costs Advanced**          **$65.73**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 206568

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 12/31/11

**CURRENT FEES AND COSTS**                                    $1,290.73

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $1,290.73 |
| Previous Balance Due | $5,868.96 |
| Payments and Credits | -$4,886.90 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.016**                      $2,272.79

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 206065 | 12/15/11 | $982.06 |

4828-5990-5809.1

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

February 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207090

Client Matter No.: 2290.013
Re: adv. Wilburn, Edgar, for professional services performed through 01/31/12

**PROFESSIONAL FEES**

| | | |
|---|---|---|
| 01/09/12 | Research regarding status of Tribune Co. bankruptcy (AKH – 1.00 hr) | |
| 01/10/12 | Attend Status Conference (AKH – 0.50 hr) | |
| | Andrew K. Haeffele | 1.50 hrs. at $200.00 / hour |

**Total Professional Fees**     **$300.00**

**COSTS INCURRED AND ADVANCED**

| | |
|---|---|
| Photocopies | $48.75 |
| Courier Service/Attorney Service | $39.43 |
| Photocopies (.10 per copy) | $2.90 |
| Postage/Express Mail | $0.44 |

**Total Costs Advanced**     **$91.52**

**CURRENT FEES AND COSTS**     **$391.52**

**MATTER SUMMARY**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207090

Client Matter No.: 2290.013
Re:  adv. Wilburn, Edgar, for professional services performed through 01/31/12

| | |
|---|---|
| Current Invoice Amount | $391.52 |
| Previous Balance Due | $376.13 |
| Payments and Credits | -$376.13 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.013**          **$391.52**

4827-8309-8129.1

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

February 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207091

Client Matter No.: 2290.014
Re: adv. Gonzalez, Fernando, for professional services performed through 01/31/12

## PROFESSIONAL FEES

| | |
|---|---|
| 01/03/12 | Review and finalize responses for LA Times to requests for production of documents, requests for admissions, form interrogatories, and special interrogatories (1.5); review and finalize response for Tribune to requests for production of documents, requests for admissions, form interrogatories, and special interrogatories (1.5); prepare for case management conference (0.9) (REB – 3.90 hr) |
| 01/04/12 | Attend case management conference (3.1); conference with opposing counsel re discovery responses (0.3); email correspondence re status conference (0.3); email correspondence re discovery responses (0.1) (REB – 3.80 hr) |
| 01/05/12 | Email correspondence re discovery responses (REB – 0.10 hr) |
| 01/06/12 | Email correspondence re scheduling conference call (0.1); telephone conference with L. Bugarin re Plaintiff's employment and claims (0.9); email correspondence re contacting J. Moore (0.3) (REB – 1.30 hr) |
| 01/09/12 | Email correspondence re scheduling conference call (REB – 0.10 hr) |
| 01/11/12 | Attention to production of documents from Tribune (REB – 0.20 hr) |
| 01/12/12 | Email correspondence re scheduling telephone conference (0.1); telephone conference with L. Bugarin re discovery responses re discovery responses (0.3); email correspondence re employee manual (0.2); review employee manual (0.8); revise and finalize verifications for L.A. Times discovery responses (0.2) (REB - 1.60 hr) |

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207091

<u>Client Matter No.: 2290.014</u>
Re:  adv. Gonzalez, Fernando, for professional services performed through 01/31/12

## PROFESSIONAL FEES

| | |
|---|---|
| 01/13/12 | Telephone conference with L. Bugarin re verifications (  ); email correspondence re verifications (REB – 0.30 hr) |
| 01/16/12 | Email correspondence re Tribune verifications (0.1); telephone call to A. Foran and J. Moore (0.2); attention to the calendar re deadline to respond to Plaintiff's discovery requests (0.1); email correspondence re LA Times verifications (0.1) (REB – 0.50 hr) |
| 01/17/12 | Email correspondence re production of documents, review Plaintiff's responses to Defendant's requests for production of documents (1.0); legal research re party's obligations in responding to discovery, and party's failure to respond to requests and failure to produce documents (0.5);  prepare meet and confer letter re Plaintiff's responses to requests for production of documents (1.5); email correspondence re meet and confer letter (0.5) (REB – 3.50 hr) |
| 01/18/12 | Bates label and prepare documents for production (CKP – 0.30 hr) |
| 01/18/12 | Telephone conference with A. Foran re mediation, verifications for Tribune, and employment manual (0.3); telephone conference with C. Caminski (0.2); review discovery responses of the Tribune Company (0.8); revise verifications (0.2); email correspondence re verifications (0.1); finalize discovery responses (0.3); conference with C. Porter re preparation of documents for production (0.3); review documents produced by Tribune (0.4) (REB – 2.60 hr) |
| 01/19/12 | Email correspondence re Plaintiff's discovery responses and production of documents (0.2); review file re discovery received from Plaintiff (0.5); email correspondence re Plaintiff's discovery responses and production of documents (0.1); email correspondence re scheduling interviews with G. Malcolm J. Walker, and B. Delgado (0.1) (REB – 0.90 hr) |
| 01/20/12 | Email correspondence re scheduling telephone conference (0.1); review allegations contained in complaint (0.4); prepare for conference call (0.3); Plaintiff's allegations (0.5); email correspondence re conference call and calendar (0.1) (REB – 1.40 hr) |
| 01/23/12 | Attention to calendar re depositions (REB – 0.20 hr) |

Tribune Company 2290
Invoice No. 207091

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 01/31/12

## PROFESSIONAL FEES

| 01/26/12 | Attention to calendar re depositions; email correspondence re depositions (REB - 0.10 hr) |
|---|---|

| Ray E. Boggess | 20.50 hrs. at $245.00 / hour |
| C. Porter | 0.30 hrs. at $130.00 / hour |
| **Total Professional Fees** | **$5,061.50** |

## COSTS INCURRED AND ADVANCED

| Photocopies | $48.75 |
|---|---|
| Documents | $7.50 |
| Parking | $18.00 |
| Postage/Express Mail | $11.25 |
| **Total Costs Advanced** | **$85.50** |

## CURRENT FEES AND COSTS                                 $5,147.00

### MATTER SUMMARY

| Current Invoice Amount | $5,147.00 |
|---|---|
| Previous Balance Due | $13,108.58 |
| Payments and Credits | -$3,140.24 |
| Adjustments | $0.00 |

## TOTAL AMOUNT DUE FOR MATTER 2290.014            $15,115.34

## Open Invoices for this Matter

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207091

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 01/31/12

| Invoice | Date | Balance |
|---------|------|---------|
| 205243 | 11/18/11 | $5,917.31 |
| 206566 | 01/23/12 | $4,051.03 |

4836-2425-2689.1

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn:  James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois  60611-4001

January 23, 2012
Federal ID No. 33-0507930
Our Invoice No. 207093

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 01/31/12

**PROFESSIONAL FEES**

01/10/12        Email correspondence re discovery requests (REB – 0.30 hr)

01/12/12        Review correspondence from opposing counsel (REB – 0.20 hr)

01/13/12        Review Plaintiff's responses to requests for production of documents (1.0); review
                discovery rules re obligations in responding to discovery (0.5); telephone
                conference with L. Bugarin re Plaintiff's employment (0.3) (REB – 1.80 hr)

01/17/12        Email correspondence re Plaintiff's deposition and meeting (0.1); attention to
                availability of D. Fears for pre-deposition meeting (0.1) (REB – 0.20 hr)

01/18/12        Telephone conference with A. Foran re mediation and meeting prior to deposition;
                email correspondence re documents regarding Plaintiff's leaves (REB – 0.10 hr)

01/20/12        Review documents produced by LA Times (0.2); review allegations contained in
                complaint; email correspondence re Tribune verification (0.1); review
                verifications (0.1); revise cover letter (0.2); coordinate service of verifications
                (0.1) (REB – 0.90 hr)

01/23/12        Review file re discovery requests (1.0); attention to calendar re discovery
                responses (0.1); telephone conference with opposing counsel re Plaintiff's
                responses to Defendant's requests for production of documents (0.3); email
                correspondence re Plaintiff's further responses (0.1); review Plaintiff's responses
                to Defendant's requests for production (1.0); review documents produced by LA
                Times and the Tribune Company (1.9); telephone conference with L. Bugarin re
                Plaintiff's leaves (0.2); email correspondence re Plaintiff's leaves (0.1); strategize
                with D. Fears re deposition and other discovery (0.5) (REB – 5.20 hr)

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290                                                                Page 2
Invoice No. 207093

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 01/31/12

## PROFESSIONAL FEES

01/24/12        Prepare for telephone conference (0.5); email correspondence re employment
                documents (0.1); review documents (   ); telephone conference with A. Foran, G.
                Malcolm, and L. Bugarin re Plaintiff's employment and claims (0.3) email
                correspondence re Plaintiff's final payment (0.3) (REB – 1.20 hr)

01/26/12        Prepare deposition exhibits for J. Abel deposition (CKP – 2.20 hr)

01/26/12        Review documents and identify exhibits (4.3); email correspondence re scheduling
                conference call (0.2); conference with C. Porter re preparation of deposition
                exhibits; prepare deposition outline (0.3); email correspondence re deposition (0.2)
                (REB – 5.00 hr)

01/27/12        Prepare deposition exhibits and deposition outline for J. Abel deposition
                (CKP - 4.70 hr)

01/27/12        Prepare for conference call (0.4); conference call with A. Foran, J. Walker, and L.
                Bugarin re Plaintiff's employment and claims (0.3); review and revise deposition
                outline (0.9); attention to deposition exhibits (0.2) (REB – 1.80 hr)

01/28/12        Review and revise deposition outline (0.5); attention to deposition  exhibits (0.3)
                (REB – 0.80 hr)

01/30/12        Meeting with R. Boggess to prepare for deposition (1.0); review documents and
                prepare for deposition  (2.5); telephone conferences with A. Foran re deposition
                (0.2) (DFF – 3.70 hr)

01/30/12        Conference with D. Fears re plaintiff's deposition (0.3); conference with C. Porter
                re deposition exhibits (0.2); legal research re preemption of wrongful termination
                claim; email correspondence re deposition (1.0); telephone conference with
                opposing counsel re deposition (0.2); strategize with D. Fears re litigation (0.5);
                telephone conference with L. Bugarin re deposition (0.2) (REB – 2.40 hr)


                Daniel F. Fears                         3.70 hrs. at $420.00 / hour

                Ray E. Boggess                          19.90 hrs. at $245.00 / hour


*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207093

<u>Client Matter No.: 2290.016</u>
Re:  adv. Able, James, for professional services performed through 01/31/12

| | | |
|---|---|---|
| C. Porter (paralegal) | 6.90 hrs. at $130.00 / hour | |
| **Total Professional Fees** | | **$7,326.50** |

**COSTS INCURRED AND ADVANCED**

| | |
|---|---|
| Photocopies | $60.09 |
| Outside Services | $0.48 |
| Postage/Express Mail | $8.52 |
| **Total Costs Advanced** | **$69.09** |

**CURRENT FEES AND COSTS**                                        **$7,395.59**

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $7,395.59 |
| Previous Balance Due | $2,272.79 |
| Payments and Credits | -$982.06 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.016**                **$8,686.32**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 206568 | 01/23/12 | $1,290.73 |

4823-4839-8097.1

*To ensure proper credit, please place invoice number on your check*

# PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

February 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207092

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 01/31/12

## PROFESSIONAL FEES

| | |
|---|---|
| 01/05/12 | Exchange emails with opposing counsel regarding Rule 26(f) conference (MJC - 0.20 hr) |
| 01/13/12 | Conduct Rule 26(f) early meeting of counsel (0.5); review complaint (0.3); review client documents and case file (0.4) (MJC – 1.10 hr) |
| 01/16/12 | Review documents received from opposing counsel (0.2); revise emails from opposing counsel regarding proposals for joint scheduling report (0.2) (MJC - 0.40 hr) |
| 1/20/12 | Review emails and proposals from opposing counsel for joint scheduling report (MJC – 0.40 hr) |
| 01/24/12 | Review emails from opposing counsel regarding Rule 26(f) statement (0.5); review and revise same (0.4); email client regarding case status (0.5); email L. Bugarin regarding discovery issues (0.2) (MJC – 1.60 hr) |
| 01/26/12 | Conference with M. Cute (0.2); review and revise Rule 26(f) report (0.3) (DFF - 0.50 hr) |
| 01/26/12 | Draft and revise Joint Scheduling Report and related documents (1.5); review calendars for proposed dates for trial and pretrial matters  (0.3); exchange emails with D. Fears regarding Joint Scheduling Report (0.2) (MJC – 2.00 hr) |
| 01/27/12 | Telephone call with L. Bugarin regarding fact investigation and discovery issues (0.3); draft and revise joint scheduling report and supporting documents (1.0); exchange emails and telephone calls with opposing counsel regarding joint scheduling report (0.2) (MJC – 1.50 hr) |

Tribune Company 2290
Invoice No. 207092

<u>Client Matter No.: 2290.015</u>
Re:  adv. Aguirre, Jaime, for professional services performed through 01/31/12

**PROFESSIONAL FEES**

01/30/12      Revise Joint Scheduling Report (0.3); confer with D. Fears regarding case status
              and Joint Scheduling Report (0.2) (MJC – 0.50 hr)

| | | |
|---|---|---|
| Daniel F. Fears | .50 hrs. at $420.00 / hour | |
| Matthew J. Cute | 7.70 hrs. at $235.00 / hour | |
| | **Total Professional Fees** | **$2,019.50** |

**COSTS INCURRED AND ADVANCED**

| | |
|---|---|
| Photocopies | $48.75 |
| Outside Services | $0.24 |
| **Total Costs Advanced** | **$48.99** |

| | |
|---|---|
| **CURRENT FEES AND COSTS** | **$2,068.49** |

**MATTER SUMMARY**

| | |
|---|---|
| Current Invoice Amount | $2,068.49 |
| Previous Balance Due | $2,690.14 |
| Payments and Credits | -$2,407.70 |
| Adjustments | $0.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE FOR MATTER 2290.015** | **$2,350.93** |

**Open Invoices for this Matter**

| <u>Invoice</u> | <u>Date</u> | <u>Balance</u> |
|---|---|---|
| 206567 | 01/23/12 | $282.44 |

4818-5792-6417.1

Tribune Company 2290
Invoice No. 207092

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 01/31/12

### PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

January 23, 2012
Federal ID No. 33-0507930
Our Invoice No. 207968

Client Matter No.: 2290.013
Re: adv. Wilburn, Edgar, for professional services performed through 02/29/12

**PROFESSIONAL FEES**

| | |
|---|---|
| 02/27/12 | Research bankruptcy docket to identify documents requested by Court (1.5); prepare letter to Plaintiff's counsel regarding same (0.6) (AKH – 2.10 hr) |

Andrew K. Haeffele                 2.10 hrs. at $200.00 / hour

**Total Professional Fees**          **$420.00**

**COSTS INCURRED AND ADVANCED**

| | |
|---|---|
| Courier Service/Attorney Service | $11.24 |
| Photocopies (.10 per copy) | $13.20 |

**Total Costs Advanced**          **$24.44**

**CURRENT FEES AND COSTS**                    **$444.44**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207968

Client Matter No.: 2290.013
Re:  adv. Wilburn, Edgar, for professional services performed through 02/29/12

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $444.44 |
| Previous Balance Due | $391.52 |
| Payments and Credits | $0.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.013**          **$835.96**

### Open Invoices for this Matter

| Invoice | Date | Balance |
|---|---|---|
| 207090 | 02/29/12 | $391.52 |

4825-0011-3937.1

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

March 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207969

Client Matter No.: 2290.014
Re: adv. Gonzalez, Fernando, for professional services performed through 02/29/12

## PROFESSIONAL FEES

| | |
|---|---|
| 02/03/12 | Review notice of deposition of PMK (0.2); email correspondence re PMK deposition (0.2) (REB – 0.40 hr) |
| 02/21/12 | Telephone call to L. Bugarin (0.1); review complaint (0.2); review documents for production (0.1); (REB – 0.40 hr) |
| 02/22/12 | Review documents (0.5); prepare deposition outline (2.0); identify deposition exhibits ( ); review rules re objections to notice of deposition and attached requests for production (0.3); prepare objections to requests for production attached to notice of L. Bugarin deposition (0.8); conference with D. Fears re upcoming deposition (0.3) (REB – 3.90 hr) |
| 02/23/12 | Bates label documents and prepare documents for production (CKP – 1.50 hr) |
| 02/23/12 | Email correspondence re deposition preparation (0.2); prepare objections to notice of PMK deposition and attached requests for production of documents (2.0); prepare objections to requests for production of documents attached to notice of L. Bugarin deposition (2.0); conference with J. Moss re deposition preparation (0.3); identify documents for use in Plaintiff's deposition (1.8); coordinate production of objections to the notice of PMK deposition and requests for production of documents (0.3); review correspondence re Plaintiff's verification (0.2) (REB – 6.80 hr) |
| 02/24/12 | Prepare documents for Gonzales deposition and update deposition outline (CKP - 5.40 hr) |
| 02/24/12 | Conference with R. Boggess (1.0); review documents and prepare for depositions (1.8) (DFF - 2.80 hr) |

Tribune Company 2290
Invoice No. 207969


<u>Client Matter No.: 2290.014</u>
Re:  adv. Gonzalez, Fernando, for professional services performed through 02/29/12

# PROFESSIONAL FEES

| | |
|---|---|
| 02/24/12 | Attention to preparation of deposition exhibits (1.2); conference with C. Porter re deposition materials (0.2); analyze Plaintiff's leaves of absence to calculate FMLA usage (1.0) prepare for conference with A. Foran, G. Malcolm, and L. Bugarin re deposition preparation (0.5); telephone conference re deposition preparation (1.0); follow-up telephone conference with L. Bugarin re preparation for deposition (0.5); conference with D. Fears re conference with A. Foran, G. Malcolm, and L. Bugarin (0.5); attention to location for pre-deposition meeting (0.4); email correspondence re pre-deposition meeting (0.1); final review of documents for production (0.5); coordinate production of documents (0.1); revise cover letter (0.1) (REB – 6.60) |
| 02/27/12 | Review documents and prepare for depositions (2.2); conference with R. Boggess (2.0) (DFF – 4.20 hr) |
| 02/27/12 | Prepare materials for PMK deposition (0.3); email correspondence re pre-deposition meeting (0.1); attention to Plaintiff's FMLA usage (0.3); continue preparation of deposition outline (1.2); email correspondence re employee handbook (0.1); email correspondence  L. Bugarin deposition notice (0.1) (REB – 2.10 hr) |
| 02/28/12 | Meeting with G. Malcolm, L. Bugarin and A. Foran (1.0); conference with R. Boggess re deposition (0.5); review documents (1.0); prepare witnesses for testimony (2.0); attend deposition (5.4) (DFF – 9.90 hr) |
| 02/28/12 | Telephone conferences with D. Fears re PMK deposition (0.3); email correspondence re pre-deposition meeting and deposition  (0.1); finalize deposition outline (1.0); review file re Dec. 2010 doctor's note (0.4); telephone conference with J. Moore re internal calculation of FMLA usage (0.4); attention to deposition materials (0.3); review documents provided by J. Moore re FMLA usage (0.3) (REB – 2.80 hr) |
| 02/29/12 | Prepare additional deposition exhibits for Gonzalez deposition (CKP – 0.50 hr) |
| 02/29/12 | Meeting with A. Foran and L. Bugarin (1.0); review documents (1.5); prepare for and defend deposition of Bugarin (5.4); prepare for plaintiff's deposition (1.5); conference with R. Boggess (0.8) (DFF – 10.20 hr) |

Tribune Company 2290                                                        Page 3
Invoice No. 207969

Client Matter No.: 2290.014
Re: adv. Gonzalez, Fernando, for professional services performed through 02/29/12

## PROFESSIONAL FEES

02/29/12      Telephone conference with D. Fears re December 2010 doctor's note (0.1); email
              correspondence re Doctor's note (0.1); telephone conference with J. Moore
              doctor's note (0.1); telephone conference with D. Fears re research issues (0.1);
              email correspondence re Plaintiff's deposition (0.1); finalize documents for use in
              deposition (0.2) (REB – 0.70 hr)

|  |  |  |
|---|---|---|
| Daniel F. Fears | 27.10 hrs. at | $420.00 / hour |
| Ray E. Boggess | 23.70 hrs. at | $245.00 / hour |
| C. Porter (paralegal) | 7.40 hrs. at | $130.00 / hour |

**Total Professional Fees        $18,150.50**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Westlaw/Lexis/On Line Search | $926.60 |
| Photocopies (.10 per copy) | $40.32 |
| Courier Service/Attorney Service | $10.89 |

**Total Costs Advanced        $977.81**

**CURRENT FEES AND COSTS                        $19,128.31**

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $19,128.31 |
| Previous Balance Due | $15,115.34 |
| Payments and Credits | -$9,968.34 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.014                $24,275.31**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207969

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 02/29/12

## Open Invoices for this Matter

| Invoice | Date | Balance |
|---------|------|---------|
| 207091 | 02/29/12 | $5,147.00 |

4822-1247-7201.1

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

March 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207970

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 02/29/12

## PROFESSIONAL FEES

| | |
|---|---|
| 02/03/12 | Exchange emails with client regarding witness interviews and additional documents (MJC – 0.40 hr) |
| 02/07/12 | Review Judge Otero's standing order (0.5); review documents in preparation for initial scheduling conference (0.5); correspond with courtroom deputy regarding procedures for substituted appearance at scheSduling conference (0.2) (MJC - 1.20 hr) |
| 02/08/12 | Review initial disclosures and documents and documents received from Plaintiff's counsel (MJC – 0.90 hr) |
| 02/10/12 | Draft requests for production of documents (0.8); review district court's remand order (0.1); email D. Fears regarding same (0.1); research case law on appeal of order remanding case for insufficient evidence of amount in controversy (1.0); research case law on successive petitions for removal based on diversity jurisdiction (0.6); confer with D. Fears regarding responses to remand order (0.2) (MJC – 2.80 hr) |
| 02/21/12 | Review additional emails and work restriction correspondence received from client (MJC – 0.40 hr) |
| 02/27/12 | Conference with M. Cute re Aguirre removal (DFF – 0.30 hr) |
| 02/27/12 | Research case law on diversity jurisdiction removal after case remanded for uncertainty as to amount in controversy (1.3); review case documents and deadlines (1.0); draft second notice of removal to federal court and supporting exhibits (0.4); email D. Fears regarding removal issue (0.2) (MJC – 2.90 hr) |

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207970

<u>Client Matter No.: 2290.015</u>
Re:  adv. Aguirre, Jaime, for professional services performed through 02/29/12

## PROFESSIONAL FEES

| | |
|---|---|
| 02/28/12 | Draft notice of removal of action to federal district court (0.3); email D. Fears regarding removal documents (0.3) (MJC – 0.60 hr) |
| 02/29/12 | Revise notice of removal and removal documents (1.0); oversee removal to U.S. District Court (0.5) (MJC – 1.50 hr) |

| | | |
|---|---|---|
| Daniel F. Fears | .30 hrs. at | $420.00 / hour |
| Matthew J. Cute | 10.70 hrs. at | $235.00 / hour |

**Total Professional Fees**            **$2,640.50**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Photocopies (.10 per copy) | $71.10 |
| Courier Service/Attorney Service | $183.50 |
| Filing Fees | $745.00 |
| Postage/Express Mail | $4.90 |

**Total Costs Advanced**            **$1,004.50**

## CURRENT FEES AND COSTS            **$3,645.00**

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $3,645.00 |
| Previous Balance Due | $2,350.93 |
| Payments and Credits | -$282.44 |
| Adjustments | $0.00 |

## TOTAL AMOUNT DUE FOR MATTER 2290.015            **$5,713.49**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 207970

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 02/29/12

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---------|------|---------|
| 207092 | 02/29/12 | $2,068.49 |

4815-7513-9857.1

*To ensure proper credit, please place invoice number on your check*

# PAYNE & FEARS LLP

4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

March 29, 2012
Federal ID No. 33-0507930
Our Invoice No. 207971

Client Matter No.: 2290.016
Re: adv. Able, James, for professional services performed through 02/29/12

## PROFESSIONAL FEES

| | |
|---|---|
| 02/06/12 | Coordinate scheduling Plaintiff's deposition (0.2); legal research re termination during workers' compensation leave (1.4) (REB – 1.60 hr) |
| 02/08/12 | Bates label and prepare documents for production (CKP – 2.20 hr) |
| 02/08/12 | Attention to discovery responses (2.0); email correspondence re scheduling Plaintiff's deposition (0.1); review documents produced by LA Times (1.5); review file (0.3); email correspondence re documents in file (0.1); prepare and revise amended notice of deposition (0.3) (REB – 4.30 hr) |
| 02/09/12 | Review and finalize amended notice of deposition (REB – 0.20 hr) |
| 02/13/12 | Attention to discovery responses (REB – 0.50 hr) |
| 02/20/12 | Prepare responses for LA Times to requests for production of documents (1.0); prepare responses for LA Times to form interrogatories-employment (1.2) prepare responses for LA Times to form interrogatories-general (1.0); prepare responses for B. Delgado to form interrogatories-employment (1.3) (REB – 4.50 hr) |
| 02/21/12 | Prepare responses for J. Walker to form interrogatories-general (1.0); prepare responses for J. Walker to form interrogatories-employment (1.3); prepare responses for S. Park to requests for production of documents (1.0); prepare responses for S. Park to form interrogatories-general (1.0); prepare responses for S. Park to form interrogatories-employment (0.8); prepare responses for B. Delgado to requests for production of documents (0.8); prepare responses for B. Delgado to requests for production of documents (0.8); prepare responses for B. Delgado to form interrogatories-general (1.0); conference with D. Fears re discovery responses (0.9); email correspondence re discovery responses (0.3) (REB – 8.10 hr) |

Tribune Company 2290
Invoice No. 207971

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 02/29/12

**PROFESSIONAL FEES**

| | |
|---|---|
| 02/22/12 | Analysis re LA Times denial of accommodation and work analysis  (0.9); email correspondence re finalized job analysis (0.3); telephone conference with S. Park re discovery responses (0.3); revise discovery responses of S. Park (1.0); email correspondence re complaint (0.2) (REB – 2.70 hr) |
| 02/23/12 | Email correspondence re final version of job analysis document (0.1); review and revise letters to J. Walker, B. Delgado, and S. Park re representation (0.4); telephone conference with J. Walker re discovery responses (0.4); revise J. Walker discovery responses (1.1); email correspondence re conference call with L. Bugarin re LA Times' discovery responses (0.3); finalize representation letters (0.2); email correspondence with J. Walker re complaint (0.2) (REB – 2.70 hr) |
| 02/24/12 | Email correspondence re job analysis (0.1); review job analysis (0.5); telephone conference with L. Bugarin re discovery responses (0.5); revise discovery responses for LA Times (0.6); email correspondence re Plaintiff's workers' compensation  file and benefits (0.1) (REB – 1.80 hr) |
| 02/27/12 | Review and revise discovery responses for LA Times, S. Park, and J. Walker (0.9); telephone conference with S. Park re responses to form interrogatories-general (0.4); telephone  conference  with B. Delgado re discovery responses (0.4); revise B. Delgado's responses to requests for production of documents, form interrogatories-general, and form interrogatories-employment law (0.9); correspondence re verifications (0.1); email correspondence re discovery responses (0.1) (REB – 2.80 hr) |
| 02/28/12 | Email correspondence re verifications of discovery responses (0.1); telephone conference with J. Moore re FMLA usage (0.3); telephone conference with J. Walker re verifications (0.2); attention to verifications (0.2); review FMLA documents provided by J. Moore (1.6) (REB – 2.40 hr) |
| 02/29/12 | Bates label and redact FMLA documents and prepare documents for production (CKP – 0.30 hr) |
| 02/29/12 | Finalize and coordinate service of discovery responses for LA Times, J. Walker, B. Delgado, and S. Park (REB – 0.40 hr) |

Tribune Company 2290
Invoice No. 207971

<u>Client Matter No.: 2290.016</u>
Re:  adv. Able, James, for professional services performed through 02/29/12

| | | |
|---|---|---|
| Ray E. Boggess | 32.00 hrs. at | $245.00 / hour |
| C. Porter (paralegal) | 2.50 hrs. at | $130.00 / hour |

**Total Professional Fees**                    **$8,165.50**

**COSTS INCURRED AND ADVANCED**

| | |
|---|---|
| Westlaw/Lexis/On Line Search | $426.21 |
| Photocopies (.10 per copy) | $27.72 |
| Postage/Express Mail | $20.37 |

**Total Costs Advanced**                    **$474.30**

**CURRENT FEES AND COSTS**                    **$8,639.30**

**MATTER SUMMARY**

| | |
|---|---|
| Current Invoice Amount | $8,639.30 |
| Previous Balance Due | $8,686.32 |
| Payments and Credits | -$1,290.73 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.016**                    **$16,034.89**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 207093 | 02/29/12 | $7,395.59 |

4815-3496-6545.1

*To ensure proper credit, please place invoice number on your check*

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois  60611-4001

April 11, 2012
Federal ID No. 33-0507930
Our Invoice No. 208373

Client Matter No.: 2290.013
Re:  adv. Wilburn, Edgar, for professional services performed through 03/31/12

## PROFESSIONAL FEES

| | | |
|---|---|---|
| 03/05/12 | Notice to Court regarding status of bankruptcy and documents updating bankruptcy stay (AKH – 0.90 hr) | |
| | Andrew K. Haeffele | .90 hrs. at  $245.00 / hour |

| | |
|---|---|
| **Total Professional Fees** | **$220.50** |

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Courier Service/Attorney Service | $50.68 |
| Photocopies (.10 per copy) | $6.90 |
| Postage/Express Mail | $3.10 |
| **Total Costs Advanced** | **$60.68** |

| | |
|---|---|
| **CURRENT FEES AND COSTS** | **$281.18** |

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $281.18 |

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 208373

Client Matter No.: 2290.013
Re:  adv. Wilburn, Edgar, for professional services performed through 03/31/12

| | |
|---|---|
| Previous Balance Due | $835.96 |
| Payments and Credits | $0.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.013**          **$1,117.14**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---------|------|---------|
| 207090 | 02/29/12 | $391.52 |
| 207968 | 03/29/12 | $444.44 |

4821-4989-1089.1

*To ensure proper credit, please place invoice number on your check*

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

April 11, 2012
Federal ID No. 33-0507930
Our Invoice No. 208374

Client Matter No.: 2290.014
Re: adv. Gonzalez, Fernando, for professional services performed through 03/31/12

## PROFESSIONAL FEES

| | |
|---|---|
| 03/01/12 | Prepare for and take deposition of plaintiff (7.0); meeting with A. Foran (0.8) (DFF – 7.80 hr) |
| 03/01/12 | Prepare documents for use during deposition; review rules re FMLA notice requirements (0.4); review Plaintiff's document production (0.5); attention to time and attendance records (0.4); e-mail correspondence re Plaintiff's prior deposition (0.1); review deposition transcript (0.5); attention to Plaintiff's criminal record (0.2); conference with D. Fears re Plaintiff's document production, time/attendance records, criminal record, and transcript of prior deposition (0.7) (REB – 2.80 hr) |
| 03/02/12 | Prepare for and take deposition of plaintiff (6.4); meeting with A. Foran (0.5); review documents to prepare for deposition (1.5) (DFF – 8.40 hr) |
| 03/05/12 | E-mail correspondence re discovery extension (REB – 0.10 hr) |
| 03/06/12 | E-mail correspondence re continuing motion to compel deadline (REB 0.10 hr) |
| 03/13/12 | E-mail correspondence re DVD recording of Plaintiff deposition (REB – 0.10 hr) |
| 03/19/12 | Coordinate service of G. Malcolm deposition transcript (0.1); prepare letter re production of documents (0.1); coordinate service of documents (0.1) (REB – 0.30 hr.) |
| 03/22/12 | E-mail correspondence re deposition transcripts (0.1); coordinate service of L. Bugarin deposition transcript (0.2) (REB – 0.30 hr) |

Tribune Company 2290
Invoice No. 208374

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 03/31/12

## PROFESSIONAL FEES

| | | |
|---|---|---|
| 03/23/12 | Telephone call to workers' compensation attorney re Plaintiff's deposition transcript, e-mail correspondence re deposition transcript (0.4); review G. Malcolm deposition transcript (0.3) (REB – 0.70 hr) | |
| 03/26/12 | Review transcript of G. Malcolm deposition (0.1); review transcript of L. Bugarin deposition (3.1) (REB – 6.20 hr) | |
| 03/27/12 | Compare transcripts of depositions of G. Malcolm and L. Bugarin (0.4); review file re service of transcripts (0.3); e-mail correspondence re deposition transcripts (0.1); e-mail correspondence re possibility that Plaintiff would have been laid-off had he not been terminated (0.1) (REB – 0.90 hr) | |
| 03/28/12 | E-mail correspondence re deposition transcripts (REB – 0.10 hr) | |
| 03/30/12 | E-mail correspondence re deposition transcript (0.1); e-mail correspondence re potential lay-off of Plaintiff (0.1); review seniority list (0.1) (REB – 0.30 hr) | |

| | | |
|---|---|---|
| Daniel F. Fears | 16.20 hrs. at | $420.00 / hour |
| Ray E. Boggess | 11.90 hrs. at | $245.00 / hour |

**Total Professional Fees**          **$9,719.50**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Westlaw/Lexis/On Line Search | $110.10 |
| Courier Service/Attorney Service | $10.69 |
| Photocopies (.10 per copy) | $24.00 |
| Postage/Express Mail | $12.94 |

**Total Costs Advanced**          **$157.73**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 208374

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 03/31/12

**CURRENT FEES AND COSTS**                                  **$9,877.23**

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $9,877.23 |
| Previous Balance Due | $24,275.31 |
| Payments and Credits | $0.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.014**            **$34,152.54**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 207091 | 02/29/12 | $5,147.00 |
| 207969 | 03/29/12 | $19,128.31 |

4811-4450-3313.1

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

April 11, 2012
Federal ID No. 33-0507930
Our Invoice No. 208375

Client Matter No.: 2290.015
Re: adv. Aguirre, Jaime, for professional services performed through 03/31/12

## PROFESSIONAL FEES

| | | |
|---|---|---|
| 03/06/12 | Review declaration regarding notice of removal for filing with district court (MJC – 0.20 hr) | |
| 03/14/12 | Review district court's order (MJC – 0.20 hr) | |
| 03/21/12 | Telephone call with opposing counsel regarding discovery matters (0.1); prepare notice of deposition and letter to opposing counsel regarding initial discovery (0.2); confer with D. Fears regarding scheduling deposition of plaintiff (0.2) (MJC – 0.50 hr) | |

Matthew J. Cute            0.90 hrs. at  $235.00 / hour

**Total Professional Fees            $211.50**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Courier Service/Attorney Service | $11.13 |
| Photocopies (.10 per copy) | $28.30 |
| Postage/Express Mail | $4.90 |

**Total Costs Advanced            $44.33**

**CURRENT FEES AND COSTS            $255.83**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 208375

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 03/31/12

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $255.83 |
| Previous Balance Due | $5,713.49 |
| Payments and Credits | $0.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.015**           **$5,969.32**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---------|------|---------|
| 207092 | 02/29/12 | $2,068.49 |
| 207970 | 03/29/12 | $3,645.00 |

4817-8426-5745.1

*To ensure proper credit, please place invoice number on your check*

## PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn: James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois 60611-4001

May 11, 2012
Federal ID No. 33-0507930
Our Invoice No. 209589

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 04/30/12

**PROFESSIONAL FEES**

| | |
|---|---|
| 04/03/12 | Telephone call to K. Brown (0.1); review correspondence regarding mediation (0.1); email correspondence regarding proposed mediators (0.2); attention to calendar (0.1) (REB – 0.60 hr) |
| 04/05/12 | Email correspondence regarding mediation (0.1); review website regarding mediators (0.1); conference with D. Fears regarding proposed mediators (0.3) (REB – 0.50 hr) |
| 04/06/12 | Email correspondence regarding mediation (0.1); conference with D. Fears regarding mediation (0.2); email correspondence regarding stipulation (0.1) (REB – 0.40 hr) |
| 04/10/12 | Email correspondence regarding stipulation (0.1); review file and correspondence regarding service of complaint, notices of deposition and meet and confer efforts (0.4); prepare stipulation regarding continuation of mediation completion date and post-mediation status conference (0.8); email correspondence regarding deposition (0.2) (REB – 1.50 hr) |
| 04/11/12 | Telephone call to G. Malcolm (REB – 0.10 hr) |
| 04/12/12 | Email correspondence regarding stipulation  (0.1); telephone conference with L. Bugarin regarding personnel file (0.1); telephone conference with workers' compensation attorney (0.2); coordinate service of complaint and answer for workers' compensation attorney (0.1); attention to calendar (0.1); review transcript from Plaintiff's workers' compensation deposition (0.1) (REB – 0.70 hr) |

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 209589

Client Matter No.: 2290.016
Re:  adv. Able, James, for professional services performed through 04/30/12

**PROFESSIONAL FEES**

| | |
|---|---|
| 04/13/12 | Conference with D. Fears regarding plaintiff deposition (0.2); prepare deposition materials (0.4) (REB – 0.60 hr) |
| 04/16/12 | Review documents and exhibits and prepare for deposition (DFF – 3.90 hr) |
| 04/16/12 | Review correspondence from T. Phillips (0.3); prepare and finalize deposition materials (1.1); email correspondence regarding plaintiff deposition (0.2) (REB - 1.60 hr) |
| 04/17/12 | Prepare for and take deposition of plaintiff (4.0); conferences with client regarding settlement strategy (0.3); telephone conference with plaintiff's counsel (0.3) (DFF – 4.60 hr.) |
| 04/17/12 | Telephone call to T. Phillips (0.1); review deposition transcripts of Plaintiff's workers' compensation deposition (1.0); email correspondence regarding AME/IME report and surveillance video (0.2); conference with D. Fears regarding deposition (0.2); finalize deposition materials (0.3); email correspondence regarding conference call (0.1); conference with D. Fears re post-deposition (0.2) (REB – 2.10 hr) |
| 04/18/12 | Meeting with A. Foran (0.5); prepare for and hold settlement discussions (2.5) (DFF – 3.00 hr) |
| 04/18/12 | Email correspondence regarding AME report (0.1); prepare for conference call (0.3); conference call with A. Foran, D. Fears, J. Rooney, L. Bugarin and T. Phillips (0.3); review AME report (0.3); email correspondence regarding conference call on global settlement (0.2) (REB – 1.20 hr) |
| 04/19/12 | Attend post-mediation and trial setting conference (2.8); email correspondence regarding hearing (0.3); email correspondence regarding notice of order to show cause regarding non-appearance (0.2) (REB – 3.30 hr) |
| 04/20/12 | Email correspondence regarding conference call (0.1); prepare notice of order to show cause regarding non-appearance and trial setting conference (0.3); prepare for conference call regarding settlement (0.4); review AME report (0.3); conference call with A. Foran, D. Fears, opposing counsel, and workers' compensation counsel regarding settlement (1.0) (REB 2.10 hr) |

Tribune Company 2290                                                        Page 3
Invoice No. 209589

<u>Client Matter No.: 2290.016</u>
Re:  adv. Able, James, for professional services performed through 04/30/12

## PROFESSIONAL FEES

| | | |
|---|---|---|
| Daniel F. Fears | 11.50 hrs. at | $420.00 / hour |
| Ray E. Boggess | 14.70 hrs. at | $245.00 / hour |

**Total Professional Fees**          **$8,431.50**

## COSTS INCURRED AND ADVANCED

| | |
|---|---|
| Mileage | $47.73 |
| Parking | $14.00 |
| Video Deposition | $456.75 |

**Total Costs Advanced**          **$518.48**

**CURRENT FEES AND COSTS**                    **$8,949.98**

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $8,949.98 |
| Previous Balance Due | $16,034.89 |
| Payments and Credits | -$7,395.59 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.016**          **$17,589.28**

**Open Invoices for this Matter**

| <u>Invoice</u> | <u>Date</u> | <u>Balance</u> |
|---|---|---|
| 207971 | 03/29/12 | $8,639.30 |

4835-2103-5537.1

*To ensure proper credit, please place invoice number on your check*

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company                                                    May 11, 2012
Attn:  James Osick, Esq.                                  Federal ID No. 33-0507930
Employee & Labor Relations                                 Our Invoice No. 209588
435 North Michigan Avenue
Chicago, Illinois  60611-4001


Client Matter No.: 2290:015
Re:  adv. Aguirre, Jaime, for professional services performed through 04/30/12


**PROFESSIONAL FEES**

| | |
|---|---|
| 04/09/12 | Review meet and confer letter from opposing counsel (MJC – 0.20 hr) |
| 04/24/12 | Draft case management statement (0.5); telephone call with opposing counsel regarding case management issues (0.2); review Plaintiff's discovery requests (0.2) (MJC – 0.90 hr) |
| 04/26/12 | Review Plaintiff's case management statement (MJC – 0.10 hr) |

Matthew J. Cute                          1.20 hrs. at  $235.00 / hour

**Total Professional Fees**          **$282.00**


**COSTS INCURRED AND ADVANCED**

Courier Service/Attorney Service                   $37.00
Photocopies (.10 per copy)                          $0.60
Postage/Express Mail                                $0.45

**Total Costs Advanced**          **$38.05**


**CURRENT FEES AND COSTS**                         **$320.05**


*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 209588

Client Matter No.: 2290.015
Re:  adv. Aguirre, Jaime, for professional services performed through 04/30/12

### MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $320.05 |
| Previous Balance Due | $5,969.32 |
| Payments and Credits | -$2,068.49 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.015**               **$4,220.88**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---------|------|---------|
| 207970 | 03/29/12 | $3,645.00 |
| 208375 | 04/11/12 | $255.83 |

4829-8803-1249.1

*To ensure proper credit, please place invoice number on your check*

# PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company                                                      May 11, 2012
Attn: James Osick, Esq.                                      Federal ID No. 33-0507930
Employee & Labor Relations                                   Our Invoice No. 209587
435 North Michigan Avenue
Chicago, Illinois 60611-4001

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernandez, for professional services performed through 04/30/12


## PROFESSIONAL FEES

| | | |
|---|---|---|
| 04/11/12 | Email correspondence regarding L. Bugarin and G. Malcolm deposition transcripts (0.1); review changes to G. Malcolm deposition transcript (0.1)  (REB – 0.20 hr) | |
| 04/12/12 | Coordinate telephone conference (0.1); email correspondence regarding errata sheet (0.1); telephone conference with L. Bugarin and G. Malcolm regarding changes to deposition transcript, layoff timing, and rehiring (0.3) (REB – 0.50 hr) | |
| 04/14/12 | Attention to calendar; email correspondence regarding notification of changes to deposition transcript (REB – 0.10 hr) | |
| 04/16/12 | Email correspondence regarding changes to and signatures for deposition transcripts of G. Malcolm and L. Bugarin; prepare cover letter (0.2); coordinate service of deposition changes and signatures (0.1) (REB – 0.40 hr) | |
| 04/18/12 | Email correspondence regarding plaintiff's deposition transcript (REB – 0.10 hr) | |
| 04/23/12 | Email correspondence regarding plaintiff's deposition transcript (REB – 0.10 hr) | |

Ray E. Boggess                          1.40 hrs. at  $245.00 / hour

**Total Professional Fees**          **$343.00**

## COSTS INCURRED AND ADVANCED

Postage/Express Mail                                    $11.59

**Total Costs Advanced**          **$11.59**


**CURRENT FEES AND COSTS**                          **$354.59**

*To ensure proper credit, please place invoice number on your check*

Tribune Company 2290
Invoice No. 209587

Client Matter No.: 2290.014
Re:  adv. Gonzalez, Fernando, for professional services performed through 04/3012

## MATTER SUMMARY

| | |
|---|---|
| Current Invoice Amount | $354.59 |
| Previous Balance Due | $34,152.54 |
| Payments and Credits | $5,147.00 |
| Adjustments | $0.00 |

**TOTAL AMOUNT DUE FOR MATTER 2290.014**          **$29,360.13**

**Open Invoices for this Matter**

| Invoice | Date | Balance |
|---|---|---|
| 207969 | 03/29/12 | $19,128.31 |
| 208374 | 04/11/12 | $9,877.23 |

4819-8257-7937.1

**PAYNE & FEARS LLP**
4 Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-1100
FAX (949) 851-1212

Tribune Company
Attn:  James Osick, Esq.
Employee & Labor Relations
435 North Michigan Avenue
Chicago, Illinois  60611-4001

May 11, 2012
Federal ID No. 33-0507930
Our Invoice No. 209586

Client Matter No.: 2290.000
Re:  adv. General Labor, for professional services performed through 04/30/12

**PROFESSIONAL FEES**

04/18/12      Meet with D. Fears regarding research on L.C. 511 (0.2); research regarding L.C.
                    511, alternate workweek (0.7); meet with D. Fears regarding research on L.C. 511
                    (0.2) (AGR – 1.10 hr)

              Alejandro G. Ruiz                      1.10 hrs. at  $225.00 / hour

                                **Total Professional Fees**        **$247.50**

**COSTS INCURRED AND ADVANCED**

              Photocopies (.10 per copy)                    $2.30

                                **Total Costs Advanced**          **$2.30**

**CURRENT FEES AND COSTS**                              **$249.80**

                                **MATTER SUMMARY**

              Current Invoice Amount                  $249.80
              Previous Balance Due                    $125.00
              Payments and Credits                   - $125.00
              Adjustments                               $0.00

**TOTAL AMOUNT DUE FOR MATTER 2290.000**        **$249.80**

4839-8024-6289.1

*To ensure proper credit, please place invoice number on your check*

## EXHIBIT B

## FEE SUMMARY

| Month | Fees |
|---|---|
| December 2011 | $5,517.00 |
| January 2012 | $14,707.50 |
| February 2012 | $29,376.00 |
| March 2012 | $10,151.50 |
| April 2012 | $9,304.00 |
| | **$69,056.00** |

**FEE SUMMARY BY TIMEKEEPER FOR THE PERIOD FROM
DECEMBER 1, 2011 THROUGH APRIL 30, 2012**

| Name of Professional/ Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| D. F. Fears | Managing Partner in ERISA Litigation Department; Practicing since 1983 | $420.00 | 59.30 | $24,906.00 |
| R. E. Boggess | Associate in Business Litigation Department; Practicing since 2008 | $245.00 | 144.30 | $35,353.50 |
| M. J. Cute | Associate in Business Litigation Department; Practicing since 2009 | $235.00 | 21.70 | $5,099.50 |
| A. G. Ruiz | Associate in Business Litigation Department; Practicing since 2010 | $225.00 | 1.10 | $247.50 |
| A. K. Haeffele | Associate in Business Litigation Department; Practicing since 2009 | $200.00/ $245.00 | 4.50 | $940.50 |
| C. Porter | Paralegal | $130.00 | 19.30 | $2,509.00 |
| | | | | |
| **Grand Total:** | | | **250.20** | **$69,056.00** |
| **Blended Rate:** | | | | **$276.00** |

# EXHIBIT C

# EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM
DECEMBER 1, 2011 THROUGH APRIL 30, 2012**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $1,462.91 |
| In-House Reproduction | | $206.34 |
| Outside Reproduction | | $217.34 |
| Filing/Court Fees | | $784.95 |
| Local Travel | | $145.46 |
| Courier & Express Carriers | | $354.56 |
| Postage | | $79.98 |
| Documents | | $7.50 |
| Outside Services | | $0.72 |
| Depositions | | $456.75 |
| **Total** | | **$3,259.76** |