## EXHIBIT A

## ("SPLIT ADDITIONAL ADVERSARIES")

| Adversary Proceeding | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | | Total of Ordinary Litigation Claims | Subsidiary Reorganized Debtor to be Substituted in Addition to Tribune |
|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Compensation Transfers | Associated Excise Tax Transfers | | |
| 10-55677 | Amsden, Harry A. | $867,323.57 | $717,323.57 | $0.00 | $0.00 | $717,323.57 | Tribune Publishing Company, LLC |
| 10-55585 | Bigelow, Chandler | $1,645,445.81 | $880,645.35 | $0.00 | $54,975.91 | $935,621.26 | n/a |
| 10-55594 | FitzSimons, Dennis J. | $28,729,797.55 | $6,869,559.45 | $2,977,450.91 | $31,987.92 | $9,878,998.28 | n/a |
| 10-55745 | Gremillion, Robert J. | $1,735,638.63 | $1,485,638.63 | $0.00 | $0.00 | $1,485,638.63 | Tribune Publishing Company, LLC |
| 10-55596 | Grenesko, Donald C. | $13,841,931.09 | $2,699,025.89 | $1,537,542.01 | $13,655.42 | $4,250,223.32 | n/a |
| 10-55599 | Hianik, Mark W. | $809,019.04 | $634,019.04 | $0.00 | $0.00 | $634,019.04 | n/a |
| 10-55767 | Hiller, David Dean | $15,394,481.91 | $2,328,067.03 | $3,972,558.38 | $385,013.11 | $6,685,638.52 | Los Angeles Times Communications LLC |
| 10-55598 | Kazan, Daniel G. | $1,529,253.80 | $852,646.36 | $0.00 | $50,381.45 | $903,027.81 | n/a |
| 10-55600 | Kenney, Crane H. | $3,129,788.67 | $2,005,264.96 | $524,523.71 | $0.00 | $2,529,788.67 | n/a |
| 10-55956 | Knight, Timothy P. | $7,380,492.40 | $1,675,281.99 | $18,286.22 | $133,412.09 | $1,826,980.30 | Tribune 365, LLC and Tribune ND, LLC |
| 10-55794 | Landon, Timothy J. | $6,979,986.43 | $1,605,284.50 | $0.00 | $113,596.74 | $1,718,881.24 | n/a |
| 10-55601 | Leach, Thomas D. | $8,065,485.49 | $1,825,517.12 | $0.00 | $137,665.29 | $1,963,182.41 | n/a |
| 10-55603 | Lewin, Luis E. | $4,767,444.40 | $1,300,699.05 | $96,738.75 | $10,185.58 | $1,407,623.38 | n/a |
| 10-55604 | Mallory, R. Mark | $2,132,450.78 | $796,647.50 | $282,303.28 | $0.00 | $1,078,950.78 | n/a |
| 10-55797 | Malone, Richard H. | $1,787,690.66 | $587,690.66 | $0.00 | $0.00 | $587,690.66 | n/a |
| 10-55629 | Reardon, John E. | $10,163,663.98 | $2,005,264.96 | $334,132.06 | $151,662.62 | $2,491,059.64 | Tribune Broadcasting Company, LLC |
| 10-55637 | Smith, Scott C | $12,408,842.20 | $2,665,784.27 | $500,052.99 | $28,198.42 | $3,194,035.68 | Tribune Publishing Company, LLC |
| 10-55674 | Vitanovec, John J. | $7,513,207.72 | $1,181,038.87 | $1,296,095.15 | $85,907.57 | $2,563,041.59 | Tribune Broadcasting Company, LLC |
| 10-55676 | Waltz, Kathleen M. | $3,728,978.35 | $1,038,148.83 | $537,362.52 | $0.00 | $1,575,511.35 | Orlando Sentinel Communications Company, LLC |