**EXHIBIT B**

("FULL ADDITIONAL ADVERSARIES")

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Reorganized Debtor to be substituted in addition to Tribune |
|---|---|---|---|---|---|
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Compensation Transfers* | | |
| 10-55724 | Carver, Stephen D | $512,710.44 | $0.00 | $512,710.44 | The Hartford Courant Company, LLC |
| 10-55801 | Finke, Thomas S | $377,461.95 | $0.00 | $377,461.95 | n/a |
| 10-55621 | Quimby Jr., Irving L | $74,668.37 | $0.00 | $74,668.37 | The Baltimore Sun Company |
| 10-55688 | Williams, David D | $429,507.67 | $1,504,438.76 | $1,933,946.43 | Tribune Media Services, LLC |
| 10-55670 | Worthington IV, John D | $42,693.00 | $0.00 | $42,693.00 | The Baltimore Sun Company, LLC |