**EXHIBIT C**

**("SPLIT SUBSTITUTION NOTICE")**

| | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE** ||
| In re:<br>TRIBUNE COMPANY, *et al.*,[1] | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| TRIBUNE COMPANY [AND APPLICABLE REORGANIZED DEBTOR (s)]<br><br>Plaintiff(s) with respect to the Ordinary Litigation Claims,<br><br>v.<br><br>[APPLICABLE DEFENDANT]<br>Defendant. | Adv. Pro. No. [_____] |

## NOTICE OF SUBSTITUTION

In accordance with that order entered on [insert date], [Docket No.] approving the Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This Substitution ("Motion") [Docket No.],

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reorganized Debtor Tribune Company ("Tribune") [and applicable Reorganized Debtor(s)] hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as plaintiff(s) in the above-captioned adversary proceeding solely with respect to the Ordinary Litigation Claim(s)[2] asserted therein, which seek to avoid and recover [$_] in deferred compensation transfers, [$_] in restricted stock units and/or options, and [$_] in associated Excise Tax Transfers.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>      [insert date] | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>Steven W. Robinson<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>-and-<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: _____<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile:  (302) 652-3117<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |

---

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.