IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. _____** |

ORDER GRANTING THE DEBTORS' MOTION FOR AN OMNIBUS
ORDER AUTHORIZING THE SUBSTITUTION OF THE
REORGANIZED DEBTORS IN PLACE OF THE CREDITORS'
COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS
AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION

Upon consideration of the Debtors' Motion For An Omnibus Order Authorizing

The Substitution Of The Reorganized Debtors[2] In Place Of The Creditors' Committee As

Plaintiffs In Certain Adversary Proceedings And Approving Procedures To Evidence This

Substitution (the "Additional Substitution Motion"); the Court having jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; and proper and adequate notice of the Additional

Substitution Motion having been given and no other or further notice being necessary; and good

and sufficient cause appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Additional Substitution Motion.

1.      The Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank N.A. (as modified July 19, 2012) (the "DCL Plan") (i) vests the Reorganized Debtors with the right to act with respect to the "Ordinary Litigation Claims" as the successors in interest to the Debtors, and authorizes the Reorganized Debtors to "enforce, sue on, settle or compromise (or decline to do any of the foregoing) any or all of the Ordinary Litigation Claims," (see DCL Plan at 1.1.156 and 5.16) and (ii) vests the Litigation Trustee with the right to act with respect to "Preserved Causes of Action" on behalf of the Litigation Trust, and authorizes the Litigation Trustee, on behalf of the Litigation Trust, to provide for "the prosecution, settlement, adjustment, retention, and enforcement of the [Preserved Causes of Action]" (see DCL Plan §§ 1.1.124, 13.2.1, 13.2.4, 13.3.2).

2.      The Additional Substitution Adversaries are asserted against twenty-four (24) persons who are currently defendants with respect to both pending Ordinary Litigation Claims and Preserved Causes of Action ("Overlapping Defendants"), including claims asserted in the Additional Substitution Adversaries and those asserted in the Fitzsimons Adversary.

3.      The Reorganized Debtors have represented that if the Additional Substitution Motion is granted, it is their intent to dismiss with prejudice the majority of the Ordinary Litigation Claims. The Reorganized Debtors have further represented that in granting such dismissals with prejudice, they do not intend to afford any Overlapping Defendant any defense to the Preserved Cause(s) of Action pending against the Overlapping Defendants based on the dismissals.

**NOW, THEREFOR, IT IS HEREBY**

2

ORDERED that the Additional Substitution Motion is hereby granted; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are substituted as the plaintiffs(s) for the Creditors' Committee solely with respect to the Ordinary Litigation Claims in each of the Split Additional Adversaries as detailed on Exhibit A by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Split Additional Adversaries in place of the Creditors' Committee solely with respect to the Ordinary Litigation Claims, as illustrated on Exhibit C, and are authorized to file a Split Substitution Notice evidencing such substitution in the dockets of each Split Additional Adversary following the Effective Date; and it is further

ORDERED that the applicable Reorganized Debtor or Reorganized Debtors are substituted as the plaintiffs(s) for the Creditors' Committee in each Full Additional Adversary as detailed on Exhibit B by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Full Additional Adversaries in place of the Creditors' Committee, as illustrated on Exhibit D, and authorized to file the Full Substitution Notice evidencing such substitution in the dockets of each Full Additional Adversary following the Effective Date; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March \_\_\_, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

3

## EXHIBIT A

## ("SPLIT ADDITIONAL ADVERSARIES")

| Adversary Proceeding | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | | Total of Ordinary Litigation Claims | Subsidiary Reorganized Debtor to be Substituted in Addition to Tribune |
|---|---|---|---|---|---|---|---|
| | | | Restricted Stock Unit or Option Transfers | Deferred Compensation Transfers | Associated Excise Tax Transfers | | |
| 10-55677 | Amsden, Harry A. | $867,323.57 | $717,323.57 | $0.00 | $0.00 | $717,323.57 | Tribune Publishing Company, LLC |
| 10-55585 | Bigelow, Chandler | $1,645,445.81 | $880,645.35 | $0.00 | $54,975.91 | $935,621.26 | n/a |
| 10-55594 | FitzSimons, Dennis J. | $28,729,797.55 | $6,869,559.45 | $2,977,450.91 | $31,987.92 | $9,878,998.28 | n/a |
| 10-55745 | Gremillion, Robert J. | $1,735,638.63 | $1,485,638.63 | $0.00 | $0.00 | $1,485,638.63 | Tribune Publishing Company, LLC |
| 10-55596 | Grenesko, Donald C. | $13,841,931.09 | $2,699,025.89 | $1,537,542.01 | $13,655.42 | $4,250,223.32 | n/a |
| 10-55599 | Hianik, Mark W. | $809,019.04 | $634,019.04 | $0.00 | $0.00 | $634,019.04 | n/a |
| 10-55767 | Hiller, David Dean | $15,394,481.91 | $2,328,067.03 | $3,972,558.38 | $385,013.11 | $6,685,638.52 | Los Angeles Times Communications LLC |
| 10-55598 | Kazan, Daniel G. | $1,529,253.80 | $852,646.36 | $0.00 | $50,381.45 | $903,027.81 | n/a |
| 10-55600 | Kenney, Crane H. | $3,129,788.67 | $2,005,264.96 | $524,523.71 | $0.00 | $2,529,788.67 | n/a |
| 10-55956 | Knight, Timothy P. | $7,380,492.40 | $1,675,281.99 | $18,286.22 | $133,412.09 | $1,826,980.30 | Tribune 365, LLC and Tribune ND, LLC |
| 10-55794 | Landon, Timothy J. | $6,979,986.43 | $1,605,284.50 | $0.00 | $113,596.74 | $1,718,881.24 | n/a |
| 10-55601 | Leach, Thomas D. | $8,065,485.49 | $1,825,517.12 | $0.00 | $137,665.29 | $1,963,182.41 | n/a |
| 10-55603 | Lewin, Luis E. | $4,767,444.40 | $1,300,699.05 | $96,738.75 | $10,185.58 | $1,407,623.38 | n/a |
| 10-55604 | Mallory, R. Mark | $2,132,450.78 | $796,647.50 | $282,303.28 | $0.00 | $1,078,950.78 | n/a |
| 10-55797 | Malone, Richard H. | $1,787,690.66 | $587,690.66 | $0.00 | $0.00 | $587,690.66 | n/a |
| 10-55629 | Reardon, John E. | $10,163,663.98 | $2,005,264.96 | $334,132.06 | $151,662.62 | $2,491,059.64 | Tribune Broadcasting Company, LLC |
| 10-55637 | Smith, Scott C | $12,408,842.20 | $2,665,784.27 | $500,052.99 | $28,198.42 | $3,194,035.68 | Tribune Publishing Company, LLC |
| 10-55674 | Vitanovec, John J. | $7,513,207.72 | $1,181,038.87 | $1,296,095.15 | $85,907.57 | $2,563,041.59 | Tribune Broadcasting Company, LLC |
| 10-55676 | Waltz, Kathleen M. | $3,728,978.35 | $1,038,148.83 | $537,362.52 | $0.00 | $1,575,511.35 | Orlando Sentinel Communications Company, LLC |

# EXHIBIT B

## ("FULL ADDITIONAL ADVERSARIES")

| Adversary Proceeding Number | Insider Defendant | Ordinary Litigation Claim Amounts | | Total Complaint Amount Asserted (Total of Ordinary Litigation Claims) | Reorganized Debtor to be substituted in addition to Tribune |
| --- | --- | --- | --- | --- | --- |
| | | *Restricted Stock Unit or Option Transfers* | *Deferred Compensation Transfers* | | |
| 10-55724 | Carver, Stephen D | $512,710.44 | $0.00 | $512,710.44 | The Hartford Courant Company, LLC |
| 10-55801 | Finke, Thomas S | $377,461.95 | $0.00 | $377,461.95 | n/a |
| 10-55621 | Quimby Jr., Irving L | $74,668.37 | $0.00 | $74,668.37 | The Baltimore Sun Company |
| 10-55688 | Williams, David D | $429,507.67 | $1,504,438.76 | $1,933,946.43 | Tribune Media Services, LLC |
| 10-55670 | Worthington IV, John D | $42,693.00 | $0.00 | $42,693.00 | The Baltimore Sun Company, LLC |

# EXHIBIT C

## ("SPLIT SUBSTITUTION NOTICE")

46429/0001-9288603v1

<table>
<tr><td colspan="2" align="center"><b>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</b></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <i>et al.,</i>[1]</td><td><u>Chapter 11</u><br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [AND APPLICABLE<br>REORGANIZED DEBTOR (s)]<br><br>                    Plaintiff(s) with respect to the<br>                    Ordinary Litigation Claims,<br><br>v.<br><br>[APPLICABLE DEFENDANT]<br>                    Defendant.</td><td>Adv. Pro. No. [_____]</td></tr>
</table>

<u><b>NOTICE OF SUBSTITUTION</b></u>

In accordance with that order entered on [insert date], [Docket No.] approving the

Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized

Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings

And Approving Procedures To Evidence This Substitution ("<u>Motion</u>") [Docket No.],

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reorganized Debtor Tribune Company ("Tribune") [and applicable Reorganized Debtor(s)]

hereby file(s) this notice of substitution of Tribune [and applicable Reorganized Debtor(s)] for

the Creditors' Committee as plaintiff(s) in the above-captioned adversary proceeding solely with

respect to the Ordinary Litigation Claim(s)[2] asserted therein, which seek to avoid and recover

[$_] in deferred compensation transfers, [$_] in restricted stock units and/or options, and [$_] in

associated Excise Tax Transfers.

Dated: Wilmington, Delaware
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

---

[2] All capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion.

## EXHIBIT D

## ("FULL SUBSTITUTION NOTICE")

<table>
<tr><td colspan="2" align="center"><b>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</b></td></tr>
<tr><td>In re:<br>TRIBUNE COMPANY, <i>et al.</i>,[1]</td><td>Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered</td></tr>
<tr><td>TRIBUNE COMPANY [AND APPLICABLE<br>REORGANIZED DEBTOR(s),]<br><br>                              Plaintiff(s),<br><br>v.<br><br>[APPLICABLE DEFENDANT]<br><br>                              Defendant.</td><td>Adv. Pro. No. [_____]</td></tr>
</table>

<u>**NOTICE OF SUBSTITUTION**</u>

In accordance with that order entered on [insert date], [Docket No.] approving the

Debtors' Motion For An Omnibus Order Authorizing The Substitution Of The Reorganized

Debtors In Place Of The Creditors' Committee As Plaintiffs In Certain Adversary Proceedings

And Approving Procedures To Evidence This Substitution [Docket No.], Reorganized Debtor

Tribune Company ("Tribune") and [Reorganized Debtor [_]] hereby file(s) this notice of

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

substitution of Tribune [and applicable Reorganized Debtor(s)] for the Creditors' Committee as

Plaintiff(s) in the above-captioned adversary proceeding.

Dated: Wilmington, Delaware
      [insert date]

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Steven W. Robinson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS