**Amended Exhibit C**

| Case Number | Defendant Name | Preserved Causes of Action (Trust Substitution Claims) | | | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | Success Bonus Payments | Phantom Equity Payments | Executive Transition Payments | Excise Tax Payments[1] | |
| 10-55677 | Amsden, Harry A. | $150,000.00 | | | | $150,000.00 |
| 10-55707 | Berlamino, Betty Ellen | $75,000.00 | | | | $75,000.00 |
| 10-55585 | Bigelow, Chandler | $400,000.00 | | | $309,825.00 | $709,825.00 |
| 10-55708 | Ehlmann, Tom E. | $75,000.00 | $333,333.33 | | | $408,333.33 |
| 10-55711 | Ellis, James L. | | | $406,000.00 | | $406,000.00 |
| 10-55594 | FitzSimons, Dennis J. | | $2,916,666.67 | $10,657,500.00 | $5,276,633.00 | $18,850,799.67 |
| 10-55734 | Giannini, Vincent R. | $25,000.00 | | | | $25,000.00 |
| 10-55745 | Gremillion, Robert J. | $250,000.00 | | | | $250,000.00 |
| 10-55596 | Grenesko, Donald C. | $400,000.00 | $2,083,333.33 | $4,403,250.00 | $2,705,124.00 | $9,591,707.33 |
| 10-55761 | Hendricks, John R. | $75,000.00 | | | | $75,000.00 |
| 10-55599 | Hianik, Mark W. | $175,000.00 | | | | $175,000.00 |
| 10-55767 | Hiller, David Dean | | $2,083,333.33 | $3,960,000.00 | $2,665,510.00 | $8,708,843.33 |
| 10-55598 | Kazan, Daniel G. | $350,000.00 | | | $276,226.00 | $626,226.00 |
| 10-55600 | Kenney, Crane H. | $600,000.00 | | | | $600,000.00 |
| 10-55755 | Knapp, Peter A. | $75,000.00 | | | | $75,000.00 |
| 10-55956 | Knight, Timothy P. | $250,000.00 | $1,666,666.67 | $1,936,000.00 | $1,700,846.00 | $5,553,512.67 |
| 10-55794 | Landon, Timothy J. | $300,000.00 | $1,666,666.67 | $1,826,000.00 | $1,468,438.00 | $5,261,104.67 |
| 10-55601 | Leach, Thomas D. | $400,000.00 | $1,666,666.67 | $2,209,680.00 | $1,825,956.00 | $6,102,302.67 |
| 10-55603 | Lewin, Luis E. | $50,000.00 | | $2,415,600.00 | $894,221.00 | $3,359,821.00 |
| 10-55602 | Litman, Brian F. | $75,000.00 | | | | $75,000.00 |
| 10-55772 | Malcolm, Vincent A. | $75,000.00 | | $1,394,496.40 | $604,071.00 | $2,073,567.40 |
| 10-55604 | Mallory, R. Mark | $75,000.00 | | $978,500.00 | | $1,053,500.00 |
| 10-55797 | Malone, Richard H. | | | $1,200,000.00 | | $1,200,000.00 |

---

[1] Amounts shown reflect the portion of Excise Tax Payments received by a defendant that are allocable to Success Bonus Payments, Phantom Equity Payments, and Executive Transition Payments.

{963.001-W0024976.2}

| Case Number | Defendant Name | Preserved Causes of Action (Trust Substitution Claims) | | | | Total |
|---|---|---|---|---|---|---|
| | | Success Bonus Payments | Phantom Equity Payments | Executive Transition Payments | Excise Tax Payments[1] | |
| 10-55777 | Mazzaferri, Gina M. | $75,000.00 | | | | $75,000.00 |
| 10-55612 | Murphy, David P. | | | $1,592,800.00 | | $1,592,800.00 |
| 10-55625 | Pearson, Pamela S. | $25,000.00 | | | | $25,000.00 |
| 10-55616 | Poelking, John F. | $50,000.00 | | | | $50,000.00 |
| 10-55629 | Reardon, John E. | $200,000.00 | $1,500,000.00 | $3,708,000.00 | $2,264,605.00 | $7,672,605.00 |
| 10-55635 | Schacher, Marc S. | $50,000.00 | | $463,500.00 | | $513,500.00 |
| 10-55605 | Sewell, Irene M. F. | $50,000.00 | | $337,850.00 | | $387,850.00 |
| 10-55606 | Shanahan, Patrick | $100,000.00 | | | | $100,000.00 |
| 10-55645 | Shaw, William P. | $75,000.00 | | | | $75,000.00 |
| 10-55637 | Smith, Scott C. | | $2,083,333.33 | $4,619,940.00 | $2,511,533.00 | $9,214,806.33 |
| 10-55674 | Vitanovec, John J. | $300,000.00 | $1,250,000.00 | $1,981,450.00 | $1,418,716.00 | $4,950,166.00 |
| 10-55676 | Waltz, Kathleen M. | $100,000.00 | $416,667.00 | $1,636,800.00 | | $2,153,467.00 |
| 10-55608 | Weitman, Gary | $50,000.00 | | | | $50,000.00 |
| 10-55687 | Young, Joseph A. | $25,000.00 | | | | $25,000.00 |