# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 02/26/2013
Calendar Time: 02:00 PM ET

Amended Calendar 02/26/2013 07:06 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5454289 | Martin R. Barash | 310-407-4005 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5461789 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5455260 | Lee R. Bogdanoff | (310) 407-4070 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5454594 | Richard S. Cobb | 302-467-4400 | Landis Rath & Cobb LLP | Trustee, Mark Kirschner / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5457576 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Third Party, Defendants(Former Directors and Officers) / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5461798 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5456454 | Mitch Hurley | 212-872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Aurelius Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5454481 | James O. Johnston | 213-243-2431 | Jones Day | Creditor, Credit Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5454303 | Kenneth N. Klee | (310) 407-4080 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth N. Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5461792 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5454299 | Mark Minuti | (302) 421-6840 | Saul Ewing LLP | Creditor, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5456249 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5456356 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5454319 | David M. Stern | 310-407-4025 | Klee, Tuchin, Bogdanoff & Stern, LLP | Examiner, Kenneth Klee / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5461781 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leonard | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5454330 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |

Peggy Drasal ext. 802                CourtConfCal2012                Page 4 of 5

| Tribune Company | 08-13141 | Hearing | 5456200 | Menachem O. Zeimanovitz | (212) 309-6000 | Morgan Lewis & Bockius LLP | Creditor, State Retirement Fund of Maryland / LISTEN ONLY |