# EXHIBIT A

## Summary of Prior Monthly Fee Applications[1]

| Application | Date Filed [Docket No.] | Period Covered | Fees Requested | Expenses Requested | Total |
|---|---|---|---|---|---|
| First Monthly Application | 6/28/11 [Docket No. 9371] | 8/26/10 – 9/30/10 | $56,917.00 | $2,626.22 | $59,543.22 |
| Second Monthly Application | 6/28/11 [Docket No. 9372] | 10/1/10 – 10/31/10 | $28,358.50 | $0.00 | $28,358.50 |
| Third Monthly Application | 6/28/11 [Docket No. 9373] | 2/1/11 – 2/28/11 | $805.50 | $0.00 | $805.50 |
| Fourth Monthly Application | 10/14/11 [Docket No. 9988] | 3/1/11 – 3/31/11 | $2,416.50 | $2,376.00 | $4,792.50 |
| Fifth Monthly Application | 10/14/11 [Docket No. 9990] | 4/1/11 – 4/30/11 | $1,074.00 | $0.00 | $1,074.00 |
| Sixth Monthly Application | 10/18/11 [Docket No. 10013] | 6/1/11 – 6/30/11 | $716.00 | $30.58 | $746.58 |
| Seventh Monthly Application | 11/23/11 [Docket No. 10292] | 9/1/11 – 9/30/11 | $0.00 | $1,012.00 | $1,012.00 |
| Eighth Monthly Application | 1/13/12 [Docket No. 10612] | 10/1/11 – 10/31/11 | $0.00 | $308.00 | $308.00 |
| Ninth Monthly Application | 1/13/12 [Docket No. 10613] | 11/1/11 – 11/30/11 | $0.00 | $257.50 | $257.50 |

---

[1] Per agreement with the Fee Examiner, Sitrick did not file monthly fee applications for the following months in which it incurred minimal or no fees or expenses: November 2010, December 2010, January 2011, May 2011, July 2011, and August 2011.

LA/1338542.1

# EXHIBIT B

## Summary of Prior Interim Fee Applications

| Date Filed [Docket No.] | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification | | Holdback Fees |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| First Interim 10/18/11 [Docket No. 10010] | 8/26/10 – 10/31/10 | $85,275.50 | $2,659.17[2] | $68,220.40 | $2,659.17 | $17,055.10 |
| Second Interim 10/18/11 [Docket No. 10011] | 12/1/10 – 2/28/11 | $805.50 | $0.00 | $644.40 | $0.00 | $161.10 |
| Third Interim 10/18/11 [Docket No. 10012] | 3/1/11 – 5/31/11 | $3,490.50 | $2,376.00 | $2,792.40 | $2,376.00 | $698.10 |
| Fourth Interim 10/18/11 [Docket No. 10014] | 6/1/11 – 8/31/11 | $716.00 | $786.07 | $572.80 | $786.07 | $143.20 |
| Fifth Interim 1/13/12 [Docket No. 10622] | 9/1/11 – 11/30/11 | $0.00 | $1,577.50 | $0.00 | $1,577.50 | $0.00 |
| Total: | | $90,287.50 | $7,398.74 | $72,230 | $7,398.74 | $18,057.50 |

---

[2] In its *First Interim Fee Application* [Docket No. 10011], Sitrick originally requested $2,694.63 as reimbursement for its actual and necessary expenses. Sitrick has agreed to reduce its request to $2,659.17 in accordance with the Fee Examiner's April 16, 2012 recommendations. *See Fee Examiner's Final Report Regarding the First Interim Fee Apllication of Sitrick and Company* [Docket No. 11396].

LA/1338542.1

# EXHIBIT C

## Summary of Fees and Expenses During the Sixth Fee Period
### (December 1, 2011 through December 31, 2012)

| Period Covered | Fees Incurred | Expenses Incurred | Total |
|---|---|---|---|
| 12/1/11 – 12/31/11 | $0.00 | $712.50 | $712.50 |
| 1/1/12 – 1/31/12 | $0.00 | $1,498.50 | $1,498.50 |
| 2/1/12 – 2/29/12 | $0.00 | $324.00 | $324.00 |
| 3/1/12 – 3/31/12[3] | $0.00 | $2,551.50 | $2,551.50 |
| 7/1/12 – 7/31/12 | $537.00 | $607.50 | $1,144.50 |
| 8/1/12 – 8/31/12 | $0.00 | $729.00 | $729.00 |
| 9/1/12 – 9/30/12[4] | $0.00 | $810.00 | $810.00 |
| **Total** | **$537.00** | **$7,233.00** | **$7,770** |

---

[3] Sitrick did not incur any fees or expenses during the months of April 2012, May 2012, and June 2012.
[4] Sitrick did not incur any fees or expenses during the months of October 2012, November 2012, and December 2012.

LA/1338542.1

# EXHIBIT D

## SUMMARY OF COMPENSABLE TIME DURING SIXTH FEE PERIOD
(December 1, 2011 through December 31, 2012)

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Sitrick | Member of the Firm | $895.00 | 0.6 | $537.00 |

**Blended Hourly Rate:**   $895.00
**Total Hours Billed:**   0.6
**GRAND TOTAL:**   $537.00

LA/1338542.1

**EXHIBIT E**

LA/1338542.1

# SITRICK AND COMPANY

### INTERIM FEE STATEMENT
### For the time period
### December 1, 2011 through December 31, 2012

## PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/12/2012 | MSS | Respond to call from WSJ; email and call to Gary W. re: same. | 0.20 | $179.00 |
| 7/13/2012 | MSS | Respond to media calls on confirmation. | 0.40 | $358.00 |
| **SUBTOTAL** | | | [0.60 | $537.00] |
| **TOTAL TIME CHARGES** | | | 0.60 | $537.00 |

LA/1338542.1

**EXHIBIT "F"**

LA/1338542.1

# SITRICK AND COMPANY

### INTERIM FEE STATEMENT
For the time period
December 1, 2011 through December 31, 2012

---

**EXPENSES**

**OTHER**

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 12/31/2011 | Arent Fox LLP<br>Invoice# 1357851<br>December 2011 | 1 | $712.50 | 712.50 |
| | SUBTOTAL: | | | [712.50] |
| 1/31/2012 | Arent Fox LLP<br>Invoice# 1362517<br>January 2012 | 1 | $1,498.50 | 1,498.50 |
| | SUBTOTAL: | | | [1,498.50] |
| 2/29/2012 | Arent Fox LLP<br>Invoice# 1369890<br>February 2012 | 1 | $324.00 | 324.00 |
| | SUBTOTAL: | | | [324.00] |
| 3/31/2012 | Arent Fox LLP<br>Invoice# 1375594<br>February 2012 | 1 | $2,551.50 | 2,551.50 |
| | SUBTOTAL: | | | [2,551.50] |
| 7/31/2012 | Arent Fox LLP<br>Invoice# 1401260<br>July 2012 | 1 | $607.50 | 607.50 |

LA/1338542.1

|  |  |  |  |
|---|---|---|---|
|  | SUBTOTAL: |  | [607.50] |
| 8/31/2012 | Arent Fox LLP<br>Invoice# 1401260<br>July 2012 | 1<br>$729.00 | 729.00 |
|  | SUBTOTAL: |  | [729.00] |
| 9/30/2012 | Arent Fox LLP<br>Invoice# 1415389<br>July 2012 | 1<br>$810.00 | 810.00 |
|  | SUBTOTAL: |  | [810.00] |
|  | **TOTAL ADDITIONAL CHARGES:** |  | $7,233.00 |

LA/1338542.1