# EXHIBIT A



LEVINE SULLIVAN KOCH & SCHULZ, LLP

Tribune Company
East Coast Media
220 East 42nd Street #400
New York, NY 10017

January 1, 2013                                                              Invoice 4543    SDB

In Reference To: 00499-080 - Tribune Company - Fee Application-Bankruptcy Retention Issues

Client: Tribune Company

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/03/12 | SDJ | Correspond with local counsel and client regarding twenty-sixth monthly fee application certificate of no objection (.3); draft and revise twenty-seventh monthly fee application (.8). | 1.10 335.00/hr | 368.50 |
| 12/04/12 | JPB | Review twenty-seventh monthly fee application for accuracy. | 0.20 195.00/hr | 39.00 |
| 12/06/12 | SDB | Review and revise twenty-seventh monthly fee application. | 0.40 455.00/hr | 182.00 |
| 12/06/12 | SDJ | Draft response to restructuring advisor regarding future fees and expenses. | 0.60 335.00/hr | 201.00 |
| 12/07/12 | RP | Review and respond to examiner's inquiries. | 0.20 455.00/hr | 91.00 |
| 12/07/12 | SDJ | Draft twenty-seventh monthly fee application (.8); correspond with local counsel regarding same (.2). | 1.00 335.00/hr | 335.00 |
| 12/10/12 | SDJ | Correspond with local counsel regarding twenty-sixth monthly fee application certificate of no objection (.3); continue to revise twenty-seventh monthly fee application (1.0). | 1.30 335.00/hr | 435.50 |
| 12/14/12 | RP | Review submission to fee examiner for privilege issues. | 0.30 455.00/hr | 136.50 |
| 12/17/12 | SDB | Address request for fee estimate from restructuring advisors. | 0.20 455.00/hr | 91.00 |
| 12/18/12 | SDJ | Correspond with D. Beezie regarding twenty-fifth monthly fee application fees. | 0.30 335.00/hr | 100.50 |

## Levine Sullivan Koch & Schulz, LLP

|  |  |  | January 1, 2013 |
|---|---|---|---|
| I.D. 00499-080 - SDB | | | Invoice 4543 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/19/12 | SDJ | Draft and revise response to restructuring advisor regarding future fees and expenses. | 0.90<br>335.00/hr | 301.50 |
| 12/20/12 | SDB | Review and analyze fee examiner's interim report regarding eighth quarterly fee application and address response to same. | 0.50<br>455.00/hr | 227.50 |
| 12/21/12 | SDJ | Prepare response to restructuring advisor regarding estimated fees and expenses. | 1.00<br>335.00/hr | 335.00 |
| | | **For professional services rendered** | **8.00** | **$2,844.00** |
| | | **Total Amount of this Bill** | | **$2,844.00** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| I.D. 00499-080 - SDB | January 1, 2013 |
| | Invoice 4543 |
| Re: Tribune Company - Fee Application-Bankruptcy Retention Issues | Page 3 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Seth D. Berlin | 1.10 | 455.00 | 500.50 |
| Robert Penchina | 0.50 | 455.00 | 227.50 |
| Shaina D. Jones | 6.20 | 335.00 | 2,077.00 |
| Jennifer P. Burke | 0.20 | 195.00 | 39.00 |
| **Totals** | **8.00** | | **$2,844.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


LEVINE SULLIVAN KOCH & SCHULZ, LLP

*Tribune Company*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

January 1, 2013                                                                 Invoice # 4608

In Reference To:        **00526-051**    **PRB Access**

For Professional Services and Disbursements:                    $ 120.75

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00590524;v1}



*Los Angeles Times*

Karlene Goller, Esq.
Associate General Counsel
Los Angeles Times
202 W First Street
Los Angeles, CA 90012

January 1, 2013                                                                                              Invoice # 4608

In Reference To:        **00526-051        PRB Access**

For Professional Services and Disbursements:                                                $ 120.75

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number:  52-2004605

{00590532;v1}

 LEVINE SULLIVAN
KOCH & SCHULZ, LLP

*Tribune*

David Bralow, Esq.
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

January 1, 2013                                             Invoice # 4609

In Reference To:    **00526-052    9/11 Commissions**

For Professional Services and Disbursements:               $ 707.23

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036

Tax Identification Number: 52-2004605

{00590468;v1}