## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### FINAL FEE APPLICATION OF ERNST & YOUNG LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH
### VALUATION AND BUSINESS MODELING, MARKETING SURVEY, TAX, AND
### ACCOUNTING SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION
### FOR THE PERIOD FROM MAY 31, 2009 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Ernst & Young LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | July 21, 2009 (*nunc pro tunc* to May 31, 2009) |
| Period for which Compensation and Reimbursement is sought: | May 31, 2009 through December 30, 2012[2] |
| Amount of Compensation sought as actual, reasonable, and necessary: | $3,652,937.84[3] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $74,037.93[4] |

This is a(n): __ monthly     ____ interim     __X__ final application

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com. LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080);Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] This Application includes fees and expenses incurred during the month of December 2012, which were not previously applied for in these cases. Details supporting these December 2012 fees and expenses are included in Application and Exhibits hereto.

[3] This amount includes voluntary reductions of fees in the amount of $78,509.80 (as detailed in the summary of compensation by professionals annexed hereto), and reductions previously requested by the fee auditor and agreed to by E&Y LLP in the amount of $43,077.66.

[4] This amount includes reductions previously requested by the fee auditor and agreed to by E&Y LLP in the amount of $623.65.

Prior Applications Filed:

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No.: 2318 Filed: 10/9/2009 (Combined First, Second and Third Monthly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $444,000.00 | $6,438.77 |
| Docket No.: 2359 Filed: 10/15/2009 (First Quarterly Application) | 5/31/2009 – 8/31/2009 | $555,000.00 | $6,438.77 | $555,000.00 | $5,910.12 |
| Docket No.: 2459 Filed: 10/29/2009 (Fourth Monthly Application) | 9/1/2009 – 9/30/2009 | $30,260.00 | $100.00 | $24,208.00 | $100.00 |
| Docket No.: 3047 Filed: 1/8/2010 (Fifth Monthly Application) | 10/1/2009 – 10/31/2009 | $17,600.00 | $0.00 | $14,080.00 | $0.00 |
| Docket No.: 3728 Filed: 3/15/2010 (Sixth Monthly Application) | 11/1/2009 – 11/30/2009 | $10,425.00 | $0.00 | $8,340.00 | $0.00 |
| Docket No.: 4912 Filed: 6/30/2010 (Second Quarterly Application) | 9/1/2009 – 11/30/2009 | $58,285.00 | $100.00 | $58,285.00 | $100.00 |
| Docket No. 6045 Filed: 10/20/2010 (Combined Seventh, Eighth and Ninth Monthly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $19,600.00 | $0.00 |

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 6047 Filed: 10/20/2010 (Third Quarterly Application) | 12/1/2009 – 2/28/2010 | $24,500.00 | $0.00 | $22,400.00 | $0.00 |
| Docket No. 6046 Filed: 10/20/2010 (Combined Tenth, Eleventh, and Twelfth Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $62,018.00 | $0.00 |
| Docket No. 6048 Filed: 10/20/2010 (Fourth Quarterly Application) | 3/1/2010 – 5/31/2010 | $77,522.50 | $0.00 | $67,822.50 | $0.00 |
| Docket No. 7318 Filed: 12/27/2010 (Combined Thirteenth and Fourteenth Monthly Application) | 6/1/2010 – 7/31/2010 | $684,250.00 | $45,304.59 | $547,400.00 | $45,304.59 |
| Docket No. 7371 Filed: 1/4/2011 (Fifteenth Monthly Application) | 8/1/2010 – 8/31/2010 | $219,135.00 | $5,092.53 | $175,308.00 | $5,029.53 |
| Docket No. 7431 Filed: 1/7/2011 (Fifth Quarterly Application) | 6/1/2010 – 8/31/2010 | $903,385.00 | $50,372.40[5] | $903,385.00 | $50,372.40 |

---

[5] As explained more fully in the Fifth Quarterly Application, this amount reflects a credit of $24.72 in expenses to correct a clerical error made in the Fifteenth Monthly Application.

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 7897 Filed: 2/10/2011 (Combined Sixteenth, Seventeenth and Eighteenth Monthly Application) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | $360,556.00 | $2,164.33 |
| Docket No. 7944 Filed: 2/14/2011 (Sixth Quarterly Application) | 9/1/2010 – 11/30/2010 | $450,695.00 | $2,164.33 | $442,477.34 | $2,164.33 |
| Docket No. 8436 Filed: 3/18/2011 (Nineteenth Monthly) | 12/1/2010 – 12/31/2010 | $87,225.00 | $0.00 | $69,780.00 | $0.00 |
| Docket No. 8475 Filed: 3/22/2011 (Twentieth Monthly) | 1/1/2011 – 1/31/2011 | $76,262.50 | $10.00 | $61,010.00 | $10.00 |
| Docket No. 8803 Filed: 4/29/2011 (Twenty-First Monthly) | 2/1/2011 – 2/28/2011 | $31,292.50 | $0.00 | $25,034.00 | $0.00 |
| Docket No. 8813 Filed: 5/2/2011 (Seventh Quarterly Application) | 12/1/2010 – 2/23/2011 | $194,780.00 | $10.00 | $194,780.00 | $10.00 |
| Docket No. 9770 Filed: 9/12/2011 (Twenty-Second Monthly) | 3/1/2011 – 5/31/2011 | $87,107.50 | $3,245.58 | $69,686.00 | $3,245.58 |

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 9834 Filed: 9/27/2011 (Eighth Quarterly Application) | 3/1/2011 – 5/31/2011 | $87,107.50 | $3,245.58 | $87,107.50 | $3,245.58 |
| Docket No. 11633 Filed: 5/16/2012 (Twenty-Third through Thirty-First Monthly) | 6/1/2011 – 2/29/2012 | $42,667.50 | $700.00 | $34,134.00 | $700.00 |
| Docket No. 11914 Filed 6/27/2012 (Ninth Quarterly Application) | 6/1/2011 – 2/29/2012 | $42,667.50 | $700.00 | $42,667.50 | $700.00 |
| Docket No. 12656 Filed 11/2/2012 (Thirty-Second through Thirty-Fourth Monthly) | 3/1/2012 – 5/31/2012 | $41,355.00 | $75.00 | $33,084.00 | $75.00 |
| Docket No. 12735 Filed 11/19/2012 (Tenth Quarterly Application) | 3/1/2012 – 5/31/2012 | $41,355.00 | $75.00 | $41,355.00 | $75.00 |
| Docket No. 12839 Filed 12/12/2012 (Combined Thirty Fifth Monthly through Thirty-Seventh Monthly) | 6/1/2012 – 8/31/2012 | $505,952.50 | $4,210.86 | $404,762.00 | $4,210.86 |
| Docket No. 12951 Filed 1/2/2013 (Eleventh Quarterly Application) | 6/1/2012 – 8/31/2012 | $505,952.50 | $4,210.86 | Pending | Pending |

| Docket No. Date Field | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket 13217 Filed 2/22/2013 (Combined Thirty-Eighth Monthly through Fortieth Monthly) | 9/1/2012 – 11/30/2012 | $639,380.50 | $7,344.64 | Pending | Pending |
| Docket 13218 Filed 2/22/2013 (Twelfth Quarterly Application) | 9/1/2012 – 11/30/2012 | $639,380.50 | $7,344.64 | Pending | Pending |

## COMPENSATION BY PROFESSIONAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[6] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|
| Abbasi, Rachel | Senior | $275.99 | 11.00 | $3,025.00 |
| Anderson, Brent R. | Partner/Principal | $525.00 | 3.50 | $1,837.50 |
| Arvin, James F.[7] | Staff/Assistant | $175.00 | 336.50 | $58,887.50 |
| Arvin, James F.[7] | Senior | $275.00 | 325.10 | $89,402.50 |
| Assenza, Adam J. | Senior | $275.00 | 40.60 | $11,165.00 |
| Baird, Jeff | Senior | $275.00 | 26.50 | $7,287.50 |
| Balick, Matthew Dreyfus | Staff/Assistant | $175.00 | 13.50 | $2,362.50 |
| Bhagwat, Aditya | Senior | $275.00 | 10.00 | $2,750.00 |
| Blumenstock, Andrew M | Senior Manager | $475.00 | 5.70 | $2,707.50 |
| Bolt, Rick J. | Executive Director | $500.00 | 64.30 | $32,150.00 |
| Botts, Guy S. | Senior Manager | $475.00 | 476.00 | $226,100.00 |
| Burns, John E. | Partner/Principal | $525.00 | 1.00 | $525.00 |
| Cahill, Michael | Staff/Assistant | $175.00 | 2.30 | $402.50 |
| Cech, Russell | Manager | $375.00 | 3.50 | $1,312.50 |
| Collins, Jill | Senior Manager | $475.00 | 5.10 | $2,422.50 |
| Conrad, Kelly E. | Assistant Director | $375.00 | 184.30 | $69,112.50 |
| Cornish, Matthew J | Staff/Assistant | $175.00 | 19.00 | $3,325.00 |

[6] Hourly Rates and Total Compensation marked by "n/a" are for work by individuals under non-hourly based engagements during the Compensation Period covered by this Application. Fees for such non-hourly based engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals. Thus, only hours billed by such professionals are reflected herein for services under such non-hourly based engagements.

[7] Employees may be billed at different rates due to a promotion in rank.

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[6] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|
| Emmanuel, Adewale M. | Staff/Assistant | $175.00 | 28.00 | $4,900.00 |
| Filippou, Cheryl Alison | Senior Manager | $475.00 | 0.50 | $237.50 |
| Finkel, Etan B | Senior | $275.00 | 1.00 | $275.00 |
| Foxworth, Taylor A. | Staff/Assistant | $175.00 | 0.50 | $87.50 |
| Frankenthal, Gretchen | Staff/Assistant | $175.00 | 43.00 | $7,525.00 |
| Ghawi, Faris, N. | Staff/Assistant | $175.00 | 19.00 | $3,325.00 |
| Givler, Laura | Staff/Assistant | $175.00 | 45.70 | $7,997.50 |
| Golden, Andrew J. | Manager | $375.00 | 0.80 | $300.00 |
| Gupta, Mihir | Manager | $375.00 | 0.50 | $187.50 |
| Hantgan, Eli | Staff/Assistant | $175.00 | 8.50 | $1,487.50 |
| Haque, Mohd Tahfiz Al | Staff/Assistant | $175.00 | 7.00 | $1,225.00 |
| Harig, James Michael[7] | Staff/Assistant | $175.00 | 8.80 | $1,540.00 |
| Harig, James Michael[7] | Senior | $275.00 | 13.10 | $3,602.50 |
| Horvath, Matthew R.[8] | Senior | $137.50 | 6.00 | $825.00 |
| Horvath, Matthew R.[7] | Senior | $275.00 | 196.00 | $53,900.00 |
| Horvath, Matthew R.[7] | Manager | $375.00 | 28.60 | $10,725.00 |
| Hotopp, Shiann Jean | Manager | $375.00 | 97.40 | $36,525.00 |
| Howard, Cheryl Gay | Staff/Assistant | $175.00 | 1.50 | $262.50 |
| Howley, Matthew C. | Partner/Principal | $525.00 | 226.20 | $118,755.00 |
| Huennekens, Scott J. | Staff/Assistant | $175.00 | 566.80 | $99,190.00 |
| Hussain, Tariq I | Senor Manger | $475.00 | 112.00 | $53,200.00 |
| Ingles, Beatrice | Staff/Assistant | $175.00 | 18.40 | $3,220.00 |
| Johnson, Brett Matthew[7] | Manager | $375.00 | 48.50 | $18,187.50 |
| Johnson, Brett Matthew[7] | Senior Manager | $475.00 | 1.80 | $855.00 |
| Jones, Matthew C.[7] | Manager | $375.00 | 224.00 | $84,000.00 |
| Jones, Matthew C.[7] | Senior Manager | $475.00 | 569.30 | $270,417.50 |
| Jozaitis, William D | Senior Manager | $475.00 | 1.00 | $475.00 |
| Kearns, Michael Ryan[7] | Senior | $275.00 | 767.20 | $210,980.00 |
| Kearns, Michael Ryan[7] | Manager | $375.00 | 31.00 | $11,625.00 |
| Kennedy, Kelly | Manager | $375.00 | 2.50 | $937.50 |
| Kim, Billy | Staff/Assistant | $175.00 | 12.50 | $2,187.50 |
| Klapow, Amanda | Staff/Assistant | $175.00 | 29.00 | $5,075.00 |
| Knightly, James Charles[7] | Senior | $275.00 | 1,129.40 | $310,585.00 |
| Knightly, James Charles[7] | Manager | $375.00 | 215.20 | $80,700.00 |
| Kudrna, Chris | Senior | $275.00 | 220.90 | $60,747.50 |
| Kwan, Michelle | Staff/Assistant | $175.00 | 7.50 | $1,312.50 |
| Latka, Katarzyna | Staff/Assistant | $175.00 | 32.00 | $5,600.00 |
| Leong,James Gar-Ming | Staff/Assistant | $175.00 | 7.50 | $1,312.50 |
| Licastro, G. Michael | Partner/Principal | $500.00 | 6.00 | $3,000.00 |

[8] Non-working travel time is billed at a rate reduction of 50%.

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[6] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|
| Liebman, Richard | Partner/Principal | $525.00 | 0.40 | $210.00 |
| Long, Charles A. | Partner/Principal | $525.00 | 0.50 | $262.50 |
| Luc, Piotr | Senior | $275.00 | 10.00 | $2,750.00 |
| Mason, Jon S. | Executive Director | $525.00 | 394.40 | $207,060.00 |
| Meindi, John C. | Senior | $275.00 | 14.00 | $3,850.00 |
| Molepske, Mark | Manager | $375.00 | 1.00 | $375.00 |
| Moody, Todd | Partner/Principal | $525.00 | 2.00 | $1,050.00 |
| Mulcahy, Sean D | Senior | $275.00 | 228.00 | $62,700.00 |
| Nguyen, Trang | Staff/Assistant | $175.00 | 0.90 | $157.50 |
| Orr, Brian R. | Manager | $375.00 | 2.50 | $937.50 |
| Orraca, Javier Alberto | Senior | $275.00 | 28.50 | $7,837.50 |
| Orsburn, Mary Ella | Manager | $375.00 | 138.60 | $51,975.00 |
| Perez, David | Senior | $275.00 | 3.50 | $962.50 |
| Petra, Elizabeth | Staff/Assistant | $175.00 | 3.00 | $525.00 |
| Petry, Rob | Staff/Assistant | $175.00 | 0.80 | $140.00 |
| Pluto, William | Staff/Assistant | $175.00 | 6.00 | $1,050.00 |
| Putnam, Joshua Eric[8] | Senior Manager | $237.50 | 3.20 | $760.00 |
| Putnam, Joshua Eric | Senior Manager | $475.00 | 254.70 | $120,982.50 |
| Ramos, Marina Ellen | Staff/Assistant | $175.00 | 1.40 | $245.00 |
| Reichel, Jacqueline Belkis | Staff/Assistant | $175.00 | 84.90 | $14,857.50 |
| Rizzieri, Sean Taylor | Senior | $275.00 | 14.30 | $3,932.50 |
| Rodriguez, Nancy Walton | Staff/Assistant | $175.00 | 569.20 | $99,610.00 |
| Salmon, Rita | Senior | $275.00 | 5.00 | $1,375.00 |
| Schelitzche, Tonya | Staff/Assistant | $175.00 | 127.00 | $22,225.00 |
| Smith, Peter | Executive Director | $500.00 | 29.00 | $14,500.00 |
| Stall, Bob | Partner/Principal | $525.00 | 1.00 | $525.00 |
| Steffes, Kelly A. | Staff/Assistant | $175.00 | 0.80 | $140.00 |
| Tarasenko, Aaron Stewart | Senior | $275.00 | 37.40 | $10,285.00 |
| Taylor, Ross L. | Staff/Assistant | $175.00 | 26.40 | $4,620.00 |
| Thompson, Brett D. | Partner/Principal | $525.00 | 12.00 | $6,300.00 |
| Tong, Yuet Fung | Senior | $275.00 | 162.00 | $44,550.00 |
| Venisnik, Bradley J. | Senior Manager | $475.00 | 1,265.60 | $601,160.00 |
| Venugopal, Rajesh | Senior | $275.00 | 6.00 | $1,650.00 |
| Vescovi, Anthony Adam | Senior | $275.00 | 12.00 | $3,300.00 |
| Viswanathan, Abishek | Staff/Assistant | $175.00 | 3.00 | $525.00 |
| Wen, Clark Kuang Yu | Manager | $375.00 | 125.00 | $46,875.00 |
| Wilusz, Kaitlin M. | Senior | $275.00 | 164.40 | $45,210.00 |

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[6] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|
| Wojcickyi, Stefan | Partner/Principal | $525.00 | 37.60 | $19,740.00 |
| Yeung, Yikwan | Senior | $275.00 | 7.50 | $2,062.50 |
| Young, Jennifer | Senior | $275.00 | 3.00 | $825.00 |
| Yun, Sara Katherine | Staff/Assistant | $175.00 | 2.30 | $402.50 |
| Assenza, Adam J. | Senior | n/a | 432.60 | n/a |
| Bing, Stephanie Regina | Manager | n/a | 35.50 | n/a |
| Bolt, Rick J. | Executive Director | n/a | 43.50 | n/a |
| Cabanillas, Kathryn Lyn | Manager | n/a | 38.30 | n/a |
| Carach, Matthew Joseph | Staff/Assistant | n/a | 4.60 | n/a |
| Cody, Melisa Suzanne | Senior Manager | n/a | 4.90 | n/a |
| Collett, Trisha M. | Senior | n/a | 20.60 | n/a |
| Conrad, Kelly E. | Assistant Director | n/a | 171.70 | n/a |
| Crockett, Matthew E | Manager | n/a | 27.30 | n/a |
| Curd, Amy Jo | Staff/Assistant | n/a | 4.00 | n/a |
| Elder, Laura Anne | Senior Manager | n/a | 18.20 | n/a |
| Filippou, Cheryl Alison | Senior Manager | n/a | 5.50 | n/a |
| Gann, Joy D | Manager- | n/a | 0.70 | n/a |
| Givler, Laura | Staff/Assistant | n/a | 77.00 | n/a |
| Golden, Andrew J. | Manager | n/a | 55.00 | n/a |
| Gooden, Brian Terrell | Staff/Assistant | n/a | 33.60 | n/a |
| Gunther, John C. | Staff/Assistant | n/a | 0.10 | n/a |
| Hamilton, Mary Catherine | Staff/Assistant | n/a | 26.50 | n/a |
| Heinrichs, Todd | Senior Manager | n/a | 1.20 | n/a |
| Hotopp, Shiann Jean | Manager | n/a | 14.10 | n/a |
| Hurrell, David George | Senior Manager | n/a | 54.90 | n/a |
| Janeway, Cynthia L. | Senior Manager | n/a | 9.10 | n/a |
| Kapadia, Kaushal D | Staff/Assistant | n/a | 3.00 | n/a |
| Kim, Jessica | Staff/Assistant | n/a | 6.00 | n/a |
| Larson, Mitchell T. | Senior | n/a | 36.20 | n/a |
| Licastro, G Michael | Partner/Principal | n/a | 10.00 | n/a |
| Martin, Janet Lynn | Staff/Assistant | n/a | 12.10 | n/a |
| Moreland, Susan M. | Manager | n/a | 1.20 | n/a |
| Morris, Jason | Senior Manager | n/a | 20.00 | n/a |
| Morris, Kelly A. | Staff/Assistant 4 | n/a | 0.80 | n/a |
| Orsburn, Mary Ella | Manager | n/a | 343.40 | n/a |
| Rash, Jeffery B. | Senior Manager | n/a | 20.80 | n/a |
| Sayavedra, Alejandra | Staff/Assistant | n/a | 1.00 | n/a |
| Smith, Peter | Executive Director | n/a | 74.50 | n/a |
| Sobel, Rebecca Louise | Senior | n/a | 1.30 | n/a |

| Name of Professional Person | Position of Applicant | Hourly Billing Rate (including charges)[6] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|
| Venisnik, Bradley J. | Senior Manager | n/a | 4.50 | n/a |
| White, Shenae Michelle | Staff/Assistant | n/a | 246.00 | n/a |
| Yott, Karen Pomroy | Senior | n/a | 7.00 | n/a |
| Zhu, Wenye | Staff/Assistant | n/a | 2.00 | n/a |
| McGee, Ginny | External Contractor | n/a | 889.40 | n/a |
| Market Value Studies | | n/a | n/a | $58,450.00 |
| Property Tax Compliance | Fixed Fee | n/a | n/a | $78,900.00 |
| Florida Utility Study | Findings-Based Fee | n/a | n/a | $79,438.00 |
| Prop Tax Advisory – Sun Sentinel | Findings Based Fee | n/a | n/a | $24,670.00 |
| Prop Tax Advisory – Hartford Courant | Findings Based Fee | n/a | n/a | $132,502.30 |
| Prop Tax Advisory- Hartford Courant Voluntary Reduction | n/a | n/a | n/a | ($53,762.30) |
| Property Tax Fresh Start Voluntary Reduction | n/a | n/a | n/a | ($24,747.50) |
| **Total** | | | **12,809.40** | **$3,652,937.84[9]** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Cooking Channel Hypo PPA | 37.80 | $12,605.00 |
| Florida Utility Study | 227.50 | $79,438.00 |
| Multi-State VDA | 112.00 | $35,900.00 |
| Prop Tax Advisory: Hartford Courant | 226.30 | $78,740.00 |
| Prop Tax Advisory: Sun Sentinel | 160.80 | $24,670.00 |
| Property Tax Compliance | 1,254.10 | $78,900.00 |
| Property Tax Fresh Start | 264.90 | $76,355.00 |
| Quality of Date | 137.40 | $50,000.00 |
| Sales Process Review | 108.00 | $43,602.50 |
| VAL: FCC License | 1,938.30 | $653,272.50 |
| VAL: Fresh Start | 6,870.40 | $2,400,105.00 |
| Market Value Surveys | 889.40 | $58,450.00 |
| Fee/Employment Applications | 582.50 | $103,977.50 |
| **Total** | **12809.40** | **$3,652,937.84[9]** |

---

[9] This amount includes reductions previously requested by the fee auditor and agreed to by E&Y LLP in the amount of $43,077.66.

## EXPENSE SUMMARY

| Category | Total Expenses |
|---|---|
| Computerized Research | $4,750.00 |
| In – Town Travel: Dinner | $390.84 |
| In – Town Travel: Lunch | $288.91 |
| In – Town Travel: Mileage: Ground Trans | 106.33 |
| In – Town Travel: Parking: Ground Trans | $59.00 |
| In – Town Travel: Taxi: Ground Trans | $1,136.77 |
| In-Town Travel: Tolls: Ground Trans | $7.00 |
| Out of Town Travel: Airfare | $31,556.83 |
| Out of Town Travel: Breakfast | $1,705.56 |
| Out of Town Travel: Dinner | $5,479.88 |
| Out of Town Travel: Lodging | $17,696.71 |
| Out of Town Travel: Lunch | $2,571.22 |
| Out of Town Travel: Mass Transit: Ground Trans | $240.00 |
| Out of Town Travel: Mileage: Ground Trans | $486.67 |
| Out of Town Travel: Parking: Ground Trans | $1,516.00 |
| Out of Town Travel: Rental Car: Ground Trans | $1,102.68 |
| Out of Town Travel: Taxi Ground Trans | $5,326.46 |
| Out of Town Travel: Telephone Expenses | $222.22 |
| Out of Town Travel: Tolls: Ground Trans | $18.50 |
| **TOTAL** | **$74,037.93**[10] |

---

[10] This amount includes reductions previously requested by the fee auditor and agreedto by E&Y LLP in the amount of $623.65.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### FINAL FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH VALUATION AND BUSINESS MODELING, MARKETING SURVEY, TAX, AND ACCOUNTING SERVICES FOR THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD FROM MAY 31, 2009 THROUGH DECEMBER 31, 2012</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331, dated January 15, 2009 (the "Administrative Order," Docket No. 225), E&Y LLP ("E&Y LLP"), as valuation and business modeling, marketing survey, tax, and accounting services provider to the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this Final Fee Application of Ernst & Young LLP for Compensation for Services Rendered and

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080);Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from May 31, 2009 through December 31, 2012 (the "Application").  By this Application, E&Y LLP seeks final allowance pursuant to the Administrative Order with Respect to the sums of $3,652,937.84[2] in compensation and $74,037.93[3] for reimbursement of actual and necessary expenses for a total of $3,726,975.77 for the period from May 31, 2009 through December 31, 2012[4] (the "Compensation Period").  In support of this Application, E&Y LLP respectfully represents as follows:

## Background

1.     On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession filed their voluntary petitions for relief under chapter 11 of Bankruptcy Code.

2.     The Debtors' retention of E&Y LLP was approved effective as of May 31, 2009 pursuant to this Court's related Order dated July 21, 2009 (the "Original Retention Order," Docket No. 1783).  On February 22, 2010, the Debtors filed the Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January 15, 2010 (the "Supplemental Retention," Docket No. 3516). The Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Continued Performance of Valuation Services Relating to FCC Licenses Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to January

---

[2] This amount includes voluntary reductions of fees in the amount of $78,509.80 (as detailed in the summary of compensation by professionals annexed hereto), and reductions previously requested by the fee auditor and agreed to  by E&Y LLP in the amount of $43,077.66.

[3] This amount includes reductions previously requested by the fee auditor and agreed to by E&Y LLP in the amount of $623.65.

[4] This Application includes fees and expenses incurred during the month of December 2012, which were not previously applied for in these cases.  Details supporting these December 2012 fees and expenses are included in this Application and Exhibits hereto.

15, 2010 (the "Supplemental Retention Order," Docket No. 3804). On May 24, 2010, the Debtors filed the Second Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention," Docket No. 4594). The Second Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Valuation Services in Connection with the Application of Fresh Start Accounting Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to April 19, 2010 (the "Second Supplemental Retention Order," Docket No. 4779). On March 4, 2011, the Debtors filed the Third Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention," Docket No. 8277). The Third Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Advisory Services Relating to Sales and Use Tax and Personal Property Tax Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to February 17, 2011 (the "Third Supplemental Retention Order," Docket No. 8459). On June 2, 2011, the Debtors filed the Application for an Order Authorizing (I) Ernst & Young LLP to Perform Services as the Accounting Firm under August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC and (II) Tribune Company to Enter into Engagement Letter, Statement of Work, Side Letter and Related Documentation and Perform Obligations in Connection Therewith (the "Fourth Supplemental Retention," Docket No. 9041). The Fourth Supplemental Retention was approved pursuant to this Court's Order Authorizing

Engagement of Ernst & Young LLP in Connection with August 2009 Formation Agreement Concerning Formation of Chicago Baseball Holdings, LLC (the "Fourth Supplemental Retention Order," Docket No. 9348).  On November 4, 2011, the Debtors filed the Fourth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Valuation of Certain Cooking Channel Assets Pursuant to U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention," Docket No. 10163).  The Fifth Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include the Valuation of Certain Cooking Channel Assets Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to June 13, 2011 (the "Fifth Supplemental Retention Order," Docket No. 10260).  On December 23, 2011, the Debtors filed the Fifth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention," Docket No. 10507).  The Sixth Supplemental Retention was approved pursuant to this Court's Order Modifying the Scope of the Retention of Ernst & Young LLP to Include a Utility Study for Sales and Use Tax Purposes Pursuant to 11 U.S.C. §§ 327(a) and 1107 Nunc Pro Tunc to December 1, 2011 (the "Sixth Supplemental Retention Order," Docket No. 10559).  On October 5, 2012, the Debtors filed the Sixth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young to Include Certain Multi-State Disclosure Services, Nunc Pro Tunc to March 12, 2012 (the "Seventh Supplemental Retention, Docket No. 12518).  The Seventh Supplemental Retention was approved pursuant to this Court's Order Granting the Sixth Supplemental Application for an Order Modifying the Scope of the Retention of Ernst & Young LLP to Include Certain Multi-State Disclosure Services, Nunc Pro Tunc to March 12, 2012 (the

"Seventh Supplemental Retention Order," Docket No. 12684, and together with the Original Retention Order, the Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, the Fourth Supplemental Retention Order, the Fifth Supplemental Retention Order, and the Sixth Supplemental Retention Order, the "Retention Orders"). The Retention Orders authorized E&Y LLP to be compensated for services rendered and to be reimbursed for actual and necessary out-of-pocket expenses.

3.      On July 23, 2012, the United States Bankruptcy Court for the District of Delaware entered an Order (the "Confirmation Order," Docket No. 12074) confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan," Docket No. 12072).

4.      On December 31, 2012, the Plan went effective (the "Effective Date"). Pursuant to the terms of the Confirmation Order and Plan, all professionals employed by the Debtors must file final fee applications for all fees and expenses incurred up to the Effective Date within 60 days of the Effective Date.

### Compensation Paid and Its Source

5.      All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

6.      During the Compensation Period covered by this Application E&Y LLP has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in connection with matters covered by this Application. There is no agreement or understanding for the sharing of compensation to be received for services rendered in these cases.

## Summary of Services Rendered and Expenses Incurred

7.     As is reflected in the annexed Final Fee and Expense Application Cover Sheet (the "Cover Sheet") and Exhibit A hereto, E&Y LLP has rendered 12,809.40 hours of services to the Debtors during the Compensation Period.  Based upon the nature of services rendered, the time required to provide such services, the value of such services to the Debtors, and the cost of comparable services to those rendered to the Debtors, fees approved and paid to E&Y LLP for such services described herein should not be less than $3,652,937.84.

8.     During the Compensation Period, E&Y LLP provided significant professional services to the Debtors in connection with these chapter 11 cases.  Such services, among other things, are set forth in exhibits to each of E&Y LLP's  previously filed monthly fee applications and in Exhibit B hereto.  Specifically, E&Y LLP rendered the following services during the Compensation Period:

A.  Cooking Channel Hypo PPA

Fees:   $12,605.00                    Hours: 37.80

This category includes all matters related to valuation of the intangible assets of the Cooking Channel that were valued for Tribune's financial reporting purposes.

B.  Florida Utility Study

Fees:   $79,438.00                    Hours: 227.50

This category concerns all matters related to a review of electrical utilities for Sun Sentinel Communications in Florida and obtaining a refund for the overpayment of state sales and use taxes.

C.  Multi-State VDA

Fees:   $35,900.00                    Hours: 112.00

This category concerns all matters related to mitigation of historical liabilities and registering Tribune Technology in multiple states for sales and use taxes.

D.  Prop Tax Advisory: Hartford Courant

Fees:   $78,740.00                    Hours: 226.30

This category concerns all matters related to the business personal property tax appeal filed and completed for Hartford Courant resulting in property tax refunds being generated.

E.  Prop Tax Advisory: Sun Sentinel

Fees:   $24,670.00                    Hours: 160.80

This category concerns all matters related to the business personal property tax appeal filed and completed for Sun Sentinel resulting in property tax refunds being generated.

F.  Property Tax Compliance

Fees:   $78,900.00                    Hours: 1,254.10

This category concerns all matters related to 2012 property tax rendition filing, value review, and tax bill processing.

G.  Property Tax Fresh Start

Fees:   $76,355.00                    Hours: 264.90

This category concerns all matters related to research and development of the Fresh Start filing strategy and related advice.

H.  Quality of Data

Fees:   $50,000.00                    Hours: 137.40

This category concerns all matters related to advising the Debtors on data quality issues

for asset physical locations for property tax rendition filings.

I.  Sales Process Review

Fees:  $43,602.50                    Hours: 108.00

This category concerns all matters related to state and local sales and use tax services related to documentation of sales and use tax compliance process for 10 Tribune business units; additional work on identification of risks and operational improvements; and developing and providing sales and use taxability decision matrix.

J.  VAL: FCC License

Fees:  $653,272.50                    Hours: 1,938.30

This category includes all matters related to testing the FCC Licenses held by the Debtors which were impaired as of November 30, 2009.

K.  VAL: Fresh Start

Fees:  $2,400,105.00                    Hours: 6,870.40

This category includes all matters related to the fair value of assets and liabilities included on the Debtors' balance sheet as part of the Debtors' emergence from bankruptcy.

L.  Market Value System

Fees:  $58,450.00                    Hours: 889.40

This category includes all matters related to marketing survey services, including providing broadcasting marketing analysis for certain of the Debtors.

M.  Fee/Employment Application

Fees:  $103,977.50                    Hours: 582.50

This category includes work in connection with adhering to applicable fee and retention related rules, orders and protocols.

**Actual and Necessary Expenses**

9.      E&Y LLP expended a total of $74,037.93 for reasonable and necessary expenses in connection with its services to the Debtors during the Compensation Period.  Attached to the previously filed monthly statements are detailed lists of expenses for which E&Y LLP seeks reimbursement, arranged by category of service.  In accordance with the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Cover Sheet attached hereto also contains a summary of expenses arranged by type.

**Valuation of Services**

10.      To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, the Local Rules and the Administrative Order.

11.      The fees charged in this matter are comparable to those rates that E&Y LLP generally charges similar clients for similar services to those rendered to the Debtors during the Compensation Period.  In addition, E&Y LLP believes that such charges are ordinary, customary and comparable to amounts which E&Y LLP and other public accounting firms would normally invoice their clients for similar services.

12.      Partners and staff of E&Y LLP have expended a total of 12,809.40 hours in connection with the work performed for the Debtors during the Compensation Period.  The nature of the work performed by these persons is fully set forth in the exhibits attached to the previously filed monthly applications and in Exhibit B hereto.  The reasonable value of the services rendered by E&Y LLP to the Debtors during the Compensation Period is at least $3,652,937.84.

13.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these Debtors' businesses and the matters being addressed by E&Y LLP, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.  Moreover, E&Y LLP reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREORE, E&Y LLP respectfully requests that final allowance be made to E&Y LLP (i) in the sum of $3,652,937.84 as compensation for professional services rendered, (ii) the sum of $74,037.93 as reimbursement for expenses incurred in connection with such services, and (iii) for such other and further relief as this Court my deem just and proper.

Dated: 2/25 , 2013

Mark Arshonsky
Partner
Ernst & Young LLP

Sworn to and subscribed before me this 25 day of February, 2013.

Notary Public                    My Commission Expires:

4-30-14

Official Seal
Linda M Darling
Notary Public State of Illinois
My Commission Expires 04/30/2014

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al.,[1] | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## VERIFICATION

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS: |
| COOK COUNTY | ) | |

Mark Arshonsky, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant firm, Ernst & Young LLP, advisors to Tribune Company and its above-captioned debtor affiliates (collectively, the "Debtors").

2.      I have read the foregoing Application of Ernst & Young LLP for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same is correct to the best of my knowledge, information and belief.

---

[1] The Debtors, or successors - in interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); forsalebyowner.com. LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (64340; Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080);Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (68970); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3.      I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

_____
Mark Arshonsky

Dated: 2/25 , 2013

Sworn to and subscribed before me this 25 day of February , 2013.

Notary Public                          My Commission Expires:

4-30-14

> Official Seal
> Linda M Darling
> Notary Public State of Illinois
> My Commission Expires 04/30/2014