# **EXHIBIT A**

**Exhibit A**
**Summary of Fees by Individual Professional for Compensation Period (May 31, 2009 through Decemeber 31, 2012)**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Abbasi, Raheel | Senior | 275 | 11.0 | 3,025.00 |
| Anderson, Brent R | Partner/Principal | 525 | 3.5 | 1,837.50 |
| Arvin, James F[2] | Staff/Assistant | 175 | 336.5 | 58,887.50 |
| Arvin, James F[2] | Senior | 275 | 325.1 | 89,402.50 |
| Assenza, Adam J | Senior | 275 | 40.6 | 11,165.00 |
| Baird, Jeff | Senior | 275 | 26.5 | 7,287.50 |
| Balick, Matthew Dreyfus | Staff/Assistant | 175 | 13.5 | 2,362.50 |
| Bhagwat, Aditya | Senior | 275 | 10.0 | 2,750.00 |
| Blumenstock, Andrew M | Senior Manager | 475 | 5.7 | 2,707.50 |
| Bolt, Rick J | Executive Director | 500 | 64.3 | 32,150.00 |
| Botts, Guy S. | Senior Manager | 475 | 476.0 | 226,100.00 |
| Burns, John E | Partner/Principal | 525 | 1.0 | 525.00 |
| Cahill, Michael | Staff/Assistant | 175 | 2.3 | 402.50 |
| Cech, Russell | Manager | 375 | 3.5 | 1,312.50 |
| Collins, Jill | Senior Manager | 475 | 5.1 | 2,422.50 |
| Conrad, Kelly E | Assistant Director | 375 | 184.3 | 69,112.50 |
| Cornish, Matthew J | Staff/Assistant | 175 | 19.0 | 3,325.00 |
| Emmanuel, Adewale M | Staff/Assistant | 175 | 28.0 | 4,900.00 |
| Filippou, Cheryl Alison | Senior Manager | 475 | 0.5 | 237.50 |
| Finkel, Etan B | Senior | 275 | 1.0 | 275.00 |
| Foxworth, Taylor A | Staff/Assistant | 175 | 0.5 | 87.50 |
| Frankenthal, Gretchen | Staff/Assistant | 175 | 43.0 | 7,525.00 |
| Ghawi, Faris N | Staff/Assistant | 175 | 19.0 | 3,325.00 |
| Givler, Laura | Staff/Assistant | 175 | 45.7 | 7,997.50 |
| Golden, Andrew J | Manager | 375 | 0.8 | 300.00 |
| Gupta, Mihir | Manager | 375 | 0.5 | 187.50 |
| Hantgan, Eli | Staff/Assistant | 175 | 8.5 | 1,487.50 |
| Haque, Mohd Tahfiz Al | Staff/Assistant | 175 | 7.0 | 1,225.00 |
| Harig, James Michael[2] | Staff/Assistant | 175 | 8.8 | 1,540.00 |
| Harig, James Michael[2] | Senior | 275 | 13.1 | 3,602.50 |
| Horvath, Matthew R[3] | Senior | 137.50 | 6.0 | 825.00 |
| Horvath, Matthew R[2] | Senior | 275 | 196.0 | 53,900.00 |
| Horvath, Matthew R[2] | Manager | 375 | 28.6 | 10,725.00 |
| Hotopp, Shiann Jean | Manager | 375 | 97.4 | 36,525.00 |
| Howard, Cheryl Gay | Staff/Assistant | 175 | 1.5 | 262.50 |
| Howley, Matthew C | Partner/Principal | 525 | 226.2 | 118,755.00 |
| Huennekens, Scott J | Staff/Assistant | 175 | 566.8 | 99,190.00 |
| Hussain, Tariq I | Senior Manager | 475 | 112.0 | 53,200.00 |
| Ingles, Beatrice | Staff/Assistant | 175 | 18.4 | 3,220.00 |
| Johnson, Brett Matthew[2] | Manager | 375 | 48.5 | 18,187.50 |
| Johnson, Brett Matthew[2] | Senior Manager | 475 | 1.8 | 855.00 |
| Jones, Matthew C[2] | Manager | 375 | 224.0 | 84,000.00 |
| Jones, Matthew C[2] | Senior Manager | 475 | 569.3 | 270,417.50 |
| Jozaitis, William D | Senior Manager | 475 | 1.0 | 475.00 |
| Kearns, Michael Ryan[2] | Senior | 275 | 767.2 | 210,980.00 |
| Kearns, Michael Ryan[2] | Manager | 375 | 31.0 | 11,625.00 |
| Kennedy, Kelly | Manager | 375 | 2.5 | 937.50 |
| Kim, Billy | Staff/Assistant | 175 | 12.5 | 2,187.50 |
| Klapow, Amanda | Staff/Assistant | 175 | 29.0 | 5,075.00 |
| Knightly, James Charles[2] | Senior | 275 | 1,129.4 | 310,585.00 |
| Knightly, James Charles[2] | Manager | 375 | 215.2 | 80,700.00 |
| Kudrna, Chris | Senior | 275 | 220.9 | 60,747.50 |
| Kwan, Michelle | Staff/Assistant | 175 | 7.5 | 1,312.50 |
| Latka, Katarzyna | Staff/Assistant | 175 | 32.0 | 5,600.00 |
| Leong, James Gar-Ming | Staff/Assistant | 175 | 7.5 | 1,312.50 |
| Licastro, G Michael | Partner/Principal | 500 | 6.0 | 3,000.00 |
| Liebman, Richard | Partner/Principal | 525 | 0.4 | 210.00 |
| Long, Charles A | Partner/Principal | 525 | 0.5 | 262.50 |
| Luc, Piotr | Senior | 275 | 10.0 | 2,750.00 |
| Mason, Jon | Executive Director | 525 | 394.4 | 207,060.00 |
| Meindl, John C | Senior | 275 | 14.0 | 3,850.00 |
| Molepske, Mark | Manager | 375 | 1.0 | 375.00 |
| Moody, Todd | Partner/Principal | 525 | 2.0 | 1,050.00 |
| Mulcahy, Sean D | Senior | 275 | 228.0 | 62,700.00 |
| Nguyen, Trang | Staff/Assistant | 175 | 0.9 | 157.50 |
| Orr, Brian R | Manager | 375 | 2.5 | 937.50 |
| Orraca, Javier Alberto | Senior | 275 | 28.5 | 7,837.50 |
| Orsburn, Mary Ella | Manager | 375 | 138.6 | 51,975.00 |
| Perez, David | Senior | 275 | 3.5 | 962.50 |
| Petra, Elizabeth | Staff/Assistant | 175 | 3.0 | 525.00 |
| Petry, Rob | Staff/Assistant | 175 | 0.8 | 140.00 |
| Pluto, William | Staff/Assistant | 175 | 6.0 | 1,050.00 |
| Putnam, Joshua Eric[3] | Senior Manager | 237.50 | 3.2 | 760.00 |
| Putnam, Joshua Eric | Senior Manager | 475 | 254.7 | 120,982.50 |
| Ramos, Marina Ellen | Staff/Assistant | 175 | 1.4 | 245.00 |
| Reichel, Jacqueline Belkis | Staff/Assistant | 175 | 84.9 | 14,857.50 |
| Rizzieri, Sean Taylor | Senior | 275 | 14.3 | 3,932.50 |
| Rodriguez, Nancy Walton | Staff/Assistant | 175 | 569.2 | 99,610.00 |
| Salmon, Rita | Senior | 275 | 5.0 | 1,375.00 |
| Schelitzche, Tonya | Staff/Assistant | 175 | 127.0 | 22,225.00 |
| Smith, Peter | Executive Director | 500 | 29.0 | 14,500.00 |
| Stall, Bob | Partner/Principal | 525 | 1.0 | 525.00 |
| Steffes, Kelly A | Staff/Assistant | 175 | 0.8 | 140.00 |
| Tarasenko, Aaron Stewart | Senior | 275 | 37.4 | 10,285.00 |
| Taylor, Ross L | Staff/Assistant | 175 | 26.4 | 4,620.00 |

| | | | | |
|---|---|---|---|---|
| Thompson, Brett D | Partner/Principal | 525 | 12.0 | 6,300.00 |
| Tong, Yuet Fung | Senior | 275 | 162.0 | 44,550.00 |
| Venisnik, Bradley J | Senior Manager | 475 | 1,265.6 | 601,160.00 |
| Venugopal, Rajesh | Senior | 275 | 6.0 | 1,650.00 |
| Vescovi, Anthony Adam | Senior | 275 | 12.0 | 3,300.00 |
| Viswanathan, Abishek | Staff/Assistant | 175 | 3.0 | 525.00 |
| Wen, Clark Kuang Yu | Manager | 375 | 125.0 | 46,875.00 |
| Wilusz, Kaitlin M | Senior | 275 | 164.4 | 45,210.00 |
| Wojcickyi, Stefan | Partner/Principal | 525 | 37.6 | 19,740.00 |
| Yeung, Yikwan | Senior | 275 | 7.5 | 2,062.50 |
| Young, Jennifer | Senior | 275 | 3.0 | 825.00 |
| Yun, Sara Katherine | Staff/Assistant | 175 | 2.3 | 402.50 |
| Assenza, Adam J | Senior | n/a | 432.6 | n/a |
| Bing, Stephanie Regina | Senior | n/a | 35.5 | n/a |
| Bolt, Rick J | Executive Director | n/a | 43.5 | n/a |
| Cabanillas, Kathryn Lyn | Manager | n/a | 38.3 | n/a |
| Carach, Matthew Joseph | Staff/Assistant | n/a | 4.6 | n/a |
| Cody, Melissa Suzanne | Senior Manager | n/a | 4.9 | n/a |
| Collett, Trisha M | Senior | n/a | 20.6 | n/a |
| Conrad, Kelly E | Assistant Director | n/a | 171.7 | n/a |
| Crockett, Matthew E | Manager | n/a | 27.3 | n/a |
| Curd, Amy Jo | Staff/Assistant | n/a | 4.0 | n/a |
| Elder, Laura Anne | Senior Manager | n/a | 18.2 | n/a |
| Filippou, Cheryl Alison | Senior Manager | n/a | 5.5 | n/a |
| Gann, Joy D | Manager | n/a | 0.7 | n/a |
| Givler, Laura | Staff/Assistant | n/a | 77.0 | n/a |
| Golden, Andrew J | Manager | n/a | 55.0 | n/a |
| Gooden, Brian Terrell | Staff/Assistant | n/a | 33.6 | n/a |
| Gunther, John C | Staff/Assistant | n/a | 0.1 | n/a |
| Hamilton, Mary Catherine | Staff/Assistant | n/a | 26.5 | n/a |
| Heinrichs, Todd | Senior Manager | n/a | 1.2 | n/a |
| Hotopp, Shiann Jean | Manager | n/a | 14.1 | n/a |
| Hurrell, David George | Senior Manager | n/a | 54.9 | n/a |
| Janeway, Cynthia L | Senior Manager | n/a | 9.1 | n/a |
| Kapadia, Kaushal D | Staff/Assistant | n/a | 3.0 | n/a |
| Kim, Jessica | Staff/Assistant | n/a | 6.0 | n/a |
| Larson, Mitchell T | Senior | n/a | 36.2 | n/a |
| Licastro, G Michael | Partner/Principal | n/a | 10.0 | n/a |
| Martin, Janet Lynn | Staff/Assistant | n/a | 12.1 | n/a |
| Moreland, Susan M | Manager | n/a | 1.2 | n/a |
| Morris, Jason | Senior Manager | n/a | 20.0 | n/a |
| Morris, Kelly A | Staff/Assistant | n/a | 0.8 | n/a |
| Orsburn, Mary Ella | Manager | n/a | 343.4 | n/a |
| Rash, Jeffrey B | Senior Manager | n/a | 20.8 | n/a |
| Sayavedra, Alejandra | Staff/Assistant | n/a | 1.0 | n/a |
| Smith, Peter | Executive Director | n/a | 74.5 | n/a |
| Sobel, Rebecca Louise | Senior | n/a | 1.3 | n/a |
| Venisnik, Bradley J | Senior Manager | n/a | 4.5 | n/a |
| White, Shenae Michelle | Staff/Assistant | n/a | 246.0 | n/a |
| Yott, Karen Pomroy | Senior | n/a | 7.0 | n/a |
| Zhu, Wenye | Staff/Assistant | n/a | 2.0 | n/a |
| McGee, Ginny | External Contractor | n/a | 889.4 | n/a |
| Market Value Studies[1] | Fixed Fee | n/a | n/a | 58,450.00 |
| Property Tax Compliance[1] | Fixed Fee | n/a | n/a | 78,900.00 |
| Florida Utility Study[1] | Findings-Based Fee | n/a | n/a | 79,438.00 |
| Prop Tax Advisory: Sun Sentinel[1] | Findings-Based Fee | n/a | n/a | 24,670.00 |
| Prop Tax Advisory: Hartford Courant[1] | Findings-Based Fee | n/a | n/a | 132,502.30 |
| Prop Tax Advisory: Hartford Courant[4] | Findings-Based Fee | n/a | n/a | (53,762.30) |
| Property Tax Fresh Start[4] | Hourly Engagement | n/a | n/a | (24,747.50) |
| | **Grand Totals** | | **12,809.4** | **3,696,015.50** |
| | ***Blended Rate*** | | | ***288.54*** |

| | |
|---|---|
| **3,696,015.50** | **Total Fees** |
| **(43,077.66)** | **Less Fee Auditor Reductions** |
| **3,652,937.84** | **Sub-total** |
| **74,037.93** | **Expenses** |
| **3,726,975.77** | **Current Fee Invoice** |

[1]Hourly Rates and Total Compensation marked by "n/a" are for work by individuals under non-hourly based engagements during the Compensation Period covered by this Application. Fees for such non-hourly based engagements are not calculated based upon the number of hours worked times the hourly billing rates for such professionals. Thus, only hours billed by such professionals are reflected herein for services under such non-hourly based engagements.

[2]Employees may be billed at different rates due to a promotion in rank.

[3]Non-Working Travel time is billed at a rate reduction of 50%.

[4]Voluntary reductions agreed to with client.

**Exhibit A**
**Schedule of Fees by Project Category for Compensation Period (May 31, 2009 through Decemeber 31, 2012)**

| | Project Category | Hours Total |
|---|---|---|
| 1) | Cooking Channel Hypo PPA | 37.8 |
| 2) | Florida Utility Study | 227.5 |
| 3) | Multi-State VDA | 112.0 |
| 4) | Prop Tax Advisory: Hartford Courant | 226.3 |
| 5) | Prop Tax Advisory: Sun Sentinel | 160.8 |
| 6) | Property Tax Compliance | 1,254.1 |
| 7) | Property Tax Fresh Start | 264.9 |
| 8) | Quality of Data | 137.4 |
| 9) | Sales Process Review | 108.0 |
| 10) | VAL: FCC License | 1,938.3 |
| 11) | VAL: Fresh Start | 6,870.4 |
| 12) | Market Value Surveys | 889.4 |
| 13) | Fee/Employment Applications | 582.5 |
| | Net Hours | 12,809.4 |

| | Project Category | Fees Total |
|---|---|---|
| 1) | Cooking Channel Hypo PPA | 12,605.00 |
| 2) | Florida Utility Study | 79,438.00 |
| 3) | Multi-State VDA | 35,900.00 |
| 4) | Prop Tax Advisory: Hartford Courant | 78,740.00 |
| 5) | Prop Tax Advisory: Sun Sentinel | 24,670.00 |
| 6) | Property Tax Compliance | 78,900.00 |
| 7) | Property Tax Fresh Start | 76,355.00 |
| 8) | Quality of Data | 50,000.00 |
| 9) | Sales Process Review | 43,602.50 |
| 6) | VAL: FCC License | 653,272.50 |
| 7) | VAL: Fresh Start | 2,400,105.00 |
| 8) | Market Value Surveys | 58,450.00 |
| 9) | Fee/Employment Applications | 103,977.50 |
| | Sub-total Hours | 3,696,015.50 |
| | Less Fee Auditor Reductions | (43,077.66) |
| | Net Fees | 3,652,937.84 |

**Exhibit A**
**Schedule of Expenses by Project Category for Compensation Period (May 31, 2009 through Decemeber 31, 2012)**

| Category | Total |
|---|---|
| Computerized Research | 4,750.00 |
| In-Town Travel: Dinner | 390.84 |
| In-Town Travel: Lunch | 288.91 |
| In-Town Travel: Mileage: Ground Trans | 106.33 |
| In-Town Travel: Parking: Ground Trans | 59.00 |
| In-Town Travel: Taxi: Ground Trans | 1,136.77 |
| In-Town Travel: Tolls: Ground Trans | 7.00 |
| Out of Town Travel: Airfare | 31,556.83 |
| Out of Town Travel: Breakfast | 1,705.56 |
| Out of Town Travel: Dinner | 5,479.88 |
| Out of Town Travel: Lodging | 17,696.71 |
| Out of Town Travel: Lunch | 2,571.22 |
| Out of Town Travel: Mass Transit: Ground Trans | 240.00 |
| Out of Town Travel: Mileage: Ground Trans | 486.67 |
| Out of Town Travel: Parking: Ground Trans | 1,516.00 |
| Out of Town Travel: Rental Car: Ground Trans | 1,102.68 |
| Out of Town Travel: Taxi: Ground Trans | 5,326.46 |
| Out of Town Travel: Telephone Expense | 222.22 |
| Out of Town Travel: Tolls: Ground Trans | 18.50 |
| | 74,661.58 |
| 1st Interim Expense Reduction | (528.65) |
| 5th Interim Expense Reduction | (95.00) |
| **Total Expenses** | **74,037.93** |

# EXHIBIT B

**Exhibit B**
**Summary of Fees by Individual Professional for December 2012 only.**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Arvin,James F. | Senior-Grade 1 | 275.00 | 74.0 | 20,350.00 |
| Blumenstock,Andrew M. | Senior Manager-Grade 4 | 475.00 | 5.7 | 2,707.50 |
| Conrad, Kelly E. | Assistant Director | 375.00 | 10.5 | 3,937.50 |
| Horvath,Matthew R | Manager-Grade 1 | 375.00 | 16.8 | 6,300.00 |
| Howley,Matthew C | Partner/Principal-Grade 1 | 525.00 | 4.4 | 2,310.00 |
| Jones,Matthew C. | Senior Manager-Grade 1 | 475.00 | 36.3 | 17,242.50 |
| Knightly,James Charles | Manager-Grade 1 | 375.00 | 8.3 | 3,112.50 |
| Mason,Jon S | Executive Director-Grade 2 | 525.00 | 13.4 | 7,035.00 |
| Orsburn, Mary Ella | Manager-Grade 1 | 375.00 | 16.2 | 6,075.00 |
| Putnam,Joshua Eric | Senior Manager-Grade 2 | 475.00 | 2.5 | 1,187.50 |
| Rodriguez,Nancy Walton | Staff/Assistant-Grade 1 | 175.00 | 59.6 | 10,430.00 |
| Smith, Peter | Executive Director-Grade 1 | 500.00 | 0.6 | 300.00 |
| Taylor,Ross L. | Staff/Assistant-Grade 3 | 175.00 | 26.4 | 4,620.00 |
| Venisnik,Bradley J. | Senior Manager-Grade 4 | 475.00 | 84.4 | 40,090.00 |
| Property Tax Fresh Start | Hourly Engagement | n/a | 0.0 | (10,312.50) |
| | **Grand Totals** | | **359.1** | **115,385.00** |
| | ***Blended Rate*** | | | ***321.32*** |

359.1

**115,385.00 Total Fees**

**Exhibit B**
**Schedule of Fees by Project Category for December 2012 only.**

| | Project Category | Hours Total |
|---|---|---|
| 1) | VAL: Fresh Start | 272.2 |
| 2) | Property Tax Fresh Start | 27.3 |
| 3) | Fee/Employment Applications | 59.6 |
| | Net Hours | 359.1 |

| | Project Category | Fees Total |
|---|---|---|
| 1) | VAL: Fresh Start | 104,955.00 |
| 2) | Property Tax Fresh Start | - |
| 3) | Fee/Employment Applications | 10,430.00 |
| | Net Fees | 115,385.00 |

**Exhibit B**

**Chronological Detail of Services Rendered for December 2012 only.**

| Emp/Vendor | Title | Descr | Incur Dt | Agreed Rate | Hours | Fees @ Rate | Category |
|---|---|---|---|---|---|---|---|
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Coding LMA assets from 2012 | 03-Dec-2012 | 275.00 | 2.4 | 660.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Discussion with J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; regarding project status and completion planning (attended as EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads) | 03-Dec-2012 | 275.00 | 0.6 | 165.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating analysis to reflect Period 11 | 03-Dec-2012 | 275.00 | 2.0 | 550.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue updating analysis to reflect Period 11 | 04-Dec-2012 | 275.00 | 3.5 | 962.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Creating LMA summary file | 04-Dec-2012 | 275.00 | 1.5 | 412.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing and updating coding of KPLR and KWGN assets | 05-Dec-2012 | 275.00 | 2.7 | 742.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Baltimore template per request from R. Carter, Tribune | 05-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continued creating LMA summary file | 05-Dec-2012 | 275.00 | 0.5 | 137.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue updating analysis to reflect Period 11 | 05-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continued updating Baltimore template per request from R. Carter, Tribune | 06-Dec-2012 | 275.00 | 1.0 | 275.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue updating analysis to reflect Period 11 | 09-Dec-2012 | 275.00 | 1.3 | 357.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updated Period 11 analysis with LMA assets | 10-Dec-2012 | 275.00 | 1.6 | 440.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue updating analysis to reflect Period 11 | 10-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Created support files related to specific questions from PwC, Tribune - External Auditor | 11-Dec-2012 | 275.00 | 2.4 | 660.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating LA Times template for Period 11 | 17-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Coding additional Period 11 broadcasting assets | 17-Dec-2012 | 275.00 | 2.3 | 632.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Coding additional Period 11 other assets | 17-Dec-2012 | 275.00 | 1.7 | 467.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating CTC template to Period 11 | 17-Dec-2012 | 275.00 | 1.3 | 357.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue to update valuation template tracking worksheet | 17-Dec-2012 | 275.00 | 1.0 | 275.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Coding additional Period 11 publishing assets | 17-Dec-2012 | 275.00 | 2.6 | 715.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Allentown template for Period 11 | 18-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating KIAH template for Period 11 | 18-Dec-2012 | 275.00 | 0.4 | 110.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Uploading relevant files for Broadcast template | 18-Dec-2012 | 275.00 | 0.2 | 55.00 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continued updating LA Times template for Period 11 | 18-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue to update valuation template tracking worksheet | 18-Dec-2012 | 275.00 | 0.3 | 82.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continued coding additional Period 11 other assets | 18-Dec-2012 | 275.00 | 0.9 | 247.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continued coding additional Period 11 broadcasting assets | 18-Dec-2012 | 275.00 | 0.3 | 82.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue coding additional Period 11 publishing assets | 18-Dec-2012 | 275.00 | 2.1 | 577.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Call with J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and R. Taylor, EY Staff responsible assisting with fixed asset templates; regarding methodology related to Tribune broadcast templates (attended as EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads) | 18-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating CNN template for Period 11 | 18-Dec-2012 | 275.00 | 0.9 | 247.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Hartford Courant template for Period 11 | 18-Dec-2012 | 275.00 | 0.5 | 137.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Orlando template for Period 11 | 18-Dec-2012 | 275.00 | 0.8 | 220.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Baltimore template for Period 11 | 18-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing KWGN template for Period 11 | 19-Dec-2012 | 275.00 | 0.6 | 165.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing WPMT template for Period 11 | 19-Dec-2012 | 275.00 | 0.5 | 137.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Analyzing Tribune Technology Product Code File | 19-Dec-2012 | 275.00 | 1.3 | 357.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing WXMI template for Period 11 | 19-Dec-2012 | 275.00 | 0.6 | 165.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing KRCW template for Period 11 | 19-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing KTXL template for Period 11 | 19-Dec-2012 | 275.00 | 0.5 | 137.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating South Florida template for Period 11 | 19-Dec-2012 | 275.00 | 0.9 | 247.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Allentown template for Period 11 | 19-Dec-2012 | 275.00 | 0.2 | 55.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Tribune Technology template for Period 11. | 19-Dec-2012 | 275.00 | 1.3 | 357.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating TMS template for Period 11 | 19-Dec-2012 | 275.00 | 0.6 | 165.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue to update valuation template tracking worksheet | 19-Dec-2012 | 275.00 | 0.2 | 55.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Baltimore template for Period 11 | 19-Dec-2012 | 275.00 | 0.2 | 55.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Hartford Courant template for Period 11 | 19-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing Hartford TV template for Period 11 | 19-Dec-2012 | 275.00 | 0.3 | 82.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing Indy TV template for Period 11 | 19-Dec-2012 | 275.00 | 0.4 | 110.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing KPLR template for Period 11 | 19-Dec-2012 | 275.00 | 0.4 | 110.00 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating coding for LMA assets. | 19-Dec-2012 | 275.00 | 0.5 | 137.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing TBC template for Period 11 | 19-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Tribune Direct analysis for changes from B. Delo, Tribune Direct - Director of Finance & Admin | 20-Dec-2012 | 275.00 | 2.0 | 550.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Tribune Technology template to reflect client requested Product Codes | 20-Dec-2012 | 275.00 | 2.7 | 742.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Broadcasting templates | 20-Dec-2012 | 275.00 | 1.8 | 495.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing WPHL template changes from L. Tworkowski, Tribune - Accounting Manager | 20-Dec-2012 | 275.00 | 0.4 | 110.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue to update valuation template tracking worksheet | 20-Dec-2012 | 275.00 | 2.2 | 605.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating WPHL template for Period 11 | 20-Dec-2012 | 275.00 | 0.7 | 192.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Reviewing WDCW template changes from L. Tworkowski, Tribune - Accounting Manager | 20-Dec-2012 | 275.00 | 0.2 | 55.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Electronic correspondence with J. Kissau, Tribune - Corporate Accounting regarding templates | 21-Dec-2012 | 275.00 | 0.4 | 110.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating Publishing templates reviewed by client | 21-Dec-2012 | 275.00 | 2.2 | 605.00 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating KPLR and KWGN analysis to reflect correct valuation method | 21-Dec-2012 | 275.00 | 1.5 | 412.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Continue updating Broadcasting templates | 21-Dec-2012 | 275.00 | 2.9 | 797.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Updating coding based on templates reviewed by client | 21-Dec-2012 | 275.00 | 2.9 | 797.50 | VAL: Fresh Start |
| Arvin,James F. (US012945202) | Senior-Grade 1 (421) | Discussion with N. Chakiris, Tribune Asst. Controller; and J. Kissau, Tribune - Corporate Accounting, regarding deliverables, timeline, and next steps (attended as EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads) | 21-Dec-2012 | 275.00 | 1.1 | 302.50 | VAL: Fresh Start |
| Blumenstock,Andrew M. (US011941077) | Senior Manager-Grade 4 (214) | Research related to fixed asset enterprise standards as it pertains to Tribune business operations | 04-Dec-2012 | 475.00 | 1.2 | 570.00 | VAL: Fresh Start |
| Blumenstock,Andrew M. (US011941077) | Senior Manager-Grade 4 (214) | Discussion with J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding fixed asset enterprise standards (attended as EY Senior Manager Subject Matter Professional) | 05-Dec-2012 | 475.00 | 1.4 | 665.00 | VAL: Fresh Start |
| Blumenstock,Andrew M. (US011941077) | Senior Manager-Grade 4 (214) | Draft of fixed asset enterprise standards as it pertains to Tribune business operations | 07-Dec-2012 | 475.00 | 3.1 | 1,472.50 | VAL: Fresh Start |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Draft of explanation of assumptions used to develop organization chart. | 04-Dec-2012 | 375.00 | 2.5 | 937.50 | Property Tax Fresh Start |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Call with M. Bilbrey, Tribune Tax Assistant, regarding fresh start post emergence organization chart (attended as EY Assistant Director responsible for data integration) | 06-Dec-2012 | 375.00 | 1.0 | 375.00 | Property Tax Fresh Start |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Call with M. Bilbrey, Tribune Tax Assistant, regarding fresh start post emergence organization chart and business units to be removed (attended as EY Assistant Director responsible for data integration) | 12-Dec-2012 | 375.00 | 0.6 | 225.00 | Property Tax Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Update work files for additional filtering parameter related to adjusted tables and queries for property tax management system | 12-Dec-2012 | 375.00 | 1.9 | 712.50 | Property Tax Fresh Start |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Call with N. Chakiris, Tribune Asst. Controller, regarding real estates assets in the property tax management software (attended as EY Assistant Director responsible for data integration) | 13-Dec-2012 | 375.00 | 0.8 | 300.00 | Property Tax Fresh Start |
| Conrad,Kelly E. (US011358593) | Assistant Director (63) | Create database to align new Fresh Start organization chart with the central Supplies-Inventory data file client delivers. | 19-Dec-2012 | 375.00 | 3.7 | 1,387.50 | Property Tax Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Initial preparation of client report for valuation | 10-Dec-2012 | 375.00 | 2.4 | 900.00 | VAL: Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Continued preparation of client report for valuation | 13-Dec-2012 | 375.00 | 3.5 | 1,312.50 | VAL: Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Continued preparation of client report for valuation | 13-Dec-2012 | 375.00 | 2.6 | 975.00 | VAL: Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Continued preparation of client report for valuation | 14-Dec-2012 | 375.00 | 5.1 | 1,912.50 | VAL: Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Continued preparation of client report for valuation | 17-Dec-2012 | 375.00 | 2.1 | 787.50 | VAL: Fresh Start |
| Horvath,Matthew R (US012930910) | Manager-Grade 1 (321) | Continued preparation of client report for valuation | 19-Dec-2012 | 375.00 | 1.1 | 412.50 | VAL: Fresh Start |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Discussion with J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; A. Blumenstock, EY Senior Manager Subject Matter Professional; and B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; regarding fixed asset enterprise standards (attended as EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor) | 05-Dec-2012 | 525.00 | 1.4 | 735.00 | VAL: Fresh Start |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Meeting at Tribune Tower with R. Carter, Tribune; E. Wainscot, Tribune Financial Analyst; B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; and J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; regarding an action plan for Day 1 of Emergence (attended as EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor) | 06-Dec-2012 | 525.00 | 1.8 | 945.00 | VAL: Fresh Start |
| Howley,Matthew C (US011223158) | Partner/Principal-Grade 1 (111) | Call with N. Chakiris, Tribune Asst. Controller; J. Kissau, Tribune - Corporate Accounting; . Wainscot, Tribune Financial Analyst; J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; regarding valuation status (attended as EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor) | 07-Dec-2012 | 525.00 | 1.2 | 630.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Input new forecast information for Newspaper, Broadcasting, Corporate | 05-Dec-2012 | 475.00 | 3.7 | 1,757.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Continue to input new forecast information for Newspaper, Broadcasting, Corporate | 06-Dec-2012 | 475.00 | 0.3 | 142.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Preparation of workpapers in response to questions from PwC, Tribune - External Auditor, regarding Newspaper, TMS, and TV | 11-Dec-2012 | 475.00 | 2.6 | 1,235.00 | VAL: Fresh Start |

| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Continued preparation of workpapers in response to questions from PwC, Tribune - External Auditor, regarding Newspaper, TMS, and TV | 12-Dec-2012 | 475.00 | 2.2 | 1,045.00 | VAL: Fresh Start |
|---|---|---|---|---|---|---|---|
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Continued preparation of workpapers in response to questions from PwC, Tribune - External Auditor, regarding Newspaper, TMS, and TV | 13-Dec-2012 | 475.00 | 0.2 | 95.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Transferring News, TMS, TV, Cable, Radio, & Corp DCF asset distribution tool data to 2013 due to change in emergence date | 17-Dec-2012 | 475.00 | 3.3 | 1,567.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Continued transferring Newspaper and TMS intangible asset distribution tool data to 2013 due to change in emergence date | 18-Dec-2012 | 475.00 | 4.2 | 1,995.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Continued transferring Newspaper and TMS intangible asset distribution tool data to 2013 due to change in emergence date | 19-Dec-2012 | 475.00 | 1.8 | 855.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Update balance sheet data | 29-Dec-2012 | 475.00 | 3.8 | 1,805.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Update forecast data for cable & radio | 30-Dec-2012 | 475.00 | 2.4 | 1,140.00 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Update forecast data for TV | 30-Dec-2012 | 475.00 | 4.3 | 2,042.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Comparison of aggregate forecast data to consolidated Tribune asset distribution tool | 31-Dec-2012 | 475.00 | 3.3 | 1,567.50 | VAL: Fresh Start |
| Jones,Matthew C. (US011854414) | Senior Manager-Grade 4 (214) | Prepare assumptions list for client approval | 31-Dec-2012 | 475.00 | 4.2 | 1,995.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Discussion with B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; and J. Arvin, EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads; regarding project status and completion planning (attended as EY Manager responsible for all workstreams and oversees reconciliation of all workstreams) | 03-Dec-2012 | 375.00 | 0.6 | 225.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Review the Period 11 asset download | 04-Dec-2012 | 375.00 | 1.2 | 450.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Research regarding owned towers at KWGN and valuation technique | 04-Dec-2012 | 375.00 | 0.4 | 150.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Continued review the Period 11 asset download | 05-Dec-2012 | 375.00 | 0.9 | 337.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Create R asset numbers in the access asset distribution tool. | 06-Dec-2012 | 375.00 | 1.1 | 412.50 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Meeting at Tribune Tower with R. Carter, Tribune; E. Wainscot, Tribune Financial Analyst; B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding an action plan for Day 1 of Emergence (attended as EY Manager responsible for all workstreams and oversees reconciliation of all workstreams) | 06-Dec-2012 | 375.00 | 1.8 | 675.00 | VAL: Fresh Start |
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Call with N. Chakiris, Tribune Asst. Controller; J. Kissau, Tribune - Corporate Accounting; . Wainscot, Tribune Financial Analyst; B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding valuation status (attended as EY Manager responsible for all workstreams and oversees reconciliation of all workstreams) | 07-Dec-2012 | 375.00 | 1.2 | 450.00 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Knightly,James Charles (US012542157) | Manager-Grade 2 (322) | Call with R. Taylor, EY Staff responsible assisting with fixed asset templates; and J. Arvin, EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads; regarding methodology related to Tribune broadcast templates (attended as EY Manager responsible for all workstreams and oversees reconciliation of all workstreams) | 18-Dec-2012 | 375.00 | 1.1 | 412.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Discussion with B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; A. Blumenstock, EY Senior Manager Subject Matter Professional; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding fixed asset enterprise standards (attended as EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor) | 05-Dec-2012 | 525.00 | 1.4 | 735.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Review of fixed asset category/sub-category coding conventions | 06-Dec-2012 | 525.00 | 2.3 | 1,207.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Call with N. Chakiris, Tribune Asst. Controller; J. Kissau, Tribune - Corporate Accounting; . Wainscot, Tribune Financial Analyst; J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding valuation status (attended as EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor) | 07-Dec-2012 | 525.00 | 1.2 | 630.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Review of fixed asset category descriptions and asset types | 18-Dec-2012 | 525.00 | 4.4 | 2,310.00 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Meeting with B. Venisnik, EY Senior Manager responsible for implementation of personal property workstream; regarding valuation status (attended as EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor) | 18-Dec-2012 | 525.00 | 0.9 | 472.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Continued review of fixed asset category descriptions and asset types | 19-Dec-2012 | 525.00 | 2.1 | 1,102.50 | VAL: Fresh Start |
| Mason,Jon S (US011205700) | Executive Director-Grade 2 (132) | Continued review of fixed asset category descriptions and asset types | 21-Dec-2012 | 525.00 | 1.1 | 577.50 | VAL: Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of organizational structure based on the plan for entities and business units after emergence | 04-Dec-2012 | 375.00 | 0.4 | 150.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of organizational structure based on the plan for entities and business units after emergence | 05-Dec-2012 | 375.00 | 0.2 | 75.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of organizational structure based on the plan for entities and business units after emergence | 06-Dec-2012 | 375.00 | 1.8 | 675.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of organizational structure based on the plan for entities and business units after emergence | 07-Dec-2012 | 375.00 | 1.6 | 600.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued research related to treatments of impairments on historic cost basis | 10-Dec-2012 | 375.00 | 0.8 | 300.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued research related to treatments of impairments on historic cost basis | 11-Dec-2012 | 375.00 | 2.6 | 975.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Initial analysis of property tax management system updates for fresh start accounting | 12-Dec-2012 | 375.00 | 4.1 | 1,537.50 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of property tax management system updates for fresh start accounting | 13-Dec-2012 | 375.00 | 2.4 | 900.00 | Property Tax Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Call with M. Deloian, Tribune Director of Tax; and P. Smith, EY Executive Director responsible for the property tax engagements and high level interface with the Debtor; regarding Fresh Start fee estimate (attended as EY Manager responsible for compliance and implementation oversight) | 14-Dec-2012 | 375.00 | 0.6 | 225.00 | Property Tax Fresh Start |
| Orsburn,Mary Ella (US012606692) | Manager-Grade 3 (323) | Continued analysis of property tax management system updates for fresh start accounting | 14-Dec-2012 | 375.00 | 1.7 | 637.50 | Property Tax Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Research related to analysis question from PwC, Tribune - External Auditor | 11-Dec-2012 | 475.00 | 1.9 | 902.50 | VAL: Fresh Start |
| Putnam,Joshua Eric (US011539684) | Senior Manager-Grade 4 (214) | Electronic correspondence with PwC, Tribune - External Auditor, regarding analysis question | 12-Dec-2012 | 475.00 | 0.6 | 285.00 | VAL: Fresh Start |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the September fee application | 03-Dec-2012 | 175.00 | 7.5 | 1,312.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the September fee application | 04-Dec-2012 | 175.00 | 3.0 | 525.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the September fee application | 05-Dec-2012 | 175.00 | 2.5 | 437.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the September fee application | 06-Dec-2012 | 175.00 | 2.9 | 507.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the September fee application | 11-Dec-2012 | 175.00 | 5.0 | 875.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Initial compilation of the October - November fee application | 12-Dec-2012 | 175.00 | 3.6 | 630.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 13-Dec-2012 | 175.00 | 3.4 | 595.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 14-Dec-2012 | 175.00 | 1.9 | 332.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 17-Dec-2012 | 175.00 | 7.2 | 1,260.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 18-Dec-2012 | 175.00 | 3.9 | 682.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 20-Dec-2012 | 175.00 | 2.7 | 472.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 24-Dec-2012 | 175.00 | 3.7 | 647.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 26-Dec-2012 | 175.00 | 3.6 | 630.00 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 27-Dec-2012 | 175.00 | 4.9 | 857.50 | Fee/Employment Applications |
| Rodriguez,Nancy Walton (US012464159) | Staff/Assistant-Grade 1 (441) | Continued compilation of the October - November fee application | 28-Dec-2012 | 175.00 | 3.8 | 665.00 | Fee/Employment Applications |
| Smith,Peter (US012444703) | Executive Director-Grade 1 (131) | Call with M. Deloian, Tribune Director of Tax; and M. Orsburn, EY Manager responsible for compliance and implementation oversight; regarding Fresh Start fee estimate (attended as EY Executive Director responsible for the property tax engagements and high level interface with the Debtor) | 14-Dec-2012 | 500.00 | 0.6 | 300.00 | Property Tax Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 (441) | Call with J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and J. Arvin, EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads; regarding methodology related to Tribune broadcast templates (attended as EY Staff responsible assisting with fixed asset templates) | 18-Dec-2012 | 175.00 | 1.1 | 192.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KTLA template to Period 11 | 19-Dec-2012 | 175.00 | 1.6 | 280.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Hartford TV template to Period 11 | 19-Dec-2012 | 175.00 | 0.9 | 157.50 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KSWB template to Period 11 | 19-Dec-2012 | 175.00 | 1.1 | 192.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated WSFL template to Period 11 | 19-Dec-2012 | 175.00 | 1.3 | 227.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Indianapolis TV template to Period 11 | 19-Dec-2012 | 175.00 | 0.7 | 122.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Seattle TV template to Period 11 | 20-Dec-2012 | 175.00 | 1.1 | 192.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KRCW template to Period 11 | 20-Dec-2012 | 175.00 | 0.8 | 140.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated New Orleans template to Period 11 | 20-Dec-2012 | 175.00 | 1.2 | 210.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated WXMI template to Period 11 | 20-Dec-2012 | 175.00 | 0.9 | 157.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KPLR template to Period 11 | 20-Dec-2012 | 175.00 | 1.1 | 192.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KTXL template to Period 11 | 20-Dec-2012 | 175.00 | 1.3 | 227.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated WPMT template to Period 11 | 20-Dec-2012 | 175.00 | 0.6 | 105.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KDAF template to Period 11 | 20-Dec-2012 | 175.00 | 0.9 | 157.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated KWGN template to Period 11 | 20-Dec-2012 | 175.00 | 0.8 | 140.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated WGN Radio template to Period 11 | 21-Dec-2012 | 175.00 | 1.2 | 210.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated TBC template to Period 11 | 21-Dec-2012 | 175.00 | 0.6 | 105.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Tribune Properties template to Period 11 | 21-Dec-2012 | 175.00 | 0.4 | 70.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Tribune Company template to Period 11 | 21-Dec-2012 | 175.00 | 0.4 | 70.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated FSC template to Period 11 | 21-Dec-2012 | 175.00 | 0.6 | 105.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Tribune Publishing Company template to Period 11 | 21-Dec-2012 | 175.00 | 1.7 | 297.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Tribune Media Net template to Period 11 | 21-Dec-2012 | 175.00 | 0.8 | 140.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Tribune Broadcasting News Net template to Period 11 | 21-Dec-2012 | 175.00 | 0.4 | 70.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Newsday, Inc template to Period 11 | 21-Dec-2012 | 175.00 | 0.3 | 52.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated Media Sales Group template to Period 11 | 21-Dec-2012 | 175.00 | 0.3 | 52.50 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Updated FSO template to Period 11 | 21-Dec-2012 | 175.00 | 0.4 | 70.00 | VAL: Fresh Start |
| Taylor,Ross L. (US013288358) | Staff/Assistant-Grade 3 | Review of the Category Appendix | 24-Dec-2012 | 175.00 | 3.9 | 682.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Research related to questions from E. Wainscot, Tribune Financial Analyst on real property mapping file | 03-Dec-2012 | 475.00 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and J. Arvin, EY Analyst responsible for fixed asset templates, value calculations, and PeopleSoft uploads; regarding project status and completion planning (attended as EY Senior Manager responsible for implementation of personal property workstream) | 03-Dec-2012 | 475.00 | 0.6 | 285.00 | VAL: Fresh Start |

| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review fixed asset enterprise standard deck | 04-Dec-2012 | 475.00 | 1.9 | 902.50 | VAL: Fresh Start |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review updated spare parts analysis | 04-Dec-2012 | 475.00 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review updated LMA fixed asset listing | 04-Dec-2012 | 475.00 | 3.8 | 1,805.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Discussion with J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; A. Blumenstock, EY Senior Manager Subject Matter Professional; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding fixed asset enterprise standards (attended as EY Senior Manager responsible for implementation of personal property workstream) | 05-Dec-2012 | 475.00 | 1.4 | 665.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review of updated LMA fixed asset listing | 05-Dec-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of formula character issues in fixed asset listing for incompatible or non-compliant characters | 05-Dec-2012 | 475.00 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of updated spare parts analysis | 05-Dec-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Period 11 download of fixed assets | 06-Dec-2012 | 475.00 | 3.3 | 1,567.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting at Tribune Tower with R. Carter, Tribune; E. Wainscot, Tribune Financial Analyst; J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding an action plan for Day 1 of Emergence (attended as EY Senior Manager responsible for implementation of personal property workstream) | 06-Dec-2012 | 475.00 | 1.8 | 855.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review of updated LMA fixed asset listing | 07-Dec-2012 | 475.00 | 2.1 | 997.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued analysis of updated spare parts analysis | 07-Dec-2012 | 475.00 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Call with N. Chakiris, Tribune Asst. Controller; J. Kissau, Tribune - Corporate Accounting; E. Wainscot, Tribune Financial Analyst; J. Knightly, EY Manager responsible for all workstreams and oversees reconciliation of all workstreams; J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; and M. Howley, EY Partner responsible for overseeing all workstreams (except valuation of personal property) and regular high level interface with the Debtor; regarding valuation status (attended as EY Senior Manager responsible for implementation of personal property workstream) | 07-Dec-2012 | 475.00 | 1.2 | 570.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued analysis of Period 11 download of fixed assets | 07-Dec-2012 | 475.00 | 0.6 | 285.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review fixed asset enterprise standard deck | 07-Dec-2012 | 475.00 | 2.4 | 1,140.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review fixed asset enterprise standard deck | 10-Dec-2012 | 475.00 | 3.7 | 1,757.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review fixed asset enterprise standard deck | 13-Dec-2012 | 475.00 | 3.9 | 1,852.50 | VAL: Fresh Start |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review fixed asset enterprise standard deck | 13-Dec-2012 | 475.00 | 2.6 | 1,235.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of fixed asset categories | 14-Dec-2012 | 475.00 | 4.1 | 1,947.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Analysis of Period 11 templates | 14-Dec-2012 | 475.00 | 3.9 | 1,852.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued review fixed asset enterprise standard deck | 17-Dec-2012 | 475.00 | 2.7 | 1,282.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Review coding for additions from Period 5 to Period 11 | 18-Dec-2012 | 475.00 | 4.2 | 1,995.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Meeting with J. Mason, EY Executive Director responsible for overseeing valuation of personal property workstream and high level interface with the Debtor; regarding valuation status (attended as EY Senior Manager responsible for implementation of personal property workstream) | 18-Dec-2012 | 475.00 | 0.9 | 427.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued analysis of Period 11 templates | 18-Dec-2012 | 475.00 | 2.9 | 1,377.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Initial edits to category matrix fixed asset listing | 18-Dec-2012 | 475.00 | 1.7 | 807.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Update workplan for 12/31 emergence date | 19-Dec-2012 | 475.00 | 3.8 | 1,805.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Update project planning for 12/31 emergence | 19-Dec-2012 | 475.00 | 2.6 | 1,235.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued edits to category matrix fixed asset listing | 20-Dec-2012 | 475.00 | 1.3 | 617.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued analysis of Period 11 templates | 20-Dec-2012 | 475.00 | 4.2 | 1,995.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued analysis of Period 11 templates | 21-Dec-2012 | 475.00 | 3.8 | 1,805.00 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continue review of coding for additions from Period 5 to Period 11 | 30-Dec-2012 | 475.00 | 3.7 | 1,757.50 | VAL: Fresh Start |
| Venisnik,Bradley J. (US011454377) | Senior Manager-Grade 4 (214) | Continued edits to category matrix fixed asset listing | 31-Dec-2012 | 475.00 | 3.1 | 1,472.50 | VAL: Fresh Start |
| n/a | n/a | Voluntary reduction agreed to with client for Property Tax Fresh Start work | n/a | n/a | n/a | (10,312.50) | Property Tax Fresh Start |

| | | |
|---|---|---|
| 359.1 | 115,385.00 | |
| 27.3 | - | Property Tax Fresh Start |
| 272.2 | 104,955.00 | VAL: Fresh Start |
| - | - | Property Tax Compliance |
| - | - | Market Value Surveys |
| 59.6 | 10,430.00 | Fee/Employment Applications |
| - | - | Multi-State VDA |
| 359.1 | 115,385.00 | |
| - | - | |