# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 12074** |

## CERTIFICATION OF COUNSEL WITH RESPECT TO STIPULATION BETWEEN REORGANIZED DEBTORS AND AURELIUS CAPITAL MANAGEMENT, LP REGARDING EXTENSION OF TIME FOR AURELIUS CAPITAL MANAGEMENT, LP TO FILE AN APPLICATION PURSUANT TO 11 U.S.C. § 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN CONNECTION WITH THE TRIBUNE <u>BANKRUPTCY PROCEEDINGS</u>

---

[1] The Reorganized Debtors are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); Chicago Land Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com Corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); N01th Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entettainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Ttibune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Reorganized Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

The undersigned, counsel to Aurelius Capital Management, LP ("Aurelius"), whose managed entities are creditors in the above-captioned chapter 11 cases, hereby certifies as follows:

1. Pursuant to Section 9.2 of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (the "Plan") [Bankruptcy Case No. 08-13141, ECF No. 12072], all applications for compensation or reimbursement for making a substantial contribution under 11 U.S.C. § 503(b)(4) (a "503(b) Application") must be filed and served not later than sixty days after the effective date (which deadline is March 1, 2013), unless otherwise ordered by the Bankruptcy Court.

2. On July 23, 2012, this Court entered an Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (the "Confirmation Order") [Bankruptcy Case No. 08-13141, ECF No. 12074].

3. On July 23, 2012, Aurelius filed an appeal of the Confirmation Order and the orders, decisions and memoranda incorporated therein (the "Aurelius Appeal") [Bankruptcy Case No. 08-13141, ECF No. 12077] to the United States District Court for the District of Delaware (the "District Court"). The Aurelius Appeal challenges this Court's approval of the settlement of causes of action arising from the Tribune Company's 2007 leveraged buy-out that is embodied in the Plan (the "DCL Settlement").

4. On January 18, 2013, the Reorganized Debtors moved to dismiss the Aurelius Appeal as equitably moot (the "Motion To Dismiss") [Civil Action No. 12-cv-00128, ECF Nos. 58-59]. On February 12, 2013, Aurelius objected to the Motion To Dismiss [Civil Action No. 12-cv-00128, ECF Nos. 80, 82]. The Reorganized Debtors' reply in further support of the Motion to Dismiss is due on February 26, 2013.

5. Aurelius and the Reorganized Debtors (the "Parties") have agreed, subject to the Court's approval, to extend the time for Aurelius to file a 503(b) Application until sixty (60) days after a final, non-appealable order is issued in connection with the Aurelius Appeal that reverses, in any way, the Confirmation Order's approval of the DCL Settlement or otherwise grants any affirmative relief with respect to the Aurelius Appeal (a "Reversal Order").

6. Aurelius agrees that it will not file a 503(b) Application unless and until a Reversal Order has been issued.

7. Attached hereto as Exhibit 1 is the Stipulation Between Reorganized Debtors And Aurelius Capital Management, LP Regarding Extension Of Time For Aurelius Capital Management, LP To File An Application Pursuant To 11 U.S.C. § 503(b)(3)(D) And (b)(4) For Allowance Of Administrative Expenses Incurred In Making A Substantial Contribution In Connection With The Tribune Bankruptcy Proceedings (the "Stipulation"), which sets forth the agreement between the Parties described in the preceding paragraphs. Attached hereto as Exhibit 2 is a proposed order approving the Stipulation (the "Proposed Order").

8. Aurelius respectfully requests that this Court enter the Proposed Order approving the Stipulation.

Dated: February 26, 2013
      Wilmington, Delaware

AKIN GUMP STRAUSS HAUER &
FELD LLP
Daniel H. Golden
David Zensky
Philip C. Dublin
Deborah J. Newman
One Bryant Park
New York, NY 10036
(212) 872-1000

- and -

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Counsel for Aurelius Capital Management, LP*