# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2012 through December 31, 2012

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 0.50 | 920.00 | 460.00 |
| Brad Hall | Director | 31.50 | 665.00 | 20,947.50 |
| Allan Hsu | Director | 2.00 | 665.00 | 1,330.00 |
| Mark F Rule | Director | 21.00 | 620.00 | 13,020.00 |
| Albert Leung | Director | 28.70 | 620.00 | 17,794.00 |
| Young Kim | Director | 1.80 | 620.00 | 1,116.00 |
| Kristina Galbraith | Associate | 1.60 | 305.00 | 488.00 |
| Quinton Sam | Associate | 1.50 | 190.00 | 285.00 |
| **Total Hours & Fees** | | **88.60** | | 55,440.50 |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.