# EXHIBIT "B"

# EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

### December 1, 2012 through December 31, 2012

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 005735.00004 | Current Financials | 21.3 | $13,593.00 |
| 005735.00008 | Plan of Reorganization | 20.6 | 13,673.50 |
| 005735.00010 | Claims & Recoveries | 4.9 | 3,200.00 |
| 005735.00015 | UCC Meetings | 1.9 | 1,263.50 |
| 005735.00016 | Litigation Hold | 26.1 | 15,123.00 |
| 005735.00017 | Billing and Retention | 13.8 | 8,587.50 |
| **Total Fees Incurred** | | **88.6** | **$55,440.50** |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/04/12 | BH | Analyzed weekly revenue data. | 0.90 |
| 12/04/12 | BH | Review weekly financial performance compared to Plan. | 1.30 |
| 12/06/12 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 12/08/12 | ANL | Prepared weekly status update to UCC. | 0.90 |
| 12/10/12 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 12/12/12 | ANL | Analyzed weekly revenue flash reports and cash reports. | 1.50 |
| 12/12/12 | BH | Analyzed weekly revenue data. | 1.00 |
| 12/12/12 | BH | Review weekly financial performance compared to Plan. | 1.30 |
| 12/18/12 | BH | Review weekly financial performance compared to Plan. | 1.30 |
| 12/18/12 | BH | Analyzed weekly revenue data. | 0.80 |
| 12/18/12 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 12/19/12 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 12/20/12 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 12/26/12 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 12/27/12 | BH | Analyzed weekly revenue data. | 0.80 |
| 12/27/12 | ANL | Prepared weekly status update to UCC. | 1.50 |
| 12/27/12 | BH | Review weekly financial performance compared to Plan. | 1.20 |
| | | **Total Hours** | **21.30** |

24

Re:             Current Financials
Client/Matter #    005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 12.70 | 620.00 | 7,874.00 |
| Brad Hall | 8.60 | 665.00 | 5,719.00 |
| **Total Hours & Fees** | **21.30** | | **13,593.00** |

Re:                              Plan of Reorganization
Client/Matter #              005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/02/12 | BH | Prepared memo to Chadbourne on emergence date options and issues. | 1.30 |
| 12/03/12 | ANL | Reviewed exit financing documents and CIM. | 0.90 |
| 12/03/12 | BH | Discuss method of payment (check vs. wire) anticipated by Debtor at emergence, and the considerations which could alter the proposed methods of payment. | 1.60 |
| 12/04/12 | BH | Draft memo to Committee on Emergence Date options, and issues. | 3.10 |
| 12/04/12 | BH | Follow-up with Debtors advisors on posting of the Credit Agreement as anticipated in the Confidential Investment Memo. | 0.20 |
| 12/04/12 | BH | Held discussion with A. Holtz (AlixPartners). | 0.50 |
| 12/04/12 | AH | Review emergence notes and memo. | 0.50 |
| 12/04/12 | BH | Review and analyze Confidential Investment Memo pertaining to Debtors proposed Exit Term Loan. | 2.80 |
| 12/05/12 | ANL | Reviewed exit financing documents and POR | 1.30 |
| 12/05/12 | BH | Participate in a call with Chadbourne and Sidley regarding emergence date issues. | 1.50 |
| 12/07/12 | BH | Review the FAQ document provided by the Debtors discussing the expected emergence issues and timeline. | 0.80 |
| 12/10/12 | BH | Provide comments on proposed letter from Debtor to Creditors on payment options at emergence. | 0.50 |
| 12/12/12 | BH | Draft memo to Chadbourne on Debtors response to inquiries on articles suggesting a potential sale of newspaper businesses. | 0.50 |
| 12/12/12 | BH | Review article on Tribune potential sale of newspapers post emergence. | 0.50 |
| 12/12/12 | BH | Follow-up with Debtors advisors on the status of financing commitments for Exit Term Loan. | 0.40 |
| 12/13/12 | BH | Draft memo on the cost of exit financing, and over-subscription of commitments on Exit Term Loan. | 0.80 |
| 12/19/12 | ANL | Reviewed Chadbourne memos, exit financing documents and Confidential Investment Memo. | 1.20 |
| 12/20/12 | BH | Analyze Debtors Claims and Distribution Update. | 2.20 |
| | | **Total Hours** | **20.60** |

Re:       Plan of Reorganization
Client/Matter #      005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.50 | 920.00 | 460.00 |
| Albert Leung | 3.40 | 620.00 | 2,108.00 |
| Brad Hall | 16.70 | 665.00 | 11,105.50 |
| **Total Hours & Fees** | **20.60** | | **13,673.50** |

Re:                           Claims & Recoveries
Client/Matter #               005735.00010

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 12/27/12 | BH | Review Claims and Distribution Update from Debtors advisors. | 1.70 |
| 12/28/12 | BH | Review Stipulation of NBC-Universal claims. | 0.50 |
| 12/29/12 | ANL | Reviewed NBC stip agreement. | 1.30 |
| 12/29/12 | BH | Review final claims and distribution analysis provided by Debtors advisors. | 1.40 |
| | | **Total Hours** | **4.90** |

Re:                          Claims & Recoveries
Client/Matter #              005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 1.30 | 620.00 | 806.00 |
| Brad Hall | 3.60 | 665.00 | 2,394.00 |
| **Total Hours & Fees** | **4.90** | | **3,200.00** |

Re:                          UCC Meetings
Client/Matter #              005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/05/12 | BH | Prepare outline for discussion of emergence date issues for verbal presentation with the Committee. | 1.00 |
| 12/05/12 | BH | Participate in Committee call and present information on emergence date issues. | 0.90 |
| | | **Total Hours** | **1.90** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brad Hall | 1.90 | 665.00 | 1,263.50 |
| **Total Hours & Fees** | **1.90** | | **1,263.50** |

Re:                          Litigation Hold
Client/Matter #              005735.00016

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/05/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 3.00 |
| 12/06/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 2.00 |
| 12/07/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 2.00 |
| 12/11/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 2.00 |
| 12/13/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 6.00 |
| 12/14/12 | MFR | Review of documents and preparation for submission of documents to Litigation Trustee. | 6.00 |
| 12/19/12 | KG | Prepare documents for upcoming production for Litigation Trustee. | 1.60 |
| 12/19/12 | AH | Developed production deliverable, performed quality control, and transmitted the results to counsel for Litigation Trustee. | 2.00 |
| 12/20/12 | QS | Preformed production process and procedures including hard drive preparation, data replication, and quality control for Litigation Trustee. | 1.50 |
| | | **Total Hours** | **26.10** |

32

Re:                          Litigation Hold
Client/Matter #              005735.00016

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mark F Rule | 21.00 | 620.00 | 13,020.00 |
| Allan Hsu | 2.00 | 665.00 | 1,330.00 |
| Kristina Galbraith | 1.60 | 305.00 | 488.00 |
| Quinton Sam | 1.50 | 190.00 | 285.00 |
| **Total Hours & Fees** | **26.10** | | **15,123.00** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/08/12 | ANL | Prepared response to fee examiner 13th interim period report. | 2.20 |
| 12/10/12 | ANL | Prepared response to fee examiner 13th interim period report. | 1.10 |
| 12/10/12 | BH | Review report to fee examiner. | 0.70 |
| 12/12/12 | ANL | Prepared November 2012 fee application and exhibits. | 1.30 |
| 12/18/12 | YK | Prepared November 2012 fee application. | 1.80 |
| 12/18/12 | ANL | Prepared November 2012 fee application and exhibits. | 1.10 |
| 12/27/12 | ANL | Prepared November 2012 fee application and exhibits. | 1.80 |
| 12/29/12 | ANL | Prepared November 2012 fee application and interim fee application. | 1.50 |
| 12/31/12 | ANL | Prepared November 2012 fee application and interim fee application. | 2.30 |
| | | **Total Hours** | **13.80** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 11.30 | 620.00 | 7,006.00 |
| Brad Hall | 0.70 | 665.00 | 465.50 |
| Young Kim | 1.80 | 620.00 | 1,116.00 |
| **Total Hours & Fees** | **13.80** | | **8,587.50** |