# EXHIBIT "C"

| Date | Disbursement Description | Amount |
|---|---|---|
| 11/08/12 | Computer Supplies / Support - - VENDOR: kCura Corporation October 2012 Monthly User Fees (Litigation Hold) | 203.43 |
| 11/30/12 | Computer Supplies / Support - - VENDOR: kCura Corporation November 2012 - Monthly user fees | 260.97 |
| | **Total Disbursements** | **464.40** |