# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Reorganized Debtors.[2]

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

Related to Docket No. 12074

## STIPULATION BETWEEN REORGANIZED DEBTORS AND AURELIUS CAPITAL MANAGEMENT, LP REGARDING EXTENSION OF TIME FOR AURELIUS CAPITAL MANAGEMENT, LP TO FILE AN APPLICATION PURSUANT TO 11 U.S.C. § 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN CONNECTION WITH THE TRIBUNE BANKRUPTCY PROCEEDINGS

---

[2] The Reorganized Debtors are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); Chicago Land Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); ForSaleByOwner.com Corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); N01th Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Reorganized Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

IT IS HEREBY STIPULATED AND AGREED, by and between the Reorganized Debtors in the above-captioned chapter 11 cases and Aurelius Capital Management, LP ("Aurelius" and, together with the Reorganized Debtors, the "Parties"), subject to approval of the Court, that:

1. The time for Aurelius to file an application for compensation or reimbursement for making a substantial contribution under 11 U.S.C. § 503(b)(4) (a "503(b) Application") is extended until sixty (60) days after a final, non-appealable order is issued in connection with Aurelius's appeal of the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. (the "Confirmation Order") [Bankruptcy Case No. 08-13141, ECF No. 12074] and the orders, decisions and memoranda incorporated therein [Bankruptcy Case No. 08-13141, ECF No. 12077] (the "Aurelius Appeal") that reverses, in any way, the Confirmation Order's approval of the settlement of causes of action arising from the Tribune Company's 2007 leveraged buy-out that is embodied in the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by The Debtors, The Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. [Bankruptcy Case No. 08-13141, ECF No. 12072] or otherwise grants any affirmative relief with respect to the Aurelius Appeal (a "Reversal Order").

2. Aurelius shall not file a 503(b) Application unless and until a Reversal Order has been issued.

3.  Nothing in this Stipulation shall impact or otherwise prejudice the Reorganized Debtors' ability to oppose any 503(b) Application filed by Aurelius.

Dated: February 26, 2013
Wilmington, Delaware

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David Zensky<br>Philip C. Dublin<br>Deborah J. Newman<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312)853-7000 |
| - and - | - and - |
| ASHBY & GEDDES, P.A.<br><br>/s/ William P. Bowden<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>Leigh-Anne M. Raport (I.D. No. 5055)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19899<br>(302) 652-3131 |
| *Counsel for Aurelius Capital Management, LP* | *Counsel for Reorganized Debtors* |

3

3. Nothing in this Stipulation shall impact or otherwise prejudice the Reorganized Debtors' ability to oppose any 503(b) Application filed by Aurelius.

Dated: February __, 2013
Wilmington, Delaware

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David Zensky<br>Philip C. Dublin<br>Deborah J. Newman<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>- and -<br><br>ASHBY & GEDDES, P.A.<br><br>_____<br>William P. Bowden (I.D. No. 2553)<br>Amanda M. Winfree (I.D. No. 4615)<br>500 Delaware Avenue, P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br><br>*Counsel for Aurelius Capital Management, LP* | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Kevin T. Lantry<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>- and -<br><br>COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br><br>_____<br>Norman L. Pernick (I.D. No. 2290)<br>J. Kate Stickles (I.D. No. 2917)<br>Patrick J. Reilley (I.D. No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19899<br>(302) 652-3131<br><br>*Counsel for Reorganized Debtors* |