## EXHIBIT A

**TRIBUNE COMPANY, <u>et al</u>.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**December 1, 2012 through December 31, 2012**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 15.90 | $ 7,038.50 |
| Committee Meetings | 003 | 18.70 | 13,841.50 |
| Creditor Communications | 004 | 5.30 | 3,326.50 |
| Business Operations | 007 | 3.60 | 2,562.00 |
| Claims Administration/Bar Date | 009 | 15.10 | 8,893.50 |
| Fee/Retention Applications | 010 | 33.90 | 16,735.50 |
| Avoidance Actions | 013 | 4.70 | 3,067.50 |
| Employee Issues | 014 | 6.30 | 3,528.50 |
| General Litigation | 017 | 2.20 | 1,429.00 |
| Review of Pre-Petition Financings | 019 | 14.40 | 8,448.00 |
| Shareholder Claims | 020 | 3.00 | 1,700.00 |
| Plan Litigation/Implementation | 021 | 107.90 | 78,510.50 |
| **Total** | | **231.00** | **$149,081.00** |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1

                              For Services Through December 31, 2012

Our Matter #19804.002
            BANKRUPTCY GENERAL


12/03/12    D. BAVA            Review and analysis of docket        0.60 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.30); review
                              3d Circuit Aurelius appeal re:
                              daily case activity (.10); review
                              district court docket sheet re:
                              pending appeals (.10); review,
                              revise and finalize case calendar
                              based on current docket entries
                              (.10).

12/03/12    M. DISTEFANO       Reviewed docket filings (.1).        0.10 hrs.

12/03/12    D. E. DEUTSCH      Review last four daily reports,      0.40 hrs.
                              pleadings therein and court
                              calendar (.4).

12/04/12    D. BAVA            Review and analysis of docket        0.60 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.30); review
                              3d Circuit Aurelius appeal re:
                              daily case activity (.10); review
                              district court docket sheet re:
                              pending appeals (.10); review,
                              revise and finalize case calendar
                              based on current docket entries
                              (.10).

12/04/12    M. DISTEFANO       Reviwed docket filings (.2).         0.20 hrs.

12/05/12    M. DISTEFANO       Reviewed docket filings (.3).        0.30 hrs.

12/06/12    M. DISTEFANO       Reviewed docket filings (.2).        0.20 hrs.

12/06/12    D. BAVA            Review and analysis of docket        0.60 hrs.
                              sheets, including Neil district
                              court litigation, Delaware
                              adversary proceedings and
                              multi-district litigations re:
                              daily case activity (.30); review
                              3d Circuit Aurelius appeal re:
                              daily case activity (.10); review
                              district court docket sheet re:

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                        |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10).                                                                                                                                                                                                                 |            |
| 12/07/12   | M. DISTEFANO   | Reviewed docket filings (.1).                                                                                                                                                                                                                                                                                           | 0.40 hrs.  |
| 12/07/12   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs.  |
| 12/10/12   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs.  |
| 12/10/12   | M. DISTEFANO   | Reviewed docket filings (.1); reviewed Dec. 12, 2012 hearing agenda (.1); drafted email to Committee re distribution letter (.3); drafted emails re updates to Committee website regarding distributions (.2).                                                                                                           | 0.70 hrs.  |
| 12/10/12   | D. E. DEUTSCH  | Review last five daily case reports, pleadings therein and case calendar (.6).                                                                                                                                                                                                                                          | 0.60 hrs.  |
| 12/10/12   | D. M. LeMAY    | Review all latest court filings.                                                                                                                                                                                                                                                                                        | 0.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 31, 2012
435 N. MICHIGAN AVENUE                                   Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/11/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 12/11/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 12/12/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.80 hrs. |
| 12/12/12 | M. DISTEFANO | Reviewed docket filings (.4). | 0.40 hrs. |
| 12/13/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 12/14/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
| 12/14/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 12/17/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 31, 2012
435 N. MICHIGAN AVENUE                                       Page    4
CHICAGO, IL 60611


| 12/17/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |

| 12/18/12 | D. E. DEUTSCH | Review last five daily reports, pleadings therein and court hearing calendar (.5); exchange e-mails with David Bava re: posting certain items for Committee review (.2). | 0.70 hrs. |

| 12/18/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |

| 12/18/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |

| 12/19/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    5
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/19/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 12/20/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 12/20/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 12/20/12 | D. E. DEUTSCH | E-mail Helen Lamb re: addressing future Intralinks use for Committee members/record purposes (.2); two calls with Intralinks (Sam Rowbotham) re: same (.3). | 0.50 hrs. |
| 12/21/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 12/21/12 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation, Delaware adversary proceedings and multi-district litigations re: daily case activity (.30); review 3d Circuit Aurelius appeal re: daily case activity (.10); review district court docket sheet re: pending appeals (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.60 hrs. |
| 12/24/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 12/24/12 | D. M. LeMAY | Review all latest court filings. | 0.40 hrs. |
| 12/24/12 | D. E. DEUTSCH | Review last three daily reports, pleadings therein and court calendar (.3). | 0.30 hrs. |
| 12/26/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                Page    6
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 12/27/12 | M. DISTEFANO | Reviewed docket filings (.2); drafted email to D. Deutsch re Debtors motion to take over ordinary litigation claims (.1). | 0.30 hrs. |
| 12/28/12 | M. DISTEFANO | Reviewed docket filings (.1). | 0.10 hrs. |
| 12/30/12 | D. E. DEUTSCH | Review last two daily reports and pleadings therein (.4). | 0.40 hrs. |


Total Fees for Professional Services.............  $7,038.50


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .70 | 647.50 |
| D. E. DEUTSCH | 745.00 | 2.90 | 2160.50 |
| D. BAVA | 295.00 | 8.00 | 2360.00 |
| M. DISTEFANO | 435.00 | 4.30 | 1870.50 |
| TOTALS | | 15.90 | 7038.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                            Page    1

                                        For Services Through December 31, 2012

Our Matter #19804.003
           COMMITTEE MEETINGS


| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/12 | D. M. LeMAY | Prepare presentation for Committee meeting re: selection of Effective Date and related tax issues. | 1.40 hrs. |
| 12/04/12 | A. ROSENBLATT | Discuss upcoming Committee meeting issues with Deutsch (.2). | 0.30 hrs. |
| 12/05/12 | A. ROSENBLATT | Review materials in advance of Committee call (.5); attend Committee meeting (1.0). | 1.50 hrs. |
| 12/05/12 | H. SEIFE | Preparation for Committee call (.8); review of options regarding effective date (.7); special Committee meeting regarding effective date (1.0). | 2.50 hrs. |
| 12/05/12 | D. E. DEUTSCH | Prepare for (.4) and participate in today's Committee meeting (.9). | 1.30 hrs. |
| 12/05/12 | D. M. LeMAY | Prepare for (2.0) and attend (1.1) special telephone Committee meeting re: setting of Effective Date. | 3.10 hrs. |
| 12/05/12 | R. M. LEDER | Attend Committee call re: effective date issues (0.9). | 0.90 hrs. |
| 12/05/12 | M. ROITMAN | Draft summary of confirmation-related appeals process in preparation for Committee meeting (0.7); Confer with D. LeMay re: same (0.1); Attend special committee meeting re: effective date considerations (1.0); Draft minutes of special committee meeting (3.4) | 5.20 hrs. |
| 12/06/12 | M. ROITMAN | Revise minutes of special committee meeting (1.1); Confer/correspond with D. Deutsch re: same (0.2); Draft email to Committee re: same (0.5) | 1.80 hrs. |
| 12/06/12 | D. E. DEUTSCH | Review and edit Committee minutes from December 5, 2012 meeting (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 31, 2012
Page    2

**Total Fees for Professional Services.............   $13,841.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 4.50 | 4162.50 |
| H. SEIFE | 995.00 | 2.50 | 2487.50 |
| R. M. LEDER | 995.00 | .90 | 895.50 |
| A. ROSENBLATT | 745.00 | 1.80 | 1341.00 |
| D. E. DEUTSCH | 745.00 | 2.00 | 1490.00 |
| M. ROITMAN | 495.00 | 7.00 | 3465.00 |
| TOTALS | | 18.70 | 13841.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1
```

For Services Through December 31, 2012

Our Matter #19804.004
        CREDITOR COMMUNICATIONS


| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/04/12 | A. ROSENBLATT | Review Roitman draft Committee memorandum setting out options for Committee to compel early effective date and related issues (.4). | 0.40 hrs. |
| 12/04/12 | D. E. DEUTSCH | Review and respond to inquiry from Bob Paul re: effective date issues (.1); e-mail Marc Roitman re: required follow-up on same (.1); review additional e-mails related to same from James Sottile (.2); exchange e-mails with Jay Teitelbaum re: tomorrow's Committee meeting issues (.2); hold call with Jay Teitelbaum re: effective date issues (.3). | 0.90 hrs. |
| 12/05/12 | D. E. DEUTSCH | Participate in second call (late call) with Jay Teitelbaum re: resolution of certain effective date issues (.3); draft related e-mail to David LeMay (.1). | 0.40 hrs. |
| 12/06/12 | D. E. DEUTSCH | Call with Committee member Bill Niese re: yesterday's meeting and various related matters (.2). | 0.20 hrs. |
| 12/07/12 | M. DISTEFANO | Drafted email to Committee re effective date FAQ (.4); drafted emails re Committee website updates re effective date FAQ (.3). | 0.70 hrs. |
| 12/12/12 | M. DISTEFANO | Drafted email to Committee re appeals updates (.5). | 0.50 hrs. |
| 12/12/12 | D. E. DEUTSCH | Review inquiry from Frank Anderson re: Tribune sale of newspaper businesses (.1); exchange e-mails with Brad Hall re: same (.2); draft summary on same for Frank Anderson (.2). | 0.50 hrs. |
| 12/19/12 | D. E. DEUTSCH | Call with Tom Bratton at Disney/ABC re: status of case (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             December 31, 2012
435 N. MICHIGAN AVENUE                                    Page    2
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 12/20/12 | M. ROITMAN | Draft email memo to H. Seife re: Litigation Trust Agreement inquiries from creditor (0.9); Call with creditor re: distributions to subsidiary creditors (0.1) | 1.00 hrs. |
| 12/31/12 | D. E. DEUTSCH | Review e-mails to (.2) and from Committee members (Bob Paul and Jay Teitelbaum) re: effective date (.3). | 0.50 hrs. |

**Total Fees for Professional Services**.............  $3,326.50


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. ROSENBLATT | 745.00 | .40 | 298.00 |
| D. E. DEUTSCH | 745.00 | 2.70 | 2011.50 |
| M. DISTEFANO | 435.00 | 1.20 | 522.00 |
| M. ROITMAN | 495.00 | 1.00 | 495.00 |
| TOTALS | | 5.30 | 3326.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                    Page    1
```

For Services Through December 31, 2012

Our Matter #19804.007
        BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 12/03/12 | D. E. DEUTSCH | Review last week's weekly business report on Debtors' operations (.2). | 0.20 hrs. |
| 12/05/12 | D. E. DEUTSCH | Re-review FCC option and notes to prepare for today's Committee meeting (1.1); related call with James Stenger (.2); review update and attachment from James Stenger on FCC quadrennial review (.4). | 1.70 hrs. |
| 12/05/12 | J. A. STENGER | Office conference with D. Deutsch regarding FCC decision on Exit Applications (0.3); research regarding FCC actions affecting Tribune waiver requests (0.5); prepare correspondence to D. Deutsch regarding same (0.4). | 1.20 hrs. |
| 12/19/12 | D. E. DEUTSCH | Review last week's business operations report (.2). | 0.20 hrs. |
| 12/28/12 | D. E. DEUTSCH | Review AlixPartners' weekly business operations report (.3). | 0.30 hrs. |


        Total Fees for Professional Services.............   $2,562.00



                    TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| J. A. STENGER | 645.00 | 1.20 | 774.00 |
| D. E. DEUTSCH | 745.00 | 2.40 | 1788.00 |
| TOTALS | | 3.60 | 2562.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                  For Services Through December 31, 2012

  Our Matter #19804.009
              CLAIMS ADMINISTRATION/BAR DATE
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/12 | D. E. DEUTSCH | Preliminary review of Gordon/Taylor settlement (.2); e-mail Michael Distefano re: analysis of same for Committee (.2). | 0.40 hrs. |
| 12/04/12 | D. E. DEUTSCH | Review analysis from Michael Distefano re: proposed Gordon settlement (.2). | 0.20 hrs. |
| 12/04/12 | M. DISTEFANO | Reviewed terms of claim settlement with David Ross Taylor and drafted email to D. Deutsch re same (.3). | 0.30 hrs. |
| 12/05/12 | D. E. DEUTSCH | Review Michael Distefano summary of objection to TV Guide proposed order (.2). | 0.20 hrs. |
| 12/12/12 | D. E. DEUTSCH | Review e-mail and attachment from Michael Distefano re: next steps with Committee on omnibus claim objection (.2). | 0.20 hrs. |
| 12/15/12 | M. DISTEFANO | Drafted email to Zuckerman re 62nd Omnibus Objection (.1); drafted memo re Waller Objection (.7). | 0.80 hrs. |
| 12/15/12 | D. E. DEUTSCH | Review and respond to inquiry from Michael Distefano re: review of objection to specific claims by conflicts counsel (.2). | 0.20 hrs. |
| 12/18/12 | D. E. DEUTSCH | Exchange e-mails with Mike Distefano re: 62nd omnibus objection (.2). | 0.20 hrs. |
| 12/18/12 | M. DISTEFANO | Prepared memo re 63rd Omnibus and Waller objections (.2); drafted emails to LRC and Zuckerman re 62nd Omnibus (.2). | 0.40 hrs. |
| 12/19/12 | M. DISTEFANO | Drafted email to the Committee re Zuckerman memo on 62nd omnibus (.3); revised memo re 63rd omnibus and waller objection (1.8). | 2.10 hrs. |
| 12/20/12 | M. DISTEFANO | Revised memo re Waller and 63rd omnibus Objection (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/20/12 | D. E. DEUTSCH | Review draft memorandum to Committee on Waller claim objection and 63rd omnibus objection (.2); review related documents (.2); edit draft memorandum to Committee on claims (.2). | 0.60 hrs. |
| 12/21/12 | M. DISTEFANO | Reviewed Debtors' claim stipulation with Isaksen Investments LLC (.2). | 0.20 hrs. |
| 12/24/12 | M. DISTEFANO | Drafted email to D. Deutsch re Isaksen Investments claim stipulation (.2). | 0.20 hrs. |
| 12/24/12 | D. E. DEUTSCH | Review and respond to e-mail from Michael Distefano re: stipulation analysis on Isaken claim (.2). | 0.20 hrs. |
| 12/26/12 | D. E. DEUTSCH | Review e-mail from Michael Distefano (.1) and attached stipulation re: Isaksen claim settlement (.3). | 0.40 hrs. |
| 12/26/12 | M. DISTEFANO | Reviewed Isaksen Investments claims objection (.1); call with G. King at Sidley re same (.2); drafted email to D. Deutsch re same (.2). | 0.50 hrs. |
| 12/27/12 | M. DISTEFANO | Reviewed Universal/NBC studios stipulation (.5); drafted email to AlixPartners re same (.2). | 0.70 hrs. |
| 12/28/12 | M. DISTEFANO | Drafted memo on NBC/Universal claims stipulation (1.7); call with B. Myrick at Sidley re same (.1); calls with K. Stickles at Cole Schotz re same (.3). | 2.10 hrs. |
| 12/28/12 | D. E. DEUTSCH | Review stipulation re: Universal claim (.2) and e-mail from Michael Distefano on same (.1); review Debtors' motion re: substitution of Debtors for Committee (.4); review and analyze prior memoranda and e-mails on transfer of claims to Debtors (1.1); hold related calls with Marc Roitman re: Debtors' motion to transfer claims (.4); exchange related e-mails | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 31, 2012
435 N. MICHIGAN AVENUE                                      Page    3
CHICAGO, IL 60611

|            |               | with Marc Roitman (.2); review memorandum re: Universal stipulation (.4); review revised memorandum following comments from AlixPartners (.2); review e-mail and attached court filings from Kerriann Mills re: cure claims (.6). |            |
|------------|---------------|--------|------------|
| 12/30/12   | D. E. DEUTSCH | Review and respond to inquiry from Andrew Goldfarb re: tolling agreement issue (.2); review revisions to cure exhibit (.2); review revised claim effective date distribution/funding memorandum from Brian Whitman (.7); review revised cure memorandum provided by Kerianne Mills (.2). | 1.30 hrs. |

Total Fees for Professional Services.............  $8,893.50

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours  | Amount   |
|-------------------|--------|--------|----------|
| D. E. DEUTSCH     | 745.00 | 7.50   | 5587.50  |
| M. DISTEFANO      | 435.00 | 7.60   | 3306.00  |
| TOTALS            |        | 15.10  | 8893.50  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1


                              For Services Through December 31, 2012
  Our Matter #19804.010
              FEE/RETENTION APPLICATIONS


| Date | Name | Description | Hours |
|---|---|---|---|
| 12/01/12 | E. DAUCHER | Drafting of response and exhibits to to Fee Examiner's report on thirteenth report interim fees. | 4.70 hrs. |
| 12/04/12 | D. E. DEUTSCH | Review last two weekly ordinary case professional charts (.3); review last two weekly professional application reports (.1). | 0.40 hrs. |
| 12/05/12 | H. LAMB | Review of billing proformas/daily time detail in preparation of November fee application. | 2.20 hrs. |
| 12/05/12 | D. E. DEUTSCH | Review and mark-up revised draft exhibits for response to Fee Examiner's Report on 13th quarterly fee application (.7). | 0.70 hrs. |
| 12/06/12 | H. LAMB | Preparation of work description summaries for monthly fee application. | 1.80 hrs. |
| 12/06/12 | D. E. DEUTSCH | Review and research issues on insufficient description matters identified by the Fee Examiner (.4); discuss additional tasks related to same with Eric Daucher (.3); review and make preliminary edits on draft letter to Fee Examiner for Thirteenth Interim Fee Application (.9). | 1.60 hrs. |
| 12/06/12 | E. DAUCHER | Revise propsed response to fee examiner's report on 13th interim fees and exhibits thereto. | 2.60 hrs. |
| 12/07/12 | M. DISTEFANO | Prepare weekly case professionals fee report (.1); prepare weekly ordinary course professionals report (.1). | 0.20 hrs. |
| 12/07/12 | E. DAUCHER | Revise response to fee examiner's report on thirteenth interim fees and related exhibits per comments from D. Deutsch. | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/10/12 | D. E. DEUTSCH | Review and edit final version of response letter to Fee Examiner report re: 13th Interim Fee Application (.3). | 0.30 hrs. |
| 12/12/12 | H. LAMB | Review Fee Examiner preliminary report on 14th interim fee application (.3); research certain expense issues raised in report and prepare response to same (1.3). | 1.60 hrs. |
| 12/14/12 | M. DISTEFANO | Prepare weekly case professionals report (.1); prepared ordinary course professionals report (.1). | 0.20 hrs. |
| 12/17/12 | M. ROITMAN | Emails with M. McGuire re Committee Member Fee/Expense Claims (0.7); | 0.70 hrs. |
| 12/18/12 | M. ROITMAN | Confer with M. McGuire re Committee Member Fee/Expense Claims (0.3); Confer with D. LeMay re: same (0.2); Confer with D. Deutsch re: final Committee fee estimate (0.2); Email with A&M re: same (0.2) | 0.90 hrs. |
| 12/18/12 | D. E. DEUTSCH | Review inquiries from Kerrianne Mills re: Committee member reimbursement fee and expenses provisions of plan (.3); research related plan provisions (.4); hold related meeting with David LeMay (.2); e-mail Kerrianne response on same (.2); draft e-mail to Marc Roitman re: required follow-up related to same (.1); review Committee posting on fee/expense issue (.2) and e-mail David Bava re: question on same (.1). | 1.50 hrs. |
| 12/19/12 | D. E. DEUTSCH | Review memorandum on Committee member reimbursement issue (.2); e-mail David Bava re: related posting issue (.1); Review draft November fee entries detail and edit same (.5); review weekly ordinary course and professional fee reports (.1). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/19/12 | H. LAMB | Finalize draft of November fee application. | 1.10 hrs. |
| 12/19/12 | M. ROITMAN | Call with M. McGuire re: Committee Member Fee/Expense Claims (0.1); Call with D. LeMay re: same (0.1); Draft model fee statement for Committee members to use in preparation of Committee Member Fee/Expense Claims (2.1); Call with H. Lamb re: same (0.1); Draft email to Committee re: preparation of statements for Committee Member Fee/Expense Claims (0.6); Confer with D. LeMay re: same (0.2); Emails with K. Williams re: effective date considerations (0.2); Emails with W. Smith re: draft narrative of fee/expense claim (0.4). | 3.80 hrs. |
| 12/19/12 | D. M. LeMAY | Review and revise memo and annexed form for Committee member fee reimbursement. | 0.50 hrs. |
| 12/20/12 | D. BAVA | Prepare form of exhibit for use in connection with response to fee examiner's final report re: 14th quarterly application (1.4). | 1.40 hrs. |
| 12/20/12 | D. E. DEUTSCH | Review and edit November 2012 fee application (.5); e-mail Helen Lamb re: notice to all billers on same (.1); e-mail (.1) and call with Fee Examiner re: various status/various matters (.2). | 0.90 hrs. |
| 12/21/12 | M. DISTEFANO | Prepare weekly case professionals fee report (.2); prepare ordinary course professionals fee report (.4); reviewed Debtors' supplemental retention application for Paul Weiss (.4). | 1.00 hrs. |
| 12/24/12 | H. LAMB | Preparation of sixteenth interim fee application. | 1.60 hrs. |
| 12/27/12 | D. E. DEUTSCH | Review Fee Examiner's final report (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 31, 2012
435 N. MICHIGAN AVENUE      Page   4
CHICAGO, IL 60611

| 12/28/12 | D. E. DEUTSCH | Review last week's ordinary course professionals' report (.4); review last two weekly professional fee application reports (.2). | 0.60 hrs. |
| 12/28/12 | M. DISTEFANO | Prepare weekly ordinary course professionals report (.3); prepared case professionals fee report (.3). | 0.60 hrs. |

**Total Fees for Professional Services.............. $16,735.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .50 | 462.50 |
| D. E. DEUTSCH | 745.00 | 7.20 | 5364.00 |
| D. BAVA | 295.00 | 1.40 | 413.00 |
| E. DAUCHER | 495.00 | 9.10 | 4504.50 |
| H. LAMB | 295.00 | 8.30 | 2448.50 |
| M. DISTEFANO | 435.00 | 2.00 | 870.00 |
| M. ROITMAN | 495.00 | 5.40 | 2673.00 |
| TOTALS | | 33.90 | 16735.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1


                                   For Services Through December 31, 2012

Our Matter #19804.013
           AVOIDANCE ISSUES
```

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 12/03/12 | M. DISTEFANO | Meeting with D. Deutsch re preference action tolling agreements (.1); reviewed emails re same (.2); prepared chart re same (.3). | 0.60 hrs. |
| 12/03/12 | D. E. DEUTSCH | Call with Kevin Lantry re: certain avoidance action and related tolling agreements (.2); review case filings, certain existing tolling agreements and related materials to address next steps on tolling issues (1.1); e-mail James Sottile and Dan Rath/Landis team re: required next steps on same (.2); review/analysis on tolling agreements from Rick Cobb (.5); e-mail Rick Cobb and James Sottile re: required contact with creditors related to same (.2); review e-mail from Andrew Goldfarb on preference issues (.1); further review of tolling agreement materials, including revised summary list (.7); draft detailed memorandum to Rick Cobb and James Sottile re: action steps related to tolling exhibit (.3). | 3.30 hrs. |
| 12/04/12 | M. DISTEFANO | Revised chart re preference action tolling agreements (.2); drafted email to Debtors re same (.2); drafted email to Committee re MDL settlement offers (.4). | 0.80 hrs. |

```
          Total Fees for Professional Services.............   $3,067.50
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | 3.30 | 2458.50 |
| M. DISTEFANO | 435.00 | 1.40 | 609.00 |
| TOTALS |  | 4.70 | 3067.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                              For Services Through December 31, 2012

Our Matter #19804.014
          EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 12/03/12 | M. DISTEFANO | Reviewed termination agreement of senior executive and drafted memo to Committee re same (1.0). | 1.00 hrs. |
| 12/03/12 | D. GALLAI | Reviewed and commented on draft separation and consulting agreement. | 1.20 hrs. |
| 12/03/12 | D. E. DEUTSCH | Review notice from Debtors re: new severance agreement (.2); e-mail Michael Distefano re: required follow-up and Committee notice on same (.1). | 0.30 hrs. |
| 12/04/12 | D. E. DEUTSCH | Review memorandum on terms re: senior executive departure (.2); e-mail Michael Distefano re: next steps with Committee on same (.1). | 0.30 hrs. |
| 12/04/12 | M. DISTEFANO | Reviewed comments of D. Gallai re separation agreement with senior executive (.3); drafted emails to B. Myrick and J. Lotsoff at Sidley re same (.8); revised memo to Committee re same (.3); drafted email to Committee re same (.2). | 1.60 hrs. |
| 12/04/12 | D. GALLAI | Prepare email comments to M. Distefano re separation agreement. | 0.40 hrs. |
| 12/06/12 | M. DISTEFANO | Drafted email to K. Lantry re severance agreement with senior executive (.1). | 0.10 hrs. |
| 12/10/12 | M. DISTEFANO | Call with Sidley and D.Gallai re senior executive agreement (.2); drafted email to Committee re same (.3). | 0.50 hrs. |
| 12/10/12 | D. GALLAI | Conf. w/ M. Distefano and Sidley re severance agreement. | 0.20 hrs. |
| 12/10/12 | D. E. DEUTSCH | Review memorandum from Michael Distefano re: senior executive separation agreement (.2). | 0.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611
```

| | | | |
|---|---|---|---|
| 12/11/12 | M. DISTEFANO | Drafted email to AlixPartners re severance agreement with senior executive (.1); drafted email to Debtors re same (.2). | 0.30 hrs. |
| 12/11/12 | D. GALLAI | Reviewed changes to separation agreement. | 0.20 hrs. |

**Total Fees for Professional Services.............**   **$3,528.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 745.00 | .80 | 596.00 |
| D. GALLAI | 705.00 | 2.00 | 1410.00 |
| M. DISTEFANO | 435.00 | 3.50 | 1522.50 |
| TOTALS | | 6.30 | 3528.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                        Page    1

                                For Services Through December 31, 2012

Our Matter #19804.017
            GENERAL LITIGATION


12/18/12   M. DISTEFANO       Drafted memo to Committee re          0.50 hrs.
                              quarterly D&O fees update (.5).

12/18/12   D. E. DEUTSCH      Review updated report from            0.50 hrs.
                              defendant counsel re: D&O fees to
                              date (.2); exchange e-mails (.1)
                              and hold call with Mike Distefano
                              re: required Committee follow-up
                              on same (.2).

12/19/12   D. E. DEUTSCH      Review draft memorandum to            0.30 hrs.
                              Committee re: updated D&O claims
                              (.2); exchange e-mails with
                              Michael Distefano re: changes to
                              same and related posting alert for
                              Committee (.1).

12/19/12   M. DISTEFANO       Revised memo re D&O insurance         0.50 hrs.
                              report (.3); drafted email to
                              Committee re same (.2).

12/19/12   H. SEIFE           Review of D&O report.                 0.40 hrs.


          **Total Fees for Professional Services**.............   **$1,429.00**



                        TIMEKEEPER SUMMARY

Timekeeper's Name              Rate      Hours         Amount

H. SEIFE                      995.00       .40         398.00
D. E. DEUTSCH                 745.00       .80         596.00
M. DISTEFANO                  435.00      1.00         435.00
                  TOTALS                  2.20        1429.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                      Page    1

                              For Services Through December 31, 2012

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| | | | |
|---|---|---|---|
| 12/05/12 | K. ZAFRAN | Call L. Moloney re: status of document production to Litigation Trustee. | 0.10 hrs. |
| 12/07/12 | K. ZAFRAN | Discuss production to Litigation Trustee with L. Moloney. | 0.10 hrs. |
| 12/07/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement issues (.1); reviewed related materials (.1). | 0.20 hrs. |
| 12/10/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document production issues (.2); reviewed related correspondence (.2). | 0.40 hrs. |
| 12/10/12 | K. ZAFRAN | Draft email to Robbins Russell re: document production in light of Effective Date announcement as before or on Dec. 31 (.6); send email to M. Ashley re same (.3). | 0.90 hrs. |
| 12/11/12 | K. ZAFRAN | Email reply to M. Ashley re: implications of Effective Date and progress of document production. | 0.30 hrs. |
| 12/11/12 | M. D. ASHLEY | Conference with D. LeMay regarding Litigation Trustee transfer agreement issues (.1); emails with K. Zafran regarding transfer agreement document production (.2); reviewed related materials (.3). | 0.60 hrs. |
| 12/13/12 | K. ZAFRAN | Email M. Ashley re: production to litigation trustee (.4); review finalized production with bates stamping and legend (2.3) | 2.70 hrs. |
| 12/17/12 | K. ZAFRAN | Email Alix Partners re: production to Litigation Trustee. | 0.20 hrs. |
| 12/18/12 | K. ZAFRAN | Follow-up emails with Zuckerman and Alix re: production to Litigation Trustee. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/19/12 | K. ZAFRAN | Draft letter to Zuckerman with production (.5); Emails with M. Ashley and A. Goldfarb re: production to Litigation Trustee (.7); review of disc of production to Litigation Trustee (1.3) | 2.50 hrs. |
| 12/19/12 | M. D. ASHLEY | Emails with K. Zafran, Zuckerman regarding Litigation Trustee transfer agreement document production issues (.2). | 0.20 hrs. |
| 12/20/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document production (.2); reviewed related correspondence (.2). | 0.40 hrs. |
| 12/20/12 | K. ZAFRAN | Review disc before production to Litigation Trustee delivered to A. Goldfarb (.6); exchange emails with group (M. Hiller, D. Deutsch, M. Ashley, and L. Moloney) re: status of Relativity database (.8) | 1.30 hrs. |
| 12/26/12 | K. ZAFRAN | Emails with A. Goldfarb, M. Ashley and D. Deutsch re: litigation trustee transfer. | 0.40 hrs. |
| 12/27/12 | K. ZAFRAN | Emails (.4) and calls (.5) with Robbins Russell and Zuckerman Spaeder and internal C&P team re: transfer of LBO Relativity database to litigation trustee; calls with CDS (Relativity ventor) re: transfer of database (.6). | 1.50 hrs. |
| 12/27/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document production (.3). | 0.30 hrs. |
| 12/31/12 | M. D. ASHLEY | Emails with K. Zafran regarding Litigation Trustee transfer agreement document production (.3). | 0.30 hrs. |
| 12/31/12 | K. ZAFRAN | Call L. Moloney to discuss Relativity databases in light of Effective Date (.4); emails M.Hiller, J.Sottile and internal C&P team re: transfer of LBO Relativity database to Litigation Trustee in connection with | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

Effective Date (.9); emails with
CDS (Relativity vendor) re:
database transfer (.6).


**Total Fees for Professional Services..............   $8,448.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| M. D. ASHLEY | 695.00 | 2.40 | 1668.00 |
| K. ZAFRAN | 565.00 | 12.00 | 6780.00 |
| TOTALS | | 14.40 | 8448.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                         Page     1

                                    For Services Through December 31, 2012

Our Matter #19804.020
          SHAREHOLDER CLAIMS


| | | | |
|---|---|---|---|
| 12/03/12 | M. D. ASHLEY | Reviewed draft Zuckerman memo to Committee regarding MDL settlement agreements and related materials (.2). | 0.20 hrs. |
| 12/04/12 | D. E. DEUTSCH | Review memorandum on shareholder claim settlements and related e-mail from Andrew Goldfarb (.2); e-mail Andrew Goldfarb re: question on same (.1); review and edit memorandum on shareholder claim settlements (.3); draft e-mails to Andrew Goldfarb and James Sottile related to next steps on same (.2); review last weekly MDL report (.2). | 1.00 hrs. |
| 12/06/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 12/07/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 12/12/12 | D. BAVA | Review and analysis of federal and state court docket sheets in state law fraudulent conveyance actions re: case activity (.20). | 0.20 hrs. |
| 12/14/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 12/21/12 | D. BAVA | Review and analysis of similar large case adversary proceedings re: recent filings (.20). | 0.20 hrs. |
| 12/28/12 | M. ROITMAN | Review filings in state law constructive fraudulent conveyance actions (0.2); Email to D. Deutsch re: same (0.1) | 0.30 hrs. |
| 12/28/12 | D. E. DEUTSCH | Review most recent MDL case report (.1) and attached pleading filed by plaintiffs (.4). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    2
CHICAGO, IL 60611


              Total Fees for Professional Services.............    $1,700.00


                         TIMEKEEPER SUMMARY

Timekeeper's Name                  Rate    Hours         Amount

M. D. ASHLEY                      695.00    .20          139.00
D. E. DEUTSCH                     745.00   1.50         1117.50
D. BAVA                          295.00   1.00          295.00
M. ROITMAN                       495.00    .30          148.50
                        TOTALS            3.00          1700.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                       Page    1

                                    For Services Through December 31, 2012

Our Matter #19804.021
          PLAN LITIGATION


| 12/02/12 | M. ROITMAN | Exchange emails with B. Hall re: emergence date considerations (0.5) | 0.50 hrs. |
|---|---|---|---|
| 12/02/12 | D. E. DEUTSCH | Review memorandum from Brad Hall re: emergence date issues (.3). | 0.30 hrs. |
| 12/03/12 | M. ROITMAN | Draft memorandum re: implementation of DCL Plan and related considerations (2.9); Confer (0.3) and correspond (0.3) with D. LeMay re: same; Correspond with B. Hall re: same (0.3) | 3.80 hrs. |
| 12/03/12 | R. M. LEDER | Research constructive receipt issues re deferred exit proposal (1.1); telephone conference with Suresh Advani of Sidley re same (.6); and e-mail analysis to David LeMay (.4). | 2.00 hrs. |
| 12/03/12 | D. E. DEUTSCH | Review e-mails to/from LeMay and others re: Effective Date issues (.3); review analysis on Effective Date tax issue from Brad Hall (.2); meeting with David LeMay to discuss various Effective Date issues and related presentation to Committee on same (.3). | 0.80 hrs. |
| 12/03/12 | A. ROSENBLATT | Review remaining effective date action item list for Committee (.5); review Plan in connection with question re: Committee role post-effective date (.3). | 0.80 hrs. |
| 12/04/12 | A. ROSENBLATT | Review FAQ document circulated by Sidley (.8) and discuss same with LeMay and Roitman (.2); call with Mills from Sidley re: genesis and purpose of same (.3). | 1.30 hrs. |
| 12/04/12 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: effective date issues and preparation for Committee meeting on same (.2); participate in two related meetings with David LeMay (.6); discuss research related to emergence date with Marc Roitman (.2); review related materials | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     December 31, 2012
435 N. MICHIGAN AVENUE     Page   2
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| | | (.2). | |
| 12/04/12 | D. M. LeMAY | Review and revise draft AlixPartners memo re: Effective Date issues (.6).  Review Plan provisions re: Effective Date (.8). Telephone conference w/J. Teitelbaum re: same (.4). Conference w/H. Seife re: same (.3). Review Tribune draft FAQs re: emergence (.6). | 2.70 hrs. |
| 12/04/12 | H. SEIFE | Conference with D.LeMay regarding effective date issues. | 0.40 hrs. |
| 12/04/12 | M. ROITMAN | Review and comment upon memorandum re: effective date considerations (1.9); Confer (0.2) and correspond (0.3) with D. LeMay re: same; Correspond with B. Hall re: same (0.4); Draft email to Committee re: same (0.5); Correspond with D. Deutsch re: exit financing facility (0.2); Correspond with J. Johnston re: Oaktree's position on effective date (0.2); Review draft plan distribution frequently asked questions (0.3); Confer with A. Rosenblatt, D. LeMay and Z. Jamal re: same (0.2) | 4.20 hrs. |
| 12/05/12 | D. E. DEUTSCH | Review materials on emergence issues to prepare for today's Committee meeting (1.2); related meeting with David LeMay and, in part, Richard Leder (.4); related follow-up call with Richard Leder (.2); call with Jay Teitelbaum re: emergence issues (.2); planning session with David LeMay re: emergence date issue (.3); review draft FAQ from senior lenders (1.2); call with Debtors professionals re: emergence date issues and next steps (1.3); related follow-up meeting with David LeMay and Andrew Rosenblatt (.3). | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    3
CHICAGO, IL 60611

| 12/05/12 | D. M. LeMAY | Prepare for (1.3) and participate in (1.4) conference call with Sidley re: Effective Date mechanics. Follow-up meeting with D.Deutsch and A.Rosenblatt (.3). Review draft FAQ re: same (.7). | 3.70 hrs. |
|---|---|---|---|
| 12/05/12 | M. ROITMAN | Call with J. Warsavsky re: equity valuation concerns in connection with plan distributions (0.1) | 0.10 hrs. |
| 12/05/12 | R. M. LEDER | Telephone call with D.Deutsch re: emergence issues (.3); conference call with C&P team, Debtors' professionals re: emergence issues and constructive receipt issue (1.3); related call with Sidley re: same (.3). | 1.90 hrs. |
| 12/05/12 | A. ROSENBLATT | Call with Davis Polk re: FAQ document and effective date timing issues (.4); call with Sidley re: same and related issues (.4); participate on additional call with Davis Polk and Deutsch re: FAQ issue (.3); call with B. Hall re: preview of issues for group call (.2); participate on additional call with Sidley and C&P and Alix and A&M teams (1.3); review plan to understand ability of Debtor on distribution date options (.4); review Aurelius letter to District Court requesting expedited consideration of appeal (.2). | 3.20 hrs. |
| 12/06/12 | A. ROSENBLATT | Review amended Plan Supplement documents sent from Sidley (.9); discuss same with LeMay (.3); review Confirmation Order re: ability of Debtors to amend Plan Supplement documents (.3); calls with Sidley re: concerns related to proposed changes (.4); review revised FAQ document and discuss same with Deutsch re strategy for dealing with same (.6); call with Sidley re: FAQ and distribution letter issue (.3); call with Leder re: tax implications of proposed payment of take-back cash | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    4
CHICAGO, IL 60611

|            |              | post-effective date (.3); review draft notice of distribution letter sent from Sidley and provide comments to same (.6); discuss same with LeMay (.2); review and begin to revise Committee posting note re: distribution letter (.2) and discuss same with Roitman (.2); review decision from District Court denying trustee request for District Court to modify bankruptcy court's stay order and modify bond requirement (.2) and emails with Deutsch and LeMay re: same (.2); emails with LeMay, Deutsch and Leder re: agent for tax purposes issue (.2). |            |
|------------|--------------|---|------------|
| 12/06/12   | R. M. LEDER  | Review and exchange emails with Messrs. LeMay and Deutsch re Notice to Claimants (.5) and TC Suresh Avanti re take-back Notes (.8). | 1.30 hrs. |
| 12/06/12   | M. DISTEFANO | Drafted email to Committee re Effective Date details (.4). | 0.40 hrs. |
| 12/06/12   | M. ROITMAN   | Confer with A.Rosenblatt re: effective date considerations (.2); correspond with D. LeMay and D. Deutsch re: same (0.4). | 0.60 hrs. |
| 12/06/12   | D. M. LeMAY  | Review and coordinate comments on revised Litigation Trust Loan agreement and related corporate documents (.8). Prepare e-mail to Committee re: effective date mechanics (1.0). Review and comment on draft FAQs (.6). Review and comment on draft letter to creditors from Debtors re: distribution mechanics (.8). | 3.20 hrs. |
| 12/06/12   | D. E. DEUTSCH | Multiple calls with Eli Vonnegut re: FAQ (.2); review revised FAQ (.3); review and provide comments on draft letter to all creditors re: Effective Date (1.1); exchange e-mails with Richard Leder, David LeMay and Andrew Rosenblatt re: same (.4); review ruling by Judge | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                December 31, 2012
435 N. MICHIGAN AVENUE                                      Page    5
CHICAGO, IL 60611

|            |               | Sleet in District Court appeal (.2); draft memorandum to Committee re: FAQ and letter to all creditors (.5); discuss various edits to same with David LeMay (.2); e-mails with Andrew Rosenblatt re: effective date tax issue requiring follow-up (.2). |            |
|------------|---------------|-------------|------------|
| 12/06/12   | H. SEIFE      | Conference with D.LeMay regarding effective date issues and alternatives. | 0.80 hrs. |
| 12/07/12   | H. SEIFE      | Conference with D.LeMay regarding creditor issues regarding effective date. | 0.40 hrs. |
| 12/07/12   | D. E. DEUTSCH | Multiple e-mails (.5) and one call with Eli Vonnegut re: FAQ matters/next steps (.2); review memorandum (.3) and revised attached letter from Kerriann Mills re: proposal on letter re: effective date (.2); revise memorandum to Committee re: effective date issue (.4); exchange e-mails with Michael Distefano re: posting various materials to Committee's public website (.3); review final draft letter to creditors and approve same (.2). | 2.10 hrs. |
| 12/07/12   | D. M. LeMAY   | Finalize comments on creditor letter (.2) and e-mail Rosenblatt regarding senior lenders reaction (.1). | 0.30 hrs. |
| 12/07/12   | M. ROITMAN    | Review draft letter to creditors re: distributions (0.1); Confer/correspond with D. LeMay and K. Mills re: same (0.2) | 0.30 hrs. |
| 12/07/12   | A. ROSENBLATT | Call with K. Mills at Sidley re: changes to Litigation Trust Credit Agreement and related issues (.3); review revised letter to creditors re: distributions sent from Sidley and emails with LeMay and Deutsch re: same (.4); review final version of FAQ document posted to Epiq site (.3); review D. Leder | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    6
CHICAGO, IL 60611

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|----------------|-------------|-----------:|
|            |                | email with thoughts re: tax language added to letter (.2); multiple emails (.3) and calls (.3) with B. Whittman re: distribution notice and logistical issues in connection with retirees and other creditors; multiple emails (.5)and calls (.3) with J. Teitelbaum re: distribution notice and logistical issues in connection with retirees; review additional version of distribution letter sent from Sidley (.2); discussion with Sidley re: change in plans to now pay cash portion of take-back note obligation on effective date (.3) and discuss same with LeMay (.2). |            |
| 12/08/12   | A. ROSENBLATT  | Emails with Sidley re: lenders' position re: sending distribution notice letter to creditors (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.40 hrs.  |
| 12/10/12   | M. ROITMAN     | Call with D. LeMay re: effective date considerations (0.1); Call with K. Zafran re: production of documents to Litigation Trustee (0.1); Draft email to Committee re: effective date considerations (0.9); Confer with D. LeMay re: same (0.1)                                                                                                                                                                                                                                                                                                          | 1.20 hrs.  |
| 12/10/12   | H. SEIFE       | Review of Debtors' memo on plan distributions (.5); email to Committee regarding plan payment on professional fees (.4).                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.90 hrs.  |
| 12/10/12   | D. E. DEUTSCH  | Review revised letter from Debtors re: distribution process and related matters (.2); review related e-mails between DCL co-proponents (.3); discuss process issues related to same with David LeMay (.2); review and edit draft posting note to Committee re: distribution processing (.2); exchange e-mails with Michael Distefano re: posting and revisions to postings on public website for creditors (.3).                                                                                                                                         | 1.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page    7
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 12/10/12 | A. ROSENBLATT | Review final check distribution letter sent from Sidley that is going to be mailed by Epiq (.2); emails with Deutsch and LeMay re: posting same to Committee and related issues (.3); email with Deutsch re: Teitelbaum retiree information (.2); review update from Sidley on status of Plan Supplement documents and timing for finalizing same (.4). | 1.10 hrs. |
| 12/11/12 | A. ROSENBLATT | Emails with LeMay and Roitman re: execution of Plan Supplement documents and related issues. | 0.30 hrs. |
| 12/11/12 | M. ROITMAN | Revise email to Committee re: effective date considerations (0.4); Confer with D. LeMay re: same (0.2); Correspond with A. Lipkind re: same (0.2); Review plan of reorganization documents re: preparation for effective date (0.9); Emails with D. LeMay and K. Mills re: same (0.2) | 1.90 hrs. |
| 12/12/12 | M. ROITMAN | Revise Committee LT Agreement (0.6); Call with K. Mills re: same (0.2); Emails with W. Smith re: same (0.3); Emails with A. Lipkind re: Effective Date considerations (0.2) | 1.30 hrs. |
| 12/12/12 | D. M. LeMAY | Finalize Litigation Trust transfer agreement (.6); respond to Committee member inquiries re: form of Committee member fee reimbursement submissions (.7); e-mail to Committee re: Judge Sleet's order denying oral argument (.2). | 1.50 hrs. |
| 12/12/12 | D. E. DEUTSCH | Review update from Brad Hall re: post-effective date syndicated loan (.1); exchange e-mails with David LeMay re: same (.2). | 0.30 hrs. |
| 12/12/12 | H. SEIFE | Review of District Court order denying request for oral argument (.3); review of District Court orders granting various relief (.4). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                Page    8
CHICAGO, IL 60611

| 12/12/12 | A. ROSENBLATT | Participate on calls with Davis Polk re: proposed changes to plan supplement documents and genesis of same (.7); review various district court orders entered by Judge Sleet in connection with confirmation appeals (.5); review Committee email and description of same (.3); emails with LeMay and Roitman re: same (.2); follow-up call with Sidley re: plan supplement documents (.3); review update from Deutsch re: funding of exit term loan (.2). | 2.20 hrs. |
| 12/13/12 | A. ROSENBLATT | Call with Davis Polk re: resolving open issues with Plan Supplement documents (.3); address fee examiner issue and discuss same with Deutsch (.2); review Alvarez chart of remaining open items for effective date (.3). | 0.80 hrs. |
| 12/13/12 | D. M. LeMAY | Emails with parties to arrange signatures and execution of Plan closing documents by the Committee. | 0.40 hrs. |
| 12/14/12 | H. SEIFE | Review of J.Sleet order regarding Wilmington Trust motion for leave to appeal. | 0.30 hrs. |
| 12/14/12 | A. ROSENBLATT | Review new docket entries entered by Judge Sleet in appeal (.2); emails with LeMay and DiStefano re: same (.2). | 0.40 hrs. |
| 12/17/12 | A. ROSENBLATT | Review changes made to Plan Supplement documents sent from Sidley (.4); call with Davis Polk re: same (.2); emails with Davis Polk and Sidley re: getting Aurelius approval of changes (.2); review additional changes made to certain Plan Supplement documents and circulated by Sidley (.4); emails with Sottile and LeMay re: same (.2). | 1.40 hrs. |
| 12/17/12 | D. M. LeMAY | Review latest Sidley drafts of Litigation Trust. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      December 31, 2012
435 N. MICHIGAN AVENUE      Page    9
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 12/18/12 | D. M. LeMAY | Review latest changes to Plan closing documents. | 0.40 hrs. |
| 12/18/12 | M. ROITMAN | Review revisions to Debtors' LT Agreement (0.3); Confer with D. LeMay re: same (0.2); Emails with J. Sottile re: Committee LT Agreement (0.2) | 0.70 hrs. |
| 12/18/12 | A. ROSENBLATT | Review additional changes from Sidley (R. Flagg) to certain of the Plan Supplement documents (.4). | 0.40 hrs. |
| 12/18/12 | D. E. DEUTSCH | Review e-mails and related attachments from Debtors counsel (Ron Flagg) re: confirmation implementation documents (.3); e-mail Damian Schaible re: update on syndicated loan (.2). | 0.50 hrs. |
| 12/19/12 | D. E. DEUTSCH | Review revised Debtor corporate documents e-mailed by James Langdon (.4). | 0.40 hrs. |
| 12/19/12 | A. ROSENBLATT | Calls with Teitelbaum re: logistics for client distributions and tax issue related to valuation of trust interests (.4); call to Sidley re: same (.2); review changes to Plan Supplement documents circulated by Sidley (.4); review WTC fee claim (.2); discuss with LeMay impact of WTC claim on distributions, Committee fee reimbursement cap and related issues (.3). | 1.50 hrs. |
| 12/19/12 | M. ROITMAN | Revise Committee LT Agreement (0.5); Correspond with W. Smith re: same (0.1); Correspond with K. Mills re: same (0.1). | 0.70 hrs. |
| 12/20/12 | M. ROITMAN | Review Claims and Distribution Update materials from A&M (0.3); Confer with A. Rosenblatt re: same (0.1); Review draft closing memorandum outlining emergence issues (0.5); Emails with D. LeMay and A. Rosenblatt re: same (0.2) | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page   10
CHICAGO, IL 60611


| | | | |
|---|---|---|---|
| 12/20/12 | A. ROSENBLATT | Review Sidley email and memorandum re: closing and remaining tasks (.6); discuss issues with Roitman re: same (.2); review unsecured creditor claim amounts (.3); review Alvarez closing memorandum and claims update (1.0); review update on status of Committee member fee reimbursement request and review Plan re: fee cap (.3); review update from Sidley re: Aurelius approval of proposed change to Plan Supplement document (.3). | 2.70 hrs. |
| 12/21/12 | A. ROSENBLATT | Review agenda and materials in advance of DCL call (.3); participate on DCL call to discuss impending effective date and open issues and tasks in connection with accomplishing same (.4); call to Sidley to confirm wire transfer for large creditor claims (.2). | 0.90 hrs. |
| 12/21/12 | M. ROITMAN | Conference call with DCL proponents re: emergence (0.4); Confer with C&P team before call (0.1) | 0.50 hrs. |
| 12/21/12 | D. E. DEUTSCH | Review materials to prepare for call with Debtors et al. re: closing matters (.8); related discussion on open items with Andrew Rosenblatt (.2); participate in call with all DCL proponents re: closing matters/effective date issues (.4); review additional rights/effective date-related documents provided by James Langdon (.5). | 1.90 hrs. |
| 12/24/12 | A. ROSENBLATT | Review closing list sent from Sidley re: tasks for 12/24 (.3); review Plan conditions to effectiveness in advance of upcoming DCL call and plan provisions re: timing for final fee applications (.5). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        December 31, 2012
435 N. MICHIGAN AVENUE                               Page   11
CHICAGO, IL 60611


| 12/26/12 | A. ROSENBLATT | Review updated A&M materials showing effective date distribution calculations. | 0.50 hrs. |
|---|---|---|---|
| 12/26/12 | D. E. DEUTSCH | Review (.2) and respond to e-mail from Kimberly Zafran re: post-effective date work and authorization by Litigation Trustee on same (.1); review report from Brian Whitman on closing/effective date and distribution issues (.6). | 0.90 hrs. |
| 12/27/12 | D. E. DEUTSCH | Review e-mails from David LeMay, James Sottile and others re: effective date finality issue (.5); review revised FAQ for creditors to be posted to websites (1.2); review e-mails from Kim Zafran re: docket review for litigation trust transfer (.4); draft related e-mail to Kim Zafran, James Sottile and others (.3); review related responsive e-mails from James Sottile (.3); e-mail Marc Roitman re: required follow-up on same (.1); review related research/analysis on same (.5); review draft e-mail from Marc Roitman re: effective date (.2); provide comment on same (.1); review revised litigation trust agreement modifications (.5) and related e-mails from Jessica Boelter and others re: background/next steps on same (.3). | 4.40 hrs. |
| 12/27/12 | A. ROSENBLATT | Review emails with C&P team and Sottile re: post-effective date steps in connection with Committee lawsuits (.3); review revised creditor FAQs circulated by Sidley (.5); discuss same with LeMay (.2); review draft memorandum to Committee re: occurrence of effective date and provide comments to same (.3); emails with Roitman, Deutsch and Sottile re: discovery and costs associated with Committee cooperation with Litigation Trust (.3); review revised draft of LTA sent from | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page   12
CHICAGO, IL 60611

|            |               | Sidley and email memorandum explaining genesis of same (.5); review additional email from Sidley explaining changes and Aurelius involvement in connection with same (.2); review updated closing memorandum and conditions precedent to effectiveness sent from Sidley (.4). |            |
|------------|---------------|---|------------|
| 12/27/12   | M. ROITMAN     | Review and comment upon revised plan distribution FAQs (0.6); Draft email to Committee re: effective date (0.7); Call with K. Zafran re: Committee LT Agreement (0.1); Emails with D. Deutsch re: same (0.2) | 1.60 hrs. |
| 12/27/12   | D. M. LeMAY    | Review and confirm all events and documents needed for December 31 Effective Date. | 1.20 hrs. |
| 12/28/12   | M. ROITMAN     | Review revised Litigation Trust Agreement (0.3); Emails with D. LeMay and A. Rosenblatt re: same (0.2); Pre-closing call with DCL group (0.5); Confer with D. LeMay following call (0.1); Draft memorandum re: Debtors' plaintiff substitution motion (3.3); Call with D. Deutsch re: same (0.2); Meet with D. LeMay re: same (0.2); Draft email to Committee re: same (0.7); Revise email to Committee re: effective date (0.4); Emails with D. LeMay, A. Rosenblatt and D. Deutsch re: same (0.2). | 6.10 hrs. |
| 12/28/12   | A. ROSENBLATT  | Participate on DCL call re: closing logistics and status and related issues (.4); review motion to substitute reorganized debtors for Committee in connection with ordinary course litigation claims (.3); review revised draft of Committee memorandum re: occurrence of effective date (.2); review Sidley email re: changes to Warrant Agreement (.2); review emails from Sidley re: status of funding of exit loan and other closing-related tasks and filings | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

December 31, 2012
Page   13

|            |                |                                                                                                                                                                                                                               |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (.2).                                                                                                                                                                                                                         |            |
| 12/28/12   | D. M. LeMAY    | Prepare for (.2) and participate in (.3) pre-closing call.                                                                                                                                                                    | 0.50 hrs.  |
| 12/28/12   | D. E. DEUTSCH  | Review e-mail and attachments (memorandum, agenda, etc.) from Debtors (Kerriann Mills) re: effective date issues (.5); review revised corporate documents provided by Debtors' counsel (James Langdon) (.4); review notices re: plan financing from Eric Goodison (.1). | 1.00 hrs.  |
| 12/29/12   | A. ROSENBLATT  | Review final claims and distribution calculation analysis sent from A&M (.3); review revised FAQs incorporating comments of other DCL proponents (.2); review email from Sidley with final Plan Supplement documents (.2).     | 0.70 hrs.  |
| 12/30/12   | A. ROSENBLATT  | Review, revised and updated closing memorandum circulated by Sidley in advance of Monday DCL call (.3); email from Sidley re: cure exhibits (.2).                                                                              | 0.50 hrs.  |
| 12/30/12   | D. E. DEUTSCH  | Review revised FAQ document (.5); review four further revised corporate documents provides by James Langdon (.6); review revised closing memorandum distributed by Debtors' counsel (James Langdon) (.6).                      | 1.70 hrs.  |
| 12/30/12   | M. ROITMAN     | Review revised plan supplement and closing documents in preparation for closing call (0.7)                                                                                                                                    | 0.70 hrs.  |
| 12/31/12   | M. ROITMAN     | Tribune closing call with DCL group (0.3); Emails with D. LeMay and A. Rosenblatt following call (0.1); Draft email to Committee re: closing (0.3)                                                                             | 0.70 hrs.  |
| 12/31/12   | D. E. DEUTSCH  | Review numerous e-mails and notices from Debtors re: effective date tasks/status (.5); review notice from James Langdon re: completion of certain effective                                                                    | 0.80 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          December 31, 2012
435 N. MICHIGAN AVENUE                                 Page   14
CHICAGO, IL 60611
```

|            |              |                                                                                                                                                                                      |           |
|------------|--------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |              | date tasks (.3).                                                                                                                                                                      |           |
| 12/31/12   | A. ROSENBLATT | Participate on DCL call re: closing logistics and status and related issues (.3); email from Sidley confirming completion of effective date steps (.2); email from Sidley re: Bridge lender letter (.2). | 0.70 hrs. |

**Total Fees for Professional Services.............. $78,510.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours  | Amount   |
|-------------------|--------|--------|----------|
| D. M. LeMAY       | 925.00 | 14.30  | 13227.50 |
| H. SEIFE          | 995.00 | 3.50   | 3482.50  |
| R. M. LEDER       | 995.00 | 5.20   | 5174.00  |
| A. ROSENBLATT     | 745.00 | 32.80  | 24436.00 |
| D. E. DEUTSCH     | 745.00 | 25.70  | 19146.50 |
| M. DISTEFANO      | 435.00 | .40    | 174.00   |
| M. ROITMAN        | 495.00 | 26.00  | 12870.00 |
| TOTALS            |        | 107.90 | 78510.50 |