# EXHIBIT B

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
## December 1, 2012 through December 31, 2012

| DISBURSEMENT | AMOUNT |
|---|---|
| Reproduction | $ 79.10 |
| Telephone Charges [1] | 566.66 |
| Outside Professional Services [2] (Complete Document Services) | 32,252.07 |
| Outside Professional Services [3] (Intralinks) | 10,000.00 |
| Managing Clerk Services (PACER) [4] | 362.06 |
| TOTAL | $43,259.89 |

1. Total includes charges ($517.24) for conference call services for a Creditors' Committee meeting held on December 5, 2012.

2. Represents charge for electronic data discovery services (as described in the Application).

3. Represents workspace charges (as described in the Application).

4. Due to the voluminous nature of the computerized records listing each PACER charge, Chadbourne has not electronically filed said copies. The computerized records will be made available to the Fee Examiner in the required format and, upon request, will be made available to any party in interest upon request to the undersigned counsel.

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]   Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/05/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>840180<br>Pender, Sheila<br>4400073<br>Print | 29366209 |
| 12/05/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>840071<br>Pender, Sheila<br>5100941<br>Print | 29366210 |
| 12/05/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>840078<br>Pender, Sheila<br>5100941<br>Print | 29366211 |
| 12/10/2012 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 17:59<br>188271 | 29371005 |
| 12/10/2012 | | | REPRO | 23.00 | 0.20 | 4.60 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 17:48<br>Scan File 188819 | 29371274 |
| 12/11/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 13:04<br>189868 | 29371747 |
| 12/11/2012 | | | REPRO | 55.00 | 0.20 | 11.00 | REPRODUCTION<br>User Name: Morales, Antonio<br>Time of Day: (H:M:S): 15:32<br>189912 | 29371748 |
| 12/11/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 13:06<br>Scan File 188427 | 29372031 |
| 12/11/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION<br>844388<br>Pender, Sheila<br>520045<br>Print | 29383465 |
| 12/12/2012 | | | REPRO | 260.00 | 0.20 | 52.00 | REPRODUCTION<br>User Name: Morales, Antonio<br>Time of Day: (H:M:S): 10:53<br>191459 | 29379689 |
| 12/12/2012 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>User Name: Lamb, Helen<br>Time of Day: (H:M:S): 11:07<br>Scan File 190017 | 29380520 |
| 12/13/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>User Name: Deutsch, Douglas E.<br>Time of Day: (H:M:S): 11:30<br>193136 | 29379743 |
| 12/13/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION<br>User Name: Deutsch, Douglas E.<br>Time of Day: (H:M:S): 21:30<br>193277 | 29379744 |
| 12/14/2012 | | | REPRO | 48.00 | 0.20 | 9.60 | REPRODUCTION<br>User Name: Deutsch, Douglas E.<br>Time of Day: (H:M:S): 12:16<br>194642 | 29379789 |
| 12/18/2012 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>User Name: Deutsch, Douglas E. | 29386111 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Time of Day: (H:M:S): 12:22 | |
| | | | | | | | 197538 | |
| 12/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29387869 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:21 | |
| | | | | | | | 198963 | |
| 12/19/2012 | | | REPRO | 54.00 | 0.20 | 10.80 | REPRODUCTION | 29387870 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 15:06 | |
| | | | | | | | 199023 | |
| 12/19/2012 | | | REPRO | 99.00 | 0.20 | 19.80 | REPRODUCTION | 29387879 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 10:45 | |
| | | | | | | | 198913 | |
| 12/19/2012 | | | REPRO | 2.00 | 0.20 | 0.40 | REPRODUCTION | 29387880 |
| | | | | | | | User Name: Pender, Sheila | |
| | | | | | | | Time of Day: (H:M:S): 18:00 | |
| | | | | | | | 199082 | |
| 12/20/2012 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29388706 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 19:08 | |
| | | | | | | | 200159 | |
| 12/21/2012 | | | REPRO | 58.00 | 0.20 | 11.60 | REPRODUCTION | 29389880 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:21 | |
| | | | | | | | 200984 | |
| 12/21/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29390101 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:42 | |
| | | | | | | | Scan File 200221 | |
| 12/21/2012 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 29390102 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:45 | |
| | | | | | | | Scan File 200225 | |
| 12/21/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29390103 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:51 | |
| | | | | | | | Scan File 200229 | |
| 12/21/2012 | | | REPRO | 31.00 | 0.20 | 6.20 | REPRODUCTION | 29390104 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 11:52 | |
| | | | | | | | Scan File 200233 | |
| 12/21/2012 | | | REPRO | 20.00 | 0.20 | 4.00 | REPRODUCTION | 29390105 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:25 | |
| | | | | | | | Scan File 200255 | |
| 12/21/2012 | | | REPRO | 7.00 | 0.20 | 1.40 | REPRODUCTION | 29390106 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 12:26 | |
| | | | | | | | Scan File 200256 | |
| 12/26/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29398226 |
| | | | | | | | 853356 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| 12/28/2012 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29398227 |
| | | | | | | | 854240 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 520045 | |
| | | | | | | | Print | |
| 12/31/2012 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION | 29405343 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 854701 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 4400073 | |
| | | | | | | | Print | |
| | | UNBILLED TOTALS: WORK | | | | 158.20 | 30 records | |
| | | UNBILLED TOTALS: BILL: | | | | 79.10 | | |
| | | GRAND TOTAL: WORK: | | | | 158.20 | 30 records | |
| | | GRAND TOTAL: BILL: | | | | 79.10 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/13/2012 | | | TEL | 76.00 | 0.04 | 2.93 | TELEPHONE CHARGES | 29421242 |
| | | | | | | | CALLER: Lori F. Moloney | |
| | | | | | | | CNCT : 76 | |
| | | | | | | | NUMBER of CALLERS:: 4 | |
| | | | | | | | TIME of DAY: 15:57 | |
| 11/16/2012 | | | TEL | 219.00 | 0.04 | 8.44 | TELEPHONE CHARGES | 29421413 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 219 | |
| | | | | | | | NUMBER of CALLERS:: 5 | |
| | | | | | | | TIME of DAY: 10:57 | |
| | | | | | | | 995.1.0 > MAT | |
| 11/29/2012 | | | TEL | 320.00 | 0.04 | 12.33 | TELEPHONE CHARGES | 29421243 |
| | | | | | | | CALLER: Marc Roitman | |
| | | | | | | | CNCT : 320 | |
| | | | | | | | NUMBER of CALLERS:: 9 | |
| | | | | | | | TIME of DAY: 15:53 | |
| 11/30/2012 | | | TEL | 216.00 | 0.04 | 8.33 | TELEPHONE CHARGES | 29421244 |
| | | | | | | | CALLER: Marc Roitman | |
| | | | | | | | CNCT : 216 | |
| | | | | | | | NUMBER of CALLERS:: 10 | |
| | | | | | | | TIME of DAY: 10:58 | |
| 12/05/2012 | | | TEL | 983.00 | 0.53 | 517.24 | TELEPHONE CHARGES | 29421241 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 983 | |
| | | | | | | | NUMBER of CALLERS:: 21 | |
| | | | | | | | TIME of DAY: 11:17 | |
| 12/05/2012 | | | TEL | 449.00 | 0.04 | 17.30 | TELEPHONE CHARGES | 29421621 |
| | | | | | | | CALLER: Andrew Rosenblatt | |
| | | | | | | | CNCT : 449 | |
| | | | | | | | NUMBER of CALLERS:: 5 | |
| | | | | | | | TIME of DAY: 16:56 | |
| | | | | | | | Not E.nte > MAT | |
| 12/28/2012 | | | TEL | 4.00 | 0.02 | 0.09 | TELEPHONE CHARGES | 29395110 |
| | | | | | | | EXT: 265539 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:42 | |
| | | | | | | | NUM CALLED: 3026512001 | |
| | | | | | | | 203602 | |
| | | UNBILLED TOTALS: WORK | | | | 566.66 | 7 records | |
| | | UNBILLED TOTALS: BILL: | | | | 566.66 | | |
| | | GRAND TOTAL: WORK: | | | | 566.66 | 7 records | |
| | | GRAND TOTAL: BILL: | | | | 566.66 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/28/2012 | | | PROFSVS | 1.00 | 15,028.83 | 15,028.83 | OUTSIDE PROFESSIONAL SERVICES - Vendor: COMPLETE DISCOVERY SOURCE MONTHLY HOSTING FEE, USER LICENSE Vendor=COMPLETE DISCOVERY SOURCE Balance= .00 Amount= 15028.83 Check #344861 01/02/2013 | 29394180 |
| 12/31/2012 | | | PROFSVS | 1.00 | 17,223.24 | 17,223.24 | OUTSIDE PROFESSIONAL SERVICES - Vendor: COMPLETE DISCOVERY SOURCE MONTHLY HOSTING FEE/USERLICENSE/TIFF CONVERSION/BRANDING/ENDORSING Vendor=COMPLETE DISCOVERY SOURCE Balance= .00 Amount= 17223.24 Check #345449 01/29/2013 | 29419564 |
| 12/31/2012 | | | PROFSVS | 1.00 | 10,000.00 | 10,000.00 | OUTSIDE PROFESSIONAL SERVICES - Vendor: INTRALINKS, INC. FINAL EXTENSION ON WORKSPACE (6 MONTHS) Vendor=INTRALINKS, INC. Balance= .00 Amount= 10000.00 Check #345705 02/12/2013 | 29431044 |
| | | UNBILLED TOTALS: WORK: | | | | 42,252.07 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 42,252.07 | | |
| | | GRAND TOTAL:  WORK: | | | | 42,252.07 | 3 records | |
| | | GRAND TOTAL:  BILL: | | | | 42,252.07 | | |