# EXHIBIT C

## TRIBUNE COMPANY, et al.

## SUMMARY OF HOURS

## POST-EFFECTIVE DATE PERIOD

### January 1, 2013 through February 26, 2013

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 3.30 | $ 3,283.50 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 4.90 | 4,532.50 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 41.40 | 30,843.00 |
| | | | | | |
| **Counsel:** | | | | | |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 0.70 | 486.50 |
| | | | | | |
| **Associate:** | | | | | |
| Kimberly Zafran | Litigation | 2009 (NY) | 565 | 4.00 | 2,260.00 |
| Eric Daucher | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 13.00 | 6,435.00 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 16.20 | 8,019.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 6.60 | 2,871.00 |
| Michaela Cohen | Bankruptcy & Financial Restructuring | JD-2012 | 395 | 20.40 | 8,058.00 |
| | | | | | |
| **Paraprofessional:** | | | | | |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 4.80 | 1,416.00 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 19.20 | 5,664.00 |
| | | | | | |
| TOTAL: | | | | 134.50 | $73,868.50 |

BLENDED RATE: $549.21

---

\* Includes year elected Partner at firm or joined firm as Partner.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 27, 2013
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611                                     Page    1


                                        For Services Through February 26, 2013
Our Matter #19804.022
           POST-EFFECTIVE DATE MATTERS


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/13 | K. ZAFRAN | Call with A. Golfer re: production to Litigation Trustee (.1); emails to M. Ashley and team re: production to Litigation Trustee and Relativity database (.7). | 0.80 hrs. |
| 01/02/13 | D. E. DEUTSCH | Review Fee Examiner's final report on 13th interim fee application (.4). | 0.40 hrs. |
| 01/02/13 | D. M. LeMAY | Respond to Bill Salganick question re: document retention issue. | 0.70 hrs. |
| 01/02/13 | E. DAUCHER | Review of time records and drafting for response to Fee Examiner's preliminary report on 14th interim fee application and exhibits thereto. | 5.80 hrs. |
| 01/03/13 | E. DAUCHER | Review of time records and drafting for response to Fee Examiner's preliminary report on 14th interim fee application. | 6.30 hrs. |
| 01/03/13 | M. D. ASHLEY | Emails with K. Zafran, A. Goldfarb (Zuckerman) regarding Litigation Trustee transfer agreement document production issues (.3); reviewed document production database materials (.4). | 0.70 hrs. |
| 01/03/13 | K. ZAFRAN | Email to M. Ashley, A. Goldfarb and team re: Relativity database (.8); review Relativity database to be provided to Robbins Russell (2.1). | 2.90 hrs. |
| 01/04/13 | K. ZAFRAN | Call with CDS to discuss transfer of Robbins Russell Relativity database to Robbins Russell. | 0.30 hrs. |
| 01/04/13 | M. ROITMAN | Review draft statement of William Niese Committee Member fees (0.3); Emails with J. Teitelbaum and D. LeMay re: same (0.2) | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 27, 2013
435 N. MICHIGAN AVENUE                                 Page     2
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/04/13 | D. M. LeMAY | Review and comment on J. Teitelbaum draft fee reimbursement request. | 0.80 hrs. |
| 01/06/13 | D. E. DEUTSCH | Review and edit response (and exhibits thereto) to Fee Examiner's report on 14th Interim Fee Application (2.1); | 2.10 hrs. |
| 01/07/13 | H. LAMB | Review and analysis of billing proformas/daily time detail in preparation of December fee application. | 2.40 hrs. |
| 01/07/13 | E. DAUCHER | Revise reply to Fee Examiner's preliminary report on 14th interim fee application and exhibits thereto per comments from D. Deutsch. | 0.90 hrs. |
| 01/07/13 | M. ROITMAN | Review fee statement of William Niese (0.1); Email with J. Teitelbaum re: same (0.1); Call with D. LeMay re: same (0.1); Review of JPMorgan's fee/expense claims (0.7); Emails with D. LeMay re: same (0.3); Draft memorandum re: Committee action with respect to JPMorgan's fee/expense claims (2.1); Confer with D. LeMay re: same (0.4); | 3.80 hrs. |
| 01/07/13 | M. ROITMAN | Prepare comparison document at Litigation Trustee's request re: Agreement Respecting Transfer Of Documents, Information, And Privileges From the Official Committee of Unsecured Creditors (0.1); Email with N. Davis re: same (0.1) | 0.20 hrs. |
| 01/07/13 | D. BAVA | Prepare JP Morgan fee materials for Committee complete with exhibits (.80). | 0.80 hrs. |
| 01/08/13 | M. ROITMAN | Revise memorandum re: Committee action with respect to JPMorgan's fee/expense claims (0.9); Confer with D. LeMay and D. Deutsch re: same (0.3); | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 27, 2013
435 N. MICHIGAN AVENUE                                       Page     3
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/08/13 | D. E. DEUTSCH | Review and edit 16th quarterly fee application (.5); review final changes to response to Fee Examiner's report on 14th quarterly fee application and make minor edits to same (.8); preliminary review of part of senior lender fee materials (.4); e-mail David Bava re: next steps on same (.1); | 1.80 hrs. |
| 01/09/13 | M. ROITMAN | Review fee statement prepared by Guild (0.2); Email with R. Paul re: same (0.1); Confer with D. LeMay re: same (0.1) | 0.40 hrs. |
| 01/10/13 | H. LAMB | Review draft omnibus fee order (.2); review and confirm Chadbourne amounts (.2); email with Debtors' counsel to confirm same (.1) | 0.50 hrs. |
| 01/10/13 | D. E. DEUTSCH | Call with David Zensky re: inquiry on transfer of certain claims to the Trust (.2); related follow-up analysis of claim materials (.4). | 0.60 hrs. |
| 01/10/13 | D. E. DEUTSCH | Review and analysis of DCL Plan and order to determine process on final billing (1.2); draft detailed e-mail to David LeMay re: proposal to address same for Committee members and Committee professionals (.4). | 1.60 hrs. |
| 01/10/13 | D. E. DEUTSCH | Draft detailed e-mail to Committee re: final (February) meeting planning and related issues to be addressed (.7). | 0.70 hrs. |
| 01/11/13 | D. E. DEUTSCH | Preliminary review of senior lender billing materials (2.2); meeting with Andrew Rosenblatt and, in part, Marc Roitman to discuss treatment of specific Committee billing issues under Plan (.4); discuss various senior lender biller matters with Damian Schaible (.3); two meetings with Michaela Cohen to discuss research and analysis of same (.4); | 3.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            February 27, 2013
435 N. MICHIGAN AVENUE                                   Page     4
CHICAGO, IL 60611
```

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/11/13 | D. E. DEUTSCH | Call with Kevin Lantry re: transfer of claims/issues to litigation trust (.3); | 0.30 hrs. |
| 01/11/13 | D. E. DEUTSCH | Call with Committee co-chair (Wayne Smith) re: planning for final (February) Committee meeting on remaining tasks (.2). | 0.20 hrs. |
| 01/11/13 | M. ROITMAN | Meet with D. Deutsch re: Committee Member Fee/Expense Claims (0.2) | 0.20 hrs. |
| 01/14/13 | D. E. DEUTSCH | Review case filing re: substitution of Debtors in place of Creditors' Committee in various litigation court filing (.9); e-mail David LeMay re: same (.2). | 1.10 hrs. |
| 01/14/13 | D. E. DEUTSCH | Review various court filings re: Wednesday's hearing on fee application (.4). | 0.40 hrs. |
| 01/15/13 | D. E. DEUTSCH | E-mail/call with Fee Examiner re: 14th interim fee application issues (.4). | 0.40 hrs. |
| 01/16/13 | H. LAMB | Begin preparation of work description summaries for monthly portion of final fee application. | 1.40 hrs. |
| 01/16/13 | D. BAVA | Obtain Bridge Lenders fee materials for Committee (.80). | 0.80 hrs. |
| 01/16/13 | M. ROITMAN | Draft email to Committee re: advisor fee reimbursements (0.4); Emails with D. LeMay re: same (0.2); Email with F. Anderson re: PBGC fees (0.1) | 0.70 hrs. |
| 01/16/13 | M. COHEN | Reviewed senior lender billing details | 7.90 hrs. |
| 01/17/13 | M. COHEN | Review of senior lender billing detail (1.9); prepare chart detailing bridge lenter fees (2.1). | 4.00 hrs. |
| 01/17/13 | M. ROITMAN | Review Buena Vista fee statement (0.3); Email with K. Williams and D. LeMay re: same (0.1) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE　　　　　　February 27, 2013
435 N. MICHIGAN AVENUE　　　　　　　　　　　　　　　　　　Page    5
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/18/13 | M. COHEN | Worked on chart of bridge loan lender fees | 1.50 hrs. |
| 01/21/13 | D. E. DEUTSCH | Draft memorandum to Committee re: various upcoming meeting matters/case status (.3). | 0.30 hrs. |
| 01/21/13 | M. ROITMAN | Review draft fee statement prepared by Warner Brothers (0.3); Emails with W. Smith re: same (0.2) | 0.50 hrs. |
| 01/21/13 | H. LAMB | Continue preparation of work description summaries for monthly portion of final fee application. | 1.10 hrs. |
| 01/22/13 | M. ROITMAN | Confer with D. LeMay re: Warner Brothers fee statement (0.1) | 0.10 hrs. |
| 01/22/13 | M. DISTEFANO | Meeting with D. Deutsch re JPM Fee claim (.2); reviewed memo re JPM Fees (.3); drafted email to Committee re same (.4). | 0.90 hrs. |
| 01/22/13 | D. E. DEUTSCH | Review DCL Plan provisions re: review of JPM Fees (.4); review and edit related memorandum to Committee (1.0); discuss related issues with David LeMay (.2); call with Wayne Smith re: upcoming Committee meeting matters on fee issues (.3); review posting note on senior lender fees and edit same (.3); exchange e-mails with David Bava re: questions on related capacity for Intralinks (.2). | 2.40 hrs. |
| 01/23/13 | M. COHEN | Review and revise senior lending billing details | 1.10 hrs. |
| 01/23/13 | M. ROITMAN | Call with G. Novod re: Committee member counsel fees (0.2). | 0.20 hrs. |
| 01/24/13 | M. ROITMAN | Confer with D. LeMay re: Committee Member fee statements (0.2); Review and comment upon memorandum re: JPM fees (0.2) | 0.40 hrs. |
| 01/24/13 | D. M. LeMAY | Conferences (2x) with M. Roitman re: Committee member fee reimbursement issues. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 27, 2013
435 N. MICHIGAN AVENUE                                        Page    6
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/25/13 | M. ROITMAN | Call with D. Adler re: Deutsche Bank fee statement (0.1); Call with D. LeMay re: same (0.1); Emails with E. Vonnegut re: JPM Committee service fees (0.1); Emails with G. Novod re: WTC Committee service fees (0.2) | 0.50 hrs. |
| 01/28/13 | M. DISTEFANO | Reviewed Bridge lenders fee claim (.2); call with Sidley re same (.1); call with Gordon Novod re JPM fees (.1). | 0.40 hrs. |
| 01/28/13 | M. ROITMAN | Review Committee Member fee statements (0.2); Draft letter to Tribune and U.S. Trustee re: Committee Member Fee/Expense Claims (1.5); Confer with D. LeMay and D. Bava re: same (0.3); Emails with D. Deutsch re: same (0.2) | 2.20 hrs. |
| 01/28/13 | M. COHEN | Review of senior lender billing detail (1.4); meeting with D.Deutsch to discuss memo for Oaktree and Angelo Gordon fees (.3). | 1.70 hrs. |
| 01/28/13 | D. E. DEUTSCH | Review draft analysis on bridge lender fee claims and related submissions (1.0); meeting with Michaela Cohen to discuss follow-up steps on global analysis/summary chart for same (.3); initial review of Oaktree/Angelo Gordon fee submissions (1.1); discuss required follow-up with Michaela Cohen (.2); draft detailed memorandum e-mail to Michael Distefano re: drafting of memorandum to Committee on bridge lender fee matters and required related calls to Debtors and certain bridge lender professionals (.6); meeting with David LeMay to discuss required Committee fee review processes and related issues (.3). | 3.50 hrs. |
| 01/29/13 | M. COHEN | Review of Oaktree's fees and expenses for memo to Committee | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 27, 2013
435 N. MICHIGAN AVENUE                                       Page     7
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/29/13 | M. ROITMAN | Revise letter to Tribune and U.S. Trustee re: Committee Member Fee/Expense Claims (0.4); Emails with D. Deutsch re: same (0.2); Draft email to Committee re: same (0.3). | 0.90 hrs. |
| 01/29/13 | M. DISTEFANO | Drafted memo on bridge lenders' fees (1.3). | 1.30 hrs. |
| 01/29/13 | D. M. LeMAY | Finalize Committee member submission to UST and Tribune. | 0.40 hrs. |
| 01/29/13 | D. E. DEUTSCH | Review draft memo to US Trustee and attachments (.6) and propose edit to same re: fees for Committee members (.2); exchange related materials with Marc Roitman (.2); review inquiry from Kevin Lantry re: professional billing matters (.2); hold related call with Kevin Lantry (.3). | 1.50 hrs. |
| 01/29/13 | D. E. DEUTSCH | Exchange e-mails with Intralinks (Zach Pasquareli) re: Intralinks matters. | 0.50 hrs. |
| 01/30/13 | M. DISTEFANO | Call to Sidley re Bridge Lenders fee request (.1); call to Perkins Coie re Bridge fee request (.1); drafted memo re Bridge fee request (.9). | 1.10 hrs. |
| 01/31/13 | M. DISTEFANO | Revised memo re Bridge Fees (1.4); drafted email to Committee re same (.3). | 1.70 hrs. |
| 01/31/13 | D. E. DEUTSCH | Review draft memorandum on Bridge Lender fee request (.4); review related fee materials (.9); draft notes to Michael Distefano re: required follow-up items (.4); review revised memorandum and draft edits to Committee on same (.5). | 2.20 hrs. |
| 01/31/13 | M. COHEN | Worked on memo for Committee on fees/expenses of Oaktree, Angelo Gordon. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         February 27, 2013
435 N. MICHIGAN AVENUE                                Page     8
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/05/13 | D. E. DEUTSCH | Review parts of Oaktree and Angelo Gordon fee submissions (.5); review and edit related draft memorandum to Committee (.4); discuss posting and final action items on same with Michael Distefano (.2). | 1.10 hrs. |
| 02/05/13 | M. DISTEFANO | Revised memo re Bridge Fees (.9). | 0.90 hrs. |
| 02/06/13 | H. LAMB | Conference with D.Deutsch regarding final fee application and post-effective date billing issues (.3); review and analysis re omnibus fee order on fourteenth interim fees (.4); emails with P.Ratkowiak to confirm amounts (.1); review and revise final fee application (2.2). | 3.00 hrs. |
| 02/06/13 | M. DISTEFANO | Drafted email to Committee re Oaktree and Angelo Gordon Fees (.3). | 0.30 hrs. |
| 02/06/13 | D. BAVA | Prepare fee statement, exhibits and errata sheet for posting to IntraLinks (.60); review docket sheet re: all final fee examiners reports re: C&P fees (.80). | 1.40 hrs. |
| 02/06/13 | M. COHEN | Researched senior lender counsel for fees memo (.9); revise memo (1.1). | 2.00 hrs. |
| 02/06/13 | D. E. DEUTSCH | Review materials on final fee statement and post-effective date fee process (.5); related call with John Theil, Fee Examiner (.4); hold related meeting on next steps with Helen Lamb (.3); review and respond to inquiry from Andrew Goldfarb re: final fee application process and related call with Fee Examiner (.3); | 1.50 hrs. |
| 02/07/13 | D. BAVA | Review and analysis of fee examiners' quarterly reports for creation of summary for final fee application (.80); drafting of related summary (.40). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  February 27, 2013
435 N. MICHIGAN AVENUE                          Page     9
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/07/13 | H. LAMB | Further review and revise final fee application. | 1.80 hrs. |
| 02/08/13 | D. E. DEUTSCH | Review materials prepared by David Bava on reserved issues for final fee application (.5). | 0.50 hrs. |
| 02/11/13 | D. E. DEUTSCH | Review of court filings re: 2/13 hearing (.2). | 0.20 hrs. |
| 02/14/13 | D. E. DEUTSCH | Exchange e-mails with James Sottile re: planning presentation for last Committee meeting. | 0.30 hrs. |
| 02/15/13 | M. ROITMAN | Draft summary of fee requests made under Plan (0.3) | 0.30 hrs. |
| 02/15/13 | D. E. DEUTSCH | Discuss presentations for next Thursday's final Committee meeting with David LeMay (.3); exchange related e-mails with James Sottile (.2); exchange related e-mails with Brad Hall (.2); discuss same with Marc Roitman (.2). | 0.90 hrs. |
| 02/16/13 | D. E. DEUTSCH | Review draft outline of discussion topics for Thursday's final Committee meeting (.2); edit same (.2); | 0.40 hrs. |
| 02/18/13 | D. E. DEUTSCH | Exchange e-mails with Brad Hall on Thursday's Committee meeting (.2); hold related call with Brad Hall (.2); initial research and analysis related to presentation to Committee on all fee issues (1.7). | 2.10 hrs. |
| 02/19/13 | D. E. DEUTSCH | Review AlixPartners' presentation for final meeting (.3) and exchange e-mails with Brad Hall et al. on same (.2). | 0.50 hrs. |
| 02/20/13 | H. SEIFE | Preparation for Committee meeting. | 1.30 hrs. |
| 02/20/13 | D. E. DEUTSCH | Review certain DCL Plan provisions, memoranda on fee issues and related materials (1.1); draft notes on presentation to Committee on all open fee issues (2.4); review and edit posting note for Committee (.3); | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  February 27, 2013
435 N. MICHIGAN AVENUE                          Page    10
CHICAGO, IL 60611

| Date | Attorney | Description | Hours |
|---|---|---|---|
| | | exchange e-mails with AlixPartners re: tomorrow's Committee presentation (.3); exchange e-mails with Marc Ashley re: litigation issue likely to be discussed during tomorrow's Committee meeting (.2); review and respond to e-mail inquiry from JPM re: tomorrow's Committee meeting matters (.2). | |
| 02/20/13 | D. E. DEUTSCH | Review and mark-up December fee entries (1.5); review and edit initial draft of 48th/final fee application summary (1.4); draft insert for same on post-effective date period fees (.5). | 3.40 hrs. |
| 02/20/13 | H. LAMB | Meeting with D.Deutsch regarding final fee application (.4); continue review and revision of final fee application (2.4) and related exhibits (1.8). | 4.60 hrs. |
| 02/20/13 | D. BAVA | Revise meeting agenda (.20); post certain materials to IntraLinks (.40). | 0.60 hrs. |
| 02/21/13 | D. M. LeMAY | Prepare for (1.2) and attend (1.3) final meeting of the Committee. | 2.50 hrs. |
| 02/21/13 | H. SEIFE | Prepare for (.8) and attend Committee meeting (1.2). | 2.00 hrs. |
| 02/21/13 | D. E. DEUTSCH | Review notes and other materials to prepare for today's Committee meeting presentation (1.3); meeting with Helen Lamb to discuss Committee member request on fee issue (.2); participate in Committee meeting (1.2). | 2.70 hrs. |
| 02/21/13 | M. ROITMAN | Draft outline in preparation for Committee meeting (2.4); Attendance at Committee meeting (1.3) | 3.70 hrs. |
| 02/24/13 | H. LAMB | Review Fee Examiner's preliminary report on 15th interim fee period (.4); research expense issues raised in report and prepare response to those items (1.2). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                         February 27, 2013
435 N. MICHIGAN AVENUE                                                Page    11
CHICAGO, IL 60611

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/25/13 | H. LAMB | Conferences with D.Deutsch regarding final fee application issues (.3); review and revise final fee application (1.3). | 1.60 hrs. |
| 02/26/13 | H. LAMB | Review Committee member receipts for 2/21 Committee meeting (.3); preparation of expense summaries for reimbursement (.9). | 1.20 hrs. |

            Total Fees for Professional Services..............      $73,868.50


                              TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 4.90 | 4532.50 |
| H. SEIFE | 995.00 | 3.30 | 3283.50 |
| M. D. ASHLEY | 695.00 | .70 | 486.50 |
| D. E. DEUTSCH | 745.00 | 41.40 | 30843.00 |
| D. BAVA | 295.00 | 4.80 | 1416.00 |
| E. DAUCHER | 495.00 | 13.00 | 6435.00 |
| H. LAMB | 295.00 | 19.20 | 5664.00 |
| K. ZAFRAN | 565.00 | 4.00 | 2260.00 |
| M. COHEN | 395.00 | 20.40 | 8058.00 |
| M. DISTEFANO | 435.00 | 6.60 | 2871.00 |
| M. ROITMAN | 495.00 | 16.20 | 8019.00 |
| TOTALS | | 134.50 | 73868.50 |

## TRIBUNE COMPANY, et al.
## SUMMARY OF EXPENSES INCURRED
## POST-EFFECTIVE DATE PERIOD
## January 1, 2013 through February 26, 2013

| DISBURSEMENT | AMOUNT |
|---|---|
| Reproduction | $53.00 |
| Telephone Charges | 3.45 |
| TOTAL | $56.45 |

Unbilled Recap Of Cost Detail - [19804.022 - POST-EFFECTIVE DATE MATTERS]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/09/2013 | | | REPRO | 16.00 | 0.20 | 3.20 | REPRODUCTION<br>User Name: Zafran, Kimberly<br>Time of Day: (H:M:S): 08:29<br>210242 | 29404314 |
| 01/28/2013 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>869101<br>Pender, Sheila<br>5256715<br>Print | 29424023 |
| 01/28/2013 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>869110<br>Pender, Sheila<br>5256715<br>Print | 29424024 |
| 01/30/2013 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>870481<br>Pender, Sheila<br>5266312<br>Print | 29430033 |
| 01/30/2013 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION<br>870560<br>Pender, Sheila<br>4400085<br>Print | 29430034 |
| 01/31/2013 | | | REPRO | 154.00 | 0.20 | 30.80 | REPRODUCTION<br>User Name: Gardner, Norman<br>Time of Day: (H:M:S): 18:24<br>227745 | 29428154 |
| 02/05/2013 | | | REPRO | 8.00 | 0.20 | 1.60 | REPRODUCTION<br>873536<br>Perdue, Lynn<br>4960623<br>Print | 29443300 |
| 02/06/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>874970<br>Pender, Sheila<br>5281751<br>Print | 29443293 |
| 02/06/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>874972<br>Pender, Sheila<br>5281751<br>Print | 29443294 |
| 02/06/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>874976<br>Pender, Sheila<br>5281751<br>Print | 29443295 |
| 02/06/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>874978<br>Pender, Sheila<br>5281751<br>Print | 29443296 |
| 02/06/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION<br>874981<br>Pender, Sheila<br>5281751<br>Print | 29443297 |
| 02/06/2013 | | | REPRO | 4.00 | 0.20 | 0.80 | REPRODUCTION<br>874991<br>Pender, Sheila<br>5281751<br>Print | 29443298 |

Unbilled Recap Of Cost Detail - [19804.022 - POST-EFFECTIVE DATE MATTERS]  Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/06/2013 | | | REPRO | 1.00 | 0.20 | 0.20 | REPRODUCTION | 29443299 |
| | | | | | | | 874690 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 5266312 | |
| | | | | | | | Print | |
| 02/15/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29447985 |
| | | | | | | | 879773 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 5281751 | |
| | | | | | | | Print | |
| 02/15/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29447986 |
| | | | | | | | 879777 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 5281751 | |
| | | | | | | | Print | |
| 02/15/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29447987 |
| | | | | | | | 879779 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 5281751 | |
| | | | | | | | Print | |
| 02/15/2013 | | | REPRO | 3.00 | 0.20 | 0.60 | REPRODUCTION | 29447988 |
| | | | | | | | 879810 | |
| | | | | | | | Pender, Sheila | |
| | | | | | | | 5281751 | |
| | | | | | | | Print | |
| 02/22/2013 | | | REPRO | 262.00 | 0.20 | 52.40 | REPRODUCTION | 29452446 |
| | | | | | | | User Name: Gardner, Norman | |
| | | | | | | | Time of Day: (H:M:S): 19:03 | |
| | | | | | | | Scan File 244503 | |
| 02/25/2013 | | | REPRO | 5.00 | 0.20 | 1.00 | REPRODUCTION | 29453508 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:28 | |
| | | | | | | | Scan File 244845 | |
| 02/25/2013 | | | REPRO | 43.00 | 0.20 | 8.60 | REPRODUCTION | 29453509 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:29 | |
| | | | | | | | Scan File 244846 | |
| 02/25/2013 | | | REPRO | 6.00 | 0.20 | 1.20 | REPRODUCTION | 29453510 |
| | | | | | | | User Name: Lamb, Helen | |
| | | | | | | | Time of Day: (H:M:S): 17:42 | |
| | | | | | | | Scan File 244859 | |
| | | UNBILLED TOTALS: WORK | | | | 106.00 | 22 records | |
| | | UNBILLED TOTALS: BILL: | | | | 53.00 | | |
| | | GRAND TOTAL: WORK: | | | | 106.00 | 22 records | |
| | | GRAND TOTAL: BILL: | | | | 53.00 | | |

Unbilled Recap Of Cost Detail - [19804.022 - POST-EFFECTIVE DATE MATTERS] | Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/02/2013 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265132<br>CNCT: 5<br>TIME of DAY: (H:M:S): 11:55<br>NUM CALLED: 2027781822<br>204928 | 29400903 |
| 01/03/2013 | | | TEL | 9.00 | 0.02 | 0.21 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 9<br>TIME of DAY: (H:M:S): 14:43<br>NUM CALLED: 3024674438<br>205897 | 29401006 |
| 01/03/2013 | | | TEL | 12.00 | 0.02 | 0.28 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 12<br>TIME of DAY: (H:M:S): 16:05<br>NUM CALLED: 2138966022<br>205947 | 29401007 |
| 01/04/2013 | | | TEL | 1.00 | 0.04 | 0.04 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:33<br>NUM CALLED: 2037085847<br>206652 | 29401080 |
| 01/10/2013 | | | TEL | 6.00 | 0.02 | 0.14 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 6<br>TIME of DAY: (H:M:S): 09:42<br>NUM CALLED: 4109645125<br>211442 | 29407534 |
| 01/10/2013 | | | TEL | 5.00 | 0.04 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 09:49<br>NUM CALLED: 9144377670<br>211446 | 29407535 |
| 01/10/2013 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:13<br>NUM CALLED: 2023264000<br>211684 | 29407536 |
| 01/10/2013 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 09:28<br>NUM CALLED: 3024674410<br>211425 | 29407537 |
| 01/10/2013 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:36<br>NUM CALLED: 2023264000<br>211430 | 29407538 |
| 01/10/2013 | | | TEL | 3.00 | 0.02 | 0.07 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 3<br>TIME of DAY: (H:M:S): 09:39<br>NUM CALLED: 2028575000<br>211436 | 29407539 |
| 01/11/2013 | | | TEL | 18.00 | 0.02 | 0.41 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 18<br>TIME of DAY: (H:M:S): 14:42<br>NUM CALLED: 3024674430<br>212431 | 29408231 |

Unbilled Recap Of Cost Detail - [19804.022 - POST-EFFECTIVE DATE MATTERS]                                                                Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/11/2013 | | | TEL | 14.00 | 0.02 | 0.32 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 14<br>TIME of DAY: (H:M:S): 15:03<br>NUM CALLED: 8189546007<br>212443 | 29408232 |
| 01/28/2013 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:57<br>NUM CALLED: 7607587101<br>223451 | 29422447 |
| 01/28/2013 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:59<br>NUM CALLED: 3024674438<br>223607 | 29422448 |
| 02/04/2013 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 10:27<br>NUM CALLED: 6174574060<br>229233 | 29431438 |
| 02/04/2013 | | | TEL | 5.00 | 0.02 | 0.12 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 5<br>TIME of DAY: (H:M:S): 15:42<br>NUM CALLED: 3024674438<br>229501 | 29431439 |
| 02/05/2013 | | | TEL | 2.00 | 0.03 | 0.05 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 2<br>TIME of DAY: (H:M:S): 14:40<br>NUM CALLED: 3024674438<br>230441 | 29433693 |
| 02/05/2013 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:27<br>NUM CALLED: 8189546007<br>230543 | 29433694 |
| 02/06/2013 | | | TEL | 1.00 | 0.41 | 0.41 | TELEPHONE CHARGES<br>User Name: 265169<br>Time of Day: (H:M:S): 10:25<br>Scan File 231363<br>18 | 29434327 |
| 02/06/2013 | | | TEL | 1.00 | 0.12 | 0.12 | TELEPHONE CHARGES<br>User Name: 265172<br>Time of Day: (H:M:S): 11:28<br>Scan File 231413<br>5 | 29434328 |
| 02/06/2013 | | | TEL | 1.00 | 0.30 | 0.30 | TELEPHONE CHARGES<br>User Name: 265169<br>Time of Day: (H:M:S): 16:23<br>Scan File 231647<br>7 | 29434329 |
| 02/07/2013 | | | TEL | 1.00 | 0.18 | 0.18 | TELEPHONE CHARGES<br>User Name: 265169<br>Time of Day: (H:M:S): 16:00<br>Scan File 232754<br>8 | 29434807 |
| 02/13/2013 | | | TEL | 1.00 | 0.05 | 0.05 | TELEPHONE CHARGES<br>User Name: 265169 | 29445430 |

Unbilled Recap Of Cost Detail - [19804.022 - POST-EFFECTIVE DATE MATTERS]  Page 3
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Time of Day: (H:M:S): 15:53 | |
| | | | | | | | Scan File 237007 | |
| | | | | | | | 2 | |
| 02/18/2013 | | | TEL | 1.00 | 0.02 | 0.02 | TELEPHONE CHARGES | 29449476 |
| | | | | | | | User Name: 265172 | |
| | | | | | | | Time of Day: (H:M:S): 17:21 | |
| | | | | | | | Scan File 240057 | |
| | | | | | | | 1 | |
| 02/25/2013 | | | TEL | 1.00 | 0.07 | 0.07 | TELEPHONE CHARGES | 29453381 |
| | | | | | | | User Name: 265169 | |
| | | | | | | | Time of Day: (H:M:S): 11:44 | |
| | | | | | | | Scan File 245082 | |
| | | | | | | | 3 | |
| 02/25/2013 | | | TEL | 1.00 | 0.09 | 0.09 | TELEPHONE CHARGES | 29453382 |
| | | | | | | | User Name: 265172 | |
| | | | | | | | Time of Day: (H:M:S): 16:41 | |
| | | | | | | | Scan File 245324 | |
| | | | | | | | 4 | |
| | | UNBILLED TOTALS: WORK: | | | | 3.45 | 26 records | |
| | | UNBILLED TOTALS: BILL: | | | | 3.45 | | |
| | | GRAND TOTAL: WORK: | | | | 3.45 | 26 records | |
| | | GRAND TOTAL: BILL: | | | | 3.45 | | |