**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Hearing Date: To be Determined |
| ------------------------------------------------------------ x | | Objections Due: March 20, 2013 @ 4:00 p.m.(ET) |

## CERTIFICATION OF DOUGLAS E. DEUTSCH

Douglas E. Deutsch, an attorney-at-law, duly admitted to the bar of the State of New York since 1997 hereby certifies that:

1. I am a partner with the applicant firm, Chadbourne & Parke LLP ("Chadbourne"), and I am duly authorized to make this Certification on behalf of Chadbourne. Chadbourne was retained by the Official Committee of Unsecured Creditors as co-counsel pursuant to an order of this Court. This certification is made in support of the Forty-Eighth Monthly and Final Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al., for Allowance of Compensation and Reimbursement of Expenses (the "Application") and in compliance with local rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "UST Guidelines" and, together with the Local Rules, the "Guidelines").

CPAM: 4840110.1

2.  I have read the Application and I certify that the Application substantially complies with the Guidelines.

Dated: February 27, 2013
New York, New York

CHADBOURNE & PARKE LLP

By: _____
Douglas E. Deutsch
(A Member of the Firm)

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Co-Counsel to The Official Committee of Unsecured Tribune Company, et al

2