## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY,[1] et al., | Case No. 08-13141 (KJC) (Jointly Administered) |
| Debtors. | **Objection Deadline: March 25, 2013, at 4:00 p.m.** **Hearing Date: TBD** |

## FINAL FEE APPLICATION OF REED SMITH LLP, SPECIAL COUNSEL FOR CERTAIN INSURANCE AND EMPLOYEE-RELATED MATTERS TO THE TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Retention: | February 3, 2009, *nunc pro tunc* to December 8, 2008; Order expanding retention entered October 25, 2010, *nunc pro tunc* to August 27, 2010 |
| Period for which compensation and reimbursement is sought: | December 8, 2008 through December 31, 2012 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Amount of Compensation sought as
actual, reasonable and necessary:          $1,712,112.25

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $  111,429.95

This is a:                                 Final Fee Application

## SUMMARY OF MONTHLY AND INTERIM FEE APPLICATIONS FILED

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 25, 2009<br><br>1st Monthly | December 8, 2008 through February 28, 2009<br><br>D.I. No. 811<br><br>CNO D.I. No. 1082 | $98,262.00 | $2,535.31 | $97,464.25 | $2,535.31 |
| **March 25, 2009**<br><br>**1st Quarterly** | **December 8, 2008 through February 28, 2009**<br><br>**D.I. No. 1083** | **$98,262.00** | **$2,535.31** | **$97,464.25[2]** | **$2,535.31** |
| April 28, 2009<br><br>2nd Monthly | March 1, 2009 through March 31, 2009<br><br>D.I. No. 1095<br><br>CNO D.I. No. 1262 | $12,267.50 | $117.35 | $12,267.50 | $117.35 |
| June 2, 2009<br><br>3rd Monthly | April 1, 2009 through April 30, 2009<br><br>D.I. No. 1284<br><br>CNO D.I. No. 1662 | $6,966.50 | $853.94 | $6,966.50 | $853.94 |
| June 26, 2009<br><br>4th Monthly | May 1, 2009 through May 31, 2009<br><br>D.I. No. 1643<br><br>CNO D.I. No. 1819 | $5,710.50 | $283.68 | $5,422.00 | $283.68 |
| **June 26, 2009**<br><br>**2nd Quarterly** | **March 1, 2009 through May 31, 2009**<br><br>**D.I. No. 1645** | **$24,944.50** | **$1,254.97** | **$24,656.00[3]** | **$1,254.97** |
| August 3, 2009<br><br>5th Monthly | June 1, 2009 through June 30, 2009<br><br>D.I. No. 1881<br><br>CNO D.I. No. 2114 | $7,650.50 | $149.45 | $7,650.50 | $149.45 |
| August 25, 2009<br><br>6th Monthly | July 1, 2009 through July 31, 2009<br><br>D.I. No. 2008<br><br>CNO D.I. No. 2170 | $25,570.00 | $190.90 | $25,570.00 | $190.90 |

---

[2] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 1st quarterly fee application by $797.75. This reduction is also noted in the last monthly fee application for the 1st quarterly period.

[3] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 2nd quarterly fee application by $288.50. This reduction is also noted in the last monthly fee application for the 2nd quarterly period.

| | | | | | |
|---|---|---|---|---|---|
| November 19, 2009<br><br>7th Monthly | August 1, 2009 through August 31, 2009<br><br>D.I. No. 2226<br><br>CNO D.I. No. 2463 | $13,416.50 | $222.23 | $12,859.00 | $222.23 |
| **November 19, 2009**<br><br>**3rd Quarterly** | **June 1, 2009 through August 31, 2009**<br><br>**D.I. No. 2267** | **$46,637.00** | **$562.58** | **$46,079.50[4]** | **$562.58** |
| October 30, 2009<br><br>8th Monthly | September 1, 2009 through September 30, 2009<br><br>D.I. No. 2275<br><br>CNO D.I. No. 2733 | $15,576.50 | $241.45 | $15,576.50 | $241.45 |
| December 4, 2009<br><br>9th Monthly | October 1, 2009 through October 31, 2009<br><br>D.I. No. 2740<br><br>CNO D.I. No. 3471 | $18,689.00 | $460.74 | $18,689.00 | $460.74 |
| January 14, 2010<br><br>10th Monthly | November 1, 2009 through November 30, 2009<br><br>D.I. No. 3104<br><br>CNO D.I. No. 3472 | $14,968.50 | $45.30 | $14,419.50 | $45.30 |
| **January 14, 2010**<br><br>**4th Quarterly** | **September 1, 2009 through November 30, 2009**<br><br>**D.I. No. 3105** | **$49,234.00** | **$747.49** | **$48,685.00[5]** | **$747.49** |
| February 18, 2010<br><br>11th Monthly | December 1, 2009 through December 31, 2009<br><br>D.I. No. 3473<br><br>CNO D.I. No. 3932 | $32,738.50 | $303.90 | $32,738.50 | $303.90 |
| March 8, 2010<br><br>12th Monthly | January 1, 2010 through January 31, 2010<br><br>D.I. No. 3696<br><br>CNO D.I. No. 3933 | $22,931.50 | $393.94 | $22,931.50 | 393.94 |
| April 5, 2010<br><br>13th Monthly | February 1, 2010 through February 28, 2010<br><br>D.I. No. 3940<br><br>CNO D.I. No. 4659 | $19,060.00 | $929.09 | $17,809.50 | $929.09 |

---

[4] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 3rd quarterly fee application by $557.50. This reduction is also noted in the last monthly fee application for the 3rd quarterly period.

[5] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 4th quarterly fee application by $549.00. This reduction is also noted in the last monthly fee application for the 4th quarterly period.

| | | | | | |
|---|---|---|---|---|---|
| **May 3, 2010**<br><br>**5th Quarterly** | **December 1, 2009 through February 28, 2010**<br><br>**D.I. No. 4221**<br>**CNO D.I. No. 4660** | **$74,730.00** | **$1,626.93** | **$73,479.50[6]** | **$1,626.93** |
| May 3, 2010<br><br>14th Monthly | March 1, 2010 through March 31, 2010<br><br>D.I. No. 4225<br>CNO D.I. No. 4661 | $35,909.00 | $929.09 | $35,909.00 | $929.09 |
| June 16, 2010<br><br>15th Monthly | April 1, 2010 through April 30, 2010<br><br>D.I. No. 4798<br>CNO D.I. No. 4798 | $35,667.50 | $542.13 | $35,667.50 | $542.13 |
| July 15, 2010<br><br>16th Monthly | May 1, 2010 through May 31, 2010<br><br>D.I. No. 5022<br>CNO D.I. No. 5471 | $8,779.00 | $271.77 | $7,942.50 | $271.77 |
| **July 15, 2010**<br><br>**6th Quarterly** | **March 1, 2010 through May 31, 2010**<br><br>**D.I. No. 5025** | **$80,355.50** | **$1,742.99** | **$79,509.00[7]** | **$1,018.80** |
| July 26, 2010<br><br>17th Monthly | June 1, 2010 through June 30, 2010<br><br>D.I. No.<br>CNO D.I. No. 5479 | $28,973.00 | $785.33 | $28,973.00 | $785.33 |
| August 30, 2010<br><br>18th Monthly | July 1, 2010 through July 31, 2010<br><br>D.I. No. 5554<br>CNO D.I. No. 5824 | $23,748.50 | $521.45 | $23,748.50 | $521.45 |
| October 1, 2010<br><br>19th Monthly | August 1, 2010 through August 31, 2010<br><br>D.I. No. 5858<br>CNO D.I. No. 6258 | $33,383.00 | $265.25 | $32,619.50 | $265.25 |
| **October 6, 2010**<br><br>**7th Quarterly** | **June 1, 2010 through August 31, 2010**<br><br>**D.I. No. 5897** | **$86,104.50** | **$1,988.87** | **$85,341.00[8]** | **$1,988.87** |

---

[6] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 5th quarterly fee application by $1,250.50. This reduction is also noted in the last monthly fee application for the 5th quarterly period.

[7] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 6th quarterly fee application by $836.50. This reduction is also noted in the last monthly fee application for the 6th quarterly period.

[8] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 7th quarterly fee application by $763.50. This reduction is also noted in the last monthly fee application for the 7th quarterly period.

| | CNO D.I. No. 6259 | | | | |
|---|---|---|---|---|---|
| November 9, 2010<br><br>20th Monthly | September 1, 2010 through September 30, 2010<br><br>D.I. No. 6261<br><br>CNO D.I. No. 7038 | $56,786.50 | $1,483.18 | $56,786.50 | $1,483.18 |
| December 14, 2010<br><br>21st Monthly | October 1, 2010 through October 31, 2010<br><br>D.I. No. 6674<br><br>CNO D.I. No. 7350 | $21,827.50 | $269.93 | $21,827.50 | $269.93 |
| January 7, 2011<br><br>22nd Monthly | November 1, 2010 through November 30, 200<br><br>D.I. No. 7404 | $23,236.00 | $235.76 | $22,482.50 | $235.76 |
| **January 7, 2011**<br><br>**8th Quarterly** | **September 1, 2010 through November 30, 2010**<br><br>**D.I. No. 7406**<br><br>**CNO D.I. No. 7854** | **$101,850.00** | **$1,988.87** | **$101,096.50[9]** | **$1,988.87** |
| February 8, 2011<br><br>23rd Monthly | December 1, 2010 through December 31, 2010<br><br>D.I. No. 7857<br><br>CNO D.I. No. 8336 | $45,147.00 | $760.46 | $45,147.00 | $760.46 |
| March 10, 2011<br><br>24th Monthly | January 1, 2011 through January 31, 2011<br><br>D.I. No. 8337<br><br>CNO D.I. No. 8921 | $41,456.50 | $698.44 | $41,456.50 | $698.44 |
| May 17, 2011<br><br>25th Monthly | February 1, 2011 through February 28, 2011<br><br>D.I. No. 8923<br><br>CNO D.I. No. 9249 | $74,774.00 | $355.56 | $73.938.00 | $355.56 |
| **May 25, 2011**<br><br>**9th Quarterly** | **December 1, 2010 through February 28, 2011**<br><br>**D.I. No. 8986**<br><br>**CNO D.I. No. 9498** | **$161,377.50** | **$1,814.46** | **$160,541.50[10]** | **$1,814.46** |
| June 15, 2011<br><br>26th Monthly | March 1, 2011 through March 31, 2011<br><br>D.I. No. 9250 | $110,316.00 | $4,365.53 | $110,316.00 | $4,365.53 |

---

[9] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 8th quarterly fee application by $753.50. This reduction is also noted in the last monthly fee application for the 8th quarterly period.

[10] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 9th quarterly fee application by $836.00. This reduction is also noted in the last monthly fee application for the 9th quarterly period.

| | CNO D.I. No. 9499 | | | | |
|---|---|---|---|---|---|
| July 5, 2011<br><br>27th Monthly | April 1, 2011 through April 30, 2011<br><br>D.I. No. 9411<br><br>CNO D.I. No. 9601 | $50,645.50 | $1,156.39 | $50,645.50 | $1,156.39 |
| July 16, 2011<br><br>28th Monthly | May 1, 2011 through May 31, 2011<br><br>D.I. No. 9458<br><br>CNO D.I. No. 9654 | $109,147.00 | $2,879.80 | $107,066.00 | $2,820.80 |
| **July 16, 2011**<br><br>**10th Quarterly** | **March 1, 2011 through May 31, 2011**<br><br>**D.I. No. 9459**<br><br>**CNO D.I. No. 9655** | **$270,108.50** | **$8,401.72** | **$268,027.50[11]** | **$8,342.72** |
| August 11, 2011<br><br>29th Monthly | June 1, 2011 through June 30, 2011<br><br>D.I. No. 9651<br><br>CNO D.I. No. 9761 | $77,541.00 | $573.79 | $77,541.00 | $573.79 |
| September 6, 2011<br><br>30th Monthly | July 1, 2011 through July 31, 2011<br><br>D.I. No. 9750<br><br>CNO D.I. No.  9761 | $33,641.75 | $467.43 | $33,641.75 | $467.43 |
| October 12, 2011<br><br>31st Monthly | August 1, 2011 through August 31, 2011<br><br>D.I. No. 9968 | $41,105.50 | $407.69 | $40,425.75 | $407.69 |
| **October 13, 2011**<br><br>**11th Quarterly** | **June 1, 2011 through August 31, 2011**<br><br>**D.I. No. 9969**<br><br>**CNO D.I. No. 10190** | **$152,288.25** | **$1,748.91** | **$151,608.50[12]** | **$1,748.91** |
| November 19, 2011<br><br>32nd Monthly | September 1, 2011 through September 30, 2011<br><br>D.I. No. 10066<br><br>CNO D.I. No. 10282 | $40,376.00 | $402.16 | $40,376.00 | $402.16 |
| November 25, 2011<br><br>33rd Monthly | October 1, 2011 through October 31, 2011<br><br>D.I. No. 10299<br><br>CNO D.I. No. 10493 | $40,022.00 | $2,552.32 | $40,022.00 | $2,552.32 |

---

[11] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees and costs in its 10th quarterly fee application by $2,140.00.  This reduction is also noted in the last monthly fee application for the 10th quarterly period.

[12] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 11th quarterly fee application by $679.75.  This reduction is also noted in the last monthly fee application for the 11th quarterly period.

| | | | | | |
|---|---|---|---|---|---|
| December 28, 2011<br><br>34th Monthly | November 1, 2011 through November 30, 2011<br>D.I. No. 10522<br>CNO D.I. No. 10830 | $12,389.50 | $595.74 | $11,813.00 | $581.26 |
| **January 13, 2012**<br><br>**12th Quarterly** | **September 1, 2011 through November 30, 2011**<br>**D.I. No. 10604**<br>**CNO D.I. No. 11183** | **$92,787.50** | **$3,550.22** | **$92,201.00[13]** | **$3,545.74** |
| February 2, 2012<br><br>35th Monthly | December 1, 2011 through December 31, 2011<br>D.I. No. 10829<br>CNO D.I. No. 11184 | $15,791.50 | $270.03 | $15,791.50 | $270.03 |
| March 20, 2012<br><br>36th Monthly | January 1, 2012 through January 31, 2012<br>D.I. No. 11185<br>CNO D.I. No. 11564 | $26,402.00 | $462.80 | $26,402.00 | $462.80 |
| March 26, 2012<br><br>37th Monthly | February 1, 2012 through February 29, 2012<br>D.I. No. 11261<br>CNO D.I. No. 11565 | $31,430.00 | $390.91 | $30,439.00 | $390.91 |
| **March 26, 2012**<br><br>**13th Quarterly** | **December 1, 2011 through February 29, 2012**<br>**D.I. No. 11262**<br>**CNO D.I. No. 11566** | **$73,623.50** | **$1,123.74** | **$72,632.50[14]** | **$1,123.74** |
| May 8, 2012<br><br>38th Monthly | March 1, 2012 through March 31, 2012<br>D.I. No. 11567<br>CNO D.I. No. 11852 | $35,775.50 | $500.85 | $35,775.50 | $500.85 |
| June 21, 2012<br><br>39th Monthly | April 1, 2012 through April 30, 2012<br>D.I. No. 11869<br>CNO D.I. No. 12266 | $43,187.00 | $60,995.74 | $43,187.00 | $60,995.74 |
| July 13, 2012<br><br>40th Monthly | May 1, 2012 through May 31, 2012<br>D.I. No. 12017<br>CNO D.I. No. 12267 | $38,264.00 | $5,437.72 | $37,964.00 | $5,437.72 |

---

[13] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees and costs in its 12th quarterly fee application by $590.98.  This reduction is also noted in the last monthly fee application for the 12th quarterly period.

[14] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 13th quarterly fee application by $991.00.  This reduction is also noted in the last monthly fee application for the 13th quarterly period.

| July 13, 2012<br><br>14th Interim<br><br>December 4, 2012<br><br>Amended 14th Interim | March 1, 2012 through May 31, 2012<br><br>D.I. No. 12018<br><br>CNO D.I. No. 12268<br><br>D.I. No. 12793 | $117,226.50 | $66,934.31 | $116,926.50[15] | $66,934.31 |
|---|---|---|---|---|---|
| August 15, 2012<br><br>41st Monthly | June 1, 2012 through June 30, 2012<br><br>D.I. No. 12270<br><br>CNO D.I. No. 12497 | $21,308.00 | $2,809.13 | $17,046.40 | $2,809.13 |
| August 30, 2012<br><br>42nd Monthly | July 1, 2012 through July 31, 2012<br><br>D.I. No. 12349<br><br>CNO D.I. No. 12498 | $78,146.50 | $850.44 | $62,517.20 | $850.44 |
| October 2, 2012<br><br>43rd Monthly | August 1, 2012 through August 31, 2012<br><br>D.I. No. 12499<br><br>CNO D.I. No. 12640 | $78,356.00 | $3,907.27 | $62,687.80 | $3,907.27 |
| October 25, 2012<br><br>44th Monthly | September 1, 2012 through September 30, 2012<br><br>D.I. No. 12630<br><br>CNO D.I. No. 12765 | $64,562.00 | $3,084.53 | $51,649.60 | $3,084.53 |
| November 7, 2012<br><br>15th Interim | June 1, 2012 through August 31, 2012<br><br>D.I. No. 12698<br><br>CNO D.I. No. | $177,990.50 | $7,566.84 | $142,392.40[16] | $7,566.84 |
| November 27, 2012<br><br>45th Monthly | October 1, 2012 through October 31, 2012<br><br>D.I. No. 12766<br><br>CNO D.I. No. 12883 | $19,915.00 | $366.10 | $15,932.00 | $366.10 |
| December 27, 2012<br><br>46th Monthly | November 1, 2012 through November 30, 2012<br><br>D.I. No. 12893<br><br>CNO D.I. No. 13130 | $11,225.50 | $5,288.72 | $8,980.40 | $5,288.72 |

---

[15] Pursuant to an agreement with the Fee Examiner, Reed Smith LLP voluntarily reduced its requested fees in its 14th quarterly fee application by $300.00. This reduction is also noted in the last monthly fee application for the 14th quarterly period.

[16] The 15th quarterly fee application has not yet been heard by the Court.

| December 27, 2012<br><br>16th Interim | September 1, 2012 through November 30, 2012<br><br>D.I. No. 12894<br><br>CNO D.I. No. 13131 | $95,702.50 | $8,739.35 | $76,562.00[17] | $8,739.35 |
|---|---|---|---|---|---|
| February 4, 2013<br><br>47th Monthly | December 1, 2012 through December 31, 2013<br><br>D.I. No. 13412 | $20,171.00 | $306.90 | Pending[18] | Pending |

---

[17] The 16th quarterly fee application has not yet been heard by the Court.

[18] Reed Smith LLP's fees and expenses requested in the Final Interim Period (as defined in this application) for December 1, 2012 through December 31, 2012 are still pending. If no responses or objections are received, a certificate of no objection can be filed after 4:00 p.m. on March 4, 2013 requesting interim payment of 80% of the fees requested and 100% of the expenses requested.

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**RENDERING SERVICES FROM DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012**
**(THE FINAL COMPENSATION PERIOD)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bolerjack, Bradley J. | Partner. Joined firm in 2000. Member of IL bar since 2001. | $470.00 (11) | 3.00 | $1,410.00 |
| Callahan, Eilleen | Paralegal. Joined firm in 1992. | $285.00 (11) | 22.20 | $6,327.00 |
| Chappell, Rhoshanda | Case Assistant. Joined firm in 1983. | $105.00 (11) | 4.00 | $420.00 |
| Crosier, Clinton M. | Associate. Joined firm in 2010. Member of IL bar since 2010. | $330.00 (10) $345.00 (11) | 1.60 42.10 | $528.00 $15,524.50 |
| Falgowski, J. Cory | Partner. Joined firm as associate in 2004. Member of DE bar since 2004. | $360.00 (09) $360.00 (10) $410.00 (11) $430.00 (12) | 6.90 12.70 6.70 7.10 | $2,484.00 $4,953.00 $2,337.00 $3,053.00 |
| Forster, Paige | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 (12) | 26.30 | $10,783.00 |
| Frankel, Karen | Paralegal. Joined firm in 2008. | $235.00 (10) | .60 | $141.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999. | $495.00 (10) $555.00 (12) | 1.40 72.60 | $693.00 $41,331.00 |
| Gowharian, Mahsa | Case Assistant. Joined firm in 2008. | $100.00 (11) | 2.10 | $210.00 |
| Gross, Anne Marie | Paralegal. Joined firm in 2002. | $260.00 (11) | .30 | $78.00 |
| Hamilton, Lamont D. | Case Assistant. Joined firm in 2002. | $100.00 (09) $105.00 (11) | 14.00 18.95 | $1,400.00 $1,989.75 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $145.00 (09) $145.00 (10) $170.00 (11) $180.00 (12) | 64.90 90.10 107.70 102.80 | $9,410.50 $14,416.00 $18,383.00 $18,444.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of IL PA bar since 1995. Member of NJ bar since 1996. | $430.00 (09) $430.00 (10) $465.00 (11) $490.00 (12) | 27.60 153.90 13.20 103.80 | $11,868.00 $68,485.50 $6,138.00 $50,862.00 |
| Levinson, Thomas M. | Associate. Joined firm in 2004. Member of IL bar since 2005. | $380.00 (10) $430.00 (11) | 34.50 82.40 | $13,110.00 $35,432.00 |
| Lewis, Richard P., Jr. | Partner. Joined firm in 2008. Member of CA bar since 1992. Member of DC bar since 1995. Member of NY bar since 1996. | $645.00 (11) | 19.20 | $12,784.00 |
| Livingston, Judith | Analyst. Joined firm in 1997. | $260.00 (11) $275.00 (12) | 25.50 1.10 | $6,630.00 $302.50 |
| Lord, John B. | Paralegal. Joined firm in 2000. | $270.00 (11) $280.00 (12) | 5.40 1.40 | $1,458.00 $392.00 |
| Means, Lisa P. | Associate. Joined firm in 2000. Member of PA bar since 1998. | $440.00 (12) | 1.80 | $660.00 |
| Miller, Steven A. | Partner. Joined firm in 2006. Member of IL bar since 1979. | $660.00 (10) $690.00 (11) | 13.40 171.90 | $8,844.00 $111,336.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $520.00 (11) $550.00 (12) | 112.90 150.30 | $60,708.00 $82,665.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Murphy, Kathleen A. | Associate. Member of PA bar since 2007. Member of VA and DE bars cine 2008. | $340.00 (10) | .50 | $170.00 |
| Newman, Joshua | Associate. Joined firm in 2011. Member of IL bar since 2011. | $275.00 (11) | 25.90 | $7,122.56 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $440.00 (09) | 24.40 | $10,736.00 |
| | | $440.00 (10) | 131.50 | $56,545.00 |
| | | $450.00 (11) | 312.80 | $137,210.00 |
| | | $480.00 (12) | 123.90 | $57,712.00 |
| Rehder, Toki | Associate. Joined firm in 2008. Member of PA bar since 2003. | $420.00 (10) | 4.40 | $1,848.00 |
| Reiley, Timothy B. | Associate. Member of DE bar since 2010. | $230.00 (10) | 3.60 | $828.00 |
| Robinson, Richard A, | Partner. Joined firm in 2007. Member of PA bar since 1990 (voluntarily inactive), FL bar since 1994 and DE bar since 2007. | $595.00 (09) | 2.70 | $1,606.50 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $300.00 (09) | 51.30 | $15,390.00 |
| | | $300.00 (10) | 22.00 | $6,820.00 |
| | | $325.00 (11) | 21.00 | $6,500.00 |
| | | $350.00 (12) | 14.10 | $4,060.00 |
| Sanroman, Enrique | Litigation Support Analyst. Joined firm in 2006. | $240.00 (11) | .30 | $144.00 |
| Schad, James C. | Analyst. Joined firm in 2008. | $280.00 (10) | 16.20 | $4,536.00 |
| | | $320.00 (12) | 1.20 | $384.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $515.00 (09) | 277.40 | $142,861.00 |
| | | $515.00 (10) | 247.40 | $132,318.00 |
| | | $560.00 (11) | 343.30 | $201,717.00 |
| | | $590.00 (12) | 158.50 | $94,485.00 |
| Silverschotz, Mark A. | Partner. Joined firm in 2008. Member of NJ bar since 1981. Member of NY bar since 1984. | $600.00 (09) | .60 | $360.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $125.00 (09) | 16.90 | $9,025.00 |
| | | $125.00 (10) | 60.80 | $7,641.00 |
| | | $130.00 (11) | 17.50 | $2,314.00 |
| | | $140.00 (12) | 24.90 | $3,486.00 |
| Sooy, Nora B. | Paralegal. Joined firm in 2008. | $190.00 (11) | 1.60 | $304.00 |
| | | $200.00 (12) | 2.60 | $520.00 |
| Thompson, Pia N. | Partner. Member of IL bar since 1994; N.D. IL 1995; E.D. MI 2005. | $630.00 (09) | 10.20 | $6,426.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $130.00 (09) | 8.80 | $1,144.00 |
| | | $130.00 (10) | 16.90 | $2,197.00 |
| | | $140.00 (12) | 42.80 | $5,992.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $495.00 (09) | 79.00 | $39,105.00 |
| | | $495.00 (10) | 61.50 | $31,365.00 |
| | | $520.00 (11) | 10.90 | $6,296.50 |
| | | $560.00 (12) | 23.10 | $12,376.00 |
| Weltman, William S. | Associate. Joined firm in 2010. Member of IL bar since 2010. | $310.00 (11) | 14.30 | $4,433.50 |
| Yessemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 (12) | 174.90 | $81,415.00 |
| **Total:** | | | 3931.35 | $1,723,383.25 |
| **Total Voluntary Reductions:** | | | | ($11,271.00) |
| **Grand Total:** | | | | $1,712,112.25 |
| **Blended Rate:** | | | | $438.38 |
| **Blended Rate (excluding paralegal and paraprofessional time):** | | | | $481.22 |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND
PARAPROFESSIONALS RENDERING SERVICES FROM
DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012
(THE FINAL INTERIM PERIOD)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 5.60 | $3,304.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $575.00 | .40 | $230.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 13.10 | $7,205.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 8.30 | $3,735.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | 3.40 | $1,462.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 1.30 | $455.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 21.00 | $3,780.00 |
| **Grand Total:** | | | **53.10** | **$20,171.00** |
| Blended Rate: | | | | $379.87 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $510.62 |

**COMPENSATION BY PROJECT CATEGORY**
**(FINAL COMPENSATION PERIOD)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Crime Claim - 00001 | 150.50 | $55,331.00 |
| Shannon Claim – 00003 | 4.60 | $1,772.00 |
| Reliance/Times Mirror – 00004 | 606.30 | $250,155.20 |
| Insurance Counseling - 00005 | 1905.70 | $924,690.75 |
| Marsh – 00008 | 118.05 | $40,796.25 |
| Fee Applications – 00009 | 670.00 | $203,843.55 |
| HR Investigation - 00011 | 476.20 | $246,794.50 |
| **Total:** | **3931.35** | **$1,723,383.25** |
| **Total Voluntary Reductions:** | | **($11,271.00)** |
| **GRAND TOTAL** | | **$1,712,112.25** |

**COMPENSATION BY PROJECT CATEGORY**
**(FINAL INTERIM PERIOD)**

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 0.10 | $59.00 |
| Insurance Counseling - 00005 | 15.70 | $8,733.00 |
| Marsh - 00008 | 1.60 | $632.00 |
| Fee Applications – 00009 | 35.70 | $10,747.00 |
| **TOTAL:** | **53.10** | **$20,171.00** |

## EXPENSE SUMMARY
## (FINAL COMPENSATION PERIOD)

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Telecopy Expense | | $2.25 |
| Outside Database | Pacer | $158.56 |
| Internal Duplicating/Printing/Scanning | | $6,722.05 |
| Legal Research | WestLaw/Lexis | $7,736.67 |
| Courier Service – Outside | | $3,892.34 |
| Outside Duplicating | IKON, DLS | $10,184.00 |
| Lodging | | $1,498.98 |
| Parking/Tolls/Other Transportation | | $350.45 |
| Air Travel Expense | | $4,516.50 |
| Taxi Expense | | $889.13 |
| Meal Expense | | $167.90 |
| Transcripts | | $1,018.15 |
| Filing Fees | | $373.50 |
| Postage | | $139.99 |
| Telephone Expense | | $352.02 |
| Misc. Expense | | $73,940.94 |
| **Total:** | | **$111,493.43** |
| **Total Voluntary Reductions:** | | **($63.48)** |
| **GRAND TOTAL:** | | **$111,429.95** |

### EXPENSE SUMMARY
### (FINAL INTERIM PERIOD)

| Expense Category<br><br>(Examples) | Service Provider<br><br>(if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $254.50 |
| Internal Printing, Duplicating, Scanning | | $52.40 |
| **TOTAL:** | | **$306.90** |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY,[1] et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 25, 2013, at 4:00 p.m.** <br> **Hearing Date: TBD** |

## FINAL FEE APPLICATION OF REED SMITH LLP, SPECIAL COUNSEL FOR CERTAIN INSURANCE AND EMPLOYEE-RELATED MATTERS TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012</u>

Reed Smith LLP ("<u>Reed Smith</u>") hereby submits this Final Fee Application of Reed

Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors

and Debtors in Possession (the "<u>Debtors</u>"), for Compensation and Reimbursement of Expenses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (3188); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

for the Period December 8, 2008 through December 31, 2012 (the "Application") pursuant to

11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016,

Del.Bankr.L.R. 2016-2, the Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§

105(a) and 331 (the "Administrative Order"; D.I. 225), the Order Appointing Fee Examiner and

Establishing Related Procedures for Compensation and Reimbursement of Expenses for

Professionals and Consideration of Fee Applications (the "Fee Examiner Order; D.I. 546), the

Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries

Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital

Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan";

D.I. 11354) and the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees

pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application, Reed Smith, as special counsel for

certain insurance and employee-related matters ("Special Counsel") to the Debtors in these

cases, seeks final approval and payment of compensation for legal services performed and

expenses incurred during the period commencing December 8, 2008 through December 31, 2012

(the "Final Compensation Period"). In support hereof, Reed Smith respectfully represents the

following:

## I.    **FACTUAL BACKGROUND**

1.    On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions

for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the

"Court"). Until the Effective Date (as defined below), the Debtors operated their businesses and

manage their properties as debtors-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108.

2.      On December 18, 2008, the Office of the United States Trustee for the District of Delaware ("UST") appointed the Official Committee of Unsecured Creditors.

3.      On February 3, 2009, the Court approved the Debtors' retention of Reed Smith as its special counsel for certain insurance and employee-related matters. A copy of the Order Authorizing the Employment and Retention of Reed Smith LLP as Debtors' Bankruptcy Special Counsel for Certain Insurance Matters Pursuant to 11 U.S.C. §§ 327(e), 328, 329, Fed.R.Bankr.P. 2014 and 2016 and Del.Bankr.L.R. 2014-1 and 2106-1 *Nunc Pro Tunc* to the Petition Date ("Retention Order"; D.I. 326) is attached as Exhibit A.

4.      On December 12, 2010, the Court approved the Supplemental Application of the Debtors for the Entry of an Order Modifying the Scope of the Retention and Employment of Reed Smith LLP to Include Services Relating to Certain Employee-Related Matters, *Nunc Pro Tunc* to August 30, 2010 ("Supplemental Retention Order"; D.I. 6080). A copy of the Supplemental Retention Order is also attached as Exhibit A.

5.      On July 23, 2012, the Court entered the Order Confirming Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Confirmation Order"; D.I. 12074).

6.      On December 31, 2012, the Debtors' Plan became effective (the "Effective Date"). See D.I. 12939.

7.      Pursuant to section 9.2 of the Plan, the Bar Date (as defined in the Plan) for Professional Fee Claims is March 1, 2013.

## II.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

8.      Reed Smith submits this Application for final allowance of reasonable compensation for actual and necessary professional services provided to the Debtors as Special Counsel in these cases, and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Debtors as Special Counsel during the Final Compensation Period. All included services and costs for which Reed Smith seeks compensation were performed for, or on behalf of, the Debtors during the Final Compensation Period.

9.      By this Application, Reed Smith seeks final allowance of compensation in the amount of $1,712,112.25 for legal services rendered and final reimbursement in the amount of $111,429.95 for expenses incurred and disbursed.

10.     To date, Reed Smith filed forty-seven (47) monthly fee applications for the period December 8, 2008 through December 31, 2012 and sixteen (16) interim fee application (the "Interim Applications") for the period December 8, 2008 through December 31, 2012 (collectively, "Fee Applications Filed to Date").[2]

11.     Narrative descriptions of the services rendered for or on behalf of the Debtors as Special Counsel and the time expended are set forth in each of the previous monthly fee applications. Accordingly, this Application incorporates by reference all Fee Applications Filed to Date and the Interim Fee Applications. Reed Smith now seeks final approval of all fees and

---

[2] This Court has approved on an interim basis Reed Smith's fees in the total amount of $1,418,248.25 and expenses in the total amount of $94,816.86 requested in the Interim Fee Applications. Please note that the Court has not yet ruled on 20% holdback requested in Reed Smith's 15th (June 1, 2012 through August 31, 2012) or 16th (September 1, 2012 through November 30, 2012) interim fee applications. Reed Smith's final monthly fee application for the period December 1, 2012 through December 31, 2012 is still pending. The objection deadline for this monthly fee application will expire on March 4, 2013, at 4:00 p.m.

expenses previously requested in the Fee Applications Filed to Date and the Interim Fee Applications.

12.     For the Court's review, summaries containing the names of each Reed Smith professional and paraprofessional rendering services to the Debtors during the Final Compensation Period,[3] their customary billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional is attached as Exhibit B.

13.     Exhibit C contains a breakdown of expenses incurred and disbursed by Reed Smith during the Final Compensation Period and Final Interim Period.  Reed Smith has incurred out-of-pocket expenses during the Final Compensation Period in the amount of $111,429.95.  These sums are broken down into categories of charges, including, *inter alia*, telephone charges, travel charges, special or hand delivery charges, documentation charges, transcription charges, postage and photocopying charges.  Reed Smith's rate for in-house duplication is $0.10 per page.  Reed Smith also uses outside duplication services for large photocopy work.

### III.     ANALYSIS AND NARRATIVE DESCRIPTION SERVICES RENDERED AND TIME EXPENDED

14.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional employed by any such person." See 11 U.S.C. § 330(a)(1)(A).  The attorneys

---

[3] Due to the Plan's Effective Date and Bar Date, Reed Smith has not filed an interim fee application for the period December 1, 2012 to December 31, 2012 (the "Final Interim Period").  Reed Smith has, however, included summaries for the Court's review for the Final Interim Period along with the summaries for the Final Compensation Period.

requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Court that the services performed and fees incurred were reasonable.

15.     In determining the amount of reasonable compensation to be awarded, the Court shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy filed, and (F) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. See 11 U.S.C. § 330(a)(3)(A)-(F).

16.     Reed Smith believes that its rates are market rates within the range charged by other counsel in this marketplace for similar Chapter 11 cases. The billing rates set forth in Reed Smith's Summary of Professionals and Paraprofessionals Rendering Services from $100.00 through $1,100.00 represent customary rates routinely billed to the firm's many clients. (See Exhibit B). Moreover, Reed Smith stated in the Application for an Order Pursuant to 11 U.S.C. §§ 105, 327(a), and 331 and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure Authorizing the Employment and Retention of Reed Smith LLP as Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession ("Retention Application"; D.I. 145) and the accompanying Declarations in Support of the

Retention Application, as well as the Supplemental Retention Application that it would be
compensated on an hourly basis, plus reimbursement of actual, reasonable and necessary out-of-
pocket expenses incurred by the firm. Here, the compensation requested does not exceed the
reasonable value of the services rendered. Reed Smith's standard hourly rates for work of this
nature are set at a level designed to fairly compensate Reed Smith for the work of its attorneys
and paraprofessionals and to cover fixed and routine overhead expenses.

17.    Further, the Debtors sought to retain Reed Smith due to its familiarity with the
Debtors' and their businesses, extensive experience and knowledge in the field of debtors' and
creditors' rights, including insurance and employee-related matters, and because of its expertise,
experience and knowledge practicing before the Court in matters that were likely to arise in these
cases before this Court.

18.    In addition, Reed Smith respectfully submits that the compensation requested for
services rendered by Reed Smith to the Debtors as special counsel is fully justified and
reasonable based on the following:  (i) the degree of activity during the Final Compensation
Period and the high level of services rendered by Reed Smith to the Debtors; (ii) the complexity
of the issues presented; (iii) the skill necessary to perform the legal services properly; (iv) the
preclusion of other employment; (v) customary fees charged in non-bankruptcy situations for
similar services rendered; (vi) time constraints required by the exigencies of these cases; and
(vii) the experience, reputation and ability of the professionals rendering services.

19.    Reed Smith believes that the Application and the description of services set forth
herein for work performed are in compliance with the requirements of Del.Bankr.L.R. 2016-2,
the Administrative Order, the Fe Examiner Order,  and the applicable guidelines and
requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the

Executive Office for the United States Trustees.  A true and correct copy of the Verification of John D. Shugrue is attached hereto as Exhibit D.

WHEREFORE, Reed Smith respectfully requests final allowance of compensation for professional services rendered in the amount of $1,712,112.25 and reimbursement of expenses in the amount of $111,429.95 for the Final Compensation Period and prompt payment according to the procedures set forth in the Administrative Order.

Dated: February 28, 2013
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ J. Cory Falgowski
     J. Cory Falgowski (No. 4546)
     1201 Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: jfalgowski@reedsmith.com

     and

     John D. Shugrue (IL No. 6195822)
     10 S. Wacker Drive
     40th Floor
     Chicago, IL  60606-7507
     Telephone: (312) 851-8100
     Facsimile: (312) 851-1420
     E-mail: jshugrue@reedsmith.com

     Special Counsel for Certain Insurance and
     Employee-Related Matters to Tribune
     Company, et al., Debtors and Debtors-in-
     Possession