# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012**
**(THE FINAL COMPENSATION PERIOD)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bolerjack, Bradley J. | Partner. Joined firm in 2000. Member of IL bar since 2001. | $470.00 (11) | 3.00 | $1,410.00 |
| Callahan, Eilleen | Paralegal. Joined firm in 1992. | $285.00 (11) | 22.20 | $6,327.00 |
| Chappell, Rhoshanda | Case Assistant. Joined firm in 1983. | $105.00 (11) | 4.00 | $420.00 |
| Crosier, Clinton M. | Associate. Joined firm in 2010. Member of IL bar since 2010. | $330.00 (10) $345.00 (11) | 1.60 42.10 | $528.00 $15,524.50 |
| Falgowski, J. Cory | Partner. Joined firm as associate in 2004. Member of DE bar since 2004. | $360.00 (09) $360.00 (10) $410.00 (11) $430.00 (12) | 6.90 12.70 6.70 7.10 | $2,484.00 $4,953.00 $2,337.00 $3,053.00 |
| Forster, Paige | Associate. Joined firm as associate in 2008. Member of PA bar since 2007. | $410.00 (12) | 26.30 | $10,783.00 |
| Frankel, Karen | Paralegal. Joined firm in 2008. | $235.00 (10) | .60 | $141.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999. | $495.00 (10) $555.00 (12) | 1.40 72.60 | $693.00 $41,331.00 |
| Gowharian, Mahsa | Case Assistant. Joined firm in 2008. | $100.00 (11) | 2.10 | $210.00 |
| Gross, Anne Marie | Paralegal. Joined firm in 2002. | $260.00 (11) | .30 | $78.00 |
| Hamilton, Lamont D. | Case Assistant. Joined firm in 2002. | $100.00 (09) $105.00 (11) | 14.00 18.95 | $1,400.00 $1,989.75 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $145.00 (09) $145.00 (10) $170.00 (11) $180.00 (12) | 64.90 90.10 107.70 102.80 | $9,410.50 $14,416.00 $18,383.00 $18,444.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of IL PA bar since 1995. Member of NJ bar since 1996. | $430.00 (09) $430.00 (10) $465.00 (11) $490.00 (12) | 27.60 153.90 13.20 103.80 | $11,868.00 $68,485.50 $6,138.00 $50,862.00 |
| Levinson, Thomas M. | Associate. Joined firm in 2004. Member of IL bar since 2005. | $380.00 (10) $430.00 (11) | 34.50 82.40 | $13,110.00 $35,432.00 |
| Lewis, Richard P., Jr. | Partner. Joined firm in 2008. Member of CA bar since 1992. Member of DC bar since 1995. Member of NY bar since 1996. | $645.00 (11) | 19.20 | $12,784.00 |
| Livingston, Judith | Analyst. Joined firm in 1997. | $260.00 (11) $275.00 (12) | 25.50 1.10 | $6,630.00 $302.50 |
| Lord, John B. | Paralegal. Joined firm in 2000. | $270.00 (11) $280.00 (12) | 5.40 1.40 | $1,458.00 $392.00 |
| Means, Lisa P. | Associate. Joined firm in 2000. Member of PA bar since 1998. | $440.00 (12) | 1.80 | $660.00 |
| Miller, Steven A. | Partner. Joined firm in 2006. Member of IL bar since 1979. | $660.00 (10) $690.00 (11) | 13.40 171.90 | $8,844.00 $111,336.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $520.00 (11) $550.00 (12) | 112.90 150.30 | $60,708.00 $82,665.00 |

| Murphy, Kathleen A. | Associate. Member of PA bar since 2007. Member of VA and DE bars cine 2008. | $340.00 (10) | .50 | $170.00 |
|---|---|---|---|---|
| Newman, Joshua | Associate. Joined firm in 2011. Member of IL bar since 2011. | $275.00 (11) | 25.90 | $7,122.56 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL bar since 2002. | $440.00 (09)<br>$440.00 (10)<br>$450.00 (11)<br>$480.00 (12) | 24.40<br>131.50<br>312.80<br>123.90 | $10,736.00<br>$56,545.00<br>$137,210.00<br>$57,712.00 |
| Rehder, Toki | Associate. Joined firm in 2008. Member of PA bar since 2003. | $420.00 (10) | 4.40 | $1,848.00 |
| Reiley, Timothy B. | Associate. Member of DE bar since 2010. | $230.00 (10) | 3.60 | $828.00 |
| Robinson, Richard A, | Partner. Joined firm in 2007. Member of PA bar since 1990 (voluntarily inactive), FL bar since 1994 and DE bar since 2007. | $595.00 (09) | 2.70 | $1,606.50 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $300.00 (09)<br>$300.00 (10)<br>$325.00 (11)<br>$350.00 (12) | 51.30<br>22.00<br>21.00<br>14.10 | $15,390.00<br>$6,820.00<br>$6,500.00<br>$4,060.00 |
| Sanroman, Enrique | Litigation Support Analyst. Joined firm in 2006. | $240.00 (11) | .30 | $144.00 |
| Schad, James C. | Analyst. Joined firm in 2008. | $280.00 (10)<br>$320.00 (12) | 16.20<br>1.20 | $4,536.00<br>$384.00 |
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $515.00 (09)<br>$515.00 (10)<br>$560.00 (11)<br>$590.00 (12) | 277.40<br>247.40<br>343.30<br>158.50 | $142,861.00<br>$132,318.00<br>$201,717.00<br>$94,485.00 |
| Silverschotz, Mark A. | Partner. Joined firm in 2008. Member of NJ bar since 1981. Member of NY bar since 1984. | $600.00 (09) | .60 | $360.00 |
| Somoza, Silvia | Paralegal. Joined firm in 2007. | $125.00 (09)<br>$125.00 (10)<br>$130.00 (11)<br>$140.00 (12) | 16.90<br>60.80<br>17.50<br>24.90 | $9,025.00<br>$7,641.00<br>$2,314.00<br>$3,486.00 |
| Sooy, Nora B. | Paralegal. Joined firm in 2008. | $190.00 (11)<br>$200.00 (12) | 1.60<br>2.60 | $304.00<br>$520.00 |
| Thompson, Pia N. | Partner. Member of IL bar since 1994; N.D. IL 1995; E.D. MI 2005. | $630.00 (09) | 10.20 | $6,426.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $130.00 (09)<br>$130.00 (10)<br>$140.00 (12) | 8.80<br>16.90<br>42.80 | $1,144.00<br>$2,197.00<br>$5,992.00 |
| Walker-Bright, Paul R. | Partner. Joined firm in 2008. Member of IL bar since 1994. | $495.00 (09)<br>$495.00 (10)<br>$520.00 (11)<br>$560.00 (12) | 79.00<br>61.50<br>10.90<br>23.10 | $39,105.00<br>$31,365.00<br>$6,296.50<br>$12,376.00 |
| Weltman, William S. | Associate. Joined firm in 2010. Member of IL bar since 2010. | $310.00 (11) | 14.30 | $4,433.50 |
| Yessemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 (12) | 174.90 | $81,415.00 |
| **Total:** | | | 3931.35 | $1,723,383.25 |
| **Total Voluntary Reductions:** | | | | ($11,271.00) |
| **Grand Total:** | | | | $1,712,112.25 |
| **Blended Rate:** | | | | $438.38 |
| **Blended Rate (excluding paralegal and paraprofessional time):** | | | | $481.22 |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**
**(THE FINAL INTERIM PERIOD)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL bar since 1987. | $590.00 | 5.60 | $3,304.00 |
| Geiger, Laura M. | Counsel. Joined firm in 2008. Member of IL bar since 1999 | $575.00 | .40 | $230.00 |
| Moss, J. Andrew | Partner. Joined firm in 2003. Member of IL Bar since 1999. Member of CA bar since 2003. | $550.00 | 13.10 | $7,205.00 |
| Yassemedis, Andrea C. | Associate. Joined firm in 2008. Member of IL bar since 2006. | $450.00 | 8.30 | $3,735.00 |
| Falgowski, J. Cory | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $430.00 | 3.40 | $1,462.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $350.00 | 1.30 | $455.00 |
| Lankford, Lisa A. | Paralegal. Joined firm in 2000. | $180.00 | 21.00 | $3,780.00 |
| **Grand Total:** | | | 53.10 | $20,171.00 |
| Blended Rate: | | | | $379.87 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $510.62 |

## COMPENSATION BY PROJECT CATEGORY
### (FINAL COMPENSATION PERIOD)

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Crime Claim - 00001 | 150.50 | $55,331.00 |
| Shannon Claim – 00003 | 4.60 | $1,772.00 |
| Reliance/Times Mirror – 00004 | 606.30 | $250,155.20 |
| Insurance Counseling - 00005 | 1905.70 | $924,690.75 |
| Marsh – 00008 | 118.05 | $40,796.25 |
| Fee Applications – 00009 | 670.00 | $203,843.55 |
| HR Investigation - 00011 | 476.20 | $246,794.50 |
| Total: | 3931.35 | $1,723,383.25 |
| Total Voluntary Reductions: | | ($11,271.00) |
| GRAND TOTAL | | $1,712,112.25 |

## COMPENSATION BY PROJECT CATEGORY
### (FINAL INTERIM PERIOD)

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 0.10 | $59.00 |
| Insurance Counseling - 00005 | 15.70 | $8,733.00 |
| Marsh - 00008 | 1.60 | $632.00 |
| Fee Applications – 00009 | 35.70 | $10,747.00 |
| TOTAL: | 53.10 | $20,171.00 |