# EXHIBIT C

## EXPENSE SUMMARY
### (FINAL COMPENSATION PERIOD)

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Telecopy Expense | | $2.25 |
| Outside Database | Pacer | $158.56 |
| Internal Duplicating/Printing/Scanning | | $6,722.05 |
| Legal Research | WestLaw/Lexis | $7,736.67 |
| Courier Service – Outside | | $3,892.34 |
| Outside Duplicating | IKON, DLS | $10,184.00 |
| Lodging | | $1,498.98 |
| Parking/Tolls/Other Transportation | | $350.45 |
| Air Travel Expense | | $4,516.50 |
| Taxi Expense | | $889.13 |
| Meal Expense | | $167.90 |
| Transcripts | | $1,018.15 |
| Filing Fees | | $373.50 |
| Postage | | $139.99 |
| Telephone Expense | | $352.02 |
| Misc. Expense | | $73,940.94 |
| **Total:** | | **$111,493.43** |
| **Total Voluntary Reductions:** | | ($63.48) |
| **GRAND TOTAL:** | | **$111,429.95** |

## EXPENSE SUMMARY
## (FINAL INTERIM PERIOD)

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Outside Duplicating | IKON/DLS | $254.50 |
| Internal Printing, Duplicating, Scanning | | $52.40 |
| **TOTAL:** | | **$306.90** |