# EXHIBIT "A"

## SUMMARY SHEET

December 1, 2012 through and including December 31, 2012

| Name of Professional | Position w/SVG and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| James S. Green, Sr. | Partner; admitted DE 1972 | 1972 | $540.00 | 3.0 | $1,620.00 |
| | | | Total | 3.0 | $1,620.00 |

**Blended Rate: $540.00**

81117 v1

# EXHIBIT "B"

DM1035v1

SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

Offi Comm of Unsecured Cred Tribune Company et al

Page: 1
February 20, 2013
Account No: 30402-001M
Statement No: 29086

Tribune

For Services Rendered Through 12/31/2012

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/26/2012 | JSG | Review and draft response to Preliminary Report of Fee Examiner for SVG's 14th Quarterly Application Period | 1.50 | |
| 12/27/2012 | JSG | Revising and send response to Fee Examiner's Preliminary Report on SVG's Fee Application for 14th Quarterly Period | 1.00 | |
| 12/31/2012 | JSG | Exchange e-mails with Mr. Theil at Stuart Maue; Reviewing Fee Examiner's Report for 13th Quarterly Period | 0.50 | |
| | | For Current Services Rendered | 3.00 | 1,620.00 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James S. Green | 3.00 | $540.00 | $1,620.00 |

Total Current Work                                                                                              1,620.00