## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Deadline: March 20, 2013 at 4:00 p.m. (ET)** |

## TWENTY-THIRD MONTHLY AND FINAL APPLICATION OF PAUL HASTINGS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR GENERAL REAL ESTATE AND RELATED MATTERS FOR THE MONTHLY PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012 AND THE FINAL PERIOD FROM DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | Paul Hastings LLP, successor in interest to Paul, Hastings, Janofsky & Walker LLP[2] |
| Authorized to Provide Professional Services to: | The above-captioned Debtors and Debtors-in-Possession |
| Date of Retention: | February 3, 2009 *Nunc Pro Tunc* to December 8, 2008 (Docket No. 323) |
| Period for which monthly compensation and reimbursement are sought: | December 1, 2012 through December 31, 2012 |

---

[1]  The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  Effective July 25, 2011, the firm changed its name from Paul, Hastings, Janofsky & Walker LLP to Paul Hastings LLP.  Paul Hastings LLP will file concurrently herewith a Notice of Change of Firm Name.

| | |
|---|---|
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $2,766.50 |
| Amount of monthly expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Period for which final compensation and reimbursement is sought: | December 8, 2008 through December 31, 2012 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $1,488,187.00 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $9,534.16 |

This is a(n):  __X__ Monthly  _____ interim  __X__ Final application

Monthly Applications Filed:

| Applications | | | | | CNOs | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Fees Requested / Voluntary Fee Reduction[3] | Expenses Requested / Voluntary Expense Reduction[3] | Date Filed | Docket No. |
| 2/27/09 | 459 | 12/8/08 through 1/31/09 | $225,118.00 ($788.00) | $167.28 ($38.00) | 5/7/09 | 1148 |
| 3/27/09 | 820 | 2/1/09 through 2/28/09 | $120,769.50 ($938.50) | $27.65 | 5/7/09 | 1149 |
| 5/11/09 | 1175 | 3/1/09 through 3/31/09 | $102,618.00 ($1,655.00) | $252.41 | 6/3/09 | 1288 |
| 6/26/09 | 1648 | 4/1/09 through 4/30/09 | $122,648.00 ($690.50) | $88.22 ($18.00) | 7/22/09 | 1797 |
| 6/30/09 | 1667 | 5/1/09 through 5/31/09 | $204,721.00 ($248.50) | $883.29 ($4.50) | 7/22/09 | 1798 |
| 7/31/09 | 1875 | 6/1/09 through 6/30/09 | $95,656.50 ($5,738.50) | $56.45 | 8/25/09 | 2014 |
| 9/4/09 | 2098 | 7/1/09 through 7/31/09 | $66,906.50 ($1,868.00) | $1,308.11 | 10/1/09 | 2256 |
| 10/1/09 | 2252 | 8/1/09 through 8/31/09 | $85,936.00 ($2,984.00) | $3.90 | 10/26/09 | 2423 |
| 10/29/09 | 2460 | 9/1/09 through | $54,505.00 ($2,641.50) | $44.72 | 11/20/09 | 2606 |

---

[3] At the Fee Examiner's request, Paul Hastings agreed to reduce its requested fees and expenses in the amount shown in parentheses.

| | Applications | | | | CNOs | |
|---|---|---|---|---|---|---|
| Date Filed | Docket No. | Period Covered | Fees Requested / Voluntary Fee Reduction[3] | Expenses Requested / Voluntary Expense Reduction[3] | Date Filed | Docket No. |
| | | 9/30/09 | | | | |
| 12/3/09 | 2727 | 10/1/09 through 10/31/09 | $76,550.50 ($1,630.50) | $548.40 | 12/28/09 | 2945 |
| 12/28/09 | 2944 | 11/1/09 through 11/30/09 | $55,635.50 ($1,570.50) | $64.56 | 1/21/10 | 3160 |
| 1/28/10 | 3254 | 12/1/09 through 12/31/09 | $12,457.00 ($6,623.83) | $43.05 | 2/19/10 | 3510 |
| 3/3/10 | 3678 | 1/1/10 through 1/31/10 | $19,668.50 ($2,392.29) | $3,949.51 | 3/25/10 | 3852 |
| 3/26/10 | 3869 | 2/1/10 through 2/28/10 | $10,670.50 ($1,980.38) | $0.00 | 4/19/10 | 4109 |
| 7/8/10 | 4960 | 3/1/10 through 5/31/10 | $63,584.00 ($67.00) | $17.70 | 8/9/10 | 5317 |
| 9/27/10 | 5817 | 6/1/10 through 8/31/10 | $46,872.50 ($1,582.00) | $26.43 | 10/20/10 | 6058 |
| 12/27/10 | 7319 | 9/1/10 through 11/30/10 | $7,182.00 ($517.50) | $1,790.00 | 1/21/11 | 7594 |
| 4/14/11 | 8654 | 12/1/10 through 2/28/11 | $46,256.50 ($692.00) | $19.90 | 5/6/11 | 8844 |
| 7/6/11 | 9417 | 3/1/11 through 5/31/11 | $40,759.00 ($240.00) | $168.10 ($18.00) | 7/28/11 | 9565 |
| 10/5/11 | 9897 | 6/1/11 through 8/31/11 | $2,185.00 | $13.58 | 10/27/11 | 10082 |
| 12/21/12 | 12881 | 9/1/11 through 3/31/12 | $7,026.50 | $0.00 | 1/15/13 | 13059 |
| 12/27/12 | 12923 | 4/1/12 through 11/30/12 | $17,694.50 | $60.90 | 1/22/13 | 13083 |

3

Interim Applications Filed:

| Dkt. No. Date Filed | Period Covered | Fees Requested / Voluntary Fee Reduction[4] | Expenses Requested / Voluntary Expense Reduction[4] | Court Order Dkt. No. Date Filed | Allowed Fees and Expenses | Paid Fees and Expenses |
|---|---|---|---|---|---|---|
| 1052<br>4/17/09 | 12/8/08 through 2/28/09 | $345,887.50<br>($1,726.50) | $194.93<br>($38.00) | 2857<br>12/15/09 | Fees:<br>$344,161.00<br>Expenses:<br>$156.93 | Fees:<br>$344,161.00<br>Expenses:<br>$156.93 |
| 1758<br>7/16/09 | 3/1/09 through 5/31/09 | $429,987.00<br>($2,594.00) | $1,223.92<br>($22.50) | 4467<br>5/18/10 | Fees:<br>$427,393.00<br>Expenses:<br>$1,201.42 | Fees:<br>$427,393.00<br>Expenses:<br>$1,201.42 |
| 2363<br>10/15/09 | 6/1/09 through 8/31/09 | $248,499.00<br>($10,590.50) | $1,368.46 | 6078<br>10/22/10 | Fees:<br>$237,908.50<br>Expenses:<br>$1,368.46 | Fees:<br>$237,908.50<br>Expenses:<br>$1,368.46 |
| 3073<br>1/13/10 | 9/1/09 through 11/30/09 | $186,691.00<br>($5,842.50) | $657.68 | 9697<br>8/24/11 | Fees:<br>$180,848.50<br>Expenses:<br>$657.68 | Fees:<br>$180,848.50<br>Expenses:<br>$657.68 |
| 4067<br>4/15/10 | 12/1/09 through 2/28/10 | $42,796.00<br>($10,996.50) | $3,992.56 | 10020<br>10/19/11 | Fees:<br>$31,799.50<br>Expenses:<br>$3,992.56 | Fees:<br>$31,799.50<br>Expenses:<br>$3,992.56 |
| 5045<br>7/15/10 | 3/1/10 through 5/31/10 | $63,584.00<br>($67.00) | $17.70 | 10418<br>12/12/11 | Fees:<br>$63,517.00<br>Expenses:<br>$17.70 | Fees:<br>$63,517.00<br>Expenses:<br>$17.70 |
| 5950<br>10/14/10 | 6/1/10 through 8/31/10 | $46,872.50<br>($1,582.00) | $26.43 | 10933<br>2/15/12 | Fees:<br>$45,290.50<br>Expenses:<br>$26.43 | Fees:<br>$45,290.50<br>Expenses:<br>$26.43 |
| 7478<br>1/12/11 | 9/1/10 through 11/30/10 | $7,182.00<br>($517.50) | $1,790.00 | 11464<br>4/24/12 | Fees:<br>$6,664.50<br>Expenses:<br>$1,790.00 | Fees:<br>$6,664.50<br>Expenses:<br>$1,790.00 |
| 8658<br>4/14/11 | 12/1/10 through 2/28/11 | $46,256.50<br>($692.00) | $19.90 | 11989<br>7/11/12 | Fees:<br>$45,564.50<br>Expenses:<br>$19.90 | Fees:<br>$45,564.50<br>Expenses:<br>$19.90 |
| 9417<br>7/6/11 | 3/1/11 through 5/31/11 | $40,759.00<br>($240.00) | $168.10<br>($18.00) | 11990<br>7/11/12 | Fees:<br>$40,519.00<br>Expenses:<br>$150.10 | Fees:<br>$40,519.00<br>Expenses:<br>$150.10 |

---

[4]   At the Fee Examiner's request, Paul Hastings agreed to reduce its requested fees and expenses in the amount shown in parentheses.

| Dkt. No. Date Filed | Period Covered | Fees Requested / Voluntary Fee Reduction[4] | Expenses Requested / Voluntary Expense Reduction[4] | Court Order Dkt. No. Date Filed | Allowed Fees and Expenses | Paid Fees and Expenses |
|---|---|---|---|---|---|---|
| 9951<br><br>10/11/11 | 6/1/11 through 8/31/11 | $2,185.00 | $13.58 | 12500<br><br>10/2/12 | Fees: $2,185.00 Expenses: $13.58 | Fees: $2,185.00 Expenses: $13.58 |
| 13190<br><br>2/14/13 | 9/1/11 through 11/30/12 | $24,721.00 | $60.90 | | | |

## INTERIM COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine A. Traxler | Of Counsel; Member of California Bar since 1990; Joined Firm in 1990. | $715 | 2.90 | $2,073.50 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $570 | 0.50 | $285.00 |
| Lito M. Natividad | Billing – Lead; Joined Firm in 1998 | $240 | 1.70 | $408.00 |
| **TOTAL** | | | **5.10** | **$2,766.50** |

Grand Total             $2,766.50

Attorney Compensation    $2,358.50

Total Attorney Hours     3.40

Blended Attorney Rate    $694

46429/0001-9300105v1

**FINAL COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS**
**DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew M. Short | Partner, Member of New York Bar since 1986; Joined Firm in 1988. | $955 | 0.30 | $286.50 |
| Andrew M. Short | Partner, Member of New York Bar since 1986; Joined Firm in 1988. | $910 | 2.20 | $2,002.00 |
| Joseph P. Opich | Partner; Member of New York Bar since 1988; Joined Firm in 1994. | $895 | 1.10 | $984.50 |
| Richard A. Chesley | Partner; Member of Ohio Bar since 1985; Member of Illinois Bar since 1997; Joined Firm in 2006. | $895 | 14.80 | $13,246.00 |
| Richard A. Chesley | Partner; Member of Ohio Bar since 1985; Member of Illinois Bar since 1997; Joined Firm in 2006. | $825 | 8.50 | $7,012.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $895 | 0.50 | $447.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $865 | 1.50 | $1,297.50 |
| Thomas S. Wisialowski | Partner; Member of California Bar since 1985; Joined Firm in 1985. | $815 | 1.10 | $896.50 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $940 | 4.70 | $4,418.00 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $875 | 15.20 | $13,300.00 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $840 | 42.50 | $35,700.00 |
| Patrick A. Ramsey | Partner; Member of California Bar since 1976; Joined Firm in 1976. | $810 | 72.30 | $58,563.00 |
| Mitchell B. Menzer | Partner; Member of California Bar since 1984; Joined Firm in 2006. | $825 | 0.50 | $412.50 |

---

[5]  The different hourly billing rates for individual Paul Hastings' professionals reflect regularly scheduled billing rate increases implemented by the Firm, as set forth in the Firm's retention application.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mitchell B. Menzer | Partner; Member of California Bar since 1984; Joined Firm in 2006. | $795 | 8.60 | $6,837.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $845 | 0.60 | $507.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $810 | 176.30 | $142,803.00 |
| Gregory E. Spitzer | Partner; Member of the Illinois Bar since 1989; Joined Firm in 2007. | $765 | 14.10 | $10,786.50 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $850 | 2.80 | $2,380.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $825 | 1.60 | $1,320.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $790 | 194.10 | $153,339.00 |
| Daniel J. Perlman | Partner; Member of Illinois Bar since 1985; Member of New York Bar since 2003; Joined Firm in 2007. | $725 | 18.90 | $13,702.50 |
| Thomas R. Mounteer | Partner; Member of District of Columbia Bar since 1986; Member of New York Bar since 1986; Joined Firm in 2001. | $850 | 0.50 | $425.00 |
| Thomas R. Mounteer | Partner; Member of District of Columbia Bar since 1986; Member of New York Bar since 1986; Joined Firm in 2001. | $730 | 4.90 | $3,577.00 |

7

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradley V. Ritter | Partner; Member of Illinois Bar since 1991; Joined Firm in 2007. | $735 | 4.00 | $2,940.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $780 | 0.50 | $390.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $745 | 37.20 | $27,714.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $720 | 5.70 | $4,104.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $695 | 48.70 | $33,846.50 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $675 | 623.20 | $420,660.00 |
| Jeffrey S. Rheeling | Of Counsel; Member of Illinois Bar since 1997; Joined Firm in 2007. | $645 | 10.20 | $6,579.00 |
| Lawrence D. Kaplan | Of Counsel; Member of District of Columbia Bar since 1988; Member of Pennsylvania Bar since 1987; Joined Firm in 2008. | $725 | 0.80 | $580.00 |
| Katherine A. Traxler | Of Counsel; Member of California Bar since 1990; Joined Firm in 1990. | $715 | 14.10 | $10,081.50 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $715 | 0.10 | $71.50 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $690 | 4.40 | $3,036.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $670 | 1.60 | $1,072.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $660 | 5.60 | $3,696.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $645 | 3.30 | $2,128.50 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $635 | 16.60 | $10,541.00 |
| Kimberly D. Newmarch | Of Counsel; Member of New Hampshire Bar since 2000; Member of Delaware Bar since 2003; Member of Illinois Bar since 2007; Joined Firm in 2007. | $605 | 0.80 | $484.00 |
| Michael J. McCarthy | Associate; Joined Firm in 2006. | $615 | 24.70 | $15,190.50 |
| Friedemann Thomma | Associate; Member of New York Bar since 2004; Joined Firm in 2006. | $590 | 3.50 | $2,065.00 |
| Elisa L. Paster | Associate; Member of Missouri Bar since 2003; Member of New Mexico Bar since 2004; Member of California Bar since 2006; Joined Firm in 2005. | $575 | 2.30 | $1,322.50 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $670 | 1.00 | $670.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $650 | 40.20 | $26,130.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $610 | 11.20 | $6,832.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $595 | 37.90 | $22,550.50 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $580 | 58.20 | $33,756.00 |
| Tarun J. Chandran | Associate; Member of Illinois Bar since 2003; Joined Firm in 2007. | $560 | 24.50 | $13,720.00 |
| Susan G. Spira | Associate; Member of California Bar since 1990; Joined Firm in 2003 | $550 | 31.80 | $17,490.00 |
| David B. Lambert | Associate; Member of California Bar since 2002; Joined Firm in 2002. | $595 | 0.80 | $476.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christian M. Auty | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $515 | 10.70 | $5,510.50 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $620 | 2.30 | $1,426.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $605 | 4.80 | $2,904.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $565 | 7.80 | $4,407.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $550 | 84.70 | $46,585.00 |
| Justin P. Bender | Associate; Member of Illinois Bar since 2005; Joined Firm in 2007. | $515 | 160.60 | $82,709.00 |
| Nathalia A. Bernardo | Associate; Member of New York Bar since 2005; Member of New Jersey Bar since 2005; Joined Firm in 2004. | $585 | 0.50 | $292.50 |
| Kate Steffy | Associate; Member of Illinois Bar since 2006; Joined Firm in 2007. | $475 | 6.30 | $2,992.50 |
| Michael F. Lukens | Associate; Member of New York Bar since 2006; Member of District of Columbia Bar since 2007; Joined Firm in 2005. | $495 | 3.70 | $1,831.50 |
| Matthew G. Brigham | Associate; Member of New York Bar since 2007; Joined Firm in 2007. | $505 | 11.90 | $6,009.50 |
| Matthew G. Brigham | Associate; Member of New York Bar since 2007; Joined Firm in 2007. | $445 | 10.60 | $4,717.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $485 | 0.30 | $145.50 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $475 | 16.00 | $7,600.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $425 | 1.80 | $765.00 |
| Hilla U. Jimenez | Associate; Member of Illinois Bar since 2007; Joined Firm in 2007. | $405 | 19.20 | $7,776.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marcia Persaud | Associate; Member of Massachusetts Bar since 2008; Member of New York Bar since 2009; Member of District of Columbia Bar since 2010; Joined Firm in 2008. | $535 | 2.00 | $1,070.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $430 | 2.10 | $903.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $425 | 9.20 | $3,910.00 |
| Stephenie S. Park | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 5.80 | $2,088.00 |
| Daniel L. Simon | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $425 | 0.30 | $127.50 |
| Daniel L. Simon | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 67.50 | $24,300.00 |
| Leah J. Weiss | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $360 | 15.50 | $5,580.00 |
| Leah J. Weiss | Associate; Member of Illinois Bar since 2008; Joined Firm in 2008. | $350 | 5.10 | $1,785.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $570 | 0.70 | $399.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $505 | 1.50 | $757.50 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $495 | 1.20 | $594.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $435 | 4.10 | $1,783.50 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $395 | 9.20 | $3,634.00 |
| Holly Snow | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $360 | 5.00 | $1,800.00 |
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $435 | 43.00 | $18,705.00 |
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $395 | 5.10 | $2,014.50 |

46429/0001-9300105v1

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes)[5] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jacqueline Hairston | Associate; Member of Illinois Bar since 2009; Joined Firm in 2010. | $360 | 33.80 | $12,168.00 |
| Veronica L. Boyer | Associate; Joined Firm in 2008 | $360 | 2.00 | $720.00 |
| Felicia L. Holley | Senior Paralegal; Paralegal since 2001; Joined Firm in 2001. | $345 | 2.00 | $690.00 |
| Felicia L. Holley | Senior Paralegal; Paralegal since 2001; Joined Firm in 2001. | $335 | 15.70 | $5,259.50 |
| Ruth P. Rosen | Senior Paralegal; Paralegal since 1988; Joined Firm in 2007. | $320 | 155.10 | $49,632.00 |
| Ruth P. Rosen | Senior Paralegal; Paralegal since 1988; Joined Firm in 2007. | $305 | 17.50 | $5,337.50 |
| Sarah E. Tybor | Paralegal; Paralegal since 2007; Joined Firm in 2007. | $300 | 12.60 | $3,780.00 |
| Allison L. Eissing | Paralegal; Paralegal since 2006; Joined Firm in 2007. | $260 | 16.60 | $4,316.00 |
| Emily F. Peter | Paralegal; Joined Firm in 2008 | $225 | 3.30 | $742.50 |
| Lito M. Natividad | Billing – Lead; Joined Firm in 1998. | $240 | 21.50 | $5,160.00 |
| Jamie B. Brown | Case Assistant; Case Assistant since 2005; Joined Firm in 2007. | $205 | 61.50 | $12,607.50 |
| Daniel R. Breslin | Case Assistant; Case Assistant since 2007; Joined Firm in 2008. | $60 | 4.70 | $282.00 |
| TOTAL | | | 2,465.30 | $1,488,187.00 |

| | |
|---|---|
| Grand Total | $1,488,187.00 |
| Attorney Compensation | $1,400,380.00 |
| Total Attorney Hours | 2,154.80 |
| Blended Attorney Rate | $650 |

### INTERIM COMPENSATION BY PROJECT CATEGORY
### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Fee/Employment Applications (B160) | 5.10 | $2,766.50 |
| **TOTAL** | **5.10** | **$2,766.50** |

46429/0001-9300105v1

**FINAL COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Case Administration (B110) | 48.70 | $14,684.50 |
| Pleadings Review (B113) | 4.10 | $3,321.00 |
| Asset Analysis and Recovery (B120) | 4.20 | $2,217.50 |
| Asset Disposition (B130) | 58.10 | $32,287.50 |
| Sale of Real Estate (B131) | 364.80 | $228,300.00 |
| Auction of Assets (B133) | 1.00 | $739.00 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 0.50 | $317.50 |
| Court Hearings (B155) | 0.80 | $550.50 |
| Fee/Employment Applications (B160) | 368.90 | $140,584.50 |
| Assumption/Rejection of Leases and Contracts (B185) | 295.10 | $206,584.00 |
| Non-Working Travel (B195) | 0.60 | $216.00 |
| **Operations** | | |
| Business Operations (B210) | 43.30 | $31,382.00 |
| Employee Benefits/Pensions (B220) | 0.50 | $317.50 |
| Tax Issues (B240) | 70.80 | $43,307.50 |
| Environmental Issues (B241) | 12.00 | $7,667.50 |
| Real Estate (B250) | 1,180.70 | $768,388.00 |
| Investigations (B261) | 0.60 | $537.00 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 0.10 | $63.50 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 4.50 | $3,127.50 |
| **Bankruptcy-Related Advice** | | |
| General Bankruptcy Advice/Opinions (B410) | 3.70 | $2,615.00 |
| Restructurings (B420) | 2.30 | $979.50 |
| **TOTAL** | **2,465.30** | **$1,488,187.00** |

46429/0001-9300105v1

### INTERIM EXPENSE SUMMARY
### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

None

### FINAL EXPENSE SUMMARY
### DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Certified Copies/Corporate Documents/ Title Insurance Documents | $5,824.00 |
| Cell phone charges | $28.55 |
| Outside Printing & Photocopy | $591.00 |
| Real Estate document production, e.g., oversized copies, binding, etc. | $638.05 |
| Taxi/Ground Transportation | $113.35 |
| CSC/LexisNexis Document Solutions | $1,208.00 |
| Court Reporting Services | $60.00 |
| Conference Calls | $11.50 |
| Photocopy Charges (5,416 pages @ $0.10/page) | $541.60 |
| Photocopy Charges-Color (5 pages @ $1.25/page) | $6.25 |
| Facsimile (14 pages @ $1.00/page) | $14.00 |
| Courier Service/Overnight Delivery | $429.13 |
| Long Distance/Telephone Charges | $67.83 |
| Postage/Express Mail | $0.90 |
| **TOTAL** | **$9,534.16** |

14

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: March 20, 2013 at 4:00 p.m. (ET)** |

## TWENTY-THIRD MONTHLY AND FINAL APPLICATION OF PAUL HASTINGS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR GENERAL REAL ESTATE AND RELATED MATTERS FOR THE MONTHLY PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012 AND THE FINAL PERIOD FROM DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), the Court's Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§

105(a) and 331 [Docket. No. 225] (the "Administrative Order"), and section 9.2 of the *Fourth*

*Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by*

*the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P.,*

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

*Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A.* [Docket No. 12072] (the "Plan"),

Paul Hastings LLP ("Paul Hastings"), successor in interest to Paul, Hastings, Janofsky & Walker

LLP, hereby files this Twenty-Third Monthly and Final Application for Allowance of

Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for

General Real Estate and Related Matters for the Monthly Period from December 1, 2012 through

December 31, 2012 and the Final Period from December 8, 2008 through December 31, 2012

(the "Application").  By this Application, Paul Hastings requests (a) allowance of the sums of

$2,766.50 as compensation and $0.00 for reimbursement of actual and necessary expenses for a

total of $2,766.50 for the period from December 1, 2012 through and including December 31,

2012 (the "Monthly Fee Period") and (b) final allowance of the sums of $1,488,187.00 as

compensation and $9,534.16 for reimbursement of actual and necessary expenses for a total of

$1,497,721.16 for the period from December 8, 2008 through and including December 31, 2012

(the "Final Fee Period").  In support of this Application, Paul Hastings respectfully represents as

follows:

### Background

1.    On December 8, 2008 (the "Petition Date"), the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under

chapter 11 of the Bankruptcy Code.

2.    Paul Hastings was retained effective *nunc pro tunc* as of the Petition Date

by this Court's Order dated February 3, 2009 [Docket No. 323] (the "Retention Order").  The

Retention Order authorized Paul Hastings to be compensated on an hourly basis and to be

reimbursed for actual and necessary out-of-pocket expenses.

3.    On July 23, 2012, the Court entered an order [Docket No. 12074] (the

"Confirmation Order") confirming the Plan.  On December 31, 2012, the Effective Date (as defined in the Plan) occurred.

4.      Pursuant to the Confirmation Order and Section 9.2 of the Plan, all final requests for payment of professional claims shall be filed with the Court on or before March 1, 2013. Paul Hastings accordingly submits this twenty-third monthly and final fee application.

5.      In this Application, Paul Hastings respectfully requests final allowance of compensation and reimbursement of expenses for its legal services rendered for and on behalf of the Debtors in these chapter 11 cases.

**Compensation Paid and Its Source**

6.      All services for which compensation is requested by Paul Hastings were performed for or on behalf of the Debtors.

7.      Except to the extent of the retainer paid to Paul Hastings as described in the application seeking approval of Paul Hastings' employment, Paul Hastings has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.  There is no agreement or understanding between Paul Hastings and any other person other than the attorneys, employees, and staff of Paul Hastings for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

8.      The fee statement for the Monthly Fee Period is attached hereto as Exhibit A.  The fee statements for the balance of the Final Fee Period were attached as Exhibit A to the Firm's previously filed monthly fee applications. The statements contained daily time logs describing the time spent by each attorney and paraprofessional for this period.  To the best of

3

Paul Hastings' knowledge, this Application complies with sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the

Office of the United States Trustee, Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and the Administrative Order.

### Actual and Necessary Expenses

9.      A summary of the actual and necessary expenses incurred by Paul

Hastings during the Monthly Fee Period and the Final Fee Period is attached hereto as Exhibit B.

Paul Hastings' computerized billing system records certain expenses, such as long distance

telephone and online research charges, without identifying the individual incurring the expense,

and the Firm respectfully requests that the Court waive the Firm's compliance with Del. Bank.

L.R. 2016-2(e)(ii).

10.     Paul Hastings' standard charge for photocopies is $0.20 per page.  For

purposes of these chapter 11 cases, the Firm has reduced this charge to $0.10 per page.  Also,

Paul Hastings customarily charges its clients $1.25 per page for out-going facsimile

transmissions.  For purposes of these cases, the Firm has reduced this charge to $1.00 per page.

Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the

long-distance telephone charges.

11.     Paul Hastings believes the foregoing rates are the market rates that the

majority of law firms charge clients for such services.  In addition, Paul Hastings believes that

such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set

forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for

disbursements and other charges.

## Summary of Services Rendered

12.    Paul Hastings has maintained detailed records of the time spent rendering professional services to the Debtors in these chapter 11 cases.  Attached hereto as Exhibit A is a true and correct copy of the fee statement for services rendered during the Monthly Fee Period. Attached as Exhibit A to the Firm's previously filed monthly fee applications is a true and correct copy of the fee statements for services rendered during the balance of the Final Fee Period.  The fee statements are in the same form regularly used by Paul Hastings to bill its clients for services rendered and include the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service, and the designation of the professional who performed the service.

13.    As set forth in the Firm's fee statements for services rendered in these chapter 11 cases, Paul Hastings rendered 2,465.30 hours of professional services during the Final Fee Period, resulting in legal fees totaling $1,488,187.00 and incurred associated reasonable and necessary expenses totaling $9,534.16.

## Summary of Services by Project Category

14.    The services rendered by Paul Hastings during the Final Fee Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth in Paul Hastings' fee statements filed in these cases.

**Matter 00001 – Post-Petition General Matter**

A.    Case Administration
Fees: $9,185.50        Total Hours: 40.30

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.    <u>Pleadings Review</u>
     Fees: $1,539.00     Total Hours: 1.90

This category includes all matters related to review of pleadings submitted by other parties.

C.    <u>Asset Analysis and Recovery</u>
     Fees: $1,805.00     Total Hours:  3.70

This category includes all matters related to and including identification and review of potential assets, including causes of action and non-litigation recoveries.

D.    <u>Sale of Real Estate</u>
     Fees: $3,037.50     Total Hours: 4.50

This category includes all matters related to sales of real estate.

E.    <u>Auction of Assets</u>
     Fees: $358.00     Total Hours: 0.40

This category includes all matters related to the auctioning of assets, including establishment of auction procedures and objections or other contested matters relating to the auction.

F.    <u>Fee/Employment Applications</u>
     Fees: $131,888.00     Total Hours: 355.60

This category includes all matters relating to and including retention applications, disclosure declarations, monthly and interim fee applications, defending and appearing in Court (in person or telephonically) on the retention and fee applications, and interim compensation procedures.

6

G.    Assumption/Rejection of Leases and Contracts
        Fees: $4,799.50        Total Hours: 6.30

This category includes all matters relating to and including analysis of leases and

executory contracts and preparation and defending of motions to assume or reject.

H.    Court Hearings
        Fees: $550.50        Total Hours: 0.80

This category includes matters relating to hearings in the Bankruptcy Court, including

preparation for, appearance at, and response to those hearings.

I.    Business Operations
        Fees: $1,289.50        Total Hours: 2.30

This category includes all issues relating to a debtor-in-possession operating in chapter

11, such as employee, vendor, tenant issues, and related matters.

J.    Employee Benefits/Pensions
        Fees: $317.50        Total Hours: 0.50

This category includes all matters relating to and including review of issues such as

severance, retention, 401k coverage and continuance of pension plans.

K.    Tax Issues
        Fees: $447.50        Total Hours: 0.50

This category includes all matters relating to and including analysis and advice regarding

tax-related issues, including the preservation of net operating loss carry forwards.

L.    Real Estate
        Fees: $177,193.50        Total Hours: 293.90

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

M.    General Bankruptcy Advice/Opinions
        Fees: $81.00        Total Hours: 0.20

7

This category includes all matters related to and including analysis, advice, and/or opinions regarding potential bankruptcy related issues.

N.    <u>Investigations</u>
Fees: $537.00        Total Hours: 0.60

This category includes all matters related to and including analysis, consultation, and evaluation of potential claims, causes of action, or issues arising therefrom.

O.    <u>Claims Administration and Objections</u>
Fees: $63.50        Total Hours: 0.10

This category includes all matters related to claims administration and bar date matters, including claims objections and related contested matters.

P.    <u>Plan and Disclosure Statement</u>
Fees: $3,127.50        Total Hours: 4.50

This category includes all matters related to plans of reorganization or liquidation, disclosure statements, the confirmation process, objections, hearings, and related matters.

Q.    <u>Restructurings</u>
Fees: $259.50        Total Hours: 0.30

This category includes all matters related to and including analysis, consultation, and drafting in connection with the restructuring of agreements, including financing agreements.

**Matter 00002 – 34th Street Lease**

A.    <u>Case Administration</u>
Fees: $225.50        Total Hours: 1.10

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.     Asset Disposition
       Fees: $580.00          Total Hours: 0.80

This category includes all matters related to and including sales, abandonment, and transaction work related to asset disposition.

C.     Sale of Real Estate
       Fees: $2,302.50          Total Hours: 4.00

This category includes all matters related to sales of real estate.

D.     Assumption/Rejection of Leases and Contract
       Fees: $10,193.00          Total Hours: 13.90

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

E.     Real Estate
       Fees: $56,567.00          Total Hours: 81.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00003 – Lease Rejections**

A.     Case Administration
       Fees: $2,673.00          Total Hours: 3.30

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.     Pleadings Review
       Fees: $1,782.00          Total Hours: 2.20

9

This category includes all matters related to review of pleadings submitted by other parties.

      C.      <u>Assumption/Rejection of Leases and Contracts</u>
                Fees: $59,559.00      Total Hours: 80.40

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

      D.      <u>Real Estate</u>
                Fees: $100,367.50      Total Hours: 152.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

      E.      <u>General Bankruptcy Advice/Opinions</u>
                Fees: $243.00      Total Hours: 0.60

This category includes all matters related to and including analysis, advice and/or opinions regarding potential bankruptcy related issues.

      F.      <u>Restructurings</u>
                Fees: $720.00      Total Hours: 2.00

This category includes all matters related to and including analysis, consultation, and drafting in connection with the restructuring of agreements, including financing agreements.

**Matter 00004 – Real Estate Assumption Matters**

      A.      <u>Assumption/Rejection of Leases and Contracts</u>
                Fees: $695.50      Total Hours: 0.90

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

      B.      <u>Real Estate</u>
                Fees: $6,934.00      Total Hours: 11.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00005 – Real Estate Renewal Matters**

    A.    <u>Asset Analysis and Recovery</u>
          Fees: $412.50        Total Hours: 0.50

This category includes all matters related to and including identification and review of potential assets, including causes of action and non-litigation recoveries.

    B.    <u>Auction of Assets</u>
          Fees: $381.00        Total Hours: 0.60

This category includes all matters related to the auctioning of assets, including establishment of auction procedures and objections or other contested matters relating to the auction.

    C.    <u>Business Operations</u>
          Fees: $2,844.00      Total Hours: 3.60

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

    D.    <u>Assumption/Rejection of Leases and Contracts</u>
          Fees: $10,485.50     Total Hours: 17.40

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

    E.    <u>Real Estate</u>
          Fees: $19,387.50     Total Hours: 28.00

46429/0001-9300105v1

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00006 – Real Estate Taxation Matters**

    A.    <u>Assumption/Rejection of Leases and Contracts</u>
            Fees: $797.50        Total Hours: 1.10

This category includes all matters relating to and including analysis of leases and executory contracts and preparation of motions to assume or reject.

    B.    <u>Tax Issues</u>
            Fees: $5,105.50        Total Hours: 7.20

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

    C.    <u>Real Estate</u>
            Fees: $4,217.00        Total Hours: 6.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00007 – Freedom Center**

    A.    <u>Real Estate</u>
            Fees: $10,740.50      Total Hours: 16.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00008 – L.A. Times**

    A.    <u>Case Administration</u>
            Fees: $1,622.00        Total Hours: 2.40

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

    B.    <u>Sale of Real Estate</u>
        Fees: $1,896.00        Total Hours: 2.40

This category includes all matters related to sales of real estate.

    C.    <u>Real Estate</u>
        Fees: $9,660.50        Total Hours: 12.70

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00009– Project Jewel**

    A.    <u>Environmental Issues</u>
        Fees: $4,678.50        Total Hours: 7.60

This category includes all matters relating to and including review and analysis of environmental-related matters.

    B.    <u>Real Estate</u>
        Fees: $9,571.00        Total Hours: 15.90

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00010– St. Louis**

    A.    <u>Asset Disposition</u>
        Fees: $21,460.50        Total Hours: 41.90

This category includes all matters related to and including sales, abandonment, and transaction work related to asset disposition.

    B.    <u>Sale of Real Estate</u>
                 Fees: $33,668.50      Total Hours: 57.50

This category includes all matters related to sales of real estate.

    C.    <u>Assumption/Rejection of Leases and Contracts</u>
                 Fees: $675.00        Total Hours: 1.00

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

    D.    <u>Real Estate</u>
                 Fees: $40,601.50      Total Hours: 59.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00013– KTLA**

    A.    <u>Case Administration</u>
                 Fees: $786.50        Total Hours: 1.00

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

    B.    <u>Sale of Real Estate</u>
                 Fees: $9,171.00       Total Hours: 11.30

This category includes all matters related to sales of real estate.

Fees: $5,740.50          Total Hours: 9.30

This category includes all matters relating to and including retention applications,

disclosure declarations, monthly and interim fee applications, defending and appearing in Court

(in person or telephonically) on the retention and fee applications, and interim compensation

procedures.

D.      <u>Assumption/Rejection of Leases and Contract</u>
        Fees: $90,306.50          Total Hours: 126.20

This category includes all matters relating to and including analysis of leases and

executory contracts and preparation of motions to assume or reject.

E.      <u>Business Operations</u>
        Fees: $1,711.50          Total Hours: 2.10

This category includes all issues relating to a debtor-in-possession operating in chapter

11, such as employee, vendor, tenant issues, and related matters.

F.      <u>Real Estate</u>
        Fees: $171,150.50          Total Hours: 251.20

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

G.      <u>General Bankruptcy Advice/Opinions</u>
        Fees: $2,291.00          Total Hours: 2.90

This category includes all matters related to and including analysis, advice, and/or

opinions regarding potential bankruptcy related issues.

15

**Matter 00014– Stamford**

    A.    <u>Assumption/Rejection of Leases and Contracts</u>
          Fees: $179.00        Total Hours: 0.20

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

    B.    <u>Business Operations</u>
          Fees: $6,083.00       Total Hours: 7.70

This category includes all issues relating to a debtor-in-possession operating in chapter 11, such as employee, vendor, tenant issues, and related matters.

    C.    <u>Tax Issues</u>
          Fees: $2,754.50       Total Hours: 4.70

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

    D.    <u>Environmental Issues</u>
          Fees: $289.00        Total Hours: 0.40

This category includes all matters relating to and including review and analysis of environmental-related matters.

    E.    <u>Real Estate</u>
          Fees: $675.00        Total Hours: 1.00

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00015– New York State R.E. Transfer Tax**

    A.    <u>Sale of Real Estate</u>
          Fees: $1,012.50       Total Hours: 1.50

This category includes all matters related to sales of real estate.

16

B.  Relief from Stay/Adequate Protection Proceedings
    Fees: $317.50          Total Hours: 0.50

This category includes all matters related to and including all motions to modify the

automatic stay, issues related to the effect of the automatic stay or pending matters and all other

types of actions where adequate protection is the central issue.

C.  Tax Issues
    Fees: $32,095.00          Total Hours: 52.90

This category includes all matters relating to and including analysis and advice regarding

tax-related issues, including the preservation of net operating loss carry forwards.

D.  Real Estate
    Fees: $1,687.50          Total Hours: 2.50

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

**Matter 00016– Construction Contract**

A.  Business Operations
    Fees: $14,040.00          Total Hours: 20.80

This category includes all issues relating to a debtor-in-possession operating in chapter

11, such as employee, vendor, tenant issues, and related matters.

B.  Real Estate
    Fees: $36,613.00          Total Hours: 57.10

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

46429/0001-9300105v1

**Matter 00017– Existing Contracts**

    A.    <u>Fee/Employment Applications</u>
            Fees: $2,956.00      Total Hours: 4.00

This category includes all matters relating to and including retention applications,

disclosure declarations, monthly and interim fee applications, defending and appearing in Court

(in person or telephonically) on the retention and fee applications, and interim compensation

procedures.

    B.    <u>Business Operations</u>
            Fees: $5,414.00      Total Hours: 6.80

This category includes all issues relating to a debtor-in-possession operating in chapter

11, such as employee, vendor, tenant issues and other similar problems.

    C.    <u>Real Estate</u>
            Fees: $7,497.50      Total Hours: 10.00

This category includes all matters relating to real estate, including review and analysis of

real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance

clauses).

**Matter 00018– 11202 Franklin Avenue, Franklin Park, IL**

    A.    <u>Case Administration</u>
            Fees: $96.00      Total Hours: 0.30

This category includes all matters related to filing documents with the Court, service

thereof, maintenance of calendars, communications with the U.S. Trustee, items related to

schedules and similar items filed with the Court, review of work in process reports, review of

notices of appearance, and maintaining service lists.

    B.    <u>Sale of Real Estate</u>
            Fees: $396.00      Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.    Real Estate
      Fees: $5,043.50        Total Hours: 8.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00019– 3722 Ventura Dr., Arlington Heights, IL**

A.    Case Administration
      Fees: $96.00        Total Hours: 0.30

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, items related to schedules and similar items filed with the Court, review of work in process reports, review of notices of appearance, and maintaining service lists.

B.    Sale of Real Estate
      Fees: $396.00        Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.    Real Estate
      Fees: $7,743.50        Total Hours: 12.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00020 -  555 E. Plainfield, Countryside, IL**

A.    Asset Disposition
      Fees: $10,247.00        Total Hours: 15.40

19

This category includes all matters related to and including sales, abandonment, and transaction work related to asset disposition.

B.    Sale of Real Estate
       Fees: $396.00          Total Hours: 1.10

This category includes all matters related to sales of real estate.

C.    Real Estate
       Fees: $6,136.00        Total Hours: 10.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00021 - Hartford Courant Construction Contract**

A.    Real Estate
       Fees: $6,885.00        Total Hours: 10.20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00022 - 3 Westbrook**

A.    Assumption/Rejection of Leases and Contracts
       Fees: $27,988.00       Total Hours: 45.40

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

B.    Real Estate
       Fees: $19,102.50       Total Hours: 28.30

20

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00023 - Sun-Sentinel Lease**

>  A.    Assumption/Rejection of Leases and Contracts
>         Fees: $648.00          Total Hours: 1.80

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

>  B.    Real Estate
>         Fees: $8,725.00        Total Hours: 12.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00024 – Northlake**

>  A.    Assumption/Rejection of Leases and Contracts
>         Fees: $257.50          Total Hours: 0.50

This category includes all matters relating to and including analysis of leases and executory contracts and preparation and defending of motions to assume or reject.

>  B.    Tax Issues
>         Fees: $309.00          Total Hours: 0.60

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

>  C.    Real Estate
>         Fees: $32,287.50       Total Hours: 53.80

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00025 – CLTV Mortgage Advertising Advice**

    A.    <u>Real Estate</u>
        Fees: $917.50       Total Hours: 1.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00026 – Sale of 250 Miller Place, Hicksville**

    A.    <u>Sale of Real Estate</u>
        Fees: $175,349.00    Total Hours: 279.30

This category includes all matters related to sales of real estate.

    B.    <u>Tax Issues</u>
        Fees: $2,596.00    Total Hours: 4.90

This category includes all matters relating to and including analysis and advice regarding tax-related issues, including the preservation of net operating loss carry forwards.

    C.    <u>Environmental Issues</u>
        Fees: $2,700.00    Total Hours: 4.00

This category includes all matters relating to and including review and analysis of environmental-related matters.

    D.    <u>Real Estate</u>
        Fees: $765.00      Total Hours: 1.30

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00027 – Melville Condemnation**

> A.    <u>Sale of Real Estate</u>
> Fees: $675.00          Total Hours: 1.00

This category includes all matters related to sales of real estate.

> B.    <u>Real Estate</u>
> Fees: $20,692.00          Total Hours: 31.40

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00028 – Freedom Center Zoning**

> A.    <u>Real Estate</u>
> Fees: $4,046.50          Total Hours: 6.00

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

**Matter 00029 – Newsday IRS Litigation**

> A.    <u>Real Estate</u>
> Fees: $3,180.50          Total Hours: 4.50

This category includes all matters relating to real estate, including review and analysis of real estate matters, purchase agreements, and lease provisions (e.g., common area maintenance clauses).

23

**Valuation of Services**

15.     During the Final Fee Period, Paul Hastings' attorneys and

paraprofessionals expended a total of 2,465.30 hours for which compensation is requested.  Of

the aggregate time expended, 1,364.40 recorded hours were expended by partners and counsel of

Paul Hastings, 790.40 recorded hours were expended by associates, and 310.50 recorded hours

were expended by paraprofessionals and other timekeepers of Paul Hastings. The nature of the

work performed by these persons is fully set forth in Exhibit A hereto and Exhibit A to the

Firm's previously filed monthly fee applications. These are Paul Hastings' normal hourly rates

for work of this character. The reasonable value of the services rendered by Paul Hastings to the

Debtors during the Final Fee Period is $1,488,187.00.

16.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by Paul Hastings is fair

and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and

extent of the services rendered, (d) the value of such services, and (e) the costs of comparable

services other than in a case under this title.  Paul Hastings has reviewed the requirements of

Local Rule 2016-2 and believes that this Application complies with that Rule. To the extent

necessary, Paul Hastings requests a waiver for cause shown of any guideline requirement not met

by this Application.

17.     To the extent that time or disbursement charges for services rendered or

disbursements incurred relate to the Final Fee Period, but were not processed before the

preparation of this Application, Paul Hastings reserves the right to request additional

compensation for such services, and reimbursement of such expenses in a future application.

WHEREFORE, Paul Hastings respectfully requests entry of a final order

24

(a) allowing compensation for professional services rendered during the Final Fee Period in the amount of $1,488,187.00 (which includes fees of $2,766.50 incurred during the Monthly Fee Period), and reimbursement of actual and necessary expenses incurred during the Final Fee Period in the amount of $9,534.16 (which includes expenses of $0.00 incurred during the Monthly Fee Period), for a total of $1,497,721.16; (b) authorizing and directing the Debtors' payment of the difference between the amounts allowed and the amounts previously paid by the Debtors to Paul Hastings; (c) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Paul Hastings' right to seek such further compensation for the full value of services performed and expenses incurred; and (d) granting Paul Hastings such other and further relief as the Court deems just and proper.

Dated:   February 27, 2013
         Chicago, Illinois

Respectfully submitted,

Holly Snow (Ill. No. 6300916)
PAUL HASTINGS LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:   hollysnow@paulhastings.com


SPECIAL COUNSEL FOR GENERAL REAL ESTATE
AND RELATED MATTERS FOR DEBTORS AND
DEBTORS IN POSSESSION