# EXHIBIT A

## FEE STATEMENT FOR MONTHLY FEE PERIOD

(please see attached statement)

| INVOICE NUMBER | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES |
|---|---|---|---|
| 1957164 | December 2012 | $2,766.50 | $0.00 |
| TOTAL | | $2,766.50 | $0.00 |

46429/0001-9300105v1

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

January 17, 2013

Please refer to
Invoice Number: 1957164

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2012 | $2,766.50 |
| **Current Fees and Costs Due** | **$2,766.50** |
| **Total Balance Due** | **$2,766.50** |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL
# HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

January 17, 2013

Please refer to
Invoice Number: 1957164

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PH LLP Client/Matter # 75245-00013
Katherine A. Traxler

| | |
|---|---|
| Legal fees for professional services for the period ending December 31, 2012 | $2,766.50 |
| **Current Fees and Costs Due** | $2,766.50 |
| **Total Balance Due** | $2,766.50 |

**We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:**

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203874532
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

Comment: Please refer to the client, matter and invoice number listed above.

Refer all questions to Billing at billing@paulhastings.com.

# PAUL HASTINGS

**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
t: +1.213.683.6000 | f: +1.213.627.0705 | www.paulhastings.com

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

January 17, 2013

Please refer to
Invoice Number: 1957164

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2012

## KTLA                                                                                                   $2,766.50

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/12 | KAT2 | Prepare twenty-first monthly fee application for services from September 1, 2011 through March 31, 2012 | 0.20 | 715.00 | 143.00 |
| 12/06/12 | KAT2 | Prepare twenty-second monthly fee application for services from April 1, 2012 through November 30, 2012 | 0.50 | 715.00 | 357.50 |
| 12/06/12 | KAT2 | Prepare ninth supplemental disclosure affidavit | 0.60 | 715.00 | 429.00 |
| 12/06/12 | KAT2 | Prepare correspondence to P. Ramsey regarding ninth supplemental disclosure affidavit | 0.10 | 715.00 | 71.50 |
| 12/19/12 | HS5 | Review fee application (0.5) | 0.50 | 570.00 | 285.00 |
| 12/20/12 | KAT2 | Review request from Alvarez & Marsal (P. Gondipalli) for fee information through December 2012 | 0.10 | 715.00 | 71.50 |
| 12/20/12 | KAT2 | Research regarding request from Alvarez & Marsal (P. Gondipalli) for fee information through December 2012 | 0.20 | 715.00 | 143.00 |

Tribune Company  
75245-00013  
Invoice No. 1957164  

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/12 | KAT2 | Exchange correspondence with T. Goffredo regarding request from Alvarez & Marsal (P. Gondipalli) for fee information through December 2012 | 0.10 | 715.00 | 71.50 |
| 12/20/12 | KAT2 | Prepare response to P. Gondipalli regarding Paul Hastings' fees through December 2012 | 0.20 | 715.00 | 143.00 |
| 12/20/12 | KAT2 | Exchange correspondence with H. Snow regarding monthly fee application | 0.10 | 715.00 | 71.50 |
| 12/20/12 | KAT2 | Prepare monthly fee application for period from September 2011 through March 2012 | 0.20 | 715.00 | 143.00 |
| 12/20/12 | KAT2 | Prepare correspondence to P. Ratkowiak regarding same | 0.10 | 715.00 | 71.50 |
| 12/24/12 | LMN2 | Review compensation matters for twenty-second monthly fee application | 0.30 | 240.00 | 72.00 |
| 12/24/12 | LMN2 | Prepare twenty-second monthly fee application | 1.40 | 240.00 | 336.00 |
| 12/27/12 | KAT2 | Prepare monthly fee application for period from April through November 2012 | 0.20 | 715.00 | 143.00 |
| 12/27/12 | KAT2 | Exchange correspondence with A. Snow regarding monthly fee application | 0.10 | 715.00 | 71.50 |
| 12/27/12 | KAT2 | Prepare correspondence to P. Ratkowiak regarding monthly fee application | 0.10 | 715.00 | 71.50 |
| 12/27/12 | KAT2 | Prepare correspondence to J. Theil regarding monthly fee application | 0.10 | 715.00 | 71.50 |
| | | **Subtotal: B160  Fee/Employment Applications** | **5.10** | | **2,766.50** |

Tribune Company                                                              Page 3
75245-00013
Invoice No. 1957164

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| HS5 | Holly Snow | Associate | 0.50 | 570.00 | 285.00 |
| KAT2 | Katherine A. Traxler | Other Attorney | 2.90 | 715.00 | 2,073.50 |
| LMN2 | Lito M. Natividad | Other Timekeepr | 1.70 | 240.00 | 408.00 |

**Current Fees and Costs**                                      $2,766.50

**Total Balance Due**                                            $2,766.50

# EXHIBIT B

## INTERIM EXPENSE SUMMARY
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

None

## FINAL EXPENSE SUMMARY
## DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012

| Expense Category | Total Expenses |
|---|---:|
| Certified Copies/Corporate Documents/ Title Insurance Documents | $5,824.00 |
| Cell phone charges | $28.55 |
| Outside Printing & Photocopy | $591.00 |
| Real Estate document production, e.g., oversized copies, binding, etc. | $638.05 |
| Taxi/Ground Transportation | $113.35 |
| CSC/LexisNexis Document Solutions | $1,208.00 |
| Court Reporting Services | $60.00 |
| Conference Calls | $11.50 |
| Photocopy Charges (5,416 pages @ $0.10/page) | $541.60 |
| Photocopy Charges-Color (5 pages @ $1.25/page) | $6.25 |
| Facsimile (14 pages @ $1.00/page) | $14.00 |
| Courier Service/Overnight Delivery | $429.13 |
| Long Distance/Telephone Charges | $67.83 |
| Postage/Express Mail | $0.90 |
| **TOTAL** | **$9,534.16** |