**TRIBUNE COMPANY, et al (Case 08-13141)**　　　　　　　　　　　　　　**Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2012 through December 31, 2012**

| | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2011 Forms 5500 and Related Filings | 66.00 | $17,000.00 |
| 2011 Employee Stock Ownership Plan | 48.00 | $10,000.00 |
| 2012 Consolidated Audit | 1,196.90 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **1,310.90** | **$207,000.00** |
| | | |
| **Hourly Services** | | |
| Fresh Start | 88.30 | $35,642.50 |
| **Subtotal - Hourly Services** | **88.30** | **$35,642.50** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 8.30 | $3,320.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **8.30** | **$3,320.00** |
| | | |
| **Total Hours and Compensation** | **1,407.50** | **$245,962.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                   **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period December 1, 2012 through December 31, 2012**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2011 Forms 5500 and Related Filings | 66.00 | $17,000.00 |
| 2011 Employee Stock Ownership Plan | 48.00 | $10,000.00 |
| 2012 Consolidated Audit | 1,196.90 | $180,000.00 |
| **Subtotal - Fixed Fee Services** | **1,310.90** | **$207,000.00** |
| **Total Hours and Compensation** | **1,310.90** | **$207,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                              **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Forms 5500 and Related Filings**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2012 through December 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Christopher J King | Senior Managing Director | 3.00 |
| Benjamin Joseph | Manager | 19.00 |
| Diane Mathews | Administrative | 42.00 |
| Geraldine A Kosiba | Administrative | 2.00 |
| **Total Hours Incurred during Compensation Period** | | **66.00** |

| | | | |
|---|---|---|---|
| **Requested Payment - 2011 Forms 5500 and Related Filings** | | **66.00** | **$17,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Employee Stock Ownership Plan**
**Summary of Professionals, Hours and Payments For the Period**
**December 1, 2012 through December 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Robert T Farr | Partner | 4.00 |
| Heather L Vasilenko | Senior Manager | 12.00 |
| Nicholas R. Czuchta | Senior Associate | 20.00 |
| Robert Tyler Recht | Associate | 12.00 |
| **Total Hours Incurred during Compensation Period** | | **48.00** |

| | | | |
|---|---|---:|---:|
| **Requested Payment - 2011 Employee Stock Ownership Plan** | | **48.00** | **$10,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                     **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2012 through December 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Grant E Hellwarth | Partner | 1.00 |
| Shara L Slattery | Partner | 17.00 |
| William T England | Partner | 14.00 |
| Betsy J Smith | Director | 3.60 |
| Joseph Borgese | Director | 1.00 |
| Thomas L Koops | Director | 20.00 |
| Justin A Spahn | Senior Manager | 49.00 |
| Jennifer Couser | Manager | 0.50 |
| Kristin Laura Bartolucci | Manager | 4.50 |
| Sheri L York | Manager | 28.00 |
| Bhavin Patel | Senior Associate | 113.80 |
| Eduardo Croce | Senior Associate | 4.50 |
| John Robert Craven | Senior Associate | 114.50 |
| Lydia Kuebler | Senior Associate | 61.50 |
| Mary J. Witt | Senior Associate | 1.00 |
| Arjun Rakesh Tripathi | Associate | 126.50 |
| Changhoon Sung | Associate | 4.00 |
| Cynthia Burna | Associate | 1.00 |
| Esteban Panetta | Associate | 5.00 |
| Jeremy Nuzzo | Associate | 89.50 |
| Julian Matias Moreno | Associate | 2.00 |
| Justin Beighley | Associate | 95.50 |
| Kelsey Megan Karmell | Associate | 24.50 |
| Macarena Rojas | Associate | 3.50 |
| Maria Mosi | Associate | 4.00 |
| Mathias Kurcgor | Associate | 10.00 |
| Matthew William Lynch | Associate | 126.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period December 1, 2012 through December 31, 2012**

| Professional | Professional's Position | Hours |
|---|---|---|
| Michael Brennan Buoniconti | Associate | 25.00 |
| Michael Robert Schnell | Associate | 2.00 |
| Nick Serbanic | Associate | 1.00 |
| Romina Sandrino | Associate | 1.00 |
| Stephanie Juristo | Associate | 1.00 |
| Thomas Bradley Stutesman | Associate | 118.00 |
| Young Lim | Associate | 123.00 |
| Michael Lawrence Komro | Paraprofessional | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **1,196.90** |
| Total Hours Incurred prior to December 1, 2012 | | 4,060.30 |
| **Total Hours Incurred through December 31, 2012** | | **5,257.20** |

| | | |
|---|---|---|
| **Total Fees - Payments Previously Requested for 2012 Consolidated Audit** | | **$1,080,000.00** |
| **Remaining Payments for 2012 Consolidated Audit** | | **$615,000.00** |
| **Total Fixed Fee for 2012 Consolidated Audit** | | **$1,695,000.00** |
| **Requested Payment - 2012 Consolidated Audit** | **1,196.90** | **$180,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-3**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2011 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - December 1, 2012 through December 31, 2012**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 99.00 |
| 2000 - Entity Level Controls | 16.50 |
| 3000 - Revenue and Receivables | 111.50 |
| 3055 - Broadcast Rights Process | 12.50 |
| 3200 - Treasury and Cash Management Process | 29.50 |
| 3250 - Investments Process | 7.50 |
| 3400 - Property, Plant & Equipment Process | 16.00 |
| 3650 - Benefits Process | 8.00 |
| 3700 - Income Tax Process | 13.60 |
| 3900 - Period-end Financial Reporting Process | 12.80 |
| 9200 - Q1 Interim Review Procedures | 14.00 |
| 9201 - Q2 Interim Review Procedures | 21.00 |
| 9202 - Q3 Interim Review Procedures | 51.00 |
| 2900 - Information Technology General Controls | 407.20 |
| CTC Fieldwork | 9.60 |
| KTLA Fieldwork | 1.00 |
| LA Times Fieldwork | 63.50 |
| WGN-Cable Fieldwork | 92.50 |
| WGN-TV Fieldwork | 81.70 |
| WPIX Fieldwork | 2.50 |
| Liabilities Subject to Compromise | 3.00 |
| TBC Fieldwork | 8.50 |
| Tribune Digital Fieldwork | 12.00 |
| Review Business Unit Fieldwork | 10.00 |
| Corp Fieldwork | 88.50 |
| OSC Fieldwork | 1.50 |
| SSC Fieldwork | 2.50 |
| **Total Hours Incurred for the 2012 Consolidated Audit** | **1,196.90** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                  **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period December 1, 2012 through December 31, 2012**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Fresh Start** | | | | |
| Archie D Fagot | Partner | $700 | 1.00 | $700.00 |
| Robert C Whitley | Partner | $700 | 2.00 | $1,400.00 |
| Shara L Slattery | Partner | $700 | 7.50 | $5,250.00 |
| Betsy J Smith | Director | $475 | 1.80 | $855.00 |
| Daniel Goerlich | Director | $475 | 24.50 | $11,637.50 |
| Justin A Spahn | Senior Manager | $475 | 2.00 | $950.00 |
| Jeff T Crawford | Senior Associate | $300 | 49.50 | $14,850.00 |
| **Subtotal - Fresh Start** | | | **88.30** | **$35,642.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 8.30 | $3,320.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **8.30** | **$3,320.00** |
| **Total Hours and Compensation** | | | **96.60** | **$38,962.50** |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2012 through December 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Fresh Start** | | | | | | |
| 12/3/2012 | Daniel Goerlich | Director | 1212H0001: Research and benchmarking around valuation updates on emergence issues. | $475.00 | 3.00 | $1,425.00 |
| 12/3/2012 | Jeff T Crawford | Senior Associate | 1212H0002: Review valuation report to understand methodologies and reasonableness of assumption/processes in the report. | $300.00 | 4.00 | $1,200.00 |
| 12/3/2012 | Jeff T Crawford | Senior Associate | 1212H0003: Continue to review valuation report to understand methodologies and reasonableness of assumption/processes in the report. | $300.00 | 3.00 | $900.00 |
| 12/4/2012 | Betsy J Smith | Director | 1212H0004: Research on technical tax issue in emergence. | $475.00 | 0.30 | $142.50 |
| 12/4/2012 | Daniel Goerlich | Director | 1212H0005: Research surrounding lease accounting, equity method investments and 805 valuation. | $475.00 | 5.00 | $2,375.00 |
| 12/4/2012 | Shara L Slattery | Partner | 1212H0006: Issues log meeting with D. Goerlich, J. Spahn, J. Crawford (PwC), N. Chakiris, and J. Doyle (Tribune). | $700.00 | 2.00 | $1,400.00 |
| 12/4/2012 | Justin A Spahn | Senior Manager | 1212H0007: Issues log meeting with D. Goerlich, S. Slattery, J. Crawford (PwC), N. Chakiris, and J. Doyle (Tribune). | $475.00 | 2.00 | $950.00 |
| 12/4/2012 | Jeff T Crawford | Senior Associate | 1212H0008: Issues log meeting with D. Goerlich, S. Slattery, S. Slattery (PwC), N. Chakiris, and J. Doyle (Tribune). | $300.00 | 2.00 | $600.00 |
| 12/4/2012 | Jeff T Crawford | Senior Associate | 1212H0009: Update issues log after issues log meeting with Tribune management. | $300.00 | 1.00 | $300.00 |
| 12/4/2012 | Jeff T Crawford | Senior Associate | 1212H0010: Research allocation of corporate expenses and goodwill to various reporting units in fresh start. | $300.00 | 1.50 | $450.00 |
| 12/4/2012 | Robert C Whitley | Partner | 1212H0011: Review draft accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 12/5/2012 | Daniel Goerlich | Director | 1212H0012: Research fresh start treatment for debt issuance costs and update the issues log. | $475.00 | 4.00 | $1,900.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2012 through December 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 12/5/2012 | Jeff T Crawford | Senior Associate | 1212H0013: Update issues log based on feedback and input from Tribune management. | $300.00 | 1.00 | $300.00 |
| 12/5/2012 | Jeff T Crawford | Senior Associate | 1212H0014: Research accounting/measurement for FAS 5 liabilities under fresh start and review of Tribune's FAS 5 liabilities. | $300.00 | 4.00 | $1,200.00 |
| 12/5/2012 | Robert C Whitley | Partner | 1212H0015: Review draft accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 12/5/2012 | Shara L Slattery | Partner | 1212H0016: Review draft accounting whitepapers. | $700.00 | 1.50 | $1,050.00 |
| 12/6/2012 | Jeff T Crawford | Senior Associate | 1212H0017: Update accounting whitepaper on FAS 5 liability accounting in fresh start. | $300.00 | 0.50 | $150.00 |
| 12/6/2012 | Shara L Slattery | Partner | 1212H0018: Review draft accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 12/7/2012 | Betsy J Smith | Director | 1212H0019: Review accounting whitepaper on S-Corp to C-Corp conversion. | $475.00 | 0.50 | $237.50 |
| 12/7/2012 | Jeff T Crawford | Senior Associate | 1212H0020: Research valuation questions related to recognition of favorable contracts and other intangible assets. | $300.00 | 1.00 | $300.00 |
| 12/7/2012 | Shara L Slattery | Partner | 1212H0021: Review draft accounting whitepapers. | $700.00 | 1.00 | $700.00 |
| 12/10/2012 | Jeff T Crawford | Senior Associate | 1212H0022: Review of FAS 5 contingencies and allocation into buckets of settled/in process. | $300.00 | 4.00 | $1,200.00 |
| 12/11/2012 | Betsy J Smith | Director | 1212H0023: Call with A. Fagot (PwC) to discuss technical tax issues associated with Tribune's emergence. | $475.00 | 0.50 | $237.50 |
| 12/11/2012 | Archie D Fagot | Partner | 1212H0024: Call with B. Smith (PwC) to discuss technical tax issues associated with Tribune's emergence. | $700.00 | 0.50 | $350.00 |
| 12/11/2012 | Archie D Fagot | Partner | 1212H0025: Review accounting whitepaper on S-Corp to C-Corp conversion. | $700.00 | 0.50 | $350.00 |
| 12/11/2012 | Jeff T Crawford | Senior Associate | 1212H0026: Update accounting whitepaper on FAS 5 liability accounting in fresh start. | $300.00 | 1.00 | $300.00 |
| 12/12/2012 | Jeff T Crawford | Senior Associate | 1212H0027: Document whitepaper on accounting for the basis differences in Tribune's equity method investments. | $300.00 | 2.50 | $750.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2012 through December 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/12/2012 | Jeff T Crawford | Senior Associate | 1212H0028: Continue to document whitepaper on accounting for the basis differences in Tribune's equity method investments. | $300.00 | 4.50 | $1,350.00 |
| 12/12/2012 | Jeff T Crawford | Senior Associate | 1212H0029: Update issues log. | $300.00 | 1.00 | $300.00 |
| 12/13/2012 | Daniel Goerlich | Director | 1212H0030: Research on technical accounting for equity method investments in fresh start. | $475.00 | 2.00 | $950.00 |
| 12/13/2012 | Jeff T Crawford | Senior Associate | 1212H0031: Document whitepaper on accounting for the various lease-related balances on the company's balance sheet. | $300.00 | 1.50 | $450.00 |
| 12/14/2012 | Daniel Goerlich | Director | 1212H0032: Research intangible assets determination under ASC 952. | $475.00 | 3.00 | $1,425.00 |
| 12/14/2012 | Daniel Goerlich | Director | 1212H0033: Research consideration of conditions precedent in the plan of reorganization. | $475.00 | 1.00 | $475.00 |
| 12/17/2012 | Jeff T Crawford | Senior Associate | 1212H0034: Document whitepaper on accounting for the various lease-related balances on the company's balance sheet. | $300.00 | 4.50 | $1,350.00 |
| 12/17/2012 | Jeff T Crawford | Senior Associate | 1212H0035: Research valuation questions related to recognition of favorable contracts and other intangible assets. | $300.00 | 4.00 | $1,200.00 |
| 12/18/2012 | Daniel Goerlich | Director | 1212H0036: Research accounting for broadcast rights and benchmarking under emergence. | $475.00 | 2.50 | $1,187.50 |
| 12/18/2012 | Daniel Goerlich | Director | 1212H0037: Research intangible assets valuation principles and concepts. | $475.00 | 2.00 | $950.00 |
| 12/18/2012 | Daniel Goerlich | Director | 1212H0038: Research considerations of conditions precedent in the plan of reorganization. | $475.00 | 2.00 | $950.00 |
| 12/18/2012 | Jeff T Crawford | Senior Associate | 1212H0039: Document accounting whitepaper on accounting for leases in fresh start. | $300.00 | 4.00 | $1,200.00 |
| 12/18/2012 | Jeff T Crawford | Senior Associate | 1212H0040: Review Tribune's proposed accounting and valuation model for broadcast rights under fresh start. | $300.00 | 2.50 | $750.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period December 1, 2012 through December 31, 2012

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 12/18/2012 | Jeff T Crawford | Senior Associate | 1212H0041: Update issues log in advance of meeting with Tribune. | $300.00 | 1.50 | $450.00 |
| 12/19/2012 | Shara L Slattery | Partner | 1212H0042: Review draft accounting whitepapers. | $700.00 | 2.00 | $1,400.00 |
| 12/20/2012 | Jeff T Crawford | Senior Associate | 1212H0043: Respond to valuation questions posed by Tribune management related to broadcast rights. | $300.00 | 0.50 | $150.00 |
| 12/21/2012 | Betsy J Smith | Director | 1212H0044: Document list and consideration of technical tax issues in emergence. | $475.00 | 0.50 | $237.50 |
| **Subtotal - Hours and Compensation for Fresh Start** | | | | | **88.30** | **$35,642.50** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 12/6/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1212H0045: Review the November 2012 time details for compliance with Bankruptcy Guidelines. | $400.00 | 3.40 | $1,360.00 |
| 12/13/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1212H0046: Prepare the November 2012 Monthly Fee Application. | $400.00 | 3.60 | $1,440.00 |
| 12/19/2012 | Shonda M Finseth | Manager (Bankruptcy) | 1212H0047: Prepare the November 2012 Monthly Fee Application. | $400.00 | 1.30 | $520.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **8.30** | **$3,320.00** |
| **Total Hours and Compensation** | | | | | **96.60** | **$38,962.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period December 1, 2012 through December 31, 2012**

| Transaction Type | Total Expenditures |
|---|---|
| **Fresh Start** | |
| Airfare | $999.72 |
| Lodging | $1,045.31 |
| Meals | $126.70 |
| Parking | $140.00 |
| Public/ground transportation | $95.04 |
| **Subtotal - Fresh Start** | **$2,406.77** |
| **Total Expenditures** | **$2,406.77** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Wednesday, February 27, 2013

**TRIBUNE COMPANY., et al (Case 08-13141)**    **Exhibit D-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period December 1, 2012 through December 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| **Fresh Start** | | | | |
| 11/26/2012 | Daniel Goerlich | Airfare | 1212E0001: DELTA AIR LINES INC. MIAMI LAKES FL - INCREMENTAL TICKET COST DUE TO CHANGE IN FLIGHT - ROUNDTRIP AIRFARE DETROIT, MI (DTW) TO CHICAGO, IL (MDW) FROM 11/26/12 TO 11/28/12. | $151.86 |
| 12/3/2012 | Daniel Goerlich | Airfare | 1212E0002: DELTA AIR LINES INC. MIAMI LAKES FL - ROUNDTRIP AIRFARE DETROIT, MI (DTW) TO CHICAGO, IL (MDW) FROM 12/3/12 TO 12/5/12. | $265.26 |
| 12/4/2012 | Jeff T Crawford | Public/ground transportation | 1212E0003: TAXICAB - TAXI FROM PWC OFFICE TO TRIBUNE FOR MEETING. | $7.35 |
| 12/4/2012 | Daniel Goerlich | Meals | 1212E0004: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST - SELF. | $6.42 |
| 12/5/2012 | Daniel Goerlich | Meals | 1212E0005: CORNER BAKERY CHICAGO IL - BREAKFAST - SELF. | $7.73 |
| 12/5/2012 | Daniel Goerlich | Meals | 1212E0006: HARRY CARAYS 7TH INN CHICAGO IL - DINNER - SELF. | $42.61 |
| 12/5/2012 | Daniel Goerlich | Parking | 1212E0007: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW 12/3/12 TO 12/5/12. | $60.00 |
| 12/6/2012 | Daniel Goerlich | Lodging | 1212E0008: W CHICAGO LAKESHORE CHICAGO IL - HOTEL IN CHICAGO, IL FROM 12/3/12 TO 12/5/12 (2 NIGHTS). | $537.75 |
| 12/12/2012 | Daniel Goerlich | Meals | 1212E0009: STARBUCKS FOUN332260 DETROIT MI - BREAKFAST - SELF. | $8.83 |
| 12/12/2012 | Daniel Goerlich | Airfare | 1212E0010: DELTA AIR LINES INC. MIAMI LAKES FL - ROUNDTRIP AIRFARE DETROIT, MI (DTW) TO CHICAGO, IL (MDW) FROM 12/12/12 TO 12/13/12. | $582.60 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period December 1, 2012 through December 31, 2012**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 12/13/2012 | Daniel Goerlich | Meals | 1212E0011: HARRY CARAYS 7TH INN CHICAGO IL - BREAKFAST - SELF. | $10.00 |
| 12/13/2012 | Daniel Goerlich | Meals | 1212E0012: MARAT DZHANTALIEV MA CHICAGO IL - DINNER - SELF. | $35.02 |
| 12/13/2012 | Daniel Goerlich | Parking | 1212E0013: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW 12/12/12 TO 12/13/12. | $40.00 |
| 12/14/2012 | Daniel Goerlich | Lodging | 1212E0014: W CHICAGO LAKESHORE CHICAGO IL - HOTEL IN CHICAGO, IL FROM 12/12/12 TO 12/13/12 (1 NIGHT). | $266.64 |
| 12/18/2012 | Daniel Goerlich | Meals | 1212E0015: DNC TRAVEL - DETROIT DETROIT MI - BREAKFAST - SELF. | $10.00 |
| 12/18/2012 | Daniel Goerlich | Public/ground transportation | 1212E0016: TAXICAB TRANSPORTATI CHICAGO IL - TAXI FROM MDW AIRPORT TO TRIBUNE. | $33.41 |
| 12/19/2012 | Daniel Goerlich | Meals | 1212E0017: INTERCONTINENTAL CHI CHICAGO IL - BREAKFAST - SELF. | $6.09 |
| 12/19/2012 | Daniel Goerlich | Parking | 1212E0018: METRO AIRPORT PARKIN DETROIT MI - PARKING AT DTW FOR 2 DAYS. | $40.00 |
| 12/19/2012 | Daniel Goerlich | Public/ground transportation | 1212E0019: TAXICAB TRANSPORTATI CHICAGO IL - TAXI FROM TRIBUNE TO MDW AIRPORT. | $32.45 |
| 12/20/2012 | Daniel Goerlich | Lodging | 1212E0020: W CHICAGO LAKESHORE CHICAGO IL - HOTEL IN CHICAGO, IL FROM 12/18/12 TO 12/19/12 (1 NIGHT). | $240.92 |
| 12/20/2012 | Jeff T Crawford | Public/ground transportation | 1212E0021: TAXICAB TRANSPORTATI CHICAGO IL - TAXI FROM PWC OFFICE TO TRIBUNE FOR MEETING. | $10.18 |
| 12/21/2012 | Jeff T Crawford | Public/ground transportation | 1212E0022: CHICAGO TAXI 2 CITY LONG ISLAND CITY NY - TAXI FROM PWC OFFICE TO TRIBUNE FOR MEETING. | $11.65 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
For the Period December 1, 2012 through December 31, 2012

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|---------------------|
| Subtotal - Fresh Start | | | | $2,406.77 |
| **Total Expenditures** | | | | **$2,406.77** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Wednesday, February 27, 2013
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement
period.