# EXHIBIT A

**Tribune Co.**   MOELIS & COMPANY

Time Log

Moelis & Company
Summary of Hours Worked
December 1, 2012 - December 31, 2012

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 0.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 0.0 |
| Zul Jamal | Managing Director, Restructuring Group | 2.0 |
| Jason Warsavsky | Associate | 2.0 |
| Aashish Shah | Analyst | 6.0 |
| | **Total Moelis Team Hours** | **10.0** |

**Tribune Co.** — MOELIS & COMPANY

Time Log - December 2012

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | -- |
| Navid Mahmoodzadegan | Managing Director | -- |
| Zul Jamal | Managing Director | 2.0 |
| Jason Warsavsky | Associate | 2.0 |
| Aashish Shah | Analyst | 6.0 |
| **Total** | | **10.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Jason Warsavsky | 12/4/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 12/4/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 12/5/2012 | 1.0 | Reviewing Distribution Calculations |
| Jason Warsavsky | 12/11/2012 | 1.0 | Weekly Media & Debt Pricing Updates |
| Aashish Shah | 12/11/2012 | 3.0 | Weekly Media & Debt Pricing Updates |
| Zul Jamal | 12/20/2012 | 1.0 | Reviewing Distribution Calculations |
| | **Total** | **10.0** | |