# EXHIBIT B

# Tribune Co.

Moelis & Company - December 2012 Expense Summary

|  | December 2012 |
|---|---|
| Airfare | $ - |
| Lodging | - |
| Travel / Overtime / Weekend meals | - |
| Taxi / Transportation / Parking | - |
| Telephone | - |
| Presentations | - |
| Other | 12,032.48 |
| **Total** | $ 12,032.48 |

| Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|
| 12/12/2012 | LEGAL | Paul, Weiss, Rifkin, Wharton & Garrison LLP | Jamal | $6,002.17 | $6,002.17 |
| 12/12/2012 | LEGAL | Paul, Weiss, Rifkin, Wharton & Garrison LLP | Jamal | 5,358.31 | 5,358.31 |
| 12/12/2012 | LEGAL | Paul, Weiss, Rifkin, Wharton & Garrison LLP | Jamal | 672.00 | 672.00 |
| | | | Total Requested | | $12,032.48 |
| | | | Month Total | | $12,032.48 |

certain costs:
York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New

per night cap
$15, $25 and $50 cap, respectively
cab charge based on estimated distance traveled and location