IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | **Objection Date: March 21, 2013 at 4:00 P.M.**<br>**Hearing Date:** *To Be Determined* |

**SIXTH MONTHLY AND FINAL FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE MONTHLY PERIOD JUNE 1, 2012 THROUGH THE DECEMBER 31, 2012 AND THE FINAL PERIOD FROM DECEMBER 6, 2010 THROUGH DECEMBER 31, 2012**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in Possession |
| Date of retention: | February 4, 2011, *nunc pro tunc* to December 6, 2010 |
| Period for which compensation and reimbursement is sought: | June 1, 2012 through the December 31, 2012 (the "Sixth Monthly Period") |
| Period for which final approval is sought: | December 6, 2010 through the December 31, 2012 (the "Final Period") |
| Amount of Monthly compensation sought as actual, reasonable and necessary: | $1,551.00 |
| Amount of Monthly expense reimbursement sought as actual, reasonable and necessary: | $118.10 |
| Amount of compensation for which final approval is sought: | $12,345.00 |
| Amount of expenses for which final approval is sought: | $1,253.32 |

This is an:      X     monthly             interim      X      final application.

{D0257397.1 }

**Previously Filed Interim Applications**

|  |  | Requested |  | Approved |  |  |
|---|---|---|---|---|---|---|
| Date Filed D.I. | Period Covered | Fees | Expenses | Fees | Expenses | Date Approved D.I. |
| 7/15/2011 D.I. 9477 | 12/6/2010 – 2/29/2011 | $5,982.50 | $784.67 | $5,982.50 | $784.67 | 7/11/12 D.I. 11989 |
| 7/15/2011 D.I. 9479 | 3/1/2011 – 5/31/2011 | $1,212.50 | $7.48 | $1,212.50 | $7.48 | 7/11/12 D.I. 11990 |
| 10/13/2011 D.I. 9975 | 6/1/2011 – 8/31/2011 | $1,312.50 | $188.27 | $1,312.50 | $188.27 | 10/2/12 D.I. 12500 |
| 1/12/2012 D.I. 10592 | 9/1/11 - 11/30/11 | $875.00 | $68.60 | $875.00 | $68.60 | 11/6/12 D.I. 12691 |
| 7/16/2012 D.I. 12039 | 12/1/11 – 5/31/12 | $1,411.50 | $86.20 | $1,411.50 | $86.20 | 2/11/2013 D.I. 13181 |

**MONTHLY SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD
JUNE 1, 2012 THROUGH DECEMBER 31, 2012**

| Name, Position | Years in Position | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|---|
| Mark T. Hurford Junior Member | 15 | 3.3 | $390.00 | $1,287.00 |
| Santae Boyd Paralegal | 9 | 0 | $110.00 | $0.00 |
| Katherine Hemming Paralegal | 7 | 0 | $125.00 | $0.00 |
| Matthew Brushwood Paralegal | 2 | 0 | $125.00 | $0.00 |
| Timothy Simpson Paralegal | 1 | 2.4 | $110.00 | $264.00 |
| **TOTAL** |  | **5.7** |  | **$1,551.00** |
| **BLENDED RATE** |  |  |  | **$272.11** |

### CUMULATIVE SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR THE FINAL PERIOD

| Name, Position | Years in Position | Hourly Rate[1] | Hours Billed | Amount of Fees |
|---|---|---|---|---|
| Mark T. Hurford Junior Member | 15 | $360.00 | 8.1 | $2,916.00 |
| | | $375.00 | 11.9 | $4,462.50 |
| | | $390.00 | 5.2 | $2,028.00 |
| Santa Boyd Paralegal | 9 | $110.00 | 0.3 | $33.00 |
| Katherine Hemming Paralegal | 7 | $110.00 | 6.4 | $704.00 |
| | | $125.00 | 0.4 | $50.00 |
| Matthew Brushwood Paralegal | 2 | $125.00 | 15.1 | $1,887.50 |
| Timothy Simpson Paralegal | 1 | $110.00 | 2.4 | $264.00 |
| **TOTAL** | | | **49.8** | **$12,345.00** |
| **BLENDED RATE** | | | | **$247.89** |

### MONTHLY COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 6/1/12 through 12/31/12 | Total Fees for the Period 6/1/12 through 12/31/12 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Fee/Employment Applications | 3.7 | $771.00 |
| Fee/Employment Objections | 0.3 | $117.00 |
| Financing | 0 | $0.00 |
| Litigation | 1.0 | $390.00 |
| Plan and Disclosure Statement | 0.7 | $273.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| Committee | 0 | $0.00 |
| **Grand totals** | **5.7** | **$1,551.00** |

---

[1] All hourly rates are adjusted by Campbell & Levine, LLC on an annual basis.

{D0257397.1 }    3

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Final Period | Total Fees for the Final Period |
| --- | ---: | ---: |
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0.3 | $33.00 |
| Claims Analysis Objection & Resolution | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Fee/Employment Applications | 26.1 | $5,459.50 |
| Fee/Employment Objections | 0.3 | $117.00 |
| Financing | 0 | $0.00 |
| Litigation | 21.9 | $6,275.00 |
| Plan and Disclosure Statement | 1.2 | $460.50 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| Committee | 0 | $0.00 |
| **Grand totals** | **49.8** | **$12,345.00** |

## MONTHLY EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses for the Monthly Period |
| --- | --- | ---: |
| In-House Reproduction ($.10 per page) | | $15.10 |
| Outside Reproduction & Courier Service | Parcels | $76.80 |
| Courier Service | Tri State | $0.00 |
| Postage | | $0.00 |
| PACER | | $26.20 |
| Filing Fee | USDC | $0.00 |
| **Total:** | | **$118.10** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses for the Final Period |
|---|---|---|
| In-House Reproduction ($.10 per page) | | $90.30 |
| Outside Reproduction & Courier Service | Parcels | $320.15 |
| Courier Service | Tri State | $6.50 |
| Postage | | $12.97 |
| PACER | | $73.40 |
| Filing Fee | USDC | $750.00 |
| **Total:** | | **$1,253.32** |

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*,[2] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Objection Date: March 21, 2013 at 4:00 P.M.**<br>**Hearing Date:** *To Be Determined* |

**SIXTH MONTHLY AND FINAL FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE MONTHLY PERIOD JUNE 1, 2012 THROUGH DECEMBER 31, 2012 AND THE FINAL PERIOD FROM DECEMBER 6, 2010 THROUGH DECEMBER 31, 2012**

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy

Procedure, the law firm of Campbell & Levine, LLC ("Campbell & Levine") hereby submits this

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Sixth Monthly and Final Fee Application ("Sixth Monthly and Final Application") for compensation for professional legal services rendered as special litigation counsel to the debtors and debtors in possession (the "Debtors") in an amount of (1) $1,551.00 as compensation and $118.10 for reimbursement of actual and necessary expenses for a total of $1,669.10 for the Sixth Monthly Period; and (2) $12,345.00 as compensation and $1,253.32 for reimbursement of expenses for a total of $13,598.32 for the Final Period. In support of this Sixth Monthly and Final Application, Campbell & Levine respectfully represents as follows:

## I. JURISDICTION

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1334.

## II. BACKGROUND

2. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries each filed a voluntary petition for relief under Chapter 11 of the United States Code (the "Bankruptcy Code"). An additional Debtor, Tribune CNLBC3, LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 111 entities. The Debtors' Chapter 11 cases have been consolidated for procedural purposes only by applicable orders of the Bankruptcy Court.

3. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(l).

4. On January 15, 2009, this Court entered an Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order").

---

[3] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

5. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

6. On January 6, 2011, the Debtors filed and served its Application to Retain and Employ Campbell & Levine, LLC as Special Litigation Counsel to the Debtors and Debtors in Possession (the "Retention Application"). Through the Retention Application, the Debtors sought authorization to employ Campbell & Levine, effective as of December 6, 2010. On February 4, 2011, the Court entered the Order Approving and Authorizing the Retention and Employment of Campbell & Levine, LLC as Special Litigation Counsel to the Debtors and Debtors in Possession *nunc pro tunc* to December 6, 2010.

### III. RELIEF REQUESTED

1. Through this Sixth Monthly Application, Campbell & Levine seek allowance and payment of $1,551.00 in fees for services rendered during the Period and reimbursement of $118.10 for reasonable and necessary expenses incurred during the Period. Campbell & Levine also seeks final approval of $12,345.00 in fees for services rendered during the Final Period and $1,253.32 for reasonable and necessary expenses incurred during the Final Period.

2. Campbell & Levine has received no payment and no promises for payment from any source for services rendered during the Monthly or Final Period in connection with the case. There exists no agreement or understanding between Campbell & Levine and any other person for the sharing of any compensation to be received for services rendered by Campbell & Levine in the case.

3. All services for which compensation is requested by Campbell & Levine pursuant to this Application were performed for or on behalf of the Debtors in this case.

4. This is Campbell & Levine's Sixth Monthly and Final Application.

### IV.    SUMMARY OF SERVICES RENDERED

5.    Campbell & Levine has maintained detailed records of the time spent in the rendition of professional services for the Debtors during the Sixth Monthly and Final Periods. Attached hereto as Exhibit A and incorporated herein by reference are true and correct copies of the monthly billing statements prepared for the services rendered in this case by Campbell & Levine (the "Billing Statements") during the Sixth Monthly Period. Billing Statements for prior periods were attached to their corresponding Monthly fee applications and are incorporated herein by reference. The Billing Statements are in the same form regularly used by Campbell & Levine to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative descriptions of the services, the amount of time spent for each service, and the designation of the professional who performed the service.

6.    As set forth in the attached exhibit, Campbell & Levine rendered 5.7 hours of professional services during the Sixth Monthly Period, resulting in legal fees totaling $1,551.00 and associated reasonable and necessary expenses totaling $118.10.

7.    Set forth below are the rates for the expenses incurred by Campbell & Levine for which reimbursement is requested pursuant to this Application, as well as the basis for such rates for the identified expense items:

a) Copy charges: Campbell & Levine charges $.10 cents per page for copies and such charge is based on an analysis of the cost to Campbell & Levine to make a copy;

b) Computer research charges: Campbell & Levine passes through on an exact cost basis all computer-assisted research charges; and

c) Out-going facsimile charges: Campbell & Levine charges $.50 for each page. These charges are based on an analysis of the cost to Campbell & Levine to send facsimile transmissions.

Campbell & Levine do not pass through to its client's expenses or charges related to incoming facsimile transmissions.

8. The professionals at Campbell & Levine have substantial experience in bankruptcy, including bankruptcies involving mass tort liability, insolvency, corporate reorganization and debtor/creditor law and commercial law and have participated in numerous proceedings before this Court, as well as several other bankruptcy courts.

9. The Debtors have requested that Campbell & Levine advise and assist as special Delaware litigation counsel in connection with the filing, prosecution, and/or settlement of three (3) avoidance actions already filed by the Debtors in this Court (the "Avoidance Actions"). The Debtors filed or preserved by tolling agreements numerous avoidance actions on or before the December 8, 2010 deadline for commencing such actions. Out of the approximately 94 complaints actually filed by the Debtors in this Court, Campbell & Levine filed three (3) complaints against third parties for which the Debtors' existing counsel could not represent the Debtors out of an abundance of caution due to potential conflicts of interest. Campbell & Levine assisted the Debtors with the preparation and filing of the three Avoidance Actions, which consist of complaints filed against Epsilon Data Management LLC, Nixon Peabody LLP, and Navigant Consulting Inc.

10. The generality of the foregoing descriptions are amplified on a day-to-day basis by the Billing Statements attached hereto.

11. Thus, through this Sixth Monthly Application, Campbell & Levine seeks Monthly allowance and payment of $1,551.00 in fees and $118.10 in expenses.

## V. ALLOWANCE OF COMPENSATION

12. Campbell & Levine has endeavored to represent the Debtors in the most expeditious and economical manner possible.

WHEREFORE, by this Sixth Monthly and Final Application, Campbell & Levine requests that the Court approve 100% of the fees and expenses incurred by Campbell & Levine during the Final period of April 3, 2009 through the Date of Dismissal. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Monthly periods, which have already been filed with the Court and the attached exhibits representing the Monthly Period.

WHEREFORE, for all the foregoing reasons, Campbell & Levine respectfully requests that the Court enter an order granting: (1) $1,551.00 as compensation and $118.10 for reimbursement of actual and necessary expenses for a total of $1,669.10 for the Sixth Monthly Period; and (2) $12,345.00 as compensation and $1,253.32 for reimbursement of expenses for a total of $13,598.32 for the Final Period of December 6, 2010 through December 31, 2012.

Dated: March 1, 2013                             CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900

*Special Litigation Counsel to the Debtors and Debtors in Possession*