IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Objection Date: March 21, 2013 at 4:00 P.M.**<br>**Hearing Date:** *To Be Determined* |

## NOTICE OF FEE APPLICATION

| | | |
|---|---|---|
| David Buchbinder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Stuart M. Brown, Esquire<br>R. Craig Martin, Esquire<br>DLA Piper LLP (US)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 | Brian Trust, Esquire<br>Amit K. Trechan, Esquire<br>Mayer Brown, LLP<br>1675 Broadway<br>New York, NY 10019 |
| Kenneth P. Kansa, Esquire<br>Jillian K. Ludwig, Esquire<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19899 | John F. Thiel, Esquire<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO 63044 |
| J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman, &<br>Leonard, P.A.<br>1000 N. West St., Suite 1200<br>Wilmington, DE 19801 | | |

  PLEASE TAKE NOTICE**,** that on March 1, 2013, Campbell and Levine, LLC filed the **Sixth Monthly and Final Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Monthly Period June 1, 2012 Through December 31, 2012 and the Final Period from December 6, 2010 Through December 31, 2012** (the "Application") with the Court. The

{D0257527.1 }

Application seeks approval of (1) $1,551.00 as compensation and $118.10 for reimbursement of actual and necessary expenses for a total of $1,669.10 for the Monthly Period; and (2) $12,345.00 as compensation and $1,253.32 for reimbursement of expenses for a total of $13,598.32 for the Final Period of December 6, 2010 through December 31, 2012.,

You are required to file a response, if any, to the Application on or before **March 21, 2013 at 4:00 p.m.** (Eastern Time).

At the same time, you must also serve a copy of the response upon Applicant so that it is received by **4:00 p.m. on March 21, 2013**:

>Mark T. Hurford
>**CAMPBELL & LEVINE, LLC**
>222 Delaware Avenue, Suite 1620
>Wilmington, DE 19801
>mhurford@camlev.com

A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 1, 2013

>CAMPBELL & LEVINE, LLC
>
>*/s/Mark T. Hurford*
>Mark T. Hurford (I.D. #3299)
>222 Delaware Avenue, Suite 1620
>Wilmington, DE  19801
>(302) 426-1900
>
>*Special Litigation Counsel to the Debtors and Debtors in Possession*

{D0257527.1 }