**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                  Page: 1
The Tribune Company                                            12/31/2012
                                                    ACCOUNT NO:  1800-00D
                                                    STATEMENT NO:       7




            Costs and Expenses




            PREVIOUS BALANCE                                        $86.20


07/02/2012  Printing - June 2012                                      0.70
07/16/2012  Parcels - copy/service - Interim Fee Application for
            Campbell & Levine, LLC                                   39.90
08/01/2012  Printing - July 2012                                     14.00
08/01/2012  Pacer charges for the month of August                    22.80
08/14/2012  Parcels - hand delivery -Monthly Fee Application
            (7/10/2012)                                              36.90
09/01/2012  Pacer charges for the month of August                     3.40
09/04/2012  Printing - August 2012                                    0.40
            TOTAL EXPENSES                                          118.10

            TOTAL CURRENT WORK                                      118.10


08/31/2012  Payment - Thank you. (May, 2012 - 100% Expenses)        -86.20


            BALANCE DUE                                            $118.10
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                    Page: 1
The Tribune Company                                              12/31/2012
                                                      ACCOUNT NO: 1800-04D
                                                      STATEMENT NO:      2


Case Administration



              PREVIOUS BALANCE                                        $33.00


08/31/2012    Payment - Thank you. (May, 2012 - 80% Fees)             -26.40

              BALANCE DUE                                              $6.60
                                                                      =====
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

```
                                                              Page: 1
The Tribune Company                                       12/31/2012
                                                  ACCOUNT NO: 1800-07D
                                                  STATEMENT NO:      7
```

Fee/Employment Applications

```
          PREVIOUS BALANCE                                         $1,728.50

                                                         HOURS
```

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/2012 | TS | Review e-mail from DS re: December 2011 through May 2012 bill (.1); Prepare C&L monthly fee application (.5) | 0.60 | 66.00 |
| 07/05/2012 | TS | Review proposed omnibus fee order | 0.10 | 11.00 |
| 07/09/2012 | TS | Review proposed omnibus fee orders | 0.10 | 11.00 |
| 07/10/2012 | TS | Finalize and e-file monthly fee application of C&L | 0.30 | 33.00 |
|  | MTH | Reviewing monthly fee application for filing and service; reviewing correspondence re same | 0.30 | 117.00 |
| 07/13/2012 | TS | Prepare C&L interim fee application | 0.40 | 44.00 |
| 07/16/2012 | TS | Finalize and e-file interim fee application of C&L | 0.30 | 33.00 |
|  | MTH | Reviewing interim fee application for December 1 through May 31, 2012 for filing and service; reviewing correspondence from TS to fee auditor re same | 0.40 | 156.00 |
| 07/30/2012 | TS | Review previous invoices re holdbacks owed | 0.30 | 33.00 |
| 08/01/2012 | TS | Review case docket for objections to C&L monthly fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| 08/17/2012 | MTH | Reviewing docket; reviewing CNO for Fifth Interim for filing and service | 0.20 | 78.00 |
|  | MTH | Reviewing CNO for 5th monthly fee application; reviewing docket re same | 0.10 | 39.00 |
| 09/24/2012 | MTH | Review correspondence from JKS re fee application reports | 0.10 | 39.00 |
| 12/17/2012 | MTH | Review correspondence from J. Theil re review of |  |  |

```
                                                                        Page: 2
    The Tribune Company                                              12/31/2012
                                                             ACCOUNT NO: 1800-07D
                                                             STATEMENT NO:      7
    Fee/Employment Applications
```

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | interim fee application and response to same | 0.10 | 39.00 |
| 12/26/2012 | MTH | Correspondence to and from PG re fee estimation for effective date | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 3.70 | 771.00 |

```
                              RECAPITULATION
       TIMEKEEPER                         HOURS  HOURLY RATE      TOTAL
       Mark T. Hurford                     1.30      $390.00    $507.00
       Timothy Simpson                     2.40       110.00     264.00


       TOTAL CURRENT WORK                                                 771.00


07/20/2012        Payment - Thank you. (February, 2011 - 20% Fees)       -285.00
08/03/2012        Payment - Thank you. (June, 2011 - 20% Fees)            -70.00
08/31/2012        Payment - Thank you. (May, 2012 - 80% Fees)            -790.80
10/12/2012        Payment - Thank you. (August, 2011 - 20% Fees)         -247.50
11/16/2012        Payment - Thank you. (September, 2011 - 20% Fees)      -137.50
                  TOTAL PAYMENTS                                       -1,530.80

                  BALANCE DUE                                            $968.70
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

```
                                                                    Page:  1
The Tribune Company                                              12/31/2012
                                                         ACCOUNT NO: 1800-08D
                                                         STATEMENT NO:     1
```

Fee/Employment Objections

```
                                                              HOURS
08/23/2012 MTH  Review correspondence from JT re review of fee
                application; response to same                  0.10      39.00

08/24/2012 MTH  Reviewing fee auditor's final report for C&L    0.10      39.00

09/19/2012 MTH  Review correspondence from J Theil re review of C&L
                Interim and response to same                    0.10      39.00
                FOR CURRENT SERVICES RENDERED                   0.30     117.00

                              RECAPITULATION
     TIMEKEEPER                     HOURS  HOURLY RATE        TOTAL
     Mark T. Hurford                 0.30     $390.00        $117.00


     TOTAL CURRENT WORK                                                 117.00


     BALANCE DUE                                                       $117.00
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                       Page: 1
The Tribune Company                                                 12/31/2012
                                                           ACCOUNT NO: 1800-10D
                                                           STATEMENT NO:      7



Litigation




               PREVIOUS BALANCE                                        $1,489.00

                                                               HOURS
07/11/2012 MTH Preparing for and attending hearing              1.00      390.00
               FOR CURRENT SERVICES RENDERED                    1.00      390.00

                              RECAPITULATION
       TIMEKEEPER                         HOURS HOURLY RATE         TOTAL
       Mark T. Hurford                     1.00      $390.00      $390.00


               TOTAL CURRENT WORK                                         390.00


07/20/2012     Payment - Thank you. (February, 2011 - 20% Fees)          -911.50
08/03/2012     Payment - Thank you. (March, 2011 - 20% Fees)             -142.50
08/03/2012     Payment - Thank you. (June, 2011 - 20% Fees)               -30.00
08/31/2012     Payment - Thank you. (May, 2012 - 80% Fees)               -312.00
10/12/2012     Payment - Thank you. (August, 2011 - 20% Fees)             -15.00
               TOTAL PAYMENTS                                          -1,411.00

               BALANCE DUE                                               $468.00
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

```
                                                                    Page: 1
The Tribune Company                                              12/31/2012
                                                     ACCOUNT NO: 1800-12D
                                                     STATEMENT NO:       3

Plan and Disclosure Statement


           PREVIOUS BALANCE                                        $37.50

                                                         HOURS
09/26/2012 MTH  Reviewing chart re information requested for
                effective date costs/fees projections; confirming
                information re same and proving projections   0.50   195.00

12/31/2012 MTH  Reviewing notice of effective date and
                correspondence to TS re same                  0.20    78.00
                FOR CURRENT SERVICES RENDERED                 0.70   273.00

                             RECAPITULATION
      TIMEKEEPER                       HOURS  HOURLY RATE      TOTAL
      Mark T. Hurford                   0.70    $390.00      $273.00


           TOTAL CURRENT WORK                                       273.00


11/16/2012     Payment - Thank you. (September, 2011 - 20% Fees)    -37.50


           BALANCE DUE                                             $273.00
```

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

```
                                                                      Page: 1
The Tribune Company                                                12/31/2012
                                                        ACCOUNT NO:     1800D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1800-00 Costs and Expenses | | | | | |
| 86.20 | 0.00 | 118.10 | 0.00 | -86.20 | $118.10 |
| 1800-04 Case Administration | | | | | |
| 33.00 | 0.00 | 0.00 | 0.00 | -26.40 | $6.60 |
| 1800-07 Fee/Employment Applications | | | | | |
| 1,728.50 | 771.00 | 0.00 | 0.00 | -1,530.80 | $968.70 |
| 1800-08 Fee/Employment Objections | | | | | |
| 0.00 | 117.00 | 0.00 | 0.00 | 0.00 | $117.00 |
| 1800-10 Litigation | | | | | |
| 1,489.00 | 390.00 | 0.00 | 0.00 | -1,411.00 | $468.00 |
| 1800-12 Plan and Disclosure Statement | | | | | |
| 37.50 | 273.00 | 0.00 | 0.00 | -37.50 | $273.00 |
| 3,374.20 | 1,551.00 | 118.10 | 0.00 | -3,091.90 | $1,951.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.