# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF MARK T. HURFORD

Mark T. Hurford, pursuant to Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, states as follows:

1. I am a junior member with the law firm of Campbell & Levine, LLC, special litigation counsel to the debtors and debtors in possession (the "Debtors"), in the above-captioned matter. I submit this Certification in connection with the Sixth Monthly and Final Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Monthly Period June 1, 2012 Through December 31, 2012 and the Final Period from December 6, 2010 Through December 31, 2012 (the "Final Application"). I have personally performed many of the legal services rendered by Campbell & Levine, LLC, and I am familiar with the work performed on behalf of the Debtors by the lawyers and paralegals in the firm.

2. I hereby certify that I have reviewed the Rules of this Court and the foregoing Final Application comports with those Rules.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: March 1, 2013

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)

{D0257526.1 }