**<u>EXHIBIT A</u>**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483234 |
| Invoice Date: | 01/31/2013 |

## Remittance Copy
### Billing for services rendered through 12/31/2012

Total by Matter
    0040 General Employee Benefits Matters         $ 4,675.00
    Client/Reference Number: 0000000847

| | | |
|---|---|---|
| Total Services | | $ 4,675.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 4,675.00** |

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2380789 | 05/30/2012 | 82.00 |
| 2392464 | 06/27/2012 | 185.50 |
| 2451012 | 11/09/2012 | 75.00 |

| | |
|---|---|
| Total Outstanding Balance | 3,162.50 |
| Total Balance Due | $ 7,837.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483234
Invoice Date:  01/31/2013

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483234 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

Total by Matter
    0040 General Employee Benefits Matters                 $ 4,675.00
    Client/Reference Number: 0000000847

Total Services                             $ 4,675.00

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                        **$ 4,675.00**

| Invoice | Date | |
|---|---|---|
| 1961361 | 01/22/2009 | 2,820.00 |
| 2380789 | 05/30/2012 | 82.00 |
| 2392464 | 06/27/2012 | 185.50 |
| 2451012 | 11/09/2012 | 75.00 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2483234 |
| Invoice Date: | 01/31/2013 |

Total Outstanding Balance                                          3,162.50

Total Balance Due                                              $ 7,837.50

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483234
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0040          General Employee Benefits Matters
                      Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/12 | P. Compernolle | 1.50 | Telephone conference with Paul Weiss and M. Bourgon regarding ERISA issues (.40); research regarding ERISA loan covenants (.40), email to team regarding same (.70). |
| 12/04/12 | P. Compernolle | 1.50 | Review open ERISA loan issues (.80); telephone conference with Paul Weiss and others regarding same (.70). |
| 12/17/12 | P. Compernolle | 1.50 | Telephone conference with Paul Weiss and others regarding ERISA provisions in credit agreement (.9); review AFTAP and other funding materials (.6). |
| 12/19/12 | P. Compernolle | 0.50 | Review emails from team on ERISA provisions of loan schedule. |
| 12/27/12 | P. Compernolle | 0.50 | Draft emails to team regarding Benefits Committee powers and documentation. |

|  | **Total Hours** | **5.50** | **Total For Services** | **$4,675.00** |
|--|--|--|--|--|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 5.50 | 850.00 | 4,675.00 |
| **Totals** | **5.50** | | **$4,675.00** |

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
Invoice: 2483234

01/31/2013

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 5.50 | 850.00 | 4,675.00 |
| **Totals** | **5.50** | | **$4,675.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483235 |
| Invoice Date: | 01/31/2013 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2012

---

Total by Matter
    0041 Welfare Plans                                    $ 1,962.50
    Client/Reference Number: 0000000848

Total Services                                               $ 1,962.50

Total Costs and Other Charges Posted Through Billing Period             0.00

**Total This Invoice**                                          **$ 1,962.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2225163 | 02/28/2011 | 7.74 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 963.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | Client: | 020336 |
| --- | --- | --- | --- |
| | | Invoice: | 2483235 |
| | | Invoice Date: | 01/31/2013 |

| Invoice | Date | |
| --- | --- | --- |
| 2423943 | 09/18/2012 | 536.50 |
| 2441325 | 10/31/2012 | 1,508.00 |
| 2451014 | 11/09/2012 | 5,841.00 |
| 2466281 | 12/13/2012 | 6,909.35 |

Total Outstanding Balance                                    56,024.89

Total Balance Due                                         $ 57,987.39

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483235 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

Total by Matter
  0041 Welfare Plans                                         $ 1,962.50
  Client/Reference Number: 0000000848

Total Services                                                        $ 1,962.50

Total Costs and Other Charges Posted Through Billing Period                   0.00

**Total This Invoice**                                              **$ 1,962.50**

| Invoice | Date | |
|---|---|---|
| 1961362 | 01/22/2009 | 25,792.50 |
| 2025158 | 06/30/2009 | 8,854.80 |
| 2225163 | 02/28/2011 | 7.74 |
| 2368149 | 04/30/2012 | 2,320.00 |
| 2380790 | 05/30/2012 | 667.00 |
| 2392465 | 06/27/2012 | 1,972.00 |
| 2402391 | 07/25/2012 | 652.50 |
| 2415871 | 08/31/2012 | 963.50 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2483235
Invoice Date:    01/31/2013

| Invoice | Date | |
|---|---|---|
| 2423943 | 09/18/2012 | 536.50 |
| 2441325 | 10/31/2012 | 1,508.00 |
| 2451014 | 11/09/2012 | 5,841.00 |
| 2466281 | 12/13/2012 | 6,909.35 |

Total Outstanding Balance                          56,024.89

Total Balance Due                              $ 57,987.39

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483235
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/12 | A. Gordon | 0.70 | Conference call with C.Nelson of Blue Cross Blue Shield regarding the Debtor's plan. |
| 12/04/12 | A. Gordon | 0.20 | Review voice message from B.Becker regarding appeal process [.1]; respond to B.Becker regarding appeal process [.1]. |
| 12/05/12 | A. Gordon | 0.70 | Discuss with B.Becker handing of a claim appeal [.2]; conference call with S.O'Connor and R.DeBoar regarding the Blue Cross Blue Shield conference call with C.Nelson [.5]. |
| 12/11/12 | A. Gordon | 0.40 | Review email from B.Becker containing the Blue Cross Blue Shield amendment [.3]; draft email to B.Becker regarding same [.1]. |
| 12/12/12 | A. Gordon | 0.50 | Review voice mail from B.Becker regarding WageWorks breach of contract [.1]; review contract for indemnification language [.3]; conference call with B.Becker regarding same. [.1] |

|  | **Total Hours** | **2.50** | **Total For Services** | **$1,962.50** |
|--|-----------------|----------|------------------------|---------------|

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483235
Invoice Date:  01/31/2013

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Gordon | 2.50 | 785.00 | 1,962.50 |
| **Totals** | **2.50** | | **$1,962.50** |
| | | **Total This Invoice** | **$1,962.50** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483236 |
| Invoice Date: | 01/31/2013 |

## Remittance Copy
## Billing for services rendered through 12/31/2012

| | |
|---|---|
| Total by Matter | |
| 0047 ESOP | $ 765.00 |
| Client/Reference Number: 0000001574 | |
| Total Services | $ 765.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 765.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483236 |
| Invoice Date: | 01/31/2013 |

## Client Copy
**Billing for services rendered through 12/31/2012**

| | |
|---|---|
| Total by Matter | |
| 0047 ESOP | $ 765.00 |
| Client/Reference Number: 0000001574 | |
| Total Services | $ 765.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 765.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483236
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/12 | P. Compernolle | 0.50 | Emails to M. Bourgon regarding participant communications. |
| 12/07/12 | P. Compernolle | 0.30 | Email from Feinberg regarding beneficiary and settlement account. |
| 12/07/12 | W. Merten | 0.10 | Review email from Dan Feinberg regarding former LA Times employee and review Paul Compernolle's related email. |

| | **Total Hours** | **0.90** | **Total For Services** | **$765.00** |
|--|--|--|--|--|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. Compernolle | 0.80 | 850.00 | 680.00 |
| W. Merten | 0.10 | 850.00 | 85.00 |
| **Totals** | **0.90** | | **$765.00** |
| | | **Total This Invoice** | **$765.00** |

# McDermott Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483237 |
| Invoice Date: | 01/31/2013 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2012

---

Total by Matter
    0515 Chapter 11 Restructuring      $ 184,110.50

Total Services      $ 184,106.50

Total Costs and Other Charges Posted Through Billing Period      4.00

**Total This Invoice**      **$ 184,110.50**

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 38,894.30 |
| 2423949 | 09/18/2012 | 17,213.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483237
Invoice Date:  01/31/2013

| Invoice | Date | | |
|---------|------|---|---|
| 2441331 | 10/31/2012 | 36,119.50 | |
| 2451021 | 11/09/2012 | 35,482.30 | |
| 2466290 | 12/13/2012 | 242,962.07 | |

Total Outstanding Balance                                     671,432.25

Total Balance Due                                          $ 855,542.75

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483237 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

| | |
|---|---|
| Total by Matter | |
| 0515 Chapter 11 Restructuring | $ 184,110.50 |

| | |
|---|---|
| Total Services | $ 184,106.50 |
| Total Costs and Other Charges Posted Through Billing Period | 4.00 |
| **Total This Invoice** | **$ 184,110.50** |

| Invoice | Date | |
|---|---|---|
| 2049463 | 06/30/2009 | 135,250.03 |
| 2133210 | 06/10/2010 | 1,093.80 |
| 2169700 | 09/24/2010 | 5,345.55 |
| 2370648 | 04/30/2012 | 19,658.20 |
| 2380794 | 05/30/2012 | 51,057.90 |
| 2392469 | 06/27/2012 | 37,546.40 |
| 2402396 | 07/25/2012 | 50,808.50 |
| 2415873 | 08/31/2012 | 38,894.30 |
| 2423949 | 09/18/2012 | 17,213.70 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483237
Invoice Date:  01/31/2013

| Invoice | Date |  |
|---------|------|--|
| 2441331 | 10/31/2012 | 36,119.50 |
| 2451021 | 11/09/2012 | 35,482.30 |
| 2466290 | 12/13/2012 | 242,962.07 |

Total Outstanding Balance                                671,432.25

Total Balance Due                                      $ 855,542.75

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483237
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/03/12 | B. Rubin | 1.60 | Review and comment on draft credit agreement (.9); conference with co-counsel regarding same (.4); correspondence with client regarding same (.3). |
| 12/03/12 | J. Finkelstein | 4.70 | Review and comment on draft Credit Agreement. |
| 12/05/12 | B. Rubin | 1.70 | Review and comment on credit agreement (.9); correspondence with client regarding same (.4); conference with co-counsel regarding same (.4). |
| 12/05/12 | J. Finkelstein | 1.60 | Review and comment on revised draft emergence Credit Agreement (1.2); correspondence with Tribune regarding same (.4). |
| 12/05/12 | G. Kopacz | 2.80 | Review and edit November pre-bills. |
| 12/06/12 | G. Kopacz | 0.20 | Draft email to team regarding CNO (.2). |
| 12/07/12 | B. Rubin | 5.20 | Review and analyze credit agreement provisions (1.2); conference with co-counsel regarding same (.4); correspondence with client regarding same (.4); review and edit opinion (3.2). |
| 12/07/12 | A. Whiteway | 5.10 | Review credit agreement revisions (.6); correspondence with client regarding credit agreement (.3); review and revise legal opinion regarding restructuring and tax attributes (4.2). |
| 12/07/12 | J. Finkelstein | 2.70 | Review and comment on revised draft emergence Credit Agreement (1.2); correspondence with Tribune regarding same (.4); review and comment on restructuring tax opinion (1.1). |
| 12/08/12 | J. Finkelstein | 2.10 | Review and analysis regarding revised Credit Agreement. |
| 12/10/12 | B. Rubin | 4.60 | Review and edit tax opinion supporting memorandum (3.2); research and analysis in connectin with the same |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2483237 |
| Invoice Date: | 01/31/2013 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (1.4). |
| 12/10/12 | A. Whiteway | 4.60 | Review and edit tax opinion supporting memorandum (3.4); research and analysis in connection with same (1.2). |
| 12/10/12 | J. Finkelstein | 1.90 | Review and revise emergence tax opinion memo. |
| 12/11/12 | B. Rubin | 5.80 | Review and edit supporting memorandum (3.4); conference call with client regarding possible transaction (.6); research and analysis regarding same (1.8). |
| 12/11/12 | A. Whiteway | 4.20 | Review and comment on tax restructuring opinion (2.1); analysis of valuation tax issues (2.1). |
| 12/12/12 | B. Rubin | 5.90 | Review and analyze credit rating materials (.7); review and edit supporting memoranda (4.3); conference call with client regarding possible transaction (.9). |
| 12/12/12 | A. Whiteway | 1.90 | Revise emergence workplan (.6); review and revise analysis of emergence tax issues (1.3). |
| 12/13/12 | B. Rubin | 6.40 | Preparation for and conference call with clients regarding emergence issues (.9); review and edit supporting memorandum (4.3); conference call with clients regarding possible transaction (1.2). |
| 12/13/12 | A. Whiteway | 0.90 | Preparation for and telephone conference with client regarding emergence issues. |
| 12/13/12 | J. Finkelstein | 2.90 | Conference with Tribune regarding emergence tax issues (1.1); review draft opinion memos (1.8). |
| 12/13/12 | G. Kopacz | 0.20 | Email local counsel regarding CNO (.1); email B. Rubin regarding same (.1). |
| 12/14/12 | G. Chan | 1.60 | Discuss comments to Tribune section 1017(b)(2) liability memos with J. Finkelstein (0.3); review and revise memos regarding same (1.3). |
| 12/14/12 | B. Rubin | 6.60 | Preparation for and conference call with clients regarding opinion issues (.9); review and revise supporting memoranda (5.7). |
| 12/14/12 | A. Whiteway | 5.30 | Review and revise tax opinion (4.2); preparation for and telephone conference with client regarding comments on draft supplemental memorandum regarding emergence tax issues (1.1). |
| 12/14/12 | J. Finkelstein | 5.20 | Review and comment on tax opinion supporting memo (2.2); review section 1017 basis limitation tax opinion memos (1.8); conference with Tribune regarding section |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2483237
Invoice Date: 01/31/2013

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | 1017 tax basis limitation memos (1.2). |
| 12/14/12 | G. Kopacz | 0.20 | Communications with billing department regarding invoices. |
| 12/14/12 | G. Kopacz | 0.40 | Communications with accounting regarding invoices and fee applications. |
| 12/17/12 | G. Chan | 6.10 | Review comments to section 1017(b)(2) memos (0.6); review Newsday credit agreement and refinancing documents (1.2); revise memos (4.3). |
| 12/17/12 | B. Rubin | 6.40 | Preparation for and conference with co-counsel to coordinate comment on tax opinion and supporting memorandum (1.1); review and revise tax opinion and supporting memorandum (4.2); conference call with client regarding possible transaction (1.1). |
| 12/17/12 | A. Whiteway | 6.90 | Review and revise memo regarding nontax basis liabilities (3.1); review and revise memo regarding restructuring tax consequences (2.9); conference with co-counsel regarding officer's certificate changes (.9). |
| 12/17/12 | J. Finkelstein | 4.30 | Review and comment on revised restructuring opinion supporting memo (1.9); conference with co-counsel regarding same (.3); review and comment on revised section 1017 basis limitation opinion supporting memos (2.1). |
| 12/17/12 | M. Wilder | 1.80 | Review suggested revisions to restructuring memo by B. Rubin and J. Finkelstien (.7); discuss same with B. Rubin and others (.5); analysis and discussion of representations with J. Rober and correspondence regarding same (.6). |
| 12/17/12 | J. Robert | 5.30 | Revise restructuring supporting memorandum (2.1); prepare for and meet with B. Rubin, A. Whiteway, J. Finkelstein, and M. Wilder to discuss further revisions (.9); revise restructuring memorandum (2.3). |
| 12/17/12 | J. Kaylor-Brett | 2.30 | Prepare the November, 2012 monthly fee application. |
| 12/18/12 | N. Hazan | 1.10 | Review preliminary report (14th Quarterly) (.7); emails regarding same with fee examiner (.4). |
| 12/18/12 | G. Chan | 5.10 | Draft short form opinion for section 1017(b)(2) memo regarding section 752 liabilities (0.8); review and comment on short form opinion for deductible liabilities (0.3); discuss section 752/1017(b)(2) memo with A. Whiteway (0.2); review and revise memo regarding same |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483237
Invoice Date:  01/31/2013

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (3.8). |
| 12/18/12 | B. Rubin | 6.40 | Review and edit tax opinion and supporting memorandum (4.3); research and analysis in connection with same (2.1). |
| 12/18/12 | A. Whiteway | 4.10 | Review and revise Newsday and Cubs liabilities Section 1017 memo (1.2); review and revise nontax basis memo (2.9). |
| 12/18/12 | J. Finkelstein | 2.40 | Review revised restructuring opinion supporting memo (1.1); review and comment on revised section 1017 basis limitation opinion supporting memos (1.3). |
| 12/18/12 | G. Kopacz | 0.10 | Communications with team regarding fee examiner report. |
| 12/19/12 | G. Chan | 1.10 | Calls with B. Rubin regarding 1017(b)(2) memos (0.5); revise short form opinion for deductible liabilities (0.6). |
| 12/19/12 | B. Rubin | 6.80 | Review and edit officer's certificate (1.1); review and edit opinion (.9) review and edit supporting memorandum (4.4); correspondence with client regarding same (.4). |
| 12/19/12 | A. Whiteway | 3.30 | Revise emergence workplan (.9); review and comment on tax opinions (2.4). |
| 12/19/12 | J. Finkelstein | 1.30 | Review and comment on revised section 1017 basis limitation opinion supporting memos and short form opinion (1.1); correspondence with co-counsel regarding same (.2). |
| 12/20/12 | B. Rubin | 7.80 | Preparation for and conference call with clients regarding emergence tax issues (.9); review and edit supporting memorandum (4.6); review and edit tax opinion (1.7); review and analyze litigation trust report (.6). |
| 12/20/12 | A. Whiteway | 3.60 | Preparation for and telephone conference with client regarding emergence tax issues (.4); review and revise Cubs/Newsday liabilities tax memo (3.2). |
| 12/20/12 | J. Finkelstein | 2.10 | Conference with Tribune regarding emergence tax issues (.9); review section 1017 opinion and supporting memos (1.2). |
| 12/21/12 | G. Chan | 1.30 | Review 1017(b)(2) short form opinion and memo regarding 752 liabilities (1.3). |
| 12/21/12 | B. Rubin | 6.90 | Correspondence with co-counsel regarding tolling agreement (.6); review and edit supporting memorandum (4.7); review and edit tax opinion (1.6). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483237
Invoice Date:  01/31/2013

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/21/12 | A. Whiteway | 2.70 | Review and revise tax opinion on IRC 1017 liabilities. |
| 12/21/12 | J. Finkelstein | 1.10 | Review section 1017 opinion and supporting memos (1.1). |
| 12/21/12 | G. Kopacz | 0.70 | Work on November fee application. |
| 12/26/12 | B. Rubin | 3.10 | Review and edit supporting memorandum. |
| 12/26/12 | A. Whiteway | 1.10 | Revise emergence workplan. |
| 12/27/12 | B. Rubin | 5.40 | Preparation for and conference call with clients regarding tax issues (.7); review and edit tax opinion memorandum (3.6); research and analysis in connection with same (1.1). |
| 12/27/12 | A. Whiteway | 5.40 | Preparation for and conference call with clients regarding tax matters (.7); review and edit tax opinion memorandum (3.6); research and analysis regarding same (1.1). |
| 12/28/12 | B. Rubin | 4.70 | Review and edit tax opinion memorandum (3.1); research and analysis with respect to same (1.6). |
| 12/31/12 | N. Hazan | 1.60 | Correct November fee application (.40), review plan regarding impact on fee applications deadlines (.80); email to team regarding same (.40). |
| 12/31/12 | B. Rubin | 4.70 | Review and edit tax opinion memorandum (3.1); research and analysis regarding same (1.6). |
| 12/31/12 | G. Kopacz | 2.40 | Work on November fee application (1.7); work on response to fee examiner's fourteenth preliminary report (.7). |

|  | **Total Hours** | **205.70** | **Total For Services** | **$184,106.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| G. Chan | 15.20 | 640.00 | 9,728.00 |
| J. Finkelstein | 32.30 | 795.00 | 25,678.50 |
| N. Hazan | 2.70 | 710.00 | 1,917.00 |
| J. Kaylor-Brett | 2.30 | 280.00 | 644.00 |
| G. Kopacz | 7.00 | 515.00 | 3,605.00 |
| J. Robert | 5.30 | 385.00 | 2,040.50 |
| B. Rubin | 90.00 | 1,040.00 | 93,600.00 |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2483237
Invoice Date:    01/31/2013

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 49.10 | 925.00 | 45,417.50 |
| M. Wilder | 1.80 | 820.00 | 1,476.00 |
| **Totals** | **205.70** | | **$184,106.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/12 | Photocopy Device 03WDC30C. | 4.00 |

**Total Costs and Other Charges**        **$4.00**

**Total This Invoice**        **$184,110.50**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483238 |
| Invoice Date: | 01/31/2013 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2012

---

Total by Matter
    0516 Perfect Market, Inc.                      $ 297.50

Total Services                            $ 297.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**                        **$ 297.50**

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 450.00 |
| 2423951 | 09/18/2012 | 550.00 |
| 2441333 | 10/31/2012 | 570.00 |
| 2451022 | 11/09/2012 | 1,000.00 |
| 2466291 | 12/13/2012 | 1,904.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 2483238 |
| Invoice Date: | 01/31/2013 |

Total Outstanding Balance                                          57,571.80

Total Balance Due                                        $ 57,869.30

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483238 |
| Invoice Date: | 01/31/2013 |

## Client Copy
**Billing for services rendered through 12/31/2012**

| | | |
|---|---|---|
| Total by Matter | | |
| 0516 Perfect Market, Inc. | $ 297.50 | |
| Total Services | | $ 297.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.00 |
| **Total This Invoice** | | **$ 297.50** |

| Invoice | Date | |
|---|---|---|
| 2094480 | 02/19/2010 | 50,000.00 |
| 2370649 | 04/30/2012 | 147.50 |
| 2392471 | 06/27/2012 | 2,313.50 |
| 2402397 | 07/25/2012 | 636.50 |
| 2415874 | 08/31/2012 | 450.00 |
| 2423951 | 09/18/2012 | 550.00 |
| 2441333 | 10/31/2012 | 570.00 |
| 2451022 | 11/09/2012 | 1,000.00 |
| 2466291 | 12/13/2012 | 1,904.30 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2483238 | |
| Invoice Date: | 01/31/2013 | |

Total Outstanding Balance                                      57,571.80

Total Balance Due                                          $ 57,869.30

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483238
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0516        Perfect Market, Inc.

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/12 | P. McCurry | 0.50 | Assist Bill Gerth in preparing 83(b) elections with respect to IRS filings (0.5). |

| | **Total Hours** | **0.50** | **Total For Services** | **$297.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| P. McCurry | 0.50 | 595.00 | 297.50 |
| **Totals** | **0.50** | | **$297.50** |
| | | **Total This Invoice** | **$297.50** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2483239 |
| Invoice Date: | 01/31/2013 |

## Remittance Copy
### Billing for services rendered through 12/31/2012

Total by Matter
    0021 Post Closing Matters          $ 8,347.00

Total Services          $ 8,347.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**          **$ 8,347.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 43.80 |
| 2402398 | 07/25/2012 | 3,215.20 |
| 2415845 | 08/31/2012 | 983.00 |
| 2423952 | 09/18/2012 | 243.20 |
| 2451023 | 11/09/2012 | 624.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:        022182
Invoice:       2483239
Invoice Date:  01/31/2013

| Invoice | Date | | |
|---------|------|---|---|
| 2466292 | 12/13/2012 | 1,757.45 | |

Total Outstanding Balance                          9,849.75

Total Balance Due                              $ 18,196.75

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

| | |
|---|---|
| Client: | 022182 |
| Invoice: | 2483239 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

Total by Matter
    0021 Post Closing Matters              $ 8,347.00

Total Services                                  $ 8,347.00

Total Costs and Other Charges Posted Through Billing Period          0.00

**Total This Invoice**                               **$ 8,347.00**

| Invoice | Date | |
|---|---|---|
| 2124264 | 03/18/2010 | 473.60 |
| 2169701 | 09/27/2010 | 260.00 |
| 2370651 | 04/30/2012 | 350.00 |
| 2380795 | 05/30/2012 | 1,899.30 |
| 2392472 | 06/27/2012 | 43.80 |
| 2402398 | 07/25/2012 | 3,215.20 |
| 2415845 | 08/31/2012 | 983.00 |
| 2423952 | 09/18/2012 | 243.20 |
| 2451023 | 11/09/2012 | 624.20 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

Chicago National League Ball Club, LLC

| | | Client: | 022182 |
| --- | --- | --- | --- |
| | | Invoice: | 2483239 |
| | | Invoice Date: | 01/31/2013 |

| **Invoice** | **Date** | | |
| --- | --- | --- | --- |
| 2466292 | 12/13/2012 | 1,757.45 | |

Total Outstanding Balance                              9,849.75

Total Balance Due                                    $ 18,196.75

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483239
Client: 022182

Chicago National League Ball Club, LLC
435 N. Michigan  Ave
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0021        Post Closing Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/12 | R. Harris | 0.40 | Analyze issues regarding dissolution of Dominican entity (.2); review file regarding relevant documents to IRS examination (.2). |
| 12/18/12 | B. Rubin | 1.80 | Review and analyze investment memorandum and associated materials (1.4); correspondence with client regarding same (.4). |
| 12/18/12 | A. Whiteway | 1.20 | Review and analyze proposal from Chicago Cubs Baseball regarding corporate partnership (.9); review LLC Agreement provisions (.3). |
| 12/19/12 | B. Rubin | 1.20 | Preparation for and conference call with clients regarding corporate partnership (.6); prepare draft letter regarding same (.6). |
| 12/20/12 | B. Rubin | 2.10 | Review and edit draft letter regarding partnership (.9); correspondence with client regarding same (.4); review and revise letter (.8) |
| 12/20/12 | A. Whiteway | 1.80 | Draft letter to Chicago Cubs regarding corporate partnership. |

|  | **Total Hours** | **8.50** | **Total For Services** | **$8,347.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| R. Harris | 0.40 | 670.00 | 268.00 |
| B. Rubin | 5.10 | 1,040.00 | 5,304.00 |

# McDermott
# Will & Emery

Chicago National League Ball Club, LLC

Client:       022182
Invoice:      2483239
Invoice Date: 01/31/2013

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| A. Whiteway | 3.00 | 925.00 | 2,775.00 |
| **Totals** | **8.50** | | **$8,347.00** |
| | | **Total This Invoice** | **$8,347.00** |

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Chicago National League Ball Club, LLC                    01/31/2013
Invoice: 2483239

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R. Harris | 0.40 | 670.00 | 268.00 |
| B. Rubin | 5.10 | 1,040.00 | 5,304.00 |
| A. Whiteway | 3.00 | 925.00 | 2,775.00 |
| **Totals** | **8.50** | | **$8,347.00** |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483240 |
| Invoice Date: | 01/31/2013 |

## Remittance Copy
### Billing for services rendered through 12/31/2012

0529 Local TV

| | |
|---|---|
| Total Services | $ 2,886.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,886.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483240 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

0529 Local TV

| | |
|---|---|
| Total Services | $ 2,886.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,886.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483240
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0529        Local TV

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/12 | M. Lee | 0.10 | Emails with S. Karottki regarding amendment to MSA. |
| 12/07/12 | M. Lee | 0.40 | Emails with S. Karottki regarding amendment to MSA (.2); review revisions to Fourth Amendment (.2). |
| 12/10/12 | M. Lee | 0.40 | Telephone conference with S. Karottki regarding 4th Amendment to MSA. |
| 12/19/12 | M. Lee | 3.00 | Review various documents related to Fourth Amendment to MSA (1.9); revise Fourth Amendment to MSA and prepare email to S. Karottki regarding same (1.1). |
| 12/20/12 | M. Lee | 0.00 | Review email from S. Karottki regarding MSA.  (NC) |

|  | **Total Hours** | **3.90** | **Total For Services** | **$2,886.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M. Lee | 3.90 | 740.00 | 2,886.00 |
| **Totals** | **3.90** | | **$2,886.00** |
| | | **Total This Invoice** | **$2,886.00** |

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483642 |
| Invoice Date: | 01/31/2013 |

## Remittance Copy
### Billing for services rendered through 12/31/2012

Total by Matter
    0507 Newsday                                  $ 47,015.70
    Client/Reference Number: 0000001849

Total Services                                         $ 44,387.50

Total Costs and Other Charges Posted Through Billing Period      2,628.20

**Total This Invoice**                                 **$ 47,015.70**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483642 |
| Invoice Date: | 01/31/2013 |

## Client Copy
### Billing for services rendered through 12/31/2012

| | | |
|---|---|---|
| Total by Matter | | |
| 0507 Newsday | $ 47,015.70 | |
| Client/Reference Number: 0000001849 | | |
| Total Services | | $ 44,387.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 2,628.20 |
| **Total This Invoice** | | **$ 47,015.70** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will&Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483642
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/12 | R. Greenhouse | 1.20 | Telephone call with B. Rubin regarding Rating Agency Report (.1); telephone call with P. McCurry regarding privilege logs (.3); review Cubs and Newsday Handbooks (.8). |
| 12/03/12 | P. McCurry | 0.60 | Prepare documents for call with Robin Greenhouse regarding IRS issues (.2); call with Robin Greenhouse regarding IRS meeting (.4). |
| 12/03/12 | B. Rubin | 3.50 | Review and edit talking points for IRS meeting regarding tax issues (1.7); review and analyze transaction documents in connection with same (1.1); preparation for meeting with IRS regarding tax issues (.7). |
| 12/03/12 | A. Whiteway | 3.30 | Preparation of materials in response to IRS questions (3.3). |
| 12/03/12 | J. Finkelstein | 1.70 | Discuss IRS responses with co-counsel and revise responses (1.7). |
| 12/04/12 | R. Greenhouse | 1.90 | Meeting with B. Rubin and A. Whiteway regarding IRS meeting (.3); prepare for IRS meeting (1.6). |
| 12/04/12 | B. Rubin | 2.70 | Preparation for and conference call with IRS regarding meeting issues (1.6); prepare talking points for IRS meeting regarding tax issues (1.1). |
| 12/04/12 | A. Whiteway | 2.20 | Preparation of materials in response to IRS questions (1.6); conference with co-counsel regarding IRS meeting (.4); telephone conference with IRS regarding meeting issues (.2). |
| 12/04/12 | J. Finkelstein | 2.80 | Preparation for IRS meeting (2.3); analysis regarding Installment Sale Agreement and draft slides (.5). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483642
Invoice Date:  01/31/2013

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/12 | R. Greenhouse | 3.10 | Preparation for meeting and prep session with client (2.8); meeting with B. Rubin (.3). |
| 12/05/12 | B. Rubin | 3.70 | Review and analyze rating agency evaluation (.3); review and analyze transactional documents (1.1); correspondence with client regarding IRS issues (.2); conference with co-counsel regarding IRS issues (.7); correspondence with IRS regarding tax matters (.2); prepare materials for meeting with IRS (.9); correspondence with client regarding strategy and next steps (.3). |
| 12/05/12 | J. Finkelstein | 3.60 | Preparation for IRS meeting (.7); draft slides and analysis for meeting (.8); prepare for and attend meetings with Tribune regarding meeting strategy (2.1). |
| 12/06/12 | R. Greenhouse | 2.90 | Prepare for and attend meeting at IRS on Newsday and Cubs Transactions (2.0); post meeting briefing with client (.9). |
| 12/06/12 | P. McCurry | 0.80 | Review documents in response to IRS requests (.8). |
| 12/06/12 | B. Rubin | 0.80 | Meetings with clients regarding IRS issues (.8). |
| 12/06/12 | B. Rubin | 0.40 | Follow up regarding issues raised by IRS (.4). |
| 12/06/12 | B. Rubin | 2.10 | Preparation for and meeting with IRS National Office and clients regarding tax issues (2.1). |
| 12/06/12 | A. Whiteway | 3.90 | Preparation for meeting with IRS re audit (1.3); meeting with IRS National Office and Audit Team regarding audit issues (1.5); research issues raised by audit team on document production and legal issues (1.1) |
| 12/06/12 | J. Finkelstein | 2.80 | Preparation for and meeting with IRS regarding Newsday and Cubs matters (2.2); meeting with Tribune regarding IRS questions (.6). |
| 12/07/12 | A. Whiteway | 0.80 | Analysis of IRS audit issues post meeting (.5); conference with co-counsel regarding data production for IRS audit (.3). |
| 12/10/12 | P. McCurry | 0.10 | Review documents in response to IRS request. (.1). |
| 12/10/12 | B. Rubin | 0.90 | Review and analyze documents requested by IRS (.6); follow up with co-counsel regarding open issues (.3). |
| 12/11/12 | P. McCurry | 0.10 | Revise documents in response to IRS questions (.1). |
| 12/11/12 | A. Whiteway | 0.20 | Correspondence with team regarding document requests (.2). |
| 12/12/12 | R. Greenhouse | 0.30 | Analyze various issues in connection with IRS notice of |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483642
Invoice Date:  01/31/2013

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | intent to characterize Newsday transaction as a disguised sale (.3). |
| 12/12/12 | B. Rubin | 0.90 | Correspondence with IRS and client regarding document request (.3); conference with co-counsel regarding next steps (.6). |
| 12/12/12 | A. Whiteway | 0.30 | Review IDR responses including cash flow projections (.3). |
| 12/12/12 | J. Finkelstein | 0.20 | Review correspondence from IRS regarding audit status (.2). |
| 12/13/12 | A. Whiteway | 0.30 | Telephone conference with client regarding audit progress (.3). |

| | **Total Hours** | **48.10** | **Total For Services** | **$44,387.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 11.10 | 795.00 | 8,824.50 |
| R. Greenhouse | 9.40 | 940.00 | 8,836.00 |
| P. McCurry | 1.60 | 595.00 | 952.00 |
| B. Rubin | 15.00 | 1,040.00 | 15,600.00 |
| A. Whiteway | 11.00 | 925.00 | 10,175.00 |
| **Totals** | **48.10** | | **$44,387.50** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/12 | Computer Hosting Fees<br>November monthly charge for data storage and hosting, Relativity Hosting, 154.6 GBs. | 1,314.10 |

# McDermott
# Will & Emery

Tribune Company

Client:       020336
Invoice:      2483642
Invoice Date: 01/31/2013

| Date | Description | Amount |
|---|---|---|
| 12/31/12 | Computer Hosting Fees<br>December monthly charge for data storage and hosting,<br>Relativity Hosting, 154.6 GBs. | 1,314.10 |

**Total Costs and Other Charges**     **$2,628.20**

**Total This Invoice**     **$47,015.70**

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483643 |
| Invoice Date: | 01/31/2013 |

---

## Remittance Copy
### Billing for services rendered through 12/31/2012

---

Total by Matter
  0527 2009 Audit                                                    $ 65,747.00

Total Services                                                             $ 47,453.00

Total Costs and Other Charges Posted Through Billing Period                18,294.00

**Total This Invoice**                                                   **$ 65,747.00**

| Invoice | Date | |
|---|---|---|
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 16,800.00 |
| 2402401 | 07/25/2012 | 32,902.30 |
| 2415875 | 08/31/2012 | 4,916.20 |
| 2423954 | 09/18/2012 | 144.00 |
| 2441334 | 10/31/2012 | 3,130.60 |
| 2451025 | 11/09/2012 | 5,913.20 |
| 2466293 | 12/13/2012 | 76,357.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

| | | |
|---|---|---|
| Tribune Company | Client: | 020336 |
| | Invoice: | 2483643 |
| | Invoice Date: | 01/31/2013 |

Total Outstanding Balance                          165,770.78

Total Balance Due                          $ 231,517.78

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2483643 |
| Invoice Date: | 01/31/2013 |

---

## Client Copy
### Billing for services rendered through 12/31/2012

---

Total by Matter
    0527 2009 Audit                                     $ 65,747.00

Total Services                                                 $ 47,453.00

Total Costs and Other Charges Posted Through Billing Period         18,294.00

## Total This Invoice                               $ 65,747.00

| Invoice | Date | |
|---|---|---|
| 2370653 | 04/30/2012 | 22,892.08 |
| 2380796 | 05/30/2012 | 2,714.80 |
| 2392476 | 06/27/2012 | 16,800.00 |
| 2402401 | 07/25/2012 | 32,902.30 |
| 2415875 | 08/31/2012 | 4,916.20 |
| 2423954 | 09/18/2012 | 144.00 |
| 2441334 | 10/31/2012 | 3,130.60 |
| 2451025 | 11/09/2012 | 5,913.20 |
| 2466293 | 12/13/2012 | 76,357.60 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483643
Invoice Date:  01/31/2013

Total Outstanding Balance                                    165,770.78

Total Balance Due                                       $ 231,517.78

.

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
+1 202 756 8000

01/31/2013

Invoice: 2483643
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0527        2009 Audit

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/12 | R. Greenhouse | 1.30 | Telephone call with B. Rubin regarding Rating Agency Report (.2); telephone call with P. McCurry regarding privilege logs (.4); review Cubs and Newsday Handbooks (.7). |
| 12/03/12 | P. McCurry | 0.70 | Prepare documents for call with Robin Greenhouse regarding IRS issues (.3); call with Robin Greenhouse regarding IRS meeting (.4). |
| 12/03/12 | B. Rubin | 3.50 | Review and edit talking points for meeting with IRS (2.4); review and analyze transaction documents (1.1). |
| 12/03/12 | A. Whiteway | 3.40 | Preparation of materials in response to IRS questions (3.4). |
| 12/03/12 | J. Finkelstein | 1.70 | Discuss IRS responses with co-counsel and revise responses (1.7). |
| 12/04/12 | R. Greenhouse | 1.90 | Meeting with B. Rubin and A. Whiteway regarding IRS meeting (.3); prepare for IRS meeting (1.6). |
| 12/04/12 | B. Rubin | 2.70 | Preparation for and conference call with IRS regarding meeting issues (.4); prepare talking points for IRS meeting (1.1); preparation and review for IRS meeting (1.2). |
| 12/04/12 | B. Rubin | 2.80 | Review and analyze installment sale structure (.8); research regarding holdco finance structures (.8); prepare slides (1.2). |
| 12/04/12 | A. Whiteway | 2.20 | Preparation of materials in response to IRS questions (1.6); conference with co-counsel regarding IRS meeting (.4); telephone conference with IRS regarding meeting issues (.2). |
| 12/04/12 | J. Finkelstein | 2.90 | Preparation for IRS meeting (2.3); analysis regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2483643
Invoice Date:  01/31/2013

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Installment Sale Agreement and draft slides (.6). |
| 12/05/12 | R. Greenhouse | 2.80 | Preparation for meeting and prep session with client (2.6); meeting with B. Rubin (.2). |
| 12/05/12 | B. Rubin | 3.70 | Review and analyze rating agency evaluation (.3); review and analyze transactional documents (1.1); correspondence with client regarding IRS issues (.2); conference with co-counsel regarding IRS issues (.7); correspondence with IRS regarding meeting (.2); prepare meeting materials (.9); correspondence with client regarding IRS issues (.3). |
| 12/05/12 | J. Finkelstein | 3.60 | Preparation for IRS meeting (.7); draft slides and analysis for meeting (.8); prepare for and attend meetings with Tribune regarding meeting strategy (2.1). |
| 12/06/12 | R. Greenhouse | 2.60 | Prepare for and attend meeting at IRS on Newsday and Cubs Transactions (1.8); post meeting briefing with client (.8). |
| 12/06/12 | P. McCurry | 0.90 | Review documents in response to IRS requests (.9). |
| 12/06/12 | B. Rubin | 0.40 | Analyze issues raised by IRS regarding certain documents. |
| 12/06/12 | B. Rubin | 2.10 | Preparation for and meeting with IRS National Office and clients regarding audit. |
| 12/06/12 | B. Rubin | 0.80 | Meetings with clients regarding IRS issues. |
| 12/06/12 | A. Whiteway | 4.10 | Preparation for meeting with IRS re audit (1.4); meeting with IRS National Office and Audit Team regarding audit issues (1.6); research issues raised by audit team on document production and legal issues (1.1) |
| 12/06/12 | J. Finkelstein | 2.90 | Preparation for and meeting with IRS regarding Newsday and Cubs matters (2.3); meeting with Tribune regarding IRS questions (.6). |
| 12/07/12 | B. Rubin | 0.80 | Review and analyze documents questioned by IRS (.8). |
| 12/07/12 | A. Whiteway | 0.90 | Analysis of IRS audit issues post meeting (.6); conference with co-counsel regarding data production for IRS audit (.3). |
| 12/10/12 | P. McCurry | 0.10 | Review documents in response to IRS request. (.1). |
| 12/10/12 | B. Rubin | 0.90 | Review and analyze documents requested by IRS (.6); follow up with co-counsel regarding open issues (.3). |
| 12/11/12 | P. McCurry | 0.10 | Revise documents in response to IRS questions (.1). |
| 12/11/12 | A. Whiteway | 0.20 | Correspondence with team regarding document requests |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2483643
Invoice Date:    01/31/2013

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.2). |
| 12/12/12 | R. Greenhouse | 0.30 | Analyze various issues in connection with IRS notice of intent to characterize Newsday transaction as a disguised sale (.3). |
| 12/12/12 | A. Whiteway | 0.30 | Review IDR responses including cash flow projections (.3). |
| 12/12/12 | J. Finkelstein | 0.30 | Review correspondence from IRS regarding audit status (.3). |
| 12/13/12 | A. Whiteway | 0.30 | Telephone conference with client regarding audit progress. |

| | **Total Hours** | **51.20** | **Total For Services** | **$47,453.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| J. Finkelstein | 11.40 | 795.00 | 9,063.00 |
| R. Greenhouse | 8.90 | 940.00 | 8,366.00 |
| P. McCurry | 1.80 | 595.00 | 1,071.00 |
| B. Rubin | 17.70 | 1,040.00 | 18,408.00 |
| A. Whiteway | 11.40 | 925.00 | 10,545.00 |
| **Totals** | **51.20** | | **$47,453.00** |

## Costs and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/12 | Computer Hosting Fees<br>November monthly charge for data storage and hosting, Relativity Hosting, 304.9 GBs. | 9,147.00 |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2483643
Invoice Date:  01/31/2013

| Date | Description | Amount |
|---|---|---|
| 12/31/12 | Computer Hosting Fees<br>December monthly charge for data storage and hosting,<br>Relativity Hosting, 304.9 GBs. | 9,147.00 |

**Total Costs and Other Charges**        **$18,294.00**

**Total This Invoice**        **$65,747.00**