# **Exhibit A**

# JONES DAY

| 06/06/12 | AK DENTON | 0.20 | 50.00 |
|---|---|---|---|

Communicate with CourtCall regarding invoice for Erens' telephonic appearance (.10); review and transmit invoice for payment (.10).

| 06/08/12 | AK DENTON | 1.00 | 250.00 |
|---|---|---|---|

Revise March through May 2012 invoice (.90); communicate with Soffer (financial services) regarding same (.10).

| 06/10/12 | T HOFFMANN | 1.10 | 687.50 |
|---|---|---|---|

Draft and revise supplemental disclosure for special litigation role.

| 06/11/12 | T HOFFMANN | 1.80 | 1,125.00 |
|---|---|---|---|

Review and revise supplement relating to new litigation matter as special counsel (1.40); communicate with Erens regarding supplement and related items (.30).

| 06/25/12 | AK DENTON | 2.10 | 525.00 |
|---|---|---|---|

Communicate with Erens regarding upcoming fee hearing (.20); research second and 3rd interim fee applications and fee auditor's reports regarding same (1.00); draft chart regarding fee and disbursement details of same (.50); communicate with Hoffmann regarding same (.20); forward interim fee applications and fee auditor's reports to Hoffmann for review (.20).

| 06/25/12 | B B ERENS | 0.20 | 165.00 |
|---|---|---|---|

Telephone calls and emails from Denton and Hoffmann regarding status of interim fee application and fee hearing.

| 06/26/12 | AK DENTON | 0.50 | 125.00 |
|---|---|---|---|

Revise chart regarding fee applications and fee auditors reports regarding same (.40); communicate with Hoffmann regarding same (.10).

| 06/27/12 | AK DENTON | 0.30 | 75.00 |
|---|---|---|---|

Revise fee application chart for upcoming fee hearing (.20); communicate with Tiller and Hoffmann regarding same (.10).

| 06/28/12 | AK DENTON | 0.60 | 150.00 |
|---|---|---|---|

Communicate with Soffer regarding March through May invoice (.20); communicate with Erens regarding same (.10); communicate with Erens regarding July 3 hearing and proposed fee order (.20); communicate with Ratkowiak regarding same (.10).

| 07/02/12 | AK DENTON | 1.00 | 250.00 |
|---|---|---|---|

Communicate with Soffer (financial services) regarding latest invoice (.20); communicate with Erens regarding same (.10); review Tribune bankruptcy docket for draft order regarding fee applications (.30); communicate with Erens regarding same (.10); communicate with CourtCall regarding Erens' telephonic appearance (.20); communicate with Erens regarding same (.10).

| 07/02/12 | B B ERENS | 0.20 | 165.00 |
|---|---|---|---|

Prepare for interim fee hearing.

| 07/03/12 | AK DENTON | 0.90 | 225.00 |
|---|---|---|---|

Communicate with Erens regarding write offs for latest invoice (.20); communicate with Soffer (financial services) regarding same (.10); communicate with Ratkowiak regarding continued fee application hearing (July 11) (.20); transmit notice regarding same to Erens (.10); scan and transmit Erens' edits to invoice to Soffer (.20); communicate with Soffer regarding same (.10).

| 07/03/12 | B B ERENS | 0.50 | 412.50 |
|---|---|---|---|

Prepare for quarterly fee application hearing.

| 07/05/12 | AK DENTON | 0.40 | 100.00 |
|---|---|---|---|

Review proposed interim fee application order regarding the 9th and 10th interim fee periods to verify figures match with fee auditor and Jones Day (.30); communicate with Tiller, Erens and Hoffmann regarding same (.10).

| 07/06/12 | AK DENTON | 0.70 | 175.00 |
|---|---|---|---|

Communicate with Soffer (financial services) regarding expenses on bill after cessation of representation (.20); communicate with Erens regarding same (.10); review proposed draft bills and compare amounts set down for Jones Day against our fee applications (.30); communicate with Erens regarding same (.10).

# JONES DAY

Fee Applications/Retention Preparation                                                                    Page 2

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 07/09/12 | AK DENTON | 0.50 | 125.00 |

Communicate with Soffer (financial services) and Erens regarding write offs to bill (.30); review disbursements and communicate with Gibbons (financial services) regarding same (.20).

| 07/09/12 | B B ERENS | 0.20 | 165.00 |

Emails to and from Denton and debtor counsel regarding timing of quarterly fee hearings.

| 07/10/12 | AK DENTON | 0.30 | 75.00 |

Monitor Tribune bankruptcy docket for entry of 9th and 10th interim fee period orders.

| 07/10/12 | B B ERENS | 0.30 | 247.50 |

Prepare for quarterly fee hearing.

| 07/11/12 | AK DENTON | 0.80 | 200.00 |

Review docket for entered orders regarding 9th and 10th interim fee periods (.30); download entered orders and transmit same to Erens, Tiller and Hoffmann (.30); review notice of deadline to file fee applications and transmit to Erens, Hoffmann and Tiller (.20).

| 07/11/12 | B B ERENS | 0.80 | 660.00 |

Prepare for quarterly fee hearing (.20); attend hearing regarding the same (.60).

| 07/12/12 | AK DENTON | 4.10 | 1,025.00 |

Draft, review and revise 18th monthly fee application (1.2); review and revise invoice regarding same (.30); prepare exhibits to 18th monthly fee application (.40); communicate with Soffer regarding same (.20); draft, review and revise 7th interim fee application (1.0); numerous communications with Erens, Hoffmann and Tiller regarding same (.30); communicate with Hoffmann regarding review of 18th monthly fee application and 7th interim (.20); breakdown fees for the months of March, April, May and June for client (.50).

| 07/12/12 | B B ERENS | 1.00 | 825.00 |

Review quarterly and monthly fee application updates for March through May (.70); office conferences with Tiller, Denton and Hoffmann regarding the same (.30).

| 07/12/12 | T HOFFMANN | 3.80 | 2,375.00 |

Review and revise 18th monthly and corresponding interim fee application (3.40); communicate with Erens, Tiller and Denton regarding applications (.40).

| 07/13/12 | AK DENTON | 3.10 | 775.00 |

Prepare 18th monthly fee application and exhibits for e-filing (.50); transmit same to Ratkowiak (Cole Schotz) (.30); draft and revise 7th interim fee application (1.5); communicate with Hoffmann regarding 18th monthly fee application and 7th interim fee application (.20); prepare 7th interim for e-filing (.40); communicate with Ratkowiak regarding same (.20).

| 07/13/12 | T HOFFMANN | 1.20 | 750.00 |

Finalize monthly and interim fee applications for filing (1.00); communicate with Denton regarding filing of applications (.20).

| 07/17/12 | AK DENTON | 0.20 | 50.00 |

Communicate with Martinez regarding signed fee applications and Exhibit C for latest Tribune monthly and interim fee applications.

| 07/19/12 | AK DENTON | 0.50 | 125.00 |

Draft letter to Ratkowiak enclosing original signatures pages of Jones Day 18th monthly, Exhibit C to 18th monthly and 7th interim fee applications.

| 08/08/12 | AK DENTON | 0.20 | 50.00 |

Communicate with Bunck regarding invoice for Erens' telephonic appearance on July 11 (.10); communicate with CourtCall representative regarding same (.10).

| 08/28/12 | B B ERENS | 0.50 | 412.50 |

Review fee auditor interim request regarding 4th interim fee application.

| 09/06/12 | T HOFFMANN | 1.10 | 687.50 |

Review and analyze fee auditor report (.80); communicate with Theil regarding report and resolution of open issues (.30).

| 09/11/12 | B B ERENS | 0.50 | 412.50 |

Office conference with Hoffmann regarding fee auditor review of fifth interim and responses regarding the same.

# JONES DAY

Fee Applications/Retention Preparation                                      Page 3

| | | | |
|---|---|---|---|
| 09/20/12 | AK DENTON | 0.30 | 75.00 |

Review notice of hearing regarding 11th interim fee period (.20); transmit relevant Jones Day fee applications and notice to Erens and Hoffmann (.10).

| | | | |
|---|---|---|---|
| 09/20/12 | B B ERENS | 0.30 | 247.50 |

Review fee auditor reports and status regarding interim fee applications.

| | | | |
|---|---|---|---|
| 09/24/12 | AK DENTON | 0.70 | 175.00 |

Communicate with Erens and Hoffmann regarding upcoming October fee hearing (.20); review fee auditor reports for 12th interim fee period and compare with Jones Day fee applications (.40); transmit fee auditor reports for 12th interim period to Erens and Hoffmann for their review (.10).

| | | | |
|---|---|---|---|
| 09/25/12 | AK DENTON | 0.50 | 125.00 |

Review proposed order regarding 11th interim fee hearing and compare against Jones Day fee applications (.40); communicate with Erens and Hoffmann regarding same (.10).

| | | | |
|---|---|---|---|
| 09/25/12 | B B ERENS | 0.50 | 412.50 |

Fee hearing preparation with Hoffmann (.30); review status of all outstanding fee auditor letters (.20).

| | | | |
|---|---|---|---|
| 09/25/12 | T HOFFMANN | 1.30 | 812.50 |

Review and analyze examiner's report for Jones Day's fifth interim fee application (.40); communicate with Erens regarding fee hearing (.30); communicate with fee examiner regarding report (.30); review and analyze proposed order granting fifth interim fee application (.30).

| | | | |
|---|---|---|---|
| 10/02/12 | AK DENTON | 0.20 | 50.00 |

Review docket for entered fee application order (.10); communicate with Erens and Hoffmann regarding same (.10).

| | | | |
|---|---|---|---|
| 10/02/12 | B B ERENS | 0.20 | 165.00 |

Prepare for omnibus fee hearing.

| | | | |
|---|---|---|---|
| 10/03/12 | AK DENTON | 0.20 | 50.00 |

Review entered order regarding 11th interim fee period and transmit to Erens and Hoffmann.

| | | | |
|---|---|---|---|
| 10/10/12 | AK DENTON | 1.50 | 375.00 |

Analyze interim fee application and make calculations for proper application of approved fees (1.20); communicate numerous times with Soffer (financial services) regarding same (.30).

| | | | |
|---|---|---|---|
| 10/12/12 | AK DENTON | 0.30 | 75.00 |

Communicate with Soffer and Sobolewski (financial services) regarding payment received (.10); research proper invoice numbers for application of funds (.10) and communicate again with Sobolewski regarding same (.10).

| | | | |
|---|---|---|---|
| 11/29/12 | B B ERENS | 0.50 | 412.50 |

Review fee auditor report for early 2012 fees.

| | | | |
|---|---|---|---|
| 12/03/12 | B B ERENS | 0.50 | 412.50 |

Review and revise fee auditor letter (.30); office conference with Hoffmann regarding the same (.20).

| | | | |
|---|---|---|---|
| 12/14/12 | T HOFFMANN | 1.20 | 750.00 |

Review and analyze fee auditor report for sixth interim period (.90); communicate with fee auditor regarding report and resolution of Jones Day fee application for sixth interim period (.30).

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 38.80 | USD | 17,577.50 |

# Exhibit B

# JONES DAY

Special Committee of the Board of Directors of                                    Page 1

Plan of Reorganization Matters

## DISBURSEMENT DETAIL - January 31, 2013

| Date | Timekeeper Name | Location | Amount | |
|------|----------------|----------|--------|---|
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 07/31/12 | D M HIRTZEL | NYC | 9.80 | |
| | Computerized research services - PACER SERVICE CENTER 2nd quarter 2012 | | | |
| 08/06/12 | D M HIRTZEL | NYC | 57.40 | |
| | Computerized research services - PACER SERVICE CENTER 2nd quarter 2012 | | | |
| 10/31/12 | CHI ACCOUNTING | CHI | 0.50 | |
| | Computerized research services - US COURTS AO - PACER SERVICE CENTER 7/1/12 - 9/30/12 | | | |
| | **Computerized research services Subtotal** | | | **67.70** |
| **CONFERENCE CALL CHARGES** | | | | |
| 06/25/12 | B B ERENS | CHI | 30.00 | |
| | Conference Call Charges - COURTCALL 3/30/12 | | | |
| 08/23/12 | B B ERENS | CHI | 30.00 | |
| | Conference Call Charges - COURT CALL 7/18/12 | | | |
| | **Conference Call Charges Subtotal** | | | **60.00** |
| **DUPLICATION CHARGES** | | | | |
| 07/19/12 | CHI ACCOUNTING | CHI | 6.50 | |
| | Duplication charges through 07/19/2012 | | | |
| | **Duplication charges Subtotal** | | | **6.50** |
| **IMAGING SERVICES** | | | | |
| 06/21/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS April 2012 e-direct hosting | | | |
| 06/21/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS April 2012 e-direct hosting | | | |
| 06/21/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS May 2012 e-direct hosting | | | |
| 06/21/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS May 2012 e-direct hosting | | | |
| 08/20/12 | L M MARVIN | NYC | 48.99 | |
| | Imaging services - ALPHA SYSTEMS June 2012 hosting in evidence vault | | | |
| 08/20/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS June 2012 e-direct hosting | | | |
| 08/20/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS June 2012 e-direct hosting | | | |
| 09/21/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS July 2012 e-direct hosting | | | |
| 09/21/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS July 2012 e-direct hosting | | | |
| 10/31/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS August 2012 hosting | | | |
| 10/31/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS August 2012 hosting | | | |
| 11/30/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS September 2012 e-direct hosting | | | |
| 11/30/12 | L M MARVIN | NYC | 183.29 | |
| | Imaging services - ALPHA SYSTEMS September 2012 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | **1,615.52** |

# JONES DAY

Special Committee of the Board of Directors of                                         Page 2

**LONG DISTANCE CHARGES**

| | | | | |
|---|---|---|---|---|
| 06/14/12 | B B ERENS | CHI | 1.95 | |
| | Long distance charges 17-May-2012 | | | |
| 06/14/12 | B B ERENS | CHI | 1.20 | |
| | Long distance charges 17-May-2012 | | | |
| 06/14/12 | B B ERENS | CHI | 2.85 | |
| | Long distance charges 15-May-2012 | | | |
| | **Long distance charges Subtotal** | | | **6.00** |

**UNITED PARCEL SERVICE CHARGES**

| | | | | |
|---|---|---|---|---|
| 07/19/12 | AK DENTON | CHI | 12.85 | |
| | United Parcel Services Charges, Pauline Ratkow iak, Cole Schotz Meisel Forman & Leonard, 1ZV3F4 2596712548 | | | |
| | **United Parcel Service charges Subtotal** | | | **12.85** |
| | **Total** | | **USD** | **1,768.57** |

Court Hearings

### DISBURSEMENT DETAIL - January 31, 2013

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **IMAGING SERVICES** | | | | |
| 12/19/12 | L M MARVIN | NYC | 183.30 | |
| | Imaging services - ALPHA SYSTEMS October 2012 e-direct hosting | | | |
| 12/19/12 | L M MARVIN | NYC | 77.79 | |
| | Imaging services - ALPHA SYSTEMS October 2012 e-direct hosting | | | |
| | **Imaging services Subtotal** | | | **261.09** |
| | **Total** | | **USD** | **261.09** |
| **Grand Total** | | | **USD** | **2,029.66** |

# **EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1.    I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      I have read the Nineteenth Monthly and Final Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from August 22, 2010 Through December 31, 2012 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated:  February 28, 2013

Brad B. Erens