# EXHIBIT A

**June 1, 2012 to December 31, 2012 Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 6/30/2012 | $398.70 | Administrative - Legal |
| 7/31/2012 | $906.75 | Administrative - Legal |
| 8/31/2012 | $193.50 | Administrative - Legal |
| 9/30/2012 | $1,287.45 | Administrative - Legal |
| 10/31/2012 | $237.15 | Administrative - Legal |
| 11/30/2012 | $561.15 | Administrative - Legal |
| 12/31/2012 | $763.90 | Administrative - Legal |
| **Total:** | **$4,348.60** | |