# Exhibit A

CHI-1854816v1

# JONES DAY

Project #1

Page 1

---

| | | | |
|---|---|---|---|
| 11/02/11 | K M FENTON | 0.50 | 400.00 |

Communicate with Thomas regarding termination clauses (.20); and review comments regarding purchase agreement (.30).

| | | | |
|---|---|---|---|
| 11/02/11 | R C THOMAS | 1.10 | 632.50 |

Review draft asset purchase agreement in connection with proposed transaction (.50); communicate with client regarding same (.40); communicate with Fenton regarding termination clauses (.20).

| | | | |
|---|---|---|---|
| 11/03/11 | K M FENTON | 0.50 | 400.00 |

Conference call with client regarding antitrust analysis and merger review.

| | | | |
|---|---|---|---|
| 11/03/11 | R C THOMAS | 0.80 | 460.00 |

Prepare for (.30) and participate in (.50) teleconference with client regarding proposed transaction.

| | | | |
|---|---|---|---|
| 11/07/11 | R C THOMAS | 0.30 | 172.50 |

Communicate with client regarding due diligence in connection with proposed transaction.

| | | | |
|---|---|---|---|
| 11/09/11 | R C THOMAS | 0.20 | 115.00 |

Communicate with client regarding due diligence in connection with proposed transaction.

| | | | |
|---|---|---|---|
| 11/10/11 | R C THOMAS | 0.60 | 345.00 |

Communicate with client regarding due diligence in connection with proposed transaction (.20); review documents in data room regarding same (.40).

| | | | |
|---|---|---|---|
| 11/13/11 | R C THOMAS | 0.20 | 115.00 |

Review correspondence from client regarding expected efficiencies from proposed transaction.

| | | | |
|---|---|---|---|
| 11/14/11 | K M FENTON | 0.50 | 400.00 |

Review draft of synergies analysis for proposed transaction.

| | | | |
|---|---|---|---|
| 11/14/11 | R C THOMAS | 0.80 | 460.00 |

Review correspondence from client regarding expected efficiencies from proposed transaction (.40) and review documents in data room (.30); communicate with client regarding same (.10).

| | | | |
|---|---|---|---|
| 11/15/11 | K M FENTON | 0.50 | 400.00 |

Review draft offer letter and exhibits.

| | | | |
|---|---|---|---|
| 11/15/11 | R C THOMAS | 0.30 | 172.50 |

Review documents in data room (.20) and communicate with client regarding same (.10).

| | | | |
|---|---|---|---|
| 11/21/11 | R C THOMAS | 0.80 | 460.00 |

Review documents in data room and proposed due diligence request (.40) and communicate with client regarding same (.40).

| | | | |
|---|---|---|---|
| 11/23/11 | K M FENTON | 0.30 | 240.00 |

Review letter of intent.

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | 7.40 | USD | 4,772.50 |

# JONES DAY

Fee Application Matters                                                                                                      Page 1

---

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 10/10/11 | B B ERENS | 0.30 | 240.00 |

Review antitrust fee applications.

| 11/01/11 | AK DENTON | 0.30 | 75.00 |

Communicate with Thomas regarding September 2011 bill (.10); communicate with Nelson (financial services) regarding finalizing bill (.10); review and revise September 2011 fee application (.10).

| 11/02/11 | AK DENTON | 0.70 | 175.00 |

Review and revise fee application (.20); communicate with Thomas regarding September bill (.10); prepare documents (.30) and transmit to Tiller for review (.10).

| 11/04/11 | AK DENTON | 0.30 | 75.00 |

Review and revise October bill (.20); communicate with Erens regarding same (.10).

| 11/14/11 | AK DENTON | 0.20 | 50.00 |

Review and revise October bill and transmit to Nelson (financial services).

| 11/15/11 | AK DENTON | 0.90 | 225.00 |

Communicate with Thomas regarding fee application hearings (.20); transmit notice of hearing on 6th interim fee period to Thomas (.10); review and revise October 2011 bill and transmit to Thomas for his review (.60).

| 11/28/11 | AK DENTON | 0.40 | 100.00 |

Communicate with Proger and Thomas regarding October bill (.20); communicate with Hyson (financial services) regarding revisions to same (.20).

| 11/29/11 | AK DENTON | 0.30 | 75.00 |

Review October bill (.10); and transmit to Thomas for client approval (.20).

| 12/01/11 | AK DENTON | 0.40 | 100.00 |

Review October fee application (.10); prepare for client review (.20); communicate with Thomas regarding same (.10).

| 12/05/11 | AK DENTON | 0.40 | 100.00 |

Review omnibus order regarding sixth interim fee application period (.10); review fee applications and fee auditor reports to determine amount of Jones Day fees (.20); communicate with Tiller regarding same (.10).

| 12/06/11 | AK DENTON | 0.90 | 225.00 |

Communicate with Thomas regarding client's review of October bill (.10); review and revise fee application (.40); review and revise exhibits to fee application (.30); transmit all to Tiller for review (.10).

| 12/07/11 | J M TILLER | 1.50 | 825.00 |

Review 13th antitrust application (1.40); communicate with Denton regarding same (.10).

| 12/12/11 | AK DENTON | 0.20 | 50.00 |

Review and circulate entered order regarding compensation.

| 12/19/11 | AK DENTON | 0.50 | 125.00 |

Review and revise September and October fee application (.10); prepare exhibits regarding same (.30); communicate with Proger regarding same (.10).

| 12/20/11 | AK DENTON | 0.40 | 100.00 |

Review September and October 2011 fee application and exhibits (.10); transmit to Ratkowiak (Cole Schotz) for e-filing (.10); update electronic files regarding same (.10); transmit electronic filed copy and LEDES file to fee auditor (.10).

| 12/21/11 | AK DENTON | 0.50 | 125.00 |

Review Sept-Oct 2011 fee application and exhibits (as filed) (.20); draft e-mail and transmit to fee auditor for their review (.10); transmit order allowing fees to Thomas (.20).

| 01/11/12 | AK DENTON | 1.00 | 250.00 |

Draft and revise ninth interim fee application (.80); communicate with Tiller regarding same (.20).

| 01/12/12 | AK DENTON | 0.50 | 125.00 |

Communicate with Tiller regarding printing project (.20); communicate with Proger, Thomas and Fenton regarding same (.10); communicate with Erens regarding ninth interim fee application (.20).

# JONES DAY

Fee Application Matters                                                                 Page 2

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 01/12/12 | J M TILLER | 1.20 | 660.00 |

Review and edit 9th interim fee application (.80); communicate with Denton regarding same (.20); communicate with Proger, Thomas and Fenton regarding time entries (.20)

| 01/13/12 | AK DENTON | 0.60 | 150.00 |
|---|---|---|---|

Communicate with Ratkowiak (Cole Schotz) regarding interim fee application (.20); communicate with Tiller and Erens regarding same (.10); review and revise ninth interim fee application (.20); communicate with Ratkowiak regarding e-filing same (.10).

| 02/01/12 | AK DENTON | 0.30 | 75.00 |
|---|---|---|---|

Review fee auditor's report regarding the fifth interim fee application (.20); communicate with Tiller, Thomas and Erens regarding same (.10).

| 02/01/12 | J M TILLER | 0.80 | 440.00 |
|---|---|---|---|

Review fee report from fee auditor (.60); communicate with Erens, Proger and Thomas regarding same (.20).

| 02/08/12 | AK DENTON | 0.30 | 75.00 |
|---|---|---|---|

Review January 2012 time for possible fee application filing.

| 03/28/12 | AK DENTON | 0.20 | 50.00 |
|---|---|---|---|

Review notice of hearing regarding 9th and 10th interim fee applications (.10); transmit to and communicate with Tiller, Erens and Hoffmann regarding same (.10).

| 04/09/12 | AK DENTON | 1.00 | 250.00 |
|---|---|---|---|

Review and revise December 2011, January, February and March 2012 bill (.80); communicate with Hyson (financial services) regarding same (.20).

| 04/10/12 | AK DENTON | 1.00 | 250.00 |
|---|---|---|---|

Review and revise December 2011 through March 31 draft bill (.60); communicate with Thomas via e-mail (.30); and Erens (.10) regarding same.

| 04/11/12 | AK DENTON | 0.30 | 75.00 |
|---|---|---|---|

Review and revise fee application in accordance with Thomas' edits and communicate with Hyson (financial services) regarding same.

| 06/06/12 | B B ERENS | 0.20 | 165.00 |
|---|---|---|---|

Telephone calls with Fenton regarding new antitrust matters and status of bankruptcy case.

| 06/08/12 | B B ERENS | 1.00 | 825.00 |
|---|---|---|---|

Supplemental disclosure regarding antitrust representation and emails regarding same.

| 06/25/12 | AK DENTON | 1.00 | 250.00 |
|---|---|---|---|

Research sixth and seventh interim fee applications and fee auditors reports regarding same (.50); draft chart regarding fee and disbursement details of same (.30); communicate with Hoffmann regarding same (.20).

| 06/26/12 | AK DENTON | 0.50 | 125.00 |
|---|---|---|---|

Revise chart regarding fee applications and fee auditors reports (.40); communicate with Hoffmann regarding same (.10).

| 07/12/12 | AK DENTON | 0.50 | 125.00 |
|---|---|---|---|

Communicate with Hyson (financial services) regarding latest invoice for antitrust matter (.10); review invoice (.20); communicate with Erens and Tiller regarding same (.20).

| 08/03/12 | B B ERENS | 0.30 | 247.50 |
|---|---|---|---|

Review antitrust fee application.

| 08/16/12 | J M TILLER | 1.00 | 550.00 |
|---|---|---|---|

Draft response to fee examiner letter with respect to Antitrust Eighth Interim Fee Application.

| 10/05/12 | B B ERENS | 0.20 | 165.00 |
|---|---|---|---|

Review updated antitrust fee application.

| 10/05/12 | J M TILLER | 1.50 | 825.00 |
|---|---|---|---|

Review correspondence regarding ninth interim application (.70); draft response regarding same (.80)

| 10/09/12 | J M TILLER | 0.50 | 275.00 |
|---|---|---|---|

Prepare antitrust fee response and send to fee examiner (.40); communicate with Erens regarding same (.10)

## JONES DAY

Fee Application Matters

Page 3

| | | | |
|---|---|---|---|
| 11/02/12 | J M TILLER | 0.30 | 165.00 |
| | Review proposed fee order (.20); communicate with Ratkowiak regarding same (.10) | | |
| **TOTAL** | | 22.40    USD | 8,782.50 |

# JONES DAY

Project #2

Page 1

| | | | |
|---|---|---|---|
| 02/01/12 | K M FENTON | 0.50 | 412.50 |
| | Review background materials for call with client regarding potential transaction. | | |
| 02/03/12 | K M FENTON | 1.00 | 825.00 |
| | Conference call with client regarding potential data supply issues for potential transaction. | | |
| 02/22/12 | K M FENTON | 0.30 | 247.50 |
| | Communicate with client regarding potential transaction. | | |
| 06/07/12 | K M FENTON | 0.50 | 412.50 |
| | Conference call with client regarding potential transaction. | | |
| 06/08/12 | K M FENTON | 0.50 | 412.50 |
| | Review background materials on potential transaction. | | |
| 06/14/12 | K M FENTON | 1.30 | 1,072.50 |
| | Discussion with client regarding potential transaction background for antitrust analysis. | | |
| 06/27/12 | K M FENTON | 0.30 | 247.50 |
| | Discussion with client regarding potential transaction document. | | |
| 09/17/12 | K M FENTON | 0.30 | 247.50 |
| | Review third party confidentiality notices regarding production of Tribune documents (.20); and discussion regarding same (.10). | | |
| 09/18/12 | K M FENTON | 0.30 | 247.50 |
| | Discussions with third party counsel regarding notice letter concerning possible production of Tribune documents. | | |
| 10/30/12 | K M FENTON | 0.50 | 412.50 |
| | Discussion with client regarding proposed transaction. | | |
| 10/31/12 | K M FENTON | 1.00 | 825.00 |
| | Review background materials regarding proposed transaction. | | |
| 11/01/12 | K M FENTON | 1.00 | 825.00 |
| | Review additional background materials on proposed transaction. | | |
| **TOTAL** | | 7.50    USD | 6,187.50 |

# JONES DAY

Project #3                                                                                          Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 07/02/12 | K M FENTON | 0.30 | 247.50 |

Discussion with client regarding third party confidentiality notice (.20); and telephone conference with third party attorney (.10).

| 07/05/12 | K M FENTON | 0.50 | 412.50 |

Discussion with third party's attorney regarding production of Tribune Media Service documents.

| 08/10/12 | K M FENTON | 2.50 | 2,062.50 |

Review third party letter regarding programming negotiations (.30); research regarding programming tying claims (.70); conference call with client regarding legal analysis and possible responses (.30); discussions with client and Sennett (.60); draft talking point for response (.60).

| 08/11/12 | K M FENTON | 1.50 | 1,237.50 |

Draft and revise response to third party regarding tying claim (1.00); and discussions regarding same (.50).

| 08/12/12 | K M FENTON | 1.00 | 825.00 |

Revise draft response to third party (.70); and discussions regarding same (.30).

| 08/13/12 | K M FENTON | 1.50 | 1,237.50 |

Revise draft reply to third party (.80); review additional comments (.40); and discussions regarding same (.30).

| 08/14/12 | K M FENTON | 1.50 | 1,237.50 |

Revise third party letter (.70); review comments (.40); and discussions regarding same (.40).

| 08/17/12 | K M FENTON | 1.50 | 1,237.50 |

Review and comment on draft media response (.80); prepare talking points on tying claims (.70).

| 08/18/12 | K M FENTON | 0.30 | 247.50 |

Review news stories and additional correspondence regarding tying claims.

| 08/20/12 | K M FENTON | 0.30 | 247.50 |

Discussion with Sennett regarding litigation (.20); review draft of litigation response (.10).

| 08/21/12 | K M FENTON | 0.50 | 412.50 |

Discussion with Sennett regarding third party negotiations (.20); review proposed term sheet (.30).

| 08/24/12 | K M FENTON | 0.50 | 412.50 |

Discussion with client and Sennett regarding status of negotiations (.30); review correspondence regarding latest third party offer (.20).

| 08/30/12 | K M FENTON | 0.30 | 247.50 |

Discussion with Sennett regarding current status of third party discussions.

| 10/05/12 | K M FENTON | 0.30 | 247.50 |

Review and comment on draft press statement regarding tying claims.

**TOTAL**                                                                     12.50          USD          10,312.50

# **Exhibit B**

# JONES DAY

<u>Tribune Company                                                                                                       Page 1</u>

### Project #1

### DISBURSEMENT DETAIL - December 31, 2012

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **LONG DISTANCE CHARGES** | | | | |
| 11/10/11 | WAS ACCOUNTING | WAS | 1.50 | |
| | Long distance charges through 11/10/2011 | | | |
| 11/23/11 | WAS ACCOUNTING | WAS | 2.70 | |
| | Long distance charges through 11/23/2011 | | | |
| 11/23/11 | K M FENTON | WAS | 5.25 | |
| | Long distance charges 28-Oct-2011 | | | |
| 11/23/11 | K M FENTON | WAS | 4.05 | |
| | Long distance charges 03-Nov-2011 | | | |
| | **Long distance charges Subtotal** | | | 13.50 |
| **Total** | | | USD | 13.50 |

### Project #2

### DISBURSEMENT DETAIL - December 31, 2012

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **LONG DISTANCE CHARGES** | | | | |
| 02/16/12 | K M FENTON | WAS | 9.00 | |
| | Long distance charges 03-Feb-2012 | | | |
| 03/15/12 | K M FENTON | WAS | 1.05 | |
| | Long distance charges 22-Feb-2012 | | | |
| 06/14/12 | K M FENTON | WAS | 3.60 | |
| | Long distance charges 07-Jun-2012 | | | |
| 07/05/12 | K M FENTON | WAS | 9.75 | |
| | Long distance charges 4-Jun-2012 | | | |
| | **Long distance charges Subtotal** | | | 23.40 |
| **Total** | | | USD | 23.40 |

### Project #3

### DISBURSEMENT DETAIL - December 31, 2012

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **CONFERENCE CHARGES** | | | | |
| 10/18/12 | K M FENTON | WAS | 13.05 | |
| | Conference charges 10-Aug-2012 | | | |
| | **Conference Charges Subtotal** | | | 13.05 |
| **Total** | | | USD | 13.05 |
| **Grand Total** | | | USD | 49.95 |

# **EXHIBIT C**

CHI-1809697v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF BRAD B. ERENS

Brad B. Erens, under penalty of perjury, certifies as follows:

1. I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[2] regarding the contents of applications for compensation and expenses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1809697v1

2.  I have read the Fourteenth Monthly and Final Fee Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from December 8, 2008 through December 31, 2012 (the "Application").

3.  A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: February 28, 2013

_____
Brad B. Erens

CHI-1809697v1