IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Reorganized Debtors. : | Jointly Administered |
| : | **Related to Docket No. 13257** |

## NOTICE OF WITHDRAWAL REGARDING DOCKET NUMBER 13257

**PLEASE TAKE NOTICE** that Davis Wright Tremaine LLP hereby withdraws, without prejudice, the Twenty-Seventh Monthly and Final Application of Davis Wright Tremaine LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Reorganized Debtors for Certain Litigation Matters for the Period December 1, 2012 through December 31, 2012 and the Final Period from September 1, 2010 through December 31, 2012 [Docket No. 13257], filed March 1, 2013.

Dated: March 1, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS