# Exhibit A


**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax   www.zuckerman.com

January 30, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:287667
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2012.

| | | |
|---|---|---|
| By James Sottile<br>10.50 hours at $790.00 per hour | $ | 8,295.00 |
| By Andrew N. Goldfarb<br>74.20 hours at $640.00 per hour | $ | 47,488.00 |
| By P. Andrew Torrez<br>1.30 hours at $610.00 per hour | $ | 793.00 |
| By Andrew Caridas<br>5.60 hours at $375.00 per hour | $ | 2,100.00 |
| By Benjamin L. Krein<br>6.00 hours at $430.00 per hour | $ | 2,580.00 |
| By Lisa Gehlbach<br>6.00 hours at $280.00 per hour | $ | 1,680.00 |
| By Patrick Schmidt<br>9.50 hours at $270.00 per hour | $ | 2,565.00 |
| By Tareq Nascher<br>1.50 hours at $190.00 per hour | $ | 285.00 |

| | | |
|---|---|---|
| TOTAL FEES | $ | 65,786.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 65,786.00 |

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 12/03/12 | 0.40 | Review status of tolling agreements on preference claims. |
| 12/03/12 | 0.50 | Analyze issues re classification of preference claims as Ordinary Litigation Claims. |
| 12/05/12 | 0.40 | Calls with K. Lantry (Sidley) re issues on Ordinary Litigation Claims. |
| 12/05/12 | 0.70 | Participate in telephonic meeting of Creditors Committee. |
| 12/05/12 | 0.50 | Analyze documents re classification of certain claims as Ordinary Litigation Claims. |
| 12/06/12 | 0.20 | Call with D. Zensky (Akin) re MDL shareholder settlements. |
| 12/06/12 | 0.20 | Call with J. Bendernagel (Sidley) re MDL litigation. |
| 12/06/12 | 0.20 | Call with A. Goldfarb re issues on Fourth Amended Complaint. |
| 12/06/12 | 0.50 | Review additional documents relevant to classification of Ordinary Litigation Claims and analyze issues re classification of particular claims. |
| 12/10/12 | 0.40 | Analyze issues re service of Fourth Amended Complaint. |
| 12/11/12 | 0.30 | Calls with J. Bendernagel (Sidley) and J. Teitelbaum (Teitelbaum & Baskin) re tax withholding on distributions. |
| 12/11/12 | 0.10 | Call with K. Lantry (Sidley) re issues on Ordinary Litigation Claims. |
| 12/12/12 | 0.30 | Calls with D. Zensky (Akin) re releases concerning 2006 bank debt. |
| 12/12/12 | 0.40 | Review draft motion by Debtors concerning Ordinary Litigation Claims. |
| 12/12/12 | 0.20 | Call with K. Lantry (Sidley) re draft motion concerning Ordinary Litigation Claims. |
| 12/13/12 | 0.50 | Analyze issues re releases of claims relating to 2006 bank debt. |
| 12/14/12 | 0.40 | Review/analyze communications from shareholder defendants re requested dismissal from FitzSimons action. |

| | | |
|---|---|---|
| 12/17/12 | 0.40 | Further review/analysis of requests from shareholder defendants for dismissal on various grounds. |
| 12/17/12 | 0.30 | Call with J. Bendernagel (Sidley) re Litigation Trust and MDL issues. |
| 12/18/12 | 1.00 | Call with M. Kirschner (Trustee) and M. Waldman (Robbins Russell) re transfer of files and other issues related to transition of claims to Litigation Trust. |
| 12/18/12 | 0.30 | Call with J. Teitelbaum (Teitelbaum & Baskin) re MDL litigation. |
| 12/18/12 | 0.20 | Call with J. Bendernagel (Sidley) re issues on MDL litigation. |
| 12/19/12 | 0.20 | Call with K. Lantry (Sidley) re Ordinary Litigation Claims issues. |
| 12/20/12 | 0.20 | E-mail correspondence with Litigation Trustee counsel re amending complaint. |
| 12/21/12 | 0.20 | Review schedule of non-settling Step Two Lenders and consider how to transfer claims to MDL. |
| 12/21/12 | 0.20 | Call with M. Kirschner re transition of claims to Litigation Trust. |
| 12/21/12 | 0.40 | Review/analyze claims from lender action not resolved by Plan and transition to Litigation Trust. |
| 12/21/12 | 0.50 | Review/analyze status of service of FitzSimons complaint and outstanding issues with various shareholder defendants in preparation for transition to Litigation Trustee. |
| 12/27/12 | 0.20 | E-mail correspondence with Relativity (database vendor), Robbins Russell (Litigation Trustee counsel) and K. Zafran (Chadbourne) re review of document tags in database. |
| 12/28/12 | 0.20 | E-mail correspondence with R. Lack (Friedman Kaplan) and A. Goldfarb re preference claims and service issues. |

**P. Andrew Torrez**

| | | |
|---|---|---|
| 12/06/12 | 0.20 | Review of memorandum regards: Effective Date timing issues. |
| 12/17/12 | 0.50 | Review of orders (a) denying request for expedited oral argument, (b) consolidating multiple appeals, and (c) granting leave to exceed page limits. |
| 12/17/12 | 0.10 | Review of order approving committee's motion for modification to protective order. |

| | | |
|---|---|---|
| 12/28/12 | 0.50 | Review of memo re: Debtors' motion for order of substitution and proposed motion. |

**Andrew N. Goldfarb**

| | | |
|---|---|---|
| 12/03/12 | 0.70 | Research and locate information on preference actions for J. Sottile and M. DiStefano (C&P). |
| 12/03/12 | 0.30 | Email to S. McCullough (Kobre) re Singapore defendants' potential settlement of MDL claims. |
| 12/03/12 | 0.10 | Call with D. Schwartz (F&J) re McCutcheon Trust settlement of MDL claims. |
| 12/03/12 | 0.30 | Confer with B. Krein re McCutcheon Trust settlement issues, research same. |
| 12/03/12 | 0.10 | Email D. Schwartz (F&J) re McCutcheon Trust LBO transfer amounts. |
| 12/03/12 | 0.20 | Conference calls with J. Pauley's clerk re filing of corrected 4th Amended Complaint. |
| 12/03/12 | 0.10 | Calls to SDNY clerk's office re corrected 4th Amended Complaint. |
| 12/03/12 | 0.30 | Revise memorandum to Committee re MDL settlement update. |
| 12/03/12 | 0.10 | Email to M. Hurley (Akin) re contact with S. McCulloch (Kobre) re Singapore parties and settlement. |
| 12/03/12 | 0.10 | Email with T. Pettit (counsel to Case Trust) re MDL settlement execution. |
| 12/03/12 | 0.10 | Email to R. Mandler (L-3 Communications) re status of possible MDL settlement. |
| 12/03/12 | 1.10 | Research, prepare and send settlement agreements to M. Quashnock (counsel to CCCERA and LACERA). |
| 12/03/12 | 0.20 | Email C&P and LRC re draft memorandum to Committee about settlements. |
| 12/04/12 | 0.10 | Call with N. Roch (FitzSimons defendant) re case status. |
| 12/04/12 | 0.50 | Call with J. Green (LRC) re various FitzSimons defendants, voluntary dismissals, and the Fourth Amended Complaint. |
| 12/04/12 | 0.10 | Call with SDNY clerk to coordinate resolution of problems with posting of Fourth Amended Complaint. |
| 12/04/12 | 0.10 | Fix problems with Fourth Amended Complaint, email to SDNY clerk. |

| 12/04/12 | 0.10 | Call with S. Phillips (J. Pauley clerk) re 4th Amended Complaint filing. |
|----------|------|--------------------------------------------------------------------------|
| 12/04/12 | 0.20 | Call with D. Litvak (Weil) re status of FitzSimons and 50K threshold. |
| 12/04/12 | 0.50 | Revise memorandum to Committee re update on settlements. |
| 12/04/12 | 0.20 | Email memorandum for Intralinks posting with cover note. |
| 12/04/12 | 0.30 | Review and send executed settlements to KCC for processing. |
| 12/04/12 | 0.10 | Call with N. Matlins re MDL settlement. |
| 12/04/12 | 0.80 | Revise and draft McCutcheon Lewis Trust settlement agreement. |
| 12/04/12 | 0.10 | Email D. Schwartz (F&J) re revised McCutcheon Lewis Trust agreement. |
| 12/04/12 | 0.10 | Email to J. Goldsmith (Akin) re status of LACERA in connection with potential MDL settlement. |
| 12/04/12 | 0.50 | Revise MDL settlements with LACERA and CCCERA. |
| 12/04/12 | 0.20 | Emails with M. Quashnock, counsel to LACERA and CCCERA, about MDL settlements. |
| 12/05/12 | 0.20 | Email with B. Ensing (counsel for the Adams Living Trust) re MDL settlement. |
| 12/05/12 | 0.30 | Email response to M. Miller (DPW) re service on JPM parties. |
| 12/05/12 | 0.20 | Call with C. Rashid (FitzSimons defendant) re status of case and service. |
| 12/05/12 | 0.20 | Research C. Rashid LBO transfers. |
| 12/05/12 | 0.10 | Email C. Rashid re LBO transfer records in FitzSimons. |
| 12/05/12 | 0.20 | Call with S. McCulloch (Kobre) re MFN language in potential MDL settlement for Singapore client. |
| 12/05/12 | 0.30 | Email to MDL plaintiffs' counsel re call and email from S. McCulloch (Kobre) re Singapore clients and potential settlement. |
| 12/05/12 | 0.10 | Call with counsel for FitzSimons defendant (unidentified) re status of litigation and 4th Amended Complaint. |
| 12/05/12 | 0.20 | Email J. Green (LRC) re review of Exhibit A to 4th Amended Complaint and pending issues. |

| 12/05/12 | 0.40 | Email to J. Sottile re status of 4th Amended Complaint follow-up. |
| 12/05/12 | 0.10 | Review letter forwarded by J. Sottile from K. Harris, counsel to certain FitzSimons defendants. |
| 12/05/12 | 0.10 | Email response to J. Green (LRC) and J. Sottile re J. Sottile's question about status of service of 4th Amended Complaint. |
| 12/05/12 | 0.10 | Review and respond to material received from J. Lauderdale (counsel to FitzSimons defendant). |
| 12/05/12 | 0.20 | Review Alix Partners' memorandum re Tribune emergence date, posted to Intralinks. |
| 12/05/12 | 0.20 | Email response to letter from M. D'Agostino to J. Sottile about status of several client parties in FitzSimons. |
| 12/06/12 | 0.20 | Review and send executed settlements to KCC for processing. |
| 12/06/12 | 0.10 | Email to J. Bendernagel (Sidley) re blackline of 4th Amended Complaint and service issues. |
| 12/06/12 | 0.10 | Review blackline of 4th Amended Complaint. |
| 12/06/12 | 0.20 | Confer with J. Sottile re 4th Amended Complaint service and Exhibit A. |
| 12/06/12 | 0.50 | Call with J. Green and J. Drobish (LRC) re Exhibit A issues and projects. |
| 12/06/12 | 0.20 | Respond to J. Green (LRC) email re FitzSimons defendant listed on Ex. A and dismissed party list. |
| 12/06/12 | 0.20 | Review J. Drobish (LRC) email summarizing changes to Ex. A spreadsheets. |
| 12/06/12 | 0.10 | Email to C. Rashid, FitzSimons defendant, re status and trading records. |
| 12/06/12 | 0.20 | Send email to D. Zensky (Akin) and other MDL plaintiffs' counsel updating on status of settlements. |
| 12/06/12 | 0.10 | Locate and send requested FitzSimons documents to B. Wittman (Alvarez). |
| 12/06/12 | 0.20 | Call with D. Rath (LRC) re status of MDL and potential settlement filings. |
| 12/06/12 | 0.10 | Email to D. D'Attomo (counsel to settling defendant) re status and logistics of settlement execution. |
| 12/06/12 | 0.50 | Review and analyze revised 4th Amended Ex. A spreadsheet of FitzSimons defendants. |

| 12/07/12 | 0.20 | Call with J. Green (LRC) re FitzSimons service and Exhibit A. |
| 12/07/12 | 0.20 | Emails with G. Aizenberg (Greenberg) re Hultquist Trust defendant in FitzSimons. |
| 12/07/12 | 0.20 | Call with D. Meloro (Greenberg) re HBK Investments' status in FitzSimons, including research same. |
| 12/07/12 | 0.10 | Research NTCA status in FitzSimons. |
| 12/07/12 | 0.10 | Call with Groom firm (counsel to NTCA) re status in FitzSimons. |
| 12/07/12 | 0.20 | Call with D. D'Attomo re Gifford Trust potential settlement. |
| 12/07/12 | 0.20 | Confer with J. Sottile re Exhibit A and service issues. |
| 12/07/12 | 0.30 | Call with D. Rath (LRC) re FitzSimons service and Exhibit A issues. |
| 12/07/12 | 0.70 | Review various spreadsheets from J. Drobish re FitzSimons Ex. A defendants and proceeds amounts. |
| 12/07/12 | 0.40 | Email to J. Green and J. Drobish (LRC) re spreadsheets on Ex. A defendants and proceeds amounts. |
| 12/07/12 | 0.20 | Research Alerion status as FitzSimons defendant. |
| 12/07/12 | 0.10 | Email D. Wasserman (counsel to Alerion) responding to email about status in FitzSimons. |
| 12/07/12 | 0.20 | Email J. Goldsmith (Akin) re Alerion and IMF defendants' status in MDL. |
| 12/07/12 | 0.10 | Email J. Levitin (Cahill) re extending tolling agreement. |
| 12/07/12 | 0.20 | Email and call with J. Margolin (Hughes Hubbard) re extending tolling period with PwC. |
| 12/07/12 | 0.30 | Conduct email negotiations with B. Cornish (Dilworth) re Glenn Family Trust. |
| 12/07/12 | 0.20 | Email to MDL Plaintiffs' counsel re counteroffer from Glenn Family Trust. |
| 12/07/12 | 0.10 | Email to S. McCulloch (Kobre) re status of settlement negotiations for Monetary Authority of Singapore. |
| 12/07/12 | 0.10 | Email J. Bendernagel (Sidley) re service issue with 4th Amended Complaint. |
| 12/07/12 | 0.20 | Review, revise, and send requested Ex. A spreadsheet to Debtors. |

| 12/07/12 | 0.10 | Call with L. Shank, counsel to Vaughan defendants in FitzSimons, re status in case and proceeds. |
| 12/07/12 | 0.10 | Call to J. Beccarella (Merrill Lynch) re unnamed client listed on Ex. A in FitzSimons. |
| 12/07/12 | 0.10 | Call with J. Close (Crow Realty) re status as defendant in FitzSimons. |
| 12/07/12 | 0.30 | Research D.E. Shaw and Fidelity entities' status in FitzSimons. |
| 12/07/12 | 0.20 | Call with E. Virga (Milbank) re D.E. Shaw and Fidelity and State Street parties. |
| 12/07/12 | 0.10 | Call J. Green (LRC) re Fidelity responses and objections. |
| 12/09/12 | 0.10 | Review and respond to edits from J. Thoman (counsel to W. Clarkson) re potential MDL settlement. |
| 12/10/12 | 0.20 | Call with J. Thoman (Clarkson counsel) re MDL settlement negotiation and agreement. |
| 12/10/12 | 0.20 | Call with J. Beccarella (Merrill Lynch) re Mahar Trust status in MDL. |
| 12/10/12 | 0.70 | Call with E. Virga (Milbank) re Fidelity parties, D.E. Shaw, and BMO re status in FitzSimons. |
| 12/10/12 | 0.20 | Prepare for call with E. Virga (Milbank) re numerous FitzSimons defendants. |
| 12/10/12 | 0.20 | Call with B. Ahlmann (FitzSimons defendant) re status as defendant in case. |
| 12/10/12 | 0.10 | Call with J. McGurk (counsel to DeGeorge Trust) re MDL settlement status and next steps. |
| 12/10/12 | 0.10 | Call R. Kessler (counsel to Arbaway Investments) re status in FitzSimons. |
| 12/10/12 | 0.50 | Research four Bingham-represented parties in FitzSimons to respond to letter from counsel re status. |
| 12/10/12 | 0.10 | Email response to M. D'Agostino (Bingham) re 4 FitzSimons defendants. |
| 12/10/12 | 0.10 | Review order granting Committee's supplemental motion for relief from orders to comply with Litigation Trust agreement. |
| 12/10/12 | 0.10 | Respond to J. Sottile email re omnibus hearing agenda. |
| 12/10/12 | 0.20 | Email to J. Green (LRC) re Fidelity parties' status in FitzSimons. |

| | | |
|---|---|---|
| 12/10/12 | 0.10 | Review affidavit from Fidelity representative re Fidelity Rutland and Select Portfolios' LBO amounts. |
| 12/10/12 | 0.10 | Email Noteholders' counsel (Akin and Friedman Kaplan) and J. Green (LRC) re potential dismissal from FitzSimons of certain Fidelity parties. |
| 12/10/12 | 0.20 | Prepare and email to counsel draft 4th amended tolling agreement with Cahill Gordon. |
| 12/10/12 | 0.20 | Prepare and email to J. Margolin (Hughes Hubbard) draft 4th amended tolling agreement with PwC. |
| 12/10/12 | 0.10 | Email to R. Cobb (LRC) re tolling agreement expiration question. |
| 12/11/12 | 0.30 | Call with B. Levavy (counsel to Consumers Finance) re 4th Amended Complaint. |
| 12/11/12 | 0.10 | Call with G. MacDonald (Teitelbaum) re parties added to 4th Amended Complaint. |
| 12/11/12 | 0.20 | Review spreadsheets of FitzSimons defendants. |
| 12/11/12 | 0.20 | Email to R. Wasserman (Venable) re Hartz defendant's status in FitzSimons. |
| 12/11/12 | 0.10 | Call with J. Goldsmith (Akin) re party dismissals and 546(e) drafting. |
| 12/11/12 | 0.10 | Call with D. D'Attomo re indemnification issue with MDL settlement. |
| 12/11/12 | 0.20 | Email to MDL plaintiffs' counsel re pending settlement issues with Monetary Authority of Singapore. |
| 12/11/12 | 0.10 | Call to J. Sunheimer (counsel to LBI) re 4th Amended Complaint. |
| 12/11/12 | 0.30 | Call to Reuben Cornejo (FitzSimons defendant) re status of case. |
| 12/11/12 | 0.20 | Respond to G. Aizenberg (Greenberg Traurig) email about Hultquist party. |
| 12/11/12 | 0.80 | Review and analyze FitzSimons spreadsheets for possible corrections to Ex. A. |
| 12/11/12 | 0.10 | Review status of Susquehanna defendants in FitzSimons in response to J. Sottile email. |
| 12/11/12 | 0.10 | Email to S. Duffy (Drinker Biddle) re Susquehanna parties. |
| 12/11/12 | 0.10 | Review and email requested materials to G. MacDonald (Teitelbaum). |

| | | |
|---|---|---|
| 12/11/12 | 0.20 | Emails to S. McCulloch (Kobre) re MAS and GIC of Singapore parties and settlement issues. |
| 12/11/12 | 0.10 | Email with K. Lantry (Sidley) re preference action question. |
| 12/11/12 | 0.20 | Call with R. Cobb (LRC) re tolling agreements and post-Effective Date issues. |
| 12/11/12 | 0.10 | Email to J. Margolin (Hughes Hubbard) re PwC preference action. |
| 12/11/12 | 0.20 | Email J. Green (LRC) re strategy of how to compile updated proceeds amounts for FitzSimons defendants listed in 4th Amended Complaints. |
| 12/11/12 | 0.10 | Email J. Drobish (LRC) re review and analysis of updated proceeds amounts. |
| 12/12/12 | 0.30 | Prepare and send MDL settlement agreement to Bon Secours Health Systems. |
| 12/12/12 | 0.20 | Revise and send MDL settlement agreement to B. Ensing (counsel to Adams Family Trust). |
| 12/12/12 | 0.20 | Call with B. Ensing (counsel to Adams Trust) re MDL settlement with Adams Family Trust. |
| 12/12/12 | 0.10 | Review executed MDL agreement from C. Case Trust. |
| 12/12/12 | 0.10 | Respond to G. MacDonald (Teitelbaum) email about LBO proceeds amounts for defendants added to FitzSimons Fourth Amended Complaint. |
| 12/12/12 | 0.10 | Review and respond to J. Green (LRC) email re "DK" entity in FitzSimons. |
| 12/12/12 | 0.20 | Research and respond to J. Sottile questions about Zell Rule 11 motion. |
| 12/12/12 | 0.20 | Review and update tracking sheet for MDL settlements. |
| 12/12/12 | 0.10 | Email to C. Genaitis (counsel to Rhumbline defendants) re MDL settlement status. |
| 12/12/12 | 0.10 | Emails with D. Zensky and J. Goldsmith re MDL settlement amounts summarized. |
| 12/12/12 | 0.20 | Confer with L. Gehlbach re spreadsheet review project. |
| 12/13/12 | 0.20 | Call with J. Green (LRC) re Ex. A to 4th Amended Complaint. |
| 12/13/12 | 0.20 | Call with S. McCulloch (Kobre) re GIC and MAS potential MDL settlements. |

| 12/13/12 | 0.10 | Call with G. MacDonald (Teitelbaum) re parties added to FitzSimons 4th Amended Complaint. |
| 12/13/12 | 0.10 | Email to D. Zensky (Akin) re plan for gathering settlement signatures. |
| 12/13/12 | 0.80 | Review and analyze L. Gehlbach spreadsheet review re Exh. A to FitzSimons 4th Amended Complaint. |
| 12/13/12 | 0.20 | Email to J. Green, D. Rath, and R. Cobb (LRC) re revisions to FitzSimons 4th Amended Complaint. |
| 12/13/12 | 0.10 | Calls and emails to FitzSimons defendants re potential MDL settlements. |
| 12/13/12 | 0.30 | Revise and prepare settlement agreement for Monetary Authority of Singapore. |
| 12/13/12 | 0.10 | Email to S. McCulloch (Kobre) proposed MDL settlement agreement for Monetary Authority of Singapore. |
| 12/13/12 | 0.10 | Meeting with P. Schmidt re preparing materials for transfer to Litigation Trustee. |
| 12/13/12 | 0.30 | Review and prepare materials for transfer to Litigation Trustee. |
| 12/13/12 | 0.10 | Email to J. Sottile in response to query about treatment of certain FitzSimons defendants with near 12/20/07 trades. |
| 12/14/12 | 0.10 | Call with K. Stenberg (counsel to Harmony Investment Management Inc.) re status in FitzSimons. |
| 12/14/12 | 0.10 | Review records and spreadsheets re Harmony Investment Management in FitzSimons. |
| 12/14/12 | 0.10 | Call A. Geffin, counsel to FitzSimons defendants. |
| 12/14/12 | 0.20 | Calls with J. Thoman (counsel to W. Clarkson) re MDL settlement question. |
| 12/14/12 | 0.10 | Email to E. Virga (Milbank) re State Street Bank supplemental production in FitzSimons. |
| 12/14/12 | 0.30 | Review/analyze DCL Plan and MDL Settlement agreement re Bar Order. |
| 12/14/12 | 0.10 | Respond to question about Archdiocese of Trenton Pension Fund status in FitzSimons. |
| 12/14/12 | 1.00 | Coordinate execution of MDL settlement agreements among settling parties. |
| 12/14/12 | 0.10 | Edit cover letter to L. Racines at KCC re MDL settlement agreements. |

| 12/14/12 | 0.30 | Emails to MDL plaintiffs' counsel re Singapore entities' position re MDL settlement. |
| 12/14/12 | 0.10 | Call with J. Green (LRC) re Ex. A to Fitzsimons 4th Amended Complaint. |
| 12/14/12 | 1.30 | Call with J. Drobish, J. Green, D. Rath (LRC) re Ex. A, service, and 4th Amended Complaint. |
| 12/14/12 | 0.20 | Confer with B. Krein re list of counsel to parties entering MDL settlements. |
| 12/14/12 | 0.20 | Research and send requested Zell filing to J. Sottile. |
| 12/14/12 | 0.20 | Email to J. Green (LRC) re treatment of "placeholder" proceeds amounts on Ex. A FitzSimons list. |
| 12/14/12 | 0.20 | Email to J. Goldsmith (Akin) re status of Alerion defendant in MDL cases. |
| 12/14/12 | 0.20 | Emails with J. Green (LRC) re multiple FitzSimons defendants' status and request for dismissal. |
| 12/14/12 | 0.20 | Review D. Schwartz email with proposed changes to MDL settlement for Lewis Trust. |
| 12/15/12 | 0.50 | Email J. Sottile re status of service and 4th Amended Complaint. |
| 12/15/12 | 0.20 | Review spreadsheet from J. Green (LRC) re possible additional FitzSimons defendants. |
| 12/15/12 | 0.10 | Emails with E. Virga (Milbank) about State Street supplemental production. |
| 12/15/12 | 0.10 | Initial review of State Street Bank supplemental production. |
| 12/15/12 | 0.10 | Emails to J. Green and J. Drobish (LRC) re State Street supplemental production. |
| 12/15/12 | 0.10 | Emails with J. Sottile and A. Caridas about preparation of memorandum for Committee re Debtors' 62nd omnibus objection. |
| 12/16/12 | 0.10 | Email to W. Smith re execution of 4th amended tolling agreement with Cahill Gordon. |
| 12/16/12 | 1.70 | Review and comment on additional potential FitzSimons parties. |
| 12/16/12 | 0.50 | Review and respond to D. Schwartz (Fulbright) re proposed revisions to Lewis Trust potential MDL settlement. |
| 12/17/12 | 0.10 | Call with J. Stern re potential MDL settlement for client (unknown). |

| 12/17/12 | 0.10 | Call with T. McGonigle's colleague (counsel to Clearview Correspondence) re status of FitzSimons and MDL. |
|----------|------|------------------------------------------------------------------|
| 12/17/12 | 0.30 | Call to A. DiVincenzo re FitzSimons and 4th Amended Complaint. |
| 12/17/12 | 0.10 | Review and revise Carol Case Trust MDL settlement. |
| 12/17/12 | 0.20 | Emails with T. Levitt (counsel to Case Trust) re MDL settlement with Case Trust. |
| 12/17/12 | 0.20 | Revise Adams Trust MDL settlement after conferring with B. Krein re same. |
| 12/17/12 | 0.10 | Email to B. Ensing (counsel to Adams Trust) re revised settlement agreement. |
| 12/17/12 | 0.40 | Respond to J. Sottile queries re status of numerous FitzSimons projects and parties. |
| 12/17/12 | 0.30 | Email to MDL Plaintiffs' counsel re approach to certain defendants claiming that they did not receive LBO proceeds. |
| 12/17/12 | 0.70 | Review, prepare and send MDL settlement agreements to City of Atlanta parties. |
| 12/17/12 | 0.10 | Emails with R. Benjamin (counsel to NTCA) re status of FitzSimons and settlement proposal. |
| 12/17/12 | 0.10 | Email J. Green (LRC) re letter about service of 4th Amended Complaint. |
| 12/17/12 | 0.10 | Review MAS proposed edits to MDL settlement agreement, including counsel's emails re same. |
| 12/17/12 | 0.10 | Email to MDL plaintiffs' counsel re MAS MDL settlement agreement. |
| 12/17/12 | 0.10 | Email to J. Sottile re call with Litigation Trustee and service/Ex. A issues with 4th Amended Complaint. |
| 12/17/12 | 0.10 | Email to M. Hiller (Robbins Russell) re Litigation Trustee plans for Relativity database. |
| 12/17/12 | 0.10 | Respond to K. Zafran (Chadbourne) email re transfer of documents to Litigation Trustee upon Effective Date. |
| 12/17/12 | 0.40 | Draft notice of sealed filing of unredacted copy of amended Exhibit A to Fourth Amended Complaint. |
| 12/17/12 | 0.50 | Draft notice of filing of Amended Exhibit A to Fourth Amended Complaint. |
| 12/17/12 | 0.30 | Review and send materials to MDL plaintiffs' counsel for conference call on 12/20/07 traders. |

| | | |
|---|---|---|
| 12/17/12 | 0.10 | Email J. Green (LRC) re treatment of BASF Corp and Pensionkasse in 4th Amended Complaint. |
| 12/18/12 | 0.70 | Call with MDL plaintiffs' counsel re Step 2 closing and defendants claiming market transactions. |
| 12/18/12 | 1.00 | Call with M. Kirschner (Litigation Trustee) and M. Waldman (Robbins Russell) and J. Sottile re Litigation Trust transition issues. |
| 12/18/12 | 2.50 | Analyze State Street Bank supplemental production. |
| 12/18/12 | 0.20 | Emails to LRC re State Street Bank supplemental production. |
| 12/18/12 | 1.50 | Call with J. Green and D. Rath (LRC) re Tribune 4th Amended Complaint strategy. |
| 12/18/12 | 0.30 | Call with S. McCulloch (Kobre) re Monetary Auth. of Singapore MDL settlement. |
| 12/18/12 | 0.30 | Call with J. Green (LRC) re Litigation Trust transfer, status of 4th Amended Complaint Exhibit A modifications. |
| 12/18/12 | 0.30 | Email to Litigation Trustee and counsel re strategy in connection with 4th Amended Complaint. |
| 12/18/12 | 0.30 | Email to J. Sottile summarizing proposed approach to 4th and possible 5th Amended Complaint. |
| 12/18/12 | 0.10 | Email to J. Green (LRC) re analysis of state Street Bank supplemental production. |
| 12/18/12 | 0.10 | Emails with M. DiStefano (C&P) and M. McGuire (LRC) re memorandum to Committee on Debtors' 62nd omnibus objection. |
| 12/18/12 | 0.10 | Email to J. Margolin (Hughes Hubbard) re PwC tolling agreement. |
| 12/18/12 | 0.10 | Email to K. Zafran (C&P) re update on transfer of materials to Litigation Trustee. |
| 12/18/12 | 0.20 | Email to P. Schmidt with instructions for transferring selected additional documents to Concordance for transfer to Litigation Trustee. |
| 12/19/12 | 1.00 | Research Eagle New Media Investments' status as defendant in FitzSimons. |
| 12/19/12 | 0.40 | Call with J. Green (LRC) re Eagle New Media Investments, progress and service of 4th Amended Complaint in FitzSimons and other projects. |

| 12/19/12 | 0.10 | Prepare and send to J. Levitin (Cahill) fully executed version of 4th amended tolling agreement with Cahill. |
| 12/19/12 | 0.10 | Review letter from R. Must, counsel to Fort Pitt Capital Group, re FitzSimons. |
| 12/19/12 | 0.10 | Confer with L. Gehlbach with instructions for spreadsheet comparison project. |
| 12/19/12 | 0.20 | Analyze results of L. Gehlbach spreadsheet comparison re Retiree plaintiffs' status in FitzSimons. |
| 12/19/12 | 0.20 | Email to M. Kirschner (Litigation Trustee) and M. Waldman (Robbins) re Retiree plaintiffs and FitzSimons. |
| 12/19/12 | 0.20 | Emails with K. Zafran (Chadbourne) and M. Rule (Alix) re Litigation Trustee document transfers. |
| 12/19/12 | 0.20 | Email edits of FitzSimons summons rider to J. Green (LRC). |
| 12/19/12 | 0.30 | Emails with LRC and J. Sottile re proposed response to question from Litigation Trustee about complaint amendments and MCO-3. |
| 12/19/12 | 0.20 | Email to M. Kirschner (Litigation Trustee) and M. Waldman (Robbins) re amending FitzSimons complaint. |
| 12/19/12 | 0.20 | Review and edit draft memorandum to Committee re Debtors' 62nd omnibus objection. |
| 12/19/12 | 0.10 | Email Intralinks posting note to M. DiStefano (C&P) re memorandum to Committee re Debtors' 62nd omnibus objection. |
| 12/19/12 | 0.10 | Email to R. Lack and J. Fourmaux (Friedman Kaplan) re Eagle New Media Investments. |
| 12/19/12 | 0.10 | Emails to D. Zensky (Akin) re FMC Defined Benefit Trust potential MDL settlement. |
| 12/19/12 | 0.10 | Email re potential MDL settlement with FMC Defined Benefit Trust to counsel for FMC. |
| 12/19/12 | 0.20 | Email to P. Schmidt re preparation of documents for transfer to Litigation Trustee. |
| 12/19/12 | 0.30 | Email to J. Green (LRC) re changes to Ex. A FitzSimons defendants for 5th Amended Complaint. |
| 12/20/12 | 2.00 | Call with D. Schwartz (F&J) re potential McCutcheon Lewis Trust MDL settlement. |
| 12/20/12 | 0.60 | Review redline of Lewis Trust agreement from D. Schwartz (F&J). |

| 12/20/12 | 0.10 | Email to D. Schwartz (F&J) re analysis of redline to MDL settlement agreement with Lewis Trust. |
| 12/20/12 | 0.70 | Review Concordance database of materials for transfer to Litigation Trustee. |
| 12/20/12 | 0.20 | Emails to P. Schmidt re coordinating production to Litigation Trustee. |
| 12/20/12 | 0.40 | Call with B. Lack (Friedman Kaplan) re Eagle New Media party. |
| 12/20/12 | 0.20 | Email to LRC and J. Sottile with conclusions and recommendation re treatment of Eagle New Media party in FitzSimons. |
| 12/20/12 | 0.20 | Call with S. McCulloch (Kobre) re proposed modifications to MDL settlement agreement for Monetary Authority of Singapore. |
| 12/20/12 | 0.20 | Email to MDL plaintiffs re proposed modifications to MDL settlement agreement for Monetary Authority of Singapore. |
| 12/20/12 | 0.20 | Begin review of revised Ex. A for 5th Amended Complaint in FitzSimons. |
| 12/20/12 | 0.20 | Email to M. Kirschner and M. Waldman (Robbins) re amending FitzSimons complaint and MCO-3. |
| 12/20/12 | 0.30 | Call with Yuen Lee re status in FitzSimons and MDL. |
| 12/20/12 | 0.20 | Emails with KCC re coordinating execution of MDL settlements by plaintiffs. |
| 12/20/12 | 0.10 | Review and analyze Fort Pitt Capital status in FitzSimons. |
| 12/20/12 | 0.10 | Email to J. Green and D. Rath (LRC) re proposed approach to respond to Fort Pitt's counsel. |
| 12/20/12 | 0.10 | Email J. Green (LRC) with 3 parties that CTC was unable to accept service for re 4th Amended Complaint in FitzSimons. |
| 12/20/12 | 0.10 | Email to W. Smith (UCC co-chair) re execution of amended tolling agreement with PwC. |
| 12/20/12 | 0.10 | Email J. Green re BASF parties' status and listing on Ex. A to 4th Amended Complaint. |
| 12/21/12 | 0.20 | Email counsel for Esurance re status of party in FitzSimons. |
| 12/21/12 | 0.20 | Email J. Sottile to respond to queries re status of service of revised 4th Amended Complaint and particular parties. |
| 12/21/12 | 0.20 | Email D. Rath (LRC) re strategy for treating parties with near-Step 2 trades. |

| 12/21/12 | 0.20 | Email subpoenaing parties supplemental State Street production. |
| 12/21/12 | 0.20 | Email All-State counsel re status of party in FitzSimons. |
| 12/21/12 | 0.20 | Direct preparation of Committee document delivery to Litigation Trustee. |
| 12/21/12 | 0.50 | Attempt to file with SDNY clerk returned summons for additional service parties. |
| 12/21/12 | 0.10 | Email to SDNY clerk re parties in FitzSimons that need to be added to docket. |
| 12/21/12 | 0.10 | Email J. Drobish (LRC) re BASF status in FitzSimons. |
| 12/21/12 | 0.20 | Respond to R. Lack (Friedman Kaplan) request for Wilmington Trust materials. |
| 12/21/12 | 0.20 | Call with C. Ricca, counsel to FitzSimons party, re status of client in FitzSimons. |
| 12/21/12 | 0.20 | Emails with LRC re 4(m) deadline strategy and communications with the Litigation Trustee. |
| 12/21/12 | 0.40 | Call with J. Green (LRC) re transition to Litigation Trustee and outstanding items. |
| 12/21/12 | 0.30 | Email to MDL plaintiffs' counsel re Monetary Authority of Singapore settlement issues and status. |
| 12/21/12 | 0.20 | Review draft spreadsheet for FitzSimons defendants for 5th Amended Complaint. |
| 12/21/12 | 0.30 | Respond to phone inquiries re FitzSimons' summons and status of case. |
| 12/22/12 | 4.50 | Review and edit FitzSimons Exhibit A to 4th Amended Complaint. |
| 12/24/12 | 0.70 | Call with M. Waldman and M. Hiller (Robbins) and D. Rath, R. Cobb, and J. Green (LRC) re transition to Litigation Trust and FitzSimons Complaint. |
| 12/24/12 | 0.20 | Prepare for conference call with counsel to Litigation Trustee. |
| 12/24/12 | 0.30 | Review LRC spreadsheet on outstanding Exhibit A service issues for 4th Amended FitzSimons complaint. |
| 12/24/12 | 0.10 | Email to J. Green (LRC) re Zuckerman Spaeder service of parties in FitzSimons for which LRC is conflicted. |
| 12/24/12 | 0.60 | Review spreadsheet for 5th Amended Exhibit A. |

| 12/24/12 | 0.20 | Respond to email from M. Hiller (Robbins) re Relativity document transfer to Litigation Trustee. |
| 12/24/12 | 0.10 | Respond to email from S. McCulloch (Kobre) re Monetary Authority of Singapore MDL settlement status. |
| 12/24/12 | 0.10 | Review J. Green (LRC) email re tasks for 5th Amended Complaint in FitzSimons. |
| 12/25/12 | 0.20 | Call with M. Hiller (Robbins) re transition of Relativity materials to Litigation Trustee. |
| 12/25/12 | 1.50 | Complete review of Exhibit A to FitzSimons for 5th Amended Complaint. |
| 12/25/12 | 0.30 | Draft email to LRC and J. Sottile summarizing proposed revisions and comments to Exhibit A to FitzSimons for 5th Amended Complaint. |
| 12/26/12 | 0.10 | Emails to D. Zensky (Akin) re execution of MDL settlement agreements. |
| 12/27/12 | 0.20 | Draft and email cover letter to Litigation Trustee counsel re delivery of embargoed Committee materials. |
| 12/27/12 | 0.10 | Emails with J. Sottile and J. Green (LRC) re Susquehanna entities in FitzSimons. |
| 12/30/12 | 0.20 | Emails to W. Smith (Warner Bros), D. Deutch (C&P), J. Sottile re tolling agreement with PwC. |
| 12/31/12 | 0.20 | Emails to J. Clark et al. re PwC tolling agreement execution. |
| 12/31/12 | 0.10 | Email to S. McCulloch (Kobre) re MDL settlement with MAS. |

**Andrew Caridas**

| 12/17/12 | 5.60 | Prepare memorandum to Committee regarding omnibus objection, including review of objection and relevant portions of reorganization plan. |

**Benjamin L. Krein**

| 12/03/12 | 0.10 | Emails with A. Goldfarb regarding status of MDL settlements. |
| 12/03/12 | 0.20 | Review e-mails with FitzSimons defendants' counsel. |
| 12/03/12 | 0.20 | Analyze data regarding exposure level of various FitzSimons defendants in connection with MDL settlement offer. |
| 12/04/12 | 0.30 | Review correspondence with defendants' counsel regarding MDL settlement and status. |

| 12/05/12 | 0.10 | Emails with A. Goldfarb regarding status of MDL settlements. |
| 12/05/12 | 0.10 | Review e-mails with defendants' counsel regarding potential MDL settlements. |
| 12/05/12 | 0.40 | Analyze data regarding exposure level of various defendants in connection with MDL settlement offer. |
| 12/07/12 | 0.10 | Review correspondence with FitzSimons defendants' counsel regarding MDL settlement and status. |
| 12/11/12 | 0.10 | Correspond with A. Goldfarb regarding status of MDL settlement agreements. |
| 12/12/12 | 0.20 | Review email correspondence with various defendants' counsel. |
| 12/12/12 | 0.30 | Compile data regarding FitzSimons defendant's exposure level and settlement amount in connection with MDL settlement offers. |
| 12/12/12 | 0.40 | Draft settlement agreement with FitzSimons defendant. |
| 12/13/12 | 0.10 | Review email correspondence with various defendants' counsel in connection with MDL settlement offer. |
| 12/14/12 | 0.10 | Review email correspondence with various defendants' counsel in connection with MDL settlement offer. |
| 12/14/12 | 0.30 | Compile data regarding defendants' exposure levels and settlement amounts in connection with MDL settlement offer. |
| 12/14/12 | 0.30 | Draft settlement agreements with FitzSimons defendants. |
| 12/14/12 | 0.10 | Correspond with A. Goldfarb regarding status of MDL settlements. |
| 12/14/12 | 0.40 | Compile contact information for setteling MDL defendants' counsel. |
| 12/17/12 | 0.10 | Review email correspondence with defendant's counsel in connection with MDL settlement offer. |
| 12/17/12 | 0.10 | Review redline version of MDL settlement agreement provided by defendant's counsel. |
| 12/17/12 | 0.80 | Review various signed MDL agreements to ensure consistency of language and content. |
| 12/17/12 | 0.10 | Internal correspondence with A. Goldfarb regarding status of MDL settlement agreements. |
| 12/18/12 | 0.10 | Review e-mail correspondence with defendant's counsel in connection with MDL settlement offer. |

January 30, 2013

| 12/19/12 | 0.10 | Review email correspondence with various defendants' counsel in connection with MDL settlement offer. |
| 12/19/12 | 0.30 | Compile data regarding defendants' exposure levels and settlement amounts in connection with MDL settlement offer. |
| 12/19/12 | 0.10 | Correspond with A. Goldfarb regarding status of MDL settlement project. |
| 12/19/12 | 0.30 | Prepare draft settlement agreements with FitzSimons defendants. |
| 12/20/12 | 0.10 | Review email correspondence with various defendants' counsel in connection with MDL settlement offer. |
| 12/21/12 | 0.10 | Internal correspondence with A. Goldfarb regarding status of MDL settlement agreement project. |

**Lisa Gehlbach**

| 12/12/12 | 0.30 | Meet and confer with A. Goldfarb regarding defendants spreadsheet of proceeds. |
| 12/12/12 | 4.20 | Review defendants spreadsheet of Tribune proceeds. |
| 12/19/12 | 1.50 | Analyze and compare current lists of plaintiffs on Amended Complaint Exhibit A in response to request from Litigation Trustee re Retiree Plaintiffs. |

**Patrick Schmidt**

| 12/11/12 | 0.50 | Prepare database of Litigation Trust material for attorney review, load data and images, index. |
| 12/12/12 | 1.40 | Prepare database of Litigation Trust material for attorney review, load data and images, index. |
| 12/14/12 | 0.30 | Meeting regarding processing internal documents for review and production to Litigation Trustee. |
| 12/18/12 | 1.60 | Prepare DMS documents for attorney review and production in Concordance. |
| 12/20/12 | 1.00 | Prepare 12/18 documents for attorney review in Concordance. |
| 12/21/12 | 2.40 | Prepare volume ZSLT002 for transfer to Litigation Trustee. |
| 12/26/12 | 2.30 | Prepare hard drive of EXZSLT, and ZSLT material for production to Litigation Trustee. |

**Tareq Nascher**

| 12/26/12 | 1.50 | Process documents in LAW then provide production images that are Bates stamped and load-ready files for Concordance. |



1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

January 29, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:287668
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2012.

By Andrew N. Goldfarb
  5.00  hours at $640.00  per hour

$        3,200.00

| | | |
|---|---|---|
| TOTAL FEES | $ | 3,200.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 3,200.00 |

January 29, 2013

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0002

Andrew N. Goldfarb

| 12/05/12 | 2.10 | Begin drafting response to Fee Examiner preliminary report on Zuckerman Spaeder's 10th interim fee application. |
| 12/06/12 | 1.90 | Revise, edit, and finalize response to Fee Examiner preliminary report on Zuckerman Spaeder 10th interim report, including travel expense report. |
| 12/07/12 | 0.20 | Call with J. Theil (SMMJ) re Zuckerman Spaeder response to Fee Examiner preliminary report on Zuckerman Spaeder 10th interim fee application. |
| 12/07/12 | 0.20 | Final review and send Zuckerman Spaeder's response to Fee Examiner preliminary report on Zuckerman Spaeder's 10th interim fee application. |
| 12/10/12 | 0.20 | Email K. Stickles (Cole Schotz) and M. McGuire (LRC) re status of Zuckerman Spaeder 6th and 7th Interim fee application. |
| 12/11/12 | 0.30 | Respond to Alvarez & Marsal request on Tribune fee issues. |
| 12/18/12 | 0.10 | Initial review of 11th Fee Examiner Preliminary Report. |