# Exhibit B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 12/1/12 - 12/31/12

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **EXPRESS DELIVERY** | | | |
| FedEx | $ 19.95 | 12/31/2012 | |
| FedEx | $ 41.43 | 12/31/2012 | |
| Total | $ 61.38 | | $ 61.38 |
| **COURIER** | | | |
| Urban Express | $ 28.70 | 12/31/2012 | |
| Urban Express | $ 13.12 | 12/31/2012 | |
| Total | $ 41.82 | | $ 41.82 |
| **TELEPHONE REIMBURSED** | | | |
| Soundpath | $ 14.65 | 11/19/2012 | |
| Soundpath | $ 12.53 | 11/19/2012 | |
| Total | $ 27.18 | | $ 27.18 |
| **COMPUTER RESEARCH** | | | |
| Legal Discovery LLC | $ 875.00 | 12/27/2012 | |
| Legal Discovery LLC | $ 125.00 | 12/28/2012 | |
| Total | $ 1,000.00 | | $ 1,000.00 |
| **PACER - DOCKET RESEARCH** | | | |
| Pacer Service Center | $ 6.00 | 12/13/2012 | |
| Pacer Service Center | $ 1.60 | 12/13/2012 | |
| Pacer Service Center | $ 4.50 | 12/13/2012 | |
| Pacer Service Center | $ 6.90 | 12/13/2012 | |
| Total | $ 19.00 | | $ 19.00 |
| **INHOUSE PHOTOCOPY** | | | |
| | $ 16.40 | 12/14/2011 | |
| Total | $ 16.40 | | $ 16.40 |
| **WESTLAW RESEARCH** | | | |
| | $ 154.76 | 11/30/2012 | |
| Total | $ 154.76 | | $ 154.76 |
| | | | |
| | | | |
| **GRAND TOTAL** | | | $ 1,320.54 |