# Exhibit C



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800   202.822.8106 fax   www.zuckerman.com

February 28, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:288043
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2013.

By Andrew N. Goldfarb
   17.40 hours at $650.00 per hour     $   11,310.00

By Patrick Schmidt
   1.10 hours at $270.00 per hour     $   297.00

| | |
|---|---|
| TOTAL FEES | $ 11,607.00 |
| TOTAL EXPENSES | $ 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ 11,607.00 |

February 28, 2013                                                                                                          Page 3

DESCRIPTION OF SERVICES                                                                          CLIENT: 12464
                                                                                                 MATTER: 0001

Andrew N. Goldfarb

| Date | Hours | Description |
|---|---|---|
| 01/02/13 | 0.20 | Call with J. Green (LRC) re transition of documents to Litigation Trustee. |
| 01/02/13 | 0.50 | Emails to M. Hiller responding to questions re document discovery transition, potential dismissal parties. |
| 01/02/13 | 0.20 | Send tolling agreements with potential preference action defendants to Litigation Trustee in connection with document transition. |
| 01/02/13 | 0.20 | Confer with J. Sottile re status of various transition projects for Litigation Trustee. |
| 01/02/13 | 0.10 | Call from Philadelphia counsel to Wendy Kaiser re status in FitzSimons, refer to Litigation Trustee. |
| 01/02/13 | 0.20 | Email to R. Wasserman (Venable) re Alerion/Hartz defendant and referral to Litigation Trustee. |
| 01/03/13 | 0.50 | Emails M. Hiller and M. Waldman (Robbins Russell) re transition of documents related to MDL settlements to the Litigation Trustee. |
| 01/03/13 | 0.10 | Call with S. McCulloch (Kobre) re transition of settlement completion to counsel for Litigation Trustee. |
| 01/03/13 | 1.00 | Revise documents for transition to Litigation Trustee relating to settlement negotiations with Monetary Authority of Singapore. |
| 01/03/13 | 0.20 | Email M. Hiller re Susquehanna entities' status in FitzSimons. |
| 01/03/13 | 0.10 | Email L. Racines (KCC) re transition of settlement documents and materials to Litigation Trustee. |
| 01/03/13 | 0.10 | Email to K. Scully (Akin) re Exhibit A to MDL settlements in connection with settlement agreements transfer to Litigation Trustee. |
| 01/03/13 | 0.20 | Update and send to Litigation Trustee counsel (Robbins Russell) MDL settlement tracking chart for transition. |
| 01/04/13 | 0.10 | Email M. Hiller re Absolute Value Fund LLP for transition to Litigation Trustee. |

February 28, 2013 Page 4

| Date | Hours | Description |
|---|---|---|
| 01/04/13 | 0.50 | Call with D. Rath (LRC) re transition of settlement agreements to Litigation Trustee. |
| 01/04/13 | 0.30 | Emails with KCC about transitioning settlements to Litigation Trustee. |
| 01/04/13 | 0.20 | Email with M. Hiller, M. Waldman (Robbins Russell) and M. Kirschner (Litigation Trustee) re transition of MDL settlement agreements to Litigation Trustee. |
| 01/04/13 | 0.20 | Email re M. Hiller (Robbins Russell) question re tolling agreement with Jenner & Block. |
| 01/04/13 | 0.40 | Review of MDL settlement agreements for transition to Litigation Trustee. |
| 01/04/13 | 0.20 | Email to J. Sottile re analysis of MDL settlement agreements for transition to Litigation Trustee. |
| 01/04/13 | 0.10 | Email M. Hiller (Robbins Russell) re PJM Charitable Foundation party in FitzSimons in connection with transition. |
| 01/08/13 | 0.10 | Call with J. Goldsmith (Akin) in connection with hand-off of MAS MDL settlement negotiations. |
| 01/08/13 | 0.10 | Email to J. Goldsmith (Akin) additional relevant information to assist with hand-off of MAS MDL settlement negotiations. |
| 01/09/13 | 0.50 | Call with M. Waldman and M. Hiller (Robbins Russell) re FitzSimons transition issues, including document collections and the amended complaint. |
| 01/09/13 | 0.20 | Emails to M. Hiller (Robbins Russell) transferring materials and FitzSimons inquiries. |
| 01/09/13 | 0.20 | Emails to J. Green (LRC) re questions concerning particular FitzSimons defendants in connection with transition to Litigation Trustee. |
| 01/09/13 | 0.10 | Email N. Troum (Stradley) re transition to Litigation Trustee. |
| 01/09/13 | 0.20 | Email J. Sottile re call with Litigation Trustee. |
| 01/10/13 | 0.20 | Emails with D. Meloro (Greenberg) and M. Hiller (Robbins) re HBK Investments to transition to Litigation Trustee. |
| 01/11/13 | 0.30 | Review Lender Action complaint in connection with email to Litigation Trustee to respond to question re 2006 lenders who were not also LBO lenders. |
| 01/11/13 | 0.20 | Call and email to M. Douvas re James Bolin, FitzSimons defendant, and transition of her request to Robbins Russell. |

February 28, 2013                                                                                                    Page 5

| | | |
|---|---|---|
| 01/11/13 | 0.10 | Email T. DiBlasio re status of FitzSimons and transition his request to Litigation Trustee. |
| 01/14/13 | 0.20 | Transition emails to M. Hiller (Robbins Russell). |
| 01/14/13 | 0.10 | Call with B. Middleton (Dallas counsel to FitzSimons defendant) re transition to Litigation Trustee. |
| 01/15/13 | 0.10 | Send transition email to M. Hiller (Robbins Russell) re E. Virga (Milbank) inquiry and role. |
| 01/15/13 | 0.10 | Return call re Aviva parties in FitzSimons and transfer matter to M. Hiller (Robbins Russell). |
| 01/15/13 | 0.40 | Email to J. Sottile re call with M. Hiller (Robbins Russell) for transition to Litigation Trustee. |
| 01/16/13 | 0.20 | Email J. Green and J. Drobish (LRC) in response to inquiry relating to HBK defendant in FitzSimons and transition to Litigation Trustee. |
| 01/22/13 | 0.10 | Respond to email from counsel to Litigation Trustee re document format in transition production, including contact P. Schmidt re same. |
| 01/23/13 | 0.50 | Analyze spreadsheets from R. Lack asking about FitzSimons Exhibit A to 4th Amended Complaint. |
| 01/23/13 | 0.10 | Respond to emails from S. Ha (Los Angeles County) re FitzSimons, connect her with M. Hiller (Robbins Russell) re same. |
| 01/24/13 | 0.10 | Review letter received from FitzSimons party, email M. Hiller (Robbins) re same for transition to Litigation Trustee. |
| 01/24/13 | 1.80 | Begin review of Noteholders' chart inquiring about status of particular FitzSimons parties. |
| 01/24/13 | 0.60 | Call with J. Green (LRC) re Committee response to Noteholders' inquiry re particular potential FitzSimons shareholder defendants. |
| 01/25/13 | 3.40 | Research and prepare responses to inquiry from Noteholders' counsel re particular parties' status with respect to Ex. A to 4th Amended Complaint in FitzSimons to assist Litigation Trustee, including review and analysis of multiple FitzSimons defendant spreadsheets. |
| 01/28/13 | 0.80 | Respond to request/inquiry from Noteholders' counsel re FitzSimons defendants to analyze list of parties on FitzSimons' 4th Amended Complaint Ex. A. |

February 28, 2013 — Page 6

| Date | Hours | Description |
|---|---|---|
| 01/28/13 | 0.20 | Email A. Brown (Friedman Kaplan) re aspect of analysis of Noteholders' spreadsheet re 4th Amended Complaint Ex. A. |
| 01/28/13 | 0.20 | Email M. Hiller re Time Warner Master Pension Trust in connection with transition to Litigation Trustee. |
| 01/28/13 | 0.20 | Email M. Hiller re DeGeorge MDL settlement in connection with transition to Litigation Trustee. |
| 01/28/13 | 0.20 | Respond to email query from D. Siegler (Sutherland) re MDL settlement issue in connection with transition to Litigation Trust. |
| 01/31/13 | 0.30 | Email M. Hiller (Robbins) re JPM parties' service status in FitzSimons for transition to Litigation Trustee. |

Patrick Schmidt

| Date | Hours | Description |
|---|---|---|
| 01/22/13 | 1.10 | Prepare metadata load files for ZSLT001 and ZSLT002 collections sent to Litigation Trustee. |



1800 M STREET, NW SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800   202.822.8106 fax   www.zuckerman.com

February 25, 2013

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice: 288044
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through January 31, 2013.

By Andrew N. Goldfarb
   8.70 hours at $650.00 per hour                                    $ 5,655.00

       TOTAL FEES                               $ 5,655.00

       TOTAL EXPENSES                       $ 0.00

       TOTAL FEES AND EXPENSES THIS PERIOD    $ 5,655.00

February 25, 2013                                                                                           Page 3

DESCRIPTION OF SERVICES                                                              CLIENT: 12464
                                                                                     MATTER: 0002

Andrew N. Goldfarb

| Date | Hours | Description |
|---|---|---|
| 01/02/13 | 1.00 | Review November 2012 timesheets for compliance with local rules. |
| 01/02/13 | 0.20 | Email V. Garlati (Tribune) re payment of monthly fee application and 6th and 7th interim fee applications. |
| 01/04/13 | 2.40 | Draft Zuckerman Spaeder response to Fee Examiner preliminary report on Zuckerman 11th interim fee application. |
| 01/07/13 | 1.40 | Draft and revise response to Fee Examiner's preliminary report on Zuckerman Spaeder 11th interim fee application. |
| 01/08/13 | 0.80 | Finalize and send Zuckerman Spaeder response to Fee Examiner preliminary report on Zuckerman Spaeder's 11th interim fee application. |
| 01/09/13 | 1.00 | Review, finalize and send Zuckerman Spaeder 40th monthly fee application. |
| 01/10/13 | 0.20 | Finalize for filing Zuckerman Spaeder 40th monthly fee application. |
| 01/11/13 | 0.50 | Revise, finalize, and file Zuckerman Spaeder 13th interim fee application. |
| 01/29/13 | 0.30 | Review timesheets for December 2012 for compliance with local rules and preparation of fee application. |
| 01/30/13 | 0.60 | Finish review of timesheets for 12/2012 in connection with Zuckerman Spaeder monthly fee application. |
| 01/31/13 | 0.30 | Draft, review and finalize 41st monthly fee application. |