# Exhibit D

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
37th Monthly Fee Application
Period 1/1/13 - 1/310/13

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| **EXPRESS DELIVERY** | | | |
| FedEx | $ 11.62 | 1/30/2013 | |
| Total | $ 11.62 | | $ 11.62 |
| **INHOUSE PHOTOCOPY** | | | |
| | $ 0.20 | 1/9/2013 | |
| | $ 2.20 | 1/18/2013 | |
| Total | $ 2.40 | | $ 2.40 |
| **COURIER** | | | |
| Lasership Inc. | $ 9.25 | 1/8/2013 | |
| Total | $ 9.25 | | $ 9.25 |
| **TELEPHONE REIMBURSEMENTS** | | | |
| Soundpath Conferencing | $ 12.68 | 1/31/2013 | |
| Soundpath Conferencing | $ 6.20 | 1/31/2013 | |
| Total | $ 18.88 | | $ 18.88 |
| **OUTSIDE SERVICES** | | | |
| EPS Judicial Process Service, Inc. | $ 179.64 | 11/7/2012 | |
| EPS Judicial Process Service, Inc. | $ 179.64 | 11/7/2012 | |
| EPS Judicial Process Service, Inc. | $ 179.64 | 11/8/2012 | |
| Total | $ 538.92 | | $ 538.92 |
| **GRAND TOTAL** | | | $ 581.07 |