# EXHIBIT A

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      52345
MATTER NUMBER      10010

TRIBUNE MEDIA SERVICES, LLC                             JANUARY 25, 2013
435 NORTH MICHIGAN AVENUE                              INVOICE # 9252484
SIXTH FLOOR
CHICAGO,  IL 60611
ATTN: SALVADOR KAROTTKI

.

## GOOGLE LITIGATION THIRD PARTY SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012                                      $13,107.50

DISBURSEMENTS                                                      $0.00

                           TOTAL INVOICE             $13,107.50

**Redacted**

Page 1

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

TRIBUNE MEDIA SERVICES, LLC
435 NORTH MICHIGAN AVENUE
SIXTH FLOOR
CHICAGO, IL 60611
ATTN: SALVADOR KAROTTKI

INVOICE # 9252484

JANUARY 25, 2013

CLIENT NUMBER - 52345

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

GOOGLE LITIGATION THIRD PARTY SUBPOENA          MATTER NUMBER- 10010



| Date | Initials | Hours | | Amount |
|------|----------|-------|---|--------|
| 12/18/2012 | DJB | 0.50 | | 500.00 |
| 12/20/2012 | DJB | 1.50 | | 1,500.00 |
| 12/20/2012 | AWV | 0.50 | | 287.50 |
| 12/21/2012 | BJB | 1.00 | | 555.00 |
| 12/21/2012 | AWV | 2.75 | | 1,581.25 |
| 12/21/2012 | DJB | 0.75 | | 750.00 |
| 12/26/2012 | AWV | 3.00 | | 1,725.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 12/27/2012 | AWV | 1.25 | 718.75 |
|---|---|---|---|
| 12/27/2012 | LEH | 4.50 | 1,507.50 |
| 12/27/2012 | BJB | 1.25 | 693.75 |
| 12/28/2012 | AWV | 1.00 | 575.00 |
| 12/28/2012 | LEH | 3.50 | 1,172.50 |
| 12/28/2012 | BJB | 0.75 | 416.25 |
| 12/29/2012 | AWV | 0.25 | 143.75 |
| 12/30/2012 | LEH | 1.00 | 335.00 |

**Redacted**

Page 3

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | | | |
|---|---|---|---|---|
| 12/31/2012 | AWV | 0.25 | | 143.75 |
| 12/31/2012 | LEH | 1.50 | | 502.50 |
| | | 25.25 | PROFESSIONAL SERVICES | $13,107.50 |

**INVOICE TOTAL**          **$13,107.50**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.75 | 1,000.00 | 2,750.00 |
| ANDREW W. VAIL | 9.00 | 575.00 | 5,175.00 |
| BENJAMIN J. BRADFORD | 3.00 | 555.00 | 1,665.00 |
| LAURA E.B. HULCE | 10.50 | 335.00 | 3,517.50 |
| TOTAL | 25.25 | | $13,107.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER       52081
MATTER NUMBER       10008

FOX LEGAL GROUP                                            DECEMBER 19, 2012
2121 AVENUE OF THE STARS                                  INVOICE # 9250831-A
SUITE 700
LOS ANGELES, CA 90067
ATTN: JILL RATNER


**AEREO DISTRICT COURT**
**CA2011003261**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2012 | | $305,246.50 |
| LESS AGREED UPON DISCOUNT | | -$30,524.65 |
| LESS ADDITIONAL ASSOCIATE WRITE-OFF | | -$2,079.30 |
| | FEE SUB-TOTAL | $272,642.55 |
| DISBURSEMENTS | | $24,272.37 |
| | TOTAL INVOICE | $296,914.92* |

\*   Fox Legal Group to pay $222,686.19

**Redacted**

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

FOX LEGAL GROUP                                          INVOICE # 9250831-A
2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES,  CA 90067
ATTN: JILL RATNER
                                                        DECEMBER 19, 2012

CLIENT NUMBER - 52081

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2012

AEREO DISTRICT COURT                          MATTER NUMBER- 10008
    CA2011003261

| Date | Initials | Hours |
|------|----------|-------|
| 9/18/2012 | EAG | 0.30 |
| 11/1/2012 | KDK | 6.50 |
| 11/1/2012 | EAG | 2.30 |
| 11/1/2012 | JDW | 1.10 |
| 11/1/2012 | JDW | 0.20 |
| 11/1/2012 | JDW | 0.20 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours |
|------|----------|-------|
| 11/1/2012 | KNK | 2.00 |
| 11/1/2012 | SBF | 2.80 |
| 11/1/2012 | JNF | 3.90 |
| 11/1/2012 | AAM | 0.40 |
| 11/1/2012 | JZS | 0.50 |
| 11/2/2012 | KDK | 4.60 |
| 11/2/2012 | EAG | 2.20 |
| 11/2/2012 | KNK | 0.50 |
| 11/2/2012 | SBF | 1.70 |
| 11/2/2012 | JNF | 3.20 |

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

Page 3

| | | |
|---|---|---|
| 11/4/2012 | SBF | 2.80 |
| 11/5/2012 | KDK | 6.40 |
| 11/5/2012 | RLS | 1.30 |
| 11/5/2012 | KNK | 0.20 |
| 11/5/2012 | EAG | 0.40 |
| 11/5/2012 | SBF | 2.40 |
| 11/5/2012 | JNF | 5.20 |
| 11/5/2012 | AAM | 1.00 |
| 11/5/2012 | JZS | 0.70 |
| 11/6/2012 | RLS | 1.80 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

Page 4

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/6/2012 | JDW | 5.60 |
| 11/6/2012 | KDK | 6.80 |
| 11/6/2012 | KNK | 0.30 |
| 11/6/2012 | EAG | 2.80 |
| 11/6/2012 | SBF | 4.20 |
| 11/6/2012 | JNF | 4.50 |
| 11/6/2012 | JQS | 0.60 |
| 11/6/2012 | JQS | 1.30 |
| 11/6/2012 | AAM | 3.00 |

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/6/2012 | JZS | 2.50 |
| 11/7/2012 | RLS | 1.00 |
| 11/7/2012 | JDW | 4.20 |
| 11/7/2012 | KDK | 3.60 |
| 11/7/2012 | KNK | 1.50 |
| 11/7/2012 | EAG | 3.10 |
| 11/7/2012 | SBF | 2.90 |
| 11/7/2012 | JNF | 6.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

**Redacted**

Page 6

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| Date | Initials | Hours |
|---|---|---|
| 11/7/2012 | JZS | 0.70 |
| 11/8/2012 | KDK | 5.40 |
| 11/8/2012 | KNK | 0.30 |
| 11/8/2012 | EAG | 5.20 |
| 11/8/2012 | SBF | 4.60 |
| 11/8/2012 | RLS | 3.00 |
| 11/8/2012 | JNF | 1.40 |
| 11/8/2012 | JZS | 1.10 |
| 11/9/2012 | KDK | 5.80 |
| 11/9/2012 | EAG | 5.30 |

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/9/2012 | SRE | 0.90 |
| 11/9/2012 | SBF | 5.40 |
| 11/9/2012 | RLS | 0.40 |
| 11/9/2012 | KNK | 0.20 |
| 11/9/2012 | JNF | 4.00 |
| 11/9/2012 | JZS | 6.40 |
| 11/10/2012 | EAG | 0.40 |
| 11/10/2012 | SBF | 0.40 |
| 11/11/2012 | EAG | 0.10 |

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/11/2012 | SBF | 3.30 |
| 11/12/2012 | KDK | 6.10 |
| 11/12/2012 | SBF | 2.10 |
| 11/12/2012 | KNK | 4.50 |
| 11/12/2012 | EAG | 5.90 |
| 11/12/2012 | JNF | 5.30 |
| 11/12/2012 | JDW | 5.70 |

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/12/2012 | AAM | 1.30 |
| 11/12/2012 | JZS | 8.60 |
| 11/13/2012 | KDK | 8.80 |
| 11/13/2012 | SBF | 3.90 |
| 11/13/2012 | RLS | 0.70 |
| 11/13/2012 | RLS | 4.20 |
| 11/13/2012 | KNK | 2.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/13/2012 | EAG | 3.70 |
| 11/13/2012 | JNF | 1.50 |
| 11/13/2012 | MKJ | 3.80 |
| 11/13/2012 | JDW | 3.00 |
| 11/13/2012 | JZS | 9.10 |
| 11/14/2012 | KDK | 8.50 |
| 11/14/2012 | RLS | 2.50 |

**Redacted**

Page 11

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | Initials | Hours |
|------|----------|-------|
| 11/14/2012 | KNK | 2.00 |
| 11/14/2012 | EAG | 4.20 |
| 11/14/2012 | MKJ | 2.20 |
| 11/14/2012 | JZS | 6.40 |
| 11/15/2012 | RLS | 7.30 |
| 11/15/2012 | KDK | 8.40 |
| 11/15/2012 | EAG | 4.80 |
| 11/15/2012 | JDW | 0.80 |
| 11/15/2012 | JQS | 0.60 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/15/2012 | SBF | 2.20 |
| 11/15/2012 | JZS | 5.00 |
| 11/16/2012 | KDK | 4.20 |
| 11/16/2012 | EAG | 4.70 |
| 11/16/2012 | RLS | 1.50 |
| 11/16/2012 | MKJ | 0.40 |
| 11/16/2012 | JDW | 3.80 |
| 11/16/2012 | SBF | 2.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | | |
|---|---|---|
| 11/17/2012 | EAG | 0.40 |
| 11/17/2012 | MKJ | 2.00 |
| 11/17/2012 | SBF | 0.40 |
| 11/17/2012 | JZS | 0.40 |
| 11/18/2012 | JNF | 3.70 |
| 11/18/2012 | EAG | 0.50 |
| 11/18/2012 | MKJ | 1.30 |
| 11/18/2012 | JZS | 0.50 |
| 11/19/2012 | KDK | 7.20 |
| 11/19/2012 | RLS | 0.90 |
| 11/19/2012 | JNF | 1.10 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

Page 14

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 11/19/2012 | EAG | 4.80 |
|---|---|---|
| 11/19/2012 | MKJ | 1.50 |
| 11/19/2012 | JDW | 0.40 |
| 11/19/2012 | SBF | 1.40 |
| 11/19/2012 | AAM | 3.00 |
| 11/19/2012 | JZS | 0.60 |
| 11/19/2012 | KNK | 0.90 |
| 11/20/2012 | KDK | 7.20 |
| 11/20/2012 | RLS | 0.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/20/2012 | JNF | 0.90 |
| 11/20/2012 | EAG | 5.50 |
| 11/20/2012 | MKJ | 3.60 |
| 11/20/2012 | KNK | 0.50 |
| 11/20/2012 | SBF | 0.90 |
| 11/20/2012 | AAM | 1.70 |
| 11/20/2012 | JZS | 1.40 |
| 11/21/2012 | KDK | 5.30 |
| 11/21/2012 | EAG | 1.20 |
| 11/21/2012 | MKJ | 3.40 |
| 11/21/2012 | JDW | 4.60 |

**Redacted**

Page 16

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/21/2012 | KNK | 1.00 |
| 11/21/2012 | RLS | 0.50 |
| 11/21/2012 | AAM | 1.60 |
| 11/21/2012 | JZS | 1.60 |
| 11/24/2012 | EAG | 0.20 |
| 11/25/2012 | JNF | 0.70 |
| 11/25/2012 | RLS | 0.70 |
| 11/25/2012 | JZS | 0.70 |
| 11/26/2012 | MKJ | 0.80 |
| 11/26/2012 | KDK | 6.10 |
| 11/26/2012 | KNK | 0.60 |

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| | | |
|---|---|---|
| 11/26/2012 | JNF | 0.50 |
| 11/26/2012 | EAG | 5.40 |
| 11/26/2012 | SBF | 4.90 |
| 11/26/2012 | AAM | 1.20 |
| 11/26/2012 | JZS | 2.00 |
| 11/27/2012 | MKJ | 1.00 |
| 11/27/2012 | KDK | 8.30 |
| 11/27/2012 | KNK | 0.30 |
| 11/27/2012 | JNF | 4.60 |

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 11/27/2012 | RLS | 3.50 |
| 11/27/2012 | EAG | 1.80 |
| 11/27/2012 | SBF | 2.70 |
| 11/27/2012 | JDW | 2.70 |
| 11/27/2012 | AAM | 0.60 |
| 11/27/2012 | JZS | 4.80 |
| 11/28/2012 | KNK | 0.10 |

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| Date | | |
|---|---|---|
| 11/28/2012 | KDK | 7.40 |
| 11/28/2012 | EAG | 7.60 |
| 11/28/2012 | SBF | 0.60 |
| 11/28/2012 | AAM | 1.00 |
| 11/28/2012 | JZS | 1.10 |
| 11/29/2012 | KNK | 0.40 |
| 11/29/2012 | JNF | 2.30 |
| 11/29/2012 | RLS | 1.30 |
| 11/29/2012 | SRE | 0.50 |
| 11/29/2012 | KDK | 8.40 |
| 11/29/2012 | SBF | 2.00 |
| 11/29/2012 | JDW | 3.70 |

Federal Identification No. 36-2192554

**Redacted**

Page 20

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 11/29/2012 | EAG | 5.70 |
|---|---|---|
| 11/29/2012 | AAM | 0.20 |
| 11/29/2012 | JZS | 3.20 |
| 11/30/2012 | KNK | 2.00 |
| 11/30/2012 | KNK | 0.20 |
| 11/30/2012 | RLS | 3.20 |
| 11/30/2012 | JQS | 1.30 |
| 11/30/2012 | KDK | 8.50 |
| 11/30/2012 | SBF | 3.30 |
| 11/30/2012 | JDW | 3.00 |
| 11/30/2012 | EAG | 1.80 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

Page 21

11/30/2012    AAM    2.80



512.70          PROFESSIONAL SERVICES                    $305,246.50

## DISBURSEMENTS

| | |
|---|---:|
| Outside Professional Services; UnitedLex Corporation | 4,692.83 |
| Outside Professional Services; IP Intelligence, Inc. | 590.00 |
| Teleconferencing | 701.62 |
| Publication Charges; Wisconsin Techsearch; Procured articles/book loans | 14.00 |
| UPS Charges | 87.27 |
| Photocopy & Printing | 1,483.72 |
| Out of Town Travel, Kenneth D. Klein, 10/27-30/2012 to Columbus, OH - Meetings with experts | 2,090.46 |
| Other - Patent Fee (U.S. Patent and Trademark) | 3.00 |
| Consulting Fee; Daniel H. Schaubert; 10/31/2012 | 14,206.47 |
| Other, Kenneth D. Klein, Certificate of Good Standing Fee (State Bar of California) | 40.00 |
| Publication Charges; Purchased books, articles, etc., per attorneys' requests. | 12.00 |
| Other -  Kenneth D. Klein, Pro Hac Vice filing fee (SDNY Court) | 200.00 |
| Automation Equipment Charges | 151.00 |
| TOTAL DISBURSEMENTS | $24,272.37 |

INVOICE TOTAL                                        $329,518.87

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| KENNETH D. KLEIN | 133.50 | 780.00 | 104,130.00 |
| RICHARD L. STONE | 34.10 | 780.00 | 26,598.00 |
| STEVEN R. ENGLUND | 1.40 | 765.00 | 1,071.00 |
| STEVEN B. FABRIZIO | 57.20 | 750.00 | 42,900.00 |
| JULIE ANN SHEPARD | 57.30 | 655.00 | 37,531.50 |
| ETHAN A. GLICKSTEIN | 80.30 | 500.00 | 40,150.00 |
| JOSHUA N. FRIEDMAN | 48.80 | 440.00 | 21,472.00 |
| MARINA K. JENKINS | 20.00 | 395.00 | 7,900.00 |
| JONATHAN D. WEISS | 39.00 | 350.00 | 13,650.00 |
| ANTHONY A. MOELLER | 17.80 | 295.00 | 5,251.00 |
| JEREMY M. SCHNEIDER | 3.80 | 285.00 | 1,083.00 |
| KELLY N. KIRSCHNER | 19.50 | 180.00 | 3,510.00 |
| TOTAL | 512.70 | | $305,246.50 |

(ACCOUNTING COPY)

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER      52081
MATTER NUMBER      10008

FOX LEGAL GROUP                                          JANUARY 30, 2013
2121 AVENUE OF THE STARS                          INVOICE # 9253206-A
SUITE 700
LOS ANGELES,  CA 90067

ATTN: JILL RATNER

### AEREO DISTRICT COURT
### CA2011003261

| | | |
|---|---:|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2012 | | $320,242.00 |
| LESS AGREED UPON DISCOUNT | | -$32,024.20 |
| LESS ADDITIONAL ASSOCIATE WRITE-OFF | | -$3,845.88 |
| FEE SUB-TOTAL | | $284,371.92 |
| DISBURSEMENTS | | $35,070.89 |
| TOTAL INVOICE | | $319,442.81* |

\*   Fox Legal Group to pay $239,582.11

**Redacted**

Page 1

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

FOX LEGAL GROUP                                         INVOICE # 9253206-A
2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES,  CA 90067

ATTN: JILL RATNER


JANUARY 30, 2013

CLIENT NUMBER - 52081

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012


AEREO DISTRICT COURT                          MATTER NUMBER- 10008
    CA2011003261

| Date | Initials | Hours |
|------|----------|-------|
| 12/1/2012 | AZC | 1.00 |
| 12/1/2012 | EAG | 4.80 |
| 12/1/2012 | SBF | 0.20 |
| 12/2/2012 | RLS | 2.00 |
| 12/2/2012 | JZS | 2.70 |
| 12/2/2012 | EAG | 2.40 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/2/2012 | JNF | 1.50 |
| 12/2/2012 | AAM | 1.40 |
| 12/3/2012 | RLS | 2.80 |
| 12/3/2012 | JNF | 9.00 |
| 12/3/2012 | KNK | 1.60 |
| 12/3/2012 | MKJ | 1.80 |
| 12/3/2012 | EAG | 9.70 |

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/3/2012 | JZS | 7.50 |
| 12/3/2012 | SBF | 5.60 |
| 12/4/2012 | RLS | 2.50 |
| 12/4/2012 | JDW | 2.50 |
| 12/4/2012 | KDK | 8.50 |
| 12/4/2012 | JNF | 11.40 |
| 12/4/2012 | KNK | 2.00 |
| 12/4/2012 | MKJ | 2.10 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/4/2012 | EAG | 7.70 |
| 12/4/2012 | AAM | 0.40 |
| 12/4/2012 | JZS | 3.70 |
| 12/4/2012 | ACC | 7.00 |
| 12/4/2012 | SBF | 10.20 |
| 12/4/2012 | JLW | 0.20 |
| 12/5/2012 | KDK | 14.50 |

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/5/2012 | JNF | 2.50 |
| 12/5/2012 | MKJ | 1.00 |
| 12/5/2012 | JDW | 5.20 |
| 12/5/2012 | EAG | 9.40 |
| 12/5/2012 | JZS | 7.50 |
| 12/5/2012 | ACC | 3.00 |
| 12/5/2012 | SBF | 12.70 |

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/5/2012 | JLW | 1.00 |
| 12/6/2012 | KDK | 1.50 |
| 12/6/2012 | RLS | 1.30 |
| 12/6/2012 | JNF | 8.90 |
| 12/6/2012 | KNK | 0.20 |
| 12/6/2012 | MKJ | 2.40 |
| 12/6/2012 | JDW | 4.70 |
| 12/6/2012 | EAG | 8.20 |
| 12/6/2012 | AAM | 0.10 |
| 12/6/2012 | JZS | 4.90 |

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/6/2012 | SBF | 5.00 |
| 12/6/2012 | JLW | 1.40 |
| 12/7/2012 | MKJ | 0.90 |
| 12/7/2012 | KNK | 2.00 |
| 12/7/2012 | RLS | 0.30 |
| 12/7/2012 | EAG | 5.50 |
| 12/7/2012 | JZS | 4.80 |
| 12/7/2012 | JNF | 2.30 |

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/7/2012 | SBF | 7.20 |
| 12/8/2012 | SBF | 0.20 |
| 12/9/2012 | JZS | 2.40 |
| 12/10/2012 | EAG | 3.40 |
| 12/10/2012 | JNF | 6.10 |
| 12/10/2012 | KNK | 0.20 |
| 12/10/2012 | SBF | 0.90 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/10/2012 | SBW | 0.50 |
| 12/10/2012 | AAM | 2.00 |
| 12/10/2012 | JZS | 6.70 |
| 12/11/2012 | EAG | 1.90 |
| 12/11/2012 | JNF | 8.20 |
| 12/11/2012 | MKJ | 0.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/11/2012 | KNK | 2.00 |
| 12/11/2012 | SBF | 1.20 |
| 12/11/2012 | AAM | 2.70 |
| 12/11/2012 | JZS | 8.20 |
| 12/11/2012 | AZC | 0.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 12/12/2012 | JNF | 8.80 |
|------------|-----|------|
| 12/12/2012 | EAG | 5.30 |
| 12/12/2012 | JDW | 0.90 |
| 12/12/2012 | KNK | 2.10 |
| 12/12/2012 | SBF | 2.00 |

**Redacted**

Page 12

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/12/2012 | AAM | 3.40 |
| 12/12/2012 | JZS | 7.70 |
| 12/12/2012 | MKJ | 0.60 |
| 12/13/2012 | JDW | 5.70 |
| 12/13/2012 | JNF | 6.60 |

Federal Identification No. 36-2192554

**Redacted**

Page 13

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 12/13/2012 | EAG | 1.60 |
| 12/13/2012 | AAM | 1.50 |
| 12/13/2012 | JZS | 4.20 |
| 12/13/2012 | JLW | 0.40 |
| 12/13/2012 | AZC | 2.00 |
| 12/14/2012 | JNF | 10.40 |
| 12/14/2012 | JDW | 5.80 |
| 12/14/2012 | KNK | 3.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| 12/14/2012 | EAG | 3.10 |
| 12/14/2012 | SBF | 1.20 |
| 12/14/2012 | JZS | 2.80 |
| 12/14/2012 | JLW | 6.20 |
| 12/14/2012 | AZC | 0.50 |
| 12/15/2012 | JNF | 2.50 |
| 12/16/2012 | MKJ | 0.70 |
| 12/16/2012 | JNF | 7.30 |
| 12/17/2012 | JNF | 10.00 |

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456



| 12/17/2012 | EAG | 4.20 |
|---|---|---|
| 12/17/2012 | JZS | 7.20 |
| 12/17/2012 | CXA | 1.00 |
| 12/17/2012 | KNK | 4.00 |
| 12/17/2012 | JLW | 1.50 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| | | |
|---|---|---|
| 12/17/2012 | AAM | 5.20 |
| 12/17/2012 | JDW | 5.60 |
| 12/17/2012 | JBC | 0.70 |
| 12/17/2012 | KTS | 0.80 |
| 12/17/2012 | SBF | 4.60 |
| 12/18/2012 | MKJ | 2.20 |
| 12/18/2012 | JNF | 11.50 |
| 12/18/2012 | KNK | 3.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/18/2012 | JLW | 2.40 |
| 12/18/2012 | AAM | 0.90 |
| 12/18/2012 | JDW | 5.80 |
| 12/18/2012 | JBC | 4.10 |
| 12/18/2012 | KTS | 4.10 |
| 12/18/2012 | JZS | 4.10 |
| 12/18/2012 | SBF | 5.10 |
| 12/19/2012 | MKJ | 4.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

Page 18

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/19/2012 | EAG | 5.30 |
| 12/19/2012 | JNF | 10.50 |
| 12/19/2012 | KNK | 5.00 |
| 12/19/2012 | CXA | 3.00 |
| 12/19/2012 | JLW | 4.70 |
| 12/19/2012 | AAM | 4.00 |
| 12/19/2012 | JDW | 5.60 |
| 12/19/2012 | KTS | 2.30 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456



| 12/19/2012 | JZS | 8.50 |
| 12/19/2012 | SBF | 3.60 |
| 12/20/2012 | JNF | 4.50 |
| 12/20/2012 | EAG | 4.20 |
| 12/20/2012 | MKJ | 2.10 |

**Redacted**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| | | |
|---|---|---|
| 12/20/2012 | KNK | 4.30 |
| 12/20/2012 | JLW | 2.10 |
| 12/20/2012 | CXA | 4.50 |
| 12/20/2012 | AAM | 1.90 |
| 12/20/2012 | JDW | 6.10 |
| 12/20/2012 | JBC | 2.50 |
| 12/20/2012 | KTS | 1.20 |
| 12/20/2012 | JZS | 1.00 |
| 12/20/2012 | SBF | 4.50 |
| 12/20/2012 | DRS | 1.00 |
| 12/21/2012 | MKJ | 1.40 |

Federal Identification No. 36-2192554

**Redacted**

Page 21

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| | | |
|---|---|---|
| 12/21/2012 | CXA | 3.50 |
| 12/21/2012 | KNK | 2.70 |
| 12/21/2012 | JDW | 2.80 |
| 12/21/2012 | EAG | 5.40 |
| 12/21/2012 | KTS | 2.00 |
| 12/21/2012 | JZS | 5.60 |
| 12/21/2012 | JMD | 2.30 |
| 12/21/2012 | AZC | 0.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**Redacted**

LAW OFFICES
### JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456

| 12/21/2012 | SBF | 1.80 |
| 12/24/2012 | JDW | 2.30 |
| 12/24/2012 | RLS | 0.70 |
| 12/24/2012 | SBF | 0.20 |
| 12/26/2012 | JNF | 1.50 |
| 12/26/2012 | KDK | 6.70 |
| 12/26/2012 | EAG | 0.70 |
| 12/26/2012 | JZS | 1.90 |
| 12/26/2012 | MKJ | 1.20 |

**Redacted**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456

| Date | Initials | Hours |
|------|----------|-------|
| 12/27/2012 | EAG | 0.80 |
| 12/27/2012 | JNF | 0.80 |
| 12/27/2012 | JZS | 0.30 |
| 12/27/2012 | KDK | 3.20 |
| 12/27/2012 | MKJ | 1.20 |
| 12/28/2012 | JZS | 2.20 |
| 12/28/2012 | EAG | 3.20 |
| 12/28/2012 | JNF | 1.40 |
| 12/28/2012 | KDK | 2.10 |
| 12/28/2012 | KTS | 1.00 |
| 12/28/2012 | SBF | 0.30 |
| 12/28/2012 | JLW | 3.80 |
| 12/28/2012 | MKJ | 0.80 |

**Redacted**

Page 24

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456



| Date | Initials | Hours |
|---|---|---|
| 12/31/2012 | EAG | 1.80 |
| 12/31/2012 | JDW | 4.10 |
| 12/31/2012 | JZS | 4.00 |
| 12/31/2012 | MKJ | 0.20 |
| | | 633.90 |

PROFESSIONAL SERVICES                                    $320,242.00

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## DISBURSEMENTS

| | |
|---|---:|
| Outside Professional Services; Aereo, Inc.; 50% share of two antenna boards | 4,527.06 |
| AT&T Teleconferencing | 20.18 |
| Special Messenger Service; First Legal Network, LLC | 150.00 |
| FedEx/UPS | 460.79 |
| Consulting Fee; Daniel H. Schaubert (antenna expert) travel and expenses | 21,274.66 |
| Outside Professional Services; Aereo, Inc.; 11/26/2012; cabling | 274.03 |
| Out of Town Travel, Kenneth D. Klein, 11/29-30/2012 to New York, NY for Deposition. | 5,308.41 |
| Automation Equipment Charges | 247.64 |
| Special Messenger Service; First Legal Network, LLC | 55.50 |
| Photocopy & Printing | 911.96 |
| Service of Process Fee; County Process Service, Inc.; 12/10/2012; Served on Google, Inc | 78.60 |
| Subpoena Fee; Serving By Irving Inc.; 12/11/2012 | 361.25 |
| Out of Town Travel, Joshua N. Friedman, 12/18-20/2012 to Boston, MA for Deposition. | 1,399.51 |
| Postage Nque | 1.30 |
| TOTAL DISBURSEMENTS | $35,070.89 |

INVOICE TOTAL                                                      $355,312.89

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| KENNETH D. KLEIN | 36.50 | 780.00 | 28,470.00 |
| RICHARD L. STONE | 9.60 | 780.00 | 7,488.00 |
| STEVEN B. FABRIZIO | 66.50 | 750.00 | 49,875.00 |
| JULIE ANN SHEPARD | 97.90 | 655.00 | 64,124.50 |
| DAVID R. SINGER | 1.00 | 640.00 | 640.00 |
| SCOTT B. WILKENS | .50 | 585.00 | 292.50 |
| ETHAN A. GLICKSTEIN | 88.60 | 500.00 | 44,300.00 |
| JEAN MARIE DOHERTY | 2.30 | 500.00 | 1,150.00 |
| JENNIFER L. WAGMAN | 23.70 | 500.00 | 11,850.00 |
| KATE T. SPELMAN | 11.40 | 460.00 | 5,244.00 |
| JOSHUA N. FRIEDMAN | 125.70 | 440.00 | 55,308.00 |
| MARINA K. JENKINS | 23.40 | 395.00 | 9,243.00 |
| CHRISTINA AVEDISSIAN | 12.00 | 350.00 | 4,200.00 |
| JONATHAN D. WEISS | 57.10 | 350.00 | 19,985.00 |
| JULIA B. CHERLOW | 7.30 | 350.00 | 2,555.00 |
| ANTHONY A. MOELLER | 23.50 | 295.00 | 6,932.50 |
| ALLISON CROWE | 4.50 | 245.00 | 1,102.50 |
| KELLY N. KIRSCHNER | 32.40 | 180.00 | 5,832.00 |
| ANA CARMEN CHAMBERS | 10.00 | 165.00 | 1,650.00 |
| TOTAL | 633.90 | | $320,242.00 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                          JANUARY 31, 2013
435 NORTH MICHIGAN AVENUE                     INVOICE # 9252474
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012                              $1,164.00

DISBURSEMENTS                                              $0.00
                                                 _____

            TOTAL INVOICE                             $1,164.00

Page 1

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9252474

JANUARY 31, 2013

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

FEE APPLICATION

MATTER NUMBER- 10164

| 12/5/2012 | LSR | 1.00 | { L210 } {A103} Edited fee summary as requested by Debtors. | 485.00 |
| 12/6/2012 | LSR | 0.40 | { L210 } {A103} Finalized fee requests summary. | 194.00 |
| 12/27/2012 | LSR | 1.00 | { L120 } {A104} Responded to inquiry re final fee summary and estimation of expenses in anticipation of Debtors' emergence from Chapter 11. | 485.00 |
| | | 2.40 | PROFESSIONAL SERVICES | $1,164.00 |

**INVOICE TOTAL**                                                                              **$1,164.00**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| LANDON S. RAIFORD | 2.40 | 485.00 | 1,164.00 |
| TOTAL | 2.40 | | $1,164.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

# EXHIBIT B

**Exhibit B**

| Category | Amount |
|---|---|
| Automation Equipment Charges | $398.64 |
| Consulting Fee; Daniel H. Schaubert | $35,481.13 |
| FedEx/UPS | $548.06 |
| Other - Pro Hac Vice filing fee; Patent Fee; Certificate of Good Standing Fee | $243.00 |
| Out of Town Travel | $8,798.38 |
| Outside Professional Services; UnitedLex Corporation; Aereo, Inc.; IP Intelligence, Inc. | $10,083.92 |
| Photocopy & Printing | $2,395.68 |
| Postage Nque | $1.30 |
| Publication Charges | $26.00 |
| Service of Process/Subpoena Fee; County Process Service, Inc.; Irving Inc. | $439.85 |
| Special Messenger Service; First Legal Network, LLC | $205.50 |
| Teleconferencing | $721.80 |
| **Total** | **$59,343.26** |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| | |
|---|---|
| Outside Professional Services; UnitedLex Corporation | 4,692.83 |
| Outside Professional Services; IP Intelligence, Inc. | 590.00 |
| Teleconferencing | 701.62 |
| Publication Charges; Wisconsin Techsearch; Procured articles/book loans | 14.00 |
| UPS Charges | 87.27 |
| Photocopy & Printing | 1,483.72 |
| Out of Town Travel, Kenneth D. Klein, 10/27-30/2012 to Columbus, OH - Meetings with experts | 2,090.46 |
| Other - Patent Fee (U.S. Patent and Trademark) | 3.00 |
| Consulting Fee; Daniel H. Schaubert; 10/31/2012 | 14,206.47 |
| Other, Kenneth D. Klein, Certificate of Good Standing Fee (State Bar of California) | 40.00 |
| Publication Charges; Purchased books, articles, etc., per attorneys' requests. | 12.00 |
| Other -  Kenneth D. Klein, Pro Hac Vice filing fee (SDNY Court) | 200.00 |
| Automation Equipment Charges | 151.00 |
| TOTAL DISBURSEMENTS | $24,272.37 |

LAW OFFICES

## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | |
|---|---:|
| Outside Professional Services; Aereo, Inc.; 50% share of two antenna boards | 4,527.06 |
| AT&T Teleconferencing | 20.18 |
| Special Messenger Service; First Legal Network, LLC | 150.00 |
| FedEx/UPS | 460.79 |
| Consulting Fee; Daniel H. Schaubert (antenna expert) travel and expenses | 21,274.66 |
| Outside Professional Services; Aereo, Inc.; 11/26/2012; cabling | 274.03 |
| Out of Town Travel, Kenneth D. Klein, 11/29-30/2012 to New York, NY for Deposition. | 5,308.41 |
| Automation Equipment Charges | 247.64 |
| Special Messenger Service; First Legal Network, LLC | 55.50 |
| Photocopy & Printing | 911.96 |
| Service of Process Fee; County Process Service, Inc.; 12/10/2012; Served on Google, Inc | 78.60 |
| Subpoena Fee; Serving By Irving Inc.; 12/11/2012 | 361.25 |
| Out of Town Travel, Joshua N. Friedman, 12/18-20/2012 to Boston, MA for Deposition. | 1,399.51 |
| Postage Nque | 1.30 |
| TOTAL DISBURSEMENTS | $35,070.89 |