# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

December 1, 2012 through and including December 31, 2012

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $640.00 | 45.00 | $28,800.00 |
| Richard S. Cobb | Partner; admitted DE 1993, PA 1994 | May, 1992 | $640.00 | 23.80 | $15,232.00 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $495.00 | 42.70 | $21,136.50 |
| Matthew B. McGuire | Partner; admitted PA 2001, DE 2003 | May, 2000 | $475.00 | 14.10 | $6,697.50 |
| James S. Green | Associate; admitted DE 2003 | May, 2003 | $420.00 | 104.90 | $44,058.00 |
| J. Landon Ellis | Associate, admitted DE 2006 | May, 2006 | $350.00 | 24.00 | $8,400.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $325.00 | 14.00 | $4,550.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $325.00 | 126.10 | $40,982.50 |
| Joseph D. Wright | Associate admitted DE 2011 | December, 2010 | $275.00 | $11.90 | $3,272.50 |
| Frances A. Panchak | Paralegal | N/A | $230.00 | 28.70 | $6,601.00 |
| Cathy A. Adams | Paralegal | N/A | $210.00 | 183.90 | $38,619.00 |

{698.001-W0024505.4}

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Linda M. Rogers | Paralegal | N/A | $210.00 | 63.90 | $13,419.00 |
| Anthony C. Dellose | Paralegal | N/A | $200.00 | 9.50 | $1,900.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $130.00 | 5.50 | $715.00 |
| | | | Total | 698.00 | $234,383.00 |

**Blended Rate: $335.79**

{698.001-W0024505.4}