# EXHIBIT "C"

{698.001-W0024505.4}

March 01, 2013
Account No:   698-001
Statement No:    16046

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 50.95 |
| Overtime Wages | 1,780.00 |
| Copying | 356.60 |
| Overnight Delivery | 80.43 |
| Service fee | 3,990.00 |
| Courier Fees | 22.50 |
| Outside Duplication Services | 103,949.46 |
| Document Retrieval | 514.90 |
| Meals | 44.00 |
| Conference Call Service | 20.43 |
| Litigation Support | 7,202.50 |
| **Total Expenses Thru 12/31/2012** | **$118,011.77** |

{698.001-W0025035.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 12/03/2012 | AGL | U | B100 E102 | | 51,850.69 | Outside printing Digital Legal, LLC - Invoice 70164 | 2898 |
| 698.001 | 12/03/2012 | AGL | U | B100 E102 | | 847.34 | Outside printing Digital Legal, LLC - Invoice 70172 | 2899 |
| 698.001 | 12/03/2012 | AGL | U | B100 E101 | 0.100 | 7.10 | Copying | 2901 |
| 698.001 | 12/03/2012 | AGL | U | B100 E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with conflicts | 2910 |
| 698.001 | 12/04/2012 | AGL | U | B100 E101 | 0.100 | 6.10 | Copying | 2902 |
| 698.001 | 12/04/2012 | AGL | U | B100 E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2911 |
| 698.001 | 12/05/2012 | AGL | U | B100 E101 | 0.100 | 51.00 | Copying | 2903 |
| 698.001 | 12/05/2012 | AGL | U | B100 E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2912 |
| 698.001 | 12/06/2012 | AGL | U | B100 E101 | 0.100 | 94.50 | Copying | 2904 |
| 698.001 | 12/06/2012 | AGL | U | B100 E209 | 40.000 | 180.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2913 |
| 698.001 | 12/06/2012 | AGL | U | B100 E102 | | 25.94 | Outside printing Digital Legal, LLC - Invoice 70330 | 2924 |
| 698.001 | 12/06/2012 | AGL | U | B100 E208 | | 84.40 | Document Retrieval - USDRS Invoice 144280 | 2927 |
| 698.001 | 12/06/2012 | AGL | U | B100 E221 | | 42.13 | Overnight Delivery FedEx - Invoice 2-116-44961 | 2933 |
| 698.001 | 12/07/2012 | AGL | U | B100 E101 | 0.100 | 37.30 | Copying | 2905 |
| 698.001 | 12/07/2012 | AGL | U | B100 E209 | 40.000 | 240.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2914 |
| 698.001 | 12/07/2012 | AGL | U | B100 E113 | | 180.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 12 | 2916 |
| 698.001 | 12/10/2012 | AGL | U | B100 E101 | 0.100 | 3.00 | Copying | 2906 |
| 698.001 | 12/10/2012 | AGL | U | B100 E209 | 40.000 | 220.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2915 |
| 698.001 | 12/10/2012 | AGL | U | B100 E113 | | 180.00 | Subpoena fees Delaware Claims Agency, LLC - Invoice 13 | 2917 |
| 698.001 | 12/10/2012 | AGL | U | B100 E108 | | 8.05 | Postage | 2955 |
| 698.001 | 12/10/2012 | AGL | U | B100 E108 | | 6.30 | Postage | 2956 |
| 698.001 | 12/11/2012 | AGL | U | B100 E113 | | 1,200.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 14 | 2918 |
| 698.001 | 12/11/2012 | AGL | U | B100 E102 | | 465.35 | Outside printing Digital Legal, LLC - Invoice 70393 | 2925 |
| 698.001 | 12/11/2012 | AGL | U | B100 E209 | 40.000 | 120.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2928 |
| 698.001 | 12/11/2012 | AGL | U | B100 E101 | 0.100 | 3.80 | Copying | 2934 |
| 698.001 | 12/11/2012 | AGL | U | B100 E108 | | 10.40 | Postage | 2957 |
| 698.001 | 12/12/2012 | AGL | U | B100 E113 | | 270.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 15 | 2919 |
| 698.001 | 12/12/2012 | AGL | U | B100 E209 | 40.000 | 220.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2929 |
| 698.001 | 12/12/2012 | AGL | U | B100 E101 | 0.100 | 7.80 | Copying | 2935 |
| 698.001 | 12/14/2012 | AGL | U | B100 E113 | | 540.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 16 | 2920 |
| 698.001 | 12/14/2012 | AGL | U | B100 E118 | | 3,897.50 | Placers, Inc. of Delaware - excel discovery/service project | 2923 |
| 698.001 | 12/17/2012 | AGL | U | B100 E113 | | 300.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 17 | 2921 |
| 698.001 | 12/17/2012 | AGL | U | B100 E209 | 40.000 | 200.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2930 |
| 698.001 | 12/17/2012 | AGL | U | B100 E101 | 0.100 | 12.60 | Copying | 2936 |
| 698.001 | 12/17/2012 | AGL | U | B100 E108 | | 5.20 | Postage | 2958 |
| 698.001 | 12/17/2012 | AGL | U | B100 E108 | | 5.50 | Postage | 2959 |
| 698.001 | 12/17/2012 | AGL | U | B100 E108 | | 5.20 | Postage | 2960 |
| 698.001 | 12/18/2012 | AGL | U | B100 E113 | | 600.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 18 | 2922 |
| 698.001 | 12/18/2012 | AGL | U | B100 E209 | 40.000 | 130.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2931 |
| 698.001 | 12/18/2012 | AGL | U | B100 E101 | 0.100 | 63.30 | Copying | 2937 |
| 698.001 | 12/18/2012 | AGL | U | B100 E108 | | 5.15 | Postage | 2961 |
| 698.001 | 12/19/2012 | AGL | U | B100 E102 | | 31.35 | Outside printing Digital Legal, LLC - Invoice 70610 | 2926 |
| 698.001 | 12/19/2012 | AGL | U | B100 E209 | 40.000 | 220.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2932 |
| 698.001 | 12/19/2012 | AGL | U | B100 E101 | 0.100 | 10.20 | Copying | 2938 |
| 698.001 | 12/19/2012 | AGL | U | B100 E108 | | 5.15 | Postage | 2962 |
| 698.001 | 12/20/2012 | AGL | U | B100 E101 | 0.100 | 39.80 | Copying | 2939 |
| 698.001 | 12/20/2012 | AGL | U | B100 E102 | | 34,120.39 | Outside printing Digital Legal, LLC - Invoice 70654 | 2948 |
| 698.001 | 12/20/2012 | AGL | U | B100 E221 | | 38.30 | Overnight Delivery FedEx - Invoice 2-131-22866 | 2971 |
| 698.001 | 12/20/2012 | AGL | U | B100 E208 | | 42.10 | Document Retrieval U. S. Document Retrieval Service, Inc. - Invoice 144535 | 2979 |
| 698.001 | 12/21/2012 | AGL | U | B100 E101 | 0.100 | 1.00 | Copying | 2940 |
| 698.001 | 12/21/2012 | AGL | U | B100 E102 | | 815.36 | Outside printing Digital Legal, LLC - Invoice 70651 | 2945 |
| 698.001 | 12/21/2012 | AGL | U | B100 E102 | | 25.94 | Outside printing Digital Legal, LLC - Invoice | 2946 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 12/21/2012 | AGL | U | B100 E102 | | 2,207.78 | Outside printing Digital Legal, LLC - Invoice 70652 | 2947 |
| 698.001 | 12/21/2012 | AGL | U | B100 E102 | | 5,484.65 | Outside printing Digital Legal, LLC - Invoice 70653 | 2949 |
| 698.001 | 12/21/2012 | AGL | U | B100 E113 | | 390.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 19 | 2967 |
| 698.001 | 12/21/2012 | AGL | U | B100 E208 | | 37.50 | Document Retrieval U. S. Document Retrieval Service, Inc. - Invoice 144557 | 2978 |
| 698.001 | 12/24/2012 | AGL | U | B100 E101 | 0.100 | 4.90 | Copying | 2941 |
| 698.001 | 12/24/2012 | AGL | U | B100 E102 | | 7,388.43 | Outside printing Digital Legal, LLC - Invoice 70722 | 2952 |
| 698.001 | 12/24/2012 | AGL | U | B100 E226 | | 20.43 | Conference Call Service Soundpath Conferencing - Invoice 011413 | 2976 |
| 698.001 | 12/26/2012 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 2942 |
| 698.001 | 12/26/2012 | AGL | U | B100 E102 | | 66.87 | Outside printing Digital Legal, LLC - Invoice 70661 | 2950 |
| 698.001 | 12/26/2012 | AGL | U | B100 E102 | | 120.07 | Outside printing Digital Legal, LLC - Invoice 70663 | 2951 |
| 698.001 | 12/26/2012 | AGL | U | B100 E209 | 40.000 | 40.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2972 |
| 698.001 | 12/27/2012 | AGL | U | B100 E101 | 0.100 | 12.50 | Copying | 2943 |
| 698.001 | 12/27/2012 | AGL | U | B100 E102 | | 78.95 | Outside printing Digital Legal, LLC - Invoice 70729 | 2953 |
| 698.001 | 12/27/2012 | AGL | U | B100 E107 | | 22.50 | Delivery services/messengers Digital Legal, LLC - Invoice 70773 | 2965 |
| 698.001 | 12/27/2012 | AGL | U | B100 E111 | | 44.00 | Meals: Working dinner for C. Adams and E. Myrick - Mikimotos/Digital Legal, LLC Invoice 70773 | 2966 |
| 698.001 | 12/27/2012 | AGL | U | B100 E113 | | 330.00 | Defendant research fees Delaware Claims Agency, LLC - Invoice 20 | 2968 |
| 698.001 | 12/27/2012 | AGL | U | B100 E209 | 40.000 | 90.00 | Overtime wages - E. Myrick assist attorney J. Green with service project | 2973 |
| 698.001 | 12/28/2012 | AGL | U | B100 E118 | | 3,305.00 | Placers, Inc. of Delaware Invoice #M2678 - Excel discovery/service project | 2964 |
| 698.001 | 12/31/2012 | AGL | U | B100 E101 | 0.100 | 1.30 | Copying | 2944 |
| 698.001 | 12/31/2012 | AGL | U | B100 E102 | | 420.35 | Outside printing Digital Legal, LLC - Invoice 70752 | 2954 |
| 698.001 | 12/31/2012 | AGL | U | B100 E101 | 0.100 | 0.20 | Copying | 2963 |
| 698.001 | 12/31/2012 | AGL | U | B100 E208 | | 173.40 | PACER Document Retrieval - Invoice 123112 | 2969 |
| 698.001 | 12/31/2012 | AGL | U | B100 E208 | | 177.50 | Document Retrieval LexisNexis Courtlink - Invoice EA-529552 | 2970 |

| Total for Client ID 698.001 | | Billable | 118,011.77 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
|---|---|---|---|---|

**GRAND TOTALS**

| | Billable | 118,011.77 |
|---|---|---|