# EXHIBIT "D"

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Committee of Unsecured Creditors of Tribune Co.

March 01, 2013
Account No:   961-001
Statement No:     16047

Tribune - Post Effective

### Fees through 02/28/2013

|            |     |                                                                                                                                                                                             | Hours |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/02/2013 | JSG | e-mail with M. Hiller regarding access to Tribune data; e-mail with R. Lack regarding defendant shareholder lists; review and analyze reports from F. Savin regarding R. Lack requests for information about defendants missing amounts. | 2.00  | 900.00   |
|            | RSC | advice to green re: robbins russell inquiry re: transfer of information, data and documents                                                                                                  | 0.40  | 260.00   |
|            | DBR | communications with Green and Hiller re: transition of discovery materials; review issues relating to transition;                                                                            | 2.20  | 1,430.00 |
| 01/03/2013 | DBR | transfer of discovery materials                                                                                                                                                              | 1.00  | 650.00   |
| 01/04/2013 | DBR | review plan re: execution of settlement documents post-effective date; working with Green on information transfer matters.                                                                   | 1.50  | 975.00   |
|            | JSG | prepare for and call with M. Hiller regarding transfer of documents to Robbins Russell; review documents for production to Robbins Russell; transfer of documents.                           | 3.60  | 1,620.00 |
|            | RSC | emails wi goldfarb re: tolling agreements requested by lack and others.                                                                                                                      | 0.30  | 195.00   |
| 01/07/2013 | JSG | discuss Trustee engagement with D. Rath and R. Cobb                                                                                                                                          | 0.50  | 225.00   |
|            | RLB | Review transfer to Litigation Trustee issues                                                                                                                                                 | 0.50  | 260.00   |
| 01/08/2013 | FAP | Review J. Drobish and M. McGuire emails re: LRC 47th monthly fee application; discussion with M. McGuire re: LRC final fee application;                                                       | 0.20  | 46.00    |
|            | FAP | Emails with J. Warsavsky re: Moelis 16th interim fee application; review same in preparation of filing; draft notice re: same; prepare affidavit of service re: same                          | 0.40  | 92.00    |
|            | FAP | File and coordinate service of Moelis' 16th interim fee application; follow-up email to J Warsavsky re: same.                                                                                | 0.40  | 92.00    |
|            | FAP | Begin drafting LRC 16th interim fee application; discussion with J. Drobish re: same                                                                                                         | 0.50  | 115.00   |
|            | FAP | emails with A. Leung re: AlixPartners 16th interim fee application                                                                                                                           | 0.10  | 23.00    |
|            | FAP | Emails with J. Warsavsky re: Moelis December and final fee application                                                                                                                       | 0.10  | 23.00    |
|            | FAP | Review AlixPartners 16th interim fee application in preparation of filing same; draft notice and affidavit of service                                                                        | 0.30  | 69.00    |

Page: 2
Committee of Unsecured Creditors of Tribune Co.                                March 01, 2013
                                                                               Account No:  961-001
                                                                               Statement No:    16047

Tribune - Post Effective

|            |     |                                                                                                                          | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            | FAP | file and coordinate service of AlixPartners 16th interim fee application; follow-up email with A. Leung re: same          | 0.40  | 92.00    |
|            | FAP | Continue drafting LRC final fee application                                                                               | 1.60  | 368.00   |
|            | JRD | Email to McGuire re: monthly fee application                                                                              | 0.10  | 34.50    |
|            | DBR | coordinating defendant list transfer                                                                                      | 2.00  | 1,300.00 |
|            | FAP | Emails with J. Green re: executed litigation trust agreement; emails with P. Ratkowiak re: same                          | 0.20  | 46.00    |
| 01/09/2013 | DBR | follow up re: transition of materials to Friedman Kaplan                                                                  | 0.50  | 325.00   |
|            | JSG | working on report for R. Lack regarding updated defendants since 12/28; meetings with J. Drobish and F. Savin regarding generating defendant status reports for R. Lack. | 2.50  | 1,125.00 |
|            | JRD | Multiple meetings w/ Adams, Savin, Myrick, Green re: defendant and service status, tasks re: transition to trustee co-counsel | 1.70  | 586.50   |
| 01/10/2013 | FAP | Emails with A. Goldfarb re: Zuckerman 40th monthly fee application; review same in preparation of filing; draft notice for same; prepare affidavit of service for same | 0.50  | 115.00   |
|            | FAP | Emails with A. Goldfarb re: interim and final fee application                                                             | 0.20  | 46.00    |
|            | FAP | Emails with Helen Lamb re: Chadbourne 16th interim fee application                                                        | 0.10  | 23.00    |
|            | FAP | Review Chadbourne 16th interim in preparation of filing; draft notice for same                                            | 0.20  | 46.00    |
|            | FAP | Continue drafting LRC final fee application                                                                               | 1.80  | 414.00   |
|            | FAP | Call with Y. Kim re: final fee application and post-effective fees                                                        | 0.20  | 46.00    |
|            | FAP | File and serve Zuckerman's 40th monthly fee application; follow-up email to A. Goldfarb re: same                          | 0.40  | 92.00    |
|            | FAP | Review P. Ratkowiak email re: proposed order regarding 13th interim fees                                                  | 0.10  | 23.00    |
|            | DBR | transition matters relating to exhibit A defendant list                                                                  | 0.70  | 455.00   |
| 01/11/2013 | FAP | Review K. Stickles email re: fee review process; emails and discussions with M. McGuire and J. Drobish re: same          | 0.20  | 46.00    |
|            | FAP | Review proposed 13th interim fee order; confirm LRC amounts correct and email LRC group re: same                          | 0.20  | 46.00    |
|            | FAP | Finalize LRC 47th  monthly fee application; draft notice for same; prepare affidavit of service                           | 0.50  | 115.00   |
|            | FAP | finalize LRC 16th interim fee application; draft notice for same                                                          | 0.30  | 69.00    |
|            | FAP | File and coordinate service of Chadbourne 16th interim fee application; email to H. Lamb re: same                         | 0.40  | 92.00    |
|            | FAP | File and coordinate service of LRC 47th monthly fee application                                                           | 0.30  | 69.00    |
|            | FAP | File and coordinate service of LRC 16th interim fee application                                                           | 0.30  | 69.00    |
|            | FAP | Emails with Y. Kim re: December fees/expenses and final fee application                                                   | 0.10  | 23.00    |
|            | FAP | emails with A. Goldfarb re: Zuckerman 13th interim fee application; review same in preparation of filing; draft notice re: same | 0.30  | 69.00    |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | FAP | file and coordinate service of Zuckerman's 13th interim fee application; email to A. Goldfarb re: same | 0.40 | 92.00 |
| 01/14/2013 | FAP | Review certification of counsel re: 13th interim fee applications | 0.10 | 23.00 |
|  | FAP | Review agenda re: 1/16 hearing; begin hearing preparations for same; emails with Chadbourne, Zuckerman, AlixPartners, Moelis and Drobish re: same | 0.70 | 161.00 |
|  | FAP | discussions with L. Pedicone re: November and December fee/expenses; email to J. Theil re: November fee/expense detail | 0.20 | 46.00 |
| 01/15/2013 | FAP | Discussions with J. Drobish and M. McGuire re: 1/16 hearing | 0.20 | 46.00 |
|  | FAP | review order approving 13th interim fees; emails with AlixPartners, Moelis and Zuckerman re: same | 0.20 | 46.00 |
|  | FAP | review amended agenda re: 1/16 hearing | 0.10 | 23.00 |
|  | FAP | Prepare affidavit of service re: interim applications of Chadbourne, LRC and Zuckerman; file same | 0.20 | 46.00 |
|  | JRD | Discussion w/ Panchak re: hearing | 0.10 | 34.50 |
|  | JSG | Prepare report for Robbins Russell regarding issues raised by shareholder defendants | 3.00 | 1,350.00 |
| 01/16/2013 | FAP | Email to LRC re: 13th interim fee order and holdback calculations | 0.20 | 46.00 |
|  | FAP | emails with J. Warsavsky re: responses to Moelis 47th monthly fee application | 0.10 | 23.00 |
| 01/17/2013 | FAP | Review M. Roitman email re: committee members' fees/expenses | 0.10 | 23.00 |
|  | FAP | Draft Certificate of No Objection re: Moelis 47th monthly fee application; draft affidavit of service re: same | 0.20 | 46.00 |
|  | FAP | file and serve Certificate of No Objection re: Moelis' 47th fee application; email to J. Warsavsky re: same | 0.30 | 69.00 |
| 01/18/2013 | FAP | Review M. McGuire and J. Theil emails re: response to examiner preliminary report regarding LRC 14th interim fee application | 0.10 | 23.00 |
|  | FAP | emails with H. Lamb re: Chadbourne's 47th monthly fee application | 0.10 | 23.00 |
|  | ACD | Discussions with F. Panchak regarding Chadbourne's Certificate of No Objection for 47th monthly fee applications; | 0.30 | 63.00 |
| 01/21/2013 | ACD | Draft Certificate of No Objection regarding 47th monthly application for Chadbourne and Affidavit of Service relating to same; | 0.50 | 105.00 |
| 01/22/2013 | FAP | Emails with Y. Kim re: AlixPartners final fee application | 0.10 | 23.00 |
|  | FAP | Briefly review fee examiner final report re: LRC 14th interim fee application | 0.20 | 46.00 |
|  | JRD | Begin to review/revise LRC December invoice | 0.30 | 103.50 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

| | | | Hours | |
|---|---|---|---|---|
| | ACD | Prepare and e-file Certificate of No Objection regarding Chadbourne's 47th fee app; | 0.50 | 105.00 |
| | JSG | E-mail with E. Myrick regarding service list per request from C. Doniak; e-mails with M. Hiller regarding service issues and coordination with Akin Gump; | 2.00 | 900.00 |
| 01/23/2013 | FAP | Briefly review Chadbourne memo re: JPM fee/expense reimbursement | 0.10 | 23.00 |
| | FAP | Continue drafting LRC 48th and final fee application | 2.60 | 598.00 |
| | RSC | advice to green re: additional info requests form akin relating to fitzsimons complaint/service; | 0.70 | 455.00 |
| 01/24/2013 | FAP | Continue drafting LRC 48th and final fee application | 2.70 | 621.00 |
| | JSG | e-mail with C. Doniak regarding report on status of service; | 0.50 | 225.00 |
| 01/25/2013 | KAB | discussions with F. Panchak and J. Drobish re: final fee app issues | 0.20 | 69.00 |
| | JSG | E-mail with M. Hiller regarding service of process issues; discuss service issues re: S. Smith with A. Goldfarb and J. Drobish; | 1.10 | 495.00 |
| | JRD | Emails w/ J. Green, Melodie Young re: transfer of FitzSimons service data to AG | 0.20 | 69.00 |
| 01/28/2013 | CAA | Draft Certificate of No Objection re: AlixPartners 47th Monthly Fee Application; Finalize for filing and coordinate service of same | 0.50 | 110.00 |
| | FAP | Emails with AlixPartners re: responses to November fee application | 0.10 | 23.00 |
| | FAP | Discussion with M. McGuire and emails with J. Drobish re: final fee application process | 0.10 | 23.00 |
| | JSG | E-mail with J. Drobish and C. Doniak regarding updated service information and issues; discuss Akin Gump-requested defendant service information with J. Drobish; e-mail with M. Hiller regarding communications and requests for information and dismissal from defendants. | 2.00 | 900.00 |
| | JRD | Review/annotate information requests from AG; email to Green re: same | 0.40 | 138.00 |
| | RLB | Research re: list creation dates and sources for first complaint (.6); Review Sara Weber answer (.3); Review Cereghino answer (.4) | 1.30 | 676.00 |
| 01/29/2013 | FAP | Continue drafting LRC 48th & final fee application | 1.90 | 437.00 |
| | FAP | Conference with D. Rath re: LRC final fee application | 0.20 | 46.00 |
| | FAP | Emails with J. Warsavsky re: Moelis' 48th fee application | 0.10 | 23.00 |
| | JSG | e-mail with M. Hiller and C. Doniak regarding procedures for communicating defendant inquiries and requests for dismissal. | 0.70 | 315.00 |
| 01/30/2013 | FAP | Review M. Roitman email regarding submission of committee members fees and expenses; briefly review same | 0.20 | 46.00 |
| | FAP | Continue drafting LRC 48th and final fee application | 0.40 | 92.00 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/31/2013 | FAP | Continue drafting LRC 48th and final fee application | 1.10 | 253.00 |
|  | JRD | Review DCL Plan re: procedures for reimbursement; discussion/email w/ Panchak, McGuire re: same. | 0.20 | 69.00 |
|  | FAP | Discussions with emails with J. Drobish re: plan review regarding compensation for final fee application | 0.20 | 46.00 |
|  | FAP | Emails with A. Goldfarb re: Zuckerman's December and final fee application; call with J. Clark re: same. | 0.20 | 46.00 |
|  | FAP | emails with A. Goldfarb re: responses to Zuckerman's 40th monthly fee application | 0.10 | 23.00 |
|  | JRD | transfer of service data to AG | 0.40 | 138.00 |
| 02/01/2013 | FAP | Draft Certificate of No Objection re: Zuckerman 40th monthly fee application; prepare affidavit of service for same. | 0.20 | 46.00 |
|  | FAP | discussions with J. Drobish re: LRC 48th and final fee application | 0.20 | 46.00 |
|  | JRD | Review and execute Certificate of No Objection re: ZS 40th fee app | 0.10 | 34.50 |
|  | JRD | Discussion w/ F. Panchak re: LRC final fee app | 0.20 | 69.00 |
|  | FAP | File and serve Certificate of No Objection re: Zuckerman's 40th fee application; email to A. Goldfarb re: same | 0.40 | 92.00 |
| 02/04/2013 | FAP | Emails with landis, mcguire and drobish re: responses to LRC 47th monthly fee application; draft Certificate of No Objection and affidavit of service re: same | 0.30 | 69.00 |
|  | JRD | Review and execute Certificate of No Objection re: LRC 47th monthly fee application | 0.10 | 34.50 |
|  | JRD | Emails/discussions w/ Panchak, McGuire re: LRC final fee app | 0.30 | 103.50 |
|  | FAP | Call with H. Lamb and conference with M. McGuire and J. Drobish re: final fee application | 0.30 | 69.00 |
|  | FAP | emails with J. Clark re: Zuckerman's 41st fee application | 0.10 | 23.00 |
|  | FAP | file and serve Certificate of No Objection re: LRC 47th monthly fee application | 0.30 | 69.00 |
| 02/06/2013 | FAP | emails with Y. Kim re: status of interim fee approvals and future hearings | 0.10 | 23.00 |
|  | FAP | Review K. Stickles email re: December and final fee application | 0.10 | 23.00 |
|  | JRD | Review/revise December invoice | 0.30 | 103.50 |
|  | FAP | Emails with A. Leung re: preliminary 14th interim fee report | 0.10 | 23.00 |
|  | FAP | Calls with H. Lamb re: final fee application | 0.10 | 23.00 |
| 02/07/2013 | FAP | Review P. Ratkowiak email re: proposed omnibus fee order for 14th interim fees; review pfo and email to LRC group re: same | 0.20 | 46.00 |
| 02/11/2013 | FAP | Review P. Ratkowiak email and certification of counsel re: order regarding 14th interim fees | 0.20 | 46.00 |
|  | FAP | Emails with H. Lamb re: 2/13 hearing | 0.10 | 23.00 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | FAP | Review omnibus order approving 14th interim fees/expenses; email to Chadbourne, Moelis and AlixPartners re: same | 0.20 | 46.00 |
| 02/12/2013 | FAP | Continue drafting LRC 48th and final fee application | 0.30 | 69.00 |
| 02/13/2013 | FAP | Further assist R. Cobb re: 2/13 hearing preparations | 0.30 | 69.00 |
|  | JRD | Review/revise December bill | 3.90 | 1,345.50 |
|  | FAP | Discussion with J. Drobish re: LRC 48th & final fee application | 0.10 | 23.00 |
|  | MBM | conference call with Goldfarb re: final fee applications issues | 0.50 | 247.50 |
| 02/15/2013 | FAP | discussion with M. McGuire re: LRC 48th and final fee application | 0.10 | 23.00 |
|  | FAP | Conference with M. McGuire and K. Stickles re: final fee applications | 0.20 | 46.00 |
| 02/19/2013 | FAP | Call with H. Lamb re: final fee applications | 0.10 | 23.00 |
|  | FAP | Emails with J. Drobish re: LRC 48th and final fee application | 0.10 | 23.00 |
| 02/20/2013 | FAP | Discussions with J. Drobish re: LRC 48th and final fee application; continue drafting same | 0.60 | 138.00 |
| 02/21/2013 | FAP | Continue drafting LRC 48th & final fee application; discussion with J. Drobish re: same | 2.60 | 598.00 |
| 02/22/2013 | FAP | Emails with A. Goldfarb re: final fee applications | 0.20 | 46.00 |
| 02/25/2013 | FAP | Further emails with A. Goldfarb re: final fee applications | 0.10 | 23.00 |
|  | FAP | Call with H. Lamb re: final fee applications and committee members december application | 0.10 | 23.00 |
|  | MBM | emails with Panchak and Goldfarb re: final fee application issues | 0.40 | 198.00 |
| 02/26/2013 | FAP | Review notice of 15th interim fee hearing; update critical dates | 0.10 | 23.00 |
|  | JRD | Draft/revise final fee app and communicate w/ Panchak, McGuire re: same | 3.50 | 1,207.50 |
|  | FAP | Discussions and emails with J. Drobish and M. McGuire re: LRC 48th and final fee application; review revisions to LRC 48th and final fee application | 0.50 | 115.00 |
| 02/27/2013 | FAP | Emails with A. Holtz re: AlixPartners 48th and final fee application; review same; prepare notice and affidavit of service | 0.40 | 92.00 |
|  | FAP | Call with H. Lamb re: committee member expenses | 0.10 | 23.00 |
|  | FAP | Emails and discussions with J. Drobish and M. McGuire re: LRC 48th and final fee application; review/revise further draft of same; review pos-effective date fees/expenses | 1.30 | 299.00 |

# EXHIBIT "D"

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Committee of Unsecured Creditors of Tribune Co.

March 01, 2013
Account No:   961-001
Statement No:     16047

Tribune - Post Effective

### Fees through 02/28/2013

|            |     |                                                                                                                                                                 | Hours |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/02/2013 | JSG | e-mail with M. Hiller regarding access to Tribune data; e-mail with R. Lack regarding defendant shareholder lists; review and analyze reports from F. Savin regarding R. Lack requests for information about defendants missing amounts. | 2.00  | 900.00   |
|            | RSC | advice to green re: robbins russell inquiry re: transfer of information, data and documents                                                                      | 0.40  | 260.00   |
|            | DBR | communications with Green and Hiller re: transition of discovery materials; review issues relating to transition;                                                | 2.20  | 1,430.00 |
| 01/03/2013 | DBR | transfer of discovery materials                                                                                                                                  | 1.00  | 650.00   |
| 01/04/2013 | DBR | review plan re: execution of settlement documents post-effective date; working with Green on information transfer matters.                                       | 1.50  | 975.00   |
|            | JSG | prepare for and call with M. Hiller regarding transfer of documents to Robbins Russell; review documents for production to Robbins Russell; transfer of documents. | 3.60  | 1,620.00 |
|            | RSC | emails wi goldfarb re: tolling agreements requested by lack and others.                                                                                          | 0.30  | 195.00   |
| 01/07/2013 | JSG | discuss Trustee engagement with D. Rath and R. Cobb                                                                                                              | 0.50  | 225.00   |
|            | RLB | Review transfer to Litigation Trustee issues                                                                                                                     | 0.50  | 260.00   |
| 01/08/2013 | FAP | Review J. Drobish and M. McGuire emails re: LRC 47th monthly fee application; discussion with M. McGuire re: LRC final fee application;                          | 0.20  | 46.00    |
|            | FAP | Emails with J. Warsavsky re: Moelis 16th interim fee application; review same in preparation of filing; draft notice re: same; prepare affidavit of service re: same | 0.40  | 92.00    |
|            | FAP | File and coordinate service of Moelis' 16th interim fee application; follow-up email to J Warsavsky re: same.                                                    | 0.40  | 92.00    |
|            | FAP | Begin drafting LRC 16th interim fee application; discussion with J. Drobish re: same                                                                             | 0.50  | 115.00   |
|            | FAP | emails with A. Leung re: AlixPartners 16th interim fee application                                                                                               | 0.10  | 23.00    |
|            | FAP | Emails with J. Warsavsky re: Moelis December and final fee application                                                                                           | 0.10  | 23.00    |
|            | FAP | Review AlixPartners 16th interim fee application in preparation of filing same; draft notice and affidavit of service                                            | 0.30  | 69.00    |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | FAP | file and coordinate service of AlixPartners 16th interim fee application; follow-up email with A. Leung re: same | 0.40 | 92.00 |
|  | FAP | Continue drafting LRC final fee application | 1.60 | 368.00 |
|  | JRD | Email to McGuire re: monthly fee application | 0.10 | 34.50 |
|  | DBR | coordinating defendant list transfer | 2.00 | 1,300.00 |
|  | FAP | Emails with J. Green re: executed litigation trust agreement; emails with P. Ratkowiak re: same | 0.20 | 46.00 |
| 01/09/2013 | DBR | follow up re: transition of materials to Friedman Kaplan | 0.50 | 325.00 |
|  | JSG | working on report for R. Lack regarding updated defendants since 12/28; meetings with J. Drobish and F. Savin regarding generating defendant status reports for R. Lack. | 2.50 | 1,125.00 |
|  | JRD | Multiple meetings w/ Adams, Savin, Myrick, Green re: defendant and service status, tasks re: transition to trustee co-counsel | 1.70 | 586.50 |
| 01/10/2013 | FAP | Emails with A. Goldfarb re: Zuckerman 40th monthly fee application; review same in preparation of filing; draft notice for same; prepare affidavit of service for same | 0.50 | 115.00 |
|  | FAP | Emails with A. Goldfarb re: interim and final fee application | 0.20 | 46.00 |
|  | FAP | Emails with Helen Lamb re: Chadbourne 16th interim fee application | 0.10 | 23.00 |
|  | FAP | Review Chadbourne 16th interim in preparation of filing; draft notice for same | 0.20 | 46.00 |
|  | FAP | Continue drafting LRC final fee application | 1.80 | 414.00 |
|  | FAP | Call with Y. Kim re: final fee application and post-effective fees | 0.20 | 46.00 |
|  | FAP | File and serve Zuckerman's 40th monthly fee application; follow-up email to A. Goldfarb re: same | 0.40 | 92.00 |
|  | FAP | Review P. Ratkowiak email re: proposed order regarding 13th interim fees | 0.10 | 23.00 |
|  | DBR | transition matters relating to exhibit A defendant list | 0.70 | 455.00 |
| 01/11/2013 | FAP | Review K. Stickles email re: fee review process; emails and discussions with M. McGuire and J. Drobish re: same | 0.20 | 46.00 |
|  | FAP | Review proposed 13th interim fee order; confirm LRC amounts correct and email LRC group re: same | 0.20 | 46.00 |
|  | FAP | Finalize LRC 47th monthly fee application; draft notice for same; prepare affidavit of service | 0.50 | 115.00 |
|  | FAP | finalize LRC 16th interim fee application; draft notice for same | 0.30 | 69.00 |
|  | FAP | File and coordinate service of Chadbourne 16th interim fee application; email to H. Lamb re: same | 0.40 | 92.00 |
|  | FAP | File and coordinate service of LRC 47th monthly fee application | 0.30 | 69.00 |
|  | FAP | File and coordinate service of LRC 16th interim fee application | 0.30 | 69.00 |
|  | FAP | Emails with Y. Kim re: December fees/expenses and final fee application | 0.10 | 23.00 |
|  | FAP | emails with A. Goldfarb re: Zuckerman 13th interim fee application; review same in preparation of filing; draft notice re: same | 0.30 | 69.00 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | FAP | file and coordinate service of Zuckerman's 13th interim fee application; email to A. Goldfarb re: same | 0.40 | 92.00 |
| 01/14/2013 | FAP | Review certification of counsel re: 13th interim fee applications | 0.10 | 23.00 |
|  | FAP | Review agenda re: 1/16 hearing; begin hearing preparations for same; emails with Chadbourne, Zuckerman, AlixPartners, Moelis and Drobish re: same | 0.70 | 161.00 |
|  | FAP | discussions with L. Pedicone re: November and December fee/expenses; email to J. Theil re: November fee/expense detail | 0.20 | 46.00 |
| 01/15/2013 | FAP | Discussions with J. Drobish and M. McGuire re: 1/16 hearing | 0.20 | 46.00 |
|  | FAP | review order approving 13th interim fees; emails with AlixPartners, Moelis and Zuckerman re: same | 0.20 | 46.00 |
|  | FAP | review amended agenda re: 1/16 hearing | 0.10 | 23.00 |
|  | FAP | Prepare affidavit of service re: interim applications of Chadbourne, LRC and Zuckerman; file same | 0.20 | 46.00 |
|  | JRD | Discussion w/ Panchak re: hearing | 0.10 | 34.50 |
|  | JSG | Prepare report for Robbins Russell regarding issues raised by shareholder defendants | 3.00 | 1,350.00 |
| 01/16/2013 | FAP | Email to LRC re: 13th interim fee order and holdback calculations | 0.20 | 46.00 |
|  | FAP | emails with J. Warsavsky re: responses to Moelis 47th monthly fee application | 0.10 | 23.00 |
| 01/17/2013 | FAP | Review M. Roitman email re: committee members' fees/expenses | 0.10 | 23.00 |
|  | FAP | Draft Certificate of No Objection re: Moelis 47th monthly fee application; draft affidavit of service re: same | 0.20 | 46.00 |
|  | FAP | file and serve Certificate of No Objection re: Moelis' 47th fee application; email to J. Warsavsky re: same | 0.30 | 69.00 |
| 01/18/2013 | FAP | Review M. McGuire and J. Theil emails re: response to examiner preliminary report regarding LRC 14th interim fee application | 0.10 | 23.00 |
|  | FAP | emails with H. Lamb re: Chadbourne's 47th monthly fee application | 0.10 | 23.00 |
|  | ACD | Discussions with F. Panchak regarding Chadbourne's Certificate of No Objection for 47th monthly fee applications; | 0.30 | 63.00 |
| 01/21/2013 | ACD | Draft Certificate of No Objection regarding 47th monthly application for Chadbourne and Affidavit of Service relating to same; | 0.50 | 105.00 |
| 01/22/2013 | FAP | Emails with Y. Kim re: AlixPartners final fee application | 0.10 | 23.00 |
|  | FAP | Briefly review fee examiner final report re: LRC 14th interim fee application | 0.20 | 46.00 |
|  | JRD | Begin to review/revise LRC December invoice | 0.30 | 103.50 |

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | ACD | Prepare and e-file Certificate of No Objection regarding Chadbourne's 47th fee app; | 0.50 | 105.00 |
|  | JSG | E-mail with E. Myrick regarding service list per request from C. Doniak; e-mails with M. Hiller regarding service issues and coordination with Akin Gump; | 2.00 | 900.00 |
| 01/23/2013 | FAP | Briefly review Chadbourne memo re: JPM fee/expense reimbursement | 0.10 | 23.00 |
|  | FAP | Continue drafting LRC 48th and final fee application | 2.60 | 598.00 |
|  | RSC | advice to green re: additional info requests form akin relating to fitzsimons complaint/service; | 0.70 | 455.00 |
| 01/24/2013 | FAP | Continue drafting LRC 48th and final fee application | 2.70 | 621.00 |
|  | JSG | e-mail with C. Doniak regarding report on status of service; | 0.50 | 225.00 |
| 01/25/2013 | KAB | discussions with F. Panchak and J. Drobish re: final fee app issues | 0.20 | 69.00 |
|  | JSG | E-mail with M. Hiller regarding service of process issues; discuss service issues re: S. Smith with A. Goldfarb and J. Drobish; | 1.10 | 495.00 |
|  | JRD | Emails w/ J. Green, Melodie Young re: transfer of FitzSimons service data to AG | 0.20 | 69.00 |
| 01/28/2013 | CAA | Draft Certificate of No Objection re: AlixPartners 47th Monthly Fee Application; Finalize for filing and coordinate service of same | 0.50 | 110.00 |
|  | FAP | Emails with AlixPartners re: responses to November fee application | 0.10 | 23.00 |
|  | FAP | Discussion with M. McGuire and emails with J. Drobish re: final fee application process | 0.10 | 23.00 |
|  | JSG | E-mail with J. Drobish and C. Doniak regarding updated service information and issues; discuss Akin Gump-requested defendant service information with J. Drobish; e-mail with M. Hiller regarding communications and requests for information and dismissal from defendants. | 2.00 | 900.00 |
|  | JRD | Review/annotate information requests from AG; email to Green re: same | 0.40 | 138.00 |
|  | RLB | Research re: list creation dates and sources for first complaint (.6); Review Sara Weber answer (.3); Review Cereghino answer (.4) | 1.30 | 676.00 |
| 01/29/2013 | FAP | Continue drafting LRC 48th & final fee application | 1.90 | 437.00 |
|  | FAP | Conference with D. Rath re: LRC final fee application | 0.20 | 46.00 |
|  | FAP | Emails with J. Warsavsky re: Moelis' 48th fee application | 0.10 | 23.00 |
|  | JSG | e-mail with M. Hiller and C. Doniak regarding procedures for communicating defendant inquiries and requests for dismissal. | 0.70 | 315.00 |
| 01/30/2013 | FAP | Review M. Roitman email regarding submission of committee members fees and expenses; briefly review same | 0.20 | 46.00 |
|  | FAP | Continue drafting LRC 48th and final fee application | 0.40 | 92.00 |

Committee of Unsecured Creditors of Tribune Co.


Tribune - Post Effective

|            |     |                                                                                                                           | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/31/2013 | FAP | Continue drafting LRC 48th and final fee application                                                                       | 1.10  | 253.00 |
|            | JRD | Review DCL Plan re: procedures for reimbursement; discussion/email w/ Panchak, McGuire re: same.                          | 0.20  | 69.00  |
|            | FAP | Discussions with emails with J. Drobish re: plan review regarding compensation for final fee application                   | 0.20  | 46.00  |
|            | FAP | Emails with A. Goldfarb re: Zuckerman's December and final fee application; call with J. Clark re: same.                    | 0.20  | 46.00  |
|            | FAP | emails with A. Goldfarb re: responses to Zuckerman's 40th monthly fee application                                          | 0.10  | 23.00  |
|            | JRD | transfer of service data to AG                                                                                             | 0.40  | 138.00 |
| 02/01/2013 | FAP | Draft Certificate of No Objection re: Zuckerman 40th monthly fee application; prepare affidavit of service for same.       | 0.20  | 46.00  |
|            | FAP | discussions with J. Drobish re: LRC 48th and final fee application                                                         | 0.20  | 46.00  |
|            | JRD | Review and execute Certificate of No Objection re: ZS 40th fee app                                                         | 0.10  | 34.50  |
|            | JRD | Discussion w/ F. Panchak re: LRC final fee app                                                                             | 0.20  | 69.00  |
|            | FAP | File and serve Certificate of No Objection re: Zuckerman's 40th fee application; email to A. Goldfarb re: same             | 0.40  | 92.00  |
| 02/04/2013 | FAP | Emails with landis, mcguire and drobish re: responses to LRC 47th monthly fee application; draft Certificate of No Objection and affidavit of service re: same | 0.30  | 69.00  |
|            | JRD | Review and execute Certificate of No Objection re: LRC 47th monthly fee application                                        | 0.10  | 34.50  |
|            | JRD | Emails/discussions w/ Panchak, McGuire re: LRC final fee app                                                               | 0.30  | 103.50 |
|            | FAP | Call with H. Lamb and conference with M. McGuire and J. Drobish re: final fee application                                  | 0.30  | 69.00  |
|            | FAP | emails with J. Clark re: Zuckerman's 41st fee application                                                                  | 0.10  | 23.00  |
|            | FAP | file and serve Certificate of No Objection re: LRC 47th monthly fee application                                           | 0.30  | 69.00  |
| 02/06/2013 | FAP | emails with Y. Kim re: status of interim fee approvals and future hearings                                                 | 0.10  | 23.00  |
|            | FAP | Review K. Stickles email re: December and final fee application                                                            | 0.10  | 23.00  |
|            | JRD | Review/revise December invoice                                                                                             | 0.30  | 103.50 |
|            | FAP | Emails with A. Leung re: preliminary 14th interim fee report                                                               | 0.10  | 23.00  |
|            | FAP | Calls with H. Lamb re: final fee application                                                                               | 0.10  | 23.00  |
| 02/07/2013 | FAP | Review P. Ratkowiak email re: proposed omnibus fee order for 14th interim fees; review pfo and email to LRC group re: same | 0.20  | 46.00  |
| 02/11/2013 | FAP | Review P. Ratkowiak email and certification of counsel re: order regarding 14th interim fees                              | 0.20  | 46.00  |
|            | FAP | Emails with H. Lamb re: 2/13 hearing                                                                                       | 0.10  | 23.00  |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | FAP | Review omnibus order approving 14th interim fees/expenses; email to Chadbourne, Moelis and AlixPartners re: same | 0.20 | 46.00 |
| 02/12/2013 | FAP | Continue drafting LRC 48th and final fee application | 0.30 | 69.00 |
| 02/13/2013 | FAP | Further assist R. Cobb re: 2/13 hearing preparations | 0.30 | 69.00 |
|  | JRD | Review/revise December bill | 3.90 | 1,345.50 |
|  | FAP | Discussion with J. Drobish re: LRC 48th & final fee application | 0.10 | 23.00 |
|  | MBM | conference call with Goldfarb re: final fee applications issues | 0.50 | 247.50 |
| 02/15/2013 | FAP | discussion with M. McGuire re: LRC 48th and final fee application | 0.10 | 23.00 |
|  | FAP | Conference with M. McGuire and K. Stickles re: final fee applications | 0.20 | 46.00 |
| 02/19/2013 | FAP | Call with H. Lamb re: final fee applications | 0.10 | 23.00 |
|  | FAP | Emails with J. Drobish re: LRC 48th and final fee application | 0.10 | 23.00 |
| 02/20/2013 | FAP | Discussions with J. Drobish re: LRC 48th and final fee application; continue drafting same | 0.60 | 138.00 |
| 02/21/2013 | FAP | Continue drafting LRC 48th & final fee application; discussion with J. Drobish re: same | 2.60 | 598.00 |
| 02/22/2013 | FAP | Emails with A. Goldfarb re: final fee applications | 0.20 | 46.00 |
| 02/25/2013 | FAP | Further emails with A. Goldfarb re: final fee applications | 0.10 | 23.00 |
|  | FAP | Call with H. Lamb re: final fee applications and committee members december application | 0.10 | 23.00 |
|  | MBM | emails with Panchak and Goldfarb re: final fee application issues | 0.40 | 198.00 |
| 02/26/2013 | FAP | Review notice of 15th interim fee hearing; update critical dates | 0.10 | 23.00 |
|  | JRD | Draft/revise final fee app and communicate w/ Panchak, McGuire re: same | 3.50 | 1,207.50 |
|  | FAP | Discussions and emails with J. Drobish and M. McGuire re: LRC 48th and final fee application; review revisions to LRC 48th and final fee application | 0.50 | 115.00 |
| 02/27/2013 | FAP | Emails with A. Holtz re: AlixPartners 48th and final fee application; review same; prepare notice and affidavit of service | 0.40 | 92.00 |
|  | FAP | Call with H. Lamb re: committee member expenses | 0.10 | 23.00 |
|  | FAP | Emails and discussions with J. Drobish and M. McGuire re: LRC 48th and final fee application; review/revise further draft of same; review pos-effective date fees/expenses | 1.30 | 299.00 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|  |  | **Hours** |  |
|---|---|---|---|
| JRD | Emails/discussions w/ Panchak and McGuire re: final fee app | 0.30 | 103.50 |
| FAP | File and coordinate service of AlixPartners 48th and final fee application; emails re: same | 0.60 | 138.00 |
| FAP | Emails with H. Lamb re: Chadbourne's 48th and final fee application; review same in preparation of filing | 0.20 | 46.00 |
| MBM | review and revise final fee application | 3.00 | 1,485.00 |
| MBM | review and prepare response to fee examiner preliminary report for 15th interim fee application | 1.60 | 792.00 |
| 02/28/2013 FAP | Emails with H. Lamb re: revised Chadbourne 48th and final fee application; review revised application and exhibits in preparation of filing; draft/revise notice re: same; draft affidavit of service re: same | 0.50 | 115.00 |
| FAP | File and serve Chadbourne's 48th & final fee application; follow-up email with H. Lamb re: same | 0.80 | 184.00 |
| JRD | Review and execute notice of Chadbourne final fee app | 0.10 | 34.50 |
| FAP | Draft notices final fee applications re: LRC, Moelis and Zuckerman | 0.30 | 69.00 |
| FAP | Review S. Hartnett emails re: Moelis final fee application; emails and discussions with A. Landis and M. McGuire re: same; briefly review final fee application; calls and emails with S. Hartnett | 0.60 | 138.00 |
| FAP | Emails with A. Goldfarb re: Zuckerman's final fee application | 0.20 | 46.00 |
| FAP | Meet with M. McGuire and J. Drobish re: LRC 48th and final fee application | 0.30 | 69.00 |
| FAP | Review committee members February receipts; draft 21st expense application; discussion with J. Drobish re: same | 0.60 | 138.00 |
| JRD | Review/revise LRC final fee app and meet with McGuire, Panchak re: same | 1.60 | 552.00 |
| FAP | Review revised combined Moelis 48th and final fee application; emails with S. Hartnett re: same | 0.30 | 69.00 |
| FAP | Call with Y. Kim re: AlixPartners final fee application | 0.10 | 23.00 |
| MBM | review of Moelis final fee application (.6); emails and calls with Moelis re: same (.5) | 1.10 | 544.50 |
| MBM | review and revise final fee application (2.4); conferences with Drobish and Panchak re: same (.4) | 2.80 | 1,386.00 |
| 01/07/2013 FAP | Review order scheduling omnibus hearings; update critical dates | 0.10 | 23.00 |
| 01/04/2013 LR | Review and exchange emails with J. Green re: SDNY Case folder; review SDNY case folder documents; assist J. Green re: preparation of document transfer to Trustee. | 1.70 | 374.00 |
| LR | Review MDL case docket re: SDNY Case No. 12-06055 advisor claim | 0.20 | 44.00 |
| 01/07/2013 FAP | Discussion with J. Green re: litigation trust agreement; research/review plan re: same | 0.30 | 69.00 |
| 01/02/2013 JRD | Review/revise November invoice re: 47th fee statement | 0.90 | 310.50 |
| FAP | Continue drafting LRC final fee application | 0.60 | 138.00 |

Committee of Unsecured Creditors of Tribune Co.

Tribune - Post Effective

|            |     |                                                                                                                                                                                                                                 | Hours |           |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 01/03/2013 | JRD | Review/revise LRC 47th fee app; email  to and discussion w/ Panchak re: same                                                                                                                                                    | 1.80  | 621.00    |
|            | FAP | Emails and discussion with J. Drobish re: LRC 47th monthly fee application; continue drafting same.                                                                                                                              | 0.60  | 138.00    |
|            | CL  | Assist F. Panchak re: edits to LRC 47th fee app                                                                                                                                                                                  | 2.00  | 270.00    |
|            | FAP | Briefly review fee examiner final report re: LRC 13th interim fee application                                                                                                                                                    | 0.20  | 46.00     |
|            | FAP | Continue drafting LRC 47th monthly fee application                                                                                                                                                                               | 0.40  | 92.00     |
| 01/04/2013 | FAP | Continue drafting LRC 47th monthly fee application                                                                                                                                                                               | 0.50  | 115.00    |
|            | FAP | Discussion with J. Drobish re: LRC 16th interim and final fee applications                                                                                                                                                       | 0.10  | 23.00     |
|            | JRD | Briefly review draft fee app and email to McGuire re: same; discuss same w/ F. Panchak.                                                                                                                                          | 0.40  | 138.00    |
| 01/11/2013 | CL  | Assist F. Panchak re: finalizing LRC 47th monthly fee app                                                                                                                                                                        | 0.50  | 67.50     |
|            | JRD | Review draft of 16th interim fee application                                                                                                                                                                                     | 0.10  | 34.50     |
|            | MBM | review and revise November fee application (1.0); review and revise quarterly fee application (.7); review and draft response to fee examiner report on 14th quarterly application (2.0)                                          | 3.70  | 1,831.50  |
| 01/07/2013 | DBR | call with M Kirschner re: Exhibit A, MDL notice, and path forward; confer with Green and cobb re: same; call with Lack re: same; review motion re: transition of matter filed by debtors; emails with Litigation trustee re: same; emails re: extension of same; | 3.90  | 2,535.00  |
| 01/02/2013 | FAP | Emails with A. Leung re: AlixPartners November fee application                                                                                                                                                                   | 0.10  | 23.00     |
| 01/03/2013 | FAP | Call with H. Lamb re: final fee applications                                                                                                                                                                                     | 0.10  | 23.00     |
| 01/04/2013 | FAP | Emails with A. Leung re: AlixPartners 47th monthly fee application; review/revise same in preparation of filing; draft notice re: same; draft affidavit of service re: same.                                                     | 0.40  | 92.00     |
|            | FAP | Emails with A. Leung re: final fee application filing deadline                                                                                                                                                                   | 0.10  | 23.00     |
|            | FAP | File and coordinate service of AlixPartners 47th monthly fee application; follow-up email to A.Leung re: same.                                                                                                                   | 0.40  | 92.00     |
|            |     | **For Current Services Rendered**                                                                                                                                                                                                | **111.70** | **40,857.00** |

Committee of Unsecured Creditors of Tribune Co.

March 01, 2013
Account No:   961-001
Statement No:      16047

Tribune - Post Effective

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Richard S. Cobb | 1.40 | $650.00 | $910.00 |
| Daniel B. Rath | 11.80 | 650.00 | 7,670.00 |
| Rebecca L. Butcher | 1.80 | 520.00 | 936.00 |
| Cathy A. Adams | 0.50 | 220.00 | 110.00 |
| Linda M. Rogers | 1.90 | 220.00 | 418.00 |
| Matthew B. McGuire | 13.10 | 495.00 | 6,484.50 |
| James S. Green, Jr. | 17.90 | 450.00 | 8,055.00 |
| Cassandra Lewicki | 2.50 | 135.00 | 337.50 |
| Frances A. Panchak | 42.30 | 230.00 | 9,729.00 |
| Kimberly A. Brown | 0.20 | 345.00 | 69.00 |
| Anthony C. Dellose | 1.30 | 210.00 | 273.00 |
| Jeffrey R. Drobish | 17.00 | 345.00 | 5,865.00 |
| **TOTAL** | **111.70** | | **$40,857.00** |

{961.001-W0025047.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-------|------|--------|---|-------|
| **Client ID 961.001 Committee of Unsecured Creditors of Tribune Co.** | | | | | | | | |
| 961.001 | 01/04/2013 | AGL | U | 155 | | 53.35 | Outside Duplication Services Digital Legal, LLC - Invoice 70909 (fee app) | 2 |
| 961.001 | 01/08/2013 | AGL | U | 155 | | 43.15 | Outside Duplication Services Digital Legal, LLC - Invoice 70945 | 3 |
| 961.001 | 01/10/2013 | AGL | U | 155 | | 63.99 | Outside Duplication Services Digital Legal, LLC - Invoice 70959 | 4 |
| 961.001 | 01/11/2013 | AGL | U | 155 | | 86.75 | Outside Duplication Services Digital Legal, LLC - Invoice 71038 | 5 |
| 961.001 | 01/11/2013 | AGL | U | 155 | | 1,287.20 | Outside Duplication Services Digital Legal, LLC - Invoice 71064 | 6 |
| 961.001 | 01/17/2013 | AGL | U | 155 | | 25.94 | Outside Duplication Services Digital Legal, LLC - Invoice 71166 | 10 |
| 961.001 | 01/22/2013 | AGL | U | 106 | 0.150 | 7.80 | Copying | 7 |
| 961.001 | 01/23/2013 | AGL | U | 106 | 0.150 | 5.40 | Copying | 8 |
| 961.001 | 01/28/2013 | AGL | U | 106 | 0.150 | 0.75 | Copying | 9 |
| 961.001 | 01/28/2013 | AGL | U | 155 | | 31.45 | Outside Duplication Services Digital Legal - Invoice 71377 | 11 |
| 961.001 | 02/04/2013 | AGL | U | 106 | 0.150 | 3.00 | Copying | 12 |
| 961.001 | 02/12/2013 | AGL | U | 106 | 0.150 | 4.50 | Copying | 13 |
| 961.001 | 02/15/2013 | AGL | U | 106 | 0.150 | 12.90 | Copying | 14 |
| 961.001 | 02/19/2013 | AGL | U | 106 | 0.150 | 7.05 | Copying | 15 |
| 961.001 | 02/20/2013 | AGL | U | 106 | 0.150 | 0.15 | Copying | 16 |
| 961.001 | 02/27/2013 | AGL | U | 106 | 0.150 | 13.35 | Copying | 17 |
| 961.001 | 02/28/2013 | AGL | U | 106 | 0.150 | 85.80 | Copying | 18 |
| 961.001 | 02/28/2013 | AGL | U | 102 | | 7.56 | Postage | 19 |

**Total for Client ID 961.001**          Billable          1,740.09   Committee of Unsecured Creditors of Tribune Co.
Tribune - Post Effective

---

**GRAND TOTALS**

Billable          1,740.09

Committee of Unsecured Creditors of Tribune Co.

March 01, 2013
Account No:   961-001
Statement No:      16047

Tribune - Post Effective

## Expenses

| | |
|---|---:|
| Postage | 7.56 |
| Copying | 140.70 |
| Outside Duplication Services | 1,591.83 |
| | -------- |
| **Total Expenses Thru 02/28/2013** | $1,740.09 |

{961.001-W0025047.}