## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Date: March 21, 2013 at 4:00 p.m. (EST)**<br>**Hearing Date: TBD** |

## FOURTEENTH MONTHLY FEE APPLICATION OF SNR DENTON US LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE REORGANIZED DEBTORS FOR THE MONTHLY PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012 AND THE FINAL FEE PERIOD FROM NOVEMBER 1, 2011 THROUGH DECEMBER 31, 2012

| | |
|---|---|
| Name of Applicant: | **SNR Denton US LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **December 12, 2011 (nunc pro tunc to November 1, 2011)[2]** |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Period for Which Monthly Compensation and Reimbursement is Sought: | **December 1, 2012 through December 31, 2012** |
| Amount of Monthly Compensation Sought as Actual, Reasonable and Necessary: | **$25,585.00** |
| Amount of Monthly Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$217.60** |
| Period for Which Final Compensation and Reimbursement is Sought | **November 1, 2011 through December 31, 2012** |
| Amount of Final Compensation Sought as Actual, Reasonable and Necessary: | **$603,980.04[3]** |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$6,314.18[4]** |

This is a(n):    __X_ monthly        __ interim        ___X__ final application

Requested Payment Amount for the Fourteenth Monthly Fee Period:

| | |
|---|---|
| Fees at 80% | **$20,468.00** |
| Expenses at 100% | **$217.60** |

---

[2] As further explained herein, SNR Denton US LLP was originally retained by the Debtors as an Ordinary Course Professional pursuant to the Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [D.I. 227] (the "OCP Order").

[3] The amount of final compensation sought by SNR Denton is equal to the sum of all fees previously approved by this Court for SNR Denton's First Quarterly Fee Application Request through the Third Quarterly Fee Application Request, plus the fees requested by SNR Denton in its Fourth Quarterly Fee Application Request, Fifth Quarterly Fee Application Request, and Fourteenth Monthly Fee Application.

[4] The amount of final expense reimbursement sought by SNR Denton is equal to the sum of all expenses previously approved by this Court for SNR Denton's First Quarterly Fee Application Request through the Third Quarterly Fee Application Request, plus the fees requested by SNR Denton in its Fourth Quarterly Fee Application Request, Fifth Quarterly Fee Application Request, and Fourteenth Monthly Fee Application.

46429/0001-9303509V1

## SUMMARY OF PRIOR FEE APPLICATIONS OF SNR DENTON US LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

**Prior Interim Applications Filed:**

| Quarter | Date Filed/ Docket No. | Requested | | | Approved | |
|---|---|---|---|---|---|---|
| | | Period Covered | Fees | Expenses | Fees | Expenses |
| 1st | 1/13/12, 10621 | 11/1/2011-11/30/2011 | $45,335.00 | $548.90 | $45,273.50 | $548.90 |
| 2nd | 4/13/12, 11385 | 12/1/2011-2/29/2012 | $187,584.00 | $1,497.91 | $187,793.50 | $1,497.91 |
| 3rd | 7/13/12, 12016 | 3/1/2012-5/31/2012 | $122,178.00 | $1,724.50 | $122,360.04 | $1,722.60 |
| 4th | 10/15/12, 12575 | 6/1/2012-8/31/2012 | $121,972.00 | $1,296.07 | Pending | Pending |
| 5th | 1/11/13, 13033 | 9/1/2012-11/30/2012 | $100,996.00 | $1,031.10 | Pending | Pending |

**Prior Monthly Applications Filed:**

| Application | Date Filed | Docket Number | Period Covered | Fees Requested (at 80%) | Expenses Requested (at 100%) | TOTAL |
|---|---|---|---|---|---|---|
| 1st Monthly | 1/13/12 | DI 10614 | 11/1/2011-11/30/2011 | $36,268.00 | $548.90 | $36,816.90 |
| 2nd Monthly | 4/13/12 | DI 11369 | 12/1/2011-12/31/2011 | $52,607.20 | $634.40 | $53,241.60 |
| 3rd Monthly | 4/13/12 | DI 11370 | 1/1/2012-1/31/2012 | $66,291.20 | $161.00 | $66,452.20 |

46429/0001-9303509V1

| 4th Monthly | 4/13/12 | DI 11371 | 2/1/2012-2/29/2012 | $31,168.80 | $702.51 | $31,871.31 |
|---|---|---|---|---|---|---|
| 5th Monthly | 7/12/12 | DI 12003 | 3/1/2012-3/31/2012 | $52,910.80 | $1,038.40 | $53,949.20 |
| 6th Monthly | 7/12/12 | DI 12004 | 4/1/2012-4/30/2012 | $13,766.00 | $331.70 | $14,097.70 |
| 7th Monthly | 7/12/12 | DI 12005 | 5/1/2012-5/31/2012 | $31,065.60 | $354.40 | $31,420.00 |
| 8th Monthly | 9/25/12 | DI 12462 | 6/1/2012-6/30/2012 | $16,160.40 | $34.40 | $16,194.80 |
| 9th Monthly | 9/25/12 | DI 12463 | 7/1/2012-7/31/2012 | $44,877.20 | $358.20 | $45,235.40 |
| 10th Monthly | 10/1/12 | DI 12489 | 8/1/2012-8/31/2012 | $36,540.00 | $903.17 | $37,443.17 |
| 11th Monthly | 10/26/12 | DI 12637 | 9/1/2012-9/30/2012 | $19,540.80 | $607.00 | $20,147.80 |
| 12th Monthly | 11/26/12 | DI 12763 | 10/1/2012-10/31/2012 | $41,096.00 | $382.60 | $41,478.60 |

46429/0001-9303509V1

**ATTACHMENT A**

**FEE SUMMARY FOR THE PERIOD FROM
DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rosemary L. Gullikson | Partner/ Corporate Admitted to Illinois Bar in 1994 | $575.00 | 15.90 | $9,142.50 |
| James A. Klenk | Partner/ Intellectual Property & Technology Group/ Admitted to Illinois Bar in 1974 | $650.00 | 10.20 | $6,630.00 |
| Natalie J. Spears | Partner/ Litigation/ Admitted to Illinois Bar in 1995 | $575.00 | 10.10 | $5,807.50 |
| Gregory R. Naron | Counsel/ Litigation/ Admitted to Illinois Bar in 1991 | $520.00 | 0.60 | $312.00 |
| Tiffany Amlot | Senior Managing Associate/ Litigation/ Admitted to Wisconsin Bar in 2004 and Illinois Bar in 2007 | $400.00 | 7.40 | $2,960.00 |
| Kristen C. Rodriguez | Associate/ Litigation/ Admitted to Illinois Bar in 2009 | $335.00 | 0.60 | 201.00 |

46429/0001-9303509V1

| Name of Professional/ Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine L. Staba | Associate/ Intellectual Property & Technology Group/ Admitted to Massachusetts Bar in 2009 and Illinois Bar in 2010 | $380.00 | 1.40 | $532.00 |
| **Grand Total** | | | **46.20** | **$25,585.00** |
| **Blended Rate** | | **$553.79** | | |

2

46429/0001-9303509V1

**ATTACHMENT B**

**COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Eddie Johnson | 0.10 | $52.00 |
| Chicago Magazine - Editorial | 0.40 | $230.00 |
| Chicago Tribune - Editorial - General | 24.70 | $13,462.50 |
| Roberto Rivera | 0.80 | $331.00 |
| Christopher Buchanan | 1.90 | $857.00 |
| Bruce Smith | 0.20 | $80.00 |
| Valassis Direct Mail, Inc. | 1.80 | $1,170.00 |
| Potential Litigation Over Contract Dispute | 0.40 | 260.00 |
| ███ Contracts | 15.90 | $9,142.50 |
| **TOTAL** | **46.20** | **$25,585.00** |

## ATTACHMENT C

### EXPENSE SUMMARY FOR THE PERIOD FROM
### DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $2.50 |
| Court Reporting | McCorkle Court Reporters | $193.10 |
| Document Reproduction | SNR Denton US LLP | $6.00 |
| Ground Transportation | | $16.00 |
| **TOTAL** | | **$217.60** |

46429/0001-9303509V1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Date: March 21, 2013 at 4:00 p.m. (EST)**<br>**Hearing Date: TBD** |

**FOURTEENTH MONTHLY FEE APPLICATION OF SNR DENTON US LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE REORGANIZED DEBTORS
FOR THE MONTHLY PERIOD FROM DECEMBER 1, 2012 THROUGH
DECEMBER 31, 2012 AND THE FINAL FEE PERIOD FROM
NOVEMBER 1, 2011 THROUGH DECEMBER 31, 2012**

SNR Denton US LLP ("SNR Denton"), as special counsel to the reorganized debtors in

the above-captioned Chapter 11 cases (collectively, the "Debtors")[6] for certain litigation and

transactional matters, hereby respectfully submits this Fourteenth Monthly Fee Application of

SNR Denton US LLP for Allowance of Compensation for Services Rendered and

---

[5] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] As used herein, the term "Debtors" includes the entities that are successors-in-interest to the Debtors as of the Effective Date of the DCL Plan (as defined herein), after taking into account the Restructuring Transactions (as defined in the DCL Plan).

Reimbursement of Expenses as Special Counsel to the Reorganized Debtors for the Monthly

Period from December 1, 2012 through December 31, 2012, and the Final Fee Period from

November 1, 2011 through December 31, 2012 (the "Application") pursuant to 11 U.S.C. §§

327, 331 and 503, Federal Rule of Bankruptcy Procedure 2016, Rule 2016-2 of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I.

225] (the "Administrative Order"), as amended, the Order Appointing Fee Examiner and

Establishing Related Procedures for Compensation and Reimbursement of Expenses for

Professionals and Consideration of Fee Application (the "Fee Examiner Order") and the

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses

promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. §

586(a)(3)(A).  By this Application, SNR Denton seeks (a) approval of compensation for legal

services performed and reimbursement of expenses incurred during the period commencing

December 1, 2012 through December 31, 2012 (the "Fourteenth Monthly Fee Period"), and (b)

approval of final compensation and reimbursement of expenses for the period from November 1,

2011 through December 31, 2012 (the "Final Fee Period").  In support hereof, SNR Denton

respectfully represents the following:

## I.     FACTUAL BACKGROUND

1.     On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions

for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the

"Court").  An additional Debtor, Tribune CNLBC, LLC (f/k/a Chicago National League Baseball

2

Club, LLC) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 12, 2009.

2.      The Debtors' Chapter 11 cases were consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 2015(b).  [D.I. 43, 2333.]

3.      On December 18, 2008, the Office of the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

4.      On December 26, 2008, the Debtors filed the Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code [D.I. 148] (the "OCP Motion").  In the OCP Motion, the Debtors sought approval of this Court to employ and retain certain ordinary course professionals to provide services to the Debtors as necessary for the day-to-day operations of the Debtors' businesses on terms substantially similar to those in effect prior to the Petition Date.  Exhibit A to the OCP Motion contained a list of such ordinary course professionals sought to be retained by the Debtors, including SNR.  On January 15, 2009, this Court granted the OCP Order approving procedures for the employment, retention, and compensation of the ordinary course professionals.  [D.I. 227.]

5.      On November 23, 2011, the Debtors filed an application for an order authorizing the employment and retention of SNR Denton as special counsel for certain First Amendment, publishing, outsourcing and other litigation and transactional matters pursuant to §§ 327(e) and 1107 of the Bankruptcy Code, *nunc pro tunc* to November 1, 2011 [D.I. 10295] (the "Special Counsel Application").  The Special Counsel Application was filed for the limited purpose of

3

converting SNR Denton's retention by the Debtors under this Court's OCP Order into a retention

pursuant to Sections 327(e) and 1103 of the Bankruptcy Code, given that SNR Denton had

exceeded the applicable monthly cap on its services under the OCP Order for multiple

consecutive months, and that the Debtors expected that SNR Denton would continue to exceed

that monthly cap on a regular basis in the future.

6.    On December 12, 2011, this Court entered an order approving the Special

Counsel Application and authorizing the Debtors to employ SNR Denton as special counsel to

the Debtors for certain litigation and transactional matters in these cases *nunc pro tunc* to

November 1, 2011 [D.I. 10422] (the "Retention Order").

7.    On July 23, 2012, the Court entered an Order [D.I. 12074] Confirming the Fourth

Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by

the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P.,

Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [D.I. 11354] (the "DCL Plan").

8.    The Effective Date of the DCL Plan occurred on December 31, 2012 (the

"Effective Date").

9.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court

pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief sought

herein are Sections 327, 331, and 503 of the Bankruptcy Code, Rule 2016 of the Bankruptcy

Rules, and Rule 2016-2 of the Local Rules.

46429/0001-9303509V1

## II.    PROCEDURAL BACKGROUND FOR THE APPLICATION

10.    The Administrative Order and the Fee Examiner Order (together, the "Fee Orders"), provide that all professionals retained in these cases pursuant to Sections 327, 328 or 1103 of the Bankruptcy Code (the "Case Professionals") must file with the Court and provide to the Fee Examiner, monthly applications for interim allowance of compensation for services rendered and reimbursement of expenses incurred, together with the time entries and itemized expenses (a "Monthly Fee Application").  The notice parties (the "Notice Parties") specified the Fee Orders have twenty days after service of a Monthly Fee Application to object to such Monthly Fee Application (the "Objection Deadline").  Upon expiration of the Objection Deadline, the Case Professional must certify in writing to the Debtors that no objection or partial objection has been filed with the Court related to that professional's Monthly Fee Application, whichever is applicable, whereupon the Debtors are authorized to pay such professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses subject to an objection.

11.    Pursuant to the procedures set forth in the Fee Orders, SNR Denton previously prepared, filed with the Court, and served upon the Notice Parties and the Fee Examiner Monthly Fee Applications for the periods commencing on November 1, 2011 through and including November 30, 2012, which Monthly Fee Applications are incorporated herein by reference.[7] Accordingly, SNR Denton has submitted all of its Monthly Fee Applications as Special Counsel to the Debtors.

---

[7] The docket numbers of SNR Denton's Monthly Fee Applications are: 10614, 11369, 11370, 11371, 12033, 12004, 12005, 12464, 12463, 12489, 12637, 12763, and 13031.

46429/0001-9303509V1

12.     In addition to the Monthly Fee Applications, all Case Professionals must file with the Court and serve on the Notice Parties interim applications for allowance and compensation and reimbursement of expenses for the amounts sought in the Monthly Fee Applications filed during such period (a "Quarterly Fee Application Request"). The Quarterly Fee Application Requests must include a summary of the Monthly Fee Applications that are subject to the request and any other information requested by the Court or required by the Local Rules. SNR Denton prepared, filed with the Court, and served upon the Notice Parties and the Fee Examiner Quarterly Fee Application Requests for the interim periods commencing November 1, 2011 through and including November 30, 2012, which Quarterly Fee Applications are incorporated herein by reference.[8]  SNR Denton has accordingly submitted all of its Quarterly Fee Application Requests for the Debtors' Chapter 11 cases.

13.     Section 9.2 of the DCL Plan provides that all Case Professionals must file with the Court and serve on the Debtors and their counsel, the Fee Examiner, and the Office of the United States Trustee, final requests for compensation or reimbursement (a "Final Fee Application") not later than sixty (60) days after the Effective Date of the DCL Plan. This Application represents SNR Denton's Final Fee Application in the Debtors' Chapter 11 cases.

---

[8]   The docket numbers of SNR Denton's Quarterly Fee Application Requests are: 10621, 11385, 12016, 12573, and 13033.

46429/0001-9303509V1

III.    **REQUEST FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FOURTEENTH MONTHLY FEE PERIOD**

14.    By this Application, SNR Denton respectfully requests that the Court approve the allowance and award of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred by SNR Denton as special counsel to the Debtors during the Fourteenth Monthly Fee Period.  The amount of fees sought for services rendered during the Fourteenth Monthly Fee Period is $25,585.00, representing 46.20 hours in professional time for such services.  Reimbursement of actual and necessary expenses incurred by SNR Denton during the Fourteenth Monthly Fee Period in connection with these services is requested in the amount of $217.60.  SNR Denton seeks the allowance of such compensation and this Court's authorization for payment of such amounts by the Debtors to SNR Denton.

15.    There is no agreement between SNR Denton and any other party for the sharing of compensation to be received for the services rendered by SNR Denton to the Debtors.  All professional and paraprofessional services for which compensation is sought herein were rendered solely for or on behalf of the Debtors.

I.    **Services Rendered in the Fourteenth Monthly Fee Period**

16.    SNR Denton served as special counsel to the Debtors with respect to various First Amendment, publishing, outsourcing and other litigation and transactional matters (collectively, the "Tribune Matters").  The Tribune Matters on which SNR Denton currently represents the Debtors include, for example, the representation of one or more of the Debtors in connection with defamation lawsuits, the representation of one or more of the Debtors in connection with a contract dispute and providing one or more of the Debtors with legal advice on editorial and publication issues.

7

17.    A breakdown of the total hours expended by each professional on all matters and a breakdown of amounts sought by each matter category covered herein are included as part of Attachment A to this Application, as required by Local Rule 2016-2.  The time detail describing the services provided to the Debtors during the Fourteenth Monthly Fee Period is provided in Exhibit I[9] to this Application.  The following is a summary of the activities performed by SNR Denton's professionals and paralegals during the Fourteenth Monthly Fee Period, organized by project category.

A.    **Bruce Smith (09721775-0005/ Invoice No. 1444967).**  During the Fourteenth Monthly Fee Period, SNR Denton defended the Debtors in a defamation action, including by analyzing a notice of appeal.

B.    **Roberto Rivera (09721775-0007/ Invoice No. 1444968)**.  During the Fourteenth Monthly Fee Period, SNR Denton defended a Tribune reporter in a defamation lawsuit brought by a public official, including by analyzing a notice of appeal.

C.    **Eddie Johnson (09721775-0018/ Invoice No. 1444969)**.  During the Fourteenth Monthly Fee Period, SNR Denton reviewed recent decisions regarding public figures.

D.    **Valassis Direct Mail, Inc. (09721775-0079/ Invoice No. 1444970).**  During the Fourteenth Monthly Fee Period, SNR Denton provided legal advice with respect to an alleged breach of contract regarding a Renewal Agreement, including by analyzing a settlement proposal and negotiating a settlement agreement.

E.    **Potential Litigation Over Contract Dispute (09721775-0074/ Invoice No. 144971)**.  During the Fourteenth Monthly Fee Period, SNR Denton defended the Debtors with respect to a potential breach of contract suit.

F.    **Chicago Tribune Editorial - General (09721775-1003/ Invoice No. 1444972)**.  During the Fourteenth Monthly Fee Period, SNR Denton provided legal advice and vetted review to the Debtors with respect to their publications

---

[9] Certain invoices that constitute Exhibit I contain time entries that have been redacted due to their sensitive and privileged nature.  Upon reasonable request, SNR Denton will provide requesting parties with unredacted copies of such invoices.  Further, upon filing this Application, SNR Denton will promptly send the Fee Examiner unredacted copies of such invoices.

G.    **Chicago Magazine Editorial (09803290-0004/ Invoice No. 1444966)**.  During the Fourteenth Monthly Fee Period, SNR Denton provided legal advice and vetted review to the Debtors with respect to their publications.

H.    **Christopher Buchanan (20010074-0001/ Invoice No. 1444973)**.  During the Fourteenth Monthly Fee Period, SNR Denton defended a defamation claim brought by a plaintiff, including by preparing for and attending a case management conference.

I.    ▬▬▬ **Contracts (09722405-0059/ Invoice No. 1446456)**.  During the Fourteenth Monthly Fee Period, SNR Denton reviewed license and services agreement documentation, and reviewed and negotiated orders.

**II.    Reimbursement of Actual and Necessary Expenses**

18.    SNR Denton has incurred expenses of $217.60 in connection with its services rendered as special counsel to the Debtors for the Fourteenth Monthly Fee Period.  These expenses represent actual out-of-pocket costs for items incurred exclusively for the direct benefit of the Debtors, including, *inter alia*, court costs, document reproduction charges, ground transportation charges, and court reporter charges.  SNR Denton's rate for duplication is $0.10 per page.

19.    Because of the nature of the Debtors' businesses and the location of certain key constituents in these cases, travel may have been required for certain matters.  Such travel expenses, such as mileage, parking expenses and tolls, are typically borne by the attorney, then reimbursed by SNR Denton and charged to the appropriate client and matter.  As a result, from time to time, these expenses may not appear on invoices in the months in which they were incurred.

20.    In addition, certain expenses were charged to SNR Denton by outside vendors in connection with SNR Denton's services rendered on behalf of the Debtors.  These expenses were sometimes not included on the invoices in the month in which they were incurred, due to SNR Denton's late receipt of the invoices for these expenses from the outside vendors.

9

21.    SNR Denton submits that all such expenses are necessary and actual expenses for the performance of its services in these cases.  A summary of all expenses incurred by type of expenses is incorporated into this Application as part of <u>Addendum B</u> hereto.  The invoices detailing the expenses incurred by SNR Denton in connection with its services rendered to the Debtors during the Fourteenth Monthly Fee Period is provided in <u>Exhibit 1</u> to this Application.

22.    To the extent that time or disbursement charges for services rendered or disbursements incurred related to the Fourteenth Monthly Fee Period, but were not processed prior to the preparation of this Application, SNR Denton reserves the right to request additional compensation for such services, and reimbursement of such expenses from the Debtors.

## IV.    <u>REQUEST FOR FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

23.    By this Application, SNR Denton requests final approval of all fees and expenses incurred by SNR Denton in this case during the Final Fee Period of November 1, 2012 through and including December 31, 2012, in the amount of $603,980.04 together with reimbursement of actual and necessary expenses incurred in the amount of $6,314.18.  In support of its request for the final allowance of all fees and expenses incurred by SNR Denton during the Final Fee Period, SNR Denton incorporates herein by reference each of its Monthly Fee Applications and Quarterly Fee Application Requests, together with the certifications of counsel, reports of the Fee Examiner, and order of this Court relating to the same.

24.    During the Final Fee Period, SNR Denton performed necessary services and incurred out-of-pocket disbursements for the Debtors and their estates.  As set forth in prior Monthly Fee Applications, Quarterly Fee Application Requests, and in this Application, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the

10

Final Fee Period is fair and reasonable given (a) the complexity of these matters, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in cases under this title.  In addition, out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Debtors and (ii) of preserving the value of the Debtors' estates.

## V.    REVIEW OF APPLICABLE LOCAL RULES

25.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with the requirements of Local Rule 2016-2.

## VI.    NOTICE

26.    Notice of this Application is being served upon the Notice Parties specified in the Fee Orders.  In accordance with the terms of the Fee Orders, SNR Denton respectfully submits that no further notice is required.

## VII.    NO PRIOR REQUEST

27.    No previous application with respect to the relief requested herein has been made to this or any other court.

11

## CONCLUSION

WHEREFORE, SNR Denton respectfully requests that the Court enter an Order granting the Application and authorizing: (i) the monthly allowance of compensation in the amount of $25,585.00 for professional services rendered subject to a twenty percent (20%) holdback for professional services rendered and reimbursement of actual and necessary expenses in the amount of $217.60; (ii) final compensation in the amount of $603,980.04, and reimbursement of final expenses in the amount of $6,314.18; and (iii) granting such other and further relief as this Court deems just and proper.

Dated: March 1, 2013

Respectfully submitted,

Stefanie Wowchuk McDonald
SNR DENTON US LLP
233 S. Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: 312-876-2569
Facsimile: 312-876-7934