# EXHIBIT I

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 11, 2013

**Invoice No. 1444967**

Client/Matter: 09721775-0005

Bruce Smith

Payment Due Upon Receipt

Total This Invoice                                      $            82.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

January 11, 2013

**Invoice No. 1444967**

Client/Matter:  09721775-0005

Bruce Smith

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/04/12 | T. Amlot | 0.20 | L510 | | Review status as to filing Notice of Appeal with clerk's office (.1); provide update re: same (.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.20 | |
| Fee Amount | | | $80.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Amlot | $400.00 | 0.20 | $80.00 |
| Totals | | 0.20 | $80.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/5/2012 | Miscellaneous Hard THOMAS M KOST COPY NOTICE OF APPEAL | | 2.50 |
| | | SUBTOTAL | 2.50 |
| | Total Disbursements | | $2.50 |

| | | |
|---|---|---|
| Fee Total | $ | 80.00 |
| Disbursement Total | $ | 2.50 |
| Invoice Total | $ | 82.50 |

# SNR DENTON ⅃

SNR Denton US LLP                        snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
KAREN FLAX                                                    January 11, 2013
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611                                           **Invoice No. 1444968**
USA

Client/Matter: 09721775-0007

Roberto Rivera                                          Payment Due Upon Receipt

---

Total This Invoice                                  $           530.10

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                          SNR Denton US LLP
Dept. 3078                          OR              Attention: Accounting
Carol Stream, IL 60132-3078                             233 South Wacker Drive
                                                        Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY                    January 11, 2013
KAREN FLAX
435 NORTH MICHIGAN AVENUE                    **Invoice No. 1444968**
CHICAGO, IL 60611
USA

Client/Matter:  09721775-0007

Roberto Rivera

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/10/12 | J. Klenk | 0.10 | L510 | | Email K. Rodriguez re: notices of appeal (.1). |
| 12/10/12 | K. Rodriguez | 0.30 | L120 | | Review notice of appeal (.1); Review appellate rules regarding deadlines for same to advise J. Klenk accordingly (.2). |
| 12/11/12 | J. Klenk | 0.10 | L510 | | Email K. Flax re: notice of appeal (.1). |
| 12/14/12 | K. Rodriguez | 0.20 | L120 | | Prepare and finalize notice of filing of hearing transcript for record on appeal. |
| 12/26/12 | K. Rodriguez | 0.10 | L120 | | Correspondence regarding docketing statement with appellate court. |

| | | | |
|---|---|---|---|
| Total Hours | 0.80 | | |
| Fee Amount | | | $331.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.20 | $130.00 |
| K. Rodriguez | $335.00 | 0.60 | $201.00 |
| Totals | | 0.80 | $331.00 |

2

Roberto Rivera

January 11, 2013

Matter: 09721775-0007
Invoice No.: 1444968

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 6.00 |
| | | SUBTOTAL | 6.00 |
| 11/7/2012 | Outside Professional Services - - MCCORKLE COURT REPORTERS, INC. APPEARANCE AT HEARING ON NOVEMBER 7, 2012 | | 193.10 |
| | | SUBTOTAL | ·193.10 |
| | Total Disbursements | | $199.10 |

| | | |
|---|---|---|
| Fee Total | $ | 331.00 |
| Disbursement Total | $ | 199.10 |
| Invoice Total | $ | 530.10 |

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX                                          January 11, 2013
LOCATION: 11000
P.O. BOX 118250                                    **Invoice No. 1444969**
CHICAGO, IL 60611-8250

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504                                         Payment Due Upon Receipt

---

Total This Invoice                         $          52.00

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
SNR Denton US LLP                                      SNR Denton US LLP
Dept. 3078                          OR               Attention: Accounting
Carol Stream, IL 60132-3078                          233 South Wacker Drive
                                                     Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP .......................    snrdenton.com ...........
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX
LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 11, 2013

**Invoice No. 1444969**

Client/Matter: 09721775-0018

EDDIE JOHNSON
0000001504

For Professional Services Rendered through December 31, 2012:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Activity</u> | <u>Narrative</u> |
|------|-----------|-------|------|----------|-----------|
| 12/04/12 | G. Naron | 0.10 | L120 | | Review docket ▮▮▮▮▮ and emails to JAKlenk re same. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.10 | |
| Fee Amount | | | $52.00 |

### TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|------------|------|-------|------|
| G. Naron | $520.00 | <u>0.10</u> | <u>$52.00</u> |
| Totals | | 0.10 | $52.00 |

| | | |
|---|---|---|
| Fee Total | $ | 52.00 |
| Invoice Total | $ | 52.00 |

# SNR DENTON ⁊

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2013

**Invoice No. 1444970**

Client/Matter: 09721775-0079

Valassis Direct Mail, Inc.

Payment Due Upon Receipt

Total This Invoice                                            $        1,170.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2013

**Invoice No. 1444970**

Client/Matter:  09721775-0079

Valassis Direct Mail, Inc.

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/03/12 | J. Klenk | 0.40 | L160 | A107 | Teleconference with T. Donovan (Valassis attorney) re: settlement (.3); report to V. Casanova re: call (.1). |
| 12/04/12 | J. Klenk | 0.40 | L160 | A106 | Emails V. Casanova, K. Flax re: Valassis revisions to settlement agreement (.2); review Valassis proposal (.2). |
| 12/05/12 | J. Klenk | 0.80 | L160 | A105 | Teleconference with V. Casanova re: Valassis changes to agreement (.3); teleconference with T. Donovan re: revisions to settlement (.3); teleconference with K. Flax re: Valassis position (.2). |
| 12/07/12 | J. Klenk | 0.20 | L120 | A104 | Review V. Casanova letter and revised agreement (.2). |

Total Hours              1.80

Fee Amount                                                          $1,170.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 1.80 | $1,170.00 |
| Totals |  | 1.80 | $1,170.00 |

Valassis Direct Mail, Inc.

January 11, 2013

Matter: 09721775-0079
Invoice No.: 1444970

| | | |
|---|---|---|
| Fee Total | $ | 1,170.00 |
| Invoice Total | $ | 1,170.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2013

**Invoice No. 1444971**

Client/Matter: 09721775-0080

Potential litigation over contract dispute

Payment Due Upon Receipt

---

Total This Invoice                                        $          276.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
N. Spears
at 1 312 876 8000

# SNR DENTON ⫛

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
KAREN FLAX
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611
USA

January 11, 2013

**Invoice No. 1444971**

Client/Matter:  09721775-0080

Potential litigation over contract dispute

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/06/12 | J. Klenk | 0.40 | L120 | A106 | Teleconference S. Karottki re: Image Fortress "invoice" (.2); review emails re: Image Fortress invoice from S. Karottki (.2). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.40 | |
| Fee Amount | | | $260.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.40 | $260.00 |
| Totals | | 0.40 | $260.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 11/8/2012 | Ground Transportation JAMES A KLENK CABS J. KLENK TO/FROM TRIBUNE TOWER | 16.00 |
| | SUBTOTAL | 16.00 |
| | Total Disbursements | $16.00 |

Potential litigation over contract dispute

January 11, 2013

Matter: 09721775-0080
Invoice No.: 1444971

| | | |
|---|---|---|
| Fee Total | $ | 260.00 |
| Disbursement Total | $ | 16.00 |
| Invoice Total | $ | 276.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 11, 2013

**Invoice No. 1444972**

Client/Matter: 09721775-1003

EDITORIAL-GENERAL
0000001492

Payment Due Upon Receipt

---

Total This Invoice                                    $        13,462.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

CHICAGO TRIBUNE COMPANY
ATTN: KAREN FLAX - LOCATION: 11000
P.O. BOX 118250
CHICAGO, IL 60611-8250

January 11, 2013

**Invoice No. 1444972**

Client/Matter:  09721775-1003

EDITORIAL-GENERAL
0000001492

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/03/12 | N. Spears | 0.50 | L120 | | Review ▆▆▆ access issue and analysis from G. Naron (.40); phone call to K. Flax regarding same (.10). |
| 12/03/12 | G. Naron | 0.30 | L120 | | Review docket in ▆▆▆ case (.20); emails N. Spears re: same (.10). |
| 12/04/12 | N. Spears | 0.10 | L120 | A106 | Call to K. Flax re: ▆▆▆ access issues. |
| 12/05/12 | N. Spears | 0.80 | L120 | | Review and reply to email from K. Flax re: ▆ Subpoenas (.30); analyze issues and review email w/T. Amlot re: same (.40); email w/K. Flax re: same (.10). |
| 12/05/12 | G. Naron | 0.20 | L120 | | Review materials re: ▆▆▆ (.10); emails to N. Spears re: same (.10). |
| 12/05/12 | T. Amlot | 1.40 | L120 | | Review and analyze correspondence and subpoenas ▆▆▆ (.1); research ▆▆▆ rules and procedure ▆ (.5);, analyze and summarize ▆ rules and procedure ▆▆▆ (.50); draft correspondence to K. Flax summarizing same (.3). |
| 12/07/12 | J. Klenk | 1.10 | L120 | | Teleconference with K. Flax re: vetting ▆▆▆ (.2); vet ▆▆▆ article re: ▆▆▆ (.9). |
| 12/09/12 | J. Klenk | 0.40 | L120 | | Teleconference with N. Spears re: vetting 3 part series on Tribune transaction and bankruptcy (.4). |

2

EDITORIAL-GENERAL
0000001492

January 11, 2013

Matter: 09721775-1003
Invoice No.: 1444972

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/09/12 | N. Spears | 2.40 | L120 | | Review and vet Tribune bankruptcy stories 1, 2 and 3 (2.0); phone conference w/J. Klenk re: issues re: same (.40). |
| 12/10/12 | N. Spears | 0.10 | L120 | | Email w/K. Flax re: ■ subpoena. |
| 12/10/12 | J. Klenk | 0.90 | L120 | | Teleconference K. Flax re: bankruptcy/Zell three part series (.2); teleconference S. Fifer re: same (.1); review articles (.6). |
| 12/11/12 | J. Klenk | 2.90 | L120 | | Meeting with George Pappajohn, Steve Mills, Mike O'Neal and Karen Flax re: ■■■■■ (2.1); further review of stories (.8). |
| 12/11/12 | N. Spears | 0.60 | L120 | | Review new subpoena in Sierra case (.20); phone conference w/K. Flax and T. Amlot re: same and ■ subpoena (.40). |
| 12/11/12 | T. Amlot | 1.10 | L250 | | Draft letter objecting to subpoenas (.70); review of authority re: testimony (.40). |
| 12/12/12 | J. Klenk | 0.50 | L120 | | Review ■■■■■ story for K. Flax (.4); emails K. Flax re: side bar story (.1). |
| 12/12/12 | N. Spears | 0.40 | L120 | | Read and edit objections to ■ subpoena (.40). |
| 12/12/12 | T. Amlot | 0.10 | L320 | | Send correspondence to K. Flax re: objecting to subpoena. |
| 12/12/12 | .T. Amlot | 0.40 | L320 | | Review and revise draft subpoena objections and send to K. Flax. |
| 12/13/12 | T. Amlot | 0.80 | L320 | | Call to opposing counsel office re: subpoena (.20); begin drafting objections to same (.60). |
| 12/13/12 | N. Spears | 0.20 | L120 | | Email w/K. Flax re: Whtitacker subpoena and follow up re: same (.20). |
| 12/13/12 | J. Klenk | 1.50 | L120 | | Review Tribune bankruptcy story 4 and issues (.4); meeting with K. Flax, G. Pappajohn and reporters re: same (1.1). |

EDITORIAL-GENERAL
0000001492

January 11, 2013

Matter: 09721775-1003
Invoice No.: 1444972

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/14/12 | T. Amlot | 0.90 | L320 | | Teleconference with opposing counsel re: subpoena and extension of time (.3); email correspondence confirming same (.2); review online material and protection with regard to saving and downloading (.2); correspondence to K. Flax re: same (.2). |
| 12/14/12 | N. Spears | 0.30 | L120 | | Analyze and give direction to T. Amlot on Whittaker subpoena issues. |
| 12/18/12 | T. Amlot | 1.50 | L120 | | Telephone conferences with C. Sandberg re: material sought in Whittaker subpoena (.4); telephone conference with K. Flax re: objections (.1); continue drafting objections based on additional information, including revision to same (.8); draft correspondence to N. Spears re: status and strategy (.2). |
| 12/18/12 | N. Spears | 0.40 | L120 | | Review objections to subpoena from Sierra case (.20); email from K. Flax re: 1G subpoena (.20). |
| 12/19/12 | N. Spears | 0.10 | L120 | | Phone conference w/K. Flax re: response to Sierra subpoena. |
| 12/20/12 | N. Spears | 0.20 | L120 | | Email to K. Flax re: Whittaker subpoena. |
| 12/20/12 | T. Amlot | 0.20 | L390 | | Finalize objections to Whittaker subpoena. |
| 12/23/12 | N. Spears | 0.40 | L120 | | Email w/K. Flax re: ▬▬ and response to same (.40). |
| 12/26/12 | N. Spears | 1.80 | L120 | | Read and vet article ▬▬▬▬▬▬▬ (1.10); phone conference w/K. Flax re: same (.60); phone conference w/K. Flax re: subpoenas. |
| 12/27/12 | N. Spears | 0.90 | L120 | | Read and vet ▬▬▬▬ (.50); call w/K. Flax re: same (.20); call and email w/K. Flax re: ▬ response (.20). |

EDITORIAL-GENERAL
0000001492

January 11, 2013

Matter: 09721775-1003
Invoice No.: 1444972

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/28/12 | T. Amlot | 0.50 | L390 | | Telephone conference with ▮ re: objections to subpoena (.3); draft update to K. Flax re: same (.2). |
| 12/28/12 | T. Amlot | 0.30 | L390 | | Telephone conference with C. Sandberg re: Whittaker subpoena objections (.2); draft correspondence to K. Flax re; same (.1). |
| 12/28/12 | N. Spears | 0.50 | L120 | | Phone call to ▮▮▮▮▮ ▮▮▮▮▮▮ regarding subpoenas (.30); follow-up email to K. Flax (.10); follow-up email update from T. Amlot Re: Whittaker subpoena (.10). |

Total Hours          24.70

Fee Amount                                                           $13,462.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 7.30 | $4,745.00 |
| N. Spears | $575.00 | 9.70 | $5,577.50 |
| G. Naron | $520.00 | 0.50 | $260.00 |
| T. Amlot | $400.00 | 7.20 | $2,880.00 |
| Totals | | 24.70 | $13,462.50 |

Fee Total                    $       13,462.50

Invoice Total                $       13,462.50

5

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

January 11, 2013

**Invoice No. 1444966**

Client/Matter: 09803290-0004

EDITORIAL

Payment Due Upon Receipt

---

Total This Invoice                                      $           230.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

KAREN FLAX
C/O CHICAGO TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
6TH FLOOR
CHICAGO, IL 60611

January 11, 2013

**Invoice No. 1444966**

Client/Matter:  09803290-0004

EDITORIAL

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/21/12 | N. Spears | 0.40 | L120 | | Review emails from K. Flax re: Trish LeCroix comments on website and CDA protection. |

| | | | |
|--|--|--|--|
| Total Hours | | 0.40 | |
| Fee Amount | | | $230.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| N. Spears | $575.00 | 0.40 | $230.00 |
| Totals | | 0.40 | $230.00 |

| | | |
|--|--|--|
| Fee Total | $ | 230.00 |
| Invoice Total | $ | 230.00 |

2

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

January 11, 2013

**Invoice No. 1444973**

Client/Matter: 20010074-0001

Christopher Buchanan

Payment Due Upon Receipt

Total This Invoice                                    $          857.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
J. Klenk
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

Chicagoland Television
Attn: Charles Sennet
c/o Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
USA

January 11, 2013

**Invoice No. 1444973**

Client/Matter:  20010074-0001

Christopher Buchanan

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 12/04/12 | J. Klenk | 0.30 | L120 | | Email C. Sennet re: deposition signature and status (.1); brief K. Staba on position to take at case management conference (.2). |
| 12/05/12 | J. Klenk | 0.10 | L120 | | Email K. Staba re: court appearance and plaintiff's deposition (.1). |
| 12/05/12 | K. Staba | 1.30 | L450 | | Attend case management conference. |
| 12/10/12 | J. Klenk | 0.10 | L120 | | Emails C. Sennet re: case management conference/plaintiff's deposition (.1). |
| 12/14/12 | K. Staba | 0.10 | L330 | | Respond to C. Sennet email. |

Total Hours                          1.90

Fee Amount                                                    $857.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Klenk | $650.00 | 0.50 | $325.00 |
| K. Staba | $380.00 | 1.40 | $532.00 |
| Totals | | 1.90 | $857.00 |

Fee Total                    $        857.00

Invoice Total                $        857.00

2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN:  JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

January 17, 2013

REDACTED

**Invoice No. 1446456**

Client/Matter: 09722405-0069

▨▨▨▨ CONTRACTS
TRIBUNE CONTACT:  JULIE XANDERS

Payment Due Upon Receipt

Total This Invoice                                    $         9,142.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

CitiBank Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  SNR Denton US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
R. Gullikson
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

TRIBUNE COMPANY
ATTN: JULIE XANDERS
C/O LOS ANGELES TIMES
202 WEST FIRST STREET
LOS ANGELES, CA 90012
USA

January 17, 2013

**Invoice No. 1446456**

Client/Matter:  09722405-0069

▓▓▓▓ CONTRACTS
TRIBUNE CONTACT: JULIE XANDERS

For Professional Services Rendered through December 31, 2012:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/29/12 | R. Gullikson | 3.00 | Call with K. Jurgeto re ▓▓▓ (.2); review ▓▓▓▓ License and Services Agreement documentation (1.0); review and revise Order for ▓▓▓▓ licenses (1.0); review and revise Order for ▓▓▓▓ licenses (.8). |
| 11/30/12 | R. Gullikson | 1.00 | Review and revise Ordering document with ▓▓▓ for ▓▓ database licenses (1.0). |
| 11/30/12 | R. Gullikson | 0.20 | Call with J. Xanders of Los Angeles Times re issues in ▓▓ database Order (.2). |
| 11/30/12 | R. Gullikson | 0.20 | Call with J. Xanders of Los Angeles Times re issues in ▓▓▓▓ Order (.2). |
| 11/30/12 | R. Gullikson | 0.10 | Call with J. Xanders of Los Angeles Times re issues in ▓▓▓▓ Order (.1). |
| 11/30/12 | R. Gullikson | 0.50 | Call with K. Jurgeto re ▓▓ database Order (.5). |
| 11/30/12 | R. Gullikson | 0.30 | Call with K. Jurgeto re ▓▓▓▓ Order (.3). |
| 11/30/12 | R. Gullikson | 0.20 | Call with K. Jurgeto re ▓▓▓ Order (.2). |
| 11/30/12 | R. Gullikson | 0.30 | Revising ▓▓ database ordering document as discussed (.3). |
| 11/30/12 | R. Gullikson | 0.40 | Call with K Jurgeto re issues raised by ▓▓▓ (.4). |
| 11/30/12 | R. Gullikson | 1.50 | Call with K Jurgeto and ▓▓▓ re open issues in ordering documents (1.5). |
| 11/30/12 | R. Gullikson | 0.80 | Review ▓▓▓▓ Ordering Document draft from ▓▓▓ and create issues list for ▓▓▓ review (.8). |
| 11/30/12 | R. Gullikson | 0.50 | Review ▓▓▓▓ Ordering Document draft from ▓▓▓ and create issues list for ▓▓▓ review (.5). |
| 11/30/12 | R. Gullikson | 0.70 | Review ▓▓▓▓ Ordering Document draft from ▓▓▓ and create issues list for ▓▓▓ review (.7). |
| 11/30/12 | R. Gullikson | 0.20 | Brief call with J. Xanders, K. Jurgeto and G. Kassam re open issues and next steps (.2). |

▓▓▓▓▓ CONTRACTS
TRIBUNE CONTACT:  JULIE XANDERS

January 17, 2013

Matter: 09722405-0069
Invoice No.: 1446456

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 12/4/12 | R. Gullikson | 0.30 | Review ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.30 | Revise ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.30 | Review ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.30 | Revise ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.30 | Review ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.30 | Revise ▓▓▓▓ Order draft from ▓▓▓▓ (.3). |
| 12/4/12 | R. Gullikson | 0.10 | Call with K. Jurgeto of Tribune re issues in ▓▓▓▓ Order (.1). |
| 12/4/12 | R. Gullikson | 0.10 | Call with K. Jurgeto of Tribune re issues in ▓▓▓▓ Order (.1). |
| 12/4/12 | R. Gullikson | 0.10 | Call with K. Jurgeto of Tribune re issues in ▓▓ Order (.1). |
| 12/4/12 | R. Gullikson | 0.50 | Revise all Orders (.5). |
| 12/4/12 | R. Gullikson | 2.00 | Call with Tribune (G. Kassam, K. Jurgeto) and ▓▓▓▓ re open issues in all orders (2.0). |
| 12/4/12 | R. Gullikson | 0.20 | Review emails from S. Karottki re structural changes in Tribune and effect on Schedule to Orders (.2). |
| 12/5/12 | R. Gullikson | 0.10 | Review language from ▓▓▓▓ re Tribune restructuring and effect on ordering documents (.1). |
| 12/5/12 | R. Gullikson | 0.20 | Call with K. Jurgeto and J. Xanders re Tribune entities to be included on Exhibit A to ▓▓ Ordering document (.2). |
| 12/5/12 | R. Gullikson | 0.10 | Call with K. Jurgeto of Tribune re language from ▓▓▓▓ (.1). |
| 12/6/12 | R. Gullikson | 0.20 | Review and revise ▓▓▓▓ Ordering Document draft from ▓▓▓▓ (.2). |
| 12/6/12 | R. Gullikson | 0.20 | Review and revise ▓▓▓▓ Ordering Document draft from ▓▓▓▓ (.2). |
| 12/6/12 | R. Gullikson | 0.40 | Review and revise ▓▓ Ordering Document draft from ▓▓▓▓ (.4). |

Total Hours              15.90

Fee Amount                                          $9,142.50

▓▓▓▓▓▓▓ CONTRACTS
TRIBUNE CONTACT:  JULIE XANDERS

January 17, 2013

Matter: 09722405-0069
Invoice No.: 1446456

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Gullikson | $575.00 | 15.90 | $9,142.50 |
| Totals | | 15.90 | $9,142.50 |

| | | |
|---|---|---|
| Fee Total | $ | 9,142.50 |
| Invoice Total | $ | 9,142.50 |

4