# EXHIBIT A



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080337
0276 36377 / 36377-000001
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through December 31, 2012

### Corporate Labor Relations Matters 0000001096 – January 2013

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 12/18/12 | J. Sherman | C300 | | Multiple telephone conferences with J. Osick (.50); research regarding labor issues related to contractor performing janitorial work (1.50). | 2.00 | 1,450.00 |

| | | |
|---|---|---|
| **Total Hours** | 2.00 | |
| **Total Fees** | | $1,450.00 |
| **Less Discount** | | ($145.00) |
| **Total Fees After Discount** | | $1,305.00 |

### Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
ATTORNEYS **SHAW** LLP

Invoice No. 2080337

Page 2

Tribune Company/Sherman

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 2.00 | hours at | $725.00 | per hour |

**Total Amount Due**                                                   $1,305.00



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2080337
0276 36377 / 36377-000001
Corporate Labor Relations Matters 0000001096

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,450.00 |
| Less Discount | ($145.00) |
| Total Fees after Discount | $1,305.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,305.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | |
| 3807 Collections Center Drive | Bank Name: Bank of America |
| Chicago, IL 60693 | Account Name: Seyfarth Shaw LLP Operating Account |
| | Account Number: 5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA Wire Payment Number: 026-009-593 |
| Bank of America Lockbox Services | ABA ACH Payment Number: 081-904-808 |
| 3807 Collections Center Drive | Swift Code: BOFAUS3N |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080340
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2012

### Bankruptcy Fee Application 0000001891 - January 2013

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 10/04/12 | A. Shepro | B160 | | Finalize edits to Thirty-Fifth Monthly Fee Application. | 1.00 | 105.00 |
| 10/10/12 | A. Shepro | B160 | | Twelfth Quarterly Fee final edits to application to include new matters. | 1.10 | 115.50 |
| 11/13/12 | A. Shepro | B160 | | Update the Thirty-Sixth Monthly Fee Application for J. McManus. | 0.80 | 84.00 |
| 12/03/12 | J. McManus | B110 | | Revise chart of responses to Fee Examiner's Report on Seyfarth's Tenth Interim Fee Application (.40); prepare updated spreadsheet of estimated fees for Alvarez & Marsal (.20). | 0.60 | 174.00 |
| 12/03/12 | A. Shepro | B160 | | Continue edits to Tribune Fee Auditor's Response for the Tenth Interim Fee Application. | 2.70 | 283.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2080340

Page 2

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/04/12 | A. Shepro | B160 | | Continue edits to Response to Fee Auditor's Report for the Tenth Interim Fee Application. | 1.80 | 189.00 |
| 12/06/12 | A. Shepro | B160 | | Finish edits to Response for Tenth Interim Fee Application. | 1.60 | 168.00 |
| 12/07/12 | J. McManus | B110 | | Review/revise fee application detail for Seyfarth's Thirty-Eighth Monthly Fee Application. | 0.50 | 145.00 |
| 12/07/12 | A. Connor | B160 | | Make inquiry to numerous attorneys for responses to fee examiner's report (4.30); incorporate responses into spreadsheet (1.40). | 5.70 | 1,767.00 |
| 12/10/12 | J. McManus | B110 | | Prepare responses to Fee Examiner's Report on Tenth Interim Fee Application regarding disbursements. | 0.70 | 203.00 |
| 12/11/12 | A. Shepro | B160 | | Compile Thirty-Seventh Monthly Fee Application for J. McManus. | 2.10 | 220.50 |
| 12/12/12 | A. Shepro | B160 | | Edit Thirty-Seventh Monthly Fee Application. | 2.10 | 220.50 |
| 12/13/12 | J. McManus | B110 | | Revise estimated fees and expenses spreadsheet for P. Gondipalli at Alvarez & Marsal (.20); edit Response to Fee Examiner's Report on Tenth Interim Fee Application (.50). | 0.70 | 203.00 |
| 12/14/12 | J. McManus | B110 | | Revise pleading portion of Thirty-Seventh Fee Application. | 0.60 | 174.00 |
| 12/17/12 | J. McManus | B110 | | Finalize Seyfarth's Thirty-Seventh Monthly Fee Application in preparation for filing (.60); assemble/submit fee application to local counsel for filing (.10). | 0.70 | 203.00 |
| 12/17/12 | A. Connor | B160 | | Cull responses to Fee Examiner's Report. | 1.80 | 558.00 |
| 12/18/12 | J. Sherman | C300 | | Review/execute monthly fee application. | 0.30 | 217.50 |



Invoice No. 2080340

Page 3

Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/18/12 | J. McManus | B110 | | Compile new estimated fees and expenses for November and December, 2012 for presentation to Alvarez & Marsal as final estimates (.10); email communications with P. Gondipalli regarding same (.10). | 0.20 | 58.00 |
| 12/18/12 | A. Connor | B160 | | Make inquiry to numerous attorneys for responses to fee examiner's report. | 2.10 | 651.00 |
| 12/19/12 | N. Riesco | L120 | | Review/respond to email from A. Connor regarding response to Fee Examiner. | 0.30 | 117.00 |
| 12/19/12 | A. Connor | B160 | | Make inquiry to numerous attorneys for responses to fee examiner's report. | 3.20 | 992.00 |
| 12/19/12 | A. Shepro | B160 | | Complete Thirty-Eighth Monthly Fee Application. | 2.00 | 210.00 |
| 12/20/12 | J. McManus | B110 | | Prepare Thirty-Eighth Monthly Fee Application (.60); review Fee Examiner's Report on Seyfarth's Eleventh Interim Fee Application (.20). | 0.80 | 232.00 |
| 12/20/12 | A. Connor | B160 | | Incorporate into spreadsheet the attorney responses to inquiries regarding Fee Examiner's Report. | 4.80 | 1,488.00 |
| 12/21/12 | J. McManus | B110 | | Prepare initial response to Fee Examiner's Report on Seyfarth's Eleventh Interim Fee Application (.40); revise Seyfarth's Thirty-Eighth Monthly Fee Application (.40). | 0.80 | 232.00 |
| 12/21/12 | A. Connor | B160 | | Incorporate into spreadsheet the attorney responses to inquiries regarding Fee Examiner's Report. | 2.30 | 713.00 |
| 12/21/12 | A. Shepro | B160 | | Being edits to Response to Eleventh Interim Fee Audtiors Report. | 1.40 | 147.00 |
| 12/24/12 | A. Connor | B160 | | Incorporate into spreadsheet the attorney responses to inquiries regarding Fee Examiner's Report. | 3.10 | 961.00 |
| 12/24/12 | A. Shepro | B160 | | Work on Response to Eleventh Fee Auditor's Report. | 1.40 | 147.00 |



Tribune Company/Sherman

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/26/12 | A. Shepro | B160 | | Continue with edits regarding Response to Eleventh Interim Fee Application. | 3.10 | 325.50 |
| 12/27/12 | A. Connor | B160 | | Complete responses to Fee Examiner's Report (.50); circulate (.10). | 0.60 | 186.00 |
| 12/27/12 | A. Shepro | B160 | | Continue edits to response for Eleventh Interim Fee Application. | 0.80 | 84.00 |
| 12/28/12 | J. McManus | B110 | | Prepare Seyfarth's Thirteenth Interim Fee Application. | 0.60 | 174.00 |
| 12/28/12 | A. Shepro | B160 | | Continue edits to Response to Eleventh Quarterly Fee Application. | 2.20 | 231.00 |

| | | |
|---|---|---|
| **Total Hours** | 54.50 | |
| **Total Fees** | | $11,979.00 |
| **Less Discount** | | ($1,197.90) |
| **Total Fees After Discount** | | $10,781.10 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $725.00 | per hour |
| N. Riesco | Associate | - | 0.30 | hours at | $390.00 | per hour |
| J. McManus | Paralegal | - | 6.20 | hours at | $290.00 | per hour |
| A. Connor | Paralegal | - | 23.60 | hours at | $310.00 | per hour |
| A. Shepro | Case Assistant | - | 24.10 | hours at | $105.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Delivery Services/Messengers** | |



Tribune Company/Sherman

| 11/26/12 | Chicago Messenger Service Invoice Number: 642859 Invoice Date:  12/02/2012 RIESCO Del:OMALLEY AND MADDEN 542 S DEARBORN ST CHICAGO P/U:SEYFARTH SHAW LLP 131 S DEARBORN ST CHICAGO | 7.45 |
|---|---|---|

**Total Disbursements**                                                                                          7.45

**Total Amount Due**                                                                                      $10,788.55



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2080340
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $11,979.00 |
| Less Discount | ($1,197.90) |
| Total Fees after Discount | $10,781.10 |
| Total Disbursements | 7.45 |
| Total Fees and Disbursements This Statement | $10,788.55 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080333
0276 57634 / 57634-000008
W1ST

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

For legal services rendered through December 31, 2012

### Carolyn Rusin v.; Case No. 1:12-cv-01135 - January 2013

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/05/12 | N. Finkel | L230 | | Represent Company at status hearing. | 0.50 | 287.50 |
| 12/07/12 | N. Finkel | L230 | | Review of court order on settlement approval and draft correspondence to J. Osick regarding upcoming dates. | 0.10 | 57.50 |
| 12/19/12 | K. Petersen | L160 | | Correspondence to J. Osick regarding settlement papers, including neutral letter of reference. | 0.10 | 38.50 |
| 12/20/12 | K. Petersen | L160 | | Analyze plaintiff's proposed draft settlement agreement. | 0.50 | 192.50 |
| 12/21/12 | N. Finkel | L160 | | Revise plaintiff's draft of settlement agreement. | 0.90 | 517.50 |
| 12/23/12 | K. Petersen | L160 | | Review and revise proposed settlement agreement (.40); correspondence to J. Osick regarding same (.10). | 0.50 | 192.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2080333

Page 2

Chicago Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/28/12 | N. Finkel | L120 | | Revise preliminary approval papers. | 0.50 | 287.50 |
| 12/30/12 | K. Petersen | L160 | | Analyze/revise short and long form notices for settlement (.50); correspondence to J. Osick regarding same (.10). | 0.60 | 231.00 |

**Total Hours**                                        3.70

**Total Fees**                                        $1,804.50

**Less Discount**                                ($180.45)

**Total Fees After Discount**                  $1,624.05

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 2.00 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 1.70 | hours at | $385.00 | per hour |

**Total Amount Due**                                   $1,624.05



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Chicago Tribune Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: Jim Osick, Esq.
Director, Labor & Employment Relations

Invoice No. 2080333
0276 57634 / 57634-000008
Carolyn Rusin v.; Case No. 1:12-cv-01135

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,804.50 |
| Less Discount | ($180.45) |
| Total Fees after Discount | $1,624.05 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,624.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080336
0276 10537 / 10537-000047
W1ST

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2012

**Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-60542-JIC - January 2013**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/04/12 | K. Petersen | L190 | | Conference with opposing counsel regarding motion for bill of costs. | 0.30 | 115.50 |
| 12/05/12 | K. Petersen | L190 | | Conference with A. Burnette regarding bill of costs. | 0.20 | 77.00 |
| 12/11/12 | K. Petersen | L250 | | Finalize bill of costs and related documentation. | 0.70 | 269.50 |
| 12/21/12 | N. Finkel | L460 | | Review of plaintiffs' response on bill of costs (.10); draft recommendation to J. Osick regarding same (.10). | 0.20 | 115.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.40 | |
| **Total Fees** | | $577.00 |
| **Less Discount** | | ($57.70) |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Sun-Sentinel Company

**Total Fees After Discount**                                                                $519.30

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Finkel | Partner | - | 0.20 | hours at | $575.00 | per hour |
| K. Petersen | Associate | - | 1.20 | hours at | $385.00 | per hour |

**Total Amount Due**                                                                    $519.30



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Sun-Sentinel Company
c/o Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2080336
0276 10537 / 10537-000047
Jeannette Zarra and Mark Beetz v.; Case No. 0:12-cv-
60542-JIC

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $577.00 |
| Less Discount | ($57.70) |
| Total Fees after Discount | $519.30 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $519.30 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080349
0276 11089 / 11089-000039
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through December 31, 2012

**Thomas Langmyer Potential Legal Claims Against WGN-AM Radio  - January 2013**

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/03/12 | J. Ross | L160 | | Conference with R. Levinson regarding T. Langmyer acceptance of settlement agreement and clarifications regarding same (.50); preparation of proposed revisions to settlement agreement (.60); review of correspondence from opposing counsel (.20); correspondence to management regarding same (.20). | 1.50 | 1,020.00 |
| 12/04/12 | J. Ross | L160 | | Conference with J. Osick regarding settlement agreement requirements and issues (.30); initial preparation of revisions regarding same (.30). | 0.60 | 408.00 |
| 12/06/12 | J. Ross | L160 | | Exchange correspondence with T. Langmyer attorney regarding redlined agreement. | 0.10 | 68.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/07/12 | J. Ross | L160 | | Initial preparation of revisions to T. Langmyer settlement agreement. | 2.10 | 1,428.00 |
| 12/10/12 | J. Ross | L160 | | Message/correspondence from J. Osick. | 0.10 | 68.00 |
| 12/10/12 | J. Ross | L160 | | Review of proposed changes to executive settlement agreement. | 0.40 | 272.00 |
| 12/11/12 | J. Ross | C300 | | Review of final settlement agreement. | 0.10 | 68.00 |
| 12/13/12 | J. Ross | L160 | | Message from J. Osick regarding settlement approval process. | 0.10 | 68.00 |
| 12/13/12 | J. Ross | L160 | | Review Sidley revisions to settlement agreement (1.00); exchange correspondence with J. Osick regarding same (.20). | 1.20 | 816.00 |
| 12/13/12 | J. Ross | L160 | | Conference with J. Osick regarding Sidley revisions to settlement agreement. | 0.30 | 204.00 |
| 12/13/12 | J. Ross | L160 | | Correspondence to T. Langmyer attorney regarding settlement agreement. | 0.10 | 68.00 |
| 12/17/12 | J. Ross | L120 | | Conference with T. Langmyer attorney regarding remaining open issues. | 0.40 | 272.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 7.00 | |
| **Total Fees** | | | $4,760.00 |
| **Less Discount** | | | ($476.00) |
| **Total Fees After Discount** | | | $4,284.00 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Ross | Partner | - | 7.00 | hours at | $680.00 | per hour | |

**Total Amount Due**                                                                 $4,284.00



# SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Tribune Company
435 North Michigan
Chicago, Illinois 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 2080349
0276 11089 / 11089-000039
Thomas Langmyer Potential Legal Claims Against
WGN-AM Radio

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,760.00 |
| Less Discount | ($476.00) |
| Total Fees after Discount | $4,284.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,284.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080327
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through December 31, 2012

### Michael Cordts v. 0000001345

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|------------|------|----------|-------------|-------|-------|
| 12/12/12 | N. Riesco | L190 | A108 | Call from Medeval counsel regarding bankruptcy status. | 0.20 | 78.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.20 | |
| **Total Fees** | | $78.00 |
| **Less Discount** | | ($7.80) |
| **Total Fees After Discount** | | $70.20 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 0.20 | hours at | $390.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2080327

Page 2

Chicago Tribune Company

**Total Disbursements**          <u>0.00</u>

**Total Amount Due**          <u>$70.20</u>



# SEYFARTH SHAW LLP
## ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 2080327
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $78.00 |
| Less Discount | ($7.80) |
| Total Fees after Discount | $70.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $70.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code:  BOFAUS3N |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Invoice No. 2080332
0276 33175 / 33175-000026
W1ST

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

For legal services rendered through December 31, 2012

### Christino Escandon v. Los Angeles Times, et al.; Case No. BC476209 - January 2013

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/03/12 | L. O'Hara | L160 | | Compare mediator's proposal to defendant's proposed revisions (.20); telephone call with J. Powers regarding deadline and change to proposal (.20); transmit executed proposal with inquiry regarding opposing counsel's response (.10); communicate with mediator regarding opposing counsel's need for extension (.20). | 0.70 | 318.50 |
| 12/04/12 | L. O'Hara | L160 | | Communicate with C. Masters and J. Powers regarding plaintiff's acceptance of mediator's proposal. | 0.20 | 91.00 |
| 12/05/12 | L. O'Hara | L160 | | Prepare settlement agreement. | 0.80 | 364.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Los Angeles Times (Sherman)

| Date | Timekeeper | Task | Activity | Description | Hours | Value |
|------|-----------|------|----------|-------------|-------|-------|
| 12/06/12 | L. O'Hara | L160 | | Prepare settlement agreement (.40); communicate with opposing counsel regarding same (.10); communicate with J. Powers regarding apportionment of settlement proceeds (.20). | 0.70 | 318.50 |
| 12/11/12 | L. O'Hara | L160 | | Communicate with opposing counsel regarding status of his review of settlement agreement. | 0.20 | 91.00 |
| 12/20/12 | L. O'Hara | L160 | | Communicate with opposing counsel regarding his proposed revisions to settlement agreement (.20); revise same (.20); communicate with J. Powers regarding same (.20). | 0.60 | 273.00 |

**Total Hours**                                                                    3.20

**Total Fees**                                                                              $1,456.00

**Timekeeper Summary**

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| L. O'Hara | Partner | - | 3.20 | hours at | $455.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Long Distance Telephone** | |
| 12/06/12 | Long Distance Telephone | 5.95 |
| | **Online Research** | |
| 12/31/12 | Online Research - L. Waluch | 2,015.22 |

**Total Disbursements**                                                          2,021.17

**Total Fees And Disbursements This Statement**                    $3,477.17



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

January 10, 2013

Los Angeles Times
c/o Tribune Company
435 North Michigan Ave.
Chicago, IL 60611
Attn: John W. Powers

Invoice No. 2080332
0276 33175 / 33175-000026
Christino Escandon v. Los Angeles Times, et al.; Case
No. BC476209

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,456.00 |
| Total Disbursements | 2,021.17 |
| Total Fees and Disbursements This Statement | $3,477.17 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# EXHIBIT B

**EXHIBIT B**

**List of Filings Related to Seyfarth's Monthly and Quarterly Fee Application Requests**

| Filing | Date Filed | Docket No. |
|---|---|---|
| First Monthly Fee Application - October, 2009 | 11/25/09 | 2667 |
| Certificate of No Objection re First Monthly Fee Application | 12/17/09 | 2882 |
| Second Monthly Fee Application - November, 2009 | 01/25/10 | 3195 |
| Certificate of No Objection re Second Monthly Fee Application | 02/18/10 | 3485 |
| Third Monthly Fee Application - December, 2009 | 03/18/10 | 3755 |
| Fourth Monthly Fee Application - January, 2010 | 03/18/10 | 3756 |
| Certificate of No Objection re Third Monthly Fee Application | 04/13/10 | 4021 |
| Certificate of No Objection re Fourth Monthly Fee Application | 04/13/10 | 4022 |
| Fifth Monthly Fee Application - February, 2010 | 04/16/10 | 4089 |
| First Quarterly Fee Application Request -  October - November, 2009 | 04/22/10 | 4138 |
| Second Quarterly Fee Application Request - December, 2009 - February, 2010 | 04/22/10 | 4139 |
| Certificate of No Objection re Fifth Monthly Fee Application | 05/10/10 | 4303 |
| Certificate of No Objection re First Quarterly Fee Application Request | 05/18/10 | 4454 |
| Certificate of No Objection re Second Quarterly Fee Application Request | 05/18/10 | 4455 |
| Sixth Monthly Fee Application - March, 2010 | 07/21/10 | 5091 |
| Seventh Monthly Fee Application - April, 2010 | 07/21/10 | 5092 |
| Eighth Monthly Fee Application - May, 2010 | 07/21/10 | 5093 |
| Third Quarterly Fee Application Request - March - May, 2010 | 07/21/10 | 5094 |

| Filing | Date Filed | Docket No. |
|---|---|---|
| Certificate of No Objection re Sixth Monthly Fee Application | 08/12/10 | 5368 |
| Certificate of No Objection re Seventh Monthly Fee Application | 08/12/10 | 5369 |
| Certificate of No Objection re Eighth Monthly Fee Application | 08/12/10 | 5370 |
| Certificate of No Objection re Third Quarterly Fee Application Request | 08/12/10 | 5371 |
| Ninth Monthly Fee Application - June, 2010 | 09/28/10 | 5833 |
| Tenth Monthly Fee Application - July, 2010 | 09/28/10 | 5834 |
| Eleventh Monthly Fee Application - August, 2010 | 10/08/10 | 5918 |
| Fourth Quarterly Fee Application Request -  June  - August, 2010 | 10/15/10 | 5979 |
| Certificate of No Objection re Ninth Monthly Fee Application | 10/20/10 | 6058 |
| Certificate of No Objection re Tenth Monthly Fee Application | 10/20/10 | 6059 |
| Certificate of No Objection re Eleventh Monthly Fee Application | 11/01/10 | 6200 |
| Certificate of No Objection re Fourth Quarterly Fee Application Request | 11/12/10 | 6422 |
| Twelfth Monthly Fee Application - September, 2010 | 12/02/10 | 6711 |
| Thirteenth Monthly Fee Application - October, 2010 | 12/02/10 | 6712 |
| Certificate of No Objection re Twelfth Monthly Fee Application | 12/23/10 | 7294 |
| Certificate of No Objection re Thirteenth Monthly Fee Application | 12/23/10 | 7295 |
| Fourteenth Monthly Fee Application - November, 2010 | 01/14/11 | 7514 |
| Fifth Quarterly Fee Application Request -  September - November, 2010 | 01/14/11 | 7515 |
| Fee Auditors Report re First Quarterly Fee Application Request | 02/03/11 | 7771 |
| Certificate of No Objection re Fourteenth Monthly Fee Application | 02/07/11 | 7832 |

| Filing | Date Filed | Docket No. |
|---|---|---|
| Certificate of No Objection re Fifth Quarterly Fee Application Request | 02/07/11 | 7833 |
| Fifteenth Monthly Fee Application - December, 2010 | 02/10/11 | 7896 |
| Certificate of No Objection re Fifteenth Monthly Fee Application | 03/078/11 | 8291 |
| Sixteenth Monthly Fee Application - January, 2011 | 03/18/11 | 8435 |
| Seventeenth Monthly Fee Application - February, 2011 | 04/06/11 | 8589 |
| Certificate of No Objection re Sixteenth Monthly Fee Application | 04/11/11 | 8620 |
| Sixth Quarterly Fee Application Request -  December, 2010 - February 2011 | 04/18/11 | 8692 |
| Certificate of No Objection re Seventeenth Monthly Fee Application | 04/29/11 | 8792 |
| Certificate of No Objection re Sixth Quarterly Fee Application Request | 05/11/11 | 8886 |
| Eighteenth Monthly Fee Application - March, 2011 | 06/14/11 | 9244 |
| Nineteenth Monthly Fee Application - April, 2011 | 06/21/11 | 9299 |
| Certificate of No Objection re Eighteenth Monthly Fee Application | 07/07/11 | 9430 |
| Certificate of No Objection re Nineteenth Monthly Fee Application | 07/13/11 | 9455 |
| Twentieth Monthly Fee Application - May, 2011 | 07/14/11 | 9462 |
| Seventh Quarterly Fee Application Request -  March - May, 2011 | 07/14/11 | 9463 |
| Certificate of No Objection re Twentieth Monthly Fee Application | 08/05/11 | 9630 |
| Certificate of No Objection re Seventh Quarterly Fee Application Request | 08/05/11 | 9631 |
| Twenty-First Monthly Fee Application - June, 2011 | 08/15/11 | 9660 |
| Certificate of No Objection re Twenty-First Monthly Fee Application | 09/08/11 | 9762 |
| Fee Auditors Report re Second Quarterly Fee Application Request | 09/26/11 | 9812 |

| Filing | Date Filed | Docket No. |
|---|---|---|
| Twenty-Second Monthly Fee Application - July, 2011 | 09/26/11 | 9824 |
| Fee Auditors Report re Third Quarterly Fee Application Request | 09/27/11 | 9832 |
| Fee Auditors Report re Fourth Quarterly Fee Application Request | 09/27/11 | 9833 |
| Twenty-Third Monthly Fee Application - August, 2011 | 10/14/11 | 9986 |
| Eighth Quarterly Fee Application Request -  June - August, 2011 | 10/14/11 | 9987 |
| Certificate of No Objection re Twenty-Second Monthly Fee Application | 10/20/11 | 10037 |
| Certificate of No Objection re Twenty-Third Monthly Fee Application | 11/07/11 | 10171 |
| Certificate of No Objection re Eighth Quarterly Fee Application Request | 11/07/11 | 10172 |
| Twenty-Fourth Monthly Fee Application - September, 2011 | 11/17/11 | 10252 |
| Certificate of No Objection re Twenty-Fourth Monthly Fee Application | 12/09/11 | 10406 |
| Twenty-Fifth Monthly Fee Application - October, 2011 | 01/10/12 | 10577 |
| Twenty-Sixth Monthly Fee Application - November, 2011 | 01/10/12 | 10578 |
| Ninth Quarterly Fee Application Request -  September - November, 2011 | 01/13/12 | 10620 |
| Certificate of No Objection re Twenty-Fifth Monthly Fee Application | 02/01/12 | 10805 |
| Certificate of No Objection re Twenty-Sixth Monthly Fee Application | 02/01/12 | 10807 |
| Certificate of No Objection re Ninth Quarterly Fee Application Request | 02/06/12 | 10863 |
| Twenty-Seventh Monthly Fee Application - December, 2011 | 03/02/12 | 11063 |
| Certificate of No Objection re Twenty-Seventh Monthly Fee Application | 03/26/12 | 11238 |

| Filing | Date Filed | Docket No. |
|--------|-----------|------------|
| Twenty-Eighth Monthly Fee Application - January, 2012 | 04/09/12 | 11333 |
| Twenty-Ninth Monthly Fee Application - February, 2012 | 04/09/12 | 11336 |
| Tenth Quarterly Fee Application Request -  December, 2012 - February, 2013 | 04/13/12 | 11384 |
| Fee Auditors Report re Fifth Quarterly Fee Application Request | 04/16/12 | 11394 |
| Certificate of No Objection re Twenty-Eighth Monthly Fee Application | 05/02/12 | 11514 |
| Certificate of No Objection re Twenty-Ninth Monthly Fee Application | 05/02/12 | 11515 |
| Certificate of No Objection re Tenth Quarterly Fee Application Request | 05/07/12 | 11559 |
| Thirtieth Monthly Fee Application - March, 2012 | 05/10/12 | 11590 |
| Certificate of No Objection re Thirtieth Monthly Fee Application | 06/01/12 | 11744 |
| Fee Auditors Report re Sixth Quarterly Fee Application Request | 06/11/12 | 11788 |
| Fee Auditors Report re Seventh Quarterly Fee Application Request | 06/12/12 | 11815 |
| Thirty-First Monthly Fee Application - April, 2012 | 06/18/12 | 11832 |
| Certificate of No Objection re Thirty-First Monthly Fee Application | 07/11/12 | 11991 |
| Thirty-Second Monthly Fee Application - May, 2012 | 07/13/12 | 12026 |
| Eleventh Quarterly Fee Application Request - March, 2012 - May, 2013 | 07/17/12 | 12047 |
| Certificate of No Objection re Thirty-Second Monthly Fee Application | 08/06/12 | 12195 |
| Certificate of No Objection re Eleventh Quarterly Fee Application Request | 08/08/12 | 12223 |
| Thirty-Third Monthly Fee Application - June 2012 | 08/21/12 | 12306 |
| Thirty-Fourth Monthly Fee Application - July, 2012 | 09/13/12 | 12418 |

| Filing | Date Filed | Docket No. |
|---|---|---|
| Certificate of No Objection re Thirty-Third Monthly Fee Application | 09/13/12 | 12419 |
| Fee Auditors Report re Eighth Quarterly Fee Application Request | 09/17/12 | 1230 |
| Certificate of No Objection re Thirty-Fourth Monthly Fee Application | 10/05/12 | 12535 |
| Thirty-Fifth Monthly Fee Application - August, 2012 | 10/09/12 | 12535 |
| Twelfth Quarterly Fee Application Request - June - August, 2012 | 10/18/12 | 12592 |
| Fee Auditors Report re Ninth Quarterly Fee Application Request | 10/31/12 | 12644 |
| Certificate of No Objection re Thirty-Fifth Monthly Fee Application | 11/02/12 | 12667 |
| Certificate of No Objection re Twelfth Quarterly Fee Application Request | 11/09/12 | 12712 |
| Thirty-Sixth Monthly Fee Application - September, 2012 | 11/14/12 | 12721 |
| Certificate of No Objection re Thirty-Sixth Monthly Fee Application | 12/06/12 | 128/09 |
| Thirty-Seventh Monthly Fee Application - October, 2012 | 12/17/12 | 12858 |
| Fee Auditors Report re Tenth Quarterly Fee Application Request | 12/31/12 | 12940 |
| Thirty-Eighth Monthly Fee Application - November, 2012 | 01/09/13 | 12997 |
| Certificate of No Objection re Thirty-Seventh Monthly Fee Application | 01/09/13 | 12999 |
| Thirteenth Quarterly Fee Application Request - September - November, 2012 | 01/11/13 | 13017 |
| Fee Auditors Report re Eleventh Quarterly Fee Application Request | 01/21/13 | 13079 |
| Certificate of No Objection re Thirty-Eighth Monthly Fee Application | 01/31/13 | 13134 |
| Certificate of No Objection re Thirteenth Quarterly Fee Application Request | 02/04/13 | 13146 |