# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**<u>SUMMARY SHEET</u>**

| <u>COMMITTEE MEMBER</u> | <u>TOTAL ALLOWED AMOUNT</u> |
|---|---|
| William Niese | $1,370.66 |
| Warner Brothers | $3,301.14 |
| Washington-Baltimore Newspaper Guild | $174.10 |
| Washington-Baltimore Newspaper Guild (Counsel) | $334.34 |
| **TOTAL** | **$5,180.24** |

## SCHEDULE OF EXPENSES

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| Type of Expense | February 21, 2013 Creditors Committee Meeting (New York) |
|---|---|
| Airfare | $  600.80 |
| Hotel | 559.59 |
| Meals Breakfast (Hotel) | 30.97 |
| Transportation | 179.30 |
| Total: | $1,370.66 |

## TOTAL ALLOWED AMOUNT:   $1,370.66



# WARWICK
### NEW YORK HOTEL

|  |  |
|---|---|
| Arrival | : 02-20-13 |
| Departure | : 02-22-13 |
| Room No. | : 1105 |
| Folio No. | : |
| Cashier | : |
| Page No. | : 1 of 1 |
| Conf. No. | : 9941263 |
| Invoice No. | : |
| Booking No. | : |

Mr. William Niese
United States

Chadbourne * & Parke

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-20-13 | Telephone Long Distance | 13.25 | |
| | 22:34 Line# 1105 : Dialed# 760-758-7101 [00:03:00] | | |
| 02-20-13 | Room Charge | 235.00 | |
| 02-20-13 | Tax-Room Sales 8.875% | 20.86 | |
| 02-20-13 | Tax-City Occupancy 5.875% | 13.81 | |
| 02-20-13 | Tax-City Tax $2/Room | 2.00 | |
| 02-20-13 | Tax-State Occupancy $1.50 | 1.50 | |
| 02-21-13 | Murals Breakfast Food | 30.97 | |
| | Line# 1105 : CHECK# 0012735 | | |
| 02-21-13 | Room Charge | 235.00 | |
| 02-21-13 | Tax-Room Sales 8.875% | 20.86 | |
| 02-21-13 | Tax-City Occupancy 5.875% | 13.81 | |
| 02-21-13 | Tax-City Tax $2/Room | 2.00 | |
| 02-21-13 | Tax-State Occupancy $1.50 | 1.50 | |

| | | |
|---|---|---|
| Total Charges | 590.56 | |
| Total Credits | | 0.00 |
| Balance | | 590.56 |

Guest Signature _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or
company fails to pay for any part or the full amount of these charges. Please leave your room key at reception upon departure.

Guests with a valid credit card on file may process their own check-out through the television entertainment system. Press "Menu" on your
television remote control to access this system. This service may be accessed from 4am - 12 noon daily. Your final bill can also be emailed to you.
Just write your email address on your key packet and drop it in the Express Check-Out Box located in the lobby. Please retain this copy, which may
not be your final bill, pending receipt of the final copy of charges. Thank you for staying with us.

ALADDIN AIRPORT PARKING
2548 Kettner Blvd.
USA-92101 San Diego
Tax CodeUSA

Date 2  20 20 13
OFFICIAL
TAXI RECEIPT

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 01/28 | 01/30 | JETBLUE    2792188217 SALT LAKE CTYUT<br>NIESE/WILLIAM A MO2/20 SAN/JFK  RNDTRP JFK/SAN<br>5632 | 0245 | | 450.80 | |
| 01/28 | 01/30 | JETBLUE    2790613683 SALT LAKE CTYUT<br>NIESE/WILLIAM A MO1/28 XAA/XAA  ONEWAY<br>5632 | 0252 | | 130.00 | |
| 01/28 | 01/30 | JETBLUE    2790613683 SALT LAKE CTYUT<br>NIESE/WILLIAM   01/28 XAA/XAA  ONEWAY<br>5632 | 0260 | | 20.00 | |



```
Valet      02/22/13 12:06
Cashier 12
Receipt 049371

Long-term parking tkt
SP - No. 048536
02/20/13 10:19 -
02/22/13 12:06 -
Period 2d1h48'
(Tax)              $46.00
                 -----------
Total              $46.00

Payment Received
$20v 20
VISA               $46.00
XXXXXXXXXXXX5632
Merch:4418006623928
Auth:005529
Type: Swiped

Sub Total          $46.00

  All Amounts in USD.
Deliv. Date=Receipt Date
```

From: .........................
To: ........................
Fare .....................
Toll $ ....................
                         Total $..............

OFFICIAL
TAXI RECEIPT

Date 02/23 20 13

FROM ...... Manhattan, NY
TO ...... JFK, NY
FARE 68 00  TOLL 6 00  TOTAL 70 00
SIGNATURE ...................... # 6P1405

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| __Type of Expense__ | __February 21, 2013__ __Creditors Committee Meeting__ __(New York)__ |
|---|---|
| Airfare | $2,139.80 |
| Hotel | 789.58 |
| Transportation | 371.76 |
| | |
| Total: | $3,301.14 |

**TOTAL ALLOWED AMOUNT:    $3,301.14**

# UNITED

STAR ALLIANCE MEMBER

Home | Reservations | Travel Information | Deals & Offers | MileagePlus | Products & Services | About United

## Review Trip Itinerary

### Fare Details

| | |
|---|---|
| 1 Adult (age 18 to 64) | $2,119.00 |
| Additional Taxes/Fees | $4.73.80 |
| **Total** | **$2,199.80** |

Start with 50,000 bonus miles

$50 Statement Credit

| | |
|---|---|
| Total Ticket Price | $2,199.80 |
| Card Statement Credit | -$50.00 |
| Total After Savings | $2,283.80 |

### Flight Details

#### ✈ Wed, Mar. 6, 2013 | Los Angeles, CA (LAX) to New York, NY (JFK)

| Depart | Arrive | Travel Time: | Award Miles/ | Flight UA526 |
|---|---|---|---|---|
| 1:31 p.m. | 9:45 p.m. | 5 hr 14 mn | Premier QualifyIng™ | Aircraft: Boeing 757-200 |
| Wed., Mar. 6, 2013 | Wed., Mar. 6, 2013 | | 2,475 / 150% | Fare Class: United Economy (B) |
| Los Angeles, CA (LAX) | New York, NY (JFK) | | | Meal: Meals for Purchase |
| | | | | No Special Meal Offered. |

#### ✈ Fri, Mar. 8, 2013 | New York, NY (JFK) to Los Angeles, CA (LAX)

| Depart | Arrive | Travel Time: | Award Miles/ | Flight UA535 |
|---|---|---|---|---|
| 5:53 p.m. | 9:05 p.m. | 6 hr 12 mn | Premier QualifyIng™ | Aircraft: Boeing 757-200 |
| Fri., Mar. 8, 2013 | Fri., Mar. 8, 2013 | | 2,475 / 150% | Fare Class: United Economy (B) |
| New York, NY (JFK) | Los Angeles, CA (LAX) | | | Meal: Meals for Purchase |
| | | | | No Special Meal Offered. |

> View Rules and Restrictions
> Additional Baggage Charges may apply
> Change Flights or get more information



**UNITED.**

Premier Access

SMITH/WAYNEM

E2X62816, Premier Silver, Star Alliance Silver,

| FLIGHT | GATE | BOARD TIME | BOARDING GROUP | SEAT |
|---|---|---|---|---|
| UA 430 | 77 | 12:50 PM | 1 | 2B Aisle First |

Wednesday, February 20, 2013

Los Angeles    Gate May Change    Departs: 1:35 PM
New York-Kennedy    Check Before    Arrives: 9:49 PM
LAX to JFK    Departure

Confirmation: CW2E6K
eTicket 0167205058294

95
UA 430
2B

CW2E6K
LAX06T

A STAR ALLIANCE MEMBER ✦

---

**UNITED.**

Premier Access

SMITH/WAYNEM

E2X62816, Premier Silver, Star Alliance Silver

| FLIGHT | GATE | BOARD TIME | BOARDING GROUP | SEAT |
|---|---|---|---|---|
| UA 535 7 | | 5:08 PM | 1 | 2C Aisle First |

Friday, February 22, 2013

Los Angeles    Gate May Change    Departs: 5:53 PM
New York-Kennedy    Check Before    Arrives: 9:13 PM
JFK to LAX    Departure

Confirmation: CW2E6K
eTicket 0167205058294

6
UA 535
2C

CW2E6K
EJFK99F3

A STAR ALLIANCE MEMBER ✦



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.
Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier website of your ticketed itinerary for applicable fees.**

WAYNE M SMITH
WAYNE SMITH
TIMEWARNER
4000 WARNER BLVD BLDG. 156 RM. 5158
BURBANK, CA 91522
WARNER BROS LEGAL

PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on February 09, 2013/2:22 AM UTC

## Invoice / Ticket Receipt

Total Invoice Amount: $3,186.62 USD
ElectronicTicket Number: 0167205058829
Invoice Number: 0375104
Ticket Amount: $3,186.62 USD
Form of Payment: AX***********1001

This ticket information applies to the following trip(s):

United Airlines Flight 430 from Los Angeles to New York on February 20
United Airlines Flight 535 from New York to Los Angeles on February 22

## Travel Summary – Agency Record Locator PNNTBD

Traveler

SMITH / WAYNE M

Reference number by traveler: ETR

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type |
|------|---------|---------------|--------|---------------|------------|
| 02/20/2013 | LAX | BLS | Confirmed | 11:30 AM | |
| 02/20/2013 | LAX-JFK | UA 430 | Confirmed | 01:35 PM/09:49 PM | First / F |
| 02/20/2013 | JFK | BLS | Confirmed | 09:49 PM | |
| 02/20/2013 | JFK | Jw Marriott Essex House | Confirmed | 02/20-02/22 | |
| 02/22/2013 | JFK | BLS | Confirmed | 03:30 PM | |
| 02/22/2013 | JFK-LAX | UA 535 | Confirmed | 05:53 PM/09:13 PM | First / F |
| 02/22/2013 | LAX | BLS | Confirmed | 09:13 PM | |

## Remarks

DIVISION IS WB LEGAL MISC CC USED
PURPOSE TRIBUNE CREDITOR COMMITTEE MEETING MTG AT DC COMICS



# JW MARRIOTT.
### ESSEX HOUSE NEW YORK

Mr Wayne Smith
United States

| | |
|---|---|
| Room Number: | 1128 |
| Arrival Date: | 02-20-13 |
| Departure Date: | 02-22-13 |
| CRS Number: | 92477289 |
| Rewards No: | |
| Page No: | 1 of 1 |

**INVOICE**

Folio No: 37601

02-22-13

| Date | Description | Reference | | Charges | Credits |
|------|-------------|-----------|---|---------|---------|
| 02-20-13 | Room Rate | | | 341.00 | |
| 02-20-13 | Sales Tax 8.875% | | | 30.26 | |
| 02-20-13 | City Occ Tax 5.875% | | | 20.03 | |
| 02-20-13 | City Occ Tax per Rm Night | | | 2.00 | |
| 02-20-13 | Conv Ctr Tax $1.50 Rm Night | | | 1.50 | |
| 02-21-13 | Room Rate | | | 341.00 | |
| 02-21-13 | Sales Tax 8.875% | | | 30.26 | |
| 02-21-13 | City Occ Tax 5.875% | | | 20.03 | |
| 02-21-13 | City Occ Tax per Rm Night | | | 2.00 | |
| 02-21-13 | Conv Ctr Tax $1.50 Rm Night | | | 1.50 | |
| 02-22-13 | American Express | XXXXXXXXXXX1001 | XX/XX | | 789.58 |
| | **Total** | | | 789.58 | 789.58 |
| | **Balance** | | | 0.00 | |

## LIMO - Wednesday, February 20 2013

| | |
|---|---|
| Vendor: | BLS |
| Phone Number: | 800-992-0570 |
| Pickup Location: | RESIDENCE-3957 HAMPSTEAD RD. LA CANADA |
| Pickup Date and Time: | 11:30 AM Wednesday, February 20 2013 |
| Dropoff Location: | LAX AIRPORT |
| Rate: | $87.42 |
| Confirmation Number: | 1321188 |
| Status: | Confirmed |
| Remarks: | NY AND LOS ANGELES RESERVATIONS 90 MINUTE NOTICE REQUIRED. ALL OTHER DOMESTIC RESERVATIONS 3 HOUR NOTICE REQUIRED. INTERNATIONAL RESERVATIONS 24 HOUR NOTICE REQUIRED FOR ALL CHANGES/CANCELLATIONS TO AVOID BILLING. NY AND LOS ANGELES RESERVATIONS RATE IS INCLUSIVE OF GRATUITY. ALL OTHER DOMESTIC AND INTERNATIONAL RESERVATIONS A 20 PCT GRATUITY WILL BE ADDED TO BASE RATE. |

## AIR - Wednesday, February 20 2013 - Agency Record Locator PNNTBD

United Airlines  Flight UA430  First Class

| | |
|---|---|
| Depart: | Los Angeles International Airport, TERMINAL 7 |
| | Los Angeles, California, United States |
| | 01:35 PM Wednesday, February 20 2013 |
| Arrive: | John F Kennedy Intl, TERMINAL 7 |
| | New York, New York, United States |
| | 09:49 PM Wednesday, February 20 2013 |
| Duration: | 5 hour(s) and 14 minute(s) Non-stop |
| Status: | Confirmed - United Airlines Record Locator: CW2E6K |
| Meal: | Lunch |
| Equipment: | Boeing 757 Passenger |
| Seat: | 02B Confirmed |
| FF Number: | UAXXXX2816 - SMITH/WAYNE M |

## LIMO - Wednesday, February 20 2013

| | |
|---|---|
| Vendor: | BLS |
| Phone Number: | 800-992-0570 |
| Pickup Location: | JFK AIRPORT |
| Pickup Date and Time: | 09:49 PM Wednesday, February 20 2013 |
| Dropoff Location: | JW MARRIOTT ESSEX HOUSE-NEW YORK |
| Rate: | $98.46 |
| Special Instructions: | SEE BELOW FOR MEETING INSTRUCTIONS |
| Confirmation Number: | 1321190 |
| Status: | Confirmed |
| Remarks: | NY AND LOS ANGELES RESERVATIONS 90 MINUTE NOTICE REQUIRED. ALL OTHER DOMESTIC RESERVATIONS 3 HOUR NOTICE REQUIRED. INTERNATIONAL RESERVATIONS 24 HOUR NOTICE REQUIRED FOR ALL CHANGES/CANCELLATIONS TO AVOID BILLING. FOR DOMESTIC ARRIVALS PLEASE MEET YOUR BLS CHAUFFEUR IN BAGGAGE CLAIM. FOR INTERNATIONAL ARRIVALS PLEASE MEET YOU BLS CHAUFFEUR OUTSIDE CUSTOMS IN THE WAITING AREA. IF YOU CANNOT LOCATE YOUR BLS CHAUFFEUR PLEASE CALL 1-800-843-5752. NY AND LOS ANGELES RESERVATIONS RATE IS INCLUSIVE OF GRATUITY. ALL OTHER DOMESTIC AND INTERNATIONAL RESERVATIONS A 20 PCT GRATUITY WILL BE ADDED TO BASE RATE. |

## HOTEL - Wednesday, February 20 2013

### Jw Marriott Essex House

| | |
|---|---|
| Address: | 160 Central Park South New York, NY 10019 United States |
| Tel: | +1 (212) 247-0300 |
| Fax: | +1 (212) 315-1839 |
| Check In/Check Out: | Wednesday, February 20 2013 - Friday, February 22 2013 |
| Status: | Confirmed |
| Number of Persons: | 1 |
| Number of Rooms: | 1 |
| Number of Nights: | 2 |
| Rate per night: | USD 341.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Confirmation: | 92477289 |
| Additional Information: | NONSMOKING KING-VIP WARNER BROS |
| Description: | TIME WARNER;TIME WARNER GUEST ROOM, 1 KING |
| Remarks: | CANCEL 24 HOURS PRIOR TO 3PM DAY OF ARRIVAL. |

## LIMO - Friday, February 22 2013

| | |
|---|---|
| Vendor: | BLS |
| Phone Number: | 800-992-0570 |
| Pickup Location: | JW MARRIOTT ESSEX HOUSE-NEW YORK |
| Pickup Date and Time: | 03:30 PM Friday, February 22 2013 |
| Dropoff Location: | JFK AIRPORT |
| Rate: | $98.46 |
| Confirmation Number: | 1321191 |
| Status: | Confirmed |
| Remarks: | NY AND LOS ANGELES RESERVATIONS 90 MINUTE NOTICE REQUIRED. ALL OTHER DOMESTIC RESERVATIONS 3 HOUR NOTICE REQUIRED. INTERNATIONAL RESERVATIONS 24 HOUR NOTICE REQUIRED FOR ALL CHANGES/CANCELLATIONS TO AVOID BILLING. NY AND LOS ANGELES RESERVATIONS RATE IS INCLUSIVE OF GRATUITY. ALL OTHER DOMESTIC AND INTERNATIONAL RESERVATIONS A 20 PCT GRATUITY WILL BE ADDED TO BASE RATE. |

## AIR - Friday, February 22 2013 - Agency Record Locator PNNTBD

### United Airlines  Flight UA535  First Class

| | |
|---|---|
| Depart: | John F Kennedy Intl, TERMINAL 7<br>New York, New York, United States<br>05:53 PM Friday, February 22 2013 |
| Arrive: | Los Angeles International Airport, TERMINAL 7<br>Los Angeles, California, United States<br>09:13 PM Friday, February 22 2013 |
| Duration: | 6 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - United Airlines Record Locator: CW2E6K |
| Meal: | Dinner |
| Equipment: | Boeing 757 Passenger |
| Seat: | 02C Confirmed |
| FF Number: | UAXXXX2816 - SMITH/WAYNE M |

## LIMO - Friday, February 22 2013

| | |
|---|---|
| **Vendor:** | BLS |
| **Phone Number:** | 800-992-0570 |
| **Pickup Location:** | LAX AIRPORT |
| **Pickup Date and Time:** | 09:13 PM Friday, February 22 2013 |
| **Dropoff Location:** | RESIDENCE-3957 HAMPSTEAD RD. LA CANADA |
| **Rate:** | $87.42 |
| **Special Instructions:** | SEE BELOW FOR MEETING INSTRUCTIONS |
| **Confirmation Number:** | 1321189 |
| **Status:** | Confirmed |
| **Remarks:** | NY AND LOS ANGELES RESERVATIONS 90 MINUTE NOTICE REQUIRED. ALL OTHER DOMESTIC RESERVATIONS 3 HOUR NOTICE REQUIRED. INTERNATIONAL RESERVATIONS 24 HOUR NOTICE REQUIRED FOR ALL CHANGES/CANCELLATIONS TO AVOID BILLING. FOR DOMESTIC ARRIVALS PLEASE MEET YOUR BLS CHAUFFEUR IN BAGGAGE CLAIM. FOR INTERNATIONAL ARRIVALS PLEASE MEET YOU BLS CHAUFFEUR OUTSIDE CUSTOMS IN THE WAITING AREA. IF YOU CANNOT LOCATE YOUR BLS CHAUFFEUR PLEASE CALL 1-800-843-5752. NY AND LOS ANGELES RESERVATIONS RATE IS INCLUSIVE OF GRATUITY. ALL OTHER DOMESTIC AND INTERNATIONAL RESERVATIONS A 20 PCT GRATUITY WILL BE ADDED TO BASE RATE. |

## Remarks

---------------AFTER HOURS EMERGENCY CONTACTS---------
PLEASE CALL THE TRAVEL DEPT DURING OPERATING HOURS
MON-FRI 600AM PST - 600PM PST - 818-977-3062
FOR TRAVEL EMERGENCIES AFTER 6PM ***ONLY*** AND ON
WEEKENDS PLEASE CALL 1-866-299-4566 AND USE MEMBERSHIP
CODE SH1M9
IF TRAVELING OUTSIDE THE US OR CANADA PLEASE HAVE
INTERNATIONAL OPERATOR PLACE A COLLECT CALL TO
847-759-5437 FOR TRAVEL ASSISTANCE
---------------SECURE FLIGHT REQUIREMENTS------------
THE TRANSPORTATION SECURITY ADMINISTRATION TSA
OF THE U.S. DEPARTMENT OF HOMELAND SECURITY DHS
REQUIRES PASSENGERS TO PROVIDE FULL NAME, DATE OF BIRTH
AND GENDER WHEN MAKING TRAVEL ARRANGEMENTS
THIS INFORMATION MUST MATCH THE DATA ON THE GOVERNMENT
ID PRESENTED AT THE AIRPORT. IF YOU CHOOSE NOT TO
DISCLOSE THIS INFORMATION YOU MAY BE DENIED ADVANCE
SEATING ASSIGNMENTS, ONLINE CHECK-IN PRIVILEGES AND
SUBJECT TO ADDITIONAL SECURITY SCREENING AT THE TIME
OF DEPARTURE. MORE INFORMATION MAY BE OBTAINED
ON THE TSA WEBSITE WWW.TSA.GOV
---------------SECURITY INFORMATION-----------------
FOR SECURITY INFORMATION PLEASE REFER TO THE US STATE
DEPARTMENT WEBSITE WWW.TRAVEL.STATE.GOV
FOR RECORDED INFORMATION PLEASE CALL 202-647-5225
FOR EMERGENCY SITUATIONS ABROAD CALL 202-647-5226
ALSO CONTACT WB SECURITY 24/7 AT 818-954-3333 FOR ANY
EMERGENCY ASSISTANCE - COLLECT CALLS WILL BE ACCEPTED
FOR INTERNATIONAL HEALTH/IMMUNIZATION REQUIREMENTS
REFER TO THE CDC WEBSITE WWW.CDC.GOV/TRAVEL
FOR ADDITIONAL HEALTH INFORMATION PLEASE REFER TO
THE WHO WEBSITE WWW.WHO.INT
---------------KEY CONTACT INFORMATION---------------
FOR WORLDWIDE MEDICAL ASSISTANCE
IN THE US AND CANADA CALL 1-800-263-0261
FOR ELSEWHERE IN THE WORLD CALL COLLECT 1-416-977-0277
WHEN CALLING PLEASE IDENTIFY YOURSELF AS A ZURICH U.S.
POLICY HOLDER GROUP NUMBER GTU 3586832

```
---------------MISC AIRLINE ADVISORIES----------------
PLEASE BE ADVISED THAT SOME AIRLINES CHARGE SERVICE
FEES FOR CHANGES MADE DIRECTLY WITH THE AIRLINE
----------------------------------------------------
----------------BAGGAGE INFORMATION-----------------
PLEASE NOTE MANY AIRLINES HAVE ENFORCED STRICT BAGGAGE
REQUIREMENTS WHICH INCLUDES SIZE/WEIGHT/NUMBER OF BAGS
THESE REQUIREMENTS MAY RESULT IN ADDITIONAL FEES
AND MAY BE CHARGED BY THE AIRLINE AT CHECK IN
----------------------------------------------------
----------------TRIP BUSINESS PURPOSE---------------
TRAVEL ORDERED BY YOLANDA AGUILAR 818-954-6007
PREFERRED LAX 24 HOUR PARKING - PARKING SPOT 310-642-0947
CHECK BEHIND THE SHIELD FOR DETAILS
FOR UP TO DATE TRAVEL INFORMATION ON AIRLINE
CHECK-IN/RESTRICTIONS/LIMITATIONS/SECURITY.
PLEASE CHECK WWW.UAL.COM
FOR DOMESTIC TRAVEL CHECK IN 2 HOURS PRIOR TO DEPARTURE.
INTERNATIONAL CHECK IN 3 HOURS PRIOR.
GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
OBTAIN YOUR BOARDING PASS PRIOR TO REACHING THE MAIN
SECURITY CHECK POINT VIA AN ETKT KIOSK
AIRLINE COUNTER OR WEBSITE 24 HRS PRIOR TO DEPARTURE.
RECONFIRM CONTINUING INTL FLIGHTS AT LEAST
72 HOURS IN ADVANCE.
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.
IF YOU ELECT TO USE ONLINE CHECK IN, ONCE COMPLETED ANY
CHANGES TO THAT FLIGHT MUST BE MADE DIRECTLY WITH THE AIRLINE
YOUR TRAVEL ITINERARY CAN BE VIEWED ONLINE AT
WWW.VIRTUALLYTHERE.COM. YOUR RESERVATION CODE
IS PNNTBD.
YOUR UNITED AIRLINES RESERVATION LOCATOR IS CW2E6K
```

Email generated on February 09, 2013/2:22 AM UTC

BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers"). Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel. Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all cancellation fees. By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control.  Please see additional terms and conditions related to this itinerary at Terms and Conditions.

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | February 21, 2013 Committee Meeting (New York) |
|---|---|
| Train Fare | $ 124.10 |
| Taxi | 50.00 |
| Total: | $174.10 |

**TOTAL ALLOWED AMOUNT:    $174.10**

**THANK YOU FOR RIDING WITH US**

# COLUMBIA CAB

*Serving Howard County For Over 25 Years*

Date: 2-21-13          Cab Number: _____

From: Columbia _____

To: R&T Foil _____

Fare: $50          Time: _____

Driver Signature: _____

**www.ColumbiaCabHowardCo.com**
**410-880-6916 • 301-604-5800**



**D. Edwin Suah**
Owner & Operator

443 542 3506
dakersuah@yahoo.com

**Columbia Cab #61**
Provide clean and reliable services to airports, train stations & other places

**SALES RECEIPT - NOT VALID FOR TRAVEL**

Purchased: 02/14/2013 6:00 AMRetain for your records.
Merchant ID 0112760 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - A73698NEW YORK PENN, NY -
# BWI AIRPORT STA, MD (One-Way)FEBRUARY 14, 2013

## Billing Information
MARC SALGANIK10386 ECLIPSE WAYCOLUMBIA, MD 21044

**Visa** ending in 4262 (Purchase)Authorization Code 01134D

|  | $62.05 |
|---|---|
|  | **Total** |
|  | **$62.05** |

## Purchase Summary
**Train 159: NEW YORK (PENN STATION), NY - BWI THURGOOD MARSHALL
AIRPORT STATION, MD**Depart 5:05 PM, Saturday, February 23, 2013
1 RESERVED COACH SEAT

|  | $62.05 |
|---|---|
| Ticket Terms & ConditionsSENIOR CITIZEN 62 YRS OR OLDER - ID REQUIRED |  |
|  | **Subtotal** |
|  | $62.05 |
|  | **Total Charged by Amtrak** |
|  | **$62.05** |

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your scheduled departure. Allow additional time if you need help with baggage or tickets.

- If you are traveling on the Auto Train you must check in at least two hours before scheduled departure.

- All Amtrak trains except the Auto Train are non-smoking.

- Valid photo ID required. Learn more at www.amtrak.com/ID.

- For baggage policy information, visit www.amtrak.com/baggage.

- Tickets are non-transferrable.

- Changes to your itinerary may affect your fare.

- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.

- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve months after date of issue unless otherwise specified. Ticket is a contract of carriage between Amtrak and the ticket holder which is subject to specific terms and conditions. These terms and conditions are available for inspection at Amtrak ticket counters or on the Amtrak website at www.amtrak.com/conditionsofcontract, or may be requested by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

SALES RECEIPT - NOT VALID FOR TRAVEL

Purchased: 01/31/2013 12:02 PMRetain for your records.
Merchant ID 0100460 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 98EDDABWI AIRPORT STA, MD
# - NEW YORK PENN, NY (One-Way)JANUARY 31, 2013
## Billing Information
MARC SALGANIK10386 ECLIPSE WAYCOLUMBIA, MD 21044

**Visa** ending in 4262 (Purchase)Authorization Code 07563D

$62.05

### Total

### $62.05

## Purchase Summary
**Train 176: BWI THURGOOD MARSHALL AIRPORT STATION, MD - NEW YORK
(PENN STATION), NY**Depart 12:29 PM, Thursday, February 21, 2013
1 RESERVED COACH SEAT

$62.05

Ticket Terms & ConditionsSENIOR CITIZEN 62 YRS OR OLDER - ID REQUIRED

Subtotal

$62.05

### Total Charged by Amtrak

### $62.05

## Important Information

- We recommend that you arrive at the station at least 30 minutes prior to your
  scheduled departure. Allow additional time if you need help with baggage or tickets.

- If you are traveling on the Auto Train you must check in at least two hours before
  scheduled departure.

- All Amtrak trains except the Auto Train are non-smoking.

- Valid photo ID required. Learn more at www.amtrak.com/ID.

- For baggage policy information, visit www.amtrak.com/baggage.

- Tickets are non-transferrable.

- Changes to your itinerary may affect your fare.

- Refund restrictions or penalties may apply. Review the refund/exchange policy at www.amtrak.com/refundexchange.

- Summary of Conditions of Contract: Ticket valid for carriage or refund for twelve months after date of issue unless otherwise specified. Ticket is a contract of carriage between Amtrak and the ticket holder which is subject to specific terms and conditions. These terms and conditions are available for inspection at Amtrak ticket counters or on the Amtrak website at www.amtrak.com/conditionsofcontract, or may be requested by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | February 21, 2013 Committee Meeting (New York) |
|---|---|
| Train Fare | $166.00 |
| Hotel (one night) | 168.34 |
| | |
| Total: | $334.34 |

**TOTAL ALLOWED AMOUNT:   $334.34**



02-23-13

| | |
|---|---|
| bert paul | Folio No. : **268875** |
| Franklin Street | A/R Number : |
| exandria VA 22314 | Group Code : |
| nited States | Company : |
| | Booking No. : |

| | |
|---|---|
| Room No. : | **1125** |
| Arrival : | **02-21-13** |
| Departure : | **02-23-13** |
| Conf. No. : | **1418639** |
| User ID : | **RBECHAN** |
| Page No. : | **1 of 1** |

| ate | Description | Charges | Credits |
|---|---|---|---|
| 21-13 | Nightly Room Revenue | 143.65 | |
| 21-13 | Sales Tax 8.875% | 12.75 | |
| 21-13 | City Tax 5.875% | 8.44 | |
| 21-13 | Occupancy tax $ 2.00 | 2.00 | |
| 21-13 | Javits Tax $ 1.50 | 1.50 | |
| 22-13 | Nightly Room Revenue | 220.15 | |
| 22-13 | Sales Tax 8.875% | 19.54 | |
| 22-13 | City Tax 5.875% | 12.93 | |
| 22-13 | Occupancy tax $ 2.00 | 2.00 | |
| 22-13 | Javits Tax $ 1.50 | 1.50 | |
| 23-13 | Visa          XXXXXXXXXXXX0178 | | 424.46 |
| | **Total** | **424.46** | **424.46** |
| | **Balance** | **0.00** | |

est Signature: _____

ve received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
onally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges.
credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

On The Ave Hotel
2178 Broadway and 77th Street
New York, NY 10024
Tel: 212 362 1100   Fax: 212 787 9521

**Robert Paul**

| | |
|---|---|
| **From:** | tickets@amtrak.com |
| **Sent:** | Thursday, February 07, 2013 2:22 PM |
| **To:** | Robert Paul |
| **Subject:** | Amtrak: Reservation Confirmation - THIS IS NOT A TICKET |

 **AMTRAK**                                          **THIS IS NOT A TICKET**

---

**Your receipt, with an eTicket attached as a PDF, has been emailed to:** rpaul@zwerdling.com

Print your eTicket prior to travel and present it to the conductor onboard. If you lose it, just print it again. If you change your reservation, reprint your eTicket yourself or obtain a new eTicket at Quik-Trak or from a station ticket agent (if either are available). If your travel plans change, call us before departure to modify your reservation. If you have not done this and do not board your train, your entire reservation will be canceled; the money paid for the trip will be stored in an eVoucher that you may redeem at an Amtrak station ticket office for future travel.

Enjoy the journey.

---

# Reservation Number - A036D7

**Amtrak Total**
**$332.00**

**Washington, DC - Union Station to New York, NY - Penn Station (Round-Trip)**
Thursday, February 21, 2013

**Passenger(s):** Robert Paul , Lois Paul
Delay Alert will be sent to rpaul@zwerdling.com

## IMPORTANT INFORMATION

- To change your travel plans online you will need your reservation number. Not all reservations are eligible for online modifications. Cancellation and/or refund fees may apply.
- Changes to your itinerary may affect your fare.
- We recommend arriving at the station at least 30 minutes prior to your departure. Allow additional time if you need help with baggage, tickets or other services.
- If you are traveling on the Auto Train you must check in at least two hours before the scheduled departure.
- Two carry-on bags, up to 50 lb and 28 x 22 x 14 inches each, are allowed per passenger. For baggage policy information, visit www.amtrak.com/baggage
- Proper photo identification is required for all passengers. www.amtrak.com/ID
- Refund restrictions and penalties for failure to cancel unwanted travel may apply. www.amtrak.com/refund
- Smoking is prohibited in all stations and on all Amtrak services except for a designated area on the Auto Train. www.amtrak.com/smoking
- Questions? Contact us online at www.amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245).



 eTicket

| PRESENT THIS DOCUMENT FOR TRAVEL |

RESERVATION NUMBER A036D7

RES# A036D7-07FEB13 

# WAS ➤ NYP     Round-Trip

WASHINGTON, DC      NEW YORK PENN, NY      FEBRUARY 21, 2013

### Depart

| TRAIN | NORTHEAST REGIONAL | WASHINGTON - NEW YORK (PENN STATION) 2 Reserved Coach Seats | DEPARTS | ARRIVES (Thu Feb 21) |
|---|---|---|---|---|
| **176** | Feb 21, 2013 | | 12:02 PM | 3:19 PM |

### Return

| TRAIN | NORTHEAST REGIONAL | NEW YORK (PENN STATION) - WASHINGTON 2 Reserved Coach Seats | DEPARTS | ARRIVES (Sat Feb 23) |
|---|---|---|---|---|
| **71** | Feb 23, 2013 | | 3:04 PM | 6:35 PM |

---

| PASSENGERS (2) | | AMTRAK GUEST REWARDS |
|---|---|---|
| PAUL, ROBERT | ADULT | 7008311552 |
| PAUL, LOIS | ADULT | n/a |

Proper identification is required for all passengers. This document is valid for only passengers listed. See www.amtrak.com/ID for details.

## IMPORTANT INFORMATION

- **Reserved Service:** Your eTicket is only valid for the services listed. **If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled;** and some or all of the money paid will transfer to an eVoucher If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. Refund restrictions and penalties for failure to cancel may apply.
- **Unreserved Service** (Capitol Corridor, Pacific Surfliner, Hiawatha, Keystone between Harrisburg and Philadelphia): eTickets for coach seats on unreserved trains may be used on any unreserved train on the same route within one year of purchase, unless restricted by the fare paid. Pacific Surfliner and Keystone trains require reservations during Thanksgiving.
- Your latest eTicket shows the services you have reserved. If you changed your reservation but did not reprint the eTicket, it will not reflect your current itinerary. At some stations, a gate agent may need to view your current itinerary. You can obtain an updated copy of your eTicket at Quik-Trak or a ticket office, or you can reprint it at home.
- To change your travel plans or for any other matter, call Amtrak at 1-800-USA-RAIL.
- Check the departure board or ask an Amtrak employee where to board your train.
- Carry-on baggage limited to 2 pieces per passenger, 28x22x14" / 50lbs per piece. See Amtrak.com/baggage for more information.
- Smoking is prohibited on all Amtrak services except for a designated area on Auto Train.

- NOT VALID ON OTHER DATES/TRAINS
- NON-REFUNDABLE, EXCHANGES PERMITTED FOR OTHER RAIL FARE PURCHASES