# EXHIBIT A

**PRIOR APPLICATIONS:**

| Application | | Requested Fees and Expenses | | Approved and/or Paid Fees and Expenses | | Holdback Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Requested Fees |
| 2/18/11 DI 8066[1] | 8/26/10 - 11/30/10 | $100,327.50 | $3,474.28 | $97,638.50 | $3,474.28 | $0.00 |
| 2/18/11 DI 8067 | 12/1/10 - 12/31/10 | $468.00 | $0.00 | | | $0.00 |
| 4/12/11 DI 8630 | 12/1/10 - 12/31/10 | $3,891.00 | $0.00 | | | $0.00 |
| 4/12/11 DI 8631 | 1/1/11 - 1/31/11 | $20,889.00 | $499.69 | | | $0.00 |
| 4/12/11 DI 8632 | 2/1/11 - 2/28/11 | $1,984.50 | $146.40 | | | $0.00 |
| 4/15/11 DI 8675 | 12/1/10 - 2/28/11 | $27,232.50 | $646.09 | $27,232.50 | $646.09 | $0.00 |
| 1/14/13 DI 13046[2] | 9/1/12 - 11/30/12 | $3,633.00 | $0.00 | approval pending | approval pending | $0.00 |
| TOTAL | | $131,193.00 | $4,120.37 | | | $0.00 |

---

[1] For this period no monthly fee applications were filed.

[2] For this period no monthly fee applications were filed.

# EXHIBIT B

## CUMULATIVE SUMMARY OF BILLING BY PROFESSIONAL
## FOR THE PERIOD AUGUST 26, 2010 THROUGH DECEMBER 31, 2012

| Name of Professional/Individual | Position, Area of Expertise, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation (Requested) |
|---|---|---|---|---|
| Stephen Novack | Partner/Litigation/ Admitted in 1972 | $650 | 29.70 | $19,305.00 |
| | | $325 (Travel Time Rate) | 8.10 | $2,632.50 |
| Donald A. Tarkington | Partner/Litigation/ Admitted in 1983 | $520 | 92.2 | $47,944.00 |
| | | $260 (Travel Time Rate) | 13.00 | $3,380.00 |
| | | $270 (Travel Time Rate) | 4.0 | $1,080.00 |
| | | $540 | 23.5 | $12,690.00 |
| | | $555 | 2.8 | $1,554.00 |
| Julie Johnston-Ahlen | Associate/Litigation/ Admitted in 2002 | $315 | 57.6 | $18,144.00 |
| Adam T. Waskowski | Associate/Litigation/ Admitted in 2004 | $295 | 51.1 | $15,074.50 |
| Rebekah H. Parker | Associate/Litigation/ Admitted in 2005 | $260 | 14.7 | $3,822.00 |
| Josh Seib | Legal Assistant/Litigation | $165 | 9.0 | $1,485.00 |
| | | | | |
| TOTAL: | | | 305.7 | $127,111.00 |
| AVERAGE HOURLY RATE: | | | | $415.80 |

---

[1] All hourly rates are adjusted by Novack and Macey LLP on an annual basis.

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## AUGUST 26, 2010 THROUGH DECEMBER 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $1,845.50 |
| Document Production | | |
| Photocopying (1,464 pages @ $.10/page) | | $146.40 |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Filing Fees | | |
| Car Services/Taxis/Parking | | $923.00 |
| Meals Out-of-Town | | $2.99 |
| Meals | | $17.44 |
| Messenger Services | | |
| Professional Services/Specialists | | |
| Publications | | |
| Search Services | | |
| Telephone Tolls | | |
| Travel/Lodging | | $214.92 |
| Legal Research | | $973.11 |
| | | |
| **TOTAL:** | | **$4,123.36** |

# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

### AFFIDAVIT OF JULIE JOHNSTON-AHLEN

Julie Johnston-Ahlen, being first duly sworn, on oath states as follows:

1. I am an of counsel of the applicant firm, Novack and Macey LLP, and have been admitted to the bar of the State of Illinois since 2002.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I have read the Final Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from August 26, 2010 through December 31, 2012 (the "Application").

3. I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with the same.

_____
Julie Johnston-Ahlen

SUBSCRIBED AND SWORN to before
me this 1st day of March, 2013.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MARY C. BIANCHI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/26/2014