# EXHIBIT A

**[Proposed Order Granting Motion to Seal]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 13272 & _____** |

**ORDER APPROVING MOTION OF WILMINGTON TRUST COMPANY FOR AUTHORIZATION TO SEAL EXHIBITS L AND M TO ITS APPLICATION FOR ALLOWANCE OF CLAIM UNDER 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) IN CONNECTION WITH WILMINGTON TRUST COMPANY'S MOTION REQUESTING THE APPOINTMENT OF AN EXAMINER AND WILMINGTON TRUST COMPANY'S PARTICIPATION IN EXAMINER'S INVESTIGATION AND GRANTING WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d) IN ACCORDANCE WITH DEL. BANKR. L.R. 2016-2(g)**

Upon consideration of the *Motion of Wilmington Trust Company for Authorization to Seal Exhibits L and M to its Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g)* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Wilmington Trust Company is hereby granted permission to file under seal exhibits L and M to the Substantial Contribution Motion[1] [Docket No. 13272], pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: March \_\_\_, 2013

                                                                  The Honorable Kevin J. Carey
                                                                  Chief United States Bankruptcy Judge

---

[1] Unless otherwise noted capitalized terms shall have the meanings ascribed to them in the Motion.