## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 1st day of March 2013, I caused copies of the *Motion of Wilmington Trust Company for Authorization to Seal Exhibits L and M to its Application for Allowance of Claim Under 11 U.S.C. §§ 503(B)(3)(D) and 503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g)* to be served upon the parties listed below via first class US mail, postage-prepaid.

| | |
|---|---|
| David Buchbinder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | Normal L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 |
| James F. Conlan, Esq.<br>Kenneth P. Kansa, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | John F. Theil, Esq.<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044 |

| | |
|---|---|
| March 1, 2013 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |