# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :     Chapter 11 Cases
                                                  :
TRIBUNE COMPANY, et al.,                          :     Case No. 08-13141 (KJC)
                                                  :
                    Reorganized Debtors.          :     Jointly Administered
------------------------------------------------------------x

**ORDER APPROVING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) AND 503(b)(5) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED IN CONNECTION WITH MAKING A SUBSTANTIAL CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASES AND GRANTING WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d)(vii) IN ACCORDANCE WITH DEL. BANKR. L.R. 2016-2(h)**

Upon consideration of the *Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) For Allowance and Payment of Fees and Expenses Incurred in Connection With Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)*, dated March 1, 2013 (the "Motion") of Law Debenture Trust Company of New York ("Law Debenture") for entry of an order granting Law Debenture reimbursement of its fees and expenses incurred in making a substantial contribution to the Debtors' bankruptcy cases; and upon consideration of all objections to the Motion, if any; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and the Court having determined that there is sufficient cause to grant the Motion; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is APPROVED; and it is further

ORDERED that Law Debenture is entitled to allowance and payment of an administrative expense claim pursuant to sections 503(b)(3)(D), 503(b)(4), and 503(b)(5) of the Bankruptcy Code on account of their substantial contribution to the Debtors' chapter 11 cases in the amount of $6,107,147.09 (the "Law Debenture Fee and Expense Claim"), comprised of $5,898,188.75 in fees and $208,958.34 in expenses; and it is further

ORDERED that within five (5) business days of the entry of this order, the Reorganized Debtors are directed to pay the Law Debenture Fee and Expense Claim; and it is further

ORDERED that notwithstanding the possible application of any rule under the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction over the implementation of this Order.

Dated: _____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge