# **EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
LORAL SPACE                                       :    LEAD CASE 03-41710 (RDD)
& COMMUNICATIONS LTD., et al.,                    :    03-41709 (RDD) through
                                                  :    03-41728 (RDD)
                Debtors.                          :    (Jointly Administered)
-----------------------------------------------------x

### ORDER GRANTING THE APPLICATION OF BROWN RUDNICK BERLACK ISRAELS LLP, ATTORNEYS FOR THE AD-HOC TRADE CLAIMS COMMITTEE, PURSUANT TO 11 U.S.C. §503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CASES

THIS MATTER having come before this Court by the self-styled Ad-Hoc Trade Claims Committee (the "Trade Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), upon the application (the "Application") for the entry of an Order pursuant to section 503(b)(3)(D) and (b)(4) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for allowance of compensation for professional services rendered and for reimbursement of allowable expenses incurred in making a substantial contribution in the Chapter 11 Cases; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and pursuant to the terms of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan"), confirmed by Order of this Court on August 1, 2005; and the consideration of the Application and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b); and the Court having considered the Application, the accompanying Declaration of Steven B. Levine in support thereof, and any and all responses or objections to the Application; and a hearing in respect of the Application having been held on February 7, 2006; and the Court finding, for the reasons stated in its beach ruling at the hearing, that Brown Rudnick is entitled to compensation under

section 503(b) of the Bankruptcy Code as a result of its active role in facilitating the negotiation and successful confirmation of the Plan, as well as for its role in protecting the interests of all of the unsecured creditors at the SS/L level and for augmenting the recoveries of all of the creditors at that level; and the Court having disallowed (i) the fees and expenses incurred in preparing the Application itself, (ii) the fees incurred from October 4, 2004 through November 5, 2004 which resulted from work performed more in the nature of due diligence as opposed to pursuing rights as a creditor, and (iii) certain fees dealing with claim objections and certain other matters that followed the successful result with regard to the negotiation of the Plan, and having reduced photocopying charges from twenty-five (25) cents per page to ten (10) cents per page; and the Court having reduced the total amount of compensation sought by Brown Rudnick by $102,157.77; and due and proper notice of the Application having been given; and after due deliberation, it is hereby

ORDERED that the Application is granted, subject to the foregoing reductions, as set forth below; and it is further

ORDERED that the Trade Committee is entitled to reimbursement of the fees and expenses incurred by Brown Rudnick in the form of an administrative expense in these Chapter 11 Cases pursuant to section 503(b) of the Bankruptcy Code in the amount of $363,469.27; and it is further

ORDERED that the Reorganized Debtors shall pay to Brown Rudnick the total amount of $363,469.27 within ten (10) days of the entry of this Order; and it is further

ORDERED that the Court shall retain exclusive jurisdiction over the implementation of this Order.

Dated: New York, NY
      March 9, 2006      /s/Robert D. Drain
                                  Honorable Robert D. Drain
                                  United States Bankruptcy Judge