# <u>EXHIBIT F</u>

# FILED UNDER SEAL