# **<u>EXHIBIT G</u>**

# **FILED UNDER SEAL**