# **<u>EXHIBIT I</u>**

# **FILED UNDER SEAL**