## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

In re:                                                  :

                                                        :  Chapter 11
TRIBUNE COMPANY, *et al.*,                               :
                                                        :  Case No. 08-13141 (KJC)
                         Reorganized Debtors.            :  (Jointly Administered)
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO SEAL CERTAIN EXHIBITS TO MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) AND 503(b)(5) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED IN CONNECTION WITH MAKING A SUBSTANTIAL CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASES AND GRANTING WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d)(vii) IN ACCORDANCE WITH DEL. BANKR. L.R. 2016-2(h)

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture

trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its

debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and

Citibank, N.A. (as amended, the "1996 Indenture"), by its undersigned counsel, hereby

respectfully requests (the "Seal Motion"), pursuant to 11 U.S.C. §§ 105 and 107 and Rule 9018

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9018-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), that this Court permit the filing under seal of Exhibits

F, G, H and I to the *Motion Of Law Debenture Trust Company Of New York Pursuant To 11*

*U.S.C. §§ 503(B)(3)(D), 503(B)(4) And 503(B)(5) For Allowance And Payment Of Fees And*

*Expenses Incurred In Connection With Making A Substantial Contribution To The Debtors'*

*Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in*

*Accordance with Del. Bankr. L.R. 2016-2(h)*, dated March 1, 2013 (the "Exhibits" to the "Motion"). In support of its Seal Motion, Law Debenture respectfully represents as follows:[1]

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief sought herein are found in 11 U.S.C. §§ 105(a) and 107, Bankruptcy Rule 9018, and Local Rule 9018-1.

## RELEVANT PROCEDURAL AND FACTUAL BACKGROUND

3.    During the period from May 7, 2009 through August 31, 2010, Law Debenture incurred the professional fees and expenses of (i) Kasowitz, Benson, Torres & Friedman LLP ("KBTF"), as lead counsel to Law Debenture, (ii) Bifferato Gentilotti LLC ("BG"), as local counsel to Law Debenture, and (iii) The Michel-Shaked Group ("MSG," and together with KBTF and BG, "Advisors"), as financial advisor to Law Debenture, in connection with the Debtors' chapter 11 cases.

4.    Law Debenture is filing the Motion seeking fees and expenses of Law Debenture and its Advisors incurred during the Application Period of May 7, 2009 through and including August 31, 2010.

5.    Contemporaneously with the filing of this Seal Motion, Law Debenture is filing the Exhibits to the Motion in redacted form. The Exhibits contain confidential attorney-client communications and/or attorney work product in the form of billing records.

---

[1]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan or in the Motion.

## REQUESTED RELIEF

6.      By this Motion, Law Debenture respectfully requests that the Court enter an order

authorizing it to file the Contribution Exhibits and relevant supporting documents under seal.

## BASIS FOR REQUESTED RELIEF

7.      Section 107(b) of the Bankruptcy Code provides bankruptcy courts with the

power to issue orders that will protect entities[2] from the potential harm that may result from the

disclosure of certain confidential information.  This section provides, in relevant part:

> On request of a party in interest, the bankruptcy court shall . . .
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; or
>
> (2) protect a person with respect to scandalous or defamatory matter contained in a paper filed in a case under this title.

11 U.S.C. § 107(b).

8.      Bankruptcy Rule 9018 sets forth the procedure for application of section 107 of

the Bankruptcy Code.  Pursuant to Bankruptcy Rule 9018, the Court, on a motion or upon its

own initiative:

> may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information, (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code, or (3) to protect governmental matters that are made confidential by statute or regulation.

FED. R. BANKR. P. 9018.  Local Rule 9018-1(b) further provides, in relevant part, that "[a]ny

party who seeks to file documents under seal must file a motion to that effect."  DEL. BANKR.

L.R. 9018-1(b).

---

[2] Section 101(15) of the Bankruptcy Code defines "entity" to include any "person, estate, trust, governmental unit, and United States trustee."  11 U.S.C. § 101(15).

9.     Section 107(b) of the Bankruptcy Code does not require an entity seeking such protection to demonstrate "good cause."  *See, e.g., Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.),* 21 F.3d 24, 28 (2d Cir. 1994); *Phar-Mor, Inc. v. Defendants Named Under Seal (In re Phar-Mor, Inc.),* 191 B.R. 675, 679 (Bankr. N.D. Ohio 1995).  Instead, if the material sought to be protected satisfies one of the categories identified in section 107(b), "the court is *required* to protect a requesting interested party and has no discretion to deny the application."  *See Orion Pictures,* 21 F.3d at 27 (emphasis in original).

10.     The Exhibits are or contain information that is confidential or privileged.  Based on Law Debenture's desire not to disclose such protected information, Law Debenture requests that the Court enter an order authorizing Law Debenture to file the Exhibits under seal and in redacted form on the Court's docket.

## NOTICE

11.     Law Debenture has provided notice of this Seal Motion to counsel to: (a) the Debtors; (b) the Official Committee of Unsecured Creditors; (c) Wilmington Trust Company; (d) Aurelius Capital Management, L.P.; (e) Brigade Capital Management, LLC; (f) Davidson Kempner Capital Management LLC; (g) Oaktree Capital Management, L.P.; (h) Angelo Gordon & Co., L.P.; (i) JPMorgan Chase Bank, NA; (j) Citadel Equity Fund, Ltd.; (k) Camden Asset Management LP; (l) EGI-TRB LLC; (m) TM Retirees; (n) Barclays Bank Plc; (o) Waterstone Capital Management L.P.; (p) certain directors and officers; (q) the Office of the United States Trustee; and (r) the Bankruptcy Court fee examiner.  Law Debenture respectfully submits that no further notice of the Seal Motion is required.

## CONCLUSION

WHEREFORE, for all of the reasons set forth above, Law Debenture requests that this

Court enter the order submitted herewith authorizing the filing of the Exhibits in redacted form

and under seal.

Dated: March 1, 2013
      Wilmington, Delaware

                                BIFFERATO GENTILOTTI LLC

                                /s/ *Mary E. Augustine*
                                Garvan F. McDaniel (I.D. No. 4167)
                                Mary E. Augustine (I.D. No. 4477)
                                800 N. King Street, Plaza Level
                                Wilmington, Delaware 19801
                                302-429-1900

                                -and-

                                KASOWITZ, BENSON, TORRES
                                  & FRIEDMAN LLP
                                David S. Rosner
                                Sheron Korpus
                                Christine A. Montenegro
                                Matthew B. Stein
                                1633 Broadway
                                New York, New York 10019
                                212-506-1700

                                *Counsel for Law Debenture Trust Company*
                                *of New York, solely in its capacity as*
                                *successor Indenture Trustee for certain series*
                                *of Senior Notes*