```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141(KJC)
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY                 )    Chapter 11
                                )
                                )    Related to Docket 13215
    Reorganized Debtors.        )
                                )    Courtroom 5
                                )    824 Market Street
                                )    Wilmington, Delaware
                                )
                                )    February 26, 2013
                                )    2:00 p.m.


                   TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
              UNITED STATES BANKRUPTCY JUDGE


TELEPHONIC APPEARANCES:

For Reorganized Debtors: Sidley Austin
                         BY: JAMES BENDERNAGEL, ESQ.
                         (202) 736-8136
                         BY: KEVIN LANTRY, ESQ.
                         (213) 896-6022
                         BY: MARK MINUTI, ESQ.
                         (302) 421-6840

                         Cole Schotz
                         BY: J. KATE STICKLES, ESQ.
                         (302) 651-2001

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Trustee,              Landis Rath & Cobb
Mark Kirschner:           BY: RICHARD S. COBB, ESQ.
                          (302) 467-4400


For Chandler Bigelow:     Sperling & Slater
                          BY: GWEN NOLAN, ESQ.
                          (312) 641-3200


For Reorganized Debtor:   Tribune Company
                          BY: DAVID ELDERSVELD
                          (312) 222-4707


For Aurelius Capital      Akin Gump Strauss Hauer & Feld
Management:               BY: MITCH HURLEY, ESQ.
                          (212) 872-1000


For Bank of America:      O'Melveny & Myers (NY Office)
                          BY: DANIEL S. SHAMAH, ESQ.
                          (212) 326-2138


For Former Directors      Grippo & Elden, LLC
and Officers:             BY: GEORGE DOUGHERTY, ESQ.
                          (312) 704-7700


For EGI-TRB, LLC:         Jenner & Block, LLP
                          BY: ANDREW VAIL, ESQ.
                          (312) 840-8688


For the Examiner,         Klee Tuchin Bogdanoff & Stern, LLP
Kenneth Klee:             BY: DAVID M. STERN, ESQ
                          (310) 407-4025
                          BY: KENNETH N. KLEE, ESQ.
                          (310) 407-4080
                          BY: LEE R. BOGDANOFF, ESQ.
                          (310) 407-4070
                          BY: MARTIN R. BARASH, ESQ.
                          (312) 407-4005


For Credit Lenders:       Jones Day
                          BY: JAMES O. JOHNSTON, ESQ.
                          (213) 243-2431


For State Retirement      Morgan Lewis & Brockius, LLP
Fund of Maryland:         BY: MENACHEM O. ZELMANOVITZ, ESQ.
                          (212) 309-6000
```

1

1  WILMINGTON, DELAWARE, TUESDAY, FEBRUARY 26, 2013, 1:59 P.M.

2             THE COURT: Good afternoon. We're on the record
3  in the Tribune Company related Chapter 11 proceedings. This
4  is a follow up conference call to address the Court's ruling
5  on the motion of Chandler Bigelow to extend the initial
6  retention period for the complete examiner record. It was
7  filed at Docket No. 12338.

8             Initially, we had a hearing on October 4 of last
9  year. The Court took the matter under advisement, and we
10 had a status conference recently, in which I informed the
11 parties, I had reached out to Judge Pauley who's handling
12 the MDL litigation in the Southern District of New York.
13 Judge Pauley and I have since had the opportunity to
14 consult, as a result of which, I am going to grant the
15 motion, but make further extension simply subject to further
16 order of Court. And I want to explain, at least a bit, my
17 reasoning with respect to that ruling.

18            Although the examiner has argued, others agree,
19 some others agree, that there's not much left that isn't
20 otherwise available. There is still some possibility that
21 there might be evidence not obtainable from a third party,
22 but would involve something that parties would seek against
23 the Examiner. I note that the Debtor will pick up the cost
24 for what has to be incurred by the examiner in responding to
25 such requests. And I do agree, and I will tell you, I

1  sympathize with the Examiner's position here that he ought
2  not to be on the hook indefinitely.  And I expressed that
3  sentiment during the October hearing.
4         I also want to emphasize, that I hope and expect
5  that Mr. Klee will not be burdened by this into retirement
6  and his happy old age, the fear he expressed when we had our
7  October hearing.  And that plea did not fall lightly on the
8  Court's ears.  However, again after consultation with Judge
9  Pauley, I've decided to rule as I have.  But I have a
10 further request.
11        And that is -- actually, it's a joint request
12 that I'm authorized to convey on behalf of Judge Pauley, as
13 well as, on behalf of myself.  And it relates to the
14 provision in the Discharge Order, which sets this Court up
15 as the gatekeeper for requests directed to the Examiner,
16 that the Examiner wishes to resist.  I do not wish or should
17 I properly, I think, sit in ruling on discovery requests
18 that might relate to the MDL litigation.
19        So what I will now ask and direct the parties to
20 do is to confer and to see if they can agree upon a protocol
21 for such instances in which the Examiner may be resisting
22 requests, and the party making the request is then under the
23 Discharge Order to the burden of coming to Court for relief.
24 That would provide protocol that would provide for a
25 procedure to be followed, if the discovery relates to

1  something pending in this Court, and to bring it to Judge
2  Pauley, should it relate to the MDL litigation.  Now if
3  there are other Courts involved in this type of litigation,
4  my inclination would be to address those situations if and
5  as they arise, but not at this stage.
6          Judge Pauley makes the further request that the
7  proposed protocols should be consistent with the Master Case
8  Order No. 3, which was entered in the MDL.
9          At this point, I will give the parties the
10 opportunity to ask questions about my ruling, so that they
11 can, with some certainty, approach the exercise that I now
12 direct them to undertake.
13         MR. STERN:  Good afternoon, Your Honor.  David
14 Stern, on behalf of the Examiner.  Might I address the Court
15 at this point?
16         THE COURT:  Certainly.
17         MR. STERN:  I'm trying to figure out exactly
18 what, and it sounds to me, and I don't want to put,
19 obviously, words in the Court's mouth, that the question of,
20 if you will, relevance or discoverability that is within the
21 scope of the MDL case is properly one for Judge Pauley.  But
22 that there is some area of inquiry that is left for Your
23 Honor, if a discovery request were to be directed to Mr.
24 Klee.  And I'm not quite understanding what -- where the
25 margins are that we're supposed to be developing a protocol.

1          THE COURT:  Well simply put, and maybe I'm
2  missing something or being overly simplistic.  There's
3  litigation pending in both of our Courts; both of which, it
4  strikes me, might subject the Examiner to certain requests.
5  And I simply, and Judge Pauley wants to simply set up a
6  mechanism under which, if the request is made in the context
7  of litigation before him, it should be made to him.  And if
8  the request is made in connection with the litigation in
9  this Court, the direction, the movement should be coming to
10 me.  Now I understand that there may be some overlap and
11 commonality with respect to these requests.  And to the
12 extent there is, I'll ask the parties to devote some thought
13 to how those should be handled in the way of a proposal to
14 Judge Pauley and to me.  Does that answer your question, Mr.
15 Stern?
16         MR. STERN:  Okay.  I was not focusing properly on
17 the fact, Your Honor, that there was litigation pending
18 before Your Honor as well that could implicate discovery
19 against the Examiner, but now I do understand.  And without,
20 obviously, you know, kind of predicting whether or not other
21 Courts might have litigation, I gather that at least at this
22 point, the notion is that either you or Judge Pauley will be
23 the gatekeeper and that we won't have a plethora of
24 additional Courts to deal with, at least as an initial
25 matter.

1                THE COURT:  I hope not.  And I don't mean either
2    to change the procedure that was set by the Discharge Order.
3    That -- any proposed protocol should remain, except for the
4    changes that I've described, in place.
5                MR. STERN:  And the changes would basically be
6    that with respect, at least to Judge -- cases -- matters
7    before Judge Pauley, those would be -- those would go to
8    him.
9                THE COURT:  Simply stated, that's correct.
10               MR. STERN:  Okay.  I just -- again, I don't want
11   to be dense, but I don't want to miss the opportunity to ask
12   Your Honor to clarify.  And I think I now understand better
13   what you're saying.
14               THE COURT:  All right, thank you.
15               MR. STERN:  Thank you.
16               THE COURT:  Are there any other questions?
17               MR. BENDERNAGEL:  Your Honor, this is Jim
18   Bendernagel, for the Reorganized Debtors.
19               At the very beginning, you indicated that you
20   were going to extend the order subject to further order.
21   Can you be a little bit more clear?  I think the Debtors had
22   proposed two years.  It used to be two years.  Is this
23   basically that Mr. Klee and his firm are going to retain the
24   materials until further order of the Court?  And do you
25   anticipate a procedure, pursuant to which, in this protocol

1  the parties at some point would come back and try to close
2  this down or is it, you know, is it just open-ended like
3  that?
4              THE COURT:  Well, it's open-ended because I
5  wasn't sure whether it needed to be extended truly to the
6  very end of litigation, which is what the Movant here had
7  requested.  And my thought was that at such time that the
8  parties thought that there should be a change in this
9  arrangement, they'd be perfectly free to ask for it.
10             MR. STERN:  Your Honor, picking up -- this is
11 David Stern again, picking up on Mr. Bendernagel's point,
12 which I'm glad he raised, because this is potentially open-
13 ended, could we at least have some kind of outside deadline?
14     Again, you know, we hear you loud and clear, that if
15 the litigation before Judge Pauley were not resolved,
16 chances are you would simply continue this.  But can we have
17 some kind of default end to all this because otherwise, not
18 only my -- Mr. Klee and I ride off into the sunset, but so
19 might you and Judge Pauley.  And I'm just wondering how we
20 deal with these kind of issues, so that at some point, there
21 is closure.
22             THE COURT:  Well, let's put it this way.  I've
23 got about seven years left on my term, and intend, God
24 willing, to finish it out.  But if at some point before that
25 time -- look, it seems to me, the discovery period ought to

1  end long before that.  So again, you want to build a
2  provision into the protocol that says that the parties may
3  at such time and circumstances warrant, move either Court
4  for a change in the protocol or to end the time period
5  during which these requests can be made of the Examiner and
6  he can destroy whatever documents the Discharge Order
7  provides for.
8              MR. STERN:  Okay.  We can, obviously, put that in
9  there.  And this would be an order both of your Court and of
10 Judge Pauley's Court.
11             THE COURT:  Well, I think what I would do is --
12 here's what the Judge and I anticipated; that we would both
13 receive the proposed protocol, review it, and discuss it
14 between ourselves, and then enter separate orders approving
15 whatever we ended up with.
16             MR. STERN:  Okay, thank you.
17             THE COURT:  Are there any other questions?
18             MR. BENDERNAGEL:  Just one other question.  Did
19 Judge Pauley indicate how he wants that filed in his Court?
20             THE COURT:  Other than --
21             MR. BENDERNAGEL:  The Southern District does an
22 awful lot by letter as opposed to on the record.
23             THE COURT:  No, other than to -- I asked him that
24 question, and his response was just to remind you that what
25 you propose should be consistent with Master Case Order No.

1  3 in the MDL.  But we didn't have any discussions about the
2  form of the submission to the Court.  So I -- you may want
3  to contact his chambers and ask that question.
4         MR. BENDERNAGEL:  We can --
5         THE COURT:  I did tell him --
6         MR. BENDERNAGEL:  The litigation, the Litigation
7  Trustee, Mr. Zensky, has a pretty good handle on how to deal
8  with that Court.  They've been doing a fair amount of that
9  in the last couple years.
10        THE COURT:  Okay.  I did tell Judge Pauley that
11 we would be discussing this matter today.  So he will --
12 shouldn't be surprised if he hears somebody reach out to ask
13 that question.
14        MR. COBB:  Your Honor, it's Richard Cobb, on
15 behalf of Mark Kirschner, the Litigation Trustee.
16        I would only ask for the record, that any draft
17 of the proposed order to be submitted to Your Honor, that we
18 be included in a circulation of the draft so that we may
19 comment.
20        THE COURT:  I would expect that you would be.
21        MR. COBB:  Thank you, Your Honor.
22        THE COURT:  Are there any other questions?
23              (No audible response.)
24        THE COURT:  All right.  Is there anything else we
25 need to talk about today?

1                     (No audible response.)

2           THE COURT:  Thank you all then very much.  That

3 concludes this hearing.  Court will stand adjourned.

4     (Whereupon, at 2:12 p.m., the hearing was adjourned.)

5

6                        CERTIFICATION

7      I certify that the foregoing is a correct

8 transcript from the electronic sound recording of the

9 proceedings in the above-entitled matter.

10

11

12 _____          27 February 2013
13 Traci L. Calaman, Transcriber                        Date
14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc)**(1) | 1:5 | **but**(11) | 3:15 3:22 4:9 5:5 5:21 6:19 7:11 8:16 8:18 8:24 10:1 | **did**(4) | 4:7 9:18 10:5 10:10 | **gather**(1) | 6:21 |
| **about**(4) | 5:10 8:23 10:1 10:25 | | | **didn't**(1) | 10:1 | **george**(1) | 2:25 |
| **aboveentitled**(1) | 11:9 | | | **direct**(2) | 4:19 5:12 | **give**(1) | 5:9 |
| **actually**(1) | 4:11 | **calaman**(1) | 11:13 | **directed**(2) | 4:15 5:23 | **glad**(1) | 8:12 |
| **additional**(1) | 6:24 | **call**(1) | 3:4 | **direction**(1) | 6:9 | **god**(1) | 8:23 |
| **address**(3) | 3:4 5:4 5:14 | **capital**(1) | 2:16 | **directors**(1) | 2:24 | **going**(3) | 3:14 7:20 7:23 |
| **adjourned**(2) | 11:3 11:4 | **carey**(1) | 1:21 | **discharge**(4) | 4:14 4:23 7:2 9:6 | **good**(3) | 3:2 5:13 10:7 |
| **administered**(1) | 1:6 | **case**(4) | 1:5 5:7 5:21 9:25 | **discoverability**(1) | 5:20 | **got**(1) | 8:23 |
| **advisement**(1) | 3:9 | **cases**(1) | 7:6 | **discovery**(5) | 4:17 4:25 5:23 6:18 8:25 | **grant**(1) | 3:14 |
| **after**(1) | 4:8 | **certain**(1) | 6:4 | **discuss**(1) | 9:13 | **grippo**(1) | 2:24 |
| **afternoon**(2) | 3:2 5:13 | **certainly**(1) | 5:16 | **discussing**(1) | 10:11 | **gump**(1) | 2:16 |
| **again**(5) | 4:8 7:10 8:11 8:14 9:1 | **certainty**(1) | 5:11 | **discussions**(1) | 10:1 | **gwen**(1) | 2:9 |
| **against**(2) | 3:22 6:19 | **certification**(1) | 11:6 | **district**(3) | 1:2 3:12 9:21 | **had**(7) | 3:8 3:10 3:11 3:13 4:6 7:21 8:6 |
| **age**(1) | 4:6 | **certify**(1) | 11:7 | **docket**(2) | 1:10 3:7 | **handle**(1) | 10:7 |
| **agree**(4) | 3:18 3:19 3:25 4:20 | **chambers**(1) | 10:3 | **documents**(1) | 9:6 | **handled**(1) | 6:13 |
| **akin**(1) | 2:16 | **chances**(1) | 8:16 | **does**(2) | 6:14 9:21 | **handling**(1) | 3:11 |
| **all**(4) | 7:14 8:17 10:24 11:2 | **chandler**(2) | 2:8 3:5 | **doing**(1) | 10:8 | **happy**(1) | 4:6 |
| **also**(1) | 4:4 | **change**(3) | 7:2 8:8 9:4 | **don't**(4) | 5:18 7:1 7:10 7:11 | **harrisburg**(1) | 1:43 |
| **although**(1) | 3:18 | **changes**(2) | 7:4 7:5 | **dougherty**(1) | 2:25 | **has**(3) | 3:18 3:24 10:7 |
| **america**(1) | 2:20 | **chapter**(2) | 1:8 3:3 | **down**(1) | 8:2 | **hauer**(1) | 2:16 |
| **amount**(1) | 10:8 | **circulation**(1) | 10:18 | **draft**(2) | 10:16 10:18 | **have**(8) | 3:13 4:9 4:9 6:21 6:23 8:13 8:16 10:1 |
| **and**(50) | 2:25 3:9 3:13 3:16 3:25 3:25 4:2 4:4 4:6 4:7 4:11 4:13 4:19 4:20 4:22 5:1 5:4 5:18 5:18 5:24 6:1 6:5 6:5 6:7 6:10 6:11 6:14 6:19 6:23 7:1 7:5 7:12 7:23 7:24 8:1 8:7 8:14 8:18 8:19 8:19 8:23 9:3 9:5 9:9 9:9 9:12 9:13 9:14 9:24 10:3 | **circumstances**(1) | 9:3 | **during**(2) | 4:3 9:5 | | |
| | | **clarify**(1) | 7:12 | **ears**(1) | 4:8 | **hear**(1) | 8:14 |
| | | **clear**(2) | 7:21 8:14 | **ecro**(1) | 1:39 | **hearing**(5) | 3:8 4:3 4:7 11:3 11:4 |
| | | **close**(1) | 8:1 | **egi-trb**(1) | 2:28 | **hears**(1) | 10:12 |
| | | **closure**(1) | 8:21 | **either**(3) | 6:22 7:1 9:3 | **here**(2) | 4:1 8:6 |
| | | **cobb**(5) | 2:4 2:5 10:14 10:14 10:21 | **elden**(1) | 2:24 | **here's**(1) | 9:12 |
| **andrew**(1) | 2:29 | **cole**(1) | 1:35 | **eldersveld**(1) | 2:13 | **him**(5) | 6:7 6:7 7:8 9:23 10:5 |
| **answer**(1) | 6:14 | **come**(1) | 8:1 | **electronic**(2) | 1:47 11:8 | **his**(5) | 4:6 7:23 9:19 9:24 10:3 |
| **anticipate**(1) | 7:25 | **coming**(2) | 4:23 6:9 | **else**(1) | 10:24 | **honor**(10) | 5:13 5:23 6:17 6:18 7:12 7:17 8:10 10:14 10:17 10:21 |
| **anticipated**(1) | 9:12 | **comment**(1) | 10:19 | **emphasize**(1) | 4:4 | | |
| **any**(6) | 7:3 7:16 9:17 10:1 10:16 10:22 | **commonality**(1) | 6:11 | **end**(4) | 8:6 8:17 9:1 9:4 | | |
| **anything**(1) | 10:24 | **company**(3) | 1:8 2:12 3:3 | **ended**(2) | 8:13 9:15 | **honorable**(1) | 1:21 |
| **appearances**(2) | 1:25 2:1 | **complete**(1) | 3:6 | **enter**(1) | 9:14 | **hook**(1) | 4:2 |
| **approach**(1) | 5:11 | **concludes**(1) | 11:3 | **entered**(1) | 5:8 | **hope**(2) | 4:4 7:1 |
| **approving**(1) | 9:14 | **confer**(1) | 4:20 | **esq**(16) | 1:28 1:30 1:32 1:36 2:5 2:9 2:17 2:21 2:25 2:29 2:33 2:35 2:37 2:39 2:43 2:47 | **how**(4) | 6:13 8:19 9:19 10:7 |
| **are**(7) | 5:3 5:25 7:16 7:23 8:16 9:17 10:22 | **conference**(2) | 3:4 3:10 | | | **however**(1) | 4:8 |
| **area**(1) | 5:22 | **connection**(1) | 6:8 | | | **hurley**(1) | 2:17 |
| **argued**(1) | 3:18 | **consistent**(2) | 5:7 9:25 | **evidence**(1) | 3:21 | **i'll**(1) | 6:12 |
| **arise**(1) | 5:5 | **consult**(1) | 3:14 | **exactly**(1) | 5:17 | **i'm**(6) | 4:12 5:17 5:24 6:1 8:12 8:19 |
| **arrangement**(1) | 8:9 | **consultation**(1) | 4:8 | **examiner**(12) | 2:32 3:6 3:18 3:23 3:24 4:15 4:16 4:21 5:14 6:4 6:19 9:5 | **i've**(3) | 4:9 7:4 8:22 |
| **ask**(8) | 4:19 5:10 6:12 7:11 8:9 10:3 10:12 10:16 | **contact**(1) | 10:3 | | | **implicate**(1) | 6:18 |
| | | **context**(1) | 6:6 | | | **inclination**(1) | 5:4 |
| | | **continue**(1) | 8:16 | **examiner's**(1) | 4:1 | **included**(1) | 10:18 |
| **asked**(1) | 9:23 | **continued**(1) | 2:2 | **except**(1) | 7:3 | **incurred**(1) | 3:24 |
| **audible**(2) | 10:23 11:1 | **convey**(1) | 4:12 | **exercise**(1) | 5:11 | **indefinitely**(1) | 4:2 |
| **aurelius**(1) | 2:16 | **correct**(2) | 7:9 11:7 | **expect**(2) | 4:4 10:20 | **indicate**(1) | 9:19 |
| **austin**(1) | 1:27 | **cost**(1) | 3:23 | **explain**(1) | 3:16 | **indicated**(1) | 7:19 |
| **authorized**(1) | 4:12 | **could**(2) | 6:18 8:13 | **expressed**(2) | 4:2 4:6 | **informed**(1) | 3:10 |
| **available**(1) | 3:20 | **couple**(1) | 10:9 | **extend**(2) | 3:5 7:20 | **initial**(2) | 3:5 6:24 |
| **awful**(1) | 9:22 | **court**(35) | 1:1 3:2 3:9 3:16 4:14 4:23 5:1 5:14 5:16 6:1 6:9 7:1 7:9 7:14 7:16 7:24 8:4 8:22 9:3 9:9 9:10 9:11 9:17 9:19 9:20 9:23 10:2 10:5 10:8 10:10 10:20 10:22 10:24 11:2 11:3 | **extended**(1) | 8:5 | **initially**(1) | 3:8 |
| **back**(1) | 8:1 | | | **extension**(1) | 3:15 | **inquiry**(1) | 5:22 |
| **bank**(1) | 2:20 | | | **extent**(1) | 6:12 | **instances**(1) | 4:21 |
| **bankruptcy**(2) | 1:1 1:22 | | | **fact**(1) | 6:17 | **intend**(1) | 8:23 |
| **barash**(1) | 2:39 | | | **fair**(1) | 10:8 | **into**(3) | 4:5 8:18 9:2 |
| **basically**(2) | 7:5 7:23 | | | **fall**(1) | 4:7 | **involve**(1) | 3:22 |
| **because**(3) | 8:4 8:12 8:17 | **court's**(3) | 3:4 4:8 5:19 | **fear**(1) | 4:6 | **involved**(1) | 5:3 |
| **been**(1) | 10:8 | **courtroom**(1) | 1:12 | **february**(3) | 1:16 3:1 11:12 | **isn't**(1) | 3:19 |
| **before**(7) | 1:21 6:7 6:18 7:7 8:15 8:24 9:1 | **courts**(4) | 5:3 6:3 6:21 6:24 | **feld**(1) | 2:16 | **issues**(1) | 8:20 |
| **beginning**(1) | 7:19 | **credit**(1) | 2:42 | **figure**(1) | 5:17 | **it's**(3) | 4:11 8:4 10:14 |
| **behalf**(4) | 4:12 4:13 5:14 10:15 | **daniel**(1) | 2:21 | **filed**(2) | 3:7 9:19 | **james**(2) | 1:28 2:43 |
| **being**(1) | 6:2 | **data**(1) | 1:41 | **finish**(1) | 8:24 | **jenner**(1) | 2:28 |
| **bendernagel**(7) | 1:28 7:17 7:18 9:18 9:21 10:4 10:6 | **date**(1) | 11:13 | **firm**(1) | 7:23 | **jim**(1) | 7:17 |
| | | **david**(4) | 2:13 2:33 5:13 8:11 | **focusing**(1) | 6:16 | **johnston**(1) | 2:43 |
| | | **day**(1) | 2:42 | **follow**(1) | 3:4 | **joint**(1) | 4:11 |
| **bendernagel's**(1) | 8:11 | **deadline**(1) | 8:13 | **followed**(1) | 4:25 | **jointly**(1) | 1:6 |
| **better**(1) | 7:12 | **deal**(3) | 6:24 8:20 10:7 | **for**(26) | 1:2 1:27 2:4 2:8 2:12 2:16 2:20 2:24 2:28 2:32 2:42 2:46 3:6 3:24 4:15 4:21 4:23 4:24 5:21 5:22 7:3 7:18 8:9 9:7 10:16 | **jones**(1) | 2:42 |
| **between**(1) | 9:14 | **debtor**(2) | 2:12 3:23 | | | **judge**(20) | 1:21 1:22 3:11 3:13 4:8 4:12 5:1 5:6 5:21 6:5 6:14 6:22 7:6 7:7 8:15 8:19 9:10 9:12 9:19 10:10 |
| **bigelow**(2) | 2:8 3:5 | **debtors**(4) | 1:11 1:27 7:18 7:21 | | | | |
| **bit**(2) | 3:16 7:21 | **decided**(1) | 4:9 | | | | |
| **block**(1) | 2:28 | **default**(1) | 8:17 | **foregoing**(1) | 11:7 | | |
| **bogdanoff**(2) | 2:32 2:37 | **delaware**(3) | 1:2 1:14 3:1 | **form**(1) | 10:2 | **just**(5) | 7:10 8:2 8:19 9:18 9:24 |
| **both**(4) | 6:3 6:3 9:9 9:12 | **dense**(1) | 7:11 | **former**(1) | 2:24 | **kate**(1) | 1:36 |
| **bring**(1) | 5:1 | **described**(1) | 7:4 | **free**(1) | 8:9 | **kenneth**(2) | 2:33 2:35 |
| **brockius**(1) | 2:46 | **destroy**(1) | 9:6 | **from**(2) | 3:21 11:8 | **kevin**(2) | 1:21 1:30 |
| **build**(1) | 9:1 | **developing**(1) | 5:25 | **fund**(1) | 2:47 | **kind**(4) | 6:20 8:13 8:17 8:20 |
| **burden**(1) | 4:23 | **devote**(1) | 6:12 | **further**(6) | 3:15 3:15 4:10 5:6 7:20 7:24 | **kirschner**(2) | 2:5 10:15 |
| **burdened**(1) | 4:5 | **diaz**(1) | 1:41 | **gatekeeper**(2) | 4:15 6:23 | **klee**(7) | 2:32 2:33 2:35 4:5 5:24 7:23 8:18 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **know**(3) | 6:20 8:2 8:14 | **only**(2) | 8:18 10:16 | **relief**(1) | 4:23 | **sunset**(1) | 8:18 |
| **landis**(1) | 2:4 | **open**(1) | 8:12 | **remain**(1) | 7:3 | **supposed**(1) | 5:25 |
| **lantry**(1) | 1:30 | **open-ended**(2) | 8:2 8:4 | **remind**(1) | 9:24 | **sure**(1) | 8:5 |
| **last**(2) | 3:8 10:9 | **opportunity**(3) | 3:13 5:10 7:11 | **reorganized**(4) | 1:11 1:27 2:12 7:18 | **surprised**(1) | 10:12 |
| **least**(5) | 3:16 6:21 6:24 7:6 8:13 | **opposed**(1) | 9:22 | **request**(7) | 4:10 4:11 4:22 5:6 5:23 6:6 6:8 | **sympathize**(1) | 4:1 |
| **lee**(1) | 2:37 | **order**(12) | 3:16 4:14 4:23 5:8 7:2 7:20 7:20 7:24 9:6 9:9 9:25 10:17 | **requested**(1) | 8:7 | **talk**(1) | 10:25 |
| **left**(3) | 3:19 5:22 8:23 | | | **requests**(7) | 3:25 4:15 4:17 4:22 6:4 6:11 9:5 | **telephonic**(2) | 1:25 2:1 |
| **lenders**(1) | 2:42 | | | | | **tell**(3) | 3:25 10:5 10:10 |
| **let's**(1) | 8:22 | **orders**(1) | 9:14 | | | **term**(1) | 8:23 |
| **letter**(1) | 9:22 | **other**(8) | 5:3 6:20 7:16 9:17 9:18 9:20 9:23 10:22 | **resist**(1) | 4:16 | **than**(2) | 9:20 9:23 |
| **lewis**(1) | 2:46 | | | **resisting**(1) | 4:21 | **thank**(5) | 7:14 7:15 9:16 10:21 11:2 |
| **lightly**(1) | 4:7 | | | **resolved**(1) | 8:15 | **that**(64) | 3:17 3:19 3:19 3:20 3:22 3:23 4:1 4:2 4:4 4:5 4:7 4:11 4:12 4:16 4:18 4:24 4:24 5:6 5:10 5:11 5:19 5:20 5:22 5:22 5:25 6:10 6:14 6:17 6:18 6:21 6:22 6:23 7:2 7:3 7:4 7:6 7:19 7:23 8:3 8:7 8:7 8:8 8:14 8:20 8:24 9:1 9:2 9:2 9:12 9:19 9:23 9:24 10:3 10:8 10:8 10:10 10:13 10:16 10:17 10:18 10:20 11:2 11:7 |
| **like**(1) | 8:2 | **others**(2) | 3:18 3:19 | **respect**(3) | 3:17 6:11 7:6 | | |
| **litigation**(14) | 3:12 4:18 5:2 5:3 6:3 6:7 6:8 6:17 6:21 8:6 8:15 10:6 10:6 10:15 | **otherwise**(2) | 3:20 8:17 | **responding**(1) | 3:24 | | |
| | | **ought**(2) | 4:1 8:25 | **response**(3) | 9:24 10:23 11:1 | | |
| | | **our**(2) | 4:6 6:3 | **result**(1) | 3:14 | | |
| **little**(1) | 7:21 | **ourselves**(1) | 9:14 | **retain**(1) | 7:23 | | |
| **llc**(3) | 1:41 2:24 2:28 | **out**(4) | 3:11 5:17 8:24 10:12 | **retention**(1) | 3:6 | | |
| **llp**(3) | 2:28 2:32 2:46 | **outside**(1) | 8:13 | **retirement**(2) | 2:46 4:5 | | |
| **long**(1) | 9:1 | **overlap**(1) | 6:10 | **review**(1) | 9:13 | | |
| **look**(1) | 8:25 | **overly**(1) | 6:2 | **richard**(2) | 2:5 10:14 | **that's**(1) | 7:9 |
| **lot**(1) | 9:22 | **o'melveny**(1) | 2:20 | **ride**(1) | 8:18 | **the**(132) | 1:1 1:2 1:21 2:32 3:2 3:2 3:3 3:4 3:5 3:5 3:6 3:9 3:9 3:10 3:12 3:12 3:13 3:14 3:18 3:23 3:23 3:23 3:24 4:1 4:2 4:3 4:6 4:7 4:13 4:14 4:15 4:15 4:16 4:18 4:19 4:21 4:22 4:22 4:23 4:25 5:2 5:6 5:6 5:7 5:8 5:9 5:9 5:11 5:14 5:14 5:16 5:19 5:19 5:20 5:21 5:24 6:1 6:4 6:6 6:6 6:8 6:8 6:9 6:9 6:11 6:12 6:13 6:17 6:19 6:22 6:23 7:1 7:2 7:2 7:3 7:5 7:9 7:11 7:14 7:16 7:18 7:19 7:20 7:21 7:23 7:24 8:1 8:4 8:5 8:6 8:7 8:15 8:18 8:22 8:25 9:2 9:2 9:4 9:4 9:5 9:6 9:11 9:12 9:13 9:17 9:20 9:21 9:22 9:23 10:1 10:1 10:2 10:2 10:5 10:6 10:6 10:9 10:10 10:15 10:16 10:17 10:18 10:20 10:22 10:24 11:2 11:4 11:7 11:8 11:8 11:9 |
| **loud**(1) | 8:14 | **overly**(1) | 6:2 | **right**(2) | 7:14 10:24 | | |
| **lugano**(1) | 1:39 | **p.m**(3) | 1:17 3:1 11:4 | **rule**(1) | 4:9 | | |
| **made**(4) | 6:6 6:7 6:8 9:5 | **parties**(8) | 3:11 3:22 4:19 5:9 6:12 8:1 8:8 9:2 | **ruling**(4) | 3:4 3:17 4:17 5:10 | | |
| **make**(1) | 3:15 | | | **saying**(1) | 7:13 | | |
| **makes**(1) | 5:6 | | | **says**(1) | 9:2 | | |
| **making**(1) | 4:22 | **party**(2) | 3:21 4:22 | **schotz**(1) | 1:35 | | |
| **management**(1) | 2:17 | **pauley**(15) | 3:11 3:13 4:9 4:12 5:2 5:6 5:21 6:5 6:14 6:22 7:7 8:15 8:19 9:19 10:10 | **schuylkill**(1) | 1:42 | | |
| **margins**(1) | 5:25 | | | **scope**(1) | 5:21 | | |
| **mark**(3) | 1:32 2:5 10:15 | | | **see**(1) | 4:20 | | |
| **market**(1) | 1:13 | **pauley's**(1) | 9:10 | **seek**(1) | 3:22 | | |
| **martin**(1) | 2:39 | **pending**(3) | 5:1 6:3 6:17 | **seems**(1) | 8:25 | | |
| **maryland**(1) | 2:47 | **pennsylvania**(1) | 1:43 | **sentiment**(1) | 4:3 | **them**(1) | 5:12 |
| **master**(2) | 5:7 9:25 | **perfectly**(1) | 8:9 | **separate**(1) | 9:14 | **then**(3) | 4:22 9:14 11:2 |
| **materials**(1) | 7:24 | **period**(3) | 3:6 8:25 9:4 | **service**(2) | 1:41 1:48 | **there**(14) | 3:20 3:21 5:3 5:22 6:10 6:12 6:17 7:16 8:8 8:20 9:9 9:17 10:22 10:24 |
| **matter**(4) | 3:9 6:25 10:11 11:9 | **pick**(1) | 3:23 | **services**(1) | 1:41 | | |
| **matters**(1) | 7:6 | **picking**(2) | 8:10 8:11 | **set**(2) | 6:5 7:2 | | |
| **may**(5) | 4:21 6:10 9:2 10:2 10:18 | **place**(1) | 7:4 | **sets**(1) | 4:14 | **there's**(2) | 3:19 6:2 |
| **maybe**(1) | 6:1 | **plea**(1) | 4:7 | **seven**(1) | 8:23 | **these**(3) | 6:11 8:20 9:5 |
| **mdl**(6) | 3:12 4:18 5:2 5:8 5:21 10:1 | **plethora**(1) | 6:23 | **shamah**(1) | 2:21 | **they**(3) | 4:20 5:5 5:10 |
| **mean**(1) | 7:1 | **point**(7) | 5:9 5:15 6:22 8:1 8:11 8:20 8:24 | **should**(9) | 4:16 5:2 5:7 6:7 6:9 6:13 7:3 8:8 9:25 | **they'd**(1) | 8:9 |
| **mechanism**(1) | 6:6 | **position**(1) | 4:1 | | | **they've**(1) | 10:8 |
| **menachem**(1) | 2:47 | **possibility**(1) | 3:20 | | | **think**(4) | 4:17 7:12 7:21 9:11 |
| **might**(6) | 3:21 4:18 5:14 6:4 6:21 8:19 | **potentially**(1) | 8:12 | | | **third**(1) | 3:21 |
| **minuti**(1) | 1:32 | **predicting**(1) | 6:20 | **shouldn't**(1) | 10:12 | **this**(23) | 3:3 4:5 4:14 5:1 5:3 5:5 5:9 5:15 6:9 6:21 7:17 7:22 7:25 8:2 8:8 8:10 8:12 8:16 8:17 8:22 9:9 10:11 11:3 |
| **miss**(1) | 7:11 | **pretty**(1) | 10:7 | **sidley**(1) | 1:27 | | |
| **missing**(1) | 6:2 | **procedure**(3) | 4:25 7:2 7:25 | **simplistic**(1) | 6:2 | | |
| **mitch**(1) | 2:17 | **proceedings**(4) | 1:20 1:47 3:3 11:9 | **simply**(6) | 3:15 6:1 6:5 6:5 7:9 8:16 | | |
| **more**(1) | 7:21 | **produced**(1) | 1:48 | **since**(1) | 3:13 | **those**(4) | 5:4 6:13 7:7 7:7 |
| **morgan**(1) | 2:46 | **properly**(3) | 4:17 5:21 6:16 | **sit**(1) | 4:17 | **thought**(3) | 6:12 8:7 8:8 |
| **motion**(2) | 3:5 3:15 | **proposal**(1) | 6:13 | **situations**(1) | 5:4 | **time**(4) | 8:7 8:25 9:3 9:4 |
| **mouth**(1) | 5:19 | **propose**(1) | 9:25 | **slater**(1) | 2:8 | **today**(2) | 10:11 10:25 |
| **movant**(1) | 8:6 | **proposed**(5) | 5:7 7:3 7:22 9:13 10:17 | **some**(11) | 3:19 3:20 5:11 5:22 6:10 6:12 8:1 8:13 8:17 8:20 8:24 | **took**(1) | 3:9 |
| **move**(1) | 9:3 | **protocol**(8) | 4:20 4:24 4:25 5:25 7:3 7:25 9:2 9:4 9:13 | | | **traci**(1) | 11:13 |
| **movement**(1) | 6:9 | | | **somebody**(1) | 10:12 | **transcriber**(1) | 11:13 |
| **much**(2) | 3:19 11:2 | | | **something**(3) | 3:22 5:1 6:2 | **transcript**(3) | 1:20 1:48 11:8 |
| **myers**(1) | 2:20 | **protocols**(1) | 5:7 | **sound**(2) | 1:47 11:8 | **transcription**(2) | 1:41 1:48 |
| **myself**(1) | 4:13 | **provide**(2) | 4:24 4:24 | **sounds**(1) | 5:18 | **tribune**(3) | 1:8 2:12 3:3 |
| **need**(1) | 10:25 | **provides**(1) | 9:7 | **southern**(2) | 3:12 9:21 | **truly**(1) | 8:5 |
| **needed**(1) | 8:5 | **provision**(2) | 4:14 9:2 | **sperling**(1) | 2:8 | **trustee**(3) | 2:4 10:7 10:15 |
| **new**(1) | 3:12 | **pursuant**(1) | 7:25 | **stage**(1) | 5:5 | **try**(1) | 8:1 |
| **nolan**(1) | 2:9 | **put**(4) | 5:18 6:1 8:22 9:8 | **stand**(1) | 11:3 | **trying**(1) | 5:17 |
| **not**(13) | 3:19 3:21 4:2 4:5 4:7 4:16 5:5 5:24 6:16 6:20 7:1 8:15 8:17 | **question**(6) | 5:19 6:14 9:18 9:24 10:3 10:1 | **state**(1) | 2:46 | **tuchin**(1) | 2:32 |
| | | **questions**(4) | 5:10 7:16 9:17 10:22 | **stated**(1) | 7:9 | **tuesday**(1) | 3:1 |
| | | **quite**(1) | 5:24 | **states**(2) | 1:1 1:22 | **two**(2) | 7:22 7:22 |
| **note**(1) | 3:23 | **raised**(1) | 8:12 | **status**(1) | 3:10 | **type**(1) | 5:3 |
| **notion**(1) | 6:22 | **rath**(1) | 2:4 | **stern**(14) | 2:32 2:33 5:13 5:14 5:17 6:15 6:16 7:5 7:10 7:15 8:10 8:11 9:8 9:16 | **under**(3) | 3:9 4:22 6:6 |
| **now**(6) | 4:19 5:2 5:11 6:10 6:19 7:12 | **reach**(1) | 10:12 | | | **understand**(3) | 6:10 6:19 7:12 |
| | | **reached**(1) | 3:11 | | | **understanding**(1) | 5:24 |
| **obtainable**(1) | 3:21 | **reasoning**(1) | 3:17 | **stickles**(1) | 1:36 | **undertake**(1) | 5:12 |
| **obviously**(3) | 5:19 6:20 9:8 | **receive**(1) | 9:13 | **still**(1) | 3:20 | **united**(2) | 1:1 1:22 |
| **october**(3) | 3:8 4:3 4:7 | **recently**(1) | 3:10 | **strauss**(1) | 2:16 | **until**(1) | 7:24 |
| **off**(1) | 8:18 | **record**(4) | 3:2 3:6 9:22 10:16 | **street**(2) | 1:13 1:42 | **upon**(1) | 4:20 |
| **office**(1) | 2:20 | **recorded**(1) | 1:47 | **strikes**(1) | 6:4 | | |
| **officers**(1) | 2:25 | **recording**(2) | 1:47 11:8 | **subject**(3) | 3:15 6:4 7:20 | | |
| **okay**(5) | 6:16 7:10 9:8 9:16 10:10 | **relate**(2) | 4:18 5:2 | **submission**(1) | 10:2 | | |
| **old**(1) | 4:6 | **related**(2) | 1:10 3:3 | **submitted**(1) | 10:17 | | |
| **one**(2) | 5:21 9:18 | **relates**(2) | 4:13 4:25 | **such**(4) | 3:25 4:21 8:7 9:3 | | |
| | | **relevance**(1) | 5:20 | | | | |

| Word | Page:Line |
|---|---|

**used**(1) 7:22
**vail**(1) 2:29
**very**(3) 7:19  8:6  11:2
**want**(7) 3:16  4:4  5:18  7:10  7:11  9:1  10:2
**wants**(2) 6:5  9:19
**warrant**(1) 9:3
**was**(8) 3:6  5:8  6:16  6:17  7:2  8:7  9:24
**wasn't**(1) 8:5
**way**(2) 6:13  8:22
**we're**(2) 3:2  5:25
**well**(6) 4:13  6:1  6:18  8:4  8:22  9:11
**were**(3) 5:23  7:20  8:15
**what**(9) 3:24  4:19  5:18  5:24  7:13  8:6
9:11  9:12  9:24

**whatever**(2) 9:6  9:15
**when**(1) 4:6
**where**(1) 5:24
**whereupon**(1) 11:4
**whether**(2) 6:20  8:5
**which**(11) 3:10  3:14  4:14  4:21  5:8  6:3  6:6
 7:25  8:6  8:12  9:5

**who's**(1) 3:11
**will**(9) 3:23  3:25  4:5  4:19  5:9  5:20  6:22
10:11  11:3

**willing**(1) 8:24
**wilmington**(2) 1:14  3:1
**wish**(1) 4:16
**wishes**(1) 4:16
**with**(13) 3:17  4:1  4:8  5:7  5:11  6:8  6:11
6:24  7:6  8:20  9:15  9:25  10:8

**within**(1) 5:20
**without**(1) 6:19
**won't**(1) 6:23
**wondering**(1) 8:19
**words**(1) 5:19
**would**(17) 3:22  3:22  4:24  4:24  5:4  7:5
7:7  7:7  8:1  8:16  9:9  9:11  9:12  10:11
10:16  10:20  10:20

**www.diazdata.com**(1) 1:45
**year**(1) 3:9
**years**(4) 7:22  7:22  8:23  10:9
**york**(1) 3:12
**you**(23) 3:25  5:20  6:20  6:22  7:14  7:15
7:19  7:19  7:21  7:24  8:2  8:14  8:14  8:16
8:19  9:1  9:16  9:24  9:25  10:2  10:20  10:21
11:2
**you're**(1) 7:13
**your**(12) 5:13  5:22  6:14  6:17  6:18  7:12
7:17  8:10  9:9  10:14  10:17  10:21

**zelmanovitz**(1) 2:47
**zensky**(1) 10:7