UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                            ) Chapter 11
                                                  )
Hoy Publications LLC                              ) Case No. 08-13175
                      Debtor(s).                  )
                                                  )

NOTICE OF WITHDRAWAL OF CLAIM
FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 796     | 3/23/2009  | $60.00 |

Helen Ko

Revenue Tax Specialist