UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  ) Chapter 11
 )
WGN Continental Broadcasting Co  ) Case No. 08-13252
           Debtor(s).  )
 )

NOTICE OF WITHDRAWAL OF CLAIM
FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---|---|---|
| 848 | 3/30/2009 | $1687.10 |
| | | |
| | | |

Helen Ko

*[signature]*

Revenue Tax Specialist