UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                    ) Chapter 11
                                                          )
Tribune Media Services, Inc.                              ) Case No. 08-13236
                         Debtor(s).                       )
                                                          )

NOTICE OF WITHDRAWAL OF CLAIM
FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 7113    | 5/14/2012  | $431.35 |
| 7165    | 2/07/2013  | $66.89 |

Helen Ko

*/s/ Helen Ko*

Revenue Tax Specialist