IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 2599 and 8249** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jones Day hereby enters its appearance on behalf of Tribune Company and the other affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors").

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), Fed. R. Bankr. P. 2002 and 9010(b), and Del. Bankr. L.R. 2002-1(d), counsel for the Reorganized Debtors requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon counsel for the Reorganized Debtors at the office, postal address and telephone and facsimile numbers listed as follows:

| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>James F. Conlan, Esq.<br>Bryan Krakauer, Esq.<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7035<br>jconlan@sidley.com<br>bkrakauer@sidley.com | **JONES DAY**<br>Bruce Bennett, Esq.<br>James O. Johnston, Esq.<br>Joshua M. Mester, Esq.<br>555 South Flower Street<br>50th Floor<br>Los Angeles, CA 90071-2300<br>Telephone: 213-489-3939<br>Facsimile: 213-243-2539<br>bbennett@jonesday.com<br>jjohnston@jonesday.com<br>jmester@jonesday.com | **COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.**<br>Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302 652-3131<br>Facsimile: 302-652-3117<br>npernick@coleschotz.com<br>kstickles@coleschotz.com |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.
46429/0001-9302167v2

PLEASE TAKE FURTHER NOTICE that Jones Day hereby withdraws as counsel for the Credit Agreement Lenders, and requests that the foregoing counsel at Jones Day be removed from the service list as counsel to the Credit Agreement Lenders:

Dated: March 4, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

JONES DAY
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9302167v2