UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

**Name of Debtor Against Which Claim is Held:** KTLA, Inc.
**Case No. of Debtor:** 08-13183 (KJC)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR_DBF.CREDNUM)CREDNUM # 1000071024******
JERRELL BIRDWELL
14 DAIRY GAP ROAD
ASHEVILLE, NC 28804

Telephone number: ___ Email Address: ___

**Name and address where payment should be sent (if different from above)**

828-281-3588    jbirdwe@bellsouth.net
Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ___ (If known)

Filed on: ___
060981

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 235,265.18

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ ___

2. **Basis for Claim:** Pension/Retirement Plan Distribution Entitlement
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 3425
   3a. Debtor may have scheduled account as: ___
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: ___
   Value of Property: $___    Annual Interest Rate ___%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $___    Basis for perfection: ___
   Amount of Secured Claim: $___    Amount Unsecured: $___

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ■ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $ 235,265.18

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*
   Pension/Retirement Pay

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:** 8 June 2009
**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   *Jerrell Birdwell*   JERRELL BIRDWELL

**FOR COURT USE ONLY**

exhibit 1

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Tribune Bankruptcy –

Debtor: KTLA, Inc. - Case 08-13183 (KJC)

Creditor: Jerrell Birdwell

Submitted: June 8, 2009

**Proof of Claim Item 7 Attachment: Documents, Summary and Calculation Support**

This claim is for an amount in lieu of continuation of pension/retirement benefit distributions due from KTLA, Inc. to Jerrell Birdwell for the remainder of his life, and thereafter to his spouse, Elizabeth Birdwell, for the remainder of her life.

**DOCUMENTS:**

Exhibit 1 is the future benefit calculation statement applicable to Jerrell Birdwell provided by KTLA in July 2, 1985, prior to its purchase by the Tribune Company. ($262.28 per week X 52 weeks = $13,638.56 per year.)

Exhibit 2 is a statement provided to Jerrell Birdwell on December 17, 1985, setting forth the monthly benefit entitlement and spousal benefit election that was acknowledged by the Tribune Company upon completion of its acquisition of KTLA on that date. (The poor quality of the copy reflects the condition of the document when provided to Mr. Birdwell in December, 1985.) ($1,136.547 monthly X 12 months = **$13,638.56** per year, and thereafter a 50% spousal benefit of $568.273 X 12 = **$6,819.28** per year.)

Exhibit 3 consists of annual distribution statements provided by KTLA to Jerrell Birdwell and the IRS reflecting retirement payments consistent with the benefit entitlement calculations, including various **W-2P, *Statements of Receipts of Annuities, Pensions, Retired Pay, or IRA Payments*** for 1986 and a few subsequent years, followed by some **Form 1099-R, *Distributions from Pensions, Annuities, Retirement or Profit Sharing Plans, IRAs, Insurance Contracts, etc.*** for 1991 and several subsequent years, and including the most recent W-2 received from KTLA for 2007 retirement plan payments. Each year for over two decades, from 1986 through 2007, KTLA has distributed the exact same retirement benefit amount of $13,638.56 per year to Mr. Birdwell, and reported the same to the IRS. Similarly, in 2008, monthly retirement distributions of $1,136.55 continued, until they were interrupted by the Tribune and KTLA bankruptcy filing in December 2008.

Additional documents detailing the KTLA retirement payment program and the amounts committed to Jerrell Birdwell can be promptly provided if further support is desired by the trustee or court.

KTLA, Inc. - Case No. 08-13183 (KJC)

Creditor: Jerrell Birdwell

June 8, 2009

### CALCULATIONS:

A. Retirement payments not received for 6 months (from the filing of the bankruptcy to the date of this claim: $1,136.55 X 6 = **$6,819.30**.

B. The sum of annual payments from the date of this claim and thereafter for a term equal to the actuarial life expectancy of Jerrell Birdwell from the date of this claim. (Notes re Jerrell Birdwell: Born 10/22/1929, non-smoker, exercises regularly, slim-to-normal body weight, active in retirement) $13,638.56 X 11.7 years = **$159,571.15**.

C. The sum of annual payments for the term starting on the actuarial date upon which payments to Jerrell Birdwell are forecast to cease (his actuary table estimated date of death) and thereafter for a term equal to the remaining actuarial life expectancy of his spouse, Elizabeth Birdwell as computed from the date of this claim. (Notes re Elizabeth Birdwell: Born 04/21/1936, non-smoker, exercises regularly, slim-to-normal body weight, mother died at 93, father still alive today at 95) $6,819.28 X (21.8 - 11.7) years = **$68,874.73**

Total Claim:   $6,819.30 + $159,571.15 + $68,874.73   =   **$235,265.18**

Note on present value considerations: Since the Birdwell's modest investment savings have been drastically diminished over the course of the past year due to the stock market crash, the retirement benefits at issue are critical to their continued self-sufficiency. Discounting the above amounts by any present value formula in anticipation of investment growth presumed to be available to the Birdwells seems highly speculative and imprudent, particularly given their age and the miniscule interest rates being offered on "safe" investments in the market today. Nonetheless, should the trustee or Court determine to impose a present value discount to creditors' claims, the Birdwells presume that such discount will be both supported by realities of the current marketplace and uniformly applied to all creditors seeking a lump sum of pension or retirement benefits, and will therefore understand that the amounts set forth in B and C above should be adjusted accordingly.

## INCOME CONTINUATION BENEFIT CALCULATION

Hire date:        5/19/1964
Retirement date:  6/ 8/1984
Birth date:      10/22/1929

Years of service:                    20.055
Number of months under age 60:    64

| Wages: | 1978 | $50,000 |
|---|---|---|
|  | 1979 | 54,543 |
|  | 1980 | 65,237 |
|  | 1981 | 85,628 |
|  | 1982 | 83,653 |
|  | Total | $339,061 |

1) Total wages of $339,061 divided by 60 equals average monthly wage of $5,651.02.

2) Average monthly wage of $5,651.02 multiplied by 1.5% for each of 20.055 years of service equals $1,699.97 full monthly benefit.

3) Reduction for 64 months under age 60 equals 1/3% times 64 times full benefit of $1,699.67, or $362.54. Monthly benefit is then $1,337.13.

4) You have elected the spousal benefit, therefore your monthly benefit is 85% of $1,337.13 or $1,136.56.

5) Since we are on a weekly payroll the weekly benefit is $1,136.56 times 12 months divided by 52 weeks or $262.28.

EXHIBIT 1

Name: JERRELL BIRDWELL                       as of 03/31/85 at 3.00 percent

Birth date:        10/22/25           Age today:              55

Life expectancy:    21.29

Monthly benefit entitlement:        1,136.99

Present value of benefits:          140,197.10


**** SPOUSAL BENEFIT ELECTED ****

Spousal data:

Birth date:        04/21/36           Age today:              49
Life expectancy:    30.39
Life expectancy at death of retiree:   9.10
  Monthly benefit:                    563.27

Present value of benefits:           9,170.01

Exhibit 2

**Form W-2P 1986 — Statement for Recipients of Annuities, Pensions, Retired Pay, or IRA Payments**

| Box | Field | Value |
|---|---|---|
| 2 | Payer's name, address, and ZIP code | 860S008801<br>KTLA, Inc.<br>5800 Sunset Blvd.<br>Los Angeles, CA 90028 |
| 3 | Payer's Federal identification number | 95-1742404 |
| 4 | Payer's state I.D. number | 893-4390-9 |
| 5 | State income tax withheld | |
| 6 | Name of State | |
| 7 | Tax amt not determined / Deceased / Legal rep. | |
| 8 | Recipient's social security no. | ***-**-3425 |
| 9 | Gross annuity, pension, etc. | 13638.56 |
| 10 | Taxable amount | |
| 11 | Federal income tax withheld | 1135.16 |
| 12 | Recipient's name, address, and ZIP code | Jerrell Birdwell<br>Citibank Acct. 0050007183<br>P.O. Box 6093<br>Sioux Falls, SD 57117 |
| 13 | | |
| 14 | Distribution code | |

Copy C—For Recipient's Records. This information is being furnished to the Internal Revenue Service.

---

**Form W-2P 1987 — Statement for Recipients of Annuities, Pensions, Retired Pay, or IRA Payments**

| Box | Field | Value |
|---|---|---|
| 1 | Control number | |
| | OMB No. 1545-0008 | |
| 2 | Payer's name, address, and ZIP code | KTLA<br>5800 Sunset Boulevard<br>Los Angeles, CA 90028 |
| 3 | Payer's Federal identification number | 95-1742404 |
| 4 | Payer's state I.D. number | 893-4390-9 |
| 5 | State income tax withheld | |
| 6 | Name of state | SD |
| 7 | Tax amt not determined / Deceased / Legal rep. / Subtotal / Void | |
| 8 | Recipient's social security no. | ***-**-3425 |
| 9 | Gross annuity, pension, etc. | 13638.56 |
| 10 | Taxable amount | 13638.56 |
| 11 | Federal income tax withheld | 1076.92 |
| 12 | Recipient's name, address, and ZIP code | JERRELL BIRDWELL<br>2503 ARTIC AVENUE<br>VIRGINIA BEACH SD 57117 |
| 13 | | |
| 14 | Distribution code | |

13-2581759

Copy C—For Recipient's Records. This information is being furnished to the Internal Revenue Service.

Department of the Treasury — Internal Revenue Service

---

EXHIBIT 3-1

## Form 1099-R — 1991

☐ CORRECTED (if checked)

**Type or machine print PAYER'S name, street address, city, state, and ZIP code**

KTLA, INC
5800 SUNSET BOULEVARD
LOS ANGELES
CA., 90028

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $ 13633.56 |
| 2a | Taxable amount | $ 13638.56 |
| 2b | Taxable amount not determined | ☐ |
|  | Total distribution | ☐ |

OMB No. 1545-0119 — 1991

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

Copy C — For Recipient's Records

| Box | Description |
|---|---|
| PAYER'S Federal identification number | 05-1743404 |
| RECIPIENT'S identification number | ###-##-2425 |
| 3 Amount in Box 2a eligible for capital gain election | $ |
| 4 Federal income tax withheld | $ 965.40 |

**Type or machine print RECIPIENT'S name**

BIRDWELL, JERRELL

Street address (including apt. no.): 6512 MIMOSA COURT
City, state, and ZIP code: MIAMI    FL., 33143

| Box | Description | Amount |
|---|---|---|
| 5 | Employee contributions or insurance premiums | $ |
| 6 | Net unrealized appreciation in employer's securities | $ |
| 7 | Distribution code |  |
|  | IRA/SEP | ☐ |
| 8 | Other | % |
| 9 | Your percentage of total distribution | % |
| 10 | State income tax withheld | $ 7.87 |
| 11 | State/Payer's state number CA | 093-4293-9 |
| 12 | Local income tax withheld | $ |
| 13 | Name of locality |  |

Account number (optional): 3801

This information is being furnished to the Internal Revenue Service.

Keep this copy for your records.

Form 1099-R (Replaces Form W-2P)    Department of the Treasury - Internal Revenue Service
268-02

---

## Form 1099-R — 1992

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, and ZIP code**

KTLA, INC
5800 SUNSET BOULEVARD
LOS ANGELES
CA., 90028

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $ [illegible] |
| 2a | Taxable amount | $ [illegible] |
| 2b | Taxable amount not determined | ☐ |
|  | Total distribution | ☐ |

OMB No. 1545-0119 — 1992

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

Copy 2 — File this copy with your state, city, or local income tax return, when required.

| Box | Description |
|---|---|
| PAYER'S Federal identification number | 05-1743404 |
| RECIPIENT'S identification number | ###-##-2425 |
| 3 Amount in Box 2a eligible for capital gain election | $ |
| 4 Federal income tax withheld | $ [illegible] |

**RECIPIENT'S name**

BIRDWELL, JERRELL

Street address (including apt. no.): 6512 MIMOSA COURT
City, state, and ZIP code: MIAMI   FL., 33143

| Box | Description |
|---|---|
| 5 Employee contributions or insurance premiums | $ |
| 6 Net unrealized appreciation in employer's securities | $ |
| 7 Distribution code |  |
| IRA/SEP | ☐ |
| 8 Other | % |
| 9 Your percentage of total distribution | % |
| 10 State income tax withheld | $ |
| 11 State/Payer's state number CA | 093-4293-9 |
| 12 Local income tax withheld | $ |
| 13 Name of locality |  |

Account number (optional): [illegible]

EXHIBIT 3-2

Form 1099-R    Department of the Treasury - Internal Revenue Service

## Form 1099-R (1994) — Copy B

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, and ZIP code:**
KTLA INC.
5800 SUNSET BLVD.
HOLLYWOOD, CA 90028
21202

**PAYER'S Federal identification number:** 95-1743404
**RECIPIENT'S identification number:** ███-██-3425

**RECIPIENT'S name:**
JERRELL BIRDWELL
6612 MIMOSA COURT
MIAMI, FL 33143

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $13638.56 |
| 2a | Taxable amount | $13638.56 |
| 2b | Taxable amount not determined / Total distribution | ☐ / ☐ |
| 3 | Capital gain (included in box 2a) | |
| 4 | Federal income tax withheld | |
| 5 | Employee contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code | |
|   | IRA/SEP | ☐ |
| 8 | Other | |
| 9 | Your percentage of total distribution | % |
| 10 | State tax withheld | |
| 11 | State/Payer's state no. | |
| 12 | State distribution | |
| 13 | Local tax withheld | |
| 14 | Name of locality | |
| 15 | Local distribution | |

OMB No. 1545-0119

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

---

## Form 1099-R (1993) — Copy C

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, and ZIP code:**
KTLA, INC.
5800 SUNSET BOULEVARD
LOS ANGELES, CA 90078

**PAYER'S Federal identification number:** 95-1743404
**RECIPIENT'S identification number:** ███-██-3425

**RECIPIENT'S name:**
BIRDWELL, JERRELL
6612 MIMOSA COURT
MIAMI, FL 33143

Account number (optional): 2891

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $11900.84 |
| 2a | Taxable amount | $11900.84 |
| 2b | Taxable amount not determined / Total distribution | ☐ / ☐ |
| 3 | Capital gain (included in box 2a) | |
| 4 | Federal income tax withheld | $458.72 |
| 5 | Employee contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code | 7 |
|   | IRA/SEP | ☐ |
| 8 | Other | |
| 9 | Your percentage of total distribution | % |
| 10 | State income tax withheld | |
| 11 | State/Payer's state number | CA 033-4290-9 |
| 12 | State distribution | |
| 13 | Local income tax withheld | |
| 14 | Name of locality | |
| 15 | Local distribution | |

OMB No. 1545-0119

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Copy C — For Recipient's Records

This information is being furnished to the Internal Revenue Service.

(Keep for your records.)

Department of the Treasury - Internal Revenue Service
256-02

EXHIBIT 3-3

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br><br>KTLA TV<br>5800 SUNSET BLVD,<br>HOLLYWOOD, CA. 90028 | 1 Gross distribution<br>$ 13,637.56<br>2a Taxable amount<br>$ 13,633.56 | OMB No. 1545-0119<br>1996<br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| PAYER'S Federal identification number<br>95-1743404 | RECIPIENT'S identification number<br>███-3425 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 0.00 | Copy 2<br>File this copy with your state, city, or local income tax return, when required. |
| RECIPIENT'S name<br><br>JERRELL BIRDWELL<br>Street address (including apt. no.)<br>6612 AIRDRA COURT<br>City, state, and ZIP code<br>MIAMI, FL. 33143 | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| | 7 Distribution code | IRA/SEP ☐ | 8 Other<br>$              % | |
| | 9a Your percentage of total distribution    % | 9b Total employee contributions<br>$ | |
| Account number (optional) | 10 State tax withheld<br>$ 0.00<br>$ | 11 State/Payer's state no.<br>CA/083-4290-9 | 12 State distribution<br>$ 0.00<br>$ |
| | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ |

Form 1099-R                                                          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br><br>KTLA, INC.<br>435 NORTH MICHIGAN AVENUE<br>CHICAGO, ILLINOIS 60611 | 1 Gross distribution<br>$ 13638.56<br>2a Taxable amount<br>$ 13638.56 | OMB No. 1545-0119<br>1998<br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| PAYER'S Federal identification number<br>95-1743404 | RECIPIENT'S identification number<br>███-3425 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 0.00 | Copy 2<br>File this copy with your state, city, or local income tax return, when required. |
| RECIPIENT'S name, street address (incl. apt. no.), city, state, and ZIP code<br><br>JERRELL BIRDWELL<br>15 NO. LESLIE LANE<br>ASHEVILLE, NC. 28805 | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| | 7 Distribution code | IRA/SEP/SIMPLE ☐ | 8 Other<br>$              % | |
| | 9a Your percentage of total distribution    % | 9b Total employee contributions<br>$ | |
| Account number (optional) | 10 State tax withheld<br>$ 0.00<br>$ | 11 State/Payer's state no.<br>CA/083-4290-9 | 12 State distribution<br>$ 0.00<br>$ |
| | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ |

Form 1099-R      EXHIBIT 3-4                           Department of the Treasury - Internal Revenue Service

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
FAX: 312/222-9844

January 19, 2000

Jerrell Birdwell
14 Dairy Gap Rd.
Asheville, NC 28804

RE: 1999 Tax Data

In the past your supplemental retirement benefits had been reported to you on Form 1099-R. Because of a reporting change, starting this year, this tax data will now be reported on Form W-2. This is a reporting change only that in no way effects the tax treatment of your supplemental retirement benefits.

If you have additional questions on this change, please call me at (312) 222-4449, or write me at the address listed below.

Sincerely,

David R. Bailey
Manager, Payroll
Tribune Co. FSC – TT 300
435 North Michigan Avenue
Chicago, Illinois 60611.

EXHIBIT 3-5

## W-2 Wage and Tax Statement 2007

**Federal Filing Copy** — Copy B to be filed with employee's Federal Income Tax Return.

| Box | Description | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 13638.56 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | |
| 4 | Social security tax withheld | |
| 5 | Medicare wages and tips | |
| 6 | Medicare tax withheld | |
| d | Control number | 0000000009 V78 / Dept. 006988 / Corp. 006Y / Employer use only A 33 |
| b | Employer ID (EIN) | 95-1743404 |
| a | Employee's SSA number | xxx-xx-3425 |
| c | Employer's name, address, ZIP | KTLA INC, 5800 SUNSET BLVD, LOS ANGELES, CA 90028 |
| 16 | State wages, tips, etc. | 13638.56 |
| 15 | State / Employer's state ID no. | CA 083-4980 9 |
| e/f | Employee name & address | JERRELL BIRDWELL, 14 DAIRY GAP ROAD, ASHEVILLE, NC 28804 |

---

## W-2 Wage and Tax Statement 2001

**Federal Filing Copy** — Form W-2, Copy B to be filed with Employee's Federal Tax Return.

| Box | Description | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 13638.56 |
| b | Employer identification number | 95-1743404 |
| d | Employee's social security number | xxx-xx-3425 |
| c | Employer's name, address, ZIP | KTLA-TV, 5800 SUNSET BLVD, LOS ANGELES, CA 90028 |
| 11 | Nonqualified plans | 13638.56 |
| e/f | Employee name & address | JERRELL BIRDWELL, 14 DAIRY GAP ROAD, ASHEVILLE, NC 28804 |

---

## W-2 Wage and Tax Statement 2000

**Federal Filing Copy** — Form W-2, Copy B to be filed with employee's Federal Income Tax Return.

| Box | Description | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 13638.56 |
| b | Employer ID number | 95-1743404 |
| d | Employee's SSA number | xxx-xx-3425 |
| 11 | Nonqualified plans | 13638.56 |
| c | Employer's name, address, ZIP | KTLA, Inc., 5800 Sunset Blvd, Los Angeles, CA 90028 |
| e | Employee's name | JERRELL BIRDWELL, 14 Dairy Gap Road, Asheville, NC 28804 |

EXHIBIT 3 - 6