

# New York Life Insurance and Annuity Corporation

## New York Life Guaranteed Lifetime Income Annuity II - Joint Life

### Income Summary

**Annuitant & Policy Information**

Primary Name: Jerrell Birdwell
Date of Birth: 10/22/1933
Sex: Male
Joint Name: Elizabeth Birdwell
Date of Birth: 04/21/1940
Sex: Female
State: North Carolina
Premium Tax: 0.00%
Income Tax Rate: 28%

Type of Funds: Non-Qualified
Income Payment Frequency: Monthly
Purchase Date: 02/28/2013
Income Payment Start Date: 03/28/2013
Illustration Expiration Date: 03/07/2013

**Immediate Annuity Income Amounts**

Survivor Receives 50% of Joint Income on Death of Either Annuitant

| | Single Premium Amount | Monthly Income Amount Starting On 03/28/2013 | Tax Free Portion of Income | Total Amount of Guaranteed Payments | Lump Sum Death Benefit | Total Payments thru Younger Annuitant Age 100 [1] |
|---|---|---|---|---|---|---|
| Life Only | $156,848.05 | $1,136.00 | $1,093.97 | $0.00 | $0.00 | $341,368.00 |
| Life with 5 Years Certain | $159,483.91 | $1,136.00 | $1,059.89 | $68,160.00 | $0.00 | $341,368.00 |
| Life with 10 Years Certain | $169,044.09 | $1,136.00 | $940.61 | $136,320.00 | $0.00 | $341,368.00 |
| Life with 14 Years Certain ^ | $187,027.97 | $1,136.00 | $834.96 | $190,848.00 | $0.00 | $341,368.00 |
| Life with 15 Years Certain | $192,152.89 | $1,136.00 | $830.42 | $204,480.00 | $0.00 | $341,368.00 |
| Life with 20 Years Certain | $219,831.48 | $1,136.00 | $750.90 | $272,640.00 | $0.00 | $341,368.00 |
| Life with 25 Years Certain | $243,697.77 | $1,136.00 | $679.33 | $340,800.00 | $0.00 | $361,816.00 |
| Life with 30 Years Certain | $264,948.34 | $1,136.00 | $628.21 | $408,960.00 | $0.00 | $382,832.00 |
| Life w/25% of Prem. DB | $181,523.64 | $1,136.00 | $949.70 | $0.00 | $45,380.00 | $341,368.00 |
| Life w/50% of Prem. DB | $215,412.71 | $1,136.00 | $750.90 | $0.00 | $107,706.00 | $341,368.00 |

^This Life with Period Certain payment option is the shortest certain period that guarantees a return of premium paid. Payment options offering longer certain periods are guaranteed to provide more than the premium paid.

A copy of this illustration must be submitted with application and paperwork to New York Life Insurance and Annuity Corporation.
This Illustration is not a guarantee of future benefits and is for informational purposes only. Not complete unless accompanied by Form 20282.
New York Life Annuities Illustration System v2013.1D, Prepared on Thursday, February 21, 2013.

Page 1 of 7

Exhibit 3