

## ASHEVILLE INTERNAL MEDICINE

GREG L. GLANCE, MD
HAL S. HEMME, MD
CRAIG A. MILLS, MD
JENNIFER C. NICOLINI, MD
JENNIFER D. DUKOWICZ, MD

February 26, 2013

Mr. Jerrell & Elizabeth Birdwell
14 Dairy Gap Rd
Asheville, NC 28804

To Whom It May Concern:

I have been the Birdwell's internist for the past 15 years and have been asked to give my opinion on their health.

Both Jerrell and Elizabeth should exceed the actuarial life tables based on Census and Social Security (Jerrell 6.5 years, age 89.5), Elizabeth 11.9 years, (age 87.9 years), given their present health with no known cancers, diabetes, heart disease or any other catastrophic diseases. They are both at a very appropriate weight.

Elizabeth has an excellent family history. Her mother lived to 95 years and her father lived to 98 years.

Sincerely yours,

Craig A. Mills, M.D.
CAM/mb

Exhibit 4

2/27/13

60 Livingston Street, Suite 200, Asheville, North Carolina 28801    (828) 253-4851