**RE: Ballot (Tribune Bankruptcy) (Birdwell)**

"Whalen, Brittany"
E&J Birdwell

3 Files  Download All

Per the plans that are being voted on, your claim is considered as an Unimpaired Priority Non-Tax Claim – Class 1A, which has an estimated recovery of 100%; therefore, are deemed to accept, as noted in the plan.

Attached for your reference are the three plans. Please let us know if you have any further questions.

Thank you,

Brittany N. Whalen
Case Analyst
Epiq Systems
Bankruptcy Solutions
757 Third Avenue
New York, NY 10017
Phone:
Fax: 646.282.2501
Email:

Innovative technology solutions for litigation, bankruptcy and financial transactions
Brussels | Chicago | Hartford | Hong Kong | Kansas City | London | Los Angeles | Miami | New York | Paris | Washington, D.C. | Wilmington

**From:** E&J Birdwell [mailto:jbirdwe@bellsouth.net]
**Sent:** Monday, January 10, 2011 5:26 PM
**To:** Whalen, Brittany
**Subject:** Re: Ballot (Tribune Bankruptcy) (Birdwell)

What is an administrative claim and why would our claim be different than the others?

E&J Birdwell
14 Dairy Gap Rd.
Asheville NC 28804


**From:** "Whalen, Brittany" <bwhalen@epiqsystems.com>
**To:** E&J Birdwell < >; DL-TRIBUNEVOTE < >
**Cc:** " " <sbirdwell@cox.net>; " " <schenker@schenker.net>
**Sent:** Mon, January 10, 2011 5:07:18 PM
**Subject:** RE: Ballot (Tribune Bankruptcy)

Mr. and Mrs. Birdwell,

We have you listed in our system as an Administrative Claim which is not entitled to vote. Feel free to contact us if you have any further questions.

Thank you,

Brittany N. Whalen
Case Analyst
Epiq Systems
Bankruptcy Solutions
757 Third Avenue
New York, NY 10017
Phone: 646.282.2457
Fax: 646.282.2501
Email:

Innovative technology solutions for litigation, bankruptcy and financial transactions
Brussels | Chicago | Hartford | Hong Kong | Kansas City | London | Los Angeles | Miami | New York | Portland | Washington, D.C. | Wilmington


**From:** E&J Birdwell [mailto:jerrybirdwell@bellsouth.net]
**Sent:** Monday, January 10, 2011 4:45 PM
**To:** DL-TRIBUNEVOTE
**Cc:** sbirdwell@cox.net; schenker@schenker.net
**Subject:** Ballot (Tribune Bankruptcy)

We have not received the Voting Ballot approproiate for our claim from the voting agent. Our claim number is
Other former employees that were on the income extension plan from Mr. Autry have received the ballot.

Debetor: KTLA inc

Case of Debetor: 08-13183 (KJC)
Birdwell Proof of Claim # 4417 & 4191

Jerrell & Elizabeth Birdwell

E&J Birdwell
14 Dairy Gap Rd.
Asheville NC 28804

Exhibit 6