Case No. 08-13141-KJC          Doc 13183-1          Filed 02/11/13

## CERTIFICATE OF SERVICE

I, Jerrell W. Birdwell, hereby certify that, on March 4, 2013, I caused one copy of the foregoing documents to be served upon the listed parties via first class U. S. Mail, postage paid.

*[signature]*
Jerrell W. Birdwell
14 Dairy Gap Road
Asheville, NC 28804

**SERVED:**       SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kenneth P. Kansa
Kerriann S. Mills
Michael T. Gustafson
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: 302-652-3131

ATTORNEYS FOR REORGANIZED DEBTORS