# EXHIBIT A

## Chart of
## Certain Former Tribune Executives' Length of Service

| Former Executive | Final Title at Company | Approximate Length of Service** |
|---|---|---|
| James Ellis* | Vice President, Brand Management, Tribune Company | 26 years |
| Dennis FitzSimons | Chairman, President & CEO, Tribune Company | 26 years |
| Donald Grenesko | SVP Finance & Administration, Tribune Company | 28 years |
| David Hiller | Publisher & CEO, LA Times | 20 years |
| Timothy Knight* | Publisher, Newsday | 13 years |
| Timothy Landon | President, Tribune Interactive | 22 years |
| Thomas Leach | SVP Development, Tribune Company | 21 years |
| Luis Lewin | SVP Human Resources, Tribune Company | 21 years |
| Mark Mallory | VP and Controller, Tribune Company | 20 years |
| Richard Malone | VP Local Market Operations, Tribune Interactive | 29 years |
| David Murphy* | Executive Vice President and General Manager, LA Times | 31 years |
| John Reardon | President, Tribune Broadcasting | 23 years |
| Irene Sewell | VP Compensation and Benefits, Tribune Company | 9 years |
| Scott Smith | President, Tribune Publishing / Publisher, Chicago Tribune | 31 years |
| John Vitanovec | EVP, Tribune Broadcasting | 24 years |
| Kathy Waltz | President and CEO, Orlando Sentinel | 34 years |

\*    Three Former Executives represented by separate counsel have filed joinders to this Objection.  These include James Ellis, Timothy Knight, and David Murphy.

\*\*   Estimates based on records from the Company's human resource system.

1483098