IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | Jointly Administered |
| | : | |
| | : | Hearing Date: 03/14/13 at 2:30 p.m. |
| | : | Objection Deadline: 03/06/13 4:00 p.m. |
| Debtors. | : | Related to Docket No. 13210, 13289 |

### CERTAIN FORMER SUBSIDIARY DIRECTORS AND OFFICERS' JOINDER TO TIMOTHY P. KNIGHT'S RESPONSE IN OPPOSITION TO LITIGATION TRUSTEE'S MOTION FOR AN OMNIBUS ORDER: (I) AUTHORIZING SUBSTITUTION OF THE LITIGATION TRUSTEE AS PLAINTIFF IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE SUCH SUBSTITUTIONS; (II) MODIFYING THE STAY OF SUCH PROCEEDINGS; AND (III) EXTENDING THE TIME TO EFFECT SERVICE IN SUCH PROCEEDINGS

Certain former directors and officers of certain Tribune subsidiaries[1] (the "Former Subsidiary D&Os"), by and through their undersigned counsel, hereby join in *Timothy P. Knight's Response in Opposition to Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings* [Docket No. 13289] ("Knight Objection"), and in support thereof, state as follows:

### BACKGROUND

1. The Former Subsidiary D&Os were previously directors and/or officers of certain subsidiaries of Tribune Company.

2. Each of the Former Subsidiary D&Os are named defendants in the adversary proceeding entitled *Official Committee of Unsecured Creditors of Tribune Co. v. FitzSimons, et*

---

[1] Harry Amsden, Robert Gremillion, David Hiller, Tim Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen Waltz.

*al.*, Adv. Proc. No. 10-54010 (KJC) ("LBO Action"). The Former Subsidiary D&Os are also named defendants in separate complaints to avoid and recover certain transfers filed by the Official Committee of Unsecured Creditors.

3. Each of the Former Subsidiary D&Os timely filed proofs of claim (collectively, "Proofs of Claim") asserting, *inter alia*, claims for advancement, reimbursement, indemnification and contribution.

4. On February 20, 2013, the Litigation Trustee filed *Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings* [D.I. 13210] ("Substitution Motion"). In its Substitution Motion, the Litigation Trustee seeks, *inter alia*, an order "substituting the Litigation Trustee as the successor-in-interest plaintiff" in the LBO Action with respect to certain claims against the Former Subsidiary D&Os.

## JOINDER

5. For the reasons set forth in the Knight Objection, it is inherently futile for the Litigation Trustee to prosecute claims for avoidance and recovery against the Former Subsidiary D&Os and would result only in an unnecessary waste of resources of the involved parties and the Court. Accordingly, for the reasons set forth in the Knight Objection, the Substitution Motion should be denied as to the Former Subsidiary D&Os.

Dated:  March 6, 2013

Respectfully submitted,

**CONNOLLY GALLAGHER LLP**

By: _/s/ N. Christopher Griffiths_
Jeffrey C. Wisler (#2795)
N. Christopher Griffiths (#5180)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 757-7300
Facsimile:   (302) 658-0380

Of Counsel:

John R. McCambridge
Charles S. Bergen
George R. Dougherty
**GRIPPO & ELDEN LLC**
111 S. Wacker Drive
Chicago, IL 60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195

Attorneys for Certain Former Subsidiary Directors and Officers

#05045702