## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | **Hearing Date: 3/13/13 at 1:00 p.m. (ET)** |
| | : | **Related to Docket Nos.  13210, 13228, 13289** |

## JOINDER TO TIMOTHY P. KNIGHT'S RESPONSE IN OPPOSITION TO LITIGATION TRUSTEE'S MOTION FOR AN OMNIBUS ORDER: (I) AUTHORIZING SUBSTITUTION OF THE LITIGATION TRUSTEE AS PLAINTIFF IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE SUCH SUBSTITUTIONS; (II) MODIFYING THE STAY OF SUCH PROCEEDINGS; AND (III) EXTENDING THE TIME TO EFFECT SERVICE IN SUCH PROCEEDINGS

Mark W. Hianik, Tom E. Ehlmann, Peter A. Knapp, and Betty Ellen Berlamino (the "Defendants") hereby join in *Timothy P. Knight's Response in Opposition to Litigation Trustee's Motion for an Omnibus Order:  (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings* (Docket No. 13289; filed Mar. 6, 2013).

The Defendants are former officers of certain subsidiaries of Tribune.  They are the named defendants in adversary proceedings 10-55599, 10-55708, 10-55755, and 10-5575.

On February 20, 2013, the Litigation Trustee filed a motion seeking to be substituted as plaintiff in certain adversary proceedings, including the adversary proceedings against the Defendants.

The Defendants timely filed Proof of Claims and would become the Holders of Allowed General Unsecured Claims pursuant to Section 1.1.101 of the Confirmed Plan if they are found liable for the claims the Litigation Trust is seeking to be substituted as plaintiff.  As Holders of Allowed General Unsecured Claims, they would be entitled to full reimbursement of any

judgment levied against them by the Litigation Trustee arising from the adversary proceedings. Accordingly, the Litigation Trustee's pursuit of the claims against the Defendants would result in an unnecessary waste of resources on the part of the Estate, the parties involved and the Court.

WHEREFORE, the Defendants join in Timothy P. Knight's request that the Court deny the Litigation Trustee's February 20, 2013 Motion for an Omnibus Order.

Dated: March 7, 2013

COZEN O'CONNOR

_____

Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone:    (302) 295-2000
Facsimile:    (302) 295-2013

- and -

Michael Dockterman
Jonathan Young
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229
Telephone:    (312) 201-2000
Facsimile:    (312) 201-2555

*Counsel to Mark W. Hianik, Tom E. Ehlmann, Peter A. Knapp, and Betty Ellen Berlamino*