UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

Lesley Ann O'Lear, being duly sworn according to law, deposes and says that she is an employee of Delaware Claims Agency, LLC, and that on or before March 6, 2013, she caused a copy of the following documents to be served via first class U.S. mail and electronic transmission upon the parties referenced hereto on Exhibit A.

- **TIMOTHY P. KNIGHT'S RESPONSE IN OPPOSITION TO LITIGATION TRUSTEE'S MOTION FOR AN OMNIBUS ORDER: (I) AUTHORIZING SUBSTITUTION OF THE LITIGATION TRUSTEE AS PLAINTIFF IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE SUCH SUBSTITUTIONS; (II) MODIFYING THE STAY OF SUCH PROCEEDINGS; AND (III) EXTENDING THE TIME TO EFFECT SERVICE IN SUCH PROCEEDINGS** [Docket No. 13289]; and

- **TIMOTHY P. KNIGHT'S LIMITED RESPONSE TO THE MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION** [Docket No. 13290].

*/s/ Lesley Ann O'Lear*
LESLEY ANN O'LEAR

SWORN TO AND SUBSCRIBED before me this 7th day of March 2013.

_____
NOTARY PUBLIC

*[Notary Seal: JOSEPH L. KING, MY COMMISSION EXPIRES MARCH 14, 2015, NOTARY PUBLIC, STATE OF DELAWARE]*