EXHIBIT A

Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
cobb@lrclaw.com

J. Landon Ellis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
ellis@lrclaw.com

Jeffrey R. Drobish, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
drobish@lrclaw.com

James F. Conlan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jconlan@sidley.com

Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
klantry@sidley.com

Steven W. Robinson, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
steven.robinson@sidley.com

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
preilley@coleschotz.com