# A & B
## Photo & Print

218 N. Jefferson, LL # 2
Chicago, IL 60661

312-454-4554
FAX: 312-454-1630
www.a-bphoto.com
Custom Quality
Photos & Printing

February 28, 2013

United States Bankruptcy Court - Delaware District
Office of the Clerk
824 Market Street
Wilmington, DE  19801

**Re: Case No. 08-13141 (KJC) Chicago Tribune Company**
**Submission of Bar Date for Professional Fee Claim expenses:**

Our company required both accounting and legal assistance in working through the Tribune Company bankruptcy. We send this request, based on our allocation of the costs incurred. Our combined accounting and legal counsel is Clark, Shaffer, Hackett Co. in Dayton, OH. We pay them $2,000. yearly for their services. And part of this $2,000 yearly charge is directly attributable to our understanding and recovery of invoices for our products dating back to 2008.

Year  2009.......prep of invoices re-submitted for payment     $ 450.
Year  2010.......monitoring of statements and court filings         125.
Year  2011.......monitoring of statements and court filings         125.
Year  2012.......monitoring of court filings, discussions/options   200.
Also incurred: sending of documents, copies of invoices, etc.    _63._

**Requested reimbursement total.........$ 963.**

Attached check receipts show that tally $ 9,404.68 for our two companies that work and invoice together from this office. I am president for both companies.

We sincerely request this. Should you need further information, we can supply. Or please advise us if this needs to be submitted to another location. Thank you.

JOHN E. NESBITT

Blue Lynx Media, LLC
Tribune Co. Shared Service Center
2501 S. State Hwy 121 Bus, Suite 800B
Lewisville, TX 75067

Tribune Company
75 Remittance Dr #1870
Chicago, IL 60675-1870

```
90000 - K000003062 - 0000001558
           AM
      A&B PHOTO & PRINT
      218 N JEFFERSON
      STE LL NO.2
      CHICAGO, IL 60661
```

| PAYEE NAME | A&B PHOTO & PRINT   MA<br>218 N JEFFERSON   STE LL NO.2<br>CHICAGO, IL 60661 | | | PAYEE NUMBER:<br>CHECK NUMBER:<br>CHECK DATE: | K000003062<br>0000001558<br>12/31/2012 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| CLAIM 3123 | 12/31/2012 | K1013544 | $1,133.68 | 0.00 | $1,133.68 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| CLAIM 3122 | 12/31/2012 | K1000181 | $3,579.00 | 0.00 | $3,579.00 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| CLAIM 3122 | 12/31/2012 | K1000182 | $4,377.00 | 0.00 | $4,377.00 |

| TOTAL GROSS | TOTAL DISCOUNT | TOTAL NET |
|---|---|---|
| $4,377.00 | 0.00 | $4,377.00 |

**** DETACH AND RETAIN ABOVE PORTION FOR YOUR RECORDS ****

Blue Lynx Media, LLC
Tribune Co. Shared Service Center
2501 S. State Hwy 121 Bus, Suite 800B
Lewisville, TX 75067

Tribune Company
75 Remittance Dr #1870
Chicago, IL 60675-1870

90000 - K000003063 - 0000000203
PROMPT GRAPHICS CO MA
218 N JEFFERSON LL NO.2
CHICAGO, IL 60661-1121

PAYEE NAME
PROMPT GRAPHICS CO MA
218 N JEFFERSON LL NO.2
CHICAGO, IL 60661-1121

PAYEE NUMBER: K000003063
CHECK NUMBER: 0000000203
CHECK DATE: 12/31/2012

| INVOICE NUMBER | INVOICE DATE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| CLAIM 3124 | 12/31/2012 | K1000183 | $315.00 | 0.00 | $315.00 |

| TOTAL GROSS | TOTAL DISCOUNT | TOTAL NET |
|---|---|---|
| $315.00 | 0.00 | $315.00 |

**** DETACH AND RETAIN ABOVE PORTION FOR YOUR RECORDS ****