IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Related to Docket Nos. 12338** |

### CERTIFICATION OF COUNSEL WITH RESPECT TO PROPOSED ORDER APPROVING PROTOCOL GOVERNING RETENTION AND DISCOVERY OF DOCUMENTS HELD BY COURT-APPOINTED EXAMINER, KENNETH N. KLEE, ESQ.

The undersigned, counsel to Tribune Company and the other reorganized debtors (each a "Reorganized Debtor," and collectively the "Reorganized Debtors") in the above-captioned cases, hereby certify as follows:

1. On March 25, 2012, the Motion of Chandler Bigelow ("Bigelow") to Extend the Initial Retention Period for the Complete Examiner Record (the "Motion") (Docket No. 12338) was filed with the Court.

2. On September 13, 2012, the discharged Examiner, Kenneth N. Klee, Esq. (the "Examiner"), filed an objection to the Motion (the "Examiner Objection") (Docket No. 12413)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9323923v1

and, on September 27, 2012, the United States Trustee filed a response in support of the Examiner Objection (Docket No. 12474).

3. On September 28, 2012, the Debtors filed a statement of position concerning the Examiner Objection (Docket No. 12480).

4. On October 1, 2012, Mr. Bigelow filed a response to the Examiner Objection (Docket No. 12488).

5. A hearing on the Motion was held on October 4, 2012 and the Court took the matter under advisement. On February 26, 2013, the Court held a status conference (the "Status Conference") on the Motion. At the Status Conference, the Court granted the Motion and directed counsel to confer and agree on a proposed protocol governing retention and discovery of documents held by the Examiner in both the Tribune Chapter 11 case and in *In re: Tribune Company Fraudulent Conveyance Litigation*, 11 MD 2296 (WHP) (S.D.N.Y.) (the "Tribune MDL").

6. Counsel for the Reorganized Debtors, the Examiner, Mr. Bigelow, the Litigation Trustee and Aurelius Capital Management, LP (the "Parties") have conferred and reached agreement with respect to a protocol governing retention and discovery of documents held by the Examiner, as well as a proposed form of order approving the proposed protocol for the Court's consideration.

7. Attached hereto as Exhibit 1 is a proposed **Protocol Governing Retention And Discovery Of Documents Held By Court-Appointed Examiner, Kenneth N. Klee, Esq.** (the "Protocol"). Attached hereto as Exhibit 2 is a proposed **Order Approving Protocol Governing Retention And Discovery Of Documents Held By Court-Appointed Examiner, Kenneth N.**

46429/0001-9323923v1

**Klee, Esq.** (the "Proposed Order"). Attached hereto as Exhibit 3 is the **letter and proposed order being transmitted on this date to the District Court presiding over the Tribune MDL**.

8. The Parties respectfully request the Court enter the Proposed Order approving the Proposed Protocol.

Dated: March 8, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ [signature]
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

3