# EXHIBIT E

## Minutes of April 1, 2007 Meeting of Compensation & Organization Committee

## TRIBUNE COMPANY
## COMPENSATION & ORGANIZATION COMMITTEE MEETING
## APRIL 1, 2007

The Compensation & Organization Committee met at 9:45 p.m. Central time on Sunday, April 1, 2007, by conference telephone, pursuant to notice. The following committee members participated in the meeting: Jeffrey Chandler, Enrique Hernandez, Jr. and Robert S. Morrison. Dennis J. Fitzsimons, Donald C. Grenesko and Crane H. Kenney also participated in portions of the meeting.

Mr. Morrison acted as Chairman of the meeting. Messrs. FitzSimons, Grenesko and Kenney participated as the meeting was called to order. The meeting was convened to discuss a special cash bonus pool and phantom stock plan proposed by management in connection with, and conditioned upon consummation of, the proposed leveraged ESOP transaction (the "ESOP Transaction").

1. The Committee first considered special incentive awards comprised of (i) a cash bonus pool totaling $6.5 million to be awarded to approximately 32 management and other key employees who were critical to the strategic review process and (ii) the establishment of a 3% phantom stock pool in the surviving company to be awarded to approximately 17 members of senior management who were directly involved with the ESOP Transaction, such awards to be made, in each case, in respect of past and future services as employees of the Company (the "Special Incentive Awards").

2. The Committee next considered the establishment of a 5% phantom stock pool in the surviving company to be awarded to approximately 200 members of management and other key employees as a long term incentive, such awards to be made in respect of past and future services as employees of the Company (the "Management Equity Incentive Plan Awards").

3. Following discussion, the Committee approved the Special Incentive Awards and the Management Equity Incentive Plan Awards, substantially in accordance with the terms outlined in Exhibit A, respectively and, in each case, subject to such modifications as management shall reasonably determine in connection with the negotiation of the ESOP Transaction or otherwise, and adopted the following resolution:

> RESOLVED, that the Special Incentive Awards and the Management Equity Incentive Plan Awards and other matters contemplated thereby be, and they hereby are, approved as employment compensation or other employee benefit arrangements.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0414669

EX0663

There being no further business to come before the Committee, the meeting was adjourned at 10:00 p.m.

_____
Robert S. Morrison
Chairman

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0414670

EX0663.0002