## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of March, 2013, I caused a true and correct copy of the **Corrected Certain Former Tribune Executive's Objection to the Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings** to be served as indicated upon the following counsel.

**BY HAND DELIVERY**

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE 19801

Robert S. Brady, Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor LLP
1000 King Street
Wilmington, DE 19801

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Richard S. Cobb, Esq.
J. Landon Ellis, Esq.
Jeffrey R. Drobish, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Center
405 N. King Street
Wilmington, DE 19801

William D. Sullivan, Esq.
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

John H. Strock, III, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

David M. Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2201
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

Howard Seife, Esq.
David LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

James F. Conlan, Esq.
Kevin T. Lantry, Esq.
Steven W. Robinson, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
James A. McGuinness, Esq.
Hannafan & Hannafan, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL 60601

Anthony M. Saccullo, Esq.
Thomas H. Kovach, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

_____
Jeffrey C. Wisler (#2795)

#05046155