## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:                                          :

TRIBUNE COMPANY, *et al.*,                      :      Chapter 11
                                                :      Case No. 08-13141 (KJC)
          Debtors.                              :      (Jointly Administered)
                                                :
                                                :      Re: Docket No. 13274
                                                :      **Hearing Date: April 17, 2013 at 11:00 a.m.**
                                                :      **Objection Deadline: March 28, 2013 at 4:00 p.m.**
- - - - - - - - - - - - - - - - - - - - - - - - - x

### RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 1, 2013, Law Debenture Trust Company of New York ("Law Debenture") filed *Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)* [Docket No. 13274] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  You were previously served with a copy of the Motion

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 9.2 of the confirmed plan in these cases, objections or responses to the Motion, if any, are required to be filed on or before **March 28, 2013 at 4:00 p.m.** (the "Objection Deadline").  Any responses or objections to the Motion shall be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **April 17, 2013 at 11:00 a.m.** before the Honorable Kevin J. Carey, Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that redacted versions of exhibits E, F, G, and H of the Motion are served with this Re-Notice of Motion.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  March 8, 2013

BIFFERATO GENTILOTTI LLC

*/s/ Mary E. Augustine*
Garvan McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone: (302) 429-1900
Facsimile (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

-and-

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Attorneys for Law Debenture Trust Company of*
*New York, solely in its capacity as successor*
*Indenture Trustee for certain series of Senior Notes*

2