**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 8th day of March, 2013, I caused a copy of the foregoing *Re-Notice of Motion* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)