## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Hearing Date: March 14, 2013 at 2:30 p.m.**<br>**Related to Docket No. 13223** |

## NOTICE OF FILING OF AN AMENDED EXHIBIT A TO
## MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION
## OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE
## AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING
## PROCEDURES TO EVIDENCE THIS SUBSTITUTION

PLEASE TAKE NOTICE that, on February 25, 2013, the **Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution** (the "Motion") (Docket No. 13223) was filed with the Court. The Motion seeks, in part, entry of an order (i) authorizing the substitution of each applicable Reorganized Debtor or Reorganized Debtors as the plaintiff(s) in each of the Split Additional Adversaries[2] solely with respect to the Ordinary Litigation Claims as detailed on Exhibit A to the Motion by inserting the name(s) of each applicable Reorganized Debtor(s) as the plaintiff(s) into the caption of each of the Split Additional Adversaries in place of the Creditors' Committee solely with respect to the Ordinary Litigation Claims, as illustrated on Exhibit C to the Motion, and approving the filing of the Split Substitution Notice in the dockets of each Split Substitution Adversary to evidence such substitution.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

PLEASE TAKE FURTHER NOTICE that, attached hereto is an amended Exhibit A to the Motion, and a blackline reflecting the amendments to the exhibit originally filed with the Motion.  The amended Exhibit A incorporates a correction to the Reorganized Debtor plaintiffs proposed to be substituted for the Creditors Committee in adversary proceeding number 10-55956.

Dated:  March 12, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

JONES DAY
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

## EXHIBIT A

## ("SPLIT ADDITIONAL ADVERSARIES")

| Adversary Proceeding | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | | Total of Ordinary Litigation Claims | Subsidiary Reorganized Debtor to be Substituted in Addition to Tribune |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Restricted Stock Unit or Option Transfers | Deferred Compensation Transfers | Associated Excise Tax Transfers | | |
| 10-55677 | Amsden, Harry A. | $867,323.57 | $717,323.57 | $0.00 | $0.00 | $717,323.57 | Tribune Publishing Company, LLC |
| 10-55585 | Bigelow, Chandler | $1,645,445.81 | $880,645.35 | $0.00 | $54,975.91 | $935,621.26 | n/a |
| 10-55594 | FitzSimons, Dennis J. | $28,729,797.55 | $6,869,559.45 | $2,977,450.91 | $31,987.92 | $9,878,998.28 | n/a |
| 10-55745 | Gremillion, Robert J. | $1,735,638.63 | $1,485,638.63 | $0.00 | $0.00 | $1,485,638.63 | Tribune Publishing Company, LLC |
| 10-55596 | Grenesko, Donald C. | $13,841,931.09 | $2,699,025.89 | $1,537,542.01 | $13,655.42 | $4,250,223.32 | n/a |
| 10-55599 | Hianik, Mark W. | $809,019.04 | $634,019.04 | $0.00 | $0.00 | $634,019.04 | n/a |
| 10-55767 | Hiller, David Dean | $15,394,481.91 | $2,328,067.03 | $3,972,558.38 | $385,013.11 | $6,685,638.52 | Los Angeles Times Communications LLC |
| 10-55598 | Kazan, Daniel G. | $1,529,253.80 | $852,646.36 | $0.00 | $50,381.45 | $903,027.81 | n/a |
| 10-55600 | Kenney, Crane H. | $3,129,788.67 | $2,005,264.96 | $524,523.71 | $0.00 | $2,529,788.67 | n/a |
| 10-55956 | Knight, Timothy P. | $7,380,492.40 | $1,675,281.99 | $18,286.22 | $133,412.09 | $1,826,980.30 | Tribune 365, LLC[1] |
| 10-55794 | Landon, Timothy J. | $6,979,986.43 | $1,605,284.50 | $0.00 | $113,596.74 | $1,718,881.24 | n/a |
| 10-55601 | Leach, Thomas D. | $8,065,485.49 | $1,825,517.12 | $0.00 | $137,665.29 | $1,963,182.41 | n/a |
| 10-55603 | Lewin, Luis E. | $4,767,444.40 | $1,300,699.05 | $96,738.75 | $10,185.58 | $1,407,623.38 | n/a |
| 10-55604 | Mallory, R. Mark | $2,132,450.78 | $796,647.50 | $282,303.28 | $0.00 | $1,078,950.78 | n/a |
| 10-55797 | Malone, Richard H. | $1,787,690.66 | $587,690.66 | $0.00 | $0.00 | $587,690.66 | n/a |
| 10-55629 | Reardon, John E. | $10,163,663.98 | $2,005,264.96 | $334,132.06 | $151,662.62 | $2,491,059.64 | Tribune Broadcasting Company, LLC |
| 10-55637 | Smith, Scott C | $12,408,842.20 | $2,665,784.27 | $500,052.99 | $28,198.42 | $3,194,035.68 | Tribune Publishing Company, LLC |
| 10-55674 | Vitanovec, John J. | $7,513,207.72 | $1,181,038.87 | $1,296,095.15 | $85,907.57 | $2,563,041.59 | Tribune Broadcasting Company, LLC |
| 10-55676 | Waltz, Kathleen M. | $3,728,978.35 | $1,038,148.83 | $537,362.52 | $0.00 | $1,575,511.35 | Orlando Sentinel Communications Company, LLC |

[1] Tribune 365, LLC was formerly known as Tribune Media Net, Inc.

## <u>BLACKLINE EXHIBIT A</u>

### ("SPLIT ADDITIONAL ADVERSARIES")

| Adversary Proceeding | Insider Defendant | Complaint Amount Asserted | Ordinary Litigation Claim Amounts | | | Total of Ordinary Litigation Claims | Subsidiary Reorganized Debtor to be Substituted in Addition to Tribune |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Restricted Stock Unit or Option Transfers | Deferred Compensation Transfers | Associated Excise Tax Transfers | | |
| 10-55677 | Amsden, Harry A. | $867,323.57 | $717,323.57 | $0.00 | $0.00 | $717,323.57 | Tribune Publishing Company, LLC |
| 10-55585 | Bigelow, Chandler | $1,645,445.81 | $880,645.35 | $0.00 | $54,975.91 | $935,621.26 | n/a |
| 10-55594 | FitzSimons, Dennis J. | $28,729,797.55 | $6,869,559.45 | $2,977,450.91 | $31,987.92 | $9,878,998.28 | n/a |
| 10-55745 | Gremillion, Robert J. | $1,735,638.63 | $1,485,638.63 | $0.00 | $0.00 | $1,485,638.63 | Tribune Publishing Company, LLC |
| 10-55596 | Grenesko, Donald C. | $13,841,931.09 | $2,699,025.89 | $1,537,542.01 | $13,655.42 | $4,250,223.32 | n/a |
| 10-55599 | Hianik, Mark W. | $809,019.04 | $634,019.04 | $0.00 | $0.00 | $634,019.04 | n/a |
| 10-55767 | Hiller, David Dean | $15,394,481.91 | $2,328,067.03 | $3,972,558.38 | $385,013.11 | $6,685,638.52 | Los Angeles Times Communications LLC |
| 10-55598 | Kazan, Daniel G. | $1,529,253.80 | $852,646.36 | $0.00 | $50,381.45 | $903,027.81 | n/a |
| 10-55600 | Kenney, Crane H. | $3,129,788.67 | $2,005,264.96 | $524,523.71 | $0.00 | $2,529,788.67 | n/a |
| 10-55956 | Knight, Timothy P. | $7,380,492.40 | $1,675,281.99 | $18,286.22 | $133,412.09 | $1,826,980.30 | Tribune 365, LLC and Tribune ND, LLC[1] |
| 10-55794 | Landon, Timothy J. | $6,979,986.43 | $1,605,284.50 | $0.00 | $113,596.74 | $1,718,881.24 | n/a |
| 10-55601 | Leach, Thomas D. | $8,065,485.49 | $1,825,517.12 | $0.00 | $137,665.29 | $1,963,182.41 | n/a |
| 10-55603 | Lewin, Luis E. | $4,767,444.40 | $1,300,699.05 | $96,738.75 | $10,185.58 | $1,407,623.38 | n/a |
| 10-55604 | Mallory, R. Mark | $2,132,450.78 | $796,647.50 | $282,303.28 | $0.00 | $1,078,950.78 | n/a |
| 10-55797 | Malone, Richard H. | $1,787,690.66 | $587,690.66 | $0.00 | $0.00 | $587,690.66 | n/a |
| 10-55629 | Reardon, John E. | $10,163,663.98 | $2,005,264.96 | $334,132.06 | $151,662.62 | $2,491,059.64 | Tribune Broadcasting Company, LLC |
| 10-55637 | Smith, Scott C | $12,408,842.20 | $2,665,784.27 | $500,052.99 | $28,198.42 | $3,194,035.68 | Tribune Publishing Company, LLC |
| 10-55674 | Vitanovec, John J. | $7,513,207.72 | $1,181,038.87 | $1,296,095.15 | $85,907.57 | $2,563,041.59 | Tribune Broadcasting Company, LLC |
| 10-55676 | Waltz, Kathleen M. | $3,728,978.35 | $1,038,148.83 | $537,362.52 | $0.00 | $1,575,511.35 | Orlando Sentinel Communications Company, LLC |

[1] Tribune 365, LLC was formerly known as Tribune Media Net, Inc.