IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>Related to Docket Nos. 13048, 13132, and 13185 |

### CERTIFICATION OF COUNSEL REGARDING ORDER PARTIALLY SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS AS IT RELATES TO CLAIM NO. 3228 OF EDWIN M. FOARD III

The undersigned, counsel to the reorganized debtors and debtors in possession in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1. On January 14, 2013, the Reorganized Debtors filed the *Omnibus Objection to Claims (Debtors Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 507(a)(4) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1)* (Docket No. 13048) (the "Objection") with the Court.

2. Among the claims identified on Exhibit A to the Objection was the claim filed by Edwin M. Foard III against The Baltimore Sun Company in the amount of $279,273.48, which

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

was assigned Claim No. 3228 by the Bankruptcy Court-appointed claims agent, Epiq Bankruptcy Solutions, LLC (the "Claims Agent").

3. Prior to the deadline established for the filing of responses to the Objection, Mr. Foard filed a response to the Objection (Docket No. 13132).

4. On February 12, 2013, the Court entered an *Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims* (Docket No. 13185), which sustained the Objection except as to Claim No. 3228.

5. Following subsequent discussions between the parties, Mr. Foard and counsel to the Reorganized Debtors consensually resolved the Objection. The resolution is embodied in the proposed *Order Partially Sustaining Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims As it Relates to Claim No. 3228 of Edwin M. Foard* (the "Proposed Order"), which is attached hereto as Exhibit A. As set forth in the Proposed Order, Mr. Foard and counsel to the Reorganized Debtors have agreed that Claim No. 3228 should be modified and allowed in the aggregate amount of $146,374.07 against The Baltimore Sun Company, with $133,903.00 of such amount arising on account of pension benefits and $12,471.07 of such amount arising on account of salary continuation payments.

6. The Reorganized Debtors respectfully request the Court enter the Proposed Order, which sustains the Objection as set forth therein.

Dated: March 12, 2013

                SIDLEY AUSTIN LLP
                James F. Conlan
                Bryan Krakauer
                One South Dearborn Street
                Chicago, IL 60603
                Telephone: (312) 853-7000

              -and-

JONES DAY
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS