**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>**Related to Docket Nos. 13223, 13290 and 13308** |
|---|---|

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR AN OMNIBUS ORDER AUTHORIZING THE SUBSTITUTION OF THE REORGANIZED DEBTORS IN PLACE OF THE CREDITORS' COMMITTEE AS PLAINTIFFS IN CERTAIN ADVERSARY PROCEEDINGS AND APPROVING PROCEDURES TO EVIDENCE THIS SUBSTITUTION**

The undersigned, counsel to the reorganized debtors and debtors in possession in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1. On February 25, 2013, the Reorganized Debtors filed their *Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution* ("Additional Substitution Motion") [Docket No. 13223].

2. Among the adversary proceedings identified on Exhibit A to the Additional Substitution Motion was the adversary proceeding currently pending against Timothy Knight.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3. Prior to the deadline established for the filing of objections to the Additional Substitution Motion, counsel to Mr. Knight filed the *Limited Response to the Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution Filed* ("Limited Response") [Docket No. 13290].

4. Following discussions between the parties, counsel to Mr. Knight and counsel to the Reorganized Debtors consensually resolved the concerns expressed in the Limited Response by the filing of a revised and corrected Exhibit A ("Revised Exhibit A") to the Additional Substitution Motion [Docket No. 13308].

5. The undersigned certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

6. Attached hereto as Exhibit 1 is a revised proposed order approving the Motion (the "Revised Proposed Order"). The Revised Proposed Order contains (i) the docket numbers of the related pleadings in the caption, and (ii) Revised Exhibit A. No other changes have been made to the proposed order that was filed with the Motion.

7. The Reorganized Debtors respectfully request the Court enter the Revised Proposed Order.

Dated: March 12, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

JONES DAY
Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS