**EXHIBIT 2**

**Blackline**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## ORDER AUTHORIZING THE REORGANIZED DEBTORS TO (I) LIQUIDATE AND ALLOW THE CLAIMS OF CERTAIN RETIREES IN ACCORDANCE WITH THE FORMULAS AND PRINCIPLES SET FORTH IN THE RETIREE CLAIMANT SETTLEMENT AGREEMENT INCORPORATED INTO THE CONFIRMED PLAN AND (II) OTHERWISE ADJUST SUCH CLAIMS AS NECESSARY TO CONFORM TO THE DEBTORS' RECORDS

Upon consideration of the Motion for an Order Authorizing the Reorganized Debtors to

(I) Liquidate and Allow the Claims of Certain Retirees in Accordance with the Formulas and

Principles set forth in the Retiree Claimant Settlement Agreement Incorporated into the

Confirmed Plan and (II) Otherwise Adjust Such Claims as Necessary to Conform to the Debtors'

Records (the "Motion");[2] and upon consideration of the Whittman Declaration; and upon

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used and not otherwise defined shall have the meaning ascribed to them in the Motion.

consideration of the Certification of Counsel Regarding Order Authorizing the Reorganized Debtors to (I) Liquidate and Allow the Claims of Certain Retirees in Accordance with the Formulas and Principles set forth in the Retiree Claimant Settlement Agreement Incorporated into the Confirmed Plan and (II) Otherwise Adjust Such Claims as Necessary to Conform to the Debtors' Records; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Motion having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as modified herein; and it is further

ORDERED that each of the Modified Amount Claims is hereby fixed and allowed in the applicable amount listed under the column heading "Modified Amount" on Exhibit A hereto;[3] and it is further

ORDERED that each of the Modified Amount, Modified Priority Claims is hereby fixed and allowed in the applicable amount listed under the column heading "Modified Claim Amount" on Exhibit B hereto and modified to the applicable priority status indicated under the column heading "Modified Priority Status" on Exhibit B hereto; and it is further

ORDERED that each of the Modified Amount, Modified Priority, Modified Debtor Claims is hereby fixed and allowed in the applicable amount listed under the column heading "Modified Amount" on Exhibit C hereto, the priority of each such claim is hereby modified to the applicable priority status indicated under the column heading "Modified Priority Status" on Exhibit C hereto, and each of such claims is hereby reassigned to the applicable

---

[3]    Certain of the Debtors listed on Exhibit A through Exhibit H have undertaken Restructuring Transactions (as described in Plan), pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies.

Debtor specified under the column heading "Modified Debtor" on Exhibit C hereto; and it is further

ORDERED that each of the Modified Amount, Modified Debtor Claims is hereby fixed and allowed in the applicable amount listed under the column heading "Modified ~~Claim~~ Amount" on Exhibit D hereto and each of such claims is hereby reassigned to the applicable Debtor specified under the column heading "Modified Debtor" on Exhibit D hereto; and it is further

ORDERED that the Modified Amount, Reclassified Claim is hereby fixed and allowed in the amount listed under the column heading "Modified ~~Claim~~ Amount" on Exhibit E hereto and reclassified to the class specified under the column heading "Modified Class" on Exhibit E hereto; and it is further

ORDERED that the Modified Amount, Reclassified, Modified Debtor Claim is hereby fixed and allowed in the amount listed under the column heading "Modified Amount" on Exhibit F hereto, reclassified to the class specified under the column heading "Modified Class" on Exhibit F hereto, and reassigned to the Debtor specified under the column heading "Modified Debtor" on Exhibit F hereto; and it is further

ORDERED that the Modified Amount, Reclassified, Modified Debtor, Modified Priority Claim is hereby fixed and allowed in the amount listed under the column heading "Modified Amount" on Exhibit G hereto, reclassified to the class specified under the column heading "Modified Class" on Exhibit G hereto, reassigned to the Debtor specified under the column heading "Modified Debtor" on Exhibit G hereto, and modified to the priority status indicated under the column heading "Modified Priority Status" on Exhibit G hereto; and it is further

ORDERED that each of the Modified Priority Claims is hereby modified to the priority status indicated under the column heading "Modified Priority Status" on Exhibit H hereto; and it is further

ORDERED that the portion of each Similar Retiree Claim in excess of the allowed amount of such claim as set forth on the applicable Exhibit hereto is hereby disallowed; and it is further

ORDERED that, to the extent applicable but not satisfied in the Motion, the requirements set forth in Bankruptcy Rule 3007 and Local Rules 1009-2 and 3007-1 are hereby waived; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated:  __March____, 2013
        Wilmington, Delaware

_____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

4

# EXHIBIT A

## Modified Amount Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|------|---------|--------|-------|--------|-----------------|
| 1 | ALBERT, DONALD R. | 141000460 | Tribune Company | Unsecured | $4,005.00* | $5,201.46 |
| 2 | AUTRY, JACQUELINE | 2546 | KTLA Inc. | Unsecured | Undetermined* | $1,311,678.94 |
| 3 | BANKSON, JACK | 3083 | KTLA Inc. | Unsecured | $108,136.62 | $138,955.82 |
| 4 | BENTON, JOSEPH | 1633 | The Baltimore Sun Company | Unsecured | Undetermined* | $253,241.55 |
| 5 | BING, PETER | 141001730 | Tribune Company | Unsecured | $120,245.00* | $135,030.81 |
| 6 | BOLTON,PERRY J | 6458 | The Baltimore Sun Company | Unsecured | $80,000.00 | $319,755.22 |
| 7 | BOWINGS, ROBERT L. | 1704 | The Baltimore Sun Company | Unsecured | $150,314.86 | $202,311.38 |
| 8 | BRUMBACK, CHARLES | 141002100 | Tribune Company | Unsecured | $336,711.61* | $436,851.92 |
| 9 | CALLENDER, HELEN C | 209008540 | The Baltimore Sun Company | Unsecured | $2,543.05* | $2,672.08 |
| 10 | CASSARA, ANTHONY | 2743 | KTLA Inc. | Unsecured | $670,920.47 | $913,436.60 |
| 11 | CHIDSEY,MARY | 185026320 | Los Angeles Times Communications LLC | Unsecured | $22,261.11* | $23,844.41 |
| 12 | CLARIDGE, JOAN | 209010630 | The Baltimore Sun Company | Unsecured | $19,112.58* | $19,576.81 |
| 13 | CLARK,MARYELLEN | 185029810 | Los Angeles Times Communications LLC | Unsecured | $201,209.31* | $226,045.31 |
| 14 | CLENDENIN, MICHAEL | 2353 | WPIX, Inc.  † | Unsecured | $6,235.00 | $8,174.48 |
| 15 | COLOSIMO, ANTHONY C. | 141003350 | Tribune Company | Unsecured | $903.00* | $1,223.07 |
| 16 | COOK, STANTON | 5788 | Tribune Company | Unsecured | $1,225,000.00 | $1,071,116.03 |
| 17 | CZARK, RICHARD | 2210 | Tribune Company | Unsecured | $45,778.23* | $41,884.41 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

Page 1 of 4

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 18 | DEYOUNG,BRUCE | 141004300 | WPIX, Inc. | Unsecured | $64,229.00* | $82,884.74 |
| 19 | DISCH, JAMES | 157000380 | Chicagoland Television News, Inc. | Unsecured | $8,472.86* | $9,223.37 |
| 20 | ENGELMANN, THOMAS J | 2089 | The Baltimore Sun Company | Unsecured | $57,455.54 | $76,692.86 |
| 21 | FOWLER, RUTH H | 2254 | The Baltimore Sun Company | Unsecured | $22,328.80 | $23,234.73 |
| 22 | FRANCO, JOHN J. | 141005520 | Tribune Company | Unsecured | $19,812.00* | $26,467.93 |
| 23 | FREED, DONNA | 141005560 | Tribune Company | Unsecured | $12,521.00* | $22,521.08 |
| 24 | FURGURSON, ERNEST | 209019150 | The Baltimore Sun Company | Unsecured | $182,820.82* | $237,502.97 |
| 25 | GILMORE, GUY | 141005890 | Tribune Company | Unsecured | $12,777.00* | $22,736.67 |
| 26 | GRIDER,SHIRLEY | 185059340 | Los Angeles Times Communications LLC | Unsecured | $28,793.48* | $30,656.67 |
| 27 | HILL, BONNIE G. | 141006770 | Tribune Company | Unsecured | $29,597.00* | $37,262.06 |
| 28 | HOLDEN, BETSY | 141006850 | Tribune Company | Unsecured | $349,277.21 | $364,004.27 |
| 29 | HYLAND-SAVAGE,GAIL R. | 5875 | Tribune Company | Unsecured | $5,779.00 | $6,077.85 |
| 30 | JAMES, WINFIELD H. | 141007520 | Tribune Company | Unsecured | $198,148.00* | $226,507.53 |
| 31 | KARCH,HELEN | 185083670 | Los Angeles Times Communications LLC | Unsecured | $24,368.60* | $26,618.03 |
| 32 | KAVANAUGH, ROBERT H | 4668 | The Baltimore Sun Company | Unsecured | $300,000.00 | $152,605.45 |
| 33 | KELLER, JULIA E | 6332 | The Baltimore Sun Company | Unsecured | Undetermined* | $2,740.98 |
| 34 | MC CRORY, JOHN J | 5302 | Tribune Company | Unsecured | $248,000.00 | $277,894.31 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

Page 2 of 4

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 35 | MCCUTCHEON, RAYMOND J | 141009420 | Tribune Company | Unsecured | $57,175.00* | $106,372.29 |
| 36 | MOONEY,RICHARD | 211033040 | The Hartford Courant Company | Unsecured | $13,303.48* | $17,222.28 |
| 37 | MURPHY, KEVIN | 3507 | WGN Continental Broadcasting Company | Unsecured | $20,700.00 | $19,166.66 |
| 38 | NELSON, ROBERT | 141010700 | Tribune Company | Unsecured | $73,439.00* | $93,889.21 |
| 39 | NOGALES, LUIS | 183002560 | KTLA Inc. | Unsecured | $15,424.23* | $20,716.80 |
| 40 | PATTON, DONALD | 3599 | KTLA Inc. | Unsecured | $214,750.91 | $235,095.56 |
| 41 | PEPER, GEORGE F. | 3010 | Tribune Company | Unsecured | $102,842.00 | $161,268.42 |
| 42 | QUINN, MEREDITH | 3607 | WPIX, Inc. † | Unsecured | $23,460.00 | $26,291.25 |
| 43 | RIES, MARCIA | 2726 | KTLA Inc. | Unsecured | Undetermined* | $55,699.49 |
| 44 | ROHRBACH, JEANNE | 6450 | WPIX, Inc. | Unsecured | $37,509.00 | $40,466.44 |
| 45 | ROLLERI, WILLIAM | 6449 | WPIX, Inc. | Unsecured | $35,400.00 | $30,070.88 |
| 46 | SCHULZ, DIANA | 141014520 | Tribune Company | Unsecured | $101,166.51 | $105,432.13 |
| 47 | SCHULZ, PAUL | 141014530 | Tribune Company | Unsecured | $101,166.51 | $105,432.13 |
| 48 | SCHURRLEVIN, CAROLYN | 141014540 | Tribune Company | Unsecured | $608.00* | $639.09 |
| 49 | SETTLES JR, JACK ROSS | 141014690 | Tribune Company | Unsecured | $850.00* | $894.41 |
| 50 | SHAW, JACQUELINE | 1045 | KTLA Inc. | Unsecured | $51,821.45 | $53,308.77 |
| 51 | SPENCER, GILMAN | 3451 | WPIX, Inc. † | Unsecured | $111,262.00 | $143,701.66 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 52 | STERNE, JOSEPH | 141015310 | Tribune Company | Unsecured | $10,904.44 | $11,364.22 |
| 53 | STOGSDILL, CAROLANN | 141015320 | Tribune Company | Unsecured | $18,610.00* | $27,119.95 |
| 54 | SUKLE, TIMOTHY A. | 141015380 | Tribune Company | Unsecured | $182.00* | $191.55 |
| 55 | THOMSON, JEAN | 3182 | Tribune Company | Unsecured | $54,666.00 | $61,014.63 |
| 56 | TOLAND JAMES | 185156780 | Los Angeles Times Communications LLC | Unsecured | $6,428.86* | $8,277.61 |
| 57 | TRYHANE, GERALD | 141016150 | Tribune Company | Unsecured | $16,412.00* | $17,259.66 |
| 58 | VANTINE, MARK A. | 141016440 | Tribune Company | Unsecured | $15,416.00* | $16,212.58 |
| 59 | WILLS, JOHN | 141017180 | Tribune Company | Unsecured | $494,949.74 | $515,818.99 |
| 60 | WITTMAN, JOHN W | 2159 | The Baltimore Sun Company | Unsecured | $15,540.92 | $20,051.30 |
| 61 | WOOD, BARBARA | 141017350 | Tribune Company | Unsecured | $25,488.49* | $25,488.49 |
| 62 | XANDERS, JULIE | 4603 | Tribune Company | Unsecured | $9,815.00 | $20,516.64 |
| 63 | ZEPPETELLO, MICHELLE | 141017660 | Tribune Company | Unsecured | $232,913.17 | $242,733.81 |
| | | | | TOTAL | $6,419,960.86 | $8,918,348.70 |

\* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

Page 4 of 4

# EXHIBIT B

**Modified Amount, Modified Priority Claim**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BIRDWELL, JERRELL | 4417 | KTLA Inc. | Priority | $235,265.18 | Unsecured | $104,774.73130.1000.77 |
| 2 | COLLINS, KEVIN P. | 2451 | Tribune Company | Priority | $14,494.00 | Unsecured | $15,242.17 |
| 3 | LICHTMAN, RONALD | 2718 | Tribune Company | Priority | $29,673.00 | Unsecured | $39,706.10 |
| 4 | REID, WALTON | 2661 | KTLA Inc. | Priority | $0.00 | Unsecured | $105,424.01 |
| | | | | Unsecured | $80,608.04 | | |
| | | | | Subtotal | $80,608.04 | | |
| 5 | REYNOLDS, JANE | 3693 | KTLA Inc. | Priority | $8,713.31* | Unsecured | $494,890.54 |
| 6 | SCHRETER, MICHAEL | 3590 | KTLA Inc. | Priority | $343,397.38 | Unsecured | $299,163.66 |
| | | | | TOTAL | $712,150.91 | TOTAL | $1,059,201.231.084,427.25 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

## EXHIBIT C

**Modified Amount, Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY,
MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRIORITY STATUS | AMOUNT | DEBTOR | | PRIORITY STATUS | AMOUNT | |
| 1 | GILMARTIN, JOHN | 6311 | Tribune Company | Priority | $436.00 | WPIX, Inc. | | Unsecured | $557.37 | |
| | | | | Unsecured | $436.00 | | | | | |
| | | | | Subtotal | $872.00 | | | | | |
| 2 | SPONSELLER, MYRA | 3402 | No Debtor Asserted | Priority | $502.58* | KTLA Inc. | | Unsecured | $130,033.57 | |
| | | | | TOTAL | $1,374.58 | | | TOTAL | $130,590.94 | |

* – Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT D

## Modified Amount, Modified Debtor

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT D – MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BRINK, JENNY L. | 5898 | Tribune Company | Unsecured | Undetermined* | WPIX, Inc. | $70,409.02 |
| 2 | GOLD, LOUIS | 2411 | Tribune Company | Unsecured | $73,207.00 | WPIX, Inc. | $87,535.14 |
| 3 | GOLDENBERG, BARRY | 4294 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $302,105.29 |
| 4 | GOLDENBERG, MARIE | 4293 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $294,279.24 |
| 5 | INBORNONE, JOSEPH | 1296 | No Debtor Asserted | Unsecured | Undetermined* | Tribune Company | $46,761.62 |
| 6 | KAMMERAAD-DECKER,SHARON | 152034860 | Chicago Tribune Company | Unsecured | $94,288.35* | Tribune Company | $100,638.42 |
| 7 | POPE(PASCALE), MARTHA | 3659 | Tribune New York Newspaper Holdings, LLC | Unsecured | $90,618.86 | Tribune Broadcasting Company | $97,763.67 |
| 8 | QUAAL,WARD | 252004400 | WGN Continental Broadcasting Company | Unsecured | $181,033.90* | Tribune Broadcasting Company | $207,748.40 |
| 9 | RHEIN, ESTHER | 4292 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $379,069.44 |
| 10 | SHELDON, EDWARD M | 1587 | Tribune Media Net, Inc. | Unsecured | $5,850.00 | Chicago Tribune Company | $6,072.51 |
| | | | | TOTAL | $1,494,998.11 | TOTAL | $1,592,382.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

## EXHIBIT E

## Modified Amount, Reclassified Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT E – MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | FRANZESE, PHILIP C. | 2872 | Star Community Publishing Group, LLC | Secured | $218,750.25 | Unsecured | $199,974.99 |
| | | | TOTAL | | $218,750.25 | TOTAL | $199,974.99 |

# EXHIBIT F

## Modified Amount, Reclassified, Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT F – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | | | | MODIFIED |
| | | | | CLASS | AMOUNT | DEBTOR | CLASS | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALIANESE, ANTHONY J. | 1650 | Tribune Company | Secured | $143,055.00 | WPIX, Inc. | Unsecured | | $70,964.29 |
| | | | | TOTAL | $143,055.00 | | TOTAL | | $70,964.29 |

## EXHIBIT G

**Modified Amount, Reclassified, Modified Debtor, Modified Priority Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT G – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS/CLASS | | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS/CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | O'NEILL, MICHAEL | 2937 | Tribune Company | Priority | | $118,284.00 | WPIX, Inc. | Unsecured | $148,364.68 |
| | | | | Secured | | $118,284.00 | | | |
| | | | | Subtotal | | $236,568.00 | | | |
| | | | | | TOTAL | $236,568.00 | | TOTAL | $148,364.68 |

# EXHIBIT H

## Modified Priority Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT H – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | CASTELLUZZO, RENEE | 2588 | Tribune Company | Priority | $191.75 | Unsecured | $191.75 |
| 2 | ZERWEKH, JAMES D | 6083 | Tribune Company | Priority | $453.59 | Unsecured | $453.59 |
| | | | | TOTAL | $645.34 | TOTAL | $645.34 |