## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MARCH 14, 2013 AT 2:30 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## RESOLVED MATTERS

1.  Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections
    502(b) and 507(a)(4) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
    Local Rule 3007-1 (Filed January 14, 2013) (Docket No. 13048)

    Response Deadline:  February 6, 2013 at 4:00 p.m.
    On consent of the parties, the Debtors' Reply Deadline was extended to March 6, 2013.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last
four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community
News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237);
Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral
Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC
(6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404);
KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music
Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel
Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC
(6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC
(7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music
Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569);
Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting
Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment
Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media
Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune
Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN
Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040);
WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed
above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Responses Received:

    (a)    Edwin M. Foard III's Response to Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims (Filed January 31, 2013) (Docket No. 13132)

Related Documents:

    (a)    Order Sustaining Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 507(a)(4) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 12, 2013) (Docket No. 13185)

    (b)    Certification of Counsel Regarding Order Partially Sustaining Debtors Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3228 of Edwin M. Foard III (Filed March 12, 2013) (Docket No. 13309)

Status:    The Court entered an Order Sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection.  The hearing on the Objection as is relates to the claim of Edwin M. Foard III was adjourned from the February 13, 2013 hearing.  The Reorganized Debtors and Mr. Foard have resolved the Objection as it relates to the claim of Edwin M. Foard III and have filed a proposed order with the Court.  This matter will not be going forward.

## CONTINUED/ADJOURNED MATTERS

2.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Response Deadline:  December 8, 2009 at 4:00 p.m.
Responses Received:

    (a)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (b)    Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c)    Informal Response received from GE Capital Fleet Services

46429/0001-9216630v1

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

    (b)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

    (c)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

    (d)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as it Relates to Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker. The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver. The hearing on the claims of GE Capital Fleet Services and Robby S. Wells is continued to the April 17, 2013 hearing. This matter will not be going forward.

3.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline: May 11, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

    (b)    Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

    (c)    Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

    (d)    Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

    (b)    Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

    (c)    Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Entered October 28, 2010) (Docket No. 6158)

    (d)    Order Approving Stipulation Between Certain of the Debtors and Oracle Corporation Oracle America, Inc., as Successor-By-Merger to Sun Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claims of Oracle and (II) Allowance of Certain Prepetition Claims of Oracle (Entered November 23, 2010) (Docket No. 6593)

    (e)    Order Partially Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claim of Terry Godbey (Entered May 25, 2011) (Docket No. 8988)

    (f)    Order Regarding Submission of Documents with Respect to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Entered September 14, 2011) (Docket No. 9773)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc. and Claim No. 3672 of Terry Godbey. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The Court is adjudicating the Objection to the claim of Maureen Dombeck based on certain submissions as identified in Docket No. 9773. The hearing on the claims of Marbury von Briesen and Herbert Eye is continued to the April 17, 2013 hearing. This matter will not be going forward.

46429/0001-9216630v1

4.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received:

      (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Related Documents:

      (a)    Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

      (b)    Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC.  The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court.  This matter will not be going forward.

5.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline:  March 15, 2011 at 4:00 p.m.

Responses Received:

      (a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

      (b)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

46429/0001-9216630v1

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

    (b)    Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

    (c)    Order Approving Stipulation Between Los Angeles Times Communications LLC and Software AG, Inc. Regarding Resolution of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 5283 (Entered July 30, 2012) (Docket No. 12129)

    (d)    Order Sustaining the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to Claim No. 5335 (Entered December 10, 2012) (Docket No. 12822)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283.  The hearing on Claim No. 6601 of Carol Walker is continued to the April 17, 2013 hearing.  This matter will not be going forward.

6.    KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed December 11, 2012) (Docket No. 12832)

Response Deadline:  January 4, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended to 4:00 p.m. on February 7, 2013 for Marta Waller.

Responses Received:

    (a)    Marta Waller's (I) Response to KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 and (II) Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (Filed February 7, 2013) (Docket No. 13173)

46429/0001-9216630v1

Status:        This matter is adjourned to the April 17, 2013 hearing.  This matter will
               not be going forward.

7.      Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 (Filed December 17, 2012) (Docket No. 12854)

        Response Deadline:  January 9, 2013 at 4:00 p.m.
        On consent of the parties, the Objection Deadline was extended to 5:00 p.m. on
        January 11, 2013 for Cawley Chicago Portfolio, LLC and Majestic Realty Co. and Yorba
        Linda Sub, LLC.

        Responses Received:  None.

        Related Documents:

               (a)      Notice of Submission of Proofs of Claim Regarding Debtors' Sixty-Third
                        Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of
                        the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 (Filed January 2, 2013) (Docket No. 12945)

        Status:        The Reorganized Debtors and the remaining claimants affected by this
                       Objection have resolved the Objection in principle as it relates to the
                       claims of Cawley Chicago Portfolio, LLC and Majestic Realty Co. and
                       Yorba Linda Sub, LLC.  This matter will not be going forward.

8.      Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved
        Settlement Agreement with the Franchise Tax Board of the State of California,
        (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and
        (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court
        Order (Filed January 25, 2013) (Docket No. 13108)

        Objection Deadline:  February 6, 2013 at 4:00 p.m.
        On consent of the parties, the Objection Deadline is extended to 4:00 p.m. on May 15,
        2013 for the Franchise Tax Board of the State of California.

        Responses Received:  None.

        Status:        This matter is adjourned to the May 22, 2013 hearing.  This matter will not
                       be going forward.

46429/0001-9216630v1

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

9.    Application of Ajalat, Polley, Ayoob & Matarese, a Partnership Including Professional Corporations, for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to Los Angeles Times Communications LLC for Certain Property Tax Matters During the Period from May 1, 2012 through September 30, 2012 (Filed January 29, 2013) (Docket No. 13118)

Objection Deadline:  February 19, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 13118 (Filed February 21, 2013) (Docket No. 13213)

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

10.    Motion for an Order Authorizing the Reorganized Debtors to (I) Liquidate and Allow the Claims of Certain Retirees in Accordance with the Formulas and Principles Set Forth in the Retiree Claimant Settlement Agreement Incorporated Into the Confirmed Plan and (II) Otherwise Adjust Such Claims as Necessary to Conform to the Debtors' Records (Filed February 11, 2013) (Docket No. 13183)

Objection Deadline:  March 6, 2013 at 4:00 p.m.

Responses Received:

(a)    Objection by Jerrell Birdwell to Reclassification of his Claim and to Assumption Used in Calculating the Liquidated Retirement Amount (Filed March 5, 2013 (Docket No. 13286)

Related Documents:

(a)    Certification of Counsel Regarding Motion for an Order Authorizing the Reorganized Debtors to (I) Liquidate and Allow the Claims of Certain Retirees in Accordance with the Formulas and Principles Set Forth in the Retiree Claimant Settlement Agreement Incorporated Into the Confirmed Plan and (II) Otherwise Adjust Such Claims as Necessary to Conform to the Debtors' Records (Filed March 12, 2013) (Docket No. 13311)

Status:    The parties resolved the objection filed by Mr. Birdwell.  A revised proposed order, together with a Certification of Counsel, has been filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

46429/0001-9216630v1

11.     Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Filed February 25, 2013) (Docket No. 13223)

Objection Deadline:  March 6, 2013 at 4:00 p.m.

Responses Received:

    (a)     Timothy P. Knight's Limited Response to the Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Filed March 6, 2013) (Docket No. 13290)

Related Documents:

    (a)     Order Shortening Notice with Respect to Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Entered February 26, 2013) (Docket No. 13227)

    (b)     Notice of Hearing on Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence this Substitution (Filed February 26, 2013) (Docket No. 13229)

    (c)     Notice of Filing of an Amended Exhibit A to Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence This Substitution (Filed March 12, 2013) (Docket No. 13308)

    (d)     Certification of Counsel Regarding Motion for an Omnibus Order Authorizing the Substitution of the Reorganized Debtors in Place of the Creditors' Committee as Plaintiffs in Certain Adversary Proceedings and Approving Procedures to Evidence This Substitution (Filed March 12, 2013) (Docket No. 13310)

Status:     The parties resolved the limited response filed by Mr. Knight.  A revised proposed order, together with a Certification of Counsel, has been filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

46429/0001-9216630v1

## MATTERS GOING FORWARD

12.     Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the
        Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving
        Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings;
        and (III) Extending the Time to Effect Service in Such Proceedings (Filed February 20,
        2013) (Docket No. 13210)

        Objection Deadline:  March 6, 2013 at 4:00 p.m.

        Responses Received:

            (a)     Timothy P. Knight's Response in Opposition to Litigation Trustee's
                    Motion for an Omnibus Order: (I) Authorizing Substitution of the
                    Litigation Trustee as Plaintiff in Certain Adversary Proceedings and
                    Approving Procedures to Evidence Such Substitutions; (II) Modifying the
                    Stay of Such Proceedings; and (III) Extending the Time to Effect Service
                    in Such Proceedings (Filed March 6, 2013) (Docket No. 13289)

            (b)     Certain Former Tribune Executives' Objection to the Litigation Trustee's
                    Motion for an Omnibus Order: (I) Authorizing Substitution of the
                    Litigation Trustee as Plaintiff in Certain Adversary Proceedings and
                    Approving Procedures to Evidence Such Substitutions; (II) Modifying the
                    Stay of Such Proceedings; and (III) Extending the Time to Effect Service
                    in Such Proceedings (Filed March 6, 2013) (Docket No. 13291)

            (c)     Certain Former Subsidiary Directors and Officers' Joinder to Timothy P.
                    Knight's Response in Opposition to Litigation Trustee's Motion for an
                    Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as
                    Plaintiff in Certain Adversary Proceedings and Approving Procedures to
                    Evidence Such Substitutions; (II) Modifying the Stay of Such
                    Proceedings; and (III) Extending the Time to Effect Service in Such
                    Proceedings (Filed March 6, 2013) (Docket No. 13293)

            (d)     Joinder of David P. Murphy and James L. Ellis to Certain Objections to
                    the Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing
                    Substitution of the Litigation Trustee as Plaintiff in Certain Adversary
                    Proceedings and Approving Procedures to Evidence Such Substitutions;
                    (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time
                    to Effect Service in Such Proceedings (Filed March 6, 2013) (Docket No.
                    13294)

46429/0001-9216630v1

    (e)       Joinder of Betty Ellen Berlamino, Tom E. Ehlmann, Mark W. Hianik, Peter A. Knapp to Timothy P. Knight's Response in Opposition to Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings (Filed March 7, 2013) (Docket No. 13297)

    (f)       Corrected Certain Former Tribune Executives' Objection to the Litigation Trustee's Motion for an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings (Filed March 8, 2013) (Docket No. 13301)

Related Documents:

    (a)       Notice of Amended Exhibit to Motion to Authorize Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings (Filed February 26, 2013) (Docket No. 13228)

    (b)       Litigation Trustee's Reply in Further Support of an Omnibus Order: (I) Authorizing Substitution of the Litigation Trustee as Plaintiff in Certain Adversary Proceedings and Approving Procedures to Evidence Such Substitutions; (II) Modifying the Stay of Such Proceedings; and (III) Extending the Time to Effect Service in Such Proceedings (Filed March 11, 2013) (Docket No. 13307)

Status:       This matter will be going forward.

Dated:  March 12, 2013

                                SIDLEY AUSTIN LLP
                                James F. Conlan
                                Bryan Krakauer
                                Kevin T. Lantry
                                One South Dearborn Street
                                Chicago, IL  60603
                                Telephone:  (312) 853-7000

                                -and-

46429/0001-9216630v1

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:   _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9216630v1