# EXHIBIT A

## Modified Amount Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|------|---------|--------|---------------|--------|-----------------|
| 1 | ALBERT, DONALD R. | 141000460 | Tribune Company | Unsecured | $4,005.00* | $5,201.46 |
| 2 | AUTRY, JACQUELINE | 2546 | KTLA Inc. | Unsecured | Undetermined* | $1,311,678.94 |
| 3 | BANKSON, JACK | 3083 | KTLA Inc. | Unsecured | $108,136.62 | $138,955.82 |
| 4 | BENTON, JOSEPH | 1633 | The Baltimore Sun Company | Unsecured | Undetermined* | $253,241.55 |
| 5 | BING, PETER | 141001730 | Tribune Company | Unsecured | $120,245.00* | $135,030.81 |
| 6 | BOLTON, PERRY J | 6458 | The Baltimore Sun Company | Unsecured | $80,000.00 | $319,755.22 |
| 7 | BOWINGS, ROBERT L. | 1704 | The Baltimore Sun Company | Unsecured | $150,314.86 | $202,311.38 |
| 8 | BRUMBACK, CHARLES | 141002100 | Tribune Company | Unsecured | $336,711.61* | $436,851.92 |
| 9 | CALLENDER, HELEN C | 209008540 | The Baltimore Sun Company | Unsecured | $2,543.05* | $2,672.08 |
| 10 | CASSARA, ANTHONY | 2743 | KTLA Inc. | Unsecured | $670,920.47 | $913,436.60 |
| 11 | CHIDSEY, MARY | 185026320 | Los Angeles Times Communications LLC | Unsecured | $22,261.11* | $23,844.41 |
| 12 | CLARIDGE, JOAN | 209010630 | The Baltimore Sun Company | Unsecured | $19,112.58* | $19,576.81 |
| 13 | CLARK, MARYELLEN | 185029810 | Los Angeles Times Communications LLC | Unsecured | $201,209.31* | $226,045.31 |
| 14 | CLENDENIN, MICHAEL | 2353 | WPIX, Inc. † | Unsecured | $6,235.00 | $8,174.48 |
| 15 | COLOSIMO, ANTHONY C. | 141003350 | Tribune Company | Unsecured | $903.00* | $1,223.07 |
| 16 | COOK, STANTON | 5788 | Tribune Company | Unsecured | $1,225,000.00 | $1,071,116.03 |
| 17 | CZARK, RICHARD | 2210 | Tribune Company | Unsecured | $45,778.23* | $41,884.41 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

Page 1 of 4

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 18 | DEYOUNG, BRUCE | 141004300 | WPIX, Inc. | Unsecured | $64,229.00* | $82,884.74 |
| 19 | DISCH, JAMES | 157000380 | Chicagoland Television News, Inc. | Unsecured | $8,472.86* | $9,223.37 |
| 20 | ENGELMANN, THOMAS J | 2089 | The Baltimore Sun Company | Unsecured | $57,455.54 | $76,692.86 |
| 21 | FOWLER, RUTH H | 2254 | The Baltimore Sun Company | Unsecured | $22,328.80 | $23,234.73 |
| 22 | FRANCO, JOHN J. | 141005520 | Tribune Company | Unsecured | $19,812.00* | $26,467.93 |
| 23 | FREED, DONNA | 141005560 | Tribune Company | Unsecured | $12,521.00* | $22,521.08 |
| 24 | FURGURSON, ERNEST | 209019150 | The Baltimore Sun Company | Unsecured | $182,820.82* | $237,502.97 |
| 25 | GILMORE, GUY | 141005890 | Tribune Company | Unsecured | $12,777.00* | $22,736.67 |
| 26 | GRIDER, SHIRLEY | 185083340 | Los Angeles Times Communications LLC | Unsecured | $28,793.48* | $30,656.67 |
| 27 | HILL, BONNIE G. | 141006770 | Tribune Company | Unsecured | $29,597.00* | $37,262.06 |
| 28 | HOLDEN, BETSY | 141006850 | Tribune Company | Unsecured | $349,277.21 | $364,004.27 |
| 29 | HYLAND-SAVAGE, GAILR. | 5875 | Tribune Company | Unsecured | $5,779.00 | $6,077.85 |
| 30 | JAMES, WINFIELD H. | 141007520 | Tribune Company | Unsecured | $198,148.00* | $226,507.53 |
| 31 | KARCH, HELEN | 185083670 | Los Angeles Times Communications LLC | Unsecured | $24,368.60* | $26,618.03 |
| 32 | KAVANAUGH, ROBERT H | 4668 | The Baltimore Sun Company | Unsecured | $300,000.00 | $152,605.45 |
| 33 | KELLER, JULIA E | 6332 | The Baltimore Sun Company | Unsecured | Undetermined* | $2,740.98 |
| 34 | MC CRORY, JOHN J | 5302 | Tribune Company | Unsecured | $248,000.00 | $277,894.31 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

Page 2 of 4

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 35 | MCCUTCHEON, RAYMOND J | 141009420 | Tribune Company | Unsecured | $57,175.00* | $106,372.29 |
| 36 | MOONEY, RICHARD | 211033040 | The Hartford Courant Company | Unsecured | $13,303.48* | $17,222.28 |
| 37 | MURPHY, KEVIN | 3507 | WGN Continental Broadcasting Company | Unsecured | $20,700.00 | $19,166.66 |
| 38 | NELSON, ROBERT | 141010700 | Tribune Company | Unsecured | $73,439.00* | $93,889.21 |
| 39 | NOGALES, LUIS | 183002560 | KTLA Inc. | Unsecured | $15,424.23* | $20,716.80 |
| 40 | PATTON, DONALD | 3599 | KTLA Inc. | Unsecured | $214,750.91 | $235,095.56 |
| 41 | PEPER, GEORGE F. | 3010 | Tribune Company | Unsecured | $102,842.00 | $161,268.42 |
| 42 | QUINN, MEREDITH | 3607 | WPIX, Inc.  † | Unsecured | $23,460.00 | $26,291.25 |
| 43 | RIES, MARCIA | 2726 | KTLA Inc. | Unsecured | Undetermined* | $55,699.49 |
| 44 | ROHRBACH, JEANNE | 6450 | WPIX, Inc. | Unsecured | $37,509.00 | $40,466.44 |
| 45 | ROLLERI, WILLIAM | 649 | WPIX, Inc. | Unsecured | $35,400.00 | $30,070.88 |
| 46 | SCHULZ, DIANA | 141014520 | Tribune Company | Unsecured | $101,166.51 | $105,432.13 |
| 47 | SCHULZ, PAUL | 141014530 | Tribune Company | Unsecured | $101,166.51 | $105,432.13 |
| 48 | SCHURRLEVIN, CAROLYN | 141014540 | Tribune Company | Unsecured | $608.00* | $639.09 |
| 49 | SETTLES JR, JACK ROSS | 141014690 | Tribune Company | Unsecured | $850.00* | $894.41 |
| 50 | SHAW, JACQUELINE | 1045 | KTLA Inc. | Unsecured | $51,821.45 | $53,308.77 |
| 51 | SPENCER, GILMAN | 3451 | WPIX, Inc.  † | Unsecured | $111,262.00 | $143,701.66 |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|
| 52 | STERNE, JOSEPH | 141015310 | Tribune Company | Unsecured | $10,904.44 | $11,364.22 |
| 53 | STOGSDILL, CAROLANN | 141015320 | Tribune Company | Unsecured | $18,610.00* | $27,119.95 |
| 54 | SUKLE, TIMOTHY A. | 141015380 | Tribune Company | Unsecured | $182.00* | $191.55 |
| 55 | THOMSON, JEAN | 3182 | Tribune Company | Unsecured | $54,666.00 | $61,014.63 |
| 56 | TOLAND, JAMES | 185156780 | Los Angeles Times Communications LLC | Unsecured | $6,428.86* | $8,277.61 |
| 57 | TRYHANE, GERALD | 141016150 | Tribune Company | Unsecured | $16,412.00* | $17,259.66 |
| 58 | VANTINE, MARK A. | 141016440 | Tribune Company | Unsecured | $15,416.00* | $16,212.58 |
| 59 | WILLS, JOHN | 141017180 | Tribune Company | Unsecured | $494,949.74 | $515,818.99 |
| 60 | WITTMAN, JOHN W | 2159 | The Baltimore Sun Company | Unsecured | $15,540.92 | $20,051.30 |
| 61 | WOOD, BARBARA | 141017350 | Tribune Company | Unsecured | $25,488.49* | $25,488.49 |
| 62 | XANDERS, JULIE | 4603 | Tribune Company | Unsecured | $9,815.00 | $20,516.64 |
| 63 | ZEPPETELLO, MICHELLE | 141017660 | Tribune Company | Unsecured | $232,913.17 | $242,733.81 |
| | | | | TOTAL | $6,419,960.86 | $8,918,348.70 |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates claim was modified on June 14, 2010, as reflected herein, by the Order Sustaining Debtors' Thirty-First Omnibus Objection (Non-Substantive) to Claims (DI 4778).

# EXHIBIT B

**Modified Amount, Modified Priority Claim**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT B – MODIFIED AMOUNT, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| | | | | PRIORITY STATUS | AMOUNT | PRIORITY STATUS | AMOUNT |
| 1 | BIRDWELL, JERRELL | 4417 | KTLA Inc. | Priority | $235,265.18 | Unsecured | $130,000.77 |
| 2 | COLLINS, KEVIN P. | 2451 | Tribune Company | Priority | $14,494.00 | Unsecured | $15,242.17 |
| 3 | LICHTMAN, RONALD | 2718 | Tribune Company | Priority | $29,673.00 | Unsecured | $39,706.10 |
| 4 | REID, WALTON | 2661 | KTLA Inc. | Priority | $0.00 | Unsecured | $105,424.01 |
| | | | | Unsecured | $80,608.04 | | |
| | | | | Subtotal | $80,608.04 | | |
| 5 | REYNOLDS, JANE | 3693 | KTLA Inc. | Priority | $8,713.31* | Unsecured | $494,890.54 |
| 6 | SCHRETER, MICHAEL | 3590 | KTLA Inc. | Priority | $343,397.38 | Unsecured | $299,163.66 |
| | | | | TOTAL | $712,150.91 | TOTAL | $1,084,427.25 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT C

**Modified Amount, Modified Priority, Modified Debtor Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT C – MODIFIED AMOUNT, MODIFIED PRIORITY, MODIFIED DEBTOR CLAIMS

| | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 GILMARTIN, JOHN | 6311 | Tribune Company | Priority | $436.00 | WPIX, Inc. | Unsecured | $557.37 |
| | | | Unsecured | $436.00 | | | |
| | | | Subtotal | $872.00 | | | |
| 2 SPONSELLER, MYRA | 3402 | No Debtor Asserted | Priority | $502.58* | KTLA Inc. | Unsecured | $130,033.57 |
| | | | TOTAL | $1,374.58 | | TOTAL | $130,590.94 |

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT D

## Modified Amount, Modified Debtor

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT D – MODIFIED AMOUNT, MODIFIED DEBTOR CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BRINK, JENNY L. | 5898 | Tribune Company | Unsecured | Undetermined* | WPIX, Inc. | $70,409.02 |
| 2 | GOLD, LOUIS | 2411 | Tribune Company | Unsecured | $73,207.00 | WPIX, Inc. | $87,535.14 |
| 3 | GOLDENBERG, BARRY | 4294 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $302,105.29 |
| 4 | GOLDENBERG, MARIE | 4293 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $294,279.24 |
| 5 | INBORNONE, JOSEPH | 1296 | No Debtor Asserted | Unsecured | Undetermined* | Tribune Company | $46,761.62 |
| 6 | KAMMERAAD-DECKER,SHARON | 152034860 | Chicago Tribune Company | Unsecured | $94,288.35* | Tribune Company | $100,638.42 |
| 7 | POPE(PASCALE), MARTHA | 3659 | Tribune New York Newspaper Holdings, LLC | Unsecured | $90,618.86 | Tribune Broadcasting Company | $97,763.67 |
| 8 | QUAAL,WARD | 252004400 | WGN Continental Broadcasting Company | Unsecured | $181,033.90* | Tribune Broadcasting Company | $207,748.40 |
| 9 | RHEIN, ESTHER | 4292 | Tribune Company | Unsecured | $350,000.00 | Star Community Publishing Group, LLC | $379,069.44 |
| 10 | SHELDON, EDWARD M | 1587 | Tribune Media Net, Inc. | Unsecured | $5,850.00 | Chicago Tribune Company | $6,072.51 |
| | | | | TOTAL | $1,494,998.11 | TOTAL | $1,592,382.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## **EXHIBIT E**

### **Modified Amount, Reclassified Claims**

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT E - MODIFIED AMOUNT, RECLASSIFIED CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT | CLASS | MODIFIED AMOUNT |
|------|---------|--------|----------------|--------|-------|-----------------|
| 1 FRANZESE, PHILIP C. | 2872 | Star Community Publishing Group, LLC | Secured | $218,750.25 | Unsecured | $199,974.99 |
| | | | TOTAL | $218,750.25 | TOTAL | $199,974.99 |

## EXHIBIT F

### Modified Amount, Reclassified, Modified Debtor Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT F – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR CLAIMS

| | | | | ASSERTED | | | | MODIFIED |
| | | | | | | | | |
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 1  CALIANESE, ANTHONY J. | 1650 | Tribune Company | Secured | $143,055.00 | WPIX, Inc. | Unsecured | $70,964.29 |
| | | | TOTAL | $143,055.00 | | TOTAL | $70,964.29 |

# **EXHIBIT G**

**Modified Amount, Reclassified, Modified Debtor, Modified Priority Claims**

## TRIBUNE COMPANY, ET AL.

### SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT G – MODIFIED AMOUNT, RECLASSIFIED, MODIFIED DEBTOR, MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS/CLASS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS/CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | O'NEILL, MICHAEL | 2937 | Tribune Company | Priority | $118,284.00 | WPIX, Inc. | Unsecured | $148,364.68 |
| | | | | Secured | $118,284.00 | | | |
| | | | | Subtotal | $236,568.00 | | | |
| | | | | TOTAL | $236,568.00 | | TOTAL | $148,364.68 |

# EXHIBIT H

## Modified Priority Claims

TRIBUNE COMPANY, ET AL.

SIMILARLY-SITUATED RETIREE PLEADING: EXHIBIT H – MODIFIED PRIORITY CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | CASTELLUZZO, RENEE | 2588 | Tribune Company | Priority | $191.75 | Unsecured | $191.75 |
| 2 | ZERWEKH, JAMES D | 6083 | Tribune Company | Priority | $453.59 | Unsecured | $453.59 |
| | | | | TOTAL | $645.34 | TOTAL | $645.34 |

# EXHIBIT 2

**Blackline**