IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee"), hereby enters his appearance by and through his co-counsel, Akin Gump Strauss Hauer & Feld LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following parties at the addresses and telephone numbers listed below:

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347) Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0025228.}

| | |
|---|---|
| David M. Zensky, Esq. | Richard S. Cobb, Esq. |
| Deborah Newman, Esq. | J. Landon Ellis, Esq. |
| Jason Goldsmith, Esq. | Jeffery R. Drobish, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | Landis Rath & Cobb LLP |
| One Bryant Park | 919 Market Street, Suite 1800 |
| Bank of America Tower | Wilmington, DE 19801 |
| New York, NY 10036-6745 | Telephone: (302) 467-4400 |
| Telephone: (212) 872-1000 | Facsimile: (302) 467-4450 |
| Facsimile: (212) 872-1002 | E-Mail: cobb@lrclaw.com |
| Email: dzensky@akingump.com | ellis@lrclaw.com |
| djnewman@akingump.com | drobish@lrclaw.com |
| jgoldsmith@akingump.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Litigation Trustee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses,

setoffs, and recoupments expressly are hereby reserved.

Dated: March 13, 2013  
Wilmington, Delaware

LANDIS RATH & COBB LLP



Richard S. Cobb (No. 3157)  
J. Landon Ellis (No. 4852)  
Jeffery R. Drobish (No. 5437)  
Landis Rath & Cobb LLP  
919 Market Street, Suite 1800  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
E-Mail: cobb@lrclaw.com  
ellis@lrclaw.com  
drobish@lrclaw.com

- and -

David M. Zensky, Esq.  
Deborah Newman, Esq.  
Jason Goldsmith, Esq.  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
One Bryant Park  
Bank of America Tower  
New York, NY 10036-6745  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002  
Email: dzensky@akingump.com  
djnewman@akingump.com  
jgoldsmith@akingump.com

*Co-Counsel to Litigation Trustee*