# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** March 14, 2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Wisler | Connolly Gallagher | Certain Former D's & O's |
| John McCambridge | Grippo | " |
| Anthony Sexton | Amy Sewich Legal | " |
| Norman Pernick | Cole Schotz | Timothy Knight |
| James Vandermagel | Sidley | Debtors |
| David Zensky | Akin Gump | Marc Kirschner, Litigation Trustee |
| Richard Cobb | Landis Rath & Cobb | " |
| Mark Felger | Cozen O'Connor | Mark Mlotek, et al. |
| David Buchbinder | USTP / DOJ | US |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

**Calendar Date:** 03/14/2013
**Calendar Time:** 02:30 PM ET

#5

Amended Calendar 03/14/2013 09:18 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5492362 | Michael D'Agostino | 860-240-2731 | Bingham McCutchen, LLP | Interested Party, T Rowe Price et al / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5362082 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491017 | Devon J. Eggert | (312) 360-6378 | Freeborn & Peters LLP | Defendant(s), David P. Murphy and James Ellis / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491787 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491675 | Zachary Golden | (617) 951-7733 ext. 00 | Ropes & Gray, LLP | Debtor, Tribune / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5487914 | Jason Goldsmith | (212) 872-1000 | Akin Gump Strauss Hauer & Feld | L.L.F Trustee, Akin Gump Strauss Hauer & Feld L.L.P. / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491598 | Dan Gropper | (646) 445-6500 | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management, LP / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5359559 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5479812 | James O. Johnston | 213-243-2431 | Jones Day | Representing, Reorganized Debtors/Tribune / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491141 | Marc Kirschner | (212) 348-2803 | Kirschner Consulting Company | Interested Party, Marc Kirschner / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491752 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5488360 | James A. McGuinness | (312) 527-0055 | Hannafan & Hannafan Ltd. | Interested Party, Timothy Knight / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5479814 | Joshua M. Mester | 213-243-2508 | Jones Day | Representing, Reorganized Debtors/Tribune / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491842 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491981 | Elliot Moskowitz | (212) 450-4241 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5463602 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5496768 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5492212 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5374033 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5491817 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5492244 | Justin Winerman | (312) 407-0924 | Skadden Arps Slate Meagher & Flom | Creditor, Former Special Committee / LISTEN ONLY |