# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>Status Conference Date: April 17, 2013 at 2:00 p.m. (ET)<br>Response Deadline: April 10, 2013 at 4:00 p.m. (ET) |

## NOTICE OF HEARING ON REORGANIZED DEBTORS' OBJECTION TO CREDITORS' COMMITTEE MEMBER FEE/EXPENSE CLAIMS ASSERTED BY (A) DEUTSCHE BANK TRUST COMPANY AMERICAS AND (B) WILMINGTON TRUST COMPANY

TO: (i) Office of the United States Trustee; (ii) counsel to the Creditors' Committee; (iii) counsel to the administrative agent for Tribune's prepetition loan facilities; (iv) counsel to the administrative agent for the Debtors' postpetition financing facility; (v) counsel to Deutsche Bank Trust Company; (vi) counsel to Wilmington Trust Company, and (vii) all parties having requested notice in the chapter 11 cases pursuant to Bankruptcy Rule 2002.

PLEASE TAKE NOTICE that, on March 15, 2013, Tribune Company and the other reorganized debtors in the above-referenced cases (collectively, the "Reorganized Debtors") filed the **Reorganized Debtors' Objection To Creditors' Committee Member Fee/Expense Claims Asserted By (A) Deutsche Bank Trust Company Americas And (B) Wilmington Trust Company** (the "Objection"), which objects to a portion of the Creditors' Committee Member Fee/Expense Claims asserted by Deutsche Bank Trust Company Americas ("DBTCA") and Wilmington Trust Company ("WTC" and together with DBTCA, the "Trustees") pursuant to Section 9.1.3 of the Plan, and seeks entry of an order denying the unpaid portions of the Creditors' Committee Fee/Expense Claims of the Trustees as set forth in the Objection.

PLEASE TAKE FURTHER NOTICE that, responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel **on or before 4:00 p.m. (Eastern Time) on April 10, 2013** (the "Response Deadline").

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9350638v1

A STATUS CONFERENCE ON THE OBJECTION WILL BE HELD ON **APRIL 17, 2013 AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Date: March 15, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone: (312) 853-7000

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K Street, N.W.
Washington, D.C.  20005
Telephone: (202) 736-8000

- and -

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone: (213) 489-3939

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS