# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13320 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF NEW YORK         )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2013, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on March 14, 2013 at 2:30 P.M, Before the Honorable Kevin J. Carey," dated March 13, 2013 [Docket No. 13320], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

iii. delivered via facsimile to those parties listed on the annexed Exhibit C, and

iv. delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
14th day of March, 2013

_____
Notary Public

> PANAGIOTIS CARIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01CA6237515
> COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ANTHONY M. SACCULLO, ESQUIRE | THOMAS H. KOVACH, ESQUIRE A.M. SACCULLO LEGAL, LLC 27 CRIMSON KING DRIVE BEAR DE 19701 |
| CHANDLER BIGELOW | JOEL FRIEDLANDER, ESQUIRE BOUCHARD, MARGULES & FRIEDLANDER, P.A. 222 DELAWARE AVENUE, SUITE 1400 WILMINGTON DE 19801 |
| CHANDLER BIGELOW | 641 BRIAR LANE NORTHFIELD IL 60093 |
| CRANE H. KENNEY | 1120 LINDENWOOD WINNETKA IL 60093 |
| DANIEL G. KAZEN | 1715 FALLING LEAF LANE NORTHBROOK IL 60062 |
| DAVID D. WILLIAM | 415 S. GARFIELD HINSDALE IL 60022 |
| DAVID DEAN HILLER | 1150 N. STATE CHICAGO IL 60610 |
| DENNIS J. FITZSIMONS | C/O JOHN R. MCCAMBRIDGE, ESQUIRE GEORGE DOUGHERTY ESQ, MICHAEL KAZAN ESQ GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| DONALD C. GRENESKO | 130 THORN TREE LANE WINNETKA IL 60093 |
| HARRY A. AMSDEN | 72 ROSE PLACE CLARENDON HILLS IL 60514 |
| IRVING L. QUIMBY, JR. | 1106 LAPIDUM ROAD HAVRE GRACE MD 21078 |
| JOHN D. WORTHINGTON, IV | P. O. BOX 147 CHURCHVILLE MD 21028 |
| JOHN E. REARDON | 1325 N. ASTOR CHICAGO IL 60610 |
| JOHN J. VITANOVEC | 1256 FOREST GLEN N. WINNETKA IL 60093 |
| JOHN R. MCCAMBRIDGE, ESQUIRE | GEORGE R. DOUGHERTY, ESQUIRE MICHAEL W. KAZAN, ESQUIRE GRIPPO & ELDEN 111 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| KATHLEEN M. WALTZ | 4310 N. ALA, APR. 801 PORT PIERCE FL 34949 |
| LEONARD A. GAIL , ESQUIRE | MASSEY & GAIL LLP 50 EAST WASHINGTON STREET SUITE 400 CHICAGO IL 60602 |
| LUIS E. LEWIN | 4919 S. WOODLAWN AVE. CHICAGO IL 60615 |
| MARC J. PHILLIPS, ESQUIRE | CONNOLLY BOVE LODGE & HUTZ 1007 NORTH ORANGE STREET WILMINGTON DE 19801 |
| MARK E. FELGER, ESQUIRE | COZEN O'CONNOR 1201 NORTH MARKET STREET SUITE 1400 WILMINGTON DE 19801 |
| MARK W. HIANIK | 3100 BEAUFORT STREET RALEIGH NC 27609 |
| MICHAEL DOCKTERMAN, ESQUIRE | EDWARDS WILDMAN PALMER, LLP 225 WEST WACKER DRIVE SUITE 2800 CHICAGO IL 60606 |
| MICHAEL T. HANNAFAN, ESQUIRE | BLAKE T. HANNAFAN, ESQUIRE HANNAFAN & HANNAFAN, LTD. ONE EAST WACKER DRIVE, SUITE 2800 CHICAGO IL 60601 |
| R. MARK MALLORY | 3312 LAKEWOOD COURT GLENVIEW IL 60026-2505 |
| RICHARD ALLEN SALDINGER, ESQUIRE | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC 321 N. CLARK ST., SUITE 800 CHICAGO IL 60654 |
| RICHARD H. MALONE | 899 OAKE STREET WINNETKA IL 60093 |
| ROBERT J. GREMILLION | 200 S. VICTORIA PARK ROAD FORT LAUDERDALE FL 33301 |
| SCOTT C. SMITH | 1361 HACKBERRY LANE WINNETKA IL 60093 |
| SHELDON L. SOLOW, ESQUIRE | KAYE SCHOLER LLC 70 W. MADISON STREET 3 FIRST NATIONAL PLAZA, SUITE 4100 CHICAGO IL 60602 |
| STEPHEN D. CARVER | 175 15TH STREET NE #305 ATLANTA GA 30309 |
| STEVEN CRAIG FLORSHEIM, ESQUIRE | SPERLING & SLATER 55 WEST MONROE STREET SUITE 3200 CHICAGO IL 60603 |
| THOMAS D. LEACH | 200 EAST DELAWARE PLACE, 4F CHICAGO IL 60611 |
| THOMAS S. FINKE | 682 GROVE GLENCOE IL 60022 |
| TIMOTHY J. LANDON | 2704 BENNETT AVENUE EVANSTON IL 60201 |
| TIMOTHY P. KNIGHT | 9 THORMAN LANE HUNTINGTON NY 11743 |

**Total Creditor count  35**

| Claim Name | Address Information |
|---|---|
| ALBERT, DONALD R. | 531 LOUISE DR HINCKLEY IL 60520-9323 |
| AUTRY, JACQUELINE | 328 W. MOUNTAIN VIEW PLACE PALM SPRINGS CA 92262 |
| BANKSON, JACK | 15687 N LAKEFOREST DR SUN CITY AZ 85351-1464 |
| BENTON, JOSEPH | 6124 STONEHAM LANE MC LEAN VA 22101 |
| BING, PETER | 9700 WEST PICO BLVD LOS ANGELES CA 90035 |
| BOLTON, PERRY J | P.O. BOX 136 BROOKLANDVILL MD 21022 |
| BOWINGS, ROBERT L. | 2806 SUMMIT AVE BALTIMORE MD 21234 |
| BRINK, JENNY L. | STONERIDGE RETIREMENT CENTER 186 JERRY BROWNE ROAD, UNIT # 5406 MYSTIC CT 06355 |
| BRUMBACK, CHARLES | C/O LINDSEY N ALLEN 501 E CENTER AVENUE LAKE BLUFF IL 60044 |
| CALIANESE, ANTHONY J. | 824 ELLIS PL ORADELL NJ 07649-1918 |
| CALLENDER, HELEN C | 624 MORNING GLORY DR HANOVER PA 17331 |
| CASSARA, ANTHONY | 6805 WILDLIFE RD MALIBU CA 90265-4306 |
| CASTELLUZZO, RENEE | 728 W JACKSON BLVD APT 1205 CHICAGO IL 60661-5476 |
| CHIDSEY, MARY | 2501 SUMMIT AVE APT 319 WAUKESHA WI 53188-2772 |
| CLARIDGE, JOAN | 9 MULBERRY CLOSE BEAUFORT STREET LONDON 0 SW3 5AB UNITED KINGDOM |
| CLARK, MARYELLEN | 84 NELKIN RD COLCHESTER CT 64151818 |
| CLENDENIN, MICHAEL | 328 CAROLINA MEADOWS VILLA CHAPEL HILL NC 27517 |
| COLLINS, KEVIN P. | 5 NIBLICK LANE LITTLETON CO 80123 |
| COLOSIMO, ANTHONY C. | 561 FOREST HILL LAKE FOREST IL 60045 |
| COOK, STANTON | 222 RALEIGH ROAD KENILWORTH IL 60043 |
| CZARK, RICHARD | 44 WATERFORD DR BLUFTON SC 29910 |
| DEYOUNG, BRUCE | 3548 DOUGLAS AVE APT 106 RACINE WI 53402-3235 |
| DISCH, JAMES | 1406 S. HICKORY DR MT PROSPECT IL 60056 |
| ENGELMANN, THOMAS J | 1706 WILSON POINT RD. BALTIMORE MD 21220 |
| FOWLER, RUTH H | 264 PORT DELMARVA REHOBOTH BE DE 19971 |
| FRANCO, JOHN J. | 30 FOREST AVENUE OLD GREENWICH CT 06870 |
| FRANZESE, PHILIP C. | 55 OCEANVIEW DRIVE MASTIC BEACH NY 11951 |
| FREED, DONNA | 4095 ROBIN HILL ROAD LA CANADA CA 91011 |
| FURGURSON, ERNEST | 4812 TILDEN ST NW WASHINGTON DC 20016 |
| GILMARTIN, JOHN | 258 FALLER DR APT C NEW MILFORD NJ 07646-6520 |
| GILMORE, GUY | 18238 LANSFORD PATH LAKEVILLE MN 55044 |
| GOLD, LOUIS | 13801 YORK RD APT S326 COCKEYSVILLE MD 21030-1849 |
| GOLDENBERG, BARRY | RUSKIN MOSCOU FALTISCHEK, PC C/O M. AMATO 1425 RXR PLAZA UNIONDALE NY 11556 |
| GOLDENBERG, MARIE | RUSKIN MOSCOU FALTISCHEK, PC C/O M. AMATO 1425 RXR PLAZA UNIONDALE NY 11556 |
| GRIDER, SHIRLEY | 5065 AVENIDA DEL SOL LAGUNA WOODS CA 92637 |
| HILL, BONNIE G. | 12020 SUMMIT CIRCLE BEVERLY HILLS CA 90210 |
| HOLDEN, BETSY | 325 WOODLEY AVE. WINNETKA IL 60093 |
| HYLAND-SAVAGE, GAIL R. | 24 VIA CAPRI RANCHO PALOS VERDES CA 90275 |
| INBORNONE, JOSEPH | 208 HOLDERNESS DRIVE LONGWOOD FL 32779 |
| JAMES, WINFIELD H. | 2307 RIVER CRESCENT DR ANNAPOLIS MD 21401-7272 |
| KAMMERAAD-DECKER, SHARON | PO BOX 413005 NAPLES FL 34101 |
| KARCH, HELEN | PO BOX 981 CHESTER CA 96020-0981 |
| KAVANAUGH, ROBERT H | 2622 BARKSDALE CT CLEARWATER FL 33761-3701 |
| KELLER, JULIA E | P.O. BOX 164 WEST CAMP NY 12490 |
| LICHTMAN, RONALD | 16-28 RADBURN ROAD FAIR LAWN NJ 07410 |
| MC CRORY, JOHN J | 187 DOLPHIN COVE QUAY STAMFORD CT 06902 |
| MCCUTCHEON, RAYMOND J | 24707 MOORLAND SAN ANTONIO TX 78257 |
| MOONEY, RICHARD | 130 EAST 67TH ST 5A NEW YORK NY 10021 |

| Claim Name | Address Information |
|---|---|
| MURPHY, KEVIN | 200 SPRINGLINE DR NAPLES FL 34102-5053 |
| NELSON, ROBERT | 4 VARNEY STREET HADLEY NY 12835 |
| NOGALES, LUIS | CORPORATE OFFICE. 9948 CALVIN AVE NORTHRIDGE CA 91324 |
| O'NEILL, MICHAEL | 23 CAYUGA ROAD SCARSDALE NY 10583 |
| PATTON, DONALD | 4750 PLEASANT OAK DR UNIT 307 FORT COLLINS CO 80525-3735 |
| PEPER, GEORGE F. | 111 JOHN'S ISLAND DRIVE, #4 VERO BEACH FL 32963 |
| POPE(PASCALE), MARTHA | PO BOX 96 SCARSDALE NY 10583 |
| QUAAL, WARD | 520 GREEN BAY RD WINNETKA IL 60093-2552 |
| QUINN, MEREDITH | 91 MONOMOYIC WAY CHATAHAM MA 02633 |
| REID, WALTON | 3400 CROSSINGS GLEN BIRMINGHAM AL 35242 |
| REYNOLDS, JANE | THE ESTATE OF JANE L. REYNOLDS 2273 ALAMO PINTADO ROAD SOLVANG CA 93463 |
| RHEIN, ESTHER | RUSKIN MOSCOU FALTISCHEK PC C/O M. AMATO 1425 RXR PLAZA UNIONDALE NY 11556 |
| RIES, MARCIA | 7401 SYLVAN RIDGE ROAD INDIANAPOLIS IN 46240-3546 |
| ROHRBACH, JEANNE | 203 WELLINGTON RD GARDEN CITY NY 11530 |
| ROLLERI, WILLIAM | 189 MALCOLM FOREST ROAD NEW CASTLE DE 19720-8740 |
| SCHRETER, MICHAEL | 43-051 VIA ORVIETO INDIAN WELLS CA 92210 |
| SCHULZ, DIANA | 4721 VINETA AVE LA CANADA CA 91011 |
| SCHULZ, PAUL | 5055 HOOK TREE RD LA CANADA CA 91011 |
| SCHURRLEVIN, CAROLYN | 200 EAST 58TH STREET APT 19C NEW YORK NY 10022 |
| SETTLES JR, JACK ROSS | 1472 WILLARD STREET SAN FRANCISCO CA 94117 |
| SHAW, JACQUELINE | 105 BROOKSIDE DRIVE SAN ANSELMO CA 94960 |
| SHELDON, EDWARD M | 19 CEDAR MARSH RETREAT SAVANNAH GA 31411-2922 |
| SPENCER, GILMAN | 11 W 30TH ST APT 12F NEW YORK NY 10001-4419 |
| SPONSELLER, MYRA KATHRYN | 20 SOUTH WINDSOR DRIVE ROGERS AR 72758 |
| STERNE, JOSEPH | PO BOX 599 SPARKS MD 21152 |
| STOGSDILL, CAROLANN | 1678 SAN PASQUAL ST PASADENA CA 91106 |
| SUKLE, TIMOTHY A. | 7555 CROOKED OAK COURT PARKER CO 80134 |
| THOMSON, JEAN | 2902 FERNAN COURT COEUR D'ALENE ID 83814 |
| TOLAND, JAMES | PO BOX 1521 (THE ESTATE OF) WRIGHTWOOD CA 92397 |
| TRYHANE, GERALD | 1113 W GLENMORE WAY ELDORADO HILLS CA 95762 |
| VANTINE, MARK A. | 56 SKYHAWK WAY PARKER CO 80138-3150 |
| WILLS, JOHN | 1743 BROOKWOOD DR. DOWNERS GROVE IL 60516 |
| WITTMAN, JOHN W | 8800 WALTHER BLVD. APT. 3312 BALTIMORE MD 21234 |
| WOOD, BARBARA | PO BOX 804418 CHICAGO IL 60680-4105 |
| XANDERS, JULIE | 1720 HIGHLAND AVENUE GLENDALE CA 91202 |
| ZEPPETELLO, MICHELLE | PO BOX 126 HOBOKEN NJ 07030-0126 |
| ZERWEKH, JAMES D | 401 CLEARWATER DR PONTE VEDRA FL 32082-4176 |

**Total Creditor count  85**

MARBURY L. VON BRIESEN
401 PLUMBRIDGE COURT
TIMONIUM, MD 21093-8125

CAROL HOEME WALKER
3561 W. HEMLOCK
OXNARD, CA 93035

MR HERBERT E. EYE
35 APPLE ORCHARD LANE
FRANKLIN, WV 26807-7585

ROBERT WELLS
54 CENTER STREET
SAUNEMIN, IL  61769-0345

MR. ROBBY S. WELLS
P.O. BOX 345
SAUNEMIN, IL  61769

PERSISTENCE PAYS, INC.
4158 FARMDALE AVENUE
STUDIO CITY, CA  91604

**EXHIBIT B**

TODD M. BAILEY
STATE OF CALIFORNIA
FRANCHISE TAX BOARD
LEGAL DIVISION - MS A260
PO BOX 1720
RANCHO CORDOVA, CA 95741-1720

MR. EDWIN M. FOARD III
2309 DA LIB ROAD
FINKSBURG, MD  21048

MR. JERRELL BIRDWELL
14 DAIRY GAP ROAD
ASHEVILLE, NC 28804

**EXHIBIT C**

| NAME | FAX |
|---|---|
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Andrew Goldman, Esquire | 212-230-8888 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| Christopher D. Loizides, Esquire | 302-654-0728 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Daniel H. Golden, Esquire/David M. Zensky, Esquire/Philip C. Dublin, Esquire | 212-872-1002 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David Adler, Esquire | 212-609-6921 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| David G. Culley, Esquire | 302-658-4018 |
| David M. Buchbinder, Esquire | 302-573-6497 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 317-231-7433 |
| David S. Rosner, Esquire/Andrew K. Glenn, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| David W. Reimann, Esquire | 310-414-3011 |
| Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Devon J. Eggert, Esquire | 312-360-6995 |
| Donna Harris, Esquire | 302-442-7046 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| Ekl Williams PLLC | 630-654-0150 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| James E. Huggett, Esquire | 302-888-1119 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| James S. Green, Sr., Esquire | 302-888-0606 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| Jeffery C. Wisler, Esquire/N. Christopher Griffiths, Esquire | 302-658-0380 |

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| John C. Phillips, Esquire | 302-655-4210 |
| John R. McCambridge, Esquire/Charles S. Bergen, Esquire/George R. Dougherty, Esquire | 312-558-1195 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Richard Slack, Esquire | 212-310-8007 |
| Joseph Grey, Esquire | 302-777-4224 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Margaret F. England, Esquire | 302-425-0432 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Michael Dockterman, Esquire/Jonathan Young, Esquire/Patrick Frye, Esquire | 312-201-2555 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Michael T. Hanafan, Esquire/Blake T. Hannafan, Esquire/James A. McGuinness | 312-527-0220 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| William Hazeltine, Esquire | 302-428-8195 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |

**EXHIBIT D**

| NAME | EMAIL ADDRESS |
|---|---|
| MARBURY L. VON BRIESEN | mvbbvb@comcast.net |
| HERBERT E. EYE | chriseyec@aol.com |
| CAROL HOEME WALKER | stevewalkergolf@gmail.com |
| EDWIN M. FOARD III | ronnieandmorris@verizon.net |

| NAME | EMAIL ADDRESS |
|---|---|
| WILLIAM M. KELLEHER, ESQUIRE | wmk@elliottgreenleaf.com |
| FREDERICK B. ROSNER, ESQUIRE / SCOTT J. LEONHARDT, ESQUIRE | rosner@teamrosner.com; leonhardt@teamrosner.com |
| MARK E. FELGER, ESQUIRE | mfelger@cozen.com |
| CHRISTOPHER S. CHOW, ESQUIRE / LESLIE C. HEILMAN, ESQUIRE | chowc@ballardspahr.com; heilmanl@ballardspahr.com |