IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

## LITIGATION TRUSTEE'S NOTICE OF WEBSITE

PLEASE TAKE NOTICE that Marc S. Kirschner, as Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust (the "Litigation Trust"), hereby provides notice, pursuant to sections 3.2, 8.1 and 11.6 of the Litigation Trust Agreement (the "Trust Agreement"), that the Litigation Trustee has made publicly available a website (the "Trust Website") to provide beneficiaries of the Litigation Trust ("Trust Beneficiaries") with: (1) the information required by the Trust Agreement; and (2) general information about the Litigation Trust and its activities. The Litigation Trustee intends to post reports required to be provided under section 8.1 of the Trust Agreement (unless otherwise provided by law) on the Trust Website in lieu of actual notice to Trust Beneficiaries, subject to providing notice pursuant to section 11.6 of the Trust Agreement. The Trust Website is located at www.TribuneTrustLitigation.com.

Dated: March 15, 2013
Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
J. Landon Ellis (No. 4852)
Jeffrey R. Drobish (No. 5437)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Litigation Trustee*

{963.001-W0025273.}
104099238 v2