# EXHIBIT A

# Amended Claim

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 66: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 D.C. TREASURER GOV'T OF THE DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE P.O. BOX 37559 WASHINGTON, DC 20013 | 05/22/2009 | 08-13225 | 3302 | $170,102.85 | DC GOV'T OFFICE OF TAX AND REVENUE PO BOX 37559 WASHINGTON, DC 20013 | 01/22/2013 | 08-13225 | 7158 | $35,217.71 |
| 2 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/27/2012 | 08-13142 | 7141 | $1,771.84* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/04/2013 | 08-13142 | 7163 | $463.78* |
| 3 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/03/2012 | 08-13225 | 7142 | $2,833.93* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/04/2013 | 08-13225 | 7164 | $89.77* |
| 4 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/27/2012 | 08-13165 | 7148 | $29,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/28/2013 | 08-13165 | 7159 | $20,474.37* |
| | | | TOTAL | $203,984.77 | | | | TOTAL | $56,245.63 |

\* - Indicates claim contains unliquidated and/or undetermined amounts