**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

## ORDER SUSTAINING REORGANIZED DEBTORS' SIXTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

### ("AMENDED CLAIMS")

Upon consideration of the Reorganized Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims (the "Objection"), by which the Reorganized Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, disallowing and expunging the Amended Claims set forth on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Surviving Claims" on Exhibit A attached hereto, and the parties' rights with respect to the "Surviving Claims" are reserved; provided, however, that each of the claims identified as "Surviving Claims" on Exhibit A attached hereto is deemed timely filed to the extent that it relates back to a claim that was filed on or before the Bar Date; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April _____, 2013

 

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

## Amended Claim

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 66: EXHIBIT A -- AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | D.C. TREASURER<br>GOV'T OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON, DC 20013 | 05/22/2009 | 08-13225 | 3302 | $170,102.85 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON, DC 20013 | 01/22/2013 | 08-13225 | 7158 | $35,217.71 |
| 2 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 07/27/2012 | 08-13142 | 7141 | $1,771.84* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 02/04/2013 | 08-13142 | 7163 | $463.78* |
| 3 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08/03/2012 | 08-13225 | 7142 | $2,833.93* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 02/04/2013 | 08-13225 | 7164 | $89.77* |
| 4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 08/27/2012 | 08-13165 | 7148 | $29,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01/28/2013 | 08-13165 | 7159 | $20,474.37* |
| | | | | TOTAL | $203,984.77 | | | | TOTAL | $56,245.63 |

\* - Indicates claim contains unliquidated and/or undetermined amounts