## Schedule 1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: SCHEDULE I

| | NAME | EXHIBIT |
|---|---|---|
| 1 | DARR, THOMAS | A |
| 2 | DARR, THOMAS | A |
| 3 | DARR, THOMAS | A |
| 4 | DARR, THOMAS | A |
| 5 | ESPOSITO, ROGER | A |
| 6 | GREENE, ERICKA | A |
| 7 | JACOBS, MARK | A |
| 8 | MARTINEZ, MICHAEL | A |
| 9 | NESTOE, MICHELE | A |
| 10 | NORDBROOK, JAMES | A |
| 11 | PENITA, HARRIS | A |
| 12 | STATE OF MICHIGAN, DEPARMENT OF TREASURY | B |
| 13 | STEWART, MICHAEL | A |
| 14 | TRUJILLO, JEAN | A |
| 15 | VAZOULAS, JEAN | A |