# EXHIBIT A

## NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | DARR, THOMAS | 08-13141 | Tribune Company | 3445 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.  Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 2 | DARR, THOMAS | 08-13141 | Tribune Company | 3446 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.  Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 3 | DARR, THOMAS | 08-13141 | Tribune Company | 3447 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.  Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 4 | DARR, THOMAS | 08-13141 | Tribune Company | 3448 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.  Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 5 | ESPOSITO, ROGER | 08-13141 | Tribune Company | 3250 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date.  Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors.  The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 6 | GREENE, ERICKA | 08-13152 | Chicago Tribune Company | 1550 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 7 | JACOBS, MARK | NO DEBTOR ASSERTED | No Debtor Asserted | 2760 | $250,000.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. The amount asserted in the claim was in excess of the benefits awarded. Liability for any potential additional amounts awarded by the California Workers' Compensation Appeals Board and/or California Insurance Guaranty Association has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 8 | MARTINEZ, MICHAEL | 08-13154 | Chicago Tribune Press Service, Inc. | 3381 | $2,850.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 9 | NESTOE, MICHELE | 08-13206 | Star Community Publishing Group, LLC | 5658 | $1,000,000.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. The amount asserted in the claim was in excess of the benefits awarded. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 10 | NORDBROOK, JAMES | 08-13209 | The Baltimore Sun Company | 1347 | $1,600.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Maryland Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | PENITA, HARRIS | 08-13152 | Chicago Tribune Company | 2288 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 12 | STEWART, MICHAEL | 08-13145 | California Community News Corporation | 4158 | $300,000.00 | Award of benefits denied by the relevant workers' compensation board. Liability for any potential amounts awarded by the California Workers' Compensation Appeals Board has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for redetermination. |
| 13 | TRUJILLO, JEAN | 08-13141 | Tribune Company | 1148 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 14 | VAZOULAS, JEAN | 08-13141 | Tribune Company | 3353 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| | | | | TOTAL | $1,554,450.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts