## EXHIBIT B

## NO LIABILITY TAX CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT B – NO LIABILITY TAX CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN, DEPARMENT OF TREASURY<br>HEATHER L. DONALD, ASST ATTORNEY GENERAL<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | 08-13141 | Tribune Company | 04/30/2012 | 7108 | $30,502.65 | Pursuant to correspondence from claimant, the basis for the claim, the 1/1/2008 - 12/31/2008 Michigan Business Tax ("MBT") assessment, was canceled out by a refund due to Tribune Company. Tribune Company received a Final Bill for Taxes Due from claimant confirming that $0.00 is due for the relevant period. |
| | | | | | TOTAL | $30,502.65 | |

Page 1 of 1