**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. _____** |

## ORDER SUSTAINING REORGANIZED DEBTORS' SIXTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

## ("NO LIABILITY CLAIMS")

Upon consideration of the Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims, by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing in full and expunging the No Liability Assumed Workers' Compensation Claims as set forth on Exhibit A; (ii) disallowing in full and expunging

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

the No Liability Tax Claim as set forth on Exhibit B; and (iii) directing the Claims Agent to

modify the Disputed Claims on the Claims Register; and upon consideration of the Objection and

the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given

under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED each of the No Liability Assumed Workers' Compensation Claims set

forth on Exhibit A hereto shall be disallowed and expunged; and it is further

ORDERED that the No Liability Tax Claim set forth on Exhibit B hereto is

hereby disallowed and expunged; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.


Dated: Wilmington, Delaware
　　　　April _____, 2013


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Kevin J. Carey
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

46429/0001-9360221V1

## EXHIBIT A

## NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | DARR, THOMAS | 08-13141 | Tribune Company | 3445 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.   Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 2 | DARR, THOMAS | 08-13141 | Tribune Company | 3446 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.   Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 3 | DARR, THOMAS | 08-13141 | Tribune Company | 3447 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.   Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 4 | DARR, THOMAS | 08-13141 | Tribune Company | 3448 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date and through Claimant's death.   Liability to Claimant's estate for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 5 | ESPOSITO, ROGER | 08-13141 | Tribune Company | 3250 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date.  Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors.  The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 6 | GREENE, ERICKA | 08-13152 | Chicago Tribune Company | 1550 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 7 | JACOBS, MARK | NO DEBTOR ASSERTED | No Debtor Asserted | 2760 | $250,000.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. The amount asserted in the claim was in excess of the benefits awarded. Liability for any potential additional amounts awarded by the California Workers' Compensation Appeals Board and/or California Insurance Guaranty Association has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 8 | MARTINEZ, MICHAEL | 08-13154 | Chicago Tribune Press Service, Inc. | 3381 | $2,850.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 9 | NESTOE, MICHELE | 08-13206 | Star Community Publishing Group, LLC | 5658 | $1,000,000.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. The amount asserted in the claim was in excess of the benefits awarded. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 10 | NORDBROOK, JAMES | 08-13209 | The Baltimore Sun Company | 1347 | $1,600.00 | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been paid in full. Liability for any potential additional amounts awarded by the Maryland Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT A – NO LIABILITY ASSUMED WORKERS' COMPENSATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 11 | PENITA, HARRIS | 08-13152 | Chicago Tribune Company | 2288 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the Illinois Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 12 | STEWART, MICHAEL | 08-13145 | California Community News Corporation | 4158 | $300,000.00 | Award of benefits denied by the relevant workers' compensation board. Liability for any potential amounts awarded by the California Workers' Compensation Appeals Board has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for redetermination. |
| 13 | TRUJILLO, JEAN | 08-13141 | Tribune Company | 1148 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| 14 | VAZOULAS, JEAN | 08-13141 | Tribune Company | 3353 | Undetermined* | Benefits determined by the relevant workers' compensation board were uninterrupted during the bankruptcy and have been ongoing since the Petition Date. Liability for any potential additional amounts awarded by the New York Workers' Compensation Commission has been assumed by the Reorganized Debtors. The Reorganized Debtors reserve all of their rights with respect to any such requests for readjustment. |
| | | | | TOTAL | $1,554,450.00 | |

* – Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT B

## NO LIABILITY TAX CLAIM

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 67: EXHIBIT B – NO LIABILITY TAX CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | STATE OF MICHIGAN, DEPARMENT OF TREASURY HEATHER L. DONALD, ASST ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 08-13141 | Tribune Company | 04/30/2012 | 7108 | $30,502.65 | Pursuant to correspondence from claimant, the basis for the claim, the 1/1/2008 - 12/31/2008 Michigan Business Tax ("MBT") assessment, was canceled out by a refund due to Tribune Company. Tribune Company received a Final Bill for Taxes Due from claimant confirming that $0.00 is due for the relevant period. |
| | | | | | TOTAL | $30,502.65 | |