# EXHIBIT A

# Lufrano Claim

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Tribune Company | 08-13141 (KJC) |

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)            0000005281

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Michael R. Lufrano
5707 N. Ravenswood
Chicago, IL 60660

Telephone number: 773-404-2827    Email Address: mlufrano@cubs.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ Contingent claim in undetermined amount.

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. **Basis for Claim:** Agreement with Tribune Company (see Exhibit A)
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $ _____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)* See Exhibit A.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

JUN 1 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 6/10/09

Signature: *Michael R. Lufrano* (signed)

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Exhibit A**

Claimant and Debtor entered into an agreement providing for payment to Claimant of certain compensation and benefits under various scenarios. The agreement is referred to in a letter dated March 18, 2008.



DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263
www.dlapiper.com

Alan P. Solow
alan.solow@dlapiper.com
T  312.368.3370
F  312.630.6303

June 11, 2009

**VIA OVERNIGHT MAIL**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York  10017

RE:   In Re:  Tribune Company, 08-13141

Dear Sir or Madam:

I am enclosing Proofs of Claim for our client, Crane Kenney, as well as for Peter Chase, Carl Rice, Mark McGuire and Michael Lufrano in the above-referenced matter. Please return file-stamped copies of these claims to me in the self-address envelope provided.

Thank you for your attention to this matter.

Very truly yours,

DLA Piper US LLP

Alan P. Solow

APS/cme
Enclosure

CENTRAL\31235228.1

FedEx

FedEx TRK# 0200 8624 4339 0169

FRI - 12 JUN A1
PRIORITY OVERNIGHT

10017
NY-US
EWR

NQ OGSA

RECEIVED

JUN 1 2 2009

FedEx. US Airbill Express 8624 4339 0169 0200 FedEx Retrieval Copy

fedex.com 1800.GoFedEx 1800.463.3339

1 From
Date 6/11/09 Sender's FedEx Account Number 166239036
Sender's Name Alan P. Solow Phone 312 368-3370
Company DLA Piper LLP
Address 203 N. LaSalle St., 19th Floor
City Chicago State IL ZIP 60601

2 Your Internal Billing Reference 31276

3 To
Recipient's Name Tribune Company Claims Processing Center Phone
Company c/o Epiq Bankruptcy Solutions LLC
Recipient's Address 757 Third Avenue, 3rd Floor
Address
City New York State NY ZIP 10017

8624 4339 0169

01345-0109

4a Express Package Service
[X] FedEx Priority Overnight 5 [ ] FedEx Standard Overnight 6 [ ] FedEx First Overnight
3 [ ] FedEx 2Day 20 [ ] FedEx Express Saver

4b Express Freight Service
7 [ ] FedEx 1Day Freight 8 [ ] FedEx 2Day Freight 83 [ ] FedEx 3Day Freight

5 Packaging
6 [ ] FedEx Envelope [X] FedEx Pak 3 [ ] FedEx Box 4 [ ] FedEx Tube 1 [ ] Other

6 Special Handling
3 [ ] SATURDAY Delivery 1 [ ] HOLD Weekday at FedEx Location 31 [ ] HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
[X] No 4 [ ] Yes 6 [ ] Dry Ice [ ] Cargo Aircraft Only

7 Payment
[X] Sender 2 [ ] Recipient 3 [ ] Third Party 4 [ ] Credit Card 5 [ ] Cash/Check

Total Packages Total Weight

8 Residential Delivery Signature Options
[ ] No Signature Required 10 [ ] Direct Signature 34 [ ] Indirect Signature

520