# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 13210, 13228, 13289, 13291, 13293, 13294, 13301, 13297, 13307 |

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING LITIGATION TRUSTEE'S MOTION FOR SUBSTITUTION AND OTHER RELIEF

I, Richard S. Cobb, co-counsel to Marc S. Kirschner, Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust hereby certify as follows to the best of my knowledge, information and belief:

1. On February 20, 2013, the Litigation Trustee filed the *Litigation Trustee's Motion For An Omnibus Order: (I) Authorizing Substitution Of The Litigation Trustee As Plaintiff In Certain Adversary Proceedings And Approving Procedures To Evidence Such Substitutions; (II) Modifying The Stay Of Such Proceedings; And (III) Extending The Time To Effect Service In Such Proceedings* (the "Motion") [D.I. 13210].

2. On March 6, 2013, objections to the Motion were filed by (1) certain former Tribune executives [D.I. 13291] (as corrected on March 8, 2013 [D.I. 13301]) with a joinder

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

{963.001-W0025262.}

thereto filed by David P. Murphy and James L. Ellis [D.I. 13294]; and (2) by Timothy P. Knight [D.I. 13289], with joinders thereto filed by certain former subsidiary directors and officers [D.I. 13293, 13297] and David P. Murphy and James L. Ellis [D.I. 13294].

3. A hearing on the Motion was held on March 14, 2013 (the "Hearing"), at which the Court granted the Motion.

4. A form of order (the "Revised Order") that is consistent with the Court's ruling at the Hearing and the record thereof is attached hereto as Exhibit A. A blackline showing changes between the Revised Order and the form of order submitted with the Motion is attached hereto as Exhibit B.

5. A copy of the Revised Order was circulated to counsel to each party who filed an objection to the Motion and each party who filed a joinder to such objections (collectively, the "Objecting Parties") and counsel to the Reorganized Debtors. Each of the Objecting Parties and the Reorganized Debtors have approved and/or have not expressed opposition to the form of the Revised Order.

6. Accordingly, the Litigation Trustee respectfully requests that the Court enter the Revised Order at its earliest convenience.

Dated: March 20, 2013
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Richard S. Cobb (No. 3157)
Richard S. Cobb (No. 3157)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Litigation Trustee*