IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Company | : | |
| | : | |
| | : | Bankruptcy No. 08-13141-KJC |
| Debtor, | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 21, 2013, the United States Trustee's Objection to the Monthly Application For November-December, 2012 And Final Quarterly Application Of Jenner & Block LLP, As Special Counsel To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period (I) November 1, 2012 Through December 31, 2012; (II) And (II) December 8, 2008 Through December 31, 2012 (D.E. 13265, "Application")was served in the manner indicated to the following persons:

1ST CLASS U.S. MAIL
David J. Bradford, Esq.
Jenner & Block LLP
353 N. Clark St.
Chicago, IL  60654-3456


_____/s/_____
David L. Buchbinder, Esq.
Trial Attorney