## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING THE
### FIFTEENTH INTERIM FEE APPLICATION
### OF REED SMITH LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fifteenth Interim Fee Application of Reed Smith LLP* [Docket No. 12698] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $177,990.50[2] and reimbursement of expenses that total $7,566.84 for

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Ventures London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The Interim Fee Application stated a total for Fees Requested of $177,810.50; however, the sum of the Fees Requested in the Monthly Applications is $177,990.50. The Fee Examiner noted a transposition error in the table on

the period from June 1, 2012 through August 31, 2012. Reed Smith LLP ("**Reed Smith**") serves as special counsel for certain insurance matters to the Debtors and Debtors-in-Possession.

### Background

1.       On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.       On December 26, 2008, the Debtors filed their *Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 145] (the "**Retention Application**"). By order dated February 3, 2009, this Court approved the retention of Reed Smith [Docket No. 326] (the "**Retention Order**").

3.       Reed Smith submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

### Applicable Standards

4.       In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

---

Page 6 of the Interim Fee Application. The fees for August 2012 are stated as $78,356.00 in the table rather than $78,536.00 as stated in the Monthly Application.

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.      The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable

based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.    A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.    The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Reed Smith for review and comment.  The firm submitted a written response to the Fee Examiner.  After evaluation and consideration of the additional information provided by Reed Smith, the Fee Examiner submits this Final Report for the Court's consideration.  This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or

hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner determined that the Fees Requested exceeded the Fees Computed by $275.00, resulting in an apparent overcharge. The discrepancy was the result of task hours within several entries that did not equal the time billed for the entry as a whole, which was displayed in **Exhibit A** to the Preliminary Report. In response, Reed Smith stated it did not contest the inadvertent (net) overcharge identified by the Fee Examiner, which results in a fee reduction of $275.00. Exhibit A has been omitted from this Report.

The Fee Examiner further determined there was no discrepancy between the Expenses Requested and the Expenses Computed. The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.    **Block Billing.**[3]    The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[4] The Fee Examiner identified task descriptions that were technically block billed. The tasks totaled 4.80 hours with associated fees of $1,878.00, and were displayed in **Exhibit B** to the Preliminary Report. Based upon precedent established by this Court, the Fee Examiner does not object to any of the block billed entries. Exhibit B is omitted.

---

[3] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[4] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

11.    **Time Increments.**  The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.  The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.  Reed Smith complied with the applicable rules regarding time increments.

**Review of Fees**

12.    **Firm Staffing.**  The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*.  The Fee Application provided the names, positions, and hourly rates of the 13 Reed Smith professionals and paraprofessionals who billed to this matter, consisting of 4 partners, 1 counsel, 4 associates, and 4 paralegals.  A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C**.[5]

The firm billed a total of 387.30 hours with associated fees of $177,715.50.[6]  The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 176.90 | 46% | $ 95,473.00 | 54% |
| Counsel | 61.50 | 16% | 34,948.50 | 20% |

---

[5] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

[6] This amount reflects the Fees Computed.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Associate | 82.70 | 21% | 36,698.00 | 20% |
| Paralegal | 66.20 | 17% | 10,596.00 | 6% |
| **TOTAL** | 387.30 | 100% | $177,715.50 | 100% |

The blended hourly rate for the Reed Smith professionals is $520.46 and the blended hourly rate for professionals and paraprofessionals is $458.86.

13.    **Hourly Rate Increases.**    Reed Smith increased the hourly rate of one firm timekeeper during this interim period, effective August 1, 2012.    The Fee Examiner requested additional information regarding one timekeeper's historic rate increases.    In response, the firm provided sufficient detail and justification for the rate increases.    No fee reduction is warranted.

14.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*.    With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.    On the whole, each Reed Smith timekeeper appeared to perform either core team responsibilities necessary to the engagement; or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

15.    **Meetings, Conferences, Hearings, and Other Events.**    The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*.    While it may be appropriate to have multiple attendees at

some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified one occasion where two Reed Smith timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 2.60 hours with $1,482.00 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeeper's entry totaled 1.30 hours with $715.00 in associated fees, and was highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner notes that Reed Smith reduced the number of nonfirm multiple attendances from the prior interim period, but nevertheless requests that Reed Smith provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event.

In response, Reed Smith provided a detailed description of the questioned entry, which explained the purpose and necessity of having multiple attendees at the meeting in question. No fee reduction will be recommended, and Exhibit D has been omitted from this Report.

16.    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Reed Smith timekeepers describing intraoffice conferences totaling 8.00 hours with $4,280.00 in associated fees, approximately 2% of the Fees Computed. These entries were displayed in **Exhibit E** to the Preliminary Report. The Fee Examiner did not identify any instances of more than one participant billing for the same

intraoffice conference. The Fee Examiner requested that Reed Smith continue to strive to reduce its percentage of intraoffice conferences. Exhibit E has been omitted from the Final Report.

17.    **Complete and Detailed Task Descriptions.** Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*. The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.

The Fee Examiner reviewed the substantive detail of each billing entry and identified 0.70 hour with $315.00 in associated fees where the timekeeper did not identify the parties to a communication. The entries were displayed in **Exhibit F** to the Preliminary Report. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable guidelines.[7] The Fee Examiner requested the firm provide sufficient detail for the entries in question. In response, Reed Smith revised the questioned tasks with the missing participant information, which brought them within

---

[7] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g., In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

compliance.  The Fee Examiner does not make a recommendation for a fee reduction.  Exhibit F is omitted from this Final Report.

18.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  The Fee Examiner identified multiple fee entries describing what appeared to be administrative tasks.  The questioned tasks totaled 2.40 hours with related fees of $336.00, which were displayed in **Exhibit G** to the Preliminary Report.  The firm and the Fee Examiner reached a compromise whereby the firm agreed to a fee reduction in the amount of $144.00. Exhibit G has been omitted from the Report.

19.    **Clerical Activities.**  Typically, clerical activities are those tasks that do not require legal acumen and may effectively be performed by administrative assistants, secretaries, or support personnel, and like administrative activities, are generally reflected in the hourly rates charged by a firm.  In the 3rd Circuit, however, clerical-type activities performed by professionals and/or paraprofessionals are subject to a reduced billing rate.  The Fee Examiner reviewed each timekeeper's billing activities but did not isolate any clerical-type activities.

20.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).*  Reed Smith did not submit any time entries describing travel.

21.    **Reed Smith Retention/Compensation.**  Reed Smith billed 61.20 hours with associated fees of $22,228.00 to prepare the firm's retention documents and applications for compensation.  The fee entries describing Reed Smith's retention/compensation activities are displayed in **Exhibit H** which is included in the Final Report for the Court's reference.

**Review of Expenses**

22. **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).* The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).* Reed Smith provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge. The Fee Examiner found no objectionable expense items.

**CONCLUSION**

The Fee Examiner submits this Final Report regarding Reed Smith's Application and the fees and expenses discussed above. The Fee Examiner recommends approval of fees that total $177,571.50 ($177,990.50 minus $419.00) and reimbursement of expenses that total $7,566.84 for the period from June 1, 2012 through August 31, 2012. The findings are set forth in the summary on the following page.

**REED SMITH LLP**

**SUMMARY OF FINDINGS**

**Fifteenth Interim Fee Application (June 1, 2012 through August 31, 2012)**

**A.**    **Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $177,990.50 | |
| Expenses Requested | 7,566.84 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $185,557.34 |
| Fees Computed | $177,715.50 | |
| Expenses Computed | 7,566.84 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $185,282.34 |
| Discrepancy in Fees | $    275.00 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $    275.00 |

**B.**    **Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested | $177,990.50 | | |
| *Agreed Reduction for Discrepancy in Fees* | | *($275.00)* | |
| *Agreed Reduction for Administrative Activities* | | *(144.00)* | |
| Subtotal | | *($419.00)* | |
| RECOMMENDED FEE ALLOWANCE | | | $177,571.50 |
| Expenses Requested | $7,566.84 | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 7,566.84 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $185,138.34 |

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 21st day of March, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John D. Shugrue, Esq.
Partner
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

_____
John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Reed Smith LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| AJM | Moss, J. Andrew | PARTNER | $550.00 | $550.00 | 67.40 | $37,070.00 |
| TPL | Law, Timothy P. | PARTNER | $490.00 | $490.00 | 61.60 | $30,184.00 |
| JDS | Shugrue, John D. | PARTNER | $590.00 | $590.00 | 46.50 | $27,435.00 |
| PRW | Walker-Bright, Paul R. | PARTNER | $560.00 | $560.00 | 1.40 | $784.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $539.70 | | 176.90 | $95,473.00 |
| | | | | | % of Total: 45.68% | % of Total: 53.72% |
| LMG | Geiger, Laura M. | COUNSEL | $555.00 | $575.00 | 61.50 | $34,948.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $568.27 | | 61.50 | $34,948.50 |
| | | | | | % of Total: 15.88% | % of Total: 19.67% |
| AY | Yassemedis, Andrea C. | ASSOCIATE | $450.00 | $450.00 | 71.50 | $32,175.00 |
| PHF | Forster, Paige H. | ASSOCIATE | $410.00 | $410.00 | 7.80 | $3,198.00 |
| DR | Rosenfield, David M. | ASSOCIATE | $350.00 | $350.00 | 1.90 | $665.00 |
| LMP | Means, Lisa P. | ASSOCIATE | $440.00 | $440.00 | 1.50 | $660.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $443.75 | | 82.70 | $36,698.00 |
| | | | | | % of Total: 21.35% | % of Total: 20.65% |
| LL | Lankford, Lisa A. | PARALEGAL | $180.00 | $180.00 | 28.30 | $5,094.00 |
| MT | Todd, Michelle G. | PARALEGAL | $140.00 | $140.00 | 34.10 | $4,774.00 |
| JBL | Lord, John B. | PARALEGAL | $280.00 | $280.00 | 1.40 | $392.00 |
| SS | Somoza, Silvia | PARALEGAL | $140.00 | $140.00 | 2.40 | $336.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $160.06 | | 66.20 | $10,596.00 |
| | | | | | % of Total: 17.09% | % of Total: 5.96% |
| | Total No. of Billers: 13 | Blended Rate for Report: | $458.86 | | 387.30 | $177,715.50 |

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Lankford, L | 28.30 | 5,094.00 |
| Lord, J | 1.40 | 392.00 |
| Shugrue, J | 19.00 | 11,210.00 |
| Somoza, S | 0.30 | 42.00 |
| Yassemedis, A | 12.20 | 5,490.00 |
| | 61.20 | $22,228.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 61.20 | 22,228.00 |
| | 61.20 | $22,228.00 |

EXHIBIT H
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/07/12 Thu | Lankford, L 2293773-9/27 | 0.10 | 0.10 | 18.00 | | | 1 | MATTER NAME: *Fee Applications* <br> E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 39TH MONTHLY. |
| 06/07/12 Thu | Lankford, L 2293773-9/28 | 1.20 | 1.20 | 216.00 | 0.30 <br> 0.90 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> E-MAIL CORRESPONDENCE TO J. SHUGRUE REGARDING 39TH MONTHLY FEE APPLICATION (.3); <br> REVIEWED 39TH MONTHLY FEE APPLICATION (.9). |
| 06/08/12 Fri | Shugrue, J 2293773-9/29 | 0.70 | 0.70 | 413.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTED 39TH MONTHLY FEE APPLICATION. |
| 06/12/12 Tue | Shugrue, J 2293773-9/30 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTED 40TH MONTHLY FEE APPLICATION. |
| 06/14/12 Thu | Shugrue, J 2293773-9/31 | 0.80 | 0.80 | 472.00 | | | 1 | MATTER NAME: *Fee Applications* <br> PREPARED NARRATIVE TEXT FOR 39TH MONTHLY FEE APPLICATION. |
| 06/18/12 Mon | Lankford, L 2293773-9/32 | 1.20 | 1.20 | 216.00 | 0.20 <br> 0.20 <br> 0.20 <br> 0.60 | F <br> F <br> F <br> F | 1 <br> 2 <br> 3 <br> 4 | MATTER NAME: *Fee Applications* <br> ANALYZED EMAIL CORRESPONDENCE FROM J. SHUGRUE REGARDING RS'S 39TH MONTHLY FEE APPLICATION (.2); <br> CONFERRED WITH C. FALGOWSKI REGARDING SAME (.2); <br> E-MAIL/VOICE MAIL TO J. SHUGRUE REGARDING SAME (.2); <br> DRAFTED CNO TO RS'S 38TH MONTHLY FEE APPLICATION (.6). |
| 06/18/12 Mon | Shugrue, J 2293773-9/33 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTED MATERIAL FOR 39TH MONTHLY FEE APPLICATION. |
| 06/19/12 Tue | Lankford, L 2293773-9/34 | 3.10 | 3.10 | 558.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTING/CALCULATIONS/ADDITIONS TO RS'S 39TH MONTHLY FEE APPLICATION. |
| 06/19/12 Tue | Shugrue, J 2293773-9/35 | 0.40 | 0.40 | 236.00 | 0.20 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> ANALYZED AND APPROVED FILING OF CNO REGARDING 38TH MONTHLY FEE APPLICATION (.2); <br> ANALYZED AND APPROVED FILING OF 39TH MONTHLY FEE APPLICATION (.2). |
| 06/20/12 Wed | Lankford, L 2293773-9/36 | 0.40 | 0.40 | 72.00 | | | 1 | MATTER NAME: *Fee Applications* <br> REVISIONS TO RS' 39TH MONTHLY FEE APPLICATION. |
| 06/21/12 Thu | Lankford, L 2293773-9/37 | 1.70 | 1.70 | 306.00 | 0.10 <br> 1.60 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> CONFER WITH C. FALGOWSKI REGARDING RS'S 39TH MONTHLY FEE APPLICATION (.1); <br> REVISIONS TO AND FINALIZE SAME (1.6). |
| 06/25/12 Mon | Lankford, L 2293773-9/38 | 1.80 | 1.80 | 324.00 | 0.80 <br> 0.80 <br> 0.20 | F <br> F <br> F | 1 <br> 2 <br> 3 | MATTER NAME: *Fee Applications* <br> DRAFTED RS'S 40TH MONTHLY FEE APPLICATION (.8); <br> DRAFTED RS'S 14TH QUARTERLY FEE APPLICATION (.8); <br> E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/25/12 Mon | Shugrue, J 2293773-9/39 | 0.40 | 0.40 | 236.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED MATERIAL FOR 40TH MONTHLY FEE APPLICATION. |
| 06/26/12 Tue | Lankford, L 2293773-9/40 | 0.50 | 0.50 | 90.00 | | | 1 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE, AND CLIENT REGARDING REVISED FEE APPLICATION DOCUMENTS. |
| 06/26/12 Tue | Shugrue, J 2293773-9/41 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications*<br>EMAILS WITH FEE EXAMINER REGARDING REMAINING QUESTIONS ON 9TH AND 10TH INTERIM FEE APPLICATIONS. |
| 06/27/12 Wed | Lankford, L 2293773-9/42 | 1.70 | 1.70 | 306.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED RS FEE APPLICATIONS. |
| 06/27/12 Wed | Shugrue, J 2293773-9/43 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED AND EXCHANGED EMAILS WITH FEE EXAMINER J. THIEL REGARDING PENDING ISSUES/QUESTIONS REGARDING 9TH AND 10TH INTERIM FEE APPLICATIONS. |
| 06/28/12 Thu | Shugrue, J 2293773-9/44 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED MATERIAL FOR 40TH MONTHLY FEE APPLICATION. |
| 07/02/12 Mon | Shugrue, J 2306506-9/40 | 1.10 | 1.10 | 649.00 | 0.30<br>0.60<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: *Fee Applications*<br>ANALYZED FEE EXAMINER FINAL REPORTS REGARDING 9TH AND 10TH INTERIM FEE APPLICATIONS (.3);<br>DRAFTED AND PREPARED 40TH MONTHLY FEE APPLICATION (.6);<br>ANALYZED AND PROVIDED APPROVAL FOR FILING CNO FOR 14TH INTERIM FEE APPLICATION (.2). |
| 07/05/12 Thu | Shugrue, J 2306506-9/41 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED NARRATIVE TEXT FOR 40TH MONTHLY FEE APPLICATION. |
| 07/10/12 Tue | Lankford, L 2306506-9/42 | 0.70 | 0.70 | 126.00 | 0.40<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>REVIEWED E-MAILS FROM J. SHUGRUE REGARDING FEE EXAMINER REPORT (.4);<br>REVIEWED E-MAILS FROM J. SHUGRUE REGARDING RS'S 14TH INTERIM & 40TH MONTHLY FEE APPLICATIONS (.3). |
| 07/10/12 Tue | Shugrue, J 2306506-9/43 | 0.70 | 0.70 | 413.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED AND ORGANIZED INFORMATION REGARDING PAID, PENDING AND ESTIMATED FUTURE FEES AND EXPENSES TO RESPOND TO CLIENT AND VALUATION EXPERT REQUEST FOR SAME IN CONNECTION WITH EMERGENCE FROM BANKRUPTCY. |
| 07/11/12 Wed | Shugrue, J 2306506-9/44 | 0.60 | 0.60 | 354.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED AND ORGANIZED INVOICE PAYMENT AND OUTSTANDING RECEIVABLES IN CONNECTION WITH REQUEST FROM CLIENT AND VALUATION EXPERT RELATING TO FINAL DISTRIBUTIONS PRE-EMERGENCE FROM BK. |
| 07/12/12 Thu | Lankford, L 2306506-9/45 | 1.80 | 1.80 | 324.00 | 0.40<br>0.80<br>0.40<br>0.20 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 14TH INTERIM & 40TH MONTHLY FEE APPLICATIONS (.4);<br>REVISED RS'S 40TH MONTHLY FEE APPLICATION (.8);<br>REVISED RS'S 14TH INTERIM FEE APPLICATION (.4);<br>E-MAIL CORRESPONDENCE WITH T. REILEY AND CONFERRED WITH D. WITT REGARDING SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT H
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|-----------|---|---|-------------|
| 07/12/12 Thu | Shugrue, J 2306506-9/46 | 0.80 | 0.80 | 472.00 | 0.20 | F | 1 | MATTER NAME: Fee Applications EMAILS WITH C. FALGOWSKI AND L. LANKFORD REGARDING COMPLETING AND FILING 40TH MONTHLY AND 14TH INTERIM FEE APPLICATIONS (.2); |
| | | | | | 0.60 | F | 2 | ANALYZED INVOICE PAYMENT AND BALANCE INFORMATION IN CONNECTION WITH CLIENT REQUEST FOR SAME FOR PURPOSES OF ESTIMATING FINAL DISTRIBUTIONS PRIOR TO EMERGENCE (.6). |
| 07/13/12 Fri | Lankford, L 2306506-9/47 | 1.10 | 1.10 | 198.00 | 0.10 | F | 1 | MATTER NAME: Fee Applications E-MAIL CORRESPONDENCE AND CONFERRED WITH T. REILEY REGARDING RS'S 14TH INTERIM & 40TH MONTHLY FEE APPLICATIONS (.1); |
| | | | | | 1.00 | F | 2 | REVISED RS'S 14TH INTERIM & 40TH MONTHLY FEE APPLICATIONS (1.0). |
| 07/13/12 Fri | Shugrue, J 2306506-9/48 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED SUBMISSION EMAIL FROM L. LANKFORD TO COURT REGARDING 40TH MONTHLY AND 14TH INTERIM FEE APPLICATIONS. |
| 07/17/12 Tue | Shugrue, J 2306506-9/49 | 0.60 | 0.60 | 354.00 | | | 1 | MATTER NAME: Fee Applications COLLECTED DATA AND INPUT SAME ON CHART OF PENDING AND PAID FEES REQUESTED IN CONNECTION WITH FINAL DISTRIBUTION AND FINAL FEE APPLICATION. |
| 07/18/12 Wed | Lankford, L 2306506-9/50 | 1.50 | 1.50 | 270.00 | 0.30 | F | 1 | MATTER NAME: Fee Applications E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING UPDATING PAYMENT CHART IN CONNECTION WITH CLIENT REQUEST FOR SAME FOR PURPOSES OF ESTIMATING FINAL DISTRIBUTIONS PRIOR TO EMERGENCE (.3); |
| | | | | | 1.20 | F | 2 | RESEARCHED AND REVIEWED PAYMENT INFORMATION IN CONNECTION WITH CLIENT REQUEST FOR SAME FOR PURPOSES OF ESTIMATING FINAL DISTRIBUTIONS PRIOR TO EMERGENCE (1.2). |
| 07/18/12 Wed | Shugrue, J 2306506-9/51 | 1.60 | 1.60 | 944.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND ORGANIZED INFORMATION REGARDING PAID, PENDING AND ESTIMATED FUTURE FEES AND EXPENSES TO RESPOND TO CLIENT AND VALUATION EXPERT REQUEST FOR SAME IN CONNECTION WITH EMERGENCE FROM BANKRUPTCY. |
| 07/19/12 Thu | Shugrue, J 2306506-9/52 | 0.80 | 0.80 | 472.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND ORGANIZED INFORMATION REGARDING PAID, PENDING AND ESTIMATED FUTURE FEES AND EXPENSES TO RESPOND TO CLIENT AND VALUATION EXPERT REQUEST FOR SAME IN CONNECTION WITH EMERGENCE FROM BANKRUPTCY. |
| 07/20/12 Fri | Lankford, L 2306506-9/53 | 1.20 | 1.20 | 216.00 | 0.50 | F | 1 | MATTER NAME: Fee Applications DRAFTED RS'S 41ST MONTHLY FEE APPLICATION (.5); |
| | | | | | 0.40 | F | 2 | DRAFTED CNO TO RS'S 39TH MONTHLY FEE APPLICATION (.4); |
| | | | | | 0.30 | F | 3 | E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING SAME (.3). |
| 07/20/12 Fri | Shugrue, J 2306506-9/54 | 0.10 | 0.10 | 59.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND PROVIDED AUTHORITY TO FILE CNO ON 39TH MONTHLY FEE APPLICATION. |
| 07/30/12 Mon | Shugrue, J 2306506-9/55 | 0.40 | 0.40 | 236.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED FEE EXAMINER'S PRELIMINARY REPORT ON 11TH INTERIM FEE APPLICATION. |
| 08/02/12 Thu | Shugrue, J 2318183-9/1 | 0.40 | 0.40 | 236.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND REVISED DRAFT OF 41ST MONTHLY FEE APPLICATION. |
| 08/03/12 Fri | Lankford, L 2318183-9/2 | 0.70 | 0.70 | 126.00 | | | 1 | MATTER NAME: Fee Applications REVIEWED AND REVISED 41ST MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/06/12 Mon | Shugrue, J 2318183-9/3 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications* ANALYZED ISSUES CONCERNING RESPONSE TO FEE EXAMINER PRELIMINARY REPORT ON 11TH INTERIM FEE APPLICATION. |
| 08/08/12 Wed | Shugrue, J 2318183-9/4 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications* DRAFTED AND REVISED 42ND MONTHLY FEE APPLICATION. |
| 08/09/12 Thu | Shugrue, J 2318183-9/5 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: *Fee Applications* DRAFTED MATERIALS FOR INCLUSION IN 42ND MONTHLY FEE APPLICATION. |
| 08/10/12 Fri | Lankford, L 2318183-9/6 | 0.80 | 0.80 | 144.00 | | | 1 | MATTER NAME: *Fee Applications* ADDITIONAL REVISIONS TO 41ST MONTHLY FEE APPLICATION. |
| 08/10/12 Fri | Shugrue, J 2318183-9/8 | 0.60 | 0.60 | 354.00 | | | 1 | MATTER NAME: *Fee Applications* PREPARED NARRATIVE TEXT FOR 41ST MONTHLY FEE APPLICATION. |
| 08/10/12 Fri | Yassemedis, A 2318183-9/7 | 1.90 | 1.90 | 855.00 | | | 1 | MATTER NAME: *Fee Applications* REVIEWED FEE EXAMINER'S REPORT REGARDING 11TH INTERIM FEE APPLICATION AND CONSIDERED RESPONSE TO ISSUES RAISED IN SAME. |
| 08/13/12 Mon | Lankford, L 2318183-9/9 | 0.90 | 0.90 | 162.00 | | | 1 | MATTER NAME: *Fee Applications* REVIEWED AND EDITED RS'S 41ST MONTHLY FEE APPLICATION. |
| 08/14/12 Tue | Lankford, L 2318183-9/10 | 1.80 | 1.80 | 324.00 | 0.90 0.30 0.60 | F F F | 1 2 3 | MATTER NAME: *Fee Applications* REVISIONS AND CALCULATIONS TORS'S 41ST MONTHLY FEE APPLICATION (.9); REVISED CNO TORS'S 39TH MONTHLY FEE APPLICATION (.3); DRAFTED CNO'S TORS'S 40TH MONTHLY & 14TH INTERIM FEE APPLICATIONS (.6). |
| 08/14/12 Tue | Shugrue, J 2318183-9/11 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications* REVIEWED AND APPROVED CNOS FOR 39TH AND 40TH MONTHLY AND 14TH INTERIM FEE APPLICATIONS. |
| 08/15/12 Wed | Lankford, L 2318183-9/12 | 1.20 | 1.20 | 216.00 | 0.10 0.60 0.50 | F F F | 1 2 3 | MATTER NAME: *Fee Applications* CONFERRED WITH C. FALGOWSKI REGARDING FEE APPLICATION DOCUMENTS (.1); REVISED AND FINALIZED CNO'S TORS'S 39TH & 40TH MONTHLY FEE APPLICATIONS AND 14TH INTERIM FEE APPLICATIONS (.6); REVISED AND FINALIZED RS'S 41ST MONTHLY FEE APPLICATION (.5). |
| 08/20/12 Mon | Lankford, L 2318183-9/13 | 0.70 | 0.70 | 126.00 | | | 1 | MATTER NAME: *Fee Applications* DRAFTED RS'S 42ND MONTHLY FEE APPLICATION. |
| 08/21/12 Tue | Shugrue, J 2318183-9/14 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications* ANALYZED ISSUES RAISED BY FEE EXAMINER REGARDING 11TH INTERIM FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/22/12 Wed | Lankford, L 2318183-9/15 | 0.40 | 0.40 | 72.00 | | | 1 | MATTER NAME: *Fee Applications* <br> RESEARCHED REGARDING FEE AUDITOR REPORT FOR 10/4 FEE HEARING AND CALENDAR HEARING AND DEADLINE. |
| 08/24/12 Fri | Shugrue, J 2318183-9/17 | 0.50 | 0.50 | 295.00 | 0.30 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> ANALYZED ISSUES IN CONNECTION WITH 11TH INTERIM FEE APPLICATION AND RESPONSE TO FEE EXAMINER REPORT ON SAME (.3); <br> REVIEWED DRAFT OF 42D MONTHLY FEE APPLICATION (.2). |
| 08/24/12 Fri | Yassemedis, A 2318183-9/16 | 4.40 | 4.40 | 1,980.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTED RESPONSE TO FEE EXAMINER'S OBJECTIONS TO 11TH FEE APPLICATION. |
| 08/27/12 Mon | Lankford, L 2318183-9/18 | 0.40 | 0.40 | 72.00 | | | 1 | MATTER NAME: *Fee Applications* <br> E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING 41ST MONTHLY FEE APPLICATION AND REVIEWED SAME. |
| 08/27/12 Mon | Shugrue, J 2318183-9/20 | 1.80 | 1.80 | 1,062.00 | 1.30 <br> 0.50 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> DRAFTED TEXT FOR INCLUSION IN 42ND MONTHLY FEE APPLICATION (1.3); <br> ANALYZED AND REVISED DRAFT RESPONSE TO FEE EXAMINER QUESTIONS AND ISSUES REGARDING 11TH INTERIM FEE APPLICATION (.5). |
| 08/27/12 Mon | Yassemedis, A 2318183-9/19 | 5.70 | 5.70 | 2,565.00 | | | 1 | MATTER NAME: *Fee Applications* <br> DRAFTED RESPONSE TO FEE EXAMINER'S OBJECTIONS TO 11TH FEE APPLICATION. |
| 08/28/12 Tue | Lankford, L 2318183-9/21 | 1.10 | 1.10 | 198.00 | | | 1 | MATTER NAME: *Fee Applications* <br> REVISIONS TORS'S 41ST MONTHLY FEE APPLICATION. |
| 08/28/12 Tue | Shugrue, J 2318183-9/22 | 2.40 | 2.40 | 1,416.00 | | | 1 | MATTER NAME: *Fee Applications* <br> ANALYZED, REVISED AND DRAFTED ADDITIONAL PORTIONS OF MEMORANDUM TO FEE EXAMINER REGARDING ISSUES AND QUESTIONS REGARDING 11TH INTERIM FEE APPLICATION. |
| 08/29/12 Wed | Lankford, L 2318183-9/23 | 2.30 | 2.30 | 414.00 | 0.40 <br> 1.90 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> CONFERRED WITH J. LORD REGARDING 8/31 DEADLINE TO RESPOND TO FEE AUDITOR'S REPORT FOR 10/4 HEARING (.4); <br> REVISIONS AND CALCULATIONS TO 42ND MONTHY FEE APPLICATION (1.9). |
| 08/29/12 Wed | Shugrue, J 2318183-9/26 | 1.10 | 1.10 | 649.00 | 0.70 <br> 0.40 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> ANALYZED AND REVISED DRAFT EMAIL TO FEE EXAMINER REGARDING ISSUES AND QUESTIONS CONCERNING 11TH INTERIM FEE APPLICATION (.7); <br> ANALYZED AND REVISED 42ND MONTHLY FEE APPLICATION (.4). |
| 08/29/12 Wed | Somoza, S 2318183-9/24 | 0.10 | 0.10 | 14.00 | | | 1 | MATTER NAME: *Fee Applications* <br> REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 08/29/12 Wed | Yassemedis, A 2318183-9/25 | 0.20 | 0.20 | 90.00 | | | 1 | MATTER NAME: *Fee Applications* <br> EMAIL CORRESPONDENCE WITH CLIENT AND J. SHUGRUE REGARDING RESPONSE TO FEE EXAMINER'S OBJECTIONS TO 11TH FEE APPLICATION |

~ See the last page of exhibit for explanation

EXHIBIT H
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/30/12 Thu | Lord, J 2318183-9/27 | 1.40 | 1.40 | 392.00 | 1.30 0.10 | F F | 1 2 | *MATTER NAME: Fee Applications* REVISED AND FINALIZED RS JULY MONTHLY FEE APPLICATION (1.3); COMMUNICATED WITH C. FALGOWSKI REGARDING SAME (.1). |
| 08/30/12 Thu | Shugrue, J 2318183-9/29 | 0.20 | 0.20 | 118.00 | | | 1 | *MATTER NAME: Fee Applications* EMAILS WITH CLIENT AND J. LORD REGARDING 42ND MONTHLY FEE APPLICATION. |
| 08/30/12 Thu | Somoza, S 2318183-9/28 | 0.20 | 0.20 | 28.00 | | | 1 | *MATTER NAME: Fee Applications* REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| Total | | | 61.20 | $22,228.00 | | | | |

Number of Entries:       63

~  See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Lankford, L | 28.30 | 5,094.00 |
| Lord, J | 1.40 | 392.00 |
| Shugrue, J | 19.00 | 11,210.00 |
| Somoza, S | 0.30 | 42.00 |
| Yassemedis, A | 12.20 | 5,490.00 |
| | 61.20 | $22,228.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 61.20 | 22,228.00 |
| | 61.20 | $22,228.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL