## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, etal.,[1]

Reorganized Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

### FEE EXAMINER'S FINAL REPORT REGARDING THE
### FIFTEENTH INTERIM APPLICATION OF CHADBOURNE & PARKE LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Fifteenth Interim Application of Chadbourne& Parke LLP* [Docket No. 12578](the "**Fee Application**"). The Fee Application seeks approval of fees that total $1,252,996.25 and reimbursement of expenses that total $19,683.29 for the period from June 1, 2012 through August 31, 2012. Chadbourne& Parke LLP ("**Chadbourne**") serves as co-counsel to the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**").

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## Background

1.    On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.    On January 16, 2009, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Tribune Company, et al., Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bankr. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne& Parke LLP as Co-Counsel, Effective as of December 18, 2008* [Docket No. 243] (the "**Retention Application**"). By order dated February 20, 2009 [Docket No. 429], this Court approved the retention of Chadbourne (the "**Retention Order**").

3.    Chadbourne submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 14, 2011) [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.    In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.    The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of

Bankruptcy Procedure (the **"Bankruptcy Rules"**), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the **"Local Rules"**), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the **"UST Guidelines"**). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.      Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred. A fee application must

comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules. Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application. A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Chadbourne for review and comment. The firm responded to the Fee Examiner with a detailed written response to the Preliminary Report, and the Fee Examiner and Chadbourne engaged in subsequent written and verbal communication. After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order* ¶5.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.** The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**"). The Fee Examiner determined that the Fees Requested exceeded the Fees Computed by $68.00, resulting in an apparent overcharge. The discrepancy was the result of task hours within several entries that did not equal the time billed for the entry as a whole, as was displayed in **Exhibit A** to the Preliminary Report. The firm agreed with the Fee Examiner's findings of an inadvertent

overcharge, and agreed to reduce its final fee request by an amount of $68.00. Exhibit A has been removed from the Final Report.

The Fee Examiner further determined that there was no discrepancy between the Expenses Requested and the Expenses Computed. The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.     **Block Billing.** The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines*¶(b)(4)(v).[2]     The Fee Examiner identified block billed entries totaling 182.90 hours and $123,435.50 in associated fees, which were displayed in **Exhibit B** to the Preliminary Report.[3]     Based upon precedent established by this Court, the objectionable block billed entries total 22.10 hours with $18,319.50 in associated fees, and are highlighted in bold and marked with an ampersand [&] in the exhibit. In response, Chadbourne provided the Fee Examiner with additional information and agreed to a fee reduction of $4,579.88. Exhibit B has been omitted from the Final Report.

11.     **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further

---

[2] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr.E.D.N.Y. 2007).Across the board cuts range from five to 100 percent.*See id.*at 495 n.7 and cases cited.

[3] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*. Chadbourne complied with the applicable rules regarding time increments.

12. **Potential Double Billing.** The Fee Examiner did not identify any potential instances of double billing.

## Review of Fees

13. **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 28 Chadbourne professionals and paraprofessionals who billed to this matter, consisting of 8 partners, 3 counsel, 12 associates, 1 law clerk, and 4 paraprofessionals. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C**.

The firm billed a total of 1,920.70 hours with associated fees of $1,252,928.25.[4] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|----------|-------|---------------------------|------|--------------------------|
| Partner | 789.40 | 41% | $ 672,799.00 | 54% |
| Counsel | 276.00 | 14% | 186,026.00 | 15% |
| Associate | 698.50 | 36% | 347,550.25 | 28% |
| Law Clerk | 18.50 | * | 5,272.50 | * |
| Paraprofessional | 138.30 | 7% | 41,280.50 | 3% |
| **TOTAL** | 1,920.70 | 100% | $1,252,928.25 | 100% |

* Less than 1%

---

[4] This amount reflects the Fees Computed.

The blended hourly rate for the Chadbourne professionals is $683.92 and the blended hourly rate for professionals and paraprofessionals is $652.33.

14.     **Hourly Rate Increases.**     Chadbourne did not increase the hourly rate of professionals during this interim period.

15.     **Timekeepers' Roles.**     A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4)*. With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. Each Chadbourne timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

16.     **Extended Hours.**     The Fee Examiner identified one day when a timekeeper invoiced in excess of 16.00 hours. The entries for this day totaled 18.90 hours with $9,355.50 in associated fees, and were displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner recognizes that in certain isolated instances, the demands of a case may require a timekeeper to put in long hours far in excess of a normal working day. In response, Chadbourne verified in detail that the long day was the result of necessary and proper work, which had to be accomplished on an incredibly accelerated time table. No fee reduction is warranted and Exhibit D is omitted from this Report.

17.     **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees."

*UST Guidelines* ¶*(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Chadbourne timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees. The entries, totaling 189.80 hours with $134,931.50 in associated fees, were displayed in **Exhibit E** to the Preliminary Report. In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, we identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 140.00 hours with $89,100.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit. Nonworking travel associated with the multiple attendance was also included where appropriate. The Fee Examiner requested that the firm provide what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and comment on the necessity of the multiple attendees for each event, with attention to any meeting or event where more than two firm timekeepers were present.

In response to the Preliminary Report, Chadbourne reiterated the size and complexity of the cases and the resulting need for the participation of numerous professionals. The firm asserted that review of the time in question demonstrates Chadbourne's efforts to limit multiple participants to matters where they are truly necessary, and provided examples of the various areas of expertise needed at Committee meetings and other events. As with responses to prior preliminary reports, the firm also provided two detailed exhibits through which the meetings and

-8-

events were divided into specific categories, each of which contained detailed explanations for the need of multiple timekeepers at the various meetings and/or events. After analyzing the additional information provided, the Fee Examiner determined the requirements of the Local Rules and UST Guidelines have been satisfied. No recommendation for a fee reduction is appropriate, and Exhibit E has been omitted from this Report.

18.     **Intraoffice Conferences.**     Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Chadbourne timekeepers describing intraoffice conferences totaling 112.60 hours with $71,827.00 in associated fees, or 6% of the total Fees Computed, as was displayed in **Exhibit F** to the Preliminary Report. The Fee Examiner observed that in certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel totaled 67.10 hours with $43,606.50 in associated fees and were highlighted in bold and marked with an ampersand [&] in the exhibit. The Fee Examiner requested that Chadbourne strive to eliminate unnecessary intraoffice conferencing, but makes no recommendation for a fee reduction. Exhibit F has been omitted from the Final Report.

19.     **Complete and Detailed Task Descriptions.**     Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi,*

*and ix).* The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*

The Fee Examiner identified entries totaling 10.10 hours with $6,645.50 in associated fees in which a conference or other communication was insufficiently described. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in violation of the applicable guidelines. The entries were displayed in **Exhibit G** to the Preliminary Report. Chadbourne was invited to comment on the questioned entries or to bring them into compliance by providing the missing participant and/or subject matter information. Chadbourne responded by providing the subject matter and/or participant information to the majority of the questioned activities. Additionally, the Fee Examiner re-evaluated its position on two of the entries. The end result was all questioned entries were brought or were within compliance of the Local Rules and UST Guidelines. No fee reduction is warranted and Exhibit G has been omitted from this Report.

20. **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner did not identify any administrative activities.

21. **Clerical Activities.** Clerical activities do not require legal acumen, and may be effectively performed by administrative assistants, secretaries, or support personnel. Similar to administrative activities, clerical activities are generally not billable and are considered to be part of the firm's overhead. In the 3rd Circuit, however, some clerical and non-clerical activities may be compensable at a rate commensurate with the level of expertise or knowledge typically found

-10-

to be necessary to complete the task. The Fee Examiner did not identify any clerical-type activities.

22.     **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Chadbourne complied with the Local Rules regarding nonworking travel.

23.     **Chadbourne Retention/Compensation.** Chadbourne billed 81.60 hours with associated fees of $33,727.00 to prepare the firm's applications for compensation, approximately 3% of the Fees Computed. The fee entries describing Chadbourne's retention/compensation activities are displayed in **Exhibit H**, which is included in the Final Report for the Court's reference.

24.     **Other Firms' Retention/Compensation.** Chadbourne billed 18.10 hours with associated fees of $9,826.50 for the retention and/or compensation of other firms, less than 1% of the total Fees Computed. The fee entries describing these activities are displayed in **Exhibit I**, which is included in the Final Report for the Court's reference.

## Review of Expenses

25.     **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*. The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long

-11-

distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*. Chadbourne provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

26.     **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*. Chadbourne stated in the Application that the firm's rate for duplication is $0.10 per page.

27.     **Computer-Assisted Legal Research.** The Local Rules provide that computer-assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii)*. The Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with Lexis/Nexis and Westlaw for the provision of online research services. In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

28.     **Overtime Expenses.** Chadbourne requested reimbursement of late night and weekend carfare totaling $766.97, late night and weekend meals totaling $753.26, and paralegal overtime totaling $182.61. Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead. In addition, overtime charges for employees working late are also considered part of a firm's overhead. These charges, totaling $1,702.84, were displayed in **Exhibit J** to the Preliminary Report.

In response, Chadbourne first identified a $37.74 charge, which was incorrectly categorized by the firm's billing system. The charge, for which Chadbourne provided the appropriate detail, should have been billed as a transportation cost for travel in connection with a

bankruptcy court hearing. The Fee Examiner has no objection to the reimbursement of this expense.

With regard, however, to the remaining questioned expenses of $1,665.10 ($1,702.84 minus $37.74), the Fee Examiner and the firm discussed this issue, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving the right to request full payment at a final fee hearing – the firm acknowledged the expense reduction will be made and will not contest the reduction of $1,665.10 at the interim hearing. Exhibit J has been omitted from this Report.

29.     **Travel - Lodging.** The Fee Examiner has recommended and the Court has followed a domestic lodging ceiling of $350.00 per night. The lodging charges requested for reimbursement by the firm appeared to exceed this amount. The Fee Examiner requested Chadbourne provide the itemized detail and supporting documentation for the lodging charges listed in **Exhibit K** to the Preliminary Report.

In response, Chadbourne maintains its position that there is no basis for a $350.00 cap and that a $350.00 per night cap is too low for business hotels in Wilmington, Delaware. The Fee Examiner and the firm discussed this issue further, and while Chadbourne believes that the questioned costs are appropriate and fully compensable, on an interim basis – and without waiving its right to request full payment at a final fee hearing – the firm acknowledged an expense reduction of $533.40 will be made and it will not contest the reduction at the interim hearing. Exhibit K is omitted from the Final Report.

30.     **Travel Meals.** The Fee Examiner has recommended and the Court has followed certain per person ceilings for meals incurred during travel (i.e. breakfast - $15.00, lunch - $25.00, and dinner - $50.00). Several meal charges requested for reimbursement appeared to exceed the ceiling amounts. The Fee Examiner requested that Chadbourne provide

-13-

itemized detail and supporting documentation for each meal listed in **Exhibit L** to the Preliminary Report. In response, Chadbourne indicated that while it does not necessarily agree with the Fee Examiner's caps on meal costs, it would voluntarily agree to a related expense reduction in the amount of $24.60. Exhibit L has been omitted from the Final Report.

## CONCLUSION

The Fee Examiner submits this final report regarding the Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,248,348.37 ($1,252,996.25 minus $4,647.88) and reimbursement of expenses in the amount of $17,460.19 ($19,683.29 minus $2,223.10) for the period from June 1, 2012 through August 31, 2012. The findings are set forth in the summary on the following page.

**CHADBOURNE & PARKE LLP**

**SUMMARY OF FINDINGS**

**Fifteenth Interim Application (June 1, 2012 through August 31, 2012)**

**A.    Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $1,252,996.25 | |
| Expenses Requested | 19,683.29 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,272,679.54 |
| Fees Computed | $1,252,928.25 | |
| Expenses Computed | 19,683.29 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,272,611.54 |
| Discrepancy in Fees | $        68.00 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $        68.00 |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested | | $1,252,996.25 | |
| *Discrepancy in Fees* | | *($      68.00)* | |
| *Agreed Reduction for Block Billing* | | *(4,579.88)* | |
| | Subtotal | *($4,647.88)* | |
| RECOMMENDED FEE ALLOWANCE | | | $1,248,348.37 |
| Expenses Requested | | $19,683.29 | |
| *Uncontested Reduction for Overtime Expenses* | | *($1,665.10)* | |
| *Uncontested Reduction for Travel – Lodging* | | *(533.40)* | |
| *Agreed Reduction for Travel Meals* | | *(24.60)* | |
| | Subtotal | *($2,223.10)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 17,460.19 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $1,265,808.56 |

-15-

Respectfully submitted,

**STUART MAUE**

By: _____

    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

    *Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 26th day of March, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath& Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
PrepetitionLenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne& Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0351 | LeMay, David M. | PARTNER | $462.50 | $925.00 | 332.90 | $304,695.00 |
| 3042 | Rosenblatt, Andrew | PARTNER | $372.50 | $745.00 | 163.20 | $119,721.50 |
| 0525 | Seife, Howard | PARTNER | $497.50 | $995.00 | 111.60 | $110,047.00 |
| 1426 | Deutsch, Douglas E. | PARTNER | $745.00 | $745.00 | 143.50 | $106,907.50 |
| 0095 | McCormack, Thomas J. | PARTNER | $875.00 | $875.00 | 19.30 | $16,887.50 |
| 1257 | Berson, Scott | PARTNER | $745.00 | $745.00 | 16.10 | $11,994.50 |
| 0361 | Leder, Richard M. | PARTNER | $995.00 | $995.00 | 1.60 | $1,592.00 |
| 2351 | Lee, Sey-Hyo | PARTNER | $795.00 | $795.00 | 1.20 | $954.00 |
| No. of Billers for Position: 8 | | Blended Rate for Position: | $852.29 | | 789.40 | $672,799.00 |
| | | | | % of Total: | 41.10% | % of Total:    53.70% |
| 7699 | Ashley, Marc D. | COUNSEL | $695.00 | $695.00 | 148.20 | $102,999.00 |
| 7681 | Stenger, James A. | COUNSEL | $645.00 | $645.00 | 98.00 | $63,210.00 |
| 6651 | Rivera, Christy L. | COUNSEL | $665.00 | $665.00 | 29.80 | $19,817.00 |
| No. of Billers for Position: 3 | | Blended Rate for Position: | $674.01 | | 276.00 | $186,026.00 |
| | | | | % of Total: | 14.37% | % of Total:    14.85% |
| 6870 | Roitman, Marc | ASSOCIATE | $247.50 | $495.00 | 302.70 | $148,178.25 |
| 6879 | Zafran, Kimberly | ASSOCIATE | $565.00 | $565.00 | 133.80 | $75,597.00 |
| 6951 | Distefano, Michael | ASSOCIATE | $435.00 | $435.00 | 124.70 | $54,244.50 |
| 6906 | Daucher, Eric | ASSOCIATE | $495.00 | $495.00 | 51.60 | $25,542.00 |
| 6826 | Kirby, Robert M. | ASSOCIATE | $595.00 | $595.00 | 25.50 | $15,172.50 |
| 6855 | Dye, Bonnie | ASSOCIATE | $565.00 | $565.00 | 9.50 | $5,367.50 |
| 6831 | Pignatelli, Caroline | ASSOCIATE | $595.00 | $595.00 | 8.60 | $5,117.00 |
| 6988 | Shinneman, Erin | ASSOCIATE | $395.00 | $395.00 | 10.80 | $4,266.00 |
| 5899 | Asnani, Pooja | ASSOCIATE | $435.00 | $435.00 | 8.60 | $3,741.00 |
| 6930 | Voelker, Andrea | ASSOCIATE | $495.00 | $495.00 | 7.50 | $3,712.50 |
| 6967 | Marrero, Jessica | ASSOCIATE | $435.00 | $435.00 | 8.20 | $3,567.00 |
| 6959 | Stebinger, Nicolas | ASSOCIATE | $435.00 | $435.00 | 7.00 | $3,045.00 |

EXHIBIT C

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 12 | Blended Rate for Position: | $497.57 | | 698.50 | $347,550.25 |
| | | | | | % of Total: 36.37% | % of Total: 27.74% |
| 7015 | Nichols, Sara | LAW CLERK | $285.00 | $285.00 | 18.50 | $5,272.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $285.00 | | 18.50 | $5,272.50 |
| | | | | | % of Total: 0.96% | % of Total: 0.42% |
| 8036 | Bava, David | PARAPROFESSIONA | $295.00 | $295.00 | 62.50 | $18,437.50 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $295.00 | $295.00 | 52.80 | $15,576.00 |
| 5229 | Moloney, Lori F. | PARAPROFESSIONA | $330.00 | $330.00 | 19.60 | $6,468.00 |
| 8207 | Lopez, Jason | PARAPROFESSIONA | $235.00 | $235.00 | 3.40 | $799.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $298.49 | | 138.30 | $41,280.50 |
| | | | | | % of Total: 7.20% | % of Total: 3.29% |
| | Total No. of Billers: 28 | Blended Rate for Report: | $652.33 | | 1,920.70 | $1,252,928.25 |

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 1.20 | 354.00 |
| Daucher, E | 19.00 | 9,405.00 |
| Deutsch, D | 12.70 | 9,461.50 |
| Distefano, M | 0.70 | 304.50 |
| Lamb, H | 47.70 | 14,071.50 |
| Marrero, J | 0.30 | 130.50 |
| | 81.60 | $33,727.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 81.60 | 33,727.00 |
| | 81.60 | $33,727.00 |

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/04/12 Mon | Lamb, H 1314045010/1349 | 3.40 | 3.40 | 1,003.00 | | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MAY FEE APPLICATION. |
| 06/05/12 Tue | Distefano, M 1314045010/1351 | 0.30 | 0.30 | 130.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEWED 13TH FEE SUMMARY AND DISTRIBUTED SAME TO COMMITTEE (.3) |
| 06/06/12 Wed | Lamb, H 1314045010/1350 | 3.70 | 3.70 | 1,091.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MAY FEE APPLICATION. |
| 06/07/12 Thu | Lamb, H 1314045010/1352 | 1.80 | 1.80 | 531.00 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 06/12/12 Tue | Bava, D 1314045010/1354 | 1.20 | 1.20 | 354.00 | 1.20 | F | 1 | MATTER NAME: Fee/Retention Applications PREPARE SUPPORTING EXHIBIT RE: RESPONSE TO FEE EXAMINER'S REPORT ON 11TH INTERIM FEE APPLICATION (1.2). |
| 06/13/12 Wed | Daucher, E 1314045010/1363 | 6.00 | 6.00 | 2,970.00 | 4.80 1.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications ANALYSIS OF RECORDS RELATED TO CHADBOURNE'S 11TH INTERIM FEE REQUEST AND CONTEMPORANEOUS DRAFTING WITH RESPECT TO RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 11TH INTERIM FEES (4.8); PREPARATION OF EXHIBITS C AND D FOR SAME (1.2) |
| 06/13/12 Wed | Marrero, J 1314045010/1358 | 0.30 | 0.30 | 130.50 | 0.10 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CORRESPONDENCE WITH E.DAUCHER RE: FEE EXAMINER REPORT (0.1); REVIEW CORRESPONDING MEMOS FOR WORK PERFORMED RE: SAME (0.2). |
| 06/14/12 Thu | Daucher, E 1314045010/1362 | 5.70 | 5.70 | 2,821.50 | 2.10 3.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications CONTINUED ANALYSIS OF RECORDS RELATED TO CHADBOURNE'S 11TH INTERIM FEE REQUEST AND CONTEMPORANEOUS DRAFTING OF RESPONSE TO FEE EXAMINER'S 11TH PRELIMINARY REPORT (2.1); PREPARATION OF EXHIBITS A AND B FOR SAME (3.6). |
| 06/14/12 Thu | Deutsch, D 1314045010/1359 | 0.20 | 0.20 | 149.00 | 0.20 | F | 1 | MATTER NAME: Fee/Retention Applications EXCHANGE E-MAILS WITH JOHN THEIL (FEE EXAMINER) RE: TIMING/OTHER CASE MATTERS (.2). |
| 06/14/12 Thu | Lamb, H 1314045010/1355 | 2.20 | 2.20 | 649.00 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 06/15/12 Fri | Daucher, E 1314045010/1364 | 1.20 | 1.20 | 594.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF RECORDS CONCERNING 11TH INTERIM FEE APPLICATION AND CONTEMPORANEOUS REVISIONS TO RESPONSE TO FEE EXAMINER'S 11TH PRELIMINARY REPORT. |
| 06/15/12 Fri | Lamb, H 1314045010/1356 | 2.60 | 2.60 | 767.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/18/12 Mon | Daucher, E 1314045010/1371 | 4.90 | 4.90 | 2,425.50 | 4.60 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>REVISE RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 11TH INTERIM FEE APPLICATION AND EXHIBITS THERETO (4.6);<br>DISCUSS SAME WITH D. DEUTSCH (.3). |
| 06/18/12 Mon | Deutsch, D 1314045010/1360 | 0.30 | 0.30 | 223.50 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER E-MAIL (.2);<br>E-MAIL ERIC DAUCHER RE: FOLLOW-UP ON ISSUE IN SAME (.1). |
| 06/19/12 Tue | Deutsch, D 1314045010/1361 | 0.40 | 0.40 | 298.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>EXCHANGE ADDITIONAL E-MAILS WITH FEE EXAMINER RE: FINAL OPEN ITEM IN 10TH QUARTERLY FEE APPLICATION (.2);<br>EXCHANGE E-MAILS WITH HELEN LAMB RE: FEE EXAMINER FILING/RELATED MATTERS (.2). |
| 06/20/12 Wed | Deutsch, D 1314045010/1370 | 0.30 | 0.30 | 223.50 | 0.30 | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW FEE EXAMINER'S FINAL REPORT ON 10TH QUARTERLY FEE APPLICATION (.3). |
| 06/21/12 Thu | Deutsch, D 1314045010/1365 | 2.80 | 2.10 | 1,564.50 | 1.60 0.50 0.20 0.10 0.40 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications<br>REVIEW, RESEARCH AND EDIT DRAFT REPLY TO FEE EXAMINER'S REPORT ON 11TH INTERIM FEE APPLICATION (1.6);<br>REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.5);<br>REVIEW LAST TWO FEE APPLICATION REPORTS (.2);<br>E-MAIL DAVID BAVA ON FEE APPLICATION HEARING MATTER (.1);<br>BEGIN REVIEW OF MAY FEE STATEMENT DETAILS (.4). |
| 06/22/12 Fri | Daucher, E 1314045010/1372 | 1.20 | 1.20 | 594.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FINAL REVISIONS TO RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 11TH INTERIM FEES AND EXHIBITS THERETO. |
| 06/22/12 Fri | Deutsch, D 1314045010/1366 | 1.00 | 1.00 | 745.00 | 1.00 | F | 1 | MATTER NAME: Fee/Retention Applications<br>COMPLETE REVIEW OF MAY FEE STATEMENT DETAILS (1.0). |
| 06/25/12 Mon | Deutsch, D 1314045010/1369 | 1.60 | 1.60 | 1,192.00 | 1.00 0.60 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>FINAL REVIEW AND EDITING OF RESPONSE TO FEE EXAMINER'S 11TH REPORT (1.0);<br>REVIEW AND EDIT MAY STATEMENT FILING WORK CATEGORY DESCRIPTIONS (.6); |
| 06/29/12 Fri | Distefano, M 1314045010/1373 | 0.40 | 0.40 | 174.00 | 0.40 | F | 1 | MATTER NAME: Fee/Retention Applications<br>MEETING WITH J. MARRERO RE WEEKLY FEE REPORTS (.4) |
| 07/02/12 Mon | Lamb, H 1314059010/283 | 3.60 | 3.60 | 1,062.00 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JUNE FEE APPLICATION. |
| 07/05/12 Thu | Lamb, H 1314059010/284 | 3.30 | 3.30 | 973.50 | | F | 1 | MATTER NAME: Fee/Retention Applications<br>FURTHER REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JUNE FEE APPLICATION. |
| 07/05/12 Thu | Lamb, H 1314059010/285 | 0.70 | 0.70 | 206.50 | 0.20 0.50 | F F | 1 2 | MATTER NAME: Fee/Retention Applications<br>REVIEW PROPOSED FEE ORDERS FOR NINTH AND TENTH INTERIM PERIODS (.2);<br>REVIEW RELATED DOCUMENTS FOR CHADBOURNE AND COMMITTEE MEMBERS TO CONFIRM AMOUNTS (.5). |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 07/09/12 Mon | Lamb, H 1314059010/286 | 2.30 | 2.30 | 678.50 | | F 1 | MATTER NAME: Fee/Retention Applications BEGIN PREPARATION OF WORK DESCRIPTION SUMMARIES FOR JUNE FEE APPLICATION. |
| 07/10/12 Tue | Deutsch, D 1314059010/288 | 0.30 | 0.30 | 223.50 | 0.30 | F 1 | MATTER NAME: Fee/Retention Applications REVIEW AND EXECUTE 14TH QUARTERLY FEE APPLICATION (.3). |
| 07/11/12 Wed | Lamb, H 1314059010/289 | 0.30 | 0.30 | 88.50 | | F 1 | MATTER NAME: Fee/Retention Applications FINALIZE 14TH INTERIM FEE APPLICATION FOR FILING. |
| 07/12/12 Thu | Lamb, H 1314059010/290 | 1.40 | 1.40 | 413.00 | | F 1 | MATTER NAME: Fee/Retention Applications RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR FEE APPLICATION. |
| 07/18/12 Wed | Lamb, H 1314059010/293 | 1.40 | 1.40 | 413.00 | | F 1 | MATTER NAME: Fee/Retention Applications FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 07/24/12 Tue | Deutsch, D 1314059010/298 | 2.20 | 2.20 | 1,639.00 | 2.20 | F 1 | MATTER NAME: Fee/Retention Applications REVIEW AND EDIT FEE STATEMENT TIME ENTREES FOR JUNE (2.2). |
| 07/25/12 Wed | Deutsch, D 1314059010/297 | 1.40 | 1.20 | 894.00 | 0.10 0.10 1.20 | F 1 F 2 F 3 | MATTER NAME: Fee/Retention Applications REVIEW DEBTORS' ORDINARY COURSE PROFESSIONAL UPDATE (.1): E-MAIL JILLIAN LUDWIG RE: SAME (.1): REVIEW DRAFT JULY FEE STATEMENT NARRATIVE AND EDIT SAME (1.2). |
| 07/25/12 Wed | Lamb, H 1314059010/296 | 1.60 | 1.60 | 472.00 | | F 1 | MATTER NAME: Fee/Retention Applications FINALIZE MONTHLY FEE APPLICATION IN ACCORDANCE WITH ATTORNEY COMMENTS. |
| 08/02/12 Thu | Lamb, H 1314071010/920 | 3.70 | 3.70 | 1,091.50 | | F 1 | MATTER NAME: Fee/Retention Applications REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF JULY FEE APPLICATION. |
| 08/06/12 Mon | Lamb, H 1314071010/921 | 2.80 | 2.80 | 826.00 | | F 1 | MATTER NAME: Fee/Retention Applications REVIEW OF BILLING PROFORMAS/DAILY TIME DETAIL IN PREPARATION OF MONTHLY FEE APPLICATION. |
| 08/07/12 Tue | Lamb, H 1314071010/925 | 1.80 | 1.80 | 531.00 | | F 1 | MATTER NAME: Fee/Retention Applications BEGIN RESEARCH AND DRAFT WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 08/09/12 Thu | Lamb, H 1314071010/928 | 2.30 | 2.30 | 678.50 | | F 1 | MATTER NAME: Fee/Retention Applications FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR JULY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H
CHADBOURNE RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/10/12 Fri | Lamb, H 1314071010/930 | 2.30 | 2.30 | 678.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FURTHER RESEARCH AND PREPARATION OF WORK DESCRIPTION SUMMARIES FOR MONTHLY FEE APPLICATION. |
| 08/14/12 Tue | Deutsch, D 1314071010/932 | 1.90 | 1.90 | 1,415.50 | 1.90 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW AND MARK-UP DRAFT JULY FEE STATEMENT DETAILS (1.9). |
| 08/15/12 Wed | Lamb, H 1314071010/933 | 1.20 | 1.20 | 354.00 | | F | 1 | MATTER NAME: Fee/Retention Applications FINALIZE MONTHLY FEE APPLICATION IN ACCORDANCE WITH ATTORNEY COMMENTS. |
| 08/16/12 Thu | Deutsch, D 1314071010/936 | 1.20 | 1.20 | 894.00 | 1.20 | F | 1 | MATTER NAME: Fee/Retention Applications REVIEW, EDIT AND DRAFT INSERTS FOR JULY FEE STATEMENT DESCRIPTIONS/SUMMARIES (1.2). |
| 08/19/12 Sun | Lamb, H 1314071010/939 | 2.70 | 2.70 | 796.50 | | F | 1 | MATTER NAME: Fee/Retention Applications BEGIN PREPARATION OF FINAL FEE APPLICATION IN VIEW OF IMPENDING EFFECTIVE DATE. |
| 08/20/12 Mon | Lamb, H 1314071010/938 | 0.90 | 0.90 | 265.50 | | F | 1 | MATTER NAME: Fee/Retention Applications FINALIZE MONTHLY FEE APPLICATION IN ACCORDANCE WITH ATTORNEY COMMENTS. |
| 08/22/12 Wed | Lamb, H 1314071010/940 | 1.70 | 1.70 | 501.50 | | F | 1 | MATTER NAME: Fee/Retention Applications CONTINUE PREPARATION OF FINAL FEE APPLICATION IN VIEW OF IMPENDING EFFECTIVE DATE. |

Total
Number of Entries:        43

|       | 81.60 | $33,727.00 |

~ See the last page of exhibit for explanation

EXHIBIT H

CHADBOURNE RETENTION/COMPENSATION

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 1.20 | 354.00 |
| Daucher, E | 19.00 | 9,405.00 |
| Deutsch, D | 12.70 | 9,461.50 |
| Distefano, M | 0.70 | 304.50 |
| Lamb, H | 47.70 | 14,071.50 |
| Marrero, J | 0.30 | 130.50 |
| | 81.60 | $33,727.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 81.60 | 33,727.00 |
| | 81.60 | $33,727.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 6.30 | 4,693.50 |
| Distefano, M | 6.50 | 2,827.50 |
| Marrero, J | 5.30 | 2,305.50 |
| | 18.10 | $9,826.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 18.10 | 9,826.50 |
| | 18.10 | $9,826.50 |

EXHIBIT I  PAGE 1 of  5

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/01/12 Fri | Marrero, J 1314045010/1348 | 0.70 | 0.70 | 304.50 | 0.30 0.40 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW DOCKET FOR APPLICATIONS FOR COMPENSATION FILED BY ORDINARY COURSE PROFESSIONALS AND CASE PROFESSIONALS (0.3); DRAFT REPORT RE: SAME (0.4). |
| 06/08/12 Fri | Marrero, J 1314045010/1353 | 0.80 | 0.80 | 348.00 | 0.30 0.50 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.3); DRAFT PROFESSIONAL FEE REPORT (0.5) |
| 06/18/12 Mon | Marrero, J 1314045010/1357 | 1.20 | 1.20 | 522.00 | 0.70 0.50 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT PROFESSIONAL FEE REPORT (0.7); DRAFT ORDINARY COURSE PROFESSIONALS WEEKLY REPORT (0.5). |
| 06/21/12 Thu | Deutsch, D 1314045010/1365 | 2.80 | 0.70 | 521.50 | 1.60 0.50 0.20 0.10 0.40 | F F F F F | 1 2 3 4 5 | MATTER NAME: Fee/Retention Applications REVIEW, RESEARCH AND EDIT DRAFT REPLY TO FEE EXAMINER'S REPORT ON 11TH INTERIM FEE APPLICATION (1.6); REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.5); REVIEW LAST TWO FEE APPLICATION REPORTS (.2); E-MAIL DAVID BAVA ON FEE APPLICATION HEARING MATTER (.1); BEGIN REVIEW OF MAY FEE STATEMENT DETAILS (.4). |
| 06/22/12 Fri | Marrero, J 1314045010/1367 | 1.30 | 1.30 | 565.50 | 0.60 0.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications DRAFT PROFESSIONAL FEE REPORT (0.6); REVIEW DEBTORS' RECORDS RE INCREASE IN MONTHLY CAPS FOR CERTAIN ORDINARY COURSE PROFESSIONALS (0.7). |
| 06/25/12 Mon | Marrero, J 1314045010/1368 | 0.60 | 0.60 | 261.00 | | F | 1 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT. |
| 06/29/12 Fri | Deutsch, D 1314045010/1374 | 0.40 | 0.40 | 298.00 | 0.30 0.10 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.3); REVIEW WEEKLY CASE PROFESSIONAL REPORT (.1); |
| 06/29/12 Fri | Marrero, J 1314045010/1375 | 0.70 | 0.70 | 304.50 | 0.20 0.20 0.30 | F F F | 1 2 3 | MATTER NAME: Fee/Retention Applications DRAFT ORDINARY COURSE PROFESSIONALS REPORT (0.2) AND PROFESSIONAL FEE REPORT (0.2); CONFERENCE WITH M.DISTEFANO RE SAME (0.3). |
| 07/09/12 Mon | Distefano, M 1314059010/287 | 1.20 | 1.20 | 522.00 | 0.50 0.70 | F F | 1 2 | MATTER NAME: Fee/Retention Applications PREPARED WEEKLY CASE PROFESSIONALS REPORT (.5) AND ORDINARY COURSE PROFESSIONALS FEE REPORT (.7); |
| 07/13/12 Fri | Distefano, M 1314059010/291 | 0.70 | 0.70 | 304.50 | 0.40 0.30 | F F | 1 2 | MATTER NAME: Fee/Retention Applications PREPARED WEEKLY FEE REPORT (.4) AND ORDINARY COURSE PROFESSIONALS REPORT (.3); |
| 07/14/12 Sat | Deutsch, D 1314059010/292 | 0.50 | 0.50 | 372.50 | 0.30 0.20 | F F | 1 2 | MATTER NAME: Fee/Retention Applications REVIEW AND RESEARCH REQUEST FROM DEBTORS RE: ESTIMATE OF FEES PER DCL PLAN (.3); EXCHANGE E-MAILS WITH HOWARD SEIFE ON SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 2 of 5

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 07/19/12 Thu | Deutsch, D 1314059010/295 | 1.20 | 1.20 | 894.00 | 0.20 0.50 0.10 0.40 | F F F F | MATTER NAME: Fee/Retention Applications 1  REVIEW E-MAIL FROM DEBTORS RE: ESTIMATE ON COMMITTEE MEMBER EXPENSES FOR PLAN CONFIRMATION (.2); 2  REVIEW PRIOR E-MAIL CORRESPONDENCE RE: SAME (.5); 3  RELATED E-MAILS WITH MARC ROITMAN (.1); 4  HOLD CALL WITH JAMES SOTTILE RE: NEXT STEPS ON CERTAIN PROFESSIONAL FEE APPLICATION ISSUES (.4). |
| 07/20/12 Fri | Distefano, M 1314059010/294 | 0.90 | 0.90 | 391.50 | 0.50 0.40 | F F | MATTER NAME: Fee/Retention Applications 1  PREPARE WEEKLY CASE PROFESSIONALS REPORT (.5) 2  AND ORDINARY COURSE PROFESSIONALS REPORT (.4). |
| 07/25/12 Wed | Deutsch, D 1314059010/297 | 1.40 | 0.20 | 149.00 | 0.10 0.10 1.20 | F F F | MATTER NAME: Fee/Retention Applications 1  REVIEW DEBTORS' ORDINARY COURSE PROFESSIONAL UPDATE (.1); 2  E-MAIL JILLIAN LUDWIG RE: SAME (.1); 3  REVIEW DRAFT JULY FEE STATEMENT NARRATIVE AND EDIT SAME (1.2). |
| 07/30/12 Mon | Deutsch, D 1314059010/299 | 0.30 | 0.30 | 223.50 | 0.10 0.20 | F F | MATTER NAME: Fee/Retention Applications 1  REVIEW E-MAIL MEMORANDUM FROM MEDIATOR ON APPEAL FEES/MATTERS (.1); 2  REVIEW FILES AND E-MAIL DEBTORS' COUNSEL (KATE STICKLES) ON SATISFACTION OF OBLIGATIONS RELATED TO SAME (.2). |
| 07/30/12 Mon | Distefano, M 1314059010/300 | 0.40 | 0.40 | 174.00 | 0.40 | F | MATTER NAME: Fee/Retention Applications 1  PREPARE WEEKLY PROFESSIONAL FEE REPORT (.4). |
| 07/31/12 Tue | Deutsch, D 1314059010/301 | 0.90 | 0.90 | 670.50 | 0.30 0.50 0.10 | F F F | MATTER NAME: Fee/Retention Applications 1  REVIEW LAST TWO PROFESSIONAL FEE APPLICATION REPORTS (.3); 2  REVIEW LAST TWO ORDINARY COURSE PROFESSIONAL REPORTS (.5); 3  DISCUSS FOLLOW-UP ON ITEMS THEREIN WITH MICHAEL DISTEFANO (.1). |
| 08/01/12 Wed | Deutsch, D 1314071010/926 | 0.40 | 0.40 | 298.00 | 0.20 0.20 | F F | MATTER NAME: Fee/Retention Applications 1  EXCHANGE E-MAILS WITH ADAM LANDIS RE: MEDIATOR FEE (.2); 2  EXCHANGE RELATED E-MAILS WITH KATE STICKLES (.2). |
| 08/03/12 Fri | Distefano, M 1314071010/922 | 0.60 | 0.60 | 261.00 | 0.30 0.30 | F F | MATTER NAME: Fee/Retention Applications 1  PREPARE WEEKLY PROFESSIONAL FEE REPORT (.3) 2  AND ORDINARY COURSE PROFESSIONALS REPORT (.3). |
| 08/06/12 Mon | Deutsch, D 1314071010/923 | 0.30 | 0.30 | 223.50 | 0.10 0.20 | F F | MATTER NAME: Fee/Retention Applications 1  REVIEW LAST WEEK'S ORDINARY COURSE (.1) 2  AND REGULAR PROFESSIONAL REPORTS (.2). |
| 08/06/12 Mon | Distefano, M 1314071010/924 | 0.90 | 0.90 | 391.50 | 0.20 0.70 | F F | MATTER NAME: Fee/Retention Applications 1  CALL WITH DEBTORS COUNSEL RE ORDINARY COURSE PROFESSIONALS FEE REPORTS (.2); 2  REVISED ORDINARY COURSE PROFESSIONALS FEE REPORT (.7). |
| 08/08/12 Wed | Deutsch, D 1314071010/927 | 0.90 | 0.90 | 670.50 | 0.50 0.20 0.20 | F F F | MATTER NAME: Fee/Retention Applications 1  REVIEW DRAFT MOTION FOR DEBTORS TO EMPLOY PAUL WEISS (.5); 2  DISCUSS RELATED ISSUES THEREIN WITH DAVID LEMAY (.2); 3  HOLD CALL WITH JESSICA BOELTER ON NEXT STEPS RELATED TO SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 3 of  5

EXHIBIT I
OTHER FIRMS' RETENTION/COMPENSATION
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/10/12 Fri | Deutsch, D 1314071010/929 | 0.50 | 0.50 | 372.50 | 0.30 0.20 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* REVIEW REVISED DRAFT RETENTION COURT PAPERS FOR PAUL WEISS (.3); REVIEW WEEKLY ORDINARY COURSE PROFESSIONAL REPORT (.2). |
| 08/10/12 Fri | Distefano, M 1314071010/931 | 0.40 | 0.40 | 174.00 | 0.30 0.10 | F F | 1 2 | *MATTER NAME: Fee/Retention Applications* PREPARE WEEKLY PROFESSIONAL FEE REPORT (.3); DRAFTED EMAIL TO LANDIS RE PAUL WEISS RETENTION (.1) |
| 08/15/12 Wed | Distefano, M 1314071010/934 | 0.20 | 0.20 | 87.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* DRAFTED EMAIL TO COMMITTEE RE PAUL WEISS RETENTION (.2). |
| 08/16/12 Thu | Distefano, M 1314071010/935 | 0.20 | 0.20 | 87.00 | 0.20 | F | 1 | *MATTER NAME: Fee/Retention Applications* DRAFTED EMAIL RE PAUL WEISS RETENTION TO COMMITTEE (.2). |
| 08/17/12 Fri | Distefano, M 1314071010/937 | 0.30 | 0.30 | 130.50 | 0.30 | F | 1 | *MATTER NAME: Fee/Retention Applications* PREPARE WEEKLY PROFESSIONAL FEE REPORT (.3). |
| 08/27/12 Mon | Distefano, M 1314071010/941 | 1.00 | 0.70 | 304.50 | 0.70 | F | 1 | *MATTER NAME: Fee/Retention Applications* PREPARE WEEKLY PROFESSIONAL FEE REPORT (.7). |

| | | | 18.10 | $9,826.50 | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Number of Entries: | 28 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 4 of 5

EXHIBIT I

OTHER FIRMS' RETENTION/COMPENSATION

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 6.30 | 4,693.50 |
| Distefano, M | 6.50 | 2,827.50 |
| Marrero, J | 5.30 | 2,305.50 |
| | 18.10 | $9,826.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee/Retention Applications | 18.10 | 9,826.50 |
| | 18.10 | $9,826.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I  PAGE 5 of  5