IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 25th day of March, 2013, she caused a copy of:

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13235**
**[D.I. 13362]**

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13243**
**[D.I. 13363]**

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13254**
**[D.I. 13364]**

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13264**
**[D.I. 13365]**

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13267**
**[D.I. 13366]**

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 13270**
**[D.I. 13367]**

to be served upon the parties identified on the attached list in the manner as indicated.

                                              */s/ Frances A. Panchak*
                                              Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 27th day of March, 2013.

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Nov. 5, 2016

Notary Public

{698.001-W0025381.}

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Service List**

*Via First Class Mail*
(Counsel to Reorganized Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via Hand Delivery*
(Counsel to Regorganized Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Reorganized Debtors)
Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300

*Via Hand Delivery*
David L. Buchbinder, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
Mr. Vince Garlati
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

*Via First Class Mail*
John Theil
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044