IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | **Related Docket No.: 13255** |

**CERTIFICATION OF NO OBJECTION REGARDING THE SIXTH MONTHLY AND FINAL FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE MONTHLY PERIOD JUNE 1, 2012 THROUGH THE DECEMBER 31, 2012 AND THE FINAL PERIOD FROM DECEMBER 6, 2010 THROUGH DECEMBER 31, 2012**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order") [Docket No. 215], Campbell & Levine, LLC ("Campbell & Levine"), submitted on March 1, 2013, a monthly and final application (the "Application") [Docket No. 13255] for services rendered and reimbursement of expenses incurred for the monthly period of June 1, 2012 through December 31, 2012 and the final period from December 6, 2010 through December 31, 2012 as Special Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0260106.1 }

2.    Objections to the Application were to be filed and served on or before March 21, 2013 at 4:00 P.M. As of this date, no objections to the Application have been received by the undersigned. Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and that no objections to the Application were filed.

Dated: March 27, 2013

    CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
mhurford@camlev.com

*Special Litigation Counsel to the Debtors and Debtors in Possession*

{D0260106.1}    2