IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Numbers: 11859, 13389 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 28th day of March, 2013, a copy of the Court's **Memorandum Order** [D.I. 13389] was served upon the parties on the attached service list.

Dated: March 28, 2013

Respectfully submitted,

**CONNOLLY GALLAGHER LLP**

By: _____
Jeffrey C. Wisler (#2795)
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Counsel for Harry Amsden, Robert Gremillion and David D. Williams

#05049281