## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 28th day of March 2013, I caused copies of the *Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of Its Outside Counsel, Financial Advisors and Experts* to be served upon the parties listed below in the manner indicated.

**HAND DELIVERY**
David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

**HAND DELIVERY**
Normal L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


March 28, 2013                                                             */s/ William D. Sullivan*
Date                                                                                  William D. Sullivan