# EXHIBIT A

**Exhibit A (Brown Rudnick's time detail) has been omitted due to the voluminous nature of the Exhibit (3,150 pages)**

**Hard copies of this exhibit have been supplied to the Debtors and the Office of the United States Trustee**