## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 28th day of March 2013, I caused copies of the *Declaration of Robert J. Stark* to be served upon the parties listed below in the manner indicated.

**HAND DELIVERY**
David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

**HAND DELIVERY**
Normal L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603


March 28, 2013                             */s/ William D. Sullivan*
Date                                                      William D. Sullivan