Re: DI 4091
       4349

M. L. von Briesen, CPA, (Ret)

401 Plumbridge Court

Timonium MD 21093          APR - 1 2013

410-308-1236

March 26, 2013

The Honorable Kevin J. Carey

U. S. Bankruptcy Court for the District of Delaware

825 Market Street – 5th floor

Wilmington DE 19801

Re: Case# 08-13141 (KJC)

Tribune Company Claim # 5428

Omnibus Objection 24, Item 73

Your Honor:

How much longer can this bankruptcy drag out? Out of some 6,000 plus claims, in accordance with the last report, less than ten claims remain unresolved. I feel as though I will be subjected to a pocket veto, or worse, the available funds becoming depleted.

I received a phone call from the Tribune's bankruptcy attorney shortly after sending you my January 30th letter. They were probably checking to see that I was still among the living. (I am 83.)

It is true that in November 2008 (shortly before declaring bankruptcy) The Tribune offered their retirees and employees membership in a new medical plan known as Secure Horizons. Upon review, I declined because because the plan had very limited benefits and included a monthly payment. It was not a satisfactory substitute for the Blue Cross that I was entitled to receive gratis

I am also enclosing a copy of my January 30th letter which may have gone astray doe to insufficient postage.

Sincerely,

M.L. von B

Marbury L von Briesen

M. L. von Briesen, CPA,(Ret)

401 Plumbridge Court

Timonium MD 21093

410-308-1236

January 30, 2013

Re: Case# 08-13141 (KJC)

Tribune Company Claim # 5428

Omnibus Objection 24, Item 73

Your Honor:

I was pleased to read that you had ordered prompt payment of claims against The Tribune Company. That is, until I realized that my claim was still in dispute. Omnibus objection twenty-four was filed in April 2010. The debtor has had more than twenty chances to present testimony since then, and in fact has settled seventy-four of the seventy-six claims included in objection twenty-four. The Tribune Company claimed "no liability owed to claimant per Debtors books & records." The Tribune was paying for my Blue Cross medical coverage from the day that they acquired The Times Mirror Company thru December 2008.

The Tribune's 2007 Balance Sheet included a liability "Deferred compensation & benefits" amounting to $264,480. This amount was down 48% or $127,707 from the prior year. In a "Growing Concern" the liability should increase. One wonders how much went to retirees and how much went to the bottom line through "reevaluation".

I am enclose a copy of my original claim and a copy of the memo granting me continuing medical coverage, plus a copy of Tribune's Balance Sheet dated 12/30/2007.

Sincerely,

Exhibit A



**THE BALTIMORE SUN**

**Inter-office Correspondence**

Date: December 19, 1989

From: Pat Klemans

Subject: Marbury von Briesen Medical Continuation

To: Dick Basoco

Marbury von Briesen, Capital Planning Manager, is preparing to retire on January 1, 1990 at age 60. Mr. von Briesen was employed in January, 1969.

In recognition of Mr. von Briesen's 20 years of service, HRD is recommending that his husband/wife medical benefits be continued under the Blue Cross Wrap-Around Plan, as though he were still actively employed. Mr. von Briesen would be responsible for quarterly payments to the payroll department only for the contribution portion required of active employees. Prescription drug coverage would be included; however, dental and vision coverage would be excluded.

When Mr. von Briesen becomes age 65, premium payments will be assumed by the company, in accordance with the existing policy.

If you approve of our recommendation, HRD will advise Mr. von Briesen accordingly.

APPROVED: _____

/ajp(115)



## TRIBUNE COMPANY AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEETS
### (In thousands of dollars)

| Liabilities and Shareholders' Equity (Deficit) | Dec. 30, 2007 | Dec. 31, 2006 |
|---|---:|---:|
| **Current Liabilities** | | |
| Borrowings under former bridge credit facility | $ — | $ 1,310,000 |
| PHONES debt related to Time Warner stock (Note 10) | 253,080 | — |
| Other debt due within one year (Note 10) | 750,239 | 119,007 |
| Accounts payable | 188,017 | 151,601 |
| Employee compensation and benefits | 129,677 | 185,551 |
| Contracts payable for broadcast rights | 339,909 | 319,822 |
| Deferred income taxes | 100,324 | — |
| Deferred income | 121,239 | 108,607 |
| Other | 307,481 | 354,003 |
| Total current liabilities | 2,189,966 | 2,548,591 |
| **Long-Term Debt** | | |
| PHONES debt related to Time Warner stock (Note 10) | 343,960 | 572,960 |
| Other long-term debt (less portions due within one year) | 11,496,246 | 3,003,251 |
| Total long-term debt | 11,840,206 | 3,576,211 |
| **Other Non-Current Liabilities** | | |
| Deferred income taxes | 1,771,845 | 1,974,672 |
| Contracts payable for broadcast rights | 432,393 | 424,050 |
| Deferred compensation and benefits | 264,480 | 392,187 |
| Other obligations | 164,769 | 165,445 |
| Total other non-current liabilities | 2,633,487 | 2,956,354 |
| **Commitments and Contingent Liabilities (Note 13)** | — | — |
| **Common Shares Held by ESOP, net of Unearned Compensation (Note 17)** | — | — |
| **Shareholders' Equity (Deficit)** | | |
| Series D-1 convertible preferred stock | | |
| Authorized: no shares at Dec. 30, 2007 and 137,643 shares at Dec. 31, 2006; Issued and outstanding: no shares at Dec. 30, 2007 and no shares (net of 137,643 treasury shares) at Dec. 31, 2006 | — | — |
| Common stock ($0.01 par value) | | |
| Authorized: 250,000,000 shares at Dec. 30, 2007 and 1,400,000,000 shares at Dec. 31, 2006; no shares issued other than to ESOP at Dec. 30, 2007 and 387,179,076 shares issued at Dec. 31, 2006 | — | 2,241 |
| Additional paid-in capital | — | 6,834,788 |
| Stock purchase warrants (Note 16) | 255,000 | — |
| Retained earnings (deficit) | (3,474,311) | 3,138,313 |
| Treasury common stock (at cost) no shares at Dec. 30, 2007 and 147,971,659 shares at Dec. 31, 2006 | — | (5,288,341) |
| Accumulated other comprehensive income (loss) | (294,629) | (367,385) |
| Total shareholders' equity (deficit) | (3,513,940) | 4,319,616 |
| Total liabilities and shareholders' equity (deficit) | $ 13,149,719 | $ 13,400,772 |

See Notes to Consolidated Financial Statements.

83

Source: TRIBUNE CO, 10-K, March 20, 2008

Powered by Morningstar® Document Research℠



**Brokerage - Roth IRA # 30P28152-7**   Change Account
**Account Registered to:** Marbury L. Von Briesen