## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Docket Items 13397, 13398, 13399, 13400** |

## AMENDED DECLARATION OF SERVICE

I, Katie M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. This Declaration of Service amends the Certificates of Service attached to documents previously filed and served, as set forth below.

4. On the 28th of March, 2013 under my direction and supervision, service of the following documents: (1) *Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company* (Docket No. 13397); (2) *Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of Its Outside Counsel, Financial Advisors and Experts* (Docket No. 13398); (3) *Declaration of Robert J. Stark* (Docket No. 13399); and (4) *Declaration of Gordon Z. Novod* (Docket No. 13400) was served upon the parties listed below via hand delivery, as indicated on the Certificates of Service attached to those documents:

David Buchbinder, Esq.  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207, Lockbox #35  
Wilmington, DE 19899-0035

Norman L. Pernick, Esq.  
J. Kate Stickles, Esq.  
Cole, Schotz, Meisel, Forman & Leonard, P.A.  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801

5.      However, due to the size of the documents, service of these documents was not able to be made by First Class Mail as set forth in the Certificates of Service on:

James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

6.      Accordingly, on March 29, 2013, service of these documents was made on James Conlan at the address above by Federal Express.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 2, 2013                      By:    */s/ Katie M. Davis*
         Wilmington, Delaware                     Katie M. Davis