## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) |
| | ) |
| Debtors. | ) |

### NOTICE OF SERVICE

Please take notice that, on April 5, 2013, Law Debenture Trust Company of New York, by and through its undersigned attorneys, served its *First Request for Production of Documents of Law Debenture Trust Company of New York to Reorganized Debtors* to the above-captioned Reorganized Debtors on the parties below via electronic mail:

SIDLEY AUSTIN LLP

James F. Conlan
Bryan Krakauer
Jeffrey C. Steen
Candice Kline
One South Dearborn Street
Chicago, IL 60603

James F. Bendernagel, Jr.
Ronald S. Flagg
Thomas E. Ross
1501 K Street, N.W.
Washington, D.C. 20005

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

[Signature Page to Follow]

Dated: April 8, 2013
      Wilmington, Delaware

|  |  |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>David S. Rosner<br>Sheron Korpus<br>Christine A. Montenegro<br>Matthew B. Stein<br>1633 Broadway<br>New York, New York 10019<br>212-506-1700 | Respectfully submitted,<br><br>BIFFERATO GENTILOTTI LLC<br><br>_/s/ Garvan F. McDaniel_<br>Garvan F. McDaniel (I.D. No. 4167)<br>1013 Centre Rd. Suite 102<br>Wilmington, Delaware 19805<br>302-429-1900 |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*