## EXHIBIT A

**Satisfied Claims**

TRIBUNE COMPANY, ET AL.

Ninth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | EXPLANATION OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | ABOVENET COMMUNICATIONS INC<br>PO BOX 785876<br>PHILADELPHIA, PA 19178-5876 | 08-13152 | Chicago Tribune Company | 04/13/2009 | 152000440 | $22,534.56 | Scheduled claim satisfied by the payment of related filed claim 4983 via check number 0000006555 on 12/31/2012. |
| 2 | BO KOLINSKY FUND<br>ATTN: JEFF OTTERBEIN<br>285 BROAD STREET<br>HARTFORD, CT 06115 | 08-13211 | The Hartford Courant Company | 04/13/2009 | 211004900 | $8,111.26 | Scheduled claim based on an accrued rather than an actual prepetition liability. The accrued liability is a scholarship administered at the Debtor's discretion and, therefore, does not constitute an actual prepetition obligation to a 3rd party. |
| 3 | CANON USA INC<br>PO BOX 3839<br>BOSTON, MA 02241-3839 | 08-13141 | Tribune Company | 04/13/2009 | 141002390 | $76.89 | Scheduled claim satisfied by the payment of related filed claim 5304 via check number 0000002082 on 12/31/2012. |
| 4 | CHASE BANK USA, N.A.<br>ATTN: MIRIAM KULNIS<br>277 PARK AVENUE 8TH FLOOR<br>NEW YORK, NY 10172 | 08-13141 | Tribune Company | 06/12/2009 | 5104 | Undetermined* | Claimant agreed to apply cash collateral, held by claimant, to fully satisfy claim on 03/27/2013. |
| 5 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13252 | WGN Continental Broadcasting Company | 05/18/2009 | 2886 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 6 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13241 | Tribune Television Company | 05/18/2009 | 2887 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 7 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13240 | Tribune Publishing Company | 05/18/2009 | 2888 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 8 | CWA/ITU NEGOTIATED PENSION PLAN<br>MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13228 | Tribune Entertainment Company | 05/18/2009 | 2889 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### Ninth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | EXPLANATION OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13223 | Tribune Broadcasting Company | 05/18/2009 | 2890 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 10 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13222 | Tribune Broadcast Holdings, Inc. | 05/18/2009 | 2891 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 11 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13214 | Times Mirror Land and Timber Company | 05/18/2009 | 2892 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 12 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13187 | Los Angeles Times Newspapers, Inc. | 05/18/2009 | 2893 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 13 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13185 | Los Angeles Times Communications LLC | 05/18/2009 | 2894 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 14 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13152 | Chicago Tribune Company | 05/18/2009 | 2895 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 15 | CWA/ITU NEGOTIATED PENSION PLAN MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 08-13141 | Tribune Company | 05/18/2009 | 2896 | $329,569.00* | Claimed amount has been satisfied by the payment of claim 2897 for The Baltimore Sun Company via check number 0000001524 paid on 12/31/2012. |
| 16 | DE LAGE LANDEN FINANCIAL SERVICES PO BOX 41602 PHILADELPHIA, PA 19101-1602 | 08-13211 | The Hartford Courant Company | 04/13/2009 | 211012910 | $567.02 | Scheduled claim satisfied by the resolution of superseding filed claim number 3328 pertaining to the same liability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

### Ninth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | EXPLANATION OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 17 | DE LAGE LANDEN FINANCIAL SRVC PO BOX 41602 PHILADELPHIA, PA 19101 | 08-13236 | Tribune Media Services, Inc. | 04/13/2009 | 236029350 | $674.10 | Scheduled claim satisfied by the resolution of superseding filed claim number 3328 pertaining to the same liability. |
| 18 | DE LAGE LANDEN FINANCIAL SRVC PO BOX 41602 PHILADELPHIA, PA 19101 | 08-13241 | Tribune Television Company | 04/13/2009 | 241002490 | $1,841.39 | Scheduled claim satisfied by the resolution of superseding filed claim number 3328 pertaining to the same liability. |
| 19 | GOOGLE INC DEPT 33654 PO BOX 39000 SAN FRANCISCO, CA 94139 | 08-13152 | Chicago Tribune Company | 04/13/2009 | 152025790 | $26,117.55 | Scheduled claim satisfied by the payment of related filed claim 810 via check number 0000006675 on 12/31/2012. |
| 20 | GOOGLE INC DEPT 33654 PO BOX 39000 SAN FRANCISCO, CA 94139 | 08-13198 | Orlando Sentinel Communications Company | 04/13/2009 | 198031980 | $14,611.41 | Scheduled claim satisfied by the payment of related filed claim 810 via check number 0000006675 on 12/31/2012. |
| 21 | HARRIS COUNTY LEO VASQUEZ TAX ASSESOR-COLLECTOR PO BOX 4622 HOUSTON, TX 77210-4622 | 08-13185 | Los Angeles Times Communications LLC | 04/13/2009 | 185060710 | $71.01 | Scheduled claim satisfied by the resolution of superseding filed claim number 28 pertaining to the same liability. |
| 22 | HOWARD COUNTY DIRECTOR OF FINANCE PO BOX 37213 BALTIMORE, MD 21297-3213 | 08-13144 | Baltimore Newspaper Networks, Inc. | 04/13/2009 | 144000090 | $14.37 | Scheduled claim satisfied by the payment of related filed claim 5819 via check numbers 0002763903 and 0002763904 on 5/31/2012. |
| 23 | HOWARD COUNTY DIRECTOR OF FINANCE PO BOX 37213 BALTIMORE, MD 21297-3213 | 08-13200 | Patuxent Publishing Company | 04/13/2009 | 200002840 | $709.23 | Scheduled claim satisfied by the payment of related filed claims 5818 and 5820 via check number 0002763581 on 5/31/2012. |
| 24 | IKON FINANCIAL SERVICES PO BOX 650016 DALLAS, TX 75265 | 08-13181 | KPLR, Inc. | 04/13/2009 | 181000660 | $364.42 | Scheduled claim satisfied by the resolution of superseding filed claim number 2632 pertaining to the same liability. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

Ninth Notice of Satisfaction

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | EXPLANATION OF SATISFACTION |
|---|---|---|---|---|---|---|
| 25 IKON FINANCIAL SERVICES 1738 BASS ROAD MACON, GA 31210 | 08-13235 | Tribune Media Net, Inc. | 04/13/2009 | 235001040 | $177.53 | Scheduled claim satisfied by the resolution of superseding filed claim number 2632 pertaining to the same liability. |
| 26 IKON FINANCIAL SERVICES PO BOX 41564 PHILADELPHIA, PA 19101-1564 | 08-13236 | Tribune Media Services, Inc. | 04/13/2009 | 236047420 | $167.69 | Scheduled claim satisfied by the resolution of superseding filed claim number 2632 pertaining to the same liability. |
| 27 IKON FINANCIAL SERVICES PO BOX 13708 MACON, GA 31208-3708 | 08-13236 | Tribune Media Services, Inc. | 04/13/2009 | 236047430 | $60.50 | Scheduled claim satisfied by the resolution of superseding filed claim number 2632 pertaining to the same liability. |
| 28 KATHY ANN BLACKERBY | 08-13198 | Orlando Sentinel Communications Company | | 198045150 | $1,000.00 | Final bill applied to carrier bond. Remaining balance of bond satisfied via check number 0002827315 in the amount of $303.68 on 03/29/2013. |
| 29 MIRANDA MTI INC DEPT CH10965 PALATINE, IL 60055-0965 | 08-13251 | WDCW Broadcasting, Inc. | 04/13/2009 | 251000950 | $4,500.00 | Scheduled claim satisfied by the payment of related filed claim 3214 via check numbers 0000003852 and 0000001682 on 12/31/2012. |
| 30 ROBERTS, WIDOW | 08-13141 | Tribune Company | 06/10/2009 | 4415 | Undetermined* | Settlement approved by State of New York Workers' Compensation Board on 12/30/2011. |
| 31 TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVE 26TH FL NEW YORK, NY 10178 | 08-13141 | Tribune Company | 04/13/2009 | 141015550 | $2,167.74 | Scheduled claim satisfied by the payment of related filed claim 4278 via check number 0000004900 on 12/31/2012. |
| 32 TORRES, IGNACIO | 08-13145 | California Community News Corporation | 05/15/2009 | 2822 | $200,000.00 | Settlement approved by State of California Division of Workers' Compensation, Workers' Compensation Appeals Board on 03/07/2013. |
| 33 UNISYS Q408 CLEARPATH LIBRA MAINTENANCE PO BOX 32352 HARTFORD, CT 06150-2352 | 08-13212 | The Morning Call, Inc. | 04/13/2009 | 212048830 | $0.00 | Scheduled claim satisfied by the resolution of superseding filed claim number 6465 pertaining to the same liability. |

Page 4 of 5

* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.

## Ninth Notice of Satisfaction

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | EXPLANATION OF SATISFACTION |
|---|---|---|---|---|---|---|---|
| 34 | VACON SCHOLARSHIP FUND ATTN: GENE MAZUR 285 BROAD STREET HARTFORD, CT 06115 | 08-13211 | The Hartford Courant Company | 04/13/2009 | 211050240 | $9,778.39 | Scheduled claim based on an accrued rather than an actual prepetition liability. The accrued liability is a scholarship administered at the Debtor's discretion and, therefore, does not constitute an actual prepetition obligation to a 3rd party. Additionally, the accrued liability for the scheduled claim has been fully distributed and now has a $0.00 balance. |
| 35 | WADSWORTH, BRIEN C/O BALTIMORE 501 N CALVERT ST BALTIMORE, MD 21202 | 08-13206 | Star Community Publishing Group, LLC | 04/24/2009 | 1408[1] | $418.80 | Filed claim satisfied via check numbers 5017264 (3/29/2002), 5014943 (1/4/2002), 5018415 (5/10/2002), 5013407 (11/9/2001), 5015718 (2/1/2002), 5017645 (4/12/2002), 5014176 (12/7/2001) and 5016496 (3/1/2002). |
| | | | | | TOTAL | $3,919,222.86 | |

[1] Claim 1408 was liquidated to reflect Debtors' books and records and Allowed on July 14, 2010, as reflected herein, on the Order Sustaining Debtors Thirty-Second Omnibus (Substantive) Objection to Claims (DI 5006).

* - Indicates claim contains unliquidated and/or undetermined amounts