IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No.: 08-13141(KJC) |
| TRIBUNE COMPANY, et al, | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 8th day of April, 2013, I electronically filed and served **RESPONSE BY THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO REORGANIZE DEBTORS' SIXTY-SIXTH OMNIBUS (NON SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley & Austin, LLP**  
**One South Dearborn Street**  
**Chicago, Illinois   60603**

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**  
**500 Delaware Avenue, Suite 1410**  
**Wilmington, DE   19801**

Dated: April 8, 2013
      Albany, New York

                                          /s/Norman P. Fivel  
                                          Norman P. Fivel