# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Hearing Date: May 22, 2013 at 11:00 a.m. ET |
| | Objection Deadline: April 29, 2013 at 4:00 p.m. ET |

## NOTICE OF APPLICATION OF KAUFMAN & CANOLES, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ORDINARY COURSE COUNSEL TO THE DAILY PRESS, INC. AND VIRGINIA GAZETTE COMPANIES, LLC FOR CERTAIN FIRST AMENDMENT LITIGATION MATTERS DURING THE PERIOD FROM APRIL 1, 2012 THROUGH JUNE 30, 2012

TO: (i) the U.S. Trustee; and (ii) all parties having requested notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that, on April 8, 2013, the **Application of Kaufman & Canoles, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to The Daily Press, Inc. and Virginia Gazette Companies, LLC for Certain First Amendment Litigation Matters During the Period from April 1, 2012 through June 30, 2012** (the "Application"), which seeks entry of an order (a) for the allowance of fees in the aggregate amount of $101,730.00, and expenses in

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

the aggregate amount of $4,482.03, for services rendered to The Daily Press, Inc. and Virginia Gazette Companies, LLC during the period from April 1, 2012 through June 30, 2012, and (b) for a limited waiver of the procedures for the approval and payment of professional compensation and consideration of fee applications set forth in the Interim Compensation Order and the Fee Examiner Order with respect to this Application, was filed with the Court.

You are required to file any response to the Application **on or before 4:00 p.m. ET on April 29, 2013**.

At the same time, you must also serve a copy of any response upon the applicant and Debtors' attorneys, at the address listed below, so that it is received by **4:00 p.m. ET on April 29, 2013**:

| KAUFMAN & CANOLES, P.C. | SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
|---|---|---|
| Hunter W. Sims, Jr. | Kenneth P. Kansa | FORMAN & LEONARD, P.A. |
| 150 West Main Street, Suite 2100 | One South Dearborn Street | Norman L. Pernick |
| Norfolk, VA 23510 | Chicago, IL 60603 | J. Kate Stickles |
| Telephone: (757) 624-3000 | Telephone: (312) 853-7000 | 500 Delaware Avenue, Suite 1410 |
| | Facsimile: (312) 853-7036 | Wilmington, DE 19801 |
| | | Telephone: (302) 652-3131 |

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD ON **MAY 22, 2013 AT 11:00 A.M. ET** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date: April 8, 2013                    COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.

                            By:  /s/ J. Kate Stickles
                                 Norman L. Pernick (No. 2290)
                                 J. Kate Stickles (No. 2917)
                                 500 Delaware Avenue, Suite 1410
                                 Wilmington, DE 19801
                                 Telephone: (302) 652-3131

                                 ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9427973v1