# EXHIBIT A

# FEE AND EXPENSE DETAIL

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

May 23, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:          912002

Client No.:       012729

Matter No.:      0147167

H.W. Sims, Jr.

For legal services rendered through April 30, 2012   in connection with:

adv. George Gsell and Local TV Virginia, LLC, etal.

| | | |
|---|---|---|
| 04/03/12 | Prepare e-mail to D. Bralow regarding trial date | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 04/09/12 | Telephone conference with C. Shumadine | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 04/09/12 | Telephone conference with K. Martingayle | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/09/12 | Telephone conference with D. Sager, Judicial Assistant at the Virginia Beach Circuit Court | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 04/09/12 | Prepare order | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/09/12 | Prepare letter to D. Sager | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 04/10/12 | Telephone conference with C. Shumadine | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/26/12 | Review letter from plaintiff's attorney, K. Martingayle | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 04/26/12 | Prepare e-mail to D. Bralow and C. Leeman | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/26/12 | Review settlement demand | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| | TOTAL FOR SERVICES | $613.00 |

DAILY PRESS, INC.                                              May 23, 2012

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 04/05/12 | Zahn Court Reporting, Ltd.: Payment of Inv# 14783; Transcript Fee | 793.74 |
| 04/30/12 | Document reproduction charges | 2.60 |
| 04/30/12 | Fax charges | 9.60 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $805.94 |
| | Payments Applied | -$1,418.94 |

**CURRENT BILLING FOR THIS MATTER          $0.00**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| R.J. Conrod, Jr. | 0.20 | 300.00 | $60.00 |
| H.W. Sims, Jr. | 1.40 | 395.00 | $553.00 |
| | 1.60 | | $613.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

May 23, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:            912001

Client No.:         012729

Matter No.:        0146679

H.W. Sims, Jr.

For legal services rendered through April 30, 2012   in connection with:

adv. Richard W. Haygood v. James C. Roper, etal.

| | | | |
|---|---|---|---|
| 04/09/12 | Address issues regarding Sabo trial subpoena | | |
| | R.J. Conrod, Jr. | 0.40 hrs. | |
| 04/10/12 | Telephone conferences with M. Sabo regarding subpoena | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| 04/10/12 | E-mails regarding same | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| 04/10/12 | Review documents regarding same | | |
| | R.J. Conrod, Jr. | 0.80 hrs. | |
| 04/17/12 | Telephone conferences and e-mails regarding Sabo subpoena | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | |
| | TOTAL FOR SERVICES | | $630.00 |
| | Payments Applied | | -$630.00 |

**CURRENT BILLING FOR THIS MATTER**          **$0.00**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| R.J. Conrod, Jr. | 2.10 | 300.00 | $630.00 |
| | 2.10 | | $630.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

July 17, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:           919592

Client No.:         012729

Matter No.:         0147167

H.W. Sims, Jr.

For legal services rendered through June 30, 2012   in connection with:

adv. George Gsell and Local TV Virginia, LLC, et al.

| | | |
|---|---|---|
| 06/05/12 | Review file | |
| | H.W. Sims, Jr. | 1.70 hrs. |
| 06/06/12 | Review file | |
| | H.W. Sims, Jr. | 4.20 hrs. |
| 06/06/12 | Prepare two (2) e-mails to C. Shumadine regarding discovery issues | |
| | H.W. Sims, Jr. | 0.50 hrs. |
| 06/06/12 | Conference with H.W. Sims, Jr. regarding drafting discovery | |
| | K.J. Soloria | 0.40 hrs. |
| 06/07/12 | Review pleadings and review file | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 06/08/12 | Review file and transcript of hearing in Grand Lodge 336 v. George Gsell | |
| | H.W. Sims, Jr. | 2.20 hrs. |
| 06/08/12 | Review file in order to draft discovery | |
| | K.J. Soloria | 3.10 hrs. |
| 06/11/12 | Complete review of transcript of G. Gsell's masonic trial | |
| | H.W. Sims, Jr. | 6.20 hrs. |
| 06/12/12 | Complete review of transcript of G. Gsell's Masonic hearing | |
| | H.W. Sims, Jr. | 0.80 hrs. |
| 06/12/12 | Review FOIA response of USAF | |
| | H.W. Sims, Jr. | 2.10 hrs. |
| 06/12/12 | Telephone conference with AUSA C. Wittman | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 06/12/12 | Telephone conference with C. Schalk, AFPCFOIA/PA at Randolph Air Force Base | |
| | H.W. Sims, Jr. | 0.20 hrs |

DAILY PRESS, INC.                                                                July 17, 2012

| | | | |
|---|---|---|---|
| 06/12/12 | Conference with H.W. Sims, Jr. regarding factual background and FOIA request | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| 06/13/12 | Telephone conference with J. Haugse at Randolph Air Force Bank regarding G. Gsell's records | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/13/12 | Review documents from J. Haugse; | | |
| | H.W. Sims, Jr. | 0.30 hrs. | |
| 06/13/12 | Review documents from C. Wittman | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/13/12 | Review Gsell Air Force documents | | |
| | H.W. Sims, Jr. | 2.70 hrs. | |
| 06/13/12 | Telephone conference with K. Martingayle | | |
| | H.W. Sims, Jr. | 0.30 hrs. | |
| 06/13/12 | Research regarding FOIA and Touhy regulations | | |
| | R.J. Conrod, Jr. | 1.00 hrs. | |
| 06/13/12 | Communication with H.W. Sims, Jr. regarding same | | |
| | R.J. Conrod, Jr. | 0.20 hrs | |
| 06/14/12 | Review file | | |
| | H.W. Sims, Jr. | 1.10 hrs. | |
| 06/14/12 | Telephone conference with J. Haugse, USAF; | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/14/12 | Telephone conference with C. Shumadine | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/14/12 | Prepare draft of authorization to release records for G. Gsell's signature | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/14/12 | Prepare letter to K. Martingayle | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/14/12 | Prepare draft of FOIA request | | |
| | H.W. Sims, Jr. | 0.30 hrs. | |
| 06/14/12 | Review FOIA issues regarding Air Force documents; draft orders regarding same | | |
| | R.J. Conrod, Jr. | 1.00 hrs. | |
| 06/19/12 | Review file | | |
| | H.W. Sims, Jr. | 0.80 hrs. | |
| 06/19/12 | Prepare draft of FOIA request to U.S. Air Force Academy | | |
| | H.W. Sims, Jr. | 0.60 hrs. | |
| 06/20/12 | Send FOIA request to U.S. Air Force Academy | | |
| | H.W. Sims, Jr. | 0.40 hrs. | |
| 06/20/12 | Legal research | | |
| | H.W. Sims, Jr. | 0.80 hrs. | |

DAILY PRESS, INC.                                                                                                    July 17, 2012

| 06/21/12 | Discussions with H.W. Sims, Jr. regarding G. Gsell's claims | |
| | B.T. Hogge | 0.20 hrs. |
| 06/21/12 | Web research on G. Gsell, Air Force Cross, Distinguished Flying Cross | |
| | B.T. Hogge | 1.00 hrs. |
| 06/21/12 | Conference with B.T. Hogge | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 06/21/12 | Send revised FOIA request to U.S. Air Force Academy | |
| | H.W. Sims, Jr. | 0.40 hrs. |
| 06/21/12 | Telephone conferences (2) with U.S. Air Force Academy FOIA office | |
| | H.W. Sims, Jr. | 0.50 hrs. |
| 06/21/12 | Review file | |
| | H.W. Sims, Jr. | 0.70 hrs. |
| 06/22/12 | Conference with K.J. Soloria regarding discovery | |
| | H.W. Sims, Jr. | 0.60 hrs. |
| 06/22/12 | Draft interrogatories, requests for productions and requests for admissions to plaintiff | |
| | K.J. Soloria | 6.30 hrs. |
| 06/26/12 | Review search results and review of Veterans of Foreign Wars website for additional Information | |
| | B.T. Hogge | 0.30 hrs. |
| 06/26/12 | Review and revise interrogatories and requests for production of documents | |
| | H.W. Sims, Jr. | 1.40 hrs. |
| 06/27/12 | Continued web research regarding Air Force Cross | |
| | B.T. Hogge | 0.30 hrs. |
| 06/27/12 | Review information regarding Air Force Academy | |
| | B.T. Hogge | 0.50 hrs. |
| 06/27/12 | Telephone conference with Air Force Academy regarding requesting additional information | |
| | B.T. Hogge | 0.30 hrs. |
| 06/27/12 | Review letter from K. Martingayle | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 06/27/12 | Telephone conference with K. Martingayle | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 06/27/12 | Prepare letter to K. Martingayle | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 06/27/12 | Review file to prepare for deposition of D. Tordjman | |
| | H.W. Sims, Jr. | 1.40 hrs. |
| 06/27/12 | Prepare FOIA request to United States Air Force Academy | |
| | H.W. Sims, Jr. | 0.40 hrs. |
| 06/27/12 | Conference with H.W. Sims, Jr. regarding revising discovery | |
| | K.J. Soloria | 0.70 hrs. |

DAILY PRESS, INC.                                                                July 17, 2012

| | | |
|---|---|---|
| 06/28/12 | Attendance at deposition of D. Tordjman<br>H.W. Sims, Jr. | 3.40 hrs. |
| 06/28/12 | Conference with K. Martingayle<br>H.W. Sims, Jr. | 0.20 hrs. |
| 06/28/12 | Forward protective order to court for entry<br>H.W. Sims, Jr. | 0.10 hrs. |
| 06/28/12 | Telephone conference with C. Shumadine<br>H.W. Sims, Jr. | 0.10 hrs. |
| 06/28/12 | Prepare e-mail to M. Porto and J. Manner<br>H.W. Sims, Jr. | 0.20 hrs. |
| 06/28/12 | Revise discovery<br>K.J. Soloria | 3.70 hrs. |
| 06/29/12 | Web research regarding Air Force magazine/newspaper and Colorado Springs Newspaper<br>B.T. Hogge | 0.20 hrs. |

|  |  |
|---|---|
| TOTAL FOR SERVICES | $19,281.00 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 06/30/12 | Long distance telephone charges | 2.65 |
| 06/30/12 | Postage | 2.85 |
| 06/30/12 | Document reproduction charges | 87.80 |

|  |  |
|---|---|
| TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $93.30 |
| Retainer Applied | -$79.00 |
| **CURRENT BILLING FOR THIS MATTER** | **$19,295.30** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| K.J. Soloria | 14.20 | 180.00 | $2,556.00 |
| B.T. Hogge | 2.60 | 170.00 | $442.00 |
| R.J. Conrod, Jr. | 2.40 | 300.00 | $720.00 |
| H.W. Sims, Jr. | 39.40 | 395.00 | $15,563.00 |
| | 58.60 | | $19,281.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

July 17, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:             919591

Client No.:          012729

Matter No.:         0146642

H.W. Sims, Jr.

For legal services rendered through June 30, 2012   in connection with:

& Melinda Waldrop adv. Jerry Holmes and Lonza Hardy, Jr.

| Date | Description | Hours |
|------|-------------|-------|
| 06/13/12 | Telephone conference with S. Faber<br>H.W. Sims, Jr. | 0.20 hrs. |
| 06/13/12 | Exchange e-mails with D. Bralow, D. Solomon and M. Porto<br>H.W. Sims, Jr. | 0.40 hrs. |
| 06/25/12 | Telephone conference with S. Faber<br>H.W. Sims, Jr. | 0.10 hrs. |
| 06/28/12 | Telephone conferences (2) with R. Hanson<br>H.W. Sims, Jr. | 0.20 hrs. |
| 06/28/12 | Review file; prepare e-mail to M. Porto<br>H.W. Sims, Jr. | 0.30 hrs |
| | TOTAL FOR SERVICES | $395.00 |

**CURRENT BILLING FOR THIS MATTER**            **$395.00**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| H.W. Sims, Jr. | 1.00 | 395.00 | $395.00 |
| | 1.00 | | $395.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

July 17, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:                919590

Client No.:            012729

Matter No.:          0144899

H.W. Sims, Jr.

For legal services rendered through June 30, 2012   in connection with:

& Ashley Kelly adv. Commonwealth of Virginia and Lillian Callendar

DISBURSEMENTS AND OTHER FIRM CHARGES

| 06/30/12 | Federal Express charges | 15.65 |
|----------|------------------------|-------|
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $15.65 |

|  |  |
|---|---|
| | **$15.65** |
| **BALANCE FORWARD FROM PRIOR BILLINGS** | **$8,878.53** |
| **TOTAL DUE FOR THIS MATTER** | **$8,894.18** |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

July 17, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

| | |
|---|---|
| Bill No.: | 919589 |
| Client No.: | 012729 |
| Matter No.: | 0139931 |
| | H.W. Sims, Jr. |

For legal services rendered through June 30, 2012   in connection with:

ads. James A. Carter

| | | | |
|---|---|---|---|
| 06/01/12 | Telephone conference with S. Dunnigan | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 06/12/12 | Legal research | | |
| | H.W. Sims, Jr. | 1.00 hrs. | |
| | TOTAL FOR SERVICES | | $474.00 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 06/19/12 | Cathy E. Krinick, Esquire: Payment for Invoice for Appearance at deposition fee - 0139931 | 300.00 |
| 06/30/12 | PACER search | 9.30 |
| 06/30/12 | Postage | 3.10 |
| 06/30/12 | Document reproduction charges | 54.60 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $367.00 |

| | |
|---|---|
| LESS OVERPAYMENT | -$197.50 |
| | **$643.50** |
| **BALANCE FORWARD FROM PRIOR BILLINGS** | **$46,601.42** |

DAILY PRESS INC                                               July 17, 2012

**TOTAL DUE FOR THIS MATTER**          **$47,244.92**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| H.W. Sims, Jr. | 1.20 | 395.00 | $474.00 |
|  | 1.20 |  | $474.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

July 17, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | | |
|---|---|---|
| Bill No.: | | 919588 |
| Client No.: | | 012729 |
| Matter No.: | | 045197A |
| | | H.W. Sims, Jr. |

For legal services rendered through June 30, 2012   in connection with:

FOIA Request

| | | |
|---|---|---|
| 06/04/12 | Review e-mail and documents regarding FOIA issue<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 06/07/12 | Research regarding criminal records and FOIA regulations<br>R.J. Conrod, Jr. | 0.30 hrs. |
| 06/12/12 | Telephone conference with P. Dujardin regarding FOIA issue<br>R.J. Conrod, Jr. | 0.10 hrs |
| 06/12/12 | Conference with H.W. Sims, Jr. regarding same<br>R.J. Conrod, Jr. | 0.10 hrs. |
| 06/12/12 | Review Virginia FOIA statute<br>R.J. Conrod, Jr. | 0.40 hrs. |

         TOTAL FOR SERVICES                                                $330.00

**CURRENT BILLING FOR THIS MATTER**          **$330.00**

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| R.J. Conrod, Jr. | 1.10 | 300.00 | $330.00 |
| | 1.10 | | $330.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

June 27, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:          917391

Client No.:        012729

Matter No.:        0148801

H.W. Sims, Jr.

For legal services rendered through May 31, 2012   in connection with:

Subpoena issued to Ashley Kelly in Commonwealth of VA. v. Kenneth Howard Newkirk

| | | |
|---|---|---|
| 05/01/12 | Review of court's website to confirm hearing regarding A. Kelly subpoena and communication to file regarding same | |
| | B.T. Hogge | 0.10 hrs. |
| 05/01/12 | Telephone conferences regarding subpoena to A. Kelly | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 05/01/12 | Review documents regarding same | |
| | R.J. Conrod, Jr. | 0.30 hrs. |
| 05/01/12 | Conference with H.W. Sims, Jr. regarding same | |
| | R.J. Conrod, Jr. | 0.10 hrs. |
| 05/01/12 | Draft motion to quash | |
| | R.J. Conrod, Jr. | 0.40 hrs. |
| 05/02/12 | Appear in Hampton Circuit Court on motion to quash subpoena | |
| | R.J. Conrod, Jr. | 1.40 hrs. |
| 05/02/12 | E-mails regarding same | |
| | R.J. Conrod, Jr. | 0.10 hrs. |
| 05/02/12 | Telephone conference with A. Kelly regarding same | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 05/03/12 | Telephone conferences with court and parties regarding subpoena return issue | |
| | R.J. Conrod, Jr. | 0.10 hrs. |
| 05/03/12 | Prepare e-mail regarding same | |
| | R.J. Conrod, Jr. | 0.10 hrs. |

TOTAL FOR SERVICES                                                          $887.00

DAILY PRESS, INC.                                                                    June 27, 2012


      Payments Applied                                                    -$887.00

## CURRENT BILLING FOR THIS MATTER          $0.00

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| B.T. Hogge | 0.10 | 170.00 | $17.00 |
| R.J. Conrod, Jr. | 2.90 | 300.00 | $870.00 |
| | 3.00 | | $887.00 |

.

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

June 27, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:              917390

Client No.:          012729

Matter No.:        0147167

H.W. Sims, Jr.

For legal services rendered through May 31, 2012   in connection with:

adv. George Gsell and Local TV Virginia, LLC, et al.

| Date | Description | | |
|---|---|---|---|
| 05/03/12 | Prepare summary of case for auditor's letter | | |
| | H.W. Sims, Jr. | 0.10 hrs. | |
| 05/04/12 | Exchange e-mails with K. Seabright, C. Shumadine and D. Bralow to schedule depositions | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 05/08/12 | Telephone conference with C. Shumadine | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 05/08/12 | Prepare scheduling order | | |
| | H.W. Sims, Jr. | 0.30 hrs. | |
| 05/08/12 | Prepare letter to co-counsel | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 05/08/12 | Review plaintiff's supplemental discovery responses | | |
| | H.W. Sims, Jr. | 0.50 hrs. | |
| 05/09/12 | Review deposition schedule | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | |
| 05/11/12 | Review documents produced by plaintiff | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 05/25/12 | Telephone conference with K. Martingayle | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| | TOTAL FOR SERVICES | | $780.50 |
| | DISBURSEMENTS AND OTHER FIRM CHARGES | | |
| 05/31/12 | Postage | | 2.20 |
| 05/31/12 | Document reproduction charges | | 4.80 |

DAILY PRESS, INC.                                                                            June 27, 2012

              TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES                    $7.00


              Payments Applied                                                              -$787.50

              **CURRENT BILLING FOR THIS MATTER**                    **$0.00**

<u>Summary of Fees</u>

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| R.J. Conrod, Jr. | 0.10 | 300.00 | $30.00 |
| H.W. Sims, Jr. | 1.90 | 395.00 | $750.50 |
|  | 2.00 |  | $780.50 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

June 27, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

| | |
|---|---|
| Bill No.: | 917389 |
| Client No.: | 012729 |
| Matter No.: | 0146679 |
| | H.W. Sims, Jr. |

For legal services rendered through May 31, 2012   in connection with:

adv. Richard W. Haygood v. James C. Roper, etal.

| | | | |
|---|---|---|---|
| 05/02/12 | Multiple telephone conferences with H.W. Sims, Jr. and D. Irvine regarding M. Sabo subpoena and stipulation | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | |
| 05/02/12 | Prepare e-mail to D. Bralow regarding same | | |
| | R.J. Conrod, Jr. | 0.10 hrs. | |
| 05/03/12 | Review e-mails from J. Roper's counsel to R.J. Conrod, Jr. regarding interview with M. Sabo and R.J. Conrod, Jr.'s response | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 05/04/12 | Telephone conferences regarding subpoena return | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |
| | TOTAL FOR SERVICES | | $319.00 |
| | Payments Applied | | -$319.00 |
| | **CURRENT BILLING FOR THIS MATTER** | | **$0.00** |

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|---|---|---|---|
| R.J. Conrod, Jr. | 0.80 | 300.00 | $240.00 |
| H.W. Sims, Jr. | 0.20 | 395.00 | $79.00 |
| | 1.00 | | $319.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

June 27, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

| | |
|---|---|
| Bill No.: | 917388 |
| Client No.: | 012729 |
| Matter No.: | 0144899 |
| | H.W. Sims, Jr. |

For legal services rendered through May 31, 2012   in connection with:

& Ashley Kelly adv. Commonwealth of Virginia and Lillian Callendar

| | | |
|---|---|---|
| 05/22/12 | Review opinion of Court of Appeals of Virginia<br>H.W. Sims, Jr. | 0.80 hrs. |
| 05/23/12 | Review opinion of Court of Appeals of Virginia<br>H.W. Sims, Jr. | 1.00 hrs. |
| 05/23/12 | Review issues regarding Court of Appeals ruling<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/24/12 | Conference with R.J. Conrod, Jr. regarding status of appeal in the Supreme Court of Virginia<br>H.W. Sims, Jr. | 0.30 hrs. |
| 05/24/12 | Prepare letter to the Clerk of the Supreme Court of Virginia<br>H.W. Sims, Jr. | 0.50 hrs. |
| 05/24/12 | Telephone conference with Supreme Court regarding status and hearing<br>R.J. Conrod, Jr. | 0.50 hrs. |
| 05/24/12 | Conference with H.W. Sims, Jr. regarding same<br>R.J. Conrod, Jr. | 0.30 hrs. |
| | TOTAL FOR SERVICES | $1,327.00 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 05/31/12 | Long distance telephone charges | 1.02 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $1.02 |
| | Payments Applied | -$1,328.02 |

DAILY PRESS, INC.                                                    June 27, 2012

### CURRENT BILLING FOR THIS MATTER                    $0.00

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| R.J. Conrod, Jr. | 1.00 | 300.00 | $300.00 |
| H.W. Sims, Jr. | 2.60 | 395.00 | $1,027.00 |
|  | 3.60 |  | $1,327.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

June 27, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:         917387

Client No.:       012729

Matter No.:       0139931

H.W. Sims, Jr.

For legal services rendered through May 31, 2012   in connection with:

ads. James A. Carter

| | | |
|---|---|---|
| 05/01/12 | Conference with R.J. Conrod, Jr. regarding deposition of C. Krinick and D. Curran and motion in limine regarding D. Curran's testimony | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 05/01/12 | Telephone conferences (2) with L. Holland | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 05/01/12 | Telephone conference with clerk's office | |
| | H.W. Sims, Jr. | 0.10 hrs. |
| 05/01/12 | Telephone conference with S. Dunnigan | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 05/01/12 | Prepare notice of hearing | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 05/01/12 | Prepare e-mail to Judge Spruill | |
| | H.W. Sims, Jr. | 2.20 hrs. |
| 05/01/12 | Review mediation statement | |
| | H.W. Sims, Jr. | 0.50 hrs. |
| 05/01/12 | Conference with H.W. Sims, Jr. regarding depositions of experts and motions in limine regarding same | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 05/02/12 | Attendance at settlement conference in Essex County Circuit Court | |
| | R.J. Conrod, Jr. | 8.70 hrs. |
| 05/02/12 | Conference with D. Solomon, M. Porto and D. Bralow | |
| | H.W. Sims, Jr. | 1.00 hrs. |

DAILY PRESS, INC.                                                                  June 27, 2012

| 05/03/12 | Conference with H.W. Sims, Jr. regarding proposed voir dire and jury instructions in federal court case |
| | B.T. Hogge                                  0.30 hrs. |

| 05/03/12 | Review PACER to obtain copies of proposed voir dire and jury instructions |
| | B.T. Hogge                                  0.10 hrs. |

| 05/03/12 | Telephone conference with C. Shumadine regarding jury instructions |
| | H.W. Sims, Jr.                              0.20 hrs. |

| 05/03/12 | Telephone conference with C. Merritt regarding jury instructions |
| | H.W. Sims, Jr.                              0.10 hrs. |

| 05/03/12 | Prepare information regarding case for auditor's letter |
| | H.W. Sims, Jr.                              0.10 hrs. |

| 05/03/12 | Research regarding "substantially true" as question of law and damages for lost Election |
| | K.J. Soloria                                0.20 hrs. |

| 05/03/12 | Conference with H.W. Sims, Jr. regarding motion in limine and trial research issues |
| | R.J. Conrod, Jr.                            0.50 hrs. |

| 05/04/12 | Conference with R.J. Conrod, Jr. on legal issues |
| | H.W. Sims, Jr.                              0.50 hrs. |

| 05/04/12 | Prepare litigation status report and forward to Chubb Insurance |
| | H.W. Sims, Jr.                              0.60 hrs. |

| 05/04/12 | Telephone conference with Sheriff Morgan |
| | H.W. Sims, Jr.                              0.10 hrs. |

| 05/07/12 | Read transcript of D. Curran deposition |
| | R.J. Conrod, Jr.                            1.50 hrs. |

| 05/07/12 | Research regarding Virginia law on expert qualifications for motion in limine |
| | R.J. Conrod, Jr.                            0.60 hrs. |

| 05/08/12 | Attendance at deposition of Sheriff Morgan |
| | H.W. Sims, Jr.                              2.40 hrs. |

| 05/08/12 | Work on motion in limine |
| | R.J. Conrod, Jr.                            0.10 hrs. |

| 05/09/12 | Telephone conferences (2) with E. Gates |
| | H.W. Sims, Jr.                              0.30 hrs. |

| 05/09/12 | Review file and begin drafting witness and exhibit list |
| | H.W. Sims, Jr.                              1.80 hrs. |

| 05/09/12 | Research authority regarding substantially true standard and expert for emotional damages for use in jury instructions and motion in limine |
| | K.J. Soloria                                4.30 hrs. |

| 05/10/12 | Telephone conference with C. Stanton |
| | H.W. Sims, Jr.                              0.20 hrs. |

DAILY PRESS, INC.                                                                         June 27, 2012

| | | |
|---|---|---|
| 05/10/12 | Prepare letter to C. Stanton<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/10/12 | Review documents produced by T. Penny and by plaintiff<br>H.W. Sims, Jr. | 0.80 hrs. |
| 05/10/12 | Complete witness and exhibit lists<br>H.W. Sims, Jr. | 2.20 hrs. |
| 05/10/12 | Telephone conference with R. Langford<br>H.W. Sims, Jr. | 0.10 hrs |
| 05/10/12 | Telephone conference with C. Stanton<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/10/12 | Telephone conference with S. Dunnigan<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/10/12 | Prepare and file amended answer<br>H.W. Sims, Jr. | 1.00 hrs. |
| 05/10/12 | Research standards of law for "substantial truth" and expert requirements for emotional distress damages<br>K.J. Soloria | 4.10 hrs. |
| 05/10/12 | Review motion in limine<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/11/12 | Attendance at deposition of A. Shannon, S. Groce, E. Gates and R. Langford<br>H.W. Sims, Jr. | 3.00 hrs. |
| 05/11/12 | Prepare letter to A. Shannon<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/11/12 | Telephone conference with C. Stanton<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/11/12 | Revise list of witnesses and exhibits<br>H.W. Sims, Jr. | 1.00 hrs. |
| 05/11/12 | Telephone conference with S. Dunnigan<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/11/12 | Draft motion in limine regarding D. Curran and expert testimony<br>R.J. Conrod, Jr. | 0.80 hrs. |
| 05/11/12 | Research regarding same<br>R.J. Conrod, Jr. | 1.40 hrs. |
| 05/14/12 | Review of witness and exhibit list<br>B.T. Hogge | 0.30 hrs. |
| 05/14/12 | Review of documents to identify exhibits and pull copies for exhibit binder<br>B.T. Hogge | 0.80 hrs. |
| 05/14/12 | Telephone conference with E. Gates<br>H.W. Sims, Jr. | 0.10 hrs. |

DAILY PRESS, INC.                                                                                          June 27, 2012

| 05/14/12 | Review and serve defendants' witness and exhibit list |
|          | H.W. Sims, Jr.                                                  0.60 hrs. |

| 05/14/12 | Telephone conference with C. Staunton |
|          | H.W. Sims, Jr.                                                  0.10 hrs. |

| 05/14/12 | Prepare letter to C. Staunton |
|          | H.W. Sims, Jr.                                                  0.10 hrs. |

| 05/14/12 | Conference with R.J. Conrod, Jr. |
|          | H.W. Sims, Jr.                                                  0.10 hrs. |

| 05/14/12 | Research, draft and revise Curran motion in limine |
|          | R.J. Conrod, Jr.                                                0.10 hrs. |

| 05/14/12 | Address trial issues with H. W. Sims, Jr. |
|          | R.J. Conrod, Jr.                                                2.90 hrs. |

| 05/15/12 | Review of file to obtain copies of defendant's and plaintiff's trial exhibits |
|          | B.T. Hogge                                                      1.20 hrs. |

| 05/15/12 | Organization of same |
|          | B.T. Hogge                                                      0.20 hrs. |

| 05/15/12 | Conference with H.W. Sims, Jr. regarding exhibits |
|          | B.T. Hogge                                                      0.20 hrs. |

| 05/15/12 | Review plaintiff's witness and exhibit list |
|          | H.W. Sims, Jr.                                                  0.50 hrs. |

| 05/15/12 | Review plaintiff's motion in limine |
|          | H.W. Sims, Jr.                                                  0.30 hrs. |

| 05/15/12 | Conference with R.J. Conrod, Jr. |
|          | H.W. Sims, Jr.                                                  0.20 hrs. |

| 05/15/12 | Review and revise defendants' motion in limine |
|          | H.W. Sims, Jr.                                                  0.80 hrs. |

| 05/15/12 | Telephone conference with D. Bralow |
|          | H.W. Sims, Jr.                                                  0.20 hrs. |

| 05/15/12 | Legal research |
|          | H.W. Sims, Jr.                                                  0.60 hrs. |

| 05/15/12 | Research damages for lost election in preparation for motion in limine |
|          | K.J. Soloria                                                    1.40 hrs. |

| 05/15/12 | Research excluding evidence of good reputation and introducing evidence of bad reputation |
|          | K.J. Soloria                                                    2.90 hrs. |

| 05/15/12 | Revise Curran motion in limine |
|          | R.J. Conrod, Jr.                                                0.30 hrs. |

| 05/15/12 | Review witness and exhibit list |
|          | R.J. Conrod, Jr.                                                0.40 hrs. |

DAILY PRESS, INC.                                                                                  June 27, 2012

| | | |
|---|---|---|
| 05/15/12 | Research regarding motions in limine<br>R.J. Conrod, Jr. | 1.10 hrs. |
| 05/15/12 | Review plaintiff's motion in limine<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/15/12 | Conference with H. W. Sims, Jr.  regarding same<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/15/12 | E-mails regarding same<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/16/12 | Review of file to locate plaintiff's trial exhibits<br>B.T. Hogge | 0.80 hrs. |
| 05/16/12 | Begin organization of same<br>B.T. Hogge | 0.20 hrs. |
| 05/16/12 | Communication with H.W. Sims, Jr. regarding trial preparation<br>B.T. Hogge | 0.10 hrs. |
| 05/16/12 | Telephone conference with S. Dunnigan<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/16/12 | Telephone conference with C. Staunton<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/16/12 | Conference with B.T. Hogge to prepare witness subpoena<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/16/12 | Organize trial exhibits<br>H.W. Sims, Jr. | 3.10 hrs. |
| 05/16/12 | Review plaintiff's trial exhibits<br>H.W. Sims, Jr. | 1.20 hrs. |
| 05/16/12 | Review defendants' motion in limine<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/16/12 | Review defendants' brief in support of motion for summary judgment<br>and supporting exhibits<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/16/12 | Research admissible reputation evidence<br>K.J. Soloria | 0.40 hrs. |
| 05/16/12 | Retrieve case law<br>L.A. Claywell | 0.30 hrs. |
| 05/16/12 | Draft motion in limine regarding damages from loss of election<br>R.J. Conrod, Jr. | 0.80 hrs. |
| 05/16/12 | Research regarding same<br>R.J. Conrod, Jr. | 2.70 hrs. |
| 05/16/12 | Research regarding admissibility of evidence and prior bad acts<br>R.J. Conrod, Jr. | 1.10 hrs. |

DAILY PRESS, INC.                                                    June 27, 2012

| | | |
|---|---|---|
| 05/16/12 | Coordinate filings with court<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 05/16/12 | Draft notice of hearing<br>R.J. Conrod, Jr. | 0.10 hrs. |
| 05/16/12 | Prepare for trial<br>R.J. Conrod, Jr. | 1.60 hrs. |
| 05/17/12 | Preparation and issuance of witness subpoenas<br>B.T. Hogge | 0.30 hrs. |
| 05/17/12 | Communications with process server regarding service<br>B.T. Hogge | 0.10 hrs. |
| 05/17/12 | Communications with H.W. Sims, Jr. regarding subpoenas and additional<br>trial preparations<br>B.T. Hogge | 0.70 hrs. |
| 05/17/12 | Review of file for plaintiff's exhibits<br>B.T. Hogge | 0.20 hrs. |
| 05/17/12 | Review of correspondence from S. Dunnigan regarding defendants' exhibits<br>B.T. Hogge | 0.20 hrs. |
| 05/17/12 | Telephone conference with S. Dunnigan<br>B.T. Hogge | 0.20 hrs. |
| 05/17/12 | Preparation of FedEx correspondence to clerk filing motion in limine<br>B.T. Hogge | 0.10 hrs. |
| 05/17/12 | Communications with R.J. Conrod, Jr. regarding motion in limine<br>B.T. Hogge | 0.10 hrs. |
| 05/17/12 | Telephone conference with D. Macaulay<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/17/12 | Revise and endorse trial subpoenas<br>H.W. Sims, Jr. | 0.10 hrs. |
| 05/17/12 | Prepare letter to witnesses<br>H.W. Sims, Jr. | 0.30 hrs. |
| 05/17/12 | Prepare e-mail to clients<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/17/12 | Review and revise defendants' motion in limine regarding plaintiff's loss<br>of the election<br>H.W. Sims, Jr. | 0.80 hrs. |
| 05/17/12 | Review letter from S. Dunnigan regarding trial exhibits<br>H.W. Sims, Jr. | 0.30 hrs. |
| 05/17/12 | Pull cases on motion for summary judgment<br>H.W. Sims, Jr. | 0.20 hrs. |
| 05/17/12 | Legal research<br>H.W. Sims, Jr. | 0.90 hrs. |

DAILY PRESS, INC.                                                                                      June 27, 2012

| 05/17/12 | Revise motion in limine regarding lost election damages |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          1.70 hrs.    |

| 05/17/12 | Attend deposition of C. Stanton |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          1.0 hrs.     |

| 05/17/12 | Conference with C. Stanton regarding trial subpoena and testimony |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.30 hrs.    |

| 05/17/12 | Coordinate filing of motion |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.20 hrs.    |

| 05/17/12 | Conference with H.W. Sims, Jr. regarding trial issues |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.30 hrs.    |

| 05/18/12 | Review of copies of defendants' trial exhibits to be sent to S. Dunnigan |
|----------|--------------------------------------------------------|
|          | B.T. Hogge                                0.50 hrs.    |

| 05/18/12 | Preparation of hand delivery communication to S. Dunnigan enclosing exhibits |
|----------|--------------------------------------------------------|
|          | B.T. Hogge                                0.10 hrs    |

| 05/18/12 | Review plaintiff's response to defendants' motion for summary judgment |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            3.60 hrs.    |

| 05/18/12 | Legal research |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            3.60 hrs.    |

| 05/18/12 | Conference with R.J. Conrod, Jr. |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            0.30 hrs.    |

| 05/18/12 | Retrieve case law |
|----------|--------------------------------------------------------|
|          | L.A. Claywell                             0.20 hrs.    |

| 05/18/12 | Review response to summary judgment |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.60 hrs.    |

| 05/18/12 | Conference with H.W. Sims, Jr. regarding same |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.20 hrs.    |

| 05/18/12 | Research regarding same |
|----------|--------------------------------------------------------|
|          | R.J. Conrod, Jr.                          0.70 hrs.    |

| 05/20/12 | Review plaintiff's response to defendants' motion for summary judgment |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            1.30 hrs.    |

| 05/20/12 | Review defendants' brief in support of motion for summary judgment |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            1.40 hrs.    |

| 05/20/12 | Legal research |
|----------|--------------------------------------------------------|
|          | H.W. Sims, Jr.                            0.70 hrs.    |

| 05/21/12 | Review service returns on witness subpoenas |
|----------|--------------------------------------------------------|
|          | B.T. Hogge                                0.10 hrs.    |

| 05/21/12 | Preparation of correspondence to clerk filing returns |
|----------|--------------------------------------------------------|
|          | B.T. Hogge                                0.10 hrs.    |

DAILY PRESS, INC.        June 27, 2012

| 05/21/12 | Prepare for oral argument on motion for summary judgment |
| | H.W. Sims, Jr.                                      8.20 hrs. |

05/21/12    Draft and revise reply in support of motion for summary judgment
            R.J. Conrod, Jr.                          2.00 hrs.

05/21/12    Research regarding same
            R.J. Conrod, Jr.                          1.20 hrs.

05/21/12    Conference with H.W. Sims, Jr. regarding same
            R.J. Conrod, Jr.                          0.20 hrs.

05/22/12    Conference with H.W. Sims, Jr. regarding hearing
            B.T. Hogge                                0.20 hrs.

05/22/12    Review of documents produced by plaintiff and documents produced
            by defendants for plaintiff's missing trial exhibits
            B.T. Hogge                                0.70 hrs.

05/22/12    Prepare for and attend oral argument on defendants' motion for summary judgment
            H.W. Sims, Jr.                            12.20 hrs.

05/22/12    Retrieve and organize case law
            L.A. Claywell                             0.40 hrs.

05/22/12    Prepare for hearings on motion for summary judgment and motions in limine
            R.J. Conrod, Jr.                          2.00 hrs.

05/22/12    Review cases regarding same
            R.J. Conrod, Jr.                          1.00 hrs.

05/22/12    Attend hearing in Gloucester Circuit Court
            R.J. Conrod, Jr.                          6.20 hrs.

05/23/12    Prepare e-mail to clients
            H.W. Sims, Jr.                            0.30 hrs.

05/23/12    Prepare order granting summary judgment to defendants
            H.W. Sims, Jr.                            0.40 hrs.

05/23/12    Prepare letters to witnesses
            H.W. Sims, Jr.                            1.20 hrs.

05/23/12    Telephone conference with W. Aldave
            H.W. Sims, Jr.                            0.20 hrs.

05/23/12    Prepare e-mail to W. Aldave
            H.W. Sims, Jr.                            0.10 hrs.

05/23/12    Prepare e-mail to D. Bralow
            H.W. Sims, Jr.                            0.10 hrs.

05/23/12    Telephone conference with K. Rasmussen
            H.W. Sims, Jr.                            0.20 hrs.

05/23/12    Follow up on summary judgment hearing
            R.J. Conrod, Jr.                          0.20 hrs.

DAILY PRESS, INC.                                                               June 27, 2012

| | | | |
|---|---|---|---|
| 05/23/12 | Organize research and documents regarding same | | |
| | R.J. Conrod, Jr. | 0.30 hrs. | |
| 05/31/12 | Telephone conference with E. Gates | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| | TOTAL FOR SERVICES | | $44,058.00 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 05/02/12 | KCO, LLC: Payment of Invoice # 708 dated 04/26/2012 for court copies | 10.00 |
| 05/09/12 | Adams - Harris Reporting, Inc.: Payment of Inv# 5073; Depositions of Curran and Krinick | 356.00 |
| 05/10/12 | Hunter W.   Sims Jr.: Reimbursement for travel expenses to/from Essex County Circuit Court for settlement conference with Judge Spruill presiding 05/02/2012 | 115.00 |
| 05/16/12 | Thomas Penny: Copies Mr. Penny made and delivered to Kaufman and Canoles, P.C. om compliance with a subpoena issued by H.W.Sims, Jr. re: Cater v. Daily Press | 65.00 |
| 05/18/12 | Adams - Harris Reporting, Inc.: Payment of Inv# 50841 & 50861; Fees for deposition transcripts | 480.50 |
| 05/21/12 | McClenny Services, LLC: Payment of Inv# 26010; Service of witness subpoenas | 130.00 |
| 05/31/12 | Courier charges | 11.70 |
| 05/31/12 | Adams - Harris Reporting, Inc.: Payment of Inv# 50911; Hearing on MSJ | 175.00 |
| 05/31/12 | Adams - Harris Reporting, Inc.: Payment of Inv# 5095; Deposition of Charles Staunton | 40.00 |
| 05/31/12 | Color document reproduction charges | 12.50 |
| 05/31/12 | Federal Express charges | 116.61 |
| 05/31/12 | Long distance telephone charges | 1.25 |
| 05/31/12 | Computerized legal research charges | 560.65 |
| 05/31/12 | Postage | 43.41 |

DISBURSEMENTS AND OTHER FIRM CHARGES

| | | |
|---|---|---|
| 05/31/12 | Document reproduction charges | 241.80 |
| 05/31/12 | Fax charges | 184.00 |
| | TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES | $2,543.42 |

DAILY PRESS, INC.                                                    June 27, 2012

      Payments Applied                                    -$46,601.42

## CURRENT BILLING FOR THIS MATTER          $0.00

Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| K.J. Soloria | 13.30 | 180.00 | $2,394.00 |
| L.A. Claywell | 0.90 | 50.00 | $45.00 |
| B.T. Hogge | 8.40 | 170.00 | $1,428.00 |
| R.J. Conrod, Jr. | 36.80 | 300.00 | $11,040.00 |
| H.W. Sims, Jr. | 73.80 | 395.00 | $29,151.00 |
| | 133.20 | | $44,058.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

May 23, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:           912003

Client No.:        012729

Matter No.:       0148801

H.W. Sims, Jr.

For legal services rendered through April 30, 2012   in connection with:

Subpoena issued to Ashley Kelly in Commonwealth of VA. v. Kenneth Howard Newkirk

| | | | |
|---|---|---|---|
| 03/26/12 | Subpoena issued to A. Kelly in Newkirk case | | |
| | H.W. Sims, Jr. | 0.10 hrs. | |
| 03/26/12 | Review subpoena | | |
| | H.W. Sims, Jr. | 0.10 hrs. | |
| 03/26/12 | Telephone conference with A. Kelly | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 04/02/12 | Communication with R.J. Conrod, Jr. regarding Newkirk matter | | |
| | B.T. Hogge | 0.10 hrs. | |
| 04/02/12 | Telephone conference with clerk's office to confirm that preliminary hearing still on calendar | | |
| | B.T. Hogge | 0.10 hrs. | |
| 04/02/12 | Review subpoena | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 04/02/12 | Prepare e-mails (2) to A. Kelly | | |
| | H.W. Sims, Jr. | 0.60 hrs. | |
| 04/02/12 | Telephone conference with court regarding subpoena to A. Kelly | | |
| | H.W. Sims, Jr. | 0.20 hrs. | |
| 04/02/12 | Telephone conferences and e-mails regarding subpoena issues | | |
| | R.J. Conrod, Jr. | 0.50 hrs. | |
| 04/27/12 | Review e-mails regarding new subpoena | | |
| | R.J. Conrod, Jr. | 0.20 hrs. | |

TOTAL FOR SERVICES                                    $718.00

FEDERAL TAX ID# 54-1186543          POST OFFICE BOX 3037          NORFOLK, VIRGINIA 23514          (757) 624-3000

DAILY PRESS, INC.                                                                May 23, 2012

DISBURSEMENTS AND OTHER FIRM CHARGES

04/30/12        Courier charges                                                          6.00
                        TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES            $6.00

                Payments Applied                                                    -$724.00


                        **CURRENT BILLING FOR THIS MATTER**            **$0.00**

                                Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| B.T. Hogge | 0.20 | 170.00 | $34.00 |
| R.J. Conrod, Jr. | 0.70 | 300.00 | $210.00 |
| H.W. Sims, Jr. | 1.20 | 395.00 | $474.00 |
| | 2.10 | | $718.00 |

# KAUFMAN & CANOLES
attorneys at law

kaufCAN.com

May 23, 2012

Robin Mariella
Law Department
Senior Paralegal
Tribune Company
435 North Michigan Avenue
Chicago, IL   60611

Bill No.:              912000

Client No.:            012729

Matter No.:            0139931

H.W. Sims, Jr.

For legal services rendered through April 30, 2012   in connection with:

ads. James A. Carter

| | | |
|---|---|---|
| 04/05/12 | Telephone conference with S. Dunnigan | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/06/12 | Telephone conference with S. Dunnigan | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/09/12 | Commence review and revision of draft of memorandum in support of defendants' motion for summary judgment | |
| | H.W. Sims, Jr. | 1.70 hrs. |
| 04/10/12 | Review file for preparation of motion for summary judgment | |
| | H.W. Sims, Jr. | 3.80 hrs. |
| 04/10/12 | Address summary judgment issues | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 04/11/12 | Review entire file, pleading and documents | |
| | H.W. Sims, Jr. | 5.20 hrs. |
| 04/11/12 | Prepare e-mail to D. Macaulay and P. Dujardin | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/11/12 | Research regarding summary judgment issue | |
| | R.J. Conrod, Jr. | 0.20 hrs. |
| 04/12/12 | Telephone conference with B. Healey | |
| | R.J. Conrod, Jr. | 0.30 hrs. |
| 04/12/12 | Review documents from T. Penny | |
| | H.W. Sims, Jr. | 0.90 hrs. |

DAILY PRESS, INC.                                                                    May 23, 2012

| | | |
|---|---|---|
| 04/12/12 | Conference with H.W. Sims, Jr. regarding trial and motion for summary judgment arguments<br>R.J. Conrod, Jr.  0.30 hrs. | |
| 04/13/12 | Discussions with H.W. Sims, Jr. regarding J. Carter and D. Curran information<br>B.T. Hogge | 0.20 hrs. |
| 04/13/12 | Web searches regarding background on J. Carter and information on D. Curran<br>B.T. Hogge | 1.60 hrs. |
| 04/13/12 | Review file<br>H.W. Sims, Jr. | 1.80 hrs. |
| 04/13/12 | Telephone conference with R. Langford<br>H.W. Sims, Jr. | 0.20 hrs. |
| 04/13/12 | Telephone conference with Sheriff Morgan's office<br>H.W. Sims, Jr. | 0.20 hrs. |
| 04/13/12 | Prepare e-mail to client<br>H.W. Sims, Jr. | 0.30 hrs. |
| 04/13/12 | Conference with B.T. Hogge regarding internet research of D. Curran and James River Journal<br>H.W. Sims, Jr. | 0.20 hrs. |
| 04/13/12 | Telephone conference with E. Gates<br>H.W. Sims, Jr. | 0.30 hrs. |
| 04/13/12 | Prepare letter to S. Dunnigan<br>H.W. Sims, Jr. | 0.40 hrs. |
| 04/13/12 | Telephone conferences (2) with D. Solomon<br>H.W. Sims, Jr. | 0.40 hrs. |
| 04/16/12 | Web searches regarding D. Curran and J. Carter<br>B.T. Hogge | 0.40 hrs. |
| 04/16/12 | Conference with H.W. Sims, Jr. regarding search results<br>B.T. Hogge | 0.10 hrs. |
| 04/16/12 | Conference with R. Langford<br>H.W. Sims, Jr. | 1.40 hrs. |
| 04/16//12 | Conference with Sheriff G. Morgan<br>H.W. Sims, Jr. | 2.60 hrs. |
| 04/16/12 | Review draft of memorandum in support of motion for summary judgment<br>H.W. Sims, Jr. | 1.0 hrs. |
| 04/16/12 | Review entire file<br>H.W. Sims, Jr. | 1.20 hrs. |
| 04/16/12 | Review supplemental interrogatory regarding witnesses<br>R.J. Conrod, Jr. | 0.40 hrs. |
| 04/16/12 | Conference with H.W. Sims, Jr. regarding interviews with witnesses<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 04/17/12 | Conference with H.W. Sims, Jr. regarding additional information to be obtained on Carter<br>B.T. Hogge | 0.30 hrs. |

DAILY PRESS, INC.                                                                                          May 23, 2012

| | | |
|---|---|---|
| 04/17/12 | Telephone conference with clerk's office regarding Carter's divorce filing<br>B.T. Hogge | 0.20 hrs. |
| 04/17/12 | Obtain copy of bill of complaint and final order<br>B.T. Hogge | 0.10 hrs. |
| 04/17/12 | Web research to obtain precinct by precinct results of June 2009 sheriff election<br>B.T. Hogge | 0.60 hrs. |
| 04/17/12 | Prepare memorandum in support of motion for summary judgment<br>H.W. Sims, Jr. | 5.60 hrs. |
| 04/17/12 | Review summary judgment issue<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 04/17.12 | Research regarding same<br>R.J. Conrod, Jr. | 0.30 hrs. |
| 04/18/12 | Continue to work on memorandum in support of motion for summary judgment<br>H.W. Sims, Jr. | 3.80 hrs. |
| 04/19/12 | Review of J. Carter divorce information obtained from Newport News Circuit Court<br>B.T. Hogge | 0.40 hrs. |
| 04/19/12 | Conference with H.W. Sims, Jr. regarding Newport News pleadings and how to access case information on line<br>B.T. Hogge | 0.20 hrs. |
| 04/19/12 | Continue to prepare memorandum in support of motion for summary judgment<br>H.W. Sims, Jr. | 3.10 hrs. |
| 04/19/12 | Telephone conference with S. Dunnigan<br>H.W. Sims, Jr. | 0.10 hrs. |
| 04/19/12 | Prepare letter to S. Dunnigan<br>H.W. Sims, Jr. | 0.30 hrs. |
| 04/19/12 | Review summary judgment fact issue<br>R.J. Conrod, Jr. | 0.20 hrs. |
| 04/20/12 | Conference with H.W. Sims, Jr. regarding D. Curran deposition subpoena<br>B.T. Hogge | 0.10 hrs. |
| 04/20/12 | Preparation of D. Curran subpoena<br>B.T. Hogge | 0.50 hrs. |
| 04/20/12 | E-mail communication with process server and telephone conference with process server regarding service of D. Curran subpoena<br>B.T. Hogge | 0.20 hrs. |
| 04/20/12 | Telephone conference with D. Bralow<br>H.W. Sims, Jr. | 0.20 hrs. |
| 04/20/12 | Finalize and forward letter to S. Dunnigan<br>H.W. Sims, Jr. | 0.20 hrs. |
| 04/20/12 | Revise memorandum in support of motion for summary judgment<br>H.W. Sims, Jr. | 1.10 hrs. |

DAILY PRESS, INC.                                                                May 23, 2012

| | | |
|---|---|---|
| 04/23/12 | Telephone conference with process server regarding service attempt on D. Curran and preparation of e-mail to file regarding need for additional address for D. Curran | |
| | B.T. Hogge | 0.10 hrs. |
| 04/23/12 | Telephone conference with E. Gates | |
| | H.W. Sims, Jr | 0.20 hrs. |
| 04/23/12 | Prepare letter to S. Dunnigan | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/23/12 | Continue to prepare memorandum in support of motion for summary judgment | |
| | H.W. Sims, Jr. | 4.40 hrs. |
| 04/24/12 | Continue to work on memorandum in support of motion for summary judgment | |
| | H.W. Sims, Jr. | 5.30 hrs. |
| 04/24/12 | Address issues regarding summary judgment brief | |
| | R.J. Conrod, Jr. | 0.30 hrs. |
| 04/25/12 | Conference with R.J. Conrod, Jr. | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 04/25/12 | Complete memorandum in support of motion for summary judgment and forward to D. Bralow | |
| | H.W. Sims, Jr. | 6.50 hrs. |
| 04/25/12 | Research regarding summary judgment issue | |
| | R.J. Conrod, Jr. | 0.50 hrs. |
| 04/26/12 | Communication with H.W. Sims, Jr. regarding motion for summary judgment | |
| | B.T. Hogge | 0.20 hrs. |
| 04/26/12 | Review of memorandum in support and begin pulling exhibits to memorandum in support | |
| | B.T. Hogge | 0.60 hrs. |
| 04/26/12 | Prepare e-mail to D. Bralow | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/26/12 | Telephone conferences (2) with S. Dunnigan | |
| | H.W. Sims, Jr. | 0.50 hrs. |
| 04/26/12 | Conference with B.T. Hogge regarding exhibits to motion for summary judgment | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/26/12 | Telephone conference with D. Bralow and C. Leeman | |
| | H.W. Sims, Jr. | 0.40 hrs. |
| 04/26/12 | Telephone conference with E. Gates | |
| | H.W. Sims, Jr. | 0.30 hrs. |
| 04/26/12 | Prepare e-mail to S. Burrell | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/26/12 | Prepare e-mail to J. Manner | |
| | H.W. Sims, Jr. | 0.20 hrs. |

DAILY PRESS, INC.                                                                              May 23, 2012

| | | | |
|---|---|---|---|
| 04/26/12 | Prepare motion for summary judgment<br>H.W. Sims, Jr. | 3.60 hrs. | |
| 04/26/12 | Review brief in support or for summary judgment<br>K.J. Soloria | 0.80 hrs. | |
| 04/26/12 | Address summary judgment issue<br>R.J. Conrod, Jr. | 0.20 hrs. | |
| 04/27/12 | Discussions with H.W. Sims, Jr. regarding memorandum in support of motion for<br>summary judgment<br>B.T. Hogge | 0.20 hrs. | |
| 04/27/12 | Review of exhibits to be attached to memorandum<br>B.T. Hogge | 1.90 hrs. | |
| 04/27/12 | Review and edit memorandum in support<br>B.T. Hogge | 0.30 hrs. | |
| 04/27/12 | Organization of exhibits into exhibit binder<br>B.T. Hogge | 0.50 hrs. | |
| 04/27/12 | Preparation of index for binder<br>B.T. Hogge | 0.80 hrs. | |
| 04/27/12 | Revise letter to E. Gates and assemble documents to be included in letter<br>H.W. Sims, Jr. | 1.30 hrs. | |
| 04/27/12 | Revise memorandum in support of motion for summary judgment and organize exhibits<br>H.W. Sims, Jr. | 2.40 hrs. | |
| 04/27/12 | Telephone conference with E. Gates<br>H.W. Sims, Jr. | 0.20 hrs. | |
| 04/27/12 | Telephone conference with D. Bralow<br>H.W. Sims, Jr. | 0.20 hrs. | |
| 04/27/12 | Legal research for memorandum|<br>H.W. Sims, Jr. | 2.20 hrs. | |
| 04/27/12 | Review and revise summary judgment brief<br>R.J. Conrod, Jr. | 0.60 hrs. | |
| 04/27/12 | Conference with H.W. Sims, Jr. regarding same<br>R.J. Conrod, Jr. | 0.20 hrs. | |
| 04/27/12 | Research regarding same<br>R.J. Conrod, Jr. | 0.70 hrs. | |
| 04/30/12 | Telephone conference with E. Gates<br>H.W. Sims, Jr. | 0.20 hrs. | |
| 04/30/12 | Legal research<br>H.W. Sims, Jr. | 0.30 hrs. | |
| 04/30/12 | Prepare for depositions<br>H.W. Sims, Jr. | 4.10 hrs. | |

DAILY PRESS, INC.                                                                          May 23, 2012

| 04/30/12 | Attendance at depositions of C. Krinick and D. Curran | |
| | H.W. Sims, Jr. | 2.0 hrs. |
| 04/30/12 | Telephone conference with D. Bralow | |
| | H.W. Sims, Jr. | 0.20 hrs. |
| 04/30/12 | Review and revise summary judgment brief | |
| | R.J. Conrod, Jr. | 1.10 hrs. |
| 04/30/12 | Conference with H.W. Sims, Jr. regarding same | |
| | R.J. Conrod, Jr. | 0.30 hrs. |

TOTAL FOR SERVICES                                                         $31,917.50


DISBURSEMENTS AND OTHER FIRM CHARGES

| 04/26/12 | McClenny Services, LLC: Payment of Inv# 25877; Service of process of subpoena on D. Curran | 35.00 |
| 04/30/12 | Courier charges | 18.00 |
| 04/30/12 | Long distance telephone charges | 2.75 |
| 04/30/12 | Computerized legal research charges | 72.11 |
| 04/30/12 | Postage | 12.44 |
| 04/30/12 | Document reproduction charges | 463.20 |
| 04/30/12 | Fax charges | 39.20 |

TOTAL FOR DISBURSEMENTS & OTHER FIRM CHARGES        $642.70


Payments Applied                                                          -$32,560.20


**CURRENT BILLING FOR THIS MATTER**                    **$0.00**

### Summary of Fees

| Name | Hours | Rate/Hr | Fees |
|------|-------|---------|------|
| K.J. Soloria | 0.80 | 180.00 | $144.00 |
| B.T. Hogge | 8.50 | 170.00 | $1,445.00 |
| R.J. Conrod, Jr. | 5.90 | 300.00 | $1,770.00 |
| H.W. Sims, Jr. | 72.30 | 395.00 | $28,558.50 |
| | 87.50 | | $31,917.50 |

FEDERAL TAX ID# 54-1186543        POST OFFICE BOX 3037        NORFOLK, VIRGINIA 23514        (757) 624-3000

## EXHIBIT B

## FEE SUMMARY

**FEE SUMMARY BY TIMEKEEPER FOR APRIL THROUGH JUNE 2012**

| Name of Professional/Individual | Position, Number of Years in the Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rates* | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Hunter W. Sims, Jr. | Partner, 41 years, 1971, Litigation | $395.00 | 195.0 | $77,025.00 |
| R. Johan Conrod, Jr. | Partner, 11 years, 2001, Litigation | $300.00 | 54.0 | $16,200.00 |
| Karla J. Soloria | Associate, 1 year, 2011, Litigation | $180.00 | 28.3 | $5,094.00 |
| Brenda T. Hogge | Paralegal, 28 years, Litigation | $170.00 | 19.8 | $3,366.00 |
| Laurie A. Claywell | Librarian/Paralegal, 28 years | $50.00 | 0.9 | $45.00 |
| **GRAND TOTAL:** | | | **298.0** | **$101,730.00** |
| **BLENDED RATE:** | | | | **$341.38** |

* reduced rates for H. W. Sims, Jr. and R. J. Conrod, Jr.

## EXHIBIT C

## EXPENSE DETAIL

**EXPENSE SUMMARY FOR THE PERIOD FROM**
**APRIL 1, 2012 THROUGH JUNE 30, 2012**

| Expense Category | Total Expenses |
|---|---|
| Telephone charges | $7.67 |
| Courier/Travel charges | $150.70 |
| Facsimile charges | $232.80 |
| Federal Express charges | $132.26 |
| Computer research | $642.06 |
| Postage | $64.00 |
| Copies | $854.80 |
| Color copies | $12.50 |
| Subpoena services | $165.00 |
| Vendor copies | $75.00 |
| Deposition transcripts | $2,145.24 |
| **Grand Total:** | **$4,482.03** |

46429/0001-9427973v1