# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE AND SERVICE BY MAIL

**PLEASE TAKE NOTICE** that the undersigned attorney withdraws her Notice of Appearance on behalf of creditor Broward County Records, Taxes and Treasury and request that the Clerk removes the undersigned from the electronic filing and notice list as well as Broward County Records, Taxes and Treasury from the mailing service list. Broward County's claims have been paid in full on this case.

Respectfully submitted this 4th day of April, 2013.

By: /s/ Hollie N. Hawn
Hollie N. Hawn, Esq.
Florida Bar # 027642
hhawn@broward.org