Mark Jacobs
1544 Towhee Ct.
Ventura Ca. 93003.

Dear Madam or Sir,

    In regard to Tribune Company et al, "No Liability Claims", I am objecting to limits being sought on my workers compensation claims. I have received from Tribune Company, a judgment for lifetime medical care for a knee injury suffered as an employee of Tribune on company property and time clock.

I also have a claim with the tribune company for an injury resulting in surgery for my shoulder. I want to protect my rights to both of these claims against dismissal and any type of claim cap. My concern is that in the future, my knees/shoulder(s) will develop issues related to the initial injuries and there will be no party around to pick up the cost of care and protection monetarily, except myself.

                                                Mark Jacobs.

                                                4/5/2013

Case search                                                                                                    4/7/13 8:10 AM



Case events

| EAMS case number | Case location | | |
|---|---|---|---|
| ADJ2133654 | RIV-ADJ | | |
| Injured worker first name | Injured worker last name | Employer | |
| MARK | JACOBS | LOS ANGELES TIMES | |

| Event general description | Detail description | Event date |
|---|---|---|
| AWARD - STIPULATIONS | CLOSING ORDER: AWARD ON STIPULATED FINDS AND AWARD (GRANTED) | 12/26/1995 |

Cancel    Previous

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

Case search

4/7/13 8:11 AM



## Case detail information

| EAMS case number | Case location | Date of Injury | Assigned judge | Archived | DEU | |
|---|---|---|---|---|---|---|
| ADJ2133654 | RIV-ADJ | 05/19/1994 | | ✓ | ✓ | View events |

| Injured worker first name | Injured worker last name | Employer |
|---|---|---|
| MARK | JACOBS | LOS ANGELES TIMES |

**Body Part 1** 999 UNCLASSIFIED - INSUFFICIENT INFORMATION TO IDENTIFY BODY PARTS

| Participant name | Role | Address |
|---|---|---|
| LOS ANGELES TIMES | EMPLOYER | L A TIMES TIMES MIRROR SQUARE PO BOX 911 LOS ANGELES CA 90053 |
| TIMES MIRROR COMPANY | LEGACY INSURANCE COMPANY | ATTN: RISK MANAGEMENT SECTION P O BOX 911-TIMES MIRROR SQUARE LOS ANGELES CA 90053 |
| TIMES MIRROR COMPENSATION | LEGACY INSURANCE COMPANY | PO BOX 911 LOS ANGELES CA 90053 |

Cancel   Previous

Conditions of Use | Privacy Policy
Copyright © 2010 State of California