UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  )  Chapter 11
        )
Tribune Media Services, Inc.  )  Case No. 08-13236
             Debtor(s).  )
        )

NOTICE OF WITHDRAWAL OF CLAIM
FILED BY THE ILLINOIS DEPARTMENT OF REVENUE

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---|---|---|
| 859 | 3/30/2009 | $1,132.00 |

Helen Ko

Revenue Tax Specialist