IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Company | : | |
| | : | |
| | : | Bankruptcy No. 08-13141-KJC |
| Debtor, | : | |

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on April 10, 2013, the United States Trustee's Objection to the Motion Of Law Debenture Trust Company Of New York Pursuant To 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), And 503(b)(5) For Allowance And Payment Of Fees And Expenses Incurred In Connection With Making A Substantial Contribution To The Debtors Chapter 11 Cases And Granting Waiver Of Compliance With Del. Bankr. L.R. 2016-2(d)(vii) In Accordance With Del. Bankr. L.R. 2016(2)(h) (D.E. 13274)was served in the manner indicated to the following persons:

1ST CLASS U.S. MAIL
David S. Rosner, Esq.
Sheron Korpus, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

Garvan McDaniel, Esq.
Mary E. Augustine, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801


       /s/
David L. Buchbinder, Esq.
Trial Attorney