**Exhibit "A"**



# MAXIMIZING VALUE

## BANKRUPTCY & CORPORATE RESTRUCTURING

**Brown Rudnick's restructuring practice group, the Firm's largest, has unparalleled experience, garnered over nearly three decades of work in som the largest and most complex restructuring cases.**

Brown Rudnick is the firm of choice for those seeking effective and experienced counsel in the distress The combination of our experience, creativity and tenacity has resulted in an impressive track record of maximizing results for our clients who come back to us again and again because we effectively deliver v Our innovative strategies earned us the title of *Law360's* Bankruptcy Group of the Year for 2011 and the leaders of our practice group have been singled out among *Turnaround and Workout's* Bankruptcy Law the Year no fewer than six times.

Aggressive and practical, our seasoned teams of fully-integrated professionals employ state-of-the-art solutions that protect and enhance our client's position. Brown Rudnick is often called upon to represen whose investments or going concern values are most at risk. Our lawyers typically win with strategies o either don't imagine, won't consider, or can't execute. Brown Rudnick is particularly well known for its powerhouse litigation capabilities which usually motivate our adversaries to consider more efficient cons resolutions.

We were one of the first firms to focus on the representation of hedge funds and other highly sophisticat distressed debt players. Over the past 30 years, our practice has expanded to include mixed committee public debt holders, trade creditors, and labor interests and we are particularly adept at balancing and harmonizing their unique perspectives. We also have a highly successful track record representing deb asset purchasers, examiners, mediators and proposed plan sponsors. The Firm does not typically repre money centered banks and, consequently, can zealously represent our clients without conflicts of intere:

We have one of the deepest benches in the business, with more than 20 senior practitioners working wi impressive cadre of well trained and closely supervised associates and paraprofessionals. We augmen engagement teams with experienced lawyers from complimentary practices that understand bankruptcy corporate restructuring and are able to employ their particular expertise without having to learn the rope: our client's dime. We pride ourselves on being able to staff our projects appropriately and bill our clients responsibly. We know how to run an efficient team effort requiring experts and other financial professior

From our principal offices in New York, Boston and London, Brown Rudnick handles complex cases domestically and internationally. We have amassed a particularly impressive list of successful cross-bo restructurings and have assisted a growing number of clients as they navigate the complexities of invest Europe, Asia and Africa.

Over the past three decades, Brown Rudnick has represented principal parties in interest in and out-of-c
numerous industry segments and has amassed particular expertise in the following areas:

- Automotive
- Airlines
- Distressed real estate
- Energy, chemicals, oil and gas
- Financial services
- Food services
- Gaming, hospitality and entertainment
- Health care
- Manufacturing
- Professional sports
- Printing and publishing
- Retail
- Telecommunications
- Transportation

© 2013 Brown Rudnick LLP. Attorney Advertising.



# MARTIN S. SIEGEL

Partner
Litigation & Arbitration

Marty Siegel specializes in complex commercial and business litigations, including securities and bankruptcy, and has litigated cases in more than a dozen different jurisdictions around the country. Marty litigates substantial commercial disputes in various federal and state courts and arbitration forums, including breach of contract, partnership and employment disputes, restrictive covenant cases, real estate, insurance, medical and dental products and intellectual property. He prosecutes claims involving securities fraud, M&A, and other securities-related issues on behalf of institutional and other sophisticated investors, and defends public companies and stock brokerage firms, and their officers and directors, in securities class actions and related matters. Marty represents witnesses and targets in SEC and other enforcement cases and Audit Committees of public companies in conducting internal investigations under Sarbanes-Oxley, as well as respondents and claimants in FINRA and AAA arbitrations. Marty also regularly litigates a broad range of bankruptcy matters on behalf of unsecured creditors, equity holders and debtors, including fraudulent conveyance, preference, and lender liability issues.

Marty spent three years at the United Stated Securities and Exchange Commission as a Trial Attorney and three years as Chief Attorney, Branch of Enforcement, in the SEC's New York Regional Office.

## REPRESENTATIVE MATTERS

- Lead trial lawyer for Wilmington Trust Company, as indenture trustee for subordinated bonds, in the Tribune Company bankruptcy, including two

### CONTACT

msiegel@brownrudnick.(

NEW YORK
Seven Times Square
New York, NY 10036
United States
P +1.212.209.4829
F +1.212.209.4801

### EDUCATION

Brooklyn Law School – J 1968, *cum laude*

Hunter College of theCit; University of New York – 1966

### RELATED PRACTICES

Litigation & Arbitration

Financial Disputes

Funds

contested confirmation hearings, allocation disputes hearing, and related hearings.

- Lead trial lawyer for XO Communications, Inc., a public company majority owned by affiliates of Carl Icahn, in a $100 million breach of contract dispute arising from XO's acquisition of Allegiance Telecom, Inc.

- Represented Kenneth Lay, former CEO of Enron Corp., in Enron bankruptcy and related matters.

- Represented Linda Lay, widow of Kenneth Lay, in litigation against insurance company in dispute over annuity policies.

- Represent doctor, and inventor of cancer patent, in litigating rights to intellectual property and related matters.

- Represented real estate developer in defense of proceeding for an accounting and damages brought by partner. After defeating summary judgment motion for an accounting, negotiated favorable settlement for developer.

- Represented manufacturer of dental/medical devices in claims against inventor of technology products sold to corporation and defended against claims by inventor to regain control of valuable patents. After defeating motions for summary judgment, on eve of trial, favorably settled for nominal sum. Represented same client in prosecution of restrictive covenants in employment agreements and other intellectual property claims.

- Lead Trial counsel in AAA arbitration on behalf of investment advisory company sued by former employee for deferred compensation and other compensation resulting in dismissal of virtually all claims.

- Representing stock brokerage firm in purported class action by former broker alleging violations of state minimum wage and overtime laws, impermissible wage deductions and failure to pay earned commissions.

- Trial counsel to ad hoc consortium of trust preferred securities holder at confirmation hearing in the Washington Mutual bankruptcy.

- Represented institutional holders of Lehman Brothers Treasury Company B.V. Notes, which were guaranteed by Lehman Brothers Holdings Inc. in the Lehman Brothers bankruptcy.

- Defended two separate public companies and their officers and directors in securities class actions. In one case, obtained order dismissing the complaint, without leave to amend, at the pleading stage. In second case,

obtained summary judgment dismissing the complaint on the merits after completion of discovery.

- Defended risk management officer of publicly traded insurance company in securities class action. Obtained order dismissing complaint at the pleading stage.

- Prosecuted to favorable settlement action seeking in excess of $270 million in damages for breach of contract, tortious interference, conversion, and related claims in connection with a breach of an investment advisory agreement. Successfully defeated a series of motions for summary judgment and for preliminary injunctions.

- Represented public company and its principals in SEC investigation of alleged false press releases and public filings.

- Obtained an Initial Decision from an SEC Administrative Law Judge, in a case of first impression concerning the application of various securities laws to automatic computerized trading programs, dismissing all claims of fraud and market manipulation against our client.

- After evidentiary hearings, obtained a total dismissal of all claims against stock brokerage firms and their principals in a number of FINRA arbitrations, and substantial awards against stock brokerage firms and their principals in other FINRA arbitrations.

## BAR ADMISSIONS

- New York
- US Court of Appeals for the Second and Third Circuits
- US District Courts for the Southern and Eastern Districts of New York

© 2013 Brown Rudnick LLP. Attorney Advertising.