# CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 10th day of April 2013, I caused copies of the *Wilmington Trust Company's Brief in Opposition to Reorganized Debtors' Objection to Claim for Payment of Fees and Expenses Due to Its Outside Legal Counsel Under Section 9.1.3 of the Plan of Reorganization for Tribune Company* to be served upon the parties listed below in the manner indicated.

**HAND DELIVERY**
David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

April 10, 2013
Date

*/s/ William D. Sullivan*
William D. Sullivan