# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue                    **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation
Tribune Company, Reorganized Debtors

*Case No*.:  08–13141–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 3/14/2013 was filed on 4/8/2013 . The following deadlines apply:

   The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/29/2013 .

   If a request for redaction is filed, the redacted transcript is due 5/9/2013 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/8/2013 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                        Clerk of Court

Date: 4/8/13

(ntc)

United States Bankruptcy Court
District of Delaware

```
In re:                                                       Case No. 08-13141-KJC
Tribune Company                                              Chapter 11
Tribune Company, Reorganized Debtors
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1         User: Al              Page 1 of 2            Date Rcvd: Apr 08, 2013
                             Form ID: ntcBK        Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2013.
```
aty          Bruce Bennett,    Jones Day,    555 South Flower St,    50 FL,   Los Angeles, CA  90071-2300
aty          Deborah J. Newman,    Akin Gump Strauss Hauer & Feld LLP,    One Bryant Park,
              New York, NY  10036-6745
aty         +Edward Cerasia, II,    Seyfarth Shaw LLP,    620 Eighth Avenue,    32nd Floor,
              New York, NY 10018-1618
aty         +George R. Dougherty,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty         +Gregory Kopacz,    McDermott, Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty         +Holly Snow,    Paul Hastings LLP,    191 N. Wacker Drive, 30th Floor,    Chicago, IL 60606-1914
aty         +J. Landon Ellis,    Landis Rath & Cobb LLP,    919 Market Street,    Suite 1800,
              Wilmington, DE 19801-3033
aty         +James F. Conlan,    Sidley Austin LLP,    One South Dearborn Street,    Chicago, IL 60603-2323
aty         +James Johnston,    Jones Day,    555 S. Flower Street,    50th Floor,   Los Angeles, CA 90071-2452
aty         +Jared D. Zajac,    McDermott Will & Emery LLP,    340 Madison Avenue,    New York, NY 10173-1922
aty          Jason Goldsmith,    Akin Gump Strauss Hauer & Feld LLP,    One Bryant Park,
              New York, NY  10036-6745
aty         +John R. McCambridge,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty         +Joshua M. Mester,    Jones Day,    555 S. Flower Street,    50th Floor,   Los Angeles, CA 90071-2452
aty         +Michael W. Kazan,    Grippo & Elden LLC,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty         +O. Andrew F. Wilson,    Emery Celli Brinkerhoff & Abady LLP,    75 Rockefeller Plaza, 20th Floor,
              New York, NY 10019-6935
aty         +Patrick T. Nash,    Grippo & Elden,    111 S. Wacker Drive,    Chicago, IL 60606-4314
aty         +Stephen Novack,    Novack and Macey LLP,    100 North Riverside Plaza,    Chicago, IL 60606-1501,
              312-419-6928
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db          +E-mail/Text: collections@bluelynxmedia.com Apr 08 2013 20:25:23     Tribune Company,
              435 N. Michigan Avenue,    Chicago, IL 60611-4024
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2013**               **Signature:**    *Joseph Speetjens*

```
District/off: 0311-1            User: Al                    Page 2 of 2                Date Rcvd: Apr 08, 2013
                                Form ID: ntcBK              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2013 at the address(es) listed below:
NONE.                                                                                                      TOTAL: 0