IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Company | : | |
| | : | |
| | : | Bankruptcy No. 08-13141-KJC |
| Debtor, | : | |

**CERTIFICATE OF SERVICE**

     IT IS HEREBY CERTIFIED that on April 11, 2013, the United States Trustee's Amended Objection to Wilmington Trust Company's Application For Allowance Of Claim Under 11 U.S.C. §§503(b)(3)(D) And 503(b)(4) As A Result Of Wilmington Trust Company's Application Requesting The Appointment Of An Examiner And Wilmington Trust Company's Participation In Examiner's Investigation And Granting Waiver Of Compliance With Del Bankr. L.R. 2016(D) In Accordance With Del. Bankr. L.R. 2016-2(G) (D.E. 13272) was served in the manner indicated to the following persons:

1ST CLASS U.S. MAIL
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Gordon Z. Novod, Esq.
Brown Rudnick LLP
Seven Times Square
New York, New York  10036

William D. Sullivan, Esq.
William A. Hazeltine, Esq.
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street, Ste. 1300
Wilmington, DE 19801


/s/  David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney