IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| TRIBUNE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| NAVIGANT CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR NAVIGANT CONSULTING, INC.**

Loizides, P.A. and Christopher D. Loizides hereby withdraw as counsel for Navigant Consulting, Inc. in the above-captioned adversary proceeding. Please remove Loizides, P.A. and Mr. Loizides from all service lists in this case, including all electronic services lists and the ECF notification system.

DATED: April 15, 2013

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:     (302) 654-0728
Email:          loizides@loizides.com

withdrawal of appearance--navigant.DOCX