# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| TRIBUNE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| NAVIGANT CONSULTING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on April 15, 2013, I did cause to be served true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR NAVIGANT CONSULTING, INC.** on the parties on the attached service list as indicated thereon.

DATED: April 15, 2013

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Stephen Novack, Esquire
Donald A. Tarkington, Esquire
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606

Office of the U.S. Trustee
844 King Street, Room 2311
Lockbox 35
Wilmington, DE 19801