

Tribune Co. Claims Processing Center
c/o  Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5069
New York, NY. 10150-5069

April 21,2009

Bonneville Int'l. dba WTMX-FM is withdrawing our claim for $28900.00.

Attached is the proof of claim that Bonneville Int'l. dba WTMX-FM submitted. We received a copy back dated 1/12/09.

Please withdraw our company's name from your list of debtors.

If you have any questions, please feel free to contact me.

Thank you


Donna-Marie Garrett
Credit Manager
WTMX-FM
312-946-4713(phone)
312-946-4761(confidential fax)
dgarrett@wtmx.com