IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
TRIBUNE COMPANY, *et al.*             : Case No. 08-13141 (KJC)
                                      : Jointly Administered
                    Debtors.          :
                                      : Related Docket No. 13449
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
COUNTY OF NEW CASTLE )

I, Jared F. Schierbaum, being duly sworn according to law, depose and say that I am employed by McCarter English, LLP, counsel for Deutsche Bank Trust Company Americas, in the above captioned case:

On April 16, 2013, the following document was served via electronic e-mail on the service list attached hereto as **Exhibit A**:

- Response by Deutsche Bank Trust Company Americas to the Reorganized Debtors Objection to Creditors Committee Member Fee Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Docket No. 13449) [Docket No. 10052]

Additionally, on April 17, 2013, I caused to be served the following document via First-Class Mail on the service list attached hereto as **Exhibit B**:

- Response by Deutsche Bank Trust Company Americas to the Reorganized Debtors Objection to Creditors Committee Member Fee Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Docket No. 13449) [Docket No. 10052]

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 17 day of April, 2013.

_____
Notary Public

ME1 15469186v.1

# **EXHIBIT A**

**ELECTRONIC MAIL**
Joshua M. Mester
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
jmester@jonesday.com

# **EXHIBIT B**

**HAND DELIVERY**
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**U.S. MAIL**
James F. Conlan,
James W. Ducayet
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**U.S. MAIL**
James F. Bendernagel, Jr.
Ronald S. Flagg
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005