**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                 :
                                                       : Chapter 11
TRIBUNE COMPANY, et al.,                               :
                                                       : Case No. 08-13141 (KJC)
                Debtors.                               : (Jointly Administered)
                                                       :
                                                       : Re: Docket No. 13275
                                                       :
                                                       : Objection Deadline: April 10, 2013 at 4:00 p.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), AND 503(b)(5) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED IN CONNECTION WITH MAKING A SUBSTANTIAL CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASES AND GRANTING WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d)(vii) IN ACCORDANCE WITH DEL. BANKR. L.R. 2016-2(h)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion to File Under Seal Certain Exhibits to Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)* [Docket No. 13275] (the "Motion"). The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice of the Motion, responses to the Motion were to be filed and served no later than April 10, 2013 at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the order attached to the Motion be entered at the Court's earliest convenience.

Dated: April 18, 2013
      Wilmington, Delaware

Respectfully submitted,

BIFFERATO GENTILOTTI LLC

/s/ *Mary E. Augustine*
Garvan F. McDaniel (I.D. No. 4167)
Mary E. Augustine (I.D. No. 4477)
1013 Centre Road, Suite 102
Wilmington, Delaware 19805
302-429-1900

-and-

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
212-506-1700

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*