**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     52081
MATTER NUMBER    10024

FOX LEGAL GROUP
2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES, CA 90067
ATTN: JILL RATNER

JANUARY 30, 2013
INVOICE # 9253207

UNIVISION COMMUNICATIONS, INC.
5999 CENTER DRIVE
LOS ANGELES, CA 90045
ATTN: ARYA TOWFIGHI, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
6TH FLOOR
ATTN: CHARLES SENNET, ESQ.

**AEREO APPEAL**
**CA2011003261**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2012 | $3,843.00 |
| LESS AGREED UPON DISCOUNT | -$384.30 |
| LESS ADDITIONAL ASSOCIATE WRITE-OFF | -$16.09 |
| FEE SUB-TOTAL | $3,442.61 |
| DISBURSEMENTS | $125,158.21 |
| TOTAL INVOICE | $128,600.82* |

* Fox Legal Group to pay $64,300.40
* Univision Communications, Inc. to pay $32,150.21
* Tribune Company to pay $32,150.21

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

FOX LEGAL GROUP
2121 AVENUE OF THE STARS
SUITE 700
LOS ANGELES, CA 90067
ATTN: JILL RATNER

INVOICE # 9253207

UNIVISION COMMUNICATIONS, INC.
5999 CENTER DRIVE
LOS ANGELES, CA 90045
ATTN: ARYA TOWFIGHI, ESQ.

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
6TH FLOOR
ATTN: CHARLES SENNET, ESQ.

JANUARY 30, 2013

CLIENT NUMBER - 52081

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

AEREO APPEAL
CA2011003261

MATTER NUMBER- 10024

| Date | Initials | Hours | Description |
|---|---|---|---|
| 12/2/2012 | PMS | 0.40 | { L520 } Reviewed argument transcript. |
| 12/4/2012 | JNF | 0.20 | { L520 } Processed and distributed argument transcript. |
| 12/7/2012 | KLD | 0.20 | { L530 } Emails with music industry amici counsel re oral argument and transcript. |
| 12/12/2012 | KNK | 2.00 | { L140 } Researched and gathered documents cited in appeal brief for attorney review per J. Shepard. |
| 12/13/2012 | KNK | 1.00 | { L140 } Drafted correspondence re Plaintiffs' Hearing exhibits (.3); managed Appeal brief and prepared exhibits for attorney review per J. Shepard (.7). |
| 12/14/2012 | KNK | 1.50 | { L140 } Updated Fox's appeal brief and joint appendix case file for attorney review |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/27/2012 | JZS | 0.40 | { L120 } Participated in multiple conferences with R. Stone, P. Smith and Debevoise re Rule 28(j) letter. |
| 12/28/2012 | JZS | 1.10 | { L120 } Handled filing of Rule 28 letter with Second Circuit re Aereokiller decision, including revisions to same and multiple conferences with P. Smith, S. Fabrizio, R. Stone and Debevoise re same. |
| 12/28/2012 | SBF | 0.30 | { L350 } Emails re Rule 28j letter to bring AereoKiller decision to attention of Second Circuit. |
| 12/28/2012 | JLW | 1.00 | { L250 } Drafted rule 28(j) letter to the Second Circuit. |
| 12/28/2012 | PMS | 0.70 | { L520 } E-mailed with Jenner team re potential letter to CA2 about Aereokiller PI decision (.5); reviewed draft letter (.2). |
| 12/31/2012 | MEP | 0.10 | { L120 } Reviewed Rule 28(j) letters submitted by Fox and Aereo. |
| | | 8.90 | PROFESSIONAL SERVICES   $3,843.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

## DISBURSEMENTS

| | |
|---|---:|
| AT&T Teleconferencing | 10.01 |
| FedEx/UPS | 11.19 |
| Photocopy & Printing | 44.30 |
| Out of Town Travel; Paul M. Smith, 11/25-29/2012 to New York, NY Prepared for and delivered argument in case. | 1,495.58 |
| Out of Town Travel; Richard L. Stone 11/29-30/2012 to New York, NY to attend hearing and oral argument | 5,990.91 |
| Out of Town Travel; Matthew E. Price; 11/29-30/2012 to New York, NY in connection with attendance at Fox Aereo Appeal oral argument. | 1,493.37 |
| Out of Town Travel; Scott B. Wilkens, 11/29-12/01/2012 to New York, NY for Oral Argument | 1,302.58 |
| Outside Professional Services; JAMS, Inc.; Moot court | 15,257.22 |
| Outside Professional Services; Schnader Harrison Segal & Lewis LLP; 11/27/2012; Assistance with appellate matter (moot court judge) | 72,795.61 |
| Outside Professional Services; Farrell Fritz, P.C. (Judge Pratt Moot Court) | 26,427.00 |
| Special Messenger Service; Washington Express LLC; 11/30/2012 | 9.54 |
| Court Reporter Charge; Court reporter transcript fee | 312.00 |
| Special Messenger Service; Champion Courier, Inc. | 8.90 |
| TOTAL DISBURSEMENTS | $125,158.21 |

INVOICE TOTAL                                                                                        $129,001.21

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| PAUL M. SMITH | 1.10 | 950.00 | 1,045.00 |
| STEVEN B. FABRIZIO | .30 | 750.00 | 225.00 |
| KENNETH L. DOROSHOW | .20 | 685.00 | 137.00 |
| JULIE ANN SHEPARD | 1.50 | 655.00 | 982.50 |
| MATTHEW E. PRICE | .10 | 555.00 | 55.50 |
| JENNIFER L. WAGMAN | 1.00 | 500.00 | 500.00 |
| JOSHUA N. FRIEDMAN | .20 | 440.00 | 88.00 |
| KELLY N. KIRSCHNER | 4.50 | 180.00 | 810.00 |
| TOTAL | 8.90 | | $3,843.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER    52345
MATTER NUMBER    10010

TRIBUNE MEDIA SERVICES, LLC                                       JANUARY 25, 2013
435 NORTH MICHIGAN AVENUE                                         INVOICE # 9252484
SIXTH FLOOR
CHICAGO, IL 60611
ATTN: SALVADOR KAROTTKI

## GOOGLE LITIGATION THIRD PARTY SUBPOENA

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012                                         $13,100.00

DISBURSEMENTS                                                         $0.00

                                        TOTAL INVOICE             $13,100.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                        Federal Identification No. 36-2192554
2189091.2

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

TRIBUNE MEDIA SERVICES, LLC
435 NORTH MICHIGAN AVENUE
SIXTH FLOOR
CHICAGO, IL 60611
ATTN: SALVADOR KAROTTKI

INVOICE # 9252484

JANUARY 25, 2013

CLIENT NUMBER - 52345

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

GOOGLE LITIGATION THIRD PARTY SUBPOENA                MATTER NUMBER- 10010

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/18/2012 | DJB | 0.50 | Reviewed pleadings and prepared for meeting. |
| 12/20/2012 | DJB | 1.50 | Office conference with client re issues related to subpoena (1.0); telephone conference and e-mail to plaintiffs' counsel re scheduling (.5). |
| 12/20/2012 | AWV | 0.50 | Reviewed pleadings relating to TMS (.3); reviewed communications (.2) |
| 12/21/2012 | BJB | 1.00 | Participated in telephone conference with client. |
| 12/21/2012 | AWV | 2.70 | Prepared for and met with D. Bradford and B. Bradford re subpoena TMS received in Google matter (1.0); reviewed subpoena and case documents (.8); reviewed D. Bradford and counsel emails re agreement to extend and status of discussions (.2); telephone conference with Tribune counsel (.7). |
| 12/21/2012 | DJB | 0.80 | Telephone conference with client re issues related to subpoena (.4); office conference with B. Bradford and A. Vail re same (.4). |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554
2189091.2

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/26/2012 | AWV | 3.00 | Telephone conference with plaintiffs' counsel re subpoena issued to TMS (.5); communicated with Google counsel re same (.2); communicated with D. Bradford and B. Bradford re same and strategy re responding (.1); communicated with team re potential defenses to discovery and process for moving for protective order in Northern District of Illinois (.2); reviewed case pleadings from underlying lawsuit (2.0). |
| 12/27/2012 | AWV | 1.20 | Prepared for telephone conference with Google counsel (.2); telephone conference with J. Gerty, Google counsel, re case and subpoena (.4); telephone conference with B. Bradford re copyright and fair use (.2); telephone conference with B. Bradford and L. Hulce re caselaw on discovery from non-parties re fair use and process for filing motion for protective order (.2); drafted email report to D. Bradford re all of the above (.2). |
| 12/27/2012 | LEH | 4.50 | Telephone conference with A. Vail and B. Bradford (.2); conducted legal research on a motion to quash third-party subpoena in copyright case (3.2); conducted legal research on the process to commence an action in order to quash a subpoena in the Northern District of Illinois.(1.1) |
| 12/27/2012 | BJB | 1.30 | Conferred with A. Vail re subpoena (.2); researched issues related to subpoena. (1.1) |
| 12/28/2012 | AWV | 1.00 | Telephone conference with B. Bradford re copyright law and research (.6); telephone conference with L. Hulce re further research in support of motion for protective order (.1); reviewed research requests (.1); drafted email report to D. Bradford and B. Bradford (.1); sent email report to clients and reviewed and responded to client communications (.1). |
| 12/28/2012 | LEH | 3.50 | Telephone conference with clerk's office for the Northern District of Illinois re commencement of an action to quash a subpoena where the case is pending in another jurisdiction (.3); conducted legal research on potential defenses to subpoena(3.2); |
| 12/28/2012 | BJB | 0.70 | Conferred with A. Vail re subpoena. |

LAW OFFICES                                                                     Page 3
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/29/2012 | AWV | 0.30 | Reviewed L. Hulce research reports and responded by email re further research. | |
| 12/30/2012 | LEH | 1.00 | Conducted legal research on potential subpoena defenses. | |
| 12/31/2012 | AWV | 0.20 | Telephone conference with D. Panos re fair use (.1); communicated with L. Hulce re same (.1). | |
| 12/31/2012 | LEH | 1.50 | Conducted legal research on subpoena defenses (1.3); telephone conference with D. Sanders re fair use (.2). | |
| | | 25.20 | PROFESSIONAL SERVICES | $13,100.00 |

**INVOICE TOTAL**                                                              $13,100.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.80 | 1,000.00 | 2,800.00 |
| ANDREW W. VAIL | 8.90 | 575.00 | 5,117.50 |
| BENJAMIN J. BRADFORD | 3.00 | 555.00 | 1,665.00 |
| LAURA E.B. HULCE | 10.50 | 335.00 | 3,517.50 |
| TOTAL | 25.20 | | $13,100.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER     45394
MATTER NUMBER     10164

THE TRIBUNE COMPANY                                         JANUARY 31, 2013
435 NORTH MICHIGAN AVENUE                     INVOICE # 9252474
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012                                            $1,164.00

DISBURSEMENTS                                                                $0.00

                                              TOTAL INVOICE                   $1,164.00

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                            Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 1

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611
ATTN: DAVID P. ELDERSVELD, ESQ.

INVOICE # 9252474

JANUARY 31, 2013

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2012

FEE APPLICATION

MATTER NUMBER- 10164

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 12/5/2012 | LSR | 1.00 | { L210 } {A103} Edited fee summary as requested by Debtors. | 485.00 |
| 12/6/2012 | LSR | 0.40 | { L210 } {A103} Finalized fee requests summary. | 194.00 |
| 12/27/2012 | LSR | 1.00 | { L120 } {A104} Responded to inquiry re final fee summary and estimation of expenses in anticipation of Debtors' emergence from Chapter 11. | 485.00 |
| | | 2.40 | PROFESSIONAL SERVICES | $1,164.00 |

**INVOICE TOTAL**                                                                                       $1,164.00

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LANDON S. RAIFORD | 2.40 | 485.00 | 1,164.00 |
| TOTAL | 2.40 | | $1,164.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                Federal Identification No. 36-2192554

**Exhibit B**

| Category | Amount |
| --- | --- |
| AT&T Teleconferencing | $10.01 |
| Court Reporter Charge; Court reporter transcript fee | $312.00 |
| FedEx/UPS | $11.19 |
| Out of Town Travel of Paul M. Smith For Second Circuit Argument<br><br>--Round-Trip Train Fare from Washington D.C. to New York (November 25, 2012 and November 30, 2012) ($590.00)<br><br>--Three nights hotel lodging ($905.58) | $1,495.58 |
| Out of Town Travel of Richard L. Stone For Second Circuit Argument-<br><br>--Round-Trip Airfare (United Airlines) from Los Angeles to New York (November 29, 2012 and November 30, 2012) ($4,880.38)<br><br>--Ground Transportation ($386.42)<br><br>--Hotel Lodging: ($678.79)<br><br>--Meals ($45.32) | $5,990.91 |
| Out of Town Travel of Matthew E. Price For Second Circuit Argument<br><br>--Train Fare from Washington D.C. to New York ($174.00) (November 29, 2012)<br><br>--Airfare from New York to Washington D.C. (November 30, 2012) (US Airways) ($417.80)<br><br>--Ground Transporation ($111.77)<br><br>--Hotel Lodging ($637.47)<br><br>--Meals: ($152.33) | $1,493.37 |

| | |
|---|---:|
| Out of Town Travel of Scott B. Wilkins for Second Circuit Argument<br><br>--Round-Trip Train Fare from Washington D.C. to New York (November 29, 2012 and December 1, 2012) ($410.78)<br><br>--Hotel Lodging ($675.64)<br><br>--Meals ($192.16)<br><br>--Ground Transportation ($24.00) | $1,302.58 |
| Fees Associated With Paul M. Smith's Moot Court for Argument Before Second Circuit--Moot Court Judges Came From (1) Farrell Fritz, P.C.; (2) JAMS, Inc.; and (3) Schnader Harrison Segal & Lewis LLP.  Moot court panel consisted of former Circuit-level judges | $114,479.83 |
| Photocopy & Printing | $44.30 |
| Special Messenger Service; Champion Courier, Inc.; Washington Express LLC | $18.44 |
| **Total** | **$125,158.21** |
| **Debtors' Share of Expenses (25%):** | **$31,289.55** |