IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
In re:                                              :     Chapter 11 Cases
                                                    :     Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :     (Jointly Administered)
                                                    :
       Debtors.                                     :     **Related Docket No. 13273**
---------------------------------------------------X

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 13273

The undersigned, counsel to Wilmington Trust Company ("Wilmington Trust"), as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, hereby certifies as follows:

1.     On March 1, 2013, the Wilmington Trust filed its *Motion of Wilmington Trust Company for Authorization to Seal Exhibits L and M to its Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) And 503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g)* (the "Motion to Seal") (Docket No. 13273).

2.     The undersigned certifies that (i) he has received no answer, objection or other responsive pleading with respect to the Motion to Seal and (ii) he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Seal appears thereon.  Pursuant to the Notice of Motion with respect to the Motion to Seal, objections to the Motion to Seal were to be filed and served no later than March 21, 2013 at 4:00 p.m.

WHEREFORE, the Wilmington Trust respectfully requests that this Honorable Court enter the Order attached to the Motion as Exhibit A.

Date: April 18, 2013  
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*  
William D. Sullivan (No. 2820)  
901 North Market Street, Suite 1300  
Wilmington, DE  19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195

-and-

BROWN RUDNICK LLP  
Robert J. Stark, Esq.  
Martin S. Siegel, Esq.  
Gordon Z. Novod, Esq.  
Katherine S. Bromberg, Esq.  
Seven Times Square  
New York, New York 10036  
Telephone:  (212) 209-4800  
Facsimile:  (212) 209-4801  
Email: rstark@brownrudnick.com  
Email: msiegel@brownrudnick.com  
Email: gnovod@brownrudnick.com  
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*