## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 18th day of April 2013, I caused copies of the *Certificate of No Objection Regarding Docket No. 13273* to be served upon the parties listed below via first class US mail, postage-prepaid.

| | |
|---|---|
| David Buchbinder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | Normal L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 |
| James F. Conlan, Esq.<br>Kenneth P. Kansa, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | John F. Theil, Esq.<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044 |

| | |
|---|---|
| April 18, 2013 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |