## CERTIFICATE OF SERVICE

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 19th day of April 2013, I caused copies of the *Wilmington Trust Company's Omnibus Reply to (A) Reorganized Debtors' Objection and (B) United States Trustee's Objection to Wilmington Trust Company's Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4)* to be served upon the parties listed below via first class U.S. mail, postage-prepaid.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

John F. Theil, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO  63044


April 19, 2013
Date

*/s/ E.E. Allinson III*
Elihu E. Allinson III