# **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 19th day of April 2013, I caused copies of the *Declaration of Martin S. Siegel* to be served upon the parties listed below via first class U.S. mail, postage-prepaid.

| | |
|---|---|
| David Buchbinder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 |
| James F. Conlan, Esq.<br>Kenneth P. Kansa, Esq.<br>Jillian K. Ludwig, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | John F. Theil, Esq.<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044 |
| | James O. Johnston, Esq.<br>Jones Day<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA  90071 |

| | |
|---|---|
| April 19, 2013<br>Date | */s/ E.E. Allinson III*<br>Elihu E. Allinson III |