# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
In re:                                    :    Chapter 11 Cases
                                          :
TRIBUNE COMPANY, et al.,                  :    Case No. 08-13141 (KJC)
                                          :    (Jointly Administered)
        Debtors.                          :
                                          :    Re: D.I. 13457 and 13458
                                          :
------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF ERRONEOUS FILING

COMES NOW Wilmington Trust Company, by and through undersigned counsel, and hereby gives notice of the withdrawal of the *Declaration of Martin S. Siegel* [Docket Item 13457], which was filed in error. A correct version of the *Declaration* has been filed as Docket Item 13458.

Dated: Wilmington, Delaware
April 19, 2013

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson III (I.D. No. 3476)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
302-428-8191

and

BROWN RUDNICK LLP
Robert J. Stark
James W. Stoll
Martin S. Siegel
Gordon Z. Novod
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, as successor Indenture Trustee for the PHONES*