## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                       :     Chapter 11 Cases
                                                             :
TRIBUNE COMPANY, et al.,                                     :     Case No. 08-13141 (KJC)
                                                             :     (Jointly Administered)
      Debtors.                                             :
                                                             :     **Re: D.I. 13456**
                                                             :
---------------------------------------------------------X

## **DECLARATION OF SERVICE**

I, Katie M. Davis, declare as follows:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3.    On the 19th of April 2013, under my direction and supervision, service of the *Wilmington Trust Company's Omnibus Reply to (A) Reorganized Debtors' Objection and (B) United States Trustee's Objection to Wilmington Trust Company's Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4)* (Docket No. 13456), was made upon the parties listed on Exhibit 1 via U.S. Mail, First Class, postage pre-paid.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 19, 2013                    By:  *Katie M. Davis*
         Wilmington, Delaware                         Katie M. Davis

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

John F. Theil, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO  63044

James O. Johnston, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071