IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket No. 13172<br>Status Conference: April 24, 2013 at 10:00 a.m. |

## NOTICE OF FILING OF STIPULATION RESOLVING APPLICATION OF WASHINGTON-BALTIMORE NEWSPAPER GUILD FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that, on February 7, 2013, the Application (the "Guild Application") of The Washington-Baltimore Newspaper Guild (the "Guild") Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Guild Claim") (Docket No. 13172) was filed with the Court, and served in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization. The Guild Claim seeks reimbursement of professional fees in the aggregate amount of $358,162.64, which the Guild asserts arise on account of efforts that rendered a "substantial contribution" to the Debtors' estates pursuant to sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9446127v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the notice filed and served with the Guild Application, responses, if any, to the Application were required to have been filed with the Court, and served on counsel for the Guild, no later than 4:00 p.m. on February 27, 2013. No objections or other responsive pleadings to the Guild Application were filed with the Court, or served on counsel for the Guild. The Guild and the Reorganized Debtors (collectively, the "Parties"), however, entered into several stipulations, which were approved by the Court, extending the deadline for the Reorganized Debtors to respond to the Guild Application (*See* Docket Nos. 13209, 13336 and 13394).

**PLEASE TAKE FURTHER NOTICE** that, following good faith negotiations, the Parties have agreed to resolve the Guild Application and to settle the Guild Claim on the terms and conditions set forth in the **Stipulation Resolving Application of Washington-Baltimore Newspaper Guild for Allowance of Administrative Expense Claim**, attached hereto as Exhibit A. Specifically, the Parties have agreed that the Guild Claim shall be allowed as an Administrative Expense Claim against Debtor Tribune Company in the modified aggregate amount of $268,621.98 (the "Allowed Claim"). Unless otherwise ordered by the Bankruptcy Court, Reorganized Tribune shall pay the Guild the full amount of the Allowed Claim within fifteen (15) days of the Parties' execution of the Stipulation. Satisfaction of the Allowed Claim in accordance with the terms of Stipulation shall resolve the Guild Application and constitute full and final satisfaction of the Guild Claim.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding Section 8.1 of the confirmed Plan that accords the Reorganized Debtors "the power and authority to allow or settle and compromise any Claim without notice to any other party, or approval of, or notice to the Bankruptcy Court," the Reorganized Debtors intend to advise the Court of the resolution of the Guild Claim at the status conference scheduled for April 24, 2013 at 10:00 a.m. before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

Dated: April 22, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

James F. Bendernagel, Jr.
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8000

-and-

46429/0001-9446127v1

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

COUNSEL FOR THE REORGANIZED DEBTORS

46429/0001-9446127v1