## EXHIBIT A

**Stipulation Resolving Application Of Washington-Baltimore Newspaper Guild For Allowance Of Administrative Expense Claim**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket No. 13172 |

## STIPULATION RESOLVING APPLICATION OF WASHINGTON-BALTIMORE NEWSPAPER GUILD FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

This stipulation (the "Stipulation") is entered into by and between Reorganized Tribune Company on behalf of itself and its affiliated reorganized debtors in the above-captioned jointly administered cases (collectively, the "Reorganized Debtors"), on the one hand, and Washington-Baltimore Newspaper Guild, TNG-CWA (the "Guild"), on the other hand, in each case by and through their respective counsel. The Reorganized Debtors and the Guild are referred to collectively herein as the "Parties."

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

WHEREAS, on December 8, 2008, Tribune Company and certain of its subsidiaries (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

WHEREAS, on July 22, 2009, the Debtors filed the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives [Docket No. 1800] (the "MIP Motion"). Through the MIP Motion, the Debtors sought authority to implement compensation programs, including a management incentive plan for 2009 (the "2009 Management Incentive Plan").

WHEREAS, the Guild, together with the United States Trustee, objected to the MIP Motion and, in connection therewith, expended considerable efforts in litigating the matter, including conducting discovery, taking both fact and expert depositions and participating in a one day evidentiary hearing before the Bankruptcy Court.

WHEREAS, the Bankruptcy Court ultimately approved the 2009 Management Incentive Plan component of the MIP Motion and the Debtors filed a motion to voluntarily dismiss the other components of the MIP Motion.

WHEREAS, on February 7, 2013, the Guild filed an application with the Bankruptcy Court (the "Guild Application") seeking allowance of an administrative expense claim for reimbursement of professional fees and expenses incurred in connection with its objections to the MIP Motion [Docket No. 13172] (the "Guild Claim"). Specifically, the Guild Claim seeks reimbursement of professional fees in the aggregate amount of $358,162.64, which

the Guild asserts arise on account of efforts that rendered a "substantial contribution" to the Debtors' estates pursuant to sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code.

WHEREAS, following good faith negotiations, the Reorganized Debtors and the Guild have agreed to resolve the Guild Application and to settle the Guild Claim on the terms and conditions set forth herein.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The recitals set forth above are incorporated herein by reference.

2. The Parties agree that the Guild Claim shall be allowed as an Administrative Expense Claim against Debtor Tribune Company in the modified aggregate amount of $268,621.98 (the "Allowed Claim"). Unless otherwise ordered by the Bankruptcy Court, Reorganized Tribune shall pay the Guild the full amount of the Allowed Claim within fifteen (15) days of the Parties' execution of this Stipulation. Satisfaction of the Allowed Claim in accordance with the terms of this Stipulation shall resolve the Guild Application and constitute full and final satisfaction of the Guild Claim.

3. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

4. This Stipulation shall be binding upon the Parties hereto and upon their affiliates, assigns and successors.

5. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

6.  The Bankruptcy Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: April 17, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

James F. Bendernagel, Jr.
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.


Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

COUNSEL FOR THE REORGANIZED
DEBTORS

ZWERDLING, PAUL,
KAHN & WOLLY, P.C.
Robert E. Paul
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420
Telephone: (202) 857-5000
Facsimile: (202) 223-4817

-and-

CROSS & SIMON, LLC

/s/ CPS

Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224

COUNSEL FOR THE WASHINGTON-
BALTIMORE NEWSPAPER GUILD, TNG-
CWA

Dated: April 18, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Kevin T. Lantry
Kerriann S. Mills
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

James F. Bendernagel, Jr.
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

COUNSEL FOR THE REORGANIZED
DEBTORS

ZWERDLING, PAUL,
KAHN & WOLLY, P.C.
Robert E. Paul
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420
Telephone: (202) 857-5000
Facsimile: (202) 223-4817

-and-

CROSS & SIMON, LLC


_____
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224

COUNSEL FOR THE WASHINGTON-
BALTIMORE NEWSPAPER GUILD, TNG-
CWA