## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON APRIL 24, 2013 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
    502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
    1 (Filed November 13, 2009) (Docket No. 2561)

    Response Deadline:  December 8, 2009 at 4:00 p.m.
    Responses Received:

    (a)  Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-
         Substantive) Objection to Claims (Filed December 4, 2009) (Docket No.
         2744)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last
four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community
News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237);
Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral
Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC
(6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404);
KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music
Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel
Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC
(6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC
(7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music
Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569);
Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting
Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment
Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media
Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune
Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN
Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040);
WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed
above is 435 North Michigan Avenue, Chicago, Illinois 60611.

(b)     Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

(c)     Informal Response received from GE Capital Fleet Services

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

(b)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered January 5, 2010) (Docket No. 3011)

(c)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as Relates to Claim No. 5606 of Personal Plus, Inc. Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered February 24, 2010) (Docket No. 3526)

(d)     Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims as it Relates to Claim No. 1332 of Karolyn Walker Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered December 22, 2010) (Docket No. 7274)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker.  The Objection was withdrawn with respect to Claim No. 501 of Chris Parker and Claim No. 2998 of Marc Silver.  The hearing on the claims of GE Capital Fleet Services and Robby S. Wells is adjourned to the May 22, 2013 hearing.  This matter will not be going forward.

2.     Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

(a)     Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

(b)     Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

2

(c)     Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

(d)     Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

(e)     Response by Marbury L. von Briesen (Filed April 2, 2013) (Docket No. 13408)

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

(b)     Order Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered May 14, 2010) (Docket No. 4406)

(c)     Order Approving (I) Stipulation Between the Debtors and CNN Newsource Sales, Inc. Regarding Allowance of Claims and (II) Partial Withdrawal of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 4863 of CNN Newsource Sales, Inc. (Entered October 28, 2010) (Docket No. 6158)

(d)     Order Approving Stipulation Between Certain of the Debtors and Oracle Corporation Oracle America, Inc., as Successor-By-Merger to Sun Microsystems, Inc., Regarding (I) Resolution of Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claims of Oracle and (II) Allowance of Certain Prepetition Claims of Oracle (Entered November 23, 2010) (Docket No. 6593)

(e)     Order Partially Sustaining Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to the Claim of Terry Godbey (Entered May 25, 2011) (Docket No. 8988)

(f)     Order Regarding Submission of Documents with Respect to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Entered September 14, 2011) (Docket No. 9773)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc. and Claim No. 3672 of Terry Godbey. The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink

46429/0001-9286532v1

Communications.  A status conference is scheduled for the April 24, 2013 hearing on the claim of Maureen Dombeck (see Agenda Item No. 18). The hearing on the claims of Marbury von Briesen and Herbert Eye is adjourned to the May 22, 2013 hearing.  This matter will not be going forward.

3.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline:  June 9, 2010 at 4:00 p.m.

Responses Received:

(a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Related Documents:

(a)    Order Sustaining Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered June 14, 2010) (Docket No. 4774)

(b)    Order Sustaining in Part Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims as it Relates to Claim No. 5785 of Cawley Chicago Portfolio, LLC (Entered July 19, 2010) (Docket No. 5071)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC.  The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court.  This matter will not be going forward.

4.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline:  March 15, 2011 at 4:00 p.m.

Responses Received:

(a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

46429/0001-9286532v1

(b)     Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to
        Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Forty-
        Second Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and
        Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

(b)     Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive)
        Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered
        March 30, 2011) (Docket No. 8523)

(c)     Order Approving Stipulation Between Los Angeles Times
        Communications LLC and Software AG, Inc. Regarding Resolution of
        Debtors' Forty-Second Omnibus (Substantive) Objection to Claims as it
        Relates to Claim No. 5283 (Entered July 30, 2012) (Docket No. 12129)

(d)     Order Sustaining the Debtors' Forty-Second Omnibus (Substantive)
        Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to
        Claim No. 5335 (Entered December 10, 2012) (Docket No. 12822)

Status:     The Court entered an Order sustaining the Objection with respect to all
            claimants who did not respond or otherwise contest the Objection, an
            Order with respect to Claim No. 5335 of Broadspire Services, Inc., and
            approving a stipulation between the Debtors and Software AG, Inc.
            regarding Claim No. 5283.  The hearing on Claim No. 6601 of Carol
            Walker is adjourned to the May 22, 2013 hearing.  This matter will not be
            going forward.

## CERTIFICATIONS OF NO OBJECTION / CERTIFICATIONS OF COUNSEL

5.      Application of Payne & Fears LLP for Allowance and Payment of Compensation for
        Services Rendered and Expenses Incurred as Ordinary Course Counsel to Los Angeles
        Times Communications LLC from December 2011 through April 2012 (Filed
        February 22, 2013) (Docket No. 13221)

        Objection Deadline:  March 14, 2013 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

46429/0001-9286532v1

> (a)     Certification of No Objection Regarding Docket No. 13221 (Filed
> March 19, 2013) (Docket No. 13345)

> Status:     A Certification of No Objection was filed with the Court. This matter will
> not be going forward unless otherwise directed by the Court.

6.     Motion of Wilmington Trust Company for Authorization to Seal Exhibits L and M to its
Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) in
Connection with Wilmington Trust Company's Motion Requesting the Appointment of
an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation
and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with
Del. Bankr. L.R. 2016-2(g) (Filed March 1, 2013) (Docket No. 13273)

Objection Deadline: March 21, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents:

> (a)     Certification of No Objection Regarding Docket No. 13273 (Filed
> April 18, 2013) (Docket No. 13454)

> Status:     A Certification of No Objection was filed with the Court. This matter will
> not be going forward unless otherwise directed by the Court.

7.     Motion of Law Debenture Trust Company of New York to Seal Certain Exhibits to
Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C.
§§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and
Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors'
Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-
2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h) (Filed March 1, 2013) (Docket
No. 13275)

Objection Deadline: March 21, 2013 at 4:00 p.m.

Responses Received: None.

Related Documents:

> (a)     Certificate of No Objection Regarding Motion to File Under Seal Certain
> Exhibits to Motion of Law Debenture Trust Company of New York
> Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for
> Allowance and Payment of Fees and Expenses Incurred in Connection
> with Making a Substantial Contribution to the Debtors' Chapter 11 Cases
> and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii)
> in Accordance with Del. Bankr. L.R. 2016-2(h) (Filed April 18, 2013)
> (Docket No. 13451)

46429/0001-9286532v1

Status:        A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

8.    Reorganized Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed March 18, 2013) (Docket No. 13337)

Response Deadline:  April 10, 2013 at 4:00 p.m.

Responses Received:

(a)    Response by the New York State Department of Taxation and Finance to Reorganize Debtors' Sixty-Sixth Omnibus (Non Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed April 8, 2013) (Docket No. 13425)

Related Documents:

(a)    Certification of Counsel Regarding Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed April 11, 2013) (Docket No. 13440)

Status:        A Certification of Counsel was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

9.    Reorganized Debtors' Objection to Claim No. 5281 of Michael Lufrano Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed March 18, 2013) (Docket No. 13342)

Response Deadline:  April 10, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 13342 (Filed April 18, 2013) (Docket No. 13452)

Status:        A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

7

**MATTERS GOING FORWARD**

10.     KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed December 11, 2012) (Docket No. 12832)

Response Deadline:  January 4, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended to 4:00 p.m. on February 7, 2013 for Marta Waller.

Responses Received:

(a)     Marta Waller's (I) Response to KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 and (II) Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (Filed February 7, 2013) (Docket No. 13173)

(b)     KTLA, LLC's (I) Objection to Marta Waller's Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) and (II) Reply to Marta Waller's Response to Objection to Claim No. 4412 (Filed April 10, 2013) (Docket No. 13437)

Status:     This matter will be going forward.

11.     A&B Photo & Print's Submission of Bar Date for Professional Fee Claim Expenses (Filed March 7, 2013) (Docket No. 13299)

Objection Deadline:  March 20, 2013 at 4:00 p.m.

Responses Received:

(a)     Reorganized Debtors' Objection to Request for Reimbursement of Professional Fees of A&B Photo & Print (Filed March 20, 2013) (Docket No. 13347)

Status:     This matter will be going forward.

12.     Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed March 18, 2013) (Docket No. 13341)

Response Deadline:  April 10, 2013 at 4:00 p.m.

46429/0001-9286532v1

Responses Received:

    (a)    Response by Mark Jacobs (Filed April 9, 2013) (Docket No. 13429)

    (b)    Debtors' Reply to the Response of Mark Jacobs to the Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed April 11, 2013) (Docket No 13441)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed April 2, 2013) (Docket No. 13410)

Status:    This matter will be going forward.

## STATUS CONFERENCE

13.    Application of The Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed February 7, 2013) (Docket No. 13172)

Objection Deadline:  February 27, 2013 at 4:00 p.m.
Pursuant to various Orders, the Objection Deadline was extended to 4:00 p.m. on April 5, 2013 for the Reorganized Debtors.

Responses Received:  None.

Related Documents:

    (a)    Order Approving Stipulation Extending Reorganized Debtors Time to Respond to Application of The Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Entered February 20, 2013) (Docket No. 13209)

46429/0001-9286532v1

(b)     Order Approving Stipulation Further Extending Reorganized Debtors Time to Respond to Application of the Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Entered March 18, 2013) (Docket No. 13336)

(c)     Order Approving Third Stipulation Extending Reorganized Debtors Time to Respond to Application of the Washington-Baltimore Newspaper Guild Pursuant to 11 U.S.C. § 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in Connection with Its Objection to the Debtors' Motion to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Entered March 28, 2013) (Docket No. 13394)

(d)     Notice of Filing of Stipulation Resolving Application of Washington-Baltimore Newspaper Guild for Allowance of Administrative Expense Claim (Filed April 22, 2013) (Docket No. 13464)

Status:     The Reorganized Debtors intend to advise the Court of the Stipulation resolving this Application.

14.     Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g) (Filed March 1, 2013) (Docket No. 13272)

Objection Deadline:  March 28, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on April 10, 2013 for the Office of the United States Trustee.

Responses Received:

(a)     Reorganized Debtors' Objection to "Substantial Contribution" Applications of Law Debenture Trust Company of New York and Wilmington Trust Company (Filed March 28, 2013) (Docket No. 13395)

(b)     Declaration of Joshua M. Mester in Support of Reorganized Debtors' Objection to "Substantial Contribution" Applications of Law Debenture Trust Company of New York and Wilmington Trust Company (Filed March 28, 2013) (Docket No. 13396)

10

(c)     United States Trustee's Objection to Wilmington Trust Company's Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) as a Result of Wilmington Trust Company's Application Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del Bankr. L.R. 2016(d) in Accordance with Del. Bankr. L.R. 2016-2(g) (D.E. 13272) (Filed April 10, 2013) (Docket No. 13435)

(d)     United States Trustee's Amended Objection to Wilmington Trust Company's Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) as a Result of Wilmington Trust Company's Application Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del Bankr. L.R. 2016(d) in Accordance with Del. Bankr. L.R. 2016-2(g) (D.E. 13272) (Filed April 11, 2013) (Docket No. 13443)

Related Documents:

(a)     Re-Notice of Motion (Filed March 8, 2013) (Docket No. 13304)

(b)     Wilmington Trust Company's Omnibus Reply to (A) Reorganized Debtors' Objection and (B) United States Trustee's Objection to Wilmington Trust Company's Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) (Filed April 19, 2013) (Docket No. 13456)

(c)     Declaration of Martin S. Siegel (Filed April 19, 2013) (Docket No. 13458)

Status:     This matter will be going forward as a status conference only.

15.     Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h) (Filed March 1, 2013) (Docket No. 13274)

Objection Deadline:  March 28, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on April 10, 2013 for the Office of the United States Trustee.

Responses Received:

    (a)    Reorganized Debtors' Objection to "Substantial Contribution" Applications of Law Debenture Trust Company of New York and Wilmington Trust Company (Filed March 28, 2013) (Docket No. 13395)

    (b)    Declaration of Joshua M. Mester in Support of Reorganized Debtors' Objection to "Substantial Contribution" Applications of Law Debenture Trust Company of New York and Wilmington Trust Company (Filed March 28, 2013) (Docket No. 13396)

    (c)    United States Trustee's Objection to the Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016(2)(h) (D.E. 13274) (Filed April 10, 2013) (Docket No. 13434)

    (d)    United States Trustee's Amended Objection to the Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016(2)(h) (D.E. 13274) (Filed April 11, 2013) (Docket No. 13442)

Related Documents:

    (a)    Supplemental Declaration of David S. Rosner in Support of Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases (Filed March 8, 2013) (Docket No. 13305)

    (b)    Re-Notice of Motion (Filed March 8, 2013) (Docket No. 13306)

Status:        This matter will be going forward as a status conference only.

16.    Reorganized Debtors' Objection to Creditors' Committee Member Fee/Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Filed March 15, 2013) (Docket No. 13327)

Response Deadline:  April 10, 2013 at 4:00 p.m.

46429/0001-9286532v1

Responses Received:

    (a)    Wilmington Trust Company's Brief in Opposition to Reorganized Debtors' Objection to Claim for Payment of Fees and Expenses Due to Its Outside Legal Counsel Under Section 9.1.3 of the Plan of Reorganization for Tribune Company (Filed April 10, 2013) (Docket No. 13436)

    (b)    Declaration of Gordon Z. Novod (Filed April 10, 2013) (Docket No. 13438)

    (c)    Response of Deutsche Bank Trust Company Americas to Reorganized Debtors' Objection to Claim for Payment of Fees and Expenses Due to Its Outside Legal Counsel Under Section 9.1.3 of Tribune's Plan of Reorganization (Filed April 16, 2013) (Docket No. 13449)

Related Documents:

    (a)    Declaration of Joshua M. Mester in Support of Reorganized Debtors' Objection to Creditors' Committee Member Fee/Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Filed March 15, 2013) (Docket No. 13328)

    (b)    Reply in Support of Reorganized Debtors' Objection to Creditors' Committee Member Fee/Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Filed April 22, 2013) (Docket No. 13462)

Status:        This matter will be going forward as a status conference only.

17.    Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (Filed March 18, 2013) (Docket No. 13338)

Response Deadline:  April 10, 2013 at 4:00 p.m.

Responses Received:

    (a)    Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (Filed Mach 28, 2013) (Docket No. 13397)

    (b)    Declaration of Patrick J. Healy in Support of Wilmington Trust Company's Claims and Requests for Payment of Fees and Expenses, Including Fees and Expenses of Its Outside Counsel, Financial Advisors and Experts (Filed March 28, 2013) (Docket No. 13398)

    (c)    Declaration of Robert J. Stark (Filed March 28, 2013) (Docket No. 13399)

(d)    Declaration of Gordon Z. Novod (Filed March 28, 2013) (Docket No. 13400)

Related Documents:

(a)    Declaration of James O. Johnston in Support of Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (Filed March 18, 2013) (Docket No. 13339)

(b)    Notice of Filing of Unredacted Objection and Declaration (Filed April 1, 2013) (Docket No. 13402)

(c)    Reorganized Debtors' Reply in Support of Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (Filed April 22, 2013) (Docket No. 13463)

Status:        This matter will be going forward as a status conference only.

18.    Notice of Status Conference with Respect to Debtors' Twenty-Fourth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 as it Relates to Claim No. 3060 of Maureen Dombeck (Filed April 8, 2013) (Docket No. 13423)

Related Documents:

(a)    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

(b)    Response by Maureen Dombeck (Filed April 26, 2010) (Docket No. 4156)

(c)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

(d)    Certification of Counsel Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Filed September 13, 2011) (Docket No. 9771)

(e)    Order Regarding Submission of Documents with Respect to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 3060 of Maureen Dombeck (Entered September 14, 2011) (Docket No. 9773)

Status:        This matter will be going forward as a status conference only.

46429/0001-9286532v1

## FEE APPLICATIONS - CERTIFICATION OF COUNSEL FILED

19.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Fifteenth Interim Fee Period (Filed February 26, 2013) (Docket No. 13226)

Related Documents:

(a)  Index identifying the relevant fee requests, certifications and Fee Examiner final reports for the Fifteenth Interim Fee Period (attached hereto as Exhibit A)

(b)  Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Compensation Period June 1, 2012 Through and Including August 31, 2012 (Filed April 22, 2013) (Docket No. 13465)

Objection Deadlines:  See respective Fee Applications.

Responses Received:  None.

Status:  All Fee Applications are uncontested and all issues raised by the Fee Examiner with respect to the Fee Applications have been resolved.  A Certification of Counsel, together with a proposed order, has been filed with the Court.  This matter will be going forward unless otherwise directed by the Court.

Dated:  April 22, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000


-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS