## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |

## EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON APRIL 24, 2013 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

1.      Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Fifteenth Interim Fee Period (Filed February 26, 2013) (Docket No. 13226)

**Fee Applications**:

A.      Cole, Schotz, Meisel, Forman & Leonard, P.A.

      1.      Fifteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from June 1, 2012 through August 31, 2012 (Filed October 9, 2012) (Docket No. 12532)

      2.      Certification of No Objection Regarding Docket No. 12532 (Filed November 2, 2012) (Docket No. 12664)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9465606v1

3. Forty-Second Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2012 through June 30, 2012 (Filed August 8, 2012) (Docket No. 12219)

4. Certification of No Objection Regarding Docket No. 12219 (Filed August 30, 2012) (Docket No. 12350)

5. Forty-Third Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2012 through July 31, 2012 (Filed August 20, 2012) (Docket No. 12300)

6. Certification of No Objection Regarding Docket No. 12300 (Filed September 13, 2012) (Docket No. 12412)

7. Forty-Fourth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2012 through August 31, 2012 (Filed October 5, 2012) (Docket No. 12517)

8. Certification of No Objection Regarding Docket No. 12517 (Filed November 2, 2012) (Docket No. 12661)

9. Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed March 27, 2013) (Docket No. 13390)

B. Sidley Austin LLP

1. Fifteenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through August 31, 2012 (Filed October 31, 2012) (Docket No. 12648)

2. Certification of No Objection Regarding Docket No. 12648 (Filed November 26, 2012) (Docket No. 12760)

3. Forty-Second Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through June 30, 2012 (Filed August 13, 2012) (Docket No. 12250)

4. Certification of No Objection Regarding Docket No. 12250 (Filed September 6, 2012) (Docket No. 12391)

5.      Forty-Third Fee Application of Sidley Austin LLP for Compensation for
        Services Rendered and Reimbursement of Expenses as Counsel to the
        Debtors and Debtors in Possession for the Period of July 1, 2012 through
        July 31, 2012 (Filed September 19, 2012) (Docket No. 12439)

6.      Certification of No Objection Regarding Docket No. 12439 (Filed
        October 11, 2012) (Docket No. 12551)

7.      Forty-Fourth Fee Application of Sidley Austin LLP for Compensation for
        Services Rendered and Reimbursement of Expenses as Counsel to the
        Debtors and Debtors in Possession for the Period of August 1, 2012
        through August 31, 2012 (Filed October 15, 2012) (Docket No. 12579)

8.      Certification of No Objection Regarding Docket No. 12579 (Filed
        November 7, 2012) (Docket No. 12704)

9.      Fee Examiner's Final Report Regarding the Fifteenth Quarterly Fee
        Application of Sidley Austin LLP (Filed April 4, 2013) (Docket No.
        13417)

C.   Alvarez & Marsal North America

1.      Fifteenth Interim Fee Application of Alvarez & Marsal North America,
        LLC in their Capacity as Restructuring Advisors to the Debtors and
        Debtors-in-Possession, for Compensation and Reimbursement of
        Expenses Incurred for the Period June 1, 2012 through August 31, 2012
        (Filed October 11, 2012) (Docket No. 12548)

2.      Certification of No Objection Regarding Docket No. 12548 (Filed
        November 2, 2012) (Docket No. 12669)

3.      Forty-Second Monthly Fee Statement of Alvarez & Marsal North
        America, LLC in their Capacity as Restructuring Advisors to the Debtors
        and Debtors-in-Possession, for Compensation and Reimbursement of
        Expenses Incurred for the Period June 1, 2012 through June 30, 2012
        (Filed August 21, 2012) (Docket No. 12310)

4.      Certification of No Objection Regarding Docket No. 12310 (Filed
        September 13, 2012) (Docket No. 12421)

5.      Forty-Third Monthly Fee Statement of Alvarez & Marsal North America,
        LLC in their Capacity as Restructuring Advisors to the Debtors and
        Debtors-in-Possession, for Compensation and Reimbursement of
        Expenses Incurred for the Period July 1, 2012 through July 31, 2012 (Filed
        September 6, 2012) (Docket No. 12389)

6.      Certification of No Objection Regarding Docket No. 12389 (Filed
        October 1, 2012) (Docket No. 12490)

7.   Forty-Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC in their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period August 1, 2012 through August 31, 2012 (Filed September 20, 2012) (Docket No. 12444)

8.   Certification of No Objection Regarding Docket No. 12444 (Filed October 12, 2012) (Docket No. 12566)

9.   Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed March 25, 2013) (Docket No. 13368)

D.   Daniel J. Edelman, Inc.

1.   Eleventh Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period June 1, 2012 through August 31, 2012 (Filed October 12, 2012) (Docket No. 12563)

2.   Certification of No Objection Regarding Docket No. 12563 (Filed November 5, 2012) (Docket No. 12679)

3.   Twenty Fifth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period June 1, 2012 through June 30, 2012 (Filed July 31, 2012) (Docket No. 12140)

4.   Certification of No Objection Regarding Docket No. 12140 (Filed August 22, 2012) (Docket No. 12317)

5.   Fee Examiner's Final Report Regarding the Eleventh Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed March 13, 2013) (Docket No. 13321)

E.   Davis Wright Tremaine LLP

1.   Eighth Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed December 31, 2012) (Docket No. 12944)

2.   Certification of No Objection Regarding Docket No. 12944 (Filed January 24, 2013) (Docket No. 13101)

46429/0001-9465606v1

3.     Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed October 15, 2012) (Docket No. 12572)

4.     Certification of No Objection Regarding Docket No. 12572 (Filed November 7, 2012) (Docket No. 12701)

5.     Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed November 5, 2012) (Docket No. 12677)

6.     Certification of No Objection Regarding Docket No. 12677 (Filed November 29, 2012) (Docket No. 12779)

7.     Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed December 18, 2012) (Docket No. 12859)

8.     Certification of No Objection Regarding Docket No. 12859 (Filed January 9, 2013) (Docket No. 13000)

9.     Fee Examiner's Final Report Regarding the Eighth Quarterly Fee Application of Davis Wright Tremaine LLP (Filed April 9, 2013) (Docket No. 13430)

F.     <u>Dow Lohnes PLLC</u>

1.     Thirteenth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from June 1, 2012 through August 31, 2012 (Filed October 9, 2012) (Docket No. 12533)

2.     Certification of No Objection Regarding Docket No. 12533 (Filed November 2, 2012) (Docket No. 12665)

3.     Thirty-Seventh Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through June 30, 2012 (Filed July 25, 2012) (Docket No. 12099)

4.     Certification of No Objection Regarding Docket No. 12099 (Filed August 16, 2012) (Docket No. 12284)

46429/0001-9465606v1

5. Thirty-Eighth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2012 through July 31, 2012 (Filed August 27, 2012) (Docket No. 12339)

6. Certification of No Objection Regarding Docket No. 12339 (Filed September 19, 2012) (Docket No. 12440)

7. Thirty-Ninth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2012 through August 31, 2012 (Filed October 3, 2012) (Docket No. 12508)

8. Certification of No Objection Regarding Docket No. 12508 (Filed October 25, 2012) (Docket No. 12634)

9. Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Dow Lohnes PLLC (Filed March 26, 2013) (Docket No. 13378)

G. Ernst & Young LLP

1. Eleventh Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2012 through August 31, 2012 (Filed January 2, 2013) (Docket No. 12951)

2. Certification of No Objection Regarding Docket No. 12951 (Filed January 24, 2013) (Docket No. 13102)

3. Combined Thirty-Fifth through Thirty-Seventh Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from June 1, 2012 through August 31, 2012 (Filed December 12, 2012) (Docket No. 12839)

4. Certification of No Objection Regarding Docket No. 12839 (Filed January 4, 2013) (Docket No. 12975)

5. Fee Examiner's Final Report Regarding the Eleventh Quarterly Fee Application of Ernst & Young LLP (Filed March 27, 2013) (Docket No. 13383)

46429/0001-9465606v1

H.    Jenner & Block LLP

    1.    Fifteenth Quarterly Application of Jenner & Block LLP, as Special
Counsel to the Debtors for Allowance of Compensation and
Reimbursement of Expenses for the Period February 1, 2012 through
August 31, 2012 (Filed October 12, 2012) (Docket No. 12565)

    2.    Certification of No Objection Regarding Docket No. 12565 (Filed
November 5, 2012) (Docket No. 12681)

    3.    Monthly Application of Jenner & Block LLP, as Special Counsel to the
Debtors for Allowance of Compensation and Reimbursement of Expenses
for the Period February 1, 2012 through August 31, 2012 (Filed
October 11, 2012) (Docket No. 12547)

    4.    Certification of No Objection Regarding Docket No. 12547 (Filed
November 2, 2012) (Docket No. 12668)

    5.    Fee Examiner's Final Report Regarding the Fifteenth Quarterly
Application of Jenner & Block LLP (Filed April 16, 2013) (Docket No.
13448)

I.    Lazard Freres & Co. LLC

    1.    Fifteenth Interim Fee Application of Lazard Freres & Co. LLC,
Investment Banker and Financial Advisor to the Debtors for Allowance of
Compensation and Reimbursement of Expenses for the Period June 1,
2012 through August 31, 2012 (Filed October 15, 2012) (Docket No.
12577)

    2.    Certification of No Objection Regarding Docket No. 12577 (Filed
November 7, 2012) (Docket No. 12703)

    3.    Forty-Second Monthly Application of Lazard Freres & Co. LLC,
Investment Banker and Financial Advisor to the Debtors for Allowance of
Compensation and Reimbursement of Expenses for the Period June 1,
2012 through June 30, 2012 (Filed September 13, 2012) (Docket No.
12416)

    4.    Certification of No Objection Regarding Docket No. 12416 (Filed
October 5, 2012) (Docket No. 12521)

    5.    Forty-Third Monthly Application of Lazard Freres & Co. LLC,
Investment Banker and Financial Advisor to the Debtors for Allowance of
Compensation and Reimbursement of Expenses for the Period July 1,
2012 through July 31, 2012 (Filed September 13, 2012) (Docket No.
12417)

46429/0001-9465606v1

6.  Certification of No Objection Regarding Docket No. 12417 (Filed October 5, 2012) (Docket No. 12522)

7.  Forty-Fourth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed October 3, 2012) (Docket No. 12509)

8.  Certification of No Objection Regarding Docket No. 12509 (Filed October 25, 2012) (Docket No. 12635)

9.  Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Lazard Freres & Co. LLC (Filed April 1, 2013) (Docket No. 13404)

J.  Levine Sullivan Koch & Schulz, L.L.P.

1.  Ninth Quarterly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of June 1, 2012 through August 31, 2012 (Filed October 12, 2012) (Docket No. 12568)

2.  Certification of No Objection Regarding Docket No. 12568 (Filed November 5, 2012) (Docket No. 12682)

3.  Twenty-Third Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of June 1, 2012 through June 30, 2012 (Filed August 1, 2012) (Docket No. 12151)

4.  Certification of No Objection Regarding Docket No. 12151 (Filed August 23, 2012) (Docket No. 12325)

5.  Twenty-Fourth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of July 1, 2012 through July 31, 2012 (Filed September 5, 2012) (Docket No. 12385)

6.  Certification of No Objection Regarding Docket No. 12385 (Filed September 27, 2012) (Docket No. 12475)

46429/0001-9465606v1

7.  Twenty-Fifth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of August 1, 2012 through August 31, 2012 (Filed October 9, 2012) (Docket No. 12534)

8.  Certification of No Objection Regarding Docket No. 12534 (Filed November 2, 2012) (Docket No. 12666)

9.  Fee Examiner's Final Report Regarding the Ninth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed April 1, 2013) (Docket No. 13407)

K.  McDermott Will & Emery

1.  Fifteenth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed October 12, 2012) (Docket No. 12564)

2.  Certification of No Objection Regarding Docket No. 12564 (Filed November 5, 2012) (Docket No. 12680)

3.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed September 14, 2012) (Docket No. 12429)

4.  Certification of No Objection Regarding Docket No. 12429 (Filed October 8, 2012) (Docket No. 12531)

5.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed October 8, 2012) (Docket No. 12529)

6.  Certification of No Objection Regarding Docket No. 12529 (Filed November 2, 2012) (Docket No. 12662)

7.  Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed October 8, 2012) (Docket No. 12530)

8.  Certification of No Objection Regarding Docket No. 12530 (Filed November 2, 2012) (Docket No. 12663)

9.  Fee Examiner's Final Report Regarding the Fifteenth Quarterly Fee Application of McDermott Will & Emery LLP (Filed March 27, 2013) (Docket No. 13384)

L.  Paul, Weiss, Rifkind, Wharton & Garrison LLP

1.  First Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters for Compensation and for Reimbursement of Expenses for the Period from July 11, 2012 through August 31, 2012 (Filed October 11, 2012) (Docket No. 12557)

2.  Certification of No Objection Regarding Docket No. 12557 (Filed November 2, 2012) (Docket No. 12670)

3.  Fee Examiner's Final Report Regarding the First Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Filed April 3, 2013) (Docket No. 13414)

M.  PricewaterhouseCoopers LLP

1.  Fifteenth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2012 through August 31, 2012 (Filed October 12, 2012) (Docket No. 12567)

2.  Certification of No Objection Regarding Docket No. 12567 (Filed November 6, 2012) (Docket No. 12696)

3.  Thirty-Fourth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period June 1, 2012 through August 31, 2012 (Filed October 12, 2012) (Docket No. 12560)

4.  Certification of No Objection Regarding Docket No. 12560 (Filed November 6, 2012) (Docket No. 12695)

5.  Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of PricewaterhouseCoopers LLP (Filed April 1, 2013) (Docket No. 13405)

N.    Reed Smith LLP

1.    Fifteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed November 7, 2012) (Docket No. 12698)

2.    Certificate of No Objection to Fifteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed December 4, 2012) (Docket No. 12794)

3.    Forty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed August 15, 2012) (Docket No. 12270)

4.    No Order Required Certificate of No Objection to Forty-First Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed October 2, 2012) (Docket No. 12497)

5.    Forty-Second Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed August 30, 2012) (Docket No. 12349)

6.    No Order Required Certificate of No Objection to Forty-Second Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed October 2, 2012) (Docket No. 12498)

7.    Forty-Third Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed October 2, 2012) (Docket No. 12499)

8.  No Order Required Certificate of No Objection to Forty-Third Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed October 30, 2012) (Docket No. 12640)

9.  Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Reed Smith LLP (Filed March 21, 2013) (Docket No. 13356)

O.  Seyfarth Shaw LLP

1.  Twelfth Quarterly Fee Application of Seyfarth Shaw LLP for Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through August 31, 2012 (Filed October 18, 2012) (Docket No. 12592)

2.  Certification of No Objection Regarding Docket No. 12592 (Filed November 9, 2012) (Docket No. 12712)

3.  Thirty-Third Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through June 30, 2012 (Filed August 21, 2012) (Docket No. 12306)

4.  Certification of No Objection Regarding Docket No. 12306 (Filed September 13, 2012) (Docket No. 12419)

5.  Thirty-Fourth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2012 through July 31, 2012 (Filed September 13, 2012) (Docket No. 12418)

6.  Certification of No Objection Regarding Docket No. 12418 (Filed October 5, 2012) (Docket No. 12523)

7.  Thirty-Fifth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2012 through August 31, 2012 (Filed October 9, 2012) (Docket No. 12535)

8.  Certification of No Objection Regarding Docket No. 12535 (Filed November 2, 2012) (Docket No. 12667)

9.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Fee Application of Seyfarth Shaw LLP (Filed April 8, 2013) (Docket No. 13427)

P.    <u>SNR Denton</u>

1.    Fourth Quarterly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through August 31, 2012 (Filed October 15, 2012) (Docket No. 12573)

2.    Certification of No Objection Regarding Docket No. 12573 (Filed November 7, 2012) (Docket No. 12702)

3.    Eighth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of June 1, 2012 through June 30, 2012 (Filed September 25, 2012) (Docket No. 12462)

4.    Certification of No Objection Regarding Docket No. 12462 (Filed October 17, 2012) (Docket No. 12585)

5.    Ninth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of July 1, 2012 through July 31, 2012 (Filed September 25, 2012) (Docket No. 12463)

6.    Certification of No Objection Regarding Docket No. 12463 (Filed October 17, 2012) (Docket No. 12586)

7.    Tenth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of August 1, 2012 through August 31, 2012 (Filed October 1, 2012) (Docket No. 12489)

8.    Certification of No Objection Regarding Docket No. 12489 (Filed October 24, 2012) (Docket No. 12627)

9.    Fee Examiner's Final Report Regarding the Fourth Quarterly Fee Application of SNR Denton US LLP (Filed April 1, 2013) (Docket No. 13406)

Q.    Stuart Maue

1.    Amended Fourteenth Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2012 through August 31, 2012 (Filed October 17, 2012) (Docket No. 12588)

2.    Fourteenth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2012 through August 31, 2012 (Filed October 16, 2012) (Docket No. 12583)

3.    Certification of No Objection Regarding the Amended Fourteenth Interim Quarterly Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of June 1, 2012 through August 31, 2012 (Filed November 9, 2012) (Docket No. 12711)

4.    Thirty-Ninth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed July 30, 2012) (Docket No. 12130)

5.    Certificate of No Objection Regarding the Thirty-Ninth Monthly Application of Stuart Maue (Related to Docket No. 12130) (Filed August 22, 2012) (Docket No. 12318)

6.    Fortieth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed August 27, 2012) (Docket No. 12340)

7.    Certificate of No Objection Regarding the Fortieth Monthly Application of Stuart Maue (Related to Docket No. 12340) (Filed September 24, 2012) (Docket No. 12453)

8.    Forty-First Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed September 28, 2012) (Docket No. 12486)

9.    Certificate of No Objection Regarding the Forty-First Monthly Application of Stuart Maue (Related to Docket No. 12486) (Filed October 19, 2012) (Docket No. 12600)

R.    Chadbourne & Parke LLP

1.    Fifteenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed October 15, 2012) (Docket No. 12578)

2.    Forty-Second Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2012 through June 30, 2012 (Filed July 26, 2012) (Docket No. 12106)

3.    Certificate of No Objection to Application Re: Docket No. 12106 (Filed August 17, 2012) (Docket No. 12288)

4.    Forty-Third Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed August 24, 2012) (Docket No. 12336)

5.    Notice of Corrected Exhibit A to Forty-Third Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2012 through July 31, 2012 (Filed September 12, 2012) (Docket No. 12407)

6.    Certificate of No Objection to Application Re: Docket No. 12336 (Filed September 17, 2012) (Docket No. 12431)

7.    Forty-Fourth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2012 through August 31, 2012 (Filed September 25, 2012) (Docket No. 12460)

8.    Certificate of No Objection to Application Re: Docket No. 12460 (Filed October 17, 2012) (Docket No. 12587)

9.    Fee Examiner's Final Report Regarding the Fifteenth Interim Application of Chadbourne & Parke LLP (Filed March 26, 2013) (Docket No. 13379)

S.    Landis Rath & Cobb LLP

      1.    Fifteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed October 11, 2012) (Docket No. 12545)

      2.    Forty-Second Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 26, 2012) (Docket No. 12108)

      3.    Certificate of No Objection to Application Re: Docket No. 12108 (Filed August 17, 2012) (Docket No. 12290)

      4.    Forty-Third Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 4, 2012) (Docket No. 12374)

      5.    Certificate of No Objection to Application Re: Docket No. 12374 (Filed September 26, 2012) (Docket No. 12470)

      6.    Forty-Fourth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 28, 2012) (Docket No. 12484)

      7.    Certificate of No Objection to Application Re: Docket No. 12484 (Filed October 24, 2012) (Docket No. 12621)

      8.    Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed March 26, 2013) (Docket No. 13380)

T.    AlixPartners, LLP

      1.    Fifteenth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period June 1, 2012 through August 31, 2012 (Filed October 15, 2012) (Docket No. 12574)

      2.    Forty-Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed July 31, 2012) (Docket No. 12135)

      3.    Certificate of No Objection to Application Re: Docket No. 12135 (Filed August 22, 2012) (Docket No. 12314)

4.    Forty-Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 24, 2012) (Docket No. 12337)

5.    Certificate of No Objection to Application Re: Docket No. 12337 (Filed September 17, 2012) (Docket No. 12432)

6.    Forty-Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 25, 2012) (Docket No. 12461)

7.    Certificate of No Objection to Application Re: Docket No. 12461 (Filed October 18, 2012) (Docket No. 12589)

8.    Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of AlixPartners, LLP (Filed April 1, 2013) (Docket No. 13403)

U.    Moelis & Company LLC

1.    Fifteenth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2012 through August 31, 2012 (Filed October 4, 2012) (Docket No. 12514)

2.    Forty-Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period June 1, 2012 through June 30, 2012 (Filed July 26, 2012) (Docket No. 12107)

3.    Certificate of No Objection to Application Re: Docket No. 12107 (Filed August 17, 2012) (Docket No. 12289)

4.    Forty-Third Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period July 1, 2012 through July 31, 2012 (Filed August 29, 2012) (Docket No. 12347)

5.    Certificate of No Objection to Application Re: Docket No. 12347 (Filed September 21, 2012) (Docket No. 12446)

6.    Forty-Fourth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official

46429/0001-9465606v1

Committee of Unsecured Creditors Incurred for the Period August 1, 2012 through August 31, 2012 (Filed September 28, 2012) (Docket No. 12483)

7.    Certificate of No Objection to Application Re: Docket No. 12483 (Filed October 23, 2012) (Docket No. 12611)

8.    Fee Examiner's Final Report Regarding the Fifteenth Interim Fee Application of Moelis & Company LLC (Filed March 25, 2013) (Docket No. 13369)

V.    Seitz, Van Ogtrop & Green, P.A.

1.    Quarterly Fee Application for the Fifteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period June 1, 2012 through August 31, 2012 (Filed September 28, 2012) (Docket No. 12479)

2.    Certificate of No Objection to Twelfth (D.I. 12477) and Thirteenth (D.I. 12478) Monthly and Fifteenth Quarterly (D.I. 12479) Applications for Compensation (Filed November 6, 2012) (Docket No. 12693)

3.    Eleventh Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed August 10, 2012) (Docket No. 12229)

4.    Certificate of No Objection to Application re: Docket No. 12229 (Filed September 26, 2012) (Docket No. 12466)

5.    Twelfth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 28, 2012) (Docket No. 12477)

6.    Certificate of No Objection to Twelfth (D.I. 12477) and Thirteenth (D.I. 12478) Monthly and Fifteenth Quarterly (D.I. 12479) Applications for Compensation (Filed November 6, 2012) (Docket No. 12693)

7.    Thirteenth Monthly Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed September 28, 2012) (Docket No. 12478)

8.    Certificate of No Objection to Twelfth (D.I. 12477) and Thirteenth (D.I. 12478) Monthly and Fifteenth Quarterly (D.I. 12479) Applications for Compensation (Filed November 6, 2012) (Docket No. 12693)

46429/0001-9465606v1

9.    Fee Examiner's Final Report Regarding the Quarterly Fee Application for the Fifteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A. (Filed March 21, 2013) Docket No. 13357)

W.    Zuckerman Spaeder LLP

1.    Twelfth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed October 15, 2012) (Docket No. 12576)

2.    Thirty-Fifth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed July 31, 2012) (Docket No. 12141)

3.    Certificate of No Objection to Application Re: Docket No. 12141 (Filed August 22, 2012) (Docket No. 12315)

4.    Thirty-Sixth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed September 4, 2012) (Docket No. 12375)

5.    Certificate of No Objection to Application Re: Docket No. 12375 (Filed September 27, 2012) (Docket No. 12471)

6.    Thirty-Seventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed September 28, 2012) (Docket No. 12485)

7.    Amended Notice of Application regarding Thirty-Seventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed October 8, 2012) (Docket No. 12528)

8.    Certificate of No Objection to Application Re: Docket No. 12485 (Filed October 23, 2012) (Docket No. 12612)

9.    Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Zuckerman Spaeder LLP (Filed April 4, 2013) (Docket No. 13416)