# EXHIBIT A

**Bourgon Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF MICHAEL BOURGON IN SUPPORT OF REORGANIZED DEBTORS' SUPPLEMENTAL OBJECTION TO CLAIMS OF MARBURY VON BRIESEN AND HERBERT EYE

I, Michael Bourgon, declare as follows:

1. I am Vice President, Human Resources of Tribune Company, one of the Reorganized Debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), and the ultimate parent of the other Reorganized Debtors. In this position, I am responsible for the implementation, management, and oversight of the Debtors'[2] employment-related policies and programs.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] As used herein, the term "Debtors" refers to Tribune Company and its affiliates, including The Baltimore Sun Company, that filed voluntary petitions for relief under chapter 11 on December 8, 2008 (the "Petition Date"), and "Reorganized Debtors" refers to the successors to the Debtors following their emergence from these chapter 11

2.  I have read the *Reorganized Debtors' Supplemental Objection to the Claims of Marbury Von Briesen and Herbert Eye Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Supplemental Objection")[3] and am directly, or by and through the Reorganized Debtors' personnel and advisors, familiar with the information contained therein.

3.  This Declaration supplements the previously-filed *Declaration of Chandler Bigelow III in Support of Debtors' Twenty-Fourth Omnibus (Substantive) Objection*, a copy of which is attached to the Objection as Exhibit B.

4.  All matters set forth in this Declaration are based on: (a) my personal knowledge, (b) my review of relevant documents, or (c) information supplied to me by others at the Reorganized Debtors' request. If called upon to testify, I could and would testify competently to the facts set forth herein.

5.  In connection with the Objection, the Debtors undertook a review of their records concerning the von Briesen/Eye Claims. In addition to the Internal Memorandum attached to certain of the von Briesen Responses, the Debtors identified additional records relating to the von Briesen Claim, which records are attached to the Supplemental Objection, as follows:

6.  Exhibit C to the Supplemental Objection is a true and correct copy of the Election Form executed by Mr. von Briesen on December 29, 1989.

---

cases on December 31, 2012, the effective date (the "Effective Date") of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. (the "Plan"), which was confirmed by this Court on July 23, 2012 [see Docket No. 12074].

[3] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Supplemental Objection.

7. Exhibit D to the Supplemental Objection is a true and correct copy of the Plan Change Notice which was sent on or about October 30, 2008 to all retirees enrolled in the Debtors' retiree healthcare plans.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of April 2013.

*/s/ Michael Bourgon*
By: Michael Bourgon