**EXHIBIT B**

**Internal Memorandum**

Exhibit A



**THE BALTIMORE SUN**

**Inter-office Correspondence**

Date: December 19, 1989
From: Pat Klemans
Subject: Marbury von Briesen Medical Continuation
To: Dick Basoco

Marbury von Briesen, Capital Planning Manager, is preparing to retire on January 1, 1990 at age 60. Mr. von Briesen was employed in January, 1969.

In recognition of Mr. von Briesen's 20 years of service, HRD is recommending that his husband/wife medical benefits be continued under the Blue Cross Wrap-Around Plan, as though he were still actively employed. Mr. von Briesen would be responsible for quarterly payments to the payroll department only for the contribution portion required of active employees. Prescription drug coverage would be included; however, dental and vision coverage would be excluded.

When Mr. von Briesen becomes age 65, premium payments will be assumed by the company, in accordance with the existing policy.

If you approve of our recommendation, HRD will advise Mr. von Briesen accordingly.

APPROVED: _____

/ajp(115)

A Times Mirror