## EXHIBIT C

**Election Form**

NAME _Murphy L. von Rur_ DEPARTMENT _Finance_                GROUP ~~KC~~ _K_

EMPLOYEE DATE OF BIRTH _10/4/29_

SPOUSE'S DATE OF BIRTH _5/8/32_

LIFE INSURANCE:

RETIREMENT DATE _1/1/90_

Amount of Life Insurance - $ _12,500_
Premiums are paid by The Baltimore Sun Company.

MEDICAL COVERAGE - BLUE CROSS
Upon retirement, you may, at your option and expense, continue the Medical Benefit coverage you were entitled to while employed by The Baltimore Sun Company. The current cost for this coverage is as follows:

_Wrap Around_

| TYPE OF COVERAGE | 70 DAY BLUE CROSS HOSPITALIZATION | $500,000 MAJOR MEDICAL | PRESCRIPTION DRUG | DENTAL |
|---|---|---|---|---|
| _Husband/ wife_ | ~~31.50~~ 37.54 | _Included_ | _Included_ | N/A |

Your total monthly payment would be $ ~~31.50~~ _37.54_. The quarterly payment will be $ ~~94.50~~ _112.62_ 9/1/92.
~~86.40 COBRA~~

Upon election of the option to contine the Medical Benefit coverage and each Janury thereafter, you will be given a memorandum outlining Group Rate costs for the appropriate coverage. The company reviews its benefit packages periodically and reserves the right to change or amend any of the benefits. You would be notified prior to January 1st in any year in which a benefit change will occur.

Payment will be expected "Quarterly" and will be due without additional billing not later than the tenth (10th) of the month in which the new quarter starts. Checks in the appropriate amount shall be made payable to THE BALTIMORE SUN COMPANY, and sent to:

> THE BALTIMORE SUNPAPERS
> MR. H. W. SHANK, SR.
> PAYROLL MANAGER
> 501 N. CALVERT STREET
> BALTIMORE, MARYLAND 21278

Payment will be considered overdue on the last Friday of the month in which a new quarter starts. If payment is overdue, your Medical Benefits coverage will be cancelled. In the event of death, your surviving spouse and any eligible dependent children may continue the Medical coverage at their option and expense until the end of the quarter in which your spouse attains age seventy (70).

BLUE CROSS QUARTERLY PAYMENTS

| First Quarter | January to March | Payable by January 10th |
| Second Quarter | April to June | Payable by April 10th |
| Third Quarter | July to September | Payable by July 10th |
| Fourth Quarter | October to December | Payable by October 10th |

DO WANT TO CONTINE MY COVERAGE     _X_

DO NOT WANT TO CONTINUE MY COVERAGE  _____

SIGNED _M.L. von Rur_

DATE _1v/29/89_

-18