**EXHIBIT D**

Plan Change Notice

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

October 30, 2008

Dear Tribune Retiree:

This year, Tribune conducted an exhaustive review of its retiree healthcare plans to determine how to provide you with the best benefits possible in the most cost-efficient manner. As a result of the review, we decided to make some changes that will provide you with competitive benefits in a more convenient fashion and still save the company money.

Beginning January 1, 2009, Tribune's retiree healthcare benefits will be offered exclusively through UnitedHealthcare (UHC). Your retiree healthcare will be under **SecureHorizons® MedicareDirect$^{SM}$**, a Private Fee-For-Service retiree plan. This is not an HMO, but rather is a private fee-for-service (PFFS) Group Medicare Advantage plan delivering all the benefits of Medicare Parts A and B plus additional benefits, while maintaining some of the custom Tribune benefit designs offered today.

By moving to UHC and consolidating our coverages with one vendor, the company can manage its medical expenses more prudently. UHC is an industry leader and offers you a comprehensive coast-to-coast provider network.

You may enroll in the SecureHorizons® MedicareDirect$^{SM}$ plan any time from now until Dec. 31. You'll receive an enrollment kit in the mail in early November that will provide detailed information on 2009 plan coverage and how to enroll. If you do not enroll, you will not have Tribune medical coverage. The cost for this coverage is $ per month. [handwritten: $246.05]

In addition, we are enclosing a Notice of Creditable coverage that applies to your current (2008) retiree medical plan prescription drug coverage. CMS requires that an employer provide this notice when a prescription drug plan option is terminated, so that all participants have proof of creditable coverage, upon enrollment in a Medicare Part D plan. If you decide to forego coverage through Tribune and enroll in a Part D prescription drug plan on the open market, this Notice will help you avoid a late enrollment penalty, as described in the Notice

If you have questions, contact SecureHorizons at 800/610-2660, TTY:711, 8 am to 8 pm, Sunday though Saturday. Be sure to:

1. Read through the information provided in the enrollment kit.
2. Complete the enclosed enrollment form. <u>One form needs to be completed for each Medicare-eligible participant.</u>
3. Return the form to UHC using the provided envelope. You can also enroll over the phone by calling the SecureHorizons number above.

Contact the Tribune Benefits Service Center at 800/872-2222 for other benefit topics.

Sincerely,

*[signature]*

Gerry Spector
Chief Administrative Officer

# FREQUENTLY ASKED QUESTIONS

1. **What is a PFFS (Private Fee-For-Service) Plan[1]?**
   A Medicare Advantage Private Fee-for-Service plan works differently than a Medicare supplement plan. Your doctor or hospital is not required to agree to accept the plan's terms and conditions, and thus may choose not to treat you, with the exception of emergencies. If your doctor or hospital does not agree to accept our payment terms and conditions, they may choose not to provide health care services to you, except in emergencies. Providers can find the plan's terms and conditions on our website at: <www.SecureHorizons.com>.

2. **What if I am Medicare-eligible and my spouse is not?**
   All covered members of the health plan must be enrolled in Medicare Parts A and B in order to enroll in the new plan. If your spouse isn't Medicare eligible at this time and you wish to continue health coverage with the Tribune retiree options, you can enroll in this new plan for yourself and your non-Medicare-eligible spouse can remain in his or her current plan. When your spouse becomes Medicare-eligible, your spouse must enroll in the SecureHorizons MedicareDirect Retiree Plan in order to continue Tribune retiree medical coverage.

3. **What if I have a spouse or dependent that is not currently covered under the Tribune plan? Can they enroll in the SecureHorizons MedicareDirect Retiree Plan?**
   No. If your Medicare-eligible spouse or dependent is not currently enrolled in a Tribune plan, he or she is not eligible to enroll in the SecureHorizons MedicareDirect Retiree Plan.

4. **What if I have a Medicare-eligible dependent on my plan?**
   To enroll in SecureHorizons MedicareDirect Retiree Plan, dependents must be enrolled in both Medicare and a Tribune retiree plan. Each family member currently covered by Medicare Parts A and B and a Tribune retiree plan who wishes to enroll in the SecureHorizons MedicareDirect Retiree Plan must fill out the enrollment form in the enrollment kit. Each Medicare-eligible dependent currently enrolled in a Tribune retiree plan will receive an enrollment kit.

5. **What about my Prescription Drug Plan?**
   The new plan will include comparable prescription drug coverage. You MUST enroll in the SecureHorizons MedicareDirect Retiree Plan in order to retain your prescription drug coverage. Your current medical and prescription drug plan will terminate on Dec. 31, 2008.

6. **What will happen if I do not complete the enrollment form and mail it back to UnitedHealthcare in time?**
   Your coverage through Tribune will terminate Dec. 31, 2008.

*The purpose of this summary is to provide highlights of Your Tribune Company Benefits plan. Eligibility and benefit payment determinations will be governed by the plan documents. In the event of a discrepancy between the information provided in this material and the plan documents, the plan documents will govern. Tribune Company reserves the right to change, amend or terminate the benefit plans at any time for any reason. Your eligibility for benefits does not guarantee continued employment at Tribune Company or any of its entities. Benefits for union-represented employees are subject to collective bargaining and the benefits summarized in this material may not currently apply. Local Human Resources or Tribune Benefits Service Center representatives can answer any questions about benefits for union-represented employees.*

M0011_081027_142557