# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Compensation Period June 1, 2012 - August 31, 2012

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 12532 | $448,322.00 | $21,782.90 | $470,104.90 |
| Sidley Austin LLP (Counsel to Debtors) | 12648 | $6,246,007.22 | $433,082.43 | $6,679,089.65 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 12548 | $2,994,419.50 | $20,697.06 | $3,015,116.56 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 12563 | $4,010.00 | $0.00 | $4,010.00 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12944 | $301,724.33 | $6,939.30 | $308,663.63 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) | 12533 | $413,192.00 | $1,669.54 | $414,861.54 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) | 12951 | $505,952.50 | $4,147.36 | $510,099.86 |
| Jenner & Block LLP * (Special Counsel to Debtors) | 12565 | $619,579.33 | $122,436.24 | $742,015.57 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 12577 | $600,000.00 | $125.03 | $600,125.03 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) | 12568 | $37,246.79 | $239.53 | $37,486.32 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 12564 | $826,190.50 | $37,605.65 | $863,796.15 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP ** (Special Counsel to the Debtors for Certain Financing Matters) | 12557 | $214,679.50 | $79.66 | $214,759.16 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 12567 | $697,702.00 | $12,016.53 | $709,718.53 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 12698 | $177,571.50 | $7,566.84 | $185,138.34 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 12592 | $271,103.05 | $5,623.71 | $276,726.76 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) | 12573 | $123,146.00 | $1,296.07 | $124,442.07 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 12588 | $262,510.00 | $2,192.74 | $264,702.74 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) | 12578 | $1,248,348.37 | $17,460.19 | $1,265,808.56 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) | 12545 | $1,085,343.00 | $355,071.40 | $1,440,414.40 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) | 12574 | $224,498.00 | $11.49 | $224,509.49 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) | 12514 | $600,000.00 | $0.00 | $600,000.00 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) | 12479 | $6,773.50 | $192.50 | $6,966.00 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) | 12576 | $451,071.00 | $14,275.67 | $465,346.67 |

\* The Interim Period is February 1, 2012 - August 31, 2012.
\*\* The Interim Period is July 11, 2012 - August 31, 2012.