IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                                    :   Chapter 11 Cases
                                                          :
TRIBUNE COMPANY, et al.,                                  :   Case No. 08-13141 (KJC)
                                                          :
                          Reorganized Debtors.            :   Jointly Administered
                                                          :
----------------------------------------------------------x

SUPPLEMENTAL DECLARATION OF DAVID S. ROSNER
IN SUPPORT OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW
YORK PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) AND 503(b)(5)
FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
INCURRED IN CONNECTION WITH MAKING A SUBSTANTIAL
CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASES AND GRANTING
WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d)(vii)
IN ACCORDANCE WITH DEL. BANKR. L.R. 2016-2(h)

I, DAVID S. ROSNER, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner at Kasowitz, Benson, Torres & Friedman LLP, counsel to Law Debenture Trust Company of New York ("Law Debenture"), in its capacity solely as successor indenture trustee under that certain indenture dated March 19, 1996 (the "1996 Indenture") between Tribune Company ("Tribune," and with its debtor subsidiaries, "Debtors") (successor to The Times Mirror Company) and Citibank, N.A.

2. I submit this supplemental declaration in support of the *Motion Of Law Debenture Trust Company Of New York Pursuant To 11 U.S.C. §§ 503(B)(3)(D), 503(B)(4) And 503(B)(5) For Allowance And Payment Of Fees And Expenses Incurred In Connection With Making A Substantial Contribution To The Debtors' Chapter 11 Cases and Granting Waiver of Compliance With Del. Bankr. L.R. 2016-2(d)(vii) In Accordance With Del. Bankr. L.R. 2016-2(h)*

[Dkt. No. 13274] (the "Motion"), filed with this Court on March 1, 2013.

3. Attached hereto as Exhibit 1 is a true and correct copy of ███████ ███████████████████████████████████████ ████████████████████████ bates-stamped TRB0633632 with the confidentiality designation of Highly Confidential, submitted in connection with the Motion.

4. Attached hereto as Exhibit 2 is a true and correct copy of ███████ ███████████████████████████████████████ ████████████████ which is bates-stamped TRB0633720-796 with the confidentiality designation of Highly Confidential, submitted in connection with the Motion.

5. Attached hereto as Exhibit 3 is a true and correct copy of the *Response of Law Debenture Trust Company of New York to the Examiners' Information and Position Requests*, dated May 24, 2010 (without exhibits), submitted in connection with the Motion.

6. Attached hereto as Exhibit 4 is a true and correct copy of the *Reply of Law Debenture Trust Company of New York in Response to the Parties' Submissions*, dated June 7, 2010 (without exhibits), submitted in connection with the Motion.

Dated: April 23, 2013
      New York, New York

Respectfully submitted,

*David S. Rosner /jcs*
DAVID S. ROSNER