# Rosner Supp. Decl. Exhibit 1

# FILED UNDER SEAL