# Rosner Supp. Decl. Exhibit 2

# FILED UNDER SEAL