**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 23rd day of April, 2013, I caused a copy of the foregoing *Reply in Support of Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)* to be served upon those listed on the attached service list *via* United States First Class Mail.

/s/ Mary E. Augustine
Mary E. Augustine (No. 4477)