IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :
                                                :  Chapter 11
TRIBUNE COMPANY, et al.,                        :
                                                :  Case No. 08-13141 (KJC)
                    Debtors.                    :
                                                :  (Jointly Administered)
                                                :  Hearing Date: May 22, 2013 at 11:00 a.m.
                                                :  Objection Deadline: May 15, 2013 at 4:00 p.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 23, 2013, Law Debenture Trust Company of New York ("Law Debenture") filed the attached *Motion of Law Debenture Trust Company of New York to Seal: (i) Reply in Support of Motion for Substantial Contribution, and (ii) Declaration in Support of Reply in Support of Motion for Substantial Contribution* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, are required to be filed on or before **May 15, 2013 at 4:00 p.m.** (the "Objection Deadline"). Any responses or objections to the Motion shall be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **May 22, 2013 at 11:00 a.m.** before the Honorable Kevin J. Carey, Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 23, 2013

BIFFERATO GENTILOTTI LLC

*/s/ Mary E. Augustine*
Garvan McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
1013 Centre Road, Suite 102
Wilmington, DE  19805
Telephone: (302) 429-1900
Facsimile (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

-and-

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Attorneys for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*