**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on this 23rd day of April, 2013, I caused a copy of the foregoing *Motion of Law Debenture Trust Company of New York to Seal: (i) Reply in Support of Motion for Substantial Contribution, and (ii) Declaration in Support of Reply in Support of Motion for Substantial Contribution* to be served upon those listed on the attached service list *via* United States First Class Mail.

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)