**SIGN-IN-SHEET**

CASE NAME: Tribune Company
CASE NO.        08-13141-KJC

COURTROOM LOCATION: 5
DATE: April 24, 2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jim Stoll | Brown Rudnick | Wilmington Trust, as Indenture Trustee |
| Robert Stark | " | " " |
| Bill Sullivan | Sullivan Hazeltine Allinson | " " |
| Dave Adler | MCCARTER + English | DB74A |
| Wayne Mazer | " | DB74A |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Matt Stein | Kasowitz Benson | " |
| Christopher Simon | Cross & Simon, LLC | Washington-Baltimore Newspaper Guild |
| Norman Pernick | Cole Schotz | Debtors |
| James Bendernagel | Sidley | " " |
| Ken Kansa | " | " |
| James Johnston | Jones Day | " " |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| J.M. Stoll | " | " " |
| Bill Sullivan | Sullivan Hazeltine | " " |
| David L. Buchbinder | USTP / DOS | UST |

# S I G N - I N - S H E E T

**CASE NAME: Tribune Company**
**CASE NO.        08-13141-KJC**

**COURTROOM LOCATION: 5**
**DATE:** April 24, 2013

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Brakel | Collect Sink Brakel&Son | Wales |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

#5

| Calendar Date: | 04/24/2013 |
| Calendar Time: | 10:00 AM ET |

Amended Calendar 04/24/2013 06:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 5568367 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5557438 | Michael Dagostino | (415) 393-2053 | Bingham McCutchen, LLP | Interested Party, Michael Dagostino / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5566761 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke, LLP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5570776 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson & Kempner / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 5568188 | Maureen A. Dombeck | (773) 871-5755 | Maureen A. Dombeck - In Pro Per/Pro | Interested Party, Maureen Dombeck / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5569382 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5566822 | Laura J. Eisele | (248) 204-0675 | AlixPartners, LLC ( ALL OFFICES ) | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5570751 | David Eldsveld - Client | (312) 222-4707 | Cole, Schotz, Meisel, Forman & Leona | Personal Representative, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5566839 | Ronald Flagg | (202) 736-8171 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5566833 | Matthew Frank | 312-371-9955 | Alvarez & Marsal LLC. | Interested Party, Brian Whitman / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5566799 | Andrew Goldfarb | (202) 778-1800 | Zuckerman Spaeder LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5568184 | Andrew K. Haefele | (949) 797-1267 | Payne & Fears LLP | Other Prof., Payne & Fears LLP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 5566542 | Gregory A. Kopacz | (212) 547-5620 | McDermott Will & Emery (New York) | Debtor, Tribune Company / LIVE |

Peggy Drasal ext. 802

CourtConfCal2012

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 5547082 | Sheron Korpus | 212-506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566780 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566483 | Jillian Ludwig | 312-853-7523 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5566458 | Joshua M. Mester | 213-243-2508 | Jones Day | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company | 08-13141 | Hearing | 5568149 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5547076 | Christine Montenegro | (212) 506-1715 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company | 08-13141 | Hearing | 5555167 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566313 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566976 | Marc Roitman | (212) 408-5271 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke, LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566465 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566476 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5553608 | Michael S. Rudnick | (212) 373-3023 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5570023 | Alan Stone | (212) 530-5285 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Amalgamated Bank / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 5568680 | John Theil | (314) 291-3030 | Stuart Maue | Representing, Fee Examiner / LIVE |
| Tribune Company | 08-13141 | Hearing | 5374032 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI - TRB, LLC / LIVE |
| Tribune Company | 08-13141 | Hearing | 5566599 | Eli Vonnegut | (212) 450-4331 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank NA / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | | 5566805 | Jason Warsawsky | (212) 883-3832 | Moelis & Company | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company | 08-13141 | Hearing | | 5553613 | Erica Weinberger | 212-373-3422 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | | 5568123 | Geraldine Weiss | (310) 312-1102 | Law Offices of Michael J. Piuze | Interested Party, Marta Waller / LIVE |
| Tribune Company | 08-13141 | Hearing | | 5493798 | John W. Weiss | (212) 210-9412 | Alston & Bird LLP | Interested Party, Ernst & Young LLP / LIVE |
| Tribune Company | 08-13141 | Hearing | | 5565956 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |