UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket No. 13221 and 13345 |

### CERTIFICATION OF COUNSEL REGARDING APPLICATION OF PAYNE & FEARS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS ORDINARY COURSE COUNSEL TO LOS ANGELES TIMES COMMUNICATIONS LLC FROM DECEMBER 2011 THROUGH APRIL 2012

The undersigned, counsel to the Reorganized Debtors in the above-captioned case, hereby certifies that:

1. On February 22, 2013, the Application of Payne & Fears LLP for Allowance and Payment of Compensation for Services Rendered and Expenses Incurred as Ordinary Course

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9478399v1

Counsel to Los Angeles Times Communications LLC from December 2011 through April 2012 (the "Application") [Docket No. 13221], was filed with the Court.

2. Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than March 14, 2013. No answer, objection or other responsive pleading was filed with respect to the Application. Accordingly, on March 19, 2013, a Certification of No Objection was filed with the Court (the "CNO") [Docket No. 13354].

3. Following submission of the CNO, the Court raised two issues with respect to specific costs sought in the Application. Following an examination of the photocopy costs, Applicant voluntarily accepted a reduction in the amount of $134.78 with respect to such costs.

4. Attached hereto for the Court's consideration is a revised proposed Order Allowing Compensation to Payne & Fears LLP for Services Rendered and Expenses Incurred as Ordinary Course Counsel to Los Angeles Times Communications LLC During the Period From December 2011 Through April 2012 (the "Revised Proposed Order"), which reflects the cost reduction and provides for the payment of total expenses in the amount of $3,124.98, as opposed to $3,259.76 as provided in the proposed order filed with the Application.

5. It is hereby respectfully requested that the Court enter the Revised Proposed Order at the earliest convenience of the Court.

Dated: April 24, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

46429/0001-9478399v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _/s/ Kate Stickles_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS