IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 13341, 13410, 13429, and 13441 |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTORS' SIXTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1. On March 18, 2013, the Reorganized Debtors filed the Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (the "Objection") (Docket No. 13341) with the Court.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9487138v1

2.      Pursuant to the notice filed and served with the Objection, responses, if any, to the Objection were required to have been filed with the Court and served no later than 4:00 p.m. on April 10, 2013 (the "Response Deadline").

3.      On April 9, 2013, claimant Mark Jacobs filed a response to the Objection to the extent it relates to Claim No. 2760 filed by Mr. Jacobs (Docket No. 13429) (the "Response").

4.      On April 11, 2013, the Reorganized Debtors filed a reply to the Response (Docket No. 13441) (the "Reply").

5.      On April 24, 2013, the Court held a hearing on the Objection, the Response, and the Reply at which counsel for the Reorganized Debtors participated. At the conclusion of such hearing, the Court directed counsel for the Reorganized Debtors to submit a proposed order sustaining the objection, which proposed order was to include a statement consistent with the statements made by the Reorganized Debtors in the Objection, the Reply, and on the record at the hearing that, in the event that one of the holders of the No Liability Assumed Workers' Compensation Claims on Exhibit A seeks a redetermination of a denial of their workers' compensation claim or a readjustment of their workers' compensation benefits from their relevant workers' compensation commission, liability for any potential additional amounts awarded has been assumed by the Reorganized Debtors, subject to the Reorganized Debtors' rights with respect to any such request for redetermination or readjustment under applicable state law (the "Proposed Order").

6.      The Reorganized Debtors respectfully request the Court enter the Proposed Order attached hereto as Exhibit A.

Dated: April 26, 2013

    SIDLEY AUSTIN LLP
    James F. Conlan
    Kenneth P. Kansa
    Jillian K. Ludwig
    Michael T. Gustafson
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    -and-

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

By: ___/s/___
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131

    ATTORNEYS FOR REORGANIZED DEBTORS