IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 13341, 13410, 13429, and 13441, 13486 |

ORDER SUSTAINING REORGANIZED DEBTORS' SIXTY-SEVENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS
502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3001, 3003, AND 3007, AND LOCAL RULE 3007-1

("NO LIABILITY CLAIMS")

This matter having come before the Court on the Reorganized Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims (Docket No. 13341), by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1,

(i) disallowing in full and expunging the No Liability Assumed Workers' Compensation Claims

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

7624891

set forth on <u>Exhibit A</u>, (ii) disallowing in full and expunging the No Liability Tax Claim set forth on <u>Exhibit B</u>, and (iii) directing the Claims Agent to modify the Disputed Claims on the Claims Register; and upon consideration of the Objection, the Rodden Declaration, the Response of Mark Jacobs to the Objection (Docket No. 13429), and the Reorganized Debtors' Reply thereto (Docket No. 13441); and this Court having held a hearing on the matter on April 24, 2013; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Objection is sustained; and it is further

ORDERED, that each of the No Liability Assumed Workers' Compensation Claims set forth on <u>Exhibit A</u> hereto is hereby disallowed and expunged; and it is further

ORDERED, that in the event that one of the holders of the claims on <u>Exhibit A</u> seeks a redetermination of a denial of their workers' compensation claim or a readjustment of their workers' compensation benefits from their relevant workers' compensation commission, liability for any potential additional amounts awarded has been assumed by the Reorganized Debtors, subject to the Reorganized Debtors' rights with respect to any such request for redetermination or readjustment under applicable state law; and it is further

ORDERED, that the No Liability Tax Claim set forth on <u>Exhibit B</u> hereto is hereby disallowed and expunged; and it is further

ORDERED, that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

7624891

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
April 29, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

3

7624891