**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____
                                            )
In re:                                      )    Chapter 11
                                            )
Chicagoland Publishing Company              )    Case No. 08-13156
                        Debtor(s).          )
_____)

**NOTICE OF WITHDRAWAL OF CLAIM**
**FILED BY THE ILLINOIS DEPARTMENT OF REVENUE**

The Illinois Department of Revenue hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount   |
|---------|------------|----------|
| 780     | 3/20/2009  | $53.16   |
| 781     | 3/20/2009  | $1834.89 |
| 7117    | 5/14/2012  | $170.80  |

/s/ Helen Ko

Revenue Tax Specialist