IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13475 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2013, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 24, 2013 at 10:00 A.M. before the Honorable Kevin J. Carey," dated April 23, 2013 [Docket No. 13475], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail (No Signature Required) to those parties listed on the annexed Exhibit B,

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

    iii.    delivered via facsimile to those parties listed on the annexed Exhibit C, and

    iv.    delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    _/s/ Kerry O'Neil_
                                                                      Kerry O'Neil

Sworn to before me this
25th day of April, 2013

_/s/ Notary_
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

**TRB AGENDA 4-23-13**
Marbury L. von Briesen
401 Plumbridge Court
Timonium, MD 21093-8125

**TRB AGENDA 4-23-13**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 4-23-13**
Mr Herbert E. Eye
35 Apple Orchard Lane
Franklin, WV 26807-7585

**TRB AGENDA 4-23-13**
Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 4-23-13**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 4-23-13**
Persistence Pays, Inc.
4158 Farmdale Avenue
Studio City, CA  91604

| Claim Name | Address Information |
| --- | --- |
| D.C. TREASURER | GOV'T OF THE DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE P.O. BOX 37559 WASHINGTON DC 20013 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| DARR, THOMAS | 1019 BRIDLESIDE DR INDIAN TRAIL NC 28079-4502 |
| ESPOSITO, ROGER | 20 MAYWOOD PLACE KINGS PARK NY 11754 |
| GREENE, ERICKA | C/O DAVID GREENSTEIN 205 WEST RANDOLPH STREET CHICAGO IL 60606 |
| JACOBS, MARK | 1544 TOWHEE CT VENTURA CA 93003-6276 |
| MARTINEZ, MICHAEL | 9019 HARGIS ST. LOS ANGELES CA 90034-1926 |
| NESTOE, MICHELE | C/O ANGIULI, KATKIN 60 BAY ST STATEN ISLAND NY 10301 |
| NORDBROOK, JAMES | C/O JEFFREY KOMIN 6301 RITCHIE HWY GLEN BURNIE MD 21061 |
| PENITA, HARRIS | C/O STEPHEN SMALLING 55 WEST MONROE SUITE 900 CHICAGO IL 60603 |
| STATE OF MICHIGAN, DEPARMENT OF TREASURY | HEATHER L. DONALD, ASST ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| STEWART, MICHAEL | C/O EDWARD SINGER 2801 OCEAN PARK BLVD #199 SANTA MONICA CA 90405 |
| TRUJILLO, JEAN | 365 ROUTE 111 APT C13 SMITHTOWN NY 11787 |
| VAZOULAS, JEAN | 798 HIGHVIEW AVE WESTBURY NY 11590 |

**Total Creditor count  12**

**EXHIBIT B**

**Overnight service list –4-23-13 Amended Agenda – <u>No Signature Required</u>**

Ms. Maureen Dombeck
4923 N. Wolcott, Unit GA
Chicago, IL  60640

Mr. Michael R. Lufrano
5707 N. Ravenswood
Chicago, IL  60660

Mr. Mark Jacobs
1544 Towhee Ct.
Ventura, CA  93003

**EXHIBIT C**

| NAME | FAX |
|---|---|
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Andrew Goldman, Esquire | 212-230-8888 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Daniel H. golden, Esquire/David M. Zensky, Esquire/Philip Dublin, Esquire | 212-872-1002 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David Adler, Esquire | 212-609-6921 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| David G. Culley, Esquire | 302-658-4018 |
| David M. Buchbinder, Esquire | 302-573-6497 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 317-231-7433 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| David S. Rosner, Esquire/Andrew K. Glenn, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| David W. Reimann, Esquire | 310-414-3011 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Donna Harris, Esquire | 302-442-7046 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| James E. Huggett, Esquire | 302-888-1119 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| James S. Green, Sr., Esquire | 302-888-0606 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Joel E. Friedlander, Esquire | 302-573-3501 |
| John C. Phillips, Esquire | 302-655-4210 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Richard Slack, Esquire | 212-310-8007 |
| Joseph Grey, Esquire | 302-777-4224 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Margaret F. England, Esquire | 302-425-0432 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Mr. John E. Nesbitt | 312-454-1630 |
| Norman P. Fivel, Assistant AG | 518-473-1572 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| Robert E. Paul, Esquire | 202-223-8417 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| William Hazeltine, Esquire | 302-428-8195 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |

**EXHIBIT D**

| NAME | EMAIL ADDRESS |
|---|---|
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Alan D. Holtz | aholtz@alixpartners.com |
| Albert Leung | aleung@alixpartners.com |
| Andrea Clark Smith, Director | andrea.clark.smith@us.pwc.com |
| Andrew Goldfarb, Esquire | agoldfarb@zuckerman.com |
| Bradley Dunn, Director | bradley.dunn@lazard.com |
| Brian Whittman, Managing Director | bwhittman@alvarezandmarsal.com |
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Christopher L. Meazell, Esquire | cmeazell@dowlohnes.com |
| David L. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |
| David M. LeMay, Esquire | dlemay@chadbourne.com; hlamb@chadbourne.com |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com |
| Edward J. Lesniak, Esquire | elesniak@burkelaw.com |
| Erica G. Weinberger, Esquire | eweinberger@paulweiss.com |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire/David M. Buchbinder, Esquire/William M. Kelleher, Esquire | rosner@teamrosner.com |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire/David M. Buchbinder, Esquire/William M. Kelleher, Esquire | leonhardt@teamrosner.com |
| Gino Pasquale, Paralegal | ginopasquale@dwt.com |
| Graeme W. Bush, Esquire | gbush@zuckerman.com |
| Gregory Kopacz, Esquire | gkopacz@mwe.com |
| Herbert E. Eye | chriseyec@aol.com |
| Howard Seife, Esquire | hseife@chadbourne.com |
| J. Cory Falgowski, Esquire | jfalgowski@reedsmith.com |
| James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| James S. Green, Sr., Esquire | jgreen@svglaw.com |
| James Sottile, Esquire | jsottile@zuckerman.com |
| Jeffrey R. Zilka | jeff.zilka@edelman.com |
| Jennifer M. McManus, Paralegal | jmcmanus@seyfarth.com |
| Jens Olson | jens.olson@moelis.com |
| Jeremy Sherman, Esquire | jsherman@seyfarth.com |
| Jillian K. Ludwig, Esquire | jillian.ludwig@sidley.com |
| John F. Theil, Esquire | tribunebkr@smmj.com; j.theil@smmj.com |
| Kelli Sager, Esquire | kellisager@dwt.com |
| Kenneth P. Kansa, Esquire | kkansa@sidley.com |
| Landon S. Raiford, Esquire | lraiford@jenner.com |
| Leslie Salcedo, Paralegal | leslie.salcedo@alston.com; john.spears@alston.com |
| Marbury L. von Briesen | mvbbvb@comcast.net |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Marueen Dombeck | maureendombeck@yahoo.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com; panchak@lrclaw.com |
| Matthew Frank | mfrank@alvarezandmarsal.com |

| | |
|---|---|
| Michael Gustafson, Esquire | mgustafson@sidley.com |
| Michael R. Lufrano | mlufrano@cubs.com |
| Michael Rudnick, Esquire | mrudnick@paulweiss.com |
| Nava Havan, Esquire | nhazan@mwe.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| Sandhya Sistla | sandhya.sistla@moelis.com |
| Shaina D. Jones, Esquire | sjones@lskslaw.com |
| Shonda M. Finseth | shonda.m.finseth@us.pwc.com |
| Stefanie Wowchuk McDonald, Esquire | stefanie.mcdonald@snrdenton.com |
| William T. England, Director | william.t.england@us.pwc.com |