# EXHIBIT A

## Claims Settlement Report

TRIBUNE COMPANY, ET AL
NINTH CLAIM SETTLEMENT REPORT

| # | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|-----------------|----------------|-----------------|-----------------|----------------|-----------------|
| 1 | CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | 5785 | Tribune Company | Unsecured | $75,649.06 | Tribune Company | Unsecured | $0.00 |
| 2 | CAWLEY CHICAGO PORTFOLIO, LLC<br>C/O EKL WILLIAMS PLLC<br>901 WARRENVILLE ROAD #175<br>LISLE, IL 60532 | 5830 | Tribune Company | Unsecured | $75,649.06 | Chicago Tribune Company | Unsecured | $40,000.00 |
| 3 | CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | 4694 | Tribune Broadcasting Company | Unsecured | $14,998.29 * | Tribune Broadcasting Company | Unsecured | $14,998.29 |
| 4 | CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | 4699 | Tribune Broadcasting Company | Unsecured | $1,483,524.97 * | Tribune Broadcasting Company | Unsecured | $1,120,137.09 |
| 5 | CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | 4703 | Tribune Broadcasting Company | Unsecured | $2,000.00 * | Tribune Broadcasting Company | Unsecured | $2,000.00 |
| 6 | CBS TELEVISION DISTRIBUTION<br>2401 COLORADO AVE, SUITE 110<br>SANTA MONICA, CA 90404 | 4705 | Tribune Broadcasting Company | Unsecured | $2,843.51 * | Tribune Broadcasting Company | Unsecured | $2,843.51 |
| 7 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3541 | Tribune Company | Unsecured | $235,474.58 | Tribune Publishing Company | Unsecured | $219,256.09 |
| 8 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3542 | Orlando Sentinel Communications Company | Unsecured | $16,104.33 | Orlando Sentinel Communications Company | Unsecured | $16,104.33 |
| 9 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3543 | Sun-Sentinel Company | Unsecured | $18,655.17 | Sun-Sentinel Company | Unsecured | $18,655.18 |
| 10 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3544 | Los Angeles Times Newspapers, Inc. | Unsecured | $20,413.14 | Tribune Publishing Company | Unsecured | $20,413.14 |
| 11 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3545 | Chicago Tribune Company | Unsecured | $16,274.76 | Chicago Tribune Company | Unsecured | $16,274.76 |
| 12 | CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3546 | The Baltimore Sun Company | Unsecured | $18,426.84 | The Baltimore Sun Company | Unsecured | $18,426.84 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL
NINTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 13 CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3547 | The Hartford Courant Company | Unsecured | $5,378.27 | The Hartford Courant Company | Unsecured | $5,378.27 |
| 14 CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3548 | The Daily Press, Inc. | Unsecured | $7,573.39 | The Daily Press, Inc. | Unsecured | $7,573.39 |
| 15 CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 3549 | The Morning Call, Inc. | Unsecured | $8,268.04 | The Morning Call, Inc. | Unsecured | $8,268.04 |
| 16 CCI EUROPE INTERNATIONAL INC<br>C/O BALLARD SPAHR LLP<br>ATTN: CHRISTOPHER S. CHOW<br>919 N. MARKET STREET, 12TH FLOOR<br>WILMINGTON, DE 19801-3034 | 5973 | Southern Connecticut Newspapers, Inc. | Unsecured | $12,827.77 | Southern Connecticut Newspapers, Inc. | Unsecured | $0.00 |
| 17 COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 6769 | The Morning Call, Inc. | Administrative | $315,077.00 | The Morning Call, Inc. | Administrative | $302,086.00 |
| 18 HARTNEY, MARY | 3201 | Tribune Company | Priority | $746.40 | The Baltimore Sun Company | Administrative | $746.40 |
| 19 ISAKSEN INVESTMENTS, LLC<br>1900 AVENUE OF THE STARS STE 1100<br>LOS ANGELES, CA 90067-4402 | 6467 | Tribune Company | Unsecured | $125,253.75 | Los Angeles Times Communications LLC | Unsecured | $64,086.40 |
| 20 LANESEY, WILLIAM A. | 4317 | Tribune Company | Unsecured | $83,400.00 | KPLR, Inc. | Unsecured | $50,040.00 |
| 21 LEE, JEFFRY | 2624 | Tribune Company | Priority | $10,000.00 | The Hartford Courant Company<br>The Hartford Courant Company | Priority<br>Unsecured<br>Subtotal | $4,931.51<br>$5,068.49<br>$10,000.00 |
| 22 MAJESTIC REALTY CO. AND<br>YORBA LINDA SUB, LLC<br>C/O DAVID W.REIMANN, THE REIMANN LAW GRP<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 | 6119 | Los Angeles Times Communications LLC | Administrative<br>Unsecured<br>Subtotal | $118,693.43<br>$318,516.48<br>$437,209.91 | Los Angeles Times Communications LLC | Unsecured | $370,000.00 |
| 23 PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 6699 | The Morning Call, Inc. | Priority<br>Secured<br>Unsecured<br>Subtotal | $635,215.00<br>$0.00<br>$9,750.00<br>$644,965.00 | The Morning Call, Inc. | Priority | $67,260.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL
NINTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 24 TW TELECOM INC<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 6306 | Tribune Company | Administrative<br><br>Unsecured<br>Subtotal | $11,641.97<br><br>$17,943.95<br>$29,585.92 | Los Angeles Times Communications LLC<br>KSWB Inc.<br>Los Angeles Times Communications LLC<br>Orlando Sentinel Communications Company<br>Tribune Media Services, Inc.<br>Tribune Television Company<br>WPIX, Inc. | Administrative<br>Unsecured<br>Unsecured<br>Unsecured<br>Unsecured<br>Unsecured<br>Unsecured<br>Subtotal | $27,221.83<br>$2,539.09<br>$12,865.74<br>$1,357.20<br>$1,315.89<br>$5,981.53<br>$1,067.96<br>$52,349.24 |
| 25 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4608 | Tribune Television Northwest, Inc. | Unsecured | $1,314,423.00 * | Tribune Television Northwest, Inc. | Unsecured | $1,306,652.86 |
| 26 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4609 | Tribune Television Company | Unsecured | $445,659.00 * | Tribune Television Company | Unsecured | $363,326.07 |
| 27 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4610 | KIAH Inc. | Unsecured | $125,387.00 * | KIAH Inc. | Unsecured | $125,387.13 |
| 28 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4611 | KPLR, Inc. | Unsecured | $112,537.00 * | KPLR, Inc. | Unsecured | $99,766.70 |
| 29 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4612 | KSWB Inc. | Unsecured | $514,630.00 * | KSWB Inc. | Unsecured | $514,630.00 |
| 30 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4613 | KTLA Inc. | Unsecured | $839,210.00 * | KTLA Inc. | Unsecured | $838,709.68 |
| 31 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4614 | Tribune Broadcast Holdings, Inc. | Unsecured | $394,193.00 * | Tribune Broadcast Holdings, Inc. | Unsecured | $394,193.51 |
| 32 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4615 | Channel 40, Inc. | Unsecured | $777,748.00 * | Channel 40, Inc. | Unsecured | $770,165.04 |
| 33 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4616 | WDCW Broadcasting, Inc. | Unsecured | $181,820.00 * | WDCW Broadcasting, Inc. | Unsecured | $181,820.42 |
| 34 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4617 | WGN Continental Broadcasting Company | Unsecured | $469,529.00 * | WGN Continental Broadcasting Company | Unsecured | $469,529.03 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL
NINTH CLAIM SETTLEMENT REPORT

| | | ASSERTED | | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | CLASS | AMOUNT | | DEBTOR | CLASS | AMOUNT |
| 35 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4618 | Tribune Television New Orleans, Inc. | Unsecured | $73,280.00 | * | Tribune Television New Orleans, Inc. | Unsecured | $73,279.56 |
| 36 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4619 | Tribune Television Company | Unsecured | $265,591.00 | * | Tribune Television Company | Unsecured | $265,591.39 |
| 37 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4620 | WPIX, Inc. | Unsecured | $978,495.00 | * | WPIX, Inc. | Unsecured | $978,494.61 |
| 38 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4621 | Tribune Television Company | Unsecured | $189,940.00 | * | Tribune Television Company | Unsecured | $189,940.00 |
| 39 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4622 | Channel 39, Inc. | Unsecured | $886,775.00 | * | Channel 39, Inc. | Unsecured | $867,262.32 |
| 40 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4623 | Tribune Television Company | Unsecured | $363,528.00 | * | Tribune Television Company | Unsecured | $363,528.46 |
| 41 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4624 | Tribune Television Company | Unsecured | $422,870.00 | * | Tribune Television Company | Unsecured | $416,369.99 |
| 42 TWENTIETH TELEVISION<br>ATTN: JODI REA, SVP SALE & CREDIT ADMIN<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 4625 | Tribune Television Holdings, Inc. | Unsecured | $93,140.00 | * | Tribune Television Holdings, Inc. | Unsecured | $93,140.24 |
| 43 YANT, TREY C. | 6675 | No Debtor Asserted | Priority | $53,993.48 | | Tribune Broadcast Holdings, Inc. | Unsecured | $53,993.48 |
| 44 YANT, TREY C. | 843 | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$29,866.82<br>$40,816.82 | | No Debtor Asserted | Priority<br>Unsecured<br>Subtotal | $0.00<br>$0.00<br>$0.00 |
| | | | TOTAL | $12,203,864.46 | | | TOTAL | $10,792,677.46 |

* - Indicates claim contains unliquidated and/or undetermined amounts