

**FW:Fw: Fw: Fw: Fw: tribune bankruptcy**

Maureen Dombeck  to: Chambers_of_Judge_Kevin_Carey@Deb.
USCourts.Gov,
Nancy_Hunt@Deb.USCourts.Gov,

04/25/2013 09:04 PM

**Please respond to Maureen Dombeck**

| History: | This message has been forwarded. |
|---|---|

Honorable Judge Carey, Court Clerk Ms Hunt, Mr Kansa, Ms Ludwig, Ms Stickles, Mr Robinson, Tribune Debtors and Attorneys and Representatives of Sidley Austin, LLP, Cole, Schotz, Meisel, Forman and Leonard, PA, prior to and after Plan confirmation and organization and reorganization, both mine and yours(circa 1991, past, present and future)and all others named or not named, alive or dead.

On this day, Thursday, April 25th, 2013 at 3:16 pm CST, I Maureen Dombeck, Pro-Se Representation for Self do hereby, send this electronic message (email)and second motion for Mistrial, Obstruction of Justice and Contempt of Court based on Direct Account of Honorable Judge Carey(special mention and comment on Judge Carey's remark of how I am trying to initiate and solicit a response from President Obama and First Lady Michelle Obama and again these requests were made to Operator 7 at the 800 Comment line in Washington and on voice mail messages to your Staff and via obviously, acknowledged email electronic and recorded voice mail  messages)and I perceived your(Honorable Judge Carey) comments were made in a condescending, patronizing, malicious manner and meant to discredit my claims and motions as being   frivolous and without merit, and prejudice your determination of my claim and previous Motions against Debtors, Tribune Co, Sidley Austin, et al.who previous Motion (electronic delivery on 4/12/13 @ 1:12 pm, to call Mistrial for Obstruction of Justice and Contempt of Court (and were made on my Goverment subsidized, Safelink phone)  Maureen Dombeck, Pro Se Representative of self , respectfully. expect determination of such motion,(As it(determination of Motion) was not forthcoming nor acknowledged and no determination was made during 4/24/13 @ 10 am EST Conference Call) furthermore and pursant and to reiterate previous motion for same, Mistrial, Obstruction of Justice and Contempt of Court, requested via electronic message(email)sent to Honorable Judge and Delaware Bankruptcy Courts on 4/12/13 @ 1:12 pm CST,(and attached for your convenience)( also, reiterate, this motion not determined by the Courts and yourself, Honorable Judge Carey as Sitting Judge presiding over Case # 08-13141,  as pursuant to  original claim and all other motions acknowledged and allowed by Honorable Judge Carey and Delaware Courts and Debtor's Council, Sidley, Austin,et al representing Tribune Co, et al(this will represent and suffice for all other motions made to same)via this method of electronic message and filing(email)as mirroring Sidley Austin, Tribune Debtor's, et al method of delivery and so as not to construe the Courts  as capricious, continue this method of delivery
Pursuant to our Court Call Conference of yesterday, 4/24/13 @ 10 am EST as you(Honorable Judge Carey)I, Maureen Dombeck, Pro-Se Representation of Self, and Debtor's Council, Tribune Co, Sidley Austin, et al were present.  Per the Sidley Austin, et al,

Tribune Debtor's Council Representative,and the Courts, a motion was made to hear #18 on the Docket, Maureen Dombeck's status claim  prior to other claims.  Honorable Judge, per Direct Account, you chastized me for calling and emailing the Courts and not following procedures (and attached for your convenience, are said emails and addendum claims and motions as delivered electronically as per original and subsequent claims and acknowledged and derterminations made by the Courts to allow and to not be construed as capricious all information presided over by yourself and also acknowledged by Debtor's Council, Sidley Austin, et al.  I will address each of your statements with my response individually, although, your statements were made
concurrently and my response was requested after you spoke and in turn gave me the floor, so as to keep with the thread of honesty and integrity of the Courts and Justice System.  My initial response was to again motion for mistrial, and did not receive a response from yourself, Honorable Judge Carey verbally, and  as stated in my previous motion electronic delivery email dated 4/12/13 @ 1:12 pm CST, and also not receiving a determination nor response.
I additionally responded with the statement and per Direct Account and previous Court transcripts, I reminded you, Honorable Judge Carey of your comment to "feel free to contact the Courts if we may be of assistance." You (Honorable Judge Carey)responded "I may have said that" I, Maureen Dombeck, Pro Se Representation for self then reminded the Courts of pursuant previous correspondences and motions acknowledged and determined(original claim, et al)and as mirroring Debtor's Council, Sidley Austin,motions, et al and as to not be construed as capricious in any of our capacities.( additionally, please see disclaimer listed after my salutation and closing remarks) I, Maureen Dombeck, Pro-Se for Self then mentioned there were no forms on the Delaware Bankruptcy website and following my intent to be consistant and not capricious and intent for honesty and Justice,stated that I would "wing" it by following previous acknowledged and determined method of electronic delivery (email) as per previous motions and especially pursuant to previous Original Claim also delivered by electronic method (email).
Honorable Judge Carey you then stated no further responses would be heard or allowed from myself,(it is unfortunate that transcripts cannot provide "tone" of questioning, responses examinations,cross examinations and motions and appeals) Maureen Dombeck, Pro-Se Representation of Self and that I had the option to either hang up or remain on the call in silent mode.  I, Maureen Dombeck, Pro-Se Representative for Self, then elected to disconnect the Court Call, as pursuant to my Motion for Mistrial and Obstruction of Justice and Contempt of Court, as I am expecting a determination, quite possibly and with all due respect I could have possibly been in "silent mode" at the start of the Court Call Conferenceand through the duration of such call, and do not expect the claims,  motions, addendums and content matter of such pursuant to be stricken by mere technicalities,or non-compliance or no acknowledgement by the Courts, as of this day April 25th, 2013 at time now 4:52 pm CST, reflecting real time.  I also want to go on record as stating I prefaced every one of my answers and comments to Honorable Judge Carey with "with all due respect" and once I believe I apologized for my exhuberance and mana and stated "I don't mean to to cut you off" when reminding the Courts and attempting to assist the Courts  of previous testimonies on behalf of Honorable Judge Carey, Debtor's Council, Sidley

Austin, Tribune Co, et al and Maureen Dombeck, Pro-Se Representation of Self.
I await to be contacted by yourself, Honorable Judge Carey  and Delaware Bankruptcy
Courts in regards to my  un acknowledged Motions and  all Claims, including Professional
fee Claims,   and your Determination regarding Debtors, Tribune Co, Sidley, Austin, et al

Regards and in all Truth and Honesty and Ethical Manner,

Maureen Dombeck
Pro-Se Representation of Self
4923 N Wolcott Ave GA
Chicago, Il 60640-3339
773 273 5735
**************************************************************************
This and all past, present and future emails(and attachments or absence of attachments)
delivered to Honorable Judge Carey and Delaware Bankruptcy Courts, all Representation of
Debtor's Tribune Co, et al, and their Councils, including Sidley, Austin, Epiq, Cole, Shotz, et
al and all other parties alive or dead, past, present and future, named and not named, in
connection with this Case # 08-13141 and all other Claim numbers and docket numbers
and mentions of such and to not be taken or construed in a capricious manner and for
the mentioned intended recepients for all electronic delivery and correspondence in
regards to such. as all are valid court documents for express purpose of determinations of
Delaware Bankruptcy Courts and sent and replied by Maureen Dombeck, Pro Se
Representation of Self.  If this email has been directed to any unamed party in the
recepient fields, please immediately delete.    Mahalo
**************************************************************************
----- Forwarded Message -----
**From:** Maureen Dombeck <maureendombeck@yahoo.com>
**To:** "Chambers_of_Judge_Kevin_Carey@DebUSCourts.Gov"
<Chambers_of_Judge_Kevin_Carey@DebUSCourts.Gov>
**Cc:** "Nancy_Hunt@DebUSCourts.Gov" <Nancy_Hunt@DebUSCourts.Gov>
**Sent:** Friday, April 12, 2013 7:23 AM
**Subject:** FW: Fw: Fw: Fw: tribune bankruptcy
Honorable Judge Carey,

With all due respect, and not to ignite your ire, or act in a scurrilous, contemptable
manner, much as the Debtors Council and their conspirators in the form of Tribune Co, et
al, I question the remarks made on April 9th @ 4:30 pm, by Council Ken Kansa, with
Council Jillian Ludwig in attendance,via conference call, that " he(Council Kansa)e was
aware I (Maureen Dombeck) had been making several calls to Your (Honorable Judge
Carey's) Court". (As related to you Direct Account) Upon hearing this remark, Honorable
Judge Carey, I question the integrity and confidentiality of your Court and which member(s)
of your Staff would breech said confidence to Debtor's Council and reveal what I believed to
be private voice mail messages left for specific members of your staff...said personnel
being Donna Cretini, your Assistant, Deb Hunt, Court Assistant and Janet Moore, Court
Clerk. I state such breeches are contemptable on the part of said unidentified Personnel

and on the part of Debtor's Council and reveal a leak in your Chambers. Furthermore, this information is obviously to be used against me and my claims and were received in an ill gotten manner and means. Honorable Judge Carey, in all fairness, this decision should be determined a mistrial and Obstruction of Justice and Contempt of Court and my claims should be decided in favor of myself, Maureen Dombeck, Pro Se Representative for Self as the scales of Justice seem to be unmigitedly tilted to the favor of said Debtors's Council representing Debtors Tribune Co, et al. and perceived as more well received and preferred favors allowed Debtors Council and Tribune Co, et al by reason of some error or serious prejudicial misconduct due to the part of Debtors Council and would taint the proceedings.. Honorable Judge Carey, please forgive my possible perceived courseness and honesty, however, these actions seem to mimic the court proceedings of Chicago as per my experiences of the past 4 years, and I feel Delaware Courts might be subject to being perceived as Daley Center East. I will revisit and remind you of an improper, illegal, no probable cause arrest, (violations too numerous to mention)our ot my home on 7/30/10, and our of Daley Center on 4/20/12 ordered by Judge Panarese during a routine lawsuit, again no probable cause and illegal and improper. I will however, relay some of the violations against my Constitutional, Civil and Human Rights breeched in thse arrests by Government Personnel starting with improper , illegal arrests, no warrant, no Miranda Rights, handcuffed on the curtilage of my home, escessive and unnecessary use of force, pushing me back inside to perform illegal searches of all rooms and illegal seizure of property based on second hand heresay,posession of my keys for over 10 hours, physical damage to home, mental anguish and intrinsic damage to self, defamation, humiliation in Community, pre-meditated arrest, retaliation by Government Officers, conducting private agendas, religious discrimination, loss of FREEDOM, antagonistic questioning by 4 Officers concurrently, false 911 call, lacivious searches and gender discrimination , no inventory of personal items, missing personal items, theft, sadistic treatment, illegal transport from one precinct to another and this harassment and victimization continue to this day, April 12, 2013 at 1:12 pm CST by Uniform, Unmarked Personnel and second and third hand antagonization by gang members in collusion with Police. I am not able to comprehend any other scenerio concerning this breech other than there being a leak in your Chambers that resides in favor of the Debtors and previous aforementioned scenerios and others additionally mentioned  that have been orchistrated by Debtors Council and Tribune Co, et al. I fear I am not able to receive justice as long as this breech has been used against me and my strong requests to press Federal  Criminal Fradulent Charges and Violations against the Tribune Ceo's, Cfo's, Board of Directors , their Attorney's and past and present employees who have profited during this insider stock scheme during the Sam Zell sale and subsequent bankruptcy proceedings. I have beseeched yourself and the Federal Government (President Obama, Michele Obama, Governor Quinn and Congressman Quigley and Senator Kirk to administer the deserved Charges of said violations and breeches of Statutes and subsequent prosecution.

Honorable Judge Carey, Mr Kansa and Ms Ludwig also confirmed status hearing as relating to case 08 13141-KJC , Doc 13423 and now revised Doc 13433 as this claim relates to my claim #3060.and my Pro Se Representation of Self, Maureen Dombeck vs said Debtors. I remind the Courts of all previous, current claims and monetary awards expected as

indicated within prescribed time lines and forwarded in attached emails for your review and convenience as per previous acknowledged claims. Honorable Judge Carey, I do not expect this matter to go forward to the rescheduled April 24th, 2013 Omnibus Hearing at 10 am EST so as not to waste your valuable time and the Courts valuable time in attaining Justice in this and other cases. This information is sworn by myself to be true and honest and respectfully submitted to yourself, Honorable Judge Carey and the US Bankruptcy Courts of Delaware.

Maureen Dombeck
Pro-Se Represemtation for Self
4923 N Wolcott Ave GA
Chicago, Il 60640-3339
773 273 5735
————— Forwarded Message —————
**From:** Maureen Dombeck <maureendombeck@yahoo.com>
**To:** "KKansa@Sidley.com" <KKansa@Sidley.com>; "Jillian.Ledwig@Sidley.com"
<Jillian.Ledwig@Sidley.com>; "Steven.Robinson@Sidley.com" <Steven.Robinson@Sidley.com>;
"KStickles@ColeSchotz.com" <KStickles@ColeSchotz.com>
**Sent:** Monday, April 8, 2013 1:01 PM
**Subject:** FW: Fw: Fw: tribune bankruptcy

Counsels, I am following up this day, Monday, April 8th, Opening Day, 2013 pursuant to previous claims against debtors Tribune Co, et al. I would appreciate a response on status of said claims. Please feel free to contact me at 773 273 5735 between the hours of 9 am and 5 pm.

Respectfully,
Maureen Dombeck
Pro Se Representation for Self
4923 N Wolcott Ave
Chicago, Il 60640-3339
-- Forwarded Message -----
**From:** Maureen Dombeck <maureendombeck@yahoo.com>
**To:** "Chambers_of_Judge_Kevin_Carey@Deb.USCourts.Gov"
<Chambers_of_Judge_Kevin_Carey@Deb.USCourts.Gov>; "Nancy_Hunt@Deb.USCourts.Gov"
<Nancy_Hunt@Deb.USCourts.Gov>; "KKansa@Sidley.com" <KKansa@Sidley.com>; Jillian Ludwig
<jillian.ludwig@sidley.com>; "Steven.Robinson@Sidley.com" <Steven.Robinson@Sidley.com>;
"KStickles@ColeSchotz.com" <KStickles@ColeSchotz.com>
**Sent:** Friday, March 1, 2013 2:51 PM
**Subject:** Fw: Fw: tribune bankruptcy

Honorable Judge Carey, Ms Hunt, Mr Kansa, Ms Ludwig and Ms Stickles, Mr Robinson, Tribune Debtors and Attorneys and Representatives of Sidley Austin LLP and Cole, Schotz, Meisel, Forman and Leonard, PA, prior to and after Plan confirmation and orginazition and reorganization, both mine and yours (circa 1991 past, present, and future) and all others named or not named, alive or dead.

Pursuant to Debtors request for Professional Fee Claims, as of this day, March 1, 2013 , 7:07pm consider this amount of claim to be at or in excess of the amount of $560 million dollars. Consider this amount presented and expected from Debtors inclusive of fees paid

to Creditor, Maureen Dombeck, Pro—Se Representation for self, pursuant for past, present and future services, pursuant to intrinsic damages sustained, loss of freedom,privacy, and pursuit of happiness irreperable defamation and damage control, including irrefutable allegations and non—disclosure of requested stock figures and documents and after having faced  near life ending  and near death experiences, and allegiance and intent to honor God, The Queen Virgin of Guadalupe and Jesus, My Father, John Dombeck and Mother, Charlotte Dombeck, My Country and intent to pay it forward both monetarily and in service pursuant to my intent to pursue charges of criminal fraudulent activity against cowards and predators within and without Tribune Co and their collusion with same. Additionally, with intent to make this World a better place because I am in it.

Respectfully and Sincerely and in Truth, Justice and The American Way, which is synonomous with the Global Way, EarthJustice,
Live Aloha,
Maureen Dombeck
4923 N Wolcott Ave GA
Chicago, Il 60640
773 273 5735

----- Forwarded Message -----
**From:** Maureen Dombeck <maureendombeck@yahoo.com>
**To:** "Chambers_of_Judge_Kevin_Carey@Deb.USCourts.Gov"
<Chambers_of_Judge_Kevin_Carey@Deb.USCourts.Gov>; "Nancy_Hunt@Deb.USCourts.Gov"
<Nancy_Hunt@Deb.USCourts.Gov>; KKansa@Sidley.com; "Jillian.Ludwig@Sidley.Com"
<Jillian.Ludwig@Sidley.Com>; KStickles@ColeSchotz.com; "Steven.Robinson@Sidley.com"
<Steven.Robinson@Sidley.com>
**Sent:** Thursday, February 14, 2013 9:27 AM
**Subject:** FW: Fw: tribune bankruptcy

Honorable Judge Carey, Ms Hunt, Mr Kansa, Ms Ludwig and Ms Stickles, Mr Robinson, Tribune Debtors and Attorneys and Representatives of Sidley Austin LLP and Cole, Schotz, Meisel, Forman and Leonard, PA, prior to and after Plan confirmation and orginazition and reorganization, both mine and yours (circa 1991 past, present and future)and all others named or not named, alive or dead.

Pursuant to your request for Senior Lender Fee/Expense Claims submitted this day,  today February 14th, 2013 at
2:08 pm CST, and pursuant to section 9.1.1 of the Plan as per my interpretations of no specifics other than to be honest and truthful and ethical and acting with integrity in emanations of Services.  Senior Lender for myself, as Pro—Se Representation Counsel for Creditor, Maureen Dombeck, is The United States of America,  and State of Illinois, pursuant to my grateful acceptance of the Hardest Hit Program, LIHEAP and LINK Programs.  Suffice to say these Services are ongoing and everchanging,(with the understanding the forms are being revamped), please accept this rendition,  however, a brief description (to be enumerated upon further request)is the lending of mortgage finances, underwritten and liened by Northern Trust, The Community and Economic Development Association of Cook County, in Partnership with Illinois Department of Commerce,  Commonwealth Edison and Peoples Gas(Integrys) and Illinois Department of

Human Services LINK Program.
In addition to Senior Lender Fee/Expenses, please accept my Professional Fee Claims
pursuant to section 9.2 of the Plan, per notice of Fourth Amemded Joint Plan of
Reorganization for Tribune Co and Its Subsidiaries Proposed by the Debtors, The Official
Committee of Unsecured Creditors, Oaktree Capital Management LP, Angelo Gordon and Co,
and JP Morgan Chase Bank NA. Confirmation of the  Confirmation of the Plan, dated July
23, 2012 docket No. 12939 dated 12/31/12  Itemization and  addendum amount to follow
by 3/1/13.  In addition, to address Creditor's Committee Member Fee/Expense
Claims,pursuant to section 9.1.3 of the Plan, I Maureen Dombeck, Pro-Se Representation,
Counsel for Creditor,  state in all truth and honesty that I am a Creditor Committee
Member of One, itemization and  addendum amount also to follow.

Regards,

Maureen Dombeck
Pro-Se Representation, Counsel for Creditor
4923 N Wolcott Ave, GA
Chicago, Il 60640-3339
773 273 5735

----- Forwarded Message -----
**From:** "Kansa, Ken" <KKansa@Sidley.com>
**To:** Maureen Dombeck <maureendombeck@yahoo.com>
**Cc:** "Ludwig, Jillian" <jillian.ludwig@sidley.com>; "Robinson, Steve" <steven.robinson@sidley.com>
**Sent:** Tuesday, October 9, 2012 11:07 AM
**Subject:** RE: tribune bankruptcy

Ms. Dombeck –

Thank you for your email.  You may have missed Jill's out-of-office reply saying that she is currently on
leave.  In her absence, please send all emails concerning this matter to my colleague Steve Robinson,
who is copied on this email.  His telephone number is (312) 853-2667.

To answer your question, Judge Carey has not yet ruled on your claim.  There have been a number of
recent rulings in the Tribune bankruptcy case, but the ruling on your claim has not yet been issued.  You
will receive a copy of the Judge's order at such time as an order on your claim is issued.

Please contact us with any questions.

Very truly yours,

Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7163

Facsimile:  (312) 853-7036
Email:  kkansa@sidley.com


**From:** Maureen Dombeck [mailto:maureendombeck@yahoo.com]
**Sent:** Tuesday, October 09, 2012 5:01 PM
**To:** Ludwig, Jillian
**Cc:** Kansa, Ken
**Subject:** Fw: tribune bankruptcy

Jillian, did I miss your return email?

thanks,

Maureen Dombeck

----- Forwarded Message -----
**From:** Maureen Dombeck <maureendombeck@yahoo.com>
**To:** Jillian Ludwig <jillian.ludwig@sidley.com>
**Sent:** Friday, September 21, 2012 8:51 AM
**Subject:** tribune bankruptcy

Hi Jillian,

I haven't been reading about resolutions to the tribune bankruptcy and wanted to
see if you knew what the status was in
Delaware Courts with Honorable Judge Carey and an impending decision.

thanks,

Maureen Dombeck


-------------------------------------------------------------------
-----------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform
you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot
be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on
such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or
referred
to by other parties in promoting, marketing or recommending any partnership or other

entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.
*************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.


*************************************************************************************************