UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : (Jointly Administered) |
| **TRIBUNE COMPANY,** *et al.* | : |
| | : Case No. 08-13141 (KJC) |
| Debtors | : |

## ORDER PURSUANT TO 11 U.S.C. §105(a) AND FED.R.BANKR.P. 9003(a) BARRING EX PARTE COMMUNICATIONS FROM CLAIMANT MAUREEN DOMBECK

AND NOW, this 30th day of April, 2013, pursuant to the Court's authority in 11 U.S.C. §105(a), and it appearing that:

(i) Maureen Dombeck filed a proof of claim (Claim No. 3060) (the "Dombeck Claim") against the Debtors, to which the Debtors' objected (D.I. 409), and which objection is currently under advisement with this Court;

(ii) Ms. Dombeck has been contacting the Court repeatedly (including, in particular, chambers staff) via telephone and email to inquire as to the status of the matter under advisement and to raise other issues wholly unrelated to the matter under advisement (A copy of an illustrative email from Ms. Dombeck is docketed as D.I. 13498);

(iii) While some of the emails sent by Ms. Dombeck are also sent to Debtors' counsel and other individuals, many emails and telephone calls are made to the Court and chambers staff ex parte, and include, among other things, requests to speak with the undersigned;

(iv) In an attempt to end these inappropriate communications, the Court scheduled and then held a status conference on April 24, 2013 with respect to the Debtors' objection to the Dombeck Claim, at which Ms. Dombeck was allowed to appear by telephone;

(v) At the April 24, 2013 hearing, the Court directed Ms. Dombeck to cease immediately all ex parte communications with the Court's chambers staff, and further instructed Ms. Dombeck that, if she wished any further relief from the Court, she must file the appropriate motion or other pleading with the Clerk's Office for the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 ; and

(vi) despite the direction at the April 24, 2013 hearing, Ms. Dombeck has continued to send emails and contact chambers via telephone with requests to speak directly to the undersigned,[1]

NOW, THEREFORE, it is hereby **ORDERED** that, effectively immediately, Ms. Dombeck must cease all ex parte communications with the Court and chambers staff, whether by telephone, email or otherwise.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc:: J. Kate Stickles, Esquire[2]

---

[1] I have instructed my chambers staff not to accept or respond to any further ex parte emails, telephone calls or other communication from Ms. Dombeck to the Court or chambers staff. Any filings should be made with the Clerk's Office for the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

[2] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.