# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| **TRIBUNE COMPANY,** *et al,* : | |
| : | Case No. 08-13141 (KJC) |
| Debtors : | (Jointly Administered) |
| : | Re: (D.I. 4091, 4156) |

## ORDER DISALLOWING AND EXPUNGING CLAIM NO. 3060

AND NOW, this 2nd day of May, 2013, upon consideration of the Debtors' Twenty-Fourth Omnibus (Substantive) Objection of Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") (D.I. 4091) with respect to proof of claim number 3060 filed by Maureen Dombeck, and the response thereto, and after argument and upon consideration of the documents submitted by the parties under Certification of Counsel, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(i) the Objection to proof of claim number 3060 is **SUSTAINED**, and

(ii) proof of claim number 3060 is hereby disallowed and expunged in its entirety.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: : J. Kate Stickles, Esquire [1]

---

[1] Counsel shall serve copies of this Memorandum and Order on all interested parties and file a Certificate of Service with the Court.