# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF TELECONFERENCE
## SCHEDULED FOR MAY 7, 2013 AT 2:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the teleconference must contact
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. (Noon) (Eastern Time) on the date of the telephonic hearing.

## STATUS CONFERENCE

1.    Status Conference with respect to:

    (i)    Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting the Appointment of an Examiner and Wilmington Trust Company's Participation in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g) (Docket No. 13272);

    (ii)    Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h) (Docket No. 13274);

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

(iii) Reorganized Debtors' Objection to Creditors' Committee Member Fee/Expense Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B) Wilmington Trust Company (Docket No. 13327); and

(iv) Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (Docket No. 13338)

Letter Submission Deadline: May 6, 2013 at 12:00 p.m. (Noon) (Eastern Time)

Responses Received:

(a) Reorganized Debtors' Letter Submission (Filed May 6, 2013) (Docket No. 13509)

(b) Law Debenture Trust Company of New York's and Deutsche Bank Trust Company Americas' Letter Submission (Filed May 6, 2013) (Docket No. 13510)

(c) Wilmington Trust Company's Letter Submission (Filed May 6, 2013) (Docket No. 13511)

Related Document(s):

(a) Notice of Teleconference Scheduled for May 7, 2013 at 2:00 p.m. Before the Honorable Kevin J. Carey (Filed April 30, 2013) (Docket No. 13500)

Status:          Pursuant to the Court's directive at the April 24, 2013 hearing, this matter will be going forward as a status conference only to address the potential appointment of an expert witness, pursuant to Rule 706 of the Federal Rules of Evidence.

Dated: May 6, 2013                    SIDLEY AUSTIN LLP
                                      James F. Conlan
                                      Bryan Krakauer
                                      Kevin T. Lantry
                                      One South Dearborn Street
                                      Chicago, IL  60603
                                      Telephone: (312) 853-7000

                                      James F. Bendernagel, Jr.
                                      1501 K Street, N.W.
                                      Washington, D.C.  20005
                                      Telephone: (202) 736-8000

                                      -and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-9506646v2