IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> TRIBUNE COMPANY, *et al.*, <br>     Reorganized Debtors. | Chapter 11 <br> Case No. 08-13141 (KJC) <br> Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 6th day of May, 2013, a copy of the **Reorganized Debtors' Responses and Objections to Law Debenture Trust Company of New York's First Request for Production of Documents to Reorganized Debtors** was served via electronic mail on counsel for Law Debenture Trust Company of New York:

    David S. Rosner, Esquire
    Sheron Korpus, Esquire
    Christine A. Montenegro, Esquire
    Matthew Stein, Esquire
    Kasowitz, Benson, Torres & Friedman LLP
    1633 Broadway
    New York, NY 10019

Dated: May 7, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Colleen M. Kenney
Patrick Wackerly
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

James F. Bendernagel, Jr.
Ronald S. Flagg
1501 K St., N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

– and –

46429/0001-9517436v1

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

COUNSEL FOR REORGANIZED DEBTORS