IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on May 7, 2013, I caused a copy of the foregoing **Notice of Service** regarding Reorganized Debtors' Responses and Objections to Law Debenture Trust Company of New York's First Request for Production of Documents to Reorganized Debtors to be served via First-Class Mail on the following parties:

David S. Rosner, Esquire
Sheron Korpus, Esquire
Christine A. Montenegro, Esquire
Matthew Stein, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

                                    /s/ Pauline Z. Ratkowiak
                                    Pauline Z. Ratkowiak, Paralegal
                                    COLE, SCHOTZ, MEISEL,
                                    FORMAN & LEONARD, P.A.
                                    500 Delaware Avenue, Suite 1410
                                    Wilmington, DE  19801

Sworn to and subscribed before me this 7th day of May, 2013

/s/ Rachel Deely
Notary Public
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires October 23, 2016

46429/0001-9517436v1