# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 05/07/2013
Calendar Time: 02:00 PM ET

Amended Calendar 05/07/2013 09:05 AM

Page #3 of 6

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5571999 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5590077 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5592083 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584469 | David L. Buchbinder | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, David L. Buchbinder / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5588015 | Michael Dagostino | (415) 393-2053 | Bingham McCutchen, LLP | Interested Party, Michael Dagostino / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584856 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5590111 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2012

Page 3 of 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584937 | Jennifer Hoover | (302) 442-7010 | Benesch Friedlander Coplan & Arnoff | Interested Party, Benesch Friedlander Coplan & Arnoff, LLP / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584605 | James O. Johnston | (661) 670-8258 | Jones Day | Representing, Reorganized Debtors/Tribune / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5590071 | Kevin Lantry | (213) 896-6022 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584392 | David LeMay | (212) 408-5100 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke, LLP / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5571988 | Katharine L. Mayer | 302-984-6312 | McCarter & English | Creditor, Deutsche Bank Trust Company Americas / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5592274 | Garvan McDaniel | (302) 429-1900 | Bifferato Gentilotti LLC | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584613 | Joshua M. Mester | 213-243-2508 | Jones Day | Representing, Reorganized Debtors/Tribune / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5590234 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5593770 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5592233 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |

| Representing | Telephone | Firm Name | ID | Name | Type | Case | Subject |
|---|---|---|---|---|---|---|---|
| Cole, Schotz, Meisel, Forman & Leona Debtor, Tribune Company / LIVE | (302) 651-2000 | | 5593663 | Norman L. Pernick | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Interested Party, Law Debenture Trust Company of New York / LIVE | (212) 506-1726 | Kasowitz Benson Torres & Friedman | 5592282 | David Rosner | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Debtor, Tribune Company / LISTEN ONLY | (202) 736-8374 | Sidley Austin | 5590136 | Thomas E. Ross | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Interested Party, Law Debenture Trust Company of the Americas / LIVE | (212) 506-1717 | Kasowitz Benson Torres & Friedman | 5592281 | Matthew Stein | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Debtor, Tribune Company / LIVE | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | 5590055 | J. Kate Stickles | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Creditor, Wilmington Trust Company / LIVE | 617-856-8201 | Brown Rudnick LLP | 5592238 | James Stoll | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Creditor, Wilmington Trust / LIVE | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | 5592231 | William Sullivan | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Interested Party, EGI-TRB, LLC / LIVE | (312) 840-8688 | Jenner & Block LLP | 5584477 | Andrew Vail | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Creditor, JPMorgan Chase Bank NA / LISTEN ONLY | (212) 450-4331 | Davis Polk & Wardwell LLP | 5595058 | Eli Vonnegut | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |
| Debtor, Tribune Company / LISTEN ONLY | (312) 222-3394 | Tribune Company | 5590119 | Gary Weitman | Hearing | 08-13141 | Tribune Company and Tribune Company, Reorganized Debtors |

| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5584345 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |