IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered<br>Related to Docket Nos. 13265, 13353 and 13453 |

**CERTIFICATION OF COUNSEL REGARDING AMENDED MONTHLY
APPLICATION FOR NOVEMBER - DECEMBER 2012 AND AMENDED FINAL
QUARTERLY APPLICATION OF JENNER & BLOCK LLP,
AS SPECIAL COUNSEL TO THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
(I) NOVEMBER 1, 2012 THROUGH DECEMBER 31, 2012; AND
(II) DECEMBER 8, 2008 THROUGH DECEMBER 31, 2012**

The undersigned, counsel to the reorganized debtors (collectively, the "Reorganized Debtors") in the above-captioned case, hereby certifies that:

1. On March 1, 2013, the Monthly Application for November - December 2012 and Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (the "Final

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5584949v48

Application") [Docket No. 13265] was filed with the Court. Pursuant to the Notice of Monthly and Final Fee Application, objections to the Final Application were to be filed and served no later than March 21, 2013.

2.  On March 21, 2013, the United States Trustee's Objection to the Monthly Application for November-December, 2012 and Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (D.E. 13265) (the "Objection") [Docket No. 13353] was filed with the Court.

3.  On April 18, 2013, Jenner & Block LLP filed the Amended Monthly Application for November - December 2012 and Amended Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (the "Amended Final Application") [Docket No. 13453] with the Court, which resolved the issues raised in the Objection. Pursuant to the Notice of Amended Monthly and Final Fee Application, objections to the Amended Final Application were to be filed and served no later than May 8, 2013.

4.  The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Amended Final Application. The undersigned further certifies that (i) she consulted with counsel at Jenner & Block LLP and confirmed that he has not received any response or objection to the Amended Final Application and all issues raised by the Objection have been resolved; and (ii) she has reviewed the Court's

46429/0001-5584949v48

docket in this case and no answer, objection or other responsive pleading to the Amended Final Application appears thereon.

5. In accordance with the Court's January 15, 2009 Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members [Docket No. 225], Jenner & Block LLP may be paid 80% of the fees and 100% of the expenses requested.

Dated: May 14, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-5584949v48