# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation
Tribune Company, Reorganized Debtors

*Case No.*: 08−13141−KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

 A transcript of the proceeding held on 5/7/2013 was filed on 5/15/2013 . The following deadlines apply:

 The parties have seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/5/2013 .

 If a request for redaction is filed, the redacted transcript is due 6/17/2013 .

 If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/13/2013 unless extended by court order.

 To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 5/15/13

(ntc)