M. L. von Briesen, CPA,(Ret)

401 Plumbridge Court

Timonium MD 21093

410-308-1236

May 10, 2013

Re: Case# 08-13141 (KJC)

Tribune Company Claim # 5428

The Honorable Kevin J Carey
United States Bankruptcy Court
824 Market Street, 5th floor

Wilmington Delaware 19801

Your Honor

This letter is in response to Document 13469-1, Supplemental Objection, filed in this case on April 22, 2013. This is an attempt to correct numerous false statements in the document.

The most repugnant falsehood appeared on p 7 where the statement appears

Debtors counsel has engaged in discussions with each of the claimants regarding a "CONSENSUAL RESOLUTION". I have never been involved in such discussion with anyone, nor has Mr. Eye. During my recent conversation with Mr. Matthew Martinez of Sidley Austin LLP, he indicated that consensual resolution constituted "unconditional surrender" on my part.

On p 4, My retirement date was December 29, 1989. Had I retired on January 1, 1990, I would have retired under the Times Mirror retirement plan.

Page 2 claims monetary costs over 20 years, the correct period is 18 years in my case.

Page 12. The Tribune not the Baltimore Sun Company notified me of a benefit change.

Exhibit B Plan Change Notice (with an amount penciled in) is not a copy of the notice I received. It is my recollection that the monthly cost was $180. for husband & wife coverage.

Page 6 My claim was based on the cost of Maryland Blue Cross coverage, to which I was entitled, not the cost on "the open market" as was alleged.

I am looking forward to testifying before Judge Carey on May 22, 2013.

Sincerely,

M. L. von Briesen