## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MAY 22, 2013 AT 11:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must register with
CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946)
no later than 12:00 p.m. one business day prior to the hearing.

## CONTINUED MATTERS

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
    502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
    1 (Filed November 13, 2009) (Docket No. 2561)

    Response Deadline:  December 8, 2009 at 4:00 p.m.

    Responses Received:

    (a)     Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-
            Substantive) Objection to Claims (Filed December 4, 2009) (Docket No.
            2744)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last
four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community
News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237);
Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral
Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC
(6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404);
KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music
Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel
Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC
(6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC
(7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music
Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569);
Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting
Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment
Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media
Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune
Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN
Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040);
WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed
above is 435 North Michigan Avenue, Chicago, Illinois 60611.

    (b)     Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c)     Informal Response received from GE Capital Fleet Services

Related Documents:

    (a)     Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker (See Docket Nos. 3011, 3526 and 7274). The Objection was withdrawn with respect to Claim No. 501 of Chris Parker, Claim No. 2998 of Marc Silver, and Claim No. 5579 of Gelco Corporation, d/b/a GE Capital Fleet Services. The hearing on the claim of Robby S. Wells is adjourned to the June 26, 2013 hearing. This matter will not be going forward.

2.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline: May 11, 2010 at 4:00 p.m.

Responses Received:

    (a)     Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

    (b)     Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)

    (c)     Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)

    (d)     Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

    (e)     Response by Marbury L. von Briesen (Filed April 2, 2013) (Docket No. 13408)

    (f)     Response by Herbert E. Eye to Supplemental Objection (Filed May 13, 2013) (Docket No. 13523)

    (g)     Response by Marbury L. von Briesen to Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye (Filed May 16, 2013) (Docket No. 13527)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

    (b)    Reorganized Debtors' Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 22, 2013) (Docket No. 13469)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection (See Docket No. 4406); Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc., and Claim No. 3672 of Terry Godbey (See Docket Nos. 6158, 6593 and 9773); and issued a Memorandum and Order with respect to Claim No. 3060 of Maureen Dombeck (See Docket Nos. 13504 and 13505). The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The hearing on the Objection and Supplemental Objection to the Claims of Messrs. von Briesen and Eye is adjourned to the June 26, 2013 hearing. This matter will not be going forward.

3.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

46429/0001-9435371v1

4.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline:  March 15, 2011 at 4:00 p.m.

Responses Received:

(a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

(b)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned to the June 26, 2013 hearing.  This matter will not be going forward.

5.    Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Filed January 25, 2013) (Docket No. 13108)

Objection Deadline:  February 6, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to 4:00 p.m. on August 27, 2013 for the Franchise Tax Board of the State of California.

Responses Received:  None at this time.

Status:    The hearing on this Objection is adjourned to the September 3, 2013 hearing.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION

6.     Application of Kaufman & Canoles, P.C. for Allowance and Payment of Compensation
       and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to
       The Daily Press, Inc. and Virginia Gazette Companies, LLC for Certain First
       Amendment Litigation Matters During the Period from April 1, 2012 through June 30,
       2012 (Filed April 8, 2013) (Docket No. 13426)

       Objection Deadline:  April 29, 2013 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              (a)     Certification of No Objection Regarding Docket No. 13426 (Filed May 8,
                      2013) (Docket No. 13519)

       Status:        A Certification of No Objection was filed with the Court.  This matter will
                      not be going forward unless otherwise directed by the Court.

7.     Motion of Law Debenture Trust Company of New York to Seal:  (I) Reply in Support of
       Motion for Substantial Contribution, and (II) Declaration in Support of Reply in Support
       of Motion for Substantial Contribution (Filed April 23, 2013) (Docket Nos. 13477 and
       13491)

       Objection Deadline:  May 15, 2013 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              (a)     Reply in Support of Motion of Law Debenture Trust Company of New
                      York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) and 503(b)(5) for
                      Allowance and Payment of Fees and Expenses Incurred in Connection
                      with Making a Substantial Contribution to the Debtors' Chapter 11 Cases
                      and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii)
                      in Accordance with Del. Bankr. L.R. 2016-2(h) (Filed April 23, 2013)
                      (Docket No. 13476)

              (b)     Certificate of No Objection Regarding Motion of Law Debenture Trust
                      Company of New York to Seal: (I) Reply in Support of Motion for
                      Substantial Contribution, and (II) Declaration in Support of Reply in
                      Support of Motion for Substantial Contribution (Filed May 17, 2013)
                      (Docket No. 13531)

       Status:        A Certification of No Objection was filed with the Court.  This matter will
                      not be going forward unless otherwise directed by the Court.

46429/0001-9435371v1

**STATUS CONFERENCE**

8.    Status Conference with respect to:

   (i)    Application for Allowance of Claim Under 11 U.S.C. §§ 503(b)(3)(D) and
          503(b)(4) in Connection with Wilmington Trust Company's Motion Requesting
          the Appointment of an Examiner and Wilmington Trust Company's Participation
          in Examiner's Investigation and Granting Waiver of Compliance with Del. Bankr.
          L.R. 2016-2(d) in Accordance with Del. Bankr. L.R. 2016-2(g) (Docket No.
          13272);

   (ii)   Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C.
          §§ 503(b)(3)(D), 503(b)(4), and 503(b)(5) for Allowance and Payment of Fees
          and Expenses Incurred in Connection with Making a Substantial Contribution to
          the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del.
          Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)
          (Docket No. 13274);

   (iii)  Reorganized Debtors' Objection to Creditors' Committee Member Fee/Expense
          Claims Asserted by (A) Deutsche Bank Trust Company Americas and (B)
          Wilmington Trust Company (Docket No. 13327); and

   (iv)   Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by
          Wilmington Trust Company (Docket No. 13338)

Letter Submission Deadline: May 6, 2013 at 12:00 p.m. (Noon) (Eastern Time)

Responses Received:

   (a)    Reorganized Debtors' Letter Submission (Filed May 6, 2013) (Docket No. 13509)

   (b)    Law Debenture Trust Company of New York's and Deutsche Bank Trust
          Company Americas' Letter Submission (Filed May 6, 2013) (Docket No. 13510)

   (c)    Wilmington Trust Company's Letter Submission (Filed May 6, 2013) (Docket
          No. 13511)

Status:    Pursuant to the Court's directive at the May 7, 2013 teleconference, this matter
           will be going forward as a status conference only.

Dated:  May 20, 2013

                    SIDLEY AUSTIN LLP
                    James F. Conlan
                    Bryan Krakauer
                    Kevin T. Lantry
                    One South Dearborn Street
                    Chicago, IL  60603
                    Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

7