IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
In re:                             :
                                   :  Chapter 11
TRIBUNE COMPANY, et al.,           :
                                   :  Case No. 08-13141 (KJC)
            Debtors.               :
                                   :  (Jointly Administered)
                                   :
                                   :  Re: Docket No. 13477 and 13491, 13531
---------------------------------- x

**ORDER GRANTING MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO SEAL: (I) REPLY IN SUPPORT OF MOTION FOR SUBSTANTIAL CONTRIBUTION, AND (II) DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUBSTANTIAL CONTRIBUTION**

Upon the motion (the "Seal Motion"), of Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its debtor subsidiaries, "Tribune" or the "Debtors") (successor to The Times Mirror Company) and Citibank, N.A. (as amended, the "1996 Indenture"), for an order pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file under seal the: (i) *Reply in Support of Motion of Law Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)* (the "Reply"), and (ii) *Supplemental Declaration of David S. Rosner in Support of Motion of Law*

1

*Debenture Trust Company of New York Pursuant to 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) and 503(b)(5) for Allowance and Payment of Fees and Expenses Incurred in Connection with Making a Substantial Contribution to the Debtors' Chapter 11 Cases and Granting Waiver of Compliance with Del. Bankr. L.R. 2016-2(d)(vii) in Accordance with Del. Bankr. L.R. 2016-2(h)* with Exhibits 1 and 2 (the "Declaration," with the Reply, the "Contribution Pleadings"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Seal Motion as set forth therein is sufficient, and that no other or further notice need be provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Seal Motion is granted; and it is further

ORDERED that Law Debenture is authorized to file the Contribution Pleadings and supporting documents thereto under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b); and it is further

ORDERED that the Law Debenture is authorized to take all actions necessary to effectuate the relief granted herein in accordance with the Seal Motion; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       May 20, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

2