IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                        :
                              :  Chapter 11
TRIBUNE COMPANY, et al.,      :
                              :  Case No. 08-13141 (KJC)
          Debtors.            :
                              :  (Jointly Administered)
                              :  Re: Docket No. 13476
                              :
------------------------------x

**REPLY IN SUPPORT OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4) AND 503(b)(5) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED IN CONNECTION WITH MAKING A SUBSTANTIAL CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASES AND GRANTING WAIVER OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2(d)(vii) IN ACCORDANCE WITH DEL. BANKR. L.R. <u>2016-2(h)</u>**

**FILED UNDER SEAL**

**MOTION TO SEAL FILED AT DOCKET NO. 13477**

Dated: May 20, 2013

BIFFERATO GENTILOTTI LLC

<u>/s/ Mary E. Augustine</u>
Garvan McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
1013 Centre Road, Suite 102
Wilmington, DE 19805
Telephone: (302) 429-1900
Facsimile (302) 429-8600
gmcdaniel@bglawde.com
maugustine@bglawde.com

*Attorneys for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*