# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Objection Deadline: 6/7/13 at 4:00 p.m. |
| : | Hearing Date: 6/26/13 at 1:00 p.m. |

## NOTICE OF MOTION

TO:   All parties on the attached list

PLEASE TAKE NOTICE that the **Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012** ("Motion") was filed on May 21, 2013.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 26, 2013 at 1:00 pm.** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801 ("Court").

PLEASE TAKE FURTHER NOTICE that you are required to file a response, if any, to the Motion on or before **June 7, 2013 at 4:00 p.m.** with the Court.

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the hearing specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

PLEASE TAKE FURTHER NOTICE that the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 21, 2013

REGER RIZZO & DARNALL LLP

_____
Marc J. Phillips (No. 4445)
1001 North Jefferson Street
Suite 202
Wilmington, Delaware 19801
Telephone: (302) 652-3611
Facsimile: (302) 652-3620
Email: mphillips@regerlaw.com

-and-

Barry S. Glaser
STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 229-2868
Facsimile: (213) 229-2870
Email: bglaser@swesq.com

*Attorneys for Los Angeles County Treasurer and Tax Collector*

2