# DECLARATION OF BONITA SANDOZ

I, Bonita Sandoz, declare as follows:

1.  I am employed by the County of Los Angeles, California and I am the Supervisor of the Bankruptcy Unit for the Los Angeles County Treasurer and Tax Collector. I submit this declaration in support of the County's *Motion Of The Los Angeles County Treasurer And Tax Collector For Relief From The Permanent Injunction Of The Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. And Jpmorgan Chase Bank, N.A., As Amended June 18, 2012* ("Motion"), and the following is based upon the records of the office the Treasurer and Tax Collector. I have personal knowledge of the matters stated herein and, if called upon as a witness, I could and would competently testify thereto.

2.  The thirteen (13) parcels that are the subject of the County's Motion are listed on the chart attached hereto as Exhibit A and are located in Los Angeles County, California. The parcels have delinquent real property taxes for the fiscal years 2007-2008 and 2008-2009 ("Secured Real Property Tax Claims"). The lien dates related to the Secured Real Property Tax Claims were January 1, 2007 and January 1, 2008, respectively. The first installment for payment of the Secured Real Property Tax Claims was due November 1, 2007 and November 1, 2008, respectively, and late penalties applied to the payment of the taxes after December 10, 2007 and December 10, 2008, respectively.

3.  The Debtors attempted to pay the principal tax amounts in December 2008, however the Debtors' check was returned for insufficient funds and another check was issued to

the County in February 2009 for the payment of the principal tax obligations of the Secured Real Property Tax Claims.

4. Pursuant to the County's policy and the California Revenue and Taxation Code, the County applied the payment received from the Debtors first to penalties and interest and then to principal.

5. Since the County applied the payment received from the Debtors to penalties and interest and then to principal, there remained unpaid principal of the Secured Real Property Tax Claims.

6. The taxes on the 13 parcels were reassessed in 2010.

7. In California, the basis for property taxes is the assessed value of the parcel on lien date, the January 1 preceding the fiscal year.

8. A breakdown of the amounts due with respect to each of the parcels is set forth on Exhibit A attached to this Declaration.

9. The parcels became subject to the power-to-sell on July 1, 2009 and were recorded in a power-to-sell status on May 6, 2013. *See* Statements of Prior Year Taxes attached hereto as Exhibit B. The County intends to schedule a public auction sale for October 2013 to satisfy the delinquent property taxes on these and other tax delinquent properties subject to the power-to-sell.

I declare, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 14th day of May 2013, at Los Angeles, California.

_____
Bonita Sandoz

_____
Notary Public

## ACKNOWLEDGMENT

State of California
County of _____ Los Angeles _____ )

On __May 14, 2013__ before me, __Sylvia M. Torres, Notary Public__
(insert name and title of the officer)

personally appeared __Bonita D. Sandoz__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SYLVIA M. TORRES
Commission # 1887438
Notary Public - California
Los Angeles County
My Comm. Expires Apr 27, 2014

Signature _____ (Seal)

Declaration of Bonita Sandoz
The Tribune Company
May 14, 2013

# EXHIBIT A

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMPTION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $2,394.48 | $0.00 | $3,483.69 | $14,125.82 | 7/1/2009 | 9/1/2010 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 | | $78.46 | $235.37 | $0.00 | $768.43 | $5,998.97 | 7/1/2010 | 9/1/2010 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $1,042.42 | $0.00 | $1,530.72 | $6,163.71 | 7/1/2009 | 9/1/2010 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 | | $6.48 | $19.44 | $0.00 | $72.63 | $504.57 | 7/1/2010 | 9/1/2010 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $960.72 | $0.00 | $1,412.70 | $5,682.56 | 7/1/2009 | 9/1/2010 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 | | $230.70 | $692.09 | $0.00 | $2,240.05 | $17,619.72 | 7/1/2010 | 9/1/2010 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $2,255.46 | $0.00 | $3,282.89 | $13,307.17 | 7/1/2009 | 9/1/2010 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 | | $17.42 | $52.25 | $0.00 | $178.36 | $1,339.47 | 7/1/2010 | 9/1/2010 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $2,221.18 | $0.00 | $3,233.37 | $13,105.27 | 7/1/2009 | 9/1/2010 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $2,946.12 | $0.00 | $4,280.50 | $17,374.35 | 7/1/2009 | 9/1/2010 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $129.58 | $0.00 | $212.17 | $788.09 | 7/1/2009 | 9/1/2010 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $84.79 | $0.00 | $147.48 | $524.34 | 7/1/2009 | 9/1/2010 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $392.79 | $0.00 | $592.36 | $2,338.08 | 7/1/2009 | 9/1/2010 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $35.91 | $0.00 | $76.86 | $236.44 | 7/1/2009 | 9/1/2010 |
| 5166-023-018 | 08-000 | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $1,152.43 | $0.00 | $1,689.62 | $6,811.54 | 7/1/2009 | 9/1/2010 |
| 5166-027-014 | 08-000 | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $11,861.17 | $0.00 | $17,157.80 | $69,874.12 | 7/1/2009 | 9/1/2010 |
| 5166-028-004 | 08-000 | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $195.00 | $0.00 | $306.67 | $1,173.34 | 7/1/2009 | 9/1/2010 |
| Sept 2010 due | | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $26,671.20 | $0.00 | $40,566.32 | $176,967.58 | | |

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMPTION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $6,704.54 | $0.00 | $7,793.75 | $18,435.86 | 7/1/2009 | 12/1/2012 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 | | $78.46 | $2,353.74 | $0.00 | $2,886.80 | $8,117.34 | 7/1/2010 | 12/1/2012 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $2,918.78 | $77.00 | $3,484.08 | $8,117.07 | 7/1/2009 | 12/1/2012 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 | | $6.48 | $194.37 | $0.00 | $247.57 | $679.51 | 7/1/2010 | 12/1/2012 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $2,690.01 | $77.00 | $3,219.00 | $7,488.86 | 7/1/2009 | 12/1/2012 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 | | $230.70 | $6,920.85 | $0.00 | $8,468.82 | $23,848.49 | 7/1/2010 | 12/1/2012 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $6,315.30 | $0.00 | $7,342.72 | $17,367.00 | 7/1/2009 | 12/1/2012 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 | | $17.42 | $522.50 | $0.00 | $648.61 | $1,809.72 | 7/1/2010 | 12/1/2012 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $6,219.30 | $0.00 | $7,231.49 | $17,103.39 | 7/1/2009 | 12/1/2012 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $8,249.13 | $77.00 | $9,660.51 | $22,754.36 | 7/1/2009 | 12/1/2012 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $362.83 | $77.00 | $522.42 | $1,098.34 | 7/1/2009 | 12/1/2012 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $237.42 | $77.00 | $377.11 | $753.97 | 7/1/2009 | 12/1/2012 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $1,099.80 | $77.00 | $1,376.38 | $3,122.10 | 7/1/2009 | 12/1/2012 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $100.54 | $77.00 | $218.49 | $378.07 | 7/1/2009 | 12/1/2012 |
| 5166-023-018 | 08-000 | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $3,226.81 | $77.00 | $3,841.00 | $8,962.92 | 7/1/2009 | 12/1/2012 |
| 5166-027-014 | 08-000 | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $33,211.28 | $77.00 | $38,584.91 | $91,301.23 | 7/1/2009 | 12/1/2012 |
| 5166-028-004 | 08-000 | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $546.00 | $77.00 | $734.67 | $1,601.34 | 7/1/2009 | 12/1/2012 |
| Dec 2012 due | | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $81,873.21 | $770.00 | $96,638.33 | $232,939.59 | | |

# EXHIBIT B

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION
ASSESSOR'S ID# 5149 001 003    YRSEQ    AIN

### SPECIAL INFORMATION
TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

DESCRIPTION
ORDS SURVEY    LOT  1 BLK  2

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 001 003 | 08000 | 09 | 10642.13 | 10642.13 | 1074.21 | 1074.21 | 7502.70 | 19219.04 |
| TOTAL | | | 10642.13 | | 1074.21 | | 7502.70 | 19219.04 |
| | | | | | | REDEMPTION FEE: | | 15.00 |
| | | | | | | AMOUNT TO PAY: | | 19234.04* |

*ADD $159.63 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

---

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK | PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|
| 00 000 | 5149 | 001 003 | 7 | 1 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
19234.04

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3642

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

0000070003514900100360001923404410130605130S2

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# 5149 001 004   YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03635.

### DESCRIPTION
(EX OF ST) LOT 1 TIMES SQUARE AND (EX   OF STS) LOT 5 BLK 2 ORD'S SURVEY

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 001 004 | 07010 | 10 | 5230.54 | 5230.54 | 533.05 | 533.05 | 2746.03 | 8509.62 |
| 5149 001 004 | 08000 | 09 | 4632.99 | 4632.99 | 473.29 | 473.29 | 3266.25 | 8372.53 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| TOTAL | 9863.53 |  | 1006.34 |  | 6012.28 | 16882.15 |

REDEMPTION FEE:     15.00
STPTS FEES:        172.00
AMOUNT TO PAY:   17069.15*

*ADD $147.95 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

### SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE:    95.00
RECORDING FEE:       27.00
PUBLICATION COSTS:   15.00
NOTIFICATION COSTS:  35.00
                    ------
                    172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5149 001 004 | 7 | 2 | 0 | 000 |

TOTAL DUE         INDICATE AMOUNT PAID
17069.15

MUST BE RECEIVED BY:  06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3550

MAKE PAYMENT PAYABLE TO:    LOS ANGELES COUNTY TAX COLLECTOR
Please write the ASSESSOR'S ID. NO.    P. O. BOX 54088
on the lower left corner of your check.   LOS ANGELES, CA  90054-0088

CRT: Y@37
E233490

00000700035149001004500017069155201306051305D

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5149 001 005**   YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03636.

DESCRIPTION
TIMES SQUARE   LOT   2

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 001 005 | 07010 | 10 | 431.94 | 431.94 | 53.19 | 53.19 | 226.76 | 711.89 |
| 5149 001 005 | 08000 | 09 | 4269.86 | 4269.86 | 436.98 | 436.98 | 3010.25 | 7717.09 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | TOTAL |  | 4701.80 |  | 490.17 |  | 3237.01 | 8428.98 |

REDEMPTION FEE:            15.00
STPTS FEES:               172.00
AMOUNT TO PAY:           8615.98*

*ADD $70.52 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE:          95.00
RECORDING FEE:             27.00
PUBLICATION COSTS:         15.00
NOTIFICATION COSTS:        35.00
                          ------
                          172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

YR SEQ  MPBK PGE PCL   PK  TYPE  AK  DSEQ
00 000  5149 001 005    7    2    0   000

TOTAL DUE          INDICATE AMOUNT PAID
8615.98

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID:

3430

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: Y@37
E233490

00000700035149001005400008615983201306051305D

CRT: Y@37
E233490

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

### PARCEL INFORMATION

ASSESSOR'S ID# **5149 001 006**  YRSEQ  AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.

DESCRIPTION
TIMES SQUARE   LOT   5

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 001 006 | 07010 | 10 | 15379.67 | 15379.67 | 1547.96 | 1547.96 | 8074.32 | 25001.95 |
| 5149 001 006 | 08000 | 09 | 10024.28 | 10024.28 | 1012.42 | 1012.42 | 7067.11 | 18103.81 |
| | TOTAL | | 25403.95 | | 2560.38 | | 15141.43 | 43105.76 |

REDEMPTION FEE: 15.00
AMOUNT TO PAY: 43120.76*

*ADD $381.05 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

---

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|
| 00 000 | 5149 | 001 | 006 | 7 | 1 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
43120.76

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3342

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

00000700035149001006300043120764101306051305

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
**STATEMENT OF PRIOR YEAR TAXES**
AS OF 05/06/13

CRT Y@37
E233490

**PARCEL INFORMATION**

ASSESSOR'S ID# 5149 001 007   YRSEQ   AIN

**SPECIAL INFORMATION**

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

DESCRIPTION
LOTS 3 AND 4 TIMES SQUARE AND (EX OF   STS) LOT 8 BLK 2 ORD'S SURVEY

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 001 007 | 07010 | 10 | 1161.11 | 1161.11 | 126.11 | 126.11 | 609.58 | 1896.80 |
| 5149 001 007 | 08000 | 09 | 9871.90 | 9871.90 | 997.19 | 997.19 | 6959.68 | 17828.77 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| TOTAL | 11033.01 |  | 1123.30 |  | 7569.26 | 19725.57 |
|  |  |  |  | REDEMPTION FEE: |  | 15.00 |
|  |  |  |  | AMOUNT TO PAY: |  | 19740.57* |

*ADD $165.49 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

| YR | SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|---|
| 00 | 000 | 5149 | 001 | 007 | 7 | 1 | 0 | 000 |

TOTAL DUE   INDICATE AMOUNT PAID
19740.57

3272

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

00000700035149001007200019740577101306051305 2

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5149 008 029**   YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03639.

DESCRIPTION
ORD'S SURVEY POR OF LOTS 3,4,8 AND 9   BLK 4

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 008 029 | 08000 | 09 | 13093.85 | 13093.85 | 1319.38 | 1319.38 | 9231.16 | 23644.39 |
| | TOTAL | | 13093.85 | | 1319.38 | | 9231.16 | 23644.39 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 23831.39*

*ADD $196.40 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
-------
172.00

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5149 008 029 | 7 | 2 | 0 | 000 |

TOTAL DUE: 23831.39
INDICATE AMOUNT PAID: _____

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3120

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

00000700035149008029100023831392201306051 3050

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5149 008 030**   YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03640.

DESCRIPTION
ORD'S SURVEY FOR DESC SEE ASSESSOR'S    MAPS POR OF LOT 10 BLK 4

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 008 030 | 08000 | 09 | 575.92 | 575.92 | 67.59 | 67.59 | 406.02 | 1049.53 |
| TOTAL | | | 575.92 | | 67.59 | | 406.02 | 1049.53 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 1236.53*

*ADD $8.63 PENALTY PER MONTH. FROM 06/13. IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
-------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5149 008 030 | 7 | 2 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
1236.53

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3800

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

00000700035149008030800001236530201306051305Q

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
### STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

**PARCEL INFORMATION**

ASSESSOR'S ID# **5149 008 031**   YRSEQ      AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

**SPECIAL INFORMATION**

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03641.

DESCRIPTION
ORD'S SURVEY FOR DESC SEE ASSESSOR'S   MAPS POR OF LOT 10 BLK 4

| ASSESSOR'S ID NO | D/O YRSEQ | YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 008 031 | 08000 | 09 | 376.86 | 376.86 | 47.68 | 47.68 | 265.68 | 690.22 |
| | TOTAL | | 376.86 | | 47.68 | | 265.68 | 690.22 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 877.22*

*ADD $5.65 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
----------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5149 008 031 | 7 | 2 | 0 | 000 |

TOTAL DUE: 877.22
INDICATE AMOUNT PAID

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3740

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

0000070003514900803170000087722420130605130 50

76C1578 (3/13)

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
**STATEMENT OF PRIOR YEAR TAXES**
AS OF 05/06/13

CRT: Y@37
E233490

## PARCEL INFORMATION

ASSESSOR'S ID# 5-149 008 032   YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

## SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03642.

**DESCRIPTION**
TR=8753 FOR D#ESC SEE ASSESSOR'S MAPS

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5149 008 032 | 08000 | 09 | 1745.72 | 1745.72 | 184.57 | 184.57 | 1230.73 | 3161.02 |
| TOTAL | | | 1745.72 | | 184.57 | | 1230.73 | 3161.02 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 3348.02*

*ADD $26.18 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
-----------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR | SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|---|
| 00 | 000 | 5149 | 008 | 032 | 7 | 2 | 0 | 000 |

TOTAL DUE       INDICATE AMOUNT PAID
3348.02

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3630

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA  90054-0088

CRT: Y@37
E233490

00000700035149008032600003348023201306051305O

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5166 023 010**  YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03668.

DESCRIPTION
TR=11512*VAC ST ADJ ON NE AND POR OF    LOT   5

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5166 023 010 | 08000 | 09 | 159.58 | 159.58 | 25.95 | 25.95 | 112.50 | 298.03 |
| | TOTAL | | 159.58 | | 25.95 | | 112.50 | 298.03 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 485.03*

*ADD $2.39 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT      STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5166 023 010 | 7 | 2 | 0 | 000 |

TOTAL DUE       INDICATE AMOUNT PAID
485.03

3910

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

00000700035166023010900000485031201306051305D

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5166 023 016**  YRSEQ  AIN

LOS ANGELES TIMES COMUNICATION
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03669.

DESCRIPTION
POR LOT 4 TR NO 3229 POR LOT 2 TR NO  2513,POR LOTS 3,4 TR 11512,POR VAC ST

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5166 023 016 | 08000 | 09 | 5121.92 | 5121.92 | 522.19 | 522.19 | 3610.95 | 9255.06 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| TOTAL |  | 5121.92 |  | 522.19 |  | 3610.95 |  | 9255.06 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 9442.06*

*ADD $76.82 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
-------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT  STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMUNICATION
PO BOX 61126
CHICAGO IL 60606-6115

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

| YR SEQ | MPBK | PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|
| 00 000 | 5166 | 023 016 | 7 | 2 | 0 | 000 |

TOTAL DUE  INDICATE AMOUNT PAID
9442.06

3310

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

0000070003516602301630000944206120130605130 50

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5166 027 014**  YRSEQ  AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03670.

### DESCRIPTION
POR LOT 1 TR=2513,POR VAC ST AND ALLEY  POR LOTS 1 THRU 12 BLK 5 M R 55-93-95

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5166 027 014 | 08000 | 09 | 52716.32 | 52716.32 | 5281.63 | 5281.63 | 37165.00 | 95162.95 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| TOTAL | 52716.32 |   | 5281.63 |   | 37165.00 | 95162.95 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 95349.95*

*ADD $790.74 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

SUBJECT TO POWER TO SELL FEES

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
---
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT  STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

YR SEQ  MPBK PGE PCL   PK  TYPE  AK  DSEQ
00 000   5166 027 014   7    2    0   000

TOTAL DUE  INDICATE AMOUNT PAID
95349.95

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3660

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

000007000351660270146000953499562013060513050

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
**STATEMENT OF PRIOR YEAR TAXES**
AS OF 05/06/13

CRT: Y@37
E233490

### PARCEL INFORMATION

ASSESSOR'S ID# **5166 028 004**  YRSEQ   AIN

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES AND NOW DEEMED 'SUBJECT TO POWER TO SELL'. SALE 2013A, ITEM 03671.

DESCRIPTION
FOR DESC SEE ASSESSOR'S MAPS

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5166 028 004 | 08000 | 09 | 866.67 | 866.67 | 96.66 | 96.66 | 611.00 | 1574.33 |
| | | TOTAL | 866.67 | | 96.66 | | 611.00 | 1574.33 |

REDEMPTION FEE: 15.00
STPTS FEES: 172.00
AMOUNT TO PAY: 1761.33*

*ADD $13.00 PENALTY PER MONTH, FROM 06/13, IF NOT PAID BY 06/05/13.

**SUBJECT TO POWER TO SELL FEES**

TITLE SEARCH FEE: 95.00
RECORDING FEE: 27.00
PUBLICATION COSTS: 15.00
NOTIFICATION COSTS: 35.00
------
172.00

ANY RETURNED PAYMENT MAYBE SUBJECT TO A FEE UP TO $50.00.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK OR CONFIRMATION NUMBER IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

LOS ANGELES TIMES COMMUNICATIO
PO BOX 61126
CHICAGO IL 60606-6115

| YR SEQ | MPBK PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|
| 00 000 | 5166 028 004 | 7 | 2 | 0 | 000 |

TOTAL DUE: 1761.33   INDICATE AMOUNT PAID

MUST BE RECEIVED BY: 06/05/13
COMP DTE 1305 TAX DEF 2009
LOAN ID: _____

3680

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your check.

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

CRT: Y@37
E233490

0000070003516602800460000176133820130605130

RC1978 (1/13)