IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Related to Docket No. _____** |

**ORDER AUTHORIZING THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR RELIEF FROM THE PERMANENT INJUNCTION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDAN & CO., L.P. AND JPMORGAN CHASE BANK, N.A., AS AMENDED JUNE 18, 2012**

This matter having come before the Court on the *Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012* ("Motion"); and the Court having reviewed and considered all objections filed in response to the Motion; and the Court having found that (a) the Court has jurisdiction to consider the Motion and the relief requested therein; (b) notice of the Motion was sufficient; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Injunction[1] is hereby modified to allow the Los Angeles County Treasurer and Tax Collector to exercise any and all of its non-bankruptcy rights arising under and related to the Properties, including, but not limited to, proceeding to a tax sale of the Properties.

Dated: _____    _____
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning as in the Motion.