## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that on the 21st day of May, 2013, I caused a true and correct copy of the foregoing **Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012** to be served on the parties on the attached list by First Class U.S. Mail:

_____
Marc J. Phillips (No. 4445)