UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 13426 and 13519 |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF KAUFMAN & CANOLES, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS ORDINARY COURSE COUNSEL TO THE DAILY PRESS, INC. AND VIRGINIA GAZETTE COMPANIES, LLC FOR CERTAIN FIRST AMENDMENT LITIGATION MATTERS DURING THE PERIOD FROM APRIL 1, 2012 THROUGH JUNE 30, 2012**

The undersigned, counsel to the Reorganized Debtors in the above-captioned case, hereby certifies that:

1. On April 8, 2013, the Application of Kaufman & Canoles, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to The Daily Press, Inc. and Virginia Gazette Companies, LLC for Certain First

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9560091v1

Amendment Litigation Matters During the Period from April 1, 2012 through June 30, 2012 (the "Application") (Docket No. 13426) was filed with the Court.

2. Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than April 29, 2013. No answer, objection or other responsive pleading was filed with respect to the Application. Accordingly, on May 8, 2013, a Certification of No Objection (the "CNO") (Docket No. 13519) was filed with the Court.

3. Following submission of the CNO, the Court raised two issues with respect to specific costs requested in the Application. Following an examination of the photocopy costs, Applicant voluntarily accepted a reduction in the amount of $427.40 with respect to such costs.

4. Attached hereto for the Court's consideration is a revised proposed Order Approving Application of Kaufman & Canoles, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses for Services Rendered as Ordinary Course Counsel to the Daily Press, Inc. and Virginia Gazette Companies, LLC for Certain First Amendment Litigation Matters During the Period From April 1, 2012 Through June 30, 2012 (the "Revised Proposed Order"), which reflects the cost reduction and provides for the payment of total expenses in the amount of $4,054.63, as opposed to $4,482.03 as provided in the proposed order filed with the Application.

5. It is hereby respectfully requested that the Court enter the Revised Proposed Order at the earliest convenience of the Court.

Dated: May 21, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Brett H. Myrick
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

2

46429/0001-9560091v1

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *illegible signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS