# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** May 22, 2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James W Stoll | Brown Rudnick LLP | Wilmington Trust, as Indenture |
| William D. Sullivan | Sullivan Hazeltine Allinson LLC | " Trustee for the PHONES Notes |
| Kate Stickles | Cole Schotz | Tribune Company |
| James Johnston | Jones Day | Tribune Company |
| Katharine West | McCarter & English | DBTCA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 05/22/2013
Calendar Time: 11:00 AM ET

Amended Calendar 05/22/2013 07:11 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5622320 | David J. Adler | (212) 609-6847 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5622718 | James Bendernagel | 202-736-8136 ext. 00 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5624189 | David L. Buchbinder | (302) 573-6491 | Office of the United States Trustee | U.S. Trustee, David L. Buchbinder / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5624249 | Ephraim Diamond | (646) 282-5841 | DK Partners | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5362094 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5619125 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5612346 | Herbert Eye | (304) 358-7336 | Herbert Eye - In Pro Per/Pro Se | In Propria Persona, Herbert Eye / LIVE |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5359562 | Reed Heiligman | (312) 276-1432 | Frank Gecker LLP | Interested Party, Employees Compensation Defendant's Group / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5622784 | James O. Johnston | (661) 670-8258 | Jones Day | Representing, Reorganized Debtors/Tribune / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5623734 | Joshua M. Mester | 213-243-2508 | Jones Day | Representing, Reorganized Debtors/Tribune / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5619148 | Kerriann Mills | 312-853-0036 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5381356 | Gwen Nolan | (312) 641-3200 | Sperling & Slater | Interested Party, Bigelow / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5620595 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wilmington Trust / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5621546 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5619143 | Thomas E. Ross | (202) 736-8374 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5621545 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5624216 | James Stoll | 617-856-8201 | Brown Rudnick LLP | Creditor, Wilmington Trust Company / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5374030 | Andrew Vail | (312) 840-8688 | Jenner & Block LLP | Interested Party, EGI-TRB, LLC / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5612337 | Marbury Von Briesen | (410) 308-1236 | Marbury Von Briesen - In Pro Per/Pro | In Propria Persona, Marbury Von Briesen / LIVE |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5622457 | Eli Vonnegut | (212) 450-4331 | Davis Polk & Wardwell LLP | Creditor, J P Morgan Chase Bank NA / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5619136 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5619457 | Matthew A Zloto | (646) 445-6518 | Aurelius Capital Management, LP | Interested Party, Matthew A Zloto / LISTEN ONLY |