## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT REGARDING THE SIXTEENTH INTERIM FEE APPLICATION OF REED SMITH LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Sixteenth Interim Fee Application of Reed Smith LLP* [Docket No. 12894] (the "**Fee Application**"). The Fee Application seeks approval of fees that total $95,702.50 and reimbursement of expenses that total $8,739.35 for the

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

period from September 1, 2012 through November 30, 2012.  Reed Smith LLP ("**Reed Smith**") serves as special counsel for certain insurance matters to the Debtors and Debtors-in-Possession.

## Background

1.    On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  Under this Court's *Order Directing Joint Administration Chapter 11 Cases* dated December 10, 2009 [Docket No. 43], these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

2.    On December 26, 2008, the Debtors filed their *Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 145] (the "**Retention Application**").  By order dated February 3, 2009, this Court approved the retention of Reed Smith [Docket No. 326] (the "**Retention Order**").

3.    Reed Smith submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

## Applicable Standards

4.    In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary

to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated

skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F)*.

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Reed Smith for review and comment.  The firm submitted a written response to the Fee Examiner.  After evaluation and consideration of the additional information provided by Reed Smith, the Fee Examiner submits this Final Report for the Court's consideration.  This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

9.    **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that there were no discrepancies between the Fees Requested and the Fees Computed or any discrepancies between the Expenses Requested and the Expenses Computed.  Exhibit A, which was used in the Preliminary Report, has been omitted from the Final Report.

10.    **Block Billing.**[2]  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*.  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[3]  The Fee Examiner identified task descriptions that are technically block billed totaling 27.90 hours with associated fees of $14,472.00, which were displayed in **Exhibit B** to the Preliminary Report.  Based upon precedent established by this Court, the Fee

---

[2] The Fee Examiner's methodology for reviewing fees includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, the Fee Examiner assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications, and presents a reasonable alternative to discounting block billed time entries in their entirety.

[3] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

Examiner does not object to any of the block billed entries. Exhibit B has been omitted from the Final Report.

11. **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*. Reed Smith complied with the applicable rules regarding time increments.

### Review of Fees

12. **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 12 Reed Smith professionals and paraprofessionals who billed to this matter, consisting of 4 partners, 1 counsel, 4 associates, and 3 paralegals. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit C.**[4]

The firm billed a total of 202.00 hours with associated fees of $95,702.50. The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

---

[4] This Final Report includes exhibits that detail and support the findings discussed herein. Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit. The tasks included in a specific category are underlined in the fee exhibits. For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 122.70 | 61% | $66,852.00 | 70% |
| Counsel | 10.70 | 5% | 6,152.50 | 6% |
| Associate | 43.60 | 22% | 18,562.00 | 20% |
| Paralegal | 25.00 | 12% | 4,136.00 | 4% |
| **TOTAL** | 202.00 | 100% | $95,702.50 | 100% |

The blended hourly rate for the Reed Smith professionals is $517.32 and the blended hourly rate for professionals and paraprofessionals is $473.77.

13.    **Hourly Rate Increases.**    Reed Smith did not increase the hourly rates of firm timekeepers during this interim period.

14.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.  On the whole, each Reed Smith timekeeper appeared to perform either core team responsibilities necessary to the engagement; or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

15.    **Meetings, Conferences, Hearings, and Other Events.**  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*), and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v).*  While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified two occasions where two Reed Smith timekeepers attended the same meeting, conference, hearing, or other event. The entries, totaling 5.00 hours with $2,858.00 in associated fees, were displayed in **Exhibit D** to the Preliminary Report. The Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference). The potentially duplicative and unnecessary timekeepers' entries totaled 2.30 hours with $1,265.00 in associated fees, and are highlighted in bold and marked with an ampersand [&] in the Exhibit. The firm, however, provided what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendee's role and provided sufficient information regarding the necessity of the multiple attendees for these events. No fee reduction is warranted. Exhibit D has been omitted from the Final Report.

16.    **Intraoffice Conferences.**    Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Reed Smith timekeepers describing intraoffice conferences totaling 6.60 hours with $3,325.00 in associated fees, approximately 3% of the Fees Computed, as were displayed in **Exhibit E**. The Fee Examiner did not identify any instances of more than one participant billing for the same intraoffice conference. The Fee Examiner requested that Reed Smith continue to strive to reduce its percentage of intraoffice conferences, but makes no recommendation for a fee reduction. Exhibit E has been omitted from this Report.

17.    **Complete and Detailed Task Descriptions.**    Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary." The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each

activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix).* The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v).*

The Fee Examiner reviewed the substantive detail of each billing entry and identified 0.40 hour with $196.00 in associated fees where the timekeeper did not identify the parties to a communication. The entries were displayed in **Exhibit F** to the Preliminary Report. This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in clear violation of the applicable guidelines.[5] The firm was asked to revise the task description to provide the missing party to the communication, which is required by the Local Rules and UST Guidelines. The firm complied with the Fee Examiner's request, and no fee reduction is appropriate. Exhibit F has been omitted from the Final Report.

18.    **Administrative Activities.** Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. The Fee Examiner identified multiple fee entries describing the administrative tasks of reviewing and cataloguing case correspondence, files and pleadings. The questioned tasks totaling 4.40 hours with related fees of $616.00 were displayed in **Exhibit G** to

---

[5] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g., In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997). Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

the Preliminary Report.  Reed Smith and the Fee Examiner agreed to a compromise, which resulted in a fee reduction of $264.00.  No further fee reduction is warranted.  Exhibit G has been omitted from the Final Report.

19.    **Clerical Activities.**    Typically, clerical activities are those tasks that do not require legal acumen and may effectively be performed by administrative assistants, secretaries, or support personnel, and like administrative activities, are generally reflected in the hourly rates charged by a firm.  In the 3rd Circuit, however, clerical-type activities performed by professionals and/or paraprofessionals are subject to a reduced billing rate.  The Fee Examiner reviewed each timekeeper's billing activities but did not identify any clerical-type activities.

20.    **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates."  *Local Rule 2016-2(d)(viii).*  Reed Smith did not submit any time entries describing travel.

21.    **Reed Smith Retention/Compensation.**  Reed Smith billed 49.20 hours with associated fees of $18,996.00 to prepare the firm's retention documents and applications for compensation.  The fee entries describing Reed Smith's retention/compensation activities are displayed in **Exhibit H**, which is included in the Final Report for the Court's reference.

## Review of Expenses

22.    **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available."  *Local Rule 2016-2(e)(i-ii).*   The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all

expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.   Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines* ¶*(b)(5)(iii)*.   Reed Smith provided an itemization for its expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.   The Fee Examiner found no objectionable expense items.

## CONCLUSION

The Fee Examiner submits this Final Report regarding Reed Smith's Application and the fees and expenses discussed above.   The Fee Examiner recommends approval of fees that total $95,438.50 ($95,702.50 minus $264.00) and reimbursement of expenses that total $8,739.35 for the period from September 1, 2012 through November 30, 2012.   The findings are set forth in the summary on the following page.

**REED SMITH LLP**

**SUMMARY OF FINDINGS**

**Sixteenth Interim Fee Application (September 1, 2012 through November 30, 2012)**

**A.    Amounts Requested and Computed**

| | | |
|---|---|---|
| Fees Requested | $95,702.50 | |
| Expenses Requested | 8,739.35 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $104,441.85 |
| Fees Computed | $95,702.50 | |
| Expenses Computed | 8,739.35 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $104,441.85 |

**B.    Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---|---|---|
| Fees Requested | $95,702.50 | | |
| *Agreed Reduction for Administrative Activities* | | *($264.00)* | |
| Subtotal | | *($264.00)* | |
| RECOMMENDED FEE ALLOWANCE | | | $ 95,438.50 |
| Expenses Requested | $8,739.35 | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | 8,739.35 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $104,177.85 |

Respectfully submitted,

**STUART MAUE**

By: _____

    John F. Theil, Esq.
    3840 McKelvey Road
    St. Louis, Missouri  63044
    Telephone:  (314) 291-3030
    Facsimile:  (314) 291-6546
    tribunebkr@smmj.com

*Fee Examiner*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 22nd day of May, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan Chase Bank,
N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

John D. Shugrue, Esq.
Partner
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606 7507

John F. Theil, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Reed Smith LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| AJM | Moss, J. Andrew | PARTNER | $550.00 | $550.00 | 52.50 | $28,875.00 |
| JDS | Shugrue, John D. | PARTNER | $590.00 | $590.00 | 33.90 | $20,001.00 |
| TPL | Law, Timothy P. | PARTNER | $490.00 | $490.00 | 33.60 | $16,464.00 |
| PRW | Walker-Bright, Paul R. | PARTNER | $560.00 | $560.00 | 2.70 | $1,512.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $544.84 | | 122.70 | $66,852.00 |
| | | | | % of Total: 60.74% | | % of Total: 69.85% |
| LMG | Geiger, Laura M. | COUNSEL | $575.00 | $575.00 | 10.70 | $6,152.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $575.00 | | 10.70 | $6,152.50 |
| | | | | % of Total: 5.30% | | % of Total: 6.43% |
| AY | Yassemedis, Andrea C. | ASSOCIATE | $450.00 | $450.00 | 21.10 | $9,495.00 |
| PHF | Forster, Paige H. | ASSOCIATE | $410.00 | $410.00 | 18.00 | $7,380.00 |
| DR | Rosenfield, David M. | ASSOCIATE | $350.00 | $350.00 | 3.10 | $1,085.00 |
| JCF | Falgowski, J. Cory | ASSOCIATE | $430.00 | $430.00 | 1.40 | $602.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $425.73 | | 43.60 | $18,562.00 |
| | | | | % of Total: 21.58% | | % of Total: 19.40% |
| LL | Lankford, Lisa A. | PARALEGAL | $180.00 | $180.00 | 15.90 | $2,862.00 |
| SS | Somoza, Silvia | PARALEGAL | $140.00 | $140.00 | 5.10 | $714.00 |
| MT | Todd, Michelle G. | PARALEGAL | $140.00 | $140.00 | 4.00 | $560.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $165.44 | | 25.00 | $4,136.00 |
| | | | | % of Total: 12.38% | | % of Total: 4.32% |
| | Total No. of Billers: 12 | Blended Rate for Report: | $473.77 | | 202.00 | $95,702.50 |

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Falgowski, J | 1.40 | 602.00 |
| Lankford, L | 15.90 | 2,862.00 |
| Shugrue, J | 13.50 | 7,965.00 |
| Somoza, S | 2.30 | 322.00 |
| Yassemedis, A | 16.10 | 7,245.00 |
| | 49.20 | $18,996.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 49.20 | 18,996.00 |
| | 49.20 | $18,996.00 |

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 09/07/12 Fri | Somoza, S 2325469-9/47 | 0.30 | 0.30 | 42.00 | | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 09/12/12 Wed | Somoza, S 2325469-9/48 | 0.40 | 0.40 | 56.00 | | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND CATALOGUED CASE PLEADINGS. |
| 09/17/12 Mon | Lankford, L 2325469-9/49 | 0.20 | 0.20 | 36.00 | | | 1 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING STATUS OF 39TH MONTHLY FEE APPLICATION. |
| 09/18/12 Tue | Lankford, L 2325469-9/50 | 0.90 | 0.90 | 162.00 | 0.40<br>0.50 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>DRAFTED CNO TO RS'S 41ST MONTHLY FEE APPLICATION (.4):<br>DRAFTED RS'S 43RD MONTHLY FEE APPLICATION (.5). |
| 09/18/12 Tue | Shugrue, J 2325469-9/52 | 0.50 | 0.50 | 295.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED FEE EXAMINER'S PRELIMINARY REPORT CONCERNING 12TH INTERIM FEE APPLICATION. |
| 09/18/12 Tue | Yassemedis, A 2325469-9/51 | 3.40 | 3.40 | 1,530.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED FEE EXAMINER'S PRELIMINARY REPORT REGARDING 12TH FEE APPLICATION AND EVALUATED RESPONSE TO SAME. |
| 09/19/12 Wed | Lankford, L 2325469-9/53 | 0.30 | 0.30 | 54.00 | | | 1 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING 12TH INTERIM FEE APPLICATION AND RESEARCH REGARDING SAME. |
| 09/19/12 Wed | Shugrue, J 2325469-9/55 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED FEE APPLICATION STATUS AND PREPARATION ISSUES. |
| 09/19/12 Wed | Yassemedis, A 2325469-9/54 | 2.60 | 2.60 | 1,170.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED RESPONSE TO FEE EXAMINER'S REPORT REGARDING 12TH INTERIM FEE APPLICATION. |
| 09/20/12 Thu | Lankford, L 2325469-9/56 | 0.40 | 0.40 | 72.00 | | | 1 | MATTER NAME: *Fee Applications*<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING FEE APPLICATIONS AND RESEARCH REGARDING SAME. |
| 09/21/12 Fri | Shugrue, J 2325469-9/57 | 0.80 | 0.80 | 472.00 | | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED 43RD MONTHLY FEE APPLICATION. |
| 09/24/12 Mon | Shugrue, J 2325469-9/58 | 0.90 | 0.90 | 531.00 | 0.60<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>DEVELOPED INFORMATION FOR FEE CHART AS REQUESTED BY ALVAREZ & MARSAL AND PREPARED SAME (.6):<br>ANALYZED ISSUES FOR RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 12TH INTERIM FEE APPLICATION (.3). |
| 09/25/12 Tue | Falgowski, J 2340575-9/11 | 0.10 | 0.10 | 43.00 | | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED OMNIBUS FEE ORDER. |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 09/25/12 Tue | Shugrue, J 2325469-9/60 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: Fee Applications<br>FINALIZED AND ARRANGED FOR TRANSMITTAL OF SPREADSHEET REGARDING OUTSTANDING FEES AND EXPENSES AS REQUESTED BY ALVAREZ & MARSAL. |
| 09/25/12 Tue | Yassemedis, A 2325469-9/59 | 0.70 | 0.70 | 315.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED RESPONSE TO FEE EXAMINER'S OBJECTIONS TO 12TH FEE APPLICATION. |
| 09/26/12 Wed | Lankford, L 2325469-9/61 | 1.60 | 1.60 | 288.00 | 0.70<br>0.90 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING FEES/COSTS AND RESEARCH REGARDING 11TH INTERIM FEE APPLICATION (.7);<br>REVIEWED FEE/COSTS/ESTIMATIONS SPREADSHEET FROM ALVAREZ AND MARSAL (.9). |
| 09/26/12 Wed | Yassemedis, A 2325469-9/62 | 0.70 | 0.70 | 315.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED FEE EXAMINER'S OBJECTIONS TO 12TH INTERIM FEE APPLICATION AND EVALUATED RESPONSE TO SAME. |
| 09/27/12 Thu | Shugrue, J 2325469-9/63 | 1.20 | 1.20 | 708.00 | | | 1 | MATTER NAME: Fee Applications<br>DRAFTED NARRATIVE TEXT AND INFORMATION FOR 43RD MONTHLY FEE APPLICATION. |
| 09/28/12 Fri | Lankford, L 2325469-9/64 | 1.30 | 1.30 | 234.00 | | | 1 | MATTER NAME: Fee Applications<br>REVISIONS TO CNO TO RS'S 41ST MONTHLY FEE APPLICATION. |
| 09/29/12 Sat | Shugrue, J 2325469-9/65 | 0.40 | 0.40 | 236.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED FEE EXAMINER'S FINAL REPORT REGARDING 11TH INTERIM FEE APPLICATION. |
| 10/01/12 Mon | Lankford, L 2340575-9/12 | 2.10 | 2.10 | 378.00 | 1.30<br>0.20<br>0.10<br>0.20<br>0.30 | F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: Fee Applications<br>CALCULATIONS AND REVISIONS TO RS'S 43RD MONTHLY FEE APPLICATION (1.3);<br>DRAFTED CNO TO RS'S 42ND MONTHLY FEE APPLICATION (.2);<br>E-MAIL CORRESPONDENCE REGARDING SAME (.1);<br>PHONE CONFERENCE WITH J. SHUGRUE REGARDING SAME (.2);<br>REVISIONS TO RS'S 43RD MONTHLY FEE APPLICATION (.3). |
| 10/01/12 Mon | Shugrue, J 2340575-9/15 | 0.90 | 0.90 | 531.00 | 0.50<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>ANALYZED DRAFTS OF 43RD MONTHLY FEE APPLICATION AND CNOS FOR 41ST AND 42ND MONTHLY FEE APPLICATIONS (.5);<br>ANALYZED ISSUES RAISED BY FEE EXAMINER'S PRELIMINARY REPORT ON 12TH INTERIM FEE APPLICATION AND IDENTIFIED INFORMATION FOR RESPONSE TO SAME (.4). |
| 10/01/12 Mon | Somoza, S 2340575-9/13 | 0.30 | 0.30 | 42.00 | | | 1 | MATTER NAME: Fee Applications<br>REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 10/01/12 Mon | Yassemedis, A 2340575-9/14 | 1.00 | 1.00 | 450.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED ISSUES RELATED TO 12TH INTERIM FEE APPLICATION IN LIGHT OF FEE EXAMINER'S QUESTIONS. |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 10/02/12 Tue | Lankford, L 2340575-9/16 | 1.70 | 1.70 | 306.00 | 0.20 1.50 | F F | 1 2 | MATTER NAME: Fee Applications E -MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 43RD MONTHLY FEE APPLICATION (.2); REVISIONS TO SAME (1.5). |
| 10/02/12 Tue | Shugrue, J 2340575-9/18 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND APPROVED FILING OF CNOS FOR 41ST AND 42ND MONTHLY FEE APPLICATIONS. |
| 10/02/12 Tue | Yassemedis, A 2340575-9/17 | 2.50 | 2.50 | 1,125.00 | | | 1 | MATTER NAME: Fee Applications DRAFTED RESPONSES TO FEE EXAMINER'S PRELIMINARY REPORT REGARDING 12TH FEE APPLICATION. |
| 10/04/12 Thu | Lankford, L 2340575-9/19 | 0.70 | 0.70 | 126.00 | | | 1 | MATTER NAME: Fee Applications DRAFTED CNO TO RS'S 43RD MONTHLY & RS'S 44TH MONTHLY FEE APPLICATION. |
| 10/04/12 Thu | Shugrue, J 2340575-9/21 | 1.10 | 1.10 | 649.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED AND REVISED EMAIL TO FEE EXAMINER REGARDING QUESTIONS/ISSUES CONCERNING 12TH INTERIM FEE APPLICATION. |
| 10/04/12 Thu | Somoza, S 2340575-9/20 | 0.30 | 0.30 | 42.00 | | | 1 | MATTER NAME: Fee Applications REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 10/05/12 Fri | Shugrue, J 2340575-9/23 | 0.70 | 0.70 | 413.00 | | | 1 | MATTER NAME: Fee Applications ANALYZED, REVISED AND FINALIZED EMAIL TO FEE EXAMINER REGARDING PRELIMINARY REPORT ON 12TH INTERIM FEE APPLICATION. |
| 10/05/12 Fri | Yassemedis, A 2340575-9/22 | 0.70 | 0.70 | 315.00 | | | 1 | MATTER NAME: Fee Applications REVISED RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT REGARDING 12TH INTERIM FEE APPLICATION. |
| 10/08/12 Mon | Lankford, L 2340575-9/24 | 0.20 | 0.20 | 36.00 | | | 1 | MATTER NAME: Fee Applications E-MAIL TO J. SHUGRUE REGARDING CNO TO RS'S 43RD MONTHLY & RS'S 44TH MONTHLY FEE APPLICATIONS. |
| 10/08/12 Mon | Shugrue, J 2340575-9/25 | 0.80 | 0.80 | 472.00 | | | 1 | MATTER NAME: Fee Applications DRAFTED MATERIAL FOR INCLUSION IN 44TH MONTHLY FEE APPLICATION. |
| 10/11/12 Thu | Lankford, L 2340575-9/26 | 0.30 | 0.30 | 54.00 | | | 1 | MATTER NAME: Fee Applications E-MAIL CORRESPONDENCE TO J. SHUGRUE REGARDING 44TH MONTHLY FEE APPLICATION. |
| 10/11/12 Thu | Shugrue, J 2340575-9/27 | 0.40 | 0.40 | 236.00 | | | 1 | MATTER NAME: Fee Applications DRAFTED 44TH MONTHLY FEE APPLICATION. |
| 10/12/12 Fri | Lankford, L 2340575-9/28 | 1.20 | 1.20 | 216.00 | 0.30 0.90 | F F | 1 2 | MATTER NAME: Fee Applications CORRESPONDED WITH C. FALGOWSKI REGARDING REVISED 44TH MONTHLY FEE APPLICATION. (.3); REVISED RS'S 44TH MONTHLY FEE APPLICATION (.9). |

~ See the last page of exhibit for explanation

EXHIBIT H
REED SMITH RETENTION/COMPENSATION
Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 10/12/12 Fri | Shugrue, J 2340575-9/29 | 0.50 | 0.50 | 295.00 | | 1 | MATTER NAME: *Fee Applications*<br>DRAFTED NARRATIVE TEXT FOR 44TH MONTHLY FEE APPLICATION. |
| 10/18/12 Thu | Shugrue, J 2340575-9/30 | 0.20 | 0.20 | 118.00 | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED AND APPROVED FOR FILING CNO REGARDING 43RD MONTHLY FEE APPLICATION AND 44TH MONTHLY FEE APPLICATION. |
| 10/22/12 Mon | Somoza, S 2340575-9/31 | 0.30 | 0.30 | 42.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 10/24/12 Wed | Falgowski, J 2340575-9/32 | 0.40 | 0.40 | 172.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND REVISED 44TH MONTHLY FEE APPLICATION. |
| 10/25/12 Thu | Shugrue, J 2340575-9/33 | 0.20 | 0.20 | 118.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AS FILED 44TH MONTHLY FEE APPLICATION AND EXCHANGED EMAILS WITH J. LORD REGARDING SAME. |
| 10/29/12 Mon | Falgowski, J 2340575-9/34 | 0.10 | 0.10 | 43.00 | | 1 | MATTER NAME: *Fee Applications*<br>COMMUNICATIONS WITH J. SHUGRUE REGARDING FEE AUDITOR'S REPORT AND REVIEW OF FINAL REPORT FOR 12TH INTERIM PERIOD. |
| 10/29/12 Mon | Shugrue, J 2340575-9/35 | 0.30 | 0.30 | 177.00 | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED FEE EXAMINER'S FINAL REPORT ON 12TH INTERIM FEE APPLICATION AND FORWARDED SAME TO L. LANKFORD AND C. FALGOWSKI. |
| 10/31/12 Wed | Somoza, S 2340575-9/36 | 0.20 | 0.20 | 28.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 11/02/12 Fri | Falgowski, J 2356274-9/3 | 0.30 | 0.30 | 129.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED FEE AUDITOR'S REPORT AND COMPARED WITH DRAFT FEE ORDER AND COMMUNICATED WITH J. SHUGRUE REGARDING SAME. |
| 11/02/12 Fri | Shugrue, J 2356274-9/4 | 0.40 | 0.40 | 236.00 | | 1 | MATTER NAME: *Fee Applications*<br>ANALYZED, REVISED AND FINALIZED UPDATED FEE/EXPENSE CHART REQUESTED BY ALVAREZ AND MARSAL. |
| 11/06/12 Tue | Lankford, L 2356274-9/5 | 1.90 | 1.90 | 342.00 | 0.50 F<br>0.20 F<br>0.80 F<br>0.20 F<br>0.20 F | 1<br>2<br>3<br>4<br>5 | MATTER NAME: *Fee Applications*<br>PREPARED FIRST DRAFT OF RS'S 45TH MONTHLY FEE APPLICATION (.5);<br>DRAFTED CNO TO RS'S 44TH MONTHLY FEE APPLICATION (.2);<br>DRAFTED RS'S 15TH INTERIM FEE APPLICATION (.8);<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING ORDER FOR 12TH INTERIM (.2);<br>CONFERED WITH C. FALGOWSKI REGARDING SAME (.2). |
| 11/07/12 Wed | Falgowski, J 2356274-9/7 | 0.20 | 0.20 | 86.00 | | 1 | MATTER NAME: *Fee Applications*<br>REVIEWED FEE APPLICATIONS. |

~  See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 11/07/12 Wed | Lankford, L 2356274-9/6 | 1.20 | 1.20 | 216.00 | 0.20<br>0.10<br>0.90 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING FEE APPLICATION AND CNO DEADLINES (.2);<br>CONFERED WITH C. FALGOWSKI REGARDING 15TH INTERIM (.1);<br>REVISED AND FINALIZED RS'S 15TH INTERIM (.9). |
| 11/07/12 Wed | Shugrue, J 2356274-9/10 | 0.70 | 0.70 | 413.00 | 0.50<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>ANALYZED FEE EXAMINER'S PRELIMINARY REPORT ON 13TH INTERIM FEE APPLICATION (.5);<br>ANALYZED AND APPROVED FILING OF 15TH INTERIM FEE APPLICATION (.2). |
| 11/07/12 Wed | Somoza, S 2356274-9/8 | 0.20 | 0.20 | 28.00 | | | 1 | MATTER NAME: Fee Applications<br>REVIEWED AND CATALOGUED CASE FILES. |
| 11/07/12 Wed | Yassemedis, A 2356274-9/9 | 0.50 | 0.50 | 225.00 | 0.10<br>0.40 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>EMAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING 13TH INTERIM FEE PETITION (.1);<br>REVIEWED SAME (.4). |
| 11/09/12 Fri | Yassemedis, A 2356274-9/11 | 2.30 | 2.30 | 1,035.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED FEE EXAMINER'S PRELIMINARY REPORT AND OUTLINED RESPONSE TO SAME. |
| 11/14/12 Wed | Shugrue, J 2356274-9/12 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: Fee Applications<br>ANALYZED STATUS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 13TH INTERIM FEE APPLICATION. |
| 11/15/12 Thu | Lankford, L 2356274-9/13 | 0.40 | 0.40 | 72.00 | 0.10<br>0.30 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>FOLLOW-UP E-MAIL CORRESPONDENCE WITH J. SHUGRUE REGARDING RS'S 45TH MONTHLY FEE APPLICATIONS (.1);<br>E-MAIL CORRESPONDENCE WITH CLIENT REGARDING FEE APPLICATION QUESTIONS (.3). |
| 11/15/12 Thu | Shugrue, J 2356274-9/15 | 0.20 | 0.20 | 118.00 | | | 1 | MATTER NAME: Fee Applications<br>EMAILS WITH CLIENT REGARDING MONTHLY FEE APPLICATION STATUS AND QUESTIONS. |
| 11/15/12 Thu | Yassemedis, A 2356274-9/14 | 1.70 | 1.70 | 765.00 | 1.70 | F | 1 | MATTER NAME: Fee Applications<br>DRAFTED RESPONSE TO EXAMINER'S REPORT REGARDING 13TH INTERIM FEE APPLICATION (1.7). |
| 11/16/12 Fri | Shugrue, J 2356274-9/16 | 1.50 | 1.50 | 885.00 | 0.70<br>0.60<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARED, FINALIZED AND TRANSMITTED RESPONSE EMAIL TO FEE EXAMINER REGARDING PRELIMINARY REPORT ON 13TH INTERIM FEE APPLICATION (.7);<br>DRAFTED MATERIALS FOR INCLUSION IN 45TH MONTHLY FEE APPLICATION (.6);<br>REVIEWED AND APPROVED FOR FILING CNO REGARDING 44TH MONTHLY FEE APPLICATION (.2). |
| 11/19/12 Mon | Shugrue, J 2356274-9/17 | 0.30 | 0.30 | 177.00 | | | 1 | MATTER NAME: Fee Applications<br>PREPARED NARRATIVE TEXT FOR 45TH MONTHLY FEE APPLICATION. |
| 11/21/12 Wed | Lankford, L 2356274-9/18 | 0.50 | 0.50 | 90.00 | | | 1 | MATTER NAME: Fee Applications<br>REVISIONS AND CALCULATIONS TO RS'S 45TH MONTHLY FEE APPLICATION. |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 11/26/12 Mon | Falgowski, J 2356274-9/19 | 0.30 | 0.30 | 129.00 | | | 1 | *MATTER NAME: Fee Applications* REVIEWED MONTHLY AND INTERIM FEE APPLICATIONS FOR FILING. |
| 11/26/12 Mon | Somoza, S 2356274-9/20 | 0.30 | 0.30 | 42.00 | | | 1 | *MATTER NAME: Fee Applications* REVIEWED AND CATALOGUED CASE CORRESPONDENCE. |
| 11/27/12 Tue | Lankford, L 2356274-9/21 | 1.00 | 1.00 | 180.00 | 0.40 0.60 | F F | 1 2 | *MATTER NAME: Fee Applications* REVISED AND FINALIZED CNO FOR RS'S 44TH MONTHLY FEE APPLICATION (.4); REVISED AND FINALIZED RS'S 45TH MONTHLY FEE APPLICATION (.6). |
| 11/27/12 Tue | Shugrue, J 2356274-9/22 | 0.20 | 0.20 | 118.00 | | | 1 | *MATTER NAME: Fee Applications* ANALYZED AS FILED CNO REGARDING 44TH MONTHLY FEE APPLICATION, AND 45TH MONTHLY FEE APPLICATION. |
| 11/30/12 Fri | Shugrue, J 2356274-9/32 | 0.40 | 0.40 | 236.00 | 0.20 0.20 | F F | 1 2 | *MATTER NAME: Fee Applications* EMAILS WITH FEE EXAMINER REGARDING 14TH INTERIM FEE APPLICATION (.2); EMAILS WITH L. LANKFORD REGARDING SAME (.2). |
| Total Number of Entries: 66 | | | 49.20 | $18,996.00 | | | | |

~ See the last page of exhibit for explanation

EXHIBIT H

REED SMITH RETENTION/COMPENSATION

Reed Smith LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Falgowski, J | 1.40 | 602.00 |
| Lankford, L | 15.90 | 2,862.00 |
| Shugrue, J | 13.50 | 7,965.00 |
| Somoza, S | 2.30 | 322.00 |
| Yassemedis, A | 16.10 | 7,245.00 |
| | 49.20 | $18,996.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 49.20 | 18,996.00 |
| | 49.20 | $18,996.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL