

**New York State Department of**
**Taxation and Finance**
Division of Collections and Civil Enforcement
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 435-8464

May 14, 2013

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o Epic Solutions-Tribune Company
757 Third Avenue
New York, NY 10017

Re: Claim withdrawal for Los Angeles Times Newspapers Inc
    Docket #: 08-13187 KJC   Lead Docket #08-13141 KJC

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim (claim #7124) in the amount of $43.21 with a statement date of 5/29/2012. There is no surviving Administrative Expense period proof of claim. Claim #7124 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

*[signature]*

Tax Compliance Representative I

cc: David Demeter
    Norman Fivel