## EXHIBIT A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

| Name of Debtor: The Tribune Company, et al. | Case Number: 08-13141 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): Keiffer J. Mitchell, Sr., as PR of the Estate of Parren J. Mitchell

Name and address where notices should be sent: Larry S. Gibson, Esq. and John J. Leidig, Esq., Shapiro Sher Guinot & Sandler, 36 So. Charles St., Suite 2000, Baltimore, MD 21201

Telephone number: (410) 385-0202

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Same as above

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 20,000,000.00 compensatory damages

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** trespass and intrusion upon seclusion
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3130 (from Circuit Court Case Number)

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all pay[...]g this proof of claim.

**7. Documents:** Attach redacted c[...]ry notes, purchase orders, invoices, itemized statement[...]curity agreements. You may also attach a summary[...]ction of "reverse side.) a security interest. You may also at[...]
See attached Summ[...]
DO NOT SEND ORIGINAL DOCU[...]YED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000000878

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 3/13/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    John J. Leidig, Esq.

Shapiro Sher Guinot & Sandler, 36 So. Charles St., Suite 2000, Baltimore, MD 21201, (410) 385-0202

FILED RECEIVED
APR 06 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. [...]

B 10 (Official Form 10) (12/08) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

*In re: The Tribune Company, et. Al.*
Case No. 08-13141 (Bankr. D. Del.)

**Attachment to Proof of Claim of**
**Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of Parren J. Mitchell**

On June 7, 2002, former U.S. Congressman Parren J. Mitchell ("Mitchell") filed a three-count Complaint against The Baltimore Sun Company (the "Sun") and two of its reporters in the Circuit Court for Baltimore City, Case No. 24-C-02-003130 (the "Litigation"). Mitchell filed an Amended Complaint on January 19, 2007. The Amended Complaint states causes of action for trespass and invasion of privacy arising out of events that occurred on May 29, 2002 and the subsequent newspaper reports printed by the Sun. A copy of the Amended Complaint is attached hereto and incorporated herein by reference.

Mitchell died in 2008. Keiffer J. Mitchell, Sr. was thereafter appointed as Personal Representative of The Estate of Parren J. Mitchell and has been substituted as the Plaintiff in the Litigation.

The Amended Complaint seeks $20,000,000 in compensatory damages against the Sun.

| | | |
|---|---|---|
| PARREN J. MITCHELL | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| VS. | * | OF |
| THE BALTIMORE SUN COMPANY | * | MARYLAND |
| and | * | FOR |
| WALTER F. ROCHE, JR. | * | BALTIMORE CITY |
| and | * | |
| IVAN PENN | * | Case Number:   24-C-02-003130 |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AMENDED COMPLAINT
### AND
### PRAYER FOR JURY TRIAL

Now comes **PARREN J. MITHCELL**, the Plaintiff, by and through **Arthur M. Frank, Esquire** and **Larry S. Gibson, Esquire**, his attorneys, and sues the Defendants, **THE BALTIMORE SUN COMPANY, WALTER F. ROCHE, JR., and IVAN PENN**, individually, jointly, and severally, and for causes of actions, states the following:

### COUNT ONE
### (TRESPASS)

1.   That at all times material hereto, the Plaintiff, Parren J. Mitchell, resides at Keswick Multi-Care Center, located at 700 West 40th Street, in Baltimore City, in the State of Maryland.

2.   That at all times material hereto, the Defendant, The Baltimore Sun Company, a Maryland

1

Corporation, does and operates its business in Baltimore City, in the State of Maryland.

3.  That at all times material hereto, the Defendants, Walter F. Roche, Jr. and Ivan Penn, are, and have been acting as agents, servants and employees of the other Defendant, The Baltimore Sun Company.

4.  On or about May 30th, 2002, Walter F. Roche, Jr. and Ivan Penn, individually and jointly, working as investigative reporters and as employees, agents and servants of The Baltimore Sun Company, unlawfully, surreptitiously, and with intentional deceit, passed security at the residence of the Plaintiff, Parren J. Mitchell, and under false and misleading pretenses, entered and trespassed upon the private room of the said Plaintiff.

5.  That the Defendants, Walter F. Roche, Jr. and Ivan Penn, and each of them, were at all times material hereto, acting during the course of and in the scope of their employment with the other Defendant, The Baltimore Sun Company.

6.  That the Plaintiff was in lawful possession of his private room at the Keswick Multi-Care Center while the Defendants, and each of them, illegally and unlawfully invaded and intruded upon the Plaintiff's room and residence.

7.  That Ivan Penn, the Defendant, illegibly and with false pretense signed his name at the entrance to gain entry upstairs and into the Plaintiff's room, where he knew or should have known that members of the press are to follow other procedures before gaining access to a patient's room; and, furthermore, the other Defendant, Walter F. Roche, Jr., did not sign in at security at all before entering the premises and the room of the said Plaintiff, contrary to "No Trespassing" and other signs requiring checking in with security prior to entering upon the premises of the Keswick Multi-Care Center and the private room of the Plaintiff.

8.  That "NO TRESPASSING" signs are clearly posted at the entrance of the residence of the

2

Plaintiff and at the Keswick Multi-Care Center, where the Plaintiff does reside.

9.  That the Plaintiff, Parren J. Mitchell, requested and demanded that the Defendants, Walter F. Roche, Jr. and Ivan Penn, leave his room as soon as he learned the nature of their visit, and, the said Defendants, and each of them, refused to leave, and, continued, standing on each side of the said Plaintiff, to grill and cross-examine the said Plaintiff, until such time as their continued questioning caused the Plaintiff to get more and more upset and caused him great physical pain and mental anguish, disturbing the peace and privacy of the said Plaintiff.

10. That the Defendants, and each of them, improperly exerted undue influence and pressure on a health care worker employed by the Keswick Multi-Care Center to allow the said Defendants to gain access and continue with this unlawful trespass into the room of the said Plaintiff.

11. That the Plaintiff, Parren J. Mitchell, is in poor and fragile health, and is in constant need of nursing care, and has an expectation of privacy and freedom from interfering members of the press that abused their trust, professional ethics and discretion solely in order to grill and cross-examine the Plaintiff to achieve their personal goals in order for the Defendants to obtain a story, and, furthermore, the Defendants gained information from members of the Keswick Multi-Care Center that are privileged and confidential under Federal and Maryland State law.

12. That all of the Defendants, and each of them, did trespass upon the land and residence of the Plaintiff, Parren J. Mitchell.

13. That the Plaintiff did not give consent to any of the Defendants to trespass upon his land, and, the said Defendants, and each of them, entered the residence and room of the Plaintiff without any consent by the Plaintiff and without regard to the safety, well-being and health of the Plaintiff.

3

14. That all of the actions of the Defendants, and each of them, directly has caused and continues to cause the Plaintiff injury, damage, mental pain, anguish and suffering.

15. That the Plaintiff did not contribute to any of his aforesaid injuries caused by the Defendants, and each of them.

16. That all of the allegations contained in Counts Two hereinbelow are hereby incorporated by reference herein and made a part hereof as if each and every allegation were set forth in this Count One.

**WHEREFORE,** your Plaintiff, PARREN J. MITCHELL, sues from and against each of the Defendants herein, THE BALTIMORE SUN COMPANY, WALTER F. ROCHE, JR., and IVAN PENN, individually, jointly and severally, for the sum of Twenty Million Dollars ($20,000,000.00) in compensatory damages, plus interest and costs of this action.

## COUNT TWO
## (INVASION OF PRIVACY/INTRUSION UPON SECLUSION)

17. That each and every allegation set forth in Counts One hereinabove are hereby incorporated by reference herein and made a part hereof as if each and every allegation were set forth in this Count Two.

18. That the Plaintiff is a resident of the Keswick Multi-Care Center, living in a private room within that institution, in order to get private health and other care for the Plaintiff's failing health conditions.

19. That the Plaintiff has an expectation of privacy in his residence, room and surroundings.

4

20. That the Plaintiff also has an expectation of privacy in his health and financial matters that are privileged both under Federal and Maryland State law.

21. That the Defendants, and each of them, surreptitiously and through false pretenses and deceit, gained access and did trespass upon the private room and surroundings of the Plaintiff.

22. That the Defendants, and each of them, unlawfully gained access to the health and financial records and/or information of the Plaintiff through agents of the Keswick Multi-Care Center, all of which information is related to the health care of the Plaintiff and which information is privileged and to be held confidential under both Federal and Maryland State law.

23. That the Defendants, and each of them, intentionally invaded the land, residence and privacy of the Plaintiff.

24. That the Defendants, and each of them, intentionally intruded and pried upon the Plaintiff's solitude, seclusion, private affairs and/or concerns in a manner which is highly offensive to a reasonable person.

25. That by violating the privacy, land and residence of the Plaintiff, the Defendants, and each of them, caused and continue to cause the Plaintiff great damage, physical injury and mental pain, anguish and suffering, as well as damage to the Plaintiff's reputation, health, dignity and respect.

26. That the Plaintiff did not contribute to any of his aforesaid injuries caused by the Defendants and each of them.


WHEREFORE, your Plaintiff, PARREN J. MITCHELL, sues from and against each of the Defendants herein, THE BALTIMORE SUN COMPANY, WALTER F. ROCHE, JR., and

IVAN PENN, individually, jointly and severally, for the sum of Twenty Million Dollars ($20,000,000.00) in compensatory damages, plus interest and costs of this action.

Respectfully submitted,

Arthur M. Frank, Esquire
341 N. Calvert Street
Suite 100
Baltimore, Maryland 21202
410-727-2500


Larry S. Gibson, Esquire
2000 Charles Center South
36 S. Charles Street
Baltimore, Maryland 21201

**Attorneys for Plaintiff**

6

| | | |
|---|---|---|
| PARREN J. MITCHELL | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| VS. | * | OF |
| THE BALTIMORE SUN COMPANY | * | MARYLAND |
| and | * | FOR |
| WALTER F. ROCHE, JR. | * | BALTIMORE CITY |
| and | * | |
| IVAN PENN | * | |
| Defendants | * | Case Number:  24-C-02-003130 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRAYER FOR JURY TRIAL

DEAR MR. CLERK:

The Plaintiff, **Parren J. Mitchell**, by and through **Arthur M. Frank, Esquire** and **Larry S. Gibson, Esquire**, his attorneys, hereby prays that the above captioned case be heard by a Jury.

Respectfully submitted,

*Arthur Frank*

Arthur M. Frank, Esquire

*Larry Gibson*

Larry S. Gibson, Esquire

**Attorneys for Plaintiff**

7

## CERTIFICATION OF MAILING

I HEREBY CERTIFY, on this _14th_ day of January, 2007, that a copy of the aforegoing Amended Complaint and Prayer for Jury Trial, was mailed, postage pre-paid, of **Michael D. Sullivan, Esquire** and **Jay S. Brown, Esquire**, Levine, Sullivan & Koch, L.L.P., 1050 Seventeenth Street, N.W., Suite 800, Washington, D.C., 20036,  Attorneys for Defendants.

_Arthur Frank_
**Arthur M. Frank, Esquire**

8



**SHAPIRO**
**SHER**
**GUINOT &**
**SANDLER**

**John J. Leidig**
Direct Dial: 410.385.4238
jjl@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

April 2, 2009

**VIA FIRST-CLASS MAIL**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

> Re:   *In re:  The Tribune Company, et al.*
>         <u>Case No. 08-13141 (Bankr. D. Del.)</u>

To whom it may concern:

On behalf of claimant Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of Parren J. Mitchell, I have enclosed an original and two (2) copies of a Proof of Claim.

Pursuant to Delaware Local Bankruptcy Rule 3003-1, please accept the original and one (1) copy for filing.

Also, please date-stamp the additional copy and return it to me in the enclosed self-addressed, postage pre-paid envelope.

Thank you for your attention to this matter.  Please feel free to contact me directly if you have any comments or need additional information.

Very truly yours,

John J. Leidig

*Enclosures (as stated)*



FIRST CLASS MAIL

ATTORNEYS AT LAW

SHAPIRO
SHER
GUINOT &
SANDLER

36 South Charles Street
Suite 2000
Baltimore, Maryland 21201-3147

TO:

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station,
P.O. Box 5069
New York, NY 10150-5069

# EXHIBIT B

CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

02/22/10                          Case Number: 24-C-02-003130 OT OT
                                  Date Filed:  06/07/2002
                                  Status: Closed/Inactive
                                  Judge Assigned: To Be Assigned,
                                  Location :
                                  CTS Start :            Target :
Parren J Mitchell vs The Baltimore Sun Company, et al


C A S E    H I S T O R Y


OTHER REFERENCE NUMBERS

| Description | Number |
| --- | --- |
| Case Folder ID | C02003130V02 |


INVOLVED PARTIES

| Type Num | Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp. Addr Update | Entered |
| --- | --- | --- | --- | --- |
| PLT 001 | Mitchell, Parren J | | BT SU 02/15/08 | 06/07/02 |
| | | Party ID: 2769685 | | |
| | Mail: Keswick Multi-Care Center | 06/07/02 | 06/07/02 DF | 06/07/02 DF |
| | 700 West 40th Street | | | |
| | Baltimore, MD   21211 | | | |
| | Attorney: 0028583 Gibson, Larry S | Appear: 03/23/2004 | | 03/30/04 |
| | Shapiro, Sher, Guinot & Sandler | | | |
| | 2000 Charles Center South | | | |
| | 36 South Charles Street | | | |
| | Baltimore, MD   21201-3147 | | | |
| | (410)385-0202 | | | |
| | 0803218 Frank, Arthur M | Appear: 06/07/2002 | | 06/07/02 |
| | 214 E Lexington Street | | | |
| | Baltimore, MD   21202 | | | |

```
 24-C-02-003130    Date:   02/22/10    Time:  11:13                    Page:     2

          (410)332-1450

Type Num  Name(Last,First,Mid,Title)        Addr Str/End           Pty. Disp.         Entered
                                                                    Addr Update
--------------------------------------------------------------------------------------------------
PLT   002 Mitchell, Keiffer J, Sr                                   BT LP 03/31/09    02/20/08
                                            Party ID: 3982819


          Capacity : As Personal Representative Of The Estate Of Parren J. Mitchell
      Attorney: 0028583 Gibson, Larry S           Appear: 02/15/2008                  02/20/08
               Shapiro, Sher, Guinot & Sandler
               2000 Charles Center South
               36 South Charles Street
               Baltimore, MD   21201-3147
               (410)385-0202


DEF   001 The Baltimore Sun Company                                 BT LP 03/31/09    06/07/02
                                            Party ID: 2769686


      Mail: Resident Agent                  06/07/02                06/07/02 DF       06/07/02 DF
            11 East Chase Street
            Baltimore, MD   21202
            Serve On: Prentice Hall Corporation System


      Attorney: 0804545 Brown, Jay Ward            Appear: 01/31/2003 Removed:05/24/07   02/05/03

               0012744 Abrutyn, Stephanie Sue      Appear: 08/12/2002                 08/15/02
               TRIBUNE COMPANY, LAW DEPARTMENT
               220 E. 42ND ST, STE. 400
               , NY   10017
               (212)210-2885

               0806851 Sullivan, Michael D         Appear: 05/08/2003                 05/08/03
               Levin, Sullivan & Koch, LLP
               1050 Seventeenth St NW
               Washington, DC   20036
               (202)508-1100

               0806942 Bead, Jeanette Melendez     Appear: 05/28/2003                 06/25/03
               Levine, Sullivan, Koch & Schulz, LLP
               1050 17th St NW
               Washington, DC   20036
               (202)508-1100

               0809949 Curley, Thomas              Appear: 05/17/2007                 05/18/07
               Levine, Sullivan, Koch & Schulz, LLP
               1050 Seventeenth St NW
               Suite 800
               Washington, DC   20036-5514
               (202)508-1138


DEF   002 Roche, Walter F, Jr                                       BT LP 03/31/09    06/07/02
                                            Party ID: 2769687
```

Mail: 501 North Calvert Street          06/07/02                        06/07/02 DF          06/07/02 DF
      Baltimore, MD   21278

Attorney: 0804545 Brown, Jay Ward                  Appear: 01/31/2003 Removed:05/24/07          02/05/03

        0012744 Abrutyn, Stephanie Sue            Appear:  08/12/2002                          08/15/02
        TRIBUNE COMPANY, LAW DEPARTMENT
        220 E. 42ND ST. STE. 400
        , NY   10017
        (212)210-2885

        0806851 Sullivan, Michael D              Appear:  05/08/2003                          05/08/03
        Levin, Sullivan & Koch, LLP
        1050 Seventeenth St NW
        Washington, DC   20036
        (202)508-1100

        0806942 Bead, Jeanette Melendez          Appear:  05/28/2003                          06/25/03
        Levine, Sullivan, Koch & Schulz, LLP
        1050 17th St NW
        Washington, DC   20036
        (202)508-1100

        0809949 Curley, Thomas                   Appear:  05/17/2007                          05/18/07
        Levine, Sullivan, Koch & Schulz, LLP
        1050 Seventeenth St NW
        Suite 800
        Washington, DC   20036-5514
        (202)508-1138

| Type Num  Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp.<br>Addr Update | Entered |
|---|---|---|---|
| | | | |

DEF    003 Penn, Ivan                                                    BT LP 03/31/09          06/07/02
                                      Party ID: 2769688

Mail: 501 North Calvert Street          06/07/02                        06/07/02 DF          06/07/02 DF
      Baltimore, MD   21278

Attorney: 0804545 Brown, Jay Ward                  Appear: 02/05/2003 Removed:05/24/07          02/05/03

        0012744 Abrutyn, Stephanie Sue            Appear:  08/12/2002                          08/15/02
        TRIBUNE COMPANY, LAW DEPARTMENT
        220 E. 42ND ST. STE. 400
        , NY   10017
        (212)210-2885

        0806851 Sullivan, Michael D              Appear:  05/08/2003                          05/08/03
        Levin, Sullivan & Koch, LLP
        1050 Seventeenth St NW
        Washington, DC   20036
        (202)508-1100

24-C-02-003130   Date:  02/22/10    Time:  11:13                           Page:    4

0806942 Bead, Jeanette Melendez        Appear:  05/28/2003              06/25/03
Levine, Sullivan, Koch & Schulz, LLP
1050 17th St NW
Washington, DC   20036
(202)508-1100

0809949 Curley, Thomas                 Appear:  05/17/2007              05/18/07
Levine, Sullivan, Koch & Schulz, LLP
1050 Seventeenth St NW
Suite 800
Washington, DC   20036-5514
(202)508-1138


## CALENDAR EVENTS

| Date | Time | Fac | Event Description | Text | SA | Jdg | Day | Of | Notice | User ID |
|------|------|-----|-------------------|------|----|----|-----|-----|--------|---------|
| Result | | | ResultDt By Result Judge | Rec | | | | | | |

------------------------------------------------------------------------------

| Date | Time | Fac | Event Description | Text | SA | Jdg | Day | Of | Notice | User ID |
|------|------|-----|-------------------|------|----|----|-----|-----|--------|---------|
| 07/15/03 | 08:00A | 403C | Pre-Trial Conference | | | TBA | 01 | /01 | | MBN DCM |
| Postponed/Reset | | | 02/28/03 C | | | | | | | |
| 07/15/03 | 08:30A | 225 | Pre-Trial Conference | | | JCT | 01 | /01 | 02/28/03 | DCM ES |
| Postponed | | | 05/20/03 C  C.Smith | | | | | | | |
| 07/24/03 | 09:10A | 201 | Mot Hearing Modify Sched Order | | | CES | 01 | /01 | 07/11/03 | FM  FM |
| Cancelled/Vacated | | | 10/20/03 C | | | | | | | |
| 08/14/03 | 09:30A | 403T | Civil Trial | | | TBA | 01 | /01 | | MBN ES |
| Postponed | | | 05/20/03 C  C.Smith | | | | | | | |
| 09/15/03 | 08:30A | 523 | Pre-Trial Conference | Y | | CJG | 01 | /01 | 05/20/03 | ES  DCM |
| Postponed | | | 07/29/03 C  C.Smith | | | | | | | |
| 10/15/03 | 09:30A | 403T | Civil Trial | Y | | TBA | 01 | /01 | 05/20/03 | ES  DCM |
| Postponed | | | 07/29/03 C  C.Smith | | | | | | | |
| 02/09/04 | 08:00A | 403C | Pre-Trial Conference | | | TBA | 01 | /01 | 07/29/03 | DCM DCM |
| Postponed/Reset | | | 09/22/03 C | | | | | | | |
| 02/09/04 | 10:00A | 509W | Pre-Trial Conference | | | HDC | 01 | /01 | 09/22/03 | DCM FM |
| Postponed | | | 10/20/03 C  C.Smith | | | | | | | |
| 03/08/04 | 02:00P | 438 | Motion Hearing (Civil) | | | SRB | 01 | /01 | 02/06/04 | FM  DLI |
| Postponed | | | 02/18/04 C  J.Miller | | | | | | | |
| 03/15/04 | 09:30A | 403T | Civil Trial | | | TBA | 01 | /01 | 07/29/03 | DCM FM |
| Postponed | | | 10/20/03 C  C.Smith | | | | | | | |

24-C-02-003130   Date:  02/22/10   Time:  11:13                          Page:    5

```
Date    Time   Fac  Event Description          Text SA  Jdg Day  Of Notice   User ID
   Result              ResultDt By Result Judge     Rec
------------------------------------------------------------------------------------
03/24/04 02:00P 438  Motion Hearing (Civil)          SRB  01 /01 03/11/04 DLI
     Held/Concluded       03/24/04 C  S.Berger      N

05/10/04 08:00A 403C Pre-Trial Conference            TBA  01 /01 10/20/03 FM  DCM
     Postponed/Reset      01/13/04 C

05/10/04 10:30A 509W Pre-Trial Conference            HDC  01 /01 01/13/04 DCM FM
     Postponed            02/20/04 C  C.Smith

05/12/04 09:00A 600  Pre-Trial Conference            MBM  01 /01 04/29/04 FM  DG
     Cancelled/Vacated    05/04/04 Z

06/15/04 09:30A 403T Civil Trial                     TBA  01 /01 10/20/03 FM  DG
     Cancelled/Vacated    05/04/04 Z
```

## DISPOSITION HISTORY

```
Disp    Disp                            Stage                       Activity
Date    Code  Description               Code  Description     User  Date
------- ----- ------------------------- ----- ----------------- ---- --------
02/20/04 SJ   Summary Judgement         BC   BEFORE PRETRIAL CONF  DG  05/04/04
03/31/09 LP   Lack of Prosecution       BT   BEFORE TRIAL          WZ  03/31/09
```

## JUDGE HISTORY

```
JUDGE ASSIGNED              Type Assign Date Removal RSN
--------------------------- ---- ---------- -----------
TBA  To Be Assigned.        J    06/07/02
```

## DOCUMENT TRACKING

```
Num/Seq Description                      Filed    Entered  Party Jdg Ruling           Closed   User ID
------- -------------------------------- -------- -------- ----- --- ----------------- -------- -------
0001000 Complaint with Request for Jury Trial  06/07/02 06/07/02 PLT001 TBA Moot       02/20/04 DF  DG

0001001 Answer to Complaint      FNALP   08/12/02 08/15/02 DEF001 TBA Moot             02/20/04 GJ  DG
        Filed by DEF001-The Baltimore Sun Company. . DEF002-Roche, Walter
        F, Jr, DEF003-Penn, Ivan

0002000 Writ of Summons - Civil          06/07/02 06/07/02 DEF001 TBA Moot             06/07/02 DF  DF

0003000 Writ of Summons - Civil          06/07/02 06/07/02 DEF002 TBA Moot             06/07/02 DF  DF

0004000 Writ of Summons - Civil          06/07/02 06/07/02 DEF003 TBA Moot             06/07/02 DF  DF
```

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 0005000 | Affidavit of Service by P.P.S.<br>serivce was made on Ivan Penn on 6-12-02 | 06/17/02 | 06/20/02 | 000 | | TBA Moot | 02/20/04 | CC  DG |
| 0006000 | Affidavit of Service by P.P.S.<br>service was made on The Baltimore Sun Co. Prentice Hall<br>Corporation System Joyce Mike on 6-12-02 | 06/17/02 | 06/20/02 | 000 | | TBA Moot | 02/20/04 | CC  DG |
| 0007000 | Case Management Sheet<br>Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter<br>F. Jr. DEF003-Penn, Ivan | 08/15/02 | 08/15/02 | DEF001 | | TBA Moot | 02/20/04 | GJ  DG |
| 0008000 | Standard Track Scheduling Order Generat | 08/16/02 | 08/16/02 | 000 | | TBA Moot | 08/16/02 | MBN MBN |
| 0009000 | Notice Complex Track Request Sent | 08/16/02 | 08/16/02 | 000 | | TBA Moot | 08/16/02 | MBN MBN |
| 0010000 | Notice of Service of Discovery Material<br>(fnalp) | 10/15/02 | 10/15/02 | DEF001 | | TBA Moot | 02/20/04 | WOD DG |
| 0011000 | PLAINTIFF'S Designation of Experts fnalp | 11/18/02 | 11/19/02 | PLT001 | | TBA Moot | 02/20/04 | KAF DG |
| 0012000 | Notice of Service of Discovery Material<br>(fnalp) | 12/04/02 | 12/04/02 | PLT001 | | TBA Moot | 02/20/04 | WOD DG |
| 0013000 | Notice of Service of Discovery Material<br>(fnalp) | 01/07/03 | 01/07/03 | PLT001 | | TBA Moot | 02/20/04 | WOD DG |
| 0014000 | Motion for Special Admission Pro Hac Vic<br>for atty Jay Ward Brown (fnalp)<br>Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter<br>F. Jr. DEF003-Penn, Ivan | 01/23/03 | 01/28/03 | DEF001 | JMC | Granted | 01/31/03 | DB  DG |
| 0014001 | Order of Court<br>Jay Ward Brown is admitted specially for the purpose of appearing<br>as co-counsel for the defts. McCurdy, Jr. J | 02/03/03 | 02/05/03 | 000 | JMC | Granted | 01/31/03 | DG  DG |
| 0014002 | Copies Mailed | 02/06/03 | 02/06/03 | 000 | | TBA Moot | 02/20/04 | WOD DG |
| 0015000 | Standard Track Scheduling Order Generat | 02/05/03 | 02/05/03 | DEF001 | | TBA Moot | 02/05/03 | DG  DG |
| 0016000 | Consent Motion to Stay Expert Discovery<br>w/Proposed Order<br>(FNA - Loose Document)<br>Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter<br>F. Jr. DEF003-Penn, Ivan, PLT001-Mitchell, Parren J | 02/11/03 | 02/13/03 | DEF001 | KAA | Granted | 02/25/03 | AS  DG |
| 0016001 | Order of Court<br>disclosure of expert witnesses & expert discovery are Stayed<br>pending resolution of defts' forthcoming motion for summary<br>judgment & Pre-trial scheduled Order is amended. Allison J | 02/26/03 | 03/01/03 | 000 | KAA | Granted | 02/25/03 | DG  DG |

24-C-02-003130    Date:  02/22/10    Time:  11:13                          Page:      7

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----|--------|--------|---------|
| 0016002 | Copies Mailed | 03/04/03 | 03/04/03 | 000 | | TBA Moot | 02/20/04 | WOD DG |
| 0017000 | Hearing/Trial Notice Sent | 02/28/03 | 02/28/03 | 000 | | TBA Moot | 02/28/03 | DCM DCM |

0017000 ... Event: PTC  Block Date: 07/15/03  Facility: 225
PARTIES :
Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 . , NY, 10017
Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
200365514
Frank, Arthur 1206 York Road Suite L-4, Timonium, MD, 210936217

| 0018000 | Consent Motion For Special Admission Of | 03/13/03 | 03/14/03 | DEF001 | MBM | Granted | 03/31/03 | JB  DG |

0018000 ... Out-Of-State Attorney
Under Rule 14 Of The Rules Governing Admission To The Bar Of
Maryland, to admit Michael D. Sullivan, of Levine Sullivan &
Koch, L.L.P.
Proposed Order
Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter
F, Jr, DEF003-Penn, Ivan
3/17/03-Pulled file & gave to B. Bowman

| 0018001 | Order of Court | 04/01/03 | 04/03/03 | 000 | MBM | Granted | 03/31/03 | DG  DG |

0018001 ... Michale D. Sullivan is admitted specially for the limited purpose
of appearing & participating as co-counsel for the defts
Baltimore Sun Company, Walter f. Roche, Jr & Ivan Penn, Murdock J

| 0018002 | Copies Mailed | 04/03/03 | 04/03/03 | 000 | | TBA Moot | 02/20/04 | DG  DG |
| 0019000 | Consent Motion For Protective Order and | 03/12/03 | 03/17/03 | PLT001 | KAA | Granted | 03/22/03 | AHA DG |

0019000 ... proposed order. (fnalp)

| 0019001 | Protective Order of Court | 03/24/03 | 03/25/03 | 000 | KAA | Granted | 03/22/03 | DG  DG |
| 0019002 | Copies Mailed | 03/25/03 | 03/25/03 | 000 | | TBA Moot | 02/20/04 | DG  DG |
| 0020000 | certificate regarding discovery | 03/17/03 | 03/20/03 | PLT001 | | TBA Moot | 02/20/04 | GJ  DG |
| 0021000 | certificate regarding discovery | 03/17/03 | 03/20/03 | PLT001 | | TBA Moot | 02/20/04 | GJ  DG |
| 0022000 | certificate regarding discovery | 03/19/03 | 03/21/03 | PLT001 | | TBA Moot | 02/20/04 | GJ  DG |
| 0023000 | Defendants' Motion to Compel Mental | 03/24/03 | 03/25/03 | DEF001 | KAA | Granted | 05/04/03 | AHA DG |

0023000 ... Examinations of Plaintiff, exhibits,
proposed order and request for a hearing. (fnalp)
Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter
F, Jr, DEF003-Penn, Ivan

| 0023001 | Opposition to Motion To Compel | 03/31/03 | 04/02/03 | PLT001 | | TBA Moot | 02/20/04 | MBW DG |

0023001 ... Examinations of PLTF
FNALP

| 0023002 | Reply Memorandum in further support of | 04/14/03 | 04/15/03 | DEF001 | | TBA Moot | 02/20/04 | MBW DG |

their motion to compel mental examination
of pltf. AND REQUEST FOR HEARING

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----|--------|--------|---------|
| 0023003 | Order of Court<br>Motion granted. Allison J | 05/06/03 | 05/09/03 | 000 | | KAA Moot | 02/20/04 | DG  DG |
| 0023004 | Copies Mailed by G. Jones | 05/09/03 | 05/09/03 | 000 | | TBA Moot | 02/20/04 | DG  DG |
| 0024000 | Consent Motion To extend discovery<br>Deadline and proposed order. (fnalp)<br>Filed by PLT001-Mitchell, Parren J. DEF001-The Baltimore Sun<br>Company. , DEF002-Roche, Walter F. Jr. DEF003-Penn, Ivan | 03/26/03 | 03/27/03 | PLT001 | KAA | Granted | 03/28/03 | AHA DG |
| 0024001 | Order of Court<br>full resolution of all discovery  disputes is extended by sixty<br>(60) days no later June 17, 2003. This extension does not extend<br>any other date, including the deadline for filing of motion of<br>summary judgment. Allison J (fna-lp) | 04/01/03 | 04/01/03 | 000 | KAA | Granted | 03/28/03 | DG  DG |
| 0024002 | Copies Mailed | 04/01/03 | 04/01/03 | 000 | | TBA Moot | 02/20/04 | DG  DG |
| 0025000 | Notice of Service of Discovery Material | 04/01/03 | 04/03/03 | PLT001 | | TBA Moot | 02/20/04 | BLB DG |
| 0026000 | Affidavit of Service(2 subpoenas) | 04/16/03 | 04/21/03 | 000 | | TBA Moot | 02/20/04 | GJ  DG |
| 0027000 | Affidavit of Service(2 subpoenas) | 04/16/03 | 04/21/03 | 000 | | TBA Moot | 02/20/04 | GJ  DG |
| 0028000 | Affidavit of Service(subpoenas-3) | 04/23/03 | 04/25/03 | 000 | | TBA Moot | 02/20/04 | GJ  DG |
| 0029000 | certificate regarding discovery<br>Filed by DEF001-The Baltimore Sun Company. , DEF002-Roche, Walter<br>F. Jr. DEF003-Penn, Ivan | 05/02/03 | 05/05/03 | DEF001 | | TBA Moot | 02/20/04 | GJ  DG |
| 0030000 | EMERGENCY MOTION FOR MODIFICATION OF THE<br>PRETRIAL SCHEDULING ORDER<br>Filed by DEF001-The Baltimore Sun Company. , DEF002-Roche, Walter<br>F. Jr. DEF003-Penn, Ivan | 05/09/03 | 05/09/03 | DEF001 | CES | Granted | 05/19/03 | BLB AW |
| 0030001 | RESPONSE TO EMERGENCY MOTION FOR<br>MODIFICATION OF THE PRE-TRIAL SCHEDULING ORDER | 05/15/03 | 05/15/03 | PLT001 | | TBA Moot | 02/20/04 | BLB DG |
| 0030002 | Order of Court signed on 5/19/03<br>Motion for Modification of Pre-trial Scheduling Order "Granted"<br>(C.E. Smith J) | 05/20/03 | 05/20/03 | 000 | | CES Moot | 02/20/04 | AW  DG |
| 0030003 | Copies Mailed | 05/20/03 | 05/20/03 | 000 | | TBA Moot | 02/20/04 | AW  DG |
| 0031000 | Affidavit of Service - Subpoena | 05/13/03 | 05/13/03 | DEF001 | | TBA Moot | 02/20/04 | PC  DG |
| 0032000 | Reminder Notice Sent | 05/15/03 | 05/15/03 | 000 | | TBA Moot | 05/15/03 | TVM TVM |

```
24-C-02-003130   Date:  02/22/10   Time:  11:13                    Page:   9
```

| Num/Seq Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|
| ------- | -------- | -------- | ----- | --- | ------------------ | -------- | -------- |

0033000 Consent Motion for Special Admission of  05/13/03 05/15/03 DEF001 DWY Granted       03/28/03 MBW AT
        Out-Of-State
        attorney under rule 14 of the rule Governing Admission to the Bar
        of Maryland, with proposed order

0033001 Order of Court                    05/28/03 05/28/03 000        JHK Granted       05/28/03 AT  AT
        ORDERED THAT JEANETTE MELENDEZ BEAD IS ADMITTED SPECIALLY FOR THE
        LIMITED PURPOSE OF APPEARING AND PARTICIPATING IN THIS CASE AS
        CO-COUNSEL FOR DEFENDANTS.  THE PRESENCE OF COUNSEL STEPHANIE S.
        ABRUTYN, THE MARYLAND ATTORNEY IS WAIVED  (YOUNG, J.)

0033002 Copies Mailed                     05/28/03 05/28/03 000        TBA Moot          02/20/04 AT  DG

0034000 Affidavit of Service(subpoena)    05/16/03 05/19/03 000        TBA Moot          02/20/04 GJ  DG

0035000 Civil Postponement Approved       05/20/03 05/20/03 000        CES affirmed      05/20/03 AW  AW

0036000 Hearing/Trial Notice Sent         05/20/03 05/20/03 000        TBA Moot          05/20/03 ES  ES
        Event: PTC  Block Date: 09/15/03  Facility: 523
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , . NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Frank, Arthur 1206 York Road Suite L-4, Timonium, MD, 210936217

0037000 Hearing/Trial Notice Sent         05/20/03 05/20/03 000        TBA Moot          05/20/03 ES  ES
        Event: CIVI  Block Date: 10/15/03  Facility: 403T
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , . NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Frank, Arthur 1206 York Road Suite L-4, Timonium, MD, 210936217

0038000 Joint Motion to Modify  Pre-trial  06/26/03 06/27/03 PLT001 CES Granted          10/17/03 MBW DG
        Scheduling Order
        with proposed order Filed by PLT001-Mitchell, Parren J,
        DEF003-Penn, Ivan, DEF002-Roche, Walter F. Jr, DEF001-The
        Baltimore Sun Company,

0038001 Order of Court                    10/20/03 10/22/03 000        CES Granted       10/17/03 DG  DG
        deadlines in this action is modified, Smith, C.E. J

0038002 Copies Mailed                     10/22/03 10/22/03 000        TBA Moot          02/20/04 DG  DG

0039000 Notice Motion Hearing/Mod Sched Order  06/30/03 06/30/03 000   TBA Moot          06/30/03 FM  FM

0040000 Batch Motion/Modify Scheduling Ord Sent  07/11/03 07/11/03 000 TBA Moot          07/11/03 KFS KFS

24-C-02-003130    Date:    02/22/10    Time: 11:13                    Page:    10

| Num/Seq | Description | Filed | Entered | Party | Jdg Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|------------|--------|---------|

0041000 Civil Cover Sheet generated          07/14/03 07/14/03 000    TBA Moot        07/14/03 TVM TVM

0042000 Hearing/Trial Notice Sent            07/29/03 07/29/03 000    TBA Moot        07/29/03 DCM DCM
        Event: PTC  Block Date: 02/09/04  Facility: 403C
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC,.20036
        Frank, Arthur 1206 York Road Suite L-4, Timonium, MD, 210936217

0043000 Hearing/Trial Notice Sent            07/29/03 07/29/03 000    TBA Moot        07/29/03 DCM DCM
        Event: CIVI  Block Date: 03/15/04  Facility: 403T
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 1206 York Road Suite L-4, Timonium, MD, 210936217

0044000 Civil Postponement Approved          07/28/03 07/30/03 000    CES Granted     07/24/03 AT  AT
        NEW TRIAL DATE: 3/15/04, PTC 2/9/04

0045000 Consent Order of Court               07/28/03 07/30/03 000    CES Granted     07/25/03 AT  AT

0045001 Copies Mailed BY G. JONES            07/30/03 07/30/03 000    TBA Moot        02/20/04 AT  DG

0046000 Notice Of Plaintiff's Counsel Change Of 08/26/03 09/04/03 PLT001 TBA Moot     02/20/04 JB  DG
        Address
        New Address for Arthur M. Frank, Esq.

0047000 Hearing/Trial Notice Sent            09/22/03 09/22/03 000    TBA Moot        09/22/03 DCM DCM
        Event: PTC  Block Date: 02/09/04  Facility: 509W
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0048000 Affidavit of Service of Subpoenas (2 09/24/03 09/29/03 000    TBA Moot        02/20/04 JB  DG
        filed)

0049000 Affidavit of Service of Subpoena     09/26/03 10/01/03 000    TBA Moot        02/20/04 JB  DG

24-C-02-003130    Date:  02/22/10    Time: 11:13                              Page:    11

| Num/Seq Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|

0050000 Hearing/Trial Notice Sent        10/20/03 10/20/03 000    TBA Moot        10/20/03 FM  FM
        Event: CIVI  Block Date: 06/15/04 Facility: 403T
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0051000 Hearing/Trial Notice Sent        10/20/03 10/20/03 000    TBA Moot        10/20/03 FM  FM
        Event: PTC  Block Date: 05/10/04 Facility: 403C
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0052000 Civil Postponement Approved      10/20/03 10/20/03 000    CES Approved    10/20/03 DG  DG
        PTC 5/10/04 & Trial 6/15/04

0053000 LINE - WITHDRAWAL WITHOUT PREJUDICE OF  10/30/03 10/31/03 DEF001 TBA Moot  02/20/04 AT  DG
        DEFENDANTS' MOTION TO DISMISS
        Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter
        F. Jr, DEF003-Penn, Ivan

0054000 Notice of Service of Discovery Material 01/07/04 01/12/04 PLT001 TBA Moot  02/20/04 SAS DG

0055000 Hearing/Trial Notice Sent        01/13/04 01/13/04 000    TBA Moot        01/13/04 DCM DCM
        Event: PTC  Block Date: 05/10/04 Facility: 509W
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0056000 Notice of Service of Discovery Material 01/22/04 01/28/04 DEF001 TBA Moot  02/20/04 SAS DG

0057000 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT 02/02/04 02/05/04 DEF001 SRB Granted 03/25/04 AT  DG
        MEMORANDUM, EXHIBITS AND PROPOSED ORDER FD. (EXHIBITS PLACED IN
        LARGE MANILLA ENVELOPE)
        Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter
        F. Jr, DEF003-Penn, Ivan

24-C-02-003130    Date:   02/22/10    Time:  11:13                        Page:    12

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----|--------|--------|---------|

0057001 Request for Hearing on Selected Motion  02/02/04 02/05/04 DEF001 TBA Moot       02/20/04 AT  DG
        Filed by DEF001-The Baltimore Sun Company, , DEF002-Roche, Walter
        F. Jr. DEF003-Penn, Ivan

0057002 Response To Defts' Motion For Summary   03/08/04 03/09/04 PLT001 TBA Moot       02/20/04 JB  DG
        Judgment, Statement Of Facts

0057003 Defts Reply Memorandum of Law in Support 03/15/04 03/17/04 DEF001 TBA Moot      02/20/04 DB  DG
        of their Motion for Summary Judgment,
        Filed by DEF001-The Baltimore Sun Company, DEF003-Penn,
        DEF002-Roche

0057004 Order of Court                          03/25/04 03/26/04 000    SRB Moot       02/20/04 DG  DG
        Defts Motion for Summary Judgment is Granted & Pltff shall pay
        open court costs. Berger J

0057005 Copies Mailed                           03/26/04 03/26/04 000    TBA Moot       02/20/04 DG  DG

0058000 Notice Motion Hearing Sent              02/06/04 02/06/04 000    TBA Moot       02/06/04 FM  FM
        Event: MOTN  Block Date: 03/08/04  Facility: 438
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0059000 Consent Motion To Modify Pre-Trial      02/18/04 02/18/04 PLT001 CES Granted    02/20/04 JB  DG
        Scheduling Order (Amending
        Due Date For Plaintiff's Answer To Motion for Summary Judgment)
        Filed by PLT001-Mitchell, Parren J. DEF001-The Baltimore Sun
        Company, , DEF002-Roche, Walter F. Jr. DEF003-Penn, Ivan

0059001 Order of Court                          02/25/04 02/25/04 000    CES Granted    02/20/04 DG  DG
        Pltff Response to Deft's Motion for Summary Judgment shall be
        filed not later than March 8, 2004. Smith, C.E. J

0059002 Copies Mailed                           02/25/04 02/25/04 000    TBA Moot       02/20/04 DG  DG

0060000 Notice Motion Hearing Sent              02/18/04 02/18/04 000    TBA Moot       02/18/04 DLI DLI
        Event: MOTN  Block Date: 03/24/04  Facility: 438
        PARTIES :
        Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 , , NY, 10017
        Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
        200365514
        Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
        20036
        Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
        Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

24-C-02-003130    Date:  02/22/10    Time:  11:13                    Page:    13

| Num/Seq Description | Filed | Entered | Party | Jdg Ruling | Closed | User ID |
|---|---|---|---|---|---|---|

0061000 Civil Postponement Approved          02/19/04 02/19/04 000    JPM Dismissed    02/18/04 DB  DB
    NEW MOTIONS HEARING DATE 3-24-04.

0062000 Hearing/Trial Notice Sent            02/20/04 02/20/04 000    TBA Moot         02/20/04 FM  FM
    Event: PTC  Block Date: 05/12/04  Facility: 600
    PARTIES :
    Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 . . NY, 10017
    Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
    200365514
    Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
    20036
    Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
    Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0063000 Notice Motion Hearing Sent           03/11/04 03/11/04 000    TBA Moot         03/11/04 TVM TVM
    Event: MOTN  Block Date: 03/24/04  Facility: 438
    PARTIES :
    Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 . . NY, 10017
    Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
    200365514
    Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
    20036
    Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
    Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0064000 Notice Motion Hearing Sent           03/11/04 03/11/04 000    TBA Moot         03/11/04 TVM TVM
    Event: MOTN  Block Date: 03/24/04  Facility: 438
    PARTIES :
    Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 . . NY, 10017
    Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
    200365514
    Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
    20036
    Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
    Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633

0065000 Civil Cover Sheet generated          03/12/04 03/12/04 000    TBA Moot         03/12/04 TVM TVM

0066000 Appearance of Counsel Larry S. Gibson 03/23/04 03/30/04 PLT001 TBA Moot        02/20/04 DB  DG
    for Pltff

0067000 Appeal Order to COSA                  04/13/04 04/13/04 PLT001 TBA Moot         02/20/04 WZ  DG
    ARTHUR M FRANK,ESQ. RECEIVED PHC 04/13/04
    04/19/04 - Appeal assigned to Wencai Zheng for processing.  Case
    folder volume two (2) has an exhibit attached.  Exhibit in
    folder.

0068000 Batch Hearing Notice Sent            04/29/04 04/29/04 000    TBA Moot         04/29/04 TVM TVM
    Event: PTC  Block Date: 05/12/04  Facility: 600
    PARTIES :
    Abrutyn, Stephanie 220 E. 42ND ST. STE. 400 . . NY, 10017

Brown, Jay 1050 Seventeenth St NW Suite 800, Washington, DC,
200365514
Sullivan, Michael 1050 Seventeenth St NW , Washington, DC,
20036
Bead, Jeanette 1050 17th St NW , Washington, DC, 20036
Frank, Arthur 341 N Calvert Street , Baltimore, MD, 212023633
Gibson, Larry 2000 Charles Center South 36 South Charles Street,
Baltimore, MD, 212013147

| Num/Seq | Description | Filed | Entered | Party | Jdg Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----------|--------|---------|
| 0069000 | Civil Cover Sheet generated | 04/30/04 | 04/30/04 | 000 | TBA Moot | 04/30/04 | TVM TVM |
| 0070000 | Transcript of Testimony $51.00 | 05/13/04 | 05/13/04 | 000 | TBA Moot | 03/31/09 | WZ WZ |
|  | TRANSCRIPT OF RECORD RECEIVED FOR COURT PROCEEDING FROM 05/11/04 BEFORE JUDGE STUART BERGER | | | | | | |
| 0071000 | Order of COSA to Proceed without a Prehearing Conference | 05/21/04 | 05/21/04 | 000 | TBA Moot | 03/31/09 | DC WZ |
|  | COSA #266, September Term, 2004.  Date:  May 20, 2004.  Due Date: July 19, 2004. | | | | | | |
| 0072000 | Exhibits Filed | 05/27/04 | 05/27/04 | 000 | TBA Moot | 03/31/09 | WZ WZ |
|  | EXHIBIT 1A: VHS COPY OF THE DIRECT EXAMINATION PORTION OF THE DEPOSITION TAKEN OF PARREN J MITCHELL ON NOVEMBER 14, 2003 EXHIBI 1B: VHS COPY OF THE "TRIBUTE TO PARREN J MITCHELL," DATED JULY 17, 1998, PRODUCED BY B.E.T. PUBLISHING GROUP. | | | | | | |
| 0073000 | Record on Appeal Forwarded to COSA | 07/14/04 | 07/14/04 | 000 | TBA Moot | 03/31/09 | JH WZ |
|  | Original papers consisting of 1 Box with 3 Volumes and 1 Transcript forwarded to the Court of Special Appeals via Certified Mail No. 7002 0860 0006 6074 0767 on July 14, 2004. | | | | | | |
| 0074000 | Receipt of Record in COSA | 08/11/04 | 08/11/04 | 000 | TBA Moot | 03/31/09 | GMC WZ |
| 0075000 | Order of the Court of Special Appeals | 09/22/04 | 09/22/04 | 000 | TBA Moot | 03/31/09 | JH WZ |
|  | that the Clerk promptly shall transmit to the Clerk of the Court of Special Appeals: (a) the affidait of Jay Ward Brown in Support of Defendants' Motion for Summary Judgment, including exhibits 1-25 attached thereto: (b) the Affidavit of Jeanette Melendez Bead in Support of Defendants' Motion for Summary Judgment, including exhibits 1-23 attached thereto: and (c) exhibits 2-21 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, etc. (Murphy, C.J.) | | | | | | |
| 0076000 | Record on Appeal Forwarded to COSA - | 09/22/04 | 09/22/04 | 000 | TBA Moot | 03/31/09 | JH WZ |
|  | Exhibits forwarded to the Court of Special Appeals consisting of 1 Pleading and 2 Envelopes with Exhibits via Certified Mail No. 7002 0860 0007 8280 4866 on September 23, 2004. | | | | | | |
| 0077000 | Mandate Received from Court of Special Appeals | 11/02/05 | 11/02/05 | 000 | TBA Moot | 03/31/09 | JH WZ |

24-C-02-003130    Date:   02/22/10    Time:  11:13                    Page:    15

JUDGMENT: September 29, 2005: Judgment of the Circuit Court for
Baltimore City reversed in part and affirmed in part; case
remanded for futher proceedings consistent with this opinion.
One-third costs to be paid by appellant and two-thirds by
appellees. Reported opinion by Kenney, J.
October 31, 2005: Mandate issued.

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----|--------|--------|---------|
| 0078000 | Reopen Case - Pursuant to Mandate for further proceedings | 11/02/05 | 11/02/05 | 000 | | TBA Moot | 03/31/09 | JH  WZ |
| 0079000 | Acknowledgement of COA of Receipt of Request for Writ of Certiorari | 11/21/05 | 11/21/05 | 000 | | RMB Denied | 01/12/06 | JH  JH |
| 0079001 | Order of the Court of Appeals of Maryland | 01/17/06 | 01/17/06 | 000 | | RMB Moot | 03/31/09 | JH  WZ |
| 0080000 | Correspondence-letter to Judge Holland from atty. Larry Gibson | 12/20/05 | 12/29/05 | 000 | | TBA Moot | 03/31/09 | JB  WZ |
| 0081000 | Correspondence-letter from atty Bead to Judge Cannon | 12/20/05 | 12/29/05 | 000 | | TBA Moot | 03/31/09 | JB  WZ |
| 0082000 | Correspondence-letter to Judge Holland from atty. Jay Brown | 12/20/05 | 12/29/05 | 000 | | TBA Moot | 03/31/09 | JB  WZ |
| 0083000 | Line Original papers consisting of 3 Volumes, 1 Transcript and 3 Exhibit Envelopes in 1 Box returned from the Court of Special Appeals on February 7, 2006. (COMPLETE FILE SENT TO MS. BENTLEY) | 02/08/06 | 02/08/06 | 000 | | TBA Moot | 03/31/09 | JH  WZ |
| 0084000 | Notice of court cancellation is issued | 08/24/06 | 08/24/06 | 000 | | TBA Moot | 08/24/06 | TVM |
| 0085000 | Notice of court cancellation is issued | 08/24/06 | 08/24/06 | 000 | | TBA Moot | 08/24/06 | TVM |
| 0086000 | Amended Complaint And Prayer For Jury Trial | 01/16/07 | 01/19/07 | PLT001 | | TBA Moot | 03/31/09 | MST WZ |
| 0087000 | Request for Entry of Appearance of atty Thomas Curley for Defts Filed by PLT001-Mitchell, DEF002-Roche, DEF003-Penn | 05/17/07 | 05/18/07 | PLT001 | | TBA Moot | 03/31/09 | DB  WZ |
| 0088000 | Notice to Strike Appearance pursuant to Md-rule 2-132 | 05/24/07 | 05/29/07 | DEF001 | | TBA Moot | 03/31/09 | AW  WZ |
| 0089000 | Attorney Appearance Removed Jay W Brown | 05/29/07 | 05/29/07 | DEF001 | | TBA Moot | 05/24/07 | AW |
| 0090000 | Attorney Appearance Removed Jay W Brown | 05/29/07 | 05/29/07 | DEF002 | | TBA Moot | 05/24/07 | AW |

```
24-C-02-003130    Date:  02/22/10    Time: 11:13                          Page:   16

Num/Seq Description                  Filed    Entered  Party Jdg Ruling        Closed   User ID
------- -----------------------------------  -------- -------- ----- --- ------------------  -------- --------
0091000 Attorney Appearance Removed          05/29/07 05/29/07 DEF003 TBA Moot    05/24/07 AW
        Jay W Brown

0092000 Attorney Appearance Filed            07/16/07 07/17/07 PLT001 TBA Moot    03/31/09 THO WZ

0093000 Notice of Cont. Dismissal Lack of Pros. 01/17/08 01/17/08 000   TBA Moot  01/17/08 WZ  WZ

0094000 Motion to Defer Dismissal - Md. Rule 02/15/08 02/19/08 PLT001 MAH Granted  04/21/08 PJY WZ
        2-507(c) (Lack of Prosecution)

0094001 Order of Court deferring 2-507(c)    04/22/08 04/22/08 000   TBA Moot      03/31/09 WZ  WZ
        dismissal until March, 31, 2009

0094002 Copies Mailed                        04/22/08 04/22/08 000   TBA Moot      03/31/09 WZ  WZ

0095000 Plaintiff Notice of Substitution of  02/15/08 02/20/08 PLT001 CES Granted  03/14/08 MST AT
        Party Due to the Death of the Plaintiff

0095001 Order of Court                       03/14/08 03/17/08 000   CES Moot      03/31/09 AT  WZ
        3/14/08 SO ORDERED (SMITH, J.)

0095002 Copies Mailed                        03/17/08 03/17/08 000   TBA Moot      03/31/09 AT  WZ

0096000 Line Filing Exhibits                 02/19/08 02/21/08 PLT002 TBA Moot     02/21/08 DB  DB

0097000 NOTICE OF FILING OF VOLUNTARY PETITION 12/12/08 12/15/08 DEF001 EOC Granted 12/19/08 AT  AT
        UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
        BY DEFENDANT THE BALTIMORE SUN COMPANY

0097001 Order of Court                       01/06/09 01/06/09 000   EOC Moot      03/31/09 AT  WZ
        12/19/08 ORDERED THAT THE ABOVE CAPTIONED ACTION IS HEREBY STAYED
        AS TO DEFENDANT THE BALTIMORE SUN AND THE PROCEEDINGS DEFERRED TO
        THE BANKRUPTCY COURT IN ACCORDANCE WITH SECTION 362 OF TITLE 11
        OF THE UNITED STATES CODE, AND IT IS FURTHER ORDERED THAT THE
        STAY HEREIN SUBJECT TO MD. RULE 2-507 (CANNON, J.)

0097002 Copies Mailed                        01/06/09 01/06/09 000   TBA Moot      03/31/09 AT  WZ

0098000 Case dismissed w/o prejudice pursuant to 03/31/09 03/31/09 000  TBA Moot   03/31/09 WZ
        Md. Rule 2-507(c)
```

## SERVICE

```
Form Name                           Issued   Response Served   Returned Agency
-----------------------------------  -------- -------- -------- -------- ---------------------------
WRIT OF SUMMONS                      06/07/02                            Private Process
DEF001 The Baltimore Sun Company.

WRIT OF SUMMONS                      01/19/07                            Private Process
```

```
24-C-02-003130   Date:  02/22/10   Time: 11:13                    Page:   17
```

| Form Name | Issued | Response | Served | Returned | Agency |
|-----------|--------|----------|--------|----------|--------|
| DEF001 The Baltimore Sun Company. | | | | | |
| WRIT OF SUMMONS<br>DEF002 Roche, Walter | 06/07/02 | | | | Private Process |
| WRIT OF SUMMONS<br>DEF002 Roche, Walter | 01/19/07 | | | | Private Process |
| WRIT OF SUMMONS<br>DEF003 Penn, Ivan | 06/07/02 | | | | Private Process |
| WRIT OF SUMMONS<br>DEF003 Penn, Ivan | 01/19/07 | | | | Private Process |

## TICKLE

| Code | Tickle Name | Status | Expires | #Days | AutoExpire | GoAhead | From | Type | Num | Seq |
|------|-------------|--------|---------|-------|------------|---------|------|------|-----|-----|
| 1ANS | 1st Answer Tickle | CLOSED | 08/12/02 | 0 | no | no | DANS | D | 001 | 001 |
| COSA | Preparation Of Recor | CANCEL | 07/06/04 | 46 | yes | no | DRAS | D | 071 | 000 |
| DCML | DCM Information List | CANCEL | 08/12/02 | 0 | no | no | 1ANS | T | 001 | 001 |
| LP30 | Lack Of Prosecution- | CANCEL | 02/21/08 | 35 | yes | no | MDFP | D | 093 | 000 |
| LPDF | Lack Of Prosecution | Done | 03/31/09 | 365 | no | yes | DCDF | D | 000 | 000 |
| LSRV | 120 Days Lack Of Jur | CANCEL | 05/25/07 | 126 | no | no | LPDF | T | 000 | 000 |
| LSRV | 120 Days Lack Of Jur | CANCEL | 05/25/07 | 126 | no | no | LPDF | T | 000 | 000 |
| LSRV | 120 Days Lack Of Jur | CANCEL | 05/25/07 | 126 | no | no | LPDF | T | 000 | 000 |
| SL2R | Set List For 2-507 R | CANCEL | 03/21/08 | 35 | no | no | MDFP | D | 094 | 000 |
| SLDR | Set List - Discovery | CANCEL | 04/14/03 | 21 | no | no | MCOP | D | 023 | 000 |
| SLDR | Set List - Discovery | CANCEL | 04/14/03 | 16 | no | no | | | 000 | 000 |
| SLDR | Set List - Discovery | CANCEL | 07/17/03 | 21 | no | no | MMSO | D | 038 | 000 |
| SLJR | Set List - JIC Rulin | CANCEL | 05/30/03 | 21 | no | no | MMSO | D | 030 | 000 |
| SLJR | Set List - JIC Rulin | CANCEL | 07/17/03 | 21 | no | no | MMSO | D | 038 | 000 |
| SLMH | Set List For Motions | CANCEL | 02/04/04 | 2 | no | no | DHRR | D | 057 | 001 |
| SLMH | Set List For Motions | CANCEL | 03/10/04 | 2 | no | no | MOPH | D | 057 | 002 |

24-C-02-003130    Date:    02/22/10    Time: 11:13                    Page:    18

| Code | Tickle Name | Status | Expires | #Days | AutoExpire | GoAhead | From | Type | Num | Seq |
|------|-------------|--------|---------|-------|------------|---------|------|------|-----|-----|
| SLMR | Set List For Motions | CANCEL | 03/07/08 | 21 | yes | no | MTSP | D | 095 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 02/12/03 | 1 | yes | no | DCMT | D | 016 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 03/13/03 | 1 | yes | no | DCMT | D | 019 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 03/14/03 | 1 | yes | no | DCMT | D | 018 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 03/27/03 | 1 | yes | no | DCMT | D | 024 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 05/14/03 | 1 | yes | no | DCMT | D | 033 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 02/19/04 | 1 | yes | no | DCMT | D | 059 | 000 |
| TIME | Motion To Extend/Sho | CANCEL | 12/13/08 | 1 | yes | no | DNBS | D | 097 | 000 |

## DIFFERENTIATED CASE MANAGEMENT

### TRACKS AND MILESTONES

Track       : BM       Description: STANDARD MEDIUM TRACK          Custom: No
Assign Date: 08/16/02  Order Date : 08/16/02
Start Date : 08/16/02  Remove Date:

| Milestone | Scheduled | Target | Actual | Status |
|-----------|-----------|--------|--------|--------|
| Plaintiff(s) shall designate experts by | | 11/16/02 | 02/20/04 | CLOSED |
| Any additional parties must be joined by | | 01/16/03 | 02/20/04 | CLOSED |
| Defendant(s) shall designate experts by | | 02/15/03 | 02/20/04 | CLOSED |
| Plaintiff(s) shall designate rebuttal ex | | 03/18/03 | 02/20/04 | CLOSED |
| All discovery must be completed by | | 04/17/03 | 02/20/04 | CLOSED |
| Any Motion for Summary Judgment must be | | 05/18/03 | 02/02/04 | REACHED |
| Alternate dispute resolution process com | | 05/16/04 | 02/20/04 | CLOSED |
| Pretrial Conference Date | 07/15/03 | 05/16/04 | 02/20/04 | CLOSED |
| Any Motions in Limine shall be filed by | | 05/31/04 | 02/20/04 | CLOSED |
| Trial of this case shall begin on | 06/15/04 | 08/16/03 | 02/20/04 | CLOSED |

## PUBLIC NOTE TITLES

1) 1/30/03 FILE SENT TO J. H. CAPLAN ON 1/31/03
2) 3/26/03 Pleading 23000 sent to J.Allison
3) 3/27/03 Pleading 24000 sent to J.Allison
4) 04/01/03 LOOSE MOT SENT TO 462 FOR DOCKETING
5) 4/30/03 #23000-23001-23002 SENT TO ALLISON
6) 5/13/03 Pleading 30000 sent to J.Smith
7) 5/16/03 #30000-30001 SENT TO JUDGE C. SMITT
8) 05/16/03 #33000 SENT TO JUDGE CAPLAN

9)  2/18/04-files pts I & II to F Sherry entry #59

## CASE FOLDER HISTORY

| Date | Time | Type | User | Location | Clerk | Reason |
|------|------|------|------|----------|-------|--------|
| ---- | ---- | ---- | ---- | -------- | ----- | ------ |
| 06/19/09 | 11:31 AM | CheckIn | | Civil Records, Room 409 East | OM | |
| 06/19/09 | 11:30 AM | Transfer | FR1 | Room 409 Courthouse East | KLF | to be filed away (Room 433) |
| 04/29/09 | 3:38 PM | CheckOut | KLF | Civil Clerk | KLF | |
| 01/07/09 | 11:12 AM | CheckIn | | Civil Records, Room 409 East | KLF | |
| 01/06/09 | 2:54 PM | Transfer | FR1 | Room 409 Courthouse East | AT | TO BE FILED AWAY |

..... .. ....., ..... .. ... ....... .....
.. Baltimore City, hereby certify that this is
.rue copy from the ...... .. .... court.
.... the hand and act of the .........
. 22ᵗʰ day of February    .. 10

...... ..... . . ... ... ...., ......