# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY,** *et al*,[1] | Case No. 08-13141 (KJC) (Jointly Administered) |
| Reorganized Debtors. | Ref. Docket No. 13533 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                          )  ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on May 22, 2013 at 11:00 A.M. Before the Honorable Kevin J. Carey," dated May 20, 2013 [Docket No. 13533], by causing true and correct copies to be:

   i.   delivered via facsimile to those parties listed on the annexed Exhibit A,

   ii.  delivered via electronic to those parties listed on the annexed Exhibit B,

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Agenda May 22_DI_13533_AFF_5-20-13.doc

  iv. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D, and

  v. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail (No Signature Required) to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                   *Kerry O'Neil*
                                    Kerry O'Neil

Sworn to before me this
___ day of May, 2013

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

| NAME | FAX |
|---|---|
| Aaron N. Chapin, Esquire | 312-207-6400 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Andrew Goldman, Esquire | 212-230-8888 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Daniel H. golden, Esquire/David M. Zensky, Esquire/Philip Dublin, Esquire | 212-872-1002 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| David Adler, Esquire | 212-609-6921 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| David G. Culley, Esquire | 302-658-4018 |
| David M. Buchbinder, Esquire | 302-573-6497 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 317-231-7433 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Donna Harris, Esquire | 302-442-7046 |
| Edward A. Friedman, Esquire/William P. Weintraub, Esquire | 212-833-1250 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| James E. Huggett, Esquire | 302-888-1119 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| James S. Green, Sr., Esquire | 302-888-0606 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |

| | |
|---|---|
| John C. Phillips, Esquire | 302-655-4210 |
| Jonathan D. Polkes, Esquire/Michael F. Walsh, Esquire/Richard Slack, Esquire | 212-310-8007 |
| Joseph Grey, Esquire | 302-777-4224 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Margaret F. England, Esquire | 302-425-0432 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| William Hazeltine, Esquire | 302-428-8195 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |

**EXHIBIT B**

| NAME | EMAIL ADDRESS |
|---|---|
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Herbert E. Eye | chriseyec@aol.com |
| Marbury L. von Briesen | mvbbvb@comcast.net |
| Mark E. Felger, Esquire | mfelger@cozen.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |

# EXHIBIT C

**CAROL HOEME WALKER**
3561 W. HEMLOCK
OXNARD, CA 93035

**MR. ROBBY S. WELLS**
P.O. BOX 345
SAUNEMIN, IL  61769

**ROBERT WELLS**
54 CENTER STREET
SAUNEMIN, IL  61769-0345

**PERSISTENCE PAYS, INC.**
4158 FARMDALE AVENUE
STUDIO CITY, CA  91604

**EXHIBIT D**

**STATE OF CALIFORNIA**
FRANCHISE TAX BOARD
LEGAL DIVISION - MS A260
TODD M. BAILEY
PO BOX 1720
RANCHO CORDOVA, CA 95741-1720

**EXHIBIT E**

**MARBURY L. VON BRIESEN**
401 PLUMBRIDGE COURT
TIMONIUM, MD  21093-8125

**MR. HERBERT E. EYE**
35 APPLE ORCHARD LANE
FRANKLIN, WV 26807-7585