# **EXHIBIT A**

B 10 (Official Form 10) (12/12)

| UNITED STATES BANKRUPTCY COURT | District of Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: <br> Los Angeles Times Communications LLC | Case Number: <br> 08-13185 (KJC) |
|---|---|

**FILED / RECEIVED**

**MAR 2 6 2013**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Clear Channel Outdoor, Inc.

Name and address where notices should be sent:
Thomas R. Fawkes / Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL  60606

Telephone number:  (312) 360-6468    email:  tfawkes@freebornpeters.com

Name and address where payment should be sent (if different from above):
Rob Brunton / Clear Channel Outdoor, Inc.
20880 Stone Oak Parkway
San Antonio, TX  78258

Telephone number:  (210) 253-4730    email:    RobBrunton@clearchannel.com

**COURT USE ONLY**

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number:  3415
     (*If known*)

Filed on:   06/02/2009

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**    $               326,250.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000007186

2. **Basis for Claim:**   Advertising services rendered (see attached Annex)
     (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as: <br><br> (See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br><br> (See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/12)

2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bryan Parker
Title: Exec. V.P. Real Estate / Operations
Company: Clear Channel Outdoor, Inc.
Address and telephone number (if different from notice address above):
2325 East Camelback Road, Suite 400
Phoenix, AZ 85016
Telephone number: 602-381-5700        email:

(Signature)                    (Date) 3-21-13

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B 10 (Official Form 10) (12/12)                                                                                       3

_____DEFINITIONS_____                    _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

*In re Los Angeles Times Communications LLC* (the "*Debtor*")
Case No. 08-13175 (KJC) (Bankr. D. Del.)

### ANNEX TO PROOF OF CLAIM OF CLEAR CHANNEL OUTDOOR, INC.

Clear Channel Outdoor, Inc. (the "*Claimant*") submits this annex in support of its proof of claim, which is being filed as an amendment to the proof of claim of Round 2 Communications ("*Round 2*") dated June 1, 2009 (Claim No. 3415, the "*Round 2 POC*")). The claim of the Claimant is based upon amounts due Claimant by the Debtor for advertising services rendered to the Debtor prior to the commencement of the Debtor's chapter 11 case. Round 2, an advertising agency retained by the Debtor, contracted with the Claimant to display certain of the Debtor's advertisements. The Claimant invoiced Round 2 in the aggregate amount of $326,250.00 with respect to the Debtor's advertisements. These invoices are reflected in, and comprise the majority of, the Round 2 POC, and represent a pass-through item payable to the Claimant. By correspondence to the Claimant dated August 5, 2009, which is attached hereto, Round 2 acknowledges that $326,250.00 of its proof of claim "specifically related to Clear Channel Outdoor advertising," which is evidenced by the invoices attached to the Round 2 POC. The invoices appended to the Round 2 POC match, to the dollar, the invoices issued by Claimant to Round 2. These invoices are attached to this proof of claim.

The Claimant has filed this amendment to the Round 2 POC in light of recently-received information that Round 2 (i) ceased business operations on or about December 31, 2012; and (ii) is insolvent and not paying its debts as they come due, including debts owed to the Claimant related to the Debtor's account and several other accounts in an aggregate amount exceeding $1.2 million. Correspondence in support of the foregoing from a financial consultant retained by Round 2 is attached hereto. In light of Round 2's severe financial distress, the Claimant has reason to believe that any distributions made by the Debtor to Round 2 on account of the Round 2 POC will not be remitted by Round 2 to the Claimant, despite the fact that the Claimant's claim comprises the vast majority of the Round 2 POC, and rather, will improperly be remitted to Round 2's other creditors or principals. Accordingly, the Claimant requests that the Round 2 POC be bifurcated such that $326,250.00 of that claim is deemed to be the direct claim of the Claimant, with the remainder payable to Round 2.

Notices regarding this claim should be sent to:

Thomas R. Fawkes, Esq.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
tfawkes@freebornpeters.com

*Reservation of Rights*: The Claimant reserves the right to amend and supplement this proof of claim, including without limitation, by its assertion of a claim for continuing costs and expenses (including attorneys' fees), and by its assertion of additional claims. The Claimant reserves the right to submit further evidence in support of the claims asserted herein. The

Claimant reserves all rights of recoupment and setoff to which the Claimant may be entitled to under applicable law.

The execution and filing of this proof of claim is not intended to waive any other rights of the Claimant including, without limitation, the right to move to withdraw the reference with respect to the subject matter of this claim or otherwise, any right to arbitration and any right to trial by jury that the Claimant may have in any proceeding arising in or related to this case, nor is the filing of this proof of claim a consent to jurisdiction of this or any court except with respect to the allowance of the claims asserted herein.

The execution and filing of this proof of claim shall not constitute:  (a) a waiver, release, or modification of the Claimant's rights against any person, entity, or property; or (b) an election of remedy.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000003415

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC | 08-13185 (KJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 185137470*****
ROUND 2 COMMUNICATIONS
10866 WILSHIRE BLVD    STE 900
LOS ANGELES, CA 90024

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim. *COPY ATTACHED*

Court Claim Number: _____
(If known)

Filed on: _____
111925

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Your claim is scheduled by the Debtor as:

**$442,163.38 UNSECURED**

1. Amount of Claim as of Date Case Filed: $ *442,163.38*

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. Basis for Claim: *Services performed and advertising placed on behalf of debtor*
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**

JUN 0 2 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: *06/01/09* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *ISAAC BRANTNER Controller* |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**Isaac Brantner**

| | |
|---|---|
| **From:** | Isaac Brantner |
| **Sent:** | Tuesday, December 16, 2008 4:32 PM |
| **To:** | Tenee Hill |
| **Subject:** | RE: LA Times past due invoice inquiry |

Thank you!


Isaac Brantner
Controller
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
Phone: 310.481.8059
Fax: 310.571.1828

**From:** Tenee Hill
**Sent:** Tuesday, December 16, 2008 4:30 PM
**To:** Isaac Brantner
**Subject:** FW: LA Times past due invoice inquiry

I have this. And one more....


**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Wednesday, December 10, 2008 1:00 PM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Yes. We've spoken with Garfield on this as well. Although we had news on Monday, we are still working as 'business as usual' and expect to have these paid shortly. Exact timing is still TBD, but rest assured that we are VERY actively working to ensure all our bills are continued to be paid. Stay tuned...


**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Wednesday, December 10, 2008 11:14 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Hello again Mike,
I spoke with Jenelle and was informed that the Zetabid invoices will be paid via wire and should hit on Friday 12/12/08. In regard to the outstanding Brand invoices, I would like a status and date to expect payment. I assume invoices #100800007, 100800008 & 100800009 will be paid first seeing that they were for November activity. However, I would like to have the December activity invoices, 100800010, 100800011 & 100800012 paid as soon as possible, as our offices will be closed for the holidays. Please contact me as soon as possible about this matter. Thank you.

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024

12/16/2008

PH: 310-481-8057
FX: 310-571-1828

**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Tuesday, December 02, 2008 11:54 AM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

For LAT, although the bill date is 10/3 on those invoices, they are actually for November and December and ___ ___ ___ ___ly paying each month instead of all in one lump. Perhaps I should have clarified this with Jessica. Nonetheless, ___ ___ ___ invoices have already been processed so payment should come very shortly (via wire). December would ___ ___ ___ ___ that month. I hope that's clear. Let me know if it's an issue.

Jenelle, can you confirm status on the Zetabid invoices. Those seem very old.


-Mike

Sr. Brand Manager
Los Angeles Times Media Group
202 W. 1st Street
Los Angeles, Ca 90012
213-237-6647
With over 5 million readers & online users each week

**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Tuesday, December 02, 2008 10:50 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** Past due invoice inquiry

Hello Mike,
Please find below past due invoices that I would like status of payment on. These invoices are all at or over ___ ___ ___ including broadcast that ran in September. Please let me know as soon as possible as our vendors are ___ ___ ___ ___
Thank you.


## LA Times - Zetabid

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 90800201 | 9/30/2008 | 10/30/2008 | $50,599.50 |
| 90800202 | 9/30/2008 | 10/30/2008 | $14,026.95 |
| 90800203 | 9/30/2008 | 10/30/2008 | $22,838.40 |
| 100108-2 | 10/1/2008 | 11/1/2008 | $3,500 |

## LA Times - Brand

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 100800007 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800008 | 10/3/2008 | 11/2/2008 | $23,413.24 |
| 100800009 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800010 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800011 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800012 | 10/3/2008 | 11/2/2008 | $46,826.47 |

12/16/2008

**TOTAL DUE**                                     $442,163.38

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024
PH: 310-481-8057
FX: 310-571-1828

12/16/2008

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800201 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 10/30/2008 | | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles | | | |
| KCBS-FM | 1 | LA Times | 13,311.00 |
| KLOS-FM | 1 | LA Times | 7,769.00 |
| KLSX-FM | 1 | LA Times | 5,695.00 |
| KNX-AM | 1 | LA Times | 8,287.50 |
| KRTH-FM | 1 | LA Times | 6,460.00 |
| KTWV-FM | 1 | LA Times | 5,482.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,594.50 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $50,599.50 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800202 |

| Due Date | Media | Month of Service |
|---|---|---|
| 10/30/2008 | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Riverside-San Bernardino | | | |
| KFRG-FM | 1 | LA Times | 8,755.00 |
| KOLA-FM | 1 | LA Times | 4,275.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 996.45 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $14,026.95 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# invoice

| Bill To |
| --- |
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
| --- | --- |
| 9/30/2008 | 090800203 |

| Due Date | Media | Month of Service |
| --- | --- | --- |
| 10/30/2008 | Radio | September 2008 |

| Description | Qty | Class | Amount |
| --- | --- | --- | --- |
| Los Angeles<br>CCTR-FM<br>Fee @ 6.5% of Gross | 1<br>1 | LA Times<br>LA Times | 21,216.00<br>1,622.40 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $22,838.40 |
| --- | --- |

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times |
| Attn: Mike Schrobo |
| 202 West 1st Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/1/2008 | 100108-2 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/1/2008 | | September |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles Times - Zetabid Service Hours | 28 | LA Times | 3,500.00 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $3,500.00 |
|---|---|



Round2 Communications, LLC        310.571.1823 tel
10866 Wilshire Blvd., #900        310.571.1827 fax
Los Angeles, CA 90024             888.676.8630 toll free
www.round2.com

Smart people. Smart media.

# Invoice

| Bill To |
|---|
| Los Angeles Times Brand<br>202 West First Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800007 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor – 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| Total | $93,652.94 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800008 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/24/08 | 1 | LA Times | 21,750.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 1,663.24 |

| | Total | $23,413.24 |
|---|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

Round2 Communications, LLC          310.571.1823 tel
10866 Wilshire Blvd., #900          310.571.1827 fax          Smart people. Smart media.
Los Angeles, CA 90024               888.676.8630 toll free
www.round2.com



## Invoice

| Bill To |
|---|
| Los Angeles Times Brand<br>202 West First Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800009 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

| | Total | $93,652.94 |
|---|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

Round2 Communications, LLC      310.571.1823 tel          Smart people. Smart media.
10866 Wilshire Blvd., #900      310.571.1827 fax
Los Angeles, CA 90024           888.676.8630 toll free
www.round2.com



# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800010 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/2/2008 | | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $46,826.47 |
|---|---|

Round2 Communications, LLC       310.571.1823 tel                          Smart people. Smart media.
10866 Wilshire Blvd., #900       310.571.1827 fax
Los Angeles, CA 90024            888.676.8630 toll free
www.round2.com

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800011 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| Total | $46,826.47 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800012 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

| **Total** | $46,826.47 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

**Round 2**
INTEGRATED MEDIA

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1023 tel
310.571.1027 fax
888.676.8630 toll free

Smart people. Smart media.

08/05/09

In regards to: Los Angeles Times Bankruptcy claim

Jessica Cox
Clear Channel Outdoor
19320 Harborgate Way
Torrance, CA 90501

Dear Jessica,

Enclosed please find a copy of the Unites States Bankruptcy Court claim form we submitted to the Court for Los Angeles Times invoices that we have not been paid for prior or after their declaration of bankruptcy. We are awaiting a ruling from the court on a sum of $442,163.38 which includes $362,250.00 in invoices specifically related to Clear Channel Outdoor advertising. Part of this $362,250.00 is for the invoice which you are asking payment for – invoice number 11027509.

Please review the attached and let me know if you have any questions.

Best Regards,

Isaac Brantner

Controller
(310) 481-8059
Round2 Communications, LLC

**PORPER & COMPANY**
ADVERTISING FINANCIAL CONSULTANTS

12870 Caminito de Las Olas
DEL MAR, CALIFORNIA 92014

TELEPHONE (818) 614-6652
DIRECT (818) 606-1815
e-mail: hporper@aol.com

PRACTICE LIMITED TO
THE
**ADVERTISING
INDUSTRY**

December 3, 2012

MICHAEL TOM
CLEAR CHANNEL OUTDOOR
19320 HARBORGATE WAY
TORRANCE, CA 90501

Att: Credit Manager

Dear Sir:

Porper & Company was retained by Round2 Communications, LLC and Round2 SF, LLC to evaluate their current financial situation due to the severe contraction in their business over the past several months. Round2 lost Union Bank, Crystal Cruises, New Mexico Tourism, Conceptus, Inc. within a six to nine month period. These accounts represented the bulk of their cash flow and revenues and they failed to replace the cash flow or the income. Today's business environment was not conducive to an agency of their size.

As you may know, secured creditors come ahead of unsecured and after negotiate with their bank it will be dubious if any funds will be available to pay the unsecured creditors. Round2 will cease operation on the 31st of December 2012.

Once the negotiations with the bank are complete we will make a proposal to the unsecured creditors.

To be clear, Round2 was paid in full by its clients and their clients are not liable for any outstanding monies due to you as a vendor.

If you would like to discuss any portion of this letter you may contact me directly at 1.818.606.1815.

Respectfully,

Hank Porper
President

 **ClearChannel OUTDOOR**

PO Box 591790, San Antonio, TX 78259

**INVOICE**

Please direct questions regarding this invoice to:
CCOBilling@clearchannel.com
Phone (210) 253-4389
Toll Free (877) 676-7565
Fax (210) 253-4628

Round 2/LA
10866 Wilshire Blvd Ste 900
Los Angeles, CA  90024
USA

| | |
|---|---|
| **Invoice Number:** | **11026400** |
| **Invoice Date:** | 10/24/2008 |
| **Customer Number:** | 162388 |
| **Terms:** | Net 30 days |
| **Agency:** | Round 2/LA |
| **Reference Number:** | Digital Bltn Phase 3 |
| **Account Executive:** | Rod Thorburn |
| **Market Name:** | Los Angeles |

| Contract Number | Advertiser Name | Brand |
|---|---|---|
| 009924525 | Los Angeles Times | |

| Description | Invoice Period | | # of Units | Amount |
|---|---|---|---|---|
| Digital Bulletin<br>LA Times | 10/20/2008 | 11/16/2008 | 10 | $87,000.00 |

| | |
|---|---|
| **Net Amount Due:** | $87,000.00 |

---

## REMITTANCE

If you are interested in receiving your invoices electronically via email, please submit a valid email address to
CCOBilling@clearchannel.com.

| | | | |
|---|---|---|---|
| **Invoice Date:** | 10/24/2008 | **Contract Number:** | 009924525 |
| **Customer Name:** | Round 2/LA | **Remittance Amount:** | $87,000.00 |
| **Customer Number:** | 162388 | | |
| **Advertiser:** | Los Angeles Times | | |
| **Invoice Number:** | **11026400** | | |

Please be advised that payments received without invoice number reference will be applied to the oldest
unpaid invoice on account. To ensure proper credit for your payment, please include this remittance.



Please mail to:    NOTE NEW REMITTANCE ADDRESS:
Clear Channel Outdoor
PO Box 742025
Los Angeles, CA 90074-2025





**ClearChannel OUTDOOR**
PO Box 591790, San Antonio, TX 78258

**INVOICE**

Please direct questions regarding this invoice to:
CCOBilling@clearchannel.com
Phone (210) 253-4389
Toll Free (877) 676-7565
Fax (210) 253-4628

Round 2/LA
10866 Wilshire Blvd Ste 900
Los Angeles, CA  90024
USA

**Invoice Number: 11026292**

| | |
|---|---|
| Invoice Date: | 10/17/2008 |
| Customer Number: | 162388 |
| Terms: | Net 30 days |
| Agency: | Round 2/LA |
| Reference Number: | Digital Bltn Phase 1 |
| Account Executive: | Rod Thorburn |
| Market Name: | Los Angeles |

| Contract Number | Advertiser Name | Brand |
|---|---|---|
| 009924524 | Los Angeles Times | |

| Description | | Invoice Period | | # of Units | Amount |
|---|---|---|---|---|---|
| Digital Bulletin | | 10/13/2008 | 11/9/2008 | 10 | $87,000.00 |
| LA Times | | | | | |

| | |
|---|---|
| Net Amount Due: | $87,000.00 |

---

## REMITTANCE

If you are interested in receiving your invoices electronically via email, please submit a valid email address to CCOBilling@clearchannel.com.

| | | | |
|---|---|---|---|
| Invoice Date: | 10/17/2008 | Contract Number: | 009924524 |
| Customer Name: | Round 2/LA | Remittance Amount: | $87,000.00 |
| Customer Number: | 162388 | | |
| Advertiser: | Los Angeles Times | | |
| **Invoice Number:** | **11026292** | | |

Please be advised that payments received without invoice number reference will be applied to the oldest unpaid invoice on account. To ensure proper credit for your payment, please include this remittance.

**TAB**
TRAFFIC AUDIT BUREAU

Please mail to:    NOTE NEW REMITTANCE ADDRESS:
Clear Channel Outdoor
PO Box 742025
Los Angeles, CA 90074-2025


**oaaa**
OUTDOOR ADVERTISING ASSOCIATION OF AMERICA INC.



PO Box 591790, San Antonio, TX 78258

**INVOICE**

Please direct questions regarding this invoice to:
CCOBilling@clearchannel.com
Phone (210) 253-4389
Toll Free (877) 676-7565
Fax (210) 253-4628

Round 2/LA
10866 Wilshire Blvd Ste 900
Los Angeles, CA 90024
USA

**Invoice Number: 11025694**
Invoice Date: 9/19/2008
Customer Number: 162388
Terms: Net 30 days
Agency: Round 2/LA
Reference Number: Digital Bltn Phase 1
Account Executive: Rod Thorburn
Market Name: Los Angeles

| Contract Number | Advertiser Name | Brand | | |
|---|---|---|---|---|
| 009924524 | Los Angeles Times | | | |
| **Description** | **Invoice Period** | **# of Units** | | **Amount** |
| Digital Bulletin | 9/15/2008  10/12/2008 | 10 | | $87,000.00 |
| LA Times | | | | |

Net Amount Due: $87,000.00

---

**REMITTANCE**

If you are interested in receiving your invoices electronically via email, please submit a valid email address to
CCOBilling@clearchannel.com.

| | | | |
|---|---|---|---|
| Invoice Date: 09/19/2008 | | Contract Number: | 009924524 |
| Customer Name: Round 2/LA | | Remittance Amount: | $87,000.00 |
| Customer Number: 162388 | | | |
| Advertiser: Los Angeles Times | | | |
| **Invoice Number: 11025694** | | | |



Please be advised that payments received without invoice number reference will be applied to the oldest
unpaid invoice on account. To ensure proper credit for your payment, please include this remittance.

Please mail to: NOTE NEW REMITTANCE ADDRESS:
Clear Channel Outdoor
PO Box 742025
Los Angeles, CA 90074-2025





**ClearChannel**
**OUTDOOR**

PO Box 591790, San Antonio, TX 78258

## INVOICE

Please direct questions regarding this invoice to:
CCOBilling@clearchannel.com
Phone (210) 253-4389
Toll Free (877) 676-7565
Fax (210) 253-4628

Round 2/LA
10866 Wilshire Blvd Ste 900
Los Angeles, CA  90024
USA

| | |
|---|---|
| **Invoice Number:** | **11026998** |
| **Invoice Date:** | 11/30/2008 |
| **Customer Number:** | 162388 |
| **Terms:** | Net 30 days |
| **Agency:** | Round 2/LA |
| **Reference Number:** | Digital Bltn Phase 2 |
| **Account Executive:** | Rod Thorburn |
| **Market Name:** | Los Angeles |

| Contract Number | Advertiser Name | Brand |
|---|---|---|
| 009924526 | Los Angeles Times | |

| Description | Invoice Period | | # of Units | Amount |
|---|---|---|---|---|
| Digital Bulletin<br>LA Times | 11/24/2008 | 12/14/2008 | 10 | $65,250.00 |

| | |
|---|---|
| **Net Amount Due:** | $65,250.00 |

---

## REMITTANCE

If you are interested in receiving your invoices electronically via email, please submit a valid email address to
CCOBilling@clearchannel.com.

| | | | |
|---|---|---|---|
| **Invoice Date:** | 11/30/2008 | **Contract Number:** | 009924526 |
| **Customer Name:** | Round 2/LA | **Remittance Amount:** | $65,250.00 |
| **Customer Number:** | 162388 | | |
| **Advertiser:** | Los Angeles Times | | |
| **Invoice Number:** | **11026998** | | |

Please be advised that payments received without invoice number reference will be applied to the oldest
unpaid invoice on account. To ensure proper credit for your payment, please include this remittance.



Please mail to:   NOTE NEW REMITTANCE ADDRESS:
Clear Channel Outdoor
PO Box 742025
Los Angeles, CA 90074-2025



**Freeborn & Peters LLP**

March 25, 2013

*Via Federal Express-Overnight Delivery*

Attorneys at Law

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312.360.6000

Thomas R. Fawkes
Partner
Direct 312.360.6468
Fax 312.360.6520
tfawkes@
freebornpeters.com

Chicago

Springfield

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

   Re: *In re Los Angeles Times Communications LLC*
     Case No. 08-13185 (KJC)

Dear Sir/Madam:

Attached please find a Proof of Claim to be filed on behalf of Clear Channel Outdoor, Inc. regarding the above-referenced subject matter.

We have enclosed a stamped, self-addressed envelope for your convenience in sending back to me a file-stamped copy (which we have also enclosed) for our files.

Very truly yours,

*Thomas R Fawkes*

Thomas R. Fawkes

TRF/sf

Enclosures

Page 1 of 2

