# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

## PROOF OF CLAIM

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000003415

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LOS ANGELES TIMES COMMUNICATIONS LLC | 08-13185 (KJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO)  SCHEDULE #: 185137470*****
ROUND 2 COMMUNICATIONS
10866 WILSHIRE BLVD    STE 900
LOS ANGELES, CA 90024

Telephone number:                    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim. COPY ATTACHED

Court Claim Number:
_____
(If known)

Filed on:
111925

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Your claim is scheduled by the Debtor as:

$442,163.38 UNSECURED

1.  Amount of Claim as of Date Case Filed: $ 442,163.38

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
    ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2.  Basis for Claim: Services performed and advertising placed on behalf of debtor
    (See instruction #2 on reverse side.)

3.  Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4.  Secured Claim (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
    Describe: _____

    Value of Property: $_____  Annual Interest Rate _____%

    Amount of arrearage and other charges as of time case filed included in secured claim, if any:

    $_____  Basis for perfection: _____

    Amount of Secured Claim: $_____  Amount Unsecured: $_____

5.  Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

    Specify the priority of the claim:

    ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

    ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

    ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

    ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

    ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

    ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

    Amount entitled to priority:

    $_____

    *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6.  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7.  Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
JUN 0 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
06/01/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

ISAAC BRANTNER
Controller

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Isaac Brantner

**From:**   Isaac Brantner
**Sent:**   Tuesday, December 16, 2008 4:32 PM
**To:**   Tenee Hill
**Subject:** RE: LA Times past due invoice inquiry

Thank you!


Isaac Brantner
Controller
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Suite 900
Los Angeles, CA  90024
Phone: 310.481.8059
Fax: 310.571.1828

**From:** Tenee Hill
**Sent:** Tuesday, December 16, 2008 4:30 PM
**To:** Isaac Brantner
**Subject:** FW: LA Times past due invoice inquiry

I have this.  And one more....

**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Wednesday, December 10, 2008 1:00 PM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Yes. We've spoken with Garfield on this as well. Although we had news on Monday, we are still working as 'business as usual' and expect to have these paid shortly. Exact timing is still TBD, but rest assured that we are VERY actively working to ensure all our bills are continued to be paid. Stay tuned...


**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Wednesday, December 10, 2008 11:14 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Hello again Mike,
I spoke with Jenelle and was informed that the Zetabid invoices will be paid via wire and should hit on Friday 12/12/08.  In regard to the outstanding Brand invoices, I would like a status and date to expect payment.  I assume invoices #100800007, 100800008 & 100800009 will be paid first seeing that they were for November activity.  However, I would like to have the December activity invoices, 100800010, 100800011 & 100800012 paid as soon as possible, as our offices will be closed for the holidays.  Please contact me as soon as possible about this matter.  Thank you.

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024

12/16/2008

PH: 310-481-8057
FX: 310-571-1828

---

**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Tuesday, December 02, 2008 11:54 AM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

For LAT, although the bill date is 10/3 on those invoices, they are actually for November and December and                          ly paying each month instead of all in one lump. Perhaps I should have clarified this with Jessica. Nonetheless,                          invoices have already been processed so payment should come very shortly (via wire). December would                          that month. I hope that's clear. Let me know if it's an issue.

Jenelle, can you confirm status on the Zetabid invoices. Those seem very old.


-Mike

Sr. Brand Manager
Los Angeles Times Media Group
202 W. 1st Street
Los Angeles, Ca 90012
213-237-6647
With over 5 million readers & online users each week

---

**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Tuesday, December 02, 2008 10:50 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** Past due invoice inquiry

Hello Mike,
Please find below past due invoices that I would like status of payment on.  These invoices are all at or over                          including broadcast that ran in September.  Please let me know as soon as possible as our vendors are assur                          Thank you.

## LA Times - Zetabid

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 90800201 | 9/30/2008 | 10/30/2008 | $50,599.50 |
| 90800202 | 9/30/2008 | 10/30/2008 | $14,026.95 |
| 90800203 | 9/30/2008 | 10/30/2008 | $22,838.40 |
| 100108-2 | 10/1/2008 | 11/1/2008 | $3,500 |

## LA Times - Brand

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 100800007 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800008 | 10/3/2008 | 11/2/2008 | $23,413.24 |
| 100800009 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800010 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800011 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800012 | 10/3/2008 | 11/2/2008 | $46,826.47 |

12/16/2008

**TOTAL DUE**                              **$442,163.38**

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024
PH: 310-481-8057
FX: 310-571-1828

12/16/2008

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800201 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 10/30/2008 | | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles | | | |
| KCBS-FM | 1 | LA Times | 13,311.00 |
| KLOS-FM | 1 | LA Times | 7,769.00 |
| KLSX-FM | 1 | LA Times | 5,695.00 |
| KNX-AM | 1 | LA Times | 8,287.50 |
| KRTH-FM | 1 | LA Times | 6,460.00 |
| KTWV-FM | 1 | LA Times | 5,482.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,594.50 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $50,599.50 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800202 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 10/30/2008 | | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Riverside-San Bernardino | | | |
| KFRG-FM | 1 | LA Times | 8,755.00 |
| KOLA-FM | 1 | LA Times | 4,275.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 996.45 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $14,026.95 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800203 |

| Due Date | Media | Month of Service |
|---|---|---|
| 10/30/2008 | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles<br>CCTR-FM | 1 | LA Times | 21,216.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 1,622.40 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $22,838.40 |
|---|---|

Round2 Communications, LLC          310.571.1823 tel          Smart people. Smart media.
10866 Wilshire Blvd., #900          310.571.1827 fax
Los Angeles, CA 90024               888.676.8630 toll free
www.round2.com



# Invoice

| Bill To |
|---|
| Los Angeles Times |
| Attn: Mike Schrobo |
| 202 West 1st Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/1/2008 | 100108-2 |

| Due Date |
|---|
| 11/1/2008 |

| Media | Month of Service |
|---|---|
|  | September |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles Times - Zetabid Service Hours | 28 | LA Times | 3,500.00 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $3,500.00 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800007 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/2/2008 | | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $93,652.94 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800008 |

| Due Date |
|---|
| 11/2/2008 |

| Media | Month of Service |
|---|---|
| Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/24/08 | 1 | LA Times | 21,750.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 1,663.24 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $23,413.24 |
|---|---|

Round2 Communications, LLC    310.571.1823 tel    Smart people. Smart media.
10866 Wilshire Blvd., #900    310.571.1827 fax
Los Angeles, CA 90024    888.676.8630 toll free
www.round2.com



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800009 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/2/2008 | | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $93,652.94 |
|---|---|

Round2 Communications, LLC       310.571.1823 tel          Smart people. Smart media.
10866 Wilshire Blvd., #900       310.571.1827 fax
Los Angeles, CA 90024            888.676.8630 toll free
www.round2.com



# Invoice

| Bill To |
| --- |
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
| --- | --- |
| 10/3/2008 | 100800010 |

| Due Date |
| --- |
| 11/2/2008 |

| Media | Month of Service |
| --- | --- |
| Outdoor | December 2008 |

| Description | Qty | Class | Amount |
| --- | --- | --- | --- |
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $46,826.47 |
| --- | --- |

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800011 |

| | Due Date | | Media | Month of Service |
|---|---|---|---|---|
| | 11/2/2008 | | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | **$46,826.47** |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.

# Round 2
INTEGRATED MEDIA

## Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800012 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/2/2008 | | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | **$46,826.47** |
|---|---|

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|

| In Re:<br>Tribune Company, et al.<br>Debtors. | Chapter 11<br>Case No. 08-13141- KJC |
|---|---|
| Name of Debtor Against Which Claim Is Held | Case No. of Debtor |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

Round2 Communications, LLC
Attn: ISAAC BRANTNER
10866 Wilshire Blvd #900
Los Angeles, CA 90024
Telephone number: 310-481-8059    Email Address: ibrantner@round2.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 442,163.38

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Services performed and advertising placed on behalf of debtor
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
**JUN 0 2 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>12/16/08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>ISAAC BRANTNER    Controller |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Isaac Brantner

**From:**    Isaac Brantner
**Sent:**    Tuesday, December 16, 2008 4:32 PM
**To:**    Tenee Hill
**Subject:** RE: LA Times past due invoice inquiry

Thank you!


Isaac Brantner
Controller
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Suite 900
Los Angeles, CA  90024
Phone: 310.481.8059
Fax: 310.571.1828

**From:** Tenee Hill
**Sent:** Tuesday, December 16, 2008 4:30 PM
**To:** Isaac Brantner
**Subject:** FW: LA Times past due invoice inquiry

I have this.  And one more….

**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Wednesday, December 10, 2008 1:00 PM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Yes. We've spoken with Garfield on this as well. Although we had news on Monday, we are still working as 'business as usual'
and expect to have these paid shortly. Exact timing is still TBD, but rest assured that we are VERY actively working to ensure all
our bills are continued to be paid. Stay tuned…

**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Wednesday, December 10, 2008 11:14 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

Hello again Mike,
I spoke with Jenelle and was informed that the Zetabid invoices will be paid via wire and should hit on Friday 12/12/08.  In regard
to the outstanding Brand invoices, I would like a status and date to expect payment.  I assume invoices #100800007, 100800008
& 100800009 will be paid first seeing that they were for November activity.  However, I would like to have the December activity
invoices, 100800010, 100800011 & 100800012 paid as soon as possible, as our offices will be closed for the holidays.  Please
contact me as soon as possible about this matter.  Thank you.

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024

12/16/2008

PH: 310-481-8057
FX: 310-571-1828

---

**From:** Schrobo, Mike [mailto:Mike.Schrobo@latimes.com]
**Sent:** Tuesday, December 02, 2008 11:54 AM
**To:** Tenee Hill
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** RE: Past due invoice inquiry

For LAT, although the bill date is 10/3 on those invoices, they are actually for November and December activity. We're actually paying each month instead of all in one lump. Perhaps I should have clarified this with Jessica. Nonetheless, the November invoices have already been processed so payment should come very shortly (via wire). December would arrive at the end of that month. I hope that's clear. Let me know if it's an issue.

Jenelle, can you confirm status on the Zetabid invoices. Those seem very old.


-Mike

Sr. Brand Manager
Los Angeles Times Media Group
202 W. 1st Street
Los Angeles, Ca 90012
213-237-6647
With over 5 million readers & online users each week

---

**From:** Tenee Hill [mailto:THill@round2.com]
**Sent:** Tuesday, December 02, 2008 10:50 AM
**To:** Schrobo, Mike
**Cc:** Benoit, Jenelle; Jessica Baguley; Robert Chusid
**Subject:** Past due invoice inquiry

Hello Mike,
Please find below past due invoices that I would like status of payment on.  These invoices are all at or over 30 days past due including broadcast that ran in September.  Please let me know as soon as possible as our vendors are asking for payment. Thank you.


## LA Times - Zetabid

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 90800201 | 9/30/2008 | 10/30/2008 | $50,599.50 |
| 90800202 | 9/30/2008 | 10/30/2008 | $14,026.95 |
| 90800203 | 9/30/2008 | 10/30/2008 | $22,838.40 |
| 100108-2 | 10/1/2008 | 11/1/2008 | $3,500 |

## LA Times - Brand

| Invoice # | Bill Date | Due Date | Amount Due |
|-----------|-----------|----------|------------|
| 100800007 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800008 | 10/3/2008 | 11/2/2008 | $23,413.24 |
| 100800009 | 10/3/2008 | 11/2/2008 | $93,652.94 |
| 100800010 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800011 | 10/3/2008 | 11/2/2008 | $46,826.47 |
| 100800012 | 10/3/2008 | 11/2/2008 | $46,826.47 |

12/16/2008

**TOTAL DUE**                    $442,163.38

Tenée Hill
Accounts Receivable Specialist
Round2
*An Integrated Media Company*
10866 Wilshire Blvd., Ste 900
Los Angeles, CA 90024
PH: 310-481-8057
FX: 310-571-1828

12/16/2008

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800201 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 10/30/2008 | | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles | | | |
| KCBS-FM | 1 | LA Times | 13,311.00 |
| KLOS-FM | 1 | LA Times | 7,769.00 |
| KLSX-FM | 1 | LA Times | 5,695.00 |
| KNX-AM | 1 | LA Times | 8,287.50 |
| KRTH-FM | 1 | LA Times | 6,460.00 |
| KTWV-FM | 1 | LA Times | 5,482.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,594.50 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $50,599.50 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To | | Invoice Date | Invoice No |
|---|---|---|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 | | 9/30/2008 | 090800202 |

| Due Date | Media | Month of Service |
|---|---|---|
| 10/30/2008 | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Riverside-San Bernardino | | | |
| KFRG-FM | 1 | LA Times | 8,755.00 |
| KOLA-FM | 1 | LA Times | 4,275.50 |
| Fee @ 6.5% of Gross | 1 | LA Times | 996.45 |

| **Total** | $14,026.95 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Invoice Date | Invoice No |
|---|---|
| 9/30/2008 | 090800203 |

**Bill To**

Los Angeles Times
Attn: Mike Schrobo
202 West 1st Street
Los Angeles, CA 90012

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 10/30/2008 | | Radio | September 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles | | | |
| CCTR-FM | 1 | LA Times | 21,216.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 1,622.40 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $22,838.40 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA.90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times<br>Attn: Mike Schrobo<br>202 West 1st Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/1/2008 | 100108-2 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/1/2008 | | | September |

| Description | Qty | Class | Amount |
|---|---|---|---|
| Los Angeles Times - Zetabid Service Hours | 28 | LA Times | 3,500.00 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $3,500.00 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800007 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $93,652.94 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800008 |

| Due Date | Media | Month of Service |
|---|---|---|
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 11/24/08 | 1 | LA Times | 21,750.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 1,663.24 |

| Total | $23,413.24 |
|---|---|

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
| --- |
| Los Angeles Times Brand<br>202 West First Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
| --- | --- |
| 10/3/2008 | 100800009 |

| Due Date | Media | Month of Service |
| --- | --- | --- |
| 11/2/2008 | Outdoor | November 2008 |

| Description | Qty | Class | Amount |
| --- | --- | --- | --- |
| ClearChannel Outdoor - 11/3/08 | 1 | LA Times | 87,000.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 6,652.94 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| Total | $93,652.94 |
| --- | --- |

Round2 Communications, LLC
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
|---|
| Los Angeles Times Brand |
| 202 West First Street |
| Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
|---|---|
| 10/3/2008 | 100800010 |

| Due Date | | Media | Month of Service |
|---|---|---|---|
| 11/2/2008 | | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
|---|---|---|---|
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

| **Total** | $46,826.47 |
|---|---|

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
| --- |
| Los Angeles Times Brand<br>202 West First Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
| --- | --- |
| 10/3/2008 | 100800011 |

| Due Date |
| --- |
| 11/2/2008 |

| Media | Month of Service |
| --- | --- |
| Outdoor | December 2008 |

| Description | Qty | Class | Amount |
| --- | --- | --- | --- |
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

| | **Total** | $46,826.47 |
| --- | --- | --- |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

**Round2 Communications, LLC**
10866 Wilshire Blvd., #900
Los Angeles, CA 90024
www.round2.com

310.571.1823 tel
310.571.1827 fax
888.676.8630 toll free

Smart people. Smart media.



# Invoice

| Bill To |
| --- |
| Los Angeles Times Brand<br>202 West First Street<br>Los Angeles, CA 90012 |

| Invoice Date | Invoice No |
| --- | --- |
| 10/3/2008 | 100800012 |

| Due Date | Media | Month of Service |
| --- | --- | --- |
| 11/2/2008 | Outdoor | December 2008 |

| Description | Qty | Class | Amount |
| --- | --- | --- | --- |
| ClearChannel Outdoor - 12/1/08 | 1 | LA Times | 43,500.00 |
| Fee @ 6.5% of Gross | 1 | LA Times | 3,326.47 |

| | Total | $46,826.47 |
| --- | --- | --- |

Round2 Communications, LLC
10866 Wilshire Blvd., Suite 900
Los Angeles, CA 90024
PH 310.571.1823 FX 310.571.1828

Round2 Communications, LLC     310.571.1823 tel          Smart people. Smart media.
10866 Wilshire Blvd., #900     310.571.1827 fax
Los Angeles, CA 90024          888.676.8630 toll free
www.round2.com



June 1, 2009

In regards to: Case# 08-13185 (KJC)

Epiq Bankruptcy Solutions, LLC
Tribune Company Claims Processing Center
757 Third Avenue, 3rd Floor
New York, NY  10017

To Whom It May Concern:

Please see the enclosed proof of claim.  This form is intended to replace a previous form filed on 12/16/08.
We have received no response regarding this form filed on 12/16/08 – so no case number seemed to have
been assigned.  Once again, the form dated 06/01/09 is intended to replace any previously filed forms.

Please call me directly should you have any questions.

Best Regards,

Isaac Brantner
Controller
Round2 Communications, LLC

310-481-8059
Enclosure (2)

**Round2 Communications, LLC**    310.571.1823 tel                    Smart people. Smart media.
10866 Wilshire Blvd., #900        310.571.1827 fax
Los Angeles, CA 90024             888.676.8630 toll free
www.round2.com



June 1, 2009

In regards to: Case# 08-13185 (KJC)

Epiq Bankruptcy Solutions, LLC
Tribune Company Claims Processing Center
757 Third Avenue, 3rd Floor
New York, NY  10017

To Whom It May Concern:

Please see the enclosed proof of claim.  This form is intended to replace a previous form filed on 12/16/08.
We have received no response regarding this form filed on 12/16/08 – so no case number seemed to have
been assigned.  Once again, the form dated 06/01/09 is intended to replace any previously filed forms.

Please call me directly should you have any questions.

Best Regards,

Isaac Brantner
Controller
Round2 Communications, LLC

310-481-8059
Enclosure (2)

Page 1 of 1

From:    Origin ID: SMOA    (310) 481-8059
Isaac Brantner
Round2 Communications, LLC
10866 Wilshire Blvd.
Suite 900
Los Angeles, CA 90024



Ship Date: 01JUN09
ActWgt: 1.0 LB
CAD: 3339719/INET9011
Account#: S *********

Delivery Address Bar Code

SHIP TO:    (310) 481-8059          BILL SENDER
**Attn: Tribune Company Claims Proces**
**Epiq Bankruptcy Solutions, LLC**
**757 3RD AVE FRNT 3**

**NEW YORK, NY 10017**

Ref #
Invoice #
PO #
Dept #

JUN 0 2 2009



TRK#  7976 4013 0063
0201

TUE - 02JUN          A1
**STANDARD OVERNIGHT**

10017
NY-US
EWR

# XA OGSA



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html                    6/1/2009