## EXHIBIT A

## MODIFIED AMOUNT CLAIM

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 68: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|
| 1 TIME WARNER CABLE ATTN MEDIA SALES ACCTNG PO BOX 849151 DALLAS, TX 75284-9151 | 6039 | 07/06/2009 | Tribune Television Company | Unsecured | Undetermined | $189,992.00 | Liquidating claim to reflect Debtors' books and records. See paragraph 14 of the Objection. |
| | | | | TOTAL | $0.00 | $189,992.00 | |

Page 1 of 1