# EXHIBIT B

## NO LIABILITY CONTRACT CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT B – NO LIABILITY – CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 10 | $3,142.22 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 16 of the Objection. |
| 2 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 12 | $2,513.70 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 16 of the Objection. |
| 3 | ZVENTS INCORPORATED 199 FREMONT ST FL 4 SAN FRANCISCO, CA 94105-6634 | 08-13251 | WDCW Broadcasting, Inc. | 3120 | $5,346.77 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 17 of the Objection. |
| | | | | TOTAL | $11,002.69 | |