# EXHIBIT C

## NO LIABILITY EMPLOYEE CLAIM

CH1 7727780V.1 /46429/0001-9574207V1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT C – NO LIABILITY – EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ZANGHI, CHRISTOPHER | 08-13251 | WDCW Broadcasting, Inc. | 6001 | $2,000.00 | No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonuses payments are made. Claimant was not employed by Debtors on date bonus was paid. See paragraph 19 of the Objection. |
| | | | | TOTAL | $2,000.00 | |