**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. \_\_\_\_** |

**ORDER SUSTAINING REORGANIZED DEBTORS' SIXTY-EIGHTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Reorganized Debtors' Sixty-Eighth Omnibus

(Substantive) Objection to Claims, by which the Reorganized Debtors[2] requested entry of an

order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003

and 3007, and Local Rule 3007-1, (i) modifying in amount and allowing the Modified Amount

Claim as set forth on Exhibit A; (ii) disallowing in full and expunging the No Liability Contract

Claims as set forth on Exhibit B; (iii) disallowing in full and expunging the No Liability

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

CH1 7727780V.1 /46429/0001-9574207V1

Employee Claim as set forth on Exhibit C; and (iv) directing the Claims Agent to modify the Disputed Claims on the Claims Register; and upon consideration of the Objection and the Rodden Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED the Modified Amount Claim set forth on Exhibit A hereto shall be modified so that it is fixed in the amount of $189,992.00 and allowed against Tribune Television Company; and it is further

ORDERED that each of the No Liability Contract Claims set forth on Exhibit B hereto is hereby disallowed and expunged; and it is further

ORDERED that each of the No Liability Employee Claim set forth on Exhibit C hereto is hereby disallowed and expunged; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        June _____, 2013

                                        _____
                                        The Honorable Kevin J. Carey
                                        United States Bankruptcy Judge

CHI 7727780V.1/46429/0001-9574207V1

## EXHIBIT A

## MODIFIED AMOUNT CLAIM

# TRIBUNE COMPANY, ET AL

## OMNIBUS OBJECTION 68: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | TIME WARNER CABLE ATTN MEDIA SALES ACCTNG PO BOX 849151 DALLAS, TX 75284-9151 | 6039 | 07/06/2009 | Tribune Television Company | Unsecured | Undetermined | $189,992.00 | Liquidating claim to reflect Debtors' books and records. See paragraph 14 of the Objection. |
| | | | | | TOTAL | $0.00 | $189,992.00 | |

Page 1 of 1

# EXHIBIT B

## NO LIABILITY CONTRACT CLAIMS

CH1 7727780V.1
46429/0001-9574207V1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT B – NO LIABILITY – CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 10 | $3,142.22 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 16 of the Objection. |
| 2 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 12 | $2,513.70 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 16 of the Objection. |
| 3 | ZVENTS INCORPORATED 199 FREMONT ST FL 4 SAN FRANCISCO, CA 94105-6634 | 08-13251 | WDCW Broadcasting, Inc. | 3120 | $5,346.77 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 17 of the Objection. |
| | | | | TOTAL | $11,002.69 | |

# **EXHIBIT C**

## **NO LIABILITY EMPLOYEE CLAIM**

CH1 7727780V.1/46429/0001-9574207V1

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT C – NO LIABILITY – EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ZANGHI, CHRISTOPHER | 08-13251 | WDCW Broadcasting, Inc. | 6001 | $2,000.00 | No liability owed to claimant per Debtors' books and records.  Debtor's policy is that employees must be actively employed on date bonuses payments are made.  Claimant was not employed by Debtors on date bonus was paid.  See paragraph 19 of the Objection. |
| | | | | TOTAL | $2,000.00 | |