## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, ET AL.,

    Debtors.

)
)
)
)
)
)
)
)
)

Chapter 11

Case No.: 08-13141 (KJC)

Jointly Administered

## REQUEST TO BE REMOVED FROM THE MAILING LIST

Please remove the following address and email address from the mailing list and the e-notification list for the above-captioned matter.

Edward Tredinnick, Esq.
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
email: etredinnick@greeneradovsky.com

Dated:    San Francisco, California
    May 30, 2013

Respectfully submitted,

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By:    /s/ Edward J. Tredinnick
Edward J. Tredinnick (CA No. 84033)
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
email: etredinnick@greeneradovsky.com
Attorneys for Catellus Development
Corporation and Prologis California I, LLC