IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[2]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 12832, 13173, 13437, and ____ |

## CONSENT ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON OBJECTION OF KTLA INC. TO CLAIM NO. 4412 OF MARTA WALLER

The Court having held a hearing on April 24, 2013 on the Objection of KTLA Inc. to Claim No. 4412 of Marta Waller (Docket No. 12832), Marta Waller's Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (Docket No. 13173), and KTLA Inc.'s objection thereto (Docket No. 13437); and KTLA Inc. ("KTLA") and Marta Waller being in agreement; and after due deliberation; the Court establishes the following schedule to govern the supplemental briefing by KTLA and Ms. Waller on the foregoing matters.

---

[2] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

IT IS HEREBY ORDERED as follows:

1. All discovery in the matter with respect to Claim No. 4412 shall close on September 30, 2013.

2. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, KTLA shall file its motion for summary judgment and opening brief in support of summary judgment with respect to Claim No. 4412 by October 30, 2013.

3. Ms. Waller shall file her brief in opposition to summary judgment by December 15, 2013.

4. KTLA shall file its brief in support of its motion for summary judgment by January 15, 2014.

5. Upon completion of the briefing described in paragraphs 2, 3, and 4 of this Order, KTLA shall file a Notice of Completion of Briefing and shall deliver a binder with the relevant pleadings to the Court.

6. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June _____, 2013

                                            The Honorable Kevin J. Carey
                                            United States Bankruptcy Judge

46429/0001-9590397v1