IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| Tribune Company, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| Navigant Consulting, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF
## MONICA M. WEED, ESQUIRE AND NAVIGANT CONSULTING, INC.

Monica M. Weed, Esquire and Navigant Consulting, Inc. hereby withdraw from the above-captioned main case and adversary proceeding. Please remove Ms. Weed and Navigant Consulting, Inc. from all service lists in this case, including all electronic services lists and the ECF notification system.

DATED: June 3, 2013

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:          loizides@loizides.com

Weed Withdrawal of Appearance.DOCX