IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| Tribune Company, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-55959 (KJC) |
| v. | ) | |
| | ) | |
| Navigant Consulting, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on June 3, 2013, I did cause to be served true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF MONICA M. WEED, ESQUIRE AND NAVIGANT CONSULTING, INC.** on the parties on the attached service list as indicated thereon.

DATED: June 3, 2013

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:           loizides@loizides.com

Weed Withdrawal of Appearance.DOCX

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
COLE SCHOTZ MEISEL FORMAN & LEONARD PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*Co-Counsel for Reorganized Debtors*

James F. Conlan, Esquire
Brian Krakauer, Esquire
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
*Co-Counsel for Reorganized Debtors*

Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Co-Counsel for Plaintiff*

Stephen Novack, Esquire
Donald A. Tarkington, Esquire
NOVACK & MACEY LLP
100 N. Riverside Plaza
Chicago, IL 60606
*Co-Counsel for Plaintiff*

David L. Buchbinder, Esquire
OFFICE OF THE U.S. TRUSTEE
844 King Street, Room 2311
Lockbox 35
Wilmington, DE 19801