

JAMES W. STOLL
direct dial: (617) 856-8262
fax: (617) 289-0425
jstoll@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

June 6, 2013

Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, Delaware 19801

RE: **In re Tribune Company, et al., Case No. 08-13141 (KJC)**

Dear Judge Carey:

    This letter is submitted on behalf of Wilmington Trust Company ("WTC") in response to the U.S. Trustee's letter to the Court dated June 4, 2013. The U.S. Trustee proposes that the Court delay the fee application resolution process until after it decides one legal issue raised in the U.S. Trustee's objection to WTC's substantial contribution application that the U.S. Trustee believes is dispositive.

    Respectfully, WTC believes that the U.S. Trustee's proposal is an inefficient approach. The U.S. Trustee has interposed objection only to the Section 503(b) applications filed by WTC and Law Debenture. It has not objected to the other applications. Moreover, the dispositive legal issue the U.S. Trustee believes exists is but one of a number of objections raised by the U.S. Trustee to those two applications, and relates only to WTC's application at that. The fact that the U.S. Trustee believes the legal issue is dispositive – a point with which WTC disagrees – is not a good reason to put its resolution first; the other parties involved have interposed arguments they believe are dispositive as well and those arguments are not being resolved in the tiered fashion suggested by the U.S. Trustee. In short, the U.S. Trustee's proposal does not promote judicial economy or the goal of expedited resolution of the fee disputes.

Respectfully,

**BROWN RUDNICK LLP**

James W. Stoll

JWS/cmm
cc:   James O. Johnston
       James Bendernagel, Jr.
       David L. Buchbinder
       David Adler
       David S. Rosner

## CERTIFICATE OF SERVICE

On this 6th day of June 2013, a copy of the attached document will be served upon the parties listed below via First Class U.S. Mail.

JONES DAY
James O. Johnston
555 S. Flowr Street, 50th Floor
Los Angeles, CA  90071

SIDLEY AUSTIN LLP
James Bendernagel, Jr.
1501 K Street, N.W.
Washington, DC  20005

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
David S. Rosner, Esq.
1633 Broadway
New York, New York 10019

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

MCCARTER & ENGLISH LLP
David J. Adler, Esq.
245 Park Avenue
New York, NY  10167

June 6, 2013
Date

/s/ William A. Hazeltine
William A. Hazeltine