**TRIBUNE COMPANY, et al.**
**Case No. 08-13141 (KJC)**
**Exhibit A to Omnibus Order Approving Fee Applications**
**for the Compensation Period September 1, 2012 - November 30, 2012**

| APPLICANT AND TITLE | DKT. NO. | INTERIM FEES APPROVED | INTERIM EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 12968 | $413,005.50 | $5,903.00 | $418,908.50 |
| Sidley Austin LLP (Counsel to Debtors) | 13098 | $5,208,029.83 | $237,046.64 | $5,445,076.47 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 13103 | $2,313,153.00 | $1,340.02 | $2,314,493.02 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 13032 | $3,185.00 | $0.00 | $3,185.00 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) | 13182 | $216,269.42 | $6,782.80 | $223,052.22 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) | 12990 | $249,138.00 | $1,292.87 | $250,430.87 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) | 13218 | $638,830.50 | $7,328.99 | $646,159.49 |
| Jenner & Block LLP (Special Counsel to Debtors) | 13058 | $137,529.70 | $12,951.07 | $150,480.77 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 13042 | $600,000.00 | $6,858.75 | $606,858.75 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) | 13029 | $24,525.03 | $0.00 | $24,525.03 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 13159 | $969,598.00 | $31,738.67 | $1,001,336.67 |
| Novack and Macey LLP (Special Counsel for Debtors) | 13046 | $3,633.00 | $0.00 | $3,633.00 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 13190 | $24,721.00 | $60.90 | $24,781.90 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP (Special Counsel to the Debtors for Certain Financing Matters) | 13043 | $582,205.50 | $6,495.08 | $588,700.58 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 13044 | $698,006.00 | $8,668.42 | $706,674.42 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 12894 | $95,438.50 | $8,739.35 | $104,177.85 |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) | 13017 | $189,253.50 | $10,264.13 | $199,517.63 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) | 13033 | $102,003.50 | $1,031.10 | $103,034.60 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) | 13002 | $458,957.50 | $2,523.27 | $461,480.77 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) | 13009 | $557,081.50 | $112,734.58 | $669,816.08 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) | 13018 | $693,694.00 | $146,901.90 | $840,595.90 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) | 12989 | $173,693.50 | $87.43 | $173,780.93 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) | 12988 | $600,000.00 | $0.00 | $600,000.00 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) | 13008 | $5,931.00 | $122.80 | $6,053.80 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) | 13027 | $387,275.00 | $3,610.77 | $390,885.77 |