**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, <u>et</u> <u>al.</u>,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
TERMINATION OF ECF NOTICE**

PLEASE TAKE NOTICE that Jason B. Sanjana of Latham & Watkins LLP hereby withdraws his appearance on behalf of Barclays Bank PLC and Waterstone Capital Management LP in the above-captioned case and requests that his name be removed from the list of parties scheduled to receive ECF notice of filings.

Dated: New York, New York　　　　　Respectfully submitted,
　　　　June 18, 2013
　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　By:　　/s/ Jason B. Sanjana
　　　　　　　　　　　　　　　　　　Jason B. Sanjana (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864

　　　　　　　　　　　　　　　　　　*Attorney for the Barclays Bank PLC and
　　　　　　　　　　　　　　　　　　Waterstone Capital Management LP*