**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2013, a copy of the foregoing document was electronically filed, resulting in service by email on all parties receiving ECF notices in this case.

/s/ Jason. B. Sanjana
Jason B. Sanjana