## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### FEE EXAMINER'S FINAL REPORT REGARDING THE
### FORTY-EIGHTH MONTHLY AND FINAL APPLICATION OF
### SIDLEY AUSTIN LLP

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Forty-Eighth Monthly and Final Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Reorganized Debtors for the Monthly Period December 1, 2012 Through December 31, 2012 and the Final Fee Period From December 8, 2008 Through December 31, 2012* [Docket No. 13198] (the "**Fee Application**"). The Fee Application seeks

---

[1] The Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

approval of monthly fees that total $1,567,750.94 and reimbursement of expenses that total $155,546.84 for the period from December 1, 2012 through December 31, 2012.[2] The Fee Application seeks approval of final fees that total $100,655,700.22 and expenses that total $5,413,007.39 for the period from December 8, 2008 through December 31, 2012. Sidley Austin LLP ("**Sidley**") served as Counsel to the Debtors and Debtors in Possession.

### Background

1.       On December 8, 2008 (the "**Petition** Date"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' Chapter 11 cases for procedural purposes only.

2.       On December 26, 2008, the Debtors filed the *Application for an Order Authorizing Debtors and Debtors in Possession to Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(e) and 1107, Nunc Pro Tunc to the Petition Date* [Docket No. 139] (the "**Retention Application**"). By order dated February 20, 2009 [Docket 435], this Court approved the retention of Sidley (the "**Retention Order**").

3.       Sidley submitted its Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, (January 15, 2009) [Docket No. 225] (the "**Interim Compensation Order**").

---

[2] The Fee Examiner notes that the amount of Fees and Expenses Requested for December 2012 actually totaled $1,635,883.44 and $155,810.54, respectively. The firm applied voluntary reductions in the amount of $68,132.50 in fees and $263.70 in expenses. Sidley explained that the reductions related to charges billed in April through July 2012 and have been voluntarily reduced by an agreement between Sidley and Tribune.

## Applicable Standards

4.     In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with Sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A)*. In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the

time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.     A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.     The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings and provided a Preliminary Report to Sidley for review and comment.  The firm and the Fee Examiner communicated regarding the issues raised in the Preliminary Report, and Sidley provided a comprehensive written response.  After consideration of the additional information provided by the firm, the Fee Examiner now issues this final report (the "**Final Report**") "in a format designed to opine whether the requested fees of the Case Professional meet the applicable

standards of section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines." *Fee Examiner Order ¶5.*

## DISCUSSION OF FINDINGS – MONTHLY FEE APPLICATION
### Technical Requirements

9.  **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application ("**Fees Requested**" and "**Expenses Requested**") to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm ("**Fees Computed**" and "**Expenses Computed**").  The Fee Examiner determined that the Fees Requested exceeded the Fees Computed (without regard to the voluntary reduction) by $1,589.51, resulting in an apparent overcharge.  The discrepancy was the result of task hours within several entries that did not equal the time billed for the entries as a whole, which were displayed in **Exhibit A** to the Preliminary Report.  Sidley agreed with the Fee Examiner's calculations, which resulted in a fee reduction of $1,589.51.  Exhibit A has been omitted from the Final Report.

The Fee Examiner further determined that there was no discrepancy between the Expenses Requested and the Expenses Computed.  The figures in this report and the accompanying exhibits reflect Fees Computed and Expenses Computed.

10.  **Block Billing.**  The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii).*  The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST*

*Guidelines* ¶(b)(4)(v).[3]    The Delaware Bankruptcy Court has found that time entries that generally only combine work on one issue, and a conference/communication with the client or opposing counsel on the same issue, while technically block billing, will not be objectionable.[4] Sidley block billed entries totaling 560.60 hours and $257,710.98 in associated fees as were displayed in **Exhibit B**[5] to the Preliminary Report.    Based upon precedent established by this Court, the objectionable block billed entries totaled 16.90 hours with $13,357.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the Exhibit.    Sidley was invited to comment on the firm's block billing and/or to bring the entries into substantial compliance.    Sidley provided additional information regarding the entries in question, and for most entries revised them to include embedded time for each separate task.    Sidley brought the questioned entries into substantial compliance and, as such, no fee reduction is appropriate. Exhibit B has been omitted from this Report.

11.    **Time Increments.**    The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*.    The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines ¶(b)(4)(v)*.    Billing in greater than 0.10 hour increments is a practice that lends itself to the potential of increased rounding of time, thereby

---

[3] The judicial response to block billing varies.  Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007).  Across the board cuts range from five to a hundred percent.  *See id.* at 495 n.7 and cases cited.

[4] See *In re Worldwide Direct, Inc.*, 316 B.R. 637, 643 (Bankr. D. Del. 2004) (the court did disallow a hundred percent of the block billed entries that combined more than one discrete task and issue from which it could not determine the amount of time that was allocated to each task).

[5] This Final Report includes exhibits that detail and support the findings discussed herein.  Each time entry associated with a specific category, as well as a summary of the total hours and fees, is displayed in the exhibit.  The tasks included in a specific category are underlined in the fee exhibits.  For purpose of context, other tasks within the same entry are also displayed but not underlined, and are not included in the total hours and fees for the exhibit category.

increasing the likelihood that the reported time charged is inflated.  It is a practice widely criticized by courts and legal scholars and is typically prohibited by sophisticated consumers of legal services as it can result in the billing of time over and above the amount of time actually expended to perform a particular activity.

Five Sidley timekeepers invoiced 75% or more of their fee entries using whole hour or half hour time increments; however, only three of these timekeepers invoiced a total of five or more tasks during this interim period.  A rate of 75% or more of any timekeeper's fee entries being recorded in whole or half hour increments calls into question whether the timekeeper is accurately and contemporaneously recording his or her time in 0.10 hour increments.  **Exhibit C** to the Preliminary Report displayed all of the time entries for the timekeepers, which totaled 34.10 hours with $10,784.00 in associated fees.  The Fee Examiner requested that Sidley comment on the billing patterns.

Sidley and the Fee Examiner discussed the timekeepers and the underlying issue, which ultimately resulted in a compromise wherein the firm agreed to a fee reduction of $107.84. Exhibit C has been omitted from the Final Report.

12.    **Potential Double Billing.**  The Fee Examiner identified potential instances where conferences and other tasks appeared to be mistakenly billed twice, and in a couple instances, possibly three times.  The questioned tasks, totaling 5.70 hours with $4,729.00 in associated fees, were highlighted in bold and marked with an ampersand [&] in **Exhibit D** to the Preliminary Report.  The Fee Examiner requested that the firm review the entries and either (i) confirm that the tasks were inadvertently billed twice, or (ii) provide an explanation for the duplication.

In response, Sidley provided additional information regarding the majority of the questioned entries, which explained that the similar and/or identical entries related to separate

and distinct tasks. The additional information took those entries out of the questioned category. Sidley also confirmed one entry was inadvertently billed twice, which resulted in a fee reduction of $135.00. No further fee reduction is warranted and Exhibit D has been omitted from the Final Report.

### Review of Fees

13.    **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an] explanation of any changes in hourly rates from those previously charged, and [a] statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11." *UST Guidelines ¶(b)(1)(iii)*. The Fee Application provided the names, positions, and hourly rates of the 89 Sidley professionals and paraprofessionals who billed to this matter, consisting of 30 partners, 2 senior counsel, 2 counsel, 43 associates, 1 staff attorney, 1 solicitor trainee, 6 senior legal assistants, 1 legal assistant, and 3 project assistants. A summary of hours and fees billed by each timekeeper is displayed in **Exhibit E**.

The firm billed a total of 2,867.80 hours with associated fees of $1,634,293.93.[6] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 733.50 | 26% | $ 640,305.00 | 39% |
| Senior Counsel | 32.60 | 1% | 23,810.00 | 1% |
| Counsel | 40.20 | 1% | 30,183.68 | 2% |
| Associate | 1,813.20 | 63% | 877,929.55 | 54% |
| Staff Attorney | 0.50 | * | 187.50 | * |
| Solicitor Trainee | 5.50 | * | 1,581.20 | * |

---

[6] This amount reflects the Fees Computed, without regard to the voluntary reduction.

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Senior Legal Assistant | 196.20 | 7% | 52,731.00 | 3% |
| Legal Assistant | 20.90 | * | 4,389.00 | * |
| Project Assistant | 25.20 | * | 3,177.00 | * |
| TOTAL | 2,867.80 | 100% | $1,634,293.93 | 100% |

\* Less than 1%

The blended hourly rate for the Sidley professionals is $600.16 and the blended hourly rate for professionals and paraprofessionals is $569.88.

14.    **Hourly Rate Increases.**    The Fee Examiner requested an explanation for the increase in the hourly rate of one associate whose rate was increased in December of 2012.  In response, Sidley stated that the rate increase was based upon the attorney's London rate and her expertise in English corporate law.  After analyzing the information provided, the Fee Examiner makes no recommendation for a fee reduction.

15.    **Timekeepers' Roles.**    A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts.  On the whole, each timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals.

However, several timekeepers billed only a few time entries for isolated, intraoffice conferences and/or for limited activities for which other timekeepers also invoiced, and it is unclear how such limited involvement served the estate.  One of the questioned timekeepers invoiced solely to review e-mails, documents and updates – and no substantive work product followed.  **Exhibit F** to the Preliminary Report listed all the questioned timekeepers' entries for

which additional information was requested. The entries in question totaled 8.00 hours, with associated fees of $7,339.18. The Fee Examiner requested comment from Sidley.

In response to the Preliminary Report, Sidley provided additional information regarding the staffing of the Tribune matters as well as for each of the questioned timekeepers. The firm stated the time billed by the professionals in question did not reflect unnecessary duplication or inefficiencies which form the basis of a portion of the Fee Examiner's concern. Rather, the firm urged that the participation of the majority of the questioned professionals, some on a periodic or minimal basis, aided and advanced the Debtors' chapter 11 cases through their specialized expertise and/or historical knowledge of the Debtors' businesses and operations. Sidley did, however, agree to voluntarily waive the fees associated with certain entries, resulting in a voluntary fee reduction of $2,109.18. After analyzing the information provided, the Fee Examiner makes no additional recommendation for a fee reduction. Exhibit F has been omitted from the Final Report

16. **Meetings, Conferences, Hearings, and Other Events.** The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" *Local Rule 2016-2(d)(ix)*, and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified numerous occasions where two or more Sidley timekeepers attended the same meeting, conference, hearing, or other event. Contrary to Local Rules and

UST Guidelines, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  All of the entries describing multiple attendees at meetings, conferences, hearings or other events, totaling 100.30 hours with $64,731.00 in associated fees, were displayed in **Exhibit G** to the Preliminary Report.  In each instance where multiple timekeepers attended a meeting, conference, hearing or other event, the Fee Examiner identified the timekeeper who appeared most responsible for the matter or the particular event (*i.e.*, the attorney leading rather than observing a conference), typically the most senior attendee.  The potentially duplicative and unnecessary timekeepers' entries totaled 73.70 hours with $42,813.50 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the Exhibit.

As in Sidley's previous interim applications, the number of timekeepers billing to attend certain events exceeded the number of participants that would appear to be reasonable or necessary under the circumstances, even taking into consideration the complexity and nature of this particular case.  The Fee Examiner invited comment from the firm including what the Local Rules and UST Guidelines mandate -- an explanation of the duplicative attendees' roles and an explanation of the necessity of the multiple attendees for the events set forth in the exhibits.

In response to the Preliminary Report, Sidley stated that the firm reviewed the time entries in question and asserted that the attendance by all individuals was necessary and warranted based on the size and complexity of the Debtors' chapter 11 cases, that none of the entries related to duplicative activities, and that none related to mere observation of such proceedings.  The written response included a very lengthy and detailed explanation of the roles played by the firm and its professionals in these cases, the staffing and subdivision of responsibilities, and the resulting need for more than one individual to attend a variety of

meetings, conferences, and events. Sidley did, however, agree to voluntarily waive $2,140.68 in fees associated with several multiple attendances. Through the extensive explanation provided, Sidley substantially complied with the Local Rules and UST Guidelines. Considering Sidley's response and its voluntary waiver of fees, no additional fee reduction is warranted. Exhibit G is omitted from the Final Report.

17. **Intraoffice Conferences.** Frequent intraoffice conferencing may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The Fee Examiner identified billing activities by Sidley timekeepers describing intraoffice conferences totaling 175.50 hours with $124,036.00 in associated fees, or approximately 8% of the total Fees Computed, as were displayed in **Exhibit H** to the Preliminary Report. In certain instances, two or more timekeepers invoiced fees associated with the same intraoffice conference. The entries describing intraoffice conferences invoiced by two or more firm personnel totaled 93.70 hours with $63,957.00 in associated fees, which were highlighted in bold and marked with an ampersand [&] in the Exhibit.

The Fee Examiner requested an explanation of the timekeeper's roles and an explanation of the necessity of the attendance of the timekeepers. In response, Sidley claimed that the intraoffice conferences did not represent inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel but, instead, zealous and effective advocacy on behalf of the Debtors, commensurate with the demands of these chapter 11 cases. Further, the firm stated that the conferences were generally used to develop and maintain cohesive strategy for the case as a whole, as well as to relay advice and information from one professional to another on discrete matters. Sidley did, however, agree to voluntarily waive $1,598.93 in fees associated with certain intraoffice conferences. Exhibit H is omitted from this Final Report.

18.     **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference. *UST Guidelines ¶(b)(4)(v)*.

a.     **Vague Communications.**  The Fee Examiner identified entries totaling 7.40 hours with $4,520.00 in associated fees in which a conference or other communication was not described with sufficient detail.  This lack of detail hinders a reviewer's ability to determine the reasonableness and necessity of the activity, and is in violation of the applicable guidelines.  The entries were displayed in **Exhibit I** to the Preliminary Report.  The Fee Examiner invited Sidley to comment on or provide the missing participant and/or subject matter to bring the questioned time entries into compliance with the Local Rules and UST Guidelines.

Sidley responded to the issue of vague communications first by stating that the firm has internal controls and procedures for recording time in chapter 11 cases and has made efforts to ensure all task descriptions are sufficiently detailed.  Sidley also provided the additional detail for the majority of questioned entries, including the missing subject matter

information.  The supplemental information provided brought these entries into substantial

accord with the Local Rules and UST Guidelines.  Sidley also agreed to a voluntary reduction for

one entry, which resulted in a fee reduction of $320.00.  Based on the firm's response, no further

fee reduction is appropriate.  Exhibit I is omitted from the Final Report.

        b.    **Other Vague Tasks.**  The Fee Examiner reviewed the substantive detail

of each billing entry and identified 113.90 hours with $83,802.00 in associated fees where the

Fee Examiner could not determine the precise nature of the services performed by the

timekeeper. The entries were displayed in **Exhibit J**.  As reflected in the Local Rules and UST

Guidelines, billing entries must adequately describe the services actually performed to allow a

determination of whether the task was staffed appropriately, whether the task involved the

exercise of legal judgment, and/or whether the task was duplicated by other timekeepers.[7]  Sidley

was invited to comment on the entries in question and provide the missing information from the

entries to bring the questioned tasks into compliance.

        Sidley provided the additional detail for the questioned tasks for each timekeeper.

The supplemental information brings the entries into accord with the Local Rules and UST

Guidelines and, thus, no recommendation for a fee reduction will be made.  Exhibit J is omitted

from the Final Report.

        19.    **Administrative Activities.**  Activities associated with the day-to-day operations

of the firm are considered administrative in nature and as such are reflected in the hourly rates

charged by the firm.  The Fee Examiner reviewed all entries and identified 0.60 hour and

---

[7] Vague entries do not allow the court to determine the reasonableness and necessity of the effort expended, and fees may be denied or reduced when insufficiently documented. *E.g.*, *In re Bennett Funding, Inc.*, 213 B.R. 234, 245-46 (Bankr. N.D.N.Y. 1997).  Entries for legal research must identify the issue and explain the research need. *In re Fibermark, Inc.*, 349 B.R. 385, 397 (Bankr. D. Vt. 2006).

$570.00 in associated fees, which appeared to be administrative in nature. The entries were displayed in **Exhibit K** to the Preliminary Report.

In response, Sidley provided additional information and context regarding the questioned activities. The Fee Examiner and the firm discussed the entries in further detail. As a result, the firm agreed to voluntarily reduce its fees by $285.00. No further fee reduction is appropriate. Exhibit K is omitted from this Final Report.

20.    **Clerical Activities.** Clerical activities do not require legal acumen, and may be effectively performed by administrative assistants, secretaries, or support personnel. Similar to administrative activities, clerical activities are generally not billable and are considered to be part of the firm's overhead. In the 3rd Circuit, however, some clerical and non-clerical activities may be compensable at a rate commensurate with the level of expertise or knowledge typically found to be necessary to complete the task. The questioned entries were displayed in **Exhibit L** to the Preliminary Report and totaled 14.60 hours with $5,873.50 in associated fees.

Sidley provided a substantive explanation for most of the questioned activities. Sidley recognized that certain entries could have been described more thoroughly to allow the Fee Examiner and the Court to evaluate the necessity and/or reasonableness of the fees sought. The detailed information provided by Sidley in its formal response resolved the majority of the questioned entries, which provided the necessary clarification for the Fee Examiner to remove those entries from being classified as clerical in nature. As for the remaining entries, the firm agreed to voluntarily reduce its fees by $328.00. The Fee Examiner does not recommend an additional fee reduction. Exhibit L is omitted from this Final Report.

21.     **Travel.**  The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii).*  Sidley properly billed the one fee entry describing travel at half rate.

22.     **Sidley Retention/Compensation.**  Sidley billed 266.10 hours with associated fees of $110,862.18 to prepare the firm's retention documents and applications for compensation.   The fee entries describing Sidley's retention/compensation activities are displayed in **Exhibit M**, which is included in the Final Report for the Court's reference.

23.     **Other Firms' Retention/Compensation.**  Sidley billed 18.50 hours with associated fees of $9,886.00 for activities relating to other firms' retention and compensation, less than 1% of the Fees Computed.  The fee entries are displayed in **Exhibit N**.

### Review of Expenses

24.     **Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii).*   The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii).*  Sidley provided an itemization for its expenses

that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

25. **Photocopies.** The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii).* Sidley stated in the Application that the firm's rate for standard (non-color) duplication is $0.10 per page.

26. **Computer-Assisted Legal Research.** The Local Rules provide that computer-assisted legal research charges "shall not be more than the actual cost." *Local Rule 2016-2 (e)(iii).* Sidley stated in the Application that "[t]he Firm's charges for computerized legal research such as Westlaw or Lexis are based on a rate that recovers no more than the Firm's costs."

27. **Overtime Expenses.** Sidley requested reimbursement of overtime-related expenses in the amount of $2,087.99, which were displayed in **Exhibit O** to the Preliminary Report. The Application states "[i]t is Sidley's standard practice and policy to reimburse professionals and staff for overtime meals and overtime transportation home when working late, provided such professional or staff member has worked a certain number of hours per day on a particular client matter. Additionally, Sidley provides overtime pay to certain eligible staff employees when they are required to work past normal business hours on a particular client matter." Sidley further stated that it believes all requested overtime expenses are reasonable given the time demands in these cases during this fee period. While a firm may have a policy that personnel may be reimbursed for time, meals and/or transportation home when working late, such charges are generally considered part of the firm's overhead. The Fee Examiner requested comment.

Sidley provided a detailed response, renewing its position that the overtime expenses were necessary, reasonable, and conforming to Sidley's policies, but that it would not contest the Fee Examiner's recommendation for a reduction. The Fee Examiner recommends an expense reduction in the amount of $2,087.99 for the overtime expenses. Exhibit O has been omitted from this Final Report.

28. **Meal Expenses.** Sidley requested reimbursement for a meal charge in the amount of $72.00 that was not sufficiently described. Based on the information provided, the Fee Examiner is unable to determine if the meal charge related to a meeting with people outside the firm, or solely involved employees of Sidley. The Fee Examiner requested that Sidley indicate whether the meal included any attendees that were not firm personnel. The charge was displayed in **Exhibit P** to the Preliminary Report.

Sidley provided the information requested, which described the legitimate nature of the meal charge in question. No expense reduction is warranted. Exhibit P has been omitted from this Final Report.

29. **Overhead Expenses.** The UST Guidelines state that nonreimbursable overhead "includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges." *UST Guidelines ¶(b)(5)(vii)*. Sidley requested reimbursement of $503.09 for office supplies. The Fee Examiner requested that Sidley provide an explanation for the necessity and purpose of the charges, which were displayed in **Exhibit Q** to the Preliminary Report.

In response, Sidley provided sufficient information to ascertain the necessity and purpose of the questioned charges and that the charges were incurred purely because of the unique needs

that arose in these cases, during this fee period. No expense reduction is appropriate. Exhibit Q has been omitted from this Final Report.

## CONCLUSION – MONTHLY FEE APPLICATION

The Fee Examiner submits this Final Report regarding Sidley's Application and the fees discussed above. The Fee Examiner recommends the approval of fees in the amount of $1,559,136.80 ($1,567,750.94 minus $8,614.14) and the reimbursement of expenses that total $153,458.85 ($155,546.84 minus $2,087.99) for the period December 1, 2012 through December 31, 2012. The findings are set forth in the summary in **Exhibit R**.

## DISCUSSION OF FINDINGS – FINAL FEE APPLICATION

The Fee Examiner compared the fees and expenses requested in Sidley's Final Fee Application with the fees and expenses requested in the underlying interim fee applications and those approved by the Court (through the date of the filing of the Final Fee Application). The Fee Examiner agrees with Sidley's calculation of the final fee and expense request.

## CONCLUSION – FINAL FEE APPLICATION

The Fee Examiner submits this Final Report regarding Sidley Austin LLP's Fee Application and the fees and expenses discussed above. The Fee Examiner recommends the approval of fees in the amount of $100,605,297.27[8] and reimbursement of expenses in the amount of $5,401,529.88,[9] for the period from December 8, 2008 through December 31, 2012.

---

[8] This is the amount of Sidley's final fee request ($100,655,700.22) adjusted by the fee reductions from the Fifteenth Quarterly Fee Application ($14,284.28), Sixteenth Quarterly Fee Application ($27,504.53), and Forty-Eighth Monthly Application ($8,614.14), as these amounts were not approved as of the date the Final Fee Application was filed.

[9] This is the amount of Sidley's final expense request ($5,413,007.39) adjusted by the expense reductions from the Fifteenth Quarterly Fee Application ($5,763.14), Sixteenth Quarterly Fee Application ($3,626.38), and Forty-Eighth Monthly Application ($2,087.99), as these amounts were not approved as of the date the Final Fee Application was filed.

Respectfully submitted,

**STUART MAUE**

By: _____

John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:   (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 18th day of June, 2013.

David Buchbinder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
R. Craig Martin, Esq.
DLA Piper LLP (US)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for Prepetition Lenders, JP Morgan Chase Bank, N.A.)

John F. Theil, Esq.

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1695 | Steen, Jeffrey C. | PARTNER | $925.00 | $925.00 | 134.10 | $124,042.50 |
| 1362 | Lantry, Kevin T. | PARTNER | $950.00 | $950.00 | 127.20 | $120,840.00 |
| 1540 | Bendernagel Jr., James F. | PARTNER | $900.00 | $900.00 | 69.20 | $62,280.00 |
| 1104 | Blatchford, Kevin F. | PARTNER | $800.00 | $800.00 | 58.30 | $46,640.00 |
| 8248 | Schneider, Mark D. | PARTNER | $750.00 | $750.00 | 49.00 | $36,750.00 |
| 2370 | Kansa, Kenneth P. | PARTNER | $800.00 | $800.00 | 44.90 | $35,920.00 |
| 5398 | Twomey, Dennis M. | PARTNER | $750.00 | $750.00 | 41.90 | $31,425.00 |
| 609 | Conlan, James F. | PARTNER | $1,000.00 | $1,000.00 | 25.50 | $25,500.00 |
| 5381 | Boelter, Jessica C.K. | PARTNER | $725.00 | $725.00 | 34.20 | $24,795.00 |
| 449 | Barden, Larry A. | PARTNER | $1,000.00 | $1,000.00 | 24.40 | $24,400.00 |
| 3931 | Advani, Suresh T. | PARTNER | $925.00 | $925.00 | 22.60 | $20,905.00 |
| 6537 | Krakauer, Bryan | PARTNER | $1,000.00 | $1,000.00 | 18.70 | $18,700.00 |
| 4804 | Monson, Paul D. | PARTNER | $800.00 | $800.00 | 23.00 | $18,400.00 |
| 6277 | Aiello, Anthony J. | PARTNER | $850.00 | $850.00 | 17.40 | $14,790.00 |
| 4059 | Lotsoff, Jonathan D. | PARTNER | $725.00 | $725.00 | 10.10 | $7,322.50 |
| 7232 | Lassar, Scott R. | PARTNER | $1,000.00 | $1,000.00 | 5.30 | $5,300.00 |
| 4482 | Abbinante, Chris E. | PARTNER | $875.00 | $875.00 | 6.00 | $5,250.00 |
| 1393 | Samuels, Joel G. | PARTNER | $925.00 | $925.00 | 3.90 | $3,607.50 |
| 5581 | Kenney, Colleen M. | PARTNER | $725.00 | $725.00 | 4.40 | $3,190.00 |
| 6097 | Fischer, Max C. | PARTNER | $675.00 | $675.00 | 3.80 | $2,565.00 |
| 9481 | Zimbler, Jay H. | PARTNER | $950.00 | $950.00 | 2.10 | $1,995.00 |
| 6010 | Dickett, William G. | PARTNER | $675.00 | $675.00 | 2.80 | $1,890.00 |
| 1974 | Heyman, Scott J. | PARTNER | $800.00 | $800.00 | 1.50 | $1,200.00 |
| 5619 | Joyce, Eamon P. | PARTNER | $725.00 | $725.00 | 1.20 | $870.00 |
| 2787 | Johnson, Matthew E. | PARTNER | $800.00 | $800.00 | 0.50 | $400.00 |
| 2526 | Hirth, Robert W. | PARTNER | $950.00 | $950.00 | 0.40 | $380.00 |
| 2749 | Nyhan, Larry J. | PARTNER | $1,000.00 | $1,000.00 | 0.30 | $300.00 |
| 5443 | Kelsh, John P. | PARTNER | $800.00 | $800.00 | 0.30 | $240.00 |
| 1381 | Contreras-Camua, Aimee M. | PARTNER | $725.00 | $725.00 | 0.30 | $217.50 |
| 6068 | Leavy, Richard A. | PARTNER | $950.00 | $950.00 | 0.20 | $190.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Sidley Austin LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 30 | Blended Rate for Position: | $872.94 | | 733.50 | $640,305.00 |
| | | | | | % of Total: 25.58% | % of Total: 39.18% |
| 6464 | Flagg, Ronald S. | SENIOR COUNSEL | $725.00 | $725.00 | 31.60 | $22,910.00 |
| 6396 | Fullerton, Lawrence R. | SENIOR COUNSEL | $900.00 | $900.00 | 1.00 | $900.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $730.37 | | 32.60 | $23,810.00 |
| | | | | | % of Total: 1.14% | % of Total: 1.46% |
| 4803 | Miles, David M. | COUNSEL | $750.00 | $750.00 | 40.00 | $30,000.00 |
| 1895 | Parsons, Robin | COUNSEL | $918.40 | $918.40 | 0.20 | $183.68 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $750.84 | | 40.20 | $30,183.68 |
| | | | | | % of Total: 1.40% | % of Total: 1.85% |
| 6336 | Mills, Kerriann S. | ASSOCIATE | $675.00 | $675.00 | 203.90 | $137,632.50 |
| 3876 | Langdon, James P. | ASSOCIATE | $550.00 | $550.00 | 159.00 | $87,450.00 |
| 2027 | Robinson, Steve W. | ASSOCIATE | $500.00 | $500.00 | 107.80 | $53,900.00 |
| 4922 | Steffy, Kate L. | ASSOCIATE | $475.00 | $475.00 | 100.00 | $47,500.00 |
| 4819 | King, Geoffrey M. | ASSOCIATE | $500.00 | $500.00 | 94.10 | $47,050.00 |
| 6073 | Rosenkrantz, Jed | ASSOCIATE | $435.00 | $435.00 | 100.20 | $43,587.00 |
| 6741 | Kline, Candice L. | ASSOCIATE | $555.00 | $555.00 | 76.80 | $42,624.00 |
| 2100 | Myrick, Brett H. | ASSOCIATE | $500.00 | $500.00 | 71.10 | $35,550.00 |
| 4046 | Ross, Thomas E. | ASSOCIATE | $445.00 | $445.00 | 73.50 | $32,707.50 |
| 1265 | Gustafson, Michael T. | ASSOCIATE | $450.00 | $450.00 | 70.70 | $31,815.00 |
| 2413 | Stromberg, Allison Ross | ASSOCIATE | $555.00 | $555.00 | 46.90 | $26,029.50 |
| 7673 | Herbas, Christine M. | ASSOCIATE | $340.00 | $340.00 | 75.80 | $25,772.00 |
| 3343 | Martinez, Matthew G. | ASSOCIATE | $555.00 | $555.00 | 40.50 | $22,477.50 |
| 9124 | Gallagher, Jenna M. | ASSOCIATE | $340.00 | $340.00 | 65.40 | $22,236.00 |
| 8920 | Silverman, Richard M. | ASSOCIATE | $525.00 | $525.00 | 40.90 | $21,472.50 |
| 9621 | Norman, Drew A. | ASSOCIATE | $590.00 | $590.00 | 35.80 | $21,122.00 |
| 1758 | Lam, Francis S. | ASSOCIATE | $355.00 | $355.00 | 56.00 | $19,880.00 |
| 3358 | Krueger, Christopher S. | ASSOCIATE | $475.00 | $475.00 | 38.80 | $18,430.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 7582 | Davis, Nathan J. | ASSOCIATE | $340.00 | $340.00 | 48.30 | $16,422.00 |
| 8757 | Linder, Matthew E. | ASSOCIATE | $400.00 | $400.00 | 37.50 | $15,000.00 |
| 1246 | Liu, Patrick L. | ASSOCIATE | $340.00 | $340.00 | 43.40 | $14,756.00 |
| 7077 | Tseregounis, Helena G. | ASSOCIATE | $340.00 | $340.00 | 40.50 | $13,770.00 |
| 9410 | Diskin, Bret T. | ASSOCIATE | $435.00 | $435.00 | 22.00 | $9,570.00 |
| 7583 | Render, Daniel H. | ASSOCIATE | $340.00 | $340.00 | 28.10 | $9,554.00 |
| 1973 | Hemmerich, Steffen | ASSOCIATE | $555.00 | $555.00 | 11.10 | $6,160.50 |
| 9711 | Wackerly, Patrick J. | ASSOCIATE | $525.00 | $525.00 | 11.00 | $5,775.00 |
| 5768 | Carter, Leslie J. | ASSOCIATE | $435.00 | $435.00 | 12.40 | $5,394.00 |
| 7528 | Mommsen, Anna M. | ASSOCIATE | $390.00 | $390.00 | 12.60 | $4,914.00 |
| 7776 | Brown, Katie L. | ASSOCIATE | $340.00 | $340.00 | 13.10 | $4,454.00 |
| 2477 | Clemmons, Kristopher J. | ASSOCIATE | $475.00 | $475.00 | 9.30 | $4,417.50 |
| 6828 | Mullen, Sophia Park | ASSOCIATE | $300.00 | $600.00 | 7.30 | $3,780.00 |
| 5392 | Novy, Molly C. | ASSOCIATE | $390.00 | $390.00 | 9.60 | $3,744.00 |
| 8293 | Natter, Erin F. | ASSOCIATE | $590.00 | $590.00 | 6.20 | $3,658.00 |
| 7627 | Sachar, Tomer | ASSOCIATE | $475.00 | $475.00 | 7.70 | $3,657.50 |
| 2800 | Gumport, Anna | ASSOCIATE | $450.00 | $450.00 | 7.70 | $3,465.00 |
| 0701 | Biggar, Mark A. | ASSOCIATE | $390.00 | $390.00 | 7.80 | $3,042.00 |
| 4153 | Hairston, Jacqueline A. | ASSOCIATE | $435.00 | $435.00 | 6.90 | $3,001.50 |
| 9138 | Propps, Andrew P. | ASSOCIATE | $500.00 | $500.00 | 4.80 | $2,400.00 |
| 4599 | Lee, Matthew W. | ASSOCIATE | $435.00 | $435.00 | 4.70 | $2,044.50 |
| 9170 | Brown, Mark C. | ASSOCIATE | $400.00 | $400.00 | 1.50 | $600.00 |
| 4847 | Smith, Lindsey A. | ASSOCIATE | $598.95 | $598.95 | 0.90 | $539.06 |
| 7174 | Massaro, Elizabeth L. | ASSOCIATE | $340.00 | $340.00 | 1.50 | $510.00 |
| 1206 | Craige, Christina M. | ASSOCIATE | $655.00 | $655.00 | 0.10 | $65.50 |

No. of Billers for Position: 43     Blended Rate for Position:    $484.19      1,813.20      $877,929.56

% of Total:   63.23%    % of Total:   53.72%

| 2814 | Eavy, Angela M. | STAFF ATTORNEY | $375.00 | $375.00 | 0.50 | $187.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Sidley Austin LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | No. of Billers for Position: 1 | Blended Rate for Position: | $375.00 | | 0.50 | $187.50 |
| | | | | | % of Total:  0.02% | % of Total:  0.01% |
| 6546 | Lainchbury, Sarah | SOLICITOR TRAIN | $287.49 | $287.49 | 5.50 | $1,581.20 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $287.49 | | 5.50 | $1,581.20 |
| | | | | | % of Total:  0.19% | % of Total:  0.10% |
| 3046 | Nastasic, Branka V. | SR LEGAL ASST | $250.00 | $250.00 | 98.50 | $24,625.00 |
| 6540 | Lutes, David J. | SR LEGAL ASST | $315.00 | $315.00 | 54.10 | $17,041.50 |
| 6865 | Platt, James P. | SR LEGAL ASST | $235.00 | $235.00 | 18.80 | $4,418.00 |
| 6145 | Nelms, Karen A. | SR LEGAL ASST | $270.00 | $270.00 | 12.20 | $3,294.00 |
| 3405 | Coutinho, Russell J. | SR LEGAL ASST | $265.00 | $265.00 | 12.30 | $3,259.50 |
| 2981 | Caputo, Victoria L. | SR LEGAL ASST | $310.00 | $310.00 | 0.30 | $93.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $268.76 | | 196.20 | $52,731.00 |
| | | | | | % of Total:  6.84% | % of Total:  3.23% |
| 3531 | Summerfield, Susan L. | LEGAL ASSISTANT | $210.00 | $210.00 | 20.90 | $4,389.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $210.00 | | 20.90 | $4,389.00 |
| | | | | | % of Total:  0.73% | % of Total:  0.27% |
| 8512 | Stamatova, Diliana | PROJECT ASST | $120.00 | $120.00 | 14.10 | $1,692.00 |
| 8647 | Katata, Tiffany | PROJECT ASST | $120.00 | $120.00 | 9.30 | $1,116.00 |
| 4713 | Peterson, Hilary E. | PROJECT ASST | $205.00 | $205.00 | 1.80 | $369.00 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $126.07 | | 25.20 | $3,177.00 |
| | | | | | % of Total:  0.88% | % of Total:  0.19% |
| | Total No. of Billers: 89 | Blended Rate for Report: | $569.88 | | 2,867.80 | $1,634,293.93 |

EXHIBIT M
SIDLEY RETENTION/COMPENSATION
Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Craige, C | 0.10 | 65.50 |
| Gustafson, M | 57.90 | 26,055.00 |
| Hirth, R | 0.40 | 380.00 |
| Kansa, K | 5.60 | 4,480.00 |
| Katata, T | 9.30 | 1,116.00 |
| King, G | 1.60 | 800.00 |
| Lantry, K | 0.50 | 475.00 |
| Linder, M | 29.00 | 11,600.00 |
| Lutes, D | 54.10 | 17,041.50 |
| Martinez, M | 0.40 | 222.00 |
| Mills, K | 15.10 | 10,192.50 |
| Myrick, B | 2.30 | 1,150.00 |
| Nelms, K | 12.20 | 3,294.00 |
| Parsons, R | 0.20 | 183.68 |
| Robinson, S | 49.20 | 24,600.00 |
| Stamatova, D | 14.10 | 1,692.00 |
| Stromberg, A | 13.20 | 7,326.00 |
| Summerfield, S | 0.90 | 189.00 |
| | 266.10 | $110,862.18 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 266.10 | 110,862.18 |
| | 266.10 | $110,862.18 |

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/03/12 Mon | Lutes, D 33004632/27 | 0.50 | 0.50 | 157.50 | 0.40 0.10 | F F | 1 2 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION (.4);<br>EMAILS WITH J. JENSEN RE: SAME (.1) |
| 12/03/12 Mon | Robinson, S 33004632/98 | 0.70 | 0.70 | 350.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW EXPENSES FOR CONFIDENTIALITY AND PRIVILEGE. |
| 12/04/12 Tue | Gustafson, M 33004632/20 | 0.20 | 0.20 | 90.00 | 0.20 | F | 1 | MATTER NAME: Fee Applications<br>E-MAILS WITH J. JANSEN RE: NOVEMBER PRO FORMAS (.2) |
| 12/04/12 Tue | Lutes, D 33004632/28 | 4.80 | 4.80 | 1,512.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION |
| 12/05/12 Wed | Gustafson, M 33004632/19 | 0.30 | 0.30 | 135.00 | 0.30 | F | 1 | MATTER NAME: Fee Applications<br>E-MAILS WITH J. JANSEN RE: NOVEMBER PRO FORMAS AND TIMELINE (.3) |
| 12/05/12 Wed | Lutes, D 33004632/25 | 3.30 | 3.30 | 1,039.50 | 1.00 2.00 0.30 | F F F | 1 2 3 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION (1.0);<br>PREPARE 47TH MONTHLY FEE APPLICATION (2.0);<br>PREPARE 16TH QUARTERLY FEE APPLICATION (.3) |
| 12/05/12 Wed | Robinson, S 33004632/37 | 0.50 | 0.50 | 250.00 | 0.20 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Fee Applications<br>REVIEW OUTSTANDING FEE INFORMATION (.2);<br>COMMUNICATIONS WITH M.GUSTAFSON REGARDING SAME (.2);<br>DRAFT EMAIL TO COMPANY REGARDING SAME (.1). |
| 12/06/12 Thu | Gustafson, M 33004632/18 | 0.20 | 0.20 | 90.00 | 0.20 | F | 1 | MATTER NAME: Fee Applications<br>REVIEW NOVEMBER PRO FORMAS FOR CONFIDENTIALITY (.2) |
| 12/06/12 Thu | Hirth, R 33004632/1 | 0.20 | 0.20 | 190.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Fee Applications<br>REVIEW/REVISE PRO-FORMA RE CONFIDENTIALITY AND PRIVILEGE (.10);<br>CORRESPONDENCE RE SAME D. LUTES (.10) |
| 12/06/12 Thu | Linder, M 33004632/26 | 3.00 | 3.00 | 1,200.00 | 0.10 2.90 | F F | 1 2 | MATTER NAME: Fee Applications<br>OFFICE CONFERENCE WITH M. GUSTAFSON RE: REVIEW OF NOVEMBER 2012 PRO FORMAS FOR CONFIDENTIALITY IN PREPARATION FOR THE 47TH FEE APPLICATION (.1);<br>REVIEW NOVEMBER 2012 PRO FORMAS FOR CONFIDENTIALITY (2.9) |
| 12/06/12 Thu | Lutes, D 33004632/24 | 2.80 | 2.80 | 882.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/07/12 Fri | Katata, T 33004632/45 | 1.80 | 1.80 | 216.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |

~ See the last page of exhibit for explanation

EXHIBIT M
SIDLEY RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/07/12 Fri | Linder, M 33004632/21 | 1.90 | 1.90 | 760.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW NOVEMBER 2012 PRO FORMAS FOR CONFIDENTIALITY |
| 12/07/12 Fri | Lutes, D 33004632/2 | 3.40 | 3.40 | 1,071.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/07/12 Fri | Stamatova, D 33004632/111 | 1.50 | 1.50 | 180.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/08/12 Sat | Linder, M 33004632/22 | 0.70 | 0.70 | 280.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW NOVEMBER 2012 PRO FORMAS FOR CONFIDENTIALITY |
| 12/09/12 Sun | Linder, M 33004632/23 | 0.10 | 0.10 | 40.00 | | F | 1 | MATTER NAME: Fee Applications<br>E-MAIL TO M. GUSTAFSON RE: NOVEMBER 2012 PRO FORMAS |
| 12/10/12 Mon | Gustafson, M 33004632/17 | 6.10 | 6.10 | 2,745.00 | 6.10 | F | 1 | MATTER NAME: Fee Applications<br>REVIEW NOVEMBER PRO FORMAS FOR CONFIDENTIALITY (6.1) |
| 12/10/12 Mon | Katata, T 33004632/46 | 3.50 | 3.50 | 420.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/10/12 Mon | Lutes, D 33004632/16 | 4.70 | 4.70 | 1,480.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/10/12 Mon | Robinson, S 33004632/35 | 2.50 | 2.50 | 1,250.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW FEE INVOICES FOR PRIVILEGE AND CONFIDENTIALITY. |
| 12/10/12 Mon | Stamatova, D 33004632/102 | 3.50 | 3.50 | 420.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/11/12 Tue | Gustafson, M 33004632/3 | 1.00 | 1.00 | 450.00 | 1.00 | F | 1 | MATTER NAME: Fee Applications<br>REVIEW FEE EXAMINER'S PRELIMINARY RESPONSE TO THE 14TH QUARTERLY FEE APPLICATION (1.0) |
| 12/11/12 Tue | Kansa, K 33004632/6 | 0.10 | 0.10 | 80.00 | | F | 1 | MATTER NAME: Fee Applications<br>EMAIL K. MILLS RE: FEE EXAMINER PRELIMINARY REPORT FOR 14TH INTERIM PERIOD |
| 12/11/12 Tue | Katata, T 33004632/55 | 0.50 | 0.50 | 60.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/11/12 Tue | Lutes, D 33004632/14 | 3.80 | 3.80 | 1,197.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/11/12 Tue | Stamatova, D 33004632/112 | 1.50 | 1.50 | 180.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/11/12 Tue | Stromberg, A 33004632/52 | 0.10 | 0.10 | 55.50 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW 14TH QUARTERLY FEE APPLICATION |
| 12/12/12 Wed | Gustafson, M 33004632/4 | 2.00 | 2.00 | 900.00 | 1.60<br>0.30<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE RE: FEE EXAMINER'S PRELIMINARY RESPONSE TO THE 14TH QUARTERLY FEE APPLICATION (1.6);<br>TELEPHONE CALL WITH S. ROBINSON RE: 14TH RESPONSE ASSIGNMENTS (.3);<br>TELEPHONE CALL WITH J. JENSEN RE: NEW FEE MATTER (.1) |
| 12/12/12 Wed | Lutes, D 33004632/5 | 3.90 | 3.90 | 1,228.50 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION |
| 12/12/12 Wed | Stamatova, D 33004632/113 | 0.50 | 0.50 | 60.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/12/12 Wed | Stromberg, A 33004632/50 | 0.40 | 0.40 | 222.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW 14TH QUARTERLY FEE REPORT |
| 12/13/12 Thu | Gustafson, M 33004632/41 | 3.60 | 3.60 | 1,620.00 | 0.10<br>0.30<br>2.10<br>0.10<br>0.30<br>0.50<br>0.20 | F<br>F<br>F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5<br>6<br>7 | MATTER NAME: Fee Applications<br>E-MAIL TO M. LINDER AND S. ROBINSON RE: NOVEMBER PRO FORMAS (.1);<br>EDIT 14TH RESPONSE (.3);<br>REVIEW NOVEMBER PRO FORMAS FOR CONFIDENTIALITY (2.1);<br>E-MAIL WITH K. MILLS RE: 14TH RESPONSE (.1);<br>MEETING WITH M. LINDER RE: RESPONSE (.3);<br>MEETING WITH K. MILLS, A. STROMBERG, S. ROBINSON AND M. LINDER RE: FEE RESPONSE ASSIGNMENTS (.5);<br>MEETING WITH M. LINDER AND S. ROBINSON RE: HEARING RESPONSE (.2) |
| 12/13/12 Thu | Linder, M 33004632/13 | 2.30 | 2.30 | 920.00 | 0.30<br>0.60<br><br>1.40 | F<br>F<br><br>F | 1<br>2<br><br>3 | MATTER NAME: Fee Applications<br>OFFICE CONFERENCE WITH M. GUSTAFSON RE: RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (.30);<br>OFFICE CONFERENCE WITH K. MILLS, A. STROMBERG, S. ROBINSON AND M. GUSTAFSON RE: RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (.60);<br>DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (1.4) |
| 12/13/12 Thu | Lutes, D 33004632/12 | 5.30 | 5.30 | 1,669.50 | 1.60<br>3.40<br>0.30 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION (1.6);<br>PREPARE 47TH MONTHLY FEE APPLICATION (3.4);<br>EMAILS WITH M. GUSTAFSON RE: MONTHLY FEE APPLICATION MATTERS (.3) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/13/12 Thu | Mills, K 33004632/85 | 0.70 | 0.70 | 472.50 | 0.60 0.10 | F F | 1 2 | *MATTER NAME: Fee Applications* O/C W/SIDLEY TEAM MEMBERS RE: PREPARATION OF 14TH RESPONSE/16TH APPLICATION (.6); COMMUNICATIONS W/M. GUSTAFSON RE: REQUEST FROM FEE AUDITOR (.1) |
| 12/13/12 Thu | Robinson, S 33004632/38 | 0.50 | 0.50 | 250.00 | | F | 1 | *MATTER NAME: Fee Applications* CONFERENCE WITH M. GUSTAFSON, K. MILLS, A. STROMBERG, AND M. LINDER REGARDING DRAFTING PROCESS FOR RESPONSE TO 14TH PRELIMINARY REPORT. |
| 12/13/12 Thu | Stromberg, A 33004632/53 | 0.60 | 0.60 | 333.00 | | F | 1 | *MATTER NAME: Fee Applications* REVIEW FEE EXAMINER'S PRELIMINARY REPORT FOR 14TH QUARTERLY FEE APPLICATION |
| 12/14/12 Fri | Gustafson, M 33004632/11 | 0.60 | 0.60 | 270.00 | 0.10 0.30 0.20 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* E-MAIL LEDES FILES TO J. THIEL WITH COMMENT (.1); MEETING WITH M. LINDER RE: NOVEMBER PRO FORMAS (.3); MEETING WITH S. ROBINSON RE: SAME (.2) |
| 12/14/12 Fri | Kansa, K 33004632/29 | 0.20 | 0.20 | 160.00 | | F | 1 | *MATTER NAME: Fee Applications* OFFICE CONFERENCE WITH K. MILLS RE: RESPONSE TO FEE EXAMINER FOR 14TH PERIOD |
| 12/14/12 Fri | Linder, M 33004632/7 | 6.30 | 6.30 | 2,520.00 | 0.10 0.20 6.00 | F F F | 1 2 3 | *MATTER NAME: Fee Applications* OFFICE CONFERENCE WITH S. ROBINSON RE: RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (.1); OFFICE CONFERENCE WITH M. GUSTAFSON RE: RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (.2); DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (6.0) |
| 12/14/12 Fri | Lutes, D 33004632/34 | 0.50 | 0.50 | 157.50 | | F | 1 | *MATTER NAME: Fee Applications* PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/14/12 Fri | Robinson, S 33004632/61 | 0.50 | 0.50 | 250.00 | | F | 1 | *MATTER NAME: Fee Applications* REVIEW RESPONSE TO THE 14TH PRELIMINARY REPORT. |
| 12/14/12 Fri | Stromberg, A 33004632/51 | 3.50 | 3.50 | 1,942.50 | | F | 1 | *MATTER NAME: Fee Applications* DRAFT PORTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY RESPONSE TO 14TH QUARTERLY APPLICATION |
| 12/15/12 Sat | Gustafson, M 33004632/8 | 2.20 | 2.20 | 990.00 | 2.20 | F | 1 | *MATTER NAME: Fee Applications* REVIEW NOVEMBER PRO FORMAS FOR CONFIDENTIALITY (2.2) |
| 12/16/12 Sun | Gustafson, M 33004632/9 | 8.90 | 8.90 | 4,005.00 | 8.90 | F | 1 | *MATTER NAME: Fee Applications* REVIEW NOVEMBER PRO FORMAS FOR CONFIDENTIALITY (8.9) |
| 12/16/12 Sun | Linder, M 33004632/33 | 0.90 | 0.90 | 360.00 | | F | 1 | *MATTER NAME: Fee Applications* DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/17/12 Mon | Craige, C 33004632/101 | 0.10 | 0.10 | 65.50 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW AND RESPOND TO EMAIL FROM M. LINDER RE TRIBUNE FEE AUDITOR RESPONSE |
| 12/17/12 Mon | Gustafson, M 33004632/10 | 0.70 | 0.70 | 315.00 | 0.30<br>0.20<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARE COMMENTS RE: PRO FORMA EDITS FOR J. JENSEN AND D. LUTES (.3):<br>DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY COMMENTS ON 14TH QUARTERLY (.2):<br>MEETING WITH M. LINDER RE: SAME (.2) |
| 12/17/12 Mon | Katata, T 33004632/47 | 3.00 | 3.00 | 360.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/17/12 Mon | Linder, M 33004632/71 | 5.30 | 5.30 | 2,120.00 | 4.00<br>1.30 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (4.0):<br>REVIEW NOVEMBER 2012 PRO FORMAS FOR CONFIDENTIALITY (1.3) |
| 12/17/12 Mon | Lutes, D 33004632/31 | 2.70 | 2.70 | 850.50 | 0.40<br>2.10<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARE 46TH MONTHLY FEE APPLICATION (.4):<br>PREPARE 47TH MONTHLY FEE APPLICATION (2.1):<br>PREPARE 16TH QUARTERLY FEE APPLICATION (.2) |
| 12/17/12 Mon | Robinson, S 33004632/36 | 0.50 | 0.50 | 250.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE FEE SUMMARY FOR 14TH QUARTERLY FEE PERIOD. |
| 12/17/12 Mon | Stamatova, D 33004632/103 | 3.30 | 3.30 | 396.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/18/12 Tue | Gustafson, M 33004632/43 | 1.40 | 1.40 | 630.00 | 0.10<br>0.10<br>0.10<br>0.20<br>0.20<br>0.10<br>0.40<br>0.20 | F<br>F<br>F<br>F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | MATTER NAME: Fee Applications<br>E-MAIL WITH J. JENSEN RE: FEE ESTIMATES FOR A&M (.1):<br>E-MAIL WITH B. MYRICK RE: SAME (.1):<br>E-MAIL TO DJ LUTES RE: PRO FORMAS (.1):<br>E-MAIL WITH J. JENSEN RE: NOVEMBER INVOICES (.2):<br>MEETING WITH M. LINDER RE: 14TH RESPONSE (.2):<br>E-MAIL WITH J. JENSEN RE: TIMEKEEPERS (.1):<br>EDIT E-MAIL FROM M. LINDER RE: FEE INQUIRY (.4):<br>T/C WITH S. ROBINSON RE: 14TH RESPONSE (.2): |
| 12/18/12 Tue | Linder, M 33004632/69 | 3.80 | 3.80 | 1,520.00 | 0.20<br>3.60 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>OFFICE CONFERENCE WITH M. GUSTAFSON RE: 14TH RESPONSE (.2):<br>DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (3.6) |
| 12/18/12 Tue | Lutes, D 33004632/39 | 3.90 | 3.90 | 1,228.50 | 3.50<br>0.30<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Fee Applications<br>PREPARE 47TH MONTHLY FEE APPLICATION (3.5):<br>COMMUNICATIONS WITH J. JENSEN RE: SAME (.3):<br>EMAIL WITH M. GUSTAFSON RE: SAME (.1) |

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/18/12 Tue | Nelms, K 33004632/15 | 3.90 | 3.90 | 1,053.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARATION OF THE 16TH QUARTERLY FEE APPLICATION |
| 12/18/12 Tue | Robinson, S 33004632/115 | 3.30 | 3.30 | 1,650.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> DRAFT RESPONSE TO 14TH INTERIM FEE EXAMINER REPORT. |
| 12/18/12 Tue | Stamatova, D 33004632/104 | 2.10 | 2.10 | 252.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/18/12 Tue | Stromberg, A 33004632/59 | 3.10 | 3.10 | 1,720.50 | | F | 1 | MATTER NAME: *Fee Applications* <br> DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 14TH QUARTERLY FEE APPLICATION |
| 12/19/12 Wed | Gustafson, M 33004632/42 | 6.50 | 6.50 | 2,925.00 | 6.50 | F | 1 | MATTER NAME: *Fee Applications* <br> DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT RE: 14TH QUARTERLY FEE APPLICATION OF SIDLEY (6.5) |
| 12/19/12 Wed | Katata, T 33004632/48 | 0.50 | 0.50 | 60.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/19/12 Wed | Linder, M 33004632/68 | 2.10 | 2.10 | 840.00 | 2.00 <br> 0.10 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) (2.0); <br> OFFICE CONFERENCE WITH M. GUSTAFSON RE: SAME (.1) |
| 12/19/12 Wed | Lutes, D 33004632/44 | 3.70 | 3.70 | 1,165.50 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/19/12 Wed | Parsons, R 33004632/40 | 0.20 | 0.20 | 183.68 | | F | 1 | MATTER NAME: *Fee Applications* <br> REVIEW TIME ENTRY IN RESPONSE TO SPECIFIC FEE EXAMINER INQUIRY. |
| 12/19/12 Wed | Robinson, S 33004632/65 | 6.60 | 6.60 | 3,300.00 | 1.50 <br> 5.10 | F <br> F | 1 <br> 2 | MATTER NAME: *Fee Applications* <br> REVIEW AND REVISE EXPENSES FOR NOVEMBER 2012 (1.5); <br> DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT - 14TH PERIOD (5.1) |
| 12/19/12 Wed | Stamatova, D 33004632/105 | 1.70 | 1.70 | 204.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/19/12 Wed | Stromberg, A 33004632/58 | 2.60 | 2.60 | 1,443.00 | | F | 1 | MATTER NAME: *Fee Applications* <br> DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 14TH QUARTERLY FEE APPLICATION |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/12 Wed | Summerfield, S 33004632/67 | 0.90 | 0.90 | 189.00 | 0.10 0.30 0.50 | F F F | 1 2 3 | | MATTER NAME: Fee Applications DISCUSS PROJECT W/ S. ROBINSON (.10); REVIEW AIRFARE FLIGHT INFORMATION FOR FOURTEENTH INTERIM (.30) AND REVISE CHART (.50) |
| 12/20/12 Thu | Gustafson, M 33004632/81 | 3.40 | 3.40 | 1,530.00 | 3.40 | F | 1 | | MATTER NAME: Fee Applications DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT TO 14TH QUARTERLY FEE APPLICATION (3.4) |
| 12/20/12 Thu | Linder, M 33004632/30 | 0.30 | 0.30 | 120.00 | | F | 1 | | MATTER NAME: Fee Applications DRAFT RESPONSE TO FEE EXAMINER'S INITIAL REPORT (14TH QUARTERLY) |
| 12/20/12 Thu | Lutes, D 33004632/62 | 1.30 | 1.30 | 409.50 | | F | 1 | | MATTER NAME: Fee Applications PREPARE 47TH MONTHLY FEE APPLICATION |
| 12/20/12 Thu | Myrick, B 33004632/93 | 0.10 | 0.10 | 50.00 | 0.10 | F | 1 | | MATTER NAME: Fee Applications EMAILS W/ S. ROBINSON RE: FEES (.1). |
| 12/20/12 Thu | Robinson, S 33004632/66 | 6.50 | 6.50 | 3,250.00 | 6.50 | F | 1 | | MATTER NAME: Fee Applications DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR 14TH INTERIM FEE PERIOD (6.5). |
| 12/20/12 Thu | Stromberg, A 33004632/57 | 2.60 | 2.60 | 1,443.00 | | F | 1 | | MATTER NAME: Fee Applications DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT ON 14TH QUARTERLY FEE APPLICATION |
| 12/21/12 Fri | Gustafson, M 33004632/82 | 4.70 | 4.70 | 2,115.00 | 3.90 0.80 | F F | 1 2 | | MATTER NAME: Fee Applications DRAFT SECTIONS OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT TO 14TH QUARTERLY FEE APPLICATION (3.9); EDIT SAME (.8) |
| 12/21/12 Fri | Lutes, D 33004632/70 | 2.70 | 2.70 | 850.50 | 1.40 1.30 | F F | 1 2 | | MATTER NAME: Fee Applications RESEARCH MATERIALS FOR FEE AUDITOR RESPONSE (1.4); PREPARE 47TH MONTHLY FEE APPLICATION (1.3) |
| 12/21/12 Fri | Myrick, B 33004632/94 | 0.50 | 0.50 | 250.00 | 0.20 0.10 0.20 | F F F | 1 2 3 | | MATTER NAME: Fee Applications REVIEW MARCH TIME (.2); EMAILS W/ S. ROBINSON RE: SAME (.1); T/C W/ S. ROBINSON RE: SAME (.2). |
| 12/21/12 Fri | Robinson, S 33004632/83 | 6.30 | 6.30 | 3,150.00 | | F | 1 | | MATTER NAME: Fee Applications DRAFT RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT FOR 14TH INTERIM FEE PERIOD. |
| 12/22/12 Sat | Mills, K 33004632/89 | 2.10 | 2.10 | 1,417.50 | | F | 1 | | MATTER NAME: Fee Applications REVIEW/REVISE RESPONSE TO 14TH PRELIMINARY REPORT |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/26/12 Wed | Gustafson, M 33004632/64 | 3.40 | 3.40 | 1,530.00 | 2.60 | F | 1 | *MATTER NAME: Fee Applications* <br> REVIEW DRAFT OF RESPONSE TO FEE EXAMINER'S PRELIMINARY REPORT TO 14TH QUARTERLY FEE APPLICATION (2.6); |
| | | | | | 0.50 | F | 2 | REVISE SAME (.5); |
| | | | | | 0.10 | F | 3 | E-MAIL TO K. MILLS RE: SAME (.1); |
| | | | | | 0.10 | F | 4 | E-MAILS WITH S. ROBINSON RE: NOVEMBER PRO FORMAS (.1); |
| | | | | | 0.10 | F | 5 | E-MAIL WITH D.J. LUTES RE: OCTOBER AND NOVEMBER FEE APPLICATIONS (.1) |
| 12/26/12 Wed | Lantry, K 33004632/54 | 0.20 | 0.20 | 190.00 | | F | 1 | *MATTER NAME: Fee Applications* <br> EMAILS WITH K. MILLS RE: FEE APPLICATIONS |
| 12/26/12 Wed | Mills, K 33004632/90 | 1.70 | 1.70 | 1,147.50 | | F | 1 | *MATTER NAME: Fee Applications* <br> REVIEW/REVISE RESPONSE TO 14TH PRELIMINARY REPORT |
| 12/26/12 Wed | Robinson, S 33004632/56 | 0.50 | 0.50 | 250.00 | 0.30 | F | 1 | *MATTER NAME: Fee Applications* <br> REVIEW EMAILS FROM TRIBUNE REGARDING FEES (.3); |
| | | | | | 0.10 | F | 2 | DRAFT ADDITIONAL EMAIL TO M. GUSTAFSON REGARDING SAME (.1); |
| | | | | | 0.10 | F | 3 | DRAFT EMAIL TO M. GUSTAFSON REGARDING PRO FORMAS (.1). |
| 12/27/12 Thu | Gustafson, M 33004632/32 | 2.70 | 2.70 | 1,215.00 | 0.30 | F | 1 | *MATTER NAME: Fee Applications* <br> E-MAILS WITH J. JENSEN RE: OCTOBER/NOVEMBER MONTHLY FEE APPLICATIONS (.3); |
| | | | | | 0.20 | F | 2 | TELEPHONE CALL WITH J. JENSEN RE: SAME (.2); |
| | | | | | 0.20 | F | 3 | E-MAILS WITH D. LUTES RE: SAME (.2); |
| | | | | | 0.20 | F | 4 | TELEPHONE CALL WITH K. KANSA RE: MONTHLY FEE APPLICATIONS, 14TH RESPONSE, & 16TH QUARTERLY (.2); |
| | | | | | 0.20 | F | 5 | E-MAIL WITH K. KANSA RE: OCTOBER/NOVEMBER MONTHLY (.2); |
| | | | | | 0.20 | F | 6 | MEETING WITH S. ROBINSON RE: SAME (.2); |
| | | | | | 0.10 | F | 7 | TELEPHONE CALL WITH J. JENSEN RE: NOVEMBER APPLICATION (.1); |
| | | | | | 0.40 | F | 8 | REVIEW NOVEMBER FEE APPLICATION (.4); |
| | | | | | 0.90 | F | 9 | DRAFT 16TH QUARTERLY FEE APPLICATION (.9) |
| 12/27/12 Thu | Kansa, K 33004632/92 | 0.10 | 0.10 | 80.00 | | F | 1 | *MATTER NAME: Fee Applications* <br> EMAIL J. BOELTER RE: FEE APP INQUIRIES |
| 12/27/12 Thu | Lutes, D 33004632/79 | 3.40 | 3.40 | 1,071.00 | 2.40 | F | 1 | *MATTER NAME: Fee Applications* <br> PREPARE 47TH MONTHLY FEE APPLICATION (2.4); |
| | | | | | 0.60 | F | 2 | EMAILS WITH M. GUSTAFSON, J. JENSEN AND K. NELMS RE: SAME (.6); |
| | | | | | 0.40 | F | 3 | PREPARE 16TH QUARTERLY FEE APPLICATION (.4) |
| 12/27/12 Thu | Nelms, K 33004632/74 | 3.50 | 3.50 | 945.00 | | F | 1 | *MATTER NAME: Fee Applications* <br> PREPARATION OF THE 47TH MONTHLY FEE APPLICATION |
| 12/27/12 Thu | Robinson, S 33004632/60 | 1.50 | 1.50 | 750.00 | 0.50 | F | 1 | *MATTER NAME: Fee Applications* <br> DRAFT MONTHLY FEE APPLICATIONS (.5); |
| | | | | | 0.40 | F | 2 | REVIEW 16TH QUARTERLY APPLICATION (.4); |
| | | | | | 0.60 | F | 3 | CONFERENCE WITH G. KING REGARDING LITIGATED MATTERS FOR 16TH APPLICATION PERIOD (.6). |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/28/12 Fri | Gustafson, M 33004632/99 | 5.90 | 5.90 | 2,655.00 | 0.80 | F | 1 | MATTER NAME: Fee Applications<br>REVIEW 47TH MONTHLY FEE APPLICATION AND INVOICES PRIOR TO FILING (.8); |
| | | | | | 3.80 | F | 2 | DRAFT PORTIONS OF 16TH QUARTERLY FEE APPLICATION (3.8); |
| | | | | | 0.20 | F | 3 | E-MAIL TO M. MARTINEZ RE: EXIT CREDIT FACILITY SECTION OF 16TH QUARTERLY (.2); |
| | | | | | 0.20 | F | 4 | E-MAIL TO B. HIRTH RE: CRAB HOUSE SECTION OF 16TH QUARTERLY (.2); |
| | | | | | 0.20 | F | 5 | E-MAIL TO M. SCHNEIDER RE: FCC/NEWSPAPER CROSS-OWNERSHIP SECTION OF 16TH QUARTERLY (.2); |
| | | | | | 0.20 | F | 6 | E-MAILS TO B. MYRICK RE: PROFESSIONAL RETENTION/EXECUTORY CONTRACT SECTIONS OF 16TH QUARTERLY (.2); |
| | | | | | 0.30 | F | 7 | MEETING WITH K. MILLS RE: 14TH RESPONSE AND 16TH QUARTERLY (.3); |
| | | | | | 0.20 | F | 8 | FOLLOW-UP E-MAILS WITH B. HIRTH RE: 16TH QUARTERLY (.2) |
| 12/28/12 Fri | Hirth, R 33004632/91 | 0.20 | 0.20 | 190.00 | | F | 1 | MATTER NAME: Fee Applications<br>CORRESPONDENCE M. GUSTAFSON RE FEE APPLICATION |
| 12/28/12 Fri | Lutes, D 33004632/76 | 0.50 | 0.50 | 157.50 | 0.20 | F | 1 | MATTER NAME: Fee Applications<br>EMAILS RE: 47TH MONTHLY FEE APPLICATION WITH J. JENSEN AND M. GUSTAFSON (.2); |
| | | | | | 0.30 | F | 2 | PREPARE 16TH QUARTERLY FEE APPLICATION (.3) |
| 12/28/12 Fri | Mills, K 33004632/87 | 2.80 | 2.80 | 1,890.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW/REVISE RESPONSE TO 14TH PRELIMINARY REPORT |
| 12/28/12 Fri | Myrick, B 33004632/95 | 0.20 | 0.20 | 100.00 | 0.20 | F | 1 | MATTER NAME: Fee Applications<br>SEVERAL EMAILS W/ M. GUSTAFSON RE: FEES (.2). |
| 12/28/12 Fri | Robinson, S 33004632/114 | 2.70 | 2.70 | 1,350.00 | | F | 1 | MATTER NAME: Fee Applications<br>DRAFT 16TH INTERIM FEE APPLICATION (LITIGATED MATTERS). |
| 12/29/12 Sat | Gustafson, M 33004632/106 | 2.40 | 2.40 | 1,080.00 | 2.20 | F | 1 | MATTER NAME: Fee Applications<br>DRAFT PORTIONS OF 16TH QUARTERLY FEE APPLICATION (2.2); |
| | | | | | 0.20 | F | 2 | E-MAILS TO S. ROBINSON RE: SAME (.2) |
| 12/29/12 Sat | King, G 33004632/77 | 0.40 | 0.40 | 200.00 | 0.40 | F | 1 | MATTER NAME: Fee Applications<br>DRAFT CORRESPONDENCE TO S. ROBINSON RE: APPEAL ISSUES FOR FEE APPLICATION (0.4) |
| 12/29/12 Sat | Martinez, M 33004632/84 | 0.40 | 0.40 | 222.00 | | F | 1 | MATTER NAME: Fee Applications<br>DRAFT EXIT FACILITIES SECTION OF FEE APPLICATION |
| 12/29/12 Sat | Mills, K 33004632/88 | 7.60 | 7.60 | 5,130.00 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW/REVISE RESPONSE TO 14TH PRELIMINARY REPORT |
| 12/29/12 Sat | Myrick, B 33004632/96 | 1.40 | 1.40 | 700.00 | 1.20 | F | 1 | MATTER NAME: Fee Applications<br>REVIEW INVOICES AND DRAFT SEVERAL SECTIONS OF THE 16TH QUARTERLY FEE APPLICATION (1.2); |
| | | | | | 0.20 | F | 2 | SEVERAL EMAILS W/ M. GUSTAFSON AND S. ROBINSON RE: SAME (.2). |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/29/12 Sat | Robinson, S 33004632/108 | 4.50 | 4.50 | 2,250.00 | | F | 1 | MATTER NAME: *Fee Applications*<br>DRAFT 16TH INTERIM FEE APPLICATION |
| 12/30/12 Sun | Gustafson, M 33004632/49 | 0.40 | 0.40 | 180.00 | 0.30<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>E-MAILS WITH S. ROBINSON RE: EDITS TO 16TH QUARTERLY APPLICATION (.3);<br>E-MAIL WITH G. KING RE: SAME (.1) |
| 12/30/12 Sun | King, G 33004632/78 | 1.20 | 1.20 | 600.00 | 1.20 | F | 1 | MATTER NAME: *Fee Applications*<br>REVIEW FEE APPLICATION RE: APPEAL ISSUES (1.2) |
| 12/30/12 Sun | Myrick, B 33004632/97 | 0.10 | 0.10 | 50.00 | 0.10 | F | 1 | MATTER NAME: *Fee Applications*<br>EMAILS W/ S. ROBINSON RE: FEES (.1). |
| 12/30/12 Sun | Robinson, S 33004632/109 | 5.50 | 5.50 | 2,750.00 | | F | 1 | MATTER NAME: *Fee Applications*<br>DRAFT 16TH INTERIM FEE APPLICATION. |
| 12/31/12 Mon | Gustafson, M 33004632/72 | 1.30 | 1.30 | 585.00 | 0.20<br>0.10<br>0.10<br>0.30<br>0.40<br>0.10<br>0.10 | F<br>F<br>F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5<br>6<br>7 | MATTER NAME: *Fee Applications*<br>MEETING WITH M. LINDER RE: 16TH QUARTERLY EDITS (.2);<br>E-MAIL TO J. EHRENHOFER RE: 16TH QUARTERLY REQUESTED INFORMATION (.1);<br>E-MAIL TO D. LUTES RE: 16TH QUARTERLY REQUESTED FIGURES (.1);<br>REVIEW EDITS TO 16TH QUARTERLY FROM M. LINDER (.3);<br>REVIEW K. KANSA COMMENTS TO 14TH QUARTERLY RESPONSE (.4);<br>E-MAIL TO D. LUTES RE: INPUT FIGURES (.1);<br>REVIEW S. ROBINSON E-MAIL RE: 14TH RESPONSE EDITS (.1) |
| 12/31/12 Mon | Kansa, K 33004632/75 | 5.20 | 5.20 | 4,160.00 | 5.00<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>REVIEW AND REVISE RESPONSE TO FEE EXAMINER FOR 15TH INTERIM PERIOD (5.0);<br>OFFICE CONFERENCE WITH K. MILLS ON SAME (.2) |
| 12/31/12 Mon | Lantry, K 33004632/73 | 0.30 | 0.30 | 285.00 | 0.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>REVISE PORTION OF FEE APPLICATION (.2);<br>AND EMAIL WITH S. ROBINSON RE: SAME (.1) |
| 12/31/12 Mon | Linder, M 33004632/63 | 2.30 | 2.30 | 920.00 | 2.20<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: *Fee Applications*<br>REVIEW 16TH QUARTERLY FEE APPLICATION (2.2);<br>E-MAIL TO M. GUSTAFSON RE: SAME (.1) |
| 12/31/12 Mon | Lutes, D 33004632/100 | 2.90 | 2.90 | 913.50 | | F | 1 | MATTER NAME: *Fee Applications*<br>PREPARE 16TH QUARTERLY FEE APPLICATION |
| 12/31/12 Mon | Mills, K 33004632/86 | 0.20 | 0.20 | 135.00 | 0.20 | F | 1 | MATTER NAME: *Fee Applications*<br>REVIEW COMMENTS FROM K.KANSA TO RESPONSE TO 14TH PRELIMINARY REPORT (.2) |

~ See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|------------|-------|------|-----------|---|---|-------------|
| 12/31/12 Mon | Nelms, K 33004632/80 | 4.80 | 4.80 | 1,296.00 | | F | 1 | MATTER NAME: Fee Applications<br>PREPARATION OF THE 16TH QUARTERLY FEE APPLICATION |
| 12/31/12 Mon | Robinson, S 33004632/107 | 6.60 | 6.60 | 3,300.00 | 4.80<br>1.80 | F<br>F | 1<br>2 | MATTER NAME: Fee Applications<br>DRAFT REVISIONS TO RESPONSE TO 14TH INTERIM FEE EXAMINER REPORT (4.8);<br>DRAFT 16TH INTERIM FEE APPLICATION (1.8). |
| 12/31/12 Mon | Stromberg, A 33004632/110 | 0.30 | 0.30 | 166.50 | | F | 1 | MATTER NAME: Fee Applications<br>REVIEW COMMENTS ON DRAFT OF RESPONSE TO FEE EXAMINER'S REPORT ON 14TH QUARTERLY FEE APPLICATION |
| Total | | | 266.10 | $110,862.18 | | | | |

Number of Entries:    115

~  See the last page of exhibit for explanation

EXHIBIT M

SIDLEY RETENTION/COMPENSATION

Sidley Austin LLP


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Craige, C | 0.10 | 65.50 |
| Gustafson, M | 57.90 | 26,055.00 |
| Hirth, R | 0.40 | 380.00 |
| Kansa, K | 5.60 | 4,480.00 |
| Katata, T | 9.30 | 1,116.00 |
| King, G | 1.60 | 800.00 |
| Lantry, K | 0.50 | 475.00 |
| Linder, M | 29.00 | 11,600.00 |
| Lutes, D | 54.10 | 17,041.50 |
| Martinez, M | 0.40 | 222.00 |
| Mills, K | 15.10 | 10,192.50 |
| Myrick, B | 2.30 | 1,150.00 |
| Nelms, K | 12.20 | 3,294.00 |
| Parsons, R | 0.20 | 183.68 |
| Robinson, S | 49.20 | 24,600.00 |
| Stamatova, D | 14.10 | 1,692.00 |
| Stromberg, A | 13.20 | 7,326.00 |
| Summerfield, S | 0.90 | 189.00 |
| | 266.10 | $110,862.18 |


SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Fee Applications | 266.10 | 110,862.18 |
| | 266.10 | $110,862.18 |


(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gustafson, M | 1.40 | 630.00 |
| Kansa, K | 3.10 | 2,480.00 |
| Lantry, K | 0.30 | 285.00 |
| Linder, M | 1.60 | 640.00 |
| Martinez, M | 0.60 | 333.00 |
| Myrick, B | 10.70 | 5,350.00 |
| Summerfield, S | 0.80 | 168.00 |
| | 18.50 | $9,886.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Professional Retention | 18.50 | 9,886.00 |
| | 18.50 | $9,886.00 |

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/03/12 Mon | Myrick, B 33004638/1 | 0.10 | 0.10 | 50.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention REVIEW UCC'S KCC INVOICE (.1). |
| 12/03/12 Mon | Summerfield, S 33004638/14 | 0.80 | 0.80 | 168.00 | | F | 1 | MATTER NAME: Professional Retention REVIEW AND REVISE THIRD PARTY FEE APPLICATIONS FILES FOR K. KANSA |
| 12/04/12 Tue | Myrick, B 33004638/2 | 0.20 | 0.20 | 100.00 | 0.20 | F | 1 | MATTER NAME: Professional Retention T/C W/ S. ROBINSON AND M. GUSTAFSON RE: FEES (.2). |
| 12/06/12 Thu | Myrick, B 33004638/3 | 0.40 | 0.40 | 200.00 | 0.10 0.10 0.10 0.10 | F F F F | 1 2 3 4 | MATTER NAME: Professional Retention EMAILS W/ R. MARIELLA RE: TRANSFER OCP CLAIM (.1); REVIEW SAME (.1); EMAILS W/ LOCAL COUNSEL RE: SAME (.1); EMAILS W/ EPIQ RE: UPDATING CLAIM REGISTER (.1). |
| 12/07/12 Fri | Myrick, B 33004638/4 | 0.30 | 0.30 | 150.00 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS W/ UCC RE: EPIQ FEES (.2); EMAILS W/ TRIBUNE RE: SAME (.1). |
| 12/10/12 Mon | Martinez, M 33004638/7 | 0.10 | 0.10 | 55.50 | | F | 1 | MATTER NAME: Professional Retention OFFICE CONFERENCE WITH M. GUSTAFSON REGARDINGPWC |
| 12/10/12 Mon | Myrick, B 33004638/10 | 0.20 | 0.20 | 100.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS W/ LOEB RE: ORDER (.1); EMAILS W/ R. MARIELLA AND M. BERGER RE: PAYMENT (.1). |
| 12/11/12 Tue | Gustafson, M 33004638/5 | 0.30 | 0.30 | 135.00 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Professional Retention MEETING WITH M. MARTINEZ RE: PWC RETENTION SUPPLEMENT (.2); TELEPHONE CALL TO S. FINSETH RE: SAME (.1) |
| 12/11/12 Tue | Martinez, M 33004638/8 | 0.30 | 0.30 | 166.50 | | F | 1 | MATTER NAME: Professional Retention OFFICE CONFERENCE WITH M. GUSTAFSON REGARDINGPWC |
| 12/11/12 Tue | Myrick, B 33004638/11 | 0.10 | 0.10 | 50.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention EMAILS W/ P. RATKOWIAK RE: LOEB (.1). |
| 12/12/12 Wed | Gustafson, M 33004638/6 | 0.70 | 0.70 | 315.00 | 0.40 0.20 0.10 | F F F | 1 2 3 | MATTER NAME: Professional Retention REVIEW SCOPE OF WORK FOR PAST PWC RETENTION SUPPLEMENTS (.4); TELEPHONE CALL WITH S. FINSETH RE: PWC RETENTION SUPPLEMENT (.2); FOLLOW-UP TELEPHONE CALL WITH M. MARTINEZ RE: SAME (.1) |
| 12/12/12 Wed | Martinez, M 33004638/9 | 0.20 | 0.20 | 111.00 | | F | 1 | MATTER NAME: Professional Retention OFFICE CONFERENCE WITH M. GUSTAFSON REGARDINGPWC |

~  See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/12/12 Wed | Myrick, B 33004638/12 | 0.40 | 0.40 | 200.00 | 0.10 0.20 0.10 | F F F | 1 2 3 | *MATTER NAME: Professional Retention* EMAILS W/ R. MARIELLA RE: KAUFMAN (.1); RESEARCH RE: SAME (.2); T/C W/ R. MARIELLA RE: SAME (.1). |
| 12/13/12 Thu | Myrick, B 33004638/13 | 0.20 | 0.20 | 100.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Professional Retention* EMAILS W/ R. MARIELLA RE: OCP ISSUES (.1); EMAILS W/ R. MARIELLA RE: KAUFMAN (.1). |
| 12/14/12 Fri | Gustafson, M 33004638/15 | 0.10 | 0.10 | 45.00 | 0.10 | F | 1 | *MATTER NAME: Professional Retention* LEAVE VOICE MAIL FOR T. CAPUTO RE: PWC RETENTION SUPPLEMENT (.1) |
| 12/14/12 Fri | Myrick, B 33004638/16 | 0.50 | 0.50 | 250.00 | 0.10 0.10 0.20 0.10 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* EMAILS W/ KAUFMAN RE: OCP ISSUES (.1); T/C W/ KAUFMAN RE: SAME (.1); PREPARE EXPLANATION OF PROCESS RE: SAME (.2); EMAILS W/ A&M RE: PROTOCOL (.1). |
| 12/17/12 Mon | Myrick, B 33004638/17 | 0.80 | 0.80 | 400.00 | 0.30 0.10 0.20 0.20 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* REVIEW OCP EMERGENCE PROTOCOL (.3); EMAILS W/ J. BOELTER RE: SAME (.1); SEVERAL EMAILS W/ R. MARIELLA AND M. BERGER RE: AJALAT OVERAGE (.2); DRAFT AND SEND EMAIL EXPLAINING PROCESS TO AJALAT (.2). |
| 12/18/12 Tue | Myrick, B 33004638/18 | 0.70 | 0.70 | 350.00 | 0.10 0.10 0.20 0.30 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* EMAILS W/ R. MARIELLA RE: NOVIAN (.1); RESEARCH RE: SAME (.1); SEVERAL EMAILS W/ M. BERGER AND R. MARIELLA RE: LOEB FEE ISSUES (.2); REVIEW ORDER AND MOTION RE: SAME (.3). |
| 12/19/12 Wed | Kansa, K 33004638/19 | 1.10 | 1.10 | 880.00 | 0.10 0.60 0.30 0.10 | F F F F | 1 2 3 4 | *MATTER NAME: Professional Retention* EMAIL J. BOELTER RE: PW RETENTION APPLICATION (.1); REVIEW AND COMMENT ON SAME (.6); PROVIDE COMMENTS ON SAME TO D. ELDERSVELD (.3); OFFICE CONFERENCE WITH S. ROBINSON ON CA COUNSEL INVOICE (.1) |
| 12/19/12 Wed | Myrick, B 33004638/24 | 2.20 | 2.20 | 1,100.00 | 0.40 0.10 0.10 0.20 0.20 1.10 0.10 | F F F F F F F | 1 2 3 4 5 6 7 | *MATTER NAME: Professional Retention* REVIEW LOEB ISSUES (.4); EMAILS W/ R. MARIELLA RE: EMERGENCE EMAIL (.1); O/C W/ K. KANSA RE: LOEB FEE APPLICATION (.1); SEVERAL EMAILS W/ R. MARIELLA AND M. BERGER RE: SAME (.2); SEVERAL EMAILS W/ M. MICKEY RE: SUPPLEMENTAL FEES (.2); DRAFT SUPPLEMENTAL APPLICATION (1.1); EMAILS W/ AJALAT RE: FEE APPLICATION (.1). |

~  See the last page of exhibit for explanation

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/20/12 Thu | Kansa, K 33004638/35 | 0.70 | 0.70 | 560.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>EMAIL J. BOELTER REGARDING PW SUPPLEMENTAL APPLICATION (.1); |
| | | | | | 0.30 | F | 2 | REVIEW PW SUPPLEMENTAL APPLICATION AS REVISED (.3); |
| | | | | | 0.10 | F | 3 | EMAIL J. BOELTER REGARDING SAME (.1); |
| | | | | | 0.20 | F | 4 | EMAIL D. ELDERSVELD REGARDING SAME (.2) |
| 12/20/12 Thu | Linder, M 33004638/20 | 0.20 | 0.20 | 80.00 | | F | 1 | MATTER NAME: Professional Retention<br>COMMUNICATIONS WITH B. MYRICK RE: LOEB AND AJALAT INVOICES |
| 12/20/12 Thu | Myrick, B 33004638/25 | 2.50 | 2.50 | 1,250.00 | 0.20 | F | 1 | MATTER NAME: Professional Retention<br>EMAILS W/ AJALAT RE: INVOICES (.2); |
| | | | | | 0.10 | F | 2 | T/C W/ H. SIMS RE: FEE APPLICATION (.1); |
| | | | | | 0.10 | F | 3 | EMAILS W/ D. BEEZIE RE: KCC (.1); |
| | | | | | 0.10 | F | 4 | EMAILS W/ KCC RE: SAME (.1); |
| | | | | | 0.10 | F | 5 | T/C W/ M. LINDER RE: AJALAT APPLICATION (.1); |
| | | | | | 0.80 | F | 6 | REVISE AJALAT FEE APPLICATION (.8); |
| | | | | | 0.10 | F | 7 | EMAILS W/ M. BERGER RE: OCP REPORTING (.1); |
| | | | | | 0.10 | F | 8 | EMAILS W/ M. LINDER RE: LOEB (.1); |
| | | | | | 0.20 | F | 9 | REVIEW LOEB SUPPLEMENT (.2); |
| | | | | | 0.10 | F | 10 | T/C W/ M. BERGER RE: MAYER (.1); |
| | | | | | 0.30 | F | 11 | REVIEW OCP MONTHLY REPORT (.3); |
| | | | | | 0.10 | F | 12 | EMAILS W/ UCC AND DOJ RE: SAME (.1); |
| | | | | | 0.20 | F | 13 | T/C W/ AJALAT RE: EXHIBITS (.2). |
| 12/21/12 Fri | Kansa, K 33004638/36 | 0.30 | 0.30 | 240.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>EMAIL D. ELDERSVELD REGARDING PW SUPPLEMENTAL APPLICATION (.1); |
| | | | | | 0.20 | F | 2 | FORWARD SAME TO US TRUSTEE AND COMMITTEE WITH COVERING COMMENTS (.2) |
| 12/21/12 Fri | Linder, M 33004638/21 | 1.40 | 1.40 | 560.00 | 1.30 | F | 1 | MATTER NAME: Professional Retention<br>DRAFT EXHIBITS TO SUPPLEMENTARY FEE APPLICATION OF LOEB & LOEB (1.3); |
| | | | | | 0.10 | F | 2 | E-MAIL TO B. MYRICK RE: SAME (.1) |
| 12/21/12 Fri | Myrick, B 33004638/26 | 0.60 | 0.60 | 300.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>T/C W/ M. LINDER RE: LOEB (.1); |
| | | | | | 0.30 | F | 2 | REVIEW LOEB SUPPLEMENTAL FEE APPLICATION (.3); |
| | | | | | 0.10 | F | 3 | EMAILS W/ K. KANSA RE: SAME (.1); |
| | | | | | 0.10 | F | 4 | EMAILS W/ KCC RE: INVOICE (.1). |
| 12/23/12 Sun | Myrick, B 33004638/27 | 0.10 | 0.10 | 50.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>EMAILS W/ K. KANSA RE: SUPPLEMENTAL APPLICATION (.1). |
| 12/26/12 Wed | Kansa, K 33004638/29 | 0.20 | 0.20 | 160.00 | 0.10 | F | 1 | MATTER NAME: Professional Retention<br>EMAIL K. LANTRY RE: CHADBOURNE FEE APP (.1); |
| | | | | | 0.10 | F | 2 | REVIEW K. LANTRY AND J. BOELTER EMAILS ON SAME (.1) |

~  See the last page of exhibit for explanation

EXHIBIT N
OTHER FIRMS' RETENTION/COMPENSATION
Sidley Austin LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/27/12 Thu | Gustafson, M 33004638/34 | 0.30 | 0.30 | 135.00 | 0.30 | F | 1 | MATTER NAME: Professional Retention DRAFT E-MAIL TO D. BEEZIE RE: UCC FEE REQUEST (.3) |
| 12/27/12 Thu | Kansa, K 33004638/30 | 0.10 | 0.10 | 80.00 | | F | 1 | MATTER NAME: Professional Retention EMAIL A. DENHOFF RE: PAUL WEISS RETENTIONAPP |
| 12/27/12 Thu | Lantry, K 33004638/22 | 0.20 | 0.20 | 190.00 | | F | 1 | MATTER NAME: Professional Retention EMAILS WITH COMMITTEE RE: FEE APPLICATION PAYMENTS |
| 12/28/12 Fri | Kansa, K 33004638/32 | 0.30 | 0.30 | 240.00 | 0.20 0.10 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS TO D. LEMAY RE: FEE APP INQUIRIES (.2) EMAIL S. ROBINSON RE: SAME (.1) |
| 12/28/12 Fri | Kansa, K 33004638/33 | 0.40 | 0.40 | 320.00 | 0.20 0.20 | F F | 1 2 | MATTER NAME: Professional Retention EMAIL D. ELDERSVELD RE: SUPPLEMENTAL PW APPLICATION (.2) EMAIL K. STICKLES RE: SAME(.2 |
| 12/28/12 Fri | Lantry, K 33004638/23 | 0.10 | 0.10 | 95.00 | | F | 1 | MATTER NAME: Professional Retention EMAILS WITH THE COMMITTEE RE: PAYMENTS ON FEE APPLICATIONS |
| 12/28/12 Fri | Myrick, B 33004638/28 | 0.20 | 0.20 | 100.00 | 0.10 0.10 | F F | 1 2 | MATTER NAME: Professional Retention EMAILS W/ T. POLLEY RE: INVOICES (.1) EMAILS W/ M. BERGER RE: QUARTERLY REPORT (.1). |
| 12/31/12 Mon | Myrick, B 33004638/31 | 1.20 | 1.20 | 600.00 | 0.20 0.10 0.10 0.10 0.20 0.30 0.10 0.10 | F F F F F F F F | 1 2 3 4 5 6 7 8 | MATTER NAME: Professional Retention REVIEW QUARTERLY OCP REPORT (.2); EMAILS W/ LOCAL COUNSEL RE: SAME (.1); EMAILS W/ EPIQ RE: SAME (.1); REVIEW AJALAT INVOICES (.1); SEVERAL EMAILS W/ AJALAT RE: SAME (.2); INCORPORATE K. KANSA COMMENTS INTO LOEB FEE APPLICATION (.3); EMAILS W/ LOEB RE: SAME (.1); EMAILS W/ M. BERGER RE: SAME (.1). |
| Total Number of Entries: | 36 | | 18.50 | $9,886.00 | | | | |

~  See the last page of exhibit for explanation

EXHIBIT N

OTHER FIRMS' RETENTION/COMPENSATION

Sidley Austin LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Gustafson, M | 1.40 | 630.00 |
| Kansa, K | 3.10 | 2,480.00 |
| Lantry, K | 0.30 | 285.00 |
| Linder, M | 1.60 | 640.00 |
| Martinez, M | 0.60 | 333.00 |
| Myrick, B | 10.70 | 5,350.00 |
| Summerfield, S | 0.80 | 168.00 |
| | 18.50 | $9,886.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Professional Retention | 18.50 | 9,886.00 |
| | 18.50 | $9,886.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F       FINAL BILL

**EXHIBIT R**

**SIDLEY AUSTIN LLP**

**SUMMARY OF FINDINGS**

**Forty-Eighth Monthly Application (December 1, 2012 through December 31, 2012)**

**A.**   <u>**Amounts Requested and Computed**</u>

| | | |
|---|---|---|
| Fees Requested | $1,567,750.94 | |
| Expenses Requested | 155,546.84 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | <u>$1,723,297.78</u> |
| | | |
| Fees Computed | $1,634,293.93 | |
| Expenses Computed | 155,810.54 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | <u>$1,790,104.47</u> |
| | | |
| Voluntary Reduction of Fees Previously Requested | ($   68,132.50) | |
| Voluntary Reduction of Expenses Previously Requested | (263.70) | |
| Discrepancy in Fees | 1,589.51 | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | <u>($   66,806.69)</u> |

**B.**   <u>**Recommended Fee Allowance and Expense Reimbursement**</u>

| | | |
|---|---|---|
| Fees Requested | $1,567,750.94 | |
| *Agreed Reduction for Discrepancy in Fees* | *($1,589.51)* | |
| *Agreed Reduction for Time Increments* | *(107.84)* | |
| *Agreed Reduction for Potential Double Billing* | *(135.00)* | |
| *Agreed Reduction for Timekeepers' Roles* | *(2,109.18)* | |
| *Agreed Reduction for Meetings, Conferences, Hearings, and Other Events* | *(2,140.68)* | |
| *Agreed Reduction for Intraoffice Conferences* | *(1,598.93)* | |
| *Agreed Reduction for Vague Communications* | *(320.00)* | |
| *Agreed Reduction for Administrative Activities* | *(285.00)* | |
| *Agreed Reduction for Clerical Activities* | *(328.00)* | |
| Subtotal | *($8,614.14)* | |
| RECOMMENDED FEE ALLOWANCE | | <u>$1,559,136.80</u> |
| | | |
| Expenses Requested | $155,546.84 | |
| *Uncontested Reduction for Overtime Expenses* | *($2,087.99)* | |
| Subtotal | *($2,087.99)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 153,458.85 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | <u>$1,712,595.65</u> |

Overtime Expenses

Sidley Austin LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 12/01/12 | 33004642/55 | 24.76 | | 24.76 | 11/27/12 - DINNER - OVERTIME (J. ROSENKRANTZ) |
| 12/01/12 | 33004642/57 | 7.00 | | 7.00 | 11/27/12 - TAXI/CAR SERVICE - OVERTIME (J. ROSENKRANTZ) |
| 12/01/12 | 33004642/56 | 7.00 | | 7.00 | 11/28/12 - TAXI/CAR SERVICE - OVERTIME (J. ROSENKRANTZ) |
| 12/05/12 | 33004642/64 | 14.00 | | 14.00 | 11/29/12 - TAXI/CAR SERVICE - CAB HOME (K. FLORA) |
| 12/05/12 | 33004642/65 | 14.00 | | 14.00 | 11/18/12 - TAXI/CAR SERVICE - WEEKEND OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/66 | 14.00 | | 14.00 | 11/18/12 - TAXI/CAR SERVICE - WEEKEND OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/67 | 14.00 | | 14.00 | 11/17/12 - TAXI/CAR SERVICE - WEEKEND OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/68 | 14.00 | | 14.00 | 11/17/12 - TAXI/CAR SERVICE - WEEKEND OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/62 | 10.00 | | 10.00 | 11/28/12 - DINNER - OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/58 | 10.00 | | 10.00 | 11/29/12 - DINNER - OVERTIME (K. FLORA) |
| 12/05/12 | 33004642/63 | 14.00 | | 14.00 | 11/28/12 - TAXI/CAR SERVICE - CAB HOME (K. FLORA) |
| 12/07/12 | 33004642/113 | 362.50 | | 362.50 | 11/28/12 - OVERTIME (K. FLORA) |
| 12/07/12 | 33004642/114 | 262.50 | | 262.50 | 11/29/12 - OVERTIME (K. FLORA) |
| 12/07/12 | 33004642/125 | 12.02 | | 12.02 | 11/18/12 -OVERTIME MEAL (N. DAVIS) |
| 12/07/12 | 33004642/124 | 14.77 | | 14.77 | 11/16/12 - DINNER - OVERTIME (N. DAVIS) |
| 12/07/12 | 33004642/119 | 9.36 | | 9.36 | 11/19/12 - DINNER - OVERTIME (C. KRUEGER) |
| 12/07/12 | 33004642/118 | 9.93 | | 9.93 | 11/18/12 - DINNER - OVERTIME (C. KRUEGER) |
| 12/07/12 | 33004642/117 | 9.36 | | 9.36 | 11/26/12 - DINNER - OVERTIME (C. KRUEGER) |
| 12/13/12 | 33004642/245 | 9.75 | | 9.75 | 10/25/12 - DINNER - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/250 | 9.75 | | 9.75 | 11/20/12 - DINNER - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/249 | 5.65 | | 5.65 | 11/20/12 - TAXI/CAR SERVICE - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/248 | 5.65 | | 5.65 | 11/15/12 - TAXI/CAR SERVICE - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/247 | 5.65 | | 5.65 | 11/14/12 - TAXI/CAR SERVICE - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/246 | 9.75 | | 9.75 | 11/05/12 - DINNER - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/13/12 | 33004642/251 | 9.75 | | 9.75 | 11/27/12 - DINNER - OVERTIME 10/25/12 THROUGH 11/27/12 (G. KING) |
| 12/20/12 | 33004642/388 | 237.50 | | 237.50 | 12/04/12 - OVERTIME (K. FLORA) |

EXHIBIT O

Overtime Expenses

Sidley Austin LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 12/20/12 | 33004642/390 | 187.50 | | 187.50 | 12/13/12 - OVERTIME (K. FLORA) |
| 12/20/12 | 33004642/389 | 237.50 | | 237.50 | 12/05/12 - OVERTIME (K. FLORA) |
| 12/20/12 | 33004642/358 | 24.56 | | 24.56 | 11/29/12-OVERTIME MEALS (J. GALLAGHER) |
| 12/20/12 | 33004642/357 | 24.18 | | 24.18 | 11/28/12-OVERTIME MEALS (J. GALLAGHER) |
| 12/20/12 | 33004642/356 | 32.73 | | 32.73 | 12/04/12-OVERTIME MEALS (J. ROSENKRANTZ) |
| 12/22/12 | 33004642/353 | 9.00 | | 9.00 | 12/20/12 - TAXI/CAR SERVICE - CAB (B. NASTASIC) |
| 12/22/12 | 33004642/351 | 9.00 | | 9.00 | 12/18/12 - TAXI/CAR SERVICE - CAB (B. NASTASIC) |
| 12/22/12 | 33004642/352 | 9.00 | | 9.00 | 12/19/12 - TAXI/CAR SERVICE - CAB (B. NASTASIC) |
| 12/27/12 | 33004642/444 | 13.00 | | 13.00 | 12/11/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/436 | 12.00 | | 12.00 | 11/05/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/442 | 8.41 | | 8.41 | 11/14/12 - DINNER - OVERTIME (C. KLINE) |
| 12/27/12 | 33004642/441 | 12.00 | | 12.00 | 11/14/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/440 | 12.00 | | 12.00 | 11/12/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/439 | 13.00 | | 13.00 | 11/08/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (N .DAVIS) |
| 12/27/12 | 33004642/438 | 12.00 | | 12.00 | 11/07/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/437 | 13.00 | | 13.00 | 11/06/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/456 | 27.02 | | 27.02 | 12/12/12-OVERTIME MEALS (J. ROSENKRANTZ) |
| 12/27/12 | 33004642/485 | 6.78 | | 6.78 | 12/12/12 - TAXI/CAR SERVICE - OVERTIME (J. ROSENKRANTZ) |
| 12/27/12 | 33004642/435 | 9.60 | | 9.60 | 10/18/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/27/12 | 33004642/443 | 12.00 | | 12.00 | 11/15/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/28/12 | 33004642/557 | 21.05 | | 21.05 | 11/28/12 - DINNER - OVERTIME (L. GALLAGHER) |
| 12/28/12 | 33004642/548 | 8.63 | | 8.63 | 10/21/12 - DINNER - OVERTIME (J. LANGDON) |
| 12/28/12 | 33004642/558 | 21.06 | | 21.06 | 11/28/12 - DINNER - WORKED LATE (L. GALLAGHER) |
| 12/28/12 | 33004642/547 | 8.51 | | 8.51 | 12/20/12 - DINNER - OVERTIME (J. LANGDON) |
| 12/28/12 | 33004642/544 | 15.00 | | 15.00 | 11/18/12 - OVERTIME PARKING AT 1 S. DEARBORN, CHICAGO (J. LANGDON) |
| 12/28/12 | 33004642/539 | 9.28 | | 9.28 | 10/24/12 - DINNER - OVERTIME (J. LANGDON) |

EXHIBIT O

Overtime Expenses

Sidley Austin LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 12/28/12 | 33004642/536 | 13.14 | | 13.14 | 10/28/12 - OVERTIME DINNER (J. LANGDON) |
| 12/28/12 | 33004642/535 | 10.24 | | 10.24 | 10/25/12 - DINNER - OVERTIME (J. LANGDON) |
| 12/28/12 | 33004642/533 | 22.00 | | 22.00 | 10/25/12 - CAB FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/531 | 22.00 | | 22.00 | 12/20/12 - TAXI/CAR SERVICE - TAXI FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/530 | 22.00 | | 22.00 | 12/04/12 - TAXI/CAR SERVICE - TAXI FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/529 | 22.00 | | 22.00 | 11/29/12 - TAXI/CAR SERVICE - TAXI FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/528 | 11.15 | | 11.15 | 11/27/12 - DINNER - OVERTIME (J. LANGDON) |
| 12/28/12 | 33004642/527 | 22.00 | | 22.00 | 11/26/12 - TAXI FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/526 | 22.00 | | 22.00 | 11/19/12 - TAXI FROM SA TO HOME (J. LANGDON) |
| 12/28/12 | 33004642/570 | 12.00 | | 12.00 | 10/10/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/28/12 | 33004642/571 | 12.00 | | 12.00 | 10/24/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| 12/28/12 | 33004642/569 | 13.00 | | 13.00 | 10/09/12 - TAXI/CAR SERVICE - CAB HOME ASSOCIATED WITH WORKING LATE (C. KLINE) |
| | | $2,087.99 | | $2,087.99 | |

EXHIBIT P

Meal Expenses

Sidley Austin LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|---------------|---------------|---------------|----------------|-------------|
| 12/05/12 | 33004642/49 | 72.00 | | 72.00 | 09/21/12 - MEALS (M. FISCHER) RE S. GELLMAN DEPOSITION (6 FOR LUNCH) |
| | | $72.00 | | $72.00 | |

EXHIBIT Q

Overhead Expenses

Sidley Austin LLP

| DATE | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 12/21/12 | 33004642/434 | 372.62 | | 372.62 | 12/20/12 - STAPLES - 3188443154 - BINDERS - PO 22930 |
| 12/26/12 | 33004642/387 | 18.68 | | 18.68 | 11/15-12/14/12 - OFFICEMAX INC - 476528111512 - OFFICE SUPPLIES |
| 12/28/12 | 33004642/538 | 111.79 | | 111.79 | 12/27/12 - STAPLES - 3188806059 BINDERS |
| | | $503.09 | | $503.09 | |