# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 13198, 13200, 13207, 13231, 13232, 13233, 13235, 13238, 13241, 13243, 13246, 13247, 13249, 13250, 13251, 13252, 13254, 13255, 13256, 13258, 13259, 13260, 13261, 13263, 13264, 13265, 13266, 13267, 13268, 13269, 13270, 13271 and 13453**<br>**Hearing Date: June 26, 2013 at 1:00 p.m.** |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING FEE APPLICATIONS FOR THE FINAL COMPENSATION PERIOD DECEMBER 8, 2008 THROUGH AND INCLUDING DECEMBER 31, 2012

The undersigned, counsel to the reorganized debtors (collectively, the "Reorganized Debtors") in the above-captioned cases, hereby certifies that:

1. All monthly and quarterly fee requests (the "Final Fee Applications") for the monthly fee period, December 1, 2012 through and including December 31, 2012, and the final fee period, December 8, 2008 through and including December 31, 2012 (the "Final Compensation Period"), are either unopposed or any objections thereto have been resolved.

2. Attached hereto is a proposed Omnibus Order Approving Fee Applications for the Final Compensation Period December 8, 2008 Through and Including December 31, 2012 (the

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

"Proposed Omnibus Fee Order"). The Proposed Omnibus Fee Order identifies (a) the name of each applicant for the Final Compensation Period (collectively, the "Applicants"), and (b) the amount of fees and expenses proposed to be awarded by the Court.

3. An advance draft of the Proposed Omnibus Fee Order was circulated to the Fee Examiner, the United States Trustee and the Applicants for their review and comment. Applicants were advised that absent any comment or objection, the Proposed Omnibus Fee Order would be submitted to the Court under certification of counsel. Counsel for the Reorganized Debtors has incorporated all comments received to the Proposed Omnibus Fee Order. No objection has been received to the Proposed Omnibus Fee Order. Accordingly, the Reorganized Debtors respectfully request the Court enter the Proposed Omnibus Fee Order approving the uncontested Final Fee Applications for the Final Compensation Period.

Dated: June 24, 2013

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

2