IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 13198, 13200, 13207, 13231, 13232, 13233, 13235, 13238, 13241, 13243, 13246, 13247, 13249, 13250, 13251, 13252, 13254, 13255, 13256, 13258, 13259, 13260, 13261, 13263, 13264, 13265, 13266, 13267, 13268, 13269, 13270, 13271 and 13453<br>Hearing Date: June 26, 2013 at 1:00 p.m. |

## OMNIBUS ORDER APPROVING FEE APPLICATIONS FOR THE FINAL COMPENSATION PERIOD DECEMBER 8, 2008 THROUGH AND INCLUDING DECEMBER 31, 2012

Upon consideration of the monthly and quarterly fee requests (the "Final Applications") of all professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for final allowance of compensation, including all holdbacks, and reimbursement of expenses related to services performed for the monthly period December 1, 2012 through and including December 31, 2012, and the final period December 8, 2008 through and including December 31, 2012 (the "Final Compensation Period") filed pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9633739v1

Members, dated January 15, 2009 [Docket No. 225] (the "Compensation Order"); and the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 12072]; and the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications, dated March 19, 2009 [Docket No. 546] (the "Fee Examiner Order"); and the Court having reviewed the Final Applications and the Fee Examiner's Final Reports with respect to the Final Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Applications and the hearing thereon was adequate under the circumstances; (c) all parties with notice of the Final Applications have been afforded the opportunity to be heard on the Final Applications; (d) all of the requirements of 11 U.S.C. §§ 327, 328, 330, 331 and 503(b), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and (e) the fees and expenses incurred were reasonable and necessary; and after due deliberation and sufficient and good cause appearing therefor, it is hereby

ORDERED that, the Final Applications are APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED that, the Professionals are granted final allowance of (a) compensation for services rendered during the Final Compensation Period and (b) reimbursement of actual and necessary expenses incurred during the Final Compensation Period, in the respective amounts set forth as approved on the attached Exhibit A, including any and all holdbacks; and it is further

46429/0001-9633739v1

ORDERED that, all interim allowances of compensation and reimbursement of expenses previously awarded to Professionals are hereby approved as final; and it is further

ORDERED that, to the extent not already paid pursuant to the Compensation Order and Fee Examiner Order, the Reorganized Debtors are authorized and directed to remit payment to each Professional in the amount set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       June _____, 2013

                                                                            _____
                                                                           The Honorable Kevin J. Carey
                                                                           United States Bankruptcy Judge

46429/0001-9633739v1

# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Final Compensation Period December 8, 2008 - December 31, 2012

| APPLICANT AND TITLE | DKT. NO. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 13250 | $6,004,991.00 | $450,353.52 | $6,455,344.52 |
| Sidley Austin LLP (Counsel to Debtors) | 13198 | $100,605,297.27 | $5,401,529.88 | $106,006,827.15 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 13238 | $29,520,758.55 | $146,983.57 | $29,667,742.12 |
| Campbell & Levine, LLC (Special Litigation Counsel to Debtors) [Final Period is December 6, 2010 - December 31, 2012] | 13255 | $12,345.00 | $1,253.32 | $13,598.32 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 13256 | $169,220.85 | $1,263.83 | $170,484.68 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) [Final Period is September 1, 2010 - December 31, 2012] | 13263 | $2,335,550.74 | $86,524.60 | $2,422,075.34 |
| Deloitte & Touche LLP (Financial and Accounting Advisors) [Final Period is June 26, 2009 - November 30, 2009] | 13241 | $134,002.50 | $163.93 | $134,166.43 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) [Final Period is May 26, 2009 - December 31, 2012] | 13207 | $6,465,555.50 | $35,557.51 | $6,501,113.01 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) [Final Period is May 31, 2009 - December 31, 2012] | 13233 | $3,652,387.84 | $73,938.78 | $3,726,326.62 |
| Jenner & Block LLP (Special Counsel to Debtors) | 13265 13453 | $2,724,821.97 | $215,814.77 | $2,940,636.74 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 13261 | $338,986.00 | $813.99 | $339,799.99 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) [Final Period is August 22, 2010 - December 31, 2012] | 13259 | $2,460,726.50 | $92,758.23 | $2,553,484.73 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 13266 | $20,804,839.00 | $364,150.77 | $21,168,989.77 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) [Final Period is August 1, 2010 - December 31, 2012] | 13232 | $1,041,146.20 | $96,929.44 | $1,138,075.64 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 13258 | $16,645,646.87 | $356,492.30 | $17,002,139.17 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) [Final Period is January 12, 2009 - December 31, 2012] | 13260 | $1,593,382.88 | $150,162.20 | $1,743,545.08 |
| Novack and Macey LLP (Special Counsel for Debtors) [Final Period is August 26, 2010 - December 31, 2012] | 13271 | $128,504.00 | $4,120.36 | $132,624.36 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 13251 | $1,453,338.50 | $9,455.66 | $1,462,794.16 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP (Special Counsel to the Debtors for Certain Financing Matters) [Final Period is July 11, 2012 - December 31, 2012] | 13249 | $1,324,312.50 | $110,993.05 | $1,435,305.55 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 13252 | $9,742,515.50 | $157,016.46 | $9,899,531.96 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 13246 | $1,711,429.25 | $111,429.95 | $1,822,859.20 |

# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Final Compensation Period December 8, 2008 - December 31, 2012

| APPLICANT AND TITLE | DKT. NO. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) [Final Period is October 1, 2009 - December 31, 2012] | 13269 | $3,646,761.75 | $140,808.88 | $3,787,570.63 |
| Sitrick and Company Inc. (Corporate Communications Consultants) [Final Period is August 26, 2010 - December 31, 2012] | 13231 | $90,824.50 | $14,631.74 | $105,456.24 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) [Final Period is November 1, 2011 - December 31, 2012] | 13268 | $606,161.54 | $6,314.18 | $612,475.72 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) [Final Period is February 20, 2009 - December 31, 2012] | 13200 | $3,909,740.00 | $19,778.84 | $3,929,518.84 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) [Final Period is December 18, 2008 - December 31, 2012] | 13243 | $49,633,930.87 | $3,122,444.35 | $52,756,375.22 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) [Final Period is December 18, 2008 - December 31, 2012] | 13267 | $9,400,119.50 | $1,737,022.77 | $11,137,142.27 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) [Final Period is December 19, 2008 - December 31, 2012] | 13235 | $11,459,895.00 | $118,409.60 | $11,578,304.60 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) [Final Period is January 6, 2009 - December 31, 2012] | 13254 | $13,467,741.94 | $177,557.63 | $13,645,299.57 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) [Final Period is April 21, 2011 - December 31, 2012] | 13247 | $71,284.91 | $12,603.55 | $83,888.46 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) [Final Period is August 6, 2009 - December 31, 2012] | 13264 | $8,598,427.25 | $5,745,202.88 | $14,343,630.13 |