# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Reorganized Debtors. | Jointly Administered |

## EXHIBIT A TO NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 26, 2013 AT 1:00 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixteenth Interim and Final Fee Periods (Filed May 8, 2013) (Docket No. 13520)

**Fee Applications**:

A.  Cole, Schotz, Meisel, Forman & Leonard, P.A.

   1.  Sixteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2012 through November 30, 2012 (Filed January 4, 2013) (Docket No. 12968)

   2.  Certification of No Objection Regarding Docket No. 12968 (Filed January 28, 2013) (Docket No. 13114)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3.    Forty-Fifth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2012 through September 30, 2012 (Filed October 16, 2012) (Docket No. 12581)

4.    Certification of No Objection Regarding Docket No. 12581 (Filed November 7, 2012) (Docket No. 12705)

5.    Forty-Sixth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2012 through October 31, 2012 (Filed November 20, 2012) (Docket No. 12742)

6.    Certification of No Objection Regarding Docket No. 12742 (Filed December 12, 2012) (Docket No. 12843)

7.    Forty-Seventh Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2012 through November 30, 2012 (Filed December 14, 2012) (Docket No. 12850)

8.    Certification of No Objection Regarding Docket No. 12850 (Filed January 9, 2013) (Docket No. 12998)

9.    Fee Examiner's Final Report Regarding the Sixteenth Interim Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed May 20, 2013) (Docket No. 13534)

B.    Sidley Austin LLP

1.    Sixteenth Quarterly Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2012 through November 30, 2012 (Filed January 23, 2013) (Docket No. 13098)

2.    Certification of No Objection Regarding Docket No. 13098 (Filed February 14, 2013) (Docket No. 13193)

3.    Forty-Fifth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2012 through September 30, 2012 (Filed November 13, 2012) (Docket No. 12715)

4.    Certification of No Objection Regarding Docket No. 12715 (Filed December 6, 2012) (Docket No. 12802)

5.    Forty-Sixth Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2012 through October 31, 2012 (Filed December 28, 2012) (Docket No. 12927)

6.    Certification of No Objection Regarding Docket No. 12927 (Filed January 22, 2013) (Docket No. 13085)

7.    Forty-Seventh Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2012 through November 30, 2012 (Filed December 28, 2012) (Docket No. 12928)

8.    Certification of No Objection Regarding Docket No. 12928 (Filed January 22, 2013) (Docket No. 13086)

9.    Fee Examiner's Final Report Regarding Sixteenth Quarterly Fee Application of Sidley Austin LLP (Filed June 6, 2013) (Docket No. 13603)

C.    <u>Alvarez & Marsal North America, LLC</u>

1.    Sixteenth Interim Fee Application of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2012 through November 30, 2012 (Filed January 24, 2013) (Docket No. 13103)

2.    Certification of No Objection Regarding Docket No. 13103 (Filed February 15, 2013) (Docket No. 13199)

3.    Forty-Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2012 through September 30, 2012 (Filed December 4, 2012) (Docket No. 12797)

4.    Certification of No Objection Regarding Docket No. 12797 (Filed December 28, 2012) (Docket No. 12934)

5.    Forty-Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2012 through October 31, 2012 (Filed January 4, 2013) (Docket No. 12969)

6.      Certification of No Objection Regarding Docket No. 12969 (Filed January 28, 2013) (Docket No. 13116)

7.      Forty-Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC in Their Capacity as Restructuring Advisors to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2012 through November 30, 2012 (Filed January 22, 2013) (Docket No. 13084)

8.      Certification of No Objection Regarding Docket No. 13084 (Filed February 13, 2013) (Docket No. 13188)

9.      Fee Examiner's Final Report Regarding the Sixteenth Interim Fee Application of Alvarez & Marsal North America, LLC (Filed May 20, 2013) (Docket No. 13539)

D.      Daniel J. Edelman, Inc.

1.      Twelfth Quarterly Fee Application of Daniel J. Edelman, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession for the Period September 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13032)

2.      Certification of No Objection Regarding Docket No. 13032 (Filed February 4, 2013) (Docket No. 13151)

3.      Twenty Sixth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period September 1, 2012 through September 30, 2012 (Filed November 1, 2012) (Docket No. 12650)

4.      Certification of No Objection Regarding Docket No. 12650 (Filed November 26, 2012) (Docket No. 12761)

5.      Twenty Seventh Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period November 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13030)

6.      Certification of No Objection Regarding Docket No. 13030 (Filed February 4, 2013) (Docket No. 13149)

7.   Fee Examiner's Final Report Regarding the Twelfth Quarterly Fee Application of Daniel J. Edelman, Inc. (Filed May 20, 2013) (Docket No. 13540)

E.   Davis Wright Tremaine LLP

1.   Ninth Quarterly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed February 11, 2013) (Docket No. 13182)

2.   Certification of No Objection Regarding Docket No. 13182 (Filed March 6, 2013) (Docket No. 13292)

3.   Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed January 15, 2013) (Docket No. 13062)

4.   Certification of No Objection Regarding Docket No. 13062 (Filed February 6, 2013) (Docket No. 13169)

5.   Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed February 1, 2013) (Docket No. 13136)

6.   Certification of No Objection Regarding Docket No. 13136 (Filed February 26, 2013) (Docket No. 13225)

7.   Monthly Fee Application of Davis Wright Tremaine LLP as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through November 30, 2012 (Filed February 4, 2013) (Docket No. 13145)

8.   Certification of No Objection Regarding Docket No. 13145 (Filed February 27, 2013) (Docket No. 13239)

9.   Fee Examiner's Final Report Regarding the Ninth Quarterly Fee Application of Davis Wright Tremaine LLP (Filed May 20, 2013) (Docket No. 13538)

F.    Dow Lohnes PLLC

1.    Fourteenth Interim Fee Application of Dow Lohnes PLLC, Special Regulatory Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Interim Period from September 1, 2012 through November 30, 2012 (Filed January 8, 2013) (Docket No. 12990)

2.    Certification of No Objection Regarding Docket No. 12990 (Filed January 30, 2013) (Docket No. 13124)

3.    Fortieth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2012 through September 30, 2012 (Filed November 1, 2012) (Docket No. 12651)

4.    Certification of No Objection Regarding Docket No. 12651 (Filed November 26, 2012) (Docket No. 12762)

5.    Forty-First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2012 through October 31, 2012 (Filed November 27, 2012) (Docket No. 12768)

6.    Certification of No Objection Regarding Docket No. 12768 (Filed December 19, 2012) (Docket No. 12870)

7.    Forty-Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2012 through November 30, 2012 (Filed January 7, 2013) (Docket No. 12985)

8.    Certification of No Objection Regarding Docket No. 12985 (Filed January 30, 2013) (Docket No. 13123)

9.    Fee Examiner's Final Report Regarding the Fourteenth Interim Fee Application of Dow Lohnes PLLC (Filed May 20, 2013) (Docket No. 13541)

G.    Ernst & Young LLP

    1.    Twelfth Quarterly Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from September 1, 2012 through November 30, 2012 (Filed February 22, 2013) (Docket No. 13218)

    2.    Certification of No Objection Regarding Docket No. 13218 (Filed March 19, 2013) (Docket No. 13344)

    3.    Combined Thirty-Eighth through Fortieth Monthly Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax and Accounting Services for the Debtors and Debtors in Possession for the Period from September 1, 2012 through November 30, 2012 (Filed February 22, 2013) (Docket No. 13217)

    4.    Certification of No Objection Regarding Docket No. 13217 (Filed March 19, 2013) (Docket No. 13343)

    5.    Fee Examiner's Final Report Regarding the Twelfth Quarterly Fee Application of Ernst & Young LLP (Filed June 3, 2013) (Docket No. 13587)

H.    Jenner & Block LLP

    1.    Sixteenth Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 15, 2013) (Docket No. 13058)

    2.    Certification of No Objection Regarding Docket No. 13058 (Filed February 6, 2013) (Docket No. 13168)

    3.    Monthly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13038)

    4.    Certification of No Objection Regarding Docket No. 13038 (Filed February 6, 2013) (Docket No. 13160)

    5.    Fee Examiner's Final Report Regarding the Sixteenth Quarterly Application of Jenner & Block LLP (Filed June 6, 2013) (Docket No. 13601)

46429/0001-9608200v1

I.  Lazard Freres & Co. LLC

    1.   Sixteenth Interim Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13042)

    2.   Certification of No Objection Regarding Docket No. 13042 (Filed February 6, 2013) (Docket No. 13164)

    3.   Forty-Fifth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed November 16, 2012) (Docket No. 12730)

    4.   Certification of No Objection Regarding Docket No. 12730 (Filed December 10, 2012) (Docket No. 12828)

    5.   Forty-Sixth Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed December 7, 2012) (Docket No. 12817)

    6.   Certification of No Objection Regarding Docket No. 12817 (Filed January 2, 2013) (Docket No. 12953)

    7.   Forty-Seventh Monthly Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13039)

    8.   Certification of No Objection Regarding Docket No. 13039 (Filed February 6, 2013) (Docket No. 13161)

    9.   Fee Examiner's Final Report Regarding the Sixteenth Interim Fee Application of Lazard Freres & Co. LLC (Filed May 20, 2013) (Docket No. 13542)

J.    Levine Sullivan Koch & Schulz, L.L.P.

1.    Tenth Quarterly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of September 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13029)

2.    Certification of No Objection Regarding Docket No. 13029 (Filed February 4, 2013) (Docket No. 13147)

3.    Twenty-Sixth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of September 1, 2012 through September 30, 2012 (Filed November 8, 2012) (Docket No. 12706)

4.    Certification of No Objection Regarding Docket No. 12706 (Filed November 30, 2012) (Docket No. 12785)

5.    Twenty-Seventh Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of October 1, 2012 through October 31, 2012 (Filed December 7, 2012) (Docket No. 12814)

6.    Certification of No Objection Regarding Docket No. 12814 (Filed January 2, 2013) (Docket No. 12952)

7.    Twenty-Eighth Monthly Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Period of November 1, 2012 through November 30, 2012 (Filed January 4, 2013) (Docket No. 12974)

8.    Certification of No Objection Regarding Docket No. 12974 (Filed January 28, 2013) (Docket No. 13117)

9.    Fee Examiner's Final Report Regarding the Tenth Quarterly Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed May 20, 2013) (Docket No. 13543)

46429/0001-9608200v1

K.    McDermott Will & Emery LLP

    1.    Sixteenth Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed February 6, 2013) (Docket No. 13159)

    2.    Certification of No Objection Regarding Docket No. 13159 (Filed February 28, 2013) (Docket No. 13253)

    3.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed November 12, 2012) (Docket No. 12713)

    4.    Certification of No Objection Regarding Docket No. 12713 (Filed December 6, 2012) (Docket No. 12801)

    5.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed November 19, 2012) (Docket No. 12733)

    6.    Certification of No Objection Regarding Docket No. 12733 (Filed December 12, 2012) (Docket No. 12841)

    7.    Monthly Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through November 30, 2012 (Filed January 8, 2013) (Docket No. 12991)

    8.    Certification of No Objection Regarding Docket No. 12991 (Filed January 30, 2013) (Docket No. 13125)

    9.    Fee Examiner's Final Report Regarding the Sixteenth Quarterly Fee Application of McDermott Will & Emery LLP (Filed May 20, 2013) (Docket No. 13544)

L.    Novack and Macey LLP

    1.    Third Interim Fee Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13046)

46429/0001-9608200v1

2.      Certification of No Objection Regarding Docket No. 13046 (Filed February 6, 2013) (Docket No. 13167)

3.      Fee Examiner's Final Report Regarding the Third Interim Fee Application of Novack and Macey LLP (Filed May 22, 2013) (Docket No. 13553)

M.      Paul Hastings LLP

1.      Twelfth Interim Fee Application Request of Paul Hastings LLP for the Period September 1, 2011 through November 30, 2012 (Filed February 14, 2013) (Docket No. 13190)

2.      Certification of No Objection Regarding Docket No. 13190 (Filed March 8, 2013) (Docket No. 13303)

3.      Twenty-First Monthly Application of Paul Hastings LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate Matters for the Period from September 1, 2011 through March 31, 2012 (Filed December 21, 2012) (Docket No. 12881)

4.      Certification of No Objection Regarding Docket No. 12881 (Filed January 15, 2013) (Docket No. 13059)

5.      Twenty-Second Monthly Application of Paul Hastings LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate for the Period from April 1, 2012 through November 30, 2012 (Filed December 27, 2012) (Docket No. 12923)

6.      Certification of No Objection Regarding Docket No. 12923 (Filed January 22, 2013) (Docket No. 13083)

7.      Fee Examiner's Final Report Regarding the Twelfth Interim Fee Application of Paul Hastings LLP (Filed May 8, 2013) (Docket No. 13518)

N.      Paul, Weiss, Rifkind, Wharton & Garrison LLP

1.      Second Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters and Proposed Special Counsel to Debtors for Certain Real Estate Emergence Matters for Compensation and for Reimbursement of Expenses for the Period from September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13043)

2.      Certification of No Objection Regarding Docket No. 13043 (Filed February 6, 2013) (Docket No. 13165)

46429/0001-9608200v1

3.  Second Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters for Compensation and for Reimbursement of Expenses for the Period from September 1, 2012 through September 30, 2012 (Filed December 20, 2012) (Docket No. 12875)

4.  Certification of No Objection Regarding Docket No. 12875 (Filed January 11, 2013) (Docket No. 13022)

5.  Third Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters for Compensation and for Reimbursement of Expenses for the Period from October 1, 2012 through October 31, 2012 (Filed December 20, 2012) (Docket No. 12876)

6.  Certification of Counsel Regarding Third Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters for Compensation and for Reimbursement of Expenses for the Period from October 1, 2012 through October 31, 2012 (Filed January 11, 2013) (Docket No. 13023)

7.  Fourth Monthly Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters and Proposed Special Counsel to Debtors for Certain Real Estate Emergence Matters for Compensation and for Reimbursement of Expenses for the Period from November 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13040)

8.  Certification of No Objection Regarding Docket No. 13040 (Filed February 6, 2013) (Docket No. 13162)

9.  Fee Examiner's Final Report Regarding the Second Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Filed June 4, 2013) (Docket No. 13591)

O.  PricewaterhouseCoopers LLP

1.  Sixteenth Interim Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13044)

2.  Certification of No Objection Regarding Docket No. 13044 (Filed February 6, 2013) (Docket No. 13166)

46429/0001-9608200v1

3.      Thirty-Fifth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period September 1, 2012 through November 30, 2012 (Filed January 14, 2013) (Docket No. 13041)

4.      Certification of No Objection Regarding Docket No. 13041 (Filed February 6, 2013) (Docket No. 13163)

5.      Fee Examiner's Final Report Regarding the Sixteenth Interim Fee Application of PricewaterhouseCoopers LLP (Filed June 3, 2013) (Docket No. 13579)

P.    Reed Smith LLP

1.      Sixteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed December 27, 2012) (Docket No. 12894)

2.      Certificate of No Objection to Sixteenth Interim Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 31, 2013) (Docket No. 13131)

3.      Forty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed October 25, 2012) (Docket No. 12630)

4.      Certificate of No Objection to Forty-Fourth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed November 27, 2012) (Docket No. 12765)

5.      Forty-Fifth Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed November 27, 2012) (Docket No. 12766)

46429/0001-9608200v1

6.      Certificate of No Objection to Forty-Fifth Monthly Fee Application of
        Reed Smith LLP, Special Counsel for Certain Insurance and Employee-
        Related Matters to the Debtors and Debtors in Possession, for
        Compensation and Reimbursement of Expenses for the Period October 1,
        2012 through October 31, 2012 (Filed December 24, 2012) (Docket No.
        12883)

7.      Forty-Sixth Monthly Fee Application of Reed Smith LLP, Special Counsel
        for Certain Insurance and Employee-Related Matters to the Debtors and
        Debtors in Possession, for Compensation and Reimbursement of Expenses
        for the Period November 1, 2012 through November 30, 2012 (Filed
        December 27, 2012) (Docket No. 12893)

8.      Certificate of No Objection to Forty-Sixth Monthly Fee Application of
        Reed Smith LLP, Special Counsel for Certain Insurance and Employee-
        Related Matters to the Debtors and Debtors in Possession, for
        Compensation and Reimbursement of Expenses for the Period
        November 1, 2012 through November 30, 2012 (Filed January 31, 2013)
        (Docket No. 13130)

9.      Fee Examiner's Final Report Regarding the Sixteenth Interim Fee
        Application of Reed Smith LLP (Filed May 22, 2013) (Docket No. 13556)

Q.    Seyfarth Shaw LLP

1.      Thirteenth Quarterly Fee Application of Seyfarth Shaw LLP for
        Compensation for Services Rendered and Reimbursement of Expenses as
        Employment Litigation Counsel to the Debtors and Debtors in Possession
        for the Period of September 1, 2012 through November 30, 2012 (Filed
        January 11, 2013) (Docket No. 13017)

2.      Certification of No Objection Regarding Docket No. 13017 (Filed
        February 4, 2013) (Docket No. 13146)

3.      Thirty-Sixth Monthly Fee Application of Seyfarth Shaw LLP for
        Allowance and Payment of Compensation for Services Rendered and
        Reimbursement of Expenses as Employment Litigation Counsel to the
        Debtors and Debtors in Possession for the Period of September 1, 2012
        through September 30, 2012 (Filed November 14, 2012) (Docket No.
        12721)

4.      Certification of No Objection Regarding Docket No. 12721 (Filed
        December 6, 2012) (Docket No. 12809)

5.  Thirty-Seventh Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2012 through October 31, 2012 (Filed December 17, 2012) (Docket No. 12858)

6.  Certification of No Objection Regarding Docket No. 12858 (Filed January 9, 2013) (Docket No. 12999)

7.  Thirty-Eighth Monthly Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2012 through November 30, 2012 (Filed January 9, 2013) (Docket No. 12997)

8.  Certification of No Objection Regarding Docket No. 12997 (Filed January 31, 2013) (Docket No. 13134)

9.  Fee Examiner's Final Report Regarding the Thirteenth Quarterly Fee Application of Seyfarth Shaw LLP (Filed May 30, 2013) (Docket No. 13571)

R.  SNR Denton US LLP

1.  Fifth Quarterly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13033)

2.  Certification of No Objection Regarding Docket No. 13033 (Filed February 4, 2013) (Docket No. 13152)

3.  Eleventh Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of September 1, 2012 through September 30, 2012 (Filed October 26, 2012) (Docket No. 12637)

4.  Certification of No Objection Regarding Docket No. 12637 (Filed November 19, 2012) (Docket No. 12737)

5.  Twelfth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of October 1, 2012 through October 31, 2012 (Filed November 26, 2012) (Docket No. 12763)

6.  Certification of No Objection Regarding Docket No. 12763 (Filed December 19, 2012) (Docket No. 12869)

7.    Thirteenth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period of November 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13031)

8.    Certification of No Objection Regarding Docket No. 13031 (Filed February 4, 2013) (Docket No. 13150)

9.    Fee Examiner's Final Report Regarding the Fifth Quarterly Fee Application of SNR Denton US LLP (Filed May 22, 2013) (Docket No. 13557)

S.    Stuart Maue

1.    Fifteenth Interim Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2012 through November 30, 2012 (Filed January 10, 2013) (Docket No. 13002)

2.    Certification of No Objection Regarding the Fifteenth Interim Fee Application of Stuart Maue, Fee Examiner to the Court, for Allowance of Compensation and Reimbursement of Expenses for the Period of September 1, 2012 through November 30, 2012 (Filed February 5, 2013) (Docket No. 13155)

3.    Forty-Second Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed November 2, 2012) (Docket No. 12655)

4.    Certificate of No Objection Regarding the Forty-Second Monthly Application of Stuart Maue (Related to Docket No. 12655) (Filed November 30, 2012) (Docket No. 12788)

5.    Forty-Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed December 3, 2012) (Docket No. 12792)

6.    Certificate of No Objection Regarding the Forty-Third Monthly Application of Stuart Maue (Related to Docket No. 12792) (Filed December 26, 2012) (Docket No. 12884)

7.    Forty-Fourth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through November 30, 2012 (Filed December 28, 2012) (Docket No. 12936)

8.   Certificate of No Objection Regarding the Forty-Fourth Monthly Application of Stuart Maue (Related to Docket No. 12936) (Filed January 18, 2013) (Docket No. 13073)

T.   Chadbourne & Parke LLP

1.   Sixteenth Interim Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 11, 2013) (Docket No. 13009)

2.   Forty-Fifth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (Filed October 31, 2012) (Docket No. 12646)

3.   Certificate of No Objection to Application Re: Docket No. 12646 (Filed November 26, 2012) (Docket No. 12756)

4.   Forty-Sixth Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2012 through October 31, 2012 (Filed November 27, 2012) (Docket No. 12769)

5.   Certificate of No Objection to Application Re: Docket No. 12769 (Filed December 19, 2012) (Docket No. 12864)

6.   Forty-Seventh Monthly Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2012 through November 30, 2012 (Filed December 27, 2012) (Docket No. 12889)

7.   Certificate of No Objection to Application Re: Docket No. 12889 (Filed January 22, 2013) (Docket No. 13082)

8.   Fee Examiner's Final Report Regarding the Sixteenth Interim Application of Chadbourne & Parke LLP (Filed May 21, 2013) (Docket No. 13551)

46429/0001-9608200v1

U.    Landis Rath & Cobb LLP

    1.    Sixteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed January 11, 2013) (Docket No. 13018)

    2.    Forty-Fifth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 31, 2012) (Docket No. 12645)

    3.    Certificate of No Objection to Application Re: Docket No. 12645 (Filed November 26, 2012) (Docket No. 12755)

    4.    Forty-Sixth Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 27, 2012) (Docket No. 12770)

    5.    Certificate of No Objection to Application Re: Docket No. 12770 (Filed December 19, 2012) (Docket No. 12865)

    6.    Forty-Seventh Monthly Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 11, 2013) (Docket No. 13010)

    7.    Certificate of No Objection to Application Re: Docket No. 13010 (Filed February 4, 2013) (Docket No. 13144)

    8.    Fee Examiner's Final Report Regarding the Sixteenth Interim Fee Application of Landis Rath & Cobb LLP (Filed May 22, 2013) (Docket No. 13555)

V.    AlixPartners, LLP

    1.    Sixteenth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through November 30, 2012 (Filed January 8, 2013) (Docket No. 12989)

    2.    Forty-Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed October 25, 2012) (Docket No. 12632)

    3.    Certificate of No Objection to Application Re: Docket No. 12632 (Filed November 16, 2012) (Docket No. 12729)

4.   Forty-Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed November 29, 2012) (Docket No. 12781)

5.   Certificate of No Objection to Application Re: Docket No. 12781 (Filed December 21, 2012) (Docket No. 12882)

6.   Forty-Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed January 4, 2013) (Docket No. 12971)

7.   Certificate of No Objection to Application Re: Docket No. 12971 (Filed January 28, 2013) (Docket No. 13115)

8.   Fee Examiner's Final Report Regarding the Sixteenth Interim Application of AlixPartners, LLP (Filed May 20, 2013) (Docket No. 13535)

W.   Moelis & Company LLC

1.   Sixteenth Interim Fee Application of Moelis & Company LLC for Compensation as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2012 through November 30, 2012 (Filed January 8, 2013) (Docket No. 12988)

2.   Forty-Fifth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period September 1, 2012 through September 30, 2012 (Filed October 26, 2012) (Docket No. 12638)

3.   Certificate of No Objection to Application Re: Docket No. 12638 (Filed November 20, 2012) (Docket No. 12744)

4.   Forty-Sixth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors Incurred for the Period October 1, 2012 through October 31, 2012 (Filed November 30, 2012) (Docket No. 12784)

5.   Certificate of No Objection to Application Re: Docket No. 12784 (Filed December 26, 2012) (Docket No. 12885)

6.      Forty-Seventh Monthly Application of Moelis & Company LLC for
        Compensation for Professional Services Rendered and Reimbursement of
        Actual and Necessary Expenses as Investment Banker to the Official
        Committee of Unsecured Creditors Incurred for the Period November 1,
        2012 through November 30, 2012 (Filed December 26, 2012) (Docket No.
        12888)

7.      Certificate of No Objection to Application Re: Docket No. 12888 (Filed
        January 17, 2013) (Docket No. 13068)

8.      Fee Examiner's Final Report Regarding the Sixteenth Interim Fee
        Application of Moelis & Company LLC (Filed May 23, 2013) (Docket
        No. 13560)

X.    Seitz, Van Ogtrop & Green, P.A.

1.      Quarterly Fee Application for the Sixteenth Quarterly Period of Seitz, Van
        Ogtrop & Green, P.A., Special Conflicts Counsel to the Official
        Committee of Unsecured Creditors, for Compensation and Reimbursement
        of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period
        September 1, 2012 through November 30, 2012 (Filed January 10, 2013)
        (Docket No. 13008)

2.      Fourteenth Monthly Application of Seitz, Van Ogtrop & Green, P.A.,
        Special Conflicts Counsel to the Official Committee of Unsecured
        Creditors, for Compensation and Reimbursement of Expenses Pursuant to
        11 U.S.C. §§ 330 and 331 (Filed January 10, 2013) (Docket No. 13004)

3.      Fifteenth Monthly Application of Seitz, Van Ogtrop & Green, P.A.,
        Special Conflicts Counsel to the Official Committee of Unsecured
        Creditors, for Compensation and Reimbursement of Expenses Pursuant to
        11 U.S.C. §§ 330 and 331 (Filed January 10, 2013) (Docket No. 13005)

4.      Sixteenth Monthly Application of Seitz, Van Ogtrop & Green, P.A.,
        Special Conflicts Counsel to the Official Committee of Unsecured
        Creditors, for Compensation and Reimbursement of Expenses Pursuant to
        11 U.S.C. §§ 330 and 331 (Filed January 10, 2013) (Docket No. 13006)

5.      Certificate of No Objection to Fourteenth (D.I. 13004), Fifteenth (D.I.
        13005), Sixteenth Monthly (D.I. 13006), and Sixteenth Quarterly (D.I.
        13008) Applications for Compensation (Filed February 28, 2013) (Docket
        No. 13248)

6.      Fee Examiner's Final Report Regarding the Quarterly Fee Application for
        the Sixteenth Quarterly Period of Seitz, Van Ogtrop & Green, P.A. (Filed
        May 9, 2013) (Docket No. 13522)

46429/0001-9608200v1

Y.    <u>Zuckerman Spaeder LLP</u>

    1.    Thirteenth Interim Fee Application of Zuckerman Spaeder LLP for Interim Approval and Allowance of Compensation and Reimbursement of Expenses (Filed January 11, 2013) (Docket No. 13027)

    2.    Thirty-Eighth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed November 14, 2012) (Docket No. 12720)

    3.    Certificate of No Objection to Application Re: Docket No. 12720 (Filed December 6, 2012) (Docket No. 12810)

    4.    Thirty-Ninth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed November 30, 2012) (Docket No. 12786)

    5.    Certificate of No Objection to Application Re: Docket No. 12786 (Filed December 26, 2012) (Docket No. 12886)

    6.    Fortieth Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses (Filed January 10, 2013) (Docket No. 13007)

    7.    Certificate of No Objection to Application Re: Docket No. 13007 (Filed February 1, 2013) (Docket No. 13137)

    8.    Fee Examiner's Final Report Regarding the Thirteenth Interim Fee Application of Zuckerman Spaeder LLP (Filed May 22, 2013) (Docket No. 13554)

46429/0001-9608200v1