UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>Jointly Administered<br>**Hearing Date: June 26, 2013 at 1:00 p.m.** |

**EXHIBIT B TO NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 26, 2013 AT 1:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

1. Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixteenth Interim and Final Fee Periods (Filed May 8, 2013) (Docket No. 13520)

   **Fee Applications**:

   A. <u>Cole, Schotz, Meisel, Forman & Leonard, P.A.</u>

      1. Forty-Eighth Monthly and Final Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from December 1, 2012 through December 31, 2012 and the Final Period from December 8, 2008 through December 31, 2012 (Filed February 28, 2013) (Docket No. 13250)

      2. Certification of No Objection Regarding Docket No. 13250 (Filed March 22, 2013) (Docket No. 13358)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

    3.    Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A. (Filed June 4, 2013) (Docket No. 13592)

B.    <u>Sidley Austin LLP</u>

    1.    Forty-Eighth Monthly and Final Fee Application of Sidley Austin LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Reorganized Debtors for the Monthly Period December 1, 2012 through December 31, 2012 and the Final Period from December 8, 2008 through December 31, 2012 (Filed February 15, 2013) (Docket No. 13198)

    2.    Certification of No Objection Regarding Docket No. 13198 (Filed March 27, 2013) (Docket No. 13386)

    3.    Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Application of Sidley Austin LLP (Filed June 19, 2013) (Docket No. 13621)

C.    <u>Alvarez & Marsal North America, LLC</u>

    1.    Forty-Eighth Monthly and Final Application of Alvarez & Marsal North America, LLC for Services Rendered and Reimbursement of Expenses in Their Capacity as Restructuring Advisors to the Reorganized Debtors for the Monthly Period December 1, 2012 through December 30, 2012 and the Final Fee Period from December 8, 2008 through December 30, 2012 (Filed February 27, 2013) (Docket No. 13238)

    2.    Certification of No Objection Regarding Docket No. 13238 (Filed March 21, 2013) (Docket No. 13354)

    3.    Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Application of Alvarez & Marsal North America, LLC (Filed June 6, 2013) (Docket No. 13602)

D.    <u>Campbell & Levine, LLC</u>

    1.    Sixth Monthly and Final Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Monthly Period June 1, 2012 through the December 31, 2012 and the Final Period from December 6, 2010 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13255)

2. Certification of No Objection Regarding the Sixth Monthly and Final Fee Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Monthly Period June 1, 2012 through the December 31, 2012 and the Final Period from December 6, 2010 through December 31, 2012 (Filed March 27, 2013) (Docket No. 13388)

3. Fee Examiner's Final Report Regarding the Sixth Monthly and Final Fee Application of Campbell & Levine, LLC (Filed June 3, 2013) (Docket No. 13583)

E. Daniel J. Edelman, Inc.

1. Final Fee Application for Allowance of Compensation and Reimbursement of Expenses of Daniel J. Edelman, Inc., Corporate Communications and Investor Relations Consultants for the Debtors and Debtors-in-Possession, for Services Rendered and Expenses Incurred for the Period December 8, 2008 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13256)

2. Certification of No Objection Regarding Docket No. 13256 (Filed March 26, 2013) (Docket No. 13370)

3. Fee Examiner's Final Report Regarding the Twenty-Eighth Monthly and Final Fee Applications of Daniel J. Edelman, Inc. (Filed May 29, 2013) (Docket No. 13569)

F. Davis Wright Tremaine LLP

1. Twenty-Seventh Monthly and Final Application of Davis Wright Tremaine LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Reorganized Debtors for Certain Litigation Matters for the Period December 1, 2012 through December 31, 2012 and the Final Period from September 1, 2010 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13263)

2. Certification of No Objection Regarding Docket No. 13263 (Filed March 26, 2013) (Docket No. 13374)

3. Fee Examiner's Final Report Regarding the Twenty-Seventh Monthly and Final Application of Davis Wright Tremaine LLP (Filed June 17, 2013) (Docket No. 13611)

B-3 of 12

46429/0001-9639985v1

G.  Deloitte & Touche LLP

1.  Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial and Accounting Advisors to the Debtors and Debtors-in-Possession for the Period of June 26, 2009 through November 30, 2009 (Filed February 27, 2013) (Docket No. 13241)

2.  Certification of No Objection Regarding Docket No. 13241 (Filed March 21, 2013) (Docket No. 13355)

3.  Fee Examiner's Final Report Regarding Final Fee Application of Deloitte & Touche LLP (Filed May 29, 2013) (Docket No. 13568)

H.  Dow Lohnes PLLC

1.  Forty-Third Monthly and Final Fee Application of Dow Lohnes PLLC as Special Counsel to the Debtors and Debtors in Possession for: (I) Compensation for Services Rendered and Reimbursement of Expenses for the Period of December 1, 2012 through December 31, 2012; and (II) Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 26, 2009 through December 31, 2012 (Filed February 19, 2013) (Docket No. 13207)

2.  Certification of No Objection Regarding Docket No. 13207 (Filed March 27, 2013) (Docket No. 13387)

3.  Fee Examiner's Final Report Regarding the Forty-Third Monthly and Final Fee Application of Dow Lohnes PLLC (Filed May 31, 2013) (Docket No. 13575)

I.  Ernst & Young LLP

1.  Final Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred in Connection with Valuation and Business Modeling, Marketing Survey, Tax, and Accounting Services for the Debtors and Debtors in Possession for the Period from May 31, 2009 through December 31, 2012 (Filed February 26, 2013) (Docket No. 13233)

2.  Certification of No Objection Regarding Docket No. 13233 (Filed March 20, 2013) (Docket No. 13350)

3.  Fee Examiner's Final Report Regarding the Monthly and Final Fee Application of Ernst & Young LLP (Filed June 17, 2013) (Docket No. 13612)

J. <u>Jenner & Block LLP</u>

    1. Amended Monthly Application for November – December 2012 and Amended Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) December 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (Filed April 18, 2013) (Docket No. 13453)

    2. Certification of Counsel Regarding Amended Monthly Application for November – December 2012 and Amended Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (Filed May 14, 2013) (Docket No. 13524)

    3. Monthly Application for November – December 2012 and Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; and (II) December 8, 2008 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13265)

    4. United States Trustee's Objection to the Monthly Application for November-December, 2012 and Final Quarterly Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2012 through December 31, 2012; (II) and (II) December 8, 2008 through December 31, 2012 (D.E. 13265) (Filed March 21, 2013) (Docket No. 13353)

    5. Fee Examiner's Final Report Regarding the Amended Monthly and Amended Final Application of Jenner & Block LLP (Filed June 18, 2013) (Docket No. 13613)

K. <u>Jones Day</u> (Special Counsel for Certain Litigation Matters - Antitrust)

    1. Fourteenth Monthly and Final Fee Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from December 8, 2008 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13261)

    2. Certification of No Objection Regarding Docket No. 13261 (Filed March 26, 2013) (Docket No. 13373)

    3. Fee Examiner's Final Report Regarding the Fourteenth Monthly and Final Fee Application of Jones Day (Filed June 3, 2013) (Docket No. 13586)

46429/0001-9639985v1

L.  <u>Jones Day</u> (Counsel for Special Committee of the Board of Directors of Tribune Company)

    1.  Nineteenth Monthly and Final Fee Application of Jones Day for Allowance of Compensation and for Reimbursement of Expenses for the Period from August 22, 2010 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13259)

    2.  Certification of No Objection Regarding Docket No. 13259 (Filed March 26, 2013) (Docket No. 13372)

    3.  Fee Examiner's Final Report Regarding the Nineteenth Monthly and Final Fee Application of Jones Day for Services Performed on Behalf of the Special Committee of the Board of Directors of Tribune Company (Filed June 3, 2013) (Docket No. 13585)

M.  <u>Lazard Freres & Co. LLC</u>

    1.  Forty-Eighth Monthly & Final Fee Application of Lazard Freres & Co. LLC, Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period December 8, 2008 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13266)

    2.  Certification of No Objection Regarding Docket No. 13266 (Filed March 26, 2013) (Docket No. 13375)

    3.  Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Fee Application of Lazard Freres & Co. LLC (Filed June 18, 2013) (Docket No. 13614)

N.  <u>Levine Sullivan Koch & Schulz, L.L.P.</u>

    1.  Twenty-Ninth Monthly and Final Fee Application of Levine Sullivan Koch & Schulz, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors for Certain Litigation Matters for the Monthly Period of December 1, 2012 through December 31, 2012 and the Final Fee Period from August 1, 2010 through December 31, 2012 (Filed February 26, 2013) (Docket No. 13232)

    2.  Certification of No Objection Regarding Docket No. 13232 (Filed March 20, 2013) (Docket No. 13349)

    3.  Fee Examiner's Final Report Regarding the Twenty-Ninth Monthly and Final Fee Application of Levine Sullivan Koch & Schulz, L.L.P. (Filed June 3, 2013) (Docket No. 13584)

O.    <u>McDermott Will & Emery LLP</u>

    1.    Monthly and Final Fee Application of McDermott Will & Emery LLP, as Special Counsel to Debtors for Domestic Legal Matters, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period December 1, 2012 through December 31, 2012 and the Final Period from December 8, 2008 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13258)

    2.    Certification of No Objection Regarding Docket No. 13258 (Filed March 26, 2013) (Docket No. 13371)

    3.    Fee Examiner's Final Report Regarding the Monthly and Final Fee Application of McDermott Will & Emery LLP (Filed June 18, 2013) (Docket No. 13617)

P.    <u>Mercer (US) Inc.</u>

    1.    Fourteenth Quarterly and Final Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 1, 2012 thorough December 31, 2012 and for Final Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 12, 2009 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13260)

    2.    Certificate of No Objection for Fourteenth Quarterly and Final Application of Mercer (US) Inc. as Compensation Consultant to the Debtors Seeking Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period of June 1, 2012 through December 31, 2012 and for Final Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 12, 2009 through December 31, 2012 [Docket No. 13260] (Filed June 24, 2013) (Docket No. 13629)

    3.    Fee Examiner's Final Report Regarding the Fourteenth Quarterly and Final Application of Mercer (US) Inc. (Filed June 6, 2013) (Docket No. 13599)

Q.    <u>Novack and Macey LLP</u>

    1.    Final Application of Novack and Macey LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Debtors and Debtors in Possession for the Period from August 26, 2010 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13271)

    2.    Certification of No Objection Regarding Docket No. 13271 (Filed March 26, 2013) (Docket No. 13377)

3. Fee Examiner's Final Report Regarding the Final Application of Novack and Macey LLP (Filed May 31, 2013) (Docket No. 13574)

R. Paul Hastings LLP

1. Twenty-Third Monthly and Final Application of Paul Hastings LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel for General Real Estate and Related Matters for the Monthly Period from December 1, 2012 through December 31, 2012 and the Final Period from December 8, 2008 through December 31, 2012 (Filed February 28, 2013) (Docket No. 13251)

2. Certification of No Objection Regarding Docket No. 13251 (Filed March 22, 2013) (Docket No. 13359)

3. Fee Examiner's Final Report Regarding the Twenty-Third Monthly and Final Application of Paul Hastings LLP (Filed June 7, 2013) (Docket No. 13604)

S. Paul, Weiss, Rifkind, Wharton & Garrison LLP

1. Fifth Monthly and Final Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Counsel to Debtors for Certain Financing Matters and Real Estate Emergence Matters for Compensation and for Reimbursement of Expenses for the Monthly Period from December 1, 2012 through December 31, 2012 and the Final Fee Period from July 11, 2012 through December 31, 2012 (Filed February 28, 2013) (Docket No. 13249)

2. Certification of No Objection Regarding Docket No. 13249 (Filed April 26, 2013) (Docket No. 13487)

3. Fee Examiner's Final Report Regarding the Fifth Monthly and Final Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP (Filed June 18, 2013) (Docket No. 13622)

T. PricewaterhouseCoopers LLP

1. Thirty-Sixth Monthly Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 1, 2012 through December 31, 2012 and Final Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Compensation and Tax Advisors and Independent Auditors to the Debtors and Debtors in Possession for the Period December 8, 2008 through December 31, 2012 (Filed February 28, 2013) (Docket No. 13252)

      2.      Certification of No Objection Regarding Docket No. 13252 (Filed March 22, 2013) (Docket No. 13360)

      3.      Fee Examiner's Final Report Regarding the Thirty-Sixth Monthly and Final Application of PricewaterhouseCoopers LLP (Filed June 4, 2013) (Docket No. 13589)

U.    Reed Smith LLP

      1.      Final Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 8, 2008 through December 31, 2012 (Filed February 28, 2013) (Docket No. 13246)

      2.      Certificate of No Objection to Final Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 8, 2008 through December 31, 2012 (Filed March 27, 2013) (Docket No. 13382)

      3.      Forty-Seventh Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2012 through December 31, 2012 (Filed February 4, 2013) (Docket No. 13142)

      4.      Certificate of No Objection to Forty-Seventh Monthly Fee Application of Reed Smith LLP, Special Counsel for Certain Insurance and Employee-Related Matters to the Debtors and Debtors in Possession, for Compensation and Reimbursement of Expenses for the Period December 1, 2012 through December 31, 2012 (Filed March 27, 2013) (Docket No. 13381)

      5.      Fee Examiner's Final Report Regarding the Forty-Seventh Monthly and Final Fee Applications of Reed Smith LLP (Filed May 31, 2013) (Docket No. 13576)

V.    Seyfarth Shaw LLP

      1.      Thirty-Ninth Monthly and Final Fee Application of Seyfarth Shaw LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses as Employment Litigation Counsel to the Debtors and Debtors in Possession for the Monthly Period of December 1, 2012 through December 31, 2012 and the Final Fee Period of October 1, 2009 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13269)

2. Certification of No Objection Regarding Docket No. 13269 (Filed March 26, 2013) (Docket No. 13376)

3. Fee Examiner's Final Report Regarding the Thirty-Ninth Monthly and Final Fee Application of Seyfarth Shaw LLP (Filed June 6, 2013) (Docket No. 13597)

W. Sitrick and Company

1. Sixth and Final Application of Sitrick and Company for Compensation for Services Rendered and Reimbursement of Expenses as Corporate Communications Consultants to Debtors and Debtors-in-Possession (Filed February 26, 2013) (Docket No. 13231)

2. Certification of No Objection Regarding Docket No. 13231 (Filed March 20, 2013) (Docket No. 13348)

3. Fee Examiner's Final Report Regarding the Sixth and Final Application of Sitrick and Company (Filed June 18, 2013) (Docket No. 13618)

X. SNR Denton US LLP

1. Fourteenth Monthly Fee Application of SNR Denton US LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Reorganized Debtors for the Monthly Period from December 1, 2012 through December 31, 2012 and the Final Fee Period from November 1, 2011 through December 31, 2012 (Filed March 1, 2013) (Docket No. 13268)

2. Certification of No Objection Regarding Docket No. 13268 (Filed April 26, 2013) (Docket No. 13488)

3. Fee Examiner's Final Report Regarding the Fourteenth Monthly and Final Fee Application of SNR Denton US LLP (Filed June 4, 2013) (Docket No. 13588)

Y. Stuart Maue

1. Fourty-Fifth Monthly and Final Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period December 1, 2012 through December 31, 2012 and the Final Period from December 23, 2009 through December 31, 2012 (Filed February 18, 2013) (Docket No. 13200)

2. Certificate of No Objection Regarding the Forty-Fifth Monthly and Final Fee Application of Stuart Maue (Related to Docket No. 13200) (Filed March 14, 2013) (Docket No. 13323)

46429/0001-9639985v1

Z.  <u>Chadbourne & Parke LLP</u>

1. Forty-Eighth Monthly and Final Application of Chadbourne & Parke LLP, as Co-Counsel to the Official Committee of Unsecured Creditors of Tribune Company, et al. for Allowance of Compensation and Reimbursement of Expenses (Filed February 28, 2013) (Docket No. 13243)

2. Certificate of No Objection to Application Re: Docket No. 13243 (Filed Mach 25, 2013) (Docket No. 13363)

3. Fee Examiner's Final Report Regarding the Forty-Eighth and Final Monthly Application of Chadbourne & Parke LLP (Filed June 6, 2013) (Docket No. 13598)

AA. <u>Landis Rath & Cobb LLP</u>

1. Forty-Eighth Monthly and Final Application of Landis Rath & Cobb LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed March 1, 2013) (Docket No. 13267)

2. Certificate of No Objection to Application Re: Docket No. 13267 (Filed March 25, 2013) (Docket No. 13366)

3. Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Application of Landis Rath & Cobb LLP (Filed June 7, 2013) (Docket No. 13605)

BB. <u>AlixPartners, LLP</u>

1. Forty-Eighth Monthly and Final Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 (Filed February 27, 2013) (Docket No. 13235)

2. Certificate of No Objection to Application Re: Docket No. 13235 (Filed March 25, 2013) (Docket No. 13362)

3. Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Application of AlixPartners, LLP (Filed June 17, 2013) (Docket No. 13610)

CC.  Moelis & Company LLC

1.  Forty-Eighth Monthly and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors (Filed March 1, 2013) (Docket No. 13254)

2.  Certificate of No Objection to Application Re: Docket No. 13254 (Filed March 25, 2013) (Docket No. 13364)

3.  Fee Examiner's Final Report Regarding the Forty-Eighth Monthly and Final Application of Moelis & Company LLC (Filed June 18, 2013) (Docket No. 13619)

DD.  Seitz, Van Ogtrop & Green, P.A.

1.  Seventeenth Monthly and Final Application of Seitz, Van Ogtrop & Green, P.A., Special Conflicts Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2012 through December 31, 2012 and the Final Period April 21, 2011 through December 31, 2012 Pursuant to 11 U.S.C. §§ 330 and 331 (Filed February 28, 2013) (Docket No. 13247)

2.  Fee Examiner's Final Report Regarding the Seventeenth Monthly and Final Application of Seitz, Van Ogtrop & Green, P.A. (Filed June 4, 2013) Docket No. 13590)

3.  Certificate of No Objection to Application Re: Docket No 13247 (Filed June 24, 2013) (Docket No. 13628)

EE.  Zuckerman Spaeder LLP

1.  Forty-First Monthly and Final Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period December 1, 2012 to December 31, 2012, and the Final Period from August 6, 2009 to the Final Fee Hearing Date (Filed March 1, 2013) (Docket No. 13264)

2.  Certificate of No Objection to Application Re: Docket No. 13264 (Filed March 25, 2013) (Docket No. 13365)

3.  Fee Examiner's Final Report Regarding the Forty-First Monthly and Final Application of Zuckerman Spaeder LLP (Filed June 18, 2013) (Docket No. 13623)

46429/0001-9639985v1