# EXHIBIT A

## MODIFIED AMOUNT CLAIM

TRIBUNE COMPANY, ET AL

OMNIBUS OBJECTION 68: EXHIBIT A – MODIFIED AMOUNT CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | MODIFIED | |
| | | | | | CLASS | AMOUNT | AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| 1 | TIME WARNER CABLE ATTN MEDIA SALES ACCTNG PO BOX 849151 DALLAS, TX 75284-9151 | 6039 | 07/06/2009 | Tribune Television Company | Unsecured | Undetermined | $189,992.00 | Liquidating claim to reflect Debtors' books and records. See paragraph 14 of the Objection. |
| | | | | TOTAL | | $0.00 | $189,992.00 | |

**EXHIBIT B**

**NO LIABILITY CONTRACT CLAIMS**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT B – NO LIABILITY – CONTRACT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 10 | $3,142.22 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 16 of the Objection. |
| 2 | HEALTH CONCEPTS/DOLPHIN CAPITAL PO BOX 644006 MOBERLY, MO 65270 | 08-13152 | Chicago Tribune Company | 12 | $2,513.70 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim.  See paragraph 16 of the Objection. |
| 3 | ZVENTS INCORPORATED 199 FREMONT ST FL 4 SAN FRANCISCO, CA 94105-6634 | 08-13251 | WDCW Broadcasting, Inc. | 3120 | $5,346.77 | Protective claim related to a contract which has been assumed by Debtor as of the Effective Date. The terms of the contract are being satisfied in the normal course of business to the extent applicable. No prepetition liability related to this claim. See paragraph 17 of the Objection. |
| | | | | TOTAL | $11,002.69 | |

## EXHIBIT C

## NO LIABILITY EMPLOYEE CLAIM

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 68: EXHIBIT C – NO LIABILITY – EMPLOYEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ZANGHI, CHRISTOPHER | 08-13251 | WDCW Broadcasting, Inc. | 6001 | $2,000.00 | No liability owed to claimant per Debtors' books and records. Debtor's policy is that employees must be actively employed on date bonuses payments are made. Claimant was not employed by Debtors on date bonus was paid. See paragraph 19 of the Objection. |
| | | | | TOTAL | $2,000.00 | |