# TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Final Compensation Period December 8, 2008 - December 31, 2012

| APPLICANT AND TITLE | DKT. NO. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. (Counsel to Debtors) | 13250 | $6,004,991.00 | $450,353.52 | $6,455,344.52 |
| Sidley Austin LLP (Counsel to Debtors) | 13198 | $100,605,297.27 | $5,401,529.88 | $106,006,827.15 |
| Alvarez & Marsal North America (Restructuring Advisors to Debtors) | 13238 | $29,520,758.55 | $146,983.57 | $29,667,742.12 |
| Campbell & Levine, LLC (Special Litigation Counsel to Debtors) [Final Period is December 6, 2010 - December 31, 2012] | 13255 | $12,345.00 | $1,253.32 | $13,598.32 |
| Daniel J. Edelman, Inc. (Corporate Communications and Investor Relations Consultants to Debtors) | 13256 | $169,220.85 | $1,263.83 | $170,484.68 |
| Davis Wright Tremaine LLP (Special Counsel to Debtors for Domestic Legal Matters) [Final Period is September 1, 2010 - December 31, 2012] | 13263 | $2,335,550.74 | $86,524.60 | $2,422,075.34 |
| Deloitte & Touche LLP (Financial and Accounting Advisors) [Final Period is June 26, 2009 - November 30, 2009] | 13241 | $134,002.50 | $163.93 | $134,166.43 |
| Dow Lohnes PLLC (Special Regulatory Counsel to Debtors) [Final Period is May 26, 2009 - December 31, 2012] | 13207 | $6,465,555.50 | $35,557.51 | $6,501,113.01 |
| Ernst & Young LLP (Valuation, Business Modeling, Marketing Survey, Tax and Accounting Services for Debtors) [Final Period is May 31, 2009 - December 31, 2012] | 13233 | $3,652,387.84 | $73,938.78 | $3,726,326.62 |
| Jenner & Block LLP (Special Counsel to Debtors) | 13265 13453 | $2,724,821.97 | $215,814.77 | $2,940,636.74 |
| Jones Day (Special Counsel for Certain Litigation Matters - Antitrust) | 13261 | $338,986.00 | $813.99 | $339,799.99 |
| Jones Day (Counsel for Special Committee of Board of Directors of Tribune Company) [Final Period is August 22, 2010 - December 31, 2012] | 13259 | $2,460,726.50 | $92,758.23 | $2,553,484.73 |
| Lazard Frères & Co. LLC (Investment Banker and Financial Advisor to Debtors) | 13266 | $20,804,839.00 | $364,150.77 | $21,168,989.77 |
| Levine Sullivan Koch & Schulz, L.L.P. (Counsel to Debtors for Certain Litigation Matters) [Final Period is August 1, 2010 - December 31, 2012] | 13232 | $1,041,146.20 | $96,929.44 | $1,138,075.64 |
| McDermott Will & Emery LLP (Special Counsel to Debtors for Domestic Legal Matters) | 13258 | $16,645,646.87 | $356,492.30 | $17,002,139.17 |
| Mercer (US) Inc. (Compensation Consultants to Debtors) [Final Period is January 12, 2009 - December 31, 2012] | 13260 | $1,593,382.88 | $150,162.20 | $1,743,545.08 |
| Novack and Macey LLP (Special Counsel for Debtors) [Final Period is August 26, 2010 - December 31, 2012] | 13271 | $128,504.00 | $4,120.36 | $132,624.36 |
| Paul Hastings LLP (Special Counsel for General Real Estate for Debtors) | 13251 | $1,453,338.50 | $9,455.66 | $1,462,794.16 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP (Special Counsel to the Debtors for Certain Financing Matters) [Final Period is July 11, 2012 - December 31, 2012] | 13249 | $1,324,312.50 | $110,993.05 | $1,435,305.55 |
| PricewaterhouseCoopers LLP (Compensation and Tax Advisors and Independent Auditors to Debtors) | 13252 | $9,742,515.50 | $157,016.46 | $9,899,531.96 |
| Reed Smith LLP (Special Counsel to Debtors for Certain Insurance and Employee Matters) | 13246 | $1,711,429.25 | $111,429.95 | $1,822,859.20 |

## TRIBUNE COMPANY, et al.
## Case No. 08-13141 (KJC)
### Exhibit A to Omnibus Order Approving Fee Applications
### for the Final Compensation Period December 8, 2008 - December 31, 2012

| APPLICANT AND TITLE | DKT. NO. | FINAL FEES APPROVED | FINAL EXPENSES APPROVED | TOTAL AMOUNT APPROVED |
|---|---|---|---|---|
| **Debtors' Professionals** | | | | |
| Seyfarth Shaw LLP (Employment Litigation Counsel to Debtors) [Final Period is October 1, 2009 - December 31, 2012] | 13269 | $3,646,761.75 | $140,808.88 | $3,787,570.63 |
| Sitrick and Company Inc. (Corporate Communications Consultants) [Final Period is August 26, 2010 - December 31, 2012] | 13231 | $90,824.50 | $14,631.74 | $105,456.24 |
| SNR Denton US LLP (Special Counsel to Debtors for Certain Litigation and Transaction Matters) [Final Period is November 1, 2011 - December 31, 2012] | 13268 | $606,161.54 | $6,314.18 | $612,475.72 |
| **Fee Examiner** | | | | |
| Stuart Maue (Fee Examiner) [Final Period is February 20, 2009 - December 31, 2012] | 13200 | $3,909,740.00 | $19,778.84 | $3,929,518.84 |
| **Creditors' Committee's Professionals** | | | | |
| Chadbourne & Parke LLP (Co-Counsel to Creditors' Committee) [Final Period is December 18, 2008 - December 31, 2012] | 13243 | $49,633,930.87 | $3,122,444.35 | $52,756,375.22 |
| Landis Rath & Cobb LLP (Co-Counsel to Creditors' Committee) [Final Period is December 18, 2008 - December 31, 2012] | 13267 | $9,400,119.50 | $1,737,022.77 | $11,137,142.27 |
| AlixPartners, LLP (Financial Advisor to Creditors' Committee) [Final Period is December 19, 2008 - December 31, 2012] | 13235 | $11,459,895.00 | $118,409.60 | $11,578,304.60 |
| Moelis & Company LLC (Investment Banker to Creditors' Committee) [Final Period is January 6, 2009 - December 31, 2012] | 13254 | $13,467,741.94 | $177,557.63 | $13,645,299.57 |
| Seitz, Van Ogtrop & Green, P.A. (Special Conflicts Counsel to Creditors' Committee) [Final Period is April 21, 2011 - December 31, 2012] | 13247 | $71,284.91 | $12,603.55 | $83,888.46 |
| Zuckerman Spaeder LLP (Special Counsel to Creditors' Committee) [Final Period is August 6, 2009 - December 31, 2012] | 13264 | $8,598,427.25 | $5,745,202.88 | $14,343,630.13 |