IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>Related to Docket No. 13631 |

NOTICE OF AMENDED[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 26, 2013 AT 1:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY

AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,
THE HEARING IN CANCELLED

**ORDERS ENTERED**

1.  Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixteenth Interim and Final Fee Periods (Filed May 8, 2013) (Docket No. 13520)

    Related Documents:

    (a)  An index identifying the relevant fee requests, certifications and Fee Examiner final reports for the Sixteenth Interim Fee Period is attached hereto as Exhibit A **(Attached as Exhibit A to the Notice of Agenda [Docket No. 13631])**

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

    (b)    Omnibus Order Approving Fee Applications for the Compensation Period September 1, 2012 Through and Including November 30, 2012 (Entered June 18, 2013) (Docket No. 13616)

Objection Deadlines:  See respective Fee Applications.

Responses Received:  None.

Status:  The Court entered an Omnibus Order approving the fee applications for the Sixteenth Interim Fee Period, September 1, 2012 Through and Including November 30, 2012. This matter will not be going forward.

## CONTINUED MATTERS

2.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

    (a)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (b)    Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c)    Informal Response received from GE Capital Fleet Services

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

Status:  The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker (See Docket Nos. 3011, 3526 and 7274). The Objection was withdrawn with respect to Claim No. 501 of Chris Parker, Claim No. 2998 of Marc Silver, and Claim No. 5579 of Gelco Corporation, d/b/a GE Capital Fleet Services. The hearing on the claim of Robby S. Wells is adjourned to the July 30, 2013 hearing. This matter will not be going forward.

46429/0001-9527654v2

3.   Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

- (a)   Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)
- (b)   Response by Herbert E. Eye (Filed May 12, 2010) (Docket No. 4350)
- (c)   Response by Herbert E. Eye (Filed May 14, 2010) (Docket No. 4394)
- (d)   Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)
- (e)   Response by Marbury L. von Briesen (Filed April 2, 2013) (Docket No. 13408)
- (f)   Response by Herbert E. Eye to Supplemental Objection (Filed May 13, 2013) (Docket No. 13523)
- (g)   Response by Marbury L. von Briesen to Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye (Filed May 16, 2013) (Docket No. 13527)

Related Documents:

- (a)   Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)
- (b)   Reorganized Debtors' Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 22, 2013) (Docket No. 13469)

Status:   The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection (See Docket No. 4406); Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc., and Claim No. 3672 of Terry Godbey (See Docket Nos. 6158, 6593 and 9773); and issued a Memorandum and Order with respect to Claim No. 3060 of Maureen Dombeck (See Docket Nos. 13504 and 13505).  The Objection was withdrawn as to the claims of 9090

> Enterprises and Spanlink Communications. The hearing on the Objection and Supplemental Objection to the Claims of Messrs. von Briesen and Eye is adjourned to the July 30, 2013 hearing. This matter will not be going forward.

4. Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

   Response Deadline: June 9, 2010 at 4:00 p.m.

   Responses Received:

   (a) Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

   Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

5. Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

   Response Deadline: March 15, 2011 at 4:00 p.m.

   Responses Received:

   (a) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

   (b) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned to the July 30, 2013 hearing. This matter will not be going forward.

6. Los Angeles County Treasurer and Tax Collector's Motion for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. as Amended June 18, 2012 (Filed May 21, 2013) (Docket No. 13545)

Response Deadline: June 7, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline is extended until 4:00 p.m. on July 19, 2013 for the Reorganized Debtors.

Responses Received: None at this time.

Status: This matter is continued to the July 30, 2013 hearing. This matter will not be going forward.

7. Reorganized Debtors' Objection to Claim No. 878 of Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of Parren J. Mitchell, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 23, 2013) (Docket No. 13561)

Response Deadline: June 19, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline is extended until 4:00 p.m. on July 23, 2013.

Responses Received:

(a) Opposition of Keiffer J. Mitchell, Sr. as Personal Representative of the Estate of Parren J. Mitchell, to Reorganized Debtors' Objection to Claim No. 878 [ECF No. 13561] (Filed June 18, 2013) (Docket No. 13615)

Status: The hearing and all applicable pleading deadlines have been adjourned by consent of the parties and the parties reserve all rights with respect to the claim, the objection and the underlying litigation. This matter is continued to the July 30, 2013 hearing. This matter will not be going forward.

46429/0001-9527654v2

8. Reorganized Debtors' Objection to Claim No. 7186 of Clear Channel Outdoor, Inc., Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 24, 2013) (Docket No. 13564)

   Response Deadline: June 19, 2013 at 4:00 p.m.
   On consent of the parties, the Response Deadline is extended until 4:00 p.m. on July 23, 2013 for Clear Channel Outdoor, Inc.

   Responses Received: None at this time.

   Status: This matter is continued to the July 30, 2013 hearing. This matter will not be going forward.

**CERTIFICATIONS OF NO OBJECTION**

9. Reorganized Debtors' Objection to Claim No. 3476 of Alexis Moyer, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 23, 2013) (Docket No. 13563)

   Response Deadline: June 19, 2013 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 13563 (Filed June 21, 2013) (Docket No. 13626)

   (b) **Order Sustaining Reorganized Debtors' Objection to Claim No. 3476 of Alexis Moyer, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Entered June 24, 2013) (Docket No. 13632)**

   **Status: The Court entered an Order sustaining the Objection. This matter will not be going forward.**

10. Reorganized Debtors' Sixty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed May 24, 2013) (Docket No. 13567)

    Response Deadline: June 19, 2013 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    (a) Certification of No Objection Regarding Docket No. 13567 (Filed June 21, 2013) (Docket No. 13627)

46429/0001-9527654v2

(b) **Order Sustaining Reorganized Debtors' Sixty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered June 24, 2013) (Docket No. 13633)**

Status: **The Court entered an Order sustaining the Objection. This matter will not be going forward.**

## FEE APPLICATIONS - CERTIFICATION OF COUNSEL FILED

11. Notice of Hearing on Monthly Fee Requests and Quarterly Fee Application Requests for the Sixteenth Interim and Final Fee Periods (Filed May 8, 2013) (Docket No. 13520)

    Related Documents:

    (a) An index identifying the relevant fee requests, certifications and Fee Examiner final reports for the monthly fee period from December 1, 2012 Through and Including December 31, 2012, and the Final Fee Period from December 8, 2008 Through and Including December 31, 2012, is attached hereto as Exhibit B **(Attached as Exhibit B to the Notice of Agenda [Docket No. 13631])**

    (b) Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Final Compensation Period December 8, 2008 Through and Including December 31, 2012 (Filed June 24, 2013) (Docket No. 13630)

    (c) **Omnibus Order Approving Fee Applications for the Final Compensation Period December 8, 2008 Through and Including December 31, 2012 (Entered June 24, 2013) (Docket No. 13634)**

    Objection Deadlines: See respective Fee Applications.

    Responses Received: None.

    Status: **The Court entered an Omnibus Order approving the Fee Applications. This matter will not be going forward.**

Dated: June 24, 2013

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Kevin T. Lantry
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS