

U.S. Department of Justice

Office of the United States Trustee

*District of Delaware*

*844 King Street, Suite 2207*  (302) 573-6491
*Wilmington, DE  19801*  fax (302) 573-6497

June 24, 2013

Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street
Wilmington, Delaware 19801

Re:   *In re Tribune Company, et al.,* Case No. 08-13141-KJC

Dear Judge Carey:

      In the Court's Order Appointing Mediator Regarding Contested Fee Matters, entered June 20, 2013 ("the Order"), the Court afforded the United States Trustee ("UST") three business days "to join the mediation under the within [Order's] terms and conditions by so advising the Court and the Parties in writing." Order at p. 3, fn. 2. Please accept this letter as the UST's notice that she will participate in the mediation in accordance with the terms and conditions of the Order. The UST hopes that the mediation will be fruitful and will resolve or narrow the disputed issues. The UST's participation should not be construed as a waiver of any arguments that may be raised in a subsequent proceeding before the Court, including any arguments regarding the degree of deference the Court should afford to the mediator's factual findings or the permissible scope of the mediator's powers under Fed. R. Bankr. P. 9031.

      The UST respectfully requests that the court enter a revised order that adds the U. S. Trustee as a participant to the mediation.   This can be most easily accomplished by Debtor's counsel re-submitting the proposed order submitted on June 6 and re-inserting the phrase "U. S. Trustee" where the phrase was stricken in the red-line (D. E. 13596-2).

                                      Respectfully yours,

                                      /S/

                                      David L. Buchbinder, Esq.
                                      Trial Attorney

Cc:    James O. Johnston
         James F. Bendernagel, Jr.
         David S. Rosner
         Robert J. Stark