**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13631 & 13635 |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2013, I caused to be served the:

    a) "Notice of Agenda of Matters Scheduled for Hearing on June 26, 2013 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated June 24, 2013 [Docket No. 13631], and

    b) "Notice of Amended Agenda of Matters Scheduled for Hearing on June 26, 2013 at 1:00 P.M. Before the Honorable Kevin J. Carey," dated June 24, 2013 [Docket No. 13635],

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, (No Signature Required),

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C, and

    iv. delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Carol Zhang*
Carol Zhang

Sworn to before me this
25 day of June, 2013

_____
Notary Public

**ELLI KREMPA**
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

-2-

# EXHIBIT A

**TRB AGENDA 6-24-13**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AGENDA 6-24-13**
Mr. Robby S. Wells
P.O. Box 345
Saunemin, IL  61769

**TRB AGENDA 6-24-13**
Robert Wells
54 Center Street
Saunemin, IL  61769-0345

**TRB AGENDA 6-24-13**
Persistence Pays, Inc.
4158 Farmdale Avenue
Studio City, CA  91604

**EXHIBIT B**

**Overnight service list – 6-24-13 Agenda – <u>No Signature Required</u>**

MARBURY L. VON BRIESEN
401 PLUMBRIDGE COURT
TIMONIUM, MD  21093-8125

MR. HERBERT E. EYE
35 APPLE ORCHARD LANE
FRANKLIN, WV 26807-7585

**EXHIBIT C**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 317-231-7433 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |

| | |
|---|---|
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Marc J. Phillips, Esquire | 302-652-3620 |
| Michael Busenkell, Esquire | 302-425-5814 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Geraldine Weiss, Esquire | 310-473-0708 |
| Barry S. Glaser, Esquire | 213-229-2870 |
| Jonathan Russell, Esquire | 215-348-7069 |
| Thomas R. Fawkes, Esquire | 312-360-6520 |
| Steven M. Mayer, Esquire | 818-514-2728 |
| John J. Leidig, Esquire | 410-539-7611 |

**EXHIBIT D**

| Name | Email Address |
|---|---|
| Marbury L. von Briesen | mvbbvb@comcast.net |
| Herbert E. Eye | chriseyec@aol.com |
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Kenneth P. Kansa, Esquire | Kkansa@sidley.com |
| Michael Gustafson, Esquire | mgustafson@sidley.com |
| Jillian K. Ludwig, Esquire | jillian.ludwig@sidley.com |
| Brian Whittman, Managing Director | Bwhittman@alvarezandmarsal.com |
| Matthew Frank | mfrank@alvarezandmarsal.com |
| Kelli Sager, Esquire | kellisager@dwt.com |
| Gino Pasquale, Paralegal | ginopasquale@dwt.com; |
| Edward J. Lesniak, Esquire | elesniak@burkelaw.com |
| Jeffrey R. Zilka | jeff.zilka@edelman.com |
| Christopher L. Meazell, Esquire | cmeazell@dowlohnes.com |
| Leslie Salcedo, Paralegal | leslie.salcedo@alston.com; John.Spears@alston.com |
| Landon S. Raiford, Esquire | LRaiford@jenner.com |
| Bradley Dunn, Director | Bradley.dunn@lazard.com |
| Shaina D. Jones, Esquire | SJones@lskslaw.com |
| Gregory Kopacz, Esquire | GKOPACZ@mwe.com |
| Michael Rudnick, Esquire | mrudnick@paulweiss.com |
| Erica G. Weinberger, Esquire | eweinberger@paulweiss.com |
| Shonda M. Finseth | shonda.m.finseth@us.pwc.com |
| William T. England, Director | william.t.england@us.pwc.com |
| Andrea Clark Smith, Director | andrea.clark.smith@us.pwc.com |
| J. Cory Falgowski, Esquire | jfalgowski@reedsmith.com |
| Jennifer M. McManus, Paralegal | Jmcmanus@Seyfarth.Com |
| Jeremy Sherman, Esquire | jsherman@seyfarth.com |
| Stefanie Wowchuk McDonald, Esquire | Stefanie.mcdonald@snrdenton.com |
| John F. Theil, Esquire | tribunebkr@smmj.com; j.theil@smmj.com |
| Howard Seife, Esquire | hseife@chadbourne.com |
| David M. LeMay, Esquire | dlemay@chadbourne.com; HLamb@chadbourne.com |
| Douglas E. Deutsch, Esquire | ddeutsch@chadbourne.com |
| Adam G. Landis, Esquire | landis@lrclaw.com |
| Matthew B. McGuire, Esquire | mcguire@lrclaw.com; panchak@lrclaw.com |
| Alan D. Holtz | aholtz@alixpartners.com |
| Albert Leung | aleung@alixpartners.com |
| Sandhya Sistla | sandhya.sistla@moelis.com |
| Jens Olson | jens.olson@moelis.com |
| Andrew Goldfarb, Esquire | agoldfarb@zuckerman.com |
| Graeme W. Bush, Esquire | gbush@zuckerman.com |
| James Sottile, Esquire | jsottile@zuckerman.com |
| James S. Green, Sr., Esquire | jgreen@svglaw.com |
| R. Karl Hill, Esquire | khill@svglaw.com |
| David L. Buchbinder, Esquire | david.l.buchbinder@usdoj.gov |
| Mark T. Hurford, Esquire | mhurford@camley.com |
| Sean Conroy, Partner | seconroy@deloitte.com; rolyoung@deloitte.com; caaustin@deloitte.com |
| Kaye Denton | kdenton@jonesday.com |
| Brad B. Erens, Esquire | bberens@jonesday.com |
| Joseph Tiller, Esquire | jtiller@jonesday.com |
| Julie Johnston-Ahlen, Esquire | jja@novackmacey.com |
| Katie Traxler, Esquire | katietraxler@paulhastings.com |
| Holly Snow, Esquire | hollysnow@paulhastings.com |
| Devon J. Eggert, Esquire | deggert@freebornpeters.com |
| Brenda Adrian, Esquire | brenda_adrian@sitrick.com |

| NAME | EMAIL |
|---|---|
| Rosner Law Group LLC | rosner@teamrosner.com |
| Rosner Law Group LLC | leonhardt@teamrosner.com |
| Cozen O'Connor | mfelger@cozen.com |
| Archer & Greiner PC | cbrown@archerlaw.com |