**EXHIBIT E**

**MAY 2007 LETTER**



**THE BALTIMORE SUN**
A TRIBUNE PUBLISHING COMPANY

501 N. Calvert Street
Baltimore, MD 21278-0001
Tel: 410/332-6000

May 3, 2007

David White
Truck Drivers and Helpers Local Union No. 355
Health and Welfare Fund/Pension Fund
1030 South Dukeland Street
Baltimore, MD 21223

Dear Mr. White,

This letter confirms our several conversations over the past several months regarding the letter received by The Sun on February 5, 2007 (but dated August 8, 2006) in which the health and welfare funds and pension funds claims contributions for overtime hours paid for the period January 1, 2004 through December 31, 2005.

As you know, the collective bargaining agreement between The Baltimore Sun and the Truck Drivers and Helpers Local Union No. 355 requires payment of contributions on straight time hours. I have previously requested that you provide me with written documentation of the basis for contributions on overtime hours. As of this date, I have not received a response to that request.

I have also not received the revised notification concerning the health and welfare funds and pension funds with the corrected date. The original notification has an August 8, 2006 date but was not received by The Baltimore Sun until February 5, 2007. We have spoken several times and you have assured me that the letter would be promptly mailed out but I have not received it.

Please provide me with the requested documentation and the corrected notification as soon as possible.

Sincerely,

*Donna Schultheis*
Donna Schultheis
Payroll Manager

cc: Ann Barnes, Labor Relations Director