**EXHIBIT F**

**MARCH 12, 2009 LETTER**



**THE BALTIMORE SUN**
A TRIBUNE PUBLISHING COMPANY

501 N. Calvert Street
Baltimore, MD 21278-0001
Tel: 410/332-6000

March 12, 2009

Ms. Sev James
Handwerger, Cardegna, Funkhouser & Lurman, P.A.
1104 Kenilworth Drive, Suite 300
Towson, MD 21204

RE: Truck Drivers and Helpers Local Union No. 355

Dear Ms. James:

This letter is in reference to the issue of including overtime hours in the calculation of pension and health & welfare contributions. The contract clearly states in section 12(a) [The Publisher agrees that he will contribute monthly to the Health and Welfare Fund ... by the Plan for each straight-time hour or fraction thereof paid to each employee] and in section 12(b) [The Publisher agrees that he will contribute monthly to the Pension Fund ... by the Plan for each straight-time hour or fraction thereof paid to each employee] that the benefits are calculated on *paid* **straight-time hours**. This language has been in the contract since the early 1960's and each month the pension and health & welfare contributions have been based only on straight-time hours paid.

I had written to Mr. David White, Trustee, in May of 2007 concerning this same issue and never received a reply or documentation for the basis of calculating contributions on overtime hours. I have enclosed a copy of this letter.

If you have any questions I can be reached at 410/332-6730.

Sincerely,

Donna Schultheis
Payroll Manager

Enc



**THE BALTIMORE SUN**
A TRIBUNE PUBLISHING COMPANY

501 N. Calvert Street
Baltimore, MD 21278-0001
Tel: 410/332-6000

May 3, 2007

David White
Truck Drivers and Helpers Local Union No. 355
Health and Welfare Fund/Pension Fund
1030 South Dukeland Street
Baltimore, MD 21223

Dear Mr. White,

This letter confirms our several conversations over the past several months regarding the letter received by The Sun on February 5, 2007 (but dated August 8, 2006) in which the health and welfare funds and pension funds claims contributions for overtime hours paid for the period January 1, 2004 through December 31, 2005.

As you know, the collective bargaining agreement between The Baltimore Sun and the Truck Drivers and Helpers Local Union No. 355 requires payment of contributions on straight time hours. I have previously requested that you provide me with written documentation of the basis for contributions on overtime hours. As of this date, I have not received a response to that request.

I have also not received the revised notification concerning the health and welfare funds and pension funds with the corrected date. The original notification has an August 8, 2006 date but was not received by The Baltimore Sun until February 5, 2007. We have spoken several times and you have assured me that the letter would be promptly mailed out but I have not received it.

Please provide me with the requested documentation and the corrected notification as soon as possible.

Sincerely,

*Donna Schultheis*

Donna Schultheis
Payroll Manager

cc: Ann Barnes, Labor Relations Director