**EXHIBIT G**

**MARCH 20, 2009 LETTER**



# Truck Drivers and Helpers Local 355
## Baltimore Area Health & Welfare and Pension Funds
## Eastern Shore Teamsters Pension Fund
9411 Philadelphia Road, Suite S - Baltimore, Maryland 21237
Telephone Numbers:    (443) 573-3632   (866) 621-7974    Fax (410) 444-0035

March 20, 2009

Ms. Donna Schultheis
Baltimore Sun
P.O. Box 1377
Baltimore, MD  21278-0001

Re: Health and Welfare and Pension Funds
    Contribution Period – January 1, 2006 through December 31, 2007

Dear Ms. Schultheis:

An examination of your payroll records for the period indicated above for the purpose of determining the accuracy of your contributions to the above Funds was recently completed by Handwerger, Cardegna, Funkhouser & Lurman, P.A., Certified Public Accountants. The Trustees in accordance with the Deed and Declaration of Trust made authorization for the examination.

As a result of the examination made by Hardwerger, Cardegna, Funkhouser & Lurman, P.A., a copy of which is attached, the following amounts are due the funds:

| | |
|---|---|
| **TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND** | $ 54,136.15 |
| **TRUCK DRIVERS AND HELPERS LOCAL 355 PENSION FUND** | $ 12,949.13 |

Separate checks should be made for the above amounts and mailed, along with a copy of this letter, to the Truck Drivers and Helpers Local Union No. 355 Trust Funds, 9411 Philadelphia Road, Suite S, Baltimore, Maryland 21237.

If you have any questions concerning this examination or the amount of the deficiency, please contact me at 443-573-3606.

Please make your payments to the Funds within 30 days after receipt of this letter.

Sincerely,

BENEFITS ADMINISTRATION CORP., INC.
Administrator
By: Claire M. Kratz

Enclosure

cc: Kimberly Bradley, Esquire