## EXHIBIT H

**MARCH 30, 2009 LETTER**



501 N. Calvert Street
Baltimore, MD 21278-0001
Tel: 410/332-6000

**THE BALTIMORE SUN**

A   T R I B U N E   P U B L I S H I N G   C O M P A N Y

March 30, 2009

**Claire M. Kratz**
**Truck Drivers and Helpers Local 355**
**Baltimore Area Health & Welfare and Pension Funds**
**Eastern Shore Teamster Pension Fund**
**9411 Philadelphia Road, Suite S**
**Baltimore, MD   21237**

Re: Health and Welfare and Pension Funds audit
   Contribution period - January 1, 2006 through December 31, 2007.

Dear Ms. Kratz:

I have begun reviewing all the "reasons for adjustment" listed by the auditor, which will take me some time to complete. The first problem that came to my attention was the request to pay premiums on overtime hours. As you know, the collective bargaining agreement between The Baltimore Sun and The Truck Drivers and Helpers Local Union No. 355 requires payment of contributions on straight time hours only. The second problem is the inclusion of the HLW earnings code, which is a payroll code to pay double time for the holiday. The holiday hours are already counted in the straight-time hours for that pay cycle.

Excluding the overtime hours and the HLW hours will greatly reduce the amount that the auditor claims is owed by The Baltimore Sun. I will send you a complete report of my findings as soon as I have finished the review.

If you have any questions I can be reached at 410/332-6730.

Sincerely,

Donna Schultheis
Payroll Manager

cc: Ann Barnes, Labor Relations Director