**EXHIBIT I**

**AUGUST 31, 2009 LETTER**



**THE BALTIMORE SUN**
A TRIBUNE PUBLISHING COMPANY

501 N. Calvert Street
Baltimore, MD 21278-0001
Tel: 410/332-6000

August 31, 2009

Claire M. Kratz, Administrator
Truck Drivers and Helpers Local 355
Baltimore Area Health & Welfare and Pension Funds
Eastern Shore Teamsters Pension Fund
9411 Philadelphia Road, Suite S
Baltimore, MD 21237

Re:   Health and Welfare and Pension Funds audit
      Contribution period January 1, 2006 through December 31, 2007

Dear Ms. Kratz,

I have recently completed my review of the results of the audit of health & welfare and pension fund contributions made pursuant to the terms of the collective bargaining agreement with Teamsters Local 355 for the years 2006 and 2007 and conducted by the funds' auditor.

My review indicates the following:

   Under-contributed to the Health & Welfare Fund: $1412.86
   Over-contributed to the Pension Fund: $4.62

Supporting documentation for these calculations is enclosed.

The principal discrepancy between the audit's report and my review is the auditor's incorrect assumption that contributions are due and owing on overtime hours. The collective bargaining agreement pursuant to which health & welfare and pension fund contributions are made limits contributions to straight-time hours only. In addition, the auditor apparently counted holiday hours twice (counting both the pay for hours worked and the premium paid for having worked on a holiday). These issues were previously addressed in my letter to you dated March 30, 2009.

Of course, any claim for amounts due and owing for the years 2006 and 2007 would be a claim arising prior to the Company's December 8, 2008 filing of a voluntary petition under chapter 11 of title 11 of the United States Bankruptcy Code, which is being jointly administered with petitions filed by other Tribune businesses under Case No. 08-13141-KJC by Presiding Judge Kevin J. Carey.

Please contact me if you have any questions regarding this letter or the enclosures.

Sincerely,

Donna Schultheis
Payroll Manager

Encl.

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| First Name | Last Name | Date | Adjustment H&W | Adjustment Pension | Amount Owed H&W | Amount Owed Pension |
|---|---|---|---|---|---|---|
| Joseph | Allen | 2007, Jan | 7.50 | 7.50 | $ 32.70 | $ 15.75 |
| | **Allen Total** | | **7.50** | **7.50** | **$ 32.70** | **$ 15.75** |
| | | | | | | |
| Stanley | Anderson | 2006, Sept | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| Stanley | Anderson | 2007, Jan | 2.50 | | $ 10.90 | $ - |
| | **Anderson Total** | | **5.00** | **2.50** | **$ 21.80** | **$ 5.25** |
| | | | | | | |
| Bradley | Baker | 2006, July | -2.50 | -2.50 | $ (10.90) | $ (5.25) |
| Bradley | Baker | 2006, June | 15.00 | 2.00 | $ 65.40 | $ 4.20 |
| Bradley | Baker | 2006, Oct | -7.50 | -7.50 | $ (32.70) | $ (15.75) |
| | **Baker Total** | | **5.00** | **-8.00** | **$ 21.80** | **$ (16.80)** |
| | | | | | | |
| William | Barbour | 2006, Jan | 5.00 | | $ 21.80 | $ - |
| William | Barbour | 2006, May | -6.50 | -6.50 | $ (28.34) | $ (13.65) |
| William | Barbour | 2007, Dec | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| William | Barbour | 2007, Jan | 10.00 | | $ 43.60 | $ - |
| William | Barbour | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| | **Barbour Total** | | **18.50** | **-1.50** | **$ 80.66** | **$ (3.15)** |
| | | | | | | |
| James | Bethea | 2006, Jan | -0.75 | -0.75 | $ (3.27) | $ (1.58) |
| James | Bethea | 2006, Mar | 3.00 | 3.00 | $ 13.08 | $ 6.30 |
| James | Bethea | 2007, Jan | -1.00 | -1.00 | $ (4.36) | $ (2.10) |
| James | Bethea | 2007, Sept | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| | **Bethea Total** | | **0.75** | **0.75** | **$ 3.27** | **$ 1.58** |
| | | | | | | |
| Council | Boulware | 2006, April | -15.00 | -15.00 | $ (65.40) | $ (31.50) |
| Council | Boulware | 2006, Aug | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| Council | Boulware | 2006, Dec | 1.25 | 1.25 | $ 5.45 | $ 2.63 |
| Council | Boulware | 2006, July | -22.50 | -22.50 | $ (98.10) | $ (47.25) |
| Council | Boulware | 2006, June | 4.50 | -4.25 | $ 19.62 | $ (8.93) |
| Council | Boulware | 2006, Oct | -22.50 | -22.50 | $ (98.10) | $ (47.25) |
| Council | Boulware | 2007, Jan | 5.00 | | $ 21.80 | $ - |
| Council | Boulware | 2007, June | 7.50 | 7.50 | $ 32.70 | $ 15.75 |
| Council | Boulware | 2007, May | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| | **Boulware Total** | | **-41.25** | **-55.00** | **$ (179.85)** | **$ (115.50)** |
| | | | | | | |
| Robert | Brown | 2006, Jan | 7.00 | 2.00 | $ 30.52 | $ 4.20 |
| Robert | Brown | 2006, Sept | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| | **Brown Total** | | **9.50** | **4.50** | **$ 41.42** | **$ 9.45** |
| | | | | | | |
| Robert | Bullock | 2007, June | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| | **Bullock Total** | | **0.50** | **0.50** | **$ 2.18** | **$ 1.05** |
| | | | | | | |
| Walter | Carr Jr. | 2006, Nov | -7.50 | -7.50 | $ (32.70) | $ (15.75) |
| Walter | Carr Jr. | 2007, Feb | -150.00 | -150.00 | $ (654.00) | $ (315.00) |
| | **Carr Jr. Total** | | **-157.50** | **-157.50** | **$ (686.70)** | **$ (330.75)** |
| | | | | | | |
| George | Cassidy | 2006, Dec | 3.50 | -1.00 | $ 15.26 | $ (2.10) |
| George | Cassidy | 2006, Sept | 1.50 | -2.50 | $ 6.54 | $ (5.25) |

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| First Name | Last Name | Date | Adjustment H&W | Adjustment Pension | Amount Owed H&W | Amount Owed Pension |
|---|---|---|---|---|---|---|
| George | Cassidy | 2007, June | -2.50 | 2.50 | $ (10.90) | $ 5.25 |
| George | Cassidy | 2007, May | -0.25 | -0.25 | $ (1.09) | $ (0.53) |
| | **Cassidy Total** | | 2.25 | -1.25 | $ 9.81 | $ (2.63) |
| Lonzie | Champion | 2006, June | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Lonzie | Champion | 2006, May | -32.50 | -32.50 | $ (141.70) | $ (68.25) |
| Lonzie | Champion | 2007, Jan | 5.00 | | $ 21.80 | $ - |
| Lonzie | Champion | 2007, Oct | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| | **Champion Total** | | -12.50 | -27.50 | $ (54.50) | $ (57.75) |
| Edward | Connolly | 2006, July | 7.50 | | $ 32.70 | $ - |
| Edward | Connolly | 2006, June | 7.50 | 2.00 | $ 32.70 | $ 4.20 |
| Edward | Connolly | 2006, Sept | 2.00 | 0.00 | $ 8.72 | $ - |
| Edward | Connolly | 2007, Jan | 11.50 | 2.00 | $ 50.14 | $ 4.20 |
| Edward | Connolly | 2007, Oct | 9.50 | 2.00 | $ 41.42 | $ 4.20 |
| | **Connolly Total** | | 38.00 | 6.00 | $ 165.68 | $ 12.60 |
| George | Connor | 2006, Dec | 0.75 | 0.75 | $ 3.27 | $ 1.58 |
| George | Connor | 2006, Jan | 2.00 | 2.00 | $ 8.72 | $ 4.20 |
| George | Connor | 2006, Mar | -0.25 | -0.25 | $ (1.09) | $ (0.53) |
| George | Connor | 2006, May | -6.00 | -6.00 | $ (26.16) | $ (12.60) |
| George | Connor | 2007, Dec | 7.50 | | $ 32.70 | $ - |
| George | Connor | 2007, July | 2.00 | -5.50 | $ 8.72 | $ (11.55) |
| | **Connor Total** | | 6.00 | -9.00 | $ 26.16 | $ (18.90) |
| Bernard | Derrien | 2007, April | 36.00 | 36.00 | $ 156.96 | $ 75.60 |
| | **Derrien Total** | | 36.00 | 36.00 | $ 156.96 | $ 75.60 |
| Bennett | Downs | 2006, Jan | 5.50 | | $ 23.98 | $ - |
| Bennett | Downs | 2006, July | 5.00 | | $ 21.80 | $ - |
| | **Downs Total** | | 10.50 | 0.00 | $ 45.78 | $ - |
| Donald | Drumheller | 2006, Feb | 37.50 | 37.50 | $ 163.50 | $ 78.75 |
| | **Drumheller Total** | | 37.50 | 37.50 | $ 163.50 | $ 78.75 |
| Lester | Faltz | 2006, April | 17.80 | 17.80 | $ 77.61 | $ 37.38 |
| Lester | Faltz | 2006, Sept | 13.75 | 13.75 | $ 59.95 | $ 28.88 |
| Lester | Faltz | 2006, Dec | 17.00 | 17.00 | $ 74.12 | $ 35.70 |
| Lester | Faltz | 2006, Aug | 3.00 | 3.00 | $ 13.08 | $ 6.30 |
| Lester | Faltz | 2006, July | 27.65 | 27.65 | $ 120.55 | $ 58.07 |
| Lester | Faltz | 2006, Mar | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Lester | Faltz | 2006, May | 50.75 | 50.75 | $ 221.27 | $ 106.58 |
| Lester | Faltz | 2006, June | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Lester | Faltz | 2007, June | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Lester | Faltz | 2007, Oct | -4.00 | -4.00 | $ (17.44) | $ (8.40) |
| | **Faltz Total** | | 127.45 | 127.45 | $ 555.68 | $ 267.65 |
| Jason | Garcia | 2006, June | 0.75 | 0.75 | $ 3.27 | $ 1.58 |
| Jason | Garcia | 2007, Sept | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| | **Garcia Total** | | 1.25 | 1.25 | $ 5.45 | $ 2.63 |

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| First Name | Last Name | Date | Adjustment H&W | Adjustment Pension | Amount Owed H&W | Amount Owed Pension |
|---|---|---|---|---|---|---|
| Estate of | Gibson, Gene | 2007, Jan | 5.00 | | $ 21.80 | $ - |
| | **Gibson, Gene Total** | | **5.00** | **0.00** | **$ 21.80** | **$ -** |
| | | | | | | |
| Gordon | Greene | 2006, Aug | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| Gordon | Greene | 2006, Sept | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| Gordon | Greene | 2007, Dec | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| | **Greene Total** | | **1.00** | **1.00** | **$ 4.36** | **$ 2.10** |
| | | | | | | |
| William | Greeson | 2006, Aug | -10.00 | -10.00 | $ (43.60) | $ (21.00) |
| William | Greeson | 2006, July | 9.50 | 2.00 | $ 41.42 | $ 4.20 |
| William | Greeson | 2007, July | -6.00 | -13.50 | $ (26.16) | $ (28.35) |
| William | Greeson | 2007, Sept | -19.00 | -19.00 | $ (82.84) | $ (39.90) |
| | **Greeson Total** | | **-25.50** | **-40.50** | **$ (111.18)** | **$ (85.05)** |
| | | | | | | |
| Francis | Harvey | 2006, Oct | 10.00 | 10.00 | $ 43.60 | $ 21.00 |
| | **Harvey Total** | | **10.00** | **10.00** | **$ 43.60** | **$ 21.00** |
| | | | | | | |
| William | Hasson | 2006, April | -1.00 | -1.00 | $ (4.36) | $ (2.10) |
| William | Hasson | 2006, Mar | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| William | Hasson | 2006, May | 0.10 | 0.10 | $ 0.44 | $ 0.21 |
| William | Hasson | 2007, Oct | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| | **Hasson Total** | | **-0.40** | **-0.40** | **$ (1.74)** | **$ (0.84)** |
| | | | | | | |
| Stephen | Hertsch | 2006, June | 7.50 | 7.50 | $ 32.70 | $ 15.75 |
| Stephen | Hertsch | 2006, May | -1.00 | -1.00 | $ (4.36) | $ (2.10) |
| Stephen | Hertsch | 2007, Dec | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Stephen | Hertsch | 2007, Jan | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| Stephen | Hertsch | 2007, June | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| | **Hertsch Total** | | **6.00** | **6.00** | **$ 26.16** | **$ 12.60** |
| | | | | | | |
| Benjamin | James | 2006, July | 5.00 | | $ 21.80 | $ - |
| Benjamin | James | 2007, Jan | 5.00 | | $ 21.80 | $ - |
| Benjamin | James | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| | **James Total** | | **12.50** | **2.50** | **$ 54.50** | **$ 5.25** |
| | | | | | | |
| Thomas | Jenkins | 2006, Aug | 0.25 | 0.25 | $ 1.09 | $ 0.53 |
| | **Jenkins Total** | | **0.25** | **0.25** | **$ 1.09** | **$ 0.53** |
| | | | | | | |
| Brian | Jones | 2006, April | -2.00 | -2.00 | $ (8.72) | $ (4.20) |
| | **Jones Total** | | **-2.00** | **-2.00** | **$ (8.72)** | **$ (4.20)** |
| | | | | | | |
| Larry | Knill | 2006, Aug | 0.25 | 0.25 | $ 1.09 | $ 0.53 |
| Larry | Knill | 2006, Dec | | -5.00 | $ - | $ (10.50) |
| Larry | Knill | 2006, Jan | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Larry | Knill | 2006, May | -1.00 | -1.00 | $ (4.36) | $ (2.10) |
| Larry | Knill | 2007, Dec | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Larry | Knill | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| | **Knill Total** | | **9.75** | **-0.25** | **$ 42.51** | **$ (0.52)** |

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| First Name | Last Name | Date | Adjustment H&W | Adjustment Pension | Amount Owed H&W | Amount Owed Pension |
|---|---|---|---|---|---|---|
| John | Lehman | 2006, Aug | -4.50 | -4.50 | $ (19.62) | $ (9.45) |
| John | Lehman | 2006, Sept | -37.50 | -37.50 | $ (163.50) | $ (78.75) |
| John | Lehman | 2007, June | -5.00 |  | $ (21.80) | $ - |
|  | **Lehman Total** |  | **-47.00** | **-42.00** | **$ (204.92)** | **$ (88.20)** |
| Donald | Liggins | 2007, June | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Donald | Liggins | 2007, Dec | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Donald | Liggins | 2007, Oct | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
|  | **Liggins Total** |  | **22.50** | **7.50** | **$ 98.10** | **$ 15.75** |
| Francis | Maggitti | 2006, July | 0.50 |  | $ 2.18 | $ - |
| Francis | Maggitti | 2007, July | -0.25 | -0.25 | $ (1.09) | $ (0.53) |
| Francis | Maggitti | 2007, Oct | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
|  | **Maggitti Total** |  | **7.75** | **2.25** | **$ 33.79** | **$ 4.73** |
| Ronald | McNair | 2006, April | 2.25 | 2.25 | $ 9.81 | $ 4.73 |
| Ronald | McNair | 2006, Jan | -7.25 | -7.25 | $ (31.61) | $ (15.23) |
| Ronald | McNair | 2006, July | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| Ronald | McNair | 2006, May | 4.25 | 4.25 | $ 18.53 | $ 8.93 |
| Ronald | McNair | 2007, Dec | 32.75 | 32.75 | $ 142.79 | $ 68.78 |
|  | **McNair Total** |  | **33.00** | **33.00** | **$ 143.88** | **$ 69.30** |
| Brian | Morgan | 2006, June | -30.00 | -35.00 | $ (130.80) | $ (73.50) |
| Brian | Morgan | 2006, Dec |  | -5.00 | $ - | $ (10.50) |
| Brian | Morgan | 2007, Jan | 5.00 |  | $ 21.80 | $ - |
| Brian | Morgan | 2007, Oct | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
|  | **Morgan Total** |  | **-17.50** | **-37.50** | **$ (76.30)** | **$ (78.75)** |
| Michael | Nelson | 2006, Jan | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Michael | Nelson | 2007, Jan | 5.00 | 0.00 | $ 21.80 | $ - |
| Michael | Nelson | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
|  | **Morgan Total** |  | **15.00** | **5.00** | **$ 65.40** | **$ 10.50** |
| Rodney | Nelson | 2006, Aug | 13.75 | 13.75 | $ 59.95 | $ 28.88 |
| Rodney | Nelson | 2006, Jan | 7.25 | 7.25 | $ 31.61 | $ 15.23 |
| Rodney | Nelson | 2007, June | -7.25 | -7.25 | $ (31.61) | $ (15.23) |
|  | **Nelson Total** |  | **28.75** | **18.75** | **$ 59.95** | **$ 28.88** |
| Dennis | Oliver | 2006, Aug | -0.25 | -0.25 | $ (1.09) | $ (0.53) |
| Dennis | Oliver | 2006, June | 7.25 | 7.25 | $ 31.61 | $ 15.23 |
|  | **Oliver Total** |  | **7.00** | **7.00** | **$ 30.52** | **$ 14.70** |
| Charles | Paylor | 2006, Aug | 10.00 | 10.00 | $ 43.60 | $ 21.00 |
|  | **Paylor Total** |  | **10.00** | **10.00** | **$ 43.60** | **$ 21.00** |
| Kevin | Phipps, K | 2006, July | -3.50 | -3.50 | $ (15.26) | $ (7.35) |
| Kevin | Phipps, K | 2007, Nov | -15.00 | -15.00 | $ (65.40) | $ (31.50) |
|  | **Phipps, K Total** |  | **-18.50** | **-18.50** | **$ (80.66)** | **$ (38.85)** |
| Marcus | Phipps, M | 2006, Dec | 1.00 | 1.00 | $ 4.36 | $ 2.10 |

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| First Name | Last Name | Date | Adjustment H&W | Adjustment Pension | Amount Owed H&W | Amount Owed Pension |
|---|---|---|---|---|---|---|
| Marcus | Phipps, M | 2006, July | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
|  | **Phipps, M Total** |  | **3.50** | **3.50** | **$ 15.26** | **$ 7.35** |
|  |  |  |  |  |  |  |
| Phillip | Pundt | 2006, April | 1.25 | 1.25 | $ 5.45 | $ 2.63 |
| Phillip | Pundt | 2006, Aug | 6.00 | 6.00 | $ 26.16 | $ 12.60 |
| Phillip | Pundt | 2007, Dec | 2.75 | 2.75 | $ 11.99 | $ 5.78 |
| Phillip | Pundt | 2007, Nov | 13.00 | 13.00 | $ 56.68 | $ 27.30 |
|  | **Pundt Total** |  | **23.00** | **23.00** | **$ 100.28** | **$ 48.30** |
|  |  |  |  |  |  |  |
| Kevin | Ragland | 2007, July | 4.50 | 2.75 | $ 19.62 | $ 5.78 |
| Kevin | Ragland | 2007, June | -0.25 | -0.25 | $ (1.09) | $ (0.53) |
| Kevin | Ragland | 2007, Nov | 8.25 | 8.25 | $ 35.97 | $ 17.33 |
|  | **Ragland Total** |  | **12.50** | **10.75** | **$ 54.50** | **$ 22.58** |
|  |  |  |  |  |  |  |
| Carroll | Robinson | 2006, Aug | 37.50 | 37.50 | $ 163.50 | $ 78.75 |
| Carroll | Robinson | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
|  | **Robinson Total** |  | **40.00** | **40.00** | **$ 174.40** | **$ 84.00** |
|  |  |  |  |  |  |  |
| Harless | Rowe | 2007, July | 2.50 | -2.50 | $ 10.90 | $ (5.25) |
| Harless | Rowe | 2007, Oct | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
|  | **Rowe Total** |  | **10.00** | **0.00** | **$ 43.60** | **$ -** |
|  |  |  |  |  |  |  |
| James | Sawyer | 2006, Jan | 2.50 |  | $ 10.90 | $ - |
| James | Sawyer | 2006, July | 6.25 | -2.00 | $ 27.25 | $ (4.20) |
| James | Sawyer | 2006, June | 9.50 | 2.00 | $ 41.42 | $ 4.20 |
| James | Sawyer | 2006, Sept | 2.00 | 2.00 | $ 8.72 | $ 4.20 |
| James | Sawyer | 2007, Jan | 6.50 |  | $ 28.34 | $ - |
| James | Sawyer | 2007, June | 1.50 |  | $ 6.54 | $ - |
| James | Sawyer | 2007, Nov | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| James | Sawyer | 2007, Oct | 9.50 | 2.00 | $ 41.42 | $ 4.20 |
|  | **Sawyer Total** |  | **38.25** | **4.50** | **$ 166.77** | **$ 9.45** |
|  |  |  |  |  |  |  |
| Frank | Serruto | 2006, July | 5.00 |  | $ 21.80 | $ - |
| Frank | Serruto | 2006, June | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Frank | Serruto | 2007, Dec | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Frank | Serruto | 2007, June | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
|  | **Serruto Total** |  | **22.50** | **7.50** | **$ 98.10** | **$ 15.75** |
|  |  |  |  |  |  |  |
| Guy | Sheetz | 2006, Aug | -7.50 | -7.50 | $ (32.70) | $ (15.75) |
| Guy | Sheetz | 2006, July | -7.50 | -7.50 | $ (32.70) | $ (15.75) |
| Guy | Sheetz | 2006, Mar | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Guy | Sheetz | 2007, July | 2.50 | -2.50 | $ 10.90 | $ (5.25) |
|  | **Sheetz Total** |  | **-5.00** | **-15.00** | **$ (21.80)** | **$ (31.50)** |
|  |  |  |  |  |  |  |
| Douglas | Thomas | 2006, Nov | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| Douglas | Thomas | 2006, Oct | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
|  | **Thomas Total** |  | **0.00** | **0.00** | **$ -** | **$ -** |
|  |  |  |  |  |  |  |
| James | Tighe | 2006, Dec | 1.50 | 1.50 | $ 6.54 | $ 3.15 |
| James | Tighe | 2006, July | 5.00 |  | $ 21.80 | $ - |

Truck Drivers and Helpers Local 355 Trust Funds Audit Review for 2006 - 2007

| | | | Adjustment | | Amount Owed | |
|---|---|---|---|---|---|---|
| First Name | Last Name | Date | H&W | Pension | H&W | Pension |
| James | Tighe | 2006, Sept | 2.50 | 2.50 | $ 10.90 | $ 5.25 |
| James | Tighe | 2007, July | 2.50 | -2.50 | $ 10.90 | $ (5.25) |
| | **Tighe Total** | | **11.50** | **1.50** | **$ 50.14** | **$ 3.15** |
| | | | | | | |
| Norman Java | Vann | 2006, July | 1.25 | 1.25 | $ 5.45 | $ 2.63 |
| Norman Java | Vann | 2006, Oct | -2.00 | -2.00 | $ (8.72) | $ (4.20) |
| Norman Java | Vann | 2007, April | -1.00 | -1.00 | $ (4.36) | $ (2.10) |
| Norman Java | Vann | 2007, Feb | -52.50 | -52.50 | $ (228.90) | $ (110.25) |
| Norman Java | Vann | 2007, May | 38.50 | 38.50 | $ 167.86 | $ 80.85 |
| | **Vann Total** | | **-15.75** | **-15.75** | **$ (68.67)** | **$ (33.08)** |
| | | | | | | |
| John | Watson | 2006, Dec | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| John | Watson | 2006, June | 7.50 | 7.50 | $ 32.70 | $ 15.75 |
| John | Watson | 2006, Sept | -5.50 | -0.50 | $ (23.98) | $ (1.05) |
| John | Watson | 2007, April | 0.75 | 0.75 | $ 3.27 | $ 1.58 |
| John | Watson | 2007, Aug | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| John | Watson | 2007, Jan | 5.00 | | $ 21.80 | $ - |
| John | Watson | 2007, July | 2.50 | -2.50 | $ 10.90 | $ (5.25) |
| John | Watson | 2007, June | -15.00 | -15.00 | $ (65.40) | $ (31.50) |
| John | Watson | 2007, Mar | 7.25 | 7.25 | $ 31.61 | $ 15.23 |
| John | Watson | 2007, Sept | 1.00 | 1.00 | $ 4.36 | $ 2.10 |
| | **Watson Total** | | **12.00** | **2.00** | **$ 52.32** | **$ 4.20** |
| | | | | | | |
| Dennis | Williams | 2007, Dec | -0.50 | -0.50 | $ (2.18) | $ (1.05) |
| Dennis | Williams | 2007, June | 15.00 | 15.00 | $ 65.40 | $ 31.50 |
| Dennis | Williams | 2007, Nov | 22.25 | 22.25 | $ 97.01 | $ 46.73 |
| Dennis | Williams | 2007, Sept | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| | **Williams Total** | | **44.25** | **39.25** | **$ 192.93** | **$ 82.43** |
| | | | | | | |
| Dennis | Williams - 88473 | 2006, Aug | -22.75 | -22.75 | $ (99.19) | $ (47.78) |
| Dennis | Williams - 88473 | 2006, July | 5.00 | 5.00 | $ 21.80 | $ 10.50 |
| | **Williams - 88473 Total** | | **-17.75** | **-17.75** | **$ (77.39)** | **$ (37.28)** |
| | | | | | | |
| Perry | Ziegler | 2006, July | 5.00 | | $ 21.80 | $ - |
| Perry | Ziegler | 2006, Sept | 7.50 | 2.50 | $ 32.70 | $ 5.25 |
| Perry | Ziegler | 2007, Dec | -7.50 | -7.50 | $ (32.70) | $ (15.75) |
| Perry | Ziegler | 2007, July | 2.50 | -2.50 | $ 10.90 | $ (5.25) |
| Perry | Ziegler | 2007, Mar | 0.50 | 0.50 | $ 2.18 | $ 1.05 |
| | **Ziegler Total** | | **8.00** | **-7.00** | **$ 34.88** | **$ (14.70)** |
| | | | | | | |
| | **Grand Total** | | **324.05** | **-2.20** | **$ 1,412.86** | **$ (4.62)** |