**EXHIBIT K**

**JUNE 11, 2012 LETTER**



**THE BALTIMORE SUN**
A TRIBUNE PUBLISHING COMPANY

501 N. Calvert Street
P.O. Box 1377
Baltimore, Maryland 21278-0001
tel: 410/332-6000
800/829-8000

<u>By facsimile to (410) 828-4447 and U.S. Mail</u>

June 11, 2012

Travis T. Klein
Handwerger, Cardegna, Funkhouser & Lorman, P.A.
1104 Kenilworth Drive, Suite 300
Towson, MD 21204

Re: payroll audit relating to contributions to the Teamsters Local 355 Health and Welfare Fund and the Teamsters Local 355 Pension Fund

Dear Mr. Klein,

I am writing in response to your June 6, 2012 e-mail to Donna Schultheis relating to your recent audit of The Baltimore Sun Company's 2010 - 2011 contributions to the Local 355 pension and health and welfare funds. We dispute the results of your audit.

Your audit results are written as if The Sun were obligated under the applicable collective bargaining agreement to make contributions on "overtime" hours as well as "straight-time" hours. In fact, the collective bargaining agreement requires contributions only for "straight-time" hours paid to each employee.

You suggest that a question of interpretation exists over the meaning of "straight-time" hours. We disagree. The language of the collective bargaining agreement is clear and unequivocal and neither you nor the Union can ignore the clear-cut contractual language.

If your audit seeks additional contributions for reasons other than the Funds' attempts to claim contributions for overtime hours, please let us know, and we will investigate.

Sincerely,

*Ann Barnes*

Ann W. Barnes
Labor Relations Director