## EXHIBIT B

## PROTECTION ONE CLAIM

B10(Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court _____ District of___ DELAWARE ___ | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>**TRIBUNE COMPANY** | CHAPTER 11<br>Case Number<br>**08-13141 (KCJ)** |

NOTE: This form should not be used to make a claim for an administrative expense arising after commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to U.S.C § 503.

| | |
|---|---|
| Name of Creditor<br>*(The person or entity to whom the debtor owes money or property)*<br>**PROTECTION ONE** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statements giving particulars. |
| Name and Addresses Where Notices Should be Sent<br><br>**PROTECTION ONE<br>c/o CREDITORS BANKRUPTCY SERVICE<br>P. O. BOX 740933<br>DALLAS, TX   75374<br>    (972) 644-1127**<br>Telephone No. | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br><br>**XXXX2386** | Check here if this claim: ☐ replaces a previously filed claim, dated: _____<br>☐ amends |
|---|---|

**1. BASIS FOR CLAIM:**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ to _____
           (date)                                    (date)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____
UNSECURED NONPRIORITY CLAIM $ __2,679.97__
☒ A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim

☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier--11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan--U.S.C. § 507(a)(4)
☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § 507(a)(6)
☐ Taxes or penalties of government units-- 11 U.S.C. § 507(a)(6)
☐ Other--11 U.S.C. § § 507(a)(2),(a)(5)-Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$ __2,679.97__ (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   $ __2,679.97__ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| | | |
|---|---|---|
| 6. CREDITS AND SETOFFS: TI of making this proof of claim | Filed: USBC - District of Delaware<br>Tribune Company, Et Al.<br>08-13141 (KJC)     0000002960 | d and deducted for the purpose that claimant owes to debtor. |
| 7. SUPPORTING DOCUMENTS invoices, itemized statement the documents are not availa | [barcode] | missory notes, purchase orders, vidence of security interests. If summary. |
| 8. TIME-STAMPED COPY: To r envelope and copy of this pr | | close a stamped, self-addressed |

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

**MAY 1 8 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date<br><br>**05/14/09** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power attorney, if any)<br><br>[signature]<br>**D. M. MASON - AGENT** |
|---|---|

1549108

*Penalty for presenting fradulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C § § 152 and 3571.*

## MASterMind Business – Version 6.18.01 (12)    _ □ ×

Function   Command   Report   Help

| THE HARTFORD COURANT | Branch **11665**-Connecticut | | THE HARTFORD COURANT | Branch **11665**-Connectici | (1) |
| 285 BROAD ST | A/R **1,463.60** | | 40 SOUTH STREET | CS# **891-5385** | |
| ATTN: LISA CARDINI | Status Inactive | | | Status Inactive | |
| HARTFORD CT 06115-3785 | Type Protection One | ☺ | NEW BRITAIN CT 06051-0000 | Type Commercial | |
| Level Inactive 45 Day Call | Customer#  2386   1 Site | | RETAIL CXL | Time 2:56pm   1 Customer | |

### A/R History    arhist ×

| 0-29 | 30-59 | 60-89 | 90-119 | 120-149 | 150-179 | 180-209 | 210-239 | Unapplied | Deposit |
|------|-------|-------|--------|---------|---------|---------|----------|-----------|---------|
| | | 1,374.97 | 50.88 | 37.75 | | | | | |

Start Date | 3/7/2001    — View —
End Date |

(•) Balance Forward    ☐ Debits Only      Site Summary
( ) Application       ☐ Credits Only
( ) Site Application    ☐ Open Items Only      Print History
              ☑ Include Reversals and Transfers    Balance    **1,463.60**

---

## MASterMind Business – Version 6.18.01 (12)    _ □ ×

Function   Command   Report   Help

| TRIBUNE NEWSPAPER | Branch **11305**-Phoenix | | TRIBUNE NEWSPAPER | Branch **11305**-Phoenix | (4) |
| 2873 N NEVADA | A/R **1,216.37** | | 2873 N NEVADA | CS# **CN1 5487** | |
| | Status Active | | | Status Active | |
| CHANDLER AZ 85225 | Type Protection One | ☺ | CHANDLER AZ 85225 | Type Commercial | |
| Level | Customer#  3582  1 Site | | | Time 11:50am   1 Customer | |

### A/R History    arhist ×

| 0-29 | 30-59 | 60-89 | 90-119 | 120-149 | 150-179 | 180-209 | 210-239 | Unapplied | Deposit |
|------|-------|-------|--------|---------|---------|---------|----------|-----------|---------|
| 609.73 | | | 606.64 | | | | | | |

Start Date |    — View —
End Date |

( ) Balance Forward    ☐ Debits Only      Site Summary
(•) Application       ☐ Credits Only
( ) Site Application    ☐ Open Items Only      Print History
              ☑ Include Reversals and Transfers    Balance    **1,216.37**

CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX  75374
972/644-1127


Dated: 05/14/09

UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF DELAWARE
U.S. COURTHOUSE
824 MARKET ST, STE 850
WILMINGTON, DE 19801


Re:    TRIBUNE COMPANY
Case # 08-13141 (KCJ)

Please file the enclosed Proof of Claim and return the file-stamped Creditor's copy in the stamped, self-addressed envelope also enclosed.  Thank you for your assistance.

Thank you for your prompt attention.

_____
Creditor's Agent

CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX   75374
972/644-1127

Dated: 05/14/09

UNITED STATES BANKRUPTCY COURT
FOR THE   DISTRICT OF DELAWARE
U.S. COURTHOUSE
824 MARKET ST, STE 850
WILMINGTON, DE 19801

Re: Case #        08-13141 (KCJ)

    Debtor        TRIBUNE COMPANY

Please correct the creditor's address on this case as
shown below for all checks and notices.

PROTECTION ONE
P.O. Box 740933
Dallas, TX   75374

Thank you for your prompt attention.

_____
          D. M. Mason
Creditor's Authorized Agent



**CBS** Creditors Bankruptcy Service®

9441 LBJ Freeway • Suite 605 • Dallas, Texas 75243

RETURN SERVICE REQUESTED

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.61°
02 1M
0004214042    MAY 15  2009
MAILED FROM ZIP CODE 75243

Tribune Company Claims Processing Ctr
c/o Epiq Bankruptcy Sltr
FDR Station
P.O. Box 5069
New York, NY

10150-5069

10150-5069 BCS