# EXHIBIT C

## STD Policy

CALIFORNIA

# TRIBUNE

## SHORT-TERM DISABILITY POLICY

Revised July 30, 2004

## 1. In General[1]

Tribune Company's Short-Term Disability (STD) Policy is designed to continue a percentage of your pay during a qualifying temporary disability. The STD policy provides you with pay continuation for up to 26 weeks starting on the eighth consecutive day after you are temporarily disabled. For purposes of this policy, disability means the complete inability to perform the duties of your regular position, due to an illness or injury. In order to be approved for STD benefits, you must meet the eligibility requirements described below, satisfactorily complete the necessary forms, and have your disability verified by an approved medical doctor.

If you are still disabled after 27 weeks, you may be eligible for Long-Term Disability (LTD) benefits. For information on LTD, consult the Benefits Service Center at 1 (800) 872-2222.

If your injury or illness occurs **while working**, you need to inform Human Resources of the circumstances surrounding your injury or illness, as you may be eligible for workers' compensation.

**The following is a summary of the major provisions of the Tribune STD policy. This summary applies to eligible full-time employees of Tribune Company and its business units. Please note that there may be some provisions of this policy that do not apply to certain business units and union-represented employees. If you have any questions about this policy, please contact Human Resources.**

## 2. Eligibility

Effective January 1, 2002, employees eligible for STD benefits are those with at least six months (26 weeks) of continuous full-time service with the Company. For the purpose of this policy, "continuous full-time service" means one consecutive 26-week period of full-time work. This service requirement is waived for any active full-time employees continuously employed full-time since December 31, 2001. For purposes of the policy, you will be considered a full-time employee only if you are classified as a full-time employee on the payroll records of the Company, notwithstanding any subsequent determination by a court of law or governmental agency.

If you suffer an injury or illness prior to being eligible for STD and go on leave, you will not be eligible for an STD benefit for that injury or illness until you have returned to work and met the above eligibility requirement. In no event can you file a claim for STD benefits after you have been terminated from the Company payroll.

## 3. Filing an STD Claim

In order to file an STD claim, you must first notify your Human Resources department. Generally, you must notify the Company of your desire to apply for STD within 30 days of an illness or injury. Once Human Resources is notified of your illness or injury, you will be sent an STD packet. Included in the packet is the STD Initial Application form. Both you and your doctor must complete the form. If you do not sign the form, it cannot be processed. **You must generally return the form within 15 days of receiving the form or your benefits may be denied.**

---

[1] **POLICY CHANGE DISCLAIMER:** Tribune and its affiliates reserve the right to change, amend or terminate the STD policy from time to time, in whole or in part. Should the STD policy ever be terminated, suspended or modified, benefits with respect to claims incurred before the policy's termination, suspension, or modification will generally be paid under its terms in effect prior to termination, suspension or modification.

Tribune has the power to construe and interpret the policy and to determine all questions arising with respect to its administration at its complete discretion, including the power to determine the rights and eligibility of employees, participants and their beneficiaries, and the amount, manner and time of payment of any benefits hereunder, and to remedy ambiguities, inconsistencies, and omissions. Provisions regarding the STD policy set forth in the Tribune Company Disability Plan Summary Plan Description dated 1992 are no longer applicable.

Keep in mind that an approved medical doctor must be actively treating you in order for you to be eligible for STD. For purposes of this policy, an approved medical doctor is defined as a medical doctor, osteopathic physician, podiatrist or dentist. Employees may be treated by other health care professionals, but the Company will not recognize an STD form completed solely by a non-approved medical doctor, including a psychologist, chiropractor, nurse practitioner, social worker or midwife, unless otherwise mandated by law. If you are not under the direct and continuous care of an approved medical doctor or if you are not following a course of treatment prescribed by your healthcare provider, your STD benefit may be denied and/or stopped.

**When your primary disabling diagnosis is a psychiatric one (for example, anxiety, major depression, bipolar disorder), a psychiatrist must complete the STD paperwork in order to receive STD benefits for any STD leave that exceeds 2 weeks.** Thus, if your primary care physician completes your initial STD paperwork for a psychiatric illness and it is deemed likely that your disability will exceed 2 weeks, you must obtain referral/consultation and/or follow-up evaluations from a psychiatrist for ongoing disability determinations. Your treating psychiatrist would then be responsible for completing all subsequent STD extension forms. Failure to do so can lead to a denial or disruption in your disability payments.

The *primary disabling diagnosis* is defined as that diagnosis which is the major diagnosis that prevents you from working. A *psychiatrist* is a medical doctor (M.D. or D.O.) and therefore can provide psychotherapy and/or prescribe medication, whereas a *psychologist* is a PhD and can provide psychotherapy, but, in most states, cannot prescribe medication.

Once Human Resources receives the completed application, the Company will then review your claim and contact your doctor to verify the information, request medical records, and/or ask any questions necessary to certify that you are disabled. Human Resources will notify you of the status of your application for STD benefits and request any additional information needed.

If it appears that your disability will last longer than originally anticipated, you and your doctors must complete an STD Request for Extension form, which you can obtain from Human Resources. The Company will review your claim based on the updated information provided by your doctors. Your STD benefit will be suspended until your STD extension period is approved. Each time your STD is extended, Human Resources will notify you of the additional approval period. If your request for an extension of STD benefits is not approved, you will be notified and may be expected to return to work. You will be asked to submit STD extension forms from each of your treating doctors periodically for benefits to continue.

Pregnancy, including childbirth, abortion or miscarriage, is considered and treated the same as any other disability under this policy. Typically, you receive STD benefits for six weeks after the date of birth of a child, regardless of how you deliver the baby, and after these six weeks, assuming you have no other qualifying disability, you are no longer considered disabled for purposes of this policy and your STD benefit will stop. You may, however, still be eligible for additional unpaid leave under the Family and Medical Leave Act or similar state laws.

If your doctor charges a fee for completing the STD form or sending any necessary medical records to the Company, it is your responsibility to pay the fee. If you do not pay the fee, the processing of your STD claim may be delayed and/or your STD benefits may be denied.

Tribune reserves the right to request that a doctor of its choice examine you at its expense. This is known as an Independent Medical Examination (IME). Failure to submit to an IME will result in the termination of your STD benefits. If you are denied benefits and ask for a reconsideration of that determination, you must do so within 15 days of the denial.

If you become disabled while on vacation, you will be taken off vacation and become eligible for STD benefits, assuming you are otherwise qualified for benefits under this policy.

**4. Waiting Period**

The STD policy provides you with benefits starting on the eighth consecutive calendar day you are disabled and absent from work. During the first seven calendar days of approved STD, known as the "waiting period," in order to receive pay, you must use your sick, personal and vacation days, if available. If you have no remaining sick, personal or vacation days, you will not be paid during the waiting period. In most situations, you are required to exhaust your sick days during the waiting period.

**5. STD Benefit**

No STD benefits will be paid until an approved medical doctor completes the STD certification form and the Company approves you for benefits. The amount of the STD benefit for which you are eligible is based on your eligible compensation and the schedule attached to this policy. For purposes of this policy, "eligible compensation" means your base salary, plus, if applicable, commissions. Commissions are calculated as the average commissions earned during the 12-month period before your disability started. If you had not yet earned commissions for 12 months, commissions will be calculated based on the average commissions earned during all of the months you worked for the Company prior to your disability occurring. Eligible compensation excludes bonuses, stock options, overtime pay, special allowances, etc.

Unless otherwise required by law, any change in the amount of your base salary while you are on STD will not affect your eligible compensation and will not be considered to take effect until you have returned to work.

If your STD benefit is overpaid for any reason, you will be required to repay the excess benefit within 30 days of the Company's notification to you of the overpayment. If permitted by law, the Company may, at its option, deduct the amount of any excess payments from your paychecks.

While you are on STD, whether during the paid or unpaid portion of STD, you will not be paid for any Company holidays or personal days. If you are still certified as disabled but are no longer eligible for STD pay, you will be required to use your remaining sick and personal days, if any.

While you are on leave, the Company may require you to return any Company property that you may have, including laptops and other computers, pagers, cell phones, key cards and badges, and credit cards.

Some states (for example, New York, New Jersey and California) provide state disability benefits. If you are eligible for a state disability benefit, you **must** inform Human Resources of the benefits you receive, and you will only be eligible for an STD benefit so that the **total** benefits you receive from both the Company and the state are equal to the STD benefit you would otherwise receive under the attached Schedule. In other words, the total pay that you receive from state disability benefits and this policy, if any, cannot exceed the benefits set forth in the Schedule. Alternatively, if you receive an STD benefit and then subsequently become eligible for state disability benefits, you will be required to remit the excess benefit back to the Company.

**6. Returning To Work**

When your doctor releases you to return to work, you must have your doctor complete the Return to Work Release form. You must bring the form with you on your first day back to work, give it to your supervisor, and send a copy to Human Resources. If you return to work without a fully completed release form, you will not be permitted to return to work, and your further absences may be unexcused. If you fail to return to work after the conclusion of an authorized leave, you may be considered to have voluntarily resigned your position or terminated.

If you are not yet well enough to return to work at full duty but your doctor has allowed you to return to work with restrictions, contact Human Resources. If the Company is able to accommodate the

3

restrictions, a return to work date would be determined and the Company would expect you to return to work.  Unless otherwise required by law, these restrictions must be temporary and your return to full duty must be anticipated in the near future.  Once you return to work, whether with or without restrictions, full-time or part-time, your STD benefits will stop.  You must generally follow up with your doctor until you are released to full duty.

If your department is not able to accommodate the restrictions, you would continue on STD for as long as possible under this policy or until you are fully released to return to work.  The Company may also work with you to find another position that fits within your restrictions.  You would continue to provide STD extension forms from all treating doctors to verify your disability.  You will be required to submit the STD forms until the earlier of the time that you are able to return to work or are eligible for long-term disability.

This policy is only meant to provide for pay during an otherwise approved leave.  Qualifying for benefits under this policy in no way constitutes a guarantee that you will be eligible for leave or that your position will be held open during your leave.

### 7. Multiple Disability Leaves

If you have been disabled for 27 weeks and during that time you exhaust your benefits under this policy, you will not be eligible for an additional full STD benefit until you have returned to work for six consecutive months.

If following a leave where you collected STD benefits you return to work and you become disabled again **within** two weeks of returning to work, STD benefits will begin again immediately, picking up where you left off on the benefit schedule remaining.  You will not be subject to the waiting period.  If following a leave where you collected STD benefits you return to work, and you become disabled again **after** 2 weeks but within 6 months of returning to work, STD benefits will begin again after another waiting period, picking up where you left off on the benefit schedule remaining.

Disability benefits paid out under a Company business unit policy will be treated as benefits paid out under this policy.  For example, if you collected salary continuation from November 1 through December 31, 2001 under a business unit disability pay policy, and then effective January 1, 2002 became eligible for STD benefits under this policy, the weeks of salary continuation you received during 2001 would count toward the STD benefits you may be eligible to receive under this policy.

### 8. When Benefits Are Not Paid

The following are some additional situations where employees will not be eligible to collect STD benefits:

- if the Company determines that you have recovered from your disability;
- If you have exhausted the maximum number of weeks that you are eligible for STD benefits;
- if you have returned to work, including if you are on restricted duty;
- if your disability is not serious enough to require a doctor's care, including if you require only routine medical care or non-disabling dental care;
- if you apply for STD during an absence due to misconduct or while you are on disciplinary suspension;
- if you become disabled while you are working for another company during the hours you were scheduled to work for the Company;
- after death;
- during an absence for cosmetic surgery not for reconstructive purposes;
- after you no longer work for the Company;
- if you became disabled while engaging in an illegal activity; or

4

- if you become disabled while participating in an insurrection, rebellion, riot or civil disturbance, or
- if you become disabled during any period of military activation (this exclusion does not apply to participants who incur disabilities on account of performing news correspondent duties when assigned to cover acts of war or civil commotion).

Your business unit may also apply certain other eligibility exceptions.  <u>See</u> attached Schedule.

### 9. Payroll Deductions During STD

Since the STD policy is a salary continuation policy, your normal payroll deductions will continue while you receive an STD benefit.  This includes, for example, taxes, social security, insurance, United Way, reimbursement accounts, group legal, retirement savings plan, and Employee Stock Purchase Plan (ESPP).  If you are out on STD but have stopped receiving or exhausted the STD benefit, Human Resources will contact you to let you know whether you will be billed for benefit deductions or have them taken out of your paychecks if they resume in the future.

### 10. Family and Medical Leave Act (FMLA)

While you are out on STD, you may be eligible for leave under the Family and Medical Leave Act (FMLA), the California Pregnancy Disability Leave Law, the California Family Rights Act, and any other applicable state leave laws.  FMLA leave, if any, runs concurrently with STD.  If you have any questions about FMLA, please see Human Resources.

## STD SCHEDULE OF BENEFITS FOR LEGACY TRIBUNE BUSINESS UNITS

### STD SCHEDULE*

| Years of Employment | Weeks at 100% of Pay | Weeks at 60% of Pay |
|---|---|---|
| 6 mos. – 4 years | Weeks 1 through 6 | Weeks 7 through 12 |
| 5 – 9 years | Weeks 1 through 13 | Weeks 14 through 26 |
| 10 or more years | Weeks 1 through 26 | *none* |

\* The schedule begins after the waiting period.

The amount of the STD benefit you are eligible to receive is based on the number of complete years of service at the time you go on leave. For example, if you go out on STD before you have five complete years of service and celebrate your five-year anniversary with the Company while on STD, you will receive STD benefits for up to 12 weeks. If your disability continues longer than 12 weeks, you will receive no further STD benefit; however, you may need to continue to verify your disability for up to 27 weeks in order to be eligible for LTD.

### VACATION

You cannot receive vacation benefits if you are already receiving STD benefits. You may, however, use vacation, sick and personal days if you are out on STD but are not eligible for STD benefits. Except in California where the local business unit policy provides otherwise, at the end of a calendar year while you are out on STD, accrued unused vacation is forfeited and cannot be carried over from one year to the next, and if you have accrued unused vacation when you become eligible for LTD, you will forfeit that vacation unless you return to work in that same calendar year.

In no event can unused sick days, personal days, or holidays be carried over from one year to the next.

### WORKERS' COMPENSATION

If you are injured at work and are eligible for workers' compensation benefits, depending on the amount of workers' compensation benefits you receive, you may not be eligible for any STD benefits. If you receive any STD benefits and then subsequently become eligible for workers' compensation, you may be required to remit the STD benefits back to the Company. In no event can the amount of STD benefits you receive, if any, exceed the amount of STD you would receive under this policy.