# EXHIBIT D

**Earnings Records**

    **D-1: 2003**
    **D-2: 2004**
    **D-3: 2005**
    **D-4: 2006**
    **D-5: 2007**
    **D-6: 2008**
    **D-7: 2009**
    **D-8: 2010**

```
Report ID: TRPAY014                              Tribune Company                                    Page No.     8
Company:   220 KTLA-TV                        EMPLOYEE EARNINGS RECORD                              Run Date 05/09/2013
002417     Bohm,Peter                                                                               Run Time 17:49:44
From: 01/01/2003 Through 12/31/2003

P/E Date Check#  <------ REGULAR ------> <---- OVERTIME ----> <-------- OTHER ---------> <----- Federal ---> <---- State/Loc -->
Dept. ID \FormID  Hours   Earnings        Hours   Earnings    Type  Hours      Earnings    Taxes     Type     Taxes     Type    Deductions   Code   Net Pay
Bus. Unit
EE Grand Total   1,820.00   59,894.40      5.75     283.83          334.75    13,944.83    11,057.84         2,318.85             14,988.47         44,499.13

Total by Type->
<---- Other Hours ----> <------ Other Earnings ------>       Federal Tax          State Tax                Local Tax        <-------- Deductions --------->
  64.00 SX1   32.00 SSP    3159.28 SX1   1053.08 SSP         4332.48 OASDI        519.50 CASDI                                2704.00 10-MEDPRE  509.34 11-DENTAL   16.38 14-VISION
  72.00 HTO   37.75 HPO    2369.43 HTO   1863.48 HPO         1013.24 MEDI        1799.35 CASWT                                1413.88 21-SUPLIF   14.04 22-AD/D      4.16 25-DEPLIF
  38.25 DCK    0.50 DF1    1258.77 DCK      1.50 DF1         5712.12 FWT                                                         5.20 2C-SPADD    48.10 2D-SPLIFE  527.02 31-LTD
  80.00 SVP    8.25 MEA    1400.00 OP2   2632.72 SVP                                                                          9892.50 42-STOCK   100.00 60-HCFSA    46.15 61-DCFSA
   1.00 MAL    1.00 OT2     135.75 MEA      5.00 MAL
                             65.82 OT2
```

D-1

2004

```
Report ID: TRPAY014                                    Tribune Company                                              Page No.   3
Company:   220 KTLA-TV                              EMPLOYEE EARNINGS RECORD                                         Run Date 05/02/2013
 002417    Bohm, Peter                                                                                               Run Time 19:21:58
From: 01/01/2004 Through 12/31/2004

P/E Date Check#  <------ REGULAR ------>  <----- OVERTIME ----->  <--------- OTHER --------->
Dept. ID \FormID    Hours   Earnings    Hours  Earnings  Type  Hours   Earnings                    Gross Pay
Bus. Unit
EE Grand Total     376.00  12,373.79     0.00      0.00         24.00    789.81                   12,637.06

                                                            <---- Federal ---->  <---- State/Loc --->
                                                            Taxes    Type        Taxes    Type        Deductions   Code   Net Pay
                                                            1,715.87             374.73              2,968.97              7,576.49

Total by Type->
<----- Other Hours ----->  <----- Other Earnings ----->   Federal Tax       State Tax         Local Tax        Deductions ------------------------------->
    8.00 SSP  16.00 DCK      263.27 SSP  526.54 DCK        742.11 OASDI    141.02 CASDI                         585.30 10-MEDPRE    97.95 11-DENTAL    3.15 14-VISION
                                                           173.55 MEDI     233.71 CASWT                         271.90 21-SUPLIF    2.70 22-AD/D      0.80 25-DEPLIF
                                                           801.21 FWT                                             1.00 2C-SPADD    9.25 2D-SPLIFE   101.35 31-LTD
                                                                                                               1895.57 42-STOCK
```

D-2

2005

```
Report ID: TRPAY014                                                    Tribune Company                                            Page No.  2
Company:   220 KTLA-TV                                           EMPLOYEE EARNINGS RECORD                                         Run Date 05/01/2013
002417     Bohm,Peter                                                                                                             Run Time 18:11:12
From: 01/01/2005 Through 12/31/2005

P/E Date Check#     <------ REGULAR ----->  <----- OVERTIME ---->  <-------- OTHER -------->            <---- Federal --->  <--- State/Loc --->
Dept. ID \FormID    Hours       Earnings    Hours    Earnings     Type   Hours    Earnings   Gross Pay  Taxes  Type  Taxes   Type    Deductions Code  Net Pay
Bus. Unit
EE Grand Total       0.00          0.00      0.00       0.00               0.00       0.00      0.00           0.00                       0.00         0.00

Total by Type->
<----- Other Hours ----> <------ Other Earnings ------>       Federal Tax    State Tax    Local Tax      Deductions -------------------------------
                  0.00                            0.00        OASDI          CASDI                      10-MEDPRE       11-DENTAL       14-VISION
                                                              MEDI           CASWT                      21-SUPLIF       22-AD/D         25-DEPLIF
                                                              FWT                                       2C-SPADD        2D-SPLIFE       31-LTD
                                                                                                        42-STOCK        00-GARN
```

D-3

2006

Tribune Company
EMPLOYEE EARNINGS RECORD

```
Report ID: TRPAY014                                                                                  Page No.   7
Company:   220 KTLA-TV                                                                               Run Date 05/01/2013
002417     Bohm,Peter                                                                                Run Time 18:06:10
From: 01/01/2006 Through 12/31/2006

P/E Date Check#   <------ REGULAR ------>  <----- OVERTIME ----->  <--------- OTHER --------->                           <---- Federal --->  <---- State/Loc -->
Dept. ID \FormID           Hours  Earnings  Hours       Earnings   Type Hours           Earnings            Gross Pay    Taxes       Type    Taxes       Type     Deductions Code   Net Pay
Bus. Unit
EE Grand Total             768.00  26,813.29  0.25         13.09         1,194.00      24,331.13           47,596.37    5,603.45              964.46             13,282.73         27,745.73

Total by Type->
 <----- Other Hours ----->  <------- Other Earnings ------->             Federal Tax                  State Tax            Local Tax      <-------------- Deductions -------------->
  40.00 SSP    8.00 HTO     1396.51 SSP      279.30 HTO                  2705.44 OASDI                348.18 CASDI                         3568.75 10-MEDPRE    489.75 11-DENTAL    15.75 14-VISION
  66.00 SVP    8.00 HPO     2304.27 SVP      418.96 HPO                   632.72 MEDI                 616.28 CASWT                         1410.25 21-SUPLIF     14.25 22-AD/D       3.75 25-DEPLIF
 102.00 DCK  520.00 ST1     3561.14 DCK    12234.40 ST1                  2265.29 FWT                                                          5.00 2C-SPADD     72.00 2D-SPLIFE    565.67 31-LTD
 440.00 ST6                 4136.55 ST6                                                                                                    7137.56 42-STOCK
```

D-4

2007

Tribune Company
EMPLOYEE EARNINGS RECORD

Report ID: TRPAY014
Company: 220 KTLA-TV
002417 Bohm, Peter
From: 01/01/2007 Through 12/31/2007

| P/E Date Check# | <------ REGULAR ------> Hours Earnings | <------ OVERTIME ------> Hours Earnings | <------- OTHER --------> Type Hours Earnings | Gross Pay | <---- Federal ----> Taxes Type | <---- State/Loc ----> Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Dept. ID \FormID Bus. Unit | | | | | | | | |
| EE Grand Total | 0.00  0.00 | 0.00  0.00 | 92.00  1,183.62 | 1,183.62 | 64.54 | 4.97 | 700.89 | 413.22 |

Total by Type->
<--- Other Hours --->  <------ Other Earnings ------>
80.00 ST6    8.00 HLW   752.10 ST6   287.68 HLW
 4.00 HVP               143.84 HVP

Federal Tax       State Tax        Local Tax
52.31 OASDI       4.97 CASDI
12.23 MEDI

Deductions -----------  Deductions -----------
300.26 10-MEDPRE        50.38 11-DENTAL      4.46 14-VISION
116.30 21-SUPLIF         1.18 22-AD/D        0.30 25-DEPLIF
  0.40 2C-SPADD          5.75 2D-SPLIFE     44.30 31-LTD
177.55 42-STOCK

D-5

2008

Report ID: TRPAY014
Company:
002417
From: 01/01/2008 Through 12/31/2008

Tribune Company
EMPLOYEE EARNINGS RECORD

Page No. 2
Run Date 05/01/2013
Run Time 18:53:17

| P/E Date Check# | <------ REGULAR -----> Hours Earnings | <----- OVERTIME -----> Hours Earnings | <-------- OTHER --------> Type Hours Earnings | Gross Pay | <---- Federal ---> Taxes Type | <--- State/Loc ---> Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Dept. ID \FormID Bus. Unit | | | | | | | | |
| EE Grand Total | 0.00  0.00 | 0.00  0.00 | 0.00  0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total by Type->
<----- Other Hours -----> <------ Other Earnings ------>  Federal Tax    State Tax    Local Tax   <------------------ Deductions ------------------>

D-6

2009

```
Report ID:  TRPAY014                                    Tribune Company                                          Page No.   2
Company:    220 KTLA-TV                            EMPLOYEE EARNINGS RECORD                                      Run Date 05/01/2013
002417      Bohm, Peter                                                                                          Run Time 18:37:15
From: 01/01/2009 Through 12/31/2009

P/E Date Check#  <------ REGULAR ------> <---- OVERTIME -----> <-------- OTHER ----------> 
Dept. ID \FormID  Hours    Earnings      Hours    Earnings      Type   Hours    Earnings     Gross Pay
Bus. Unit
EE Grand Total    80.00    3,052.04       0.00        0.00              0.00        0.00      3,052.04

                                  <------ Federal ----> <---- State/Loc --->
                                  Taxes       Type      Taxes       Type        Deductions   Code     Net Pay
                                  391.52                 85.95                      316.82              2,257.75

Total by Type->
<------ Other Hours ------> <------ Other Earnings ------>  Federal Tax    State Tax      Local Tax    Deductions ----------  Deductions -----------
                                                            176.97 OASDI   31.30 CASDI                 172.38 10-MEDPRE        26.26 11-DENTAL        8.12 14-VISION
                                                             41.39 MEDI   54.65 CASWT                 100.39 21-SUPLIF         0.55 22-AD/D          0.08 25-DEPLIF
                                                            173.16 FWT                                  0.18 2C-SPADD          2.75 2D-SPLIFE        7.61 30-STD
                                                                                                        23.50 31-LTD          25.00 00-NETPAY
```

D-7

*2010*

```
Report ID: TRPAY014                                   Tribune Company                            Page No.  2
Company:   220 KTLA-TV                          EMPLOYEE EARNINGS RECORD                         Run Date 05/01/2013
002417     Bohm,Peter                                                                            Run Time 19:00:50
From: 01/01/2010 Through 12/31/2010

P/E Date Check#  <------ REGULAR -----> <----- OVERTIME ----> <-------- OTHER ---------> <---- Federal ---> <---- State/Loc -->
Dept. ID \FormID Hours    Earnings      Hours   Earnings   Type Hours   Earnings          Gross Pay   Taxes    Type    Taxes  Type   Deductions  Code   Net Pay
Bus. Unit
  EE Grand Total  0.00      0.00         0.00    0.00          0.00       500.00            500.00   163.25           38.50                  0.00       298.25

Total by Type->
<----- Other Hours -----> <------ Other Earnings --------->    Federal Tax       State Tax       Local Tax       <---------------- Deductions ---------------->
                              500.00 SEV                       31.00 OASDI       5.50 CASDI
                                                                7.25 MEDI       33.00 CASWT
                                                              125.00 FWT
```

D-8