# EXHIBIT F

## Subsequent Demand Letter

Ms. Barbara Lopez-Nash  
Vice-President of Human Resources  
KTLA, Inc.  
5800 Sunset Boulevard  
Los Angeles, CA 90038  

*[handwritten annotations: p.33 didn't earn / p.34 (c) not working / hired after 1991]*

3036 Albany Avenue  
Davis, CA 95618  

July 2010  

**By MAIL and FAX**

Dear Barbara,

I hope you have been enjoying your summer. As you know, KTLA and I have reached a Separation Agreement. It is in everyone's interest to fulfill all provisions of the agreement in a timely way.

Paragraph 3 of the Separation Agreement written by the Company's agents and signed by all parties states that KTLA will pay me for off-time accrued but not used as of the date of my separation from KTLA. My attorneys have calculated the amount still owed to me.

Here is a chart which itemizes that amount, based upon the Separation Agreement:

| Year | Vacation Days | Holidays | Religious Holidays | Sick Days | Total Days | Daily Rate | Subtotal |
|---|---|---|---|---|---|---|---|
| 2004 | 15 | 5 | 2 | 5 | 27 | $ 305.20 | $ 8,240.51 |
| 2006 | 15 | 5 | 2 | 5 | 27 | $ 305.20 | $ 8,240.51 |
| 2008 | 15 | 5 | 2 | 5 | 27 | $ 305.20 | $ 8,240.51 |
| 2010 | 20 | 5 | 2 | 5 | 32 | $ 305.20 | $ 9,766.53 |
| **TOTALS** | 125 | 40 | 165 | 40 | 221 | $ 305.20 | $ 67,450.08 |

The grand total is $67,450.08. I have double-checked these figures for accuracy and hopefully they will agree with yours. I would appreciate remittance of the balance due within ten business days of receipt of this invoice. Thank you.

Best wishes for the rest of a pleasant summer.

*[signature]*  
Peter Bohm