## EXHIBIT G

## Response Letter

July 22, 2010

Mr. Peter Bohm
3036 Albany Avenue
Davis, CA 95618

Dear Peter,

I received the letter you sent by certified mail this week. In your letter you state that in Paragraph 3 of the Separation Agreement written by the Company's agent and signed by all parties that KTLA will pay you for off-time accrued but not used. Your calculation states that we owe you $67,450.08.

Peter, you must be receiving a paycheck for hours worked to accrue vacation and holiday pay. You have not received a paycheck for hours worked from KTLA since 2006. Therefore, you have not accrued any paid time off since this date. In addition, our company practice is not to payout unused personal days or unused sick leave at the time of termination.

I have contacted Jesse Gomez and he checked his files for the last year you worked in 2006 and he reported that you did not have any vacation days owed. In fact, you used all 15 days of vacation in 2006 and only worked half of the year. Technically, you owe the company money.

Also, we had a payroll cliché in 2009 and KTLA accidently sent you a paycheck for $2,232.75. Doris Quesada left you several message notifying you about the error and she attempted to recover the monies. You never returned our call.

We do not owe you any monies for vacation, holidays, personal holidays, or sick leave.

Please call me at 323-460-5275 if you have any questions.

Sincerely,


Barbara Lopez-Nash
HR Director

Jesse Gomez
Doris Quesada