# EXHIBIT H

## March 27, 2007 Letter

46429/0001-9663645V1



# KTLA FAX COVER SHEET

To: _Peter Bohm_

Fax #: _805 579 6460_

Date: _March 27, 07_

FROM: _B. Lopez-Nash_

FAX # (323) 460-5527

NUMBER OF PAGES _4_ INCLUDING THIS COVER SHEET

IF YOU DO NOT RECEIVE ALL THESE PAGES,
PLEASE CALL (323) 460-_5275_

NOTE:

_Peter -_

_Attached are Jesse's records regarding_
_your vacation._

_Please call with questions_

## Lopez-Nash, Barbara

**From:** Gomez, Jesse
**Sent:** Monday, March 26, 2007 12:01 PM
**To:** Lopez-Nash, Barbara
**Subject:** Peter Bohm Vacation

Barbara,

My records show that Peter is owed 2 Holiday Paybacks from year 2006 and 1 vacation day from year 2004.

On the other end Peter owes KTLA 1.5 vacation days from year 2006.

In year 2006 he worked for 5 months earning 7.5 vacation days (pro-rated) yet he used 9 vacation days in that 5 month period.

**This equates to KTLA owing Peter Bohm one and half a day's pay.**

— We are processing for payment

Here is his history:

| | | | | |
|---|---|---|---|---|
| 2004 | Worked 1/1/04 to 2/13/04: | Vacation earned: **1 day** | 0 used | No paybacks |
| 2005 | Did not work during Calendar Year: | No Vacation earned | 0 used | No paybacks |
| 2006 | Worked 1/17/2006 to 6/21/07 | 7.5 Vacation days earned | 9 used | **2 paybacks** |
| 2007 | Has not worked year to date | No vacation earned | | |

Jesse

3/27/2007

<u>ARTICLE IV</u>                                    IATSE/KTLA TELEVISION CONTRACT

(4)     Employees who have completed fifteen (15) years or more service with the Employer on or before January 1, 1991, during any calendar year will receive six (6) weeks vacation with pay in such calendar year.  Subsequent to that date, no additional employees will become eligible to receive six weeks of vacation per year.

(b)     Regular employees hired after April 30, 1991 shall receive paid vacations on the basis of the following schedule:

(1)     Employees who complete one (1) to three (3) years of service shall receive two (2) weeks of vacation in the following calendar year.

(2)     Employees who complete four (4) to nine (9) years of service shall receive three (3) weeks of vacation in the following calendar year.

(3)     Employees who complete ten (10) or more years of service shall receive four (4) weeks of vacation in the following calendar year.

(c)     Any employee leaving the KTLA payroll before taking vacation shall receive pro rata payment for that portion of the year worked.  If an employee resigns after taking vacation in any calendar year and before attaining such employee's anniversary date, there shall be deducted from the final pay, the unearned portion of vacation in that calendar year.  Where any deduction made is insufficient to cover the unearned vacation time taken, the employee will be required to reimburse the Employer.  Vacation time for a future year cannot be taken prior to the start of that year.  Where, because of the Employer's request, an employee's scheduled vacation time is altered and as a result of alteration the vacation time altered cannot be scheduled during that year, it may, on a day for day basis, be scheduled in the subsequent year up to and including March 31 of the subsequent year.  If the altered vacation time cannot be completed by March 31 of the subsequent year, the employee will be paid for such unscheduled vacation time by May 31 at the rate in effect as of March 31.

(d)     Vacations shall commence immediately following the employee's regular days off.  Employees shall have the choice of vacation periods in order of seniority with the Employer in the Units.

(3)    When remote vehicles are driven to a site one hundred (100) miles or more in one day, the driver may request a one (1) hour rest period prior to starting the setup.  A one (1) hour rest period may be requested by drivers after the tear down before commencing a drive of one hundred (100) miles or more to another site.  After a driver has worked eight (8) hours, such driver may request an eight (8) hour rest period before commencing a drive of two hundred (200) miles or more to a site.  These requests shall not be unreasonably denied.  A return trip shall be considered as another site.

(o)    The makeup room shall be adequately equipped.

(p)    No employee shall, as a matter of record or otherwise, be charged with or held responsible for any operating error committed while such employee is on duty in a position for which such employee has not been previously trained.

(q)    The Employer will use all reasonable efforts to provide off-street parking for bargaining unit employees.  The reasonableness of such efforts will not be subject to the grievance or arbitration provisions of the Contract.

## SECTION 4.12.  VACATIONS:

(a)    Regular employees hired prior to May 1, 1991, shall receive paid vacations on the basis of the following schedule during each calendar year.

(1)    Employees who have completed less than five (5) years of service with the Employer during any calendar year will receive three (3) weeks vacation with pay in such calendar year.

(2)    Employees who have completed five (5) years but less than ten (10) years service with the Employer during any calendar year will receive four (4) weeks vacation with pay in such calendar year.

(3)    Employees who have completed ten (10) years but less than fifteen (15) years service with the Employer during any calendar year will receive five (5) weeks vacation with pay in such calendar year.