### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm Reger Rizzo & Darnall LLP hereby withdraws its appearance as counsel to Los Angeles County Treasurer and Tax Collector in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, the undersigned law firm of Cooley Manion Jones LLP hereby enters its appearance as counsel to Los Angeles County Treasurer and Tax Collector in the above-captioned case.

Dated: June 28, 2013

COOLEY MANION JONES LLP

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 N. Market Street, Suite 200
Wilmington, DE 19801
Phone: (302) 657-2100
Fax: (302) 657-2104
MPhillips@cmjlaw.com

*Attorneys for Los Angeles County Treasurer and Tax Collector*