08-13141 (KJC)

In The United States Bankruptcy Court

District of Delaware

In Re: Tribune Co. et al.

## Motion to Reopen Bankruptcy Action - Judgment

Comes now, Michael John Piskanin Jr. (hereinafter claimant and/or creditor) seeking relief as hereinafter stated; and in support whereof,

Claimant states and declares, subject to penalties of 18 USC Sec. 1621 and 28 USC Sec. 1746 that the following statements are true and correct to the best of his knowledge, information and belief:

1.) The Tribune Co., et. al. (including The Morning Call) obtained their discharge in bankruptcy in the above captioned case by fraud against this claimant and with knowledge of claimant's substantial claims as suggested/alleged at 888 MD in the Commonwealth Court of Pennsylvania, which amount to Five Million Dollars ($5,000,000.00).

Wherefore claimant requests that any bar to his claims be vacated.

Respectfully Submitted

Michael John Piskanin Jr.     7-4-2013

Michael John Piskanin Jr
GG 2457
301 Institution Dr
Bellefonte, PA 16823