## EXHIBIT A

### Claims Settlement Report

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 ASM CAPITAL AS PURCHASER OF:<br>ERS GROUP INC<br>7600 JERICHO TPKE, SUITE 302<br>WOODBURY, NY 11797 | 3103 | Tribune Media Services, Inc. | Unsecured | $94,459.57 | Tribune Media Services, Inc. | Unsecured | $35,000.00 |
| 2 ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 4940 | WGN Continental Broadcasting Company | Unsecured | $13,125.40 | WGN Continental Broadcasting Company | Unsecured | $8,409.90 |
| 3 ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTWOOD ONE INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | 4943 | KIAH Inc. | Unsecured | $13,267.65 | KIAH Inc. | Unsecured | $13,267.65 |
| 4 BAKER & MCKENZIE LLP<br>452 FIFTH AVENUE<br>NEW YORK, NY 10018-2706 | 165000170 | forsalebyowner.com corp. | Unsecured | $9,874.46 | forsalebyowner.com corp. | Unsecured | $7,043.84 |
| 5 BONNEVILLE INT'L CORP. DBA WDRV-FM<br>875 N. MICHIGAN AVE. STE. 1510<br>CHICAGO, IL 60611 | 2924 | No Debtor Asserted | Unsecured | $6,375.00 | WGN Continental Broadcasting Company | Unsecured | $4,895.67 |
| 6 BONNEVILLE INT'L CORP. DBA WILV-FM<br>130 E RANDOLPH ST., SUITE 2780<br>CHICAGO, IL 60601 | 2840 | No Debtor Asserted | Unsecured | $3,825.00 | WGN Continental Broadcasting Company | Unsecured | $2,937.40 |
| 7 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 1653 | Tribune Television New Orleans, Inc. | Unsecured | $28,140.10 | Tribune Television New Orleans, Inc. | Unsecured | $27,863.00 |
| 8 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5209 | WDCW Broadcasting, Inc. | Unsecured | $1,182,144.41 | WDCW Broadcasting, Inc. | Unsecured | $139,200.25 |
| 9 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5215 | Chicago Tribune Company | Unsecured | $1,182,144.41 | Chicago Tribune Company | Unsecured | $0.00 |
| 10 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5225 | Tribune Television Holdings, Inc. | Unsecured | $1,182,144.41 | Tribune Television Holdings, Inc. | Unsecured | $0.00 |
| 11 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5228 | Tribune Television Northwest, Inc. | Unsecured | $1,182,144.41 | Tribune Television Northwest, Inc. | Unsecured | $26,107.75 |
| 12 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5232 | WGN Continental Broadcasting Company | Unsecured | $1,182,144.41 | WGN Continental Broadcasting Company | Unsecured | $36,330.65 |
| 13 CLEAR CHANNEL BROADCASTING INC<br>C/O TANNOR PARTNERS CREDIT FUND, LP<br>150 GRAND STREET, SUITE 401<br>WHITE PLAINS, NY 10601 | 5234 | WPIX, Inc. | Unsecured | $1,182,144.41 | WPIX, Inc. | Unsecured | $101,275.80 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 14 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5239 | KTLA Inc. | Unsecured | $1,182,144.41 | KTLA Inc. | Unsecured | $164,496.25 |
| 15 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5245 | Los Angeles Times Communications LLC | Unsecured | $1,182,144.41 | Los Angeles Times Communications LLC | Unsecured | $29,554.50 |
| 16 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5255 | Gold Coast Publications, Inc. | Unsecured | $1,182,144.41 | Gold Coast Publications, Inc. | Unsecured | $4,979.30 |
| 17 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5271 | KIAH Inc. | Unsecured | $1,182,144.41 | KIAH Inc. | Unsecured | $26,938.50 |
| 18 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5349 | Channel 40, Inc. | Unsecured | $1,182,144.41 | Channel 40, Inc. | Unsecured | $20,166.25 |
| 19 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5352 | Tribune Broadcast Holdings, Inc. | Unsecured | $1,182,144.41 | Tribune Broadcast Holdings, Inc. | Unsecured | $31,500.15 |
| 20 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5359 | KSWB Inc. | Unsecured | $1,182,144.41 | KSWB Inc. | Unsecured | $241,801.49 |
| 21 CLEAR CHANNEL BROADCASTING INC C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 5360 | Tribune Television Company | Unsecured | $1,182,144.41 | Tribune Television Company | Unsecured | $287,031.95 |
| 22 CLEAR CHANNEL RADIO - ORLANDO C/O TANNOR PARTNERS CREDIT FUND, LP 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 310 | Orlando Sentinel Communications Company | Unsecured | $5,000.00 | Orlando Sentinel Communications Company | Unsecured | $5,000.00 |
| 23 COMCAST CABLE COMMUNICATIONS INC UNIT 60 PO BOX 4800 PORTLAND, OR 97208-4800 | 222000320 | Tribune Broadcast Holdings, Inc. | Unsecured | $54,929.55 | Tribune Broadcast Holdings, Inc. | Unsecured | $54,929.55 |
| 24 COMCAST SPOTLIGHT 12964 COLLECTIONS CTR DR CHICAGO, IL 60693 | 3145 | Tribune Media Services, Inc. | Unsecured | $131,750.00 | WGN Continental Broadcasting Company | Unsecured | $103,297.52 |
| 25 COMCAST SPOTLIGHT INC PO BOX 8500-53003 PHILADELPHIA, PA 19178 | 241002100 | Tribune Television Company | Unsecured | $10,263.75 | Tribune Television Company | Unsecured | $10,263.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| | | | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| CLAIM # | NAME | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 26 | CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 5114 WGN Continental Broadcasting Company | 503(b)(9)<br>Unsecured<br>Subtotal | $47,310.67<br>$56,116.05<br>$103,426.72 | WGN Continental Broadcasting Company<br>WGN Continental Broadcasting Company | 503(b)(9)<br>Unsecured<br>Subtotal | $22,691.65<br>$63,185.71<br>$85,877.36 |
| 27 | CONSTELLATION NEW ENERGY<br>1221 LAMAR ST.<br>SUITE 750<br>HOUSTON, TX 77010 | 5115 Tribune Broadcasting Company | 503(b)(9)<br>Unsecured<br>Subtotal | $31,182.31<br>$36,802.22<br>$67,984.53 | Tribune Broadcasting Company | 503(b)(9)<br>Unsecured<br>Subtotal | $27,951.90<br>$38,361.80<br>$66,313.70 |
| 28 | CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 5117 Tribune Company | 503(b)(9)<br>Unsecured<br>Subtotal | $316,586.03<br>$192,676.71<br>$509,262.74 | Tribune Company<br>Tribune Company | 503(b)(9)<br>Unsecured<br>Subtotal | $180,989.90<br>$401,875.64<br>$582,865.54 |
| 29 | CONSTELLATION NEW ENERGY<br>BANK OF AMERICA LOCKBOX SERVICE<br>14217 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 5118 Chicagoland Television News, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $7,786.18<br>$5,732.59<br>$13,518.77 | Chicagoland Television News, Inc.<br>Chicagoland Television News, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $3,597.20<br>$5,489.66<br>$9,086.86 |
| 30 | CONSTELLATION NEW ENERGY<br>1221 LAMAR ST<br>SUITE 750<br>HOUSTON, TX 77010 | 5119 InsertCo, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $11,786.15<br>$23,024.23<br>$34,810.38 | InsertCo, Inc.<br>InsertCo, Inc. | 503(b)(9)<br>Unsecured<br>Subtotal | $11,063.64<br>$23,746.73<br>$34,810.37 |
| 31 | CONSTELLATION NEW ENERGY<br>1221 LAMAR ST<br>SUITE 750<br>HOUSTON, TX 77010 | 5120 The Hartford Courant Company | 503(b)(9)<br>Unsecured<br>Subtotal | $51,731.46<br>$126,224.87<br>$177,956.33 | The Hartford Courant Company<br>The Hartford Courant Company | 503(b)(9)<br>Unsecured<br>Subtotal | $38,683.79<br>$124,603.56<br>$163,287.35 |
| 32 | COX MEDIA, LLC<br>999 PEACHTREE ST NE STE 2600<br>ATLANTA, GA 30309-4420 | 4757 Tribune Television New Orleans, Inc. | Unsecured | $61,982.00 | Tribune Television New Orleans, Inc. | Unsecured | $60,508.10 |
| 33 | COX MEDIA, LLC<br>999 PEACHTREE ST NE STE 2600<br>ATLANTA, GA 30309-4420 | 4758 KSWB Inc. | Unsecured | $4,866.25 | KSWB Inc. | Unsecured | $4,738.75 |
| 34 | COX RADIO INC<br>PO BOX 933048<br>ATLANTA, GA 31193-3048 | 1304 No Debtor Asserted | Unsecured | $41,043.95 | Tribune Television Company | Unsecured | $39,821.65 |
| 35 | DIAL-GLOBAL<br>220 WEST 42ND STREET<br>NEW YORK, NY 10036 | 3278 No Debtor Asserted | Unsecured | $200,515.00 | WGN Continental Broadcasting Company | Unsecured | $121,422.50 |
| 36 | ECHOPOINT MEDIA<br>C/O BRAD SCHRADER<br>407 N. FULTON ST.<br>INDIANAPOLIS, IN 46202 | 4765 Tribune Television Company | Unsecured | $90,127.43 | Tribune Television Company | Unsecured | $108,323.51 |
| 37 | EMMIS RADIO LLC<br>2600 W OLIVE AVE 8TH FLOOR<br>BURBANK, CA 91505 | 5696 KTLA Inc. | Unsecured | $48,985.50 | KTLA Inc. | Unsecured | $48,985.50 |
| 38 | ENTERCOM COMMUNICATION - SAN FRANCISCO<br>201 THIRD STREET, 12TH FLOOR<br>SAN FRANCISCO, CA 94103 | 748 No Debtor Asserted | Unsecured | $15,317.00 | Los Angeles Times Communications LLC | Unsecured | $15,317.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 39 EQUITY GROUP INVESTMENTS LLC ATTN: MARC D. HAUSER TWO NORTH RIVERSIDE PLAZA, SUITE 600 CHICAGO, IL 60606 | 3711 | Tribune Company | Unsecured | $4,931.68 * | Tribune Company | Unsecured | $4,931.68 * |
| 40 GE CAPITAL CORP. C/O AARON B. CHAPIN REED SMITH LLP 10 S. WACKER DR CHICAGO, IL 60606 | 4760 | Tribune Media Services, Inc. | Unsecured | $10,415.24 * | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 41 GE CAPITAL CORP. C/O AARON B. CHAPIN REED SMITH LLP 10 S. WACKER DR CHICAGO, IL 60606 | 4762 | Forum Publishing Group, Inc. | Unsecured | $1,769.99 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 42 GE CAPITAL CORPORATION C/O AARON B. CHAPIN REED SMITH LLP 10 S WACKER DR CHICAGO, IL 60606 | 4761 | The Hartford Courant Company | Unsecured | $196,306.89 * | The Hartford Courant Company / The Hartford Courant Company | Administrative / Unsecured / Subtotal | $15,973.72 / $14.06 / $15,987.78 |
| 43 GE CAPITAL CORPORATION C/O AARON B. CHAPIN REED SMITH LLP 10 S WACKER DR CHICAGO, IL 60606 | 4763 | Tribune Publishing Company | Unsecured | $19,684.24 | Tribune Media Services, Inc. | Unsecured | $0.00 |
| 44 GE CAPITAL FLEET SERVICES C/O AARON N. CHAPIN REED SMITH LLP 10 S. WACKER DRIVE CHICAGO, IL 60606 | 5579 | Tribune Company | Administrative / Unsecured / Subtotal | $0.00 / $53,069.48 / $53,069.48 | Orlando Sentinel Communications Company / The Hartford Courant Company / Tribune Company / Chicago Tribune Company / Orlando Sentinel Communications Company / The Hartford Courant Company | Administrative / Administrative / Administrative / Unsecured / Unsecured / Unsecured / Subtotal | $406.32 / $3,145.46 / $432.00 / $7,534.18 / $5,425.97 / $34,995.44 / $51,939.37 |
| 45 GILLESPIE GROUP INC 101 N PROVIDENCE RD WALLINGFORD, PA 19086-6107 | 5334 | Tribune Television Company | Unsecured | $24,192.70 | Tribune Television Company | Unsecured | $54,613.95 |
| 46 GOW COMMUNICATIONS, LLC 5353 WEST ALABAMA # 415 HOUSTON, TX 77056 | 6485 | KIAH Inc. | Unsecured | $3,038.75 | KIAH Inc. | Unsecured | $3,038.75 |
| 47 GREATER PHILA RADIO INC WMGK-FM, WNVW-FM, WBEN-FM ONE BALA PLAZA SUITE 429 BALA CYNWYD, PA 19004 | 695 | No Debtor Asserted | Unsecured | $89,836.50 | Tribune Television Company | Unsecured | $89,564.50 |
| 48 ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 64338 CHICAGO, IL 60664-0338 | 3079, 7116 / 7118, 7119 | Eagle New Media Investments, LLC / Eagle New Media Investments, LLC / Tribune Company / Tribune Company | Priority / Unsecured / Priority / Unsecured / Subtotal | $2,816,999.65 / $587,585.70 / $73,030,444.76 / $4,973,431.75 / $81,408,461.86 | Tribune Company | Priority | $22,039,543.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 49 INITIATIVE MEDIA ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 716 | No Debtor Asserted | Unsecured | $883,317.73 | KSWB Inc. | Unsecured | $117,250.69 |
| | | | | | KTLA Inc. | Unsecured | $90,313.40 |
| | | | | | Tribune Television Northwest, Inc. | Unsecured | $185,604.30 |
| | | | | | | Subtotal | $393,168.39 |
| 50 INITIATIVE MEDIA ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 228000420 | Tribune Entertainment Company | Unsecured | $665.71 | Tribune Entertainment Company | Unsecured | $665.71 |
| 51 INITIATIVE MEDIA WORLDWIDE ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 175000720 | Hoy Publications, LLC | Unsecured | $15.00 | Hoy Publications, LLC | Unsecured | $15.00 |
| 52 INITIATIVE MEDIA/IPG SHARED ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 185064850 | Los Angeles Times Communications LLC | Unsecured | $14,802.70 | Los Angeles Times Communications LLC | Unsecured | $14,802.70 |
| 53 JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 4991 | WPIX, Inc. | Unsecured | $9,792.90 | WPIX, Inc. | Unsecured | $93,494.10 |
| 54 JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 4995 | WDCW Broadcasting, Inc. | Unsecured | $20,978.29 | WDCW Broadcasting, Inc. | Unsecured | $364,781.82 |
| 55 JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 4992 | WPIX, Inc. | Unsecured | $129.60 | WPIX, Inc. | Unsecured | $2,577.60 |
| 56 JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 4993 | WGN Continental Broadcasting Company | Unsecured | $26,519.56 | WGN Continental Broadcasting Company | Unsecured | $160,186.35 |
| 57 JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 4994 | Tribune Television Company | Unsecured | $18,603.72 | Tribune Television Company | Unsecured | $157,346.67 |
| 58 KBZT-FM RADIO C/O SZABO ASSOCIATES, INC. 3355 LENOX ROAD NE, 9TH FL ATLANTA, GA 30326 | 3305 | Tribune Broadcasting Company | Unsecured | $10,455.00 | KSWB Inc. | Unsecured | $6,069.00 |
| 59 KGO-AM C/O SZABO ASSOCIATES, INC. 3355 LENOX ROAD NE, 9TH FLOOR ATLANTA, GA 30326 | 5831 | Tribune Broadcasting Company | Unsecured | $12,682.00 | Los Angeles Times Communications LLC | Unsecured | $12,682.00 |
| 60 KIFM-FM C/O SZABO ASSOCAITES, INC. 3355 LENOX ROAD NE, 9TH FL ATLANTA, GA 30326 | 3303 | Tribune Broadcasting Company | Unsecured | $5,295.50 | KSWB Inc. | Unsecured | $5,295.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 61 KRWM<br>SANDUSKY RADIO,<br>3650 131ST AVE SE, STE 550<br>BELLEVUE, WA 98006 | 1134 | Tribune Television Northwest, Inc. | Unsecured | $18,636.25 | Tribune Television Northwest, Inc. | Unsecured | $18,636.25 |
| 62 KSAN, KFOG, KNBR RADIO<br>55 HAWTHORNE ST, 10TH FLOOR<br>SAN FRANCISCO, CA 94105 | 759 | No Debtor Asserted | Unsecured | $30,217.50 | Los Angeles Times Communications LLC | Unsecured | $30,217.50 |
| 63 KSON-FM<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FL<br>ATLANTA, GA 30326 | 3304 | Tribune Broadcasting Company | Unsecured | $28,241.75 | KSWB Inc. | Unsecured | $22,716.75 |
| 64 LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM COMM. NEW ORLEANS<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | 63 | Tribune Company | Unsecured | $33,969.40 | Tribune Television New Orleans, Inc. | Unsecured | $33,900.80 |
| 65 LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ENTERCOM PORTLAND LLC DBA KG<br>1325 AVENUE OF THE AMERICAS FL 27<br>NEW YORK, NY 10019-6043 | 731 | No Debtor Asserted | Unsecured | $55,309.50 | Tribune Broadcast Holdings, Inc. | Unsecured | $52,292.00 |
| 66 MATILLA SURVIVOR TRUST, THE<br>C/O PATRICIA MORRIS<br>DANNING GILL DIAMOND & KOLLITZ, LLP<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | 6139 | Tribune Company | Administrative | $8,937.53 | Tribune Company | Administrative | $0.00 |
| 67 MATILLA SURVIVORS TRUST<br>SHIRLEY MATILLA AS SOLE TRUSTEE<br>ERIC P ISRAEL ESQ/DANNING GILL DIAMOND<br>2029 CENTURY PARK EAST, THIRD FLOOR<br>LOS ANGELES, CA 90067 | 6635 | Tribune Company | Unsecured | $171,673.07 | Los Angeles Times Communications LLC | Unsecured | $110,917.00 |
| 68 MCCANN ERICKSON INC<br>ATTN: JARED KULLER<br>INTERPUBLIC GROUP<br>13801 FNB PKWY<br>OMAHA, NE 68154 | 241005320 | Tribune Television Company | Unsecured | $5,036.25 | Tribune Television Company | Unsecured | $5,036.25 |
| 69 NORTHERN TRUST COMPANY, THE<br>ATTN: JOHN A. PILIPONIS<br>50 SOUTH LASALLE STREET, M-9<br>CHICAGO, IL 60603 | 3479 | Tribune Company | Unsecured | $150,895.94 | Tribune Company | Unsecured | $149,494.43 |
| 70 OMD USA<br>PO BOX 533202<br>CHARLOTTE, NC 28290-3203 | 152049100 | Chicago Tribune Company | Unsecured | $138,166.29 | Chicago Tribune Company | Unsecured | $160,142.43 |
| 71 OSMAN, STEPHEN<br>ADDRESS ON FILE | 2586 | Los Angeles Times Communications LLC | Priority | $500.00 | Los Angeles Times Communications LLC | Unsecured | $180.00 |
| 72 PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>ATTN:RECOVERY DEPT.<br>SHELTON, CT 06484 | 3085 | Tribune Company | Unsecured | $15,817.25 | Los Angeles Times Communications LLC | Unsecured | $4,791.70 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 73 PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE SHELTON, CT 06484 | 6337 | Tribune Company | Priority | $397.80 | Chicagoland Publishing Company | Administrative | $397.80 |
| 74 PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE ATTN: RECOVERY DEPT SHELTON, CT 06484 | 883 | Tribune Company | Unsecured | $5,115.33 | Tribune Media Net, Inc. | Unsecured | $3,559.77 |
| 75 PITNEY BOWES GLOBAL FINANCIAL SERVICES 27 WATERVIEW DRIVE ATTN: RECOVERY DEPT. SHELTON, CT 06484-4361 | 954 | Tribune Company | Unsecured | $12,442.88 | Tribune Direct Marketing, Inc. | Unsecured | $5,240.16 |
| 76 RADIO ONE, INC. 1010 WAYNE AVE #14 SILVER SPRING, MD 20910-5600 | 450 | Tribune Company | Unsecured | $148,893.65 | Tribune Television Company | Unsecured | $51,600.10 |
| | | | | | WDCW Broadcasting, Inc. | Unsecured | $96,826.05 |
| | | | | | | Subtotal | $148,426.15 |
| 77 RED ZEBRA BROADCASTING, LLC ATTN: GREGORY E. REYNOLDS 1801 ROCKVILLE PIKE SUITE 405 ROCKVILLE, MD 20852 | 5414 | WDCW Broadcasting, Inc. | Unsecured | $14,341.20 | WDCW Broadcasting, Inc. | Unsecured | $12,709.20 |
| 78 RJ PALMER LLC 156 W 56TH ST NEW YORK, NY 10019 | 185132960 | Los Angeles Times Communications LLC | Unsecured | $89,920.80 | Los Angeles Times Communications LLC | Unsecured | $9,068.80 |
| 79 ROUND 2 COMMUNICATIONS 10573 WEST PICO BLVD. #315 LOS ANGELES, CA 90064 | 3415 | Los Angeles Times Communications LLC | Unsecured | $442,163.38 | Los Angeles Times Communications LLC | Unsecured | $372,956.38 |
| 80 TITAN OUTDOOR 850 THIRD AVE. NEW YORK, NY 10022 | 2996 | Tribune Company | Unsecured | $229,157.00 | Chicago Tribune Company | Unsecured | $42,856.00 |
| | | | | | Chicagoland Television News, Inc. | Unsecured | $15,000.00 |
| | | | | | Tribune Television Company | Unsecured | $135,151.00 |
| | | | | | Tribune Television Northwest, Inc. | Unsecured | $17,000.00 |
| | | | | | | Subtotal | $210,007.00 |
| 81 TRITON MEDIA AMERICA ATTN: HIRAM LAZAR 220 WEST 42ND STREET NEW YORK, NY 10036 | 3277 | WGN Continental Broadcasting Company | Unsecured | $39,100.00 | WGN Continental Broadcasting Company | Unsecured | $23,970.00 |
| 82 UNIVERSAL MCCANN ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 694 | No Debtor Asserted | Unsecured | $91,002.13 | KIAH Inc. | Unsecured | $43,507.23 |
| 83 UNIVERSAL MCCANN BROADCAST ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 252005790 | WGN Continental Broadcasting Company | Unsecured | $32,087.50 | WGN Continental Broadcasting Company | Unsecured | $32,087.50 |
| 84 UNIVERSAL MCCANN LOS ANGELES ATTN: JARED KULLER INTERPUBLIC GROUP 13801 FNB PKWY OMAHA, NE 68154 | 185159870 | Los Angeles Times Communications LLC | Unsecured | $294.79 | Los Angeles Times Communications LLC | Unsecured | $294.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, et al.
TENTH CLAIM SETTLEMENT REPORT

| NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 85 UNIVISION COMMUNICATIONS INC.<br>MELISSA LOPEZ<br>1777 NE LOOP 410, SUITE 400<br>SAN ANTONIO, TX 78217 | 2346 | Tribune Company | Unsecured | $4,250.00 | KIAH Inc. | Unsecured | $4,250.00 |
| 86 WCCC<br>1039 ASYLUM AVE<br>BOYD ARNOLD<br>HARTFORD, CT 6105242 | 6209 | No Debtor Asserted | Unsecured | $20,871.75 | Tribune Television Company | Unsecured | $20,871.75 |
| 87 WEINSTEIN, HOWARD<br>ADDRESS ON FILE | 3786 | Tribune Company | Priority<br>Unsecured<br>Subtotal | $10,950.00<br>$335,073.78<br>$346,023.78 | Tribune Company | Unsecured | $0.00 |
| 88 WEINSTEIN, HOWARD<br>ADDRESS ON FILE | 6905 | Multiple Debtors | Unsecured | $0.00 * | Tribune Company | Unsecured | $7,783.31 |
| 89 WMMR-FM - GREATER BOSTON RADIO INC<br>ONE BALA PLAZA<br>SUITE 429<br>BALA CYNWYD, PA 19004 | 699 | No Debtor Asserted | Unsecured | $115,153.75 | Tribune Television Company | Unsecured | $115,153.75 |
| 90 WTOP-FM RADIO<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX ROAD NE, 9TH FLOOR<br>ATLANTA, GA 30326 | 763 | Tribune Company | Unsecured | $49,026.30 | WDCW Broadcasting, Inc. | Unsecured | $36,624.80 |
| | | | TOTAL | $103,403,436.63 | | TOTAL | $27,829,586.68 |