## EXHIBIT B

Explanatory Chart

LOS ANGELES TIMES COMMUNICATIONS, LLC

RE: PROPERTY TAX PAYMENT FOR FISCAL YEAR 7/1/2008 - 6/30/2009

| Property Location | Parcel # | 1st Installment (due 11/01/08, delinquent after 12/10/08) | 1st Installment Paid via California EFT Payment Service on 12/10/2008 | Payment bounced due to December 8, 2008 Bankruptcy Filing | February 10, 2009 Payment on 1st Installment Reissued | Balance Due for 1st Installment (Taxes Only) | 2nd Installment (due 2/1/09, delinquent after 4/10/09) | 2nd Installment Paid via California EFT Payment Service on 4/9/2009 | Balance Due for 2nd Installment (Taxes Only) |
|---|---|---|---|---|---|---|---|---|---|
| 2000 E. 8th Street, LA | 5166-027-014 | $ 527,163.21 | $ 527,163.21 | $ 527,163.21 | $ 527,163.21 | $ - | $ 527,163.21 | $ 527,163.21 | $ - |
| 1200 Lawrence Street, LA | 5166-023-016 | $ 51,219.22 | $ 51,219.22 | $ 51,219.22 | $ 51,219.22 | $ - | $ 51,219.22 | $ 51,219.22 | $ - |
| For Desc see assessor's maps | 5166-028-004 | $ 8,666.75 | $ 8,666.75 | $ 8,666.75 | $ 8,666.75 | $ - | $ 8,666.75 | $ 8,666.75 | $ - |
| 2150 Hunter Street, LA | 5166-023-010 | $ 1,595.87 | $ 1,595.87 | $ 1,595.87 | $ 1,595.87 | $ - | $ 1,595.87 | $ 1,595.87 | $ - |
| 201 S. Spring Street, LA | 5149-008-032 | $ 17,457.20 | $ 17,457.20 | $ 17,457.20 | $ 17,457.20 | $ - | $ 17,457.20 | $ 17,457.20 | $ - |
| 200 S. Broadway, LA | 5149-008-031 | $ 3,768.61 | $ 3,768.61 | $ 3,768.61 | $ 3,768.61 | $ - | $ 3,768.61 | $ 3,768.61 | $ - |
| 208 S. Broadway, LA | 5149-008-030 | $ 5,759.25 | $ 5,759.25 | $ 5,759.25 | $ 5,759.25 | $ - | $ 5,759.25 | $ 5,759.25 | $ - |
| 213 S. Spring Street, LA | 5149-008-029 | $ 130,938.51 | $ 130,938.51 | $ 130,938.51 | $ 130,938.51 | $ - | $ 130,938.51 | $ 130,938.51 | $ - |
| Subtotal | | $ 746,568.62 | $ 746,568.62 | $ 746,568.62 | $ 746,568.62 | $ - | $ 746,568.62 | $ 746,568.62 | $ - |

| Property Location | Parcel # | 1st Installment (due 11/01/08, delinquent after 12/10/08) | 1st Installment Paid via California EFT Payment Service on 12/10/2008 | Payment bounced due to December 8, 2008 Bankruptcy Filing | February 10, 2009 Payment on 1st Installment Reissued | Balance Due for 1st Installment (Taxes Only) | 2nd Installment (due 2/1/09, delinquent after 4/10/09) | 2nd Installment Paid via California EFT Payment Service on 4/9/2009 | Balance Due for 2nd Installment (Taxes Only) |
|---|---|---|---|---|---|---|---|---|---|
| 234 W. 1st Street, LA (Times Sq) | 5149-001-007 | $ 98,719.04 | $ 98,719.04 | $ 98,719.04 | $ 98,719.04 | $ - | $ 98,719.04 | $ 98,719.04 | $ - |
| 202 W 1st Street, LA | 5149-001-006 | $ 100,242.82 | $ 100,242.82 | $ 100,242.82 | $ 100,242.82 | $ - | $ 100,242.82 | $ 100,242.82 | $ - |
| 118 S. Broadway, LA | 5149-001-005 | $ 42,698.62 | $ 42,698.62 | $ 42,698.62 | $ 42,698.62 | $ - | $ 42,698.62 | $ 42,698.62 | $ - |
| 140 S. Broadway, LA | 5149-001-004 | $ 46,329.98 | $ 46,329.98 | $ 46,329.98 | $ 46,329.98 | $ - | $ 46,329.98 | $ 46,329.98 | $ - |
| 145 S. Spring Street, LA | 5149-001-003 | $ 106,421.37 | $ 106,421.37 | $ 106,421.37 | $ 106,421.37 | $ - | $ 106,421.37 | $ 106,421.37 | $ - |
| Subtotal | | $ 394,411.83 | $ 394,411.83 | $ 394,411.83 | $ 394,411.83 | $ - | $ 394,411.83 | $ 394,411.83 | $ - |

| Total Property | | $ 1,140,980.45 | $ 1,140,980.45 | $ 1,140,980.45 | $ 1,140,980.45 | $ - | $ 1,140,980.45 | $ 1,140,980.45 | $ - |

RE: SUPPLEMENTAL PROPERTY TAX PAYMENT FOR FISCAL YEAR 7/1/2007 - 6/30/2008

| Property Location | Parcel # | 1st Installment due 5/31/09 | 1st Installment Paid via California EFT Payment Service on 5/28/2009 | Balance Due for 1st Installment (Taxes Only) | 2nd Installment due 9/30/09 | Balance Due for 2nd Installment (Taxes Only) |
|---|---|---|---|---|---|---|
| 234 W 1st Street, LA (Times Sq) | 5149-001-007 | $ 1,161.11 | $ 1,161.11 | $ - | $ 1,161.11 | $ 1,161.11 |
| 202 W 1st Street, LA | 5149-001-006 | $ 15,379.68 | $ 15,379.68 | $ - | $ 15,379.68 | $ 15,379.68 |
| 118 S. Broadway, LA | 5149-001-005 | $ 431.94 | $ 431.94 | $ - | $ 431.94 | $ 431.94 |
| 140 S. Broadway, LA | 5149-001-004 | $ 5,230.55 | $ 5,230.55 | $ - | $ 5,230.55 | $ 5,230.55 |
| 145 S. Spring Street, LA | 5149-001-003 | $ - | $ - | $ - | $ - | $ - |
| Subtotal | | $ 22,203.28 | $ 22,203.28 | $ - | $ 22,203.28 | $ 22,203.28 |