**EXHIBIT D**

**2011 Letter**

LAW OFFICES
## AJALAT, POLLEY, AYOOB & MATARESE
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TELEPHONE (818) 553-1300

CHARLES R. AJALAT*
TERRY L. POLLEY*
RICHARD J. AYOOB
CHRISTOPHER J. MATARESE
GREGORY R. BROEGE

*PROFESSIONAL CORPORATION

SUITE 1670
500 NORTH BRAND BOULEVARD
GLENDALE, CA 91203-4708
TELECOPIER (818) 553-1308

June 11, 2011

Ms. Tammi Dao
Treasurer and Tax Collector's Office
225 N. Hill Street, Room 130
Los Angeles, CA 90012

Re: **Los Angeles Times Communications LLC Penalties for Late Payment of L.A. Los Angeles County Real Property Taxes**

Dear Ms. Dao:

Enclosed please find a letter dated September 23, 2010, from the Bankruptcy Counsel for Los Angeles Times Communications LLC and its affiliated companies (the parent company is the Tribune Company).

As indicated in the enclosed letter, federal bankruptcy law prohibits the imposition of penalties during the pendency of the bankruptcy. Certain property tax payments were made late, and the County of Los Angeles imposed penalties. The enclosed letter was sent to your office back in September of 2010. Neither the client nor the law firm received a response to that communication. Apparently, it was not routed to the appropriate person.

After you have had an opportunity to review the enclosed documents, please give me a call. Thank you very much in advance for your cooperation.

Very truly yours,

Terry L. Polley

TLP:lsh
Enclosure

cc: Ms. Monica S. Melgarejo
    Julie K. Xanders, Esq.