## EXHIBIT F

## County's December 18, 2012 Letter



**STECKBAUER
WEINHART
JAFFE, LLP**

333 S. HOPE STREET
36ᵀᴴ FLOOR
LOS ANGELES, CA 90071

Barry S. Glaser
bglaser@swjlaw.com

PHONE: 213.229.2868
FAX: 213.229.2870
www.swjlaw.com

December 18, 2012

**VIA E-MAIL AND U.S. MAIL**
matthew.martinez@sidley.com

Matthew G. Martinez
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

      Re:    <u>Tribune Company et al., Case No. 08-13141 (collectively, the "Debtors")</u>

Dear Matthew:

    Based on my review of the attached chart and other documents related to the case, I have the following comments:

1. The County is listed twice (two different addresses) under Schedule E, and they are "Undisputed". As you know, ad valorem taxes are secured claims, not priority claims;

2. Most of the taxes owed on the chart (amounts due as of 9/10 and 12/12) are for pre-petition taxes because they are for the 2008 tax roll year. However, the supplemental bills for 2007 (which I am assuming are reassessments), were not assessed until 2010, which means that they are post-petition because the Debtors filed on 12/8/08. As such, these supplemental bills are administrative expense claims, and a proof of claim is not required pursuant to 11 U.S.C. § 503 (b)(1)(D);

3. Five (5) of the parcels (APN's 514-001-003, 004, 005, 006 and 007) changed the name of the assessee from non-debtor (TMCT LLC) on 3/9/09 to debtor (Los Angeles Time Communications, LLC) on 6/11/09. According to First American Title, these properties were deeded from TMCT, LLC to Tribune Company, a Delaware Corporation on 4/30/08;

4. Although the debtors imply that the Order Authorizing the Payment of Property Taxes authorized them to only pay the principal amount of the real property taxes, the Motion (which was filed on 12/8/08), itself stated that "[a]lthough the Debtors believe that their estimates of their tax liabilities set forth in this Motion have been accurately and completely prepared, permitting total payments on account of such prepetition Taxes up to 125% of their estimated amount will permit the Debtors to pay most or all additional liabilities that may be identified while limiting or

Matthew G. Martinez
December 18, 2012
Page 2

    eliminating the need to secure further Court approvals for payment of such amounts." The Motion does not state nor imply that the Debtors should not pay interest and penalties;

5. The Debtor(s) submitted a non-sufficient funds check in December 2008 and therefore, had to submit another check in February 2009 for the payment of the tax obligations;

6. The County's policy, pursuant to the California Revenue and Taxation Code, is to apply payments first to penalties and interest and then to principal;

7. Automatic Stay does not apply to the taxation process, including "making of an assessment for any tax and issuance of a notice and demand for payment of such an assessment." 11 U.S.C. § 362(b)(9)(D). Also, Section 362(b)(18) provides that the creation or perfection of a statutory ad valorem tax lien or special assessment on real property does not violate the automatic stay;

8. Contrary to the Debtors' allegation that the County is "prohibited by law from imposing penalties for non-payment of pre-bankruptcy claims," the County is entitled to pre-petition and post-petition interest and penalties. As a secured creditor, the County is entitled to adequate protection of its interest and, because ad valorem tax claims are secured, they are also entitled to certain treatment in the Plan. They are entitled to lien retention and the payment of interest on their claims to protect the value as of the effective date, pursuant to 11 U.S.C. § 1129(b)(2)(A). Property taxes are usually only a fraction of the value of the property, so these claims are entitled to interest pursuant to 11 U.S.C. § 506(b) as well, which becomes part of the allowed secured claim to be paid pursuant to the plan. See Rake v. Wade, (1993) 508 U.S. 464, 471, 124 L.Ed.2d 424, 113 S.Ct. 2187. Lastly, the County's claims for *ad valorem* real property taxes are entitled to senior priority which must be paid prior to any lien holders of the Properties.

9. Although the Plan was confirmed, it is the subject of an appeal.

    The County is willing to discuss a resolution of this matter and would appreciate an offer of settlement that we can convey to our client.

                                                      Very truly yours,

                                                      Barry S. Glaser
                                                      **STECKBAUER WEINHART JAFFE, LLP**

BSG:pd
Encls.

20002.204/78933.1

Tribune Company et al. Case No. 08-13141

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMPTION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $2,394.48 | $0.00 | $3,483.69 | $14,125.82 | 7/1/2009 | 9/1/2010 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 | | $78.46 | $235.37 | $0.00 | $768.43 | $5,998.97 | 7/1/2010 | 9/1/2010 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $1,042.42 | $0.00 | $1,530.72 | $6,163.71 | 7/1/2009 | 9/1/2010 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 | | $6.48 | $19.44 | $0.00 | $72.63 | $504.57 | 7/1/2010 | 9/1/2010 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $960.72 | $0.00 | $1,412.70 | $5,682.56 | 7/1/2009 | 9/1/2010 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 | | $230.70 | $692.09 | $0.00 | $2,240.05 | $17,619.72 | 7/1/2010 | 9/1/2010 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $2,255.46 | $0.00 | $3,282.89 | $13,307.17 | 7/1/2009 | 9/1/2010 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 | | $17.42 | $52.25 | $0.00 | $178.36 | $1,339.47 | 7/1/2010 | 9/1/2010 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $2,221.18 | $0.00 | $3,233.37 | $13,105.27 | 7/1/2009 | 9/1/2010 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $2,946.12 | $0.00 | $4,280.50 | $17,374.35 | 7/1/2009 | 9/1/2010 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $129.58 | $0.00 | $212.17 | $788.09 | 7/1/2009 | 9/1/2010 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $84.79 | $0.00 | $147.48 | $524.34 | 7/1/2009 | 9/1/2010 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $392.79 | $0.00 | $592.36 | $2,338.08 | 7/1/2009 | 9/1/2010 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $35.91 | $0.00 | $76.86 | $236.44 | 7/1/2009 | 9/1/2010 |
| 5166-023-016 | 08-000 | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $1,152.43 | $0.00 | $1,689.62 | $6,811.54 | 7/1/2009 | 9/1/2010 |
| 5166-027-014 | 08-000 | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $11,861.17 | $0.00 | $17,157.80 | $69,874.12 | 7/1/2009 | 9/1/2010 |

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMPTION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $6,704.54 | $0.00 | $7,793.75 | $18,435.88 | 7/1/2009 | 12/1/2012 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 |  | $78.46 | $2,353.74 | $0.00 | $2,886.80 | $8,117.34 | 7/1/2010 | 12/1/2012 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $2,918.78 | $77.00 | $3,484.08 | $8,117.07 | 7/1/2009 | 12/1/2012 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 |  | $6.48 | $194.37 | $0.00 | $247.57 | $679.51 | 7/1/2010 | 12/1/2012 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $2,690.01 | $77.00 | $3,219.00 | $7,488.86 | 7/1/2009 | 12/1/2012 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 |  | $230.70 | $6,920.85 | $0.00 | $8,468.82 | $23,848.49 | 7/1/2010 | 12/1/2012 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $6,315.30 | $0.00 | $7,342.72 | $17,367.00 | 7/1/2009 | 12/1/2012 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 |  | $17.42 | $522.50 | $0.00 | $648.61 | $1,809.72 | 7/1/2010 | 12/1/2012 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $6,219.30 | $0.00 | $7,231.49 | $17,103.39 | 7/1/2009 | 12/1/2012 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $8,249.13 | $77.00 | $9,660.51 | $22,754.36 | 7/1/2009 | 12/1/2012 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $362.83 | $77.00 | $522.42 | $1,098.34 | 7/1/2009 | 12/1/2012 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $237.42 | $77.00 | $377.11 | $753.97 | 7/1/2009 | 12/1/2012 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $1,099.80 | $77.00 | $1,376.38 | $3,122.10 | 7/1/2009 | 12/1/2012 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $100.54 | $77.00 | $218.49 | $378.07 | 7/1/2009 | 12/1/2012 |
| 5166-028-004 | 08-000 | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $195.00 | $0.00 | $306.67 | $1,173.34 | 7/1/2009 | 9/1/2010 |
| Sept 2010 due |  | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $26,671.20 | $0.00 | $40,666.32 | $176,967.58 |  |  |

2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5166-023-016 | 08-000 | | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $3,226.81 | $77.00 | $3,841.00 | $8,962.92 | 7/1/2009 | 12/1/2012 |
| 5166-027-014 | 08-000 | | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $33,211.28 | $77.00 | $38,584.91 | $91,301.23 | 7/1/2009 | 12/1/2012 |
| 5166-028-004 | 08-000 | | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $546.00 | $77.00 | $734.67 | $1,601.34 | 7/1/2009 | 12/1/2012 |
| Dec 2012 due | | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $81,873.21 | $770.00 | $96,638.33 | $232,939.59 | | |

3