## EXHIBIT G

**Selected Pages from *Affidavit of Mailing* [Docket No. 1073]**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On April 13, 2009, I supervised the mailing of:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

A.  "Notice of Entry of Bar date Order Establishing Deadlines for Filing Proofs of Claim Against the Debtors," dated April 13, 2009, a sample of which is annexed hereto as <u>Exhibit A</u> (the "Bar Date Notice"),

B.  A Personalized Proof of Claim form, a sample of which is annexed hereto as <u>Exhibit B</u> (the "Personalized Proof of Claim"),

C.  A Proof of Claim form, a sample of which is annexed hereto as <u>Exhibit C</u> (the "Proof of Claim"), and

D.  Letter from Tribune to Employees dated April 2009, a sample of which is annexed hereto as <u>Exhibit D</u> (the "Employee Letter"),

by causing true and correct copies to be delivered as follows:

i.  the Bar Date Notice and Personalized Proof of Claim, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit E,</u>

ii.  the Bar Date Notice, Personalized Proof of Claim and Employee Letter, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed <u>Exhibit F</u>, and

iii.  the Bar Date Notice and, Proof of Claim, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed <u>Exhibit G</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
22nd day of April, 2009

/s/ Time Darden

Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires 01-05-2013

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| Tribune Company | 08-13141 | 36-1880355 |
| 435 Production Company | 08-13142 | 95-4388865 |
| 5800 Sunset Productions Inc. | 08-13143 | 36-3845510 |
| Baltimore Newspaper Networks, Inc. | 08-13144 | 52-1998258 |
| California Community News Corporation | 08-13145 | 95-4425306 |
| Candle Holdings Corporation | 08-13146 | 95-4645626 |
| Channel 20, Inc. | 08-13147 | 06-1057399 |
| Channel 39, Inc. | 08-13148 | 65-0085256 |
| Channel 40, Inc. | 08-13149 | 68-0183844 |
| Chicago Avenue Construction Company | 08-13150 | 36-4328634 |
| Chicago River Production Company | 08-13151 | 36-3845434 |
| Chicago Tribune Company | 08-13152 | 36-2643437 |
| Chicago Tribune Newspapers, Inc. | 08-13153 | 36-6100439 |
| Chicago Tribune Press Service, Inc. | 08-13154 | 36-2273167 |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | 36-3721579 |
| Chicagoland Publishing Company | 08-13156 | 36-3993237 |
| Chicagoland Television News, Inc. | 08-13157 | 36-3801352 |
| Courant Specialty Products, Inc. | 08-13159 | 06-1529221 |
| Direct Mail Associates, Inc. | 08-13160 | 23-2536121 |
| Distribution Systems Of America, Inc. | 08-13161 | 11-3033811 |
| Eagle New Media Investments, LLC | 08-13162 | 14-1871168 |
| Eagle Publishing Investments, LLC | 08-13163 | 14-1871171 |
| forsalebyowner.com Corp. | 08-13165 | 13-4120219 |
| ForSaleByOwner.com Referral Services, LLC | 08-13166 | 26-2909205 |
| Fortify Holdings Corporation | 08-13167 | 95-4645628 |
| Forum Publishing Group, Inc. | 08-13168 | 65-0612940 |
| Gold Coast Publications, Inc. | 08-13169 | 59-2145505 |
| Greenco, Inc. | 08-13170 | 95-2067416 |
| Heart & Crown Advertising, Inc. | 08-13171 | 06-1099808 |
| Homeowners Realty, Inc. | 08-13172 | 84-1641507 |
| Homestead Publishing Co. | 08-13173 | 52-0704903 |
| Hoy Publications, LLC | 08-13175 | 35-2212352 |
| Hoy, LLC | 08-13174 | 22-3608033 |
| Insertco, Inc. | 08-13176 | 11-3522663 |
| Internet Foreclosure Service, Inc. | 08-13177 | 06-1656550 |
| JuliusAir Company II, LLC | 08-13179 | N/A |
| JuliusAir Company, LLC | 08-13178 | 36-4449479 |
| Kiah Inc. | 08-13180 | 76-0484014 |
| KPLR, Inc. | 08-13181 | 43-0737943 |
| KSWB Inc. | 08-13182 | 94-2457035 |

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| KTLA Inc. | 08-13183 | 95-1743404 |
| KWGN Inc. | 08-13184 | 84-0565347 |
| Los Angeles Times Communications LLC | 08-13185 | 36-4371324 |
| Los Angeles Times International, Ltd. | 08-13186 | 95-4456079 |
| Los Angeles Times Newspapers, Inc. | 08-13187 | 36-4370416 |
| Magic T Music Publishing Company | 08-13188 | 36-3716522 |
| NBBF, LLC | 08-13189 | 26-2990893 |
| Neocomm, Inc. | 08-13190 | 59-3227208 |
| New Mass. Media, Inc. | 08-13191 | 04-2529553 |
| New River Center Maintenance Association, Inc. | 08-13192 | 65-0245621 |
| Newscom Services, Inc. | 08-13193 | 65-0574817 |
| Newspaper Readers Agency, Inc. | 08-13194 | 36-1547335 |
| North Michigan Production Company | 08-13195 | 36-3845466 |
| North Orange Avenue Properties, Inc. | 08-13196 | 59-3564056 |
| Oak Brook Productions, Inc. | 08-13197 | 36-4012598 |
| Orlando Sentinel Communications Company | 08-13198 | 59-1103775 |
| Patuxent Publishing Company | 08-13200 | 52-2064223 |
| Publishers Forest Products Co. of Washington | 08-13201 | 91-0844750 |
| Sentinel Communications News Ventures, Inc. | 08-13202 | 36-4132027 |
| Shepard's Inc. | 08-13203 | 13-3337931 |
| Signs of Distinction, Inc. | 08-13204 | 52-2073603 |
| Southern Connecticut Newspapers, Inc. | 08-13205 | 06-0971455 |
| Star Community Publishing Group, LLC | 08-13206 | 11-3475612 |
| Stemweb, Inc. | 08-13207 | 11-3634276 |
| Sun-Sentinel Company | 08-13208 | 59-1022684 |
| The Baltimore Sun Company | 08-13209 | 95-4066880 |
| The Daily Press, Inc. | 08-13210 | 54-1399368 |
| The Hartford Courant Company | 08-13211 | 06-0383490 |
| The Morning Call, Inc. | 08-13212 | 23-0337560 |
| The Other Company LLC | 08-13213 | 26-2455337 |
| Times Mirror Land And Timber Company | 08-13214 | 95-4017088 |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 | 95-4684227 |
| Times Mirror Services Company, Inc. | 08-13216 | 84-1301326 |
| TMLH 2, Inc. | 08-13217 | 95-4640720 |
| TMLS I, Inc. | 08-13218 | 95-4640719 |
| TMS Entertainment Guides, Inc. | 08-13219 | 36-4386325 |
| Tower Distribution Company | 08-13220 | 73-1539066 |
| Towering T Music Publishing Company | 08-13221 | 36-4202470 |
| Tribune Broadcast Holdings, Inc. | 08-13222 | 94-2444438 |
| Tribune Broadcasting Company | 08-13223 | 36-3082569 |
| Tribune Broadcasting Holdco, LLC | 08-13224 | 71-1032534 |
| Tribune Broadcasting News Network, Inc. | 08-13225 | 36-3731088 |
| Tribune California Properties, Inc. | 08-13226 | 36-3491629 |
| Tribune Direct Marketing, Inc. | 08-13227 | 36-3751479 |
| Tribune Entertainment Company | 08-13228 | 36-2596232 |
| Tribune Entertainment Production Company | 08-13229 | 36-3845393 |
| Tribune Finance Service Center, Inc. | 08-13231 | 36-4407844 |
| Tribune Finance, LLC | 08-13230 | 71-1032537 |
| Tribune License, Inc. | 08-13232 | 95-4401035 |
| Tribune Los Angeles, Inc. | 08-13233 | 04-3724522 |

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | 43-2027279 |
| Tribune Media Net, Inc. | 08-13235 | 36-4407847 |
| Tribune Media Services, Inc. | 08-13236 | 13-0571080 |
| Tribune Network Holdings Company | 08-13237 | 36-4039936 |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | 43-2027278 |
| Tribune Nm, Inc. | 08-13239 | 95-4579939 |
| Tribune Publishing Company | 08-13240 | 36-3779720 |
| Tribune Television Company | 08-13241 | 06-1251634 |
| Tribune Television Holdings, Inc. | 08-13242 | 36-3491630 |
| Tribune Television New Orleans, Inc. | 08-13244 | 36-3234055 |
| Tribune Television Northwest, Inc. | 08-13245 | 62-1172975 |
| Valumail, Inc. | 08-13246 | 06-1539512 |
| Virginia Community Shoppers, LLC | 08-13247 | 43-1994025 |
| Virginia Gazette Companies, LLC | 08-13248 | 36-4419587 |
| WATL, LLC | 08-13249 | 95-4527384 |
| WCWN LLC | 08-13250 | 04-3465982 |
| WDCW Broadcasting, Inc. | 08-13251 | 36-4308300 |
| WGN Continental Broadcasting Company | 08-13252 | 36-1919530 |
| WLVI Inc. | 08-13253 | 36-3918074 |
| WPIX, Inc. | 08-13254 | 36-3110191 |
| WTXX, Inc. | 08-13255 | 06-1501268 |

## NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order (the "Bar Date Order") establishing deadlines to file proofs of claim for all claims (as defined below) against the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") that arose prior to December 8, 2008 (the "Petition Date").

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust, or governmental unit) that holds or asserts a claim against any of the Debtors must file a proof of claim with original signature, substantially conforming to the proof of claim form attached hereto, so that it is **actually received** by Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases, on or before the Bar Dates set forth below. Proofs of claim sent by **first-class mail** must be sent to the following address:

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5069
New York, NY 10150-5069

Proofs of claim sent by **messenger** or **overnight courier** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 757 Third Avenue, Third Floor
> New York, NY 10017

The Debtors will enclose a Proof of Claim form to this Bar Date Notice for each person or entity scheduled on the Debtors' Schedules. When sent to a creditor whose claim is scheduled, the Proof of Claim form will be customized to specify (a) the identity of the Debtor against which the person or entity's claim is scheduled; (b) the amount of the scheduled claim, if any; (c) whether the claim is listed as disputed, contingent, or unliquidated; and (d) whether the claim is listed as a secured, unsecured priority, or unsecured nonpriority claim. If you have enclosed herewith a customized proof of claim form, then you are listed on the Debtors' Schedules. To the extent that you disagree with the information provided on the customized proof of claim form, you should substitute the pre-printed information with the information that you believe is correct.

If you have not received a pre-printed proof of claim form, you are not listed on the Debtors' Schedules. If you believe that you have a claim against the Debtor(s), you may download a form from Epiq's website (http://chapter11.epiqsystems.com/tribune).

To be properly filed, a proof of claim must be filed in the bankruptcy case of the specific Debtor against which the claimant holds or asserts a claim. For example, if a claimant holds or asserts a claim against 435 Production Company, the proof of claim must be filed against 435 Production Company in case number 08-13142. If a claimant wishes to assert a claim against more than one Debtor, separate proof of claim forms must be filed against each applicable Debtor. A complete list of Debtors with corresponding case numbers is set forth above.

Proofs of claim will be deemed timely filed only if <u>actually received</u> by Epiq on or before the bar date associated with such claim. Further, Epiq will not accept Proofs of Claim sent by facsimile, telecopy, e-mail or other electronic submission.

<u>General Bar Date</u>. Except as otherwise provided herein, each person or entity (including any governmental unit), holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a proof of claim so that it is <u>actually received</u> by Epiq on or before **June 12, 2009 at 4:00 p.m. (prevailing Eastern Time)**.

<u>Amended Schedules Bar Date</u>. If, on or after the date on which the Debtors serve this Notice, the Debtors amend or supplement their schedules of assets and liabilities, list of equity holders, and statements of financial affairs (collectively, the "<u>Schedules</u>") (i) to reduce the undisputed, noncontingent and liquidated amount of a claim, (ii) to change the nature or characterization of a claim, or (iii) to add a new claim to the Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim so that the proof of claim is actually received by Epiq on or before the later of (x) the General Bar Date or (y) thirty (30) days after the claimant is served with notice of the applicable amendment or supplement to the Schedules.

Rejection Bar Date. A proof of claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered prior to the applicable Debtor's plan of reorganization must be filed so that it is actually received by Epiq on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

For the avoidance of doubt, there are certain affiliates of Tribune that have not filed petitions for relief under chapter 11 of the Bankruptcy Code; therefore, claims against such entities will not be administered in these proceedings.[1]  Accordingly, parties holding claims against such entities should not file Proofs of Claim in these chapter 11 cases.

The following persons and entities need **NOT** file proofs of claim on or before the General Bar Date:

a. any person or entity that has already properly filed a Proof of Claim against the applicable Debtor(s) in these chapter 11 cases with either Epiq or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

b. any person or entity (i) whose claim is listed in the Debtors' Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules) as set forth in the Schedules;

c. professionals retained by the Debtors or the Committee pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code;

d. any person or entity that asserts an administrative expense claim against the Debtors pursuant to section 503(b) of the Bankruptcy Code; provided, however, that any person or entity that has a claim on account of prepetition goods received by the Debtors within twenty days of the Petition Date may (i) file a Proof of Claim with Epiq prior to the General

---

[1] The non-debtor subsidiaries are:  Chicago National League Ball Club, LLC; Chicago Cubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Education Publishers International (Africa) Pty Ltd.; TMS Entertainment Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network Holdings, LLC; and Wrigley Field Premium Tickets and Services, LLC.

Bar Date or (ii) file a request for payment of such claim with the Court in accordance with section 503 of the Bankruptcy Code;

e.      current officers and directors[2] of the Debtors who assert claims for indemnification and/or contribution arising as a result of such officers' or directors' prepetition or postpetition services to the Debtors;

f.      current employees of the Debtors, or labor unions authorized by law to represent current employees, in each case with respect to any claim that arose prior to the Petition Date (i) based on the payment of wages, vacation pay, reimbursable expenses, worker's compensation claims, and other benefits, etc. that were previously authorized to be paid by order of the Court, including the Wage Order approved by the Court on December 10, 2008,[3] or (ii) based on the ordinary course of their employment with the Debtors and for which payment has not yet been authorized by order of the Court (e.g. various benefit plans and programs); provided, however, that if the Debtors provide written notice stating that the Debtors do not intend to exercise their authority to pay any such claim, the affected current employee shall have until the later of (i) the Bar Date and (ii) thirty (30) days from the date of service of such written notice to file a Proof of Claim;

g.      customers who subscribe to the Debtors' newspapers with respect to any claim that arose prior to the Petition Date and is based on advance payments for hardcopy or online subscriptions of any of the Debtors' newspapers, for which claims the Debtors were previously authorized to honor by order of the Court, including the Customer Programs Order approved by the Court on December 10, 2008;[4] provided, however, that if the Debtors provide written notice stating that the Debtors do not intend to exercise their authority to honor any such claim, the affected subscriber shall have until the later of (i) the Bar Date and (ii) thirty (30) days from the date of service of such written notice to file a Proof of Claim;

h.      solely in the event that the Administrative Agent under either that certain Credit Agreement, dated as of May 17, 2007 or that certain Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007 (in

---

[2] Current officers and directors shall include the officers and directors of the Debtors as of the date of the Bar Date Order.

[3] "Wage Order" means the Order Granting Debtors' Motion and (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Contractors and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn On the Debtors' Payroll Accounts to Make the Foregoing Payments (Docket No. 53).

[4] "Customer Programs Order" means the Order Authorizing, but not Requiring, the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course Of Business (Docket No. 50).

each case with its related security agreements, guarantees, and other documents and collectively, as amended, supplemented or otherwise modified, the "Prepetition Credit Agreements" with claims arising thereon or thereunder referred to herein as "Bank Claims") files a Proof of Claim on account of the applicable Bank Claims, any person or entity (a "Prepetition Lender") whose claim is limited exclusively to a claim for repayment by the applicable Debtor(s) of principal, interest and other applicable fees and charges on or under the applicable Prepetition Credit Agreement; provided, however, that (a) the Administrative Agent under either Prepetition Credit Agreement shall be authorized, but not directed, to file on behalf of itself and all Prepetition Lenders under the applicable Prepetition Credit Agreement a single Proof of Claim on account of the applicable Bank Claims prior to the General Bar Date, (b) such single Proof of Claim shall be deemed to have been filed by such Administrative Agent and by each such Prepetition Lender against all Debtor(s) liable under such Prepetition Credit Agreement and (c) if the Administrative Agent files such Proof of Claim, (i) it shall not be required to file with its Proof of Claim any instruments, agreements, or other documents evidencing the obligations referenced in such Proof of Claim;[5] and (ii) any holder of a Bank Claim under the Prepetition Credit Agreements that asserts a claim against a Debtor arising out of or relating to the Prepetition Credit Agreements other than a Bank Claim shall be required to file a Proof of Claim on account of such claim on or before the General Bar Date, unless another exception in this paragraph applies;

i.     solely in the event that any of the Indenture Trustees under any of the Indentures (in each case with its related documents and collectively, as amended, supplemented, or otherwise modified, the "Indentures" with claims arising thereon or thereunder referred to herein as "Note Claims") files a Proof of Claim on account of the applicable Note Claims, any person or entity (a "Noteholder") whose claim is limited exclusively to a claim for repayment by Tribune of principal, interest, and other applicable fees and charges on or under the applicable Indenture; provided, however, that (a) the Indenture Trustees under any of the Indentures shall be authorized, but not directed, to file on behalf of themselves and all Noteholders under the applicable Indentures a single Proof of Claim on account of the applicable Note Claims prior to the General Bar Date, (b) such single Proof of Claim shall be deemed to have been filed by such Indenture Trustee and by each such Noteholder against Tribune under such Indenture, and (c) if any Indenture Trustee files such Proof of Claim, (i) it shall not be required to file with its Proof of Claim any instruments, agreements, or other documents evidencing the obligations referenced in

---

[5] The filing of a Proof of Claim by the Administrative Agent under either of the Prepetition Credit Agreements should not affect the right of any Prepetition Lender under the respective documents to vote separately the amount of its respective claims with respect to any plan of reorganization.

such Proof of Claim;[6] and (ii) any holder of a Note Claim under the Indentures that asserts a claim against any of the Debtors arising out of or relating to the Indentures other than a Note Claim shall be required to file a Proof of Claim on account of such claim on or before the General Bar Date, unless another exception in this paragraph applies;[7]

j.  any Debtor asserting a claim against another Debtor;

k.  any wholly-owned non-debtor subsidiary of a Debtor asserting a claim against a Debtor; and

l.  any person or entity whose claim against the Debtors has been allowed by an order of the Court entered on or before the Bar Date.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim shall not be treated as a creditor in these chapter 11 proceedings, and therefore, shall not be permitted to (i) vote on any plan of reorganization or plan of liquidation or (ii) receive any distribution under any confirmed plan.**

Acts or omissions of the Debtors, if any, that occurred prior to the Petition Date, including acts or omissions related to any indemnity agreements, guarantees, or services provided to or rendered by the Debtors, may give rise to claims against the Debtors notwithstanding the fact that such claims (or any injuries on which they are based) may be contingent or may not have matured or become fixed or liquidated prior to the Petition Date. Therefore, any person or entity that holds or asserts a claim or a potential claim against the Debtors, no matter how remote or contingent, must file a proof of claim on or before the General Bar Date.

You should not file a Proof of Claim if you do not have a claim against the Debtors. The fact that you received this Notice does not necessarily mean that you have a claim or that either the Debtors or the Bankruptcy Court believe that you have a claim.

---

[6] The filing of a Proof of Claim by any of the Indenture Trustees under any of the Indentures should not affect the right of any Noteholder under the respective documents to vote separately the amount of its respective claims with respect to any plan of reorganization.

[7] Tribune issued Notes pursuant to (i) Indenture, dated as of January 1, 1997 between Tribune Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee; (ii) Indenture, dated as of April 1, 1999 between Tribune Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee; (iii) Indenture, dated as of January 30, 1995 between Tribune Company (as successor pursuant to the First Supplemental Indenture to The Times Mirror Company, f/k/a New TMC Inc.) and Citibank, N.A. (successor to Bank of New York, Wells Fargo Bank, N.A. and First Interstate Bank of California), as trustee; (iv) Indenture, dated as of March 19, 1996 between Tribune Company (successor pursuant to the Second Supplemental Indenture to The Times Mirror Company) and Citibank, N.A., as trustee; (v) Indenture, dated as of March 1, 1992 between Tribune Company and Citibank, N.A. (successor to Continental Bank, National Association, Bank of Montreal Trust Company and Bank of New York), as trustee; and (vi) Indenture, dated as of April 13, 1999 between Tribune Company and Wilmington Trust Company (successor to Bank of Montreal Trust Company), as trustee.

You may be listed as the holder of a claim against the Debtors in the Schedules.  If you hold or assert a claim that is not listed in the Schedules or if you disagree with the amount or priority of your claim as listed in the Schedules, or your claim is listed in the Schedules as "contingent," "unliquidated," or "disputed," you **must** file a proof of claim.  Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  In addition, copies of the Debtors' Schedules and Bar Date Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.  Information relating to the Debtors' restructuring, including all documents referenced in this notice can also be viewed and downloaded free of charge on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Questions concerning the contents of this Bar Date Notice and requests for proofs of claim should be directed to Epiq at (800) 622-1125 between the hours of 9 a.m. and 5 p.m. (Prevailing Eastern Time), Monday through Friday.  Please note that Epiq's staff is not permitted to give legal advice.  You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: Wilmington, Delaware
April 13, 2009

BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Kerriann S. Mills
D'Lisia E. Bergeron
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Counsel to the Debtors and Debtors-in-Possession

**EXHIBIT E**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LORY SCHWARTZ | 559 KEENELAND DRIVE MADISONVILLE LA 70447 |
| LORYANNA MICHALEK | 730 REFLECTIONS CIRCLE #203 CASSELBERRY FL 32707 |
| LOS ALAMOS MONITOR | P.O. BOX 1268 ATTN: LEGAL COUNSEL LOS ALAMOS NM 87544 |
| LOS ANGELES AIRPORT MARRIOTT | 5855 W CENTURY BLVD STEVE DUNNEGAN LOS ANGELES CA 90045 |
| LOS ANGELES BALLET | 11755 EXPOSITION BLVD. LOS ANGELES CA 900641338 |
| LOS ANGELES BROTHERHOOD CRUSADE | 200 E SLAUSON AVENUE LOS ANGELES CA 90011 |
| LOS ANGELES BROTHERHOOD CRUSADE | BLACK UNITED FUND INC 200 E SLAUSON AVE LOS ANGELES CA 90011 |
| LOS ANGELES BROTHERHOOD CRUSADE | YOUTH SPORTS LEAGUE PO BOX 94180 PASADENA CA 91109 |
| LOS ANGELES BUSINESS JOURNAL | 5700 WILSHIRE BOULVARD NO.170 LOS ANGELES CA 90036 |
| LOS ANGELES BUSINESS JOURNAL | ATTN: CIRCULATION 5700 WILSHIRE BLVD 170 LOS ANGELES CA 90036 |
| LOS ANGELES BUSINESS JOURNAL | CIRCULATION DEPT PO BOX 48949 LOS ANGELES CA 90099-9150 |
| LOS ANGELES BUSINESS JOURNAL | PO BOX 48949 LOS ANGELES CA 90048-0949 |
| LOS ANGELES CELLULAR TELEPHONE COMPANY | 1900 EAST 15TH STREET LOS ANGELES CA 90021 |
| LOS ANGELES CELLULAR TELEPHONE COMPANY | ATTN: REAL ESTATE DEPARTMENT PO BOX 6028 CERRITOS CA 90702-6028 |
| LOS ANGELES CLIPPERS | 1111 S FIGUEROA NO.1100 LOS ANGELES CA 90015 |
| LOS ANGELES CLIPPERS | 1111 SOUTH FIGUEROA STREET SUITE 1100 LOS ANGELES CA 90015 |
| LOS ANGELES CLIPPERS | 1111 SOUTH FIGUEROA STREET, SUITE 3100 LOS ANGELES CA 90015 |
| LOS ANGELES CLIPPERS | 1111 S FIGUEROA ST, #1100 LOS ANGELES CA 90015 |
| LOS ANGELES CLIPPERS | 1111 S FIGUEROA NO. 110 LOS ANGELES CA 90015 |
| LOS ANGELES CLIPPERS* | 1111 SO FIGUEROA ST #1100 LOS ANGELES CA 90015 |
| LOS ANGELES COUNTY | 900 SO FREMONT AVE 8TH FLOOR ALHAMBRA CA 91803-1331 |
| LOS ANGELES COUNTY | ATTN  ED GERLITIS PO BOX  1460 ALHAMBRA CA 91802-1460 |
| LOS ANGELES COUNTY | AUDITOR CONTROLLER/SHARED SERV 3470 WILSHIRE BLVD LOS ANGELES CA 90010 |
| LOS ANGELES COUNTY | DEPT OF HEALTH  PUBLIC HEATH LICENSE PERMIT UNIT 5050 COMMERCE DRIVE RM 117 BALDWIN PARK CA 91706-1423 |
| LOS ANGELES COUNTY | LA COUNTY TAX COLLECTOR PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY | 500 W TEMPLE STREET RM 358 LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | AUDITOR CONTROLLER/SHARED SERV ATTN AUGUSTO BUENSUCESO 3470 WILSHIRE BLVD LOS ANGELES CA 90010 |
| LOS ANGELES COUNTY | BOARD OF SUPERVISORS/EXECUTIVE OFFI 500 W TEMPLE STREET ROOM 383 ATTN: FISCAL SERVICES LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | C/O DIAMOND BAR PUBLIC LIBRARY 1061 SOUTH GRAND AVE ATTN: BRAD STAUFFEN DIAMOND BAR CA 91765 |
| LOS ANGELES COUNTY | CHEIFS REGULATION NO 4 UNIT 200 NORTH MAIN STREET RM 945 LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | CHILD SUPPORT SERVICES DEPARTMENT STATE DISBURSEMENT UNIT PO BOX 989067 WEST SACRAMENTO CA 95798-9067 |
| LOS ANGELES COUNTY | COMMISSION FOR WOMEN 500 W TEMPLE ST  NO.383 LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | DEPARTMENT OF CORONER 1104 N MISSON ROAD ATTN:ACCOUNTING LOS ANGELES CA 90033 |
| LOS ANGELES COUNTY | DEPARTMENT OF HEALTH  PUBLIC HEATH LICENSE/PERMIT UNIT 5050 COMMERCE DRIVE RM 117 BALDWIN PARK CA 91706-1423 |
| LOS ANGELES COUNTY | DEPT OF HEALTH SRVCS  FISCAL SRVCS 5555 FERGUSON DR   STE 100-50 COMMERCE CA 90022 |
| LOS ANGELES COUNTY | DEPT OF PARKS & RECREATION 433 S VERMONT AVE LOS ANGELES CA 90020 |
| LOS ANGELES COUNTY | DEPT OF PUBLIC WORKS CASHIERS UNIT     PO BOX 1460 ALHAMBRA CA 91802 |
| LOS ANGELES COUNTY | DEPT OF PUBLIC WORKS 900 S FREMONT AVE ALHAMBRA CA 91803 |
| LOS ANGELES COUNTY | FIRE DEPT 1320 NORTH EASTERN AVENUE LOS ANGELES CA 90063 |
| LOS ANGELES COUNTY | L A COUNTY HUMAN RELATIONS 320 W TEMPLE ST STE 1184 LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | L A COUNTY HUMAN RELATIONS 2811 WILSHIRE BLVD  NO.600 C/O WESTERN DIRECT INC SANTA MONICA CA 90403 |
| LOS ANGELES COUNTY | L A COUNTY HUMAN RELATIONS PO BOX 57199 SHERMAN OAKS CA 91413 |

| Claim Name | Address Information |
|---|---|
| LOS ANGELES COUNTY | LA COUNTY TAX COLLECTOR PO BOX 54088 LOS ANGELES CA 90054-0088 |
| LOS ANGELES COUNTY | LOS ANGELES COUNTY FIRE DEPT PO BO BOX 513148 CERTIFIED UNIFIED PROGRAM AGENCY LOS ANGELES CA 90051-1148 |
| LOS ANGELES COUNTY | LOS ANGELES COUNTY SHERIFFS 110 N GRAND AVE-RM 525 LOS ANGELES CA 90012 |
| LOS ANGELES COUNTY | LOS ANGELES COUNTY SHERIFFS PO BOX 30629 LOS ANGELES CA 90030-0629 |
| LOS ANGELES COUNTY | P O BOX 54949 LOS ANGELES CA 90054-5402 |
| LOS ANGELES COUNTY | PO BOX 512816 LOS ANGELES CA 90051-0816 |
| LOS ANGELES COUNTY | PO BOX 514818 LOS ANGELES CA 90051 |
| LOS ANGELES COUNTY | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY | REGISTAR RECORDER COUNTY CLERK PO BOX 1024 NORWALK CA 90051-1024 |
| LOS ANGELES COUNTY | REGISTRAR-RECORDER/COUNTY CLERK 12400 EAST IMPERIAL HIGHWAY NORWALK CA 90650 |
| LOS ANGELES COUNTY | DEPT OF PUBLIC WORKS ALHAMBRA CA 91803 |
| LOS ANGELES COUNTY MUSEUM OF ART | OF ART 5905 WILSHIRE BLVD LOS ANGELES CA 90036 |
| LOS ANGELES COUNTY TAX COLLECTOR | P O BOX 54018 LOS ANGELES CA 90054-0018 |
| LOS ANGELES COUNTY TAX COLLECTOR | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY TAX COLLECTOR | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY TAX COLLECTOR | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY TAX COLLECTOR | P O BOX 54018 LOS ANGELES CA 90054-0018 |
| LOS ANGELES COUNTY TAX COLLECTOR | P O BOX 54018 LOS ANGELES CA 90054-0018 |
| LOS ANGELES COUNTY TAX COLLECTOR | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY TAX COLLECTOR | PO BOX 54027 LOS ANGELES CA 90054-0027 |
| LOS ANGELES COUNTY TAX COLLECTOR | DEPT OF PUBLIC WORKS PERMIT 900 FREMONT ST ALHAMBRA CA 91801 |
| LOS ANGELES COUNTY TAX COLLECTOR | TAX COLLECTOR PO BOX 54978 LOS ANGELES CA 90054-0978 |
| LOS ANGELES DAILY NEWS | 21221 OXFORD ST ET     PO BOX 4200 WOODLAND HILLS CA 91365 |
| LOS ANGELES DAILY NEWS | 21221 OXNARD ST WOODLAND HILLS CA 91367 |
| LOS ANGELES DAILY NEWS | PO BOX 4120 WOODLAND HILLS CA 91365 |
| LOS ANGELES DEPT OF WATER | BILLINGS, PROJECT AND CLAIMS ROOM 4 P O BOX 51212 ROOM 450 LOS ANGELES CA 90051-5512 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | PO BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DEPT OF WATER | AND POWER 111 N HOPE ST LOS ANGELES CA 90012 |
| LOS ANGELES DEPT OF WATER | PO BOX 10324 VAN NUYS CA 91410-0324 |
| LOS ANGELES DEPT OF WATER AND POWER | P.O. BOX 30808 LOS ANGELES CA 90030-0808 |
| LOS ANGELES DODGERS LLC | 1000 ELYSIAN PARK AVENUE ATTN  ACCOUNTING DEPT LOS ANGELES CA 90012-1199 |
| LOS ANGELES DODGERS, INC | 1000 ELYSIAN PARK AVENUE LOS ANGELES CA 90012 |
| LOS ANGELES ECONOMIC DEVELOPMENT CORP | 515 S FLOWER ST 32ND FL LOS ANGELES CA 90071 |
| LOS ANGELES HARBOR COLLEGE | 1111 FIGUEROA PL WILMINGTON CA 90744 |
| LOS ANGELES JEWISH HOME FOR THE AGING | 7150 TAMPA AVE RESEDA CA 91335 |
| LOS ANGELES LAKERS INC | P O BOX 940 EL SEGUNDO CA 90245 |
| LOS ANGELES LAKERS INC | PO BOX 10 INGLEWOOD CA 90306 |