

Teamsters Local Union No. 355

1030 S. Dukeland Street
Baltimore, Md. 21223
410-566-5700
800-410-4052

**Executive Board**

President
Denis Taylor

Vice President
Efram Williams

Secretary Treasurer
David Miller

Recording Secretary
Bill Alexander

Trustees
Don Flex (UPS)
Ralph Bowman (DHL)
Glen Goins (UPS)

Business Agents
Chip Ebert, Ray Greene, Mark Minnich,
John Caparula, Tim Deakin, Eric Wood, Bill Greer



AGREEMENT
BETWEEN

TEAMSTERS
LOCAL UNION
NO. 355

&

THE BALTIMORE
SUN COMPANY

APRIL 18,
2005

DECEMBER 31,
2007

Monthly dues on the first biweekly pay day of each month for the ensuing month in advance. This authorization shall be irrevocable for a period of one (1) year or until the termination date of the collective bargaining agreement between my employer and this Union, whichever occurs sooner, and I agree and direct that this authorization shall be automatically renewed and shall be irrevocable for successive periods of one (1) year or for the period of such succeeding collective bargaining agreement between my employer and this Union, whichever shall be sooner, unless written notice is given by me to the employer and the Union not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one (1) year or of each collective bargaining agreement between my employer and the Union whichever occurs sooner.

(Signature) ______________________

(Address) ______________________

(Social Security Number) ______________

Date: ________________ 19 ____

All deductions shall be forwarded to the Union, at its established address as promptly as possible each month, in care of the Secretary-Treasurer.

(e). The union agrees to save The Baltimore Sun Company harmless against any and all claims and liability for or on account of the deductions made from its members' salary or other earnings and remitted to the union pursuant to the terms of the above authorization.

## NON-DISCRIMINATION

2. Neither the Publisher nor the Union shall discriminate against or in favor of any employee on account of race, color, creed, national origin, political belief, sex, age, religious belief or non-belief, known physical handicap, marital status, or Union membership. Whenever gender is used in this Agreement, it shall be taken to mean either sex.

## HOURS AND OVERTIME

3(a). Thirty-seven and one-half (37 1/2) hours shall constitute a full work week. For regular employees, all hours worked in excess of thirty-seven and one-half (37 1/2) hours in any one fiscal work week shall be considered overtime and shall be paid for at the rate of one and one-half times the normal straight time rate of pay.

Thirty-eight (38) hours, or four 9 ½ hours per day, shall constitute a full workweek for regular tractor-trailer drivers only. All other drivers will work the schedule specified in paragraph 3(a) above.

(b). Overtime rates for regular employees shall apply for work in excess of seven and one-half (7 1/2) hours (excluding lunch) and eight (8) hours (excluding lunch) on one shift each week affecting the delivery of Sunday newspapers. It is understood that shift overtime pay provided for herein shall not be duplicated by overtime pay for work in excess of thirty-seven and one-half (37 1/2) hours per week.

Overtime rates for regular daytime tractor-trailer drivers shall apply for work in excess of nine and one-half (9 ½) hours (excluding lunch) on a shift of 38 hours per week.

It is understood that shift overtime pay provided herein shall not be duplicated by overtime pay in excess of thirty-eight (38) hours per week. Further, the parties agree that rules governing overtime and benefit administration are unchanged as a result of the implementation of the four-day week and the utilization of tractor-trailer drivers, except if altered by the additional ½ hour added to the workweek of daytime drivers.

(c). Overtime rates for extra employees shall apply for work in excess of seven and one-half (7 1/2) hours (excluding lunch) for not more than three (3) shifts each week and nine and one-half (9 1/2) hours (excluding lunch) for not more than two (2) shifts each week affecting the delivery of Sunday newspapers. It is understood that shift overtime pay provided for herein shall not be duplicated by overtime pay for work in excess of thirty-seven and one-half (37 1/2) hours per week.

## HOLIDAYS AND PERSONAL LEAVE

4(a)1. Effective through December 31, 2003, holidays shall include New Year's Day, Memorial Day, July Fourth, Labor Day, Thanksgiving Day, Christmas Day and/or days legally observed as such by the Publisher and the employee's anniversary date of continuous full-time employment.

Effective January 1, 2004, holidays shall include New Year's Day, Memorial Day, July Fourth, Labor Day, Thanksgiving Day, Christmas Day and/or days legally observed as such by the Publisher.

(a)2. The following paragraph 4(a)2 shall be applicable through December 31, 2003. Effective January 1, 2004, it shall no longer be applicable.

Instead of the anniversary holiday, an employee may select an alternate scheduled work shift off with pay, provided such employee has given not less than two (2) weeks' notice of such selection to his supervisor prior to his anniversary holiday date. In the event more than one employee selects identical alternate scheduled work shifts off with pay, the Fleet Manager or his assistants will determine how many of such employees will be off, by seniority.

(b). Regular employees shall receive a credit of seven and one-half (7 1/2) hours at straight time in each week in which a holiday occurs, provided that the employee works on the holiday if scheduled to work. If the employee is required to work more than seven and one-half (7 1/2) hours on the holiday, the holiday credit shall be equal to the hours actually worked. If the employee's day off falls on the holiday,

6