IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | * | Case No. 08-13141 (KJC) |
| Debtors. | * | Jointly Administered |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF DAVID A. WHITE, SR.

David A. White, Sr., being duly sworn, deposes and says:

1. My name is David A. White, Sr. I am over the age of 18 years. I have personal knowledge of the facts and matters recited in this affidavit. I am competent to testify in court to the matters stated in this affidavit.

2. I am the Secretary-Treasurer of Teamsters Local Union No. 355 ("Local 355"). I was elected to this office in late 1993, and took office in January, 1994. I have been reelected to this office several times since.

3. I am also a trustee on both the Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund ("Health Fund") and the Truck Drivers and Helpers Local 355 Retirement Pension Fund ("Pension Fund") (collectively, the "Funds"). I began serving as a trustee on the Funds in January, 1994. In making this affidavit, I have reviewed certain business records and historical documents of Local 355 and of the Funds.

4. The Health Fund has been in existence since the early 1950s. The Health Fund is an employee health benefit plan that exists for the purpose of providing health and welfare benefits to participants. Participants in the Health Fund are employees or former employees of employers that, through a collective bargaining relationship with Local 355,

are obligated to pay contributions to the Health Fund. The Health Fund is an "employer welfare benefit plan" as defined in the ERISA.

5. The Health Fund is a multiemployer Taft-Hartley trust fund established for the sole and exclusive benefit of employees of contributing employers and their families and dependents. It is administered by a joint board of trustees composed of equal numbers of management and union representatives. The Health Fund collects monies from contributing employers, as specified in collective bargaining agreements and the Health Fund's governing trust agreement, and uses those monies to furnish health and welfare benefits to participants and their eligible beneficiaries. The trustees are fiduciaries of the Health Fund, and are required to discharge their duties solely in the interest of the participants and beneficiaries. The Health Fund is governed by the Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund Restated Agreement and Declaration of Trust ("Health Fund Trust Agreement"). The Health Fund Trust Agreement has been amended and restated a number of times; it was most recently restated in 2008.

6. The Pension Fund has been in existence since the late 1950s. The Pension Fund is a multiemployer employee retirement benefit plan that exists for the purpose of providing post-employment income to participants and designated beneficiaries. Participants in the Pension Fund are employees or former employees of employers that, through a collective bargaining relationship with Local 355, are obligated to pay contributions to the Pension Fund. The Pension Fund is an "employee pension benefit fund" as defined in ERISA. It is a Taft-Hartley trust fund, administered by a joint board of trustees consisting of equal numbers of management and union representatives. The Pension Fund's trustees are fiduciaries who are required to discharge their duties solely in

the interest of the participants and beneficiaries. The Pension Fund is governed by the Truck Drivers and Helpers Local 355 Retirement Pension Fund Restated Agreement and Declaration of Trust ("Pension Fund Trust Agreement"). The Pension Fund Trust Agreement has been amended and restated a number of times; it was most recently restated in 2008.

7. Local 355 has had and continues to have collective bargaining relationships with employers wherein the health and welfare and pension articles of the collective bargaining agreements include the terms "straight time hour" or "straight time hours." The employers include The Baltimore Sun, US Foods, United Parcel Service, Acme Paper & Supply Co., AmTote International, Avis Rent-A-Car, Airborne Freight, Perishable Deliveries, Inc., and The Hertz Corporation. These employers have historically made and, with the exception of the Sun and, more recently, US Foods, continue to make contributions to the Health Fund and/or Pension Fund based on all hours—straight time and overtime—paid to employees, up to the weekly maximums.

8. Although the straight-time-hours language has existed in the Local 355-Sun CBAs for decades, the Funds did not discover that the Sun had failed to pay on overtime hours until 2006, when it concluded employer payroll audits for the years 2004-2005. While the Funds had audited the Sun's payroll records in the past, such audits did not reveal a failure to pay on overtime hours because, operationally, the Sun did not historically assign overtime work to bargaining unit employees prior to the late 1990s or early 2000s. It was only beginning with that period that unit employees earned overtime pay. The 2004-2005 records audit thus represented the first time the Funds audited the Sun's records following its operational changes.

3

I swear under the penalties of perjury that the foregoing affidavit is true and correct to the best of my personal knowledge.

_7/23/13_
Date

_[signature]_
David A. White, Sr.