**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | * | Case No. 08-13141 (KJC) |
| Debtors. | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING REORGANIZED DEBTORS' OBJECTION TO CLAIMS OF TRUCK DRIVERS AND HELPERS LOCAL UNION NO. 355 HEALTH & WELFARE FUND AND TRUCK DRIVERS AND HELPERS LOCAL 355 RETIREMENT PENSION FUND**

Upon consideration of the Reorganized Debtors' Objection to the Claims of the Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund and Truck Drivers and Helpers Local 355 Retirement Pension Fund (collectively "the Funds") pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 in the above-captioned matter (ECF No. 13643), and upon consideration of the Funds' response thereto, it is this _____ day of _____, 2013,

ORDERED that the Reorganized Debtors' Objection to the Claims of the Funds is DENIED and that the claims of the Fund are allowed.

Dated _____, 2013

The Honorable Kevin J. Carey
United States Bankruptcy Judge