# EXHIBIT 1

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMPTION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $7,821.97 | $0.00 | $8,911.18 | $19,553.31 | 7/1/2009 | 7/31/2013 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 | | $78.46 | $2,902.95 | $172.00 | $3,608.00 | $8,838.54 | 7/1/2010 | 7/31/2013 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $3,405.25 | $0.00 | $3,893.55 | $8,526.54 | 7/1/2009 | 7/31/2013 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 | | $6.48 | $239.73 | $172.00 | $464.92 | $896.86 | 7/1/2010 | 7/31/2013 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $3,138.35 | $0.00 | $3,590.33 | $7,860.19 | 7/1/2009 | 7/31/2013 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 | | $230.70 | $8,535.72 | $0.00 | $10,083.68 | $25,463.35 | 7/1/2010 | 7/31/2013 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $7,367.85 | $0.00 | $8,395.27 | $18,419.55 | 7/1/2009 | 7/31/2013 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 | | $17.42 | $644.42 | $0.00 | $770.53 | $1,931.64 | 7/1/2010 | 7/31/2013 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $7,255.85 | $0.00 | $8,268.04 | $18,139.94 | 7/1/2009 | 7/31/2013 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $9,623.98 | $172.00 | $11,130.36 | $24,224.21 | 7/1/2009 | 7/31/2013 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $423.30 | $172.00 | $677.89 | $1,253.81 | 7/1/2009 | 7/31/2013 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $276.99 | $172.00 | $511.68 | $888.54 | 7/1/2009 | 7/31/2013 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $1,283.10 | $172.00 | $1,654.68 | $3,400.40 | 7/1/2009 | 7/31/2013 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $117.29 | $172.00 | $330.25 | $489.83 | 7/1/2009 | 7/31/2013 |
| 5166-023-016 | 08-000 | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $3,764.61 | $172.00 | $4,473.80 | $9,595.72 | 7/1/2009 | 7/31/2013 |
| 5166-027-014 | 08-000 | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $38,746.50 | $172.00 | $44,215.13 | $96,931.45 | 7/1/2009 | 7/31/2013 |
| 5166-028-004 | 08-000 | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $637.00 | $172.00 | $920.67 | $1,787.34 | 7/1/2009 | 7/31/2013 |
| Jul 2013 Due | | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $96,184.84 | $1,720.00 | $111,899.97 | $248,201.23 | | |

#1047994v1