## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 25th day of July, 2013, I served a true and correct copy of the foregoing **Reply in Support of Los Angeles County Treasurer and Tax Collector's Motion for Relief form the Permanent Injunction of the Debtors' Plan of Reorganization** upon the parties listed below in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA EMAIL AND FIRST CLASS MAIL**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Matthew G. Martinez, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

_____
Marc J. Phillips (#4445)

#1048000v1