## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JULY 30, 2013 AT 2:00 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY[2]

## CONTINUED MATTERS

1.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

    Response Deadline:  December 8, 2009 at 4:00 p.m.

    Responses Received:

    (a)  Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

    (b)  Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

    (c)  Informal Response received from GE Capital Fleet Services

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Any party who wishes to participate in the hearing telephonically must register with COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker (See Docket Nos. 3011, 3526 and 7274). The Objection was withdrawn with respect to Claim No. 501 of Chris Parker, Claim No. 2998 of Marc Silver, and Claim No. 5579 of Gelco Corporation, d/b/a GE Capital Fleet Services. The hearing on the claim of Robby S. Wells is adjourned to the September 3, 2013 hearing. This matter will not be going forward.

2.    Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

    (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

3.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline: March 15, 2011 at 4:00 p.m.

Responses Received:

    (a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned to the September 3, 2013 hearing.  This matter will not be going forward.

4.    Reorganized Debtors' Objection to Claim No. 878 of Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of Parren J. Mitchell, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 23, 2013) (Docket No. 13561)

Response Deadline: June 19, 2013 at 4:00 p.m.
On consent of the parties, the Reply Deadline is extended until 4:00 p.m. on August 28, 2013 for the Reorganized Debtors.

Responses Received:

    (a)    Opposition of Keiffer J. Mitchell, Sr. as Personal Representative of the Estate of Parren J. Mitchell, to Reorganized Debtors' Objection to Claim No. 878 [ECF No. 13561] (Filed June 18, 2013) (Docket No. 13615)

Status:    The hearing and all applicable pleading deadlines have been adjourned by consent of the parties and the parties reserve all rights with respect to the claim, the objection and the underlying litigation.  This matter is continued to the September 3, 2013 hearing.  This matter will not be going forward.

5.      Reorganized Debtors' Objection to Claim No. 7186 of Clear Channel Outdoor, Inc.,
        Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001,
        3003, and 3007 (Filed May 24, 2013) (Docket No. 13564)

        Response Deadline:  June 19, 2013 at 4:00 p.m.
        On consent of the parties, the Response Deadline is extended until 4:00 p.m. on
        August 28, 2013 for Clear Channel Outdoor, Inc.

        Responses Received:  None at this time.

        Status:         This matter is continued to the September 3, 2013 hearing.  This matter
                        will not be going forward.

6.      Reorganized Debtors' Objection to the Claims of the Truck Drivers & Helpers Local
        Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union
        No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and
        Bankruptcy Rules 3003 and 3007 (Filed June 26, 2013) (Docket No. 13643)

        Response Deadline:  July 23, 2013 at 4:00 p.m.
        On consent of the parties, the Reply Deadline is extended until 4:00 p.m. on August 28,
        2013 for the Reorganized Debtors.

        Responses Received:

                (a)     Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund
                        and Truck Drivers and Helpers Local 355 Retirement Pension Funds'
                        Objection to Reorganized Debtors' Objection to Claims (Filed July 23,
                        2013) (Docket No. 13661)

        Status:         On consent of the parties, this matter is continued to the September 3,
                        2013 hearing.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION

7.      Reorganized Debtors' Objection to Claim No. 4454 of Milton V. Johnson, Pursuant to
        Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and
        3007 (Filed June 20, 2013) (Docket No. 13625)

        Response Deadline:  July 23, 2013 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:

                (a)     Certification of No Objection Regarding Docket No. 13625 (Filed July 25,
                        2013) (Docket No. 13663)

46429/0001-9643191v1

Status:     A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

8.    Reorganized Debtors' Sixty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed June 26, 2013) (Docket No. 13644)

Response Deadline:  July 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 13644 (Filed July 25, 2013) (Docket No. 13664)

Status:     A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

9.    Reorganized Debtors' Objection to Claim No. 2540 of Peter Bohm Pursuant to Section 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed June 27, 2013) (Docket No. 13646)

Response Deadline:  July 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 13646 (Filed July 25, 2013) (Docket No. 13665)

Status:     A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

10.    Reorganized Debtors' Motion for Entry of an Order Extending the Deadline to Object to Claims (Filed July 9, 2013) (Docket No. 13650)

Objection Deadline:  July 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 13650 (Filed July 25, 2013) (Docket No. 13666)

46429/0001-9643191v1

Status:       A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

11.    Litigation Trustee's Motion for an Order Extending the Deadline to Object to Claims (Filed July 9, 2013) (Docket No. 13651)

Objection Deadline:  July 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

(a)    Certificate of No Objection (Filed July 25, 2013) (Docket No. 13667)

Status:       A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

## MATTERS GOING FORWARD

12.    Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 16, 2010) (Docket No. 4091)

Response Deadline:  May 11, 2010 at 4:00 p.m.

Responses Received:

(a)    Response by Marbury L. von Briesen (Filed May 12, 2010) (Docket No. 4349)

(b)    Supplemental Response by Marbury L. von Briesen (Filed July 15, 2010) (Docket No. 5016)

(c)    Response by Marbury L. von Briesen (Filed April 2, 2013) (Docket No. 13408)

(d)    Response by Marbury L. von Briesen to Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye (Filed May 16, 2013) (Docket No. 13527)

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 4, 2010) (Docket No. 4230)

(b)    Reorganized Debtors' Supplemental Objection to the Claims of Marbury von Briesen and Herbert Eye Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed April 22, 2013) (Docket No. 13469)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection (See Docket No. 4406); Orders resolving Claim No. 4863 of CNN Newsource Sales, Inc., Claim Nos. 4634, 4635, 4636, 4640, 4748, 4749, 4750 and 4751 of Oracle America, Inc., and Claim No. 3672 of Terry Godbey (See Docket Nos. 6158, 6593 and 9773); and issued a Memorandum and Order with respect to Claim No. 3060 of Maureen Dombeck (See Docket Nos. 13504 and 13505). The Objection was withdrawn as to the claims of 9090 Enterprises and Spanlink Communications. The Objection and Supplemental Objection were settled as to the claims of Herbert E. Eye.[3] The hearing on the Objection and Supplemental Objection to the claim of Mr. von Briesen will be going forward.

13.    Los Angeles County Treasurer and Tax Collector's Motion for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A. as Amended June 18, 2012 (Filed May 21, 2013) (Docket No. 13545)

Response Deadline: June 7, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on July 19, 2013 for the Reorganized Debtors.

Responses Received:

(a)    Reorganized Debtors' Objection to the Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012 (Filed July 19, 2013) (Docket No. 13659)

(b)    Reply in Support of Los Angeles County Treasurer and Tax Collector's Motion for Relief from the Permanent Injunction of Debtors' Plan of Reorganization (Filed July 25, 2013) (Docket No. 13662)

---

[3]  Pursuant to the terms of the Plan, after the Effective Date, the Reorganized Debtors have "the power and authority to allow or settle and compromise any Claim without notice to any other party, or approval of, or notice to the Bankruptcy Court . . . ." See Plan at § 8.1.

Status:        This matter will be going forward.

Dated:  July 26, 2013

<div style="margin-left: 40%;">

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

</div>

46429/0001-9643191v1