# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Matthew G. Martinez, Esquire of Sidley Austin LLP to represent the Reorganized Debtors in the above-referenced cases.

Dated: July 26, 2013

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**

By: /s/ Norman L. Pernick
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Phone: (302) 652-3131

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Matthew G. Martinez
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July ____, 2013

The Honorable Kevin J. Carey
United States Bankruptcy Judge

46429/0001-9735520v1