

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 435-8464

July 26, 2013

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
c/o Epic Solutions-Tribune Company
757 Third Avenue
New York, NY 10017

Re:  Claim withdrawal for Tribune Company
　　　Docket #: 08-13141
　　　Claim # 7155

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 2nd Amended Administrative Expense proof of claim in the amount of $ 25.76 with a statement date of 8/16/2012. There is no surviving Administrative Expense period proof of claim. Claim #7155 is being withdrawn, provided, however, that if all or any portion of the claim is hereafter required to be returned to or for the benefit of the debtor, the debtor's estate or the debtor's successor, the NYS Department of Taxation and Finance reserves the right to reinstate the claim as of the date it was originally filed.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative I

cc: David Demeter
　　Norm Fivel