# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, Carol E. Bartels hereby withdraws her proof of claim, assigned Claim No. 1190 by the Court-appointed claims agent, filed on or about April 20, 2009 in the total amount of $100,000 against Los Angeles Times Communications, LLC, a debtor in the above-captioned chapter 11 cases, with prejudice.

DATED: July 25, 2013       By: _____

Name: Attorney for Carol E. Bartels

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5900 Wilshire Blvd., 26th Floor, Los Angeles, CA 90036

On July 26, 2013, I served the foregoing document described as **PLAINTIFF'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** on the parties herein, through their attorney(s) of record in this action, by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Tribune Co. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC.
FDR station, P.O. Box 5069
New York, NY 10150-5069

Jillian K. Ludwig, Esq.
Sidley Austin, LLP
One South Dearborn
Chicgo, IL 60603

Daniel M. Crowley, Esq.
BOOTH, MITCHEL & STRANGE, LLP.
707 Wilshire Boulevard, Suite 4450
Los Angeles, CA 90017-3617
(213) 738-0100; Fax: (213) 380-3308
Attorneys for defendant, L.A. TIMES COMMUNICAT'IONS, LLC.

**XX    BY MAIL**

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 26, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Charlotte Rodriguez

C:\Users\Erik\Documents\10014-Carol Gary\Discovery\Depo Notice Brian Shults--PE 3.wpd