# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13659 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2013, I caused to be served the "Reorganized Debtors' Objection to the Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012," dated July 19, 2013 [Docket No. 13659], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
22nd day of July, 2013.

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-2-

T:\Clients\TRIBUNE\Affidavits\Obj Los Angeles County Treasurer_DI_13659_AFF_7-19-13_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A.M. SACCULLO LEGAL, LLC | ANTHONY M. SACCULLO, ESQ THOMAS H. KOVACH, ESQ. 27 CRIMSON KING DRIVE (COUNSEL TO TIMOTHY P. KNIGHT) BEAR DE 19701 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: MEGHAN C. HORN, ESQ. (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE FUND AND PENSION FUND) 809 GLENEAGLES COURT, SUITE 320 TOWSON MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS. COUNSEL TO AURELIUS (MEDIATION PARTY) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | DAVID M. ZENSKY, ESQ.; DEBORAH NEWMAN, ESQ.; JASON GOLDSMITH, ESQ. COUNSEL TO MARC S. KIRSCHNER, LITIGATION TTEE ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | C/O BECKET AND LEE LLP POB 3001 MALVERN PA 19355-0701 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. COUNSEL FOR THE AD HOC TRADE COMMITTEE 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASHBY & GEDDES, PA | WILLIAM P. BOWDEN; AMANDA M. WINFREE 500 DELAWARE AVENUE, 8TH FLOOR PO BOX 1150 (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASKOUNIS, ESQ. COUNSEL TO BANK OF AMERICA LEASING & CAPITAL LLC 444 NORTH MICHIGAN AVENUE SUITE 3270 CHICAGO IL 60611 |
| BALLARD SPAHR LLP | ATTN: CHRISTOPHER S. CHOW, ESQ; DAVID T. MAY, ESQ COUNSEL TO CCI EUROPE A/S 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: WILLIAM J. BARRETT RAY G. REZNER ROGER H. STETSON 200 WEST MADISON STREET, SUITE 3900 (GREATBANC TRUST COMPANY) CHICAGO IL 60606 |
| BARNES & THORNBURG LLP | ATTN: DAVID M. POWLEN 1000 NORTH WEST STREET, SUITE 1500 (COUNSEL TO MORGAN STANLEY & CO., INC.) WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BAYARD, P.A. | JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE (COUNSEL TO COOK COUNTY DEPARTMENT OF REVENUE) WILMINGTON DE 19899 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BIFFERATO GENTILOTTI LLC | GARVAN F. MCDANIEL, ESQ. 800 N. KING STREET, PLAZA LEVEL (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) WILMINGTON DE 19801 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLAKELEY & BLAKELEY LLP | ATTN: JOHNN WHITE, ESQ. COUNSEL TO GOOGLE INC. 2 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| BLANK ROME LLP | ATTN: DAVID W. CARIKHOFF 1201 MARKET ST; STE 800 (COUNSEL TO EGI-TRB) WILMINGTON DE 19801 |
| BRACEWELL & GUILIANI LLP | ATTN: E. FLASCHEN, ESQ; D. CONNOLLY, ESQ; A ANDREW SCHOULDER, ESQ COUNSEL-AD HOC COMMITTEE OF STEP ONE SENIOR LENDER GOODWIN SQUARE 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103-1516 |

| Claim Name | Address Information |
|---|---|
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & GORDON Z. NOVOD, ESQS. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 901 N MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 55 SECOND STREET, 17TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-3493 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA LAKE SUCCESS NY 11042 |
| CAPITALSOURCE FINANCE LLC | ANGELA KINDON; RHONDORA BELJANO 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CATHOLIC CHARITIES | ATTN: JOSEPH AUGUSTYNIAK 1966 GREENSPRING DRIVE, SUITE 200 TIMONIUM MD 21093 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CIARDI CARDI & ASTIN | DANIEL K. ASTIN JOHN D. MCLAUGHLIN, JR. 919 N. MARKET STREET, SUITE 700 (COUNSEL TO STARDUST VISIONS, INC.) WILMINGTON DE 19801 |
| CIARDI, CIARDI & ASTIN | COUNSEL TO STARDUST VISIONS, INC. 100 CHURCH STREET, 8TH FLOOR NEW YORK NY 10007 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY READING BANKRUPTCY & COMPLIANCE UNIT ATTN: JOSEPH KOTS 625 CHERRY ST, ROOM 203 READING PA 19602-1152 |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF | REVENUE, BUREAU OF ACCOUNTS SETTLEMENT THOMAS W. CORBETT, JR., ATTORNEY GENERAL CAROL E. MOMJIAN, SR. DEPUTY ATTORNEY GENERAL PA I.D. NO. 049219 OFFICE OF ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY GALLAGHER LLP | JEFFREY C. WISLER COUNSEL TO CERTAIN CURRENT & FORMER DIRECTORS 1000 WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COOLEY MANION JONES LLP | ATTN: MARC J. PHILLIPS, ESQ. COUNSEL TO LOS ANGELES COUNTY TREASURER & TAX COLLECTOR 1105 N. MARKET STREET, SUITE 200 WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER, ESQ. 1201 N. MARKET STREET, SUITE 1400 (COUNSEL TO TWENTIETH TELEVISION, INC.) WILMINGTON DE 19801 |
| CROSS & SIMON LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR (COUNSEL TO WASHINGTON-BALTIMORRRE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA) WILMINGTON DE 19801 |
| CROSS & SIMON, LLC | JOSEPH GREY, ESQ. 913 NORTH MARKET STREET, ELEVENTH FLOOW (COUNSEL TO CONSTELLATION NEWENERGY, INC.) WILMINGTON DE 19801 |
| DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL | ATTN: ELAINE Z. COLE, ESQ. 340 E. MAIN ST. (COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE) ROCHESTER NY 14604 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, ESQ., R. CRAIG MARTIN, ESQ. MICHELLE E. MARINO, ESQ. 919 N. MARKET STREET, SUITE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| DLA PIPER LLP (US) | JODIE E. BUCHMAN, ESQ. 6225 SMITH AVENUE (COUNSEL TO CONSTELLATION NEWENERGY, INC.) BALTIMORE MD 21209-3600 |
| DUANE MORRIS | ATTN: LAWRENCE J. KOTLER, ESQUIRE COUNSEL FOR PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM 30 SOUTH 17TH STREET PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN: MARGERY N. REED, ESQ.; WENDY M. SIMKULAK, ESQ. 30 SOUTH 17TH STREET (COUNSEL TO ACE COMPANIES) PHILADELPHIA PA 19103-4196 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| DUANE MORRIS LLP | RICHARD W.RILEY; SOMMER L. ROSS 222 DELAWARE AVENUE, SUITE 1600 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION & ACE COMPANIES) WILMINGTON DE 19801-1659 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: KEITH D. ELKINS, ESQ. 2049 CENTURY PARK EAST, SUITE 2700 (COUNSEL TO LIT FINANCE, LP) LOS ANGELES CA 90067 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA JONATHAN M. STEMERMAN 1105 NORTH MARKET STREET, SUITE 1700 (COUNSEL TO 3M EMPLOYEES WELFARE BENEFITS ASSOC. TR. I & EMPLOYEE RETIREMENT INCOME PLAN TR OF MN MINING & MFG CO.) WILMINGTON DE 19801 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: VINCENT R CAPPUCCI ESQ & JORDAN A CORTEZ ESQ COUNSEL TO THE GABELLI ENTITIES 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK STREET SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC & CHICATGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | ATTN:  JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) CITIZENS BANK CENTER 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION IMT/THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 200 INTERNATIONAL DRIVE MT. OLIVE NJ 07828 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB 1633 BROADWAY (COUNSEL TO AUERLIUS CAPITAL MANAGEMENT, LP) NEW YORK NY 10019-6708 |
| FRIEDMAN LAW GROUP | ATTN: J. BENNETT FRIEDMAN, ESQ. COUNSEL TO ISAKSEN INVESTMENTS, LLC 1900 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GATEWAY PACIFIC PROPERTIES, INC. | C/O RONALD K. BROWN, JR. LAW OFFICES OF RONALD K. BROWN, JR. 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| GE MONEY BANK | C/O RECOVERY MANAGEMENT SYSTEMS CORP. ATTN: RAMESH SINGH 25 SE 2ND AVENUE, SUITE 1120 (SAM'S CLUB BRC) MIAMI FL 33131-1605 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET SUITE 2101 BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |

| Claim Name | Address Information |
|---|---|
| GORLICK, KRAVITS & LISTHAUS, PC | ATTN: BARBARA S. MEHLSACK, ESQ. 17 STATE STREET, 4TH FLOOR (COUNSEL TO LABORERS NAT'L PENSION FUND, PAVERS & ROAD BUILDERS DISTRICT COUNCIL PENSION FUND) NEW YORK NY 10004 |
| GREENBERG TAURIG, LLP | ATTN: DENNIS A. MELORO COUNSEL TO HAMDON ENTERTAINMENT THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| GREENBERG TAURIG, LLP | ATTN: KEVIN P. GARLAND, ESQ. COUNSEL TO HAMDON ENTERTAINMENT 1840 CENTURY PARK E STE 1900 LOS ANGELES CA 90067-2121 |
| HANNAFAN & HANNAFAN, LTD. | MICHAEL T. HANNAFAN, ESQ. BLAKE T. HANNAFAN, ESQ. JAMES A. MCGUINNESS, ESQ. ONE EAST WACKER DRIVE, SUITE 2800 (COUNSEL TO TIMOTHY P. KNIGHT) CHICAGO IL 60601 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 12610 PARK PLAZA DR STE 100 CERRITOS CA 90703-9362 |
| HILLER & ARBAN, LLC | ADAM HILLER, ESQ.; BRIAN ARBAN, ESQ. COUNSEL TO PARTIES REFERENCED IN 1ST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP (TM RETIREES) 1500 NORTH FRENCH STREET, 2ND FLOOR WILMINGTON DE 19801 |
| HOGAN LOVELLS | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION/IBM CREDIT LLC | MARIE-JOSEE DUBE, BANKRUPTCY COORDINATOR 1360 RENE-LEVESQUE W., SUITE 400 MONTREAL QC H3G 2W6 CANADA |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JD THOMPSON LAW | ATTN: JUDY D. THOMPSON P.O. BOX 33127 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28233 |
| JENNER & BLOCK LLP | ATTN: DAVID J. BRADFORD, CATHERINE L. STEEGE, ANDREW W. VAIL COUNSEL TO EGI-TRB 353 N. CLARK STREET CHICAGO IL 60654-3456 |
| JONES DAY | BRUCE BENNETT JAMES O. JOHNSTON JOSHUA M. MESTER COUNSEL TO REORGANIZED DEBTORS 555 SOUTH FLOWER STREET, 50TH FLOOR LOS ANGELES CA 90071-2300 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. COUNSEL TO GREATBANC TRUST COMPANY 599 LEXINGTON AVENUE NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. K&L GATES CENTER 210 6TH AVENUE, SUITE 1100 (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2613 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSAND OAKS BLVD. #343 ATTN: KEVIN & SAM SORBO WESTLAKE VILLAGE CA 91362 |
| KAPLAN RICE LLP | HOWARD J. KAPLAN, ESQ. 45 ROCKEFELLER PLAZA, SUITE 2000 (COUNSEL TO AD HOC COMMITTEE OF STEP ONE SENIOR LENDERS) NEW YORK NY 10011 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID S. ROSNER; ANDREW K. GLENN; SHERON KORPUS 1633 BROADWAY (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK) NEW YORK NY 10019 |
| KATTEN MUCHIN ROSENMAN LLP | JOHN P. SIEGER; ALEXANDER S. VESSELINOVITCH; DANIEL J. POLATSEK 525 W. MONROE STREET (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60661-3693 |
| KAYE SCHOLER LLP | 425 PARK AVE MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ALAN N. SALPETER, ESQ. COUNSEL TO DANIEL G. KAZAN THREE FIRST NATIONAL PLAZA 70 WEST MADISON STREET, SUITE 4200 CHICAGO IL 60602 |

| Claim Name | Address Information |
|---|---|
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| KING & SPALDING LLP | ATTN: ARTHUR J. STEINBERG, ESQ. SCOTT DAVIDSON, ESQ. 1185 AVENUE OF THE AMERICAS (COUNSEL TO GM HOURLY-TATE EMPLOYEE PENSION TRUST) NEW YORK NY 10036 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS. (COUNSEL TO: EXAMINER-DESIGNATE,KENNETH KLEE, ESQ) 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEE, TUCHIN, BOGDANOFF & STERN, LLP | ATTN:  KENNETH N. KLEE, ESQ. 1999 AVENUE OF THE STARS, 39TH FLOOR LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | MICHAEL W. YURKEWICZ, ESQUIRE 919 MARKET STREET, SUITE 1000 (COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP) WILMINGTON DE 19801 |
| LABATON SUCHAROW LLP | ATTN: CHRISTOPHER J. KELLER, ESQ. MICHAEL W. STOCKER, ESQ. 140 BROADWAY (COUNSEL TO IBEW LOCAL 103 TRUST FUND) NEW YORK NY 10005 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LANDIS RATH & COBB LLP | RICHARD S. COBB, ESQ.; J.LANDON ELLIS, ESQ.; JEFFREY R. DROBISH, ESQ. COUNSEL TO MARC KIRSCHNER, LITIGATION TRUSTEE 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 476 9TH STREET OAKLAND CA 94607-4048 |
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY, ELLIS COUNTY) DALLAS TX 75201 |
| LOWENSTEIN SANDLER PC | ATTN: JOHN K. SHERWOOD, ESQ. IRA LEVEE, ESQ. 65 LIVINGSTON AVENUE (COUNSEL TO IBEW LOCAL 103 TRUST FUND, LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM) ROSELAND NJ 07068 |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. 23 GREEN STREET, SUITE 302 (COUNSEL TO ORACLE AMERICA, INC.) HUNTINGTON NY 11743 |
| MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK ILEANA M. HERNANDEZ 11355 WEST OLYMPIC BOULEVARD (COUNSEL TO CA STATE TEACHERS'RETIREMENT SYSTEM) LOS ANGELES CA 90064 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 300 DELAWARE AVENUE, SUITE 800 (COUNSEL TO ORACLE AMERICA, INC.) WILMINGTON DE 19801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 680 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., JEAN-MARIE L. ATAMIAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCDONALD HOPKINS LLC | SEAN D. MALLOY COUNSEL TO HY-KO PRODUCTS COMPANY 600 SUPERIOR AVENUE, EAST SUITE 2100 CLEVELAND OH 44144 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 160 W SANTA CLARA ST STE 400 SAN JOSE CA 95113-1708 |
| MEITES, MULDER & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 321 S. PLYMOUTH CT, SUITE 1250 CHICAGO IL 60604 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |

| Claim Name | Address Information |
|---|---|
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SUSAN L. LISSANT SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN. RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN, LEWIS & BOCKIUS LLP | MENACHEM O. ZELMANOVITZ, ESQ. RACHEL JAFFE NAUCERI 101 PARK AVENUE (COUNSEL TO NYSCRF) NEW YORK NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | RACHEL JAFFE MAUCERI, ESQ. 1701 MARKET STREET (COUNSEL TO NYSCRF) PHILADELPHIA PA 19103-2921 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: COLM F. CONNOLLY, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 501 (COUNSEL TO NYSCRF) WILMINGTON DE 19801 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT, ESQ; CURTIS S. MILLER, ESQ. COUNSEL TO STEP ONE SENIOR LENDERS 1201 NORTH MARKET STREET, 18TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | COUNSEL TO CF 4242 BRYN MAWR LLC 191 NORTH WACKER DRIVE, STE 1800 ATTN: SCOTT DAVID CHICAGO IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, SUITE 1800 SCHAUMBURG IL 60173 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| O'MELVENY & MYERS LLP | ATTN: B. BUTWIN, D. CANTOR & D. SHAMAH, ESQS. TIMES SQUARE TOWER 7 TIMES SQUARE (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: EVAN M. JONES, ESQ. 400 SOUTH HOPE STREET (COUNSEL TO BANK OF AMERICA, N.A. AND BANC OF AMERICA SECURITIES LLC) LOS ANGELES CA 90071 |
| OFFICE OF THE UNITED STATES TRUSTEE | DAVID BUCHBINDER, ESQ. UNITED STATES DEPT OF JUSTICE J.CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES TIMOTHY P. CAIRNS 919 N. MARKET STREET, 17TH FLOOR P.O. BOX 8705 (COUNSEL TO CENTERBRIDGE CREDIT ADVISORS LLC.) WILMINGTON DE 19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ALAN W. KRONBERG COUNSEL TO MOELIS & COMPANY LLC 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: JOSEPH L. CHRISTENSEN 500 DELAWARE AVENUE, SUITE 200; PO BOX 32 (COUNSEL TO CITICORP NORTH AMERICA, INC., CITIGROUP GLOBAL MKTS INC., MOELIS & COMPANY LLC) WILMINGTON DE 19899-0032 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CHARLES E. DAVIDOW 2001 K. STREET, N.W. (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) WASHINGTON DC 20006-1047 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP | ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA 1285 AVENUE OF THE AMERICAS (COUNSEL TO CITICORP NORTH AMERICA, INC. AND CITIGROUP GLOBAL MARKETS INC.) NEW YORK NY 10019-6064 |
| PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL-IN-CHARGE 21 SOUTH 12TH STREET, 3RD FLOOR (PENNSYLVANIA DEPT OF REVENUE; PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM) PHILADELPHIA PA 19107-3603 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| PEPPER HAMILTON LLP | ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 (COUNSEL TO BANK OF AMERICA, N.A. & BANC OF AMERICA SECURITIES LLC) WILMINGTON DE 19899-1709 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: JOHN C. PHILLIPS, ESQ. 1200 NORTH BROOM STREET (COUNSEL TO: VALUATION RESEARCH CORPORATION) WILMINGTON DE 19806 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA HARRIS (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP; ANNAPOLIS WEST LP & FEDERAL INSURANCE) 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| POLSINELLI SHUGHART PC | CHRISTOPHER A. WARD, ESQ. SHANTI M. KATONA, ESQ. 222 DELAWARE AVENUE, SUITE 1101 (COUNSEL TO DANIEL KAZAN) WILMINGTON DE 19801 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | PHILIP V. MARTINO, ESQ. COUNSEL TO COOD COUNTY DEPT. OF REVENUE 101 EAST KENNEDY BOULEVARD, SUITE 3400 TAMPA FL 33602 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROMERO LAW FIRM | MARTHA E. ROMERO, ESQ. BMR PROFESSIONAL BLDG 6516 BRIGHT AVENUE (COUNSED TO SECURED CREDITOR COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTH.) WHITTIER CA 90601 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN. MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SAUL EWING LLP | ATTN: MARK MINUTI, ESQUIRE (PROPOSED DELAWARE COUNSEL TO: KENNETH N. KLEE, THE EXAMINER-DESIGNATE (THE "EXAMINER") 222 DELAWARE AVENUE, SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899 |
| SCHULTE ROTH & ZABEL LLP | LAWRENCE V. GELBER, ESQUIRE 919 THIRD AVENUE (COUNSEL TO SUTTONBROOK CAPITAL MANAGEMENT LP) NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SILVERMAN MCDONALD & FRIEDMAN | ATTN: BRIAN E. LUTNESS, ESQ. COUNSEL TO MARCIA WILLETTE GUARDIAN TO ZACHARY MITZKOVITZ 1010 N. BANKCROFT PARKWAY, SUITE 22 WILMINGTON DE 19805 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SIRLIN GALLOGLY & LESSER, P.C. | DANA S. PLON, ESQ. 123 SOUTH BROAD STREET, SUITE 2100 (COUNSEL TO UNISYS CORPORATIONI) PHILADELPHIA PA 19109 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: ANTRANIG GARIBIAN, ESQ. COUNSEL TO INVESCO FUNDS, BRIDGEWAY FUNDS, DELAWARE FUNDS, ABERDEEN FUNDS 1000 N. WEST STREET, SUITE 1278 WILMINGTON DE 19801 |
| STUART MAUE | ATTN: JOHN F. THEIL FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN; ELIHU E. ALLINSON, III COUNSEL TO WILMINGTON TRUST COMPANY 901 N.MARKET ST STE 1300 WILMINGTON DE 19801-3079 |
| SULLIVAN HAZELTINE ALLISON LLC | WILLIAM HAZELTINE, ESQ. 901 N.MARKET STREET STE. 1300 (COUNSEL TO IVAN J. BATES) WILMINGTON DE 19801-3079 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 1 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE DSF GROUP | ALLAN I. MUSCOVITZ, SR. ACCOUNTANT 950 WINTER STREET, STE 4300 WALTHAM MA 02451-1486 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE ROSNER LAW GROUP | FREDERICK B. ROSNER, ESQ. 824 N. MARKET STREET, SUITE 810 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| THOMPSON & KNIGHT LLP | ATTN: MICHAEL V. BLUMENTHAL, ESQ. 900 THIRD AVENUE, 20TH FLOOR (COUNSEL TO NBC UNIVERSAL & CERTAIN AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) NEW YORK NY 10022 |
| TOOD M. HOEPKER, P.A. | TODD M. HOEPKER, ESQ. COUNSEL TO COP-HANGING MOSS, LLC POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN: DAVID G. CULLEY, ESQ. (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: CHARLES M. OBERLY, III, U.S. ATTORNEY KATHRYN KENEALLY, ASST. ATTY. GENERAL W.BRADLEY RUSSELL, TRIAL ATTORNEY TAX DIVISION POST OFFICE BOX 227; BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNGARETTI & HARRIS | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON CHICAGO IL 60602 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. PO BOX 875 WASHINGTON DC 20004-0875 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | ATTN: TIFFANY STRELOW COBB 52 EAST GAY STREET (COUNSEL TO AOL LLC & RELATED ENTITIES; TURNER BROADCASTING SYSTEM INC ET AL) COLUMBUS OH 43215 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB (COUNSEL TO: TURNER BROADCASTING SYSTEM INC ET AL) 52 EAST GAY STREET COLUMBUS OH 43215 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA SCOTT GREISSMAN, ESQS. (COUNSEL TO: WELLS FARGO BANK, N.A.) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW GOLDMAN, ESQ. (COUNSEL TO: ANGELO GORDON & CO.) 7 WORLD TRADE CENTER 250 GREENWHICH STREET NEW YORK NY 10007 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. 200 PARK AVENUE (COUNSEL TO: VALUATION RESEARCH CORPORATION) NEW YORK NY 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS. RODNEY SQUARE 1000 NORTH KING STREET (COUNSEL TO VARIOUS PARTIES LISTED ON NOA) WILMINGTON DE 19801 |
| ZUCKERMAN SPAEDER LLP | GRAEME W. BUSH, ESQ. JAMES SOTTILE, ESQ. 1800 M STREET, NW, STE 1000 (SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) WASHINGTON DC 20036 |
| ZUCKERMAN SPAEDER LLP | VIRGINIA WHITEHALL GULDI, ESQ. 1800 M STREET, NW SUITE 1000 (SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) WASHINGTON DC 20036-5807 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

THE TRIBUNE COMPANY
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  197**

**TRB OBJECTION  7-19-13**

MARC J. PHILLIPS, ESQUIRE
REGER RIZZO & DARNALL LLP
1001 NORTH JEFFERSON STREET, SUITE 202
WILMINGTON, DE 19801

**TRB OBJECTION  7-19-13**

BARRY S. GLASER, ESQUIRE
STECKBAUER WEINHART, LLP
333 S. HOPE STREET, 36TH FLOOR
LOS ANGELES, CA 90071