# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC  
**COURTROOM LOCATION:** 5  
**DATE:** 8/2/2013

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| KEN KANSA | Sidley Austin LLP | Reorganized Debtors |
| MATTHEW MARTINEZ | " | " |
| KATE STICKLES | Cole Schotz | " |
| Marc Phillips | Cooley Manion Jones | Los Angeles County Treasurer + Tax Collector |
| Gary Glaser | Stockbower Weinhart | " |
| Marbury L. von Briesen | — | Self |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**

Calendar Date: 08/02/2013
Calendar Time: 11:00 AM ET

#5

Amended Calendar 08/02/2013 06:29 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08013141 | Hearing | 5739990 | Monica Melgarejo | (312) 222-3638 | Tribune Company | Interested Party, Sr. Tax Counsel, Monica Melgarejo / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5739964 | Steven Casey | (213) 237-3526 | Los Angeles Times Communications, l | Interested Party, Steven Casey / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5745277 | George Dougherty | (312) 704-7700 | Grippo & Elden, LLC | Creditor, Former Directors and Officers / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5750674 | Dave Eldersveld | 312-222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5750687 | Gary Weitman | (312) 222-3394 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |