

**Illinois Department of Revenue**
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL 60601
(312) 814-3058

Date: August 1st, 2013

Epiq Bankruptcy Solutions, LLC
Tribune Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Re: Bankruptcy #  **08-13220** ,  debtor:  **Tower Distribution Company**

Dear Sir or Madam:

The Illinois Department of Revenue hereby withdraws the following claim:

| Claim No. | Date Filed |
|---|---|
| 807 | 03/29/09 |

Sincerely,

*Kari Kaminski*

Karim Kaminski
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL 60601
(312) 814-3058

FILED / RECEIVED
AUG 5 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC



**Illinois Department of Revenue**
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL  60601
(312) 814-3058

Date:   August 1st, 2013

Epiq Bankruptcy Solutions, LLC
Tribune Claims Agent
757 Third Avenue, 3rd Floor
New York, NY  10017

Re: Bankruptcy #  **08-13231** ,   debtor:   **Tribune Finance Service Center, Inc**

Dear Sir or Madam:

The Illinois Department of Revenue hereby withdraws the following claim:

| Claim No. | Date Filed |
|---|---|
| 7111 | 05/11/12 |

Sincerely,

*Karim Kaminski*

Karim Kaminski
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL  60601
(312) 814-3058

FILED / RECEIVED
AUG 5 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC



**Illinois Department of Revenue**
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL  60601
(312) 814-3058

Date:   August 1st, 2013

Epiq Bankruptcy Solutions, LLC
Tribune Claims Agent
757 Third Avenue, 3rd Floor
New York, NY  10017

Re: Bankruptcy #  **08-13157**  ,   debtor:   **Chicagoland Television News, Inc**

Dear Sir or Madam:

The Illinois Department of Revenue hereby withdraws the following claim:

| Claim No. | Date Filed |
|---|---|
| 7114 | 05/14/12 |

Sincerely,

*Karim Kaminski* (signature)

Karim Kaminski
Bankruptcy Section
100 W. Randolph St., Suite 7-400
Chicago, IL  60601
(312) 814-3058

FILED / RECEIVED
AUG 5 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC