IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, *et al*., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 2, 2013, Law Debenture Trust Company of New York, by and through its undersigned attorneys, served *Law Debenture Trust Company of New York's Responses and Objections to the Reorganized Debtors' Amended First Request for Production of Documents to Law Debenture Trust Company of New York* on the parties below *via* Federal Express:

Joshua M. Mester
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071-2300

Dated: August 12, 2013
Wilmington, Delaware

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | BIFFERATO GENTILOTTI LLC |
| David S. Rosner | */s/ Mary E. Augustine* |
| Sheron Korpus | Garvan F. McDaniel (No. 4167) |
| Christine A. Montenegro | Mary E. Augustine (No. 4477) |
| Matthew B. Stein | 1013 Centre Rd. Suite 102 |
| 1633 Broadway | Wilmington, Delaware 19805 |
| New York, New York 10019 | 302-429-1900 |
| 212-506-1700 | |

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*