IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>Jointly Administered<br><br>**Related to Docket Nos. 7876, 8125, 8136, 9519, and 9532** |

## CERTIFICATION OF COUNSEL REGARDING MODIFICATION OF CLAIM NO. 6669 OF STEVEN GELLMAN

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1. On July 22, 2011, the Court entered the Order Approving Stipulation Between Debtors and Steven Gellman Resolving Motion to Allow Proof of Claim No. 6669 (D.I. 9532) (the "Order"), which approved the stipulation (the "Stipulation")[2] resolving the Motion of Steven Gellman to Allow Proof of Claim (D.I. 7876) and the Debtors' Objection to Motion of Steven Gellman to Allow Proof of Claim (D.I. 8125).

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

46429/0001-9826738v1

2.  The Order provided, in relevant part, that the Debtors shall file a certification in the Bankruptcy Court to cause the Gellman Claim to be modified to reflect the result of any final ruling or judgment issued in a Non-Bankruptcy Proceeding, or the parties' agreement to resolve the dispute underlying the Gellman Claim.

3.  On September 21, 2012, the parties entered into a settlement agreement that fully resolved the dispute underlying the Gellman Claim (the "Settlement").

4.  Based on the Settlement, and consistent with the Order, the Reorganized Debtors and/or the Bankruptcy Court-appointed claims agent will amend the official claims register maintained in these chapter 11 cases to reflect that the Gellman Claim, being Claim No. 6669, was allowed as an Administrative Expense Claim in the amount set forth in the Settlement and that such claim has been paid in full.

Dated: August 29, 2013

    SIDLEY AUSTIN LLP
    James F. Conlan
    Kenneth P. Kansa
    Jillian K. Ludwig
    Michael T. Gustafson
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    -and-

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

By: _____
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131

    ATTORNEYS FOR REORGANIZED DEBTORS