# EXHIBIT A

**Satisfied Claims**

TRIBUNE COMPANY, ET AL.

EXHIBIT A - TENTH NOTICE OF SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 1 | CABLE CONNECTION c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13141 | Tribune Company | 141002250 | $248.18 | This scheduled claim represents the accounting balance pertaining to a joint venture in which the Debtor holds or held an interest, and for which the Debtor maintains the books and records, as of the Petition Date. The accounting balance has been adjusted prospectively to zero in the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 2 | CENTRAL FLORIDA NEWS 13 c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13198 | Orlando Sentinel Communications Company | 198012660 | $152,093.03 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 3 | CENTRAL FLORIDA NEWS 13 c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13231 | Tribune Finance Service Center, Inc. | 231000500 | $288,659.61 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 4 | CT NEWSPAPERS INTERACTIVE c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13205 | Southern Connecticut Newspapers, Inc. | 205001190 | $1,447.46 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |

TRIBUNE COMPANY, ET AL.

EXHIBIT A - TENTH NOTICE OF SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 5 | ISLAND PUBLICATIONS c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13231 | Tribune Finance Service Center, Inc. | 231002110 | $255.44 | This scheduled claim represents the accounting balance pertaining to a joint venture in which the Debtor holds or held an interest, and for which the Debtor maintains the books and records, as of the Petition Date. The accounting balance has been adjusted prospectively to zero in the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 6 | MCCLATCHY TRIBUNE c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13193 | Newscom Services, Inc. | 193000040 | $94,133.17 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds an interest, has been satisfied in full (a) by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B, (b) by dividend payments made in accordance with the terms of the joint venture operating agreement following the Petition Date, and (c) through the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 7 | MCCLATCHY TRIBUNE INFO. SERVICES c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13236 | Tribune Media Services, Inc. | 236062020 | $62,290,283.89 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds an interest, has been satisfied in full (a) by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B, (b) by dividend payments made in accordance with the terms of the joint venture operating agreement following the Petition Date, and (c) through the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |

# TRIBUNE COMPANY, ET AL.

## EXHIBIT A - TENTH NOTICE OF SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 8 | METROMIX NEW YORK c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13231 | Tribune Finance Service Center, Inc. | 231002610 | $125.23 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 9 | NEW YORK NEWSDAY c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13211 | The Hartford Courant Company | 211034540 | $1,700.00 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 10 | NEWSCOM PARTNERSHIP c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13193 | Newscom Services, Inc. | 193000050 | $309.69 | This scheduled claim represents the accounting balance pertaining to a joint venture in which the Debtor holds or held an interest, and for which the Debtor maintains the books and records, as of the Petition Date. The accounting balance has been satisfied by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B and the remaining net balances adjusted prospectively to zero in the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |

## TRIBUNE COMPANY, ET AL.

## EXHIBIT A - TENTH NOTICE OF SATISFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 11 | NEWSCOM PARTNERSHIP c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13141 | Tribune Company | 141010820 | $33,757,647.81 | This scheduled claim represents the accounting balance pertaining to a joint venture in which the Debtor holds or held an interest, and for which the Debtor maintains the books and records, as of the Petition Date. The accounting balance has been satisfied by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B and the remaining net balances adjusted prospectively to zero in the ordinary course of the Debtor's and the joint venture's businesses following the Petition Date. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 12 | NEWSDAY INTERACTIVE c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13141 | Tribune Company | 141010890 | $0.05 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 13 | NEWSDAY INTERACTIVE c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13231 | Tribune Finance Service Center, Inc. | 231002880 | $7,993.53 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| 14 | TV DATA c/o BRIAN LITMAN TRIBUNE COMPANY 435 N MICHIGAN AVENUE CHICAGO, IL 60611 | 08-13141 | Tribune Company | 141016200 | $1,231.26 | This scheduled claim, which represents an intercompany claim pertaining to a joint venture in which the Debtor holds or held an interest, has been satisfied in full by offsetting with the intercompany receivable of one or more affiliated Debtors listed in Schedule B. No amounts are due and owing by the Debtor to the joint venture on account of this scheduled claim. |
| | | | | TOTAL: | $96,596,128.35 | |