## EXHIBIT A

**Satisfied Claims**

TRIBUNE COMPANY, ET AL.

EXHIBIT A - ELEVENTH NOTICE OF SATISFACTION

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 1 | COMCAST SPORTSNET CHICAGO LLC<br>75 REMITTANCE DRIVE STE 2850<br>CHICAGO, IL 60675-2850 | 08-13152 | Chicago Tribune Company | 3231 | $5,000.00 | Paid via EFT 7701027348 on 10/6/2009. |
| 2 | WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JOHN W. COSTELLO<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 08-13152 | Chicago Tribune Company | 1716 | $3,815.71 | Claimed amount has been satisfied by the payment of schedule 231004100 via check number 0000005278 paid on 12/31/2012 and payment of remaining invoices via check number 0002842893 paid on 6/12/2013. |
| 3 | WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JOHN W. COSTELLO<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | 08-13209 | The Baltimore Sun Company | 1715 | $6,935.80 | Claimed amount has been satisfied by the payment of schedule 231004100 via check number 0000005278 paid on 12/31/2012 and payment of remaining invoices via check number 0002842893 paid on 6/12/2013. |
| 4 | WISCONSIN DEPARTMENT OF REVENUE<br>SPECIAL PROCEDURES UNIT<br>PO BOX 8901<br>MADISON, WI 53708-8901 | 08-13236 | Tribune Media Services, Inc. | 6296 | $277,064.81 | Claim satisfied via check number 0002849443 on 7/12/2013. |
| 5 | WISCONSIN DEPARTMENT OF REVENUE<br>C/O SPECIAL PROCEDURES UNIT<br>PO BOX 8901<br>MADISON, WI 53708-8901 | 08-13236 | Tribune Media Services, Inc. | 7187 | $106,254.01 | Claim satisfied via check number 0002849443 on 7/12/2013. |
| | | | | Total | $399,070.33 | |