**Schedule 1**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 70: SCHEDULE 1

| | NAME | Exhibit |
|---|---|---|
| 1 | GROGAN, WILLIAM<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | A |
| 2 | KENNEDY, TIMOTHY<br>4595 WIDGEON PATH<br>MANLIUS, NY 13104-9612 | B |
| 3 | PLUNKETT, MARGUERITE<br>620 S.E. 6TH TERRACE<br>POMPANO BEACH, FL 33060 | A |