# EXHIBIT A

## NO LIABILITY LITIGATION CLAIMS

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 70: EXHIBIT A – NO LIABILITY LITIGATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GROGAN, WILLIAM<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | 08-13246 | Valumail, Inc. | 06/11/2009 | 4852 | $150,000.00* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors. See paragraphs 15 - 17 of the Objection. |
| 2 | GROGAN, WILLIAM R<br>275 SIMSBURY ROAD<br>WEST HARTFORD, CT 06117 | 08-13141 | Tribune Company | 06/11/2009 | 4851 | $150,000.00* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors. See paragraphs 15 - 17 of the Objection. |
| 3 | PLUNKETT, MARGUERITE<br>620 S.E. 6TH TERRACE<br>POMPANO BEACH, FL 33060 | 08-13208 | Sun-Sentinel Company | 06/11/2009 | 4849 | Undetermined* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors. See paragraphs 18 - 20 of the Objection. |
| | | | | | TOTAL | $300,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts