## EXHIBIT B

**NO LIABILITY RELEASED CLAIM**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 70: EXHIBIT B – NO LIABILITY RELEASED CLAIM

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KENNEDY, TIMOTHY<br>4595 WIDGEON PATH<br>MANLIUS, NY 13104-9612 | 08-13141 | Tribune Company | 06/15/2009 | 5685 | $5,000.00 | Claim was released pursuant to a written agreement between the claimant and Tribune Company after such claimant's proof of claim was filed. In addition, such claim was untimely filed. See paragraphs 21 - 24 of the Objection. |
| | | | | | TOTAL | $5,000.00 | |