**<u>PROPOSED ORDER</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. ____** |

**ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTIETH OMNIBUS**
**(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS**
**502(b) AND 558 OF THE BANKRUPTCY CODE,**
**BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1**

**("NO LIABILITY CLAIMS")**

Upon consideration of the Reorganized Debtors' Seventieth Omnibus

(Substantive) Objection to Claims, by which the Reorganized Debtors[2] request entry of an order

pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and

3007, and Local Rule 3007-1, (i) disallowing in full and expunging the No Liability Litigation

Claims as set forth on Exhibit A; (ii) disallowing in full and expunging the No Liability Released

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Claim as set forth on Exhibit B; and (iii) directing the Claims Agent to modify the Disputed

Claims on the Claims Register; and upon consideration of the Objection; and it appearing that

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and

adequate notice of this Objection having been given under the circumstances; and sufficient

cause appearing therefor; it is hereby

      ORDERED that the Objection is sustained; and it is further

      ORDERED that each of the No Liability Litigation Claims set forth on Exhibit A

hereto is hereby disallowed and expunged; and it is further

      ORDERED that the No Liability Released Claim set forth on Exhibit B hereto is

hereby disallowed and expunged; and it is further

      ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      _____, 2013

                    _____
                    The Honorable Kevin J. Carey
                    Chief United States Bankruptcy Judge

## EXHIBIT A

### NO LIABILITY LITIGATION CLAIMS

## TRIBUNE COMPANY, ET AL.

### OMNIBUS OBJECTION 70: EXHIBIT A – NO LIABILITY LITIGATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GROGAN, WILLIAM 275 SIMSBURY ROAD WEST HARTFORD, CT 06117 | 08-13246 | Valumail, Inc. | 06/11/2009 | 4852 | $150,000.00* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors.  See paragraphs 15 -17 of the Objection. |
| 2 | GROGAN, WILLIAM R 275 SIMSBURY ROAD WEST HARTFORD, CT 06117 | 08-13141 | Tribune Company | 06/11/2009 | 4851 | $150,000.00* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors.  See paragraphs 15 -17 of the Objection. |
| 3 | PLUNKETT, MARGUERITE 620 S.E. 6TH TERRACE POMPANO BEACH, FL 33060 | 08-13208 | Sun-Sentinel Company | 06/11/2009 | 4849 | Undetermined* | Claim fails to allege facts sufficient to support the liability of any of the Reorganized Debtors.  See paragraphs 18 - 20 of the Objection. |
| | TOTAL | | | | | $300,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT B

**NO LIABILITY RELEASED CLAIM**

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 70: EXHIBIT B – NO LIABILITY RELEASED CLAIM

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KENNEDY, TIMOTHY 4595 WIDGEON PATH MANLIUS, NY 13104-9612 | 08-13141 | Tribune Company | 06/15/2009 | 5685 | $5,000.00 | Claim was released pursuant to a written agreement between the claimant and Tribune Company after such claimant's proof of claim was filed. In addition, such claim was untimely filed. See paragraphs 21 – 24 of the Objection |
| | | | | | TOTAL | $5,000.00 | |