# EXHIBIT A

## Claim No. 6178

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)  0000006178

Name of Debtor Against Which Claim is Held

Case No. of Debtor

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR.DBF,CREDNUM)CREDNUM # 1000078913******
RAFAEL CACERES
33 JEANNE LANE
BETHPAGE, NY 11714

Telephone number:      Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____
019057

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _____

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $_____.

2. **Basis for Claim:** *Stocks awarded as part of salary Increase were lost due to sale of Tribune*
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   **Amount entitled to priority:**
   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: *See attached —*

**FOR COURT USE ONLY**

FILED / RECEIVED
AUG 1 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 7/31/09

Signature: *Rafael Caceres*
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# TRIBUNE

## MERIT STOCK OPTION GRANT

### AWARDED TO

January 24, 2002

Rafael Caceres
33 Jeanne Lane
Bethpage, NY   11714

**DSA Community Publishing, LLC**

| | |
|---|---:|
| **Department** | NPT/Admin/Edit |
| **Employee ID Number** | 025493 |
| **Number of Merit Stock Options** | 125 |
| **Date of Grant** | 12/31/01 |
| **Option Price** | $37.43 |
| **Vesting Date** | 12/31/02 |
| **Expiration Date** | 12/31/11 |

If there are terms on this merit stock option grant that you do not understand, refer to the enclosed booklet. This booklet explains what you need to know about merit stock options – what they are and why they are valuable.

**MERIT STOCK OPTIONS**



500LEG  IL001500

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

December 7, 2007

Rafael Caceres
33 Jeanne Lane
Bethpage, NY 11714

Dear Rafael:

Last Friday, Tribune Company announced that the Federal Communications Commission approved the transfer of its broadcasting licenses and the extension of its cross-ownership waivers in markets where the company owns both a television station and a newspaper. Tribune's going private transaction is expected to close by year end following satisfaction of the remaining closing conditions including the receipt of a solvency opinion and completion of the committed financing.

This letter is to inform you about how the close of our going private transaction will affect your outstanding Tribune stock options. Closing of the transaction will trigger a Change in Control under the Tribune Incentive Compensation Plan and affect your stock options as follows:

- Outstanding stock options with a grant price below $34 will immediately vest and be cashed out. The difference between the grant price and $34, net of tax withholding, will be paid to you automatically. No action is necessary on your part, and you will not be charged any commissions or fees.
- Outstanding stock options with a grant price of $34 or more will be cancelled.
- Stock option exercises will be suspended following close of business on December 14 in order to allow timely and accurate processing. After that date, no stock option exercises will be permitted. Until December 14, normal stock option terms continue to apply.

Payment of the value of the stock options, net of tax withholding, will be made directly by Tribune Company. Payment will be made in the form of a check mailed to the last address in our records. If you need to update your address of record, please call the Tribune Benefits Service Center at 800/872-2222. We currently expect payments to be made before year-end.

States taxes will be withheld based on the state where you last worked, regardless of your current state of residence. Federal withholding will also be applied.

If you should have any questions concerning these payments, please contact Merrill Lynch at 888/872-5175, or the Scandariato Group at 877/458-5614.

Sincerely,

Luis E. Lewin
Senior Vice President/Human Resources



Rafael Caceres
33 Jeanne Lane
Bethpage, NY 11714

U.S. Bankruptcy Court for the District of Delaware
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, P.O. Box 5069
FDR Station
New York, NY 10150-5069

RECEIVED AUG 19 2009