## EXHIBIT B

## Corrected Affidavit of Mailing – Bar Date Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CORRECTED
## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 13, 2009, I supervised the mailing of:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

A. "Notice of Entry of Bar date Order Establishing Deadlines for Filing Proofs of Claim Against the Debtors," dated April 13, 2009, a sample of which is annexed hereto as Exhibit A (the "Bar Date Notice"),

B. A Personalized Proof of Claim form, a sample of which is annexed hereto as Exhibit B (the "Proof of Claim"),

C. Letter from Tribune to Employees dated April 2009, a sample of which is annexed hereto as Exhibit C (the "Employee Letter"), and

by causing true and correct copies to be delivered as follows:

i. the Bar Date Notice and Proof of Claim, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit D, and

ii. the Bar Date Notice, Proof of Claim and Employee Letter, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed Exhibit E.

_____
Diane Streany

Sworn to before me this
12th day of January, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CABRAL, AMY L | 34 ARDMORE ROAD WEST HARTFORD CT 06119 |
| CABREJA, JUAN CARLOS | CALLE TERCERA NO.13 BARRIO CALA I MOCA DR MOCA DOMINICAN REPUBLIC |
| CABRELLAS, ELIZABETH | 100 N 13TH AVE     3 MELROSE PARK IL 60160 |
| CABRERA, ALBERTO | C/EL PAJONAL NO.61 BARRIO PUEBLO NUEVO LAS MATAS DE FARFAN DR DOMINICAN REPUBLIC |
| CABRERA, EDGAR | 68 DOUGLAS ST BRISTOL CT 06010 |
| CABRERA, ELVIS | 1936 POST ROAD    NO.2 STAMFORD CT 06820 |
| CABRERA, ELVIS | 1936 POST ROAD    NO.2 STAMFORD CT 06820 |
| CABRERA, ELVIS | 1936 POST ROAD    NO.2 STAMFORD CT 06820 |
| CABRERA, ELVIS | 1936 POST ROAD    NO.2 STAMFORD CT 06820 |
| CABRERA, ESTELA | C/O MARK STOOKAL 205 WEST RANDOLPH STREET STE 440 CHICAGO IL 60606 |
| CABRERA, JOSE | 298 VELVETEEN PLACE CHULUOTA FL 32766 |
| CABRERA, MICHAEL | 6710 ROOSEVELT STREET HOLLYWOOD FL 33024 |
| CABRERA, ROSBELL | SEXTON ST CABRERA, ROSBELL NEW BRITAIN CT 06051 |
| CABRERA, ROSBELL | 117 SEXTON ST NEW BRITAIN CT 06051 |
| CABRERA, SASHA | 116 STRAWBERRY HILL AVE  APT 4J STAMFORD CT 06902 |
| CABRERA, XAVIER | 1109 S SHENANDOAH ST UNIT 6 LOS ANGELES CA 90035 |
| CABRERA, YEISON | C/PRINCIPAL  NO.5 BATEY SANTANA TAMAYO DOMINICAN REPUBLIC |
| CABRERA,ANTHONY | 4463 WEST 137TH PLACE APT # 5 HAWTHRONE CA 90250 |
| CABRERA,BARBARA E | 525 TURNER STREET ALLENTOWN PA 18101 |
| CABRERA,ESTELA | 3631 EMERSON STREET FRANKLIN PARK IL 60131 |
| CABRERA,MARIA DEL CARME | 10006 WINDING LAKE RD #204 SUNRISE FL 33351 |
| CABRERA,MARY | 12415 PARAMOUNT BLVD. APT. A DOWNEY CA 90242 |
| CABRERA-MARTINEZ,JOSE L | 1131 EAST WASHINGTON BLVD APT #110 LOS ANGELES CA 90021 |
| CABRILLO INN AT THE BEACH | 931 E CABRILLO BLVD. SANTA BARBARA CA 93103 |
| CABRINI COLLEGE | 610 KING OF PRUSSIA RD RADNOR PA 19087 |
| CABUS,MIGUEL | 1375 W. SAN BERNARDINO RD. APT. 311 COVINA CA 91722 |
| CAC DIRECT MARKETING SERVICES | 99 RAY ROAD BALTIMORE MD 21227 |
| CAC TEMPORARY INC | 9378 OLIVE    STE 101 ST LOUIS MO 63132 |
| CACACE TUSCH & SANTAGATA | 777 SUMMER ST SUITE 201 STAMFORD CT 06901-0859 |
| CACERES, MARLA M | 936 W SUNNYSIDE AVE  NO.106 CHICAGO IL 60640 |
| CACERES, MARTIN | HILLSIDE AVE CACERES, MARTIN HARTFORD CT 06106 |
| CACERES, MARTIN C | 600 HILLSIDE AVE HARTFORD CT 06106 |
| CACERES, MAURICIO F | 975 VINERIDGE RUN NO.201 ALTAMONTE SPRINGS FL 32714 |
| CACERES, OTTO CAMILO | 7991 N SUNRISE LAKES BLVD NO.112 SUNRISE FL 33322 |
| CACERES,RAFAEL | 33 JEANNE LANE BETHPAGE NY 11714 |
| CACHEY BUILDERS | 9961 W 151ST ST ORLAND PARK IL 604623113 |
| CACNIO, THERESA | 50 WOODBINE AVENUE BUDD LAKE NJ 07828 |
| CADAVID-RUIZ, ESPERANZAT | 1342 1/2 HAYWORTH AVE W HOLLYWOOD CA 90046 |
| CADE,SERENA A | 1682 NW 58TH AVENUE LAUDERHILL FL 33313 |
| CADENCE LAW GROUP LLP | PO BOX 351510 LOS ANGELES CA 90035 |
| CADESCA, LOUIBEN | 6 CORRIE PLACE BOYNTON BEACH FL 33426 |
| CADESTIN, JEAN | 162 SE 29TH AVE. BOYNTON BEACH FL 33435 |
| CADET, ANNE | 2913 ALCAZAR DRIVE MIRAMAR FL 33023 |
| CADET, DEVAISE | 113 SW 2ND  ST DELRAY BEACH FL 33444 |
| CADET, FRITZ | 6210 SW 9TH ST NORTH LAUDERDALE FL 33068 |
| CADET, GUY | 3829 NW 121 AVE SUNRISE FL 33323 |
| CADET, JEAN E | 3010 S. CONGRESS PARK DR. NO.111 LAKE WORTH FL 33461 |
| CADET, SERGO | 203 SW 12TH AVENUE DELRAY BEACH FL 33444 |