UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | CHAPTER 11 |
| : | (Jointly Administered) |
| **TRIBUNE COMPANY,** *et al.* : | |
| : | Case No. 08-13141 (KJC) |
| Debtors : | (Re: D.I. 12603, 12626) |

## ORDER REGARDING JO ANNA CAZONERI MCCORMICK

AND NOW, this 5th day of September, 2013, Jo Anna Cazoneri McCormick ("McCormick") having filed a letter dated October 12, 2012 (the "Letter")(D.I. 12603) demanding that this Court "fire the United States Attorneys that are administering [this] chapter 11 bankruptcy . . ." and

It appearing that the Debtors filed a response to the Letter (D.I. 12626), requesting, *inter alia*, that any relief requested should be denied as frivolous and beyond any relief this Court could plausibly grant, and

It further appearing that McCormick has made several previous meritless requests for relief in this Court, and failed to appear, either in person or telephonically in support of any request for relief (*See* May 29, 2012 Hearing Transcript (D.I. 11712) at 7:19 - 11:17); and

It appearing that there is no merit to any of the relief requested in the Letter and no relief which this Court is able to grant, it is THEREFORE,

**ORDERED** that all relief requested in the Letter is **DENIED.**

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc::  J. Kate Stickles, Esquire[1]

---

[1] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.