# EXHIBIT D

**Standards of Conduct and Corrective Action**



## STANDARDS OF CONDUCT AND CORRECTIVE ACTION

The Company expects you to conduct yourself in a responsible and professional manner that reflects good judgment and the needs of the business environment. Behavior that interferes with the efficient operation of business or detracts from the Company's reputation or welfare is prohibited.

The following are examples of prohibited work conduct. Although the list is not exhaustive, it illustrates some of the conduct that is unacceptable:

- Criminal acts
- Insubordination
- Destruction, sabotage, abuse, and unauthorized use or removal of Company property
- Fighting or threatening behavior, and disorderly or disruptive conduct
- Failure to abide by departmental dress and grooming standards
- Failure to observe safe work practices or follow safety rules
- Falsification of Company documents, including employment documents, and dishonesty or misrepresentation of facts
- Submitting false hour reports or receiving compensation for hours not worked Disclosure of confidential information
- Gross misconduct
- Inappropriate or profane language
- Off-duty conduct that adversely affects the Company
- Posting, defacing or removing Company notices or signs without authorization
- Originating or spreading false statements concerning an employee, customer, the Company or its products
- Abuse of Company benefits or policies and violation of Company policies or rules

Generally, corrective action is imposed when an employee engages in unacceptable conduct. Discipline is designed to be a corrective measure. The following forms of corrective action may be used in succession, in combination or bypassed as your supervisor/manager deems appropriate: counseling, verbal warning, written warning, last & final warning, suspension without pay, probation or termination.

Notwithstanding the above, nothing in this policy shall alter the at-will status of employees.