## EXHIBIT A

**PROOF OF CLAIM NOS. 6683, 6687, 6694, AND 6695**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  TRIBUNE COMPANY | Case Number:  08-13141 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

Name and address where notices should be sent:

COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Telephone number:   312-603-6695

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)

0000006683

Name and address where payment should be sent (if different from above):

COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Telephone number:   312-603-6695

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

| 1. Amount of Claim as of Date Case Filed:   $ **$1,286,329.03** | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:   COOK COUNTY HOME RULE AMUSEMENT TAX**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:   794837   (4837)**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Amount entitled to priority:
$ 1,286,329.03

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 12/09/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   _Ullman, Accountant_ | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Tax Audit Unit**
**Cook County Department of Revenue**
**Chicago National League BL CLB**
**Reg. #794837/ File #12-03-2007**
**Jeopardy Assessment Amusement Tax Due Schedule**
**For the Period of January 2003 thru December 8, 2008**

Interest thru December 31, 2008

| Month/ Year | Estimated Tax Amount | Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| From previous page | $358,866.72 | | | $244,477.95 | $35,886.67 | $89,716.68 | $728,948.03 |
| January-06 | 9,968.52 | 36 | 45.00% | 4,485.83 | 996.85 | 2,492.13 | 17,943.34 |
| February-06 | 9,968.52 | 35 | 43.75% | 4,361.23 | 996.85 | 2,492.13 | 17,818.73 |
| March-06 | 9,968.52 | 34 | 42.50% | 4,236.62 | 996.85 | 2,492.13 | 17,694.12 |
| April-06 | 9,968.52 | 33 | 41.25% | 4,112.01 | 996.85 | 2,492.13 | 17,569.52 |
| May-06 | 9,968.52 | 32 | 40.00% | 3,987.41 | 996.85 | 2,492.13 | 17,444.91 |
| June-06 | 9,968.52 | 31 | 38.75% | 3,862.80 | 996.85 | 2,492.13 | 17,320.30 |
| July-06 | 9,968.52 | 30 | 37.50% | 3,738.20 | 996.85 | 2,492.13 | 17,195.70 |
| August-06 | 9,968.52 | 29 | 36.25% | 3,613.59 | 996.85 | 2,492.13 | 17,071.09 |
| September-06 | 9,968.52 | 28 | 35.00% | 3,488.98 | 996.85 | 2,492.13 | 16,946.48 |
| October-06 | 9,968.52 | 27 | 33.75% | 3,364.38 | 996.85 | 2,492.13 | 16,821.88 |
| November-06 | 9,968.52 | 26 | 32.50% | 3,239.77 | 996.85 | 2,492.13 | 16,697.27 |
| December-06 | 9,968.52 | 25 | 31.25% | 3,115.16 | 996.85 | 2,492.13 | 16,572.66 |
| January-07 | 9,968.52 | 24 | 30.00% | 2,990.56 | 996.85 | 2,492.13 | 16,448.06 |
| February-07 | 9,968.52 | 23 | 28.75% | 2,865.95 | 996.85 | 2,492.13 | 16,323.45 |
| March-07 | 9,968.52 | 22 | 27.50% | 2,741.34 | 996.85 | 2,492.13 | 16,198.85 |
| April-07 | 9,968.52 | 21 | 26.25% | 2,616.74 | 996.85 | 2,492.13 | 16,074.24 |
| May-07 | 9,968.52 | 20 | 25.00% | 2,492.13 | 996.85 | 2,492.13 | 15,949.63 |
| June-07 | 9,968.52 | 19 | 23.75% | 2,367.52 | 996.85 | 2,492.13 | 15,825.03 |
| July-07 | 9,968.52 | 18 | 22.50% | 2,242.92 | 996.85 | 2,492.13 | 15,700.42 |
| August-07 | 9,968.52 | 17 | 21.25% | 2,118.31 | 996.85 | 2,492.13 | 15,575.81 |
| September-07 | 9,968.52 | 16 | 20.00% | 1,993.70 | 996.85 | 2,492.13 | 15,451.21 |
| October-07 | 9,968.52 | 15 | 18.75% | 1,869.10 | 996.85 | 2,492.13 | 15,326.60 |
| November-07 | 9,968.52 | 14 | 17.50% | 1,744.49 | 996.85 | 2,492.13 | 15,201.99 |
| December-07 | 9,968.52 | 13 | 16.25% | 1,619.88 | 996.85 | 2,492.13 | 15,077.39 |
| January-08 | 9,968.52 | 12 | 15.00% | 1,495.28 | 996.85 | 2,492.13 | 14,952.78 |
| February-08 | 9,968.52 | 11 | 13.75% | 1,370.67 | 996.85 | 2,492.13 | 14,828.17 |
| March-08 | 9,968.52 | 10 | 12.50% | 1,246.07 | 996.85 | 2,492.13 | 14,703.57 |
| April-08 | 9,968.52 | 9 | 11.25% | 1,121.46 | 996.85 | 2,492.13 | 14,578.96 |
| May-08 | 9,968.52 | 8 | 10.00% | 996.85 | 996.85 | 2,492.13 | 14,454.35 |
| June-08 | 9,968.52 | 7 | 8.75% | 872.25 | 996.85 | 2,492.13 | 14,329.75 |
| July-08 | 9,968.52 | 6 | 7.50% | 747.64 | 996.85 | 2,492.13 | 14,205.14 |
| August-08 | 9,968.52 | 5 | 6.25% | 623.03 | 996.85 | 2,492.13 | 14,080.53 |
| September-08 | 9,968.52 | 4 | 5.00% | 498.43 | 996.85 | 2,492.13 | 13,955.93 |
| October-08 | 9,968.52 | 3 | 3.75% | 373.82 | 996.85 | 2,492.13 | 13,831.32 |
| November-08 | 9,968.52 | 2 | 2.50% | 249.21 | 996.85 | 2,492.13 | 13,706.72 |
| December-08 | 2,572.56 ♥ | 1 | 1.25% | 32.16 | 257.26 | 643.14 | 3,505.11 |
| Totals | $710,337.48 | | | $327,373.43 | $71,033.75 | $177,584.37 | $1,286,329.03 |

♥ Prorated Estimated Tax Amount, thru December 8, 2008 ($9,968.52/31 days x 8days = $2,572.56)

Purpose: To compute estimated amusemant tax due thru Bankruptcy Filling Date - December 8, 2008.
Procedure: Computed tax, interest and penalties due as of Chapter 11 filling date, Dec. 8, 2008.
Conclusion: Total Amusement Tax Liability is $1,286,329.03, as of December 8, 2008.

**Tax Audit Unit**
**Cook County Department of Revenue**
**Chicago National League BL CLB**
**Reg. #794837/ File #12-03-2007**
**Jeopardy Assessment Amusement Tax Due Schedule**
**For the Period of January 2003 thru December 8, 2008**

Interest thru December 31, 2008

| Month/ Year | Estimated Tax Amount | Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| January-03 | $9,968.52 | 72 | 90.00% | $8,971.67 | $996.85 | $2,492.13 | $22,429.17 |
| February-03 | 9,968.52 | 71 | 88.75% | 8,847.06 | 996.85 | 2,492.13 | 22,304.56 |
| March-03 | 9,968.52 | 70 | 87.50% | 8,722.46 | 996.85 | 2,492.13 | 22,179.96 |
| April-03 | 9,968.52 | 69 | 86.25% | 8,597.85 | 996.85 | 2,492.13 | 22,055.35 |
| May-03 | 9,968.52 | 68 | 85.00% | 8,473.24 | 996.85 | 2,492.13 | 21,930.74 |
| June-03 | 9,968.52 | 67 | 83.75% | 8,348.64 | 996.85 | 2,492.13 | 21,806.14 |
| July-03 | 9,968.52 | 66 | 82.50% | 8,224.03 | 996.85 | 2,492.13 | 21,681.53 |
| August-03 | 9,968.52 | 65 | 81.25% | 8,099.42 | 996.85 | 2,492.13 | 21,556.92 |
| September-03 | 9,968.52 | 64 | 80.00% | 7,974.82 | 996.85 | 2,492.13 | 21,432.32 |
| October-03 | 9,968.52 | 63 | 78.75% | 7,850.21 | 996.85 | 2,492.13 | 21,307.71 |
| November-03 | 9,968.52 | 62 | 77.50% | 7,725.60 | 996.85 | 2,492.13 | 21,183.11 |
| December-03 | 9,968.52 | 61 | 76.25% | 7,601.00 | 996.85 | 2,492.13 | 21,058.50 |
| January-04 | 9,968.52 | 60 | 75.00% | 7,476.39 | 996.85 | 2,492.13 | 20,933.89 |
| February-04 | 9,968.52 | 59 | 73.75% | 7,351.78 | 996.85 | 2,492.13 | 20,809.29 |
| March-04 | 9,968.52 | 58 | 72.50% | 7,227.18 | 996.85 | 2,492.13 | 20,684.68 |
| April-04 | 9,968.52 | 57 | 71.25% | 7,102.57 | 996.85 | 2,492.13 | 20,560.07 |
| May-04 | 9,968.52 | 56 | 70.00% | 6,977.96 | 996.85 | 2,492.13 | 20,435.47 |
| June-04 | 9,968.52 | 55 | 68.75% | 6,853.36 | 996.85 | 2,492.13 | 20,310.86 |
| July-04 | 9,968.52 | 54 | 67.50% | 6,728.75 | 996.85 | 2,492.13 | 20,186.25 |
| August-04 | 9,968.52 | 53 | 66.25% | 6,604.14 | 996.85 | 2,492.13 | 20,061.65 |
| September-04 | 9,968.52 | 52 | 65.00% | 6,479.54 | 996.85 | 2,492.13 | 19,937.04 |
| October-04 | 9,968.52 | 51 | 63.75% | 6,354.93 | 996.85 | 2,492.13 | 19,812.43 |
| November-04 | 9,968.52 | 50 | 62.50% | 6,230.33 | 996.85 | 2,492.13 | 19,687.83 |
| December-04 | 9,968.52 | 49 | 61.25% | 6,105.72 | 996.85 | 2,492.13 | 19,563.22 |
| January-05 | 9,968.52 | 48 | 60.00% | 5,981.11 | 996.85 | 2,492.13 | 19,438.61 |
| February-05 | 9,968.52 | 47 | 58.75% | 5,856.51 | 996.85 | 2,492.13 | 19,314.01 |
| March-05 | 9,968.52 | 46 | 57.50% | 5,731.90 | 996.85 | 2,492.13 | 19,189.40 |
| April-05 | 9,968.52 | 45 | 56.25% | 5,607.29 | 996.85 | 2,492.13 | 19,064.79 |
| May-05 | 9,968.52 | 44 | 55.00% | 5,482.69 | 996.85 | 2,492.13 | 18,940.19 |
| June-05 | 9,968.52 | 43 | 53.75% | 5,358.08 | 996.85 | 2,492.13 | 18,815.58 |
| July-05 | 9,968.52 | 42 | 52.50% | 5,233.47 | 996.85 | 2,492.13 | 18,690.98 |
| August-05 | 9,968.52 | 41 | 51.25% | 5,108.87 | 996.85 | 2,492.13 | 18,566.37 |
| September-05 | 9,968.52 | 40 | 50.00% | 4,984.26 | 996.85 | 2,492.13 | 18,441.76 |
| October-05 | 9,968.52 | 39 | 48.75% | 4,859.65 | 996.85 | 2,492.13 | 18,317.16 |
| November-05 | 9,968.52 | 38 | 47.50% | 4,735.05 | 996.85 | 2,492.13 | 18,192.55 |
| December-05 | 9,968.52 | 37 | 46.25% | 4,610.44 | 996.85 | 2,492.13 | 18,067.94 |
| To next page | $358,866.72 | | | $244,477.95 | $35,886.67 | $89,716.68 | $728,948.03 |

AMENDED CLAIM

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**TRIBUNE COMPANY** | Case Number:<br>**08-13141** |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☒ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>**COOK COUNTY DEPT. OF REVENUE**<br>**118 N. CLARK STREET, ROOM 1160**<br>**CHICAGO, IL 60602**<br><br>Telephone number:   **312-603-6695** | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:   **12/09/10** |
| Name and address where payment should be sent (if different from above):<br><br>**COOK COUNTY DEPT. OF REVENUE**<br>**118 N. CLARK STREET, ROOM 1160**<br>**CHICAGO, IL 60602**<br>Telephone number:   **312-603-6695** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**   $ **1,519,196.85**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**   **COOK COUNTY HOME RULE AMUSEMENT TAX**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**   **794837**   **(4837)**

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$**1,519,196.85**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any ~~documents that support the claim, such as promissory notes, purchase~~ orders, invoices, itemized statements of runn~~ing accounts, contracts, judgments, mortgages, and security agreements.~~ You may also attach a summary. Attach redact~~ed copies of documents providing evidence of perfection of a~~ security interest. You may also attach a summary. (See ~~instruction 7 and definition of "redacted" on reverse side.)~~

DO NOT SEND ORIGINAL DOCUMENTS. A~~ttached documents may be destroyed after~~ SCANNING.

If the documents are not available, please expla~~in:~~

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)      0000006687

| Date: **01/11/11** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   ~~[signature]~~, Revenue Specialist | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Tax Audit Unit**
**Cook County Department of Revenue**
**Chicago National League BL CLB**
**Reg. #794837/ File #12-03-2007**
**Jeopardy Assessment Amusement Tax Due Schedule**
**For the Period of January 2003 thru October 12, 2009**

Interest thru October 12, 2009

| Month/ Year | Estimated Tax Amount | Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| From previous page | $358,866.72 | | | $289,336.29 | $35,886.67 | $89,716.68 | $773,806.37 |
| January-06 | 9,968.52 | 46 | 57.50% | 5,731.90 | 996.85 | 2,492.13 | 19,189.40 |
| February-06 | 9,968.52 | 45 | 56.25% | 5,607.29 | 996.85 | 2,492.13 | 19,064.79 |
| March-06 | 9,968.52 | 44 | 55.00% | 5,482.69 | 996.85 | 2,492.13 | 18,940.19 |
| April-06 | 9,968.52 | 43 | 53.75% | 5,358.08 | 996.85 | 2,492.13 | 18,815.58 |
| May-06 | 9,968.52 | 42 | 52.50% | 5,233.47 | 996.85 | 2,492.13 | 18,690.98 |
| June-06 | 9,968.52 | 41 | 51.25% | 5,108.87 | 996.85 | 2,492.13 | 18,566.37 |
| July-06 | 9,968.52 | 40 | 50.00% | 4,984.26 | 996.85 | 2,492.13 | 18,441.76 |
| August-06 | 9,968.52 | 39 | 48.75% | 4,859.65 | 996.85 | 2,492.13 | 18,317.16 |
| September-06 | 9,968.52 | 38 | 47.50% | 4,735.05 | 996.85 | 2,492.13 | 18,192.55 |
| October-06 | 9,968.52 | 37 | 46.25% | 4,610.44 | 996.85 | 2,492.13 | 18,067.94 |
| November-06 | 9,968.52 | 36 | 45.00% | 4,485.83 | 996.85 | 2,492.13 | 17,943.34 |
| December-06 | 9,968.52 | 35 | 43.75% | 4,361.23 | 996.85 | 2,492.13 | 17,818.73 |
| January-07 | 9,968.52 | 34 | 42.50% | 4,236.62 | 996.85 | 2,492.13 | 17,694.12 |
| February-07 | 9,968.52 | 33 | 41.25% | 4,112.01 | 996.85 | 2,492.13 | 17,569.52 |
| March-07 | 9,968.52 | 32 | 40.00% | 3,987.41 | 996.85 | 2,492.13 | 17,444.91 |
| April-07 | 9,968.52 | 31 | 38.75% | 3,862.80 | 996.85 | 2,492.13 | 17,320.30 |
| May-07 | 9,968.52 | 30 | 37.50% | 3,738.20 | 996.85 | 2,492.13 | 17,195.70 |
| June-07 | 9,968.52 | 29 | 36.25% | 3,613.59 | 996.85 | 2,492.13 | 17,071.09 |
| July-07 | 9,968.52 | 28 | 35.00% | 3,488.98 | 996.85 | 2,492.13 | 16,946.48 |
| August-07 | 9,968.52 | 27 | 33.75% | 3,364.38 | 996.85 | 2,492.13 | 16,821.88 |
| September-07 | 9,968.52 | 26 | 32.50% | 3,239.77 | 996.85 | 2,492.13 | 16,697.27 |
| October-07 | 9,968.52 | 25 | 31.25% | 3,115.16 | 996.85 | 2,492.13 | 16,572.66 |
| November-07 | 9,968.52 | 24 | 30.00% | 2,990.56 | 996.85 | 2,492.13 | 16,448.06 |
| December-07 | 9,968.52 | 23 | 28.75% | 2,865.95 | 996.85 | 2,492.13 | 16,323.45 |
| January-08 | 9,968.52 | 22 | 27.50% | 2,741.34 | 996.85 | 2,492.13 | 16,198.85 |
| February-08 | 9,968.52 | 21 | 26.25% | 2,616.74 | 996.85 | 2,492.13 | 16,074.24 |
| March-08 | 9,968.52 | 20 | 25.00% | 2,492.13 | 996.85 | 2,492.13 | 15,949.63 |
| April-08 | 9,968.52 | 19 | 23.75% | 2,367.52 | 996.85 | 2,492.13 | 15,825.03 |
| May-08 | 9,968.52 | 18 | 22.50% | 2,242.92 | 996.85 | 2,492.13 | 15,700.42 |
| June-08 | 9,968.52 | 17 | 21.25% | 2,118.31 | 996.85 | 2,492.13 | 15,575.81 |
| July-08 | 9,968.52 | 16 | 20.00% | 1,993.70 | 996.85 | 2,492.13 | 15,451.21 |
| August-08 | 9,968.52 | 15 | 18.75% | 1,869.10 | 996.85 | 2,492.13 | 15,326.60 |
| September-08 | 9,968.52 | 14 | 17.50% | 1,744.49 | 996.85 | 2,492.13 | 15,201.99 |
| October-08 | 9,968.52 | 13 | 16.25% | 1,619.88 | 996.85 | 2,492.13 | 15,077.39 |
| November-08 | 9,968.52 | 12 | 15.00% | 1,495.28 | 996.85 | 2,492.13 | 14,952.78 |
| December-08 | 9,968.52 | 11 | 13.75% | 1,370.67 | 996.85 | 2,492.13 | 14,828.17 |
| January-09 | 9,968.52 | 10 | 12.50% | 1,246.07 | 996.85 | 2,492.13 | 14,703.57 |
| February-09 | 9,968.52 | 9 | 11.25% | 1,121.46 | 996.85 | 2,492.13 | 14,578.96 |
| March-09 | 9,968.52 | 8 | 10.00% | 996.85 | 996.85 | 2,492.13 | 14,454.35 |
| April-09 | 9,968.52 | 7 | 8.75% | 872.25 | 996.85 | 2,492.13 | 14,329.75 |
| May-09 | 9,968.52 | 6 | 7.50% | 747.64 | 996.85 | 2,492.13 | 14,205.14 |
| June-09 | 9,968.52 | 5 | 6.25% | 623.03 | 996.85 | 2,492.13 | 14,080.53 |
| July-09 | 9,968.52 | 4 | 5.00% | 498.43 | 996.85 | 2,492.13 | 13,955.93 |
| August-09 | 9,968.52 | 3 | 3.75% | 373.82 | 996.85 | 2,492.13 | 13,831.32 |
| September-09 | 9,968.52 | 2 | 2.50% | 249.21 | 996.85 | 2,492.13 | 13,706.72 |
| October-09 | 3,858.78 ▾ | 1 | 0.48% ♣ | 18.52 | 385.88 | 964.70 | 5,227.88 |
| Totals | $811,308.90 | | | $423,929.84 | $81,130.89 | $202,827.23 | $1,519,196.85 |

▾ Prorated Estimated Tax Amount, thru October 12, 2009. ($9,968.52/31 days x 12days = $3,858.78)
♣ Prorated Interest, thru October 12, 2009, (1.25%/31 x 12 days = 0.48%)
Purpose: To compute estimated amusement tax due thru Bankruptcy Filling Date - October 12, 2009.
Procedure: Computed tax, interest and penalties due as of Chapter 11 filling date, October 12, 2009.
Conclusion: Total Amusement Tax Liability is $1,519,196.85 as of October 12, 2009.

**Tax Audit Unit**
**Cook County Department of Revenue**
**Chicago National League BL CLB**
**Reg. #794837/ File #12-03-2007**
**Jeopardy Assessment Amusement Tax Due Schedule**
**For the Period of January 2003 thru October 12, 2009**

Interest thru October 12, 2009

| Month/ Year | Estimated Tax Amount | Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| January-03 | $9,968.52 | 82 | 102.50% | $10,217.73 | $996.85 | $2,492.13 | $23,675.24 |
| February-03 | 9,968.52 | 81 | 101.25% | 10,093.13 | 996.85 | 2,492.13 | 23,550.63 |
| March-03 | 9,968.52 | 80 | 100.00% | 9,968.52 | 996.85 | 2,492.13 | 23,426.02 |
| April-03 | 9,968.52 | 79 | 98.75% | 9,843.91 | 996.85 | 2,492.13 | 23,301.42 |
| May-03 | 9,968.52 | 78 | 97.50% | 9,719.31 | 996.85 | 2,492.13 | 23,176.81 |
| June-03 | 9,968.52 | 77 | 96.25% | 9,594.70 | 996.85 | 2,492.13 | 23,052.20 |
| July-03 | 9,968.52 | 76 | 95.00% | 9,470.09 | 996.85 | 2,492.13 | 22,927.60 |
| August-03 | 9,968.52 | 75 | 93.75% | 9,345.49 | 996.85 | 2,492.13 | 22,802.99 |
| September-03 | 9,968.52 | 74 | 92.50% | 9,220.88 | 996.85 | 2,492.13 | 22,678.38 |
| October-03 | 9,968.52 | 73 | 91.25% | 9,096.27 | 996.85 | 2,492.13 | 22,553.78 |
| November-03 | 9,968.52 | 72 | 90.00% | 8,971.67 | 996.85 | 2,492.13 | 22,429.17 |
| December-03 | 9,968.52 | 71 | 88.75% | 8,847.06 | 996.85 | 2,492.13 | 22,304.56 |
| January-04 | 9,968.52 | 70 | 87.50% | 8,722.46 | 996.85 | 2,492.13 | 22,179.96 |
| February-04 | 9,968.52 | 69 | 86.25% | 8,597.85 | 996.85 | 2,492.13 | 22,055.35 |
| March-04 | 9,968.52 | 68 | 85.00% | 8,473.24 | 996.85 | 2,492.13 | 21,930.74 |
| April-04 | 9,968.52 | 67 | 83.75% | 8,348.64 | 996.85 | 2,492.13 | 21,806.14 |
| May-04 | 9,968.52 | 66 | 82.50% | 8,224.03 | 996.85 | 2,492.13 | 21,681.53 |
| June-04 | 9,968.52 | 65 | 81.25% | 8,099.42 | 996.85 | 2,492.13 | 21,556.92 |
| July-04 | 9,968.52 | 64 | 80.00% | 7,974.82 | 996.85 | 2,492.13 | 21,432.32 |
| August-04 | 9,968.52 | 63 | 78.75% | 7,850.21 | 996.85 | 2,492.13 | 21,307.71 |
| September-04 | 9,968.52 | 62 | 77.50% | 7,725.60 | 996.85 | 2,492.13 | 21,183.11 |
| October-04 | 9,968.52 | 61 | 76.25% | 7,601.00 | 996.85 | 2,492.13 | 21,058.50 |
| November-04 | 9,968.52 | 60 | 75.00% | 7,476.39 | 996.85 | 2,492.13 | 20,933.89 |
| December-04 | 9,968.52 | 59 | 73.75% | 7,351.78 | 996.85 | 2,492.13 | 20,809.29 |
| January-05 | 9,968.52 | 58 | 72.50% | 7,227.18 | 996.85 | 2,492.13 | 20,684.68 |
| February-05 | 9,968.52 | 57 | 71.25% | 7,102.57 | 996.85 | 2,492.13 | 20,560.07 |
| March-05 | 9,968.52 | 56 | 70.00% | 6,977.96 | 996.85 | 2,492.13 | 20,435.47 |
| April-05 | 9,968.52 | 55 | 68.75% | 6,853.36 | 996.85 | 2,492.13 | 20,310.86 |
| May-05 | 9,968.52 | 54 | 67.50% | 6,728.75 | 996.85 | 2,492.13 | 20,186.25 |
| June-05 | 9,968.52 | 53 | 66.25% | 6,604.14 | 996.85 | 2,492.13 | 20,061.65 |
| July-05 | 9,968.52 | 52 | 65.00% | 6,479.54 | 996.85 | 2,492.13 | 19,937.04 |
| August-05 | 9,968.52 | 51 | 63.75% | 6,354.93 | 996.85 | 2,492.13 | 19,812.43 |
| September-05 | 9,968.52 | 50 | 62.50% | 6,230.33 | 996.85 | 2,492.13 | 19,687.83 |
| October-05 | 9,968.52 | 49 | 61.25% | 6,105.72 | 996.85 | 2,492.13 | 19,563.22 |
| November-05 | 9,968.52 | 48 | 60.00% | 5,981.11 | 996.85 | 2,492.13 | 19,438.61 |
| December-05 | 9,968.52 | 47 | 58.75% | 5,856.51 | 996.85 | 2,492.13 | 19,314.01 |
| To next page | $358,866.72 | | | $289,336.29 | $35,886.67 | $89,716.68 | $773,806.37 |

B10 (Official Form 10) (12/07)                                                    SECOND AMENDED CLAIM

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **TRIBUNE COMPANY** | Case Number: **08-13141** |
|---|---|

NOTE: *This form should not be made to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☒ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: <br><br> **COOK COUNTY DEPT. OF REVENUE** <br> **118 N. CLARK STREET, ROOM 1160** <br> **CHICAGO, IL 60602** <br><br> Telephone number: **312-603-6695** | Court Claim Number: _____ <br> *(If known)* <br><br> Filed on: **01/11/2011** |
| Name and address where payment should be sent (if different from above): <br><br> **COOK COUNTY DEPT. OF REVENUE** <br> **118 N. CLARK STREET, ROOM 1160** <br> **CHICAGO, IL 60602** <br><br> Telephone number: **312-603-6695** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ **570,207.39** <br><br> If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. <br><br> If all or part of your claim is entitled to priority, complete item 5. <br><br> ☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. <br><br> Specify the priority of the claim. <br><br> ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** **COOK COUNTY HOME RULE AMUSEMENT TAX** <br> (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** **794837    (4837)** <br><br> **3a. Debtor may have scheduled account as:** _____ <br> (See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim (See instruction #4 on reverse side.)** <br> Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. <br><br> **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other <br> Describe: <br><br> **Value of Property:** $_____  **Annual Interest Rate** ____% <br><br> Amount of arrearage and other charges as of time case filed included in secured claim, <br><br> if any: $_____  **Basis for perfection:** _____ <br><br> **Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7). <br><br> ☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8). <br><br> ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this cla_____ this proof of claim. | **Amount entitled to priority:** <br> $ **570,207.39** |
| **7. Documents:** Attach redacted copies of any docu__ orders, invoices, itemized statements of running ac__ You may also attach a summary. Attach redacted c__ interest. You may also attach a summary. (See defi__ <br><br> **DO NOT SEND ORIGINAL DOCUMENTS. ATT__ SCANNING.** <br><br> If the documents are not available, please explain: | Filed: USBC - District of Delaware <br> Tribune Company, Et Al. <br> 08-13141 (KJC)    0000006694 <br><br> *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 2/17/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> *U. Umer, Revenue Specialist* | FOR COURT USE ONLY <br><br> **FILED / RECEIVED** <br> **FEB 1 8 2011** <br> BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Align bottom of Peel and Stick Airbill or Pouch here.

© 2010 FedEx 168396 REV 3/10

**FedEx** US Airbill
Express

FedEx Tracking Number 8742 1838 5145

1 From Please print and press hard.

Date 2/11/2011

Sender's Name YUSEF UMAR

Company COOK COUNTY DEPT OF REVENUE

Address 118 N CLARK ST STE 1160

City CHICAGO

State IL ZIP

2 Your Internal Billing Reference

3 To
Recipient's Name Epiq Inventory Solutions LLC

Company TRIBUNE CHASE CHANK PH

Address 757 Third Avenue, Third Floor

Address

City NEW YORK State NY ZIP 10017

RECEIVED
FEB 18 2011
EPIQ BANKRUPTCY SOLUTIONS LLC

FILED / RECEIVED
FEB 18 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

4a Express Package Service
4b Express Freight Service

5 Packaging

6 Special Handling and Delivery Signature Options

7 Payment Bill to

**FedEx**
8742 1838 5145
FRI – 18 FEB A1
PRIORITY OVERNIGHT

NB OGSA

10017
NY-US
EWR

TO REUSE: Cover or mark through any previous shipping information.



B10 (Official Form 10) (12/07)

**SECOND AMENDED CLAIM**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor:
CHICAGO NATIONAL LEAGUE BALL CLUB, LLC
AKA TRIBUNE CNLBC, LLC

Case Number:
**09-13496**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☒ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

Court Claim Number:
*(If known)*

Telephone number: 312-603-6695

Filed on: **01/11/2011**

Name and address where payment should be sent (if different from above):
COOK COUNTY DEPT. OF REVENUE
118 N. CLARK STREET, ROOM 1160
CHICAGO, IL 60602

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: 312-603-6695

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **570,207.39**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** COOK COUNTY HOME RULE AMUSEMENT TAX
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 794837 **(4837)**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)          0000006695

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$ **570,207.39**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 2/17/11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *MMner, Revenue Specialist*

FOR COURT USE ONLY

FILED / RECEIVED
FEB 18 2011
EPIQ BANKRUPTCY SOLU...

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**Tax Audit Unit**
**Cook County Department of Revenue**
**Chicago National League Ball Club, LLC aka Tribune CNLBC, LLC**
Reg. #794837/ File #12-03-2007
Jeopardy Assessment Amusement Tax Due Schedule
For the Period of October 13, 2006 thru October 12, 2009

Interest thru October 12, 2009

| Month/ Year | Estimated Tax Amount | Days/ Months Late | Interest @ 1.25% | Interest Amount | Late Payment Penalty @ 10% | Negligence Penalty @ 25% | Total Tax Due |
|---|---|---|---|---|---|---|---|
| October 13, 2006 | $6,109.74 * | 37 | 46.25% | $2,825.75 | $610.97 | $1,527.44 | $11,073.90 |
| November-06 | 9,968.52 | 36 | 45.00% | 4,485.83 | 996.85 | 2,492.13 | 17,943.34 |
| December-06 | 9,968.52 | 35 | 43.75% | 4,361.23 | 996.85 | 2,492.13 | 17,818.73 |
| January-07 | 9,968.52 | 34 | 42.50% | 4,236.62 | 996.85 | 2,492.13 | 17,694.12 |
| February-07 | 9,968.52 | 33 | 41.25% | 4,112.01 | 996.85 | 2,492.13 | 17,569.52 |
| March-07 | 9,968.52 | 32 | 40.00% | 3,987.41 | 996.85 | 2,492.13 | 17,444.91 |
| April-07 | 9,968.52 | 31 | 38.75% | 3,862.80 | 996.85 | 2,492.13 | 17,320.30 |
| May-07 | 9,968.52 | 30 | 37.50% | 3,738.20 | 996.85 | 2,492.13 | 17,195.70 |
| June-07 | 9,968.52 | 29 | 36.25% | 3,613.59 | 996.85 | 2,492.13 | 17,071.09 |
| July-07 | 9,968.52 | 28 | 35.00% | 3,488.98 | 996.85 | 2,492.13 | 16,946.48 |
| August-07 | 9,968.52 | 27 | 33.75% | 3,364.38 | 996.85 | 2,492.13 | 16,821.88 |
| September-07 | 9,968.52 | 26 | 32.50% | 3,239.77 | 996.85 | 2,492.13 | 16,697.27 |
| October-07 | 9,968.52 | 25 | 31.25% | 3,115.16 | 996.85 | 2,492.13 | 16,572.66 |
| November-07 | 9,968.52 | 24 | 30.00% | 2,990.56 | 996.85 | 2,492.13 | 16,448.06 |
| December-07 | 9,968.52 | 23 | 28.75% | 2,865.95 | 996.85 | 2,492.13 | 16,323.45 |
| January-08 | 9,968.52 | 22 | 27.50% | 2,741.34 | 996.85 | 2,492.13 | 16,198.85 |
| February-08 | 9,968.52 | 21 | 26.25% | 2,616.74 | 996.85 | 2,492.13 | 16,074.24 |
| March-08 | 9,968.52 | 20 | 25.00% | 2,492.13 | 996.85 | 2,492.13 | 15,949.63 |
| April-08 | 9,968.52 | 19 | 23.75% | 2,367.52 | 996.85 | 2,492.13 | 15,825.03 |
| May-08 | 9,968.52 | 18 | 22.50% | 2,242.92 | 996.85 | 2,492.13 | 15,700.42 |
| June-08 | 9,968.52 | 17 | 21.25% | 2,118.31 | 996.85 | 2,492.13 | 15,575.81 |
| July-08 | 9,968.52 | 16 | 20.00% | 1,993.70 | 996.85 | 2,492.13 | 15,451.21 |
| August-08 | 9,968.52 | 15 | 18.75% | 1,869.10 | 996.85 | 2,492.13 | 15,326.60 |
| September-08 | 9,968.52 | 14 | 17.50% | 1,744.49 | 996.85 | 2,492.13 | 15,201.99 |
| October-08 | 9,968.52 | 13 | 16.25% | 1,619.88 | 996.85 | 2,492.13 | 15,077.39 |
| November-08 | 9,968.52 | 12 | 15.00% | 1,495.28 | 996.85 | 2,492.13 | 14,952.78 |
| December-08 | 9,968.52 | 11 | 13.75% | 1,370.67 | 996.85 | 2,492.13 | 14,828.17 |
| January-09 | 9,968.52 | 10 | 12.50% | 1,246.07 | 996.85 | 2,492.13 | 14,703.57 |
| February-09 | 9,968.52 | 9 | 11.25% | 1,121.46 | 996.85 | 2,492.13 | 14,578.96 |
| March-09 | 9,968.52 | 8 | 10.00% | 996.85 | 996.85 | 2,492.13 | 14,454.35 |
| April-09 | 9,968.52 | 7 | 8.75% | 872.25 | 996.85 | 2,492.13 | 14,329.75 |
| May-09 | 9,968.52 | 6 | 7.50% | 747.64 | 996.85 | 2,492.13 | 14,205.14 |
| June-09 | 9,968.52 | 5 | 6.25% | 623.03 | 996.85 | 2,492.13 | 14,080.53 |
| July-09 | 9,968.52 | 4 | 5.00% | 498.43 | 996.85 | 2,492.13 | 13,955.93 |
| August-09 | 9,968.52 | 3 | 3.75% | 373.82 | 996.85 | 2,492.13 | 13,831.32 |
| September-09 | 9,968.52 | 2 | 2.50% | 249.21 | 996.85 | 2,492.13 | 13,706.72 |
| October 12, 2009 | 3,858.78 ♥ | 1 | 1.25% | 48.23 | 386.88 | 964.70 | 5,257.59 |
| Totals | $358,866.72 | | | $85,737.31 | $35,886.67 | $89,716.68 | $570,207.39 |

* Prorated Estimated Tax Amount, from October 13, 2009. ($9,968.52/31 days x 19 days = $6,109.74)
♥ Prorated Estimated Tax Amount, thru October 12, 2009. ($9,968.52/31 days x 12 days = $3,858.78)

Purpose: To compute estimated amusemant tax due thru Bankruptcy Filling Date - October 12, 2009.
Procedure: Computed tax, interest and penalties due as of Chapter 11 filling date, October 12, 2009.
Conclusion: Total Amusement Tax Liability is $570,207.39 as of October 12, 2009.



TO REUSE: Cover or mark through any previous shipping information.

Label here.



**Cook County**
Department of Revenue
118 North Clark Street, Room 1160
Chicago, Illinois 60602

Tribune CNLBC claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, Third Floor
New York, NY 10017