# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company  
Tribune Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Jo Anna Canzoneri McCormick filed a Notice of Appeal on 9/4/2013 regarding the N/A

The Notice of Appeal may be viewed at docket number 13713. The order on appeal may be viewed at docket number N/A.

David D. Bird  
CLERK OF COURT

Date: 9/9/13  
(VAN–440)