# Notice Recipients

District/Off: 0311−1             User: LisaD                    Date Created: 9/9/2013
Case: 08−13141−KJC               Form ID: van440                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Jo Anna Canzoneri McCormick      POB 684       Pasadena, CA 91102

TOTAL: 1