IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Re:  Docket Nos. 7675, 8061, 8127, 8189, and 13716<br><br>Hearing Date: October 8, 2013 at 10:00 a.m.<br>Objection Deadline: October 1, 2013 at 4:00 p.m. |

**RESPONSE OF COOK COUNTY DEPARTMENT OF REVENUE TO REORGANIZED DEBTORS' OBJECTION TO CLAIM NOS. 6687, 6694, AND 6695 OF COOK COUNTY DEPARTMENT OF REVENUE PURSUANT TO SECTION 502(b)(9) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3001, 3003, AND 3007**

The Cook County Department of Revenue (the "DOR"), by and through its undersigned attorneys, hereby submits this limited response to the Reorganized Debtors' Objection to Claim Nos. 6687, 6694, and 6695 of Cook County Department of Revenue Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 [D.I. 13716] (the "Objection"),[1] and in support hereof, respectfully represents as follows:

1.  By the Objection, the Reorganized Debtors object to the Additional Tax Claims on the same basis as set forth in the Original Objection to the Original Tax Claim, that is that the Additional Tax Claims were filed after the applicable bar date. As indicated in the DOR's Response to the Original Objection, tardiness is not a legally cognizable basis to disallow a tax claim because Bankruptcy Code section 726(a)(1) provides for payment of late-filed tax claims before any distribution is made to general

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

{BAY:02370402v1}

unsecured creditors. Tax claims submitted prior to a final distribution must be allowed pursuant to Bankruptcy Code section 502(b)(9).

2. The DOR agrees with the Reorganized Debtors that the parties' positions with respect to the issue of timeliness were already briefed and were the subject of a hearing before this Court on March 22, 2011. The DOR consents to the incorporation of all facts and arguments previously submitted to this Court and the instant dispute being decided as a matter of law on those bases.

WHEREFORE, the DOR respectfully requests that this Court overrule the Objection and the Original Objection, hold that the Tax Claims cannot be disallowed as untimely, and grant the DOR such further relief as is reasonable and just.

Dated:  September 30, 2013
Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:  (302) 429-4226
Facsimile:  (302) 658-6395
E-mail:  jalberto@bayardlaw.com

-and-

QUARLES & BRADY LLP
Philip V. Martino
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
Telephone:  (813) 387-0263
Facsimile:  (813) 387-1763
E-mail:  philip.martino@quarles.com

*Counsel for Cook County*
*Department of Revenue*