# CERTIFICATE OF SERVICE

   I, Justin R. Alberto, Esquire, hereby certify that on September 30, 2013, I caused a copy of the foregoing **Response of Cook County Department of Revenue to Reorganized Debtors' Objection to Claim Nos. 6687, 6694, and 6695 of Cook County Department of Revenue Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007** to be served in the manners indicated on the persons listed below.

**Via Hand Delivery and Electronic Mail**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
*Cole, Schotz, Meisel, Forman & Leonard, P.A.*
500 Delaware Avenue, Suite 1140
Wilmington, Delaware 19801
Email: npernick@coleschotz.com
   kstickles@coleschotz.com
   preilley@coleschotz.com

**Via First Class Mail and Electronic Mail**
James F. Conlan, Esquire
Kenneth P. Kansa, Esquire
Jillian J. Ludwig, Esquire
Mike T. Gustafson, Esquire
*Sidley Austin LLP*
One South Dearborn Street
Chicago, Illinois 60603
Email: jconlan@sidley.com
   kkansa@sidley.com
   jullian.ludwig@sidley.com
   mgustafson@sidley.com

                */s/ Justin R. Alberto*
                Justin R. Alberto (No. 5126)