# EXHIBIT 1

## Supplemental Consent Order Setting Schedule for Supplemental Briefing on Objection of KTLA, Inc. to Claim No. 4412 of Marta Waller

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 12832, 13173, 13437, 13577, 13578, and _____ |

**SUPPLEMENTAL CONSENT ORDER SETTING SCHEDULE FOR
SUPPLEMENTAL BRIEFING ON OBJECTION OF KTLA INC. TO
CLAIM NO. 4412 OF MARTA WALLER**

By Consent Order dated June 3, 2013, the Court established a schedule to govern the discovery and supplemental briefing by KTLA Inc. ("KTLA") and Marta Waller on the Objection of KTLA Inc. to Claim No. 4412 of Marta Waller (Docket No. 12832), Marta Waller's Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (Docket No. 13173), and KTLA Inc.'s objection thereto (Docket No. 13437). This Supplemental Consent Order revises that schedule, by agreement of the parties.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

IT IS HEREBY ORDERED as follows:

1. All discovery in the matter with respect to Claim No. 4412 shall close on December 2, 2013.

2. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, KTLA shall file its motion for summary judgment and opening brief in support of summary judgment with respect to Claim No. 4412 by December 30, 2013.

3. Ms. Waller shall file her brief in opposition to summary judgment by February 17, 2014.

4. KTLA shall file its brief in support of its motion for summary judgment by March 17, 2014.

5. Upon completion of the briefing described in paragraphs 2, 3, and 4 of this Order, KTLA shall file a Notice of Completion of Briefing and shall deliver a binder with the relevant pleadings to the Court.

6. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2013

                                          The Honorable Kevin J. Carey
                                          United States Bankruptcy Judge