IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>Related to Docket Nos. 13564, 13731, and 13733 |

## NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 7186 OF CLEAR CHANNEL OUTDOOR, INC.

PLEASE TAKE NOTICE that the Reorganized Debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors") hereby file this Notice of Withdrawal of the Debtors' Objection to Claim No. 7186 of Clear Channel Outdoor, Inc. Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Docket No. 13564) (the "Objection"), with prejudice, as a result of the prior filing of the notice of Transfer of Claim filed by Round 2 Communications, LLC (Docket No. 13731) (the "Notice of Transfer") and the Notice of Withdrawal of Proof of Claim filed by Clear Channel Outdoor, Inc. (Docket No. 13733).

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9911728V

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors have modified the claims register maintained in these chapter 11 cases to give effect to the Notice of Transfer, notwithstanding that the Reorganized Debtors have no obligation to recognize the transfer of, or the sale of any participation in, any claim that occurs after July 23, 2012 (i.e., the Distribution Record Date), in the interests of resolving the disputes involving the claims that are the subject of the Objection. (See Order Confirming Fourth Amended Joint Plan of Reorganization at 20, Docket No. 12074.)

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 2, 2013 | Respectfully submitted,<br>SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>Kenneth P. Kansa<br>Jillian K. Ludwig<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone: (312) 853-7000<br>Facsimile:  (312) 853-7036<br>-and-<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br><br>By: _/s/ J. Kate Stickles_<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>ATTORNEYS FOR REORGANIZED DEBTORS |

46429/0001-9911728V