## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered **Related to Docket No. 13742** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS
## SCHEDULED FOR TELEPHONIC HEARING ON OCTOBER 8, 2013 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY[3]

### PURSUANT TO THE COURT'S DIRECTIVE, THE HEARING IS CANCELED

## WITHDRAWN MATTERS

1.    Reorganized Debtors' Objection to Claim No. 878 of Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of Parren J. Mitchell, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 23, 2013) (Docket No. 13561)

Response Deadline:  June 19, 2013 at 4:00 p.m.
On consent of the parties, the Reply Deadline was extended until 4:00 p.m. on October 3, 2013 for the Reorganized Debtors.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2]  **Amendments appear in bold print.**

[3]  Any party who wishes to participate in the telephonic hearing must contact CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the telephonic hearing.

Responses Received:

>(a)    Opposition of Keiffer J. Mitchell, Sr. as Personal Representative of the
>        Estate of Parren J. Mitchell, to Reorganized Debtors' Objection to Claim
>        No. 878 [ECF No. 13561] (Filed June 18, 2013) (Docket No. 13615)

>(b)    Notice of Withdrawal of Reorganized Debtors' Objection to Claim No.
>        878 of Keiffer J. Mitchell, Sr., as Personal Representative of the Estate of
>        Parren J. Mitchell (Filed September 26, 2013) (Docket No. 13726)

Status:    The Objection was withdrawn as a result of a consensual resolution of the
           Objection by the parties.  This matter will not be going forward.

2.    Reorganized Debtors' Objection to Claim No. 7186 of Clear Channel Outdoor, Inc.,
      Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001,
      3003, and 3007 (Filed May 24, 2013) (Docket No. 13564)

Response Deadline:  June 19, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on
October 1, 2013 for Clear Channel Outdoor, Inc.

Responses Received:

>(a)    Notice of Withdrawal of Proof of Claim (Filed September 30, 2013)
>        (Docket No. 13733)

>(b)    Notice of Withdrawal of Reorganized Debtors' Objection to Claim No.
>        7186 of Clear Channel Outdoor, Inc. (Filed October 2, 2013) (Docket No.
>        13738)

Status:    The Objection was withdrawn as a result of a consensual resolution of the
           Objection by the parties.  This matter will not be going forward.

## CONTINUED MATTERS

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 (Filed November 13, 2009) (Docket No. 2561)

Response Deadline:  December 8, 2009 at 4:00 p.m.

Responses Received:

>(a)    Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-
>        Substantive) Objection to Claims (Filed December 4, 2009) (Docket No.
>        2744)

46429/0001-9768347v4

(b)     Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker (See Docket Nos. 3011, 3526 and 7274). The Objection was withdrawn with respect to Claim No. 501 of Chris Parker, Claim No. 2998 of Marc Silver, and Claim No. 5579 of Gelco Corporation, d/b/a GE Capital Fleet Services. The hearing on the claim of Robby S. Wells is adjourned to the December 11, 2013 hearing. This matter will not be going forward.

4.     Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

Response Deadline: June 9, 2010 at 4:00 p.m.

Responses Received:

(a)     Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

Status:     The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Debtors and Marcia Willette have reached a resolution of the Objection as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for Zachary Mitzkovitz and intend to file a stipulation documenting that agreement with the Court. This matter will not be going forward.

5.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

Response Deadline: March 15, 2011 at 4:00 p.m.

46429/0001-9768347v4

Responses Received:

    (a)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b)    Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned to the December 11, 2013 hearing. This matter will not be going forward.

6.    Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Filed January 25, 2013) (Docket No. 13108)

Objection Deadline: February 6, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended until 4:00 p.m. on December 4, 2013 for the Franchise Tax Board of the State of California.

Responses Received: None at this time.

Status:    On consent of the parties, the hearing on the Objection is adjourned to the December 11, 2013 hearing. This matter will not be going forward.

7.    Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13715)

Response Deadline: October 1, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline is extended until 4:00 p.m. on October 15, 2013 for Mr. Younge, and the Reply Deadline is extended until 4:00 p.m. on December 6, 2013 for the Reorganized Debtors.

46429/0001-9768347v4

Responses Received:  None at this time.

Status:          On consent of the parties, the hearing on the Objection is adjourned to the December 11, 2013 hearing.  This matter will not be going forward.

8.      Reorganized Debtors' Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed June 26, 2013) (Docket No. 13643)

Response Deadline:  July 23, 2013 at 4:00 p.m.
On consent of the parties, the Reply Deadline was extended until 4:00 p.m. on October 3, 2013 for the Reorganized Debtors.

Responses Received:

     (a)     Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund and Truck Drivers and Helpers Local 355 Retirement Pension Funds' Objection to Reorganized Debtors' Objection to Claims (Filed July 23, 2013) (Docket No. 13661)

     (b)     Reorganized Debtors' Reply in Support of the Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed October 3, 2013) (Docket No. 13739)

Status:          On consent of the parties, the hearing on the Objection is adjourned to such future date and time as the parties agree after consultation with the Court.  This matter will not be going forward.

## CERTIFICATIONS OF NO OBJECTION

9.      Reorganized Debtors' Seventieth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed September 4, 2013) (Docket No. 13709)

Response Deadline:  October 1, 2013 at 4:00 p.m.

Responses Received:  None.

46429/0001-9768347v4

Related Documents:

    (a)    Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Seventieth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed September 24, 2013) (Docket No. 13724)

    (b)    Certification of No Objection Regarding Docket No. 13709 (Filed October 3, 2013) (Docket No. 13740)

Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

10.    Reorganized Debtors' Objection to Claim No. 6178 of Rafael Caceres Pursuant to Section 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 4, 2013) (Docket No. 13710)

Response Deadline: October 1, 2013 at 4:00 p.m.

Responses Received: None.

    (a)    Certification of No Objection Regarding Docket No. 13710 (Filed October 3, 2013) (Docket No. 13741)

Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## STATUS CONFERENCE WITH RESPECT TO CERTAIN CLAIM OBJECTIONS

11.    Debtors' Objection to Claim No. 3697 of Robert Henke Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed March 19, 2010) (Docket No. 3796)

Related Documents:

    (a)    Claimant's Response to Debtors' Objection to Claim No. 3697 of Claimant Robert Henke (Filed April 9, 2010) (Docket No. 3989)

    (b)    Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Rule 3007-1 (Filed June 11, 2012) (Docket No. 11792)

    (c)    Claimant's Response to Debtors' Supplemental Objection to Claims of Robert Henke (Filed June 29, 2012) (Docket No. 11931)

> (d)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Supplemental Objection to Claims of Robert Henke (Filed July 3, 2012) (Docket No. 11942)
>
> (e)    Debtors' Reply in Support of Debtors' Supplemental Objection to Claims of Robert Henke Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed July 6, 2012) (Docket No. 11956)
>
> (f)    Claimant's Response to Debtors' Addition to Their Supplemental Objection to Claims of Robert Henke (Filed August 10, 2012) (Docket No. 12238)
>
> (g)    Notice of Status Conference Scheduled for October 8, 2013 at 10:00 a.m. Before the Honorable Kevin J. Carey (Filed September 30, 2013) (Docket No. 13729)

Status:    The status conference on this matter will be going forward.

12.    Debtors' Forty-First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as it pertains to Cook County Department of Revenue only (Filed January 28, 2011) (Docket No. 7675)

Related Documents:

> (a)    Response of Cook County Department of Revenue to Debtors' Forty-First Omnibus Objection (Filed February 18, 2011) (Docket No. 8061)
>
> (b)    Debtors' Reply to the Response of Cook County Department of Revenue to Forty-First Omnibus Objection to Claims (Filed February 24, 2011) (Docket No. 8127)
>
> (c)    Order Partially Sustaining Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Entered March 1, 2011) (Docket No. 8204)
>
> (d)    Reorganized Debtors' Objection to Claim Nos. 6687, 6694, and 6695 of Cook County Department of Revenue Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13716)
>
> (e)    Response of Cook County Department of Revenue to Reorganized Debtors' Objection to Claim Nos. 6687, 6694, and 6695 of Cook County Department of Revenue Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 30, 2013) (Docket No. 13730)

      (f)     Notice of Status Conference Scheduled for October 8, 2013 at 10:00 a.m. Before the Honorable Kevin J. Carey (Filed September 30, 2013) (Docket No. 13729)

Status:     The status conference on this matter will be going forward.

13.    Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 as it pertains to Joann Parker only (Filed October 21, 2011) (Docket No. 10053)

Related Documents:

      (a)     Joann Parker's Response to Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (Filed November 10, 2011) (Docket No. 10193)

      (b)     Joinder of the Official Committee of Unsecured Creditors to Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1 (Filed November 15, 2011) (Docket No. 10234)

      (c)     Debtors' Pretrial Memorandum Regarding Evidentiary Hearing on Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims ("Joann Parker Claims") (Filed March 20, 2012) (Docket No. 11190)

      (d)     Notice of Filing of Joint Pretrial Memorandum Regarding Evidentiary Hearing on Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims ("Joann Parker Claims") (Filed March 21, 2012) (Docket No. 11207)

      (e)     Notice of Status Conference Scheduled for October 8, 2013 at 10:00 a.m. Before the Honorable Kevin J. Carey (Filed September 30, 2013) (Docket No. 13729)

Status:     The status conference on this matter will be going forward.

Dated:  October 4, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
     Norman L. Pernick (No. 2290)
     J. Kate Stickles (No. 2917)
     500 Delaware Avenue, Suite 1410
     Wilmington, DE  19801
     Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS