# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13742 & 13743 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                       )  ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On October 4, 2013, I caused to be served the:

   a) "Notice of Agenda of Matters Scheduled for Telephonic Hearing on October 8, 2013 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated October 4, 2013 [Docket No. 13742], and

   b) "Notice of Amended Agenda of Matters Scheduled for Telephonic hearing on October 8, 2013 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated October 4, 2013 [Docket No. 13743],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. delivered via facsimile mail to those parties listed on the annexed Exhibit C, and

   iv. delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
8th day of October, 2013

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\TRIBUNE\Affidavits\Agenda Hrg Oct 8 & Amd Agenda_Cancelled_DI_13742 & 13743_AFF_10-4-13_KH.doc

**EXHIBIT A**

| | |
|---|---|
| **TRB AGENDA 10-4-13**<br>Carol Hoeme Walker<br>3561 W. Hemlock<br>Oxnard, CA 93035 | **TRB AGENDA 10-4-13**<br>Mr. Robby S. Wells<br>P.O. Box 345<br>Saunemin, IL 61769 |
| **TRB AGENDA 10-4-13**<br>Robert Wells<br>54 Center Street<br>Saunemin, IL 61769-0345 | **TRB AGENDA 10-4-13**<br>Persistence Pays, Inc.<br>4158 Farmdale Avenue<br>Studio City, CA 91604 |
| **TRB AGENDA 10-4-13**<br>Todd M. Bailey<br>State of California<br>Franchise Tax Board<br>Legal Division - MS A260<br>PO Box 1720<br>Rancho Cordova, CA 95741-1720 | **TRB AGENDA 10-4-13**<br>Mr. William Grogan<br>275 Simsbury Road<br>West Hartford, CT 06117 |
| **TRB AGENDA 10-4-13**<br>Mr. Timothy Kennedy<br>4595 Widgeon Path<br>Manlius, NY 13104-9612 | **TRB AGENDA 10-4-13**<br>Ms. Marguerite Plunkett<br>620 S.E. 6th Terrace<br>Pompano Beach, FL 33060 |
| **TRB AGENDA 10-4-13**<br>Cook County Department of Revenue<br>118 N. Clark Street, Room 1160<br>Chicago, IL 60602 | **TRB AGENDA 10-4-13**<br>Patricia E. Bender, Esquire<br>5415 N. Sheridan Rd., Suite 1411<br>Chicago, IL 60640 |

**EXHIBIT B**

MR. RAFAEL CACERES
33 JEANNE LANE
BETHPAGE, NY 11714


MR. ROBERT HENKE
4104 HEARTHSIDE DRIVE, APT. #101
WILMINGTON, NC 28412


BALLARD SPAHR LLP
ATTN: CHRISTOPHER S. CHOW, ESQ.
LESLIE C. HEILMAN, ESQ.
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801


SILVERMAN MCDONALD & FRIEDMAN
ATTN: BRIAN E. LUTNESS, ESQ.
1010 N. BANCROFT PARKWAY, SUITE 22
WILMINGTON, DE 19805


THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, ESQ.
SCOTT J. LEONHARDT, ESQ.
824 MARKET STREET, SUITE 810
WILMINGTON, DE 19801


WILMINGTON TRUST COMPANY
ATTN: PATRICK J. HEALY, VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

**EXHIBIT C**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| James S. Green, Sr., Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 317-231-7433 |
| Joseph L. Christensen, Esquire | 302-655-4420 |

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| David W. Carickhoff, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| Michael Busenkell, Esquire | 302-425-5814 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Howard Seife, Esquire/David M. LeMay, Esquire/Douglas E. Deutsch, Esquire | 212-541-5369 |
| Graeme W. Bush, Esquire/James Sottile, Esquire | 202-822-8106 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |

| | |
|---|---|
| Geraldine Weiss, Esquire | 310-473-0708 |
| Larry S. Gibson, Esquire/John J. Leidig, Esq. | 410-539-7611 |
| Thomas R. Fawkes, Esquire | 312-360-6520 |
| Thomas R. Fawkes, Esquire | 312-360-6573 |
| Steven M. Mayer, Esquire | 818-514-2728 |
| John J. Leidig, Esquire | 410-539-7611 |
| Phillip D. Starr, Esquire/Corey Smith Bott, Esquire/Brian G. Esders, Esquire | 410-321-1419 |
| Joel I. Sher, Esquire/Arthur M. Frank, as PR | 410-539-7611 |
| Pietro A. Barbieri, Esquire | 484-252-2575 |
| Philip V. Martino, Esquire | 813-387-1763 |
| Patricia E. Bender | 773-878-7148 |

**EXHIBIT D**

| **Name** | **Email Address** |
|---|---|
| Mr. Robert Henke | Hroberthenke@aol.com |
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Patricia E. Bender, Esq. | bender5275@aol.com |