# EXHIBIT A

Proposed Scheduling Order For Evidentiary Hearing On The Motion Of
The Los Angeles County Treasurer And Tax Collector For Relief From The Permanent
Injunction Of The Fourth Amended Joint Plan Of Reorganization For Tribune Company
And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured
Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. And
JPMorgan Chase Bank, N.A., As Amended June 18, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[2] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket Nos. 13545, 13659 and 13662 |

**SCHEDULING ORDER FOR EVIDENTIARY HEARING ON THE MOTION OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR FOR RELIEF FROM THE PERMANENT INJUNCTION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., L.P. AND JPMORGAN CHASE BANK, N.A., AS AMENDED JUNE 18, 2012**

This matter having come before the Court on the *Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012*

---

[2] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9965462v

[Docket No. 13545] (the "Motion"),[3] by which the Los Angeles County Treasurer and Tax Collector (the "County") seeks relief from the Injunction obtained by the Debtors[4] in their Plan so that it may exercise any non-bankruptcy rights it has relating to certain real property owned by Los Angeles Times Communications LLC (the "L.A. Times"), a Debtor and Reorganized Debtor in these chapter 11 cases; and upon consideration of the Motion and the Sandoz Declaration; and the Reorganized Debtors having filed the *Reorganized Debtors' Objection to the Motion of the Los Angeles County Treasurer and Tax Collector for Relief from the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012* [Docket No. 13659] (the "Objection"); and upon consideration of the Objection and the Casey Declaration (as defined in the Objection); and the County having filed the *Reply in Support of Los Angeles County Treasurer and Tax Collector's Motion for Relief from the Permanent Injunction of Debtors' Plan of Reorganization* [Docket No. 13662] (the "Reply"); and upon consideration of the Reply; and the Court having held a hearing on the Motion on August 2, 2013 (the "Hearing") at which the parties appeared and presented oral arguments; and the Court having instructed the parties at the Hearing to confer and submit a form of order scheduling an evidentiary hearing on the Motion; and upon consideration of the *Certification of Counsel Regarding Order Scheduling an Evidentiary Hearing*; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[4] As used herein, the term "Debtors" refers to Tribune Company and its affiliates that filed voluntary petitions for relief under chapter 11 on December 8, 2008, and "Reorganized Debtors" refers to the successors to the Debtors following their emergence from these chapter 11 cases on December 31, 2012, the effective date of the Plan.

2

**ORDERED** that the following schedule and procedures shall apply in this matter:

1. The Federal Rules of Civil Procedure and the Federal Rule of Bankruptcy Procedure will apply to discovery in this contested matter, except as otherwise provided in Federal Rule of Bankruptcy Procedure 9014(c).

2. Any interrogatories, requests for production and inspection of documents, and requests for admission will be served by the parties by no later than **October 17, 2013 at 4:00 p.m. (ET)**.

3. The responding party must serve its answers or any objections in writing by no later than **October 24, 2013 at 4:00 p.m. (ET)**.

4. The Parties will exchange all documents and lists of all witnesses they intend to present at the time of the Evidentiary Hearing by no later than **October 28, 2013 at 4:00 p.m. (ET)**.

5. Depositions, if necessary, will be held in Los Angeles, California on no less than 3 days' notice, or earlier if agreed to by the parties. Federal Rule of Civil Procedure 30 will apply in all other respects to depositions.

6. All discovery will close on **November 5, 2013**.

7. The parties shall submit a joint pretrial memorandum on or before **November 7, 2013**.

8. Each party is authorized, but not required, to submit one (1) trial brief. Any such trial brief must be submitted by a party on or before **November 7, 2013**.

9. An evidentiary hearing on the Motion will be held on **November 12, 2013 at 10:00 a.m. (ET)** before the Honorable Kevin J. Carey at the United States Bankruptcy Court

for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, or at such other location as designated by the Court.

10.     The Reorganized Debtors shall promptly notify Chambers upon the settlement, dismissal or other resolution of this contested matter and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible.

11.     Deadlines contained in this Order may be extended by agreement of the parties or by the Court upon written motion for good cause shown.

12.     The Reorganized Debtors shall serve this Order on counsel to the County by e-mail within one (1) business day after the entry of this Order.

13.     This Court shall retain jurisdiction over all affected parties with respect to any matters or disputes arising from or related to the implementation and interpretation of this Order.

Dated: October ___, 2013
   Wilmington, Delaware     _____
                 HONORABLE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE