IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Re: Docket Nos. 13327, 13328, 13449, 13462, 13642 |

**STIPULATION RESOLVING REORGANIZED DEBTORS'
OBJECTION TO DEUTSCHE BANK TRUST COMPANY AMERICAS'
COMMITTEE MEMBER FEE/EXPENSE CLAIM**

**WHEREAS**, Deutsche Bank Trust Company Americas asserted a Creditors' Committee Member Fee/Expense Claim in the amount of $1,680,298.49 pursuant to section 9.1.3 of the Plan (the "DBTCA Claim").[2]

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms not defined in this Order have the meanings given to them in the "Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries (As Modified July 19, 2012)" (the "Plan").

**WHEREAS**, on February 28, 2013, the Reorganized Debtors sent a letter disputing $917,090.02 of fees and expenses included in the DBTCA Claim (the "Disputed DBTCA Claim").

WHEREAS, on or about March 5, 2013, the Reorganized Debtors paid $763,208.47 to DBTCA, representing the undisputed portion of the DBTCA Claim.

WHEREAS, on or about March 15, 2013, the Reorganized Debtors filed the *Reorganized Debtors' Objection To Creditors' Committee Member Fee/Expense Claims Asserted By (A) Deutsche Bank Trust Company Americas And (B) Wilmington Trust Company* filed on March 15, 2013 [D.I. 13327] (the "Objection"), which DBTCA opposed.

**WHEREAS**, on April 24, 2013, May 7, 2013, and May 22, 2013, the Court held status conferences on the Objection and the Disputed DBTCA Claim.

**WHEREAS**, on June 26, 2013, the Court entered its *Amended Order Appointing Mediator Regarding Contested Fee Matters* [D.I. 13642], pursuant to which Hon. Joseph J. Farnan, Jr. (the "Mediator") was appointed as mediator to resolve certain contested matters, including the Objection and the Disputed DBTCA Claim.

**WHEREAS**, following good faith negotiations and the assistance of the Mediator, the Reorganized Debtors and DBTCA (the "Parties") have agreed to resolve the Objection and the Disputed DBTCA Claim on the terms and conditions set forth herein.

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. The recitals set forth above are incorporated herein by reference.

2. The Parties agree that the Disputed DBTCA Claim shall be allowed as a Creditors' Committee Member Fee/Expense Claim (as defined in the Plan) against Debtor Tribune Company in the modified aggregate amount of $275,000 (the "Allowed Claim"). The

Reorganized Debtors shall pay DBTCA the full amount of the Allowed Claim within fifteen (15) days of the execution of this Stipulation by the Parties. Satisfaction of the Allowed Claim in accordance with the terms of this Stipulation shall constitute full and final satisfaction of the Disputed DBTCA Claim and DBTCA shall have no other Administrative Claim (as defined in the Plan) against the Reorganized Debtors.

3. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

4. This Stipulation shall be binding upon the Parties hereto and upon their affiliates, assigns and successors.

5. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Dated: October 21, 2013

SIDLEY AUSTIN LLP
James F. Conlan
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

LAI-3200957v1

JONES DAY

By: /s/ Bruce Bennett
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

Dated: October 21, 2013

McCARTER & ENGLISH LLP
Katharine L. Mayer (DE#3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300

-and-

By: /s/ David J. Adler
David J. Adler (DA0048)
245 Park Avenue
27th Floor
New York, NY 10167
Telephone: (212) 609-6800

ATTORNEYS FOR DEUTSCHE BANK TRUST
COMPANY AMERICAS