## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br>Re: D.I. No. 2858<br>Obj. Deadline: 11/08/13 at 4:00 p.m.<br>Hearing Set: 12/10/13 at 10:00 a.m. |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, certain of Tribune Company's Former Tribune Directors & Officers[1] have filed the *Motion of Certain Former Tribune Directors and Officers for Order to Amend the Depository Order and Acknowledgment to Allow D&O Insurers to Retain Discovery Documents* ("Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **December 10, 2013 at 10:00 a.m.**, if necessary.

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed with the Court on or before **November 8, 2013 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time you file a response to the Motion, you must also serve a copy of the response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] Harry Amsden; Chandler Bigelow; Stephen D. Carver; Dennis J. FitzSimons; Robert Gremillion; Donald C. Grenesko; Enrique Hernandez, Jr.; Mark W. Hianik; David Dean Hiller; Betsy D. Holden; Daniel G. Kazan; Crane H. Kenney; Timothy P. Knight; Timothy J. Landon; Richard H. Malone; Robert S. Morrison; William A. Osborn; Irving J. Quimby; John E. Reardon; J. Christopher Reyes; Scott C. Smith; Dudley S. Taft; John J. Vitanovec; Kathleen M. Waltz; Miles D. White; and David D. Williams.

Dated: October 25, 2013

CONNOLLY GALLAGHER LLP

_____
Jeffrey C. Wisler (No. 2795)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

Attorneys for Movants Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons, Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone, John E. Reardon, Scott C. Smith, John J. Vitanovec, Kathleen M. Waltz and David D. Williams

#05074997