# EXHIBIT D

 State by State Analysis

0110 REGSURVEYS 11

50 STATE REGULATORY SURVEYS: INSURANCE: GENERAL

Record Retention

Thomson Reuters June 2013

Record retention refers to the required storage or maintenance of information that allows for the proper operation of insurance companies or their compliance with state administrative regulations. This survey identifies regulations that define what records to keep, how they should be stored, and how long they should be kept. Included is recordkeeping as it relates to electronic records, insurance department examinations or inspections, the disposition of records following liquidation, and unclaimed property recordkeeping requirements. In addition, penalties for noncompliance are provided. Corporation records are covered, but only to the degree that they pertain to insurance companies. Excluded, for example, are confidentiality issues, public records, open records, and agency recordkeeping.

**The attached table organizes the content into the following subtopics:**
Financial Records/CPA Work Papers •
Advertisements •
Inspection and Time Frame for Retention •
Penalties for Non-Compliance •

Use Westlaw's Find feature and the following citation to retrieve the corresponding statutory survey: 0110 SURVEYS 19

**Alabama**
AL ADC 482-1-042-.06 Information To Be Furnished Security Holders
AL ADC 482-1-079-.15 Records And Asset Maintenance Of Domestic HMOs
AL ADC 482-1-091-.12 Requirements For Application Forms And Replacement Coverage
AL ADC 482-1-114-.09 Delivery Of Illustration And Record Retention
AL ADC 482-1-118-.03 Records Required For Purposes Of Financial Examinations
AL ADC 482-1-118-.04 Form Of Record
AL ADC 482-1-118-.05 Location Of Files
AL ADC 482-1-118-.06 Time Limits
AL ADC 482-1-124-.05 File And Record Documentation
AL ADC 482-1-125-.04 File And Record Documentation
AL ADC 482-1-126-.01 Preamble
AL ADC 482-1-126-.02 Authority
AL ADC 482-1-126-.03 Definitions
AL ADC 482-1-126-.04 Information Security Program
AL ADC 482-1-126-.05 Objectives Of Information Security Program
AL ADC 482-1-126-.06 Examples Of Methods Of Development And Implementation
AL ADC 482-1-126-.07 Assess Risk
AL ADC 482-1-126-.08 Manage And Control Risk
AL ADC 482-1-126-.09 Oversee Service Provider Arrangements
AL ADC 482-1-126-.10 Adjust The Program, Et seq.

AL ADC 482-1-127-.05 Requirements

AL ADC 482-1-131-.02 Purpose

AL ADC 482-1-131-.03 Scope

AL ADC 482-1-131-.04 Definitions

AL ADC 482-1-131-.05 Duties Of Insurers

AL ADC 482-1-131-.07 General Rules

AL ADC 482-1-131-.08 Failure To Comply

AL ADC 482-1-132-.03 Definitions

AL ADC 482-1-132-.04 Applicability

AL ADC 482-1-132-.10 Enforcement Procedures

AL ADC 482-1-132-.11 Penalties

AL ADC 482-1-133-.05 Duties Of Insurers That Use Producers

AL ADC 482-1-133-.06 Duties Of Replacing Insurers That Use Producers

AL ADC 482-1-133-.07 Duties Of The Existing Insurer

AL ADC 482-1-133-.08 Duties Of Insurers With Respect To Direct Response Solicitations

AL ADC 482-1-133-.09 Violations And Penalties

AL ADC 482-3-001-.10 Safekeeping Of Records

AL ADC 482-3-001-.11 Cemetery Records

AL ADC 482-3-001-.12 Endowment Care Cemeteries

AL ADC 482-3-001-.13 Accounts Receivable Records

AL ADC 482-3-001-.14 Records Required

**Alaska**

3 AK ADC 21.460 Records of domestic insurer required

3 AK ADC 21.470 Retention period

3 AK ADC 21.480 Corporate minutes book

3 AK ADC 21.655 Evidence of submission to jurisdiction

3 AK ADC 21.700 Financial Examination

3 AK ADC 23.150 Affidavit of compliance

3 AK ADC 26.030 File and record documentation

3 AK ADC 26.690 Access to and correction, amendment, or deletion
of nonpublic personal information

3 AK ADC 28.370 Experience reports and adjustment of prima facie
rates

3 AK ADC 28.830 Delivery of illustration and record retention

3 AK ADC 29.380 Written notice required

3 AK ADC 29.430 Required documentation

3 AK ADC 29.520 Statistical data collection requirements

3 AK ADC 29.540 Records retention requirements

3 AK ADC 30.120 Notice to applicant

3 AK ADC 30.130 Minimum standards

3 AK ADC 31.210 Filing

3 AK ADC 31.425 Records

**Arizona**

AZ ADC 20-4-534 Insurance

AZ ADC 20-5-127 Insurance Carrier Notification to Commission of Coverage

AZ ADC 20-5-131 Maintenance of Carrier and Self-insured Employer Claims Files; Contents; Inspection and Copying;
Exchange of Medical Reports; Authorization to Obtain Medical Records

AZ ADC 20-5-221 Book and Record Review by the Commission

AZ ADC 20-6-201 Advertisements of Health Insurance

AZ ADC 20-6-211 Discrimination on the Basis of Blindness or Partial Blindness

AZ ADC 20-6-405 Health Care Services Organization

AZ ADC 20-6-409 Hospital, Medical, Dental, and Optometric Service Corporations

AZ ADC 20-6-601 Regulations Governing Bail Transactions

AZ ADC 20-6-604.09 Definitions

AZ ADC 20-6-1011 Prohibition Against Post-claims Underwriting

AZ ADC 20-6-1018 Suitability

AZ ADC 20-6-1810 Records

AZ ADC 20-6-1811 Quality Improvement

**Arkansas**

AR ADC 054.00.12-13 Statistical Requirements And Reporting

AR ADC 054.00.13-15 Reporting Requirements

AR ADC 054.00.17-7 General Rules

AR ADC 054.00.25-13 Availability and Maintenance of Independent Certified Public Accountants' Workpapers

AR ADC 054.00.43-6 File and record documentation

AR ADC 054.00.44-8. Maintenance of Complaint Registers

AR ADC 054.00.52-14 Record Keeping; Annual Statements

AR ADC 054.00.58-15 Responsibilities Of Licensees

AR ADC 054.00.73-7 Availability and maintenance of working papers of the independent certified public accountant

**California**

10 CA ADC § 2097 Documents; Retention of Originals or Duplicates by Licensee

10 CA ADC § 2098 Documents; Retention of Copies by Licensee

10 CA ADC § 2101 Copartnership Records; Filings

10 CA ADC § 2101.1 Records; Licensed Employees

10 CA ADC § 2101.2 Records; Temporary Associations

10 CA ADC § 2101.3 Records; Temporarily Conducting Business

10 CA ADC § 2102 Use of Filed Documents and Forms

10 CA ADC § 2104 Destruction of Records

10 CA ADC § 2116 Maintenance of Separate Record; Contents

10 CA ADC § 2117 Record Required of Insurance Not Included in Vehicle Transaction

10 CA ADC § 2127 Penalties

10 CA ADC § 2130.6 Records

10 CA ADC § 2188.4 Maintenance of Records

10 CA ADC § 2189.4 Disclosure and Agreement

10 CA ADC § 2190.1 General

10 CA ADC § 2190.2 Required Records

10 CA ADC § 2190.3 Records by File

10 CA ADC § 2190.7 Place Where Records Kept

10 CA ADC § 2192.8 Records

10 CA ADC § 2194.6 Records

10 CA ADC § 2248.44 Annual Experience Reports

10 CA ADC § 2274.2 Contents of Covering Note and Insurer's Record Prescribed

10 CA ADC § 2319.4 Records

10 CA ADC § 2522.7 Filing of Sales Materials

10 CA ADC § 2522.9 Custodian Account Agreements

10 CA ADC § 2537 Enforcement Procedures

10 CA ADC § 2547.9 Enforcement Procedures

10 CA ADC § 2580.6 Description of Actuarial Memorandum Including an Asset Adequacy Analysis and Regulatory Asset Adequacy Issues Summary
10 CA ADC § 2592.06 Maintenance of Records
10 CA ADC § 2632.15 Data Retention
10 CA ADC § 2670.21 Annual Experience Reports
10 CA ADC § 2695.3 File and Record Documentation
10 CA ADC § 2695.8 Additional Standards Applicable to Automobile Insurance
10 CA ADC § 2695.44 Maintenance of Records

**Colorado**
3 CO ADC 702-1:1-1-7 Market Conduct Record Retention
3 CO ADC 702-2:2-2-1 Concerning Public Entity Self-Insurance Pool
3 CO ADC 702-3:3-1-4 Concerning Annual Audited Financial Reports
3 CO ADC 702-4:4-1-2 Advertising And Sales Promotion Of Life Insurance
3 CO ADC 702-5:5-1-9 Regulation To Require Reporting Of Financial And Statistical Data By Property And Casualty Insurance Companies

**Connecticut**
CT ADC § 31-284-12 Claims reporting requirements
CT ADC § 31-284-13 Reserves
CT ADC § 38a-8-22 Original records
CT ADC § 38a-53-3 Availability of workpapers
CT ADC § 38a-53-4 Exemptions
CT ADC § 38a-54-11 Availability and maintenance of CPA workpapers
CT ADC § 38a-54-12 Exemption
CT ADC § 38a-288-3 Policy requirements. Records
CT ADC § 38a-288-7 Cancellation; repayment of unearned premiums
CT ADC § 38a-475-5 Insurer documentation and reporting
CT ADC § 38a-501-15 Filing requirements
CT ADC § 38a-782a-4 Sponsor responsibilities
CT ADC § 38a-782a-16 Sanctions
CT ADC § 38a-799-8 Records
CT ADC § 38a-799-9 Penalties
CT ADC § 38a-819-18 Enforcement procedures
CT ADC § 38a-819-29 Enforcement procedure
CT ADC § 38a-819-37 General rules
CT ADC § 38a-819-51 Content of complaint record
CT ADC § 38a-819-52 Format of complaint record
CT ADC § 38a-819-53 Maintenance of the record
CT ADC § 38a-819-54 Definitions
CT ADC § 38a-819-55 Complaint Record
CT ADC § 38a-819-64 Delivery of illustrations and record retention

**Delaware**
18 DE ADC 101-3.0 General Administration of Insurance Regulatory Laws
18 DE ADC 203-7.0 Location of Headquarters
18 DE ADC 301-5.0 Contents of Annual Audited Financial Report
18 DE ADC 301-13.0 Definition, Availability and Maintenance of Independent Certified Public Accountants Workpapers
18 DE ADC 302-7.0 Availability and Maintenance of Working Papers of the Independent Certified Public Accounting Firm
18 DE ADC 303-2.0 Reporting Requirements

18 DE ADC 1101-2.0 No surplus lines insurer may maintain an office in Delaware pursuant to 18 Del.C. § 1907(c) until:
18 DE ADC 1203-6.0 General Rules
18 DE ADC 1302-18.0 Enforcement Procedures
18 DE ADC 1403-12.0 Recordkeeping and Reporting Requirements
18 DE ADC 1404-15.0 Reporting Requirements
18 DE ADC 1406-5.0 Maintenance of Information
18 DE ADC 1903-3.0 Filing Requirements Suspended
18 DE ADC 2001-7.0 Separation of Records
18 DE ADC 2001-8.0 Preservation of Records

**District of Columbia**
26-A DC ADC § 107 Approval of Insurance Education Programs and Providers
26-A DC ADC § 108 Revocation or Suspension of Approval of an Insurance Education Program
26-A DC ADC § 211 Advertisements: Accident and Sickness Insurance
26-A DC ADC § 1002 Industrial Life Insurance
26-A DC ADC § 1004 Variable Annuities
26-A DC ADC § 1311 Inspections and Reports
26-A DC ADC § 1312 Procedure After Inspection
26-A DC ADC § 1708 Records
26-A DC ADC § 1804 Determination of Eligibility and Award
26-A DC ADC § 2105 Principal Business Office, Books, Records, and Files to Remain in District
26-A DC ADC § 2114 Enforcement Provisions
26-A DC ADC § 2224 Standards for Marketing
26-A DC ADC § 2602 Policy Practices and Provisions
26-A DC ADC § 2626 Reporting Requirements
26-A DC ADC § 2611 Suitability
26-A DC ADC § 2627 Licensing
26-A DC ADC § 2704 Standards of Suitability
26-A DC ADC § 2802 Credit for Reinsurance – Accredited Reinsurers
26-A DC ADC § 2803 Credit for Reinsurance – Reinsurer Domiciled and Licensed in Another State
26-A DC ADC § 2804 Credit for Reinsurance – Reinsurance Maintaining Trust Funds
26-A DC ADC § 2903 Description of Actuarial Memorandum Including an Asset Adequacy Analysis and Regulatory Assest Adequacy Issues Summary
26-A DC ADC § 3001 General Calculation Requirements for Basic Reserves and Premium Deficiency Reserves Prior to January 1, 2005
26-A DC ADC § 3519 Forms
26-A DC ADC § 3705 Availability and Maintenance of Working Papers of the Independent Certified Public Accountant
26-A DC ADC § 3708 Review Panel and Organizational Examination
26-A DC ADC § 3906 Minimum Record Keeping Requirements
26-A DC ADC § 3907 Violations and Penalties

**Florida**
69 FL ADC 69O-125.004 Credit Report Use and Disclosure in Consideration of Insurance Applications
69 FL ADC 69O-137.002 Annual Audited Financial Reports
69 FL ADC 69O-138.020 Requirements for Maintaining Cash and Certificates of Deposit Outside the State of Florida
69 FL ADC 69O-138.047 Description of Actuarial Memorandum Including an Asset Adequacy Analysis and Regulatory Asset Adequacy Issues Summary
69 FL ADC 69O-143.042 Custody Agreement; Requirements
69 FL ADC 69O-143.046 Registration of Insurers
69 FL ADC 69O-143.047 Standards

69 FL ADC 69O-144.010 Accounting Requirements: Life and Health Reinsurance Agreements
69 FL ADC 69O-149.004 Experience Records
69 FL ADC 69O-150.018 Enforcement Procedures
69 FL ADC 69O-150.119 Enforcement Procedures
69 FL ADC 69O-150.217 Enforcement Procedures
69 FL ADC 69O-151.007 Duties of Replacing Insurers
69 FL ADC 69O-151.008 Duties of the Existing Insurer
69 FL ADC 69O-151.202 Requirements
69 FL ADC 69O-154.002 Statement of Terms; Acknowledgment by Insured Required
69 FL ADC 69O-156.106 Certification Form Required
69 FL ADC 69O-156.120 Enforcement Procedures
69 FL ADC 69O-157.111 Reporting Requirements
69 FL ADC 69O-157.122 Penalties
69 FL ADC 69O-162.013 Annual Statement; Record of Accumulation Require
69 FL ADC 69O-167.002 Private Passenger Motor Vehicle Insurance; Completion of Underwriting Notice of Incorrect Premium, Return of Unearned Premium
69 FL ADC 69O-167.004 Required Preinsurance Inspection of Private Passenger Motor Vehicles
69 FL ADC 69O-167.011 Homeowner's Policies: Offer of Replacement Cost Coverage and Law and Ordinance Coverage
69 FL ADC 69O-170.019 Individually Rated Risks
69 FL ADC 69O-170.030 Loss Reserve Discounts
69 FL ADC 69O-170.031 Statement of Actuarial Opinion on Loss and Loss Expense Reserves
69 FL ADC 69O-184.004 Complete Records Must Be Maintained
69 FL ADC 69O-185.007 Insurer to Maintain and File Records
69 FL ADC 69O-186.003 Title Insurance Rates
69 FL ADC 69O-187.002 Responsibilities of the Service Agent
69 FL ADC 69O-190.063 Annual Review and Examination -- Self-Insurers Funds
69 FL ADC 69O-190.071 Authorized Investments for Self-Insurers Funds
69 FL ADC 69O-190.073 Premium Audit
69 FL ADC 69O-191.063 Advertisement Enforcement Procedures
69 FL ADC 69O-191.074 Records Retention
69 FL ADC 69O-196.035 Required Books and Records
69 FL ADC 69O-203.052 Advertisement Enforcement Procedures
69 FL ADC 69O-228.100 Certification of Students
69 FL ADC 69O-228.210 Penalties for Course Providers, School Officials, Supervising Instructors, Instructors, and Monitors

**Georgia**
GA ADC 120-2-3-.05 Licensure of Agencies
GA ADC 120-2-8-.20 Standards for Marketing
GA ADC 120-2-11-.11 Enforcement Procedures
GA ADC 120-2-12-.10 Testimonials or Endorsements by Third Parties
GA ADC 120-2-12-.19 Insurers' Responsibility and Control; Advertising File; Certificate of Compliance
GA ADC 120-2-16-.08 Required Disclosure Provisions
GA ADC 120-2-21-.05 Separation and Preservation of Records
GA ADC 120-2-24-.06 Duties of All Insurers
GA ADC 120-2-27-.15 Annual Experience Reports
GA ADC 120-2-29-.13 Examination; Books and Records
GA ADC 120-2-31-.06 General Rules
GA ADC 120-2-32-.04 Qualification of Insurer to Issue Variable Life Insurance
GA ADC 120-2-33-.09 Complaint System
GA ADC 120-2-34-.14 Books and Records: Examination

GA ADC 120-2-36-.02 Purpose

GA ADC 120-2-36-.07 Maintenance of Records by Authorized Statistical Agent(s)

GA ADC 120-2-45-.08 Books and Records

GA ADC 120-2-45-.16 Penalties

GA ADC 120-2-46-.03 Application for Self-Insurance

GA ADC 120-2-46-.05 Reports

GA ADC 120-2-46-.07 Revocations

GA ADC 120-2-47-.09 Recordkeeping

GA ADC 120-2-49-.05 Maintenance of Information; Books and Records; Reporting Requirements; Return Credits; Correction of Violation

GA ADC 120-2-49-.13 Approval of Advertising

GA ADC 120-2-49-.16 Examination by Commissioner; On-Site Examinations

GA ADC 120-2-50-.07 Examinations

GA ADC 120-2-55-.03 Definitions

GA ADC 120-2-55-.04 Applicability

GA ADC 120-2-55-.05 Requirements to Comply; Administrative Supervision

GA ADC 120-2-55-.06 Powers

GA ADC 120-2-55-.07 Prohibited Acts During Period of Supervision

GA ADC 120-2-55-.08 Administrative Election of Proceedings

GA ADC 120-2-60-.13 Definition, Availability and Maintenance of CPA Workpapers

GA ADC 120-2-65-.05 Reporting Upon Written Notice

GA ADC 120-2-66-.05 Reporting Upon Written Notice

GA ADC 120-2-69-.03 Custody Agreements; Requirements

GA ADC 120-2-71-.14 Access to Records and Premises

GA ADC 120-2-73-.06 General Rules

GA ADC 120-2-76-.14 Access to Records and Premises

GA ADC 120-2-76-.21 Penalties

GA ADC 120-2-77-.06 Statistical Reporting Requirement

GA ADC 120-2-79-.06 Written Agreement Necessary

GA ADC 120-2-79-.07 Maintenance of Information; Books and Records; Annual Report to the Carrier(s); Return Credits

GA ADC 120-2-79-.11 Approval of Advertising and Enrollment Materials

GA ADC 120-2-79-.21 Examination by Commissioner; On-Site Visits

**Hawaii**

HI ADC § 12-11-60 Refusal to insure

HI ADC § 16-5-7 Statistics

HI ADC § 16-6-15 Responsibility of insurer to review each lender's account

HI ADC § 16-7-12 Records and reports

HI ADC § 16-7-13 Auditing of members

HI ADC § 16-7-14 Examinations

HI ADC § 16-7-19 Reports

HI ADC § 16-12-12.2 Standards for Marketing

HI ADC § 16-17-1 Purpose and authority

HI ADC § 16-17-2 Definitions.

HI ADC § 16-17-13 Documentation required to be held in Hawaii, by Hawaii licensed captives

HI ADC § 16-17-14 Reinsurance

HI ADC § 16-18-4 Written notice

HI ADC § 16-19-1 Tax credit to facilitate regulatory oversight

HI ADC § 16-23-88 Auditing of members

HI ADC § 16-171-201 Disclosure to enrollee or authorized representative

**Idaho**

ID ADC 18.01.09.021 Recordkeeping

ID ADC 18.01.16.017 Examinations of Agents and Other Persons

ID ADC 18.01.17.011 Declaration

ID ADC 18.01.19.400 Retention of Records

ID ADC 18.01.22.013 Vending Machines

ID ADC 18.01.24.015 Testimonials or Endorsements by Third Parties

ID ADC 18.01.24.024 Enforcement Procedures

ID ADC 18.01.25.004 Premium Rates and Their Application

ID ADC 18.01.25.011 Title Insurance Agents and Employees Acting as Escrow Agents

ID ADC 18.01.26.015 Personnel and Facilities Listing Required

ID ADC 18.01.32.011 Insurance Consultant Qualifications

ID ADC 18.01.33.001 Title and Scope

ID ADC 18.01.33.015 Administration and Recordkeeping

ID ADC 18.01.41.013 Duties of All Insurers

ID ADC 18.01.41.014 Duties of Insurers That Use Agents or Brokers

ID ADC 18.01.41.015 Duties of Insurers With Respect to Direct Response Sales

ID ADC 18.01.41.017 Penalties

ID ADC 18.01.45.001 Title and Scope

ID ADC 18.01.45.013 Administration and Recordkeeping

ID ADC 18.01.53.020 Controls and Reporting

ID ADC 18.01.60.022 Reserve Standards.

ID ADC 18.01.60.024 Filing Requirement.

ID ADC 18.01.60.030 Availability Of New Services Or Providers.

ID ADC 18.01.61.020 Supervision of Credit Insurance Operations

ID ADC 18.01.62.019 Accountant's Letter of Qualification

ID ADC 18.01.62.020 Definition, Availability and Maintenance of CPA Work Papers

ID ADC 18.01.64.014 Independent Audit or Examination

ID ADC 18.01.64.016 Penalties and Liabilities

ID ADC 18.01.65.020 Brokers Records

ID ADC 18.01.77.010 Definitions.

**Illinois**

50 IL ADC 752.40 Examinations

50 IL ADC 754.10 Companies must file

50 IL ADC 754.30 Documentation - Individual risks

50 IL ADC 806.50 Documentation Requirements

50 IL ADC 901.20 Procedures for Compiling and Submitting Lists and Schedules of Records for Destruction

50 IL ADC 903.310 Joint Expenses

50 IL ADC 903.420 Composition of the Expense Groups

50 IL ADC 903.520 Allocation of Expenses to Lines of Business

50 IL ADC 903.630 Special Statements and Records Required

50 IL ADC 904.30 Signature of Checks - Facsimile Signatures

50 IL ADC 909.90 Advertising Records and Certificate

50 IL ADC 909.100 Noncompliance

50 IL ADC 910.60 Written Proposal

50 IL ADC 917.70 Duties of Replacing Insurers

50 IL ADC 919.30 Examinations

50 IL ADC 919.70 Required Claims Practices - Life, Accident and Health Companies

50 IL ADC 919.80 Required Claim Practices - Private Passenger Automobile - Property and Casualty Companies

50 IL ADC 925.120 Accountant's Letter of Qualifications

50 IL ADC 925.130 Definition, Availability and Maintenance of Independent Certified Accountant Workpapers

50 IL ADC 926.50 Maintenance of Complaint Records

50 IL ADC 926 EXH. A Complaint Record

50 IL ADC 926 EXH. B Explanation

50 IL ADC 929.30 Filing Requirements

50 IL ADC 930.70 General Rules

50 IL ADC 1101.20 Information Required to be Furnished

50 IL ADC 1104.40 Credit for Reinsurance - Reinsurers Maintaining Trust Funds

50 IL ADC 1404.10 Completion and Review of Valuation of Reserves

50 IL ADC 1406.80 Delivery of Illustrations and Record Retention

50 IL ADC 1409.40 General Calculation Requirements for Basic Reserves and Deficiency Reserves

50 IL ADC 2002.90 Testimonials or Endorsements by Third Parties

50 IL ADC 2002.180 Enforcement Procedures

50 IL ADC 2010.80 Testimonials or Endorsements by Third Parties

50 IL ADC 2010.160 Enforcement Procedures

50 IL ADC 2012.95 Reporting Requirements

50 IL ADC 2012.112 Premium Rate Schedule Increases

50 IL ADC 2012.115 Filing Requirements for Advertising

50 IL ADC 2012.122 Standards for Marketing

50 IL ADC 2012.150 Penalties

50 IL ADC 2201.30 Loss and Loss Expense Reserves

50 IL ADC 2302.40 Procedure

50 IL ADC 2602.40 Standards

50 IL ADC 2801.90 Separate Records and Accounts

**Indiana**

760 IN ADC 1-5.1-6 Credit life insurance rates

760 IN ADC 1-5.1-7 Credit accident and health insurance rates

760 IN ADC 1-5.1-11 Supervision of consumer credit insurance operations

760 IN ADC 1-6.2-8 Records must be kept; information required

760 IN ADC 1-16.1-6 Replacing insurer's duties

760 IN ADC 1-16.1-8 Existing insurer's duties

760 IN ADC 1-16.1-9 Violations; penalties; evidence of scienter

760 IN ADC 1-18-20 Records; certificate of compliance

760 IN ADC 1-24-6 File of forms used; presentation to prospective purchaser; annual premium defined

760 IN ADC 1-33-3 Qualification of insurers

760 IN ADC 1-46-4 General standards of utilization review

760 IN ADC 1-46-9 Complaints and information

760 IN ADC 1-46-10 Administrative violations

760 IN ADC 1-48-11 Actuarial disclosure and reserves

760 IN ADC 1-50-7 Record keeping requirements

760 IN ADC 1-51-6 Compilation and review

760 IN ADC 1-52-6 Annual compilation

760 IN ADC 1-55-4 Accounting requirements

760 IN ADC 1-56-5 Accredited reinsurers

760 IN ADC 1-56-6 Reinsurer domiciled and licensed in another state

760 IN ADC 1-57-10 Additional considerations for analysis

760 IN ADC 1-62-7 Delivery of illustration and record retention

760 IN ADC 1-62-10 Penalties

760 IN ADC 1-64-3 Basic reserves and premium deficiency reserves; general calculation

760 IN ADC 1-68-11 Examination

760 IN ADC 1-68-13 Enforcement

760 IN ADC 1-72-4 Duties of insurers and of insurance producers

760 IN ADC 1-72-5 Mitigation of responsibility

760 IN ADC 1-72-6 Record keeping

760 IN ADC 2-9-1 Reporting

760 IN ADC 2-14-2 Advertising

760 IN ADC 2-15-1 Standards

760 IN ADC 2-15.5-1 Suitability

760 IN ADC 2-19-1 Civil penalties

760 IN ADC 2-19-2 Other sanctions

760 IN ADC 2-20-34 Standards for marketing

760 IN ADC 2-20-38 Maintaining auditing information

760 IN ADC 3-17-1 Marketing

**Iowa**

IA ADC 191-5.33(510) Credit for reinsurance

IA ADC 191-5.34(508) Actuarial opinion and memorandum

IA ADC 191-8.12(512A) Bookkeeping and accounts

IA ADC 191-11.4(505, 522B) Proof of completion of continuing education requirements

IA ADC 191-11.10(505, 522B) CE provider's responsibilities

IA ADC 191-14.9(507B) Delivery of illustration and record retention

IA ADC 191-14.12(507B) Penalties

IA ADC 191-15.8(507B) Producer responsibilities.

IA ADC 191-15.13(507B) Records maintenance

IA ADC 191-15.14(505,507B) Enforcement section--cease and desist and penalty orders

IA ADC 191-15.43(507B) Standards for settlement of automobile insurance claims

IA ADC 191-15.44(507B) Standards for determining replacement cost and actual cost values

IA ADC 191-16.25(507B) Duties of all insurers that use producers on or after January 1, 2001

IA ADC 191-16.26(507B) Duties of replacing insurers that use producers

IA ADC 191-16.27(507B) Duties of the existing insurer

IA ADC 191-16.29(507B) Violations and penalties

IA ADC 191-17.3(508) Accounting requirements

IA ADC 191-28.12(509) Supervision of credit insurance operations

IA ADC 191-32.3(508) Requirements upon custodial account and custodial agreement

IA ADC 191-36.8(507B) Requirements for replacement

IA ADC 191-37.19(514D) Standards for marketing

IA ADC 191-39.6(514G) Policy practices and provisions

IA ADC 191-39.16(514D,514G) Suitability

IA ADC 191-39.27(514G) Reporting requirements

IA ADC 191-48.3(508E) License requirements

IA ADC 191-48.8(508E) Examination or investigations

IA ADC 191-49.4(511) Documentation requirements

IA ADC 191-73.20(75GA,ch158) Examination—costs

**Kansas**

KS ADC 40-1-50 Insurance scoring; definitions; requirements

KS ADC 40-2-12 Replacement of life insurance and annuities

KS ADC 40-2-20 Life insurance; accelerated benefits; requirements and restrictions

KS ADC 40-2-25 Life insurance illustrations

KS ADC 40-3-9 Fire and casualty companies; participating policies; payment of dividends to insured required; conditioning dividends on continuance of policy prohibited

KS ADC 40-3-48 Insurance companies; managing general agents; definitions; requirements

KS ADC 40-3-49 Fire and casualty insurance; modification of rate filing requirements; rates that cannot be practically filed before use

KS ADC 40-4-17 Accident and health insurance companies; record of loss experience required; form adopted by the national association of insurance commissioners; filing date

KS ADC 40-4-37i Long-term care insurance; replacement; notice; waiver of waiting periods

KS ADC 40-4-37p Long-term care insurance; advertisements; marketing

KS ADC 40-4-37t Premium rate schedule increases

KS ADC 40-5-110 Same; supervision of credit insurance operations

KS ADC 40-7-20a Agents; continuing education; approval of courses; requirements

KS ADC 40-8-11 Excess line agents; records required

KS ADC 40-9-118 Life insurance; advertising

**Kentucky**

806 KY ADC 2:040 Records of certificates of authority; licenses

806 KY ADC 2:070 Preservation of records

806 KY ADC 3:160 Life and health reinsurance agreements

806 KY ADC 3:170 Annual audited financial reports

806 KY ADC 6:070 Valuation of life insurance and annuity reserves

806 KY ADC 6:075 Valuation of life insurance policies

806 KY ADC 6:100 Actuarial opinion and memorandum

806 KY ADC 7:090 Custodial accounts for investment securities of insurance companies

806 KY ADC 9:050 Agent's records

806 KY ADC 9:220 Continuing education

806 KY ADC 10:050 Surplus lines affidavits

806 KY ADC 11:010 Industrial insured, government entity insured, and exempt commercial policyholder.

806 KY ADC 12:010 Advertising

806 KY ADC 12:080 Replacement of life insurance and annuity contracts

806 KY ADC 12:092 Unfair life and health insurance claims settlement practices

806 KY ADC 12:095 Unfair claims settlement practices for property and casualty insurance

806 KY ADC 15:030 Variable life insurance

806 KY ADC 15:050 Reporting and general requirements for viatical settlement providers and brokers

806 KY ADC 17:081 Minimum standards for long-term care insurance policies

806 KY ADC 17:280 Registration, utilization review, and internal appeal

806 KY ADC 17:290 Independent External Review Program

806 KY ADC 30:070 Books and records subject to inspection

806 KY ADC 47:030 Requirements for special investigative units

806 KY ADC 49:020 Captive insurer application requirements

806 KY ADC 49:030 Captive insurer reporting requirements

**Louisiana**

LA ADC 37:XI.131 Enforcement Procedures

LA ADC 37:XI.509 Provider Requirements

LA ADC 37:XI.517 Course Completion

LA ADC 37:XI.523 Violations

LA ADC 37:XI.711 Provider Requirements

LA ADC 37:XI.719 Controls and Reporting
LA ADC 37:XI.1315 Testimonials or Endorsements by Third Parties
LA ADC 37:XI.1333 Enforcement Procedures
LA ADC 37:XIII.575 Standards for Marketing
LA ADC 37:XIII.1521 Actuarial Disclosure and Reserves
LA ADC 37:XIII.1921 Prohibition against Post-Claim Underwriting
LA ADC 37:XIII.1927 Reporting Requirements
LA ADC 37:XIII.1941 Filing Requirements for Advertising
LA ADC 37:XIII.1945 Suitability
LA ADC 37:XIII.1959 Penalties
LA ADC 37:XIII.3315 Delivery of Illustrations and Record Retention
LA ADC 37:XIII.3507 Credit for Reinsurance-Accredited Reinsurer
LA ADC 37:XIII.3705 Accounting Requirements
LA ADC 37:XIII.4117 Enforcement Procedures
LA ADC 37:XIII.7917 Maintenance of File by Company
LA ADC 37:XIII.8909 Duties of Insurers that Use Producers
LA ADC 37:XIII.8911 Duties of Replacing Insurers that Use Producers
LA ADC 37:XIII.8913 Duties of the Existing Insurer
LA ADC 37:XIII.8917 Violations and Penalties
LA ADC 37:XIII.9015 Disclosure Requirements and Certification Form
LA ADC 37:XIII.9017 Requirements for Maintaining Records
LA ADC 37:XIII.9021 Penalties for Failure to Comply
37 LA ADC Pt XIII, § 10107 Filing and Review of Health Insurance Policy Forms and Related Matters
37 LA ADC Pt XIII, § 10109 Filing and Review of Life and Annuity Insurance Policy Forms and Related Matters
37 LA ADC Pt XIII, § 10113 Filing and Review of Property and Casualty Insurance Policy Forms and Related Matters
37 LA ADC Pt XIII, § 10115 Penalties

**Maine**

ME ADC 02-031 Ch. 140 § 11 Maintenance of records
ME ADC 02-031 Ch. 191 § 10 Access to Records
ME ADC 02-031 Ch. 235 § 5 Designation of Independent Certified Public Accountant
ME ADC 02-031 Ch. 235 § 11 CPA Work Papers and Audit Communications
ME ADC 02-031 Ch. 240 § 6 General rules
ME ADC 02-031 Ch. 250 § II Individual Self-Insurance Plans
ME ADC 02-031 Ch. 250 § III Group Self-Insurance Plans
ME ADC 02-031 Ch. 275 § 20 Standards for Marketing
ME ADC 02-031 Ch. 300 Art. V Authority of Insurer to Issue Variable Life Insurance
ME ADC 02-031 Ch. 310 Art. V Authority of Insurer to Issue Variable Annuity Contracts
ME ADC 02-031 Ch. 360 § 10 Examination of administrators who handle money
ME ADC 02-031 Ch. 400 § 4 Public protection provisions of plan
ME ADC 02-031 Ch. 425 § 20 Premium Rate Increase Procedures
ME ADC 02-031 Ch. 425 § 22 Standards for Marketing
ME ADC 02-031 Ch. 425 § 23 Applicant's Suitability for Long-term Care Insurance
ME ADC 02-031 Ch. 760 § 4 Accounting requirements
ME ADC 02-031 Ch. 880 § V Enforcement
ME ADC 02-031 Ch. 900 § 7 Self-certification
ME ADC 02-031 Ch. 910 § 9 Delivery of Illustration and Record Retention
ME ADC 02-031 Ch. 910 § 12 Penalties

**Maryland**

MD ADC 31.03.02.06 Licensed Insurance Producer Responsibilities

MD ADC 31.03.02.10 Course Coordinators

MD ADC 31.03.05.08 Records

MD ADC 31.03.05.09 Receipts

MD ADC 31.03.06.07 Books and Records

MD ADC 31.03.13.03 Updating and Maintaining Producer Register

MD ADC 31.03.13.04 Documentation of Appointment

MD ADC 31.03.13.05 Maintenance of Information by Insurance Producer

MD ADC 31.04.03.03 Home and Executive Offices

MD ADC 31.04.06.02 Company Policy and Statements

MD ADC 31.04.09.03 Terms of Custody Agreement

MD ADC 31.04.13.03 Terms of Contract

MD ADC 31.04.15.06 Reporting of Fraud-Related Data

MD ADC 31.04.16.05 Record Retention

MD ADC 31.05.06.04 Acquisition of Certain Obligations

MD ADC 31.05.08.05 Requirements for Accredited Reinsurer

MD ADC 31.05.08.06 Examination of Accredited Reinsurer

MD ADC 31.09.04.08 Administration and Accounting Procedures

MD ADC 31.09.05.04 Duties of Insurance Producer

MD ADC 31.09.05.05 Duties of Insurers that Use Insurance Producers

MD ADC 31.09.05.06 Duties of Replacing Insurers that Use Insurance Producers

MD ADC 31.09.05.07 Duties of Existing Insurer

MD ADC 31.09.05.09 Violations and Penalties

MD ADC 31.09.07.05 Disclosure Requirements

MD ADC 31.09.09.09 Delivery of Illustration and Record Retention

MD ADC 31.09.09.12 Penalties

MD ADC 31.12.01.12 Fiscal Examination

MD ADC 31.12.03.03 Record Retention

MD ADC 31.12.06.02 Financial Requirements

MD ADC 31.12.06.05 Financial Examination

MD ADC 31.13.01.24 Review of Credit Operations

MD ADC 31.13.01.29 Change of Insurers-Reporting Requirements-Coverage and Rates

MD ADC 31.13.03.24 Change of Insurers Reporting Requirements Coverage and Rates

MD ADC 31.14.01.16 Standards for Marketing

MD ADC 31.14.01.24 Reporting Requirements

MD ADC 31.14.01.25 Suitability

MD ADC 31.15.02.18 Special Enforcement Procedures

MD ADC 31.15.04.06 General Regulations

MD ADC 31.15.07.08 Claims Registers

MD ADC 31.15.08.05 Claims Registers

MD ADC 31.16.04.03 Records

**Massachusetts**

211 MA ADC 23.14 Availability and Maintenance of CPA Workpapers

211 MA ADC 29.05 General Calculation Requirements for Basic Reserves and Premium Deficiency Reserves

211 MA ADC 30.08 Records and Reporting

211 MA ADC 34.06 Duties of Insurers that Use Agents or Brokers

211 MA ADC 34.07 Duties of Insurers with Respect to Direct Response Sales

211 MA ADC 34.08 Penalties

211 MA ADC 40.09 Testimonials or Endorsements by Third Parties

211 MA ADC 40.14 File of All Marketing Methods
211 MA ADC 42.08 Requirements for Replacement
211 MA ADC 43.11 Books and Records
211 MA ADC 50.06 Forms of Submission
211 MA ADC 65.08 Requirements for Agent Training and Marketing
211 MA ADC 65.11 Prohibition Against Post Claims Underwriting
211 MA ADC 66.09 Actuarial Filings
211 MA ADC 67.15 Examination of Affairs, Transactions, Accounts, Records and Assets of Each Group
211 MA ADC 67.23 Penalties
211 MA ADC 71.16 Standards for Marketing
211 MA ADC 90.11 Books and Records
211 MA ADC 92.14 Reporting of Information
211 MA ADC 94.13 Records and Audits
211 MA ADC 95.13 Reports to Policyholders
211 MA ADC 129.02 Accounting Requirements
211 MA ADC 146.09 Requirements for Agent Training and Marketing

**Michigan**
MI ADC R. 500.604 Duties where replacement involved; notice; filing
MI ADC R. 500.605 Exceptions
MI ADC R. 500.668 Enforcement
MI ADC R. 500.844 Standards of suitability
MI ADC R. 500.1251 Surplus lines insurance fee
MI ADC R. 500.1385 Advertisements disseminated in state; maintenance of specimen copy; filing with the commissioner; certificate of compliance
MI ADC R. 500.1387 Conflict with other rules

**Minnesota**
MN ADC 2700.0200 Language Requirements
MN ADC 2747.0030 General Calculation Requirements for Basic Reserves and Premium Deficiency Reserves
MN ADC 2767.0700 License Reporting Requirements
MN ADC 2770.8200 Record Keeping
MN ADC 2780.3000 Records
MN ADC 2780.6600 Inspection of Records
MN ADC 2790.2000 Insurer's Advertising File
MN ADC 2790.2100 Responsibility of Insurer, Agent, or Agency
MN ADC 2790.2200 Penalty
MN ADC 2795.0500 Receipts for Materials
MN ADC 2795.0800 Duties of Supervising Agents
MN ADC 2795.1300 Receipt of Client Funds
MN ADC 2795.1400 Mandatory Financial Records
MN ADC 2795.1500 Mandatory Complaint Records
MN ADC 2795.1900 Penalties

**Mississippi**
MS ADC 19-1:3.01 Advertising Restrictions
MS ADC 19-2:14.06 Duties of the Existing Insurer
MS ADC 19-1:13.04 Request for records
MS ADC 19-1:16.16 Enforcement Procedures
MS ADC 19-3:8.09 Prohibition against Post-Claims Underwriting

MS ADC 19-1:22.05 Credit for Reinsurance - Accredited Reinsurers
MS ADC 19-1:22.06 Credit for Reinsurance - Reinsurer Domiciled and Licensed in Another State
MS ADC 19-1:22.07 Credit for Reinsurance - Reinsurers Maintaining Trust Funds
MS ADC 19-2:13.09 Delivery of Illustration and Record Retention
MS ADC 19-1:23.06 Separate Transactions, Records and Documents
MS ADC 19-1:24.03 Application and form of summary document

**Missouri**
20 MO ADC 100-8.040 Insurer Record Retention
20 MO ADC 200-1.010 Financial Condition of Insurance Companies
20 MO ADC 200-1.110 Qualifications of Actuary or Consulting Actuary
20 MO ADC 200-1.116 Actuarial Opinion and Memorandum Regulation
20 MO ADC 200-2.700 Reinsurance Mirror Image Rule
20 MO ADC 200-4.010 Books, Records, Accounts and Vouchers
20 MO ADC 400-4.100 Long-Term Care Insurance
20 MO ADC 400-5.100 Life Insurance Advertising
20 MO ADC 400-5.400 Replacement of Life Insurance and Annuities
20 MO ADC 400-5.700 Accident and Sickness Insurance Advertising
20 MO ADC 400-10.250 Electronic Confirmation of Utilization Review Determinations Deemed Made When
20 MO ADC 500-7.200 Standards For Policy Issuance

**Montana**
MT ADC 6.6.306 Duties of Replacing Insurers That Use Producers
MT ADC 6.6.308 Duties of the Existing Insurer
MT ADC 6.6.309 Violations and Penalties
MT ADC 6.6.311 Duties of All Insurers That Use Producers
MT ADC 6.6.519 Standards for Marketing
MT ADC 6.6.713 Delivery of Illustrations and Record Retention
MT ADC 6.6.714 Annual Report; Notice to Policy Owners
MT ADC 6.6.716 Penalties
MT ADC 6.6.2202 Escrow, Closing or Settlement Services
MT ADC 6.6.2605 Oversight of Independent Liability Fund
MT ADC 6.6.3106 Prohibition Against Post-Claims Underwriting
MT ADC 6.6.3109A Reporting Requirements
MT ADC 6.6.3113A Filing Requirements for Advertising
MT ADC 6.6.3117 Standards for Marketing
MT ADC 6.6.3304 Discrimination in Pricing Prohibited
MT ADC 6.6.3512 Definition, Availability and Maintenance of CPA Workpapers
MT ADC 6.6.4205 Examinations
MT ADC 6.6.4303 Procedures for Electronic Filing of Appointments
MT ADC 6.6.6814 Accountant's Letter
MT ADC 6.6.6819 Availability and Maintenance of Working Papers of the Independent Certified Public Accountant
MT ADC 6.6.6820 Revocation of the Company's License

**Nebraska**
210 NE ADC Ch. 3, § 002 General Requirements
210 NE ADC Ch. 13, § 002 Record of loss experience
210 NE ADC Ch. 13, § 003 Loss experience on policy forms
210 NE ADC Ch. 13, § 004 Loss experience on total group business
210 NE ADC Ch. 14, § 009 Testimonials or endorsements by third parties

210 NE ADC Ch. 14, § 018 Enforcement procedures
210 NE ADC Ch. 19, § 008 Duties of insurers that use producers
210 NE ADC Ch. 19, § 011 Duties of insurers with respect to direct response solicitations
210 NE ADC Ch. 19, § 012 Violations and penalties
210 NE ADC Ch. 21, § 005 Maintenance of the record
210 NE ADC Ch. 22, § 007 Experience statistics -- (earned and accrued basis)
210 NE ADC Ch. 34, § 006 Title Insurer On-Site Review and Report
210 NE ADC Ch. 34, § 007 Agent Records Retention
210 NE ADC Ch. 36, § 022 Standards for marketing
210 NE ADC Ch. 36, § 027 Policy or Certificate Delivery Receipt
210 NE ADC Ch. 38, § 011 Maintenance of records
210 NE ADC Ch. 46, § 013 Reporting Requirements
210 NE ADC Ch. 46, § 019 Filing Requirements for Advertising
210 NE ADC Ch. 46, § 020 Standards for Marketing
210 NE ADC Ch. 46, § 021 Suitability
210 NE ADC Ch. 46, § 028 Penalties
210 NE ADC Ch. 50, § 010 Enforcement procedures
210 NE ADC Ch. 50, § 011 Penalties
210 NE ADC Ch. 56, § 012 Accountant's letter of qualifications
210 NE ADC Ch. 56, § 013 Definition, availability and maintenance of CPA workpapers
210 NE ADC Ch. 60, § 004 File and record documentation
210 NE ADC Ch. 60, § 011 Standards for overpayment recovery applicable to all insurers
210 NE ADC Ch. 61, § 004 File and record documentation
210 NE ADC Ch. 61, § 009 Standards for overpayment recovery
210 NE ADC Ch. 67, § 010 Course sponsor records
210 NE ADC Ch. 72, § 009 Delivery of Illustration and Record Retention
210 NE ADC Ch. 72, § 012 Penalties
210 NE ADC Ch. 73, § 015 Documentation to be maintained by the insurer

**Nevada**

NV ADC 683A.231 Records; submission of certain information quarterly; certificate of completion for student
NV ADC 683A.340 Duties of providers of approved courses
NV ADC 683A.360 Verification of continuing education
NV ADC 683A.480 Accounts, books and records
NV ADC 683A.540 Duties of insurers
NV ADC 685A.250 Records; fiduciary account
NV ADC 685A.390 Books and financial records of organization open to general public; exception; records of Division
NV ADC 686A.306 Proof of compliance by payer
NV ADC 686A.425 General requirements
NV ADC 686A.550 Duties of agents
NV ADC 686A.555 Duties of replacing insurer
NV ADC 686A.560 Duties of insurers who solicit sales by direct response
NV ADC 686B.100 Electronic filing of forms
NV ADC 687B.069 Record of rescissions
NV ADC 687B.077 Requirements for marketing
NV ADC 687B.130 Replacement of policy: Notice from insurer not using direct-response solicitation
NV ADC 687B.273 Standards of practice for marketing
NV ADC 688A.170 Maintenance of records
NV ADC 688A.250 Written standards for processing claims; records substantiating compliance
NV ADC 688B.050 Written standards for processing claims; records substantiating compliance

NV ADC 689A.270 File of advertisements; required certificate

NV ADC 690A.050 Credit life insurance: Written standards for processing claims; records substantiating compliance

NV ADC 694C.230 Availability and maintenance of work papers of independent certified public accountant

NV ADC 695C.250 Records: Segregation from records of related corporation

NV ADC 695C.260 Records: Retention

NV ADC 695C.325 Provider-sponsored organization: Frequency of examinations; submission of records; acceptance of alternate report

NV ADC 695C.370 Availability of information for inspection

NV ADC 695C.545 Commissioner to have access to books and records

NV ADC 695D.140 Maintenance of records

NV ADC 695D.540 Annual report: Content; maintenance of records

NV ADC 695F.220 Advertising and solicitation

NV ADC 695F.430 Segregation and separate treatment of records

NV ADC 695F.440 Retention of minutes and of materials used for marketing or advertising

NV ADC 695F.630 Annual report: Content; maintenance of records

NV ADC 695F.650 Records of complaints: Maintenance; submission of summary; copies

NV ADC 696A.100 List of members: Contents; maintenance; availability

NV ADC 697.410 Required information; authorized form

NV ADC 697.420 Location of records; quarterly reports

NV ADC 697.430 Retention by surety company

NV ADC 697.460 Receipts for collateral

**New Hampshire**

NH ADC INS 301.06 Solicitation of Life Insurance

NH ADC INS 302.05 Duties of Insurers that Use Producers

NH ADC INS 302.06 Duties of Replacing Insurers that Use Producers

NH ADC INS 302.07 Duties of the Existing Insurer

NH ADC INS 302.08 Duties of Insurers with Respect to Direct Response Solicitations

NH ADC INS 302.09 Violations and Penalties

NH ADC INS 309.08 Delivery of Illustration and Record Retention

NH ADC INS 309.11 Penalties

NH ADC INS 1201.14 Supervision of Credit Insurance Operations

NH ADC INS 1302.04 Educational Requirements for Insurance Claims Adjusters and Public Adjusters

NH ADC INS 1404.01 Record Retention Procedures

NH ADC INS 1405.14 Audits

NH ADC INS 1703.12 Records and Reports

NH ADC INS 1810.01 Audits and Investigations

NH ADC INS 2301.13 Recordkeeping Requirements

NH ADC INS 2301.14 Periodic Audit

NH ADC INS 2604.15 Advertising File

NH ADC INS 2604.17 Penalty Provisions

NH ADC INS 2703.08 External Review Reporting Requirements

NH ADC INS 3504.03 Other Calculation Requirements

NH ADC INS 3601.21 Filing Requirements for Advertising

NH ADC INS 3601.22 Standards for Marketing

NH ADC INS 3601.23 Suitability

NH ADC INS 3601.34 Penalties

**New Jersey**

NJ ADC 11:1-37.12 Minimum recordkeeping requirements

NJ ADC 11:1-37.14 Violations and penalties

NJ ADC 11:1-47.3 Electronic transactions

NJ ADC 11:2-3.21 Maintenance of statistics

NJ ADC 11:2-11.18 Insurers' responsibility and control; advertising file; certificate of compliance

NJ ADC 11:2-17.12 Examinations

NJ ADC 11:2-23.8 Insurer's responsibility and control; advertising file; certificate of compliance

NJ ADC 11:2-23.9 Failure to comply

NJ ADC 11:2-26.13 Availability and maintenance of workpapers

NJ ADC 11:2-31.5 Data filed; examination

NJ ADC 11:3-8.8 Records

NJ ADC 11:4-2.4 Duties of replacing insurers

NJ ADC 11:4-2.5 Duties of insurers that use producers

NJ ADC 11:4-2.6 Duties of the existing insurer

NJ ADC 11:4-2.7 Duties of insurers with respect to direct response solicitations

NJ ADC 11:4-2.8 Violations and penalties

NJ ADC 11:4-11.4 General regulations

NJ ADC 11:4-11.5 Failure to comply/penalties

NJ ADC 11:4-17.6 Complaint record to be maintained

NJ ADC 11:4-17.7 Penalties

NJ ADC 11:4-18.6 Annual review of calendar year experience data on filed individual health insurance policy forms

NJ ADC 11:4-18.9 Penalties

NJ ADC 11:4-23.18 Standards for marketing

NJ ADC 11:4-32.3 General calculation requirements for basic reserves and premium deficiency reserves

NJ ADC 11:4-34.21 Standards for marketing

NJ ADC 11:4-34.22 Suitability

NJ ADC 11:4-52.7 Delivery of illustration and record retention

NJ ADC 11:4-52.10 Penalties

NJ ADC 11:10-1.10 Complaints and other communications

NJ ADC 11:13-4.3 Examination

NJ ADC 11:15-2.4 General requirements

NJ ADC 11:15-3.4 General requirements

NJ ADC 11:15-4.4 General requirements

NJ ADC 11:15-5.4 General requirements

NJ ADC 11:15-6.4 General requirements

NJ ADC 11:16-6.8 Record retention

NJ ADC 11:17-3.2 Insurance education provider duties and requirements

NJ ADC 11:17-6.7 Record maintenance

NJ ADC 11:17-6.8 Penalties

NJ ADC 11:17-7.6 Record maintenance

NJ ADC 11:17-7.7 Penalties

NJ ADC 11:17C-2.5 Minimum recordkeeping requirements

NJ ADC 11:17C-2.6 Record maintenance and examination; electronic recordkeeping

NJ ADC 11:20-2.9 Records

NJ ADC 11:21-17.2 Retention of marketing and promotional materials

NJ ADC 11:25-2.3 Complaint and internal appeals system--general requirements

**New Mexico**

NM ADC 13.2.5 Annual Audited Financial Reports

NM ADC 13.2.7 Life and Health Reinsurance Agreements

NM ADC 13.4.7 Continuing Education Requirements

NM ADC 13.7.3 Maintenance of Complaint Records
NM ADC 13.7.5 Confidential Abuse Information
NM ADC 13.8.5 Rate Modification Plans
NM ADC 13.9.2 Sales of Life Insurance, Endowments or Annuity Contracts Concurrent with Sales of Mutual Funds or Other Securities
NM ADC 13.9.5 Life Insurance Disclosure
NM ADC 13.9.6 Replacement of Life Insurance and Annuities
NM ADC 13.9.8 Variable Life Insurance
NM ADC 13.9.14 Life Insurance Illustrations
NM ADC 13.10.4 Advertising Accident and Health Insurance
NM ADC 13.10.6 Prepaid Dental Plans
NM ADC 13.10.13 Managed Health Care
NM ADC 13.10.15 Long-Term Care Insurance
NM ADC 13.10.17 Grievance Procedures
NM ADC 13.12.4 Automobile Self-Insurance
NM ADC 13.14.2 Licensing and Reporting Requirements
NM ADC 13.14.4 Escrow Services
NM ADC 13.14.7 Loan, Leasehold Loan, and Construction Loan Policies
NM ADC 13.18.2 Credit Life and Credit Health Insurance
NM ADC 13.19.2 Writing Surplus Line Business
NM ADC 13.19.3 Reporting Requirements for Multiple Employer Welfare Arrangements
NM ADC 13.20.2 Bail Bondsmen and Solicitors

**New York**
11 NY ADC 15.3 Requirements for policies other than life insurance
11 NY ADC 16.9(1) Records maintenance and examination
11 NY ADC 16.9(2) Records maintenance and examination
11 NY ADC 18-1.2 General provisions
11 NY ADC 25.11 Books and records
11 NY ADC 27.21 Recordkeeping requirements
11 NY ADC 28.2 Records
11 NY ADC 32.2 Books and records of reinsurance intermediaries
11 NY ADC 33.6 Duties of insurers
11 NY ADC 41.8 Additional requirements for accelerated death benefits pursuant to section 1113(a)(1)(C) or (D) of the Insurance Law
11 NY ADC 51.6(1) Duties of insurers
11 NY ADC 51.6(2) Duties of insurers
11 NY ADC 53-1.4 Enforcement
11 NY ADC 53-1.5 Penalties
11 NY ADC 53-3.5 Delivery of illustration and record retention
11 NY ADC 85.7 Records
11 NY ADC 89.2 General requirements related to filing and extensions for filing of annual audited financial reports and audit committee appointment
11 NY ADC 93.5(1) Records and reporting
11 NY ADC 93.5(2) Records and reporting
11 NY ADC 95.10 Additional considerations for analysis
11 NY ADC 96.9 Accounting requirements
11 NY ADC 106.6 Records required
11 NY ADC 108.3 Allocation of expenses to primary lines of business
11 NY ADC 109.4 Special statements and records required

11 NY ADC 125.5 Credit for reinsurance involving the risks of life, annuity and accident and health from unauthorized insurers

11 NY ADC 127.2 Accounting requirements

11 NY ADC 136-1.4 Accounting practices

11 NY ADC 152.12 Records maintenance, audits and reporting requirements

11 NY ADC 154.1 General rules governing multi-tier programs

11 NY ADC 178.6 Documentation and reporting requirements

11 NY ADC 186.12 Retention of records

11 NY ADC 187.11 Experience statistics

11 NY ADC 215.17 Enforcement procedures

11 NY ADC 216.11 Examinations

11 NY ADC 219.5 Enforcement procedures

11 NY ADC 220.8 Document and record retention

11 NY ADC 240.1 Guidelines

11 NY ADC 243.1 Definitions

11 NY ADC 243.2 Records required for examination purposes and retention period

11 NY ADC 243.3 Standards for maintenance and reproduction of records

11 NY ADC 410.13 Audits and examinations

11 NY ADC 430.5 Financial statements and other reporting requirements

**North Carolina**

11 NC ADC 4.0312 Information Used in Claims Settlements

11 NC ADC 4.0314 Premium Notices: Payments and Refunds

11 NC ADC 4.0320 Student Loans

11 NC ADC 4.0507 Delivery of Illustrations and Record Retention

11 NC ADC 11C.0104 Record of Business To Be Kept By Company

11 NC ADC 11C.0105 Retention of Records of Domestic Insurance Companies

11 NC ADC 12.0431 Life Insurance Advertising: Enforcement Procedures

11 NC ADC 12.0533 Accident and Health Advertising: Advertising File

11 NC ADC 12.0606 Duties of the Existing Insurer

11 NC ADC 12.0607 Duties of Insurers That Use Producers

11 NC ADC 12.0609 Violations and Penalties

11 NC ADC 12.0612 Duties of Replacing Insurers That Use Producers

11 NC ADC 12.1017 Requirements for Advertising

11 NC ADC 12.1018 Standards for Marketing

11 NC ADC 12.1025 Suitability

11 NC ADC 13.0310 Books and Records

11 NC ADC 13.0515 Receipt for All Fees

11 NC ADC 19.0102 Maintenance of Records

11 NC ADC 19.0103 Complaint Records

11 NC ADC 19.0104 Policy Records

11 NC ADC 19.0105 Claims Records

11 NC ADC 19.0106 Records Required for Examination

11 NC ADC 19.0107 Original and Duplicate Records

11 NC ADC 20.0409 Records and Examinations

11 NC ADC 20.0510 Records and Examinations

11 NC ADC 21.0107 General Administration

**North Dakota**

ND ADC 45-03-07.1-02 Credit for reinsurance - Accredited reinsurers

ND ADC 45-03-07.2-02 Accounting requirements

ND ADC 45-03-20-12 Definition, availability, and maintenance of certified public accountant workpapers
ND ADC 45-03-23-02 Custody of agreement – Requirements
ND ADC 45-04-01-05 General rules
ND ADC 45-04-01.1-07 Delivery of illustration and record retention
ND ADC 45-04-10-07 Enforcement procedures
ND ADC 45-05-04-04 Record retention
ND ADC 45-06-01.1-17 Standards for marketing
ND ADC 45-06-04-11 Advertising file to be maintained
ND ADC 45-06-05-09.2 Standards for marketing
ND ADC 45-06-05.1-20 Filing requirements for advertising
ND ADC 45-06-05.1-21 Standards for marketing
ND ADC 45-06-05.1-22 Suitability
ND ADC 45-06-05.1-29 Penalties

**Ohio**
OH ADC 3901-1-14 Credit life and credit accident health insurance
OH ADC 3901-1-24 Public insurance adjusters
OH ADC 3901-1-50 Annual audited financial reports
OH ADC 3901-1-54 Unfair property/casualty claims settlement practices
OH ADC 3901-3-08 Definition of work papers
OH ADC 3901-3-11 Actuarial opinion and memorandum
OH ADC 3901-4-01 Long-term care insurance
OH ADC 3901-5-04 Market Practices/Audit
OH ADC 3901-6-02 Correlated sales of life insurance and mutual funds or other securities
OH ADC 3901-6-04 Life insurance illustrations
OH ADC 3901-6-05 Replacement of life insurance and annuities
OH ADC 3901-6-06 Accelerated benefits
OH ADC 3901-6-08 Variable life insurance

**Oklahoma**
OK ADC 365:10-3-18 Enforcement procedures
OK ADC 365:10-3-37 Enforcement procedures
OK ADC 365:10-3-57 Delivery of illustrations and record retention
OK ADC 365:10-3-60 Penalties
OK ADC 365:10-5-7 Requirements for replacement
OK ADC 365:10-5-48.2 Standards for marketing
OK ADC 365:10-5-48.5 Suitability
OK ADC 365:10-5-70 Responsibilities and obligations of insurance companies and their agents and representatives
OK ADC 365:10-5-110 Actuarial disclosure and reserves
OK ADC 365:10-5-137 Standards for marketing
OK ADC 365:10-17-4 General calculation requirements for basic reserves and premium deficiency reserves
OK ADC 365:15-3-3 File and record documentation
OK ADC 365:20-3-3 Documentation
OK ADC 365:20-3-4 Penalties for non-compliance
OK ADC 365:25-3-14 Insurance adjusters continuing education
OK ADC 365:25-5-37 Usual and customary records
OK ADC 365:25-7-51 Accounting requirements
OK ADC 365:25-9-4 Deposit reports and conversion reports
OK ADC 365:25-15-4 Independent certified public accountant
OK ADC 365:25-15-6 Organizational examination

**Oregon**

OR ADC 836-011-0220 Definition, Availability and Maintenance of Independent Certified Public Accountant Workpapers

OR ADC 836-020-0280 Enforcement Procedures

OR ADC 836-027-0200 Custodial Arrangements

OR ADC 836-031-0690 Additional Considerations for Analysis

OR ADC 836-031-0765 General Calculation Requirements for Basic Reserves and Premium Deficiency Reserves

OR ADC 836-051-0570 Delivery of Illustration and Record Retention

OR ADC 836-052-0175 Standards for Marketing

OR ADC 836-052-0706 Standards for Marketing

OR ADC 836-052-0726 Suitability

OR ADC 836-071-0247 Requirements for Granting Credit; Attendance Records

OR ADC 836-074-0045 Accounting Records; Inspection

OR ADC 836-080-0022 Duties of Insurers that Use Agents Insurance Producers

OR ADC 836-080-0029 Duties of Replacing Insurers that Use Agents

OR ADC 836-080-0034 Duties of the Existing Insurer

**Pennsylvania**

31 PA ADC § 51.4 Advertising file

31 PA ADC § 51.5 Certificate of compliance

31 PA ADC § 51.6 Compliance standards

31 PA ADC § 51.7 Sanctions

31 PA ADC § 73.133 Claims and examination procedures

31 PA ADC § 81.6 Duties of insurers that use agents or brokers

31 PA ADC § 82.14 Standards of suitability

31 PA ADC § 83.4b Maintenance of disclosure statement delivery certification

31 PA ADC § 84b.11 Insurance company disciplinary action

31 PA ADC § 84c.5 General requirements for basic reserves and premium deficiency reserves

31 PA ADC § 89a.120 Standards for marketing

31 PA ADC § 89a.121 Suitability

31 PA ADC § 89a.128 Penalties

31 PA ADC § 119.22 Institution and maintenance of anti-fraud plans

31 PA ADC § 119.26 Monitoring of insurer compliance with anti-fraud requirements

31 PA ADC § 126.2 Filing requirements

31 PA ADC § 147.11 Definitions, availability and maintenance of independent certified public accountant workpapers

31 PA ADC § 147.14 Penalties

31 PA ADC § 162.7 Responsibility of valuation actuary

31 PA ADC § 301.82 Departmental investigation

**Rhode Island**

RI ADC 11-5-9:11 Use of Rates -- Direct Business Only

RI ADC 11-5-13:5 File and Record Documentation

RI ADC 11-5-23:XI Filing of Forms and Rates

RI ADC 11-5-29:5 Duties of Insurers that Use Producers

RI ADC 11-5-44:15 Reporting Requirements

RI ADC 11-5-73:4 Claim Files

RI ADC 11-5-77:11 Records

RI ADC 11-5-87:13 Definition, Availability and Maintenance of Independent Certified Public Accountant Workpapers

RI ADC 11-5-91:5 Requirements for Trust Agreement

RI ADC 11-5-91:7 Additional Requirements

RI ADC 32-1-9:16 Enforcement Procedures

**South Carolina**

SC ADC 69-4 Life, Accident and Health Insurance--Reserve Tabulations

SC ADC 69-12 Variable Contracts

SC ADC 69-12.1 Replacement of Life Insurance and Annuities

SC ADC 69-17 Advertising of Accident and Health Insurance

SC ADC 69-20 Campus Life Insurance

SC ADC 69-23 Agents and Agency Licenses

SC ADC 69-34.1 Accident and Health Insurance Solicitation

SC ADC 69-40 Life Insurance Policy Illustration Rules

SC ADC 69-44 § 23 Standards for Marketing

SC ADC 69-50 Continuing Insurance Education

SC ADC 69-52 Actuarial Opinion And Memorandum Regulation

SC ADC 69-53 Credit for Reinsurance

SC ADC 69-57 Valuation of Life Insurance Policies

SC ADC 69-60 Captive Insurance Companies

SC ADC 69-61 Service Contracts

**South Dakota**

SD ADC 20:06:01:05 Record keeping

SD ADC 20:06:01:05.01 Records to be maintained by producers

SD ADC 20:06:01:07 Examination of foreign insurers

SD ADC 20:06:10:02 Advertisements subject to regulations

SD ADC 20:06:13:57 Standards for marketing

SD ADC 20:06:18:05 Guidelines for filing for course approval

SD ADC 20:06:19:08 Administration and record keeping

SD ADC 20:06:21:45 Records of rescissions--Maintaining and filing records

SD ADC 20:06:21:52 Reporting requirements for insurers

SD ADC 20:06:21:53.01 Suitability standards

SD ADC 20:06:34:12 Grievance report required

SD ADC 20:06:37:47 Documentation

SD ADC 20:06:38:16 Basic illustration--Retention by insurer

SD ADC 20:06:38:23 In-force illustration--Furnished at policy owner's request

**Tennessee**

TN ADC 0780-01-08-.08 Testimonials or Endorsements by Third Parties

TN ADC 0780-01-08-.17 Enforcement Procedures

TN ADC 0780-01-08-.19 Penalty

TN ADC 0780-01-24-.07 Duties of Insurers That Use Agents

TN ADC 0780-01-24-.08 Duties of Insurers With Respect of Direct Response Sales

TN ADC 0780-01-24-.09 Penalties

TN ADC 0780-01-33-.10 Enforcement Procedures

TN ADC 0780-01-33-.13 Penalty

TN ADC 0780-01-40-.05 General Rules

TN ADC 0780-01-61-.15 Reporting Requirements

TN ADC 0780-01-61-.23 Standards for Marketing

TN ADC 0780-01-61-.24 Suitability

TN ADC 0780-01-65-.14 Definition, Availability and Maintenance of CPA Workpapers

TN ADC 0780-01-81-.05 Maintenance of Information

**Texas**

28 TX ADC § 3.1717 Examinations

28 TX ADC § 3.3319 Standards for Marketing

28 TX ADC § 3.3837 Reporting Requirements

28 TX ADC § 3.3839 Standards for Marketing

28 TX ADC § 3.6005 Claim Files Maintained by Insurer

28 TX ADC § 3.6010 Availability of Source Documents

28 TX ADC § 3.9210 Complaints System

28 TX ADC § 5.1201 Regulation of Umbrella Liability Insurance

28 TX ADC § 5.6409 Books and Records

28 TX ADC § 5.7008 Records Required

28 TX ADC § 7.1205 Records

28 TX ADC § 8.3 Hazardous Conditions

28 TX ADC § 10.120 Complaint System Required

28 TX ADC § 10.121 Complaints; Deadlines for Response and Resolution

28 TX ADC § 11.810 Hazardous Conditions for HMOs

28 TX ADC § 13.9 Books and Records, Minimum Requirements

28 TX ADC § 15.14 Recordkeeping

28 TX ADC § 15.17 Agency Accounting Records

28 TX ADC § 19.1013 Licensee Record Maintenance

28 TX ADC § 19.1014 Provider Compliance Records

28 TX ADC § 19.1015 Failure To Comply

28 TX ADC § 21.116 Special Enforcement Procedures for Rules Governing Advertising and Solicitation of Insurance

28 TX ADC § 21.122 System of Control and Home Office Approval of Advertising Material Naming an Insurer

28 TX ADC § 21.2209 Delivery of Illustration and Record Retention

28 TX ADC § 21.2212 Penalties

28 TX ADC § 21.2503 Compliance Standard

28 TX ADC § 21.2504 Complaint Record; Required Elements; Explanation and Instructions

28 TX ADC § 21.2506 Maintenance Basis and Compilation Frequency of the Complaint Record

28 TX ADC § 21.3535 Retention of Disclosure

28 TX ADC § 23.3 General Provisions for Chapter 23 Corporations

28 TX ADC § 25.61 Record of Contacts

28 TX ADC § 25.73 Advertisement File

28 TX ADC § 25.83 Access to Books and Records

28 TX ADC § 25.85 Retention of Records

**Utah**

UT ADC 590-79 Life Insurance Disclosure Rule

UT ADC 590-93 Replacement of Life Insurance and Annuities

UT ADC 590-126 Accident and Health Insurance Standards

UT ADC 590-130 Rules Governing Advertisements of Insurance

UT ADC 590-142 Continuing Education Rule

UT ADC 590-148 Long-Term Care Insurance Rule

UT ADC 590-154 Unfair Marketing Practices Rule

UT ADC 590-162 Actuarial Opinion and Memorandum Rule

UT ADC 590-171 Surplus Lines Procedures Rule

UT ADC 590-177 Life Insurance Illustrations Rule

UT ADC 590-230 Suitability in Annuity Transactions

UT ADC 590-233 Health Benefit Plan Insurance Standards

**Vermont**

VT ADC 4-3-1:15 (Untitled)

VT ADC 4-3-3:2 Definitions

VT ADC 4-3-3:3 Maintenance Of Complaint Records

VT ADC 4-3-3:4 Content Of Complaint Records

VT ADC 4-3-9:11 Supervision of Credit Insurance Operations

VT ADC 4-3-28:16 Examination

VT ADC 4-3-29:6 Examination of Viatical Settlement Providers and Viatical Settlement Brokers

VT ADC 4-3-35:9 Delivery of Illustration and Record Retention

VT ADC 4-3-37:4 Records to be Maintained

VT ADC 4-3-37:5 Form of Records

VT ADC 4-3-37:6 Production of Records

VT ADC 4-3-37:7 Retention Period

VT ADC 4-3-37:8 Foreign Insurers

VT ADC 4-3-41:7 Credit Hours

VT ADC 4-3-43:4 Duties of Insurers that Use Producers

VT ADC 4-6-1:6 Availability And Maintenance Of Working Papers Of The Independent Certified Public Accountant

**Virginia**

14 VA ADC 5-70-130 Actuarial disclosure and reserves

14 VA ADC 5-71-91 Advertising

14 VA ADC 5-80-50 Standards of suitability

14 VA ADC 5-90-80 Testimonials or endorsements by third parties

14 VA ADC 5-90-170 Enforcement procedures; advertising file; certificate of compliance; corrective advertising

14 VA ADC 5-130-50 General rules on rate filing; experience records and data

14 VA ADC 5-130-90 Monitoring of experience

14 VA ADC 5-140-90 Requirements for replacement

14 VA ADC 5-170-180 Standards for marketing

14 VA ADC 5-200-170 Standards for marketing

14 VA ADC 5-200-175 Suitability

14 VA ADC 5-270-140 Availability and maintenance of CPA workpapers

14 VA ADC 5-280-40 Accounting and actuarial requirements

14 VA ADC 5-310-100 Record retention

14 VA ADC 5-319-40 General calculation requirements for basic reserves and premium deficiency reserves

14 VA ADC 5-390-30 Records

14 VA ADC 5-395-70 Access to records

14 VA ADC 5-400-30 File and record documentation

**Washington**

WA ADC 284-07-210 Definition, availability, and maintenance of CPA workpapers

WA ADC 284-07-400 Additional considerations for analysis

WA ADC 284-15-050 Surplus line--Waiver of financial requirements

WA ADC 284-17-272 Responsibilities of an approved continuing insurance education provider

WA ADC 284-17B-050 How should a rental car agent account for premiums?

WA ADC 284-19-180 Statistics, records and reports

WA ADC 284-20-200 Retention of policy forms

WA ADC 284-23-090 Advertising file to be maintained

WA ADC 284-23-110 Violation defined as unfair practice

WA ADC 284-23-240 General rules

WA ADC 284-23-360 General rules
WA ADC 284-23-455 Duties of insurers that use agents or brokers
WA ADC 284-23-460 Duties of insurers with respect to direct-response sales
WA ADC 284-23-480 Penalties
WA ADC 284-50-200 Advertising file to be maintained
WA ADC 284-54-650 Loss ratio experience records
WA ADC 284-60-070 Experience records
WA ADC 284-66-330 Standards for marketing
WA ADC 284-97-050 Standards for evaluating reasonability of compensation

**West Virginia**
WV ADC § 114-8-6 Duties of Replacing Insurers That Use Producers
WV ADC § 114-8-7 Duties of the Existing Insurer
WV ADC § 114-8-9 Violations and Penalties
WV ADC § 114-10-8 Testimonials Or Endorsements By Third Parties
WV ADC § 114-10-17 Enforcement Procedures
WV ADC § 114-10-18 Special Enforcement Procedures
WV ADC § 114-14-3 File And Record Documentation
WV ADC § 114-14-7 Standards For Prompt, Fair And Equitable Settlements Applicable To Automobile Insurance
WV ADC § 114-15-4 Examination, Analysis, Review Activities and Record Retention Requirements
WV ADC § 114-24-18 Standards for Marketing
WV ADC § 114-25-8 Records Maintenance
WV ADC § 114-32-20 Filing Requirements for Advertising
WV ADC § 114-32-21 Standards for Marketing
WV ADC § 114-32-3 3Penalties
WV ADC § 114-42-7 Proof of Completion

**Wisconsin**
WI ADC § INS 2.16 Advertisements of and deceptive practices in life insurance and annuities
WI ADC § INS 2.17 Life insurance illustrations
WI ADC § INS 3.25 Credit life insurance and credit accident and sickness insurance
WI ADC § INS 3.27 Advertisements of and deceptive practices in accident and sickness insurance
WI ADC § INS 3.455 Long-term care, nursing home and home health care policies; loss ratios; rating practices; continuation and conversion, reserves
WI ADC § INS 3.46 Standards for long-term care, nursing home and home health care insurance and life insurance-long-term care coverage
WI ADC § INS 6.17 Regulation of surplus lines Insurance
WI ADC § INS 6.61 Intermediary records
WI ADC § INS 6.80 Retention of records
WI ADC § INS 23.60 Requirements for advertisements of funeral policies
WI ADC § INS 23.70 Marketing procedures
WI ADC § INS 28.07 Evidence of attendance for continuing education courses
WI ADC § INS 42.05 Duties of insurers
WI ADC § INS 42.06 Examination authority
WI ADC § INS 45.03 Minimum standards
WI ADC § INS 47.04 Books and records-reinsurance intermediary-brokers
WI ADC § INS 47.05 Duties of insurers utilizing the services of a reinsurance intermediary-broker; prohibited function
WI ADC § INS 47.06 Required contract provisions-reinsurance intermediary-manager
WI ADC § INS 47.10 Examination authority
WI ADC § INS 50.14 Availability and maintenance of CPA work papers

WI ADC § INS 50.50 Examinations

WI ADC § INS 50.55 Examination of foreign and alien insurers

**Wyoming**

WY ADC INS GEN Ch 12 § 7 Duties of Insurers That Use Agents or Brokers

WY ADC INS GEN Ch 12 § 8 Duties of Insurers to Direct Response Sales

WY ADC INS GEN Ch 12 § 9 Penalties

WY ADC INS GEN Ch 20 § 12 Proof of Completion--Sponsor Responsibilities

WY ADC INS GEN Ch 21 § 9 Testimonials or Endorsements

WY ADC INS GEN Ch 21 § 18 Enforcement Procedures

WY ADC INS GEN Ch 46 § 10 Record Keeping

WY ADC INS GEN Ch 52 § 9 Statistical Reporting

WY ADC INS GEN Ch 52 § 10 Experience Dividends, Experience Refunds and Commissions

**United States**

17 C.F.R. § 270.31a-1 Records to be maintained by registered investment companies, certain majority-owned subsidiaries thereof, and other persons having transactions with registered investment companies

17 C.F.R. § 270.31a-2 Records to be preserved by registered investment companies, certain majority-owned subsidiaries thereof, and other persons having transactions with registered investment companies

20 C.F.R. § 703.212 Required reports; examination of insurance carrier accounts

20 C.F.R. § 703.213 Failure to Comply

20 C.F.R. § 703.311 Required reports; examination of self-insurer accounts

20 C.F.R. § 703.313 Revocation of authorization to self-insure

20 C.F.R. § 726.112 Reports required of self-insurer; examination of accounts of self-insurer

20 C.F.R. § 726.115 Revocation of authorization to self-insure

---

**End of Document** © 2013 Thomson Reuters. No claim to original U.S. Government Works.

 © 2013 Thomson Reuters. No claim to original U.S. Government Works.

**INSURANCE**

**GENERAL**

**RECORD RETENTION (REGULATIONS)**

Thomson Reuters June 2013

"Record retention" refers to the required storage or maintenance of information that allows for the proper operation of insurance companies or their compliance with state administrative regulations. This table identifies regulations that define what records to keep, how they should be stored, and how long they should be kept.  Included is recordkeeping as it relates to electronic records, insurance department examinations or inspections, the disposition of records following liquidation, and unclaimed property recordkeeping requirements.  In addition, penalties for noncompliance are provided.  Corporation records are covered, but only to the degree that they pertain to insurance companies. Excluded, for example, are confidentiality issues, public records, open records, and agency recordkeeping.

**Table 1: Record Retention**

| State | Financial Records/CPA Work Papers | Advertisements | Inspection and Time Frame for Retention | Penalties for non-compliance |
|---|---|---|---|---|
| Alabama | Every insurer shall maintain its books, records, documents and other business records in order that the insurer's financial condition may be readily | Each insurer shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published, or prepared advertisement of its | All records must be maintained for not less than five (5) years. AL ADC 482-1-118-.03  File shall be subject to | An insurer or its officer, directors, producers or employees that violate any of the provisions of this chapter, or knowingly participate in or abet such |

|  | ascertained by the Department of Insurance. AL ADC 482-1-118-.03 | individual policies; specimen copies of typical ones for its blanket, franchise and group policies. AL ADC 482-1-132-.10 | inspection by Department of Insurance; all advertisements shall be maintained for five (5) years after discontinuation of its use or publication. AL ADC 482-1-132-.10 | violation, shall be subject to a fine up to $1000 for each violation and suspension or revocation of its certificate of authority or license. AL ADC 482-1-132-.11 |
|---|---|---|---|---|
| Alaska | Each domestic insurer shall keep at its principal place of business in this state records of its assets, transactions, and affairs as specified in this regulation. 3 AK ADC § 21.460 | None | A domestic insurer shall retain records required by AS 21.69.390 and 3 AAC 21.460, including records relating to losses and claims, for the following period of time after the date the record is considered to be an obsolete record: for records of reinsurance transactions, 10 years or until completion of a full examination, whichever is longer; for all other records, five years or until completion of a full examination, whichever is longer. 3 AK ADC § 21.470 | None |
| Arizona | None | Each insurer offering disability insurance shall maintain at its home or principal office a complete file containing every printed, | Such file shall be subject to regular and periodical inspection by the Department of Insurance. All such advertisements shall | None |

| | | published or prepared advertisement of individual policies and typical printed, published or prepared advertisements of blanket, franchise and group policies. AZ ADC § R20-6-201 | be maintained in said file for a period of not less than three years. AZ ADC § R20-6-201 | |
|---|---|---|---|---|
| Arkansas | Every insurer required to file an Audited Financial Report shall require the accountant to make available for review by Department examiners, all workpapers prepared in the conduct of his examination and any communications related to the audit between the accountant and the insurer, at the offices of the insurer, at the Insurance Department or at any other reasonable place designated by the Commissioner. AR ADC 054.00.25-13 | Each insurer shall maintain at its home office or principal office, a complete file containing every printed, published or prepared advertisement used in the State, with a notation attached to each such advertisement which shall indicate the manner and extent of distribution and the form number of any policy advertised. AR ADC 054.00.17-7 | Five years AR ADC 054.00.17-7 | None |
| California | Wherever applicable, the following records shall be maintained by every agent or broker or surplus lines broker or special lines' | Each insurer shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or | These transactional records shall be maintained for at least five years after expiration or cancellation date of the policy to which | None |

| | surplus lines broker with respect to each and every insurance transaction, including date deposited in bank account or bank depository into which premiums are deposited or maintained; name and address of bank and number of account in which premium is deposited or maintained; date premium paid by agent or broker to the person entitled thereto and identification of the means of transmittal; and amount of net and gross return premium.<br>10 CA ADC § 2190.2 | prepared advertisement of its individual policies and specimen copies of typical printed, published or prepared advertisements of its blanket, franchise and group policies.<br>10 CA ADC § 2547.9 | the records pertain.<br>10 CA ADC § 2190.2<br><br>All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time.<br>10 CA ADC § 2547.9 | |
|---|---|---|---|---|
| Colorado | As a continuing condition of the insurer's authority to transact the business of insurance in this state, all domestic insurance companies must maintain, and if requested, file sufficient evidence satisfactory to the Commissioner, to justify and support compliance | Each insurer shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement of its individual policies and specimen copies of typical printed, published or prepared advertisements of its blanket, franchise and | All advertisements shall be maintained in the file for a period of five (5) years after discontinuance of its use or publication.<br>3 CO ADC 702-4:4-1-2 | Noncompliance with the requirements and timeframes specified in this regulation may result, after proper notice and hearing, in the imposition of any sanctions made available in Colorado statutes pertaining to the business of insurance or other laws which include |

| | | | |
|---|---|---|---|
| | with the requirements of § 10-3-128(1), C.R.S. 3 CO ADC 702-4:4-1-2 | group policies. 3 CO ADC 702-4:4-1-2 | | the imposition of fines, issuance of cease and desist orders, and/or suspension or revocation of license. 3 CO ADC 702-1:1-1-7 |
| Connecticut | Every insurer required to file an audited financial report pursuant to Section 38a-54-3, shall require the accountant to make available for review by Insurance Department examiners, all work papers prepared in the conduct of his or her examination and any communications related to the audit between the accountant and the insurer, at the offices of the insurer, at the Insurance Department or at any other reasonable place designated by the Commissioner. CT ADC § 38a-54-11 | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies. CT ADC § 38a-819-18; CT ADC § 38a-819-29 | The insurer shall require that the accountant retain the audit workpapers and communications until the Insurance Department has filed a report of examination covering the period of the audit but no longer than seven (7) years from the date of the audit report. CT ADC § 38a-54-11 Such file shall be subject to regular and periodical inspection by the Insurance Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. | None |

| | | | CT ADC § 38a-819-18; CT ADC § 38a-819-29 | |
|---|---|---|---|---|
| Delaware | Whenever the Commissioner shall deem it expedient, he shall examine the affairs, transactions, accounts, records, documents, and assets of each insurer authorized to do business in this State and any other fact relative to its business methods, management and its dealings with policyholders. 18 DE ADC 101-3.0<br><br>Every insurer required to file an Audited Financial Report pursuant to this regulation, shall require the accountant to make available for review by Department examiners, all work papers prepared in the conduct of the accountant's examination and any communications related to the audit between the accountant and the | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies. 18 DE ADC 1302-18.0 | At least once every five years he shall so examine each domestic insurer. The insurer shall require that the accountant retain the audit workpapers and communications until the Insurance Department has filed a Report on Examination covering the period of the audit but no longer than seven (7) years from the date of the audit report. 18 DE ADC 301-13.0<br><br>Such file shall be subject to regular and periodical inspection by the Department of Insurance. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. | Determine when an insurer should be cited to show cause why his Certificate of Authority should not be suspended or revoked. Determine when court action should be taken. 18 DE ADC 101-3.0; |

| | | | |
|---|---|---|---|
| | insurer, at the offices of the insurer, at the Insurance Department or at any other reasonable place designated by the Commissioner.<br>18 DE ADC 301-13.0 | | 18 DE ADC 1302-18.0 | |
| District of Columbia | Each captive insurance company shall require the independent certified public accountant to make available for review by the Commissioner the work papers prepared in the conduct of the audit of the company.<br>26-A DC ADC § 3705 | Each insurer providing accident and sickness insurance shall maintain at its home or principal office a complete file containing every printed, published, or prepared advertisement of individual policies and typical printed, published or prepared advertisements of blanket, franchise, and group policies.<br>26-A DC ADC § 211 | The company shall require that the accountant retain the audit work papers for a period of not less than five years after the period reported upon.<br>26-A DC ADC § 3705<br><br>This file shall be subject to inspection by the Department. All advertisements shall be maintained in this file for a period of not less than three (3) years.<br>26-A DC ADC § 211 | None |
| Florida | Every insurer required to file an Audited Financial Report pursuant to this rule shall require the accountant to make available for review by Office examiners all work papers prepared in | Each insurer advertising health insurance, life insurance and annuity contracts, or Medicare supplement insurance shall maintain at its home or principal office a complete | The insurer shall require that the accountant retain the audit work papers and communications until the Office of Insurance Regulation has filed a Report on Examination | None |

| | | | |
|---|---|---|---|
| | the conduct of his examination, and any communications related to the audit between the accountant and the insurer, at the offices of the insurer, at the Insurance Office or at any other reasonable place designated by the Office of Insurance Regulation. 69 FL ADC 69O-137.002 | file containing every printed, published, or prepared advertisement of its individual policies and typical printed, published, or prepared advertisements of its blanket, franchise, and group policies hereafter disseminated in this or any other state. 69 FL ADC 69O-150.018; 69 FL ADC 69O-156.120 | covering the period of the audit, but no less than seven (7) years from the date of the audit report. 69 FL ADC 69O-137.002

The file shall be available for inspection by the Office of Insurance Regulation. All advertisements shall be maintained in the file for a period of four years or until the filing of the next regular report or examination of the insurer, whichever is the longer period of time. 69 FL ADC 69O-150.018; 69 FL ADC 69O-150.119; 69 FL ADC 69O-156.120 | |
| Georgia | Every insurer required to file an Audited Financial Report pursuant to this rule may be requested to make available for review by Department examiners all workpapers prepared in the examination of the insurer and any communications related to the audit between the accountant and the | Each insurer advertising life insurance and annuity contracts shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published, or prepared advertisement of its individual policies and specimen copies of typical printed, published, or | The insurer may be requested by the Department to retain the audit workpapers and communications until the Insurance Department has filed a Report on Examination covering the period of the audit but no longer than seven (7) years from the date of the audit | None |

|  | insurer, at the offices of the insurer, at the Insurance Department or at any other reasonable place designated by the Commissioner. GA ADC 120-2-60-.13 | prepared advertisements of its blanket, franchise, and group policies, hereafter disseminated in this State. Every insurer advertising accident and sickness insurance shall at all times maintain complete control over the content, form and method of dissemination of all advertisements of its contracts. Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of individual policies and typical printed, published or prepared advertisements of blanket, franchise and group policies hereafter disseminated in this State. GA ADC 120-2-11-.11; GA ADC 120-2-12-.19 | report. GA ADC 120-2-60-.13 Such file shall be subject to inspection by the Georgia Insurance Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on the examination of the insurer, whichever is the longer period of time. Such file shall be subject to regular and periodic inspection at the discretion of the Insurance Department. All such advertisements shall be maintained in said file for a period of not less than five (5) years. GA ADC 120-2-11-.11; GA ADC 120-2-12-.19 |  |
| Hawaii | Each captive shall require its independent certified public accountant to make available for review by the commissioner or appointed | None |  The captive shall require that the accountant retain the audit work papers for a period of not less than five years after conclusion of | None |

|  |  |  |  |  |
|---|---|---|---|---|
|  | agent the work papers prepared in the conduct of the annual statement and the audit of the captive.<br>HI ADC § 16-17-12 |  | transactions to which they relate.<br>HI ADC § 16-17-12 |  |
| Idaho | Every insurer required to file an Audited Financial Report pursuant to this rule, shall require the accountant to make available for review by the Department examiners, all work papers prepared in the conduct of the accountant's examination and any communications related to the audit between the accountant and the insurer, at the office of the insurer, at the Insurance Department or at any other reasonable place designated by the director.<br>ID ADC 18.01.62.020 | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies.<br>ID ADC 18.01.24.024<br><br>Every Insurer, Fraternal Benefit Society, Managed Care Organization, or other similar organization providing long-term care insurance or benefits in this state shall provide a copy of any long-term care insurance advertisement intended for use in this state whether through written, radio, or television medium to the Director of Insurance of this | The insurer shall require that the accountant retain the audit work papers and communications until the Insurance Department has filed a Report on Examination covering the period of the audit but no longer than seven (7) years from the date of the audit report.<br>ID ADC 18.01.62.020<br><br>Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of either four (4) years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. In addition, | In addition to any other penalties provided by the laws of this state any insurer and any agent found to have violated any requirement of ID ADC 18.01.60, "Long-Term Care Insurance Minimum Standards," shall be subject to an administrative penalty of up to three (3) times the amount of any commissions paid for each policy involved in the violation or up to ten thousand dollars ($10,000), whichever is greater.<br>ID ADC 18.01.60.024;<br>ID ADC 18.01.60.030 |

|  |  | state for review and approval by the Director.<br>ID ADC 18.01.60.024;<br>ID ADC 18.01.60.030 | all advertisements shall be retained by the insurer or other entity for at least five (5) years from the date the advertisement was first used; or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time.<br>ID ADC 18.01.24.024 |  |
| Illinois | Every insurer required to file an annual audited financial report pursuant to this Part shall require the accountant to make available for review by the Director's examiners all workpapers prepared in the conduct of the accountant's examination and any communications related to the audit between the accountant and the insurer, at the offices of the insurer, at the offices of the Director, or at any other reasonable place designated by the Director.<br>50 IL ADC § 925.130 | Each insurer shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement.<br>50 IL ADC § 909.90 | The insurer shall require that the accountant retain the audit workpapers and communications until the Director has filed a report on examination covering the period of the audit, but no longer than 7 years from the date of the audit report.<br>50 IL ADC § 925.130<br><br>The file shall be subject to inspection by the Department of Financial and Professional Regulation. All the advertisements shall be maintained in the file for a period of either four years or until the filing of the next | Violation of the requirements of this Part shall be an unfair trade practice, and evidence of incompetence or untrustworthiness in the conduct of business under Section 500-70(a)(7) and (8) of the Code.<br>50 IL ADC § 909.100 |

| | | | regular report of examination of the insurer, whichever is the longer period of time. 50 IL ADC § 909.90 | |
|---|---|---|---|---|
| Indiana | None | Every insurer, health care service plan, or other entity providing long term care insurance or benefits in Indiana shall provide a copy of any long term care insurance advertisement intended for use in Indiana whether through written, radio, or television medium to the commissioner of insurance of this state for review and approval by the commissioner. Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of individual policies and typical printed, published or prepared advertisements of blanket, franchise and group policies. 760 IN ADC 2-14-2; 760 IN ADC 1-18-20 | All advertisements shall be retained by the insurer, health care service plan, or other entity for at least three (3) years from the date the advertisement was first used. Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of not less than three years. Certificate of Compliance required. 760 IN ADC 2-14-2; 760 IN ADC 1-18-20 | None |

| Iowa | None | None | None | None |
|------|------|------|------|------|
| Kansas | None | Every insurer, health care service plan or other entity providing long-term care insurance or benefits in this state shall provide a copy of any long-term care insurance advertisement intended for use in this state, whether through written, radio or television medium, to the commissioner of insurance of this state for review or approval by the commissioner to the extent it may be required under state law. KS ADC 40-4-37p | All advertisements shall be retained by the insurer, health care service plan or other entity for at least three years from the date the advertisement was first used. KS ADC 40-4-37p | None |
| Kentucky | The accounts, records, documents, experience, statistics, rating plans, rating systems, underwriting rules, policy or bond forms, surveys, and inspections mentioned therein shall be preserved in their entirety. 806 KY ADC 2:070 | Each insurer shall maintain at its home or principal office a complete file containing every printed, published, or prepared advertisement of individual policies and typical printed published or prepared advertisements of blanket, franchise and group policies. 806 KY ADC 12:010 | Such records and documents shall be kept available and open to the commissioner's inspection, unless specifically excused by the commissioner, for a period of not less than five (5) years following creation of the material or the completion of the purpose for which it was created, whichever shall occur last. | Any person, firm, corporation, or association who knowingly aids and abets an insurer in the violation of this administrative regulation or the applicable provisions of the Insurance Code shall be subject to the penalties provided by law. 806 KY ADC 12:010 |

| | | | 806 KY ADC 2:070<br><br>Such file shall be subject to regular and periodical inspection by this department. All such advertisements shall be maintained in said file for a period of not less than three (3) years.<br>806 KY ADC 12:010 | |
|---|---|---|---|---|
| Louisiana | None | Each insurer shall maintain at its home or principal office a complete file containing every printed, published, or prepared advertisement of its individual policies and typical printed, published, or prepared advertisements of its blanket, franchise, and group policies.<br>37 LA ADC Pt XI, § 131;<br>37 LA ADC Pt XI, § 1333;<br>37 LA ADC PT XIII, § 4117 | Such file shall be available for inspection by the department of insurance. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time.<br>37 LA ADC Pt XI, § 131;<br>37 LA ADC Pt XI, § 1333;<br>37 LA ADC PT XIII, § 4117 | None |
| Maine | The accountant and the insurer shall in like manner preserve and make available any communications related to | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of | The Superintendent may have access to work papers and audit communications pursuant to this Section at the offices of the insurer, at | None |

|  |  |  |  |  |
|---|---|---|---|---|
|  | the audit between the accountant and the insurer. If the work papers or audit communications are maintained in electronic form, the Superintendent may make electronic copies.<br>ME ADC 02-031 Ch. 235, § 11 | individual policies and typical printed, published or prepared advertisements of blanket, franchise and group policies.<br>ME ADC 02-031 Ch. 140, § 11 | the offices of the Bureau of Insurance, or at any other reasonable place designated by the Superintendent. The audit work papers and communications shall be retained for at least six years after the audit report is filed.<br>ME ADC 02-031 Ch. 235, § 11<br><br>Such file shall be subject to regular and periodical inspection by the Insurance Department. All such advertisements shall be maintained in said file for a period of not less than three years. Certificate of Compliance required.<br>ME ADC 02-031 Ch. 140, § 11 |  |
| Maryland | None | Each insurer shall maintain at its home or principal office a complete file containing every printed, published, or prepared advertisement of individual policies and typical | The file shall be subject to regular and periodical inspection by this Division. These advertisements shall be maintained in this file for a period of not less than 3 | None |

| | | printed, published, or prepared advertisements of blanket, franchise, and group policies.<br>MD ADC 31.15.02.18 | years. Certificate of Compliance required.<br>MD ADC 31.15.02.18 | |
| Massachusetts | Every insurer required to file an Audited Financial Report pursuant to 211 CMR 23.00 et seq., shall require the accountant to make available for review by the Commissioner or his or her appointed agent, the work papers prepared in the conduct of the examination or audit of the insurer, which shall include its parent and affiliates, as they relate to the examination of the insurer.<br>211 MA ADC § 23.14 | Each carrier shall maintain at its home or principal office a complete file containing every printed, published or prepared marketing method of its individual policies and typical printed, published or prepared marketing methods of its blanket, franchise and group policies.<br>211 MA ADC § 40.14 | Any communications related to the audit between the accountant and the insurer shall be made available at the offices of the insurer, at the Division or at any other reasonable place designated by the Commissioner. The insurer shall require that the accountant retain the audit workpapers and communications until the Division has filed a Report on Examination covering the period of the audit but no longer than seven years from the date of the audit report.<br>211 MA ADC § 23.14<br><br>Such file shall be subject to regular and periodic inspection by the Division of Insurance. All such | None |

| | | | marketing methods shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the carrier, whichever is the longer period of time.<br>211 MA ADC § 40.14 | |
|---|---|---|---|---|
| Michigan | None | Each insurer shall maintain, at its home or principal office, a complete file containing every printed, published, or prepared advertisement of its individual policies and typical printed, published, or prepared advertisements of its blanket, franchise, and group policies and certificates. Each agent shall maintain, at the home agency or principal office, a complete file containing every printed, published, or prepared advertisement which is generated by the agency and which is not product or company specific. An insurer shall maintain at its home or principal office a | The files shall be made available for periodic inspection by the bureau. All advertisements shall be maintained in the file for a period from the previous regular report on examination through the next report on examination. Following the completion of a regular report on examination, noncurrent advertising material may be removed from the file. With respect to the agent requirement, each advertisement on file shall have a notation attached which indicates the manner and the extent of distribution and shall be kept on file by | None |

|  | | complete file containing a specimen copy of printed, published, or prepared advertisements of its policies. MI ADC 500.668; MI ADC 500.1385 | the agency for at least 3 years beyond its last date of use. Such file shall be subject to inspection by the commissioner. All such advertisements shall be maintained in the file for a period of either 4 years or until the filing of the next regular report on the examination of the insurer, whichever period is longer. Certificate of Compliance is required. MI ADC 500.668; MI ADC 500.1385 | |
|---|---|---|---|---|
| Minnesota | Every agent and agency must keep a record of all funds received for or from clients, including cash, notes, savings certificates, uncashed or uncollected checks, or other similar instruments. MN ADC 2795.1400 | Each insurer shall maintain at its home or principal office a complete file containing every printed, published, or prepared advertisement of individual policies and typical printed, published, or prepared advertisements of blanket, franchise, or group policies. MN ADC 2790.2000 | All records must be maintained for at least six years, and must be available for examination by the commissioner or a designee in accordance with Minnesota Statutes, section 60A.031. MN ADC 2795.1400<br><br>All advertisements must be maintained for a period of not less than three years. The file is subject to regular | Violations of this chapter subject the violator to the penalties described in Minnesota Statutes, sections 60K.11 and 72A.22 to 72A. Violations of this chapter subject the violator to the penalties described in Minnesota Statutes, chapters 45, 60A, and 62A. MN ADC 2790.2200; MN ADC 2795.1900 |

|  |  |  | and periodic inspection by the Department of Commerce; affidavit of compliance required. MN ADC 2790.2000 |  |
| --- | --- | --- | --- | --- |
| Mississippi | None | Each insurer offering Medicare supplemental insurance shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. MS ADC 19-1:16.16 | Such file shall be available for inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time. Certificate of Compliance required. MS ADC 19-1:16.16 | None |
| Missouri | Every insurer and third-party administrator licensed to do business in this state shall maintain its books, records, documents and other business records in an order that the insurer's financial condition may be readily ascertained by the Department of Insurance, | Each insurer offering life insurance shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement of its individual policies and specimen copies of typical printed, published or | All records must be maintained for not less than three (3) years. 20 MO ADC § 200-4.010

This file shall be subject to inspection by the director or his/her lawfully appointed agents. All these advertisements shall be | Preapproval of accident and sickness insurance advertising required upon noncompliance. 20 MO ADC § 400-5.700 |

| | | | |
|---|---|---|---|
| | taking into consideration other record retention requirements.<br>20 MO ADC § 200-4.010 | prepared advertisements of its blanket, franchise and group policies disseminated in this state.<br>20 MO ADC § 400-5.100<br><br>Each insurer offering accident and sickness insurance, shall maintain at its home or principal office and at its main office in this state, if any, a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in or into this state.<br>20 MO ADC § 400-5.700 | maintained in the file for a period of either three (3) years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of Compliance required.<br>20 MO ADC § 400-5.100 | |
| Montana | Every insurer required to file an audited financial report pursuant to these rules shall require the accountant to make available for review by department examiners, all | Every issuer, health service corporation or health maintenance organization or other entity providing long-term care insurance or benefits in Montana shall provide a copy of any long- | Such workpapers shall be available for review at the offices of the insurer, at the department, or at any other reasonable place designated by the commissioner. The insurer | None |

| | | | |
|---|---|---|---|
| | workpapers prepared in the conduct of his or her examination and any communications related to the audit between the accountant and the insurer. MT ADC 6.6.3512 | term care insurance advertisement intended for use in this state whether through written, radio or television medium to the commissioner of insurance for review or approval by the commissioner. MT ADC 6.6.3113A | shall require that the accountant retain the audit workpapers and communications until the department has filed a report on examination covering the period of the audit, but no longer than seven years from the date of the audit report. MT ADC 6.6.3512

In addition, all advertisements shall be retained by the issuer, health service corporation, health maintenance organization or other entity for at least three years from the date the advertisement was first used. MT ADC 6.6.3113A | |
| Nebraska | Every insurer required to file an audited financial report pursuant to this Rule, shall require the accountant, to make available for review by Department examiners, all workpapers prepared in the | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of | Such workpapers shall be available at the offices of the insurer, at the Department or at any other reasonable place designated by the Director. The insurer shall require that the accountant retain the audit workpapers | None |

| | | | |
|---|---|---|---|
| | conduct of the accountant's examination and any communications related to the audit between the accountant and the insurer. 210 NE ADC ch. 56, § 013 | its blanket, franchise and group policies hereafter disseminated in this or any other state. 210 NE ADC ch. 14, § 018; 210 NE ADC ch. 50, § 010 | and communications until the Department has filed a report of examination covering the period of the audit but no longer than seven years from the date of the audit report. 210 NE ADC ch. 56, § 013<br><br>Such file shall be subject to regular and periodical inspection by the Department of Insurance. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time, Certificate of Compliance required. 210 NE ADC ch. 14, § 018; 210 NE ADC ch. 50, § 010 | |
| Nevada | None | Each accident and health insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of | The file is subject to inspection by the Division of Insurance. All advertisements must be retained for at least 3 years NV ADC § 689A.270 | None |

| | | individual policies and typical printed, published or prepared advertisements of blanket, franchise and group policies disseminated in this or any other state. NV ADC § 689A.270 | | |
|---|---|---|---|---|
| New Hampshire | None | Each insurer shall maintain at its home or principal office a complete file which contains every printed, published or prepared advertisement of individual policies; and typical printed, published or prepared advertisements for blanket, franchise and group policies which the insurer has published in this state or any other state, whether or not the insurer carriers a license in such other state. NH ADC Ins 2604.15 | The insurer shall maintain all advertisements in the file for a period of not less than 3 years. The insurer shall make the advertising file available to the commissioner or his or her designee for inspection. NH ADC Ins 2604.15 | None |
| New Jersey | Each licensee shall maintain accurate files, books and records reflecting all insurance-related transactions in which the licensee or his or her employees take part in | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of blanket, franchise, and group policies hereafter distributed | These records shall be maintained by either separate books of record or by one or more consolidated books of record for a period of five years from the date of the closing of the claim. | None |

| | | | |
|---|---|---|---|
| | accordance with the standards set forth in this subchapter NJ ADC 11:1-37.12 | in this state. NJ ADC 11:2-23.8 | NJ ADC 11:1-37.12<br><br>Such advertisement files shall be subject to regular and periodic inspection by the Department. All such advertisements shall be maintained in said file for a period of five years from their last use. Certificate of Compliance required. NJ ADC 11:2-23.8 | |
| New Mexico | Every insurer required by this rule to file an audited financial report, shall require the accountant to make available for review by department examiners, all workpapers prepared in the conduct of his examination and any communications related to the audit between the accountant and the insurer. NM ADC 13.2.5 | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state, whether or not licensed in the other state. NM ADC 13.10.4 | Such workpapers shall be available at the offices of the insurer, at the insurance department or at any other reasonable place designated by the superintendent. The insurer shall require that the accountant retain the audit workpapers and communications until the insurance department has filed a report on examination covering the period of the audit but no longer than seven years from the date of the audit report. NM ADC 13.2.5 | None |

| | | | This file shall be subject to regular and periodical inspection by the department of insurance. All these advertisements shall be maintained in the file for a period of either five years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time.<br>NM ADC 13.10.4 | |
|---|---|---|---|---|
| New York | Every insurer subject to this Part Every insurer shall maintain its claims, rating, underwriting, marketing, complaint, financial, and producer licensing records, and such other records subject to examination by the superintendent, in accordance with the provisions of this Part.<br>11 NY ADC § 243.2 | Each insurer shall maintain at its home office a complete file containing a specimen copy of every printed, published or prepared advertisement hereafter disseminated in this State, the file must contain all advertisements whether used by the company, its agents or solicitors or other persons. That portion of the advertising file which has been covered by a filed report on examination may be eliminated. | A policy record for each insurance contract or policy for six calendar years after the date the policy is no longer in force or until after the filing of the report on examination in which the record was subject to review, whichever is longer. An application where no policy or contract was issued for six calendar years or until after the filing of the report on examination in which the record was subject to review, whichever | If the superintendent finds, after notice and opportunity to be heard, that any advertisement is in violation of the provisions of this Part, and that the violation was such as substantially to deceive or to mislead the public, in addition to any other remedy or monetary penalties he may otherwise impose, the superintendent may order the insurer responsible for the dissemination of such |

| | | 11 NY ADC § 219.5 | is longer. A record required under section 218.7 of this Title for six years after the required report is filed or, if the filing requirement is waived, for six years after the report would have been filed. A claim file for six calendar years after all elements of the claim are resolved and the file is closed or until after the filing of the report on examination in which the claim file was subject to review, whichever is longer. A licensing record for six calendar years after the relationship is terminated for each Insurance Law licensee with which the insurer establishes a relationship. Licensing records shall be maintained so as to show clearly the dates of appointment and termination of each licensee. A complaint record required to be maintained under Chapter IX of this Title for | advertisement to publish, at its own expense, a corrective advertisement in a form and manner to be approved by the superintendent. 11 NY ADC § 219.5 |

| | | | six calendar years after all elements of the complaint are resolved and the file is closed. A financial record necessary to verify the financial condition of an insurer, including ledgers, journals, trial balances, annual and quarterly statement workpapers, evidence of asset ownership, and source documents, for six calendar years from its creation or until after the filing of the report on examination in which the record was subject to review, whichever is longer. Any other-record for six calendar years from its creation or until after the filing of a report on examination or the conclusion of an investigation in which the record was subject to review. 11 NY ADC § 243.2; 11 NY ADC § 219.5 | |
| North Carolina | Every insurance company | Each insurer shall maintain | All records of domestic | None |

| | | | |
|---|---|---|---|
| | licensed to transact business in the State of North Carolina must make and keep a full and correct record of the business done by it including, the policy number, date of issue, term, amount insured, premiums, full name and complete address of policyholder and other pertinent information as may be required by the Commissioner of Insurance.<br>11 NC ADC 11C.0104;<br>11 NC ADC 11C.0105 | at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement of its policies, hereafter disseminated in this state.<br>11 NC ADC 12.0431 | insurance companies shall be maintained by the company for the years for which a statutory examination has not yet been completed. All books of original entry and corporate records shall be retained by the company or its successor for a period of 25 years after the company ceases to exist.<br>11 NC ADC 11C.0104;<br>11 NC ADC 11C.0105<br><br>Such file shall be subject to inspection by this department. All such advertisements shall be maintained in said file for a period of either three years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of Compliance required.<br>11 NC ADC 12.0431 | |
| North Dakota | Every insurer required to file an audited financial | Each insurer shall maintain at its home or principal office | Such workpapers shall be available at the offices of the | None |

| | | | |
|---|---|---|---|
| | report under this chapter, shall require the accountant to make available for review by department examiners, all workpapers prepared in the conduct of the accountant's examination and any communications related to the audit between the accountant and the insurer. ND ADC § 45-03-20-12 | a complete file containing a specimen copy of every printed, published, or prepared advertisement of its individual policies and specimen copies of typical printed, published, or prepared advertisements of its blanket, franchise, and group policies, hereafter disseminated in this state. ND ADC § 45-04-10-07 | insurer, at the insurance department, or at any other reasonable place designated by the commissioner. The insurer shall require that the accountant retain the audit workpapers and communications until the insurance department has filed a report on examination covering the period of the audit but no longer than seven years from the date of the audit report. ND ADC § 45-03-20-12<br><br>Such file is subject to inspection by this department. All such advertisements must be maintained in said file for a period of either four years or until the filing of the next regular report on the examination of the insurer, whichever is the longer period of time. ND ADC § 45-04-10-07 | |
| Ohio | Every insurer required to | None | Such workpapers shall be | None |

| | file an audited financial report pursuant to this rule shall require the accountant to make available for review by department examiners the workpapers prepared in the conduct of his or her examination and any communications related to the audit between the insurer and the insurer.<br>OH ADC 3901-1-50 | | available at the offices of the insurer, at the department, or at any other reasonable place designated by the superintendent. The insurer shall require that the accountant retain the workpapers and communications until the domiciliary department has filed a report on examination covering the period of the audit, but for no longer than seven (7) years from the date of the audit report.<br>OH ADC 3901-1-50 | |
|---|---|---|---|---|
| Oklahoma | None | Each accident, health, hospitalization or disability insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. Each insurer | Such file shall be subject to regular and periodical inspection by the State Insurance Commissioner. All such advertisements shall be maintained in said file for a period of either four (4) years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of Compliance required.<br>OK ADC 365:10-3-18; | If the Commissioner determines that an advertisement for life insurance has the capacity or tendency to mislead or deceive the public, the Commissioner may require an insurer or insurance producer to submit all or any part of the advertising material for review or approval prior to use.<br>OK ADC 365:10-3-18; |

|  |  | advertising life insurance, shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement of its individual policies and specimen copies of typical printed, published or prepared advertisements of its blanket, franchise and group policies, hereafter disseminated in this state. OK ADC 365:10-3-18; OK ADC 365:10-3-37 | OK ADC 365:10-3-37 | OK ADC 365:10-3-37 |
| Oregon | Each insurer required to file an audited financial report pursuant to OAR 836-011-0100 to 836-011-0230 shall require the independent certified public accountant performing the audit to make available for review by Department examiners the work papers prepared in the conduct of the accountant's examination and any communications related to the audit between | Each insurer shall maintain at its home or principal office a complete file containing every advertisement prepared for its individual policies, and typical advertisements prepared for its blanket, franchise and group policies, for dissemination after the effective date of this rule in this or any other state OR ADC 836-020-0280 | Such work papers shall be available at the offices of the insurer, at the Insurance Division of the Department of Consumer and Business Services, or at any other place designated by the Director. The insurer shall require that the accountant retain the audit work papers and communications until the Director has filed a Report on Examination covering the period of the | None |

| | | | |
|---|---|---|---|
| | the accountant and the insurer.<br>OR ADC 836-011-0220 | | audit but in any event not longer than seven years from the date of the audit report.<br>OR ADC 836-011-0220<br><br>This file shall be available at all times for inspection by the Insurance Commissioner. Advertisements shall be maintained in the file for a period of four years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time. Statement of compliance required with annual statement.<br>OR ADC 836-020-0280 | |
| Pennsylvania | Every insurer required to file an annual audited financial report under this chapter shall require the independent certified public accountant to make available, through the insurer, for review by Department examiners | A company shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual contracts and typical printed, published or prepared advertisements of its blanket, franchise and | Such workpapers shall be available at the offices of the insurer, at the offices of the independent certified public accountant, at the offices of the Department or at another reasonable place designated by the Commissioner. The insurer | The Commissioner may adopt compliance standards relating to the requirements regulating the advertisement of insurance. Failure to properly file or maintain material in accord with the |

| | workpapers prepared in the conduct of the audit, as well as communications related to the audit between the independent certified public accountant and the insurer, including the engagement letter. 31 PA ADC § 147.11 | group contracts hereafter disseminated in this or another state 31 PA ADC § 51.4; 31 PA ADC § 51.5; 31 PA ADC § 51.6 | shall require that the independent certified public accountant retain the audit workpapers and communications for at least 7 years after the period reported on and agree to make a partner or manager available to the Department upon reasonable request. 31 PA ADC § 147.11<br><br>The advertising file shall be subject to inspection by the Department. Advertisements and related material shall be maintained in the file for a period of either 4 years or until the filing of the next regular report of examination of the company, whichever is the longer period. Certificate of compliance is required. 31 PA ADC § 51.4; 31 PA ADC § 51.5; 31 PA ADC § 51.6 | requirements of this chapter shall constitute a refusal to produce or maintain records as required by the Department, and shall subject an individual or company so failing to the appropriate sanctions provided by law. 31 PA ADC § 51.7 |
| Rhode Island | Every insurer required to file an Audited Financial Report pursuant to this | Each insurer shall maintain at its home or principal office a complete file containing | Such workpapers shall be available at the offices of the insurer, at the Insurance | None |

| | | | |
|---|---|---|---|
| | Regulation, shall require the Accountant to make available for review by Department examiners, all workpapers prepared in the conduct of his or her examination and any communications related to the audit between the Accountant and the insurer. RI ADC 11-5-87:13 | every printed, published, or prepared advertisement of its individual policies and typical printed, published, or prepared advertisements of its blanket, franchise, and group policies hereafter disseminated in this or any other state. RI ADC 32-1-9:16 | Department or at any other reasonable place designated by the Commissioner. The insurer shall require that the Accountant retain the audit workpapers and communications until the Insurance Department has filed a Report on Examination covering the period of the audit but no longer than seven (7) years from the date of the audit report. RI ADC 11-5-87:13<br><br>Such file shall be available for inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time. Certificate of compliance required. RI ADC 32-1-9:16 | |

| South Carolina | None | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. SC ADC 69-17 | Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of compliance required. SC ADC 69-17 | None |
|---|---|---|---|---|
| South Dakota | None | None | None | None |
| Tennessee | Every insurer required to file an Audited Financial Report pursuant to this chapter shall require the accountant to make available for review by Department examiners all workpapers prepared in the conduct of his examination and any communications related to the audit between the accountant and the insurer. TN ADC 0780-01-65-.14 | Each insurer offering accident and sickness insurance, shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. Each insurer offering life insurance,shall | Such workpapers shall be available for review at the offices of the insurer, at the Insurance Department or at any other reasonable place designated by the Commissioner. The insurer shall require that the accountant retain the audit workpapers and communications until the Insurance Department has filed a Report on Examination covering the period of the audit but no | None |

| | | maintain at its home or principal office a complete file containing a specimen copy of every printed, published, or prepared advertisement of its individual policies and specimen copies of typical printed, published, or prepared advertisements of its blanket, franchise, and group policies, hereafter disseminated in this state. TN ADC 0780-01-08-.17; TN ADC 0780-01-33-.10 | longer than seven (7) years from the date of the audit report. TN ADC 0780-01-65-.14<br><br>Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of Compliance required with filing of Annual Statement. TN ADC 0780-01-08-.17; TN ADC 0780-01-33-.10 | |
|---|---|---|---|---|
| Texas | None | Each insurer, domestic and foreign, doing an insurance business in Texas shall maintain at its home office or principal (executive) office, a complete file containing a specimen of every institutional advertisement, invitation to inquire | The advertising file is subject to regular and periodic inspection by the State Board of Insurance. All advertisements shall be maintained for a period of not less than three years. Statement of compliance is required with filing of annual | None |

| | | advertisement, or invitation to contract advertisement disseminated in this state. 28 TX ADC § 21.116 | statement. 28 TX ADC § 21.116 | |
|---|---|---|---|---|
| Utah | None | Each insurer or advertiser shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. UT ADC 590-130 | Such file shall be subject to regular and periodic inspection by this Department. All such advertisements shall be maintained in said file for a period of three years from date of last use. UT ADC 590-130 | None |
| Vermont | Each company shall require the independent certified public accountant to make available for review by the commissioner or his appointed agent the work papers prepared in the conduct of the audit of the company. VT ADC 4-6-1:6 | Each insurer shall maintain at its home office or principal place of business a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any | Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. Certificate of | None |

| | | | |
|---|---|---|---|
| | | other state.<br>VT ADC 4-3-1:15 | Compliance required with filing of Annual Statement.<br>VT ADC 4-3-1:15<br><br>The company shall require that the accountant retain the audit work papers for a period of not less than five years after the period reported upon.<br>VT ADC 4-6-1:6<br><br>Policy records shall be maintained for the longer of: (a) five years from the expiration date of the policy, or (b) until such time as the insurer is no longer required to maintain a reserve to pay claims under the specific insurance policy.<br>VT ADC 4-3-37:7 | |
| Virginia | Every insurer required to file the Audited Financial Report described in this chapter, shall require the Accountant to make available for review by the Commission's examiners, all workpapers prepared in | Each insurer of life insurance and annuity marketing, shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published, or prepared marketing communication of | Such workpapers shall be available at the offices of the insurer, at the Commission or at any other reasonable place designated by the Commission. The insurer shall require that the Accountant retain the | Any insurer who, after notice and hearing, is found to have violated any of the provisions of this chapter or a cease and desist order issued by the Commission with respect to any of the provisions of |

| | | | |
|---|---|---|---|
| the conduct of his examination and any communications related to the audit between the Accountant and the insurer. 14 VA ADC § 5-270-140 | its individual policies and specimen copies of typical printed, published, or prepared marketing communications of its blanket, franchise, and group policies, hereafter disseminated in this Commonwealth. Each insurer offering accident and health insurance, shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. 14 VA ADC § 5-90-170 | workpapers and communications until the Commission has filed a Report on Examination covering the period of the audit, but no longer than seven years from the date of the audit report. 14 VA ADC § 5-270-140 Such file shall be subject to inspection by the Commission. All such marketing communications shall be maintained in said file for a period of either four years or until the filing of the next regular report on the examination of the insurer, whichever is the longer time period. The file shall be subject to regular and periodical inspection by the commission. All the advertisements shall be maintained in a file for the longer of four years or until the filing of the next regular report on examination of the insurer. Certificate of | this chapter (14 VAC 5-40-10 et seq.) shall be punished in accordance with the provisions of Chapter 5 (§ 38.2-500 et seq.) of Title 38.2 of the Code of Virginia. If the commission finds the advertising to be in non-compliance, the commission may, in addition to any other remedy or monetary penalty it may otherwise impose, order the insurer responsible for the dissemination of such advertisement to publish at the insurer's expense, a corrective advertisement in a form to be approved by the commission. 14 VA ADC § 5-90-170 |

| | | | Advertising Compliance is required with filing of Annual Statement.<br>14 VA ADC § 5-90-170 | |
|---|---|---|---|---|
| Washington | Every insurer required to file an audited financial report pursuant to this regulation, shall require the accountant to make available for review by the commissioner's examiners, all workpapers prepared in the conduct of the examination and any communications related to the audit between the accountant and the insurer.<br>WA ADC 284-07-210 | Each insurer shall maintain at its home or principal office a complete file containing a specimen copy of every printed, published or prepared advertisement of its individual policies and specimen copies of typical printed, published or prepared advertisements of its blanket, franchise and group policies, hereafter disseminated in this State.<br>WA ADC 284-23-090;<br>WA ADC 284-50-200 | Such workpapers shall be available at the offices of the insurer, at the commissioner's office or at any other reasonable place designated by the commissioner. The insurer shall require that the accountant retain the audit workpapers and communications until the commissioner has filed a report on examination covering the period of the audit but no longer than seven years from the date of the audit report.<br>WA ADC 284-07-210<br><br>Such file shall be subject to inspection by the insurance commissioner. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next | None |

| | | | regular report on examination of the insurer, whichever is the longer period of time. WA ADC 284-23-090; WA ADC 284-50-200 | |
|---|---|---|---|---|
| West Virginia | None | Each insurer offering accident and sickness insurance, shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. Every insurer, health care service plan or other entity providing long-term care insurance or benefits in this State shall provide a copy of any long-term care insurance advertisement intended for use in this State whether through written, radio or television medium to the | Such file shall be subject to regular and periodic inspection by this Department. All such advertisements shall be maintained in said file for a period of either four (4) years or until the filing of the next regular report of examination of the insurer, whichever is the longer period of time. Certificate of compliance is required with annual statement filing. In addition, all advertisements shall be retained by the insurer, health care service plan or other entity for at least three (3) years from the date the advertisement was first used. WV ADC § 114-10-17; WV ADC § 114-32-20 | The Commissioner in his discretion may require that an insurer file with this Department, for review prior to use, direct response advertising materials. WV ADC § 114-10-18 |

| | | Commissioner for review or approval by the Commissioner to the extent it may be required under state law.<br>WV ADC § 114-10-17;<br>WV ADC § 114-32-20 | | |
|---|---|---|---|---|
| Wisconsin | An insurer shall require the accountant or accounting firm which conducts an audit or other procedure under this subchapter to make available for review all work papers and any communications related to the audit or procedure between the insurer and the accountant or accounting firm.<br>WI ADC § INS 50.14 | Each insurer offering life insurance, shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its policies hereafter disseminated in the state; however,  group, blanket and franchise policies, prepared on the same printed form need not be included in the file; only typical examples of these proposals shall be included. Each insurer offering casualty insurance, shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its policies hereafter disseminated in this or any other state, An insurer | Such workpapers shall be available at the offices of the insurer or at a reasonable place designated by the commissioner. The insurer shall require that the accountant retain the audit work papers and communications until the commissioner has filed a report on examination covering the period of the audit but no longer than seven years from the date of the audit report.<br>WI ADC § INS 50.14<br><br>The file shall be subject to regular and periodic inspection by the office of the commissioner of insurance. A person subject to this section shall maintain | None |

| | | offering funeral policies,shall require its insurance intermediaries, and all other persons or agencies acting on its behalf in preparing advertisements, to submit advertisements to it for approval prior to use of the advertisement<br>WI ADC § INS 2.16;<br>WI ADC § INS 3.27;<br>WI ADC § INS 23.60 | all of these advertisements in the file while in use and for a period of 3 years after an advertisement's authorized use. If applicable, a person subject to this section shall also maintain files in accordance with ss. Ins 2.14 (5) (a) and 2.15 (9) (a). Such file shall be subject to regular and periodic inspection by the office of the commissioner of insurance. All such advertisements shall be maintained in such file for a period of 4 years or until the filing of the next regular examination report on the insurer, whichever is the longer period. An insurer shall maintain a copy of every advertisement and all correspondence for each advertisement submitted for approval or used in Wisconsin for 3 years after the advertisement was last used.<br>WI ADC § INS 2.16; | |
| --- | --- | --- | --- | --- |

| | | | WI ADC § INS 3.27; WI ADC § INS 23.60 | |
|---|---|---|---|---|
| Wyoming | None | Each insurer shall maintain at its home or principal office a complete file containing every printed, published or prepared advertisement of its individual policies and typical printed, published or prepared advertisements of its blanket, franchise and group policies hereafter disseminated in this or any other state. WY ADC INS GEN Ch. 21 § 18 | Such file shall be subject to regular and periodical inspection by this Department. All such advertisements shall be maintained in said file for a period of either four years or until the filing of the next regular report on examination of the insurer, whichever is the longer period of time. WY ADC INS GEN Ch. 21 § 18 | None |
| United States | Every registered investment company, and every underwriter, broker, dealer, or investment adviser which is a majority-owned subsidiary of such a company, shall maintain and keep current the accounts, books, and other documents relating to its business which constitute the record forming the basis for financial statements required to be | None | Every registered investment company shall: preserve permanently, the first two years in an easily accessible place, all books and records required to be made pursuant to paragraphs (1) through (4) of § 270.31a-1(b);preserve for a period not less than six years from the end of the fiscal year in which any transactions occurred, the first two years in an easily accessible | The Office may suspend or revoke a carrier's certificate of authority to write LHWCA insurance under § 703.106 when the carrier fails to comply with any of the requirements of this part. 20 C.F.R. § 703.213 The Office may for good cause shown suspend or revoke the authorization of any self-insurer. Failure by |

| | | | |
|---|---|---|---|
| filed pursuant to Section 30 of the Investment Company Act of 1940 and of the auditor's certificates relating thereto.<br>17 C.F.R. § 270.31a-1<br>17 C.F.R. § 270.31a-2<br><br>Whenever it considers necessary, the Office of Employment Standards Administration, Department of Labor, may inspect or examine a carrier's books of account, records, and other papers to verify any financial statement or other information the carrier furnished to the Office in any statement or report required by this section, or any other section of the regulations in this part. Whenever it considers necessary, the Office of Employment Standards Administration, Department of Labor,  may inspect or examine a self-insurer's books of account, records, | | place, all books and records required to be made pursuant to paragraphs (5) through (12) or § 270.31a-1(b and all vouchers, memoranda, correspondence, checkbooks, bank statements, cancelled checks, cash reconciliations, cancelled stock certificates, and all schedules evidencing and supporting each computation of net asset value of the investment company shares, and other documents required to be maintained by § 270.31a-1(a) and not enumerated in § 270.31a-1(b; preserve for a period not less than 6 years from the end of the fiscal year last used, the first 2 years in an easily accessible place, any advertisement, pamphlet, circular, form letter or other sales literature addressed to or intended for distribution to prospective investors; | a self-insurer to comply with any provision or requirement of law or of the regulations in this part, or with any lawful order or communication of the Office, or the failure or insolvency of the surety on its indemnity bond, or impairment of financial responsibility of such self-insurer, shall be deemed good cause for suspension or revocation. Failure to submit or make available any report or information requested by the Office from an authorized self-insurer pursuant to this section may, in appropriate circumstances result in a revocation of the authorization to self-insure.<br>20 C.F.R. § 726.115;<br>20 C.F.R. § 703.313 |

| | | | |
|---|---|---|---|
| | and other papers to verify any financial statement or other information the self-insurer furnished to the Office in any report required by this section, or any other section of the regulations in this part. 20 C.F.R. § 703.212; 20 C.F.R. § 703.311; 20 C.F.R. § 726.112 | | preserve for a period not less than six years, the first two years in an easily accessible place, any record of the initial determination that a director is not an interested person of the investment company, and each subsequent determination that the director is not an interested person of the investment company. These records must include any questionnaire and any other document used to determine that a director is not an interested person of the company; preserve for a period not less than six years, the first two years in an easily accessible place, any materials used by the disinterested directors of an investment company to determine that a person who is acting as legal counsel to those directors is an independent legal counsel; and preserve for a period | |

| | | | not less than six years, the first two years in an easily accessible place, any documents or other written information considered by the directors of the investment company pursuant to section 15(c) of the Act (15 U.S.C. 80a-15(c)) in approving the terms or renewal of a contract or agreement between the company and an investment adviser.<br>17 C.F.R. § 270.31a-1;<br>17 C.F.R. § 270.31a-2 | |