## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 25th day of October, 2013, I caused a true and correct copy of the **Motion of Certain Former Tribune Directors and Officers for Order to Amend the Depository Order and Acknowledgement to Allow D&O Insurers to Retain Discovery Documents** to be served by first class mail upon the attached list.

_____
Jeffrey C. Wisler (#2795)

#05074988