IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 28th day of October 2013, a copy of **Los Angeles County Treasurer and Tax Collector's Witness and Exhibit List** was served upon the following persons indicated below in the manner indicated below:

**BY E-MAIL**

Matthew G. Martinez, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman &
Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Dated: October 28, 2013

COOLEY MANION JONES LLP

Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 200
Wilmington, Delaware 19801
Telephone: (302) 657-2100
Facsimile: (302) 657-2104
Email: mphillips@cmjlaw.com

-and-

Barry S. Glaser
STECKBAUER WEINHART, LLP
333 S. Hope Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 229-2868
Facsimile: (213) 229-2870
Email: bglaser@swesq.com
*Attorneys for Los Angeles County Treasurer and Tax Collector*