## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>      Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 13545, 13659, 13662 and 13759** |

**NOTICE OF SERVICE OF THE REORGANIZED DEBTORS' LISTS OF WITNESS AND DOCUMENTS IN ACCORDANCE WITH SCHEDULING ORDER FOR EVIDENTIARY HEARING ON THE MOTION OF THE LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR FOR RELIEF FROM THE PERMANENT INJUNCTION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES PROPOSED BY THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OAKTREE CAPITAL MANAGEMENT, L.P., ANGELO GORDON & CO., L.P. AND JPMORGAN CHASE BANK, N.A., AS AMENDED JUNE 18, 2012**

PLEASE TAKE NOTICE that, on October 28, 2013, a copy of **The Reorganized Debtors' Lists Of Witness And Documents In Accordance With Scheduling Order For Evidentiary Hearing On The Motion Of The Los Angeles County Treasurer And Tax Collector For Relief From The Permanent Injunction Of The Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By The Debtors, The Official Committee Of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordon & Co., L.P. And JPMorgan Chase Bank, N.A., As Amended June 18, 2012** was served via electronic mail on the following counsel for the Los Angeles County Treasurer and Tax Collector:

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-9997019v

Barry S. Glaser, Esquire
Steckbauer Weinhart, LLP
333 S. Hope Street, 36th Floor
Los Angeles, CA 90071
bglaser@swesq.com

Marc J. Phillips, Esquire
Cooley Manion Jones LLP
1105 North Market Street, Suite 200
Wilmington, DE 19801
mphillips@cmjlaw.com

Dated: October 28, 2013                SIDLEY AUSTIN LLP
                                       James F. Conlan
                                       Bryan Krakauer
                                       Kenneth P. Kansa
                                       Matthew G. Martinez
                                       One South Dearborn Street
                                       Chicago, Illinois 60603
                                       Telephone: (312) 853-7000
                                       Facsimile:  (312) 853-7036

                                       -and-

                                       COLE, SCHOTZ, MEISEL,
                                       FORMAN & LEONARD, P.A.

                                       By: /s/ J. Kate Stickles
                                       Norman L. Pernick (No. 2290)
                                       J. Kate Stickles (No. 2917)
                                       500 Delaware Avenue, Suite 1410
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 652-3131
                                       Facsimile:  (302) 652-3117

                                       ATTORNEYS FOR REORGANIZED DEBTORS

2