IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13763 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On October 29, 2013, I caused to be served the "Stipulation Resolving Reorganized Debtors' Objection to Deutsche Bank Trust Company Americas' Committee Member Fee/Expense Claim," dated October 21, 2013 [Docket No. 13763], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
___ day of October, 2013

_____
Notary Public

**ELLI KREMPA**
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

ROBERT J. STARK, ESQUIRE
MARTIN S. SIEGEL, ESQUIRE
GORDON Z. NOVOD, ESQUIRE
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NY  10036

KATHARINE L. MAYER, ESQUIRE
JAMES J. FREEBERY IV, ESQUIRE
MCCARTER & ENGLISH, LLP
RENAISSANCE CENTRE
405 N. MARKET ST., 8TH FLOOR
WILMINGTON, DE  19801

DAVID S. ROSNER, ESQUIRE
SHERON KORPUS, ESQUIRE
CHRISTINE A. MONTENEGRO, ESQUIRE
MATTHEW B. STEIN, ESQUIRE
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY  10019

GARVIN F. MCDANIEL, ESQUIRE
MARY E. AUGUSTINE, ESQUIRE
BIFFERATO GENTILOTTI LLC
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

DAVID ADLER, ESQUIRE
MCCARTER ENGLISH
245 PARK AVENUE, 27TH FLOOR
NEW YORK, NY 10167

WILLIAM D. SULLIVAN, ESQUIRE
WILLIAM A. HAZELTINE, ESQUIRE
ELIHU EZEKIEL ALLINSON, III, ESQUIRE
SULLIVAN, HAZELTINE ALLISON LLC
901 NORTH MARKET ST., SUITE 1300
WILMINGTON, DE 19801