# DECLARATION OF KATHY GLOSTER

I, Kathy Gloster, declare as follows:

1. I am the Assistant Treasurer and Tax Collector for Los Angeles County. I submit this declaration in support of the *Trial Brief in Support of Evidentiary Hearing on the Motion of the Los Angeles County Treasurer and Tax Collector for Relief From the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012.* I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

2. The parcels that are the subject of the County's Motion possess delinquent real property taxes for the fiscal year 2008-2009 ("Secured Real Property Tax Claims"). The lien dates related to the Secured Real Property Tax Claims was January 1, 2008. In California, the basis for property taxes is the assessed value of the parcel on lien date, the January 1 preceding the fiscal year. The first installment for payment of the Secured Real Property Tax Claims was due November 1, 2008, and late penalties applied to the payment of the taxes after December 10, 2008. The taxes on the thirteen (13) parcels were reassessed in 2008 due to a change in ownership of certain parcels.

3. The Reorganized Debtors attempted to pay the principal tax amounts in December 2008, however, the Debtors' check was returned for insufficient funds and another check was issued to the County in February 2009 for the payment of the principal tax obligations of the Secured Real Property Tax Claims. Pursuant to the California Revenue and Taxation Code, the County applied the payment received from the Debtors first to penalties and interest and then to

principal. Since the County applied the payment received from the Debtors to penalties and interest and then to principal, there remained unpaid principal of the Secured Real Property Tax Claims.

4. Attached hereto as Exhibit "A" is a chart depicting the total amount of delinquent taxes owed on each of the thirteen (13) parcels representing the total sum of $263,979.30, which amount includes the principal taxes, interest and penalties, through November 30, 2013.

5. In this matter, I believe that the penalties in question specifically serve to compensate for lost monetary value, and also serve to compensate local governments for having to obtain operating cash and manage an increased work load, and to primarily ensure that municipalities receive fair compensation for delayed payment of taxes in light of fluctuating market rates, inflation and collection costs. *Ad valorem taxes, i.e.,* taxes assessed based on the value of property (as opposed to income or sales taxes), are the primary source of revenue for counties, cities and towns, and there can be no question that these penalties strictly serve as an enforced contribution to provide support for the County.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of November 2013, at Los Angeles, California.

_____
KATHY GLOSTER