EXHIBIT "A"

| PARCEL # | ROLL YEAR | BASE TAX | 10% PENALTY | COST | REDEMP TION FEE | MONTHLY REDEMPTION PENALTY | REDEMPTION PEN TOTAL | STPOS FEES | PENALTY GRAND TOTAL | CURRENT AMT DUE | DEFAULT DATE | PRIOR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5149-001-003 | 08-000 | $10,642.13 | $1,064.21 | $10.00 | $15.00 | $159.63 | $8,460.49 | $0.00 | $9,549.71 | $20,191.84 | 7/1/2009 | 11/30/2013 |
| 5149-001-004 | 07-010 | $5,230.54 | $523.05 | $10.00 | | $78.46 | $3,216.78 | $932.00 | $4,681.84 | $9,912.38 | 7/1/2010 | 11/30/2013 |
| 5149-001-004 | 08-000 | $4,632.99 | $463.30 | $10.00 | $15.00 | $69.49 | $3,683.23 | $0.00 | $4,171.53 | $8,804.52 | 7/1/2009 | 11/30/2013 |
| 5149-001-005 | 07-010 | $431.94 | $43.19 | $10.00 | | $6.48 | $265.64 | $932.00 | $1,250.84 | $1,682.78 | 7/1/2010 | 11/30/2013 |
| 5149-001-005 | 08-000 | $4,269.86 | $426.99 | $10.00 | $15.00 | $64.05 | $3,394.54 | $0.00 | $3,846.52 | $8,116.38 | 7/1/2009 | 11/30/2013 |
| 5149-001-006 | 07-010 | $15,379.67 | $1,537.97 | $10.00 | | $230.70 | $9,458.50 | $0.00 | $11,006.46 | $26,386.13 | 7/1/2010 | 11/30/2013 |
| 5149-001-006 | 08-000 | $10,024.28 | $1,002.43 | $10.00 | $15.00 | $150.36 | $7,969.30 | $0.00 | $8,996.73 | $19,021.01 | 7/1/2009 | 11/30/2013 |
| 5149-001-007 | 07-010 | $1,161.11 | $116.11 | $10.00 | | $17.42 | $714.08 | $0.00 | $840.19 | $2,001.30 | 7/1/2010 | 11/30/2013 |
| 5149-001-007 | 08-000 | $9,871.90 | $987.19 | $10.00 | $15.00 | $148.08 | $7,848.16 | $0.00 | $8,860.35 | $18,732.25 | 7/1/2009 | 11/30/2013 |
| 5149-008-029 | 08-000 | $13,093.85 | $1,309.39 | $10.00 | $15.00 | $196.41 | $10,409.61 | $932.00 | $12,676.00 | $25,769.85 | 7/1/2009 | 11/30/2013 |
| 5149-008-030 | 08-000 | $575.92 | $57.59 | $10.00 | $15.00 | $8.64 | $457.86 | $932.00 | $1,472.45 | $2,048.37 | 7/1/2009 | 11/30/2013 |
| 5149-008-031 | 08-000 | $376.86 | $37.69 | $10.00 | $15.00 | $5.65 | $299.60 | $932.00 | $1,294.29 | $1,671.15 | 7/1/2009 | 11/30/2013 |
| 5149-008-032 | 08-000 | $1,745.72 | $174.57 | $10.00 | $15.00 | $26.19 | $1,387.85 | $932.00 | $2,519.42 | $4,265.14 | 7/1/2009 | 11/30/2013 |
| 5166-023-010 | 08-000 | $159.58 | $15.96 | $10.00 | $15.00 | $2.39 | $126.87 | $932.00 | $1,099.82 | $1,259.40 | 7/1/2009 | 11/30/2013 |
| 5166-023-016 | 08-000 | $5,121.92 | $512.19 | $10.00 | $15.00 | $76.83 | $4,071.93 | $932.00 | $5,541.12 | $10,663.04 | 7/1/2009 | 11/30/2013 |
| 5166-027-014 | 08-000 | $52,716.32 | $5,271.63 | $10.00 | $15.00 | $790.74 | $41,909.47 | $932.00 | $48,138.11 | $100,854.43 | 7/1/2009 | 11/30/2013 |
| 5166-028-004 | 08-000 | $866.67 | $86.67 | $10.00 | $15.00 | $13.00 | $689.00 | $932.00 | $1,732.67 | $2,599.34 | 7/1/2009 | 11/30/2013 |
| Nov. 2013 due | | $136,301.26 | $13,630.13 | $170.00 | $195.00 | $2,044.52 | $104,362.91 | $9,320.00 | $127,678.04 | $263,979.30 | | |