## DECLARATION OF BARRY S. GLASER

I, Barry S. Glaser, declare as follows:

1. I am a partner with Steckbauer, Weinhart LLP, attorneys of record for the Los Angeles County Treasurer and Tax Collector (the "County"). I submit this declaration in support of the *Trial Brief in Support of Evidentiary Hearing on the Motion of the Los Angeles County Treasurer and Tax Collector for Relief From the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012.* I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

2. On August 2, 2013, the Court held a hearing to consider the County's Motion. With regard to the issue of whether the County's lien survived and passed through the bankruptcy irrespective of whether or not the County had filed a proof of claim, the Court determined that the County held a lien and thus, should be treated as a secured party. A true and correct copy of the relevant page of the transcript of the hearing on the Motion is attached hereto as Exhibit "A". The Reorganized Debtors argued, however, that the Court needed to decide the issue of whether the County was entitled to impose a post-petition penalty of eighteen percent (18%) per annum on account of pre-petition tax claims pursuant to California Revenue and Taxation Code § 4103(a).

3. At the hearing, the Court held that it needed to determine whether the County's 18% per annum penalties, which, according to the County, constituted "interest" under

California Revenue and Taxation Code § 4103(b), was in fact a "penalty" or "interest", and scheduled an evidentiary trial on this matter.

4. A breakdown of the amounts due with respect to each of the parcels was set forth on Exhibit "A" and attached to the Motion, the County's Reply in support of the Motion and updated in Los Angeles County's production of documents in response to the Debtors' discovery requests.

5. A true and correct copy of Judge Tchaikovsky's January 5, 2009 "Rescission Notice to the Attorney General and Order Sustaining Objections to Confirmation" is attached hereto as Exhibit "B".

6. A true and correct copy of the McConville decision is attached hereto as Exhibit "C". I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 7th day of November 2013, at Los Angeles, California.

_____
BARRY S. GLASER