EXHIBIT "A"

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141 (KJC)
                                )    (Jointly Administered)
TRIBUNE COMPANY, et al.,        )
                                )    Chapter 11
                                )
                                )    Courtroom 5
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    August 2, 2013
                                )    11:10 a.m.

                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                   UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:             Sidley Austin, LLP
                         BY: KENNETH P. KANSA, ESQ.
                         BY: MATTHEW G. MARTINEZ, ESQ.
                         One South Dearborn
                         Chicago, IL 60603
                         (312) 853-7163

                         Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: J. KATE STICKLES, ESQ.
                         500 Delaware Avenue, Suite 1410
                         Wilmington, DE 19801
                         (302) 651-2000


ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

2

APPEARANCES:
(Continued)

For Los Angeles County
Treasurer and Tax
Collector:                    Cooley Manion Jones
                              BY: MARC PHILLIPS, ESQ.
                              1105 North Market Street
                              Suite 200
                              Wilmington, DE 19801
                              (302) 657-2100

                              Steckbauer Weinhart Jaffe
                              BY: BARRY GLASER, ESQ.
                              333 South Hope Street
                              36th Floor
                              Los Angeles, CA 90071
                              (213) 229-2868

For In Propria Persona:       Marbury von Briesen,
                              In Pro Per/Pro Se
                              (410) 308-1236

TELEPHONIC APPEARANCES:

For Debtors:                  Tribune Company
                              BY: DAVE ELDERSVELD, ESQ.
                              (312) 222-4707
                              BY: GARY WEITMAN, ESQ.
                              (312) 222-3394

For Creditor, Former
Directors and Officers:       Grippo & Elden, LLC
                              BY: GEORGE DOUGHERTY, ESQ.
                              (312) 704-7700

For Interested Party:         Los Angeles Times Communications
                              BY: STEVEN CASEY
                              (213) 237-3526

For Interested Party:         Tribune Company
                              BY: MONICA MELGAREJO, ESQ.
                              (312) 222-3638

1  that's evidence.  And I think ultimately if the parties want
2  to fight about that issue, I don't think I can decide it
3  until after an evidentiary hearing.  And frankly, I think
4  you ought to talk about resolving it before the parties are
5  put to that time and expense.
6          Look, I will just say my impression is as a
7  general matter throughout this long and highly contentious
8  Chapter 11 proceeding, the one thing I think the Tribune did
9  was be responsible with respect to its tax obligations.  In
10 fact, I think this is -- there may be one other dispute --
11 tax dispute that I have under advisement, but it's very
12 different from this one.  It's a matter of whether the
13 activity can be taxed at all.
14         Okay.  Well, here's what I'd like to suggest.
15 Understanding that I'm of the belief that you have a lien
16 and that you should be treated as a secured party, that
17 should help form the basis of some reason to talk about
18 resolution.
19         With respect to the penalty aspect, it seems to me
20 it's left to this Court if the parties can't agree to
21 determine whether what's called a penalty is in fact a
22 penalty or interest.  And if the parties think they need to
23 fight about that, I'll do what courts are supposed to do.
24 But I'm thinking if you cannot put yourselves to that test,
25 it would probably be good for you.  But you're all grownups.