## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 7th day of November, 2013, I served a true and correct copy of the foregoing **Trial Brief in Support of Evidentiary Hearing on the Motion of the Los Angeles County Treasurer and Tax Collector for Relief From the Permanent Injunction of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo Gordan & Co., L.P. and JPMorgan Chase Bank, N.A., as Amended June 18, 2012** upon the parties listed below in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA EMAIL AND FIRST CLASS MAIL**
Matthew G. Martinez, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Marc J. Phillips (#4445)

#1102109v1