UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : (Jointly Administered) |
| **TRIBUNE COMPANY,** *et al.*[1] | : |
| | : Case No. 08-13141 (KJC) |
| Debtors | : (Re: D.I. 10053) |

## ORDER SUSTAINING OBJECTION TO
## LATE-FILED CLAIMS OF JOANN PARKER

AND NOW, this 8th day of November, 2013, upon consideration of the Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1 (D.I. 10053) (the "Claim Objection") and the Pro Se Motion For Leave to File Late Proof of Claim filed by Joann Parker (the "Pro Se Motion"),[2] and the responses filed thereto, and after an evidentiary hearing, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1)    the Claim Objection is **SUSTAINED**;

(2)    the Pro Se Motion is **DENIED**;

---

[1] The chapter 11 case filed by Tribune Media Services, Inc. (Bky. Case No. 08-13236) is being jointly administered with the Tribune Company bankruptcy case and 109 additional affiliated debtors pursuant to the Order dated December 10, 2008 (docket no. 43). An additional debtor, Tribune CNLBC, LLC (formerly known as Chicago National League Baseball Club, LLC) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009 (Bky. Case No. 09-13496), and also is being jointly administered with the Tribune Company bankruptcy case pursuant to this Court's Order dated October 14, 2009 (docket no. 2333). The debtors in the jointly administered cases are referred to herein as the "Debtors."

[2] The Pro Se Motion was attached to Ms. Parker's proof of claim and was not docketed in the main bankruptcy case.

1

(3)   Claim Numbers 6797, 6798, and 6801 filed against the Debtor Chicago Tribune Company by Joann Parker are hereby **DISALLOWED** in their entirety; and

(4)   the Claims Agent is authorized to modify the Claims Register to comport with this Order.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc::   J. Kate Stickles, Esquire[3]

---

[3]Counsel shall serve a copy of this Memorandum Order upon all interested parties and file a Certificate of Service with the Court.