# EXHIBIT A

## Unclaimed Property Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 71: EXHIBIT A – UNCLAIMED PROPERTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13209 | The Baltimore Sun Company | 05/26/2009 | 3108 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 2 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13141 | Tribune Company | 05/26/2009 | 3109 | $242.57* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 3 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13173 | Homestead Publishing Co. | 05/26/2009 | 3110 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 4 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13210 | The Daily Press, Inc. | 05/26/2009 | 3111 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 5 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13198 | Orlando Sentinel Communications Company | 05/26/2009 | 3112 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 6 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13210 | The Daily Press, Inc. | 05/04/2009 | 2384 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 7 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13208 | Sun-Sentinel Company | 05/04/2009 | 2393 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |

\* -- Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 71: EXHIBIT A – UNCLAIMED PROPERTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13211 | The Hartford Courant Company | 05/04/2009 | 2395 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 9 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13141 | Tribune Company | 06/18/2009 | 5866 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 10 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13198 | Orlando Sentinel Communications Company | 06/18/2009 | 5867 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 11 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13208 | Sun-Sentinel Company | 06/18/2009 | 5868 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 12 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13210 | The Daily Press, Inc. | 06/18/2009 | 5869 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| | | | | | Total | $242.57* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts