# **PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No.** ____ |

### ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

### ("STATE UNCLAIMED PROPERTY CLAIMS")

Upon consideration of the Reorganized Debtors' Seventy-First Omnibus (Substantive) Objection to Claims (the "Objection"), by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1, (i) disallowing in full and expunging the Unclaimed Property Claims as set forth on Exhibit A attached hereto, and (ii) directing the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

CH1 8453947v.4

Claims Agent to expunge the Unclaimed Property Claims from the Claims Register; and upon consideration of the Objection, the Rodden Declaration, and the Unclaimed Property Claims; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

      ORDERED that the Objection is sustained; and it is further

      ORDERED that the Unclaimed Property Claims set forth on <u>Exhibit A</u> hereto are hereby disallowed and expunged in their entirety; and it is further

      ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

# EXHIBIT A

## Unclaimed Property Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 71: EXHIBIT A – UNCLAIMED PROPERTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13209 | The Baltimore Sun Company | 05/26/2009 | 3108 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 2 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13141 | Tribune Company | 05/26/2009 | 3109 | $242.57* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 3 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13173 | Homestead Publishing Co. | 05/26/2009 | 3110 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 4 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13210 | The Daily Press, Inc. | 05/26/2009 | 3111 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 5 | UNCLAIMED PROPERTY DIVISION OFFICE OF STATE TREASURER CAPITOL COMPLEX CHARLESTON, WV 25305 | 08-13198 | Orlando Sentinel Communications Company | 05/26/2009 | 3112 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 6 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13210 | The Daily Press, Inc. | 05/04/2009 | 2384 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 7 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13208 | Sun-Sentinel Company | 05/04/2009 | 2393 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 71: EXHIBIT A – UNCLAIMED PROPERTY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | UTAH STATE TREASURER'S OFFICE UNCLAIMED PO BOX 140530 SALT LAKE CTY, UT 84114-0530 | 08-13211 | The Hartford Courant Company | 05/04/2009 | 2395 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws. |
| 9 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13141 | Tribune Company | 06/18/2009 | 5866 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 10 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13198 | Orlando Sentinel Communications Company | 06/18/2009 | 5867 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 11 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13208 | Sun-Sentinel Company | 06/18/2009 | 5868 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| 12 | WOOD, JIM - AUDITOR OF STATE UNCLAIMED PROPERTY DIVISION PO BOX 251920 LITTLE ROCK, AR 72225-1920 | 08-13210 | The Daily Press, Inc. | 06/18/2009 | 5869 | Undetermined* | None of the Debtors holds unclaimed property that had reverted to the state prepetition in accordance with the state's unclaimed property laws and the claims were filed after the Bar Date. |
| | | | | | Total | $242.57* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts