# SIGN-IN-SHEET

CASE NAME:    **Tribune Company**

CASE NO.       **08-13141-KJC**

**COURTROOM LOCATION: 5**

DATE: November 12, 2013

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Phillips | Cooley Manion Jones | Los Angeles County Treasurer + Tax Collector |
| Barry Glaser | Steckbauer Weinhart | " |
| Kate Stickles | Cole Schotz | Tribune Company et al |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Kevin J. Carey

#5

Calendar Date: 11/12/2013

Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|---------------|-----------|-----------|--------------|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5926173 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 5926159 | Matthew Martinez | (312) 853-0826 | Sidley Austin | Debtor, Tribune Company / LIVE |