JO ANNA CANZONERI MCCORMICK
NEW YORK, NEW YORK
CELL 626 417 3861 (NOT IN SERVICE
EMAIL JCANZONERI101@HOTMAIL.COM

NOV 13  AM 10:43

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

NOTICE OF APPEAL

UNITED STATES FEDERAL BANKRUPTCY COURT
824 NORTH MARKET STREET
WILMINTON DELAWARE  19801

CASE  NUMBER  (UNKNOWN)

PLAINTIFFS (DEBTOR):
JOHN DOES1-100
JANE DOES1-100

DEFENDANTS (CREDITOR):  TRIBUNE COMPANY
JOHN DOES 1-100
JANE DOES 1-100

NOTICE IS HEREBY GIVEN THAT

JO ANNA CANZONERI MCCORMICK hereby appeals to the UNITED STATES SUPREME COURT
WASHINGTON, DC TO OPEN, REVIEW, CHANGE AND REVERSE
the decision  made by HONORABLE FEDERAL BANKRUPTCY JUDGE AT THE
UNITED STATES FEDERAL DISTRICT BANKRUPTCY COURT IN DELAWARE TO
REVERSE THE APPROVAL AND  DECISION MADE ON THE OFFERS, PURCHASE ,
SALES CONTRACTS AND SALES OF THE TRIBUNE COMPANY AND ANY AND ALL
OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY
SUBSIDIARY

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING FULL
OWNERSHIP, OWNER AND HEIR OF THE TRIBUNE COMPANY AND ANY AND ALL
OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY
SUBSIDIARY)

ALSO I (JO ANNA CANZONERI MCCORMICK) PERSONALLY AM CLAIMING

FORGERY OF MY (JO ANNA CANZONERI MCCORMICK) SIGNATURE AND NAME OF ANY AND ALL LEGAL DOCUMENTS, BECAUSE I (JO ANNA CANZONERI MCCORMICK) DID NOT APPROVE, AGREE AND SIGN ANY LEGAL DOCUMENT FOR THE PURCHASE, OFFER AND SALE OF THE TRIBUNE COMPANY AND ANY AND ALL LEGAL DOCUMENTS OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY).

I (JO ANNA CANZONERI MCCORMICK) personally am claiming THAT ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT OWN NOR PURCHASE THE TRIBUNE COMPANY THIS IS THE CLAIM THAT IN FACT I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING THAT IT IS SUSPICIOUS OF MURDER,FORGERY,EMBEZZLEMENT, THEFT, GRAND LACARY AND FRAUD

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY WOULD LIKE TO PRESS CHARGES AND ARREST.

I personally am claiming full ownership (owner) of THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY. ALONG I (JO ANNA CANZONERI MCCORMICK) PERSONALLY DID NOT EMPLOY OR HIRE THE ATTORNEYS, TRUSTEES AND ADMINISTRATORS OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY.

DATED NOVEMBER 07, 2013

JO ANNA CANZONERI MCCORMICK