# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | (Jointly Administered) |
| Reorganized Debtors. | Obj. Deadline: 11/08/13 at 4:00 p.m. |
| | Re: D.I. No. 13769 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CERTAIN FORMER TRIBUNE DIRECTORS AND OFFICERS FOR ORDER TO AMEND THE DEPOSITORY ORDER AND ACKNOWLEDGEMENT TO ALLOW D&O INSURERS TO RETAIN DISCOVERY DOCUMENTS

The undersigned hereby certifies that he has received no answer, objection or other pleading in response to the *Motion of Certain Former Tribune Directors and Officers for Order to Amend the Depository Order and Acknowledgment to Allow D&O Insurers to Retain Discovery Documents* (Docket No. 13769) ("Motion") filed on October 25, 2013.

It is hereby respectfully requested that the Order attached to the Motion be entered.

Dated: November 13, 2013

CONNOLLY GALLAGHER LLP

Jeffrey C. Wisler (No. 2795)
The Nemours Building
1000 West Street
P.O. Box 207
Wilmington, DE 19801
(302) 757-7300

Counsel for Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons, Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone, John E. Reardon, Scott C. Smith, John J. Vitanovec, Kathleen M. Waltz and David D. Williams

#05077332