## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of November, 2013, I caused a true and correct copy of the **Certificate of No Objection Regarding Motion of Certain Former Tribune Directors and Officers for Order to Amend the Depository Order and Acknowledgement to Allow D&O Insurers to Retain Discovery Documents** to be served via CM/ECF.

_____
Jeffrey C. Wisler (#2795)

#05077351