UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>RE: D.I. No. 13769, 13788 |

## ORDER AMENDING THE DEPOSITORY ORDER AND ACKNOWLEDGEMENT TO ALLOW D&O INSURERS TO RETAIN DISCOVERY DOCUMENTS

Upon the Motion of certain Former Directors & Officers[1] for an Order amending the *Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a)* [D.I. 2858] ("Depository Order") and, specifically the Acknowledgement attached to the Depository Order as Exhibit A, the Court finding that (a) it has jurisdiction over the matters raised in the Motion pursuant to the terms of the Depository Order, and (b) proper notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and the Court finding that cause exists to grant the relief requested in the Motion, it is hereby:

  ORDERED, that the Motion is granted; and it is further

  ORDERED, that notwithstanding any other applicable orders to the contrary, the Depository Order and the Acknowledgement attached as Exhibit A thereto are amended to the

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

extent necessary to allow any insurance companies providing director-and-officer-liability coverage for claims against named defendants in *The Official Committee of Unsecured Creditors of Tribune Company, et al. v. Dennis J. FitzSimons, et al.*, Adv. Proc. 10-54010 (KJC) (now pending in the United States District Court for the Southern District of New York as *Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust v. Dennis J. FitzSimons, et al.*, 12-cv-02652-RJS), to retain Discovery Documents, as defined in the Depository Order, in their claim files for the length of time required by all applicable regulations or statutes; and it is further

ORDERED, that paragraph 15 of the Acknowledgement attached as Exhibit A to the Depository Order is hereby modified by adding the underlined text shown below:

> Within sixty (60) days after the later to occur of (i) the consummation of a plan of reorganization for the Debtors pursuant to a final continuation order that is no longer subject to appeal, (ii) the conclusion of any litigation in the Cases for which use of the Discovery Documents remains necessary, or (iii) the conversion, discharge, dismissal, or other such termination of the Cases, the Debtors shall close the Depository and the undersigned shall return all Discovery Documents, and all copies thereof, in their possession, to counsel for the Producing Party or, in lieu thereof, certify in writing that such Discovery Documents have been destroyed. Notwithstanding the foregoing, the undersigned may retain documents containing confidential or highly confidential material that have been filed with the Court. <u>Further, notwithstanding anything to the contrary herein, the undersigned Insurers may retain Discovery Documents beyond the 60-day period to the extent necessary to comply with applicable insurance regulations and insurance statutes.</u>

It is further ORDERED, that except as modified by this Order and any and all prior Orders of this Court, the Depository Order and any previously signed Acknowledgements thereto remain in full force and effect in accordance with their terms; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: Wilmington, Delaware

_____Nov 14_____, 2013

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge