```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 08-13141(KJC)
                                )    (Jointly Administered)
                                )
TRIBUNE COMPANY                 )    Chapter 11
                                )
                                )
    Reorganized Debtors.        )    Courtroom 5
                                )    824 Market Street
                                )    Wilmington, Delaware
                                )
                                )    November 12, 2013
                                )    10:00 a.m.


                   TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JUDGE KEVIN J. CAREY
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Reorganized Debtors: Cole, Schotz, Meisel, Forman
                         & Leonard, P.A.
                         BY: J. KATE STICKLES, ESQ.
                         500 Delaware Avenue, Suite 1410
                         Wilmington, DE 19801
                         (302) 651-2000

ECRO:                    AL LUGANO

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com




Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For L.A. County          Cooley Manion James
Treasurer and            BY: MARC J. PHILLIPS, ESQ.
Tax Collector:           1105 North Market Street, Suite 200
                         Wilmington, DE  19801
                         (302) 657-2100

                         Steckbauer Weinhart Jaffe, LLP
                         BY: BARRY GLASER, ESQ.
                         333 South Hope Street, 36th Floor
                         Los Angeles, CA  90071
                         (213) 229-3868

TELEPHONIC APPEARANCES:

For Reorganized Debtor:  Sidley Austin
                         BY: KEN KANSA, ESQ.
                         (312) 853-7163
                         BY: MATTHEW MARTINEZ, ESQ.
                         (312) 853-0826
```

1

1  WILMINGTON, DELAWARE, TUESDAY, NOVEMBER 12, 2013, 10:00 A.M.

2            THE CLERK:  All rise.  Be seated.

3            THE COURT:  Good morning.

4            MR. GLASER:  Good morning, Your Honor.

5            MS. STICKLES:  Good morning, Your Honor.  Kate

6  Stickles of Cole Schotz on behalf of Tribune Company.  Also

7  appearing telephonically on behalf of Tribune is Matthew

8  Martinez of Sidley Austin.

9            An Evidentiary Hearing was scheduled this

10 morning, Your Honor, on the Motion of Los Angeles County

11 Treasurer and Tax Collector from Relief of the Permanent

12 Injunction of the Plan.  The parties advised the Court on

13 Friday a settlement had been reached subject to

14 documentation.  L.A. County's counsel wishes to address the

15 Court.

16           THE COURT:  Very well.

17           MR. GLASER:  May it please the Court, Barry

18 Glaser on behalf of Los Angeles Treasurer and Tax Collector,

19 Your Honor.  And I would like to thank the Court in helping

20 set the way to a settlement in this matter.

21           THE COURT:  What did I do?

22                    (Laughter)

23           MR. GLASER:  You suggested strongly that the

24 parties settle this matter, Your Honor.

25                    (Laughter)

1        THE COURT:  It sounds like something I would say.

2        MR. GLASER:  And we worked hard towards a
3 settlement and achieved one late last week.  The parties
4 settled the County's motion for a payment by Tribune of
5 $115,000.  We are working on agreed settlement and Order.
6 As soon as the Order is entered and final, and the check
7 clears, the County shall release its liens that are the
8 subject of the County's motion.  Thank you.

9        THE COURT:  I'd be very surprised if the check
10 didn't clear, but --

11                    (Laughter)

12       THE COURT:  -- I understand.

13       MR. GLASER:  Thank you, Your Honor.

14       THE COURT:  Thank you.  Does anyone else wish to
15 be heard?

16       MR. MARTINEZ:  Good morning, Your Honor.  For the
17 record, this is Matt Martinez from Sidley Austin, LLP, in
18 Chicago, on behalf of the Reorganized Debtors and I guess
19 particularly for this matter, Los Angeles Times
20 Communications, LLC.

21       I'd also like to start by just echoing the
22 counsel in the courtroom today and thanking you for your
23 time this morning and for, I guess, putting in the pieces to
24 drive us towards a settlement here.

25       As Mr. Glaser correctly informed you of our

1  resolution, I just want to make the record clear on a few
2  points.
3           As he stated, the L.A. Times will make $115,000
4  payment to the County upon entry of the Court's Order
5  approving the stipulation.  That $115,000 payment will be in
6  complete satisfaction of any and all taxes at issue in the
7  motion and the related pleadings which were filed by the
8  parties.  Upon the making of that payment as Mr. Glaser
9  said, and I guess it clearing, any lien the County has on
10 account of the L.A. Times or on the L.A. Times property or
11 these parcels on account of any of the taxes that were at
12 issue, will be deemed released and we'll have that built
13 into the stipulation.  And, of course, I guess kind of the
14 issue that started it all, the County won't have relief from
15 the Plan Injunction to proceed to a tax sale of the L.A.
16 Times properties.
17          And with that on the record, Your Honor, I have
18 nothing further to add.
19          THE COURT:  All right, thank you.  Does anyone
20 else wish to be heard?
21                  (No audible response.)
22          THE COURT:  I hear no further response.  Is there
23 anything else for today?
24          MS. STICKLES:  No, thank you.  And, Your Honor,
25 thank you very much for your time.

1          THE COURT:  You're very welcome.  Well, at least
2 you got to see some snow.
3                        (Laughter)
4          THE COURT:  Thank you all very much.  That
5 concludes this hearing.
6          MS. STICKLES:  Thank you.
7          THE COURT:  Court will stand adjourned.
8          MR. MARTINEZ:  Thank you.
9     (Whereupon, at 10:04 a.m., the hearing was adjourned.)
10
11                       CERTIFICATION
12      I certify that the foregoing is a correct
13 transcript from the electronic sound recording of the
14 proceedings in the above-entitled matter.
15
16
17 _____          14 November 2013
18 Traci L. Calaman, Transcriber                Date
19

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **08-13141(kjc)**(1) 1:5 | | **does**(2) 4:14 5:19 | | **matt**(1) 4:17 | | **stipulation**(2) 5:5 5:13 | |
| **a.m**(3) 1:16 3:1 6:9 | | **drive**(1) 4:24 | | **matter**(4) 3:20 3:24 4:19 6:14 | | **street**(4) 1:12 1:36 2:6 2:12 | |
| **aboveentitled**(1) 6:14 | | **echoing**(1) 4:21 | | **matthew**(2) 2:21 3:7 | | **strongly**(1) 3:23 | |
| **account**(2) 5:10 5:11 | | **ecro**(1) 1:33 | | **may**(1) 3:17 | | **subject**(2) 3:13 4:8 | |
| **achieved**(1) 4:3 | | **electronic**(2) 1:44 6:13 | | **meisel**(1) 1:26 | | **suggested**(1) 3:23 | |
| **add**(1) 5:18 | | **else**(3) 4:14 5:20 5:23 | | **morning**(6) 3:3 3:4 3:5 3:10 4:16 4:23 | | **suite**(2) 1:29 2:6 | |
| **address**(1) 3:14 | | **entered**(1) 4:6 | | **motion**(4) 3:10 4:4 4:8 5:7 | | **surprised**(1) 4:9 | |
| **adjourned**(2) 6:7 6:9 | | **entry**(1) 5:4 | | **much**(2) 5:25 6:4 | | **tax**(4) 2:6 3:11 3:18 5:15 | |
| **administered**(1) 1:6 | | **esq**(5) 1:28 2:5 2:11 2:19 2:21 | | **north**(1) 2:6 | | **taxes**(2) 5:6 5:11 | |
| **advised**(1) 3:12 | | **evidentiary**(1) 3:9 | | **nothing**(1) 5:18 | | **telephonic**(1) 2:16 | |
| **agreed**(1) 4:5 | | **few**(1) 5:1 | | **november**(3) 1:15 3:1 6:17 | | **telephonically**(1) 3:7 | |
| **all**(5) 3:2 5:6 5:14 5:19 6:4 | | **filed**(1) 5:7 | | **one**(1) 4:3 | | **thank**(10) 3:19 4:8 4:13 4:14 5:19 5:24 5:25 6:4 6:6 6:8 | |
| **also**(2) 3:6 4:21 | | **final**(1) 4:6 | | **order**(3) 4:5 4:6 5:4 | | | |
| **and**(19) 2:5 3:11 3:18 3:19 4:2 4:3 4:5 4:6 4:6 4:18 4:22 4:23 5:6 5:7 5:9 5:12 5:13 5:17 5:24 | | **floor**(1) 2:12 | | **our**(1) 4:25 | | **thanking**(1) 4:22 | |
| | | **for**(11) 1:2 1:26 2:4 2:18 4:4 4:16 4:19 4:22 4:23 5:23 5:25 | | **p.a**(1) 1:27 | | **that**(10) 3:23 4:7 5:5 5:8 5:11 5:12 5:14 5:17 6:4 6:12 | |
| | | | | **parcels**(1) 5:11 | | | |
| | | **foregoing**(1) 6:12 | | **particularly**(1) 4:19 | | **the**(63) 1:1 1:2 1:20 3:2 3:3 3:10 3:11 3:12 3:12 3:12 3:14 3:16 3:17 3:19 3:20 3:21 3:23 4:1 4:3 4:4 4:6 4:6 4:7 4:7 4:8 4:9 4:9 4:12 4:14 4:16 4:18 4:21 4:22 4:23 5:1 5:3 5:4 5:4 5:5 5:6 5:7 5:7 5:8 5:9 5:10 5:10 5:11 5:13 5:13 5:14 5:15 5:15 5:17 5:19 5:22 6:1 6:4 6:7 6:9 6:12 6:13 6:13 6:14 | |
| **angeles**(4) 2:13 3:10 3:18 4:19 | | **forman**(1) 1:26 | | **parties**(4) 3:12 3:24 4:3 5:8 | | | |
| **any**(3) 5:6 5:9 5:11 | | **friday**(1) 3:13 | | **payment**(4) 4:4 5:4 5:5 5:8 | | | |
| **anyone**(2) 4:14 5:19 | | **from**(4) 3:11 4:17 5:14 6:13 | | **pennsylvania**(1) 1:37 | | | |
| **anything**(1) 5:23 | | **further**(2) 5:18 5:22 | | **permanent**(1) 3:11 | | | |
| **appearances**(1) 2:16 | | **glaser**(9) 2:11 3:4 3:17 3:18 3:23 4:2 4:13 4:25 5:8 | | **phillips**(1) 2:5 | | | |
| **appearing**(1) 3:7 | | | | **pieces**(1) 4:23 | | | |
| **approving**(1) 5:5 | | | | **plan**(2) 3:12 5:15 | | | |
| **are**(2) 4:5 4:7 | | **good**(4) 3:3 3:4 3:5 4:16 | | **pleadings**(1) 5:7 | | | |
| **audible**(1) 5:21 | | **got**(1) 6:2 | | **please**(1) 3:17 | | **there**(1) 5:22 | |
| **austin**(3) 2:18 3:8 4:17 | | **guess**(4) 4:18 4:23 5:9 5:13 | | **points**(1) 5:2 | | **these**(1) 5:11 | |
| **avenue**(1) 1:29 | | **had**(1) 3:13 | | **ppearances**(2) 1:24 2:1 | | **this**(7) 3:9 3:20 3:24 4:17 4:19 4:23 6:5 | |
| **bankruptcy**(2) 1:1 1:21 | | **hard**(1) 4:2 | | **proceed**(1) 5:15 | | **time**(2) 4:23 5:25 | |
| **barry**(2) 2:11 3:17 | | **harrisburg**(1) 1:37 | | **proceedings**(3) 1:19 1:44 6:14 | | **times**(5) 4:19 5:3 5:10 5:10 5:16 | |
| **been**(1) 3:13 | | **has**(1) 5:9 | | **produced**(1) 1:45 | | **today**(2) 4:22 5:23 | |
| **before**(1) 1:20 | | **have**(3) 5:12 5:14 5:17 | | **properties**(1) 5:16 | | **towards**(2) 4:2 4:24 | |
| **behalf**(4) 3:6 3:7 3:18 4:18 | | **hear**(1) 5:22 | | **property**(1) 5:10 | | **traci**(1) 6:18 | |
| **built**(1) 5:12 | | **heard**(2) 4:15 5:20 | | **putting**(1) 4:23 | | **transcriber**(1) 6:18 | |
| **but**(1) 4:10 | | **hearing**(3) 3:9 6:5 6:9 | | **reached**(1) 3:13 | | **transcript**(3) 1:19 1:45 6:13 | |
| **calaman**(1) 6:18 | | **helping**(1) 3:19 | | **record**(3) 4:17 5:1 5:17 | | **transcription**(2) 1:35 1:45 | |
| **carey**(1) 1:20 | | **here**(1) 4:24 | | **recorded**(1) 1:44 | | **treasurer**(3) 2:5 3:11 3:18 | |
| **case**(1) 1:5 | | **honor**(9) 3:4 3:5 3:10 3:19 3:24 4:13 4:16 5:17 5:24 | | **recording**(2) 1:44 6:13 | | **tribune**(4) 1:8 3:6 3:7 4:4 | |
| **certification**(1) 6:11 | | | | **related**(1) 5:7 | | **tuesday**(1) 3:1 | |
| **certify**(1) 6:12 | | | | **release**(1) 4:7 | | **understand**(1) 4:12 | |
| **chapter**(1) 1:8 | | **honorable**(1) 1:20 | | **released**(1) 5:12 | | **united**(2) 1:1 1:21 | |
| **check**(2) 4:6 4:9 | | **hope**(1) 2:12 | | **relief**(2) 3:11 5:14 | | **upon**(2) 5:4 5:8 | |
| **chicago**(1) 4:18 | | **i'd**(2) 4:9 4:21 | | **reorganized**(4) 1:11 1:26 2:18 4:18 | | **very**(5) 3:16 4:9 5:25 6:1 6:4 | |
| **clear**(2) 4:10 5:1 | | **informed**(1) 4:25 | | **resolution**(1) 5:1 | | **want**(1) 5:1 | |
| **clearing**(1) 5:9 | | **injunction**(2) 3:12 5:15 | | **response**(2) 5:21 5:22 | | **was**(2) 3:9 6:9 | |
| **clears**(1) 4:7 | | **into**(1) 5:13 | | **right**(1) 5:19 | | **way**(1) 3:20 | |
| **clerk**(1) 3:2 | | **issue**(3) 5:6 5:12 5:14 | | **rise**(1) 3:2 | | **we'll**(1) 5:12 | |
| **cole**(2) 1:26 3:6 | | **its**(1) 4:7 | | **said**(1) 5:9 | | **week**(1) 4:3 | |
| **collector**(3) 2:6 3:11 3:18 | | **jaffe**(1) 2:10 | | **sale**(1) 5:15 | | **weinhart**(1) 2:10 | |
| **communications**(1) 4:20 | | **james**(1) 2:4 | | **satisfaction**(1) 5:6 | | **welcome**(1) 6:1 | |
| **company**(2) 1:8 3:6 | | **jointly**(1) 1:6 | | **say**(1) 4:1 | | **well**(2) 3:16 6:1 | |
| **complete**(1) 5:6 | | **judge**(2) 1:20 1:21 | | **scheduled**(1) 3:9 | | **were**(2) 5:7 5:11 | |
| **concludes**(1) 6:5 | | **just**(2) 4:21 5:1 | | **schotz**(2) 1:26 3:6 | | **what**(1) 3:21 | |
| **continued**(1) 2:2 | | **kansa**(1) 2:19 | | **schuylkill**(1) 1:36 | | **whereupon**(1) 6:9 | |
| **cooley**(1) 2:4 | | **kate**(2) 1:28 3:5 | | **seated**(1) 3:2 | | **which**(1) 5:7 | |
| **correct**(1) 6:12 | | **ken**(1) 2:19 | | **see**(1) 6:2 | | **will**(4) 5:3 5:5 5:12 6:7 | |
| **correctly**(1) 4:25 | | **kevin**(1) 1:20 | | **service**(2) 1:35 1:45 | | **wilmington**(4) 1:13 1:30 2:7 3:1 | |
| **counsel**(2) 3:14 4:22 | | **kind**(1) 5:13 | | **services**(1) 1:35 | | **wish**(2) 4:14 5:20 | |
| **county**(6) 2:4 3:10 4:7 5:4 5:9 5:14 | | **l.a**(6) 2:4 3:14 5:3 5:10 5:10 5:15 | | **set**(1) 3:20 | | **wishes**(1) 3:14 | |
| **county's**(3) 3:14 4:4 4:8 | | **last**(1) 4:3 | | **settle**(1) 3:24 | | **with**(1) 5:17 | |
| **course**(1) 5:13 | | **late**(1) 4:3 | | **settled**(1) 4:4 | | **won't**(1) 5:14 | |
| **court**(18) 1:1 3:3 3:12 3:15 3:16 3:17 3:19 3:21 4:1 4:9 4:12 4:14 5:19 5:22 6: 6:4 6:7 6:7 | | **laughter**(4) 3:22 3:25 4:11 6:3 | | **settlement**(5) 3:13 3:20 4:3 4:5 4:24 | | **worked**(1) 4:2 | |
| | | **least**(1) 6:1 | | **shall**(1) 4:7 | | **working**(1) 4:5 | |
| | | **leonard**(1) 1:27 | | **sidley**(3) 2:18 3:8 4:17 | | **would**(2) 3:19 4:1 | |
| **court's**(1) 5:4 | | **lien**(1) 5:9 | | **snow**(1) 6:2 | | **www.diazdata.com**(1) 1:39 | |
| **courtroom**(2) 1:11 4:22 | | **liens**(1) 4:7 | | **some**(1) 6:2 | | **you**(13) 3:23 4:8 4:13 4:14 4:22 4:25 5:19 5:24 5:25 6:2 6:4 6:6 6:8 | |
| **data**(1) 1:35 | | **like**(3) 3:19 4:1 4:21 | | **something**(1) 4:1 | | | |
| **date**(1) 6:18 | | **llc**(2) 1:35 4:20 | | **soon**(1) 4:6 | | | |
| **debtor**(1) 2:18 | | **llp**(2) 2:10 4:17 | | **sound**(2) 1:44 6:13 | | **you're**(1) 6:1 | |
| **debtors**(3) 1:11 1:26 4:18 | | **los**(4) 2:13 3:10 3:18 4:19 | | **sounds**(1) 4:1 | | **your**(11) 3:4 3:5 3:10 3:19 3:24 4:13 4:16 4:22 5:17 5:24 5:25 | |
| **deemed**(1) 5:12 | | **lugano**(1) 1:33 | | **south**(1) 2:12 | | | |
| **delaware**(4) 1:2 1:13 1:29 3:1 | | **make**(2) 5:1 5:3 | | **stand**(1) 6:7 | | | |
| **diaz**(1) 1:35 | | **making**(1) 5:8 | | **start**(1) 4:21 | | | |
| **did**(1) 3:21 | | **manion**(1) 2:4 | | **started**(1) 5:14 | | | |
| **didn't**(1) 4:10 | | **marc**(1) 2:5 | | **stated**(1) 5:3 | | | |
| **district**(1) 1:2 | | **market**(2) 1:12 2:6 | | **states**(2) 1:1 1:21 | | | |
| **documentation**(1) 3:14 | | **martinez**(5) 2:21 3:8 4:16 4:17 6:8 | | **steckbauer**(1) 2:10 | | | |
| | | | | **stickles**(5) 1:28 3:5 3:6 5:24 6:6 | | | |