# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 11/18/2013 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 39 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | David M. Zensky | dzensky@akingump.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | James Johnston | jjohnston@jonesday.com |
| aty | Jeffrey R. Drobish | drobish@lrclaw.com |
| aty | Jeffrey R. Drobish | drobish@lrclaw.com |
| aty | John H. Strock | jstrock@foxrothschild.com |
| aty | Joshua M. Mester | jmester@jonesday.com |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Matthew G. Martinez | matthew.martinez@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |
| aty | Norman L. Pernick | npernick@coleschotz.com |
| aty | Patricia K. Smoots | psmoots@mcguirewoods.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Patrick Theodore Garvey | garveyp@jbltd.com |
| aty | Richard Scott Cobb | cobb@lrclaw.com |
| aty | Robert S. Brady | bankfilings@ycst.com |
| aty | Thomas E. Ross | tom.ross@sidley.com |

TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue   Chicago, IL 60611 |
| aty | Bruce Bennett | Jones Day   555 South Flower St   50 FL   Los Angeles, CA 90071−2300 |
| aty | Deborah J. Newman | Akin Gump Strauss Hauer &Feld LLP   One Bryant Park   New York, NY 10036−6745 |
| aty | Edward Cerasia, II | Seyfarth Shaw LLP   620 Eighth Avenue   32nd Floor   New York, NY 10018 |
| aty | George R. Dougherty | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Gregory Kopacz | McDermott, Will &Emery LLP   340 Madison Avenue   New York, NY 10173−3922 |
| aty | Holly Snow | Paul Hastings LLP   191 N. Wacker Drive, 30th Floor   Chicago, IL 60606 |
| aty | J. Landon Ellis | Landis Rath &Cobb LLP   919 Market Street   Suite 1800   Wilmington, DE 19801 |
| aty | James Johnston | Jones Day   555 S. Flower Street   50th Floor   Los Angeles, CA 90071 |
| aty | James F. Conlan | Sidley Austin LLP   One South Dearborn Street   Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP   340 Madison Avenue   New York, NY 10173−0002 |
| aty | Jason Goldsmith | Akin Gump Strauss Hauer &Feld LLP   One Bryant Park   New York, NY 10036−6745 |
| aty | John R. McCambridge | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Joshua M. Mester | Jones Day   555 S. Flower Street   50th Floor   Los Angeles, CA 90071 |
| aty | Michael W. Kazan | Grippo &Elden LLC   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | O. Andrew F. Wilson | Emery Celli Brinkerhoff &Abady LLP   75 Rockefeller Plaza, 20th Floor   New York, NY 10019 |
| aty | Patrick T. Nash | Grippo &Elden   111 S. Wacker Drive   Chicago, IL 60606 |
| aty | Stephen Novack | Novack and Macey LLP   100 North Riverside Plaza   Chicago, IL 312−419−6900 312−419−6928 |

TOTAL: 18