IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 12832, 13173, 13437 13578, 13734, and 13745 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
SECOND SUPPLEMENTAL CONSENT ORDER SETTING SCHEDULE FOR
SUPPLEMENTAL BRIEFING ON OBJECTION OF KTLA, INC.
TO CLAIM NO. 4412 OF MARTA WALLER**

The undersigned, counsel to the Reorganized Debtors in the above-captioned case, hereby certify that:

1. On December 11, 2012, KTLA, Inc. ("KTLA") filed an Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (the "Objection") (Docket No. 12832).

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On February 7, 2013, Marta Waller's (I) Response to KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 and (II) Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (the "Cross Motion") (Docket No. 13173) was filed with the Court.

3. On April 10, 2013, KTLA, LLC's (I) Objection to Marta Waller's Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) and (II) Reply to Marta Waller's Response to Objection to Claim No. 4412 (Docket No. 13437) (the "KTLA Objection and Reply") was filed with the Court.

4. A hearing on the Objection and Cross Motion was held on April 24, 2013.

5. Thereafter, by Consent Order dated June 3, 2013 (Docket No. 13578) and by Supplemental Consent Order dated October 7, 2013 (Docket No. 13745), the Court established a schedule to govern the discovery and supplemental briefing by KTLA and Ms. Waller (the "Parties") on the Objection, Cross Motion, and KTLA Objection and Reply.

6. The Parties have agreed, subject to the Court's approval, to a 60-day extension of the current briefing schedule while they pursue mediation. The Parties have reserved a private mediation with an experienced employment law mediator, scheduled to commence on December 16, 2013. Attached hereto as Exhibit 1 for the Court's consideration is a Second Supplemental Consent Order Setting Schedule for Supplemental Briefing on Objection of KTLA, Inc. to Claim No. 4412 of Marta Waller (the "Second Supplemental Consent Order").

7. The Parties request the Court enter the proposed Second Supplemental Consent Order.

Dated: November 20, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *illegible signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

\CH1 8524502v.2
46429/0001-10067086v1