# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>Tribune Company<br>Tribune Company, Reorganized Debtors | **Case No.:** 08–13141–KJC<br><br>**Chapter:** 11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Jo Anna Canzoneri McCormick filed a Notice of Appeal on 11/13/2013 regarding the N/A

The Notice of Appeal may be viewed at docket number 13787. The order on appeal may be viewed at docket number N/A.

David D. Bird
CLERK OF COURT

Date: 11/22/13
(VAN–440)