# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaD | Date Created: 11/22/2013 |
| Case: 08−13141−KJC | Form ID: van440 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Jo Anna Canzoneri McCormick        POB 684        Pasadena, CA 91102

TOTAL: 1