**MEGA, LEAD, CLMSAGNT, SealedDoc(s), APPEAL, CONFIRMED**

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Bankruptcy Petition #: 08-13141-KJC**
**Internal Use Only**

|  |  |
|---|---|
| *Assigned to:* Kevin J. Carey | *Date filed:* 12/08/2008 |
| Chapter 11 | *Plan confirmed:* 07/23/2012 |
| Voluntary | *341 meeting:* 12/14/2009 |
| Asset | *Deadline for filing claims:* 06/12/2009 |

*Debtor*
**Tribune Company,** *et al.*
435 N. Michigan Avenue
Chicago, IL 60611
OUTSIDE HOME STATE
Tax ID / EIN: 36-1880355
*fka* **Times Mirror Corporation**

represented by **Bruce Bennett**
Jones Day
555 South Flower St
50 FL
Los Angeles, CA 90071-2300
213 489 3939
Email: bbennett@jonesday.com

**Robert S. Brady**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
302-571-6600
Fax : 302-571-1253
Email: bankfilings@ycst.com

**William S. Brody**
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
213-891-0700
Fax : 213-896-0400
*TERMINATED: 03/02/2010*

**Edward Cerasia, II**
Seyfarth Shaw LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018
212-218-5500

**James F. Conlan**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
Email: jconlan@sidley.com

**George R. Dougherty**
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
312 704-7700

**Patrick Theodore Garvey**
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-372-0770
Fax : 312-372-9818
Email: garveyp@jbltd.com

**Michael A. Henry**
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060
610-820-5450
Fax : 610-820-6006
Email: mhenry@grossmcginley.com

**James Johnston**
Jones Day
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
213-489-3939
Fax : 213-243-2539
Email: jjohnston@jonesday.com

**Michael W. Kazan**
Grippo & Elden LLC
111 S. Wacker Drive
Chicago, IL 60606
312 704-7700

**Gregory Kopacz**
McDermott, Will & Emery LLP
340 Madison Avenue
New York, NY 10173-3922
212-547-5620

**Bryan Krakauer**
Sidley AustinLLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
Email: bkrakauer@sidley.com

**John R. McCambridge**
Grippo & Elden
111 S. Wacker Drive
Chicago, IL 60606
312 704-7700

**Joshua M. Mester**
Jones Day
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
213-489-3939
Fax : 213-243-2539

Email: jmester@jonesday.com

**Patrick T. Nash**
Grippo & Elden
111 S. Wacker Drive
Chicago, IL 60606
312 704-7700

**Stephen Novack**
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 312-419-6900
312-419-6928

**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue,Suite 1410
Wilmington, DE 19801
302-652-3131
Fax : 302-652-3117
Email: npernick@coleschotz.com

**Patrick J. Reilley**
Cole Schotz Meisel Forman & Leonard PA
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
Fax : 302-652-3117
Email: preilley@coleschotz.com

**Thomas E. Ross**
Sidley Austin LLP
1501 K St., NW
Washington, DC 20005
202-736-8374
Fax : 202-736-8711
Email: tom.ross@sidley.com

**Patricia K. Smoots**
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
312-750-2759
Fax : 312-920-6169
Email: psmoots@mcguirewoods.com

**Holly Snow**
Paul Hastings LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6000
Email: hollysnow@paulhastings.com

**J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

usa
302-652-3131
Fax : 302-652-3117
Email: kstickles@coleschotz.com

**John H. Strock**
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323
302-654-7444
Fax : 302-656-8920
Email: jstrock@foxrothschild.com

**O. Andrew F. Wilson**
Emery Celli Brinkerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212 7635000

**Jared D. Zajac**
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002
212-547-5639
Fax : 212-547-5444

*Debtor*
**Tribune Company, Reorganized Debtors**
OUTSIDE U. S.

represented by **Matthew G. Martinez**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
Email: matthew.martinez@sidley.com

**Norman L. Pernick**
(See above for address)

**Patrick J. Reilley**
(See above for address)

**J. Kate Stickles**
(See above for address)

*Trustee*
**Litigation Trustee**

represented by **Richard Scott Cobb**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: cobb@lrclaw.com

**Jeffrey R. Drobish**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
P.O. Box 2087
Wilmington, DE 19801
302-467-4423

|  |  |
|---|---|
|  | Fax : 302-467-4450<br>Email: drobish@lrclaw.com<br><br>**J. Landon Ellis**<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>302-467-4400<br>Fax : 302-467-4450<br>Email: ellis@lrclaw.com<br><br>**Jason Goldsmith**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000<br>Fax : (212) 872-1002<br>Email: jgoldsmith@akingump.com<br><br>**Deborah J. Newman**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000<br>Fax : (212) 872-1002<br>Email: djnewman@akingump.com<br><br>**David M. Zensky**<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br>212-872-1000<br>Fax : 212-872-1000<br>Email: dzensky@akingump.com |
| *Trustee*<br>**Marc S. Kirschner, as Litigation Trustee** | represented by **Kimberly A. Brown**<br>Landis Rath & Cobb LLP<br>919 N. Market Street<br>Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899<br>302-467-4400<br>Fax : 302-467-4450<br>Email: brown@lrclaw.com<br><br>**Jeffrey R. Drobish**<br>(See above for address) |
| *U.S. Trustee*<br>**United States Trustee**<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>302-573-6491<br><br>*U.S. Trustee* |  |

**David L. Buchbinder**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
302-573-6491

*Mediator*
**Kevin Gross,** *as mediator for Certain ERISA-related Claims*
U S Bankruptcy Court
824 Market Street
Wilmington, DE 19801

*Mediator*
**Hon. Joseph J. Farnan, Jr.,** *as Mediator for Contested Fee Matters*

*Claims Agent*
**Epiq Bankruptcy Solutions LLC**
www.epiqsystems.com
757 Third Ave
Third Floor
New York, NY 10017
646-282-2500

*Creditor Committee* represented by **Kimberly A. Brown**
**Zuckerman Spaeder LLP** (See above for address)

                                  **Matthew B. McGuire**
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Fax : 302-467-4450
Email: mcguire@lrclaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/08/2008 | 1 (24 pgs) | Chapter 11 Voluntary Petition . Fee Amount $1039. Filed by Tribune Company. (Pernick, Norman) (Entered: 12/08/2008) |

JO ANNA CANZONERI MCCORMICK
NEW YORK, NEW YORK
CELL 626 417 3861 (NOT IN SERVICE
EMAIL JCANZONERI101@HOTMAIL.COM

## NOTICE OF APPEAL

UNITED STATES FEDERAL BANKRUPTCY COURT
824 NORTH MARKET STREET
WILMINTON DELAWARE 19801

CASE NUMBER (UNKNOWN)

PLAINTIFFS (DEBTOR):
JOHN DOES 1-100
JANE DOES 1-100

DEFENDANTS (CREDITOR):  TRIBUNE COMPANY
JOHN DOES 1-100
JANE DOES 1-100

NOTICE IS HEREBY GIVEN THAT

JO ANNA CANZONERI MCCORMICK hereby appeals to the UNITED STATES SUPREME COURT
WASHINGTON, DC TO OPEN, REVIEW, CHANGE AND REVERSE
the decision made by HONORABLE FEDERAL BANKRUPTCY JUDGE AT THE UNITED STATES FEDERAL DISTRICT BANKRUPTCY COURT IN DELAWARE TO REVERSE THE APPROVAL AND DECISION MADE ON THE OFFERS, PURCHASE, SALES CONTRACTS AND SALES OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING FULL OWNERSHIP, OWNER AND HEIR OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY)

ALSO I (JO ANNA CANZONERI MCCORMICK) PERSONALLY AM CLAIMING

FORGERY OF MY (JO ANNA CANZONERI MCCORMICK) SIGNATURE AND NAME OF ANY AND ALL LEGAL DOCUMENTS, BECAUSE I (JO ANNA CANZONERI MCCORMICK) DID NOT APPROVE, AGREE AND SIGN ANY LEGAL DOCUMENT FOR THE PURCHASE, OFFER AND SALE OF THE TRIBUNE COMPANY AND ANY AND ALL LEGAL DOCUMENTS OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY).

I (JO ANNA CANZONERI MCCORMICK) personally am claiming THAT ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT OWN NOR PURCHASE THE TRIBUNE COMPANY THIS IS THE CLAIM THAT IN FACT I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING THAT IT IS SUSPICIOUS OF MURDER,FORGERY,EMBEZZLEMENT, THEFT, GRAND LACARY AND FRAUD

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY WOULD LIKE TO PRESS CHARGES AND ARREST.

I personally am claiming full ownership (owner) of THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY. ALONG I (JO ANNA CANZONERI MCCORMICK) PERSONALLY DID NOT EMPLOY OR HIRE THE ATTORNEYS, TRUSTEES AND ADMINISTRATORS OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY.

DATED NOVEMBER 07, 2013

*[signature]*

JO ANNA CANZONERI MCCORMICK

JO ANNA CANZONERI MCCORMICK
NEW YORK, NEW YORK
CALIFORNIA
CELL 626 417 3861 (NOT IN SERVICE
EMAIL JCANZONERI101@HOTMAIL.COM


NOVEMBER 07, 2013


UNITED STATES FEDERAL BANKRUPTCY COURT
824 NORTH MARKET STREET
WILMINGTON DE 19801

RE: NOTICE OF APPEAL ON THE TRIBUNE COMPANY AND ANY AND ALL OF
    ITS SUBSIDIARY COMPANYS

DEAR GENTLEMEN

ENCLOSED AND ATTACHED IS THE NOTICE OF APPEAL ON THE
TRIBUNE COMPANY AND ANY AND ALL OF ITS SUBSIDIARY COMPANYS

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME BY EMAIL

THANKS


JO ANNA CANZONERI MCCORMICK

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
Tribune Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Jo Anna Canzoneri McCormick filed a Notice of Appeal on 11/13/2013 regarding the N/A

The Notice of Appeal may be viewed at docket number 13787. The order on appeal may be viewed at docket number N/A.

David D. Bird
CLERK OF COURT

Date: 11/22/13
(VAN–440)

# Notice Recipients

District/Off: 0311−1          User: LisaD                  Date Created: 11/22/2013
Case: 08−13141−KJC          Form ID: van440              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Jo Anna Canzoneri McCormick        POB 684        Pasadena, CA 91102

TOTAL: 1