JO ANNA CANZONERI MCCORMICK
NEW YORK, NEW YORK
CALIFORNIA
CELL 626 417 3861 (NOT IN SERVICE
EMAIL JCANZONERI101@HOTMAIL.COM

NOVEMBER 07, 2013

UNITED STATES FEDERAL BANKRUPTCY COURT
824 NORTH MARKET STREET
WILMINGTON DE 19801

RE: NOTICE OF APPEAL ON THE TRIBUNE COMPANY AND ANY AND ALL OF ITS SUBSIDIARY COMPANYS

DEAR GENTLEMEN

ENCLOSED AND ATTACHED IS THE NOTICE OF APPEAL ON THE TRIBUNE COMPANY AND ANY AND ALL OF ITS SUBSIDIARY COMPANYS

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME BY EMAIL

THANKS

JO ANNA CANZONERI MCCORMICK