JO ANNA CANZONERI MCCORMICK  
NEW YORK, NEW YORK  
CELL 626 417 3861 (NOT IN SERVICE  
EMAIL JCANZONERI101@HOTMAIL.COM

## NOTICE OF APPEAL

UNITED STATES FEDERAL BANKRUPTCY COURT  
824 NORTH MARKET STREET  
WILMINTON DELAWARE  19801

CASE  NUMBER  (UNKNOWN)

PLAINTIFFS (DEBTOR):  
JOHN DOES1-100  
JANE DOES1-100

DEFENDANTS (CREDITOR):  TRIBUNE COMPANY  
JOHN DOES 1-100  
JANE DOES 1-100

NOTICE IS HEREBY GIVEN THAT

JO ANNA CANZONERI MCCORMICK hereby appeals to the UNITED STATES SUPREME COURT  
WASHINGTON, DC TO OPEN, REVIEW, CHANGE AND REVERSE  
the decision made by HONORABLE FEDERAL BANKRUPTCY JUDGE AT THE  
UNITED STATES FEDERAL DISTRICT BANKRUPTCY COURT IN DELAWARE TO  
REVERSE THE APPROVAL AND  DECISION MADE ON THE OFFERS, PURCHASE ,  
SALES CONTRACTS AND SALES OF THE TRIBUNE COMPANY AND ANY AND ALL  
OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY  
SUBSIDIARY

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING FULL  
OWNERSHIP, OWNER AND HEIR OF THE TRIBUNE COMPANY AND ANY AND ALL  
OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY  
SUBSIDIARY)

ALSO I (JO ANNA CANZONERI MCCORMICK) PERSONALLY AM CLAIMING

FORGERY OF MY (JO ANNA CANZONERI MCCORMICK) SIGNATURE AND NAME OF ANY AND ALL LEGAL DOCUMENTS, BECAUSE I (JO ANNA CANZONERI MCCORMICK) DID NOT APPROVE, AGREE AND SIGN ANY LEGAL DOCUMENT FOR THE PURCHASE, OFFER AND SALE OF THE TRIBUNE COMPANY AND ANY AND ALL LEGAL DOCUMENTS OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY).

I (JO ANNA CANZONERI MCCORMICK) personally am claiming THAT ROBERT RUTHERFORD MCCORMICK PERSONALLY DID NOT OWN NOR PURCHASE THE TRIBUNE COMPANY THIS IS THE CLAIM THAT IN FACT I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING THAT IT IS SUSPICIOUS OF MURDER,FORGERY,EMBEZZLEMENT, THEFT, GRAND LACARY AND FRAUD

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY WOULD LIKE TO PRESS CHARGES AND ARREST.

I personally am claiming full ownership (owner) of THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY. ALONG I (JO ANNA CANZONERI MCCORMICK) PERSONALLY DID NOT EMPLOY OR HIRE THE ATTORNEYS, TRUSTEES AND ADMINISTRATORS OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY SUBSIDIARY.

DATED NOVEMBER 07, 2013

JO ANNA CANZONERI MCCORMICK

JO ANNA CANZONERI MCCORMICK
NEW YORK, NEW YORK
CALIFORNIA
CELL 626 417 3861 (NOT IN SERVICE
EMAIL JCANZONERI101@HOTMAIL.COM


NOVEMBER 07, 2013


UNITED STATES FEDERAL BANKRUPTCY COURT
824 NORTH MARKET STREET
WILMINGTON DE 19801

RE: NOTICE OF APPEAL ON THE TRIBUNE COMPANY AND ANY AND ALL OF
    ITS SUBSIDIARY COMPANYS

DEAR GENTLEMEN

ENCLOSED AND ATTACHED IS THE NOTICE OF APPEAL ON THE
TRIBUNE COMPANY AND ANY AND ALL OF ITS SUBSIDIARY COMPANYS

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME BY EMAIL

THANKS


JO ANNA CANZONERI MCCORMICK

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company  
Tribune Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Jo Anna Canzoneri McCormick filed a Notice of Appeal on 11/13/2013 regarding the N/A

The Notice of Appeal may be viewed at docket number 13787. The order on appeal may be viewed at docket number N/A.

> David D. Bird  
> CLERK OF COURT

Date: 11/22/13  
(VAN–440)

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaD | Date Created: 11/22/2013 |
| Case: 08−13141−KJC | Form ID: van440 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Jo Anna Canzoneri McCormick        POB 684        Pasadena, CA 91102

TOTAL: 1