**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 11, 2013 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY[2]**

**AS NO MATTERS ARE GOING FORWARD,
WITH THE COURT'S PERMISSION, THE HEARING IS CANCELLED**

**RESOLVED MATTERS / ORDER ENTERED**

1. Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed November 13, 2009) (Docket No. 2561)

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed December 1, 2009) (Docket No. 2685)

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Any party who wishes to participate in the hearing telephonically must register with COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

(b) Notice of Withdrawal of Debtors' Tenth Omnibus (Substantive) Objection to Claims as it relates to Claim No. 3660 of Robby Wells (Filed November 25, 2013) (Docket No. 13803)

Response Deadline: December 8, 2009 at 4:00 p.m.

Responses Received:

(a) Response by Robby S. Wells to Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims (Filed December 4, 2009) (Docket No. 2744)

(b) Letter from Robert Wells with copy of Hauling Agreement (Received February 17, 2011) (Not Docketed)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection, and with respect to Claim No. 5606 of Personal Plus, Inc. and Claim No. 1332 of Karolyn M. Walker (See Docket Nos. 3011, 3526 and 7274). The Objection was withdrawn with respect to Claim No. 501 of Chris Parker, Claim No. 2998 of Marc Silver, Claim No. 5579 of Gelco Corporation, d/b/a GE Capital Fleet Services, and Claim No. 3660 of Robby Wells. No issues remain outstanding with respect to the Objection. This matter will not be going forward.

2. Motion of Certain Former Tribune Directors and Officers for Order to Amend the Depository Order and Acknowledgement to Allow D&O Insurers to Retain Discovery Documents (Filed October 25, 2013) (Docket No. 13769)

Related Documents:

(a) Order Amending the Depository Order and Acknowledgement to Allow D&O Insurers to Retain Discovery Documents (Entered November 14, 2013) (Docket No. 13790)

Objection Deadline: November 8, 2013 at 4:00 p.m.

Responses Received: None.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

**CONTINUED MATTERS**

3. Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

   Response Deadline: June 9, 2010 at 4:00 p.m.

   Responses Received:

   (a) Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

   Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Reorganized Debtors and Marcia Willette have resolved the Objection in principle as it relates to Claim No. 6160 filed by Marcia Willette as Guardian for her minor son Zachary Mitzkovitz. Ms. Willette's entry into a settlement agreement on behalf of Mr. Mitzkovitz is subject to the approval of the Circuit Court for Marion County, Florida – Probate Division (the "Florida State Court"), pursuant to Florida state law. Upon receipt of the required approval from the Florida State Court and execution of a settlement agreement, the Reorganized Debtors intend to withdraw the Objection. This matter will not be going forward.

4. Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

   Response Deadline: March 15, 2011 at 4:00 p.m.

   Responses Received:

   (a) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

   (b) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned to the February 13, 2014 hearing. This matter will not be going forward.

5. Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Filed January 25, 2013) (Docket No. 13108)

Objection Deadline: February 6, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended until 4:00 p.m. on January 31, 2014 for the Franchise Tax Board of the State of California.

Responses Received: None at this time.

Status: On consent of the parties, the hearing on the Objection is adjourned to the February 13, 2014 hearing. This matter will not be going forward.

6. Reorganized Debtors' Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed June 26, 2013) (Docket No. 13643)

Response Deadline: July 23, 2013 at 4:00 p.m.
On consent of the parties, the Reply Deadline was extended until 4:00 p.m. on October 3, 2013 for the Reorganized Debtors.

Responses Received:

(a) Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund and Truck Drivers and Helpers Local 355 Retirement Pension Funds' Objection to Reorganized Debtors' Objection to Claims (Filed July 23, 2013) (Docket No. 13661)

(b) Reorganized Debtors' Reply in Support of the Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed October 3, 2013) (Docket No. 13739)

Status: On consent of the parties, the hearing on the Objection is adjourned to such future date and time as the parties agree after consultation with the Court. This matter will not be going forward.

7. Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13715)

Response Deadline: October 1, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on October 15, 2013 for Mr. Younge. The Reply Deadline is extended until 4:00 p.m. on February 10, 2014 for the Reorganized Debtors.

Responses Received:

(a) Response of the Creditor Keith Younge to the Objections Presented to Claim Number 3333 of Keith Younge, Pursuant 502 (b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed October 15, 2013) (Docket No. 13755)

Status: On consent of the parties, the hearing on the Objection is adjourned to the February 13, 2014 hearing. This matter will not be going forward.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

8. Reorganized Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed November 8, 2013) (Docket No. 13780)

Related Documents:

(a) Notice of Submission of Proofs of Claim Regarding Reorganized Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed November 27, 2013) (Docket No. 13804)

(b) Certification of No Objection Regarding Docket No. 13780 (Filed December 6, 2013) (Docket No. 13814)

Objection Deadline: December 4, 2013 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

Dated: December 6, 2013

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ________________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS