# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Tribune Company,** *et al.,* | : | |
| | : | |
| | : | Bankruptcy No. 08-13141-KJC |
| | : | |
| Debtor, | : | |

## NOTICE OF WITHDRAWAL OF NOTICE OF DOCUMENT

Roerta A. DeAngelis, United States Trustee for Region Three ("U. S. Trustee"), by and through her counsel, hereby withdraws Docket Entry 13434 filed April 10, 2013 entitled United States Trustee's Objection to the Motion Of Law Debenture Trust Company Of New York Pursuant To 11 U.S.C. §§ 503(b)(3)(D), 503(b)(4), And 503(b)(5) For Allowance And Payment Of Fees And Expenses Incurred In Connection With Making A Substantial Contribution To The Debtors Chapter 11 Cases And Granting Waiver Of Compliance With Del. Bankr. L.R. 2016-2(d)(vii) In Accordance With Del. Bankr. L.R. 2016(2)(h).

**Roberta A. DeAngelis,**
**United States Trustee, Region Three**

Dated: December 26, 2013     **BY:** _____/s/_____
David L. Buchbinder, Esquire
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)