IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) (Jointly Administered) |
| | ) |
| Reorganized Debtors. | ) Bk. No. 08-13141 (KJC) |
| | ) |
| JO ANNA CAZONERI MCCORMICK, | ) |
| | ) |
| Appellant. | ) Civ. No. 13-1584-GMS |
| | ) |
| v. | ) AP No. 13-87 |
| | ) |
| TRIBUNE COMPANY, et al., | ) |
| | ) |
| Appellees. | ) |

**ORDER**

At Wilmington this 26th day of June, 2013;

IT IS ORDERED that: (1) the motion to dismiss (D.I. 4) is **denied** as moot; and (2) the bankruptcy appeal is **dismissed** without prejudice for appellant's failure to pay the filing fee, for the reasons that follow:

Appellant filed this appeal without prepayment of the filing fee and an incomplete application to proceed without prepayment of fees on a form from the United States District Court for the Eastern District of New York. (*See* D.I. 1.) On November 18, 2013, the court ordered appellant to pay the $298.00 filing fee, payable to the United States Bankruptcy Court for the District of Delaware, **or** submit a complete AO 239 form, Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) within twenty-one days from the date of the

order. Appellant was warned that her failure to comply with the order would result in dismissal of the appeal without prejudice.

The time has lapsed and appellant has not complied with the November 18, 2013 order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

2