January 3, 2014

To: Judge Kevin Gross, Mediator
U.S. Bankruptcy Court for Delaware
824 Market ST N, 3rd Floor
Wilmington, DE 19801

Re: Chicago Tribune Chapter 11
Delaware Case # OP-13141(KJC)

Please, consider to pay us any nominal sum to satisfy our claim. Thanks.

Sincerely,
David Kissi, Interested Party
PO Box 2177, Fern St.
Arlington, VA  22202
Tel: 202-675-6365

Attachments: See Proof of Claim on pp. 2-4.

Letter #4 page 2 Dated 3/24/09

B 10 (Official Form 10) (12/08)

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT** One Bowling Green, NY, NY 10004-1404

**Name of Debtor:** Ciena / Bussman Loan Express

**Case Number:** 08-13783 AJG

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): David Rissi

**Name and address where notices should be sent:**
David Rissi
FCI / Camp Elkton
PO Box 10
Lisbon, OH 44432

**Telephone number:** 330 964 0176

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

**Filed on:** _____

**Name and address where payment should be sent** (if different from above):
David Rissi
325 Penn Ave, SE
Washington, DC 20003

**Telephone number:** 202 668 4154

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ A Billion Dollars — unsecured claim

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Claim arises from a conspiracy where Bussman Loan Express joined a conspiracy to take the Rissi's assets without compensation. See Joseph S-3
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $ _____   **Annual Interest Rate** _____ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ _____   **Basis for perfection:** _____

**Amount of Secured Claim:** $ _____   **Amount Unsecured:** $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

**Date:** 3/24/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ David Rissi   David Rissi a crime victim of Debtors and an interested party.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NB: This case is now pending in the US Supreme Court as part of case # 13-7627. See P4

②

B 10 (Official Form 10) (12/08) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### ___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### ___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2013

Mr. David M. Kissi
325 Pennsylvania Ave., SE
Washington, DC 20003

Re: David Kissi
    v. United States
    No. 13-7627

Dear Mr. Kissi:

The petition for a writ of certiorari in the above entitled case was filed on December 4, 2013 and placed on the docket December 4, 2013 as No. 13-7627.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

Scott S. Harris, Clerk

by
Andrew Downs
Case Analyst

Enclosures

May 26, 2013

To: Trustee for Chicago Tribune Chapter 11
c/o: Epiq Bankruptcy Solutions LLC, Claims Agent
757 Third Ave
Third Floor
New York, NY 10017
www.epiqsystems.com
Tel: 646-282-2500

Re: Chicago Tribute Chapter 11 – Delaware Case # 08-13141(KJC)

We are interested parties in the Chapter 11 Estate of the Chicago Tribune. And we are gratified to learn that the Court has approved the Tribune's exit from the Bankruptcy Court. Now, kindly and voluntarily send us a check for the residue of the bankruptcy estate in any sum you can afford to nominally and mutually settle our claim.

Please, respond soon.

David Kissi
PO Box 2177
Pentagon City
Arlington, VA 22202
202-675-6365



In The United States Bankruptcy Court
For The District of Delaware

In re:                                    :    Chapter 11
                                          :
Tribune Company et al                     :    Case No. 08-13141 (KJC)
                                          :
            Debtors                       :    Jointly Administered
                                          :
                                          :    Related to Docket No. 10964, 11102, 11104,
                                          :    1119 & 11181

### Kissi' Praecipe
### In re: Order Sustaining Debtors' Fifty-First Omnibus (Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1

May this Court note that the basis of the cause of action of Ammendale Trust and David Kissi, Interested Parties against the Chicago Tribune arises from a civil complaint Kissi et al had filed against the Tribune and its subsidiary, The Baltimore Sun. In fact, the $1 Billion claim is still pending in the U.S. District Court of D.C. and the Federal Court in Greenbelt, MD. See attached Exhibit A.

So even though Kissi et al's claim remains unresolved as of today Kissi et al should be treated as an unsecured creditor for the purpose of the Tribune and its holdings' Chapter 11 reorganization. See p. 2 hereby attached.

That Kissi prays for a hearing pursuant to Maryland Rule 2-311(f) and his 4th Amendment Right if his claim is disputed by any party.

Respectfully Submitted by: _____ 4/16/2012
David Kissi, Interested Parties
Ammendale Trust
325 Pennsylvania Ave SE
Washington, DC 20003
202-675-6365 (Bus. hrs 8AM-5PM)

Certificate of Service
That the Plaintiffs did send copies per the U.S. Postmaster of this Praecipe to the Debtor per its attorney and all interested parties listed in the court Records.

_____ 4/16/2012
David Kissi



# Tribune Talks To Be Guided By Mediator

BY SHIRA OVIDE

Tribune Co. said a court-appointed mediator will help negotiate among sparring creditors in the media company's bankruptcy proceedings, a sign of how contentious the process has become.

Tribune, which owns the Los Angeles Times and a string of TV stations, also said its board formed a special committee to oversee its progress as it tries to exit Chapter 11 protection.

The company's biggest creditors, which include **J.P. Morgan Chase & Co.** and investment firm **Angelo Gordon & Co.**, are poised to take over the company. First, however, they and other debt holders have to agree on Tribune's blueprint for emerging from bankruptcy, and talks have broken down, people familiar with the matter have said.

The special committee of Tribune's board consists of Mark Shapiro, former chief executive of amusement-park operator **Six Flags Entertainment** Corp.; Jeffrey Berg, CEO of talent agency **International Creative Management Inc.**; **Frontier Communications** Corp. CEO Maggie Wilderotter; and Frank Wood, head of venture capital firm **Secret Communications Inc.**

The mediator in the case is Kevin Gross, a judge in the Delaware federal bankruptcy court, the company said.