

Amy Pitter
Commissioner

Kevin Brown
General Counsel

**THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
LITIGATION BUREAU - BANKRUPTCY UNIT
100 CAMBRIDGE STREET 7TH FLOOR
BOX 9564, BOSTON, MA 02114**

December 17, 2013

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, MY 10017
ATTN: Tribune Company Claim Processing

Dear Sir or Madam:

Please withdraw the following claim in the matter of Tribune Broadcasting News Network, Inc., Dkt# 08-13225 KJC

| TYPE OF CLAIM | AMOUNT | DATE FILED | CLAIM NUMBER |
|---|---|---|---|
| Unsecured Priority | $1,089.41 | April 16, 2009 | 961 |
| Unsecured General | $246.24 | April 16, 2009 | 961 |

Sincerely,

William F. Connor
Tax Supervisor
MDOR Bankruptcy Unit
617.626.3238

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
P.O.BOX 9564, BOSTON, MA 02114-9564
TEL #:(617)626-3875 FAX #:(617) 626-3796



## PRIORITY PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

DOCKET #: 08-13225 KJC
PETITION DATE: 12/08/08
CHAPTER 11
I.D.#: 363-731-088



FILED / RECEIVED
APR 1 6 2009
EPIQ BANKRUPTCY SOLUTIONS

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF **DELAWARE**

IN THE MATTER OF: **TRIBUNE BROADCASTING NEWS NETWORK, INC.**

  **X**   IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.

  ___   AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED

1. THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS **A**, **B**, AND **C** BELOW.

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

---

A.  **SECURED CLAIMS** (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

$

**POST-PETITION INTEREST MAY BE PAYABLE** (SEE 11U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

---

B.  **UNSECURED PRIORITY CLAIMS** UNDER 507(a)(8) OF THE BANKRUPTCY CODE:

$1,089.41

---

C.  **UNSECURED GENERAL CLAIMS**:

$246.24

---

**TOTAL:**    $1,335.65

AUTHORIZED SIGNATURE: _[signature]_    DATE: April 13, 2009

STEPHEN KOBIALKA, TAX SUPERVISOR, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3317

ANNE CHAN, TAX EXAMINER, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3869

COPY

## MDOR PRIORITY / GENERAL UNSECURED PROOF-OF-CLAIM

DISTRICT OF:    DELAWARE                              DOCKET # :   08-13225 KJC
IN THE MATTER OF: TRIBUNE BROADCASTING NEWS NETWORK, INC.
CHAPTER 11 BANKRUPTCY
PETITION DATE:    12/08/08                            TAX I.D.# :   363-731-088

TAX TYPE SYMBOLS:    WH = WITHHOLDING;  ST = SALES ;  MT = MEALS;  RO = ROOM OCCUPANCY
                     IT = INCOME;  CP = CORPORATE EXCISE;  SP. F. = SPECIAL FUELS;
                     SER=SERVICES  PU = PUBLIC UTILITY;  RL=ROOM LOCAL

| TAX TYPE | PERIOD ENDING | DATE TAX ASSESSED | TAX | INTEREST TO PETITION DATE | BALANCE DUE | GENERAL UNSECURED CLAIM PENALTY |
|---|---|---|---|---|---|---|
| CP | 12/31/05 | 02/26/09 | $456.00 | $130.22 | $586.22 | $193.80 |
|    | 12/31/06 | "        | $0.00   | $23.45  | $23.45  | $0.00   |
|    | 12/31/07 | 09/15/08 | $456.00 | $23.74  | $479.74 | $52.44  |

**TOTAL THIS PAGE:**         $912.00         $177.41         $1,089.41         $246.24

**SUMMARY TOTAL:**                                           $1,089.41         $246.24

PAGE 1 OF 1