# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Related to Docket Nos. 12832, 13173, 13437 13578, 13734, 13745, 13794, and 13798 |

## NOTICE OF RESOLUTION OF OBJECTION OF KTLA, INC. TO CLAIM NO. 4412 OF MARTA WALLER AND RELATED MATTERS

**PLEASE TAKE NOTICE THAT**:

1. On December 11, 2012, KTLA, Inc. ("KTLA") filed an Objection to Claim No. 4412 of Marta Waller (the "Waller Claim") Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (the "Objection") (Docket No. 12832).

2. On February 7, 2013, Marta Waller's (I) Response to KTLA, Inc.'s Objection to Claim No. 4412 of Marta Waller Pursuant to Sections 502(b) and 558 of the Bankruptcy Code

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

and Bankruptcy Rules 3001, 3003 and 3007 and (II) Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) (the "Cross Motion") (Docket No. 13173) was filed with the Court.

3.  On April 10, 2013, KTLA, LLC's (I) Objection to Marta Waller's Cross Motion for Leave to File an Amended Proof of Claim and for Abstention Pursuant to 28 U.S.C. § 1334(c) and (II) Reply to Marta Waller's Response to Objection to Claim No. 4412 (Docket No. 13437) (the "KTLA Objection and Reply") was filed with the Court.

4.  A hearing on the Objection and Cross Motion was held on April 24, 2013.

5.  Thereafter, by Consent Order dated June 3, 2013 (Docket No. 13578), Supplemental Consent Order dated October 7, 2013 (Docket No. 13745), and Second Supplemental Consent Order dated November 21, 2013 (Docket No. 13798), the Court established a schedule to govern the discovery and supplemental briefing by KTLA and Ms. Waller (the "Parties") on the Objection, Cross Motion, and KTLA Objection and Reply.

6.  On or about December 16, 2013, the Parties commenced a private mediation with an experienced employment law mediator, at which mediation the Parties reached a consensual resolution of the disputes that were the subject matter of the Waller Claim and the Objection.[2]

7.  On January 22, 2014, the settlement agreement between the Parties became effective (the "Settlement").

8.  Based on the Settlement, the Reorganized Debtors and/or the Bankruptcy Court-appointed claims agent will amend the official claims register maintained in these chapter 11

---

[2] Pursuant to the terms of the Fourth Amended Joint Plan of Reorganization (the "Plan") for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., after the Effective Date (as that term is defined in the Plan), the Reorganized Debtors have "the power and authority to allow or settle and compromise any Claim without notice to any other party, or approval of, or notice to the Bankruptcy Court . . . ." See Plan at § 8.1.

cases to reflect that the Waller Claim, being Claim No. 4412, was allowed as a general unsecured claim against KTLA in the amount set forth in the Settlement.

9. The Settlement resolves all matters raised in the Waller Claim, the Objection, the Cross Motion, and the KTLA Objection and Reply.

Dated: January 22, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

3