Notice of Returned Mail to Debtor/Debtor's Attorney

January 22, 2014

From: United States Bankruptcy Court, District of Delaware

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Tribune Company, Case Number 08-13141, KJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Jo Anna Canzoneri McCormick
POB 684
Pasadena, CA 91102-0684

THE UPDATED ADDRESS IS:[1]

Jo Anna Canzoneri McCormick
995 East Green Street, #324
Pasadena, CA 91101

/s/ Norman L. Pernick                                          Dated:   January 24, 2014
Norman L. Pernick (No. 2290)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

---

[1] Address was provided on a Notice of Appeal filed by appellant.

46429/0001-9901646v2