IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al., ) | Bk. No. 08-13141 (KJC) |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| JO ANNA CAZONERI MCCORMICK, ) | |
| ) | |
| Appellant. ) | Civ. No. 13-1988-GMS |
| ) | |

**ORDER**

At Wilmington this 23rd day of Jan, 2014;

IT IS ORDERED that the bankruptcy appeal is **dismissed** without prejudice for appellant's failure to pay the filing fee or submit an application to proceed without prepayment of fees, for the reasons that follow:

Appellant filed this appeal without prepayment of the filing fee or an application to proceed without prepayment of fees. On December 5, 2013, the court ordered appellant to pay the $298.00 filing fee, payable to the United States Bankruptcy Court for the District of Delaware, **or** submit a complete AO 239 form, Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) within twenty-one days from the date of the order. (*See* D.I. 3.) Appellant was warned that her failure to comply with the order would result in dismissal of the appeal without prejudice.

The time has lapsed and appellant has not complied with the December 5, 2013 order.

CHIEF, UNITED STATES DISTRICT JUDGE