IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## TWELFTH NOTICE OF SATISFIED CLAIMS

**PLEASE TAKE NOTICE THAT:**

On December 8, 2008, Tribune Company and certain of its affiliates (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On July 23, 2012, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (Docket No. 12074) (the "Plan"). The effective date of the Plan occurred on December 31, 2012 (the "Effective Date").

The reorganized debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby file this notice (the "Notice") identifying certain prepetition claims asserted against the Debtors (the "Satisfied Claims"), a list of which is attached hereto as Exhibit A, which have been satisfied or released in full by payments, credits, agreements, and/or settlements made after the Effective Date in accordance with the Bankruptcy Code, applicable rules, an order of the Bankruptcy Court, or the terms of the Plan.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-10284266v1

The Reorganized Debtors, through the Bankruptcy Court-appointed claims and noticing agent, Epiq Bankruptcy Solutions, LLC, intend to modify the official claims register to reflect that the Satisfied Claims have been satisfied in full by payments, credits, agreements, and/or settlements made by the Reorganized Debtors after the Effective Date, and that no further payments or distributions are required on account of such claims.

### RESPONSES TO THIS NOTICE

You are receiving this Notice because the Reorganized Debtors believe that you are a holder of a Satisfied Claim. If you agree that your claim has been satisfied in full, you do not need to take any further action.

If you disagree that your claim has been satisfied in full, the Reorganized Debtors request that you file a written response (a "Response") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and at the same time serve such Response on the undersigned counsels to the Reorganized Debtors, on or before **February 26, 2014 at 4:00 p.m. (prevailing Eastern Time)**. The Reorganized Debtors will then make a reasonable effort to review the particular Satisfied Claim identified in the Response to determine whether any asserted amounts have not, in fact, been satisfied by the Reorganized Debtors. In the event that the parties are unable to reach a resolution, the Reorganized Debtors will request that a hearing be held to resolve the matter at a date and time to be determined by the Reorganized Debtors in their discretion, subject to the Bankruptcy Court's availability.

### RESERVATION OF RIGHTS

The Reorganized Debtors expressly reserve the right to amend, modify or supplement this Notice and reserve their rights to file additional objections on any applicable basis to any claims filed in these chapter 11 cases.

[Remainder of Page Intentionally Left Blank]

Dated: Wilmington, Delaware
February 6, 2014

SIDLEY AUSTIN LLP
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR THE REORGANIZED DEBTORS

3

46429/0001-10284266v1