## EXHIBIT A

### Satisfied Claims

46429/0001-10284266v1

**TRIBUNE COMPANY, ET AL.**

**EXHIBIT A - TWELFTH NOTICE OF SATISFACTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR SATISFACTION |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 08-13141 | Tribune Company | 7089 | $203,115,084.59 | Claim satisfied by payment to claimant of all taxes due for the relevant periods on May 21, 2013, plus application of interest netting adjustments approved by the IRS on or about December 31, 2013. |
| | | | | Total | $203,115,084.59 | |

Page 1 of 1

46429/0001-10284271v1