MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562) 907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF RIVERSIDE, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 08-13141 KJC |
| TRIBUNE COMPANY, *et al.* | Chapter 11 |
| Debtor. | **REQUEST TO BE REMOVED FROM ELECTRONIC CASE FILING NOTIFICATION LISTS** |
| | (NO HEARING REQUIRED) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Riverside, California, A California Taxing Authority, hereby requests to be removed from all electronic case filing (ECF) notification lists concerning the bankruptcy of Tribune Company, *et al.*, Debtor, Case Number 08-13141 KJC.

Dated: February 21, 2014          ROMERO LAW FIRM

                                  By    /s/ Martha E. Romero
                                  MARTHA E. ROMERO
                                  Attorney for County of Riverside, CA,
                                  A California Taxing Authority

1