# EXHIBIT I

**Third Interrogatories**

ACTIVE 8426672v.10



1  Carney R. Shegerian, Esq., State Bar No. 150461
   SHEGERIAN & ASSOCIATES, INC.
2  225 Arizona Avenue, Suite 400
   Santa Monica, California 90401
3  Telephone Number: (310) 860-0770
   Facsimile Number:  (310) 860-0771
4

5  Attorneys for Plaintiffs,
   JAYNE CLEMENT, on behalf of herself
6  and all others similarly situated

7

8  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

10

11 JAYNE CLEMENT, on behalf of            ) Case No.: BC 390 943
   herself and all others similarly situated, )
12                                         ) **CLASS ACTION**
        Plaintiffs,                        )
13                                         ) **The Honorable Holly E. Kendig**
   vs.                                     )
14                                         ) **PLAINTIFFS' SPECIAL**
   TRIBUNE COMPANY, TRIBUNE                ) **INTERROGATORIES TO DEFENDANT**
15 INTERACTIVE, INC., TRIBUNE              ) **TRIBUNE COMPANY (SET THREE)**
   MEDIA NET, INC., LOS ANGELES            )
16 TIMES COMMUNICATIONS, LLC,              )
   LOS ANGELES TIMES, and DOES 1           )
17 to 1,000, inclusive,                    )
                                           )
18      Defendants.                        )
                                           )
19

20 **PROPOUNDING PARTY:**      **JAYNE CLEMENT**

21 **RESPONDING PARTY:**       **TRIBUNE COMPANY**

22 **SET NUMBER:**             **THREE**

23

Plaintiff Jayne Clement, on behalf of herself and all others similarly situated, hereby propounds the following Special Interrogatories, Set Three, on defendant Tribune Company. Plaintiff requests that defendant answer the following interrogatories under oath within thirty (35) days, pursuant to Code of Civil Procedure section 2030.260.

## SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

Please state the total number of persons who are currently employed by YOU as Account Executives and anyone working under a different title selling advertising space at YOUR business locations in the State of California. (For the purposes of these interrogatories, the terms "YOU" and "YOUR" shall refer to defendant Tribune Company, any of its subsidiaries, any of its business units, any agent, representative, attorney, or assign of defendant, and any other person or entity acting for defendant or on defendant's behalf.)

**SPECIAL INTERROGATORY NO. 2:**

Please state the total number of persons who were formerly employed by YOU as Account Executives and anyone working under a different title selling advertising space at YOUR business locations in the State of California at any time during the LIABILITY PERIOD. (For the purposes of these interrogatories, the term "LIABILITY PERIOD" shall mean from May 15, 2004 through May 15, 2008.)

**SPECIAL INTERROGATORY NO. 3:**

Please state the total number of persons who were employed by YOU as Account Executives and anyone working under a different title selling advertising space at YOUR business locations in the State of California during the LIABILITY PERIOD.

///

///

///

///

**SPECIAL INTERROGATORY NO. 4:**

For each currently or formerly employed Account Executives and anyone working under a different title selling advertising space employed by YOU in the State of California during the LIABILITY PERIOD, please state his or her name and last known address, telephone number, and e-mail address

Dated: January 6, 2014      SHEGERIAN & ASSOCIATES, INC.

By: _____
Carney R. Shegerian, Esq.

Attorneys for Plaintiffs,
JAYNE CLEMENT, on behalf of
herself and all others similarly situated

<u>CLEMENT, et al. v. TRIBUNE, et al.</u>          <u>LASC CASE NO.: BC 390 943</u>

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Arizona Avenue, Suite 400, Santa Monica, California 90401.

      On January 6, 2014, I served the foregoing document, described as **"PLAINTIFFS' SPECIAL INTERROGATORIES TO DEFENDANT TRIBUNE COMPANY (SET ONE),"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Timothy L. Hix, Esq.
Timothy M. Rusche, Esq
SEYFARTH SHAW
333 South Hope Street, Suite 3500
Los Angeles, California 90071

Jamie C. Chanin, Esq.
SEYFARTH SHAW
2029 Century Park East, Suite 3300
Los Angeles, California 90067

☒   **(BY MAIL)** As follows:

☒   I placed such envelope, with postage thereon prepaid, in the United States mail at Santa Monica, California.

☒   I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Santa Monica, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☒   **(STATE)** I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

☐   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐   **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

Executed on January 6, 2014, at Santa Monica, California.

                                                    Jennifer McNamara