JOANNA CANZONERI MCCORMICK

342 NORTH ATLANTIC BOULEVARD

ALHAMBRA CALIFORNIA 91801

CELL PHONE  718 200 1094

EMAIL  JCANZONERI101@HOTMAIL.COM

KEVIN J. CAREY, HONORABLE JUDGE

UNITED STATES FEDERAL BANKRUPTCY COURT IN DELAWARE

624 MARKET STREET MALL

WILMINGTON DELAWARE  19801-3577

PLAINTIFFS:

JO ANNA MCCORMICK,AN INDIVIDUAL,ETAL;

JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;

JOHN DOES 1-100  JANE DOES 1-100

NOTICE OF MOTION TO REVERSE ALL SALES  OF THE TRIBUNE COMPANY AND ANY AND ALL

OF THE TRIBUNE COMPANIES SUBSIBITIES AND AFFILIATES

COURT CASE NUMBER  08-13141 (KJC)

VS

DEFENDANTS:

TRIBUNE COMPANY,A BUSINESS ENTITY,ETAL;

JOHN DOES 1-1000

JANE DOES 1-1000

NOTICE OF MOTION TO REVERSE ALL SALES

COMES NOW PLAINTIFFS, in the above styled cause and respectfully DEMANDS AND

REQUESTS the HONORABLE JUDGE at the HONORABLE COURT APPROVE THIS

NOTICE OF MOTION TO REVERSE OR SET ASIDE ALL SALES OF THE TRIBUNE COMPANY

AND  ANY AND ALL OF THE TRIBUNE COMPANIES SUBSIBITIES AND AFFILIATES

PLAINTIFFS alleges that all defendants and each of them personally

MISPRESENTATED, MISLEAD AND CONCEALMENT ON TRIBUNE COMPANY ALL OF THE

MATERIALS FACTS OF SAID ESTATES (MCCORMICK ESTATES), WILLS, LAST WILL AND

TESTAMENTS,  PROBATES COURT CASES, COPYRIGHTS, PATENTS, DESIGNS,

EXHIBITS AND TRADEMARKS, PERSONAL PROPERTY AND REAL ESTATE PROPERTIES.

MAR 1 8 2013

WHEREFORE PLAINTIFFS MOVES THIS HONORABLE COURT FOR AN ORDER

APPROVING THE NOTICE OF MOTION TO REVERSE ALL SALES OF THE

TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANIES

SUBSIBITIES AND AFFILIATES.

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY AM CLAIMING MISPRESENTATION, FORGERY AND

FRAUD.

PLAINTIFF PRAYS FOR RELIEF

DATED    MARCH 05, 2014

PRO SE    JO ANNA CANZONERI MCCORMICK