## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket No. 13856** |

### REORGANIZED DEBTORS' RESPONSE TO MOTION
### OF JO ANNA CANZONERI MCCORMICK

The reorganized debtors in the above-captioned chapter 11 cases (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby file this response (the "Response") to the purported motion of Jo Anna Canzoneri McCormick (the "Motion"), dated March 5, 2014 and filed on March 18, 2014 (Docket No. 13856).  In support of this Response, Reorganized Debtors respectfully state as follows:

Ms. McCormick's present motion requests the Court "reverse or set aside all sales of the Tribune Company and any and all of the Tribune Companies [sic] subsibities [sic] and affiliates . . . ."  Given the frivolous nature of the Motion, Ms. McCormick's failure to prosecute numerous prior motions filed in these cases, and the fact that the Motion does not make any

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

credible assertions against the Reorganized Debtors, the Reorganized Debtors respectfully

submit that the Motion should be stricken or denied without a Court hearing.[2]  A proposed form

of Order striking the Motion is attached hereto.

Dated: Wilmington, Delaware
      March 18, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR REORGANIZED DEBTORS

---

[2] At the May 29, 2012 hearing, at which the Court addressed a prior motion of Ms. McCormick, the Court directed the Debtors as follows:

> Let me ask that the debtor do this. Should there be any future filings by Ms. McCormick, please file the appropriate response within the time permitted by local rule to not list it for a hearing, but then with the debtors' response, please submit the papers to chambers and I'll decide whether to act on any further filings without a hearing, or if I have questions or think that a hearing is necessary, I'll then ask the debtor to schedule it.

See May 29, 2012 Hr'g Tr. 11:7-14; see also Order Regarding Jo Anna Cazoneri McCormick, Sept. 5, 2013, Docket No. 13711 (finding that Ms. McCormick "has made several previous meritless requests for relief in this Court, and failed to appear, either in person or telephonically in support of any request for relief").

46429/0001-8951991v1