# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **TRIBUNE COMPANY**, *et al.*[1] | : | |
| | : | Case No. 08-13141 (KJC) |
| Debtors | : | (Re: D.I. 13856) |

## ORDER STRIKING MOTION OF JO ANNA CAZONERI MCCORMICK

AND NOW, this 19th day of March, 2014, upon consideration of the motion filed by Jo Anna Canzoneri McCormick ("McCormick") on March 18, 2014, asking the Court to "reverse or set aside all sales of the Tribune Company and any and all of the Tribune Companies *[sic]* subsibities *[sic]* and affiliates . . . ." (D.I. 13856) (the "Motion"),[2]

and the Reorganized Debtors' response thereto filed on March 18, 2014 (D.I. 13857) asserting that the Motion is frivolous and does not make any credible assertions against the

---

[1] The Reorganized Debtors, or successor-in-interest to the Reorganized Debtors, in these chapter 11 cases, are: Tribune Company; California Community News, LLC, Chicago Tribune Company, LLC; Chicagoland Publishing Company, LLC; Chicagoland Television News, LLC; forsalebyowner.com, LLC; ForSaleByOwner.com Referral Services LLC; Hoy Publications, LLC; Internet Foreclosure Service, LLC; KDAF, LLC; KIAH, LLC; KPLR, Inc.; KRCW, LLC; KSWB, LLC; KTLA, LLC; KTXL, LLC; KWGN, LLC; Los Angeles Times Communications, LLC; Magic T Music Publishing Company, LLC; NBBF, LLC; Oak Brook Productions, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; The Baltimore Sun Company, LLC; The Daily Press, LLC; The Hartford Courant Company, LLC; The Morning Call, LLC; TMS News and Features, LLC; Tower Distribution Company, LLC; Towering T Music Publishing Company, LLC; Tribune 365, LLC; Tribune Broadcasting Company, LLC; Tribune Broadcasting Hartford, LLC; Tribune Broadcasting Indianapolis, LLC; Tribune Broadcasting Seattle, LLC; Tribune CNLBC, LLC; Tribune Direct Marking, LLC; Tribune Entertainment Company, LLC; Tribune Investments, LLC; Tribune Media Services, LLC; Tribune Media Services London, LLC; Tribune ND, LLC; Tribune Publishing Company, LLC; Tribune Television New Orleans, Inc.; Tribune Washington Bureau, LLC; WDCW, LLC; WGN Continental Broadcasting Company, LLC; WPHL, LLC; WPIX, LLC; WPMT, LLC; WSFL, LLC; WXMI, LLC. The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] This Court has jurisdiction to decide the motion before it pursuant to 28 U.S.C. §1334 and §157(a). This is a core proceeding pursuant to 28 U.S.C. §157(b)(1) and (b)(2)(A).

Reorganized Debtors and requesting that the Motion be stricken;

and it appearing that McCormick has failed to allege any facts in the Motion that support a plausible claim for relief;

and it appearing that McCormick has filed previous meritless requests for relief in this Court, and failed to appear, either in person or telephonically in support of any request for relief (*see* D.I. 13711; Hearing Transcript May 29, 2012 (D.I. 11712) at 7:19 - 11:17); it is hereby

**ORDERED** that the Motion is **STRICKEN**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc::  J. Kate Stickles, Esquire[3]

---

[3]Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.