# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered<br>**Related to Docket No. 13108** |

## NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE TERMS OF THE BANKRUPTCY COURT-APPROVED SETTLEMENT AGREEMENT WITH THE FRANCHISE TAX BOARD OF THE STATE OF CALIFORNIA, (II) DETERMINING THAT THE DEBTORS HAVE NO LIABILITY FOR TAX-RELATED PENALTY, AND (III) ORDERING THE RETURN OF FUNDS SETOFF IN VIOLATION OF THE AUTOMATIC STAY AND COURT ORDER

PLEASE TAKE NOTICE that the Reorganized Debtors in the above-captioned chapter 11 cases hereby withdraw the Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty,

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-10511107V1

and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Docket No. 13108), with prejudice.

Dated:   April 11, 2014

                              Respectfully submitted,

                              SIDLEY AUSTIN LLP
                              Bryan Krakauer
                              Kenneth P. Kansa
                              Jillian K. Ludwig
                              One South Dearborn Street
                              Chicago, IL  60603
                              Telephone: (312) 853-7000
                              Facsimile:  (312) 853-7036\

                                        -and-

                              COLE, SCHOTZ, MEISEL,
                              FORMAN & LEONARD, P.A.

                              By: /s/ J. Kate Stickles
                              Norman L. Pernick (No. 2290)
                              J. Kate Stickles (No. 2917)
                              Patrick J. Reilley (No. 4451)
                              500 Delaware Avenue, Suite 1410
                              Wilmington, DE  19801
                              Telephone: (302) 652-3131
                              Facsimile: (302) 652-3117

                              ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-10511107V1