IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket No. 13873** |

NOTICE OF AMENDED[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 16, 2014 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY[3]

**AS NO MATTERS ARE GOING FORWARD, PER THE COURT'S DIRECTIVE, THE HEARING IS CANCELED.**

## RESOLVED / ORDER ENTERED

1. Debtors' Twenty-Seventh Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed May 17, 2010) (Docket No. 4441)

    Response Deadline: June 9, 2010 at 4:00 p.m.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] Any party who wishes to participate in the hearing telephonically must register with COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

Responses Received:

    (a)    Response by Marcia Willette (Filed June 8, 2010) (Docket No. 4721)

    (b)    Notice of Withdrawal of Debtors' Twenty-Seventh Omnibus (Non-Substantive) Objection to Claims as it Relates to the Claim of Zachary Mitzkovitz (Filed April 1, 2014) (Docket No. 13866)

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not contest or otherwise respond to the Objection and an Order with respect to the claim of Cawley Chicago Portfolio, LLC (See Docket Nos. 4774 and 5071). The Objection was withdrawn as to the claims of the United States Environmental Protection Agency and Annapolis West Limited Partnership. The Reorganized Debtors and Marcia Willette resolved the Objection as related to Claim No. 6160 filed by Ms. Willette as Guardian for her minor son Zachary Mitzkovitz and, on March 2014, the Reorganized Debtors filed a Notice of Withdrawal with respect to that claim (See Docket No. 13866). The Objection has been fully adjudicated. This matter will not be going forward.

2.    Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Filed January 25, 2013) (Docket No. 13108)

Related Documents:

    (a)    Notice of Withdrawal of Debtors' Motion for an Order (I) Enforcing the Terms of the Bankruptcy Court-Approved Settlement Agreement with the Franchise Tax Board of the State of California, (II) Determining that the Debtors Have No Liability for Tax-Related Penalty, and (III) Ordering the Return of Funds Setoff in Violation of the Automatic Stay and Court Order (Filed April 11, 2014) (Docket No. 13871)

Objection Deadline: February 6, 2013 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on January 31, 2014 for the Franchise Tax Board of the State of California.

Responses Received: None.

Status:    This matter has been resolved and a settlement agreement executed. Pursuant to the settlement agreement, the Reorganized Debtors have withdrawn the Motion with prejudice. This matter will not be going forward.

3.  Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed January 30, 2014) (Docket No. 13834)

    Related Documents:

    (a) Certificate of No Objection (Filed February 21, 2014) (Docket No. 13847)

    (b) Order Extending the Litigation Trustee's Deadline to Object to Claims (Entered February 24, 2014) (Docket No. 13849)

    Objection Deadline: February 13, 2014 at 4:00 p.m.

    Responses Received: None.

    Status: The Court entered an Order granting the Motion. This matter will not be going forward.

**CONTINUED MATTERS**

4.  Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

    Response Deadline: March 15, 2011 at 4:00 p.m.

    Responses Received:

    (a) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

    Status: The Court entered an Order sustaining the Objection with respect to all claimants who did not respond or otherwise contest the Objection, an Order with respect to Claim No. 5335 of Broadspire Services, Inc., and an Order approving a stipulation between the Debtors and Software AG, Inc. regarding Claim No. 5283 (See Docket Nos. 8523, 12129 and 12822). The hearing on Claim No. 6601 of Carol Walker is adjourned. This matter will not be going forward.

5. Reorganized Debtors' Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed June 26, 2013) (Docket No. 13643)

   Response Deadline: July 23, 2013 at 4:00 p.m.
   On consent of the parties, the Reply Deadline was extended until 4:00 p.m. on October 3, 2013 for the Reorganized Debtors.

   Responses Received:

   (a) Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund and Truck Drivers and Helpers Local 355 Retirement Pension Funds' Objection to Reorganized Debtors' Objection to Claims (Filed July 23, 2013) (Docket No. 13661)

   (b) Reorganized Debtors' Reply in Support of the Objection to the Claims of the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund and the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed October 3, 2013) (Docket No. 13739)

   Status: On consent of the parties, the hearing on the Objection is adjourned to such future date and time as the parties agree after consultation with the Court. This matter will not be going forward.

6. Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13715)

   Response Deadline: October 1, 2013 at 4:00 p.m.
   On consent of the parties, the Response Deadline was extended until 4:00 p.m. on October 15, 2013 for Mr. Younge. The Reply Deadline was extended until 4:00 p.m. on April 11, 2014 for the Reorganized Debtors.

   Responses Received:

   (a) Response of the Creditor Keith Younge to the Objections Presented to Claim Number 3333 of Keith Younge, Pursuant 502 (b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed October 15, 2013) (Docket No. 13755)

   (b) Reorganized Debtors' Reply in Support of Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed April 11, 2014) (Docket No. 13870)

Status: Mr. Younge has requested, and the Reorganized Debtors' have consented to, an adjournment of the hearing. The parties will request the Court schedule oral argument on the Objection at a future date. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATE OF COUNSEL

7. Reorganized Debtors' Objection to Claim Nos. 3263, 3264, and 3266 of Jayne Clement Pursuant to Sections 502(b), 524, 558, and 1141 of the Bankruptcy Code and Bankruptcy Rules 3001, 3007, 7023, and 9014 (Filed March 17, 2014) (Docket No. 13855)

   Related Documents:

   (a) Certification of Counsel Regarding Order Partially Sustaining Reorganized Debtors' Objection to Claim Nos. 3263, 3264, and 3266 of Jayne Clement Pursuant to Sections 502(b), 524, 558, and 1141 of the Bankruptcy Code and Bankruptcy Rules 3001, 3007, 7023, and 9014 (Filed April 11, 2014) (Docket No. 13872)

   (b) **Order Partially Sustaining Reorganized Debtors' Objection to Claim Nos. 3263, 3264, and 3266 of Jayne Clement Pursuant to Sections 502(b), 524, 558, and 1141 of the Bankruptcy Code and Bankruptcy Rules 3001, 3007, 7023, and 9014 (Entered April 14, 2014) (Docket No. 13874)**

   Response Deadline: April 9, 2014 at 4:00 p.m.

   Responses Received: None.

   **Status:** **The Court entered the Order Partially Sustaining the Objection. This matter will not be going forward.**

Dated: April 15, 2014

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

5

<div style="margin-left: 40%;">

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

**ATTORNEYS FOR REORGANIZED DEBTORS**

</div>