## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13875 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On April 15, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 16, 2014 at 10:00 A.M. Before The Honorable Kevin J. Carey," dated April 15, 2014 [Docket No. 13875], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
___ day of April, 2014

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

**TRB AMD AGENDA 4-15-14**
Carol Hoeme Walker
3561 W. Hemlock
Oxnard, CA 93035

**TRB AMD AGENDA 4-15-14**
Todd M. Bailey
State of California
Franchise Tax Board
Legal Division – MS A260
PO Box 1720
Rancho Cordova, CA 95741-1720

**TRB AMD AGENDA 4-15-14**
Mr. Keith Younge
2117 Melvin Street
Philadelphia, PA 19131

**EXHIBIT B**

| **Name** | **Email Address** |
|---|---|
| Carol Hoeme Walker | stevewalkergolf@gmail.com |
| Frederick B. Rosner, Esquire | rosner@teamrosner.com |
| Scott J. Leonhardt, Esquire | leonhardt@teamrosner.com |

**EXHIBIT C**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Vito Iacovazzi, Vice President | 860-313-0548 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |

| | |
|---|---|
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Alan M. Root, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Paul D. Starr, Esq./Corey Smith Bott, Esq./Brian G. Esders, Esq. | 410-321-1419 |
| Carney R. Shegerian, Esquire | 310-860-0771 |