IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned law firm of Steptoe & Johnson LLP hereby **withdraws** its appearance as counsel to Durham Monsma in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the undersigned law firm of Carlton Fields Jorden Burt, LLP hereby **enters** its appearance as counsel to Durham Monsma in the above-captioned case.

Date: April 15, 2014

**STEPTOE & JOHNSON LLP**

_/s/ Richard G. Reinis_
Richard G. Reinis
Suite 2800
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: rreinis@steptoe.com

Date: April 16, 2014

**CARLTON FIELDS JORDEN BURT, LLP**

/s/ Mark A. Neubauer
Suite 2000
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 651-2147
Facsimile: (424) 653-5105
Email: mneubauer@cfjblaw.com

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 24, 2014, a copy of the Notice of Substitution of Counsel was served via CM/ECF on all counsel of record.

Date: April 24, 2014             **CARLTON FIELDS JORDEN BURT, LLP**

/s/   Mark A. Neubauer
Suite 2000
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 651-2147
Facsimile: (424) 653-5105
Email: mneubauer@cfjblaw.com