Keith M. Younge

2117 Melvin st

Philadelphia, PA. 19131

Keyo3600@gmail.com

610-529-5180

Case # 08-13141



Hello

I would like to take this opportunity to request an extension of my court date May 22, 2014

As advised by pending legal counsel. Because of the size and scoop of the Tribune Bankruptcy

It has been very hard to find bankruptcy counsel that does not have conflict issue because they have

Been involved in the case on some level. I was advised to request for more time to help them "get up to

Speed"

I am also a cardiac patent ( two heart attacks in 9 days) so my health at times limits on how much I can do.

PAt this time I would respectfully as the court to grant me the added time of 30-45 days at the courts convenience.

It is my goal to bring this issue to a fair and speedy conclusion.

Thank you greatly for your consideration of this request.

Respectfully

Keith M. Younge

Case #08-13141