# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Bankruptcy Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jillian K. Ludwig of Sidley Austin LLP to represent Tribune Company and the other reorganized debtors in the above-captioned cases.

Dated: May 20, 2014

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**

By: _/s/_____
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Counsel for Reorganized Debtors

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/_____
Jillian K. Ludwig
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May ___, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

46429/0001-9924367v1