UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. [1] | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

# Post-Confirmation Quarterly Summary Report
## For the Period December 30, 2013 through March 30, 2014

| Required Documents | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 11 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____   5/15/14
Steven Berns                     Date
Executive Vice President & Chief Financial Officer
Tribune Company

Notes:
1. Refer to Appendix A for a full listing of the Reorganized Debtors. The Fourth Amended Joint Plan of Reorganization for Tribune and its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The financial information should be read in conjunction with the Company's full consolidated financial statements and notes to consolidated financial statements which have been published at www.tribune.com. All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### General Notes

Tribune Company is making the unaudited condensed consolidated financial statements as of March 30, 2014 and December 29, 2013 and for the three months ended March 30, 2014 and March 31, 2013 and for December 31, 2012 (collectively "the Company's 2014 first quarter unaudited condensed consolidated financial statements"), the Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") and the information contained herein publicly available via its website, www.tribune.com, pursuant to (a) Section 5.5 of the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A., dated April 17, 2012 (as the same may be amended, modified or supplemented from time to time in accordance with the terms and provisions thereof) (the "Plan of Reorganization"), confirmed by the order of the United States Bankruptcy Court for the District of Delaware, dated as of July 23, 2012 (the "Order"), (b) Section 6.01 of the Credit Agreement, dated as of December 27, 2013, among Tribune Company, the lenders party thereto, and the administrative and collateral agent, and (c) Section 6.01 of the Credit Agreement, dated as of December 27, 2013, among Dreamcatcher Broadcasting LLC, the lenders party thereto and the administrative and collateral rights. Tribune Company is not subject to the periodic or current reporting requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act") and any financial statements contained herein are not intended to comply with the requirements under the Exchange Act with respect to corresponding periodic reports required to be filed by an issuer subject to the reporting requirements of the Exchange Act. No representations or warranties are made by Tribune Company as to the accuracy or completeness of the information set forth herein or as to the use of such information for any particular purpose and Tribune Company undertakes no obligation to update the information contained herein, whether as a result of new information, future events or otherwise. However, Tribune Company may revise and update the information contained herein at any time without notice. Please review the "Terms of Service" of Tribune Company's website which governs your use of Tribune Company's website.

**Cautionary Statement Regarding Financial Information**

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "Effective Date"), Tribune Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("ASC") Topic 852, "Reorganizations". Fresh-start reporting principles provide, among other things, that Tribune Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date. Tribune Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization. The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially. The adoption of fresh-start reporting by Tribune Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date. Any presentation of Tribune Company's consolidated financial statements as of and for periods subsequent to the Effective Date represents the financial position, results of operations and cash flows of a new reporting entity (the "Successor") and will not be comparable to any presentation of Tribune Company's consolidated financial statements as of and for periods prior to the Effective Date, and the adoption of fresh-start reporting (the "Predecessor").

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Tribune Company & Subsidiaries
## Consolidated Balance Sheets
## As of March 30, 2014 and December 29, 2013
### (In thousands of dollars)

|  | March 30, 2014 | Dec. 29, 2013 |
|---|---:|---:|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 723,652 | $ 640,697 |
| Restricted cash and cash equivalents | 19,911 | 221879 |
| Accounts receivable (net of allowances of $16,785 and $16,254) | 593,913 | 644,024 |
| Inventories | 14,630 | 14,222 |
| Broadcast rights | 88,162 | 105,325 |
| Income taxes receivable | 2,543 | 11,240 |
| Deferred income taxes | 60,714 | 54,221 |
| Prepaid expenses and other | 69,657 | 43,872 |
| Total current assets | 1,573,182 | 1,735,480 |
| **Properties** | | |
| Property, plant and equipment | 1,131,311 | 1,115,253 |
| Accumulated depreciation | (95,947) | (74,446) |
| Net properties | 1,035,364 | 1,040,807 |
| **Other Assets** | | |
| Broadcast rights | 82,724 | 61,175 |
| Goodwill | 3,882,544 | 3,815,196 |
| Other intangible assets, net | 2,566,965 | 2,516,543 |
| Assets held for sale | 7,891 | — |
| Investments | 2,082,585 | 2,163,162 |
| Other | 148,871 | 143,846 |
| Total other assets | 8,771,580 | 8,699,922 |
| **Total Assets** | $ 11,380,126 | $ 11,476,209 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Tribune Company and Subsidiaries
## Consolidated Balance Sheets (continued)
## As of March 30, 2014 and December 29, 2013
## (In thousands of dollars)

| | March 30, 2014 | Dec. 29, 2013 |
|---|---:|---:|
| **Liabilities and Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable | $ 90,087 | $ 93,396 |
| Senior Toggle Notes | — | 172,237 |
| Debt due within one year | 42,047 | 32,472 |
| Accrued reorganization costs | 15,198 | 15,521 |
| Employee compensation and benefits | 161,099 | 200,033 |
| Contracts payable for broadcast rights | 124,878 | 139,146 |
| Deferred income | 96,236 | 77,029 |
| Accrued expenses and other current liabilities | 97,524 | 69,003 |
| Total current liabilities | 627,069 | 798,837 |
| | | |
| **Non-Current Liabilities** | | |
| Long-term debt | 3,750,293 | 3,760,475 |
| Deferred income taxes | 1,427,720 | 1,393,413 |
| Contracts payable for broadcast rights | 94,795 | 80,942 |
| Contract intangible liability, net | 189,392 | 193,730 |
| Pension obligations, net | 189,749 | 199,176 |
| Postretirement, medical, life and other benefits | 67,959 | 63,123 |
| Other obligations | 59,570 | 60,752 |
| Total non-current liabilities | 5,779,478 | 5,751,611 |
| | | |
| **Shareholders' Equity** | | |
| Preferred stock ($0.001 par value per share) Authorized: 40,000,000 shares; No shares issued and outstanding at March 30, 2014 and at Dec. 29, 2013 | — | — |
| Class A Common Stock ($0.001 par value per share) Authorized: 200,000,000 shares; Issued and outstanding: 93,076,289 shares at March, 30, 2014 and 89,933,876 shares at Dec. 29, 2013 | 93 | 90 |
| Class B Common Stock ($0.001 par value per share) Authorized: 200,000,000 shares; Issued and outstanding: 2,946,097 shares at March 30, 2014 and 3,185,181 shares at Dec. 29, 2013 | 3 | 3 |
| Additional paid-in-capital | 4,550,248 | 4,543,228 |
| Retained earnings | 282,623 | 241,555 |
| Accumulated other comprehensive income | 140,612 | 140,685 |
| Total shareholders' equity | 4,973,579 | 4,925,561 |
| **Total Liabilities and Shareholders' Equity** | $ 11,380,126 | $ 11,476,009 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

**Tribune Company and Subsidiaries**
**Consolidated Statements of Cash Flows**
**For the Periods December 30, 2013 through March 30, 2014,**
**December 31, 2012 through March 31, 2013, and December 31, 2012 [1]**
**(In thousands of dollars)**

|  | Successor | | Predecessor |
|---|---|---|---|
|  | Three Months Ended<br>March 30, 2014 | Three Months Ended<br>March 31, 2013 | Dec. 31, 2012 |
| **Operating Activities** | | | |
| Net income | $ 41,068 | $ 58,359 | $ 7,110,224 |
| Adjustments to reconcile net income to net cash provided by (used for) operating activities: | | | |
| Stock-based compensation | 9,248 | — | — |
| Pension credits, net of contributions | (9,534) | (8,616) | — |
| Depreciation | 24,233 | 16,428 | — |
| Amortization of contract intangible assets and liabilities | (3,963) | (3,564) | — |
| Amortization of other intangible assets | 62,258 | 29,961 | — |
| Income on equity investments, net | (37,928) | (16,090) | — |
| Distributions from equity investment | 120,270 | 89,865 | — |
| Amortization of debt issuance costs and original issue discount | 3,340 | 937 | — |
| Other non-operating (gain) loss, net | (157) | 111 | — |
| Non-cash reorganization items, net | — | (138) | (8,287,644) |
| Excess tax benefits from stock-based awards | (976) | — | |
| Transfers from (to) restricted cash related to bankruptcy disbursements | 46 | 107195 | (186,823) |
| Changes in working capital items, excluding effects from acquisitions: | | | |
| Accounts receivable, net | 66,777 | 54,754 | — |
| Inventories, prepaid expenses and other current assets | (14,251) | 16,134 | (275) |
| Accounts payable | (5,671) | (95,104) | (18,942) |
| Employee compensation and benefits, accrued expenses and other current liabilities | (45,390) | (41,830) | (3,450) |
| Deferred revenue | 13,661 | 4,093 | — |
| Accrued reorganization costs | (323) | (81,743) | 14,136 |
| Income taxes | 26,044 | (33,736) | (6,199) |
| Deferred compensation, postretirement medical, life and other benefits | (544) | (1,059) | (35,241) |
| Change in broadcast rights, net of liabilities | (4,737) | 305 | — |
| Deferred income taxes | (5,039) | 45,092 | 1,169,483 |
| Change in non-current obligations for uncertain tax positions | — | (10,792) | — |
| Other, net | (2,734) | (613) | — |
| Net cash provided by (used for) operating activities | 235,698 | 129,949 | (244,731) |

Notes:

1. The consolidated statement of cash flows for December 31, 2012 includes only the activities arising from the consummation of the Plan of Reorganization and emergence from chapter 11 bankruptcy on the Effective Date. The results of operations and cash flows arising from the Company's business operations on the Effective Date are included in the consolidated statement of cash flows for the three months ended March 31, 2013.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Company and Subsidiaries**
**Consolidated Statements of Cash Flows (continued)**
**For the Periods December 30, 2013 through March 30, 2014,**
**December 31, 2012 through March 31, 2013, and December 31, 2012 [1]**
**(In thousands of dollars)**

|  | Successor | | Predecessor |
|---|---|---|---|
|  | Three Months Ended March 30, 2014 | Three Months Ended March 31, 2013 | Dec. 31, 2012 |
| **Investing Activities** | | | |
| Capital expenditures | (17,601) | (12,964) | — |
| Acquisitions, net of cash acquired | (158,814) | — | — |
| Transfers from restricted cash, net | 200,853 | — | — |
| Investments | (1,805) | (181) | — |
| Transfers from restricted cash related to New Cubs LLC distribution | — | — | 727,468 |
| Investment in non-interest bearing loan to the Litigation Trust | — | — | (20,000) |
| Proceeds from sales of investments and real estate | — | 10,388 | — |
| Net cash provided by (used for) investing activities | 22,633 | (2,757) | 707,468 |
| **Financing Activities** | | | |
| Long-term borrowings | — | — | 1,089,000 |
| Repayment of Senior Toggle Notes | (172,237) | — | — |
| Repayments of long-term debt | (914) | (3,384) | (3,394,347) |
| Long-term debt issuance costs | — | — | (11,242) |
| Excess tax benefits from stock-based awards | 976 | — | — |
| Tax withholdings related to net share settlements of share-based awards | (3,201) | — | — |
| Net cash used for financing activities | (175,376) | (3,384) | (2,316,589) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | 82,955 | 123,808 | (1,853,852) |
| Cash and cash equivalents, beginning of year | 640,697 | 430,574 | 2,284,426 |
| Cash and cash equivalents, end of year | $ 723,652 | $ 554,382 | $ 430,574 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### Schedule of Disbursements by Reorganized Debtor [1]
### For the Period December 30, 2013 through March 30, 2014

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 1 | Tribune Company | 08-13141 | Tribune Company | $ 386,913,778 |
| 2 | 435 Production Company | 08-13142 | Tribune Entertainment Company, LLC | - |
| 3 | 5800 Sunset Production, Inc. | 08-13143 | Tribune Entertainment Company, LLC | - |
| 4 | Baltimore Newspaper Networks, Inc. | 08-13144 | The Baltimore Sun Company, LLC | - |
| 5 | California Community News Corporation | 08-13145 | California Community News, LLC | 4,520,260 |
| 6 | Candle Holdings Corporation | 08-13146 | Tribune Investments, LLC | - |
| 7 | Channel 20, Inc. | 08-13147 | Tribune Broadcasting Company, LLC | - |
| 8 | Channel 39, Inc. | 08-13148 | WSFL, LLC | 1,088,293 |
| 9 | Channel 40, Inc. | 08-13149 | KTXL, LLC | 2,536,715 |
| 10 | Chicago Avenue Construction Company | 08-13150 | Chicago Tribune Company, LLC | - |
| 11 | Chicago River Production Company | 08-13151 | Tribune Entertainment Company, LLC | - |
| 12 | Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC | 60,564,400 |
| 13 | Chicago Tribune Newspapers, Inc. | 08-13153 | Chicago Tribune Company, LLC | - |
| 14 | Chicago Tribune Press Service, Inc. | 08-13154 | Chicago Tribune Company, LLC | - |
| 15 | ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC | - |
| 16 | Chicagoland Publishing Company | 08-13156 | Chicagoland Publishing Company, LLC | 86,336 |
| 17 | Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC | - |
| 18 | Courant Speciality Products, Inc. | 08-13159 | The Hartford Courant Company, LLC | - |
| 19 | Direct Mail Associates, Inc. | 08-13160 | The Morning Call, LLC | - |
| 20 | Distribution Systems of America, Inc. | 08-13161 | Tribune ND, LLC | - |
| 21 | Eagle New Media Investments, LLC | 08-13162 | Chicagoland Publishing Company, LLC | 1,592,231 |
| 22 | Eagle Publishing Investments, LLC | 08-13163 | Tribune Investments, LLC | - |
| 23 | Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC | 1,126,693 |
| 24 | Forsalebyowner.com Referral Services, LLC | 08-13166 | Forsalebyowner.com Referral Services, LLC | - |
| 25 | Fortify Holdings Corporation | 08-13167 | Tribune Investments, LLC | - |
| 26 | Forum Publishing Group, Inc. | 08-13168 | Sun-Sentinel Company, LLC | 1,250,957 |
| 27 | Gold Coast Publications, Inc. | 08-13169 | Sun-Sentinel Company, LLC | 2,007,520 |
| 28 | GreenCo, Inc. | 08-13170 | Tribune Investments, LLC | - |
| 29 | Heart & Crown Advertising, Inc. | 08-13171 | The Hartford Courant Company, LLC | - |
| 30 | Homeowners Realty, Inc. | 08-13172 | forsalebyowner.com, LLC | - |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| --- | --- |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Schedule of Disbursements by Reorganized Debtor (continued)
### For the Period December 30, 2013 through March 30, 2014

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
| --- | --- | --- | ---: |
| 31 Homestead Publishing Company | 08-13173 | The Baltimore Sun Company, LLC | - |
| 32 Hoy Publications, LLC (Tribune Company) | 08-13174 | Hoy Publications, LLC | 1,661,919 |
| 33 Hoy, LLC | 08-13175 | Tribune ND, LLC | - |
| 34 InsertCo, Inc. | 08-13176 | Tribune 365, LLC | - |
| 35 Internet Foreclosure Service, Inc. | 08-13177 | Internet Foreclosure Service, LLC | - |
| 36 JuliusAir Company II, LLC | 08-13178 | Tribune Investments, LLC | - |
| 37 JuliusAir Company, LLC | 08-13179 | Tribune Investments, LLC | - |
| 38 KIAH Inc. | 08-13180 | KIAH, LLC | 2,522,956 |
| 39 KPLR, Inc. | 08-13181 | KPLR, Inc. | 247,118 |
| 40 KSWB Inc. | 08-13182 | KSWB, LLC | 5,353,790 |
| 41 KTLA Inc. | 08-13183 | KTLA, LLC | 14,383,823 |
| 42 KWGN, Inc. | 08-13184 | KWGN, LLC | 41,463 |
| 43 Los Angeles Times Communications LLC | 08-13185 | Los Angeles Times Communications LLC | 72,106,729 |
| 44 Los Angeles Times International, Ltd | 08-13186 | Tribune Media Services London, LLC | - |
| 45 Los Angeles Times Newspapers, Inc. | 08-13187 | Los Angeles Times Communications LLC | - |
| 46 Magic T Music Publishing Company | 08-13188 | Magic T Music Publishing Company, LLC | - |
| 47 NBBF, LLC | 08-13189 | NBBF, LLC | - |
| 48 Neocomm, Inc. | 08-13190 | Orlando Sentinel Communications Company, LLC | - |
| 49 New Mass. Media, Inc. | 08-13191 | The Hartford Courant Company, LLC | - |
| 50 Newscom Services, Inc. | 08-13193 | Tribune Media Services London, LLC | - |
| 51 Newspaper Readers Agency, Inc. | 08-13194 | Chicago Tribune Company, LLC | 116 |
| 52 North Michigan Production Company | 08-13195 | Tribune Entertainment Company, LLC | - |
| 53 North Orange Avenue Properties, Inc. | 08-13196 | Orlando Sentinel Communications Company, LLC | - |
| 54 Oak Brook Productions, Inc. | 08-13197 | Oak Brook Productions, LLC | 285,764 |
| 55 Orlando Sentinel Communications Company | 08-13198 | Orlando Sentinel Communications Company, LLC | 16,673,855 |
| 56 Patuxent Publishing Company | 08-13200 | The Baltimore Sun Company, LLC | 1,830 |
| 57 Sentinel Communications News Ventures, Inc. | 08-13202 | Orlando Sentinel Communications Company, LLC | - |
| 58 Shepard's Inc. | 08-13203 | Tribune Investments, LLC | - |
| 59 Signs of Distinction, Inc. | 08-13204 | The Baltimore Sun Company, LLC | - |
| 60 Southern Connecticut Newspapers, Inc. | 08-13205 | Tribune Publishing Company, LLC | - |

8    Post-Confirmation Quarterly Summary Report
December 30, 2013 through March 30, 2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| --- | --- |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### Schedule of Disbursements by Reorganized Debtor (continued)
### For the Period December 30, 2013 through March 30, 2014

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
| --- | --- | --- | ---: |
| 61 Star Community Publishing Group, LLC | 08-13206 | Tribune ND, LLC | - |
| 62 Stemweb, Inc. | 08-13207 | forsalebyowner.com, LLC | - |
| 63 Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC | 23,420,226 |
| 64 The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC | 22,831,887 |
| 65 The Daily Press, Inc. | 08-13210 | The Daily Press, LLC | 4,637,924 |
| 66 The Hartford Courant Company | 08-13211 | The Hartford Courant Company, LLC | 16,770,435 |
| 67 The Morning Call, Inc. | 08-13212 | The Morning Call, LLC | 7,645,182 |
| 68 The Other Company LLC | 08-13213 | Tribune Broadcasting Company, LLC | - |
| 69 Times Mirror Land and Timber Company | 08-13214 | Tribune Investments, LLC | - |
| 70 Times Mirror Payroll Processing Company, Inc. | 08-13215 | Tribune Investments, LLC | - |
| 71 Times Mirror Services Company, Inc. | 08-13216 | Tribune Investments, LLC | - |
| 72 TMLH 2, Inc. | 08-13217 | The Hartford Courant Company, LLC | - |
| 73 TMLS I, Inc. | 08-13218 | Tribune Publishing Company, LLC | - |
| 74 TMS Entertainment Guides, Inc. | 08-13219 | Tribune Media Services, LLC | - |
| 75 Tower Distribution Company | 08-13220 | Tower Distribution Company, LLC | 2,286,705 |
| 76 Towering T Music Publishing Company | 08-13221 | Towering T Music Publishing Company, LLC | - |
| 77 Tribune Broadcast Holdings, Inc. | 08-13222 | Tribune Broadcasting Indianapolis, LLC | - |
| 78 Tribune Broadcast Holdings, Inc. | 08-13222 | KRCW, LLC | 609,133 |
| 79 Tribune Broadcast Holdings, Inc. | 08-13222 | Tribune Broadcasting Company, LLC | - |
| 80 Tribune Broadcasting Company | 08-13223 | Tribune Broadcasting Company, LLC | 64,562,756 |
| 81 Tribune Broadcasting Holdco, LLC | 08-13224 | Tribune Broadcasting Company, LLC | - |
| 82 Tribune Broadcasting News Network, Inc. | 08-13225 | Tribune Washington Bureau, LLC | 1,979,002 |
| 83 Tribune California Properties, Inc. | 08-13226 | Tribune Investments, LLC | - |
| 84 Tribune Direct Marketing, Inc. | 08-13227 | Tribune Direct Marketing, LLC | 27,686,233 |
| 85 Tribune Entertainment Company | 08-13228 | Tribune Entertainment Company, LLC | 9,409,555 |
| 86 Tribune Entertainment Production Company | 08-13229 | Tribune Entertainment Company, LLC | - |
| 87 Tribune Finance Service Center, Inc. | 08-13230 | Tribune Investments, LLC | - |
| 88 Tribune Finance, LLC | 08-13231 | Tribune Investments, LLC | - |
| 89 Tribune License, Inc. | 08-13232 | Tribune Publishing Company, LLC | - |
| 90 Tribune Los Angeles, Inc. | 08-13233 | Los Angeles Times Communications LLC | - |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Schedule of Disbursements by Reorganized Debtor (continued)
### For the Period December 30, 2013 through March 30, 2014

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 91 | Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | Tribune ND, LLC | - |
| 92 | Tribune Media Net, Inc. | 08-13235 | Tribune 365, LLC | 1,828,690 |
| 93 | Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC | 6,898,388 |
| 94 | Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC | 6,497,010 |
| 95 | Tribune Network Holdings Company | 08-13237 | Tribune Broadcasting Company, LLC | - |
| 96 | Tribune New York Newspaper Holdings, LLC | 08-13238 | Tribune ND, LLC | - |
| 97 | Tribune NM, Inc. | 08-13239 | Tribune Publishing Company, LLC | - |
| 98 | Tribune Publishing Company | 08-13240 | Tribune Publishing Company, LLC | 39,729,551 |
| 99 | Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC | - |
| 100 | Tribune Television Company | 08-13241 | Tribune Broadcasting Hartford, LLC | 4,392,325 |
| 101 | Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC | 4,197,621 |
| 102 | Tribune Television Company | 08-13241 | KDAF, LLC | 2,067,303 |
| 103 | Tribune Television Company | 08-13241 | WPHL, LLC | 5,781,623 |
| 104 | Tribune Television Company | 08-13241 | WPMT, LLC | 1,851,607 |
| 105 | Tribune Television Holdings, Inc. | 08-13242 | Tribune Broadcasting Company, LLC | - |
| 106 | Tribune Television Holdings, Inc. | 08-13242 | Tribune Broadcasting Seattle, LLC | - |
| 107 | Tribune Television Holdings, Inc. | 08-13242 | WXMI, LLC | 1,941,322 |
| 108 | Tribune Television New Orleans, Inc. | 08-13244 | Tribune Television New Orleans, Inc. | 2,452,903 |
| 109 | Tribune Television Northwest, Inc. | 08-13245 | Tribune Broadcasting Seattle, LLC | 4,874,318 |
| 110 | ValuMail, Inc. | 08-13246 | The Hartford Courant Company, LLC | - |
| 111 | Virginia Community Shoppers, LLC | 08-13247 | The Daily Press, LLC | - |
| 112 | Virginia Gazette Companies, LLC | 08-13248 | The Daily Press, LLC | 381,428 |
| 113 | WATL, LLC | 08-13249 | Tribune Broadcasting Company, LLC | - |
| 114 | WCWN LLC | 08-13250 | Tribune Broadcasting Company, LLC | - |
| 115 | WDCW Broadcasting, Inc. | 08-13251 | WDCW, LLC | 996,846 |
| 116 | WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC | 38,316,938 |
| 117 | WLVI Inc. | 08-13253 | Tribune Broadcasting Company, LLC | - |
| 118 | WPIX, Inc. | 08-13254 | WPIX, LLC | 11,688,862 |
| 119 | WTXX Inc. | 08-13255 | Tribune Broadcasting Hartford, LLC | - |
| 120 | Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC | - |

$ 890,702,321

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Supplemental Reorganized Debtor Disbursement Detail Schedule
## For the Period December 30, 2013 through March 30, 2014

| Consolidated Disbursement Detail | Amount Paid this Quarter |
|---|---|
| Plan Related Disbursements[1] | $ 679,938 |
| Bankruptcy Professional Fee Disbursements[2] | 0 |
| All Other Disbursements | 890,022,383 |
| **Total Disbursements[3]** | **$ 890,702,321** |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: <br> TRIBUNE COMPANY, et al. <br> Reorganized Debtors | Chapter 11 <br> Case Number: 08-13141 (KJC) <br> Jointly Administered <br> Hon. Kevin J. Carey |
|---|---|

**Appendix A**
**Debtors Listing[1]**

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Tribune Company | 08-13141 | Tribune Company |
| 435 Production Company | 08-13142 | Tribune Entertainment Company, LLC |
| 5800 Sunset Production, Inc. | 08-13143 | Tribune Entertainment Company, LLC |
| Baltimore Newspaper Networks, Inc. | 08-13144 | The Baltimore Sun Company, LLC |
| California Community News Corporation | 08-13145 | California Community News, LLC |
| Candle Holdings Corporation | 08-13146 | Tribune Investments, LLC |
| Channel 20, Inc. | 08-13147 | Tribune Broadcasting Company, LLC |
| Channel 39, Inc. | 08-13148 | WSFL, LLC |
| Channel 40, Inc. | 08-13149 | KTXL, LLC |
| Chicago Avenue Construction Company | 08-13150 | Chicago Tribune Company, LLC |
| Chicago River Production Company | 08-13151 | Tribune Entertainment Company, LLC |
| Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC |
| Chicago Tribune Newspapers, Inc. | 08-13153 | Chicago Tribune Company, LLC |
| Chicago Tribune Press Service, Inc. | 08-13154 | Chicago Tribune Company, LLC |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC |
| Chicagoland Publishing Company | 08-13156 | Chicagoland Publishing Company, LLC |
| Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC |
| Courant Specialty Products, Inc. | 08-13159 | The Hartford Courant Company, LLC |
| Direct Mail Associates, Inc. | 08-13160 | The Morning Call, LLC |
| Distribution Systems of America, Inc. | 08-13161 | Tribune ND, LLC |
| Eagle New Media Investments, LLC | 08-13162 | Chicagoland Publishing Company, LLC |
| Eagle Publishing Investments, LLC | 08-13163 | Tribune Investments, LLC |
| Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC |
| Forsalebyowner.com Referral Services, LLC | 08-13166 | Forsalebyowner.com Referral Services, LLC |
| Fortify Holdings Corporation | 08-13167 | Tribune Investments, LLC |
| Forum Publishing Group, Inc. | 08-13168 | Sun-Sentinel Company, LLC |
| Gold Coast Publications, Inc. | 08-13169 | Sun-Sentinel Company, LLC |
| GreenCo, Inc. | 08-13170 | Tribune Investments, LLC |

---

[1] Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| --- | --- |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

| Company Legal Name | Case No. | Successor Entity |
| --- | --- | --- |
| Heart & Crown Advertising, Inc. | 08-13171 | The Hartford Courant Company, LLC |
| Homeowners Realty, Inc. | 08-13172 | forsalebyowner.com, LLC |
| Homestead Publishing Company | 08-13173 | The Baltimore Sun Company, LLC |
| Hoy Publications, LLC | 08-13174 | Hoy Publications, LLC |
| Hoy, LLC | 08-13175 | Tribune ND, LLC |
| Insertco, Inc. | 08-13176 | Tribune 365, LLC |
| Internet Foreclosure Service, Inc. | 08-13177 | Internet Foreclosure Service, LLC |
| JuliusAir Company II, LLC | 08-13178 | Tribune Investments, LLC |
| JuliusAir Company, LLC | 08-13179 | Tribune Investments, LLC |
| KIAH Inc. | 08-13180 | KIAH, LLC |
| KPLR, Inc. | 08-13181 | KPLR, Inc. |
| KSWB Inc. | 08-13182 | KSWB, LLC |
| KTLA Inc. | 08-13183 | KTLA, LLC |
| KWGN, Inc. | 08-13184 | KWGN, LLC |
| Los Angeles Times Communications LLC | 08-13185 | Los Angeles Times Communications, LLC |
| Los Angeles Times International, Ltd | 08-13186 | Tribune Content Agency London, LLC |
| Los Angeles Times Newspapers, Inc. | 08-13187 | Los Angeles Times Communications, LLC |
| Magic T Music Publishing Company | 08-13188 | Magic T Music Publishing Company, LLC |
| NBBF, LLC | 08-13189 | NBBF, LLC |
| Neocomm, Inc. | 08-13190 | Orlando Sentinel Communications Company, LLC |
| New Mass. Media, Inc. | 08-13191 | The Hartford Courant Company, LLC |
| Newscom Services, Inc. | 08-13193 | Tribune Content Agency London, LLC |
| Newspaper Readers Agency, Inc. | 08-13194 | Chicago Tribune Company, LLC |
| North Michigan Production Company | 08-13195 | Tribune Entertainment Company, LLC |
| North Orange Avenue Properties, Inc. | 08-13196 | Orlando Sentinel Communications Company, LLC |
| Oak Brook Productions, Inc. | 08-13197 | Oak Brook Productions, LLC |
| Orlando Sentinel Communications Company | 08-13198 | Orlando Sentinel Communications Company, LLC |
| Patuxent Publishing Company | 08-13200 | The Baltimore Sun Company, LLC |
| Sentinel Communications News Ventures, Inc. | 08-13202 | Orlando Sentinel Communications Company, LLC |
| Shepard's Inc. | 08-13203 | Tribune Investments, LLC |
| Signs of Distinction, Inc. | 08-13204 | The Baltimore Sun Company, LLC |
| Southern Connecticut Newspapers, Inc. | 08-13205 | Tribune Publishing Company, LLC |
| Star Community Publishing Group, LLC | 08-13206 | Tribune ND, LLC |
| Stemweb, Inc. | 08-13207 | forsalebyowner.com, LLC |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:  
TRIBUNE COMPANY, et al.  
Reorganized Debtors

Chapter 11  
Case Number: 08-13141 (KJC)  
Jointly Administered  
Hon. Kevin J. Carey

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC |
| The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC |
| The Daily Press, Inc. | 08-13210 | The Daily Press, LLC |
| The Hartford Courant Company | 08-13211 | The Hartford Courant Company, LLC |
| The Morning Call, Inc. | 08-13212 | The Morning Call, LLC |
| The Other Company LLC | 08-13213 | Tribune Broadcasting Company, LLC |
| Times Mirror Land and Timber Company | 08-13214 | Tribune Investments, LLC |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 | Tribune Investments, LLC |
| Times Mirror Services Company, Inc. | 08-13216 | Tribune Investments, LLC |
| TMLH 2, Inc. | 08-13217 | The Hartford Courant Company, LLC |
| TMLS I, Inc. | 08-13218 | Tribune Publishing Company, LLC |
| TMS Entertainment Guides, Inc. | 08-13219 | Tribune Media Services, LLC |
| Tower Distribution Company | 08-13220 | Tower Distribution Company, LLC |
| Towering T Music Publishing Company | 08-13221 | Towering T Music Publishing Company, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 | Tribune Broadcasting Indianapolis, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 | KRCW, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 | Tribune Broadcasting Company, LLC |
| Tribune Broadcasting Company | 08-13223 | Tribune Broadcasting Company, LLC |
| Tribune Broadcasting Holdco, LLC | 08-13224 | Tribune Broadcasting Company, LLC |
| Tribune Broadcasting News Network, Inc. | 08-13225 | Tribune Washington Bureau, LLC |
| Tribune California Properties, Inc. | 08-13226 | Tribune Investments, LLC |
| Tribune Direct Marketing, Inc. | 08-13227 | Tribune Direct Marketing, LLC |
| Tribune Entertainment Company | 08-13228 | Tribune Entertainment Company, LLC |
| Tribune Entertainment Production Company | 08-13229 | Tribune Entertainment Company, LLC |
| Tribune Finance Service Center, Inc. | 08-13230 | Tribune Investments, LLC |
| Tribune Finance, LLC | 08-13231 | Tribune Investments, LLC |
| Tribune License, Inc. | 08-13232 | Tribune Publishing Company, LLC |
| Tribune Los Angeles, Inc. | 08-13233 | Los Angeles Times Communications, LLC |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | Tribune ND, LLC |
| Tribune Media Net, Inc. | 08-13235 | Tribune 365, LLC |
| Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC |
| Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC |
| Tribune Network Holdings Company | 08-13237 | Tribune Broadcasting Company, LLC |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | Tribune ND, LLC |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br> TRIBUNE COMPANY, et al. <br> Reorganized Debtors | Chapter 11 <br> Case Number: 08-13141 (KJC) <br> Jointly Administered <br> Hon. Kevin J. Carey |

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Tribune NM, Inc. | 08-13239 | Tribune Publishing Company, LLC |
| Tribune Publishing Company | 08-13240 | Tribune Publishing Company, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Hartford, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC |
| Tribune Television Company | 08-13241 | KDAF, LLC |
| Tribune Television Company | 08-13241 | WPHL, LLC |
| Tribune Television Company | 08-13241 | WPMT, LLC |
| Tribune Television Holdings, Inc. | 08-13242 | Tribune Broadcasting Company, LLC |
| Tribune Television Holdings, Inc. | 08-13242 | Tribune Broadcasting Seattle, LLC |
| Tribune Television Holdings, Inc. | 08-13242 | WXMI, LLC |
| Tribune Television New Orleans, Inc. | 08-13244 | Tribune Television New Orleans, Inc. |
| Tribune Television Northwest, Inc. | 08-13245 | Tribune Broadcasting Seattle, LLC |
| ValuMail, Inc. | 08-13246 | The Hartford Courant Company, LLC |
| Virginia Community Shoppers, LLC | 08-13247 | The Daily Press, LLC |
| Virginia Gazette Companies, LLC | 08-13248 | The Daily Press, LLC |
| WATL, LLC | 08-13249 | Tribune Broadcasting Company, LLC |
| WCWN LLC | 08-13250 | Tribune Broadcasting Company, LLC |
| WDCW Broadcasting, Inc. | 08-13251 | WDCW, LLC |
| WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC |
| WLVI Inc. | 08-13253 | Tribune Broadcasting Company, LLC |
| WPIX, Inc. | 08-13254 | WPIX, LLC |
| WCCT Inc. | 08-13255 | Tribune Broadcasting Hartford, LLC |
| Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC |