# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 05/20/2014

Calendar Time: 01:30 PM ET

*Amended Calendar 05/20/2014 09:02 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|---------------|-----------|-----------|-------------|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6264572 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6264577 | Jillian Ludwig | 312-853-7523 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6264570 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6264743 | Keith M. Younge | (610) 529-5180 | Keith M. Younge - In Pro Per/Pro Se | In Propria Persona, Keith Younge / LIVE |