IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket No. 13885** |

NOTICE OF AMENDED[2] AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 22, 2014 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY[3]

**THE ORAL ARGUMENT IS RESCHEDULED TO JULY 15, 2014 AT 11:00 A.M.
THE HEARING IS CANCELLED.**

## ORAL ARGUMENT

1. Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13715)

    Related Documents:

    (a) Reorganized Debtors' Reply in Support of Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] Any party who wishes to participate in the hearing telephonically must register with COURTCALL, LLC via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

46429/0001-10625501v2

|     | Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed April 11, 2014) (Docket No. 13870) |
| --- | --- |
| (b) | Notice of Oral Argument on Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed April 17, 2014) (Docket No. 13880)[4] |
| (c) | **Notice of Teleconference Scheduled for May 20, 2014 at 1:30 p.m. (Filed May 20, 2014) (Docket No. 13888)** |

Response Deadline:  October 1, 2013 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on October 15, 2013 for Mr. Younge.  The Reply Deadline was extended until 4:00 p.m. on April 11, 2014 for the Reorganized Debtors.

Responses Received:

| (a) | Response of the Creditor Keith Younge to the Objections Presented to Claim Number 3333 of Keith Younge, Pursuant 502 (b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed October 15, 2013) (Docket No. 13755) |
| --- | --- |
| (b) | **Keith M. Young's Letter Requesting Extension of Time to Obtain Counsel (Filed May 20, 2014) ( Docket No. 13887)** |
| Status: | **Pursuant to the Court's ruling, the oral argument is rescheduled to July 15, 2014 at 11:00 a.m.  This matter will not be going forward.** |

Dated: May 21, 2014

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

---

[4] Pursuant to the Court's directive, a binder containing the pleadings referenced herein was submitted to the Court on April 17, 2014.  A hearing binder is being submitted to the Court with the Notice of Agenda.

2

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ___/s/ Kate Stickles___
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS