IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | Ref. Docket No. 13885 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2014, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on May 22, 2014 at 10:00 A.M. Before The Honorable Kevin J. Carey," dated May 19, 2014 [Docket No. 13885],

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail (No Signature Required) to those parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
20th day of May, 2014

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237516
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Mr. Keith Younge
2117 Melvin Street
Philadelphia, PA 19131

**EXHIBIT B**

**Email Addresses**:

collins@rlf.com
stearn@rlf.com
leonhardt@teamrosner.com
rosner@teamrosner.com

**EXHIBIT C**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Vito Iacovazzi, Vice President | 860-313-0548 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire | 302-777-4224 |
| Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire | 302-657-4901 |
| Richard W. Riley, Esquire/Sommer L. Ross, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |

| | |
|---|---|
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Alan M. Root, Esquire | 302-425-6464 |
| William Hazeltine, Esquire | 302-428-8195 |
| William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| Antranig Garibian, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire | 212-262-1910 |
| Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |