IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| Debtors. | : | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the Debtors' Estates, | : | |
| Plaintiff, v. | : | Adv. No. 10-53963 (KJC) |
| JPMORGAN CHASE BANK, N.A., individually and as administrative agent, et al., | : | |
| Defendants. | : | |

**STIPULATION FURTHER EXTENDING TIME TO REPLY
IN SUPPORT OF SANDELMAN MOTION TO DISMISS [RE:  D.I. 1501]**

IT IS HEREBY STIPULATED AND AGREED, by and between the Aurelius Capital Management, LP ("Aurelius"), Law Debenture Trust Company of New York, as successor Indenture Trustee for certain series of Senior Notes ("Law Debenture") and Deutsche Bank Trust Company Americas, as successor Indenture Trustee for certain series of Senior Notes ("Deutsche Bank," and collectively with Law Debenture and Aurelius, the "Noteholders"), and Movant Sandelman Finance 2006-1 LTD ("Sandelman"), that:

{00809770;v1 }            1

1. Further briefing and any hearing on the Motion to Dismiss of Sandelman Finance 2006-1 LTD (D.I., 1501, the "Motion") shall be adjourned through and including September 30, 2014;

2. If there has been no movement in the appellate actions addressed in the Noteholders' objection to the motion (D.I. 1502) by August 31, 2014, the parties hereto agree to confer regarding further adjournment.

3. If the parties cannot reach agreement, Sandelman will have fifteen (15) days from notification of such failure to reach an agreement to file a reply in support of the Motion.

Dated: May 29, 2014

| ASHURST LLP<br>Jack Rose<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 205-7000<br>Facsimile: (212) 205-7020<br><br>*Counsel for Sandelman Finance 2006-1 Ltd.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663 |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Daniel H. Golden<br>David Zensky<br>Philip C. Dublin<br>Abid Qureshi<br>Mitchell Hurley<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>*Counsel for Aurelius Capital Management, LP* | ASHBY & GEDDES, P.A.<br><br>*/s/ Leigh-Anne M. Raport*<br>William P. Bowden (No. 2553)<br>Amanda Winfree Herrmann (No. 4615)<br>Leigh-Anne M. Raport (No. 5055)<br>500 Delaware Ave., P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 |

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>Edward A. Friedman<br>Robert J. Lack<br>7 Times Square<br>New York, NY 10036-6516<br>212-883-1100<br><br>*Counsel for Aurelius Capital Management, LP, as to matters concerning JPMorgan and Angelo Gordon, but not Oaktree* | |
| McCARTER & ENGLISH, LLP<br>David J. Adler<br>245 Park Avenue<br>New York, NY 10167<br>212-609-6800<br><br>*Counsel for Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | McCARTER & ENGLISH, LLP<br><br>*/s/ Katharine L. Mayer*<br>Katharine L. Mayer (No. 3758)<br>Renaissance Centre<br>405 N. King Street<br>Wilmington, DE 19801<br>302-984-6300 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David S. Rosner<br>Sheron Korpus<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes* | BIFFERATO GENTILOTTI LLC<br><br>*/s/ Garvan F. McDaniel*<br>Garvan F. McDaniel (No. 4167)<br>Mary E. Augustine (No. 4477)<br>E.A. Delle Donne Corporate Center<br>1013 Center Road, Suite 102<br>Wilmington, DE 19805<br>Tel: (302) 429-1900<br>Fax: (302) 429-8600 |