# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>**Case No. 08-13141 (KJC)**<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE

Please withdraw the appearance of Antranig N. Garibian, Esquire for Invesco Structured Core Fund. Invesco Structured Core Fund will continue to be represented by Julie M. Murphy, Esq. of Stradley Ronon Stevens & Young, LLP.

        Respectfully Submitted,

        */s/ Julie M. Murphy*
        Julie M. Murphy, Esq. (No. 5856)
        STRADLEY, RONON, STEVENS & YOUNG, LLP
        1000 N. West Street Suite 1278
        Wilmington, DE 19801-1697
        Telephone: (302) 295-3805
        Facsimile: (302) 295-4801
        Email:    jmmurphy@stradley.com

        *Counsel for Invesco Core Fund.*

Date: June 2, 2014

# 2008208 v. 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>**Case No. 08-13141 (KJC)**<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I caused a true and correct copy of the foregoing Notice of Withdrawal of Counsel and Entry of Appearance to be served via ECF upon all parties in this case.

          Respectfully Submitted,

          */s/ Julie M. Murphy*
          Julie M. Murphy, Esq. (No. 5856)
          STRADLEY, RONON, STEVENS & YOUNG, LLP
          1000 N. West Street Suite 1278
          Wilmington, DE 19801-1697
          Telephone:  (302) 295-3805
          Facsimile:  (302) 295-4801
          Email:  jmmurphy@stradley.com

          *Counsel for Invesco Structured Core Fund*

Date:  June 2, 2014

# 2008208  v. 1