# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, the Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund and the Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund hereby withdraw their proofs of claim, numbered as 3506 and 3505 (respectively) by the Bankruptcy Court-appointed claims agent, filed on or about June 4, 2009, against Tribune Company, a reorganized debtor in the above-captioned chapter 11 cases, with prejudice.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Dated: June 9, 2014                                    Respectfully submitted,

/s/ Paul D. Starr
Paul D. Starr
Federal Bar No. 024789 (D. Md.)
E-mail:  pstarr@abato.com

/s/ Corey Smith Bott
Corey Smith Bott
Federal Bar No. 025673 (D. Md.)
E-mail:  csbott@abato.com

/s/ Brian G. Esders
Brian G. Esders
Federal Bar No. 028745 (D. Md.)
E-mail:  besders@abato.com

Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland  21286
Telephone:  (410) 321-0990
Facsimile:  (410) 321-1419

Attorneys for Truck Drivers & Helpers Local Union No. 355 Health and Welfare Fund and Truck Drivers & Helpers Local Union No. 355 Retirement Pension Fund

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2014, a copy of the foregoing was served, via the Court's CM/ECF system, on all parties requesting notice.

/s/ Brian G. Esders