# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Claim No. 3333 ("Keith Younge"), a party in interest in the above-captioned case, hereby files this notice to appearance pursuant to § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices, pleadings, and all other documents in reference to the above-captioned case be given to and served upon the undersigned counsel as follows:

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services, LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035) \; KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communication Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362): Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

"J" Jackson Shrum (No.4757)
WERB & SULLIVAN
300 Delaware Ave.
Wilmington, DE 19801
Telephone:   (302) 652.1100
Facsimile:   (302) 652.1111
Email:       jshrum@werbsullivan.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the forgoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise riled or given with regard to the above-referenced case and the proceeding therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Keith Younge's: i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or iv) other rights, claims, actions, defenses, setoffs or recoupments to which Keith Younge is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved by Keith Younge.

DATED:   Wilmington, Delaware
         June 9, 2014

WERB & SULLIVAN

/s/ *Jack Shrum*
"J" Jackson Shrum (No. 4757)
300 Delaware Ave.
Wilmington, DE 19801
Telephone:   (302) 652.1100
Facsimile:   (302) 652.1111