UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                          Case No. 08-13141 (KJC)

TRIBUNE COMPANY, *et. al.*                      Chapter 11

_____/                     (Jointly Administered)

## NOTICE OF WITHDRAWAL FROM SERVICE

I, Heather L. Donald, Assistant Attorney General for the State of Michigan, hereby request removal from electronic and mail service in the above captioned matter.

/s/ Heather L. Donald
Heather L. Donald (MI 57351)
Assistant Attorney General
State of Michigan
Revenue and Collections Division
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202
(313) 456-0140
E-mail: donaldh@michigan.gov

Dated: July 7, 2014