UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

| | |
|---|---|
| In Re: | Case No. 08-13141-KJC |
| TRIBUNE COMPANY, | Chapter 11 |
| Debtor(s). | Honorable Kevin J. Carey |

## PROOF OF SERVICE

The undersigned certifies that on July 07, 2014, a copy of the Notice of Withdrawal from Service, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N West St., Suite 1200
Wilmington, DE  19801

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

/s/ Jacqueline M. Szymanski
Jacqueline M. Szymanski
Legal Secretary
Heather L. Donald  (P57351)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  donaldh@michigan.gov

Dated:  July 07, 2014