# WERB & SULLIVAN

ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899

"J" JACKSON SHRUM*
* ADMITTED IN DELAWARE, PENNSYLVANIA, AND NEW JERSEY
Jshrum@werbsullivan.com

TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111

*COURIER DELIVERY:*
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

July 14, 2014

**VIA U.S. MAIL SERVICE:**
The Honorable Kevin J. Carey
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

      RE:   *TRIBUNE COMPANY, ET AL.*, CHAPTER 11 CASE NO.: 08-13141 (KJC)
              **Keith Younge Claim No.: 3333**
              **Request to Reschedule Hearing**

Dear Judge Carey:

      Please accept this letter request in lieu of a more formal motion to reschedule the hearing on Keith Younge's claim in the above-referenced case. The basis for this request follows.

      Mr. Younge recently suffered a stroke which required hospitalization. Unfortunately, since May 8, 2008, Mr. Younge has suffered two heart attacks and now this stroke. Mr. Younge has been in and out of the hospital for several weeks and currently is in rehabilitation. We had hoped that Mr. Younge would have recovered well enough to participate in the July 15, 2014 hearing on his claim, but that does not appear possible at this time. I informed opposing counsel about Mr. Younge's health condition and sought consent to reschedule the hearing scheduled for tomorrow. Debtors' counsel responded late last week that they would not consent to reschedule the hearing.

      Mr. Younge cannot drive at this point and is having difficulty finding transportation to appear for the hearing. Although his health condition is improving, he will not be able to attend the hearing tomorrow. Further, Mr. Younge' testimony about the incidents that led to his dismissal and gave rise to his claim in this action is necessary. While the Debtors have largely conceded the racially inflamed and derogatory statements made to and about Mr. Young by his former co-worker, there are issues of fact that the Court will need to explore, and Mr. Younge's appearance is necessary to the resolution of his claim.

      Therefore, I respectfully request that the Court reschedule the hearing in one to two months'

time, to give Mr. Younge time to recover so he may participate in the hearing in furtherance of his Claim in this case.

                                                Respectfully submitted,

                                                */s/ Jack Shrum*
                                                "J" Jackson Shrum (DE # 4757)

Cc:    James Conlan (via facsimile)
        Jonathan Lotsoff (via facsimile)
        Kenneth Kansa (via facsimile)
        Jillian Ludwig (via facsimile)
        Norman Pernick (via facsimile)
        J. Kate Stickles (via facsimile)
        Patrick Reilley (via facsimile)