IN THE UNITED STATES BANKRUTPCY COURT

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |

## ORDER

UPON consideration of the Claimant Keith Younge's request to reschedule the hearing on the Debtors' objection to his claim (Claim #3333) in the above-referenced case, and upon consideration of any opposition thereto,

IT IS HEREBY ORDERED that the request to reschedule the hearing is GRANTED, and that the hearing on the Debtors' objection shall be heard on _____, 2014;

IT IS FURTHER ORDERED that there will be no further continuances for this matter without application to the Court and only for good cause shown.

_____
By the Court

Dated: _____