UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : (Jointly Administered) |
| **TRIBUNE COMPANY,** *et al.* | : |
| | : Case No. 08-13141 (KJC) |
| Debtors | : |

### ORDER REGARDING JO ANNA CANZONERI MCCORMICK NOTICE OF APPEAL

AND NOW, this 16th day of July, 2014, Jo Anna Canzoneri McCormick ("McCormick") having delivered a document to this Court, which was received on July 14, 2014, titled "Re: Notice of Appeal On The Tribune Company and Any and All of Its Subsidiary Companys [*sic*]" (the "Notice of Appeal"), which includes a request to proceed in forma pauperis; and

it appearing that the Notice of Appeal does not identify a particular order of this Court which is being appealed; it is, therefore,

**ORDERED** that the Clerk of the Bankruptcy Court shall docket the Notice of Appeal, and, when appropriate, forward the Notice of Appeal to the District Court "for such action as the district court . . . deems appropriate, which may include dismissal of the appeal." Fed.R.Bankr.P. 8001(a).

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc::  J. Kate Stickles, Esquire[1]

---

[1] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.