JO ANNA CANZONERI MCCORMICK
3014 BRIGHTON 1ST STREET
BRIGHTON BEACH, NEW YORK 11229
CELL   718 200 1094
  EMAIL BLOBLUE1@HOTMAIL.COM
  JULY 08, 2014
  UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF DELAWARE
 824 NORTH MARKET STREET
WILMINGTON DELAWARE  19801
   RE:  NOTICE OF APPEAL ON THE TRIBUNE COMPANY AND ANY AND ALL OF
      ITS SUBSIDIARY COMPANYS   APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES
 DEAR GENTLEMEN
 ENCLOSED AND ATTACHED IS THE NOTICE OF APPEAL ON THE
TRIBUNE COMPANY AND ANY AND ALL OF ITS SUBSIDIARY COMPANYS
I PERSONALLY AM CLAIMING FULL OWNERSHIP AND CLAIM FOR
AFFIRMATION AS TO THE ESTATE OF MCCORMICK , TRIBUNE COMPANY
AND ROBERT RUTHERFORD MCCORMICK.  ALSO I PERSONALLY AM
CLAIMING A SUSPIOUS DEATH OF ROBERT RUTHERFORD MCCORMICK
I PERSONALLY FEEL THAT ROBERT RUTHERFORD MCCORMICK
WAS MURDERED
 I PERSONALLY HAVE SENT THE COURTS COPIES OF THE ORIGINAL
MEDICAL REPORTS AS TO MILLIE FELL MD
 BUSINESS CARD AND PATIENT LENS IMPLANT IDENTIFICATION LABEL
 IN WHICH I HAD MAJOR SURGERY ON BOTH RIGHT AND LEFT EYES
 FROM APPROXIMATELY SEPTEMBER 2013 THRU DECEMBER 25, 2013
A TEMPORARY CONDITION (CLINALLY BLIND)  ALSO A LETTER
FROM MY MOTHER FOR THE CARE FOR MY (JO ANNA CANZONERI MCCORMICK) MOTHER AMELIA
CANZONERI WITH CANCER IN THE BLOOD, ETC
BESIDES MY DAUGHTER HAVING TO HAVE SURGERY TOO
I PERSONALLY WORKED FOR THE FOLLOWING COMPANIES FOR
APPROXIMATELY SEVEN (7) ON A PART TIME JOBS
ISA
UNEMPLOYMENT
ABS PLASMA
OCTAPHARMA PLASMA
 I PERSONALLY AM STILL RECOVERING FROM SUCH SURGERY
I PERSONALLY REQUEST TO REOPEN THIS BANKRUPTCY CASE
ON THE TRIBUNE COMPANY TO REVERSE ANY AND ALL SALES
I PERSONALLY REQUEST AND DEMAND THE HONORABLE JUDGE KELLY CAREY

TO IMMEDIATELY SEIZED AND AND ALL PERSONAL AND REAL ESTATE PROPERTYOF THE MCCORMICK ,
MCCORMICK ESTATE AND TRIBUNE COMPANY
ALONG WITH REVERSE ANY AND ALL SALES OF THE MCCORMICK ESTATES AND
TRIBUNE COMPANY
ENCLOSED IS THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES
FORM IN WHICH I MAIL TO THE DELAWARE COURT.

SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME BY EMAIL

THANKS
JO ANNA CANZONERI MCCORMICK

JO ANNA CANZONERI MCCORMICK
3014 BRIGHTON 1STREET
BRIGHTON BEACH NEW YORK 11229
CELL  718 200 1094
EMAIL JCANZONERI101@HOTMAIL.COM

NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET
WILMINGTON DELAWARE 19801-35870

CASE  NUMBER  (UNKNOWN)
TRIBUNE COMPANY

PLAINTIFFS (DEBTOR):

TRIBUNE COMPANY,ETAL;
JOHN DOES1-100
JANE DOES1-100

DEFENDANTS (CREDITOR):

JOHN DOES 1-100
JANE DOES 1-100

NOTICE IS HEREBY GIVEN THAT JO ANNA CANZONERI MCCORMICK hereby

appeals to the UNITED STATES SUPREME COURT WASHINGTON, DC TO OPEN,

REVIEW, CHANGE AND REVERSE  the decision  made by HONORABLE FEDERAL

BANKRUPTCY JUDGE AT THE UNITED STATES FEDERAL DISTRICT

BANKRUPTCY COURT IN DELAWARE TO OPEN VIEW AND REVERSE THE

APPROVAL AND  DECISION MADE ON THE OFFERS, PURCHASE , SALES CONTRACTS AND

SALES OF THE TRIBUNE COMPANY AND ANY AND  ALL OF THE TRIBUNE COMPANY AND

ITS SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY CLAIMING FULL

OWNERSHIP, OWNER AND HEIR OF THE TRIBUNE COMPANY AND ANY AND

ALL OF THE TRIBUNE COMPANY AND ITS SUBSIDIARY (THE TRIBUNE

COMPANY SUBSIDIARY)

ALSO I PERSONALLY FILED COURT DOCUMENTS IN THE UNITED STATES FEDERAL COURT

LOCATED AT 500 PEARL STREET NEW YORK NEW YORK FOR MURDER AND TITLE

OF THE MCCORMICK ESTATES AND TRIBUNE COMPANY WOULD LIKE TO

I PERSONALLY AM CLAIMING FORGERY ON ANY AND ALL LEGAL DOCUMENTS.

ALSO I (JO ANNA CANZONERI MCCORMICK) PERSONALLY AM CLAIMING

FORGERY, THEFT, ROBBERY, GRAND LACARY AND EMBEZZMENT OF MY (JO ANNA

CANZONERI MCCORMICK) SIGNATURE AND NAME OF ANY AND ALL LEGAL DOCUMENTS,

BECAUSE I (JO ANNA CANZONERI MCCORMICK) DID NOT APPROVE, AGREE AND SIGN ANY

LEGAL DOCUMENT FOR THE PURCHASE,OFFER AND SALE OF THE TRIBUNE COMPANY

AND ANY AND ALL LEGAL DOCUMENTS OF THE TRIBUNE COMPANY AND ITS

SUBSIDIARY (THE TRIBUNE COMPANY SUBSIDIARY).

I (JO ANNA CANZONERI MCCORMICK) personally am claiming THAT ROBERT RUTHERFORD

MCCORMICK PERSONALLY DID NOT BUY,OWN NOR PURCHASE THE TRIBUNE COMPANY

THIS IS THE CLAIM THAT IN FACT I (JO ANNA CANZONERI MCCORMICK) PERSONALLY

- CLAIMING THAT IT IS SUSPICIOUS OF MURDER,FORGERY,EMBEZZLEMENT, THEFT,

-

- GRAND LACARY AND FRAUD OF BOTH ROBERT RUTHERFORD MCCORMICK AND

- ANNA MCCORMICK.

I PERSONALLY STRONGLY FEEL THAT ROBERT RUTHERFORD MCCORMICK PERSONALLY WAS MURDERED

I PERSONALLY SENT TO THE COURTS MY PROOF OF CLAIM OF FULL OWNERSHIP

I (JO ANNA CANZONERI MCCORMICK) PERSONALLY WOULD LIKE TO PRESS

CHARGES AND ARREST. I personally am claiming full ownership (owner) of THE

TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY

SUBSIDIARY. ALONG I (JO ANNA CANZONERI MCCORMICK) PERSONALLY DID NOT EMPLOY

OR HIRE THE ATTORNEYS, TRUSTEES AND ADMINISTRATORS (UNITED STATES

ATTORNEYS) OF THE TRIBUNE COMPANY AND ANY AND ALL OF THE TRIBUNE COMPANY

SUBSIDIARY.

DATED JULY 08, 2014

JO ANNA CANZONERI MCCORMICK