# EXHIBIT A

**Disputed Employee Benefit Claims**

# TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 72: EXHIBIT A – DISPUTED EMPLOYEE BENEFIT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HURT, ALBERT L | 08-13141 | Tribune Company | 04/23/2009 | 1575 | $10,745.21 | See Objection at ¶¶ 15-20. |
| 2 | SPANO, JOHN | n/a | No Debtor Asserted | 05/12/2009 | 2736 | Undetermined* | See Objection at ¶¶ 21-25. |
| | | | | | Total | $10,745.21* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts