## EXHIBIT D

## December 2013 Letter

46429/0001-10812322V1



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>HOUSTON<br>LONDON | LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D C |
| mgustafson@sidley.com<br>(312) 853 0641 | FOUNDED 1866 | |

December 2, 2013

Albert L. Hurt
18032 Jason Lane
Lansing, IL  60438

Dear Mr. Hurt:

My name is Michael Gustafson and I am one of the attorneys that has been representing Tribune Company ("Tribune") and certain of its subsidiaries (collectively with Tribune, the "Company") in connection with their bankruptcy proceedings (the "Tribune Bankruptcy Cases").

I am writing you this letter to inform you that we have reviewed the proof of claim that you filed on April 23, 2009 and, based on the supporting documentation you filed and applicable law, we have determined that this claim is not valid and should not be allowed against Tribune in the Tribune Bankruptcy Cases. I have included a copy of your claim and the supporting documentation (collectively, "Claim No. 1575") with this letter for your reference.

After reviewing Claim No. 1575, we are unable to determine the precise basis for your calculation of Claim No. 1575; however, we note that you included a "401(K) Savings Plan Account Summary" sheet for 2004, where losses amounted to $8,354.81. Based upon this attachment and the claimed amount, we have concluded that you have filed your claim for losses that your 401(k) Savings Plan sustained in calendar years 2003 and 2004. If this assumption is incorrect, I encourage you to send me (either by mail or e-mail) any additional explanation of your claim's basis and any additional supporting documentation therefor.

If the basis of Claim No. 1575 is in fact these 401(k) Plan losses, please be advised that losses of this type are not recoverable against the Company because a Plan Sponsor (Tribune for your 401(k) Plan), is not responsible, nor liable, for ordinary market losses that occur. A 401(k) plan is a "defined contribution" plan. For such a plan "[t]he benefit depends on contributions made by the employee and/or the employer, performance of the account's investments, and fees


# SIDLEY

Albert L. Hurt
December 2, 2013
Page 2

charged to the account"[1] (emphasis added). Such defined contribution plans have inherent risk because they rely on investments in securities that are not guaranteed to increase over time. Losses as a result of this risk, although unfortunate, are generally not recoverable from a Plan Sponsor.

As Claim No. 1575 is seeking recovery of ordinary investment losses, it is not a valid claim and we request that you voluntarily withdraw this claim. I have prepared and attached a "Notice of Withdrawal of Proof of Claim" for this purpose. If you wish to withdraw your claim voluntarily, please date this form, sign it, print your name and address, and return the form to me using the envelope included with this letter, which has already been addressed and stamped. I will transmit this notice to the Delaware Bankruptcy Court and the registered claims agent. Please give me a call at 312-853-0641 if you have any questions. I am also happy to discuss Claim No. 1575 with your attorney, if you have retained one.

In the event that you decide not to voluntarily withdraw Claim No. 1575, we intend to file an objection to the claim in the Delaware Bankruptcy Court. In that scenario, you will be notified when the Objection has been filed, the deadline for filing your Response, and the date of the hearing before the Delaware Bankruptcy Court (where you and/or your attorney may appear).

Again, if you have any questions at all, please do not hesitate to give me a call. I am more than happy to discuss this with you further or walk through the voluntary withdrawal process with you. I can also be reached via e-mail at mgustafson@sidley.com.

Sincerely,

Michael T. Gustafson

MTG:rp
cc: Kevin Dansart, Tribune Company

Enclosures

---

[1] See, e.g., Department of Labor, "What You Should Know About Your Retirement Plan," at Table 1 in Chapter 1: Types of Retirement Plans. Available at: http://www.dol.gov/ebsa/publications/wyskapr.html.