# EXHIBIT F

**Spano Waiver And Release**

Attachment III

## LOS ANGELES TIMES COMMUNICATIONS LLC EMPLOYEE VOLUNTARY SEPARATION PLAN 2008 ("EVSP 2008")

### WAIVER AND RELEASE

(1) Release. In consideration for the EVSP 2008 Benefits to be provided to me under the terms of the **LOS ANGELES TIMES COMMUNICATIONS LLC VOLUNTARY SEPARATION PLAN 2008 ("EVSP 2008")**, I, on behalf of myself and my heirs, executors, administrators, attorneys and assigns, hereby waive, release and forever discharge Los Angeles Times Communications LLC, together with its parent(s), subsidiaries, affiliates, including but not limited to my employing business unit, predecessors, successors, divisions, affiliates, officers, directors, agents, shareholders, attorneys, employees, employee benefit plans, plan administrators, insurers, assignees, fiduciaries, administrators, trustees, and legal representatives, both past and present (collectively, the "Released Parties") from any and all known or unknown actions, causes of action, claims or liabilities of any kind which have been or could be asserted against the Released Parties arising out of or related to my employment with and/or separation from employment with any of the other Released Parties and/or any other occurrence up to and including the date on which I sign this Waiver and Release, including but not limited to:

(a) any and all claims, actions, causes of action or liabilities arising under Title VII of the Civil Rights Act, as amended, the Age Discrimination in Employment Act, as amended ("ADEA"), the Employee Retirement Income Security Act, as amended, the Rehabilitation Act, as amended, the Americans with Disabilities Act, as amended, the Family and Medical Leave Act, the National Labor Relations Act, as amended, the Worker Adjustment and Retraining Notification Act, and/or any other federal, state, municipal, or local employment discrimination statutes or ordinances (including, but not limited to, claims based on age, sex, attainment of benefit plan rights, race, religion, national origin, marital status, sexual orientation, ancestry, harassment, parental status, handicap, disability, retaliation, and veteran status); and/or

(b) claims, actions, causes of action or liabilities arising under any other federal, state, municipal, or local statute, law, ordinance or regulation; and/or

(c) any other claim or grievance whatsoever including, but not limited to, claims for severance pay or attorney's fees, claims based upon breach of contract, wrongful termination, defamation, intentional infliction of emotional distress, tort, personal injury, invasion of privacy, violation of public policy, negligence and/or any other common law, statutory or other claim or grievance whatsoever arising out of or relating to my employment with and/or separation from employment with the Company and/or any of the other Released Parties.

Nothing in this Waiver and Release precludes me from exercising my rights to receive (i) any sums or benefits to be paid or provided under the EVSP 2008, or (ii) any vested, accrued benefits to which I am (or become) otherwise entitled (collectively, the "Exempted Claims"). In addition,

nothing in this Waiver and Release precludes me from (i) filing an administrative charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") or a state fair employment practices agency, or (ii) participating an EEOC or other state agency investigation. I am, however, waiving all rights to recover money or other individual relief in connection with any administrative charge or agency investigation, regardless of whether the charge is filed by me, another individual, an agency, or some other entity.

(2) **EFFECT OF RELEASE.** I UNDERSTAND AND AGREE THAT, OTHER THAN THE EXEMPTED CLAIMS PLUS CLAIMS AND RIGHTS THAT CANNOT BE WAIVED BY LAW, I AM WAIVING AND RELEASING ANY AND ALL RIGHTS AND CLAIMS AGAINST THE RELEASED PARTIES (INCLUDING, BUT NOT LIMITED TO, CLAIMS AND RIGHTS UNDER THE AGE DISCRIMINATION IN EMPLOYMENT ACT) TO THE DATE OF THIS AGREEMENT IN EXCHANGE FOR CONSIDERATION TO WHICH I AM NOT OTHERWISE ENTITLED.

(3) California Waiver. I am aware of California Civil Code Section 1542, which provides as follows:

> "A *general* release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

To the extent, if any, which California Civil Code Section 1542 might be applicable, I knowingly and intentionally waive and relinquish all rights thereunder. In connection with such waiver and relinquishment, I acknowledge that I am aware that I may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those which I now know or believe to be true, with respect to the matters released herein. Nevertheless, it is my intention to fully, finally and forever release all such matters, and all potential claims relative thereto, which do now exist, may exist or heretofore have existed against the Released Parties.

(4) Acknowledgment. I further acknowledge and agree that the benefits payable to me under the EVSP 2008 exceed any amounts otherwise due to me upon my voluntary separation from employment.

(5) No Promise Regarding Re-employment. I also promise not to seek employment with any Released Party for a period of two (2) years from my Voluntary Separation Date, and further agree that the Released Parties will not be under any obligation to employ or re-employ me (or to consider me for employment or re-employment) during that two-year period.

(6) Time Period. I acknowledge that I have been given at least forty-five (45) days to consider this Waiver and Release. I further acknowledge that I have been advised in writing (by this Waiver and Release) to consult with an attorney, at my own expense, before signing this Waiver and Release to ensure I fully understand the significance of all of the terms and conditions of this Waiver and Release. I also acknowledge that I received the lists of employees who were eligible and ineligible to participate in the EVSP 2008.

(7) <u>Additional Acknowledgements</u>. I also acknowledge that I: (i) have been paid for all hours worked, including overtime, up through the last pay period which ended before I signed this Waiver and Release; (ii) have received any Family and Medical Leave Act leave or other leave which I requested and to which I am legally entitled; and (iii) have not suffered any on-the-job injury for which I have not already filed a claim.

(8) <u>Revocation</u>. I understand that I may revoke this Waiver and Release within seven (7) days after signing and that any revocation must be made in writing and received within those seven (7) days by Yasmin Firouzi, Sr. Human Resources Coordinator, Los Angeles Times Communications LLC, 202 West First Street, Los Angeles, CA 90053, facsimile (213) 237-4836. I further understand that if I revoke this Waiver and Release, I shall not receive the EVSP 2008 Benefits but will remain a terminated employee.

(9) <u>Non-Disclosure.</u> I agree to keep confidential all confidential and trade secret information (hereinafter "Confidential Information") that I acquired about the Released Parties, including, without limitation, the Released Parties' finances, systems, operations, dealings, assets, capabilities, plans, strategies, personnel and compensation, pricing, customer lists, and mailing information. I will not disclose Confidential Information to anyone until, if ever, such information becomes public knowledge in a formal legal proceeding.

(10) <u>Enforceability</u>. If any provision of this Waiver and Release is deemed invalid or unenforceable by a court or other tribunal of competent jurisdiction, this Waiver and Release shall not be stricken in its entirety or held void or unenforceable, but rather it shall be deemed modified to give the remaining provisions full legal force and effect

(11) <u>Final Acknowledgments</u>. I further acknowledge and agree that I have carefully read and fully understand all of the provisions of this Waiver and Release, that no other promises or inducements have been made to induce me to enter into this Waiver and Release, and that no other promises or agreements shall be binding unless reduced to writing and signed by the parties. I also acknowledge and agree that I have voluntarily entered into this Waiver and Release by signing below.

_John Spano_
(Name - Please Print)

_[signature]_
(Signature)

_3/28/08_
(Date)

**PLEASE RETURN ENTIRE WAIVER AND RELEASE TO:**
Yasmin Firouzi, Sr. Human Resources Coordinator
Los Angeles Times Communications LLC
202 West First Street
Los Angeles, CA 90053
Fax: (213) 237-4836