# **PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
|  | **Related to Docket No. ____** |

**ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-SECOND OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND
558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007,
AND LOCAL RULE 3007-1**

**("DISPUTED EMPLOYEE BENEFIT CLAIMS")**

Upon consideration of the Reorganized Debtors' Seventy-Second Omnibus

(Substantive) Objection to Claims, by which the Reorganized Debtors[2] request entry of an order

pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and

3007, and Local Rule 3007-1, (i) disallowing in full and expunging the Disputed Employee

Benefit Claims set forth on Exhibit A; and (ii) directing the Claims Agent to modify the Disputed

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

Employee Benefit Claims on the Claims Register; and upon consideration of the Objection, and

the Dansart Declaration; and it appearing that the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given

under the circumstances; and sufficient cause appearing therefor; it is hereby

      ORDERED that the Objection is sustained; and it is further

      ORDERED each of the Disputed Employee Benefit Claims set forth on <u>Exhibit A</u>

hereto shall be disallowed and expunged; and it is further

      ORDERED that the Claims Agent is authorized to modify the Claims Register to

comport with the entry of this Order; and it is further

      ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
         _____, 2014

                     _____
                     The Honorable Kevin J. Carey
                     United States Bankruptcy Judge

# EXHIBIT A

## Disputed Employee Benefit Claims

TRIBUNE COMPANY, ET AL.

## OMNIBUS OBJECTION 72: EXHIBIT A – DISPUTED EMPLOYEE BENEFIT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HURT, ALBERT L | 08-13141 | Tribune Company | 04/23/2009 | 1575 | $10,745.21 | See Objection at ¶¶ 15-20. |
| 2 | SPANO, JOHN | n/a | No Debtor Asserted | 05/12/2009 | 2736 | Undetermined* | See Objection at ¶¶ 21-25. |
| | | | | | Total | $10,745.21* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts