# SIGN-IN-SHEET

**CASE NAME:** TRIBUNE COMPANY  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** 7/15/14 @ 11:00 AM

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| J. Jackson Shrum | Webb & Sullivan | Keith Young |
| Jillian Ludwig | Sidley Austin | Tribune Company |
| Kyle Shultz | Cole Schotz | " |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

| Calendar Date: | 07/15/2014 |
|---|---|
| Calendar Time: | 11:00 AM ET |

2nd Revision 07/14/2014 03:45 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6356018 | Ken Kansa | 312-853-7163 | ~~Sidley Austin LLP~~ | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6356032 | Jillian Ludwig *In courtroom* | 312-853-7523 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |

*Keith Yonge (add on)*