SIGN-IN-SHEET

CASE NAME: TRIBUNE COMPANY
CASE NO.   08-13141-KJC

COURTROOM LOCATION: 5
DATE:   7/15/14 @ 11:00 AM

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| J Jackson Shaun | Wdb & Sullivan | Keith Young |
| Jillian Ludwig | Sidley Austin | Tribune Company |
| Katz Shokius | Cole Schotz | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 07/15/2014

Calendar Time: 11:00 AM ET

2nd Revision 07/14/2014 03:45 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|---------------|-----------|-----------|-------------|
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6356018 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Company, Reorganized Debtors | 08-13141 | Hearing | 6356032 | Jillian Ludwig *In the courtroom* | 312-853-7523 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |

*Keith Younge (addum)*
*- not connected as of 11am*