# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company  
Tribune Company, Reorganized Debtors

**Case No.:** 08–13141–KJC

**Chapter:** 11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

David D. Bird  
CLERK OF COURT

Date: 7/21/14  
(VAN–440)