# Notice Recipients

District/Off: 0311−1        User: LisaD        Date Created: 7/21/2014
Case: 08−13141−KJC        Form ID: van440        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Jo Anna Canzoneri McCormick        POB 684        Pasadena, CA 91102

TOTAL: 1