# EXHIBIT A

## Disputed Litigation Claims

TRIBUNE COMPANY, ET AL.

OMNIBUS OBJECTION 73: EXHIBIT A – DISPUTED LITIGATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | POCIASK, DAVID | 08-13152 | Chicago Tribune Company | 06/08/2009 | 3726 | $69,656.34 | See Objection at ¶¶ 15-18. |
| 2 | POCIASK, DAVID | 08-13152 | Chicago Tribune Company | 06/08/2009 | 3752 | $69,656.34 | See Objection at ¶¶ 15-18. |
| 3 | LEGER, LISA | 08-13141 | Tribune Company | 06/08/2009 | 3689 | $38,973.35 | See Objection at ¶¶ 19-21. |
| 4 | GARCIA, GARY W. | 08-13141 | Tribune Company | 06/09/2009 | 4127 | Undetermined* | See Objection at ¶¶ 22-24. |
| | | | | | Total | $178,286.03* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1