## EXHIBIT C

**Pociask Complaint**

46429/0001-10823778V1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | )ss | |
| COUNTY OF LAKE | ) | SITTING IN EAST CHICAGO, INDIANA |
| DAVID POCIASK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | CAUSE NO: 45D0208O3CTBC |
| | ) | |
| ROSSI REALTY, LTD. | ) | |
| and POST TRIBUNE | ) | |
| | ) | |
| Defendants | ) | |

## COMPLAINT

Comes now, Plaintiff, David Pociask, by counsel, David S. Gladish, and hereby asserts the following cause of action against Defendants, Rossi Real Estate, Ltd. and Post Tribune as follows:

1. Plaintiff, David Pociask, is an adult resident of the City of Portage, State of Indiana.

2. Defendant, Rossi Real Estate, Ltd., is an Indiana Company who sells real estate in Portage, Indiana, with its place of business in Dyer, Indiana.

3. Defendant, Post Tribune, is an Indiana corporation with a place of business in Lake County, Indiana.

4. On December 20, 2007, the Plaintiff was a business invitee of the Defendants at 5371 U.S. Highway 6 in Portage, Indiana.

5. At all times relevant to this cause of action, Defendants owed the Plaintiff a duty of care to provide safe ingress and egress onto its property.

6. That Defendants breached the obligation of care that they owed to the Plaintiff by failing to maintain said property in a reasonably safe condition for business invitees.

7. That as a direct and proximate result of the Defendant's breach as aforesaid, the Plaintiff violently fell to the ground resulting in a fracture of his left wrist requiring medical care and treatment along with the incidental and consequential expenses involved therewith. That while the Plaintiff was convolesing or otherwise recovering from his injuries, he lost time and earnings from his employment as well as suffered emotional distress.

WHEREFORE, Plaintiff, David Pociask, respectfully requests judgment against the Defendants in an amount of money that will adequately and justly compensate him for the injuries and damages he has sustained, continues to sustain, for costs of this action and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiff demands trial by jury.

DAVID S. GLADISH
Law Office of David Gladish, P.C.
8320 Kennedy Avenue
Highland, In 46322
Attorney for Plaintiff

2