## **EXHIBIT D**

**Order Dismissing Pociask Litigation**

| STATE OF INDIANA | ) | | IN THE LAKE SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF LAKE | ) | | EAST CHICAGO, INDIANA |

DAVID POCIASK, )

       Plaintiff, )

-vs- )        **CAUSE NO.: 45D02-0803-CT-00086**

ROSSI REALTY, LTD., POST )
TRIBUNE, PETE TODOSIJEVIC )
and PORTAGE PARK, LLC, )

       Defendants. )

**Filed in Open Court**

**JUN 1 7 2011**

SUPERIOR COURT OF LAKE COUNTY
CIVIL DIVISION, COURT ROOM 2

### <u>ORDER</u>

THIS MATTER comes before the Court on the Defendants, The Post Tribune Company, LLCs's and Portage Park, LLC's Motions to Dismiss pursuant to Trial Rule 41(E). Plaintiff failed to appear for the hearing on these motions. The Court having afforded Plaintiff notice and opportunity to appear at the hearing and being duly advised in the premises now GRANTS said Motions.

IT IS THEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice as to Defendants, The Post Tribune Company, LLC and Portage Park, LLC. This order fully resolving all matters as to Defendants The Post Tribune Company, LLC and Portage Park, LLC is final and appealable as to those Defendants.

SO ORDERED this 17th day of June , 2011.

_____
JUDGE, LAKE SUPERIOR COURT

***Distribution:***
Edward W. Hearn, Esq.
David Pociask
Jennifer M. Herrmann, Esq.
Gary T. Jansen, Esq.





SUPERIOR COURT