# EXHIBIT G

## Garcia Claim

46429/0001-10823778V1

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE  Tribune Company Claims Processing Center  c/o Epiq Bankruptcy Solutions, LLC  FDR Station, P.O. Box 5069  New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor | Filed: USBC - District of Delaware  Tribune Company, Et Al.  08-13141 (KJC)  0000004127 |
|---|---|---|
| TRIBUNE COMPANY | 08-13141 (KJC) | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 141005700*****
GARY W. GARCIA
C/O SIEBEN & SIEBEN, LLP
90 EAST MAIN STREET
BAY SHORE, NY 11706

Telephone number: 631-665-3400   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
050005

Your claim is scheduled by the Debtor as:

UNSECURED
UNLIQUIDATED
DISPUTED

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ *unliquidated - Personal injury*

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $_____.

2. Basis for Claim: *Personal Injury   5/11/09*
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $_____   Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:

   $_____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
**JUN 0 9 2009**
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 6/6/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  X *Gary Garcia* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| JO AN E. ABREU<br>PEARL N. APISSON<br>CAROL V. BEERS<br>JOSEPH M. BISCH<br>EDWARD J. COHEN<br>ROBERT J. CURRAN<br>MICHAEL P. DeNOTO<br>DANIEL T. DRISCOLL<br>ALAN G. FABER<br>FREDERICK FAGELSON<br>ANDREW P. FRANCINO<br>GERALD I. FRIEDMAN<br>JOHN L. GEIS<br>MICHAEL A. GIAMBRONE<br>BRIAN R. GISH JR.*<br>PETER D. HOTIS<br>IRA H. KASH*<br>BOB KEEGAN*<br>DAVID E. KLEINMAN*<br>SCOTT LUTZER<br><br>AARON S. SIBEN<br>Office Administrator | **LAW OFFICES**<br>**SIBEN & SIBEN, LLP**<br><br>90 EAST MAIN STREET<br>BAY SHORE, NEW YORK 11706<br><br>**PHONE: (631) 665-3400**<br>Personal Injury Fax Line: (631) 665-3236<br>1st Floor Fax Line: (631) 665-3557<br>Medical/Physical Fax Line: (631) 665-3065<br>E-Mail: info@SibenSiben.com<br>Web: www.SibenSiben.com<br><br>STEPHEN G. SIBEN    ANDREW B. SIBEN<br>MARK A. RUDNER    JACQUELINE SIBEN<br>SIDNEY R. SIBEN    WALTER SIBEN<br>OF COUNSEL | BRUCE J. McALPINE<br>PHILIP M. MURPHY<br>RANDY S. NISSAN<br>KATHRYN L. OCHS<br>EDWARD M. O'CONNELL<br>RICHARD K. PERSKIN<br>KEVIN C. PETERSON<br>ROBERT T. SAMSON<br>ANDREW J. SCHABER<br>BERNARD S. SILVERMAN<br>RICHARD F. SIMMONS<br>MAURICE WEINREB - RET.<br><br>*DECEASED<br><br>OF COUNSEL:<br>Sherman, Federman, Sambur<br>& Levine, LLP<br><br>**New York City Office:**<br>(718) 895-6539 |

June 8, 2009

**BY EXPRESS MAIL**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third, Avenue, Third Floor
New York, N.Y. 10017

        RE: OUR CLIENT: GARY GARCIA
        DEBTOR: TRIBUNE COMPANY
        D/A: 5/11/07 G
        Case No: 08-13141 (KJC)

Dear Sir/Madam:

    Enclosed please find for filing a Proof of Claim with duplicate copies together with self-addressed return envelopes.

    Kindly return the receipted Proof of Claims to this office in the enclosed envelopes.

    Thank you for your courtesies and cooperation.

                      Very truly yours,

                      SIBEN & SIBEN, LLP

                      By: _____
                            ALAN G. FABER

AGF/rg
Enc.



$17.50 FIRST CLASS
Mailed From 11706
06/08/2009
031A 0005180282

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope
For Domestic and International Use

EH 901180935 US

RECEIVED JUN 09 2009

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 11706
Postage: $17.50
Day Accepted: 6-8-09
Time Accepted: 3:32 PM
Flat Rate, lbs: 3
Total Postage & Fees: $17.50

U.S. POSTAGE PAID
BAY SHORE, NY 11706
JUN 08 '09
AMOUNT
$0.00
00023305-33

**EXPRESS MAIL**
Mailing Label
Post Office To Addressee

FROM: PHONE 631-665-3400
SIBEN & SIBEN, LLP
90 East Main St.
Bay Shore, N.Y. 11706

(AGF/RG   GARY GARCIA 5/22/07G)

TO:
Tribune Company Claim Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue - 3rd floor
New York, N.Y. 10017

ZIP: 1 0 0 1 7

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

SAVE MORE $ BY SHIPPING ONLINE
visit usps.com

Please recycle.

Visit us at usps.com    We Deliver!

EP13F