## EXHIBIT H

**Stipulation Dismissing Garcia Litigation**

46429/0001-10823778V1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-------------------------------------------X
GARY W. GARCIA,                                     STIPULATION
                                                    DISCONTINUING
                          Plaintiff(s),             ACTION
-AGAINST-
                                                    INDEX NO: 07-29915
NEWSDAY, INC., MICHAEL WHELAN, STEFANO
VASSALLO AND C.J. VASSALLO,

                          Defendant(s),             CALENDAR NO:
-------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the
undersigned, the attorneys of record for all the parties to the
above entitled action, that whereas no party hereto is an infant or
incompetent person for whom a committee has been appointed and no
person not a party has an interest in the subject matter of the
action, the above entitled action be, and the same hereby is
discontinued, **WITH PREJUDICE** and without costs to either party as
against the other. This stipulation may be filed without further
notice with the Clerk of the Court.

DATED: BAY SHORE, NEW YORK
       July 29, 2009


_____          _____
EPSTEIN & GRAMMATICO, ESQS.           SIBEN & SIBEN, LLP
Attorneys for Defendant(s)            Attorneys for Plaintiff(s)
VASSALLO                              **STEPHEN G. SIBEN, ESQ.**
                                      90 East Main Street
                                      Bay Shore, New York 11706
                                      (631) 665-3400

_____
BRUNO GERBINO & SORIANO
Attorneys for Defendants
NEWSDAY/WHELAN