# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                                    **Case No.:**08−13141−KJC

Tribune Company

Tribune Company, Reorganized Debtors          **Chapter:**11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


David D. Bird
CLERK OF COURT


Date: 7/21/14
(VAN−440)

United States Bankruptcy Court
District of Delaware

```
In re:                                                      Case No. 08-13141-KJC
Tribune Company                                             Chapter 11
Tribune Company, Reorganized Debtors
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1        User: LisaD        Page 1 of 25              Date Rcvd: Jul 21, 2014
                            Form ID: van440     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2014.
intp         +Jo Anna Canzoneri McCormick,    POB 684,    Pasadena, CA 91102-0684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
```
          ANDREW GARY LIPKIN    on behalf of defendant    NEW YORK CITY DEFERRED COMPENSATION PLAN
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of defendant    NYC EMPLOYEES RETIREMENT SYSTEM alipkin@law.nyc.gov,
          andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of defendant    BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
          ANDREW GARY LIPKIN    on behalf of defendant    TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK
          alipkin@law.nyc.gov,  andrewlipkin@msn.com
          Aaron L. Hammer    on behalf of Other Prof.    Mercer (US) Inc. ahammer@sugarfgh.com,
          bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
          Aaron L. Hammer    on behalf of Defendant    David P. Murphy ahammer@sugarfgh.com,
          bkdocket@sugarfgh.com;mbrandess@sugarfgh.com;mmelickian@sugarfgh.com
          Adam  Hiller    on behalf of Interested Party James  Allen ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Gary  Grant ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Charles  Evans ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Pearl  Evans ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party    The Retirement Claimants ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Sean  Serrao ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party    TM Retirees ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Loretta  Grant ahiller@hillerarban.com
          Adam  Hiller    on behalf of Creditor    Minimum Wage Class Claimants ahiller@hillerarban.com
          Adam  Hiller    on behalf of Interested Party Bill  McNair ahiller@hillerarban.com
          Adam G. Landis    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Tribune
          Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Attorney    Landis Rath & Cobb LLP landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of the
          Tribune Company landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          landis@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
          Tribune Company, on behalf of Tribune Company, et al. landis@lrclaw.com,
          adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam L Hirsch    on behalf of Interested Party    SuttonBrook Capital Management LP
          adam.hirsch@srz.com,  adam.hirsch@srz.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM SIP, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital, L.P. asmcapital@aol.com
          Adam Scott Moskowitz    on behalf of Creditor    ASM Capital III, L.P. asmcapital@aol.com
          Adolph F. Fellmeth    on behalf of Creditor    Anton/Bauer fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth    on behalf of Creditor    Camera Dynamics, Inc. fred.fellmeth@vitecgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Adolph F. Fellmeth   on behalf of Creditor   Nucomm, Inc. fred.fellmeth@vitecgroup.com
          Adolph F. Fellmeth   on behalf of Creditor   RF Central LLC fred.fellmeth@vitecgroup.com
          Alan J. Stone   on behalf of Defendant   Geode Capital Management, LLC astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   BNP Paribas Securities Corp. astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Concord Street Trust astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   UBS Securities Inc astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Select Portfolios astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   FMR LLC astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Rutland Square Trust II astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Securities, Inc. astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Advisor Series I astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Puritan Trust astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity Commonwealth Trust astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Witness   Deutsche Bank Aktiengesellschaft astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Amalgamated Bank astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan J. Stone   on behalf of Defendant   Fidelity  Securities Fund astone@milbank.com,
             aleblanc@milbank.com;evirga@milbank.com;malston@milbank.com
          Alan Michael Root   on behalf of Interested Party Samuel  Zell root@blankrome.com,
             moody@ecf.inforuptcy.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB LLC root@blankrome.com,
             moody@ecf.inforuptcy.com
          Alan Michael Root   on behalf of Other Prof.   EGI-TRB, L.L.C. and Samuel Zell root@blankrome.com,
             moody@ecf.inforuptcy.com
          Alexander R. Bilus   on behalf of Interested Party   Manufacturers Life Insurance Company
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Champion Income Fund
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Capstone Asset Management Company
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Fenway Funds sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab Capital Trust sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Trust sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab 1000 Funds sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Tax-Managed Funds
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Aegon/Transamerica Series Trust
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Frank Russell Company sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Funds Group II
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Capstone Series Fund, Inc.
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Pacific Select Fund sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Funds II sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Valley Forge Funds
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Portfolios
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Institutional Index Funds
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   The Vanguard Group, Inc.
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Index Funds sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Sun Capital Advisers Trust
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Whitehall Funds
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   PIMCO Variable Insurance Trust
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab Annuity Portfolios
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MassMutual Select Funds
             sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Russell Investment Company
             sandy.bilus@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Funds III
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard World Funds sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Idex Mutual Fund
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MassMutual Premier Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Windsor Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Schwab Investments sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Babson Capital Management LLC
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Variable Insurance Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Steward Fund, Inc. sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Main Street Opportunity Fund
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Oppenheimer Main Street Small Cap Fund
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MML Series Investment Fund
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Harbor Fund sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   American Independence Funds Trust
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Clearwater Investment Trust
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Quantitative Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   John Hancock Bond Trust
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Vanguard Malvern Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Munder Series Trust sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   PIMCO Funds sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MMA Praxis Mutual Funds
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MFC Global Investment Management (U.S.A.)
               Limited sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Transamerica Partners Funds Group
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   MML Series Investment Fund II
               sandy.bilus@dechert.com
          Alexander R. Bilus   on behalf of Interested Party   Lincoln Variable Insurance Products Trust
               sandy.bilus@dechert.com
          Alissa S. Wright   on behalf of defendant   NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS)
               alissa.wright@ag.ny.gov, stephanie.rosenberg@ag.ny.gov
          Allison R Axenrod   on behalf of Creditor Allison Rebecca Axenrod allison@claimsrecoveryllc.com,
               rob@claimsrecoveryllc.com
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
               allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com
          Amanda  Herrmann   on behalf of Interested Party   Centerbridge Credit Advisors LLC
               aherrmann@ashby-geddes.com
          Amanda  Herrmann   on behalf of Interested Party   Akin Gump Strauss Hauer & Feld LLP
               aherrmann@ashby-geddes.com
          Amanda  Herrmann   on behalf of Interested Party   Aurelius Capital Management, LP
               aherrmann@ashby-geddes.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amit K. Trehan   on behalf of Interested Party   Barclays Bank PLC atrehan@mayerbrown.com,
               atrehan@mayerbrownrowe.com
          Amy D. Brown   on behalf of Interested Party   Chicago Tribune Company
               abrown@margolisedelstein.com
          Andrew  Schoulder   on behalf of Interested Party   Step One Credit Agreement Lenders
               andrew.schoulder@bgllp.com,
               anna.rozin@bgllp.com;daniel.connolly@bgllp.com;david.ball@bgllp.com;sasha.annor@bgllp.com;elena.r
               ubinov@bgllp.com
          Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, Inc.
               andrew.devore@ropesgray.com
          Andrew Glenn Devore   on behalf of Interested Party   TV Guide Online, LLC
               andrew.devore@ropesgray.com
          Andrew N. Goldman   on behalf of Interested Party   Angelo, Gordon & Co.
               andrew.goldman@wilmerhale.com,
               yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.j
               ack@wilmerhale.com;melanie.dritz@wilmerhale.com;justin.ochs@wilmerhale.com;lipi.shah@wilmerhale.c
               om;michelle.goldis@wilmerhale.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords Aconway@taubman.com
          Angie M. Cowan   on behalf of Interested Party   Inernational Association of Machinists Local 126
               ("IAM Local 126") cowan@ask-attorneys.com
          Anthony M. Saccullo   on behalf of Attorney Anthony M.  Saccullo ams@saccullolegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anthony M. Saccullo   on behalf of Attorney Anthony M. Saccullo  A.M. Saccullo Legal, LLC
            ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Defendant Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party  Timothy P. Knight ams@saccullolegal.com
          Anthony M. Saccullo   on behalf of Interested Party Timothy P. Knight ams@saccullolegal.com
          Antranig N. Garibian   on behalf of Defendant    JP Morgan Chase Bank N.A. agaribian@stradley.com,
            ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant    Invesco Structured Core Fund
            agaribian@stradley.com,  ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant    PowerShares Exchange-Traded Fund Trust
            agaribian@stradley.com,  ckelly@stradley.com
          Antranig N. Garibian   on behalf of Defendant Dennis J. Fitzsimmons agaribian@stradley.com,
            ckelly@stradley.com
          Artemio C. Aranilla   on behalf of defendant    SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE
            FUND acaranilla@mdwcg.com,  sekreps@mdwcg.com;jsshannon@mdwcg.com;jmtarantino@mdwcg.com
          Arthur Steinberg   on behalf of Interested Party   General Motors Hourly-Rate Employee Pension
            Trust asteinberg@kslaw.com,  rtrowbridge@kslaw.com
          Barbara Suzanne Mehlsack   on behalf of Defendant    LABORERS NATIONAL PENSION FUND
            bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of defendant    PAVERS & ROAD BUILDERS PENSION FUND
            bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   Pavers and Road Builders District
            Council Pension Fund bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Barbara Suzanne Mehlsack   on behalf of Interested Party   LABORERS NATIONAL PENSION FUND
            bmehlsack@gkllaw.com,  rlynch@gkllaw.com
          Benjamin W. Keenan   on behalf of Interested Party   Aurelius Capital Management, LP
            bkeenan@ashby-geddes.com,  bkeenan@ashby-geddes.com
          Brain E. Martin   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
            bmartin@stamostrucco.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
            administrative agent bsullivan@werbsullivan.com,  abrown@werbsullivan.com
          Brian A. Sullivan   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
            Agent under the Bridge Credit Agreement bsullivan@werbsullivan.com,  abrown@werbsullivan.com
          Brian E. Lutness   on behalf of Creditor Marcia  Willette brain@silverman-mcdonald.com
          Brian G. Esders   on behalf of Creditor    Truck Drivers & Helpers Local 355 and Health & Welfare
            Fund & Truck Drivers and Helpers Local 355 Pension Fund besders@abato.com
          Brian L. Arban   on behalf of Interested Party   TM Retirees barban@hillerarban.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Stock Index Funds, Inc.
            brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Variable Investment Funds
            brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   The Bank of New York Trust Company, N.A.
            brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Interested Party   Pershing LLC brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Strategic Funds, Inc. brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   BNY Hamilton Funds Inc. brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Premier Manager Funds II
            brostocki@reedsmith.com
          Brian M Rostocki   on behalf of Defendant   Dreyfus Index Funds, Inc. brostocki@reedsmith.com
          Brian T. Carney   on behalf of Interested Party   Aurelius Capital Management, LP
            bcarney@akingump.com,  nymco@akingump.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    MassMutual Premier Funds
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Munder Series Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Clearwater Investment Trust
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Stewart Funds, Inc. Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Capstone Series Fund, Inc.
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Sun Capital Advisers Trust
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Russell Investment Company
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    PIMCO Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    MML Series Investment Fund
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Steward Fund, Inc. Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Schwab Annuity Portfolios
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Schwab 1000 Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    MML Series Investment Fund II
            Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Schwab Investments Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Pacific Select Fund Bejameson@prickett.com
          Bruce E. Jameson, ESQ   on behalf of Interested Party    Transamerica Partners Portfolios
            Bejameson@prickett.com

District/off: 0311-1        User: LisaD          Page 5 of 25          Date Rcvd: Jul 21, 2014
                           Form ID: van440       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Fenway Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   The Vanguard Group, Inc.
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Malvern Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   American Independence Funds Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   MMA Praxis Mutual Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Schwab Capital Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Capstone Asset Management Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   PIMCO Variable Insurance Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Babson Capital Management LLC
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   John Hancock Funds III
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   MFC Global Investment Management (U.S.A.)
          Limited Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Oppenheimer Main Street Opportunity Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Manufacturers Life Insurance Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Harbor Funds Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Frank Russell Company
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Transamerica Idex Mutual Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Windsor Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Whitehall Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Oppenheimer Champion Income Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard World Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Valley Forge Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Lincoln Variable Insurance Products Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Tax-Managed Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   John Hancock Trust Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   John Hancock Bond Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Transamerica Partners Funds Group
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Transamerica Partners Funds Group II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   MassMutual Select Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Variable Insurance Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   John Hancock Funds II
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Aegon/Transamerica Series Trust
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Institutional Index Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Oppenheimer Main Street Small Cap Fund
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Vanguard Quantitative Funds
          Bejameson@prickett.com
          Bruce E. Jameson, ESQ    on behalf of Interested Party   Harbor Fund Bejameson@prickett.com
          Bryan  Krakauer    on behalf of Debtor   Tribune Company bkrakauer@sidley.com
          Camela J. Chapman    on behalf of Interested Party   Howard County, Maryland cchapman@co.ho.md.us
          Carol E. Momjian    on behalf of Creditor   Commonwealth of PA, Department of Revenue
          cmomjian@attorneygeneral.gov
          Carol E. Momjian    on behalf of Creditor    PA Department of Revenue cmomjian@attorneygeneral.gov
          Caroline R. Djang    on behalf of Creditor    LIT Finance, LP cdjang@rutan.com
          Catherine  Steege    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell csteege@jenner.com,
          docketing@jenner.com;dhixson@jenner.com
          Charles J. Brown    on behalf of Creditor    Jewel Food Store cbrown@gsbblaw.com,
          dabernathy@archerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Charles J. Brown    on behalf of Creditor    Iron Mountain Information Management, Inc.
                 cbrown@gsbblaw.com,  dabernathy@archerlaw.com
              Christina M. Thompson    on behalf of Creditor    DMD Special Situations Funding LLC
                 cthompson@connollygallagher.com
              Christopher A. Ward    on behalf of Interested Party    Channing Capital Management
                 cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Interested Party    Daniel Kazan cward@polsinelli.com,
                 LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Interested Party    Schultze Asset Management, LLC
                 cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher Dean Loizides    on behalf of Attorney    Loizides PA loizides@loizides.com
              Christopher Dean Loizides    on behalf of Interested Party    Brigade Capital Management
                 loizides@loizides.com
              Christopher J. Giaimo    on behalf of Creditor    Tirschwell & Loewy, Inc. cgiaimo@bakerlaw.com
              Christopher M. Samis    on behalf of Interested Party    TV Guide Online, LLC samis@rlf.com,
                 rbgroup@rlf.com
              Christopher M. Samis    on behalf of Interested Party    TV Guide Online, Inc. samis@rlf.com,
                 rbgroup@rlf.com
              Christopher Page Simon    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
                 csimon@crosslaw.com,  smacdonald@crosslaw.com;kbevans@crosslaw.com
              Christopher Page Simon    on behalf of Defendant    J.P. Morgan Securities Inc. csimon@crosslaw.com,
                 smacdonald@crosslaw.com;kbevans@crosslaw.com
              Christopher Page Simon    on behalf of Interested Party    JPMorgan Securities Inc.
                 csimon@crosslaw.com,  smacdonald@crosslaw.com;kbevans@crosslaw.com
              Christopher Page Simon    on behalf of Interested Party    Washington-Baltimore Newspaper Guild,
                 Local 32035, TNG-CWA csimon@crosslaw.com,  smacdonald@crosslaw.com;kbevans@crosslaw.com
              Christopher Page Simon    on behalf of Defendant    JP Morgan Chase Bank, N.A., individually and as
                 Administrative Agent csimon@crosslaw.com,  smacdonald@crosslaw.com;kbevans@crosslaw.com
              Christopher R. Belmonte    on behalf of Defendant    International Business Machines Corporation,
                 Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US cbelmonte@ssbb.com,
                 pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Christopher R. Belmonte    on behalf of Defendant    IBM Personal Pension Plan Trust
                 cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Christopher R. Belmonte    on behalf of Defendant    IBM Canada Limited, sued herein as IBM Canada
                 cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Christopher S. Chow    on behalf of Creditor    CCI Europe A/S chowc@ballardspahr.com
              Claire P. Murphy    on behalf of Defendant Chandler    Bigelow cmurphy@sperling-law.com,
                 lsands@sperling-law.com
              Colm F. Connolly    on behalf of Defendant    New York State Common Retirement Fund
                 cconnolly@morganlewis.com,  lgibson@morganlewis.com
              Colm F. Connolly    on behalf of Interested Party    New York State Common Retirement Fund
                 cconnolly@morganlewis.com,  lgibson@morganlewis.com
              Curtis S. Miller    on behalf of Creditor    Comcast Cable Communications, LLC cmiller@mnat.com,
                 aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
              Curtis S. Miller    on behalf of Interested Party    The CW Network, LLC cmiller@mnat.com,
                 aconway@mnat.com;rfusco@mnat.com;mmaddox@mnat.com
              D. Ross Martin    on behalf of Interested Party    President and Fellows of Harvard College
                 rmartin@ropesgray.com
              D. Ross Martin    on behalf of Interested Party    Artis Capital Management, L.P.
                 rmartin@ropesgray.com
              D. Ross Martin    on behalf of Interested Party Marcia    Tingley rmartin@ropesgray.com
              Dana S. Plon    on behalf of Creditor    Unisys Corporation dplon@sirlinlaw.com
              Daniel Horowitz    on behalf of Defendant    Marshwinds Advisory Co. dhorowit@alumni.law.upenn.edu
              Daniel R. Swetnam    on behalf of Interested Party    Ohio Public Employees Retirement System
                 Daniel.Swetnam@icemiller.com,  Deborah.Martin@icemiller.com
              Daniel A. Shmikler    on behalf of Defendant Chandler    Bigelow dshmikler@sperling-law.com,
                 cmurphy@sperling-law.com,sflorsheim@sperling-law.com
              Daniel B. Rath    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of the
                 Tribune Company rath@lrclaw.com,  rogers@lrclaw.com;panchak@lrclaw.com
              Daniel B. Rath    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
                 Tribune Company, on behalf of Tribune Company, et al. rath@lrclaw.com,
                 rogers@lrclaw.com;panchak@lrclaw.com
              Daniel K. Astin    on behalf of Creditor    Stardust Visions, Inc. dastin@ciardilaw.com,
                 jmcmahon@ciardilaw.com
              Daniel K. Hogan    on behalf of Interested Party    Employee Compensation Defendants Group
                 dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan    on behalf of Interested Party Anthony    LaMantia dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              Daniel K. Hogan    on behalf of Interested Party    Certain SLCFC Defendants (Charles R. Baugh and
                 others similarly situated) dkhogan@dkhogan.com,  keharvey@dkhogan.com,gpalagruto@dkhogan.com,
              David B. Stratton    on behalf of Interested Party    BANK OF AMERICA, N.A. strattond@pepperlaw.com,
                 wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,wlbank@ecf.inforuptcy.com
              David B. Stratton    on behalf of Interested Party    Banc of America Securities LLC
                 strattond@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,strattond@ecf.inforuptcy.com,
                 wlbank@ecf.inforuptcy.com
              David L. Buchbinder    david.l.buchbinder@usdoj.gov,  david.l.buchbinder@usdoj.gov
              David M. Powlen    on behalf of Creditor    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
                 pgroff@btlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             David M. Powlen    on behalf of Creditor    Morgan Stanley & Co., Inc. dpowlen@btlaw.com,
             pgroff@btlaw.com
             David M. Powlen    on behalf of Defendant    Morgan Stanley & Co. LLC dpowlen@btlaw.com,
             pgroff@btlaw.com
             David M. Powlen    on behalf of Defendant    Morgan Stanley Smith Barney LLC dpowlen@btlaw.com,
             pgroff@btlaw.com
             David M. Zensky    on behalf of Trustee     Litigation Trustee dzensky@akingump.com,
             nymco@akingump.com
             David M. Zensky    on behalf of Interested Party    Aurelius Capital Management, LP
             dzensky@akingump.com,  nymco@akingump.com
             David S. Leinwand    on behalf of Creditor    Avenue Blue TC Fund, LP dleinwand@amroc.com
             David S. Leinwand    on behalf of Creditor    Avenue TC Fund, L.P. dleinwand@amroc.com
             David W. Carickhoff    on behalf of Other Prof.    EGI-TRB LLC dcarickhoff@archerlaw.com,
             mfriedman@archerlaw.com
             David W. Carickhoff    on behalf of Other Prof.    EGI-TRB, L.L.C. and Samuel Zell
             dcarickhoff@archerlaw.com,  mfriedman@archerlaw.com
             David W. Carickhoff    on behalf of Interested Party Samuel  Zell dcarickhoff@archerlaw.com,
             mfriedman@archerlaw.com
             David W. Carickhoff    on behalf of Spec. Counsel    Jenner Block LLP dcarickhoff@archerlaw.com,
             mfriedman@archerlaw.com
             David William Reimann    on behalf of Creditor    Majestic Realty Co., Yorba Park I, LLC, Yorba
             Park Sub, LLC dreimann@reimannlawgroup.com
             Denis C. Dice, Esq.    on behalf of Defendant    SEI Large Cap Value Fund dcdice@mdwcg.com
             Dennis A. Meloro    on behalf of Interested Party    Aurelius Capital Management, LP
             bankruptcydel@gtlaw.com,
             bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
             Dennis A. Meloro    on behalf of Interested Party    Lauderdale River, Inc. bankruptcydel@gtlaw.com,
             bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
             Dennis A. Meloro    on behalf of Creditor    Hamdon Entertainment bankruptcydel@gtlaw.com,
             bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
             Derek C. Abbott    on behalf of Interested Party    Sandelman Finance 2006-1 Ltd. dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com
             Derek C. Abbott    on behalf of Defendant    Sandelman Finance 2006-1 Ltd dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com
             Devon J. Eggert    on behalf of Other Prof.    Mercer (US) Inc. deggert@freeborn.com
             Devon J. Eggert    on behalf of Creditor    David P. Murphy deggert@freeborn.com
             Devon J. Eggert    on behalf of Creditor    James L. Ellis deggert@freeborn.com
             Donald L. Gouge, Jr.    on behalf of Interested Party    International Brotherhood of Electrical
             Workers AFL-CIO Local 4 dgouge@gougelaw.com,  lmartin@gougelaw.com
             Donna L. Harris    on behalf of Interested Party    Federal Insurance Company dharris@phw-law.com
             Douglas R. Gonzales    on behalf of Creditor    City of Dania Beach, FL dgonzales@wsh-law.com
             Douglas R. Gonzales    on behalf of Creditor    City of Miramar, Florida dgonzales@wsh-law.com
             Drew G. Sloan    on behalf of Interested Party    JPMorgan Chase Bank, N.A. dsloan@rlf.com,
             rbgroup@rlf.com
             Drew G. Sloan    on behalf of Interested Party    Angelo, Gordon & Co. dsloan@rlf.com,
             rbgroup@rlf.com
             Duane David Werb    on behalf of Defendant    RegentAtlantic Capital, LLC
             maustria@werbsullivan.com;riorii@werbsullivan.com
             Duane David Werb    on behalf of Creditor Keith   Younge
             maustria@werbsullivan.com;riorii@werbsullivan.com
             Duane David Werb    on behalf of Defendant    Beverly Mackintosh Trustee
             maustria@werbsullivan.com;riorii@werbsullivan.com
             Edmon L. Morton    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
             Edward Patrick O'Brien    on behalf of Creditor    SLG 200 News Owner LLC eobrien@sbchlaw.com
             Elaine Conway Becraft    on behalf of Attorney    Constellation NewEnergy, Inc.
             hforrest@jw.com;kcavazos@jw.com
             Elaine M Seid    on behalf of Creditor    Diablo Investment Co. emseid@mstpartners.com
             Elihu Ezekiel Allinson, III    on behalf of Creditor    Wilmington Trust Company
             ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
             Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
             Eric D. Boyle    on behalf of Defendant    Advantus Series Fund Inc eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Advantus Capitol Managment, Inc. eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Minnesota Life Insurance Co. eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Lutheran Brotherhood (Thrivent Fin for Lutherans)
             eboyle@fandpnet.com,  acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Thrivent Series Fund Inc. eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Advantus Series Fund, Inc. Index 500 Portfolio
             eboyle@fandpnet.com,  acole@fandpnet.com
             Eric D. Boyle    on behalf of Defendant    Thrivent Mutual Funds eboyle@fandpnet.com,
             acole@fandpnet.com
             Eric Lopez Schnabel    on behalf of Creditor    Caption Colorado, L.L.C. de.ecf@Dorsey.com
             Eric Michael Sutty    on behalf of Interested Party    Bridge Agent ems@elliottgreenleaf.com

District/off: 0311-1          User: LisaD              Page 8 of 25              Date Rcvd: Jul 21, 2014
                              Form ID: van440          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Eric Michael Sutty   on behalf of Interested Party   Bridge Proponents ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   King Street Acquisition Company, L.L.C.
           ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative
           Agent under the Bridge Credit Agreement ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Marathon Asset Management, L.P.
           ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
           administrative agent ems@elliottgreenleaf.com
          Eric Michael Sutty   on behalf of Interested Party   King Street Capital, L.P.
           ems@elliottgreenleaf.com
          Eric R. Wilson   on behalf of Creditor   TeleRep, LLC KDWBankruptcyDepartment@kelleydrye.com
          Ericka Fredricks Johnson   on behalf of Interested Party   Zurich American Insurance Company
           erjohnson@wcsr.com,  klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Eva H. Vlachynsky   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Evelyn J. Meltzer   on behalf of Defendant   WT Mutual Fund meltzere@pepperlaw.com,
           lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer   on behalf of Interested Party   Bank of America, N.A. meltzere@pepperlaw.com,
           lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Evelyn J. Meltzer   on behalf of Interested Party   Banc of America Securities, LLC
           meltzere@pepperlaw.com,
           lanoc@pepperlaw.com;wlbank@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com
          Frances Gecker   on behalf of Interested Party   Employee Compensation Defendants Group
           fgecker@fgllp.com,  csmith@fgllp.com
          Frank A. Anderson   on behalf of Creditor   Pension Benefit Guaranty Corporation
           anderson.frank@pbgc.gov,  efile@pbgc.gov
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frederick Brian Rosner   on behalf of Interested Party   Intelsat Corporation
           rosner@teamrosner.com
          Frederick Brian Rosner   on behalf of Creditor Steven   Gellman rosner@teamrosner.com
          Garvan F. McDaniel   on behalf of Interested Party   Davidson Kempner Capital Management LLC
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Law Debenture Trust Company of New York
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com
          George R. Mesires   on behalf of Interested Party   KTR South Florida LLC grmesires@uhlaw.com
          George T. Lees, III   on behalf of Creditor   Schur Packaging Systems, Inc. glees@rawle.com,
           jkolisz@rawle.com
          Glen Silverstein   on behalf of Creditor   Morgan Stanley & Co., Inc.
           gsilverstein@leaderberkon.com
          Gregg R. Hague   on behalf of Defendant Chandler   Bigelow grh@sperling-law.com
          Gregg R. Hague   on behalf of Interested Party Chandler   Bigelow grh@sperling-law.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Variable Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   AG Edwards, Inc. gwerkheiser@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Funds Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Investments. LLC
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Equity Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Bank, N.A.
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo & Co. gwerkheiser@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wachovia Corp. gwerkheiser@mnat.com,
           aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Evergreen Select Equity Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Gregory W. Werkheiser   on behalf of Interested Party   Wells Fargo Master Trust
           gwerkheiser@mnat.com,  aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Helen Elizabeth Weller   on behalf of Creditor   Tarrant County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Howard A. Cohen   on behalf of Interested Party   Douglas C. Lane & Associates, Inc.
           howard.cohen@dbr.com
          Hugh H. Shull   on behalf of Defendant   New York City Defendants hshull@law.nyc.gov
          Ian Connor Bifferato   on behalf of Defendant Walter Roche, Jr. cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Defendant Myron  Levin cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Defendant Dan  Neil cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Defendant Julie  Makinen cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Defendant Henry  Weinstein cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
           Walter Roche, Jr., Myron Levin, and Julie Makinen, individually, on behalf of themselves and on
           behalf of all others similarly situated cbifferato@bifferato.com
          Ian Connor Bifferato   on behalf of Defendant Corie  Brown cbifferato@bifferato.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ira M. Levee    on behalf of Creditor    I.B.E.W. Local 103 Trust Fund ilevee@lowenstein.com,
            krosen@lowenstein.com
          Ira M. Levee    on behalf of Creditor    Louisiana State Employees' Retirement System
            ilevee@lowenstein.com,  krosen@lowenstein.com
          Ivan Lerer Kallick    on behalf of Interested Party    California State Teachers' Retirement System
            ikallick@manatt.com
          J. Kate Stickles    on behalf of Fee Examiner    Stuart Maue kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Baltimore Sun Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Greenco, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Direct Marketing, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Magic T Music Publishing Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WPIX, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Avenue Construction Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company, et al. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicagoland Publishing Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Publishing Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Baltimore Newspaper Networks, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Finance Service Center, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Television Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    New River Center Maintenance Association, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    TMS Entertainment Guides, Inc. kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Distribution Systems of America, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Hartford Courant Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    The Hartford Courant Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    WGN Continental Broadcasting Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Towering T Music Publishing Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WCWN LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune CNLBC, LLC kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Chicagoland Television News, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Interested Party    Tribune Broadcasting Company
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Southern Connecticut Newspapers, Inc.
            kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          J. Kate Stickles    on behalf of Debtor    Tribune Los Angeles, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    JuliusAir Company, LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KSWB Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    435 Production Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Courant Specialty Products, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Neocomm, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Newspaper Readers Agency, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KWGN Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    TMLH 2, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    InsertCo, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    ForSaleByOwner.com Referral Services, LLC
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Los Angeles Times Communications LLC
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Orlando Sentinel Communications Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Los Angeles Times International, Ltd.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Company [and applicable Reorganized
              Debtor(s)] kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Network Holdings Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    WGN Continental Broadcasting Company
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Plaintiff    Tribune Media Services, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Tribune Broadcasting News Network, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    KIAH Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Homeowners Realty, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    North Orange Avenue Properties, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Chicago Tribune Press Service, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Stemweb, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Times Mirror Payroll Processing Company, Inc.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Attorney    Cole, Schotz, Meisel, Forman & Leonard, P.A.
              kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    Forum Publishing Group, Inc. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          J. Kate Stickles    on behalf of Debtor    The Other Company LLC kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              J. Kate Stickles     on behalf of Debtor    Tribune Television New Orleans, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Tribune Company, Reorganized Debtors
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Candle Holdings Corporation kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Plaintiff   Magic T Music Publishing Company
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Tribune Entertainment Production Company
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Valumail, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Tribune Company, et al. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Virginia Gazette Companies, LLC kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Publishers Forest Products Co. of Washington
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Tribune NM, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Tribune Media Net, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Interested Party   Tribune Media Services, Inc.
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Hoy, LLC kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Eagle Publishing Investments, LLC
                  kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Shepard's Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Interested Party   Tribune CNLBC, LLC (f/k/a Chicago National
                  League Ball Club, LLC) kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Kate Stickles     on behalf of Debtor    Channel 39, Inc. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
              J. Zachary  Haupt     on behalf of Defendant Henry  Weinstein zhaupt@bifferato.com
              J. Zachary  Haupt     on behalf of Defendant Corie  Brown zhaupt@bifferato.com
              J. Zachary  Haupt     on behalf of Defendant Dan  Neil zhaupt@bifferato.com
              J. Zachary  Haupt     on behalf of Defendant Julie  Makinen zhaupt@bifferato.com
              J. Zachary  Haupt     on behalf of Defendant Walter  Roche, Jr. zhaupt@bifferato.com
              J. Zachary  Haupt     on behalf of Defendant Myron  Levin zhaupt@bifferato.com
              James  Johnston  on behalf of Debtor    Tribune Company jjohnston@jonesday.com
              James C. Carignan   on behalf of Interested Party   Pepper Hamilton LLP carignaj@pepperlaw.com,
                  wlbank@pepperlaw.com,lanoc@pepperlaw.com,
                  carignaj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James D. Newbold   on behalf of Interested Party   Illinois Secretary of State
                  James.Newbold@illinois.gov
              James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
                  James.Newbold@illinois.gov
              James D. Newbold   on behalf of Creditor   State of Illinois on behalf of Department of Revenue
                  and Department of Employment Security James.Newbold@illinois.gov
              James E. Huggett   on behalf of Creditor   Oracle USA, Inc. jhuggett@margolisedelstein.com,
                  nvangorder@margolisedelstein.com
              James S. Green, Jr.   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
                  Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
                  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Jr.   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of
                  Tribune Company, on behalf of Tribune Company, et al. green@lrclaw.com,
                  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com
              James S. Green, Sr.   on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                  jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.   on behalf of Attorney   Seitz, Van Ogtrop & Green, P.A. jgreen@svglaw.com,
                  spappa@svglaw.com
              James S. Green, Sr.   on behalf of Interested Party   THE OFFICIAL COMMITTEE OF UNSECURED
                  CREDITORS OF TRIBUNE COMPANY, et al., jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.   on behalf of Spec. Counsel   Seitz, Van Ogtrop & Green, P.A.
                  jgreen@svglaw.com,  spappa@svglaw.com
              James S. Green, Sr.   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
                  jgreen@svglaw.com,  spappa@svglaw.com
              James S. Yoder   on behalf of Creditor   Oracle Corporation yoderj@whiteandwilliams.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          James S. Yoder    on behalf of Creditor    Cisco Systems Capital Corporation
          yoderj@whiteandwilliams.com
          Jami B. Nimeroff    on behalf of Interested Party    NBC Universal, Inc. jnimeroff@bsnlawyers.com,
          cmhannan@bsnlawyers.com
          Jami B. Nimeroff    on behalf of Interested Party    NBC Studios LLC jnimeroff@bsnlawyers.com,
          cmhannan@bsnlawyers.com
          Jay Teitelbaum    on behalf of Creditor William Niese jteitelbaum@tblawllp.com,
          jteitelbaum@tblawllp.com
          Jay Teitelbaum    on behalf of Creditor Mark Willes jteitelbaum@tblawllp.com,
          jteitelbaum@tblawllp.com
          Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Capital jatamian@mayerbrown.com
          Jean-Marie L. Atamian    on behalf of Interested Party    Barclays Bank PLC jatamian@mayerbrown.com
          Jeffrey C. Wisler    on behalf of Creditor    Certain Former Executives
          jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Robert Bellack jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Stephen D. Carver, Dennis J. FitzSimons,
          Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Richard H. Malone,
          John E. Reardon, Scott C. Smith, John J. Vitanove jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Interested Party    Kathleen Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion, David Hiller, Tim
          Landon, Richard Malone, John Poelking, John Reardon, Scott Smith, John Vitanovec and Kathleen
          Waltz jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
          jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Certain Directors and Officers
          jwisler@connollygallagher.com
          Jeffrey M Gorris    on behalf of Defendant    Citicorp North America, Inc., individually and as
          Administrative Agent jgorris@paulweiss.com
          Jeffrey M Gorris    on behalf of Defendant    Citigroup Global Markets, Inc. jgorris@paulweiss.com
          Jeffrey M Gorris    on behalf of Defendant    Citibank, N.A. jgorris@paulweiss.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A., as successor
          administrative agent jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Marathon Asset Management, L.P.
          jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Bridge Proponents jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    King Street Acquisition Company, L.L.C.
          jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    Wells Fargo Bank, N.A. as Administrative
          Agent under the Bridge Credit Agreement jschlerf@foxrothschild.com
          Jeffrey M. Schlerf    on behalf of Interested Party    King Street Capital, L.P.
          jschlerf@foxrothschild.com
          Jeffrey N. Rich    on behalf of Interested Party    GreatBanc Trust Company jrich@r3mlaw.com,
          emoser@r3mlaw.com
          Jennifer M Jackson    on behalf of Interested Party    State of Michigan JacksonJ5@michigan.gov
          Jennifer M Jackson    on behalf of Defendant    Michigan Department of Treasury Bureau of
          Investments JacksonJ5@michigan.gov
          Jennifer R. Hoover    on behalf of Creditor    Wilmington Trust Company jhoover@beneschlaw.com,
          docket@beneschlaw.com
          Jerome Bennett Friedman    on behalf of Creditor    Isaksen Investments, LLC jfriedman@flg-law.com,
          jmartinez@flg-law.com;msobkowiak@flg-law.com
          Jillian K. Ludwig    on behalf of Debtor    Tribune Company jillian.ludwig@sidley.com
          Joan E. Pilver    on behalf of Creditor    STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES
          Joan.Pilver@ct.gov
          Joel E. Friedlander    on behalf of Interested Party Chandler Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel E. Friedlander    on behalf of Defendant Chandler Bigelow
          sbrodowski@bmf-law.com;jspeakman@bmf-law.com
          Joel M. Wertman    on behalf of Defendant    SEI Large Cap Value Fund jmwertman@mdwcg.com
          John C. Phillips, Jr    on behalf of Creditor    Valuation Research Corporation
          tlb@pgslaw.com;SAA@pgslaw.com
          John C. Phillips, Jr    on behalf of Creditor    Software Ag, Inc. tlb@pgslaw.com;SAA@pgslaw.com
          John D. Demmy, Esq    on behalf of Interested Party    Niagara Mohawk Power Corporation
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    Yankee Gas Services Company
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    Virginia Electric And Power Company
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    Connecticut Natural Gas Corporation
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    Metropolitan Edison Company
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    Pennsylvania Electric Company
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Creditor    The Connecticut Light and Power Company
          jdd@stevenslee.com
          John D. Demmy, Esq    on behalf of Interested Party    CenterPoint Energy Services, Inc.
          jdd@stevenslee.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                John D. Demmy, Esq   on behalf of Interested Party   Baltimore Gas and Electric Company
                     jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Interested Party   Commonwealth Edison Company
                     jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Defendant   Crown Lift Trucks LLC jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Interested Party   Consolidated Edison Company of New York,
                     Inc. jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Defendant   Crown Equipment Corporation jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Interested Party   Duke Energy Indiana, Inc. jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Interested Party   Southern California Edison Company
                     jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Creditor   Crown Credit Company and Crown Equipment Corporation
                     jdd@stevenslee.com
                John D. Demmy, Esq   on behalf of Interested Party   PECO Energy Company jdd@stevenslee.com
                John D. McLaughlin, Jr.   on behalf of Creditor   Stardust Visions, Inc.
                     jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
                John D. McLaughlin, Jr.   on behalf of Interested Party Jayne  Clement jmclaughlin@ciardilaw.com,
                     mflores@ciardilaw.com
                John D. McLaughlin, Jr.   on behalf of Defendant   Xerox Corporation jmclaughlin@ciardilaw.com,
                     mflores@ciardilaw.com
                John D. McLaughlin, Jr.   on behalf of Defendant   Stardust Visions, Inc.
                     jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
                John F. Theil   on behalf of Fee Examiner   Stuart Maue  j.theil@smmj.com
                John H. Strock   on behalf of Interested Party   White & Case LLP jstrock@foxrothschild.com,
                     dkemp@foxrothschild.com
                John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
                     administrative agent jstrock@foxrothschild.com,  dkemp@foxrothschild.com
                John H. Strock   on behalf of Debtor   Tribune Company jstrock@foxrothschild.com,
                     dkemp@foxrothschild.com
                John H. Strock   on behalf of Interested Party   Bridge Proponents jstrock@foxrothschild.com,
                     dkemp@foxrothschild.com
                John H. Strock   on behalf of Interested Party   Huron Consulting Services, LLC
                     jstrock@foxrothschild.com,  dkemp@foxrothschild.com
                John H. Strock   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
                     under the Bridge Credit Agreement jstrock@foxrothschild.com,  dkemp@foxrothschild.com
                John Henry Schanne, II   on behalf of Interested Party   BANK OF AMERICA, N.A.
                     schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John Henry Schanne, II   on behalf of Interested Party   PPF OFF Two Park Avenue Owner, LLC
                     schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John Henry Schanne, II   on behalf of Defendant   Bank of America, N.A. schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John Henry Schanne, II   on behalf of Interested Party   Banc of America Securities LLC
                     schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John Henry Schanne, II   on behalf of Defendant   Banc of America Securities, LLC
                     schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John Henry Schanne, II   on behalf of Interested Party   Bank Of America Corporation
                     schannej@pepperlaw.com,
                     wlbank@pepperlaw.com;lanoc@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
                John K. Sherwood   on behalf of Creditor   Louisiana State Employees' Retirement System
                     jsherwood@lowenstein.com,  dclaussen@lowenstein.com
                John K. Sherwood   on behalf of Creditor   I.B.E.W. Local 103 Trust Fund jsherwood@lowenstein.com,
                     dclaussen@lowenstein.com
                John Louis Decker   on behalf of Fee Examiner   Stuart Maue  j.decker@smmj.com
                John M. Seaman   on behalf of Interested Party   President and Fellows of Harvard College
                     seaman@abramsbayliss.com,  farro@abramsbayliss.com
                John M. Seaman   on behalf of Interested Party Marcia  Tingley seaman@abramsbayliss.com,
                     farro@abramsbayliss.com
                John M. Seaman   on behalf of Interested Party   Artis Capital Management, L.P.
                     seaman@abramsbayliss.com,  farro@abramsbayliss.com
                John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
                John P. Sieger   on behalf of Interested Party   Robert R. McCormick Foundation
                     john.sieger@kattenlaw.com,  paige.barr@kattenlaw.com
                John P. Sieger   on behalf of Interested Party   Cantigny Foundation john.sieger@kattenlaw.com,
                     paige.barr@kattenlaw.com
                John Patrick DiTomo   on behalf of Defendant   Citigroup Global Markets, Inc.
                     jditomo@paulweiss.com
                John Patrick DiTomo   on behalf of Defendant   Citicorp North America, Inc., individually and as
                     Administrative Agent jditomo@paulweiss.com
                John Patrick DiTomo   on behalf of Interested Party   Citicorp North America, Inc.
                     jditomo@paulweiss.com
                John Patrick DiTomo   on behalf of Defendant   Citibank, N.A. jditomo@paulweiss.com
                John Patrick DiTomo   on behalf of Interested Party   Citigroup Global Markets Inc.
                     jditomo@paulweiss.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jonathan M. Stemerman   on behalf of Defendant   3M Employees Welfare Benefits Association Trust
        1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
        jms@elliottgreenleaf.com
        Jonathan M. Stemerman   on behalf of Interested Party   3M Employees Welfare Benefits Association
        Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.
        jms@elliottgreenleaf.com
        Jonathan W. Young   on behalf of Defendant   Irving L. Quimby Jr. jyoung@edwardswildman.com
        Jonathan W. Young   on behalf of Defendant   Mark W. Hianik jyoung@edwardswildman.com
        Joseph  Grey   on behalf of Interested Party   The Henry Francis Dupont Winterthur Museum, Inc.
        jgrey@crosslaw.com, smacdonald@crosslaw.com
        Joseph Grey   on behalf of Defendant   The Henry Francis Dupont Winterthur Museum, Inc.
        jgrey@crosslaw.com, smacdonald@crosslaw.com
        Joseph Grey   on behalf of Creditor   Constellation NewEnergy, Inc. jgrey@crosslaw.com,
        smacdonald@crosslaw.com
        Joseph D. Frank   on behalf of Creditor   Jones Lang LaSalle Americas (Illinois), L.P.
        jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph D. Frank   on behalf of Interested Party   Employee Compensation Defendants Group
        jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
        Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Licensing, GP
        jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
        Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Corporation
        jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
        Joseph H. Huston, Jr.   on behalf of Interested Party   The Morning Call, Inc. jhh@stevenslee.com
        Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VII, Limited
        jmester@jonesday.
        Joshua M. Mester   on behalf of Interested Party   Avenue-CDP Global Opportunities Fund, L.P.
        (US) jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Financing, Limited
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Variable Insurance Products
        Trust-Franklin Strategic Income Securities Fund jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Second
        Financing, Limited jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Avenue International Master, LP (Master)
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Summer Hill Fixed Income AG, LLC
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree 2004 Trust jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree MultiStrategy Subsidiary, LLC
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Templeton Global Investment Trust-Templeton
        Income Fund jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VI, Limited
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Avenue Investments, LP jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   VGE III Portfolio Ltd. jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund V, L.P.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Northwoods Capital V, Limited
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Northwoods Capital VIII, Limited
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   LMA SPC for and on behalf of MAP84 Segregated
        Portfolio jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Knighthead Master Fund, L.P.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Creditor   Contrarian Funds, LLC jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   AG Global Debt Strategy Partners, L.P.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GN3 SIP Limited jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Oaktree Capital Management, L.P.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree Credit Opportunities Financing I,
        Limited jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   AG Diversified Credit Strategies Master, L.P.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Silver Oak Capital, LLC jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   GoldenTree Leverage Loan Master Fund, Ltd.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   FT Opportunistic Distressed Funds Ltd.
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Income Fund (Canada)
        jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Thracia LLC jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Blue Shield of California jmester@jonesday.com
        Joshua M. Mester   on behalf of Interested Party   Varde Investment Partners, L.P.
        jmester@jonesday.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Daily Access Fund
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Avenue Special Situations Fund IV, L.P.
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Franklin Templeton Series II Funds-Franklin
             Floating Rate 11 Fund jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Goldman Sachs Loan Partners
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Anchorage Advisors, L.L.C. jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   GoldenTree Asset Management, L.P. Not in its
             Individual and Principal Capacity but as Investment Advisor on behalf of one or more Managed
             Clients jmester@jonesday.com
           Joshua M. Mester   on behalf of Debtor   Tribune Company jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Northwoods Capital IV, Limited
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Viking Global Equities II LP
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Viking Global Equities LP jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   CVI GVF (Lux) Master S.a.r.l.
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Franklin Strategic Series-Franklin Strategic
             Income Fund jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Canyon Capital Advisors, LLC
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Franklin Floating Rate Master Series
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Franklin Total Return Fund jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Mason Capital Management, LLC, on behalf of
             itself and as investment manager jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   James River Insurance Company
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Special Situations Investing Group, Inc.
             jmester@jonesday.com
           Joshua M. Mester   on behalf of Interested Party   Luxor Capital Group, LP jmester@jonesday.com
           Judy D. Thompson   on behalf of Creditor   Sodexo, Inc. jdt@jdthompsonlaw.com
           Julia Bettina Klein   on behalf of Interested Party   Silver Point Capital, L.P.
             klein@teamrosner.com
           Julie McVey Murphy   on behalf of Interested Party   Invesco Structured Core Fund
             jmmurphy@stradley.com
           Justin Cory Falgowski   on behalf of Attorney   Reed Smith LLP jfalgowski@reedsmith.com,
             jfalgowski@reedsmith.com
           Justin R. Alberto   on behalf of Interested Party   Cook County Department of Revenue
             jalberto@bayardlaw.com,
             bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;cdavis@bayardlaw.com
           Kate R. Buck   on behalf of Creditor   Deutsche Bank Trust Company Americas kbuck@mccarter.com
           Katharine L. Mayer   on behalf of Creditor   Deutsche Bank Trust Company Americas
             kmayer@mccarter.com
           Kathleen A. Murphy   on behalf of Creditor   GENERAL ELECTRIC CAPITAL CORPORATION
             kmurphy@reedsmith.com
           Kathleen M. Miller   on behalf of Creditor   Crane Kenney kmiller@skjlaw.com,   eys@skjlaw.com
           Kerry K. Fennelly   on behalf of Interested Party   Eighth District Electrical Pension Fund
             kerrykessler@gmail.com,   ms.courtneylogan@gmail.com;torres.luisadiaz@gmail.com
           Kevin G. Collins   on behalf of Attorney   Bifferato LLC kevin.collins@btlaw.com,
             pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Myron   Levin kevin.collins@btlaw.com,   pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Corie   Brown kevin.collins@btlaw.com,   pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Henry   Weinstein kevin.collins@btlaw.com,
             pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Julie   Makinen kevin.collins@btlaw.com,
             pgroff@btlaw.com
           Kevin G. Collins   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein, Walter
             Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on behalf
             of all others similarly situated kevin.collins@btlaw.com,   pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Dan   Neil kevin.collins@btlaw.com,   pgroff@btlaw.com
           Kevin G. Collins   on behalf of Defendant Walter   Roche, Jr. kevin.collins@btlaw.com,
             pgroff@btlaw.com
           Kevin J. Mangan   on behalf of Defendant   MetLife Stock Index Portfolio kmangan@wcsr.com,
             klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
           Kevin J. Mangan   on behalf of Defendant   Metropolitan Life Insurance Company kmangan@wcsr.com,
             klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
           Kevin M. Capuzzi   on behalf of Creditor William   Niese kcapuzzi@pwujlaw.com
           Kevin P. Garland   on behalf of Creditor   Hamdon Entertainment garlandk@gtlaw.com
           Kimberly A. Brown   on behalf of Attorney   Chadbourne & Parke LLP brown@lrclaw.com,
             adams@lrclaw.com
           Kimberly A. Brown   on behalf of Attorney   Landis Rath & Cobb LLP brown@lrclaw.com,
             adams@lrclaw.com
           Kimberly A. Brown   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee
             brown@lrclaw.com,   adams@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| Kimberly A. Brown | on behalf of Creditor Committee | Zuckerman Spaeder LLP | brown@lrclaw.com, adams@lrclaw.com |

Kimberly A. Brown   on behalf of Creditor Committee    Zuckerman Spaeder LLP brown@lrclaw.com,
     adams@lrclaw.com
Kimberly A. Brown   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     brown@lrclaw.com,   adams@lrclaw.com
Kimberly A. Brown   on behalf of Financial Advisor   Moelis & Company LLC brown@lrclaw.com,
     adams@lrclaw.com
Kimberly A. Brown   on behalf of Financial Advisor   Epiq Bankruptcy Solutions LLC
     brown@lrclaw.com,   adams@lrclaw.com
Kizzy Lyn Jarashow   on behalf of Interested Party   Aurelius Capital Management, LP
     kjarashow@goodwinprocter.com
Kurt F. Gwynne   on behalf of Interested Party   Pershing LLC kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   BNY Hamilton Funds Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   Dreyfus Stock Index Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   Strategic Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   The Bank of New York Trust Company, N.A.
     kgwynne@reedsmith.com,   llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   The Dreyfus/Laurel Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   Dreyfus Index Funds, Inc. kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   Dreyfus Premier Manager Funds II kgwynne@reedsmith.com,
     llankford@reedsmith.com
Kurt F. Gwynne   on behalf of Defendant   Dreyfus Variable Investment Funds kgwynne@reedsmith.com,
     llankford@reedsmith.com
L. Jason Cornell   on behalf of Creditor   Donna Gerhart Gutman, personal representative to the
     estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
     jcornell@foxrothschild.com,   slynch@foxrothschild.com
L. John N. Bird   on behalf of Interested Party   Bridge Proponents jbird@foxrothschild.com,
     spage@foxrothschild.com
L. John N. Bird   on behalf of Interested Party   Wells Fargo Bank, N.A., as successor
     administrative agent jbird@foxrothschild.com,   spage@foxrothschild.com
L. John N. Bird   on behalf of Interested Party   Wells Fargo Bank, N.A. as Administrative Agent
     under the Bridge Credit Agreement jbird@foxrothschild.com,   spage@foxrothschild.com
Landon Ellis   on behalf of Plaintiff   Marc S. Kirschner, as Litigation Trustee
     ellis@lrclaw.com,   adams@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Landon Ellis   on behalf of Plaintiff   The Official Committee of Unsecured Creditors of Tribune
     Company, on behalf of Tribune Company, et al. ellis@lrclaw.com,
     adams@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Landon Ellis   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     ellis@lrclaw.com,   adams@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Landon Ellis   on behalf of Plaintiff   Official Committee of Unsecured Creditors of Tribune
     Company, on behalf of Tribune Company, et al. ellis@lrclaw.com,
     adams@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Landon Ellis   on behalf of Trustee   Marc S. Kirschner, as Litigation Trustee ellis@lrclaw.com,
     adams@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Laura L. McCloud   on behalf of Interested Party   Tennessee Attorney General's Office
     agbankdelaware@ag.tn.gov
Laurie Selber Silverstein   on behalf of Interested Party   Merrill Lynch Capital Corporation and
     Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com
Laurie Selber Silverstein   on behalf of Creditor   Merrill Lynch Capital Corporation, as
     Administrative Agent bankruptcy@potteranderson.com
Lawrence Joel Kotler   on behalf of Interested Party   Pennsylvania Public School Employees'
     Retirement System ljkotler@duanemorris.com
Lawrence Joel Kotler   on behalf of Creditor   Pennsylvania Public School Employees' Retirement
     System ljkotler@duanemorris.com
Lawrence M. Jacobson   on behalf of Interested Party   CBS Television Stations Inc.
     lmj@gfjlawfirm.com
Lee Harrington   on behalf of defendant   HCA MASTER RETIREMENT TRUST LCV
     lharrington@nixonpeabody.com
Leigh-Anne M. Raport   on behalf of Interested Party   Aurelius Capital Management, LP
     lraport@ashby-geddes.com
Leonard H. Gerson   on behalf of Interested Party   United States Department of Labor
     gerson.leonard@dol.gov
Leslie C. Heilman   on behalf of Creditor   Comcast Corporation heilmanl@ballardspahr.com
Leslie C. Heilman   on behalf of Creditor   Comcast Cable heilmanl@ballardspahr.com
M. Blake Cleary   on behalf of Interested Party   Oaktree Capital Management, L.P.
     bankfilings@ycst.com
M. Blake Cleary   on behalf of Interested Party   Angelo, Gordon & Co. bankfilings@ycst.com
M. Blake Cleary   on behalf of Interested Party   Credit Agreement Lenders bankfilings@ycst.com
Marc J. Phillips   on behalf of Interested Party   Timothy Landon mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Interested Party   Scott Smith mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Interested Party   John Reardon mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Interested Party   David Hiller mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Interested Party   Luis Lewin mphillips@mgmlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marc J. Phillips    on behalf of Interested Party    Thomas Leach mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Interested Party    Richard Malone mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Creditor    Los Angeles County Treasurer and Tax Collector
          mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Interested Party    John Vitanovec mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Creditor    Harry Amsden, Robert Gremillion and David D. Williams
          mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Interested Party    George R. Dougherty mphillips@mgmlaw.com
          Marc J. Phillips    on behalf of Interested Party    Kathleen Waltz mphillips@mgmlaw.com
          Margaret Fleming England    on behalf of Interested Party    Scarborough Research
          mengland@gsbblaw.com
          Margaret Fleming England    on behalf of Creditor    The Nielsen Company (US) LLC
          mengland@gsbblaw.com
          Maria Ann Milano    on behalf of Creditor    Microsoft Corporation mmilano@riddellwilliams.com,
          ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano    on behalf of Interested Party    Microsoft Corporation and Microsoft Licensing,
          GP mmilano@riddellwilliams.com,  ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Maria Ann Milano    on behalf of Creditor    Microsoft Licensing, GP mmilano@riddellwilliams.com,
          ctracy@riddellwilliams.com;jshickich@riddellwilliams.com
          Mark Melickian    on behalf of Defendant    David P. Murphy mmelickian@sugarfgh.com
          Mark A. Neubauer    on behalf of Creditor Durham J. Monsma mneubauer@cfjblaw.com,
          mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
          Mark A. Neubauer    on behalf of Creditor    Certain Directors and Officers mneubauer@cfjblaw.com,
          mlrodriguez@cfjblaw.com;smcloughlin@cfjblaw.com
          Mark D. Collins    on behalf of Interested Party    Angelo, Gordon & Co. rbgroup@rlf.com
          Mark D. Collins    on behalf of Interested Party    JPMorgan Chase Bank, N.A. rbgroup@rlf.com
          Mark E. Felger    on behalf of Creditor    Twentieth Television, Inc. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant    Irving L. Quimby Jr. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor    Citadel Equity Fund Ltd. mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant    Mark W. Hianik mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant Betty Ellen    Berlamino mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party BETTY ELLEN BERLAMINO mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party Irving L. Quimby mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor    Camden Asset Management mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Mark W. Hianik mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant Peter A. Knapp mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Defendant Tom E. Ehlmann mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Peter A. Knapp mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party David  Kniffen mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Interested Party    Betty Ellen Berlamino mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor John  Birmingham mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark E. Felger    on behalf of Creditor Tom E. Ehlmann mfelger@cozen.com,
          MBrickley@cozen.com;dabernathy@cozen.com
          Mark Harrington Ralston    on behalf of Defendant    Xerox Corporation mralston@estesokon.com,
          ehathcock@estesokon.com
          Mark M. Billion    on behalf of Interested Party    Centerbridge Credit Advisors LLC
          markbillion@billionlaw.com,  counseling@billionlaw.com
          Mark M. Billion    on behalf of Interested Party    CenterPoint Energy Services, Inc.
          markbillion@billionlaw.com,  counseling@billionlaw.com
          Mark N. Parry    on behalf of Witness    Deutsche Bank Aktiengesellschaft mparry@mosessinger.com,
          dkick@mosessinger.com,dbutvick@mosessinger.com
          Mark N. Parry    on behalf of Witness    Deutsche Bank Securities, Inc. mparry@mosessinger.com,
          dkick@mosessinger.com,dbutvick@mosessinger.com
          Mark T Hurford    on behalf of Plaintiff    Tribune Company cl@camlev.com
          Mark T Hurford    on behalf of Plaintiff    Los Angeles Times Communications LLC cl@camlev.com
          Mark T Hurford    on behalf of Interested Party    Campbell & Levine, LLC cl@camlev.com
          Martha E. Romero    on behalf of Creditor    County of San Bernardino, California
          romero@dslextreme.com
          Mary E. Augustine    on behalf of Interested Party    Robert R. McCormick Foundation
          maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Creditor    Deutsche Bank Trust Company Americas
          maugustine@dkhogan.com
          Mary E. Augustine    on behalf of Interested Party    Cantigny Foundation maugustine@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Mary E. Augustine   on behalf of Interested Party   Law Debenture Trust Company of New York
          maugustine@dkhogan.com
Mary E. Augustine   on behalf of Interested Party   Davidson Kempner Capital Management LLC
          maugustine@dkhogan.com
Mary K. Ware   on behalf of Interested Party   Employees' Retirement System of Georgia
          mware@law.ga.gov
Matthew B. McGuire   on behalf of Attorney   Chadbourne & Parke LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Attorney   Landis Rath & Cobb LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Creditor Committee   Zuckerman Spaeder LLP mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Financial Advisor   Epiq Bankruptcy Solutions LLC
          mcguire@lrclaw.com,  adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire   on behalf of Financial Advisor   Moelis & Company LLC mcguire@lrclaw.com,
          adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew G. Martinez   on behalf of Debtor   Tribune Company, Reorganized Debtors
          matthew.martinez@sidley.com
Maurie J. Shalmone   on behalf of Interested Party   Longacre Opportunity Fund, L.P.
          maurie@longacrellc.com
Meghan Colleen Horn   on behalf of Creditor   Truck Drivers & Helpers Local 355 and Health &
          Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund mhorn@abato.com
Menachem O. Zelmanovitz   on behalf of Interested Party   New York State Common Retirement Fund
          mendy@zelmlaw.com
Micah R Krohn   on behalf of Interested Party   Employee Compensation Defendants Group
          mkrohn@fgllp.com,  ccarpenter@fgllp.com
Michael  Brandess   on behalf of Defendant   David P. Murphy mbrandess@sugarfgh.com
Michael A. Henry   on behalf of Debtor   Tribune Company mhenry@grossmcginley.com
Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
Michael F. Bonkowski   on behalf of Plaintiff   WDCW Broadcasting, Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Media Services, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Northwest, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Channel 40, Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   KWGN Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   KSWB Inc. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Broadcast Holdings, Inc.
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Los Angeles Times Communications LLC
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Television Company
          mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Bonkowski   on behalf of Plaintiff   Tribune Company, et al. mbonkowski@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
Michael F. Murphy   on behalf of Interested Party   State of Michigan MurphyM2@michigan.gov,
          ballingerb1@michigan.gov
Michael F. Murphy   on behalf of Defendant   Michigan Department of Treasury  Bureau of
          Investments MurphyM2@michigan.gov,  ballingerb1@michigan.gov
Michael G. Busenkell   on behalf of Creditor Marta  Waller mbusenkell@gsbblaw.com
Michael J. Farnan   on behalf of Examiner Kenneth N. Klee mfarnan@saul.com,  rwarren@saul.com
Michael Joseph Joyce   on behalf of Defendant   Civilian Employees Retirement System of Kansas
          City mjoyce@crosslaw.com,  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Defendant   Police Retirement System of Kansas City
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Creditor   Constellation NewEnergy, Inc. mjoyce@crosslaw.com,
          smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 355
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Securities Inc.
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   JPMorgan Chase Bank, N.A.
          mjoyce@crosslaw.com,  smacdonald@crosslaw.com
Michael Joseph Joyce   on behalf of Interested Party   Washington-Baltimore Newspaper Guild,
          Local 32035, TNG-CWA mjoyce@crosslaw.com,  smacdonald@crosslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Joseph Joyce   on behalf of Interested Party   Newspaper Guild of New York, CWA Local
               31003 mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael Joseph Joyce   on behalf of Interested Party   Teamsters Local Union No. 888
               mjoyce@crosslaw.com,  smacdonald@crosslaw.com
              Michael P. Migliore   on behalf of Creditor   Verizon Investment Management Corp. mpm@skjlaw.com
              Michael P. Morton   on behalf of Creditor   Certain Directors and Officers
               mmorton@michaelpmorton.com,
               mmorton@michaelpmorton.com;shubbs@michaelpmorton.com;dzerbato@michaelpmorton.com
              Michael P. Richman   on behalf of Interested Party   Schultze Asset Management, LLC
               mrichman@pattonboggs.com,  candonian@hunton.com
              Michael S. Amato   on behalf of Creditor Esther  Rhein mamato@rmfpc.com
              Michael T. Trucco   on behalf of defendant   CATHOLIC UNITED INVESTMENT TRUST
               mtrucco@stamostrucco.com,  erosenquist@stamostrucco.com
              Michael W. Yurkewicz   on behalf of Interested Party   SuttonBrook Capital Management LP
               myurkewicz@klehr.com
              Michelle  McMahon   on behalf of Creditor   CWA/ITV Negotiated Pension Plan
               michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Michelle  McMahon   on behalf of Interested Party   ENDEX Capital Management, LLC
               michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Mona A. Parikh   on behalf of Interested Party   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               mona.parikh@bipc.com
              Mona A. Parikh   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               mona.parikh@bipc.com
              Nancy G. Everett   on behalf of Interested Party   LSV Asset Management neverett@winston.com,
               ecf_bank@winston.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP nate@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery IIA, LLC nate@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC nate@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. nate@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LLC nate@usdrllc.com
              Neil Raymond Lapinski   on behalf of Interested Party Allen  Francisco nlapinski@gfmlaw.com
              Norman L. Pernick   on behalf of Debtor   Tribune Media Services, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Tribune California Properties, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Tribune Broadcasting Holdco, LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   California Community News Corporation
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Chicago River Production Company
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Tribune Television Northwest, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Times Mirror Services Company, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Los Angeles Times Communications LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Virginia Community Shoppers, LLC
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Tribune Television Holdings, Inc.
               npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Forsalebyowner.com Corp. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   The Morning Call, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   WDCW Broadcasting, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   KPLR, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   NBBF, LLC npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   5800 Sunset Productions Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Gold Coast Publications, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
              Norman L. Pernick   on behalf of Debtor   Newscom Services, Inc. npernick@coleschotz.com,
               pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Norman L. Pernick   on behalf of Debtor    Chicagoland Microwave Licensee, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune License, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Fortify Holdings Corporation npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Chicago Tribune Newspapers, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    WTXX Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Oak Brook Productions, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    KTLA Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tower Distribution Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Finance, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Los Angeles Times Newspapers, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Sentinel Communications News Ventures, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    North Michigan Production Company
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Homestead Publishing Co. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Heart & Crown Advertising, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Internet Foreclosure Service, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    WLVI Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Eagle New Media Investments, LLC
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    New Mass. Media, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Entertainment Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Chicagoland Television News, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Manhattan Newspaper Holdings, Inc.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Patuxent Publishing Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Hoy Publications, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Publishing Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Interested Party   Barclays Bank PLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Channel 40, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Tribune Company, Reorganized Debtors
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Direct Mail Associates, Inc. npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Attorney   Cole, Schotz, Meisel, Forman & Leonard, P.A.
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Sun-Sentinel Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    Times Mirror Land and Timber Company
            npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick   on behalf of Debtor    WATL, LLC npernick@coleschotz.com,
            pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Norman L. Pernick    on behalf of Debtor    JuliusAir Company II, LLC npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    TMLS I, Inc. npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Tribune New York Newspaper Holdings, LLC
             npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Tribune Broadcast Holdings, Inc.
             npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Channel 20, Inc. npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    The Daily Press, Inc. npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Star Community Publishing Group, LLC
             npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Tribune CNLBC, LLC npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman L. Pernick    on behalf of Debtor    Signs of Distinction, Inc. npernick@coleschotz.com,
             pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
            Norman M. Monhait    on behalf of Creditor    Gabelli Entities nmonhait@rmgglaw.com
            Norman P. Fivel    on behalf of Creditor    New York State Dept. Of Taxation & Finance
             norman.fivel@oag.state.ny.us
            Patricia K. Smoots    on behalf of Creditor    The Nielsen Company (US) LLC psmoots@mcguirewoods.com
            Patricia K. Smoots    on behalf of Debtor    Tribune Company psmoots@mcguirewoods.com
            Patricia P. McGonigle    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
             Tribune Company, on behalf of Tribune Company, et al. pmcgonigle@svglaw.com,  dclack@svglaw.com
            Patricia P. McGonigle    on behalf of Interested Party    Buena Vista Television, LLC
             pmcgonigle@svglaw.com,  dclack@svglaw.com
            Patricia P. McGonigle    on behalf of Plaintiff    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
             pmcgonigle@svglaw.com,  dclack@svglaw.com
            Patrick J. Reilley    on behalf of Debtor    Tribune Company, et al. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    KSWB Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    WPIX, Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponent Group
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Chicagoland Television News, Inc.
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Net, Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Direct Marketing, Inc.
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Kiah Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    KIAH Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    The Baltimore Sun Company preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Publishing Company preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Los Angeles Times Communications LLC
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Interested Party    Debtor/Committee/Lender Plan Proponents
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Channel 40, Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    The Daily Press, Inc. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Company preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Company, et al. preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Orlando Sentinel Communications Company
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
            Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Northwest, Inc.
             preilley@coleschotz.com,
             bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick J. Reilley    on behalf of Plaintiff    Chicago Tribune Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    California Community News Corporation
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Company, Reorganized Debtors
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    CHICAGO TRIBUNE COMPANY, INC.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WDCW Broadcasting, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Holdings, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Gold Coast Publications, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    WGN Continental Broadcasting Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Television Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Hartford Courant Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KTLA Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Sun-Sentinel Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    KWGN Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcasting Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Magic T Music Publishing Company
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Media Services, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Channel 39, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    Tribune Broadcast Holdings, Inc.
            preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Debtor    Tribune Company preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick J. Reilley    on behalf of Plaintiff    The Morning Call, Inc. preilley@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Patrick M. Brannigan    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
            pbrannigan@crosslaw.com
          Patrick Theodore Garvey    on behalf of Debtor    Tribune Company garveyp@jbltd.com,
            danelskis@jbltd.com
          Paul J. Catanese    on behalf of Creditor    The Nielsen Company (US) LLC pcatanese@mcguirewoods.com
          R. Craig Martin    on behalf of Interested Party    Barclays Bank PLC craig.martin@dlapiper.com,
            carolyn.fox@dlapiper.com
          R. Karl Hill    on behalf of Interested Party    Dow Jones & Company, Inc. khill@svglaw.com,
            cday@svglaw.com
          R. Karl Hill    on behalf of Creditor    Banc of America Leasing & Capital, LLC khill@svglaw.com,
            cday@svglaw.com
          R. Stephen McNeill    on behalf of Creditor    Merrill Lynch Capital Corporation, as
            Administrative Agent bankruptcy@potteranderson.com,    bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Defendant    Merrill, Lynch, Pierce, Fenner & Smith
            Incorporated bankruptcy@potteranderson.com,    bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party    Merrill Lynch Capital Corporation and
            Merrill Lynch, Pierce, Fenner & Smith, Incorporated bankruptcy@potteranderson.com,
            bankruptcy@potteranderson.com
          Rachel B. Mersky    on behalf of Interested Party    bkm 3128 Redhill, LLC rmersky@monlaw.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Interested Party    3M Employees Welfare Benefits
            Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
            Manufacturing Co. rxza@elliottgreenleaf.com
          Rafael Xavier Zahralddin-Aravena    on behalf of Defendant    3M Employees Welfare Benefits
            Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining &
            Manufacturing Co. rxza@elliottgreenleaf.com
          Raymond Howard Lemisch    on behalf of Creditor    Wilmington Trust Company rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Rebecca L. Butcher    on behalf of Attorney    Landis Rath & Cobb LLP butcher@lrclaw.com,
              rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
            Rebecca L. Butcher    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              butcher@lrclaw.com,  rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
            Rebecca L. Butcher    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. butcher@lrclaw.com,
              rogers@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dellose@lrclaw.com
            Reed A. Heiligman    on behalf of Interested Party    Employee Compensation Defendants Group
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
            Richard A. Robinson    on behalf of Attorney    Reed Smith LLP rrobinson@reedsmith.com
            Richard E Rosberger    on behalf of Defendant    Civilian Employees Retirement System of Kansas
              City rrosberger@rlrpclaw.com
            Richard E Rosberger    on behalf of defendant    POLICE RETIREMENT SYSTEM OF K.C., MISSOURI LCV
              rrosberger@rlrpclaw.com
            Richard Michael Beck    on behalf of Interested Party    Harris, N.A. n/k/a BMO Harris Bank N.A.
              rbeck@klehr.com,  lstanton@klehr.com
            Richard Michael Beck    on behalf of Interested Party    The State of California Franchise Tax
              Board rbeck@klehr.com,  lstanton@klehr.com
            Richard Scott Cobb    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
            Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              the Tribune Company cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
            Richard Scott Cobb    on behalf of Interested Party    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
            Richard Scott Cobb    on behalf of Plaintiff    Marc S. Kirschner, as Litigation Trustee
              cobb@lrclaw.com,  adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
            Richard Scott Cobb    on behalf of Trustee    Litigation Trustee cobb@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
            Richard Scott Cobb    on behalf of Plaintiff    The Official Committee of Unsecured Creditors of
              Tribune Company, on behalf of Tribune Company, et al. cobb@lrclaw.com,
              adams@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.con
            Richard W. Riley    on behalf of Interested Party    Cantigny Foundation rwriley@duanemorris.com
            Richard W. Riley    on behalf of Interested Party    Edward D. Jones & Co., L.P.
              rwriley@duanemorris.com
            Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Tribune Foundation
              rwriley@duanemorris.com
            Richard W. Riley    on behalf of Interested Party    Robert R. McCormick Foundation
              rwriley@duanemorris.com
            Richard W. Riley    on behalf of Defendant    Robert R. McCormick Foundation rwriley@duanemorris.com
            Robert J. Lack    on behalf of Interested Party    Aurelius Capital Management, LP rlack@fklaw.com,
              vgarvey@fklaw.com
            Robert J. Stearn    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
              rbgroup@rlf.com
            Robert J. Stearn Jr.    on behalf of Interested Party    JPMorgan Chase Bank, N.A. stearn@rlf.com,
              rbgroup@rlf.com
            Robert K. Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@jefferies.com,  mrichards@jefferies.com
            Robert S. Brady    on behalf of Interested Party    Credit Agreement Lenders bankfilings@ycst.com
            Robert S. Brady    on behalf of Interested Party    Angelo, Gordon & Co. bankfilings@ycst.com
            Robert S. Brady    on behalf of Debtor    Tribune Company bankfilings@ycst.com
            Robert S. Brady    on behalf of Interested Party    Oaktree Capital Management, L.P.
              bankfilings@ycst.com
            Robert T. Honeywell    on behalf of Defendant    Metropolitan Life Insurance Company
              robert.honeywell@klgates.com,  richard.miller@klgates.com
            Robert T. Honeywell    on behalf of Defendant    MetLife Stock Index Portfolio
              robert.honeywell@klgates.com,  richard.miller@klgates.com
            Robert W. Mallard    on behalf of Creditor    Agfa Corporation mallard.robert@dorsey.com
            Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
              bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
            Ronald S. Gellert    on behalf of Creditor    The Nielsen Company (US) LLC rgellert@gsbblaw.com
            Scott Golden    on behalf of Interested Party    Abitibi Bowater, Inc. sagolden@hhlaw.com
            Scott Golden    on behalf of Interested Party    Abitibi Consolidated Sales Corporation
              sagolden@hhlaw.com
            Scott  Golden    on behalf of Interested Party    Bowater Inc. sagolden@hhlaw.com
            Scott A Zuber    on behalf of Interested Party    Day Pitney LLP szuber@daypitney.com
            Scott A Zuber    on behalf of Creditor    Day Pitney LLP szuber@daypitney.com
            Scott D. Cousins    on behalf of Interested Party    Aurelius Capital Management, LP
              bankruptcyservice@ccbllp.com,  mccloskey@ccbllp.com;dero@ccbllp.com
            Scott I. Davidson    on behalf of Interested Party    General Motors Hourly-Rate Employee Pension
              Trust sdavidson@kslaw.com
            Scott J. Leonhardt    on behalf of Creditor    Ad Hoc Committee of Subsidiary Trade Creditors
              leonhardt@teamrosner.com
            Scott J. Leonhardt    on behalf of Other Prof.    Tweedy, Browne Company LLC
              leonhardt@teamrosner.com
            Scott J. Leonhardt    on behalf of Interested Party    Silver Point Capital, L.P.
              leonhardt@teamrosner.com
            Scott J. Leonhardt    on behalf of Interested Party    Neuberger Berman LLC leonhardt@teamrosner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shanti M. Katona   on behalf of Interested Party   Daniel Kazan skatona@polsinelli.com,
      LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shanti M. Katona   on behalf of Interested Party   Schultze Asset Management, LLC
      skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
      cmcintire@buchalter.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
      cmcintire@buchalter.com
          Simon E. Fraser   on behalf of Creditor Mark W. Hianik sfraser@cozen.com
          Sommer Leigh Ross   on behalf of Interested Party   Robert R. McCormick Foundation
      slross@duanemorris.com
          Sommer Leigh Ross   on behalf of Creditor   Sony Pictures Television slross@duanemorris.com
          Steven C. Schwendemann   on behalf of Fee Examiner   Stuart Maue s.schwendemann@smmj.com
          Steven T. Hoort   on behalf of Interested Party   TV Guide Online, Inc. shoort@ropesgray.com,
      Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Steven T. Hoort   on behalf of Interested Party   TV Guide Online, LLC shoort@ropesgray.com,
      Therese.Scheuer@RopesGray.com;matthew.burrows@ropesgray.com
          Stuart M. Brown   on behalf of Interested Party   Barclays Bank PLC stuart.brown@dlapiper.com
          Susan E. Kaufman   on behalf of Interested Party   The American Federation of Television and
      Radio Artists ("AFTRA") skaufman@coochtaylor.com
          Tamara K. Minott   on behalf of Defendant   Sandelman Finance 2006-1 Ltd tminott@mnat.com
          Tara  Hannon   on behalf of Interested Party   Oaktree Opportunities Fund VIII (Parallel), L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Interested Party   Opps 7b TRB Investments Holdings Ltd.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   Oaktree FF Investment Fund, L.P. thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   Oaktree Huntington Investment Fund, L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   Oaktree Opportunities Fund VIII Delaware, L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   Oaktree Value Opportunities Fund Holdings, L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VII Delaware, L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Creditor   OCM Opportunities Fund VIIb Delaware, L.P.
      thannon@loan-law.com
          Tara  Hannon   on behalf of Interested Party   Opps 8 Main TRB Investments Holdings Ltd.
      thannon@loan-law.com
          Tara L. Lattomus   on behalf of Defendant   MISI Company Ltd.
      delawarebankruptcy@eckertseamans.com,  tlattomus@eckertseamans.com;ksenese@eckertseamans.com
          Tara L. Lattomus   on behalf of Defendant   Acutech, LLC delawarebankruptcy@eckertseamans.com,
      tlattomus@eckertseamans.com;ksenese@eckertseamans.com
          Thomas E. Ross   on behalf of Debtor   Tribune Company tom.ross@sidley.com
          Thomas F. Driscoll, III   on behalf of Defendant Dan  Neil tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Defendant Walter  Roche, Jr. tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Defendant Henry  Weinstein tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Defendant Myron  Levin tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Interested Party   Dan Neil, Corie Brown, Henry Weinstein,
      Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals, on behalf of themselves and on
      behalf of all others similarly situated tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Defendant Corie  Brown tdriscoll@bifferato.com
          Thomas F. Driscoll, III   on behalf of Defendant Julie  Makinen tdriscoll@bifferato.com
          Thomas G. Macauley   on behalf of Spec. Counsel   Special Counsel to the Official Committee of
      Unsecured Creditors bankr@zuckerman.com
          Thomas G. Macauley   on behalf of Plaintiff   Official Committee of Unsecured Creditors of
      Tribune Company, on behalf of Tribune Company, et al. bankr@zuckerman.com
          Thomas P. Carroll   on behalf of Interested Party   United States (on behalf of EPA)
      thomas.carroll@usdoj.gov
          Thomas R. Fawkes   on behalf of Creditor   Clear Channel Outdoor, Inc. tfawkes@freeborn.com,
      bkdocketing@freeborn.com
          Thomas R. Fawkes   on behalf of Other Prof.   Mercer Health & Benefits, LLC tfawkes@freeborn.com,
      bkdocketing@freeborn.com
          Thomas V. Askounis   on behalf of Creditor   Banc of America Leasing & Capital, LLC
      taskounis@askounisdarcy.com,  rwoolley@askounisdarcy.com
          Tiffany Strelow Cobb   on behalf of Creditor   Third Screen Media, Inc. tscobb@vorys.com,
      bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL Advertising Inc. tscobb@vorys.com,
      bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Turner Properties, Inc. tscobb@vorys.com,
      bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL Inc. tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   CNN Newsource Sales, Inc. tscobb@vorys.com,
      bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Turner Broadcasting System, Inc. tscobb@vorys.com,
      bjtobin@vorys.com
          Timothy M. Riffin   on behalf of Interested Party   Aurelius Capital Management, LP
      thomase@gtlaw.com;bankruptcydel@gtlaw.com

District/off: 0311-1          User: LisaD            Page 25 of 25          Date Rcvd: Jul 21, 2014
                              Form ID: van440        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                Virginia Whitehill Guldi    on behalf of Spec. Counsel    Special Counsel to the Official Committee
                 of Unsecured Creditors vguldi@zuckerman.com
                W. Andrew Dalton    on behalf of Fee Examiner    Stuart Maue a.dalton@smmj.com
                W. Bradley Russell, Jr.    on behalf of Creditor    UNITED STATES OF AMERICA
                 William.B.Russell@usdoj.gov,  eastern.taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
                William A. Hazeltine    on behalf of Creditor    Wilmington Trust Company Bankruptcy001@sha-llc.com
                William A. Hazeltine    on behalf of Interested Party Ivan J Bates Bankruptcy001@sha-llc.com
                William D. Sullivan    on behalf of Creditor    Wilmington Trust Company wdsecfnotices@sha-llc.com
                William D. Sullivan    on behalf of Creditor    Pepco Energy Services, Inc.,
                 wdsecfnotices@sha-llc.com
                William D. Sullivan    on behalf of Creditor    Diablo Investment Co. wdsecfnotices@sha-llc.com
                William Douglas White    on behalf of Creditor    Florida Power & Light Co. wdw@mccarthywhite.com,
                 clm@mccarthywhite.ocm
                William Douglas White    on behalf of Creditor    Public Service Electric and Gas Company
                 wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
                William Douglas White    on behalf of Creditor    Delmarva Power & Light Company
                 wdw@mccarthywhite.com,  clm@mccarthywhite.ocm
                William Douglas White    on behalf of Creditor    Entergy New Orleans, Inc. wdw@mccarthywhite.com,
                 clm@mccarthywhite.ocm
                William Douglas White    on behalf of Creditor    Entergy Louisiana, LLC wdw@mccarthywhite.com,
                 clm@mccarthywhite.ocm
                William M. Kelleher    on behalf of Interested Party    Jon Van Senus, by and through his guardian
                 ad litem, Neala Olson wkelleher@gfmlaw.com
                William M. Kelleher    on behalf of Interested Party    Corestaff Services, L.P.
                 wkelleher@gfmlaw.com
                William P. Weintraub    on behalf of Interested Party    Aurelius Capital Management, LP
                 wweintraub@fklaw.com,  zhassoun@fklaw.com
                William Pierce Bowden    on behalf of Interested Party    Akin Gump Strauss Hauer & Feld LLP
                 wbowden@ashby-geddes.com
                William Pierce Bowden    on behalf of Creditor    Ricketts Acquisition LLC and Chicago Baseball
                 Holdings, LLC wbowden@ashby-geddes.com
                William Pierce Bowden    on behalf of Creditor    Morgan Stanley Capital Services Inc.
                 wbowden@ashby-geddes.com
                William Pierce Bowden    on behalf of Interested Party    Aurelius Capital Management, LP
                 wbowden@ashby-geddes.com
                Willliam J. Barrett    on behalf of Interested Party    GreatBanc Trust Company
                 william.barrett@bfkn.com
                Willliam J. Barrett    on behalf of Defendant    GreatBanc Trust Company william.barrett@bfkn.com
                                                                                        TOTAL: 981