## EXHIBIT B

**Claim No. 6780**

46429/0001-10838815v1

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Los Angeles Times Newspapers, Inc (0416) | Case Number: 08-13141 (KJC) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Carol Walker

☒ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Carol Walker
3561 W. Hemlock
Oxnard, CA. 93035

Court Claim Number: 6601
(If known)

Filed on: July 19, 2010

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: 805-985-8704

**1. Amount of Claim as of Date Case Filed:** $ 65,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Wrongful Termination
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 7007

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all p[ayments on this claim has been cred]ited [and deducted] for the purpose of making this proof of claim.

**7. Documents:** Attach redacted [copies of any documents that support the claim, such as] promissory notes, purchase orders, invoices, itemized stateme[nts of running accounts, contracts, judgments, mortgages], and security agreements. You may also attach a summary. [Attach redacted copies of documents providing evidence] of perfection of a security interest. You may also attach a [summary.]

DO NOT SEND ORIGINAL D[OCUMENTS. ATTACHED DOCUMENTS MAY BE DEST]ROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: June 01, 2011

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    Carol H Walker

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000006780

FILED / RECEIVED
JUN 09 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

June 01, 2011

The United States Bankruptcy Court for the District of Delaware
The Honorable Kevin J. Carey
5th. Floor Courtroom #5
824 N. Market St.
Wilmington, DE.  19801

In re: TRIBUNE COMPANY, et al.
    Chapter 11
    Case No. 08-13141 (KJC)

    court claim number 6601
    This claim amends a previously filed claim
    filed on July 19, 2010

Respectfully,

*[signature: Carol H. Walker]*

Carol H. Walker
3561 W. Hemlock
Oxnard, Ca.  93035

cc: Sidley Austin LLP
    Jillian K. Ludwig
    Steven W. Robinson
    One Sourh Dearborn Street
    Chicago, Il.  60603

    Cole, Schotz, Meizel, Forman and Leonard, P.A.
    Norman L. Pernick
    J. Kate Stickles
    500 Delaware Ave., Suite 1410
    Willmington, DE.  19801

