# EXHIBIT F

**Letter from Marcello Sawyer to Carol Walker, Dec. 29, 2009**

# Los Angeles Times | MEDIA GROUP

December 29, 2009

Carol Walker
3561 W. Hemlock
Oxnard, CA 93035

Re: Employment Status

Dear Ms. Walker:

I'm writing regarding your employment status. According to our records, you have been absent from work since May 3, 1995.

You currently do not have an active long-term disability (LTD) claim and are not receiving any known LTD benefit. As a result, you are not eligible to continue receiving health & welfare benefits through Tribune. Pursuant to Tribune's policy, employment terminates after LTD has ended and the employee has not returned to work. Therefore, you will be terminated from our system and your medical benefits will cease effective January 1, 2010.

If you have already received a bill for 2010 health & welfare benefit payments, please disregard that communication. Tribune will reimburse you for any payment(s) that you have already made toward your 2010 health & welfare benefits.

You will be receiving information regarding COBRA rates separately, should you decide to continue your healthcare coverage.

Please contact me at 213 237-3223 or the Tribune Benefits Service Center at 1-800-872-2222 if you have any questions.

Sincerely,

Marcello Sawyer
Human Resources Generalist