**EXHIBIT G**

**Letter from John A. Futoran to Marcello Sawyer, Jan. 14, 2010**



# LAW OFFICES OF JOHN A. FUTORAN, SR.

| 674 County Square Drive, Suite 201 | Telephone: | (805) 654-8198 |
| Ventura, CA 93003-0442 | Facsimile: | (805) 654-8199 |

January 14, 2010

Los Angeles Times /Tribune Company
Mr. Marcello Sawyers
Human Resources Generalist
202 W. 1st. St.
Los Angeles, Ca.    90012

RE: CAROL WALKER: DENIAL OF REASONABLE ACCOMMODATION

Dear Mr. Sawyer,

I have been consulted by Ms. Carol Walker to resolve problems with your letter of December 29, 2009 that she received by US mail January 2, 2010. Ms. Walker indicated she was utterly shocked be the contents. For the reasons stated below, please reinstate her health benefits immediately.

As a preliminary matter, I have not undertaken formal representation of Ms. Walker because it is my hope that the L.A. Times will reinstate the benefits without requiring Ms. Walker to "lawyer up".

Ms. Walker is an employee of the L.A. Times. She has been on unpaid leave since becoming disabled and being taken off of work by her physician. As accommodation for her disability, the L.A. Times has continued to keep her on the rolls as an employee and has continued to pay her health insurance premium.

If the L.A. Times is taking the position that these accommodations are no longer reasonable, they are under an affirmative obligation to engage in the interactive process to determine if other reasonable accommodations are available that would allow her to perform the essential functions of her position.

Obviously, the first step would be to identify a position for her.

Fortunately, Ms. Walker's prior work experience, record of superior performance and willingness to accept a new assignment create numerous possibilities for the L.A. Times to employ her.

So, please reinstate the previously provided reasonable accommodation (unpaid leave; paid health benefits), identify possible positions she could perform, identify the essential functions of those positions and engage in the timely, good faith interactive process to identify what, if any, reasonable accommodation would be required to enable her to return to work.

Please feel free to contact me at the above address or telephone number.

Very truly yours,

John A. Futoran, Sr.