## EXHIBIT H

**Letter from Amy Foran to John A. Futoran, Feb. 4, 2010**

Amy Foran
Senior Labor & Employment Counsel
312/222-5955

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
aforan@tribune.com

RECEIVED

FEB 08 2010

LAW OFFICES OF
JOHN A. FUTORAN, SR.
☐ C  ☒ A  ☐ CTC

February 4, 2010

**VIA UPS DELIVERY**

John A. Futoran, Sr.
674 County Square Drive
Suite 201
Ventura, CA 93003-0442

Re:  Carol Walker: Overpayment of Medical Benefits

Dear Mr. Futoran:

I am writing in response to your letter dated January 14, 2010 regarding the discontinuation of the medical benefits which were provided in error to Ms. Walker.

It was recently discovered that Ms. Walker had been receiving Tribune benefits for herself and her family despite the fact that she had not worked for the company since the mid-1990s and despite the fact that she had been making no contribution toward those benefits. The benefits provided to Ms. Walker were not a "reasonable accommodation" as you suggest, but rather were mistakenly provided to her through a glitch in the company's benefit tracking system.

Ms. Walker continued to accept benefits without notifying the company that she was and is able to work, and we request that you inform as soon as possible as to the reason she has not attempted to return to work until now.

Ms. Walker may apply on-line for any open position within the company at https://careers-tribune.icims.com/jobs/intro. We will continue Ms. Walker's benefits through February 28, 2010.

Yours truly,

Amy M. Foran