# EXHIBIT I

**Letter from Maury Mills to Amy Foran, Mar. 30, 2010**

# Maury Mills

*ATTORNEY AT LAW*

950 Country Square Dr. · Ste 215 · Ventura, California 93003
805/650-9800   ·   Fax: 805/650-9806
email: attymills@1stcounsel.com
website: www.MMillslaw.com

March 30, 2010

Amy Foran, Esq.
Senior Labor & Employment Counsel
Tribune Company
435 North Michigan Avenue
Chicago, Ill 60611

      **Re:    Carol Walker**

Dear Ms. Foran:

      This letter is to inform you that my office now represents Ms. Walker with regard to her employment with The Los Angeles Times/Tribune Company.

      I would like to set forth a little history as I understand it. Ms. Walker began working for the L.A. Times in 1987 in Ventura County at the "Gold Coast" office as a telemarketer. She was working on a salary/commission basis. She was promoted to manager in March of 1992. In the spring of 1994, Ms. Walker was informed the office would be closing in the near future and she would be transferred to the Times office in Northridge, California. Because of the fact that telemarketing positions still needed to be filled, she was instructed to fill any vacant positions but specifically instructed not to inform any newly hired employees that their positions would be short lived. Also, she was instructed to refrain from telling any current employees about the closing of the office. Combined with the stress of having to mis-represent the employment situation to her employees along with the long hours she was working, she went out on medical leave. Her doctor kept her on medical leave because of the emotional conflict she was experiencing. She then became depressed because of what had happened at work.

      Later in 1994, Ms. Walker applied for long term disability with the Time's insurance carrier. Thereafter the Times retained counsel for Ms. Walker to apply for Social Security Disability which was ultimately granted in February of 1997.

      Ms. Walker has since that time made efforts to ascertain her employment status with the Times. In May of 2000, in response to an inquiry, she received a letter from the Times confirming her then current medical coverage. A copy is enclosed for your reference. In late 2002 she received a benefits statements regarding her medical coverage. A copy is enclosed for your reference.

      Because of the events of 1994 surrounding the closing of the "Gold Coast" office and the

March 30, 2010
Amy Foran, Esq.
page 2

related depression she was suffering, Ms. Walker believed the Times was doing the right thing and keeping her as an employee with benefits. That belief was supported by numerous communications from the Times to her addressed as "Dear Employee." I have included several of those for your reference.

Based on the foregoing, I believe that Ms. Walker held a reasonable belief that she continued to be an employee of the Los Angeles Times with medical benefits for her husband, who is now 57 and her children, sons 25 and 20. Based on that reasonable belief she took no steps to look for other insurance for the family.

The Times now cancelling her benefits has put the family in a precarious position with regard to their medical insurance. While Ms. Walker would have limited medical care through Social Security it does not provide the same benefits as the medical coverage through the Times and the COBRA coverage (which election date is May 17, 2010) is beyond the families means. But for The Times keeping her as an employee with medical coverage, she long ago could have sought alternative medical insurance, which insurance is now prohibitively expensive.

I am mindful of the letter from John A. Futoran categorizing her continued leave of absence as a reasonable accommodation and your response. Whether this matter is analyzed as an accommodation issue or detrimental reliance, I believe The Times should take responsibility for the situation and ask that you take whatever steps are necessary to assure the family's medical coverage is maintained. Ms. Walker informs me she is ready, able and willing to return to work if that is what it takes to accomplish this goal. Please also be informed that she applied for an open telemarketing management position with The Times at Rancho Dominguez on June 12, 2000 but was not re-instated. She also submitted a resume to Scott Timmons of the Times recruiting on March 10, 2010.

Please feel free to contact this office with any questions or comments.

Very truly yours

Maury Mills

MM/kp
cc: client
encl.