# EXHIBIT J

**Letter from Maury Mills to Amy Foran, April 5, 2010**

# Maury Mills

*ATTORNEY AT LAW*

950 Country Square Dr. · Ste 215 · Ventura, California 93003
805/650-9800  ·  Fax: 805/650-9806
email: attymills@1stcounsel.com
website: www.MMillslaw.com

April 5, 2010

Amy Foran, Esq.
Senior Labor & Employment Counsel
Tribune Company
435 North Michigan Avenue
Chicago, Ill 60611

Re:   **Carol Walker**

Dear Ms. Foran:

This letter is a follow up to mine of March 30, 2010.

Ms. Walker has now been contacted by the Tribune Company as a "retiree" and presented with the option of enrolling in the Tribune Company's 2010 Retiree Medical plan. A copy of the letter she received is included for your reference.

Ms. Walker informs me that the cost of the retiree medical benefits are less onerous than the COBRA plan she was offered and that was welcome news. Also, because she was given only a couple of days to exercise the option, she did so, making it clear that by so doing she did not waive any claim she might otherwise have about her employment status. This of course is very confusing since she did not inform the Tribune she was retiring and as I pointed out in my last letter, she most recently sought a position with the Tribune. That being said, her primary concern is to be able to afford medical coverage for herself and her family, not necessarily going back to work. I am wondering if perhaps an agreement could be reached wherein the Tribune makes a contribution to the Retiree Medical Plan to put this matter to rest.

Please let me know your thoughts on the matter and of course, please feel free to contact this office with any questions or comments.

Very truly yours

Maury Mills

MM/kp
cc: client
encl.