United States Bankruptcy Court

District of Delaware

## APPEAL TRANSMITTAL SHEET

Case Number: 08-13141(KJC)     ◉ BK   ○ AP

If AP, related BK case number: ___

Title of Order Appealed: N/A

Docket Number: N/A     Date Entered: N/A

Item Transmitted:

◉ Notice of Appeal        Docket Number: 13922    Date Entered: Jul 16, 2014
○ Amended Notice of Appeal   Docket Number:         Date Entered:
○ Cross Appeal            Docket Number:         Date Entered:
○ Motion for Leave to Appeal  Docket Number:         Date Entered:
◉ Record on Appeal        Docket Number:         Date Entered:

*Appellant/Cross Appellant:        Appellee/Cross Appellee:
Jo Anna Canzoneri McCormick        n/a

Counsel for Appellant:             Counsel for Appellee:
pro se

*if additional room is needed, please attach a separate sheet.

Filing Fee Paid?                                    ○ YES  ◉ NO
IFP Motion Filed by Applicant?                      ○ YES  ◉ NO
Have Additional Appeals of the Same Order been Filed?  ○ YES  ◉ NO
   If so, has District Court assigned a Civil Action Number?  ○ YES  ○ NO   Civil Action # ___

Additional Notes: See Order attached @ Docket #13921 - Appellant did not file Designations

Date: Jul 31, 2014           By: /s/ Lisa C. Bowers
                                 Deputy Clerk

Bankruptcy Court Appeal(BAP) Number: 14-30          For Use By U.S. Bankruptcy Court

1/15/2013