IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

     I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on August 12, 2014, I caused a copy of the **Post-Confirmation Quarterly Summary Report for the Period March 31, 2014 through June 29, 2014** to be served by First-Class Mail on the following parties:

David L. Buchbinder, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Mike West, Financial Analyst
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

By: _____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

Subscribed and sworn to before me
this 12th day of August, 2014

_____
Notary Public

**SUSAN L. WILLIAMS**
**Notary Public State of Delaware**
**My Commission Expires August 13, 2017**

46429/0001-5349963v27