IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Hearing Date: September 23, 2014 at 10:00 a.m. ET<br>Objection Deadline: September 4, 2014 at 4:00 p.m. ET |

## REORGANIZED DEBTORS' MOTION FOR AN ORDER DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED DEBTORS' CASES PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n)

The reorganized debtors in the above-captioned chapter 11 cases (each a "Reorganized Debtor" and collectively, the "Reorganized Debtors"), by and through their undersigned counsel, hereby submit this motion (the "Motion") to the Court, pursuant to sections 105(a) and 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 1005, 2002(m), and 2002(n) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order directing the use of an amended caption in the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-10890127v1

Reorganized Debtors' chapter 11 cases. The relief requested herein is for the limited purpose of changing the caption in the Reorganized Debtors' chapter 11 cases to reflect that, (i) effective August 4, 2014, Reorganized Debtor Tribune Company changed its corporate name to Tribune Media Company, (ii) effective April 10, 2014, Tribune Media Services London, LLC changed its corporate name to Tribune Content Agency London, LLC, and (iii) effective June 25, 2013, TMS News and Features, LLC changed its corporate name to Tribune Content Agency, LLC. In support of the Motion, the Reorganized Debtors respectfully represent as follows:

## STATUS OF THE CASE AND JURISDICTION

1. On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries (collectively, the "Debtors")[2] each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. An additional Debtor, Tribune CNLBC, LLC,[3] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009.

2. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket Nos. 43, 2333].

3. On July 23, 2012, the Court entered an order [Docket No. 12074] (the "Confirmation Order") confirming the Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. [Docket No. 12072] (the "Plan").[4]

---

[2] As used herein, the term "Debtors" refers to the entities that filed the above-captioned chapter 11 cases and the term "Reorganized Debtors" refers to the entities that became successors to the Debtors upon the Debtors' emergence from their chapter 11 cases.

[3] Tribune CNLBC, LLC was formerly known as Chicago National League Ball Club, LLC.

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2

46429/0001-10890127v1

4. The Effective Date of the Plan occurred on December 31, 2012.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are §§ 105(a) and 342(c)(1) of the Bankruptcy Code, and Bankruptcy Rules 1005, 2002(m), and 2002(n).

## **RELIEF REQUESTED**

6. By this Motion, the Reorganized Debtors seek entry of an order directing the use of an amended caption that has been revised to reflect Tribune Company's change in name to Tribune Media Company, Tribune Media Services London, LLC's change in name to Tribune Content Agency London, LLC, and TMS News and Features, LLC's change in name to Tribune Content Agency, LLC. The new caption should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BASIS FOR RELIEF REQUESTED

7. The Court has the authority to direct the use of an amended caption in this matter. Bankruptcy Rule 1005 requires that a proper caption include the name of the debtor and section 342(c)(1) requires the debtor's name to be included on notices within the proceedings. Bankruptcy Rule 2002(n) obliges that the caption of every notice complies with both Rule 1005, as well as section 342(c)(1). Further, section 105(a) provides this Court with the authority to issue orders that are necessary to carry out the provisions of the Bankruptcy Code, and Bankruptcy Rule 2002(m) provides that the "court may from time to time enter orders designating ... the form and manner in which notices shall be sent."

8. On August 4, 2014, Tribune Company completed a spin-off of its direct subsidiary, Tribune Publishing Company, which is now the independent parent company of the entities that formerly comprised Tribune's publishing operations, including 20 of the Reorganized Debtors and successors to the Reorganized Debtors. Tribune Company no longer controls those entities. On that same date, Tribune Company changed its name to Tribune Media Company. Tribune Media Company continues to own the 31 Reorganized Debtors and successors to the Reorganized Debtors that comprise Tribune's broadcasting, entertainment, and digital operations, owns and manages a significant number of real estate properties, and holds other strategic investments in media.

9. Two additional name changes have occurred since the Effective Date of the Plan: on April 10, 2014, Tribune Media Services London, LLC (successor-in-interest to Debtor Los Angeles Times International, Ltd.) changed its corporate name to Tribune Content Agency London, LLC, and on June 25, 2013, TMS News and Features, LLC (successor-in-

interest to certain assets and liabilities of Debtor Tribune Media Services, Inc.) changed its corporate name to Tribune Content Agency, LLC.

10. In order to comply with Rule 1005 and section 342(c), the name of Reorganized Debtor Tribune Company should be changed within the caption and footnoted list of Reorganized Debtors and successors to the Reorganized Debtors to properly reflect its change in corporate name to Tribune Media Company. Additionally, the names of Tribune Media Services London, LLC and TMS News and Features, LLC should be changed within the footnoted list of Reorganized Debtors and successors to the Reorganized Debtors to properly reflect the changes in corporate names to Tribune Content Agency London, LLC and Tribune Content Agency, LLC, respectively. The relief sought herein is entirely procedural and will prejudice no creditor or other party-in-interest. Accordingly, it is necessary and appropriate and in the best interest of the Reorganized Debtors' estates, creditors, and other parties-in-interest to modify the caption of the Reorganized Debtors' chapter 11 cases as set forth above.

### **NOTICE**

11. Notice of this Motion has been provided to: (i) the Office of the United States Trustee and (ii) all parties requesting notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Reorganized Debtors submit that no other or further notice is necessary.

WHEREFORE, the Reorganized Debtors request that this Court enter an order directing the use of an amended caption and granting such further relief as is necessary or appropriate.

Dated: Wilmington, Delaware  
August 13, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP  
James F. Conlan  
Kenneth P. Kansa  
Jillian K. Ludwig  
Catherine Jun  
One South Dearborn Street  
Chicago, IL 60603  
Telephone: (312) 853-7000

-and-

JONES DAY  
Bruce Bennett  
James O. Johnston  
Joshua M. Mester  
555 South Flower Street, 50th Floor  
Los Angeles, CA 90071-2300  
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.

By: /s/ J. Kate Stickles  
Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-10890127v1