# EXHIBIT A

# Keith M. Younge

2117 Melvin st ◊ Philadelphia, PA. 19131       610-529-5180 ◊ Keyo3600@gmail.com

**Objective:**  An interesting position with a growing company to continue diverse career in Broadcasting

**Experience:**

*94 WYSP FM*                                            Philadelphia, PA
On-Air Radio Personality:                    March 1999 to Jan. 2009
On air radio talent.

*ESPN*                              Philadephia, PA. Bristol, Connecticut
Freelance Production Asst.                            2002 to 2004
Stage Managing, Camera Person, Audio, live sporting events

*MIXX Entertainment*                                   Philadelphia, PA.
Voice Over Announcer:                                 2001 to 2002
In house voice over announcer for local Video production services

*CN8 Comcast Network*                       Philadelphia, PA/Union, NJ.
Assistant Director:                                     1998 to 1999
Assist Director of live College Sporting events

*CN8 Comcast Network*                        Philadelphia,PA/ Union, NJ
Camera Person:                                          1997 to 1999
Camera Person for live weekly in studio broadcast

*WJJZ 106.1 FM*                                         Bala Cynwyd PA.
Board Op/ On Air:                            Spring 1998 to Jan, 1999
Board Operator/Producer
On Air talent (Part time fill in)

*The Racing Channel*                                    Ben Salem, PA.
Broadcast Director:                                     1997 to 1998
Broadcast Director of daily live nationally broadcasted horse racing show including interviews, handicapping and full racing card to be simulcast.

*WYXR Star 104.5*                                       Bala Cynwyd, PA
Producer/Board Operator:                                1997 to 1998
Part time producer/board op of weekly musical play list, live remote

*WYBE TV 35*                                            Philadelphia, PA
On Air annoucer:                                Jan,1998 to Dec,1998
On air voice of WYBE TV 35

Keith M. Younge

Page 2

*WYBE TV 35* — Philadelphia, PA.
Producer/Director:
1996 to 1998
Producer of monthly travel special program "Tour Guide"
Broadcast director of live and to tape weekly programming.

*WYBE TV 35* — Philadelphia, PA
Camera Person:
1995 to 1997
Camera Person for broadcast programming

*WDRE FM 103.9* — Jenkintown, PA.
Board Operator:
1992 to 1995

*Pearle Vision Center* — King of Prussia, PA
Optician:
1985 to 1990
Dispensing prescription eyewear for vision correction.

*KIIQ 103.7 FM* — Colorado Springs, Colo.
On-Air Radio personality:
1981 to 1983

**Education:**

*St. Joseph College* — Philadelphia, PA. 1975

Studied Computer Science

*University OF Colorado* — Colorado Springs, Colo. 1980/1982

Broadcasting

**References:** Available upon request