# EXHIBIT B

# EMPLOYEE REVIEW FORM

1. Employee's Name __RICH SCHULTZ__

2. Station Plant __WPHL-TV__ Department __OPERATIONS/ART__ Position __DESIGNER/PHOTOGRAPHER__

3. If employee is responsible for additional work other than that generally associated with his position, please describe briefly:

   NOT REALLY

4. Approximate number of day's work employee has been absent through illness during review period: (Select longest applicable period _____ a, b or c below or specify in d below)

   | Review Period | Days Absent | Review Period | Days Absent |
   |---|---|---|---|
   | (a) 1 year (8 MONTHS) | about 10 | c) 1 month | |
   | b) 6 months | | d) ( ) Specify | |

   How many days above involved one sustained, unbroken, continuous illness? __3 DAYS__

5. Approximate number of days late for work during review period: __FREQUENT__

6. State in about 25 words or give an illustration describing each of the following employee qualities:

ATTITUDE – toward the Company, his job, fellow employees and others.

GOOD ATTITUDE, BUT HE IS INEXPERIENCED IN DEALING WITH ORGANIZATIONS AND DOES NOT KNOW PARAMETERS.

PCHR- YOUNGE 0050

YOUNGE 54

– 2 –

ALERTNESS – ability to grasp instructions, to meet changing conditions and to solve novel or problem situations.

VERY GOOD.

CREATIVITY – talent for having new ideas, for finding new and better ways of doing things and for being imaginative.

YES, INDEED. HE IS SOMEWHAT UNDISCIPLINED IN HIS APPROACHES AND IN HIS SOLUTIONS, BUT THE SPARKS DO FLY.

PERSONALITY – individual's behavior characteristics and his personal suitability for the job.

HE IS SOMEWHAT VOLATILE AND FREE, BUT WORKS ~~EXCEL~~ WELL WITH OTHERS.

PERSONAL APPEARANCE – personal impression an individual makes on others (consider cleanliness, grooming, neatness and appropriateness of dress on the job).

HE IS PRETTY.

DEPENDABILITY – ability to do required jobs well with a minimum of supervision.

HE IS BELIEVED TO BE PROFESSIONALLY SUPERIOR.

- 3 -

AGGRESSIVENESS – ability to recognize a job that needs doing and do it without being told.

THIS IS NOT ONE OF HIS OUTSTANDING QUALITIES. HE IS SLOTHFUL DUE TO LACK OF SUPERVISION IN HIS PREVIOUS ROLE AS A PHOTOGRAPHER. THIS SHOULD BE CORRECTED IN HIS NEW REPORTING RELATIONSHIP.

DRIVE – desire to attain goals, achieve.

I DON'T KNOW, BUT PROBABLY HIGH.

STABILITY – ability to withstand pressure and to remain calm under work pressure and in crisis situations.

MAYBE 5 ON A TEN SCALE. THIS TO BE VIEWED IN TERMS OF THE NATURE OF THE JOB.

COURTESY – polite attention given to customers, other employees, his supervisor and those he may supervise.

HE WORKS OUT RELATIONSHIPS WITH PEOPLE WELL. THIS IS AN OBVIOUS ATTRIBUTE.

7. What is your overall evaluation of the employee compared to his performance during the previous review period.

THIS IS MY FIRST WITH HIM. HE HAS A WAY TO GO BUT HE IS FIRST CLASS MATERIAL.

— 4 —

8. Do you believe the employee's compensation should be changed?

    YES.

9. If your answer to 8 is "YES" what change do you recommend and briefly describe how you arrived at this evaluation.

    Additional Remarks: $10 IN ORDER TO BRING HIM INTO A MORE EQUITABLE POSITION WITH OTHERS IN THE DEPARTMENT. THIS IS PART OF A GENERAL RECLASSIFICATION OF SCHULTZ INTO A DESIGNER/PHOTOGRAPHER FROM JUST A PHOTOGRAPHER.

    AS OF 3/5/73

Date: 8 MARCH 1973          Signature of Manager: [signature]

Tom Jones

OK - Based purely on answer to question 9 —

FOR HOME OFFICE USE ONLY:

Employee's Name: Richard Schultz          Date Last Increase: None
Date Employed: 6/7/72                     Amt. Last Increase:
Current Rate of Pay: $160.00                Per Hour: _____
                                            Per Week: _____

This employee should be reviewed for competence after 4 months by _____

Disposition:
    Amt. Increase:    Per Hour: _____        Per Week: $10.00
    New Rate:         Per Hour: _____        Per Week: $170.00

Date: _____          Signature: _____