# EXHIBIT C

TO: David Smith and Bruce Weitlisbach        Date: 6/30/93

FROM: Rick Schultz

RE: This is in response to the conversation I had with Dave Smith pertaining to my being confronted by George Sample and his absurd allegation of a racial injustice. This allegation is used to disguise his belligerent abusive conduct and unprofessional attitude toward my person.

I inadvertently walked out the back door at 6:15 June 29 1993 carrying a dirty milk crate that I wanted to put in my trunk. In doing so I tripped the door alarm but the alarm stopped when the door automatically closed. I proceeded to my car, parked along the park area opposite the roll up door. As I was getting into my car to move it to a safe nighttime area, The shipper George Sample came out of the front of the building hollering at me "I should know the alarm was on, that I shouldn't use that door." I said to him "Sorry George, no big deal go back to sleep." I parked my car in the front parking lot and walked towards the front door. George came around the side of the building and I said to him," were do you get off screaming at me, just do your job George and turn off the alarm like the hired professional Guards do, courteously and friendly not attacking. George starts yelling," GET OTTA M FACE, GET OUT DA M FACE, GET OUTA M FACE." SO I SAY WHAT ARE YOU SAYING? He says Get out of my face. I say George "I'm not a street person I don't understand Get Out of my Face? Does it mean the conversation is over? I CONTINUED to tell him it was no big deal, I was sorry the alarm was activated. I was sorry I bothered him and he was blowing it out of proportion.

I then went into the building mad as hell at being yelled at by George but I understand that this happens a lot during evening hour when alcohol (very noticeable on his breath) clouds his ability to do an adequate job protecting the building.

I believe to consider this a Racial situation as indicated by my boss to be an insult. Color has nothing to do with improper behavior and is to often used in our company as a way of justifying a ridiculous argument.

PCHR-YOUNGE  0055