# EXHIBIT D

PCHR- YOUNGE 0056



**Gunnar Rieger**
director of engineering

October 4, 2002

Rick Schutlz
1411 Fitzwatertown Road
Willow Grove, PA 19090

Dear Rick,

We have concluded our investigation concerning allegations from you that Bill Groves made threatening comments to you in the workplace on Saturday, September 28, 2002. After interviewing all parties involved as well as any possible witnesses, there has been no corroboration of your claim. Therefore, we cannot make any findings or conclusion as to the alleged threat. However, we will continue to closely monitor this situation in future.

Although there was no independent corroboration of the alleged threat, the investigation, however, did reveal that both parties, based on their own admissions, used profane language in the workplace during an argument on September 28, 2002. By this letter, you are warned that such behavior is prohibited and a violation of the Company's Zero Tolerance Policy. Attached please find an additional copy of the policy for your immediate review. Any further behavior of this kind could result in further corrective action, up to and including termination.

You are also reminded that retaliation of any sort is strictly prohibited and could result in corrective action, up to and including termination. Please do not discuss this matter or resolution in the workplace.

Sincerely,

Gunnar Rieger

Cc:   Rachael Amara, Director of Human Resources
      Larry Del Spechio, IBEW Assistant Business Manager
      Personnel File

wphl-tv  5001 wynnefield avenue  philadelphia, pa 19131 / 215.883.3350 / grieger@tribune.com / fax 617.507.8001 / a tribune broadcasting station