# EXHIBIT E

## Statement of Harassment Policy

Tribune Company is committed to providing its employees a professional work environment, free from harassment. This commitment is in keeping with the company's equal employment opportunity policy and practices and with applicable statutes and regulations.

Any behavior that creates or is reasonably perceived by an individual to create a hostile, offensive or intimidating work environment constitutes harassment. Harassment includes, but is not limited to, the following:

- Physical or verbal abuse (demeaning, insulting comments)
- Derogatory or off-color jokes
- Slurs (racial, ethnic, religious, gender, age, etc.)
- Unwelcome physical contact of any nature
- Taunting, intended to provoke an employee
- Display or circulation of written materials or pictures (hard copy, via electronic mail, etc.) that are derogatory to males, females, persons with disabilities, or to racial, ethnic, religious, and other protected groups
- Unwarranted and unfounded charges and complaints brought against a fellow employee with intent to discredit, harass or in any way harm that employee
- Unwelcome and unsolicited sexual advances
- Requests for sexual favors used as a condition of employment or affecting any personnel decisions, such as hiring, promotion, transfer, performance appraisal, compensation
- Employment opportunities or benefits granted to one individual over another individual as a result of submission to or rejection of sexual advances.

The company prohibits harassment by employees, co-workers, supervisors and managers and views such actions as extremely serious misconduct. It is the responsibility of each employee to ensure that these prohibited activities do not occur. Violations of this policy will result in disciplinary action, including possible discharge.

Further, the company believes harassing behavior or language directed at company employees by outside vendors, consultants, etc., is an affront to Tribune Company business ethics, beliefs and practices. As a representative of Tribune Company, you should state that harassing behavior or language violates company policies. Similarly, you are prohibited from engaging in any harassing behavior toward outside vendors, consultants, customers or others. If you feel that you have been or are being harassed, you should immediately bring it to the attention of your department head, to human resources at your business unit or if you prefer, to Luis Lewin, senior vice president/human resources of Tribune Company. Mr. Lewin may be reached at 312/222-4581. Complaints will be investigated and resolved in a thorough and timely manner. Every effort will be made to ensure confidentiality throughout the complaint/investigation process. Retaliation against anyone who complains of harassment is in itself a violation of this policy.

PCHR- YOUNGE 0057