# EXHIBIT F

YOUNGE 63

**PHL 17**
*Philadelphia*

TO: Dave

FROM: Rick Schultz

DATE: Monday 26 DEC 94

you remember the studio.
My back in the studio.
could hardly walk or stand.
you said don't fall for
"workmans comp" you would
work it out. Dave, I'm still
hunting, especially when I
have to stand for long periods

---

**Channel**
W PHL-TV, INC.

TO: Walt Barna

FROM: Jon Cornell

DATE: 9/18/87

Today I went with a crew on remote
to shoot at an old age nursing home for
West Deiner. I went with Rick Shultz,
Chris Schuffer and Charlie O'Gara. During
the shoot, the many old folks around and
with the staff there and other adminis-
trators from the home, Rick Shultzy
angrily [crossed out] said some swear
words loud enough for all to hear.
After that shoot I took him aside and
told [crossed out] him he should not talk like
that in a professional situation. I asked
him why he had acted that way and he
said that he does reacting to something

in the studio. Originally you said I was a darn good audioman and you wanted me on audio for the news, Dave) I haven't been on audio for a month or more.

My injury is one item, and I shouldn't be standing arounda the studio, but what cell/studio, lyfles is about me and audio, lyfles gone (the problem that thedrud gone off A-1). So why can I

Said that there was nothing he could do about it. I think that both his language and his response to my comments were unacceptable

Jon Cruce