# EXHIBIT G

to: David Smith
from :Rick Schultz                                         October 21, 1994

I want to explain to you that I have no desire to work on the news. When asked, I expressed interest in working the 6-3 promotion shift when no one else desired it. Because of a threat of discrimination ( Klink) I am now being transfered into the news operation. I will attempt to give my complete cooperation. But it is not what you and I agreed on.

PCHR- YOUNGE 0061