# EXHIBIT I



May 15, 2008

Richard Schultz
1411 Fitzwatertwn Rd
Willow Grove, PA 19090

Dear Rick,

This letter is to notify you that we have concluded our investigation into the incident that occurred on May 7, 2008 between you and Keith Younge. We have concluded that your conduct in this incident is in violation of our Code of Conduct and Anti-Harassment policies. For that reason, your employment with WPHL will be terminated effective May 10, 2008. Any personal items you may have at the station will be mailed to your home address.

Sincerely,

Vince Giannini
VP/General Manager
WPHL – TV


Cc:   Larry Del Spechio, IBEW Business Manager
      Personnel File