# EXHIBIT J

Mr. Keith M. Younge
2117 Melvin St.
Philadelphia, PA 19131
610-529-5180

Legal Consultant"
Peter A. Barbieri, Esq.
657 Exton Commons
Exton, PA 19341
610-280-7078 phn

ISSUES IN CASE:
--Single occurrence of workplace harassment (argument)

--Severe argument/created a hostile work environment;

--Use of racial language (slang) i.e. ghettl, hoop, you people, etc.

--Humiliation/refused to train Complainant which directly obstructed his job knowledge and affected his continued employment;

--Remarks were targeted directly at the Complainant;

--Remarks were explicitly racial and degrading and intimidating;

--Situation resulted in major harm to Complainant as he was terminated;

--White employee inflicting the harm was terminated because of his continued conflicts on the job, over the years, with Black employees and non-Blacks;

--Respondent management blamed the victim and terminated the Complainant for no valid reason--their reason was pretextual in that they accused Complainant of a physical assault on the White employee; Respondent did not meet with Complainant or take a statement from him.

--Complainant was bullied by Respondent employee who was 6' tall and at least 85lbs heavier than Complainant;

--Video did not show the Complainant touching or physically assaulting Resp. employee who started the argument;