Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit A
9-1-92  Change of Status Voucher

Debi x73291

# CHANGE OF STATUS AND TERMINATION VOUCHER

DESK NO. (1007)

| DATE THIS VOUCHER PREPARED | | | | |
|---|---|---|---|---|
| 9-1-92 | | | | |

| NAME | LAST | FIRST | MIDDLE | PAYROLL NO. | DEPT & ACCT NO. |
|---|---|---|---|---|---|
| | WALKER, | Carol | | 96431-2 | 10-773-015 |

| DEPARTMENT | | EFFECTIVE DATE (1009) | RETRO FULL-TIME START DATE (1212) | VAC. ACCRUAL DATE (1020) |
|---|---|---|---|---|
| Circulation | Gold Coast | 8-10-92 | | |

## A. CHANGE OF STATUS

JOB TITLE: Asst. Telephone Sales Office Mgr. → **Telemarketing Manager**  W/C (1025)

| | | | | SHIFT (1240) | PRESENT PAY WEEKLY | PROPOSED PAY WEEKLY | HOURS |
|---|---|---|---|---|---|---|---|
| JOB CODE (1035) | 8208 | 821F | DAYS | X | $455.25 | $503.25 | 40 |
| RATING / GRADE (1111) | 32 | 32 | NIGHTS | 2 | $455.25 | $503.25 | 40 |
| DIVISION (1014) | 10 | NC | LOSS/FRI | 3 | $455.25 | $503.25 | 40 |
| DEPARTMENT (1016) | 773 | NC | | COMMISSIONS | ADS | LINES |
| ACCOUNT NO. (1018) | 015 | NC | MAIN | | | |
| GROUP STATUS (1009) | 1 | NC | ZONE | POSTED ITEM | | |
| EXEMPT STATUS (1010) | 1 | NC | TERRITORY | PRESENT | PROPOSED | |

FOR GROUP STATUS OR DEPARTMENT CHANGES ONLY, INDICATE WHETHER CHANGE REPRESENTS AN ADDITION TO STAFF OR A REPLACEMENT OF A FORMER EMPLOYEE. ALSO SHOW NAME OF EMPLOYEE BEING REPLACED.

| | GUARANTEE (2026) | 4 SEP 24 92 | COMM. PLAN (1027) YES |
|---|---|---|---|
| (1127) ADDITION ☐ x    REPLACEMENT ☐ Y | NAME OF EMPLOYEE REPLACED PAYROLL DEPT | | (1024) |

| DATE OF LAST INCREASE (EXCLUDING CRI) OR START DATE IF NONE | DATE OF NEXT MERIT REVIEW (3003) | SALARY CODE (2002) | EEOC (1024) |
|---|---|---|---|
| 3-30-92 | 1-1-93 | | |

## B. TERMINATION LTD

| EFFECTIVE DATE (1226) | LAST DAY WORKED (1220) | WOULD YOU RE-EMPLOY | TERM CODE (1012) |
|---|---|---|---|
| | | | |

START DATE

### REASON FOR TERMINATION OF EMPLOYMENT

| EMPLOYMENT CLASSIFICATION | DISCHARGED | RESIGNED | |
|---|---|---|---|
| ☐ FULL-TIME | ☐ WITHOUT WARNING | ☐ WITHOUT NOTICE | ☐ RETIRED |
| ☐ PART-TIME | ☐ AFTER WARNING | ☐ WITH ADVANCE NOTICE | ☐ DECEASED |
| ☐ TEMPORARY | ☐ OTHER (EXPLAIN) VERIFY | ☐ DISABLED | ☐ LAID OFF |

| EMPLOYEE'S ADDRESS | STREET | OCT 9 92 | |
|---|---|---|---|
| (1009) | | | |

| CITY | STATE | ZIP CODE | FOREIGN COUNTRY |
|---|---|---|---|
| (4331) | (4332) | (4320) | (4409) |

FULL EXPLANATION OF ALL CHANGES                    SEP 24 1992

Salary increase to bring employee to minimum grade level 33. Employee is being promoted to grade level 33 due to Division Task Team Reorganization and successful completion of the Telemarketing exam.

| COMPENSATION | EMPLOYEE BENEFITS | RECORDS | DATE RECEIVED SEP 2 1992 PAYROLL DEPT | | | |
|---|---|---|---|---|---|---|
| EXECUTIVE OFFICER | | | | CROSS | TMP | COMM |
| EMPLOYEE RELATIONS | | DEPARTMENT HEAD | | | | PAYROLL |

91-384 (9-88 ABF)

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit B
March 18, 1992 Inter-Office Correspondence

**Los Angeles Times**

DATE: March 18, 1992

FROM: Curt Johnson

SUBJECT: TELEMARKETING MANAGER POSITION

TO: Steve Alexander

We have selected Carol Walker (PR #96431-2) to fill the vacant Telemarketing Manager position.  Her starting salary will be $607.00 per week.

cc: Debi Murphy

3/23/92

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit C
May 5, 2000
Karon Gilles Employee Benefits statement

# Los Angeles Times

Times Mirror Square
Los Angeles, CA 90053
213 237-5000

May 5, 2000


Ms. Carol Walker
3561 W. Hemlock
Oxnard, CA  93035

Dear Carol:

In your letter to me dated April 10, 2000 you asked what benefits you have with
The Times.  You currently have medical coverage through CIGNA for yourself,
your husband and two sons.  Also, according to our records, you have basic life
insurance coverage in the amount of $72,000.

Per your request, I forwarded your workers' compensation claim form to Cecilia
Hernandez, our workers' compensation manager.

Let me know if you have any more questions.

Sincerely,

Karon L. Gilles
Employee Benefits

cc:    Cecilia Hernandez, Workers' Compensation
       Debbie Larson, Group Insurance

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit D
April 24, 2000
Open Job Opportunities Bulletin



## ADVERTISING / CLASSIFIED
*Sales Development*
**SALES DEVELOPMENT REPRESENTATIVE**
**(part-time)**

The part-time Sales Development Representative will be responsible for the sale of classified and display products, inbound sales and customer service calls, outbound cold calling from competitive markets and team participation.

Ideal candidate must have the following:
- Previous sales experience (media preferred)
- Excellent customer service skills
- Ability to respond to schedule changes dictated by the needs of the business

| | |
|---|---|
| Posting Date: | 4/17/00 |
| Grade: | 00 |
| Posting #/Location: | 20C062/TMS |
| Contact: | Belinda Bass, x75714 |

## CIRCULATION
*Telesales*
**TELESALES MANAGER**

The Telesales Manager is responsible for all aspects of obtaining new subscriptions to The Times through telemarketing during his/her assigned sales shifts including: recruiting, training, monitoring, and coaching of sales representatives, building and running sales campaigns and maintaining order integrity. Other responsibilities include:
- Partners with Recruiter to maintain staffing levels for assigned shift
- Oversees the functions and sales goal attainment for assigned shift
- Builds and runs sales campaigns for Galaxy/Contact system.
- Adheres to daily schedule of monitoring and coaching sales representatives
- Partners with Trainer in holding regular training classes for sales representatives
- Thorough knowledge of Telemarketing policies and procedures
- Ensures that direct reports are in full compliance with the company's policies and procedures
- Fills out necessary reports
- Handles personnel issues relating to Telemarketing including disciplinary action and performance evaluations of sales representatives
- Thorough knowledge of the Los Angeles Times newspaper product

Skill Requirements:
- Computer skills
- Certification under the Galaxy/Contact Training System
- Behavioral interviewing skills
- At least 1 year Telemarketing experience
- Excellent sales and presentation skills
- Excellent oral and written communication skills
- Ability to train and motivate sales representatives
- Excellent public relations skills
- Managerial experience
- Customer service experience
- Team-building skills
- Experience in the newspaper industry a plus
- Bachelor's degree preferred

| | |
|---|---|
| Posting Date: | 4/24/00 |
| Grade: | 07 |
| Posting #/Location: | 20H112/Rancho Dominguez |
| Contact: | Cora Williams, 310-898-2714 |

---

**Equal Opportunity Employer**

**Los Angeles Times**
E m p l o y m e n t

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit E
Carol O'Green Fax cover sheet
Human Resources  Fax 310 337 3331

**Carol Hoeme Walker**
3561 W. Hemlock
Oxnard, Ca.   93035
Phone:805-985-8704
Email: golf@vcnet.com

ATTN:

Carol O' Green

Human Resources

FAX #

310 337-3331

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit F
Faxed Resume

**Carol Hoeme Walker**
3561 W. Hemlock
Oxnard, Ca.   93035
Phone:805-985-8704
Email: golf@vcnet.com

**Objective:**

To retain a position that allows me to utilize my skills in marketing and communication.

**Summary of over twenty five years in sales, team-building, and managerial experience.**

**Qualifications:**

Management and supervision of sales development skills.
Development and implementation of innovative programs.
Training, development, disciplinary action and motivation of all staff.
Exceptional public relation and customer service skills.
Behavioral interviewing skills.
Troubleshooting and problem solving-in areas relating to customer development.
Strong background in computer systems in the travel and telemarketing field.

**Employment History:**

3/92 - Present:  Gold Coast Telemarketing Manager Los Angeles Times
1987-1992:  Top Telemarketing Representative Los Angeles Angeles Times
1974-1986:  Travel Agent and CO-owner of tour company for disabled persons
1973-1974:  Chamber of Commerce, Steamboat Springs Colo.

**Education History:**

Oxnard College, Oxnard, Calf. Marketing and Computer courses
Mesa College, Grand Junction, Colo. AA Degree in Travel and Recreation
Management. Graduated 1973 (Honor Society)
Colby Community College, Colby Kansas.

**Certificates:**

Numerous airline certificates and training
Certificate in Galaxy/Contact system
Leadership Development Program (Los Angeles Times)

**Performance Comments** (Telemarketing Manger Performance appraisal 12/92)

Employee's strengths 1)Enthusiastic.2)A "people person".3)Willing to learn. 4)Not afraid of trying anything. "Carol's productivity is geared around her maximum  effort to succeed.  A tremendous "Win, Win, Win" attitude-never say die! approach."

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit G
June 11, 2000
Netscape Maps & Directions
Directions to Rancho Dominquez

http://clients.mapquest.com/netscape/mqt...It9_display_mode=overview&DetailedNarr=1



**Netscape**    Search | WebMail | My Netscape | Buddy Chat | Help | Download

**GET IN THE MIX**
**MXGonline.com**
**Click Here!**

You are here: Home > Maps & Driving Directions

# Maps & Driving Directions

by MAPQUEST.COM

My Netscape       My Netscape       Get Netscape Radio!

## Get New Directions

**Starting Point**
Address/Intersection
3561 W. HEMLOCK
City
OXNARD
State    Zip Code
CA    93035

**Destination**
Address/Intersection
2001 CASHDAN ST.
City
RANCHO DOMINQUEZ
State    Zip Code
CA

Map It!   Start Over

## Map an Address

Address/Intersection

City

State    Zip Code

Country

Map It!   Start Over

## Resources

Netscape Travel
Flights, Cars, Hotels,
Vacations

Decision Guides
Cruises, Parks,
Family Activities

Local Information

Netscape Search
International Search

Yellow Pages
International Yellow Pages

## Driving Directions - Results

**Total Distance:**
78.9 miles (126.9 km)

**Total Estimated Time:**
1 hour, 36 minutes



© 1999 MapQuest.com, Inc.

© 1999 MapQuest.com, Inc.; © 1999
Navigation Technologies

© 1999 MapQuest.com, Inc.; © 1999
Navigation Technologies

**Starting Point:** Map of Starting Point
3561 W. HEMLOCK
OXNARD, CA 93035

**Destination:** Map of Destination
2001 CASHDAN ST.
RANCHO DOMINQUEZ, CA

Print Directions

| Direction | Distance |
|---|---|
| **1:** Start out going East on W HEMLOCK ST towards CAPSTAN DR by turning left. | 0.5 miles (0.7 km) |
| **2:** Turn LEFT onto PATTERSON RD. | 1.1 miles (1.8 km) |
| **3:** Turn RIGHT onto W 5TH ST. | 1.5 miles (2.5 km) |
| **4:** Turn LEFT onto S C ST. | 0.1 miles (0.1 km) |
| **5:** Turn RIGHT onto W 4TH ST. | 0.2 miles (0.3 km) |
| **6:** Turn LEFT onto S OXNARD BLVD/CA-1 N. | 1.9 miles |

6/12
Monday
Meet
interpret

6/11/00 7:32 PM

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit H
Postcard from Human Resources

We would like to take this opportunity to thank you for your recent correspondence indicating interest in employment with the Los Angeles Times. Currently, your credentials are being reviewed in light of both our present and future needs. Should your qualifications and background meet our requirements, we will contact you for additional information or to set up an interview.

We will keep your resume in our active files for six months. Again, thank you for allowing us to review your qualifications and for sharing your enthusiasm about the Los Angeles Times.

Sincerely,
Human Resources

# Los Angeles Times

5959 W Century Blvd
Suite 200
Los Angeles, CA  90045

624-91688-15317

CAROL WALKER
3561 W. Hemlock
Oxnard, Ca 93035

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit I
March 10, 2010 Email from Carol Walker to Scott Timmons

Gmail - Carol Walker

# Gmail

## Carol Walker

**Steve and Carol Walker** <stevewalkergolf@gmail.com>
To: Scotttimmons@latimes.com

Wed, Mar 10, 2010 at 2:26 PM

Dear Mr. Timmons,

As per your request, please find my attached resume.  I look forward to talking with you.   Thank You, Carol Walker

📄 **Carol Hoeme Walker.docx**
14K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: stevewalkergolf@gmail.com

Wed, Mar 10, 2010 at 2:26 PM

Delivery to the following recipient failed permanently:

    Scotttimmons@latimes.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further
information about the cause of this error. The error that the other server returned was: 550 550 #5.1.0 Address rejected Scotttimmons@latimes.com
(state 14).

—— Original message ——

MIME-Version: 1.0
Received: by 10.231.182.19 with SMTP id ca19mr315317ibb.58.1268259972676; Wed,
    10 Mar 2010 14:26:12 -0800 (PST)
Date: Wed, 10 Mar 2010 14:26:12 -0800
Message-ID: <a8e001dc10031101426w2e74d8c2la8e2l99b994a09964@mail.gmail.com>
Subject: Carol Walker
From: Steve and Carol Walker <stevewalkergolf@gmail.com>
To: Scotttimmons@latimes.com

Content-Type: multipart/mixed; boundary=001485e2c74c277e2a048179c935

[Quoted text hidden]

**Steve and Carol Walker** <stevewalkergolf@gmail.com>　　　　　　　Wed, Mar 10, 2010 at 2:39 PM
To: Scott.timmons@latimes.com

---------- Forwarded message ----------
From: Steve and Carol Walker <stevewalkergolf@gmail.com>

[Quoted text hidden]

📄 **Carol Hoeme Walker.docx**
　　14K

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit J
Handwritten note of Carol Walker Regarding
March 2, 2010 call with Kelly Rimzey

LTR_TRIBUNE.tif

Download (45K)  Print (1 page)

Search the document.



Amy Foran
Senior Labor & Employment Counsel
312/222-5955

**TRIBUN**

Kelly Rimey - 713-232-3251

February 4, 2010                         Working

Re establis a Relationship

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit K
March 10, 2010  Resume, email attachment from Carol Walker to Scott Timmons

Carol Hoeme Walker

3561 W. Hemlock, Oxnard, CA.  83935

Phone 805 985 8704

Objective:  To retain a position that allows me to utilize my skills in marketing and communication.

Summary of over thirty years in sales, team-building, and managerial experience.

Qualifications:

     Management and supervision of sales development skills
     Development and implementation of innovative programs
     Training, development, disciplinary action and motivation of all staff
     Exception public relation and customer service skills.
     Behavioral interviewing skills
     Troubleshooting and problem solving-in areas relating to customer development
     Strong background in computer systems in the travel and telemarketing field

Employment History:

     3/92-Present:  Telemarketing Manager, Los Angeles Times currently on LOA
     1987 -1992 Top Telemarketing Representative Los Angeles Times
     1974-1986 Travel Agent and Co-Owner of tour company for disabled persons
     1973-1974 Public Relations for Chamber of Commerce, Steamboat Springs, Colorado

Education History:
     Oxnard College, Marketing and Computer courses
     Mesa College, Grand Junction, Colorado  AA degree in Travel and Recreation Management
     Graduated 1973
     Colby Community College, Colby Kansas

Certificates:

     Numerous airline certificates and training
     Certificate in Galaxy/Contact System
     Leadership Development Program (Los Angeles Times)

Performance Comments (Telemarketing Manager Performance appraisal 12/92)

     Employee Strengths:

1.   Enthusiastic
2.   A "people person"
3.   Willing to learn
4.   Not afraid of trying anything
5.   "Carol's productivity is geared around her maximum effort to succeed,  tremendous "Win Win Win" attitude never say die! Approach."

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit L
January 13, 2000
Letter from Judy Wong,
According to our records, you are still on disability leave

**Los Angeles Times**

Times Mirror Square
Los Angeles, CA 90053
213 237-5000

January 13, 2000

Ms. Carol H. Walker
3561 W. Hemlock
Oxnard, CA 93035

Dear Ms. Walker:

It has been some time since we have heard from you. According to our records, you are still on disability leave of absence. In accordance with our policy, if you have been continuously disabled and unable to perform any job for which you have been trained or educated, your inactive employment status may continue.

If you are still disabled, we need you and your doctor to fill out the enclosed form certifying your continued disability. It's very important that your doctor fax it back to us within the next couple of weeks for review by The Times Medical Director, Joseph M. Hughes, M.D. Our fax number is (213) 237-2350.

**If we don't hear from you and your doctor by January 27** or if you haven't been continuously disabled or are working elsewhere, **your employment with The Times will be reviewed for termination.**

Please call me at (213) 237-5769 if I can be of further help.

Sincerely,

Judy Wong
Employee Benefits

enclosure

(ltdcertupdate)

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit M
January 18, 2000
Physician's Certification of Disability

# Physician's Certification of Disability

**A. To be completed by the employee** *(Please print and fill in all information requested.)*

Employee's Name: *CAROL WALKER*

Telephone Number: *(805) 985-8704*

First Day Disabled:

Employee's Address: *3561 W. Hemlock*

Age: *46*   X Full-Time   ___ Part-Time

Location: *Ventura*

City, State Zip: *Oxnard, CA 93035*

Div/Dept: *Circulation*

Job Title: *Telemarketing manager*

Do you have a job(s) other than at The Times? *NO*

Is this disability the result of an on-the-job injury or is it a work-related illness?

If yes, is it the result of working at The Times or working for another employer?

---

**B. To be completed by the employee**

### CONSENT TO RELEASE INFORMATION

I hereby authorize Dr. *Richard Deamer* to release any and all medical and mental health information pertaining to my condition to the Los Angeles Times / The Times Mirror Company and its authorized agents and employees for employment-related purposes including determining my eligibility for disability benefits and/or ability to work. This authorization will automatically expire one year from the date indicated below. *I understand that I have a right to receive a copy of this* authorization.

Employee's Signature: *Carol H. Walker*        SS# ▓▓▓▓▓        Date *Jan 18 2000*

---

**C. To be completed by the attending physician**

Diagnosis

Diagnostic Code

Treatment

Date of 1st exam for this disability:

Date of most recent exam:

For Pregnancy -- Anticipated delivery date: ·

Actual delivery date:

If Hospitalized -- Date admitted:

Date discharged:

Surgical Procedure:

Date of surgery:

Prognosis

Estimated Return to Work Date
(A date must be entered)

Current Status

If not currently disabled, give the date the employee recovered and was able to return to work:

If current restrictions prevent immediate return to the employee's own job, alternative, transitional assignments may be found. What tasks is he/she able to perform?

☐ Please check if you would like to discuss this patient's disability with The Times' Medical Director.

Physician's Name (please print): *Dr Richard Deamer*

Physician's Signature:

Address: *290 Maple Ct. Ventura 93003*

Telephone Number: *658-7474*

Date:

Upon completion, keep a copy for your files and return the original to:
Los Angeles Times, Employee Benefits, Attn: J.Wong, Times Mirror Square, Los Angeles, CA 90053 or FAX 213-237-2350

K/stddrcrt.doc 12/16/99

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit N
03-04-2010
Your profile
Unpaid LOA

ur Profile                                          https://d022.resources.hewitt.com/web/view/pwcih/yourpage/cih.2010.csh...

CAROL H WALKER Hewitt Associates - 03-04-2010 9:24 a.m. Central Standard Time

# Your Profile

Answer Center

## About You                                    Incorrect?

| | |
|---|---|
| Name | CAROL H. WALKER |
| Birth Date | 11-05-1953 |
| Spouse Birth Date | 04-09-1953 |
| Employment Category | Unpaid LOA |

What Are Email
Addresses Used?

## Email Addresses

Add Email Address              --Choose One--

## Mailing Addresses

**Permanent Address**                           Incorrect?
Preferred Mailing Address
3561 W HEMLOCK
OXNARD CA 93035
United States of America

Add Mailing Address            --Choose One--

About Your Preferred
Mailing Address

What Are Phone
Numbers Used?

About Your Preferred
Form of Correspondence

## Phone Numbers

## Preferred Form of Correspondence

### Did You Know?

You'll receive benefits communications as quickly as possible if you set up a
preferred form of correspondence to the Secure Mailbox. Communications are
delivered more quickly to the Secure Mailbox on this site than by postal mail.

This is where you prefer to receive correspondence about your benefits.

Preferred Mailing Address                        Change

### Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be
interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness,
timeliness or fitness for any particular purpose.

Copyright © 2005- 2010 Hewitt Associates LLC

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit O
03-25-2010
Your profile
Retired

CAROL H WALKER Hewitt Associates - 03-25-2010 1:24 p.m. Central Daylight Time

# Your Profile

## About You

**Incorrect?**

| | |
|---|---|
| Name | CAROL H. WALKER |
| Birth Date | 11-05-1953 |
| Employment Category | Retired |

## Email Addresses

**Add Email Address**                    --Choose One--    

## Mailing Addresses

**Permanent Address**                    Change
Preferred Mailing Address
3561 W HEMLOCK
OXNARD CA 93035
United States of America

**Add Mailing Address**                  --Choose One--    

## Phone Numbers

**Add Phone Number**                     --Choose One--    

## Preferred Form of Correspondence

### Did You Know?

You'll receive benefits communications as quickly as possible if you change your preferred form of correspondence to the Secure Mailbox. Communications are delivered more quickly to the Secure Mailbox on this site than by postal mail.

This is where you prefer to receive correspondence about your benefits.

Preferred Mailing Address                              Change

### Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timeliness or fitness for any particular purpose.

Copyright © 2005-2010 Hewitt Associates LLC

### Answer Center

- When Are Email Addresses Used?
- About Your Preferred Email
- When Are Mailing Addresses Used?
- About Your Preferred Mailing Address
- When Are Phone Numbers Used?
- About Your Preferred Form of Correspondence

**Case 08-13141-KJC**
**CAROL WALKER'S RESPONSE TO**
**REORGANIZED DEBTORS' SUPPLEMENTAL**
**OBJECTION TO THE PROOFS OF CLAIM**

**Exhibit P**
**03-04-2010**
**You can't change or cancel**

CAROL H WALKER Hewitt Associates – 03-04-2010 9:59 a.m. Central Standard Time

**Retire Now**

# Change or Cancel Your Retirement

You can't change or cancel your retirement because you haven't started the retirement process.

**You can see the** Retirement Checklist **to learn what you need to do to prepare for retirement, or**
Retire Now **and start the process.**

### Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality or functionality of the site. Access to the site may be interrupted, restricted or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness or fitness for any particular purpose.

Copyright © 2005-2010 Hewitt Associates LLC

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit Q
May 5, 2000
Letter from Karon Gills

# Los Angeles Times

Times Mirror Square
Los Angeles, CA 90053
213 237-5000

May 5, 2000

Ms. Carol Walker
3561 W. Hemlock
Oxnard, CA  93035

Dear Carol:

In your letter to me dated April 10, 2000 you asked what benefits you have with
The Times.  You currently have medical coverage through CIGNA for yourself,
your husband and two sons.  Also, according to our records, you have basic life
insurance coverage in the amount of $72,000.

Per your request, I forwarded your workers' compensation claim form to Cecilia
Hernandez, our workers' compensation manager.

Let me know if you have any more questions.

Sincerely,

Karon L. Gilles
Employee Benefits

cc:    Cecilia Hernandez, Workers' Compensation
       Debbie Larson, Group Insurance

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit R
March 12, 1992
Telemarketing Manager  Performance Appraisal

# TELEMARKETING MANAGER/ ASSISTANT MANAGER
## PERFORMANCE APPRAISAL

Employee Name    Carol Walker

Division    Gold Coast

Start Date    3/92    Time in current job    8 Mos.

Date of last review    N/A

Performance review date    12/92

Job title (Check one)  X   Telemarketing Manager    _____ Telemarketing Asst. Manager

Current salary    $607

Merit rate increase    X   Yes.

_____ No.  Performance does not merit an increase at this time.

Comments regarding merit rate increase _____

_____

_____


POSITION STANDING

| | |
|---|---|
| Annual net sales goal | 22981 |
| Annual net sales · | 19725 |
| Weekly net sales goal | 460 |
| YTD average weekly net sales | 403 |
| YTD kill percentage | 16% |
| YTD productivity | 2.9 |
| YTD position standing | N/A |

Comments regarding position standing _____

_____

_____

_____

_____

PERFORMANCE COMMENTS

Evaluate the employee's performance in each of the following areas. Consider the employee's performance for the entire period since the date of last review. Use specific examples to provide an understanding of the employee's performance and areas which need development.

Indicate employee's strengths   1) Enthusiastic.  2) A "people person".

3) Willing to learn.  4) Not afraid of trying anything.

Indicate where performance needs improvement  1) Needs to learn more about System

database/campaigns.  2) More disciplinary involvement with TSR's.

Suggest specific areas for improvement and development  1) Training and development

of her knowledge of Galaxy/Tandem.  2) Specific training involving her

personal management skills.

Comment on the quality of the employee's work  Carol gives a 100% effort on the

floor.  She's exhausted after shifts.

Comment on the employee's productivity  Carol's productivity is geared around

her maximum effort to succeed.

Comment on the employee's job attitude  A tremendous "Win, Win, Win" attitude-

"never say die" approach.

Comment on any changes since the last review

TM                                                  2

## NUMERIC RATING

5 –    EXCEPTIONAL.  A rating reserved for those who consistently demonstrate exceptional results in all areas of responsibility.

4 –    EXCELLENT.  A rating reserved for those who achieve a level of results that goes well beyond normal standards of performance and consistently achieves high levels in terms of quality and quantity.

3 –    ACCEPTABLE/SATISFACTORY.   Performance consistently meets all requirements of the position in quality and standards.  Minor deviations may occasionally occur, but overall performance meets or exceeds requirements.

2 –    INCONSISTENT/IMPROVEMENT NEEDED.   Performance does not consistently meet position requirements. The level of performance is not acceptable. This rating should be used in cases where deviations in quality occur frequently.

1 –    UNACCEPTABLE. Consistently less than acceptable performance for the position requirements.  Specific goals for improvement within a reasonable period must be developed.

___3___ Ensures recruitment programs meet department "turnover" standards.

___3___ Effectively administers and supports Circulation Sales Training programs.

___4___ Develops and strives to maintain an enthusiastic atmosphere as well as provides coaching assistance to Sales Reps.

___3___ Effectively monitors Sales Reps to ensure the use of approved sales offers and techniques.

___2___ Meets or exceeds all sales goals including productivity and minimizing kill percentages.

___3___ Operates within assigned budgets.

___2___ Attends to applicable payroll, reporting and associated deadlines.

___2___ Monitors the dress and behavior of Sales Reps to ensure department standards are met.

___3___ Follows Employee Relations procedures as well as all company policies and maintains an effective documentation program.

___2___ Demonstrates a thorough knowledge of the automated dialing system and effectively manages the database.

___3___ Displays ability to handle a variety of special projects.

___3___ Responds to customer complaints and inquiries in a timely manner and effectively communicates them to District and Division Manager.

___3___ Contributes to and implements Division objectives to increase circulation.

___36___ TOTAL NUMERIC POINTS

TM

3

APPRAISAL BASED ON PERFORMANCE COMMENTS   (Check one)

\_\_\_\_\_ EXCEPTIONAL

\_\_\_\_\_ EXCELLENT

\_\_X\_\_ ACCEPTABLE/ SATISFACTORY

\_\_\_\_\_ INCONSISTENT/ IMPROVEMENT NEEDED

\_\_\_\_\_ UNACCEPTABLE

APPRAISAL BASED ON NUMERIC RATING   (Check rating based on total Numeric Rating Points)

\_\_\_\_\_ EXCEPTIONAL                          (60+ points)

\_\_\_\_\_ EXCELLENT                            (47 – 59 points)

\_\_X\_\_ ACCEPTABLE/ SATISFACTORY              (34 – 46 points)

\_\_\_\_\_ INCONSISTENT/ IMPROVEMENT NEEDED     (21 – 33 points)

\_\_\_\_\_ UNACCEPTABLE                         (13 – 20 points)

OVERALL APPRAISAL OF EMPLOYEE   (Check one)

\_\_\_\_\_ EXCEPTIONAL

\_\_\_\_\_ EXCELLENT

\_\_X\_\_ ACCEPTABLE/ SATISFACTORY

\_\_\_\_\_ INCONSISTENT/ IMPROVEMENT NEEDED

\_\_\_\_\_ UNACCEPTABLE

Reviewed with employee by Sales Mgr./ TM Mgr. _____   Date _____

Division Manager Approval _____   Date _____

Employee signature _____   Date _____

Employee comments (optional) _____

_____

_____

_____

_____

2(b)

⊛ Prepares for Quick Hit meeting with Sales Manager  Comes ready to address all issues.

⊛ Monitors all performance indicators of all TSR's  Specifically focuses on "talk-time" as the most important indicator.

⊛ Gives timely performance feedback to all TSR's  Carol is on each TSR daily for maximum performance.

⊛ Adheres to Department disciplinary procedures for employees  Carol follows all department procedures.

⊛ Anticipates staffing needs through effective recruiting methods  The best of all managers at Gold Coast at anticipating staffing problems.

⊛ Runs effective sales training as needed  A terrific "off the floor" trainer.

⊛ Processes reinstatements as needed  N/A

⊛ Properly administers all payroll information  N/A

TM

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit S
March 12, 1993
Telemarketing Manager  Performance Appraisal

# TELEMARKETING MANAGER
## PERFORMANCE APPRAISAL

Employee Name _____ Carol Walker

Division _____ Gold Coast

Start Date _____ 3/92 _____ Time in current job _____ 18 mos.

Date of last review _____ 12/92

Performance review date _____ 12/93

*Job title:* Telemarketing Manager

Current Salary _____

Merit rate increase _____ X _____ Yes.

_____ No. Performance does not merit an increase at this time.

Comments regarding merit rate increase _____

_____

## KEY INDICATOR REVIEW

| | ACTUAL | GOAL | +/- % |
|---|---|---|---|
| *Annual net sales* | 19167 | 18527 | +3.5% |
| Weekly net sales | 382 | 370 | +3.2% |
| YTD kill percentage | 15% | 15% | 0 |
| YTD productivity | .61 | .64 | -4.6% |
| Hours | 31269 | 33416 | -5.6% |
| Talk Time % | 38% | 40% | |
| Work Time % | 7% | 5% | |
| % Quality Contacts (Avg.P/Wk | 13622 | 15312 | |

Comments regarding Key Indicator Review _____

_____

_____

TM

## PERFORMANCE COMMENTS

Evaluate the employee's performance in each of the following areas. Consider the employee's performance for the entire period since the date of last review. Use specific examples to provide an understanding of the employee's performance and areas which need development.

Indicate employee's strengths ___1) Enthusiastic.   2) A "people person".
_3) Willing to learn.   4) Not afraid of trying anything.

Indicate where performance needs improvement _1) Needs to learn more about System
_database/campaigns.   2) More disciplinary involvement with TSR's.

Suggest specific areas for improvement and development_1) Training and development
_of her knowledge of Galaxy/Tandem.   2) Specific training involving her
personal management skills.

Comment on the quality of the employee's work __Carol gives a 100% effort on the
floor.   She's exhausted after shifts.

Comment on the employee's productivity__Carol's productivity is geared around
her maximum effort to succeed.

Comment on the employee's job attitude __A tremendous "Win, Win, Win" attitude-
"never say die" approach.

Comment on any changes since the last review _____

TM

2

<u>APPRAISAL BASED ON PERFORMANCE COMMENTS</u>   (Check one)

_____ *EXCEPTIONAL*

_____ EXCELLENT

__X__ ACCEPTABLE/ SATISFACTORY

_____ INCONSISTENT/ IMPROVEMENT NEEDED

_____ UNACCEPTABLE

<u>APPRAISAL BASED ON NUMERIC RATING</u>  (Check rating based on total Numeric Rating Points)

_____ EXCEPTIONAL                          (60+ points)

_____ EXCELLENT                             (47 – 59 points)

__X__ ACCEPTABLE/ SATISFACTORY      (34 – 46 points)

_____ INCONSISTENT/ IMPROVEMENT NEEDED   (21 – 33 points)

_____ UNACCEPTABLE                       (13 – 20 points)

<u>OVERALL APPRAISAL OF EMPLOYEE</u>   (Check one)

_____ EXCEPTIONAL

_____ EXCELLENT

__X__ ACCEPTABLE/ SATISFACTORY

_____ INCONSISTENT/ IMPROVEMENT NEEDED

_____ UNACCEPTABLE

Reviewed with employee by Sales Mgr./ TM Mgr. _____   Date  1/19/93

Division Manager Approval _____   Date _____

Employee signature _____   Date  1/19/93

Employee comments (optional) _____

_____

_____

_____

_____

TM

4

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit T
11/25/91
March 30, 2000
Letter from Karen Gilles stating on LOA since 7/28/94



Los Angeles Times

Times Mirror Square
Los Angeles, CA 90053
213 237 5000

March 30, 2000

Carol Walker
3561 W. Hemlock
Oxnard, CA 93035

Dear Carol:

According to our records, you have been on disability leave of absence since 7/28/94.
You recently mentioned in a telephone conversation with Judy Wong that you are no
longer under a doctor's care. At this time, we need to know if you are still disabled. If
there are jobs you are able to perform, are you interested in working at The Times? Or
are you currently employed elsewhere?

Please call me within the next 7 days and let me know your status. My phone number is
213-237-5712. If I don't hear from you by then, I'll assume you are no longer eligible
for disability leave nor interested in working for The Times and your employment will be
terminated.

Sincerely,

Karon L. Gilles
Employee Benefits

Case 08-13141-KJC
CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit U
11/25/91
MLOA for Mark Lewis
Supplement to Personnel
Requisition and Start Voucher

# Los Angeles Times



*approved ~~the~~ per*
*Art Martinez*
*12-6-91*

## Supplement to Personnel
## Requisition and Start Voucher

| Name of Employee Replaced:<br><br>Mark Lewis | Title of Employee Replaced:<br><br>Assistant Telephone<br>Sales Office Manager | Current Status of Employee Replaced<br>(LOA, LTD, Termination, Resignation, Promoted)<br>MLOA<br>Date Position Became/Becomes Vacant:<br>11-25-91 |
|---|---|---|

| Addition ☐<br><br>Replacement ☒ | Position Status: ☒ Full Time<br>☐ Temporary<br>☐ Part Time | ☐ A Temporary Increase Until _____ |
|---|---|---|

### Position Justification

*Please respond in detail to each question on a separate sheet of paper.*

1. Why is this position critical? (Describe its impact on department objectives.)

2. What are the ramifications if this position is not filled?

3. Rather than filling the job, why can't the critical responsibilities of this position be assigned to other people in the department?

4. List any Times employees who could be considered for this position.

5. If an internal candidate is under consideration for the vacancy, could this person's position be eliminated if he or she were transferred?

| AUTHORIZATIONS | | |
|---|---|---|
| Requesting Department/Supervisor<br><br>Date: 11/22/91 | Department Head<br><br>Date: | Vice President<br><br>Date: |
| Employment<br><br>Date: | Compensation<br><br>Date: | President/Publisher<br><br>Date: |

September, 1990

Case 08-13141-KJC

CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit V
August 03, 2000
State of California Department of Social Services
reminder

State of California
Department of Social Services                                    TXMade
Disability and Adult Programs Division
PO BOX 1072
FRESNO, CA  93714
TDD:  559-440-5190      Hearing Impaired Only


August 3, 2000


CAROL H WALKER
3561 W HEMLOCK
OXNARD, CA    93035


                                    SSN:
                                    DDS CASE NUMBER:
                                    CONTRACT NUMBER:


This is to remind you of your examination scheduled with:

                    JOHN BARTA, MD
                    500 E ESPLANADE DR
                    STE 1155
                    OXNARD, CA    93030
                    Telephone:  (805) 485-7355
                    on 8/11/00 at 1:00 p.m.

In order for this agency to evaluate your claim, you must keep this
appointment.  The cost of the examination will be paid by this agency. The
examination is for evaluation only, not treatment.

All the instructions in the original appointment letter still apply.  Please
bring a picture identification to the examination.

IF YOU FAIL TO APPEAR FOR THIS APPOINTMENT WITHOUT GOOD CAUSE, THE DECISION
WILL BE MADE BASED ON THE INFORMATION CURRENTLY IN YOUR CASE AND YOU MAY BE
FOUND NOT DISABLED OR BLIND.

If you have been sent to a medical or mental evaluation for a Medi-Cal claim
within the last 6 months, please call me immediately at the number below.

If for any reason you cannot keep this appointment, telephone me immediately
at (559) 440-5501.  You may call collect, station-to-station.


Team Madera, Disability Eval. Analyst III

c: CINDY RATERMANN, ALLSUP INCORPORATED


DEP C06 (7/00)

Case 08-13141-KJC

CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit W
October 21, 1997
To
Employees on Long Term Disability leave

 

October 21, 1997

## TO EMPLOYEES ON LONG TERM DISABILITY LEAVE:

Open enrollment for 1998 health plans will begin on October 27 and end on November 7, 1997. During this time, you may make limited changes to your health plan choices for 1998. Please refer to the enclosed information including a comparison chart of the plans offered.

### What's New?

Following are highlights of the changes for 1998:

* Aetna Managed Choice and CIGNA medical plans - change in referral process.
* HAI mental health plan design changes.

### Plan Changes Available

If you are currently enrolled in an Aetna or Blue Cross plan, you may change to an HMO plan or remain in your current plan for 1998. If you are currently in an HMO, you may change to any other HMO offered or remain in your current HMO for 1998.

If you are changing to CIGNA or Maxicare, you need to indicate on the enrollment form the number of the medical center or doctor you select from the HMO plan's directory. *If you are remaining in Aetna or an HMO and the only change you wish to make is a change in your doctor or medical group, do not use the enrollment form enclosed.* You may change doctors or medical groups at any time during the year by calling your health plan directly.

### Directories

You may request HMO plan directories by calling the employee benefits provider directory request line at (800) LATIMES, extension 75166. After the recording, leave your name, address, and which directory you would like mailed to your home.

- over -

Case 08-13141-KJC

CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit X
Department of Health and Human Services
February 11, 1997
Notice of Attorney Advisor Decision

DEPARTMENT OF
HEALTH AND HUMAN SERVICES          Social Security Administration

Refer to: ~~████████~~                    Office of Hearings and Appeals
                                          222 E. Carrillo St. Ste. 206
                                          Santa Barbara, CA 93101
                                          Date:
                                                FEB 1 1 1997

NOTICE OF ATTORNEY ADVISOR DECISION - FULLY FAVORABLE


Carol H. Walker
3561 W HEMLOCK
OXNARD, CA 93035


Recently, you requested a hearing before an Administrative Law
Judge (ALJ). Sometimes we look at claims again before the ALJ
holds a hearing.

A decision has been made in your case in accordance with Title
20, Code of Federal Regulations, § 404.942 and/or 416.1442.
Please read this notice and the decision carefully.

**This Decision Is Fully Favorable To You**

Another office will process the decision and send you a letter
about your benefits. Your local Social Security office or
another office may first ask you for more information. If you do
not hear anything for 60 days, contact your local office.

**If You Disagree With The Decision**

Because this decision is in your favor, we do not plan to hold
the hearing you requested. If you still want that hearing, you
must contact any Social Security office within 30 days of the
date you receive this letter. Your request to go on with the
hearing must be in writing. An Administrative Law Judge will
dismiss the hearing request unless you request that the hearing
proceed.

Once we dismiss the hearing request, you can still ask for a new
hearing before an ALJ. You can do this if you decide later that
you disagree with any part of our decision. Your new hearing
request must be made in writing within 60 days of the date you
receive this letter.

**The Appeals Council May Review The Decision On Its Own Motion**

If an Administrative Law Judge dismisses your request for hearing
following issuance of this decision, the Appeals Council may
decide to review this decision. To do that, the Council must
mail you a notice about its review within 60 days from the date
of the dismissal order. Review at the Council's own motion could
make the decision less favorable or unfavorable to you.

Case 08-13141-KJC

CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit Y

March 18, 2010
Cobra Notice of Termination of Employment

Employer: Tribune Company
Qualifying Event: TERMINATION OF EMPLOYMENT

******** IMPORTANT NOTICE ********

SPECIAL NOTICE - The 15-month ARRA subsidy program is available for Assistance
                 Eligible Individual(s) for events occurring by 3/31/2010.


CAROL H. WALKER & STEVEN WALKER & Eligible Dependents
3561 W HEMLOCK
OXNARD, CA  93035

| | |
|---|---|
| Date of Notice | : 03/18/10 |
| Qualifying Event | : 03/01/10 |
| Benefits Termination | : 03/01/10 |
| Election Rights Expire | : 05/17/10 |

ID: NC-30496273

Dear CAROL H. WALKER & STEVEN WALKER & Eligible Dependents:

We have been retained by the above named employer to notify you of your group health
care benefits continuation rights.  These rights are fully explained on the enclosed
"Additional Information" sheet.

If you elect to continue coverage, and if you meet all other requirements explained
on the enclosed information sheet, your continuation coverage will begin on 03/02/10.
Your right to elect continuation coverage expires on 05/17/10.  If you wish to elect
coverage, please complete and return the enclosed election form.

The premium rates and plan code for your COBRA continuation coverages are shown below.
Incomplete elections will be treated as an election for the continuation coverage as
offered.

| Coverage | Individual Plan Code | Monthly Cost | Two Party Plan Code | Monthly Cost | Family Plan Code | Monthly Cost |
|---|---|---|---|---|---|---|
| *All Coverages | A1 | 453.45 | A2 | 885.19 | A3 | 1289.39 |
| Medical - UHC PPO MEDICAL | M1 | 415.77 | M2 | 812.00 | M3 | 1165.82 |
| Dental - UHC PPO DENTAL | D1 | 33.72 | D2 | 66.19 | D3 | 112.09 |
| Vision - UHC VISION | V1 | 3.96 | V2 | 7.00 | V3 | 11.48 |

*All Coverages = Medical, Dental, Vision

Case 08-13141-KJC

CAROL WALKER'S RESPONSE TO
REORGANIZED DEBTORS' SUPPLEMENTAL
OBJECTION TO THE PROOFS OF CLAIM

Exhibit Z

March 31, 2010
Letter contesting Retirement

March 31, 2010


Tribune Benefits Service Center

435 N. Michigan Avenue

Chicago, IL.   60611


Re:  Carol H. Walker Letter postmarked 03/26/2010


Please Note:   I am accepting this Tribune Company 2010 pre-65 Retiree Healthcare benefits plan out of necessity.  By taking it I don't waive my right to contest my retirement.



Carol H. Walker

3561 W. Hemlock

Oxnard, CA.   93035