IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole, Schotz, Meisel, Forman & Leonard, P.A., and that on September 8, 2014, I caused a copy of the **Notice of Completion of Briefing Regarding Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007** to be served via Hand Delivery upon "J" Jackson Shrum at Werb & Sullivan, 300 Delaware Ave., Wilmington, DE 19801:

                                                                         _____
                                                                         Pauline Z. Ratkowiak, Paralegal
                                                                          COLE, SCHOTZ, MEISEL,
                                                                          FORMAN & LEONARD, P.A.
                                                                          500 Delaware Avenue, Suite 1410
                                                                          Wilmington, DE 19801
                                                                          (302) 652-3131

SWORN TO AND SUBSCRIBED before me this 8th day of September, 2014

_____
NOTARY PUBLIC

**SUSAN L. WILLIAMS**
**Notary Public State of Delaware**
**My Commission Expires August 13, 2017**

46429/0001-10969238v1