# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*, (f/k/a Tribune Company) | Case No. 08-13141 (KJC) Jointly Administered |
| Reorganized Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective September 8, 2014, Carlton Fields Jorden Burt, LLP has moved offices and requests that copies of all pleadings and other papers filed in this action, as well as notices given, be served and given upon the undersigned counsel at the address listed below:

> Mark A. Neubauer, Esq.
> Carlton Fields Jorden Burt, LLP
> 2000 Avenue of the Stars, Suite 530 North Tower
> Los Angeles, CA 90067-4707
> Telephone:  310-843-6300
> Facsimile:   310-843-6301
> Email: mneubauer@cfjblaw.com

Date:  September 10, 2014     **CARLTON FIELDS JORDEN BURT, LLP**

/s/   *Mark A. Neubauer*
Mark A. Neubauer, Esq.
Carlton Fields Jorden Burt, LLP
2000 Avenue of the Stars, Suite 530 North Tower
Los Angeles, CA 90067-4707
Telephone:  310-843-6300
Facsimile:   310-843-6301
Email: mneubauer@cfjblaw.com

Attorneys for Creditor Durham J. Monsma

36263622_1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 10, 2014, a copy of the Notice of Change of Address was served via CM/ECF on all counsel of record.

Date:  September 10, 2014     **CARLTON FIELDS JORDEN BURT, LLP**

/s/   *Mark A. Neubauer*
Mark A. Neubauer, Esq.
Carlton Fields Jorden Burt, LLP
2000 Avenue of the Stars, Suite 530 North Tower
Los Angeles, CA 90067-4707
Telephone:  310-843-6300
Facsimile:  310-843-6301
Email: mneubauer@cfjblaw.com

Attorneys for Creditor Durham J. Monsma