## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON SEPTEMBER 23, 2014 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

## AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION THE HEARING IS CANCELED.

### ORDERS ENTERED

1.      Reorganized Debtors' Seventy-Second Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 17, 2014) (Docket No. 13924)

---

[1]  The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Documents:

> (a)  Order Sustaining Reorganized Debtors' Seventy-Second Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered August 27, 2014) (Docket No. 13958)

Response Deadline:  August 18, 2014 at 4:00 p.m.

Responses Received:  None.

Status:       The Court entered an Order sustaining the Objection.  This matter will not be going forward.

2.    Reorganized Debtors' Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed July 22, 2014) (Docket No. 13930)

Related Documents:

> (a)  Order Sustaining Reorganized Debtors' Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered August 27, 2014) (Docket No. 13959)

Response Deadline:  August 21, 2014 at 4:00 p.m.

Responses Received:  None.

Status:       The Court entered an Order sustaining the Objection.  This matter will not be going forward.

3.    Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 30, 2014) (Docket No. 13937)

Related Documents:

> (a)  Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered August 27, 2014) (Docket No. 13960)

Objection Deadline:  August 21, 2014 at 4:00 p.m.

Responses Received:  None.

Status:       The Court entered an Order granting the Motion.  This matter will not be going forward.

2

4.  Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed July 30, 2014) (Docket No. 13938)

    Related Documents:

        (a)    Order Further Extending Litigation Trustee's Deadline to Object to Claims (Entered August 26, 2014) (Docket No. 13957)

    Objection Deadline:  August 21, 2014 at 4:00 p.m.

    Responses Received:  None.

    Status:    The Court entered an Order granting the Motion.  This matter will not be going forward.

5.  Reorganized Debtors' Motion for an Order Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed August 13, 2014) (Docket No. 13944)

    Related Documents:

        (a)    Order Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Entered September 9, 2014) (Docket No. 13966)

    Objection Deadline:  September 4, 2014 at 4:00 p.m.

    Responses Received:  None.

    Status:    The Court entered an Order granting the Motion.  This matter will not be going forward.

## MATTER UNDER ADVISEMENT

6.  Reorganized Debtors' Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed September 6, 2013) (Docket No. 13715)

    Related Documents:

        (a)    Reorganized Debtors' Reply in Support of Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed April 11, 2014) (Docket No. 13870)

(b)     Notice of Oral Argument on Reorganized Debtors' Objection to Claim
        No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of the
        Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed
        April 17, 2014) (Docket No. 13880)

(c)     Notice of Teleconference Scheduled for May 20, 2014 at 1:30 p.m. (Filed
        May 20, 2014) (Docket No. 13888)

Response Deadline:  October 1, 2013 at 4:00 p.m.
On consent of the parties, the Supplemental Response Deadline was extended until 4:00
p.m. on August 22, 2014 for Mr. Younge.  The Supplemental Reply Deadline was
extended until 4:00 p.m. on September 5, 2014 for the Reorganized Debtors.

Responses Received:

(a)     Response of the Creditor Keith Younge to the Objections Presented to
        Claim Number 3333 of Keith Younge, Pursuant 502 (b) and 558 of the
        Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed
        October 15, 2013) (Docket No. 13755)

(b)     Keith M. Younge's Letter Requesting Extension of Time to Obtain
        Counsel (Filed May 20, 2014) ( Docket No. 13887)

(c)     Keith M. Younge's Letter Request to Reschedule Hearing (Filed July 14,
        2014) ( Docket No. 13918)

(d)     Supplemental Response of Keith Younge to Debtors' Claim Objection
        (Filed August 21, 2014) (Docket No. 13951)

(e)     Reorganized Debtors' Supplemental Reply in Support of Objection to
        Claim No. 3333 of Keith Younge, Pursuant to Sections 502(b) and 558 of
        the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed
        September 5, 2014) (Docket No. 13963)

(f)     Notice of Completion of Briefing Regarding Reorganized Debtors'
        Objection to Claim No. 3333 of Keith Younge, Pursuant to Sections
        502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001,
        3003, and 3007 (Filed September 8, 2014) (Docket No. 13964)

Status:     The Court has taken this matter under advisement.  This matter will not be
            going forward.

46429/0001-10813968v1

**ADJOURNED MATTER**

7.  Reorganized Debtors' Supplemental Objection to the Proofs of Claim Filed by Carol Walker Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed July 28, 2014) (Docket No. 13936)

    Related Documents:

    (a)  Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

    (b)  Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

    (c)  Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

    Response Deadline:  August 27, 2014 at 4:00 p.m.

    Responses Received:

    (a)  Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

    (b)  Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

    (c)  Carol Walker's Response to Reorganized Debtors Supplemental Objection to the Proofs of Claim (Filed August 25, 2014) (Docket No. 13953)

46429/0001-10813968v1

Status:     The parties have reached a settlement in principle, subject to documentation, which resolves Ms. Walker's claims and the pending objections. This matter is adjourned pending execution of settlement documents. This matter will not be going forward.

Dated: September 18, 2014

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS