IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 08-13141 (KJC) |
| Tribune Company, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM ALL MAILING LISTS

PLEASE TAKE NOTICE that Ciardi Ciardi & Astin, hereby withdraws its appearance as counsel for Jayne Clement in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Ciardi Ciardi & Astin hereby requests they be removed from all mailing and ECF notice lists.

Dated: October 21, 2014

CIARDI CIARDI & ASTIN

/s/ John McLaughlin
Daniel K. Astin (No. 4068)
John D. McLaughlin (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmclaughlin@ciardilaw.com

*Counsel to Jayne Clement*