IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

     I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on November 11, 2014, I caused a copy of the **Post-Confirmation Quarterly Summary Report for the Period August 4, 2014 through September 28, 2014** to be served by First-Class Mail on the following parties:

| | |
|---|---|
| David L. Buchbinder, Esquire<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE  19801 | Mike West, Financial Analyst<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE  19801 |

By: _____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131

Subscribed and sworn to before me
this 11th day of November, 2014

_____
Notary Public
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires October 23, 2016

46429/0001-5349963v28