IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| TRIBUNE COMPANY, et al. ) | Bankruptcy Case No. 08-13141-KJC |
| ) | |
| Debtor(s). ) | Jointly Administered |
| ) | |
| KEVIN MILLEN ) | |
| ) | |
| Appellant ) | |
| ) | |
| v. ) | C.A. No. 09-863-GMS |
| ) | |
| TRIBUNE COMPANY, et al ) | |
| ) | |
| Appellees. ) | |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. The appeal from the Bankruptcy Court's October 2 Order (C.A. 08-13141-KJC, D.I. 2271) is DISMISSED.

Dated: November 1𝒱, 2014

UNITED STATES DISTRICT JUDGE