# EXHIBIT A

## PROOF OF CLAIM NUMBER 76

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

Name of Debtor: Tribune New York Newspaper Holdings, LLC

Case Number: 08-13238 (08-13141 (KJC))

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jill Hueckel

Name and address where notices should be sent:
Angiuli, Katkin + Gentile, LLP
60 Bay Street, Penthouse
Staten Island, NY 10301

Telephone number: (718) 816-0005

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 7278

   **3a. Debtor may have scheduled account as:** N/A
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ N/A    Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ N/A    Basis for perfection: N/A

Amount of Secured Claim: $ N/A    Amount Unsecured: $ N/A

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000000076

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FILED / RECEIVED
DEC 31 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 12/29/08

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Angiuli Katkin + Gentile, Attorneys for Plaintiff, Jill Hueckel
by Jeanette Boyer, Esq.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[Reset]   [Save As...]   [Print]



**ANGIULI KATKIN & GENTILE, LLP | ATTORNEYS AT LAW**

60 Bay Street
Staten Island, New York 10301
718.816.0005
Fax 718.442.6408

1481 Hylan Boulevard
Staten Island, New York 10305
718.979.7100
Fax 718.979.7106

akglaw.com

Gary C. Angiuli
Alan S. Katkin
Annamarie Gulino Gentile *
Joelle T. Jensen

Thomas G. Davis *†
Stephanie S. Comas *
Valerie M. De Peppo-Malloy
Jeannette M. Poyerd
Robert F. Mulligan

OF COUNSEL

Ann E. Donohue *
Thomas V. Saitta †^
Karen S. Gilbert
Nancy J. Brady, R.N.
Linda Faith Marshak

* Also admitted in New Jersey
† Also admitted in District of Columbia
^ Also admitted in Massachusetts

December 29, 2008

Bruno, Gerbino, & Soriano, LLP
445 Broad Hollow Road, Ste 220
Melville, NY 11747

Tribune Company Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Re:   Our Client:         Jill Hueckel
        Date of Accident:   4/3/06
        Bankruptcy Case No.: 08-13141 KJC / 08-13238**

Dear Sir or Madam:

This office represents the above-named client, At this time we are requesting that Plaintiff, Jill Hueckel be added to the debtor's schedule of creditors in the above referenced Bankruptcy Case. I have enclosed a copy of the Proof of Claim.

Thank you for your cooperation in this matter.

Very truly yours,

/Jeannette Poyerd
Attorney at Law
Enclosure





ANGIULI KATKIN & GENTILE, LLP
ATTORNEYS AT LAW
60 Bay Street, Staten Island, New York 10301

RECEIVED
DEC 31 2008
BY:_____

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

# EXHIBIT B

## STIPULATION OF DISCONTINUANCE

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
-----------------------------------------------------------------X
JILL HUECKEL,           **STIPULATION OF DISCONTINUANCE**

       Plaintiff,

Index No.: 300067/09

-against-

TRIBUNE NEW YORK NEWSPAPER HOLDING, LLC
and AM NEW YORK, NEWSPAPER,

       Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action is discontinued with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice and an order to that effect may be entered without further notice.

Dated: Staten Island, New York
      October 6, 2014

_____      _____
ANGIULI, &                                BRUNO, GERBINO &
& GENTILE, LLP                SORIANO, LLP
By: Fara M. Fiore                 By
Attorney for Plaintiff              Attorneys for Defendants
60 Bay Street                      445 Broad Hollow Road
Staten Island, New York 10301    Suite 220
                                      Melville, New York 11747
                                      BG's File 05-2136