IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, *et al.*, (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the appearance of Chadbourne & Parke LLP entered on behalf of the Official Committee of Unsecured Creditors of Tribune Company, et al. in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests Chadbourne & Parke LLP be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: Wilmington, DE
December 2, 2014

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile : (302) 467-4450

-and-

Howard Seife
David M. LeMay
Douglas E. Deutsch
**CHADBOURNE & PARKE LLP**
1301 Avenue of the Americas
New York, New York  10019-6022
Phone:  (212) 408-5100
Fax:  (212) 541-5369

{698.001-W0033627.2}