IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS
## SCHEDULED FOR TELEPHONIC HEARING ON DECEMBER 18, 2014 AT 11:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

**PURSUANT TO THE COURT'S DIRECTIVE, THE HEARING WILL BE A *TELEPHONIC HEARING ONLY*. ALL PARTIES MUST REGISTER WITH COURTCALL PRIOR TO 9:00 A.M. (EASTERN TIME) ON DECEMBER 18, 2014.[3]**

## WITHDRAWN MATTERS

1. Reorganized Debtors' Supplemental Objection to the Proofs of Claim Filed by Carol Walker Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed July 28, 2014) (Docket No. 13936)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

[3] **Any person who wishes to participate in the telephonic hearing must contact COURTCALL, LLC at 866-582-6878 prior to 9:00 a.m. (Eastern Time) on Thursday, December 18, 2014 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.**

Related Documents:

(a) Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed February 18, 2011) (Docket No. 8065)

(b) Notice of Submission of Proofs of Claim Regarding Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Filed March 7, 2011) (Docket No. 8289)

(c) Order Partially Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (Entered March 30, 2011) (Docket No. 8523)

(d) Notice of Withdrawal of (I) Debtors Forty-Second Omnibus (Substantive) Objection to Claims as it Relates to Claim No. 6601 of Carol Walker and (II) Reorganized Debtors Supplemental Objection to the Proofs of Claim Filed by Carol Walker Pursuant to Sections 502(b) and 558 of the Bankruptcy Code Rules 3001, 3003, and 3007 (Filed September 25, 2014) (Docket No. 13973)

Response Deadline: August 27, 2014 at 4:00 p.m.

Responses Received:

(a) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed March 9, 2011) (Docket No. 8325)

(b) Carol Walker's Response to Debtors' Forty-Second Omnibus Objection to Claim (Filed April 12, 2011) (Docket No. 8623)

(c) Carol Walker's Response to Reorganized Debtors Supplemental Objection to the Proofs of Claim (Filed August 25, 2014) (Docket No. 13953)

Status: The Objection and Supplemental Objection were withdrawn. This matter will not be going forward.

2. Reorganized Debtors' Objection to Claim No. 6704 of Kamakazee Kiwi Corp. Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001 and 3007 (Filed November 18, 2014) (Docket No. 13996)

   Related Documents:

   (a) Notice of Withdrawal of Reorganized Debtors' Objection to Claim No. 6704 of Kamakazee Kiwi Corp. Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001 and 3007 (Filed December 1, 2014) (Docket No. 14000)

   Response Deadline: December 11, 2014 at 4:00 p.m.

   Responses Received: Not Applicable.

   Status: The Objection was withdrawn. This matter will not be going forward.

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

3. Reorganized Debtors' Objection to Claim No. 76 of Jill Heuckel Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed November 14, 2014) (Docket No. 13993)

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 13993 (Filed December 15, 2014) (Docket No. 14004)

   (b) **Order Sustaining the Reorganized Debtors Objection to Claim No. 76 of Jill Heuckel Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Entered December 17, 2014) (Docket No. 14006)**

   Response Deadline: December 11, 2014 at 4:00 p.m.

   Responses Received: None.

   **Status: The Court entered the Order sustaining the Objection. This matter will not be going forward.**

**TELEPHONIC STATUS CONFERENCE**

4. Notice of Status Conference (Filed October 29, 2014) (Docket No. 13982)

   Related Documents:

   (a) Amended Order Appointing Mediator Regarding Contested Fee Matters (Entered June 26, 2013) (Docket No. 13642)

  (b)  Mediator's Report and Recommendation (Dated October 24, 2014) (Not Publicly Filed)

Status:  **Pursuant to the Court's directive, a telephonic status conference will be held with respect to the mediation before the Honorable Joseph J. Farnan, Jr. regarding contested Fee Matters (as defined in the Amended Order Appointing Mediator Regarding Contested Fee Matters).**

Dated: December 17, 2014

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-11225549v2