# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 12/18/2014
Calendar Time: 11:00 AM ET

1st Revision 12/17/2014 03:14 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646579 | David J. Adler | (212) 609-6847 | McCarter & English | Representing, Deutsche Bank Trust Company / LIVE |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6578389 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg A. Brickley / LISTEN ONLY |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646076 | Kevin M. Capuzzi | 302-442-7063 | Benesch Friedlander Coplan & Arnoff | Creditor, Wilmington Trust / LIVE |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646878 | James O. Johnston | (661) 670-8258 | Jones Day | Representing, Reorganized Debtors / LIVE |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646899 | Ken Kansa | 312-853-7163 | Sidley Austin LLP | Representing, Reorganized Debtors / LIVE |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646574 | Katharine L. Mayer | (302) 984-6312 | McCarter & English | Representing, Deutsche Bank Trust Company / LIVE |
| | | Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646866 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Representing, Reorganized Debtors / LIVE |

| Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646622 | James Stoll | 617-856-8201 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Kenneth N. Klee and Tribune Media Company, Reorganized Debtors | 08-13141 | Hearing | 6646614 | William Sullivan | 302-428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Wilmington Trust Co. / LIVE |