IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 13272, 13327, 13338, 13642, and 13982 |

**CERTIFICATION OF COUNSEL REGARDING
ORDER (I) ESTABLISHING SCHEDULE WITH RESPECT TO WILMINGTON
TRUST COMPANY'S CLASS 1F OTHER PARENT CLAIM, (II) DISALLOWING
REMAINING CREDITORS' COMMITTEE MEMBER FEE/EXPENSE CLAIM
ASSERTED BY WILMINGTON TRUST COMPANY; AND (III) ALLOWING, IN PART,
WILMINGTON TRUST COMPANY'S 503(b)(3)(D) AND 503(b)(4) CLAIM**

The undersigned, counsel to the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors"), hereby certifies as follows:

1.    On December 18, 2014, a telephonic status conference (the "Status Conference") was held with respect to the contested Fee Matters (as defined in the *Amended Order Appointing Mediator Regarding Contested Fee Matters* [Docket No. 13642] (the "Mediation Order")). At

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Status Conference, the Court directed counsel for the Reorganized Debtors and Wilmington Trust Company to submit a proposed order setting forth an agreed-upon schedule with respect to Wilmington Trust Company's Class 1F Other Parent Claim[2] and addressing the resolution of the Creditors' Committee Member Fee/Expense Claim asserted by Wilmington Trust Company, currently subject to the Objection of the Reorganized Debtors [Docket No. 13327], and the *Application For Allowance Of Claim Under 11 U.S.C. §§ 503(b)(3)(D) And 503(b)(4) In Connection With Wilmington Trust Company's Motion Requesting The Appointment Of An Examiner And Wilmington Trust Company's Participation In Examiner's Investigation And Granting Waiver Of Compliance With Del. Bankr. L.R. 2016-2(d) In Accordance With Del. Bankr. L.R. 2016-2(g)* [Docket No. 13272].

2.   Attached hereto as Exhibit 1 is a proposed *Order (I) Establishing Schedule With Respect To Wilmington Trust Company's Class 1F Other Parent Claim, (II) Disallowing Remaining Creditors' Committee Member Fee/Expense Claim Asserted By Wilmington Trust Company; And (III) Allowing, In Part, Wilmington Trust Company's 503(b)(3)(D) And 503(b)(4) Claim* (the "Proposed Order"). The Reorganized Debtors and Wilmington Trust Company consent to entry of the Proposed Order.

Dated:  December 19, 2014

---

[2] Capitalized terms not defined in this Certification have the meanings given to them in the Mediation Order and the *Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries (As Modified July 19, 2012)*, as confirmed by Order entered on July 23, 2012 [Docket No. 12074].

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-11342416v1