# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 13272, 13327, 13338, 13642, 13982, and 14010 |

## ORDER (I) ESTABLISHING SCHEDULE WITH RESPECT TO WILMINGTON TRUST COMPANY'S CLASS 1F OTHER PARENT CLAIM, (II) DISALLOWING REMAINING CREDITORS' COMMITTEE MEMBER FEE/EXPENSE CLAIM ASSERTED BY WILMINGTON TRUST COMPANY; AND (III) ALLOWING, IN PART, WILMINGTON TRUST COMPANY'S 503(b)(3)(D) AND 503(b)(4) CLAIM

This matter having come before the Court on a telephonic status conference on December 18, 2014 (the "Status Conference") with respect to the contested Fee Matters (as defined in the *Amended Order Appointing Mediator Regarding Contested Fee Matters* [Docket No. 13642] (the "Mediation Order")); and the Court having considered the Mediator's Report and Recommendation, dated October 24, 2014, a copy of which is attached hereto as Exhibit A

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

and made a part of the record with respect to the Fee Matters; and the Court having considered the statements of counsel for the Reorganized Debtors and Wilmington Trust Company at the Status Conference; and the Court finding that good and sufficient cause appearing therefor, it is hereby:

ORDERED that Wilmington Trust Company shall file and serve any additional submission in support of its Class 1F Other Parent Claim[2] (the "Supplemental Submission") **on or before January 20, 2015.**

ORDERED that Reorganized Debtors' response (the "Response"), if any, to the Supplemental Submission must be filed and served **on or before February 20, 2015.**

ORDERED that Reorganized Debtors shall file a Notice of Completion of Briefing within two (2) business days following the filing of the Response.

ORDERED that the unpaid portion of the Creditors' Committee Member Fee/Expense Claim asserted by Wilmington Trust Company, currently subject to the Objection of the Reorganized Debtors [Docket No. 13327], is withdrawn, denied, and disallowed.

ORDERED that the *Application For Allowance Of Claim Under 11 U.S.C. §§ 503(b)(3)(D) And 503(b)(4) In Connection With Wilmington Trust Company's Motion Requesting The Appointment Of An Examiner And Wilmington Trust Company's Participation In Examiner's Investigation And Granting Waiver Of Compliance With Del. Bankr. L.R. 2016-2(d) In Accordance With Del. Bankr. L.R. 2016-2(g)* [Docket No. 13272] is (a) granted to the extent of an administrative claim in the amount of $496,592.22, and (b) withdrawn, denied and disallowed with respect to all other amounts requested.

---

[2] Capitalized terms not defined in this Order have the meanings given to them in the Mediation Order and the *Fourth Amended Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries (As Modified July 19, 2012)*, as confirmed by Order entered on July 23, 2012 [Docket No. 12074].

46429/0001-11341188v1

ORDERED that, this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 19, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

46429/0001-11341188v1