# EXHIBIT A

## PROOF OF CLAIM NUMBER 1875

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|
| | Filed: USBC - District of Delaware<br>Tribune Company, Et Al.<br>08-13141 (KJC)    0000001875 |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| THE MORNING CALL, INC. | 08-13212 (KJC) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 212024390*****
JEAN CARLO LOPEZ AND JASMINE GALVAN
C/O ~~ORLOSKI THINGAR AND ALBOM & ORLOWSKI~~ The Orloski Law Firm
111 N. CEDAR CREST BOULEVARD
ALLENTOWN, PA 18104-4602

Telephone number: 610 433-2363    Email Address: orloski@enter.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
059808

Your claim is scheduled by the Debtor as:

**UNSECURED**
**UNLIQUIDATED**
**DISPUTED**

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **unliquidated**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____ .

2. Basis for Claim: **libel claim**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **1307**
   3a. Debtor may have scheduled account as: **1307**
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate ____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $_____

   * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain: **See, Sup Ct of PA, 1307 EDA 2008**

FOR COURT USE ONLY

**FILED / RECEIVED**
**APR 27 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 4/21/09 | Richard J. Orloski, Atty for Carlo Lopez & Galvan |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# THE ORLOSKI LAW FIRM

111 NORTH CEDAR CREST BOULEVARD
ALLENTOWN, PENNSYLVANIA 18104-4602

RICHARD J. ORLOSKI
MARGARET GILLIGAN HINGA
RICHARD LAW ORLOSKI
KEVIN LAW ORLOSKI

610-433-2363
FACSIMILE: 610-433-4785
ORLOSKI@ENTER.NET

April 21, 2009

United States Bankruptcy Court for the District of Delaware
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

  Re: **The Morning Call**
    **08-13212 (KJC)**
    **Proof of Claim**

Dear Sir/Madam:

Enclosed find for filing, three (3) separate Proofs of Claim identified as follows:

1. Jean Carlo Lopez and Jasmine Galvan
2. David Patino
3. Geraldine Feichtel

All three claims represent ongoing litigation against The Morning Call. The docket numbers of each claim is recited at paragraph seven (7) herein. A copy of the three (3) Proofs of Claim are being served on Sidley Austin LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A.

           Very truly yours,

           Richard J. Orloski

RJO/abb
Enclosures
cc: Sidley Austin LLP
   Cole, Schotz, Meisel, Forman & Leonard, P.A.

## CERTIFICATE OF SERVICE

I, Richard J. Orloski, Esquire, hereby certify that I served a true and correct copy of the foregoing document upon the following person(s) by depositing in the United States mail, regular, first class, postage prepaid, addressed as follows:

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

This 21 day of April, 2009.

*THE ORLOSKI LAW FIRM*

_____
Richard J. Orloski
Attorney for Plaintiff
Attorney I.D. 09857
111 N. Cedar Crest Boulevard
Allentown, PA 18104-4602
610-433-2363

THE ORLOSKI LAW FIRM
111 NORTH CEDAR CREST BOULEVARD
ALLENTOWN, PENNSYLVANIA 18104-4602



101503506025

United States Bankruptcy Court for the District of Delaware
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069