# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Media Company, Reorganized Debtors

**Chapter:** 11

Tribune Company, et al.

*Case No*.: 08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 12/18/2014 was filed on 12/23/2014 . The following deadlines apply:

The parties have seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 1/13/2015 .

If a request for redaction is filed, the redacted transcript is due 1/23/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 3/23/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 12/23/14

(ntc)