# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Al | Date Created: 12/23/2014 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | David M. Zensky | dzensky@akingump.com |
| aty | J. Kate Stickles | kstickles@coleschotz.com |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Landon Ellis | ellis@lrclaw.com |
| aty | Landon Ellis | ellis@lrclaw.com |
| aty | Matthew G. Martinez | matthew.martinez@sidley.com |
| aty | Norman L. Pernick | npernick@coleschotz.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Richard Scott Cobb | cobb@lrclaw.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Deborah J. Newman | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036−6745 | |
| aty | J. Landon Ellis | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | Wilmington, DE 19801 |
| aty | Jason Goldsmith | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036−6745 | |
| aty | Jeffrey R. Drobish | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | P.O. Box 2087   Wilmington, DE 19801 |
| aty | Jeffrey R. Drobish | Landis Rath & Cobb LLP | 919 Market Street | Suite 1800 | P.O. Box 2087   Wilmington, DE 19801 |

TOTAL: 5