# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Media Company, Reorganized Debtors

**Chapter:** 11

Tribune Company, et al.

*Case No*.: 08−13141−KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 12/18/2014 was filed on 12/23/2014 . The following deadlines apply:

The parties have  seven days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 1/13/2015 .

If a request for redaction is filed, the redacted transcript is due 1/23/2015 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 3/23/2015 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 12/23/14

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
Kenneth N. Klee  
Tribune Media Company, Reorganized Debto  
    Debtors

Case No. 08-13141-KJC  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: Al     Page 1 of 1     Date Rcvd: Dec 23, 2014  
                       Form ID: ntcBK     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2014.
```
aty           Deborah J. Newman,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
               New York, NY   10036-6745
aty          +J. Landon Ellis,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
               Wilmington, DE 19801-3033
aty           Jason Goldsmith,   Akin Gump Strauss Hauer & Feld LLP,   One Bryant Park,
               New York, NY   10036-6745
aty          +Jeffrey R. Drobish,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
               P.O. Box 2087,   Wilmington, DE 19899-2087
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +Jeffrey R. Drobish,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
               P.O. Box 2087,   Wilmington, DE 19899-2087
```
                                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2014 at the address(es) listed below:
NONE.      TOTAL: 0