**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **TRIBUNE MEDIA COMPANY.,** *et al.*, ) | |
| **F/K/A TRIBUNE COMPANY,** *et al.*, ) | **08-13141-KJC** |
| ) | |
| Reorganized Debtors. ) | **(Jointly Administered)** |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS ("SAG-AFTRA")**

**PLEASE TAKE NOTICE** that Babette A. Ceccotti, Esq. of Cohen, Weiss and Simon LLP hereby withdraws her appearance as counsel for SAG-AFTRA[1] and Richard M. Seltzer of Cohen Weiss and Simon LLP hereby enters his appearance on behalf of SAG-AFTRA.

Susan E. Kaufman, Esq. of Cooch and Taylor, P.A. shall remain as Delaware counsel for SAG-AFTRA.

*/s/ Babette A. Ceccotti*
Babette A. Ceccotti, Esq.
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY  10036
Telephone:   (212) 356-0227
Facsimile:   (646) 473-8227
Email:       bceccotti@cwsny.com

*/s/ Richard M. Seltzer*
Richard M. Seltzer, Esq.
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY  10036
Telephone:   (212) 356-0219
Facsimile:   (212) 695-5436
Email:       rseltzer@cwsny.com

Date:  December 30, 2014

---

[1] The entry of appearance was originally filed on behalf of the American Federation of Television and Radio Artists.  Following a merger with the Screen Actors Guild, the entity is now known as SAG-AFTRA.