## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **TRIBUNE MEDIA COMPANY.,** *et al.***,** ) | |
| **F/K/A TRIBUNE COMPANY,** *et al.* ) | **08-13141-KJC** |
| ) | |
| Reorganized Debtors. ) | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the Notice of Substitution of Counsel for SAG-AFTRA to be sent on December 30, 2014 in the manner indicated to the following:

**VIA Hand Delivery**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**Via U.S. Mail, Postage Prepaid**

Kenneth P. Kansa, Esq.
Michael T. Gustafson, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Bruce Bennett, Esq.
James O. Johnston, Esq.
Joshua M. Mester, Esq.
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300

DATED: December 30, 2014                Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3820 / (302) 984-3939 Fax
skaufman@coochtaylor.com