

The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
800.677.3394

December 18, 2014

Norman L. Pernick
500 Delaware Avenue,
Suite 1410,
Wilmington, DE 19801

Re: Tribune Media Company, etc., et al., Debtors // To: Archer & Greiner LLC

Case No. 0813141KJC

Dear Sir/Madam:

Archer & Greiner LLC is not listed on our records or on the records of the State of DE.

CT was unable to forward.

Very truly yours,

The Corporation Trust Company

Log# 526262364

Sent By Regular Mail

cc: Delaware District - U.S. Bankruptcy Court
    824 Market Street,
    5th Floor,
    Wilmington, DE 19801

(Returned To)

Norman L. Pernick
500 Delaware Avenue,
Suite 1410,
Wilmington, DE 19801

Wolters Kluwer