# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Ref. Docket No. 14007 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2014, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on December 18, 2014 at 11:00 A.M. Before the Honorable Kevin J. Carey," dated December 17, 2014 [Docket No. 14007], by causing true and correct copies to be:

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

a) enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: Kamakazee Kiwi Corp., 3835 R.E. Thousand Oaks Blvd., #343, Westlake Village, CA 91362,

b) delivered via facsimile to those parties listed on the annexed <u>Exhibit A</u>, and

c) delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/Panagiota Manatakis

Sworn to before me this
18th day of December, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

| | |
|---|---|
| 302-658-3989 | Morris, Nichols, Arsht & Tunnell LLP Attn: Derek C. Abbott, Esq. |
| 302-636-4148 | Wilmington Trust Company Attn: Patric J. Healy, Vice President |
| 213-694-1234 | Hennigan, Bennett & Dorman, LLP Attn: Bruce Bennett Esq.; James O. Johnston Esq., Joshua Mester, Esq |
| 302-777-4352 | Archer & Greiner, P.C. Attn: Chris Brown, Esq. |
| 212-209-4801 | Brown Rudnick LLP Attn: Martin S. Siegel Esq., Gordon Z. Novod, Esq. |
| 302.888.2923 | Silverman Mc Donald & Firedman Attn: Brian E. Luteness, Esq. |
| 212-262-1910 | Mayer Brown LLP Attn: Barbara Yan Esq., Amit Trehan, Esq. |
| 302-384-9399 | Elliott Greenleaf Attn: Rafael X. Zahralddin-Aravena, Esq. |
| 212-872-1002 | Akin Gump Strauss Hauer & Feld LLP Attn: Jason Goldsmith, Esq |
| 302-425-0432 | Eckert, Seamans, Cherin & Mellott, LLC Attn: Margaret F. England, Esq. |
| 302-656-3714 | Elliott Greenleaf Attn: Rafael X. Zahralddin-Aravena, Esq. |

**EXHIBIT B**

**Email List**

david.l.buchbinder@usdoj.gov
landis@lrclaw.com
mcguire@lrclaw.com
cobb@lrclaw.com
ellis@lrclaw.com
drobish@lrclaw.com
collins@rlf.com
stearn@rlf.com
ellen.slights@usdoj.gov
stuart.brown@dlapiper.com
craig.martin@dlapiper.com
michelle.marino@dlapiper.com
lsilverstein@potteranderson.com
kmayer@mccarter.com
khill@svglaw.com
wmk@elliottgreenleaf.com
rosner@teamrosner.com
leonhardt@teamrosner.com
skaufman@coochtaylor.com
csimon@crosslaw.com
jgrey@crosslaw.com
mfelger@cozen.com
cbrown@archerlaw.com
jnimeroff@bsnlawyers.com
strattond@pepperlaw.com
raportl@pepperlaw.com
schannej@pepperlaw.com
mengland@eckertseamans.com
tlattomus@eckertseamans.com
rmersky@monlaw.com
dharris@phw-law.com
barban@hillerarban.com
cbifferato@bifferato.com
tdriscoll@bifferato.com
kcollins@bifferato.com
jhaupt@bifferato.com
mlastowski@duanemorris.com
slross@duanemorris.com
rwriley@duanemorris.com
slross@duanemorris.com
ljkotler@duanemorris.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
kskomrucha@ashby-geddes.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
mbillion@pszjlaw.com
rbrady@ycst.com
mbcleary@ycst.com
david.powlen@btlaw.com
kevin.collins@btlaw.com
jchristensen@paulweiss.com
jschlerf@foxrothschild.com
jstrock@foxrothschild.com
jalberto@bayardlaw.com
melorod@gtlaw.com
gmcdaniel@bglawde.com
carickhoff@blankrome.com
whazeltine@sha-llc.com
bsullivan@sha-llc.com
zallinson@sha-llc.com
chowc@ballardspahr.com
heilmanl@ballardspahr.com
cconnolly@morganlewis.com
myurkewicz@klehr.com
cward@polsinelli.com
skatona@polsinelli.com
sfallon@trplaw.com
jcp@pgslaw.com
brian@silverman-mcdonald.psemail.com
jhuggett@margolisedelstein.com
mmorton@michaelmorton.com
jmclaughlin@ciardilaw.com
ams@saccullolegal.com
kovach@saccullolegal.com
rxzaelliottgreenleaf.com
jms@elliottgreenleaf.com
agaribian@stradley.com
jconlan@sidley.com
bkrakauer@sidley.com
kkansa@sidley.com
klantry@sidley.com
bbennett@jonesday.com
jjohnston@jonesday.com
jmester@jonesday.com
bbennett@dl.com

jjohnston@dl.com
jmester@dl.com
bennettb@hbdlawyers.com
johnstonj@hbdlawyers.com
morsej@hbdlawyers.com
dzensky@akingump.com
djnewman@akingump.com
jgoldsmith@akingump.com
tribuneco.routing@dpw.com
mprimoff@kayescholer.com
fhyman@mayerbrown.com
btrust@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
rstark@brownrudnick.com
gnovod@bownrudnick.com
msiegel@brownrudnick.com
drosner@kasowitz.com
aglenn@kasowitz.com
dadler@mccarter.com
stevewalkergolf@gmail.com

**Additional Emails**
rlee@stradley.com
kelbon@blankrome.com
kcapuzzi@phw-law.com
jpinckney@phw-law.com
acjones@dpw.com