IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Ari D. Kunofsky as counsel for the United States in this matter.

Dated: January 12, 2015

                                        CHARLES M. OBERLY, III
                                        United States Attorney

                                        CAROLINE D. CIRALOLO
                                        Principal Deputy Assistant Attorney
                                        General
                                        Tax Division

                                        /s/ Ari D. Kunofsky
                                        ARI D. KUNOFSKY
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 353-9187
                                        E-Mail: Ari.D.Kunofsky@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served January 12, 2015, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice