# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 21, 2015 AT 2:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

## AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION THE HEARING IS CANCELED.

## CONTINUED MATTER

1.  Reorganized Debtors' Objection to Claim No. 3459 of Hy-Ko Products Company Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed December 19, 2014) (Docket No. 14014)

    Response Deadline:  January 14, 2015 at 4:00 p.m.
    On consent of the parties, the Response Deadline is extended until 4:00 p.m. on March 11, 2015 for Hy-Ko Products Company.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Responses Received:  None at this time.

Status:        On consent of the parties, the hearing on the Objection is adjourned to the March 18, 2015 hearing.  This matter will not be going forward.

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

2.    Reorganized Debtors' Objection to Claim No. 1873 of Geraldine A. Feichtel Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed December 19, 2014) (Docket No. 14012)

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 14012 (Filed January 16, 2015) (Docket No. 14025)

Response Deadline:  January 14, 2015 at 4:00 p.m.

Responses Received:  None.

Status:        A Certification of No objection was filed with the Court.  This matter will not be going forward.

3.    Reorganized Debtors' Objection to Claim No. 1875 of Jean Carlo Lopez and Jasmine Galvan Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007 (Filed December 19, 2014) (Docket No. 14013)

Related Documents:

(a)    Certification of No Objection Regarding Docket No. 14013 (Filed January 16, 2015) (Docket No. 14026)

Response Deadline:  January 14, 2015 at 4:00 p.m.

Responses Received:  None.

Status:        A Certification of No objection was filed with the Court.  This matter will not be going forward.

Dated:  January 16, 2015

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

2

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    */s/  J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

3