**CERTIFICATE OF SERVICE**

  I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 20th day of January, 2015, I caused copies of the *Wilmington Trust Company's Limited Objection to the Mediator's Report and Recommendation and Brief in Further Support of its Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company* to be served upon the parties listed below via first class US mail, postage-prepaid.

| | |
|---|---|
| Normal L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Patrick J. Reilley, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801 | Kenneth P. Kansa, Esq.<br>Michael T. Gustafson, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 |
| David Buchbinder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | Bruce Bennet, Esq.<br>James O. Johnston, Esq.<br>Joshua M. Mester, Esq.<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071-2300 |
| | Robert S. Brady, Esq.<br>M. Blake Cleary, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 |

January 20, 2015                  */s/ William D. Sullivan*
Date                              William D. Sullivan