## EXHIBIT B

## Complaint

ACTIVE 205466640

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| R. L. WILSON | : | |
| VS. | : | CIVIL ACTION NO. |
| THE HARTFORD COURANT COMPANY | : | MARCH 22, 2008 |

## COMPLAINT

1. This is an action for brought by a citizen and resident of the State of California against a citizen and resident of the State of Connecticut. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Title 28, Section 1332, of the United States Code.

3. The plaintiff is an adult citizen of the State of California who resides in San Francisco.

4. The defendant is a Connecticut corporation which owns and publishes a daily newspaper of general circulation in Hartford. Its agent for service is the Corporation Service Company, 94 Hungerford Street, Hartford, CT 06106.

5. On Sunday, March 26, 2006, the defendant published at the top of the

front page of its newspaper a long article about the plaintiff headlined: "High-Caliber Expert, High-Profile Fraud" in which the defendant falsely and maliciously accused the plaintiff of committing crimes and of being incompetent in his profession.

6. As a result, the plaintiff has suffered and continues to suffer economic losses and emotional distress.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory and punitive damages.

***The plaintiff claims trial by jury.***

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
His Attorney

2