# EXHIBIT C

**Answer and Affirmative Defenses**

ACTIVE 205466640

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| R.L. WILSON | : | No. 3:08-cv-00439-SRU |
| v. | : | |
| THE HARTFORD COURANT COMPANY | : | APRIL 24, 2008 |

## ANSWER AND AFFIRMATIVE DEFENSES

The defendant, The Hartford Courant Company ("The Courant"), hereby answers the plaintiff's complaint dated March 22, 2008, and sets forth affirmative defenses, as follows:

1. The Courant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1.

2. The Courant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2.

3. The Courant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

4. The Courant admits the allegations in Paragraph 4.

5. The Courant admits the portion of Paragraph 5 that alleges, "On Sunday, March 26, 2006, the defendant published at the top of the front page of its newspaper a long article about the plaintiff headlined: 'High-Caliber Expert, High-Profile Fraud." The Courant denies the remainder of the allegations in Paragraph 5.

6. The Courant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6.

## FIRST AFFIRMATIVE DEFENSE

The Courant's report concerning the plaintiff was substantially true.

### SECOND AFFIRMATIVE DEFENSE

The Courant's report concerning the plaintiff was an accurate report of judicial proceedings or other official proceedings, and therefore is protected by the Fair Report Privilege.

### THIRD AFFIRMATIVE DEFENSE

The Courant's report concerning the plaintiff was a fair and neutral report of the content reported therein, and is therefore protected by the Neutral Reportage Privilege.

### FOURTH AFFIRMATIVE DEFENSE

The Courant's report concerning the plaintiff involves matters of public interest, and is therefore protected by the Public Interest Privilege.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

DEFENDANT,
THE HARTFORD COURANT COMPANY

By /s/ William S. Fish, Jr.
William S. Fish, Jr. (ct05349)
Paul Guggina (ct23409)
Michael C. Sorensen (ct26632)
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6239
Fax: 860-278-3802
wfish@tylercooper.com
pguggina@tylercooper.com
msorensen@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of the foregoing Answer and Affirmative Defenses was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept filing]. Parties may access this filing through the Court's system.

John R. Williams (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
203-776-9494 (Fax)
jrw@johnrwilliams.com

Michael C. Sorensen