## EXHIBIT D

**Dismissal Order**

ACTIVE 205466640

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| R. L. WILSON | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:08cv439   (SRU) |
| HARTFORD COURANT CO. | : | |

### ORDER OF DISMISSAL

Due to the filing of bankruptcy proceedings by the defendant, Hartford Courant Co., this case has been stayed since December 2008.

In consideration of this action's current status, and consistent with court policies regarding "statistical closing" of cases stayed pending bankruptcy, this case is hereby DISMISSED without prejudice to its pursuit in the United States Bankruptcy Court and without prejudice to re-opening of this case upon motion.

It is so ordered.

Dated at Bridgeport this 11th day of May 2009.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge