## EXHIBIT E

### Affidavit of Service

ACTIVE 205466640

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12939 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ntc of Effective Date_DI_12939_AFF_12-31-12 & 1-4-13_SS.doc

2. I caused to be served the "Notice of (I) Effective Date of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Bar Date for Certain Claims," dated December 31, 2012 [Docket No. 12939], (the "Notice of Effective Date"), by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on December 31, 2012, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on January 4, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. Additionally, on December 31, 2012, I caused to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees"), identified on the annexed Exhibit C, sufficient copies of the Notice of Effective Date, as well as a Memorandum, annexed hereto as Exhibit D, instructing the Nominees to distribute the Notice to the beneficial owners of the Debtors' public securities referenced in the Memorandum.

_____
Kerry O'Neil

Sworn to before me this
7th day of January, 2013

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| WILSON, KERRY | 3137 HOLLYWOOD BLVD HOLLYWOOD FL 33021-7048 |
| WILSON, KEVIN | 1137 GARDEN DR NEWPORT NEWS VA 23607-5919 |
| WILSON, KYLE | 2393 SURF DR. BELLMORE NY 11710 |
| WILSON, LAD | 5851 WHEELHOUSE LN AGOURA CA 91301-1435 |
| WILSON, LAD W | 5851 WHEELHOUSE LANE AGOURA CA 91301 |
| WILSON, LAURELLE | 9467 LAKEVIEW RD UNION CIY GA 30291-6045 |
| WILSON, LAWRENCE F | 177 LAMPLIGHTER ACRES FORT EDWARD NY 12828 |
| WILSON, LENORA | 9206 S ABERDEEN ST CHICAGO IL 60620 |
| WILSON, LEON | 1445 PENNIMAN RD WILLIAMSBURG VA 23185-5813 |
| WILSON, LEROY | 6942 S HONORE ST CHICAGO IL 60636 |
| WILSON, LESLIE | 8913 BUNKER LN CRYSTAL LAKE IL 60014 |
| WILSON, LOUELLA | 2151 W 116TH PL CHICAGO IL 60643-4813 |
| WILSON, MARCELLA | 77 SAWKA DR EAST HARTFORD CT 06118-1322 |
| WILSON, MARIE | 6472 WELLINGTON CHASE CT LITHONIA GA 30058-6487 |
| WILSON, MARK | 1129 N. EUCLID AVE. OAK PARK IL 60302 |
| WILSON, MARY E | 26 HOPE VALLEY ROAD AMSTON CT 06231 |
| WILSON, MARY E | 711 S RIVER ROAD APT 704 DES PLAINES IL 60016 |
| WILSON, MARY-MARTIN | 3750 N LAKE SHORE DR    13C CHICAGO IL 60613 |
| WILSON, MASON D | 238 LIBBEY STREET HAMPTON VA 23663 |
| WILSON, MATT | 7474 DIAN DR CARLISLE OH 45005 |
| WILSON, MICHAEL | 5410 N LOTUS STREET CHICAGO IL 60630 |
| WILSON, MICHAEL C | 440 SOUTH GIBSON COURT BURBANK CA 91501 |
| WILSON, MICHAEL J | 44 GOODWIN PARK RD WETHERSFIELD CT 06109 |
| WILSON, MICHAEL J | 507 N. GUADALUPE AVE. REDONDO BEACH CA 90277 |
| WILSON, MICHELLE L | 1961 COUNTY ROUTE 31 GRANVILLE NY 12832 |
| WILSON, MORGAN E | 177 LAMPLIGHTER ACRES FORT EDWARD NY 12828 |
| WILSON, NOTOSHA J | 3479 REVERE RD ATLANTA GA 30331 |
| WILSON, O'FALLON | 1055 W JOPPA RD    HC211 BALTIMORE MD 21204 |
| WILSON, PAM | 1920 S BEDFORD ST LOS ANGELES CA 90034-1308 |
| WILSON, PAMELA JEAN | 1637 LUCRETIA AVENUE LOS ANGELES CA 90026 |
| WILSON, PATRICIA | 400 N.E. 44TH STREET BOCA RATON FL 33431 |
| WILSON, PAUL B | 708 BAY DRIVE STEVENSVILLE MD 21666 |
| WILSON, PETE | 1629 WEST CATALPA AVE CHICAGO IL 60640 |
| WILSON, PHILIP | TRIENDA LLC N7660 INDUSTRIAL DRIVE PORTAGE WI 53901 |
| WILSON, PHILLIP B | 8501 S MERIDIAN ST INDIANAPOLIS IN 46217-5023 |
| WILSON, PRINCE | 468 LEGACY PARK LN POWDER SPRINGS GA 30127 |
| WILSON, R.L. | JOHN R. WILLIAMS 51 ELM ST, STE 409 NEW HAVEN CT 06510 |
| WILSON, RACHEL | 252 PINA TRAIL GROVELAND FL 34736 |
| WILSON, RANDY | SAWKA DR WILSON, RANDY EAST HARTFORD CT 06108 |
| WILSON, RANDY | 53 LARAIA AVE E HARTFORD CT 06108 |
| WILSON, RANDY | 77 SAWXA DR E HARTFORD CT 06108 |
| WILSON, RANDY | SAWKA DR WILSON, RANDY EAST HARTFORD CT 06118 |
| WILSON, RANDY | 5302 FAIRFAX AVE NEWPORT NEWS VA 23605 |
| WILSON, RITA | 5514 MINNOKA AVE BALTIMORE MD 21215-4409 |
| WILSON, ROBERT | 24 WEST RD    34 ELLINGTON CT 06029-4205 |
| WILSON, ROBERT M. | 3556 HAMPSHIRE DR. BIRMINGHAM AL 35223 |
| WILSON, ROGER I | 7135 APPERSON STREET TUJUNGA CA 91042 |
| WILSON, RONALD | 14694 SE 8TH CT SUMMERFIELD FL 34491 |
| WILSON, ROY | 1822 HIGHLAND ST W ALLENTOWN PA 18104 |