# EXHIBIT A

**(Summary Of Reasonableness Objections)**

# Summary Of Reorganized Debtors' Reasonableness Objections

| Fee Category | Amount Claimed | Maximum Reasonable | Notes | Obj. Pages |
|---|---|---|---|---|
| Mesirow | $2,631,000 (pre-Plan) $4,905,000 (Noteholder Plan) | $0 | • Not authorized under Indenture • Duplicates Examiner and Committee • Services performed for Aurelius | 29-31 |
| LBO documents | $4,000,000 | $500,000 | • Duplicates Examiner and Committee • Inefficient document review | 31-35 |
| Examiner | $3,000,000 | $500,000 | • Duplicates Committee and Senior Noteholders | 35-36 |
| Plan | $9,687,000 | $1,500,000 | • Duplicates Aurelius and Senior Notes Indenture Trustees • Excessive billing | 37-38 |
| Allocation Disputes | $1,584,000 | $500,000 | • Unnecessary participation in high/low PHONES and Other Parent Claims disputes | 39-40 |
| Appeals | $472,000 | $200,000 | • Unnecessary interlocutory appeals | 40-41 |
| Third Party Litigation | $300,000 (state law claims) $700,000 (lender claims) | $250,000 | • Lender lawsuit not reasonable • State law claims duplicate work of Aurelius and Senior Notes Indenture Trustees | 41-43 |
| Committee Service | $1,065,000 (committee svc.) $614,000 (confirmation litigation) | $200,000 | • Reasonable fee of $763,208 for Committee service already paid • Fees relating to Noteholder Plan not reasonable | 43-44 |
| WTC Internal Fees | $843,000 | $600,000 | • $200,000 in "extraordinary fees" and $40,000 in administrative fees not reasonable | 44-45 |
| Other | $735,000 | $735,000 | • Primarily Delaware Counsel | |
| | Less fees already paid | ($1,259,800) | • Amounts paid on Wilmington Trust's committee fee and substantial contribution claims | |
| **MAXIMUM REASONABLE FEE:** | | ***$3,725,200*** | | |