## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, <u>et al.</u>,[1] (f/k/a Tribune Company), | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket Nos. 13338, 13339, 13397, 13398, 13399, 13400, 13463, 13642, 14011, 14028 and 14046** |

### NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO CLASS 1F OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY

**PLEASE TAKE NOTICE** that, pursuant to the Order (I) Establishing Schedule With

Respect to Wilmington Trust Company's Class 1F Other Parent Claim, (II) Disallowing

Remaining Creditors Committee Member Fee/Expense Claim Asserted by Wilmington Trust

Company; and (III) Allowing, in part, Wilmington Trust Company's 503(b)(3)(D) and 503(b)(4)

Claim [Docket No. 14011] (the "<u>Scheduling Order</u>"), all briefing contemplated by the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Scheduling Order with respect to the Reorganized Debtors' Objection to Class 1F Other Parent

Claim Asserted by Wilmington Trust Company [Docket No. 13338] (the "Objection") is

complete.

 PLEASE TAKE FURTHER NOTICE that the following pleadings and Orders relate to

the Objection:

| TAB | DOCUMENT |
|---|---|
| 1 | Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Filed March 18, 2013; Docket No. 13338][2] |
| 2 | Declaration of James O. Johnston in Support of Reorganized Debtors Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Filed March 18, 2013; Docket No. 13339] |
| 3 | Wilmington Trust Company's Opposition to Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Filed March 28, 2013; Docket No. 13397] |
| 4 | Declaration of Robert J. Stark [Filed March 28, 2013; Docket No. 13399] |
| 5 | Declaration of Gordon Z. Novod [Filed March 28, 2013; Docket No. 13400] |
| 6 | Reorganized Debtors' Reply in Support of Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Filed April 22, 2013; Docket No. 13463] |
| 7 | Amended Order Appointing Mediator Regarding Contested Fee Matters [Entered June 26, 2013; Docket No. 13642] |

---

[2]  The Reorganized Debtors filed a motion [Docket No. 13340] to file an unredacted copy of the Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company [Docket No. 13338] and Related Declaration [Docket No. 13339] under seal.  On April 1, 2013, a Notice of Withdrawal of Motion of Reorganized Debtors to File Under Seal Reorganized Debtors Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company and Related Declaration was filed with the Court [Docket No. 13401].  The pleading binders submitted to the Court contain the unredacted pleadings, however certain content contained in the Exhibits was redacted when produced to the Reorganized Debtors.

8        Order (I) Establishing Schedule With Respect to Wilmington Trust
         Company's Class 1F Other Parent Claim, (II) Disallowing
         Remaining Creditors Committee Member Fee/Expense Claim
         Asserted by Wilmington Trust Company; and (III) Allowing, in
         part, Wilmington Trust Company's 503(b)(3)(D) and 503(b)(4)
         Claim, to which a copy of the Mediator's Report and
         Recommendation is attached as Exhibit A [Entered December 19,
         2014; Docket No. 14011]

9        Wilmington Trust Company's Limited Objection to the Mediator's
         Report and Recommendation and Brief in Further Support of Its
         Opposition to Reorganized Debtors' Objection to Class 1F Other
         Parent Claim Asserted by Wilmington Trust Company [Filed
         January 20, 2015; Docket No. 14028]

10       Reply of the Reorganized Debtors to Wilmington Trust
         Company's Limited Objection to Mediator's Report and
         Recommendation [Filed February 20, 2015; Docket No. 14046]

**PLEASE TAKE FURTHER NOTICE** that binders containing a copy of this Notice of

Completion of Briefing and the above-referenced pleadings and Orders are being delivered to the

chambers of The Honorable Kevin J. Carey.

Dated:  February 24, 2015

                            JONES DAY
                            Bruce Bennett
                            James O. Johnston
                            Joshua M. Mester
                            555 South Flower Street
                            50th Floor
                            Los Angeles, CA  90071-2300
                            Telephone:  (213) 489-3939

                                  -and-

                            SIDLEY AUSTIN LLP
                            James F. Bendernagel, Jr.
                            1501 K Street NW
                            Washington, DC  20005
                            Telephone:  (202) 736-8000

                                  -and-

46429/0001-11542544v1

COLE SCHOTZ P.C.

By:    */s/  J. Kate Stickles*
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      500 Delaware Avenue, Suite 1410
      Wilmington, DE  19801
      Telephone:  (302) 652-3131

      ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-11542544v1