# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered)<br><br>Ref Nos. 13651, 13675, 13834, 13849, 13938 & 13957, 14033, 14053 |

## ORDER FURTHER EXTENDING THE LITIGATION TRUSTEE'S DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the motion (the "Motion")[2] of Marc S. Kirschner,

Litigation Trustee (the "Litigation Trustee") for the Litigation Trust, for the entry of an order,

pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the

"Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and section 8.1 of the Plan, further extending the deadline established

under the Plan for the Litigation Trustee to object to Claims; and upon consideration of the

Debtor Motion; and it appearing that due and sufficient notice of the Motion has been given

under the circumstances; and after due deliberation and upon the Court's determination that the

relief requested in the Motion is in the best interests of the Debtors, their estates and creditors

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); foresalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and other parties in interest; and sufficient cause appearing for the relief requested in the Motion;

it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy

Rule 9006(b) and Section 8.1 of the Plan, the Current Claims Objection Deadline is extended for

the Litigation Trustee through and including July 31, 2015; and it is further

ORDERED, that this Order shall be without prejudice to the Litigation Trustee's

right to seek additional extensions of the Objection Deadline; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims or rights arising from or related to the implementation and

interpretation of this Order.

Dated: _____, 2015
　　　　Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

{963.001-W0034073.2}                     2