IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket Nos. 122, 471, 1830, 2442, 3656, 5209, 6507, 7628, 8832, 9580, 9711, 10644, 11228, 12164, 12575 12964, 13455, 13691, 13793, 13890 and 13983 |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATES

The undersigned, counsel to the reorganized debtors (the "Reorganized Debtors") in the above-captioned cases, hereby certifies that:

1. Counsel for the Reorganized Debtors received omnibus hearing dates from the chambers of The Honorable Kevin J. Carey.

2. Attached hereto, as Exhibit A, is a proposed Order Scheduling Omnibus Hearing Dates (the "Proposed Order") that states with specificity the dates and time of the omnibus hearings scheduled, subject to Court approval.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

3.    The Reorganized Debtors respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

Dated: March 9, 2015

> SIDLEY AUSTIN LLP
> James F. Conlan
> Kenneth P. Kansa
> One South Dearborn Street
> Chicago, IL 60603
> Telephone: (312) 853-7000
>
> -and-
>
> JONES DAY
> Bruce Bennett
> James O. Johnston
> Joshua M. Mester
> 555 South Flower Street, 50th Floor
> Los Angeles, CA 90071-2300
> Telephone: (213) 489-3939
>
> -and-
>
> COLE SCHOTZ P.C.
>
> By: /s/ J. Kate Stickles
>    Norman L. Pernick (No. 2290)
>    J. Kate Stickles (No. 2917)
>    500 Delaware Avenue, Suite 1410
>    Wilmington, DE 19801
>    Telephone: (302) 652-3131
>
> ATTORNEYS FOR REORGANIZED DEBTORS

46429/0001-11585843v1