IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |
| | **Related to Docket Nos. 14055 and 14063** |

CERTIFICATION OF COUNSEL REGARDING
FINAL DECREE (I) CLOSING CERTAIN OF THE REORGANIZED DEBTORS'
CHAPTER 11 CASES PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE
BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1 AND
(II) DIRECTING THE USE OF AN AMENDED CAPTION IN THE REORGANIZED
DEBTORS' CASES PURSUANT TO SECTIONS 105(a) AND 342(c)(1) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 1005, 2002(m), AND 2002(n)

The undersigned, counsel to the reorganized debtors (the "Reorganized Debtors") in the above-captioned cases, hereby certifies that:

1. On February 25, 2015, the Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Docket No. 14055) (the "Motion") was filed with the Court.[2]

2. Pursuant to the notice filed and served with the Motion, objections were required to have been filed with the Court and served no later than 4:00 p.m. on March 11, 2015 (the "Objection Deadline"). The Reorganized Debtors extended the Objection Deadline for the Litigation Trustee, Aurelius Capital Management, LP ("Aurelius"), Law Debenture Trust Company of New York ("Law Debenture"), and Deutsche Bank Trust Company Americas ("Deutsche Bank") to March 12, 2015.

3. No objections were filed to the Motion, but the Reorganized Debtors did receive informal comments from the Litigation Trustee, Aurelius, Law Debenture, and Deutsche Bank. The Reorganized Debtors also discussed the relief sought in the Motion with the Office of the United States Trustee (the "Trustee"). In response to the aforementioned comments, and to reflect certain modifications discussed with the Trustee, the Reorganized Debtors revised the proposed order originally attached to the Motion.

4. Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order"), which includes the foregoing revisions. The modifications are reflected in the blacklined version of the proposed form of order attached hereto as Exhibit B.

5. The Revised Proposed Order and certification of counsel were circulated to counsel for the Litigation Trustee, Aurelius, Law Debenture, and Deutsche Bank, and they do not object to entry of the Revised Proposed Order.

6. The Reorganized Debtors respectfully request the Court enter the Revised Proposed Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Dated:  March 16, 2015

SIDLEY AUSTIN LLP

James F. Conlan
Kenneth P. Kansa
Kerriann S. Mills
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE SCHOTZ P.C.


By: /s/ J. Kate Stickles
   Norman L. Pernick (No. 2290)
   J. Kate Stickles (No. 2917)
   500 Delaware Avenue, Suite 1410
   Wilmington, DE  19801
   Telephone:  (302) 652-3131

   ATTORNEYS FOR REORGANIZED DEBTORS