IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MARCH 18, 2015 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTIVE,
THE HEARING IS CANCELED.

ORDERS ENTERED

1. Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed January 23, 2015) (Docket No. 14031)

    Related Document(s):

    (a) Order Further Extending the Reorganized Debtors' Deadline to Object to Claims (Entered February 20, 2015) (Docket No. 14045)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objection Deadline: February 12, 2015 at 4:00 p.m.

Responses Received: None.

Status:   The Court entered the Order approving the Motion. This matter will not be going forward.

2.   Litigation Trustee's Motion for an Order Further Extending the Deadline to Object to Claims (Filed January 27, 2015) (Docket No. 14033)

Related Document(s):

(a)   Order Further Extending the Litigation Trustee's Deadline to Object to Claims (Entered February 26, 2015) (Docket No. 14056)

Objection Deadline: February 12, 2015 at 4:00 p.m.

Responses Received: None.

Status:   The Court entered the Order approving the Motion. This matter will not be going forward.

**RESOLVED MATTER**

3.   Reorganized Debtors' Objection to Claim No. 3459 of Hy-Ko Products Company Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed December 19, 2014) (Docket No. 14014)

Response Deadline: January 14, 2015 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on March 11, 2015 for Hy-Ko Products Company.

Responses Received: None.

Status:   The parties have reached an agreement resolving the Objection and are in the process of executing a stipulation. The Reorganized Debtors anticipate withdrawing the Objection upon execution of the stipulation. This matter will not be going forward.

## CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

4. Reorganized Debtors' Objection to Claim No. 3046 of R.L. Wilson Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001 and 3007 (Filed February 13, 2015) (Docket No. 14039)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 14039 (Filed March 13, 2015) (Docket No. 14072)

    Response Deadline: March 11, 2015 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

5. Reorganized Debtors' Objection to Claim No. 2185 of TeleCommunication Systems, Inc. Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed February 13, 2015) (Docket No. 14041)

    Related Document(s):

    (a) Certification of No Objection Regarding Docket No. 14041 (Filed March 13, 2015) (Docket No. 14073)

    Response Deadline: March 11, 2015 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

6. Reorganized Debtors' Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed February 25, 2015) (Docket No. 14055)

    Related Document(s):

    (a) Notice Regarding Final Report for Certain of the Reorganized Debtors' Chapter 11 Cases (Filed March 4, 2015) (Docket No. 14063)

    (b) Certification of Counsel Regarding Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule

    3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed March 16, 2015) (Docket No. 14074)

Objection Deadline: March 11, 2015 at 4:00 p.m.
On consent of the parties, the Response Deadline was extended until 4:00 p.m. on March 12, 2015 for the Litigation Trustee, Aurelius Capital Management, LP, Law Debenture Trust Company of New York, and Deutsche Bank Trust Company Americas.

Responses Received: None.

Status:  A Certification of Counsel and revised proposed order was filed with the Court. This matter will not be going forward.

Dated: March 16, 2015

    SIDLEY AUSTIN LLP
    James F. Conlan
    Bryan Krakauer
    Kenneth P. Kansa
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000

    James F. Bendernagel, Jr.
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000

    -and-

    JONES DAY
    Bruce Bennett
    James O. Johnston
    Joshua M. Mester
    555 South Flower Street, 50th Floor
    Los Angeles, CA 90071-2300
    Telephone: (213) 489-3939

    -and-

COLE SCHOTZ P.C.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS