# EXHIBIT 1

## Specified Cases

| Specified Debtor: | Case Number |
|---|---|
| 435 Production Company | 08-13142-KJC |
| 5800 Sunset Productions Inc. | 08-13143-KJC |
| California Community News Corporation | 08-13145-KJC |
| Candle Holdings Corporation | 08-13146-KJC |
| Channel 20, Inc. | 08-13147-KJC |
| Channel 39, Inc. | 08-13148-KJC |
| Channel 40, Inc. | 08-13149-KJC |
| Chicago Avenue Construction Company | 08-13150-KJC |
| Chicago River Production Company | 08-13151-KJC |
| Chicagoland Publishing Company | 08-13156-KJC |
| Courant Specialty Products, Inc. | 08-13159-KJC |
| Direct Mail Associates, Inc. | 08-13160-KJC |
| Distribution Systems of America, Inc. | 08-13161-KJC |
| Eagle New Media Investments, LLC | 08-13162-KJC |
| Eagle Publishing Investments, LLC | 08-13163-KJC |
| ForSaleByOwner.com Referral Services, LLC | 08-13166-KJC |
| Fortify Holdings Corporation | 08-13167-KJC |
| Forum Publishing Group, Inc. | 08-13168-KJC |
| Gold Coast Publications, Inc. | 08-13169-KJC |
| Greenco, Inc. | 08-13170-KJC |
| Heart & Crown Advertising, Inc. | 08-13171-KJC |
| Homeowners Realty, Inc. | 08-13172-KJC |
| Homestead Publishing Co. | 08-13173-KJC |
| Hoy, LLC | 08-13174-KJC |
| Hoy Publications, LLC | 08-13175-KJC |
| InsertCo, Inc. | 08-13176-KJC |
| Internet Foreclosure Service, Inc. | 08-13177-KJC |
| JuliusAir Company, LLC | 08-13178-KJC |
| JuliusAir Company II, LLC | 08-13179-KJC |
| KIAH Inc. | 08-13180-KJC |
| KPLR, Inc. | 08-13181-KJC |
| KSWB Inc. | 08-13182-KJC |
| Los Angeles Times International, Ltd. | 08-13186-KJC |
| Magic T Music Publishing Company | 08-13188-KJC |
| NBBF, LLC | 08-13189-KJC |
| Neocomm, Inc. | 08-13190-KJC |
| New Mass. Media, Inc. | 08-13191-KJC |
| Newscom Services, Inc. | 08-13193-KJC |
| Newspaper Readers Agency, Inc. | 08-13194-KJC |
| North Michigan Production Company | 08-13195-KJC |
| North Orange Avenue Properties, Inc. | 08-13196-KJC |

| | |
|---|---|
| Oak Brook Productions, Inc. | 08-13197-KJC |
| Patuxent Publishing Company | 08-13200-KJC |
| Sentinel Communications News Ventures, Inc. | 08-13202-KJC |
| Shepard's Inc. | 08-13203-KJC |
| Signs of Distinction, Inc. | 08-13204-KJC |
| Southern Connecticut Newspapers, Inc. | 08-13205-KJC |
| Stemweb, Inc. | 08-13207-KJC |
| The Daily Press, Inc. | 08-13210-KJC |
| The Morning Call, Inc. | 08-13212-KJC |
| The Other Company LLC | 08-13213-KJC |
| Times Mirror Land and Timber Company | 08-13214-KJC |
| Times Mirror Payroll Processing Company, Inc. | 08-13215-KJC |
| Times Mirror Services Company, Inc. | 08-13216-KJC |
| TMLH 2, Inc. | 08-13217-KJC |
| TMLS I, Inc. | 08-13218-KJC |
| TMS Entertainment Guides, Inc. | 08-13219-KJC |
| Tower Distribution Company | 08-13220-KJC |
| Towering T Music Publishing Company | 08-13221-KJC |
| Tribune Broadcast Holdings, Inc. | 08-13222-KJC |
| Tribune Broadcasting Company | 08-13223-KJC |
| Tribune Broadcasting Holdco, LLC | 08-13224-KJC |
| Tribune Broadcasting News Network, Inc. | 08-13225-KJC |
| Tribune California Properties, Inc. | 08-13226-KJC |
| Tribune Direct Marketing, Inc. | 08-13227-KJC |
| Tribune Entertainment Company | 08-13228-KJC |
| Tribune Entertainment Production Company | 08-13229-KJC |
| Tribune Finance, LLC | 08-13230-KJC |
| Tribune Finance Service Center, Inc. | 08-13231-KJC |
| Tribune License, Inc. | 08-13232-KJC |
| Tribune Los Angeles, Inc. | 08-13233-KJC |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234-KJC |
| Tribune Media Net, Inc. | 08-13235-KJC |
| Tribune Network Holdings Company | 08-13237-KJC |
| Tribune New York Newspaper Holdings, LLC | 08-13238-KJC |
| Tribune NM, Inc. | 08-13239-KJC |
| Tribune Publishing Company | 08-13240-KJC |
| Tribune Television Holdings, Inc. | 08-13242-KJC |
| Tribune Television New Orleans, Inc. | 08-13244-KJC |
| Tribune Television Northwest, Inc. | 08-13245-KJC |
| Valumail, Inc. | 08-13246-KJC |
| Virginia Community Shoppers, LLC | 08-13247-KJC |
| Virginia Gazette Companies, LLC | 08-13248-KJC |
| WATL, LLC | 08-13249-KJC |

| | |
|---|---|
| WCWN LLC | 08-13250-KJC |
| WDCW Broadcasting, Inc. | 08-13251-KJC |
| WLVI Inc. | 08-13253-KJC |
| WTXX Inc. | 08-13255-KJC |