# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket No. 14075 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　)

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2015, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 18, 2015 at 10:00 A.M. Before the Honorable Kevin J. Carey," dated March 16, 2015 [Docket No. 14075],

---

[1] The Reorganized Debtors, or successors-in-interest to the Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); TMS News and Features, LLC (2931); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Direct Marketing, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune Media Services London, LLC (6079); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

by causing true and correct copies to be:

a) enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

b) delivered via facsimile to those parties listed on the annexed Exhibit B, and

c) delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
18th day of March, 2015

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 20 18

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATEMARCO, FRED A. | 25 CHAPEL PLACE, 3E GREAT NECK NY 11021 |
| ABATEMARCO, FRED A., ET. AL. | TEITELBAUM & BASKIN, LLP 1 BARKER AVE., 3RD FLOOR WHITE PLAINS NY 10601 |
| AGEMA, GERALD | 12630 S. TIMBERLANE DRIVE PALOS PARK IL 60464 |
| AGEMA, GERALD | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| ALFANO, RICHARD S. | 403 BRYN MEADOWS SOUTHLAKE TX 76092 |
| ALLEN, F. ASHLEY | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| AMERICAN FEDERATION OF TELEVISION AND | RADIO ARTISTS HEALTH & RETIREMENT FUNDS ATTN: JOE HARRIS 261 MADISON AVENUE NEW YORK NY 10016 |
| AMERICAN FEDERATION OF TELEVISION AND | RADIO ARTISTS ATTN: DEBRA OSOFSKY 261 MADISON AVENUE NEW YORK NY 10016 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTER A CECCOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECCOTTI COHEN,WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECCOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42D STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25TH FLOOR NEW YORK NY 10036 |
| AMERICAN FEDERATION OF TELEVISION AND | BABETTE A. CECOTTI COHEN, WEISS AND SIMON LLP 330 WEST 42ND STREET, 25T FL NEW YORK NY 10036 |
| AMSDEN, HARRY | 72 ROSE PLACE CLARENDON HILLS IL 60514 |
| AMSDEN, HARRY | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| ARMSTRONG, C. MICHAEL | 1683 GALLEON DR. NAPLES FL 34102 |
| ARNOLD, GARY M. | 20126 E VIA DEL PALO QUEEN CREEK AZ 85142-6260 |
| BARRETT, DAVID S. | 257 OXFORD STREET HARTFORD CT 06105-2249 |
| BARRETT, HENRY ROBERTSON | 535 MADELINE DR PASADENA CA 91105-2839 |
| BARWICK, BRUCE E. | 3913 HAWTHORN RD ELLICOTT CITY MD 21042 |
| BAZANOS, ALEXA | 3513 N. JANSSEN AVE. CHICAGO IL 60657 |
| BELL, GEORGE | 371 WALNUT ST BROOKLINE MA 02445-7523 |
| BELLACK, ROBERT | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| BELLACK, ROBERT | 820 S. OAKLAND AVENUE PASADENA CA 91106 |
| BERGMANN, HORST A. | 4261 PRESERVE PARKWAY SOUTH GREENWOOD VILLAGE CO 80121-2188 |
| BERLAMINO, BETTY ELLEN | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| BIEDRON, THEODORE J. | 404 JACKSON AVE GLENCOE IL 60022 |
| BIEDRON, THEODORE J. | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| BIRMINGHAM, JOHN | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| BLOOD, EDWARD L. | 2357 MENDOTA WAY ROSEVILLE CA 95747-8894 |
| BOWLIN, GREGORY L. | 6152 S. JERICHO WAY CENTENNIAL CO 80016-1275 |
| BRANDT, ROBERT F. | 111 MULBERRY ST; P.O. BOX 519 ST. MICHAELS MD 21663 |
| BRAUER, ALAN L. | 3506 SWEET CLOVER STREET THOUSAND OAKS CA 91362 |
| BREIMON, GERALD | COLLISON & O'CONNOR LTD 19 S LASALLE ST, 15TH FL CHICAGO IL 60603 |
| BREIMON, GERALD | C/O COLLISON & O'CONNOR LTD. 19 S. LASALLE STREET 15TH FL CHICAGO IL 60603 |
| BRENNAN, DEBORAH | PO BOX 1336 IDYLLWILD CA 92549 |
| BRENNAN, LEO | 31411 OLD SAN JUAN RD SAN JUAN CAPO CA 92675-2410 |
| BREWER, LISA E. | 203 CLAYTON DRIVE YORKTOWN VA 23693 |
| BRIEF, KENNETH H. | 4 KENNEBEC LANE BRUNSWICK ME 04011 |

| Claim Name | Address Information |
|---|---|
| BRISCO, ROBERT N. | 1 FLYING MANE LANE ROLLING HILLS CA 90274 |
| BRYSON, JOHN E. | 13181 CROSSROADS PARKWAY N, SUITE 170 LA PUENTE CA 91746 |
| BUDIHAS, STEPHEN M. | 2865 GREEN ACRES DRIVE ALLENTOWN PA 18103 |
| CAMPBELL, PATRICIA G. | P.O. BOX 291189 PORT ORANGE FL 32129-1189 |
| CARPENTER, DIAN S. | P.O. BOX 810 INVERNESS CA 94937 |
| CARROLL, JOHN S. | 223 QUEENSWAY DRIVE LEXINGTON KY 40502 |
| CARVER, STEPHEN | 2227 MERMAID PT NE ST PETERSBURG FL 33703-3441 |
| CARVER, STEPHEN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| CASEY, KATHLEEN M. | 104 GALAXY ST LAKEWAY TX 78734 |
| CHANDHOK, RAJENDER K. | 273 MABERY RD SANTA MONICA CA 90402 |
| CHANDLER, BETTINA W. | 1013 SHOKAT DRIVE OJAI CA 93023 |
| CHARLES, RANDOLPH R. | 8415 PINE TREE LN WEST PALM BCH FL 33406-7849 |
| CLAYTON, JANET T. | 655 S RIMPAU BLVD LOS ANGELES CA 90005 |
| CLIFFORD, PATRICK A. | 1185 PARK AVENUE APT 3E NEW YORK NY 10128 |
| CLURMAN, ANDREW W. | 6936 BASELINE RD. BOULDER CO 80303 |
| COFFEY, C. SHELBY, III | 897 CHINQUAPIN RD. MC LEAN VA 22102 |
| COLSTON, JAMES WILLARD | 61 THOMAS ST PORTLAND ME 04102 |
| CONWAY, SUSAN M. | 125 LEEDS WILLIAMSBURG VA 23188 |
| COPPENS, STUART K. | 726 MAYBANK LOOP THE VILLAGES FL 32162 |
| COTLIAR, GEORGE J. | 1618 ANITA LANE NEWPORT BEACH CA 92660 |
| CRAWFORD, WILLIAM D. | 3509B AVENIDA MADERA BRADENTON FL 34210 |
| CROWDER, GRACE E. | 499 B&F ROAD GETTYSBURG PA 17325 |
| CSC HOLDINGS, INC., ET AL | HUGHES HUBBARD & REED LLP ATTENTION: MICHAEL LUSKIN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| CSC HOLDINGS, INC., ET AL | ATTN: GENERAL COUNSEL 1111 STEWART AVENUE BETHPAGE NY 11714 |
| DEPAOLA, KENNETH J. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114 |
| DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| DEPARTMENT OF THE TREASURY - IRS | P.O. BOX 21126 PHILADELPHIA PA 19114 |
| DEPARTMENT OF THE TREASURY - IRS | C. KIDWELL, BANKRUPTCY SPECIALIST INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA, RM 1150 BALTIMORE MD 21201 |
| DEYOUNG, BARBARA R. | 4 STONEY CLOVER LANE PITTSFORD NY 14534-4601 |
| DIBACCO, THOMAS V | 1295 N LAKE WAY PALM BEACH FL 33480 |
| DILL, JOHN F. | 1001 ARBOR LAKE DR #408 NAPLES FL 34110-7083 |
| DILWORTH, ANN E. | 101 PASEO ENCANTADO NE SANTA FE NM 87506 |
| DIR. GUILD OF AM.-PRODUCER PEN PLNS & | DIR GUILD OF AM.-HLTH PLN.; % J.KOHANSKI S/B#143505;D.AHDOOT S/B#245133; BUSH GOTTLIEB ETAL; 500 N. CENTRAL AVE., #800 GLENDALE CA 91203 |
| DOWNES, MARY M. | 9650 SHORE DR., MAISON SUR MER, # 2202 MYRTLE BEACH SC 29572 |
| DOWNING, KATHRYN M. | 121 VIA ALICIA SANTA BARBARA CA 93108 |
| DREHER, BEVERLY | 6301 ACACIA HILL DRIVE YORBA LINDA CA 92886-5810 |
| DREWRY, ELIZABETH V. | 100 RIDGE PASS WAY LANDRUM SC 29356 |
| DYER, JOHN M. | 980 FENIMORE CIRCLE ATLANTA GA 30350 |
| EGAN, PAUL H. | 5926 SE IRIS COURT MILWAUKIE OR 97267-1851 |
| EHLMANN, TOM E. | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| ELLIS, JAMES L. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE 3000 CHICAGO IL 60606 |
| ERBURU, ROBERT F. | 4265 CRESTA AVE SANTA BARBARA CA 93110 |

| Claim Name | Address Information |
|---|---|
| ESTATE OF EUGENE L. FALK | C/O SHANNON LYNN MOORE, P.R. 14340 SALMON RIVER RD. CALDWELL ID 83607-7813 |
| ESTATE OF EUGENE L. FALK | C/O LAURA FALK 161 ROYAL LONDON CT LAKE SHERWOOD CA 91361 |
| FALK, JOANNE K. | 161 ROYAL LONDON COURT THOUSAND OAKS CA 91361 |
| FARRINGTON, AUDREY L. | C/O DAVID TYRA KRONICK MOSKOVITZ TIEDEMANN & GIRARD 400 CAPITOL MALL, 27TH FLOOR SACRAMENTO CA 95814 |
| FEDERAL COMMUNICATIONS COMMISSION | MATTHEW J. TROY, TRIAL ATTORNEY U.S. DEPARTMENT OF JUSTICE, CIVIL DIV. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| FEENEY, RICHARD S. | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| FEHNEL, JAMES D. | C/O FRANCES GECKER FRANK/GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| FELTY, RICK | 15 BEACON ST. NATICK MA 01760 |
| FERNALD, PETER J. | 1338 GLEN OAKS BLVD. PASADENA CA 91105 |
| FILICE, PETER D. | 9456 BURNS COURT GRANITE BAY CA 95746 |
| FINKE, THOMAS | 682 GROVE GLENCOE IL 60022 |
| FINKE, THOMAS | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON GLENCOE IL 60022 |
| FITZGERALD, JAMES E. | 100 HILTON AVE UNIT 706 GARDEN CITY NY 11530-1568 |
| FITZSIMONS, DENNIS | MCCORMICK TRIBUNE FOUNDATION 435 N. MICHIGAN AVENUE CHICAGO IL 60601 |
| FITZSIMONS, DENNIS J. | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| FITZSIMONS, DENNIS J. | 800 NORTH MICHIGAN AVENUE UNIT 2501 CHICAGO IL 60611 |
| FLICK, JOHN E. | 31 SEAVIEW DR SANTA BARBARA CA 93108 |
| FORGIONE, MICHAEL J. | 185 CAMBRIDGE DR. EAST COPIAGUE NY 11726 |
| FOUX, MICHAEL C. | 4898 WATERFORD DRIVE MACUNGIE PA 18062 |
| FOX, DOUGLAS | 223 WALL ST., # 318 HUNTINGTON NY 11743 |
| FRANKLIN, TIMOTHY A. | 425 17TH AE NE ST PETERSBURG FL 33704-4720 |
| FROST, F. DANIEL | P.O. BOX 7285 KENNEWICK WA 99336-0617 |
| GARSON, BARBARA | 463 WEST STREET APT 1108 NEW YORK NY 10014 |
| GART, MICHAEL | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| GASTLER, DEBRA A. | 4236 BAKMAN AVENUE STUDIO CITY CA 91602 |
| GATES, ERNEST C. | 106 HOLLY RD. WILLIAMSBURG VA 23185 |
| GOLDSTEIN, GARY P. | 15 LONG ACRE LANE DIX HILLS NY 11746 |
| GOLDSTONE, IRA | 420 MANHATTAN AVE MANHATTAN BEACH CA 90266 |
| GOTTSMAN, EDWARD J. | 235 EAST 22ND ST., APT 3A NEW YORK NY 10010 |
| GRANT, ROBERT T. | 4545 S ATLANTIC AVE UNIT 3604 PONCE INLET FL 32127-7038 |
| GREMILLION, ROBERT | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| GREMILLION, ROBERT | 200 S. VICTORIA PARK ROAD FORT LAUDERDALE FL 33301 |
| GRENESKO, DONALD | 130 THORNTREE LANE WINNETKA IL 60093 |
| GRENESKO, DONALD | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| GRENESKO, DONALD C | 130 THORN TREE LANE WINNETKA IL 60093 |
| GUERRERO, RICHARD | 46 SAINT MICHAEL DANA POINT CA 92629 |
| GUITTAR, LEE J. | 3750 GALT OCEAN DR., APT. 401 FORT LAUDERDALE FL 33308 |
| GUTHRIE, JAMES F. | 205 COSTA BELLA AUSTIN TX 78734 |
| GUTTRY, DELYNN T. | 1135 SCENIC WAY LOS OSOS CA 93402 |
| HALAJIAN, KENNETH L. | 21 HIGH RIDGE RD OSSINING NY 10562-1969 |
| HALL, CHARLOTTE H. | 219 CORNERSTONE DR NEWTOWN SQUARE PA 19073 |
| HALLE, JEAN | 11536 PEBBLECREEK DR. LUTHERVILLE MD 21093 |

| Claim Name | Address Information |
|---|---|
| HANO, RANDY | 529 HAWTHORN LN WINNETKA IL 60093-4106 |
| HANO, RANDY | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| HAUGH, MICHAEL J. | 106 BEACON BLVD. SEA GIRT NJ 08750 |
| HAYES JR., DANA C. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| HEALY, JANE E. | 813 GREENWOOD ST. ORLANDO FL 32801 |
| HEAPHY, JANIS | 25 HIGHLAND PARK VILLAGE, # 100-340 DALLAS TX 75205 |
| HELIN, JAMES D. | 12156 LA CASA LANE LOS ANGELES CA 90049 |
| HENDRICKS, JOHN R. | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| HENKE, ROBERT | 725 CAMERON WOODS DRIVE APEX NC 27523 |
| HENKE, ROBERT | 4104 HEARTHSIDE DRIVE, APT. #101 WILMINGTON NC 28412 |
| HENSON, PAMELA | 805 MILL ST DELAFIELD WI 53018-1515 |
| HERNANDEZ, ENRIQUE JR. | C/O MATTHEW R. KIPP SKADDEN ARPS SLATE MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| HERTZ, CATHERINE M. | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| HESSLER, CURTIS A. | 570 BRADFORD ST. PASADENA CA 91105 |
| HIANIK, MARK W. | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| HIGBY, JAMES H. | 51 KEELERS RIDGE RD. WILTON CT 06897 |
| HIGBY, LAWRENCE M. | 823  VIA  LIDO  SOUD NEWPORT BEACH CA 92663-5532 |
| HILLER, DAVID | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| HILLER, DAVID | 1550 N. STATE STREET CHICAGO IL 60610 |
| HOLDEN, BETSY D. | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 115 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| HOLTON, RAYMOND | 1021 STONE STACK DRIVE BETHLEHEM PA 18015 |
| HORN, KAREN LAUKKA | 886 CHESTNUT STREET SAN FRANCISCO CA 94133 |
| HUDSPETH, CAROLYN | C/O BARRETT C. LESHER HERMES SARGENT BATES, LLP 901 MAIN STREET, SUITE 5200 DALLAS TX 75248 |
| HY-KO PRODUCTS COMPANY | C/O THOMPSON HINE ATTN: STEVEN S. KAUFMAN 3900 KEY TOWER, 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| IMBRIACO, JAMES | 8 ACORN LANE LEBANON NJ 08833 |
| ISENBERG, STEVEN L. | 151 CENTRAL PARK WEST, 3N NEW YORK NY 10023 |
| ISINGER, WILLIAM R. | 4167 ANDROS WAY OCEANSIDE CA 92056-7402 |
| ISKRA, ALICE | 6236 PARALLEL LANE COLUMBIA MD 21045 |
| JANSEN, RAYMOND A., JR. | 24 DOCKSIDE LANE, # 422 KEY LARGO FL 33037 |
| JOHNSON, EDWARD ARNETT "EDDIE" | ROBERT H. ROSENFELD, ESQ. 6703 N. CICERO AVE. LINCOLNWOOD IL 60712 |
| JOHNSON, EDWARD E. | 4418 OAKWOOD AVE. LA CANADA CA 91011-3414 |
| JOHNSON, ROBERT M. | 7348 ARBOR PINES DR., P.O. BOX 485 GLEN ARBOR MI 49636 |
| JOHNSON, W. THOMAS, JR. | 3280 RILMAN ROAD, NW ATLANTA GA 30327 |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN | SECURITIES INC. ATTN: MIRIAM KULNIS 383 MADISON AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. & J.P. MORGAN | DAVIS POLK & WARDWELL LLP ATTN: DONALD S. BERNSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| JUNCK, MARY E. | P.O. BOX 20; 18475 DEER HILL ROAD PLEASANT VALLEY IA 52767 |
| KABAK, SCOTT W. | 15 MEADOW LANE MANHASSET NY 11030 |
| KALLET, JUDITH S. | 7949 CRANES POINTE WAY WEST PALM BEACH FL 33412 |
| KAZAN, DANIEL | 1715 FALLING LEAF LANE NORTHBROOK IL 60062 |
| KAZAN, DANIEL | KAYE SCHOLER LLP ATTN: ALAN SALPETER, ESQ. 70 W. MADISON ST, STE 4200 CHICAGO |

| Claim Name | Address Information |
|---|---|
| KAZAN, DANIEL | IL 60601 |
| KELLER, WILLIAM F. | 840 N SEMINARY AVE WOODSTOCK IL 60098-2951 |
| KELLERMANN, DONALD S., ESTATE OF | C/O JOAN R. KELLERMANN 2750 UNICORN LANE WASHINGTON DC 20015 |
| KENNEDY, TIMOTHY R. | 4595  WIDGEON  PATH MANLIUS NY 13104-9612 |
| KENNEY, CRANE | 1220 LINDENWOOD WINNETKA IL 60093 |
| KENNEY, CRANE | CRANE KENNEY ATTN: RICHARD A. SALDINGER & ALLEN GUON C/O SHAW GUSSIS, ET AL. 321 N. CLARK, SUITE 800 CHICAGO IL 60654 |
| KLEIN, JASON E. | 6 TANGLEWILD PLACE CHAPPAQUA NY 10514 |
| KLEIN, JEFFREY S. | 18778 HILLSBORO ROAD NORTHRIDGE CA 91326 |
| KLEINER, ARNOLD J. | 7575 MULHOLLAND DR. LOS ANGELES CA 90046 |
| KNAPP, PETER A. | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| KNAPP, PETER A. | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE, SUITE 2800 CHICAGO IL 60606 |
| KNIFFIN, DAVID | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE, CHUNG-HAN LEE 225 W WACKER DR STE 2800 CHICAGO IL 60606 |
| KNIGHT, TIMOTHY P. | C/O BLAKE T. HANNAFAN HANNAFAN & HANNAFAN, LTD. ONE EAST WACKER DR., SUITE 2800 CHICAGO IL 60601 |
| KOLLER, TIMOTHY L. | 5 APPLE HILL LANE YORK PA 17402 |
| KOPPER, JAMES L. | 7768 LAKESIDE BLVD APT 531 BOCA RATON FL 33434 |
| KRANZLEY, GLENN G. | 839 MAGNOLIA ROAD HELLERTOWN PA 18055 |
| KUCERA, PHILIP E. | 1700 S BAYSHORE LANE, 4B MIAMI FL 33133 |
| KURTICH, MARK H. | 81593 CAMINO VALLECITA INDIO CA 92203 |
| LA BLANC, ROBERT E. | 60 EAST END AVENUE, APT 19A NEW YORK NY 10028 |
| LA BLANC, ROBERT E. | DAVID R. LURIE, ESQ. 194 PRESIDENT STREET BROOKLYN NY 11231 |
| LAFRANCE, KIMBERLY MCCLEARY | 1238 HONEYSUCKLE CT THOUSAND OAKS CA 91360-6201 |
| LAMANTIA, ANTHONY | ANEZI, OZMON, RODIN, NOVAK & KOHEN, LTD ATTN: TELLY C. NAKOS 161 NORTH CLARK STREET CHICAGO IL 60601 |
| LANDON, TIMOTHY | 2704 BENNETT AVENUE EVANSTON IL 60201 |
| LANDON, TIMOTHY | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| LAVENTHOL, DAVID A. | 870 UNITED NATIONS PLAZA, # 31B NEW YORK NY 10017 |
| LEACH, THOMAS | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| LEACH, THOMAS | 200 EAST DELAWARE PLACE, #4F CHICAGO IL 60611 |
| LEE SCHNEIDER, R. MARILYN | 2124 BAGLEY AVE. LOS ANGELES CA 90034 |
| LEVIN, MARTIN P. | 221 KIRBY LANE RYE NY 10580 |
| LEVINE, JESSE E. | 1255 OWOSSO AVENUE HERMOSA BEACH CA 90254 |
| LEWIN, LUIS | 2834 ATLAS DR LAFAYETTE IN 47909-0846 |
| LEWIN, LUIS | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN 111 S. WACKER DRIVE CHICAGO IL 60606 |
| LIPINSKI, ANN MARIE | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| LIPINSKI, ANN MARIE | 4919 S. WOODLAWN AVE. CHICAGO IL 60615 |
| LOBDELL, NANCY | 620 SAND HILL RD, APT. 301C PALO ALTO CA 94304 |
| MAGNUSON, ROBERT G. | 374 FLORA ST. LAGUNA BEACH CA 92651 |
| MALLORY, MARK | 3312 LAKEWOOD COURT GLENVIEW IL 60026 |
| MALLORY, MARK | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| MALLORY, R. MARK | 3312 LAKEWOOD COURT GLENVIEW IL 60026 |
| MALONE, RICHARD H. | 899 OAK STREET WINNETKA IL 60093 |
| MALONE, RICHARD H. | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO |

| Claim Name | Address Information |
|---|---|
| MALONE, RICHARD H. | IL 60606 |
| MARIMOW, WILLIAM K. | 440 S BROAD ST UNIT 1602 PHILADELPHIA PA 19146-4909 |
| MARRO, ANTHONY J. | 10 WEST RD.; P.O. BOX 944 OLD BENNINGTON VT 05201 |
| MARTIN, JEROME P. | 2727 REVERE STREET HOUSTON TX 77098 |
| MAXWELL, DONALD S. | 2160 LE FLORE DRIVE LA HABRA HEIGHTS CA 90631 |
| MCGUINNESS, KATHLEEN G. | P.O. BOX 970 SANTA YNEZ CA 93460-0970 |
| MCKEON, JOHN C. | 6  HENLY  LN SAN ANTONIO TX 78257-1226 |
| MEADOWS, JACK E. | 4461 N CROSSOVER RD APT 210 FAYETTEVILLE AR 72703-4979 |
| MEIER, STEPHEN C. | 1512 BEECH STREET SO PASADENA CA 91030 |
| MITROVICH, DAN | 9760 CLAIBORNE SQ LA JOLLA CA 92037-1156 |
| MOLCHANY, RICHARD D. | 4140 HUNSICKER DRIVE WALNUTPORT PA 18088 |
| MOLVAR, JANIE | 17625 PALADIN DR BEND OR 97701 |
| MOLVAR, ROGER H. | 13113 SOUTH ECHO LAKE ROAD SNOHOMISH WA 98296 |
| MONSMA, DURHAM J. | 1551 LARIMER ST  APT 604 DENVER CO 80202-1628 |
| MOREHOUSE, L. CLARK III | 1 OXFORD ROAD LARCHMONT NY 10538 |
| MORGAN STANLEY & CO., INC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J MOLONEY/SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MORGAN STANLEY & CO., INC | ATTN: STEPHEN O'CONNOR / GENERAL COUNSEL 1585 BROADWAY, 3RD FL NEW YORK NY 10036 |
| MORGAN STANLEY & CO., INCORPORATED | ATTN: MATTHEW MORNINGSTAR 1221 AVENUE OF THE AMERICAS, 35TH FL NEW YORK NY 10020 |
| MORGAN STANLEY & CO., INCORPORATED | ATTN: MATTHEW MORNINGSTAR, EXEC. DIR. 1221 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO., INCORPORATED | WEIL, GOTSHAL & MANGES LLP ATTN: ANDREA C. SAAVEDRA, ESQ. 767 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10153 |
| MORGAN STANLEY & CO., INCORPORATED | MICHAEL WALSH, ESQ. WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10153 |
| MORGAN STANLEY CAPITAL SERVICES, INC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J MOLONEY ESQ SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MORGAN STANLEY CAPITAL SERVICES, INC | ATTN: MATTHEW MORNINGSTAR, EXEC. DIR. 1221 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY CAPITAL SERVICES, INC | ATTN: SIMON PLATEL, GENERAL COUNSEL 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, INC | MICHAEL WALSH, ESQ. WEIL GOTSHAL & MANGES LLP 767 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10153 |
| MORRISON, ROBERT S. | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| MOTLEY, ROBYN L. | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| MULDERRIG, STEPHEN J. | 78 STANTON ROAD DARIEN CT 06820 |
| MULVANEY, ROBIN A. | 970 OAK STREET WINNETKA IL 60093 |
| MURPHY, DAVID P. | C/O DEVON J. EGGERT FREEBORN & PETERS LLP 311 S. WACKER DR., STE. 3000 CHICAGO IL 60606 |
| MURPHY, JOHN R. | PO BOX 30927 SEA ISLAND GA 31561 |
| MUSIL, RUTHELLYN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| MUSIL, RUTHELLYN | 179 E. LAKE SHORE DRIVE # 501 CHICAGO IL 60611 |
| NIESE, WILLIAM A. | 6061 LAKE VISTA DRIVE BONSALL CA 92003 |
| NILES, NICHOLAS H. | THE BLOOMING GROVE CLUB 123 OLD FIELD ROAD HAWLEY PA 18428 |
| NORRIS, JAMES H. | 121 TAFT CRESCENT CENTERPORT NY 11721 |
| NOSTRAND PROPERTIES LLC, AMERICAN | COMMERICAL REALTY & COHEN & CO., INC. 9 EAST 40TH STREET, 10TH FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| NOSTRAND PROPERTIES LLC, AMERICAN | KAUFMAN BORGEEST & RYAN, LLP 120 BROADWAY, 14TH FLOOR NEW YORK NY 10271 |
| NUCKOLS, JAMES H. | 1113 OCEAN RIDGE CT OCEANSIDE CA 92056-6466 |
| O'LOUGHLIN, JOHN | C/O THE HOUSTON CHRONICLE ATTN: JOHN O'LOUGHLIN/PRESIDENT 801 TEXAS ST, 10TH FLR HOUSTON TX 77002 |
| O'NEILL, NANCY W. | 108 HOWARD DR TIBURON CA 94920-1448 |
| O'SHEA, JAMES | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP, 50 EAST WASHINGTON CHICAGO IL 60602 |
| O'SHEA, JAMES | 100 E BELLEVUE PL APT 9C CHICAGO IL 60611-5178 |
| O'SULLIVAN, ROBERT T. | 304 JEFFERSON CT. EDGEWATER NJ 07020 |
| OGLESBY, ROGER D. | 33874 COPPER LANTERN ST  #8 DANA POINT CA 92629-2419 |
| OSBORN, WILLIAM A. | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| PALMER, DENISE E. | C/O CARLOS E. SARDI, ESQ. GENOVESE, JOBLOVE & BATISTA 100 SE 2ND ST., 44TH FL MIAMI FL 33131 |
| PANDOLFI, FRANCIS P. | 168 WATER ST. STONINGTON CT 06378 |
| PARKS, MICHAEL C. | 1211 S. EUCLID AVE. PASADENA CA 91106 |
| PARO, JEFFREY N. | 30 QUAKER ROAD SHORT HILLS NJ 07078 |
| PATINELLA, JOHN F. | 13061 PEBBLEBROOK POINT CIRCLE, # 202 FORT MYERS FL 33905 |
| PAYNE, JANETTE O. | 193 MONTECITO  CRES MELVILLE NY 11747-5231 |
| PELIZZA, ELLEN, ESTATE OF | C/O PETER PELIZZA, EXECUTOR W 11052 EAGLE DR LODI WI 53555 |
| PERRUSO, CAROL | 376 ULTIMO AVENUE LONG BEACH CA 90814 |
| PERRY, VICTOR A. | 3633 TUXEDO RD NW ATLANTA GA 30305 |
| PETERSON, MAUREEN G. | 7 BARNES ROAD WEST STAMFORD CT 06902 |
| PETTY, MARTHA A. | 1630 ROYAL PALM DR S  APT C ST PETERSBURG FL 33707-3871 |
| PLANK, JACK L. | 33522 NANCY JANE COURT DANA POINT CA 92629-1532 |
| POELKING, JOHN | 825 NORTH CHESTNUT AVENUE ARLINGTON HEIGHTS IL 60004 |
| POELKING, JOHN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| QUIMBY JR., IRVING L. | C/O MICHAEL DOCKTERMAN, JONATHAN YOUNG, PATRICK FRYE WILDMAN, HARROLD, ALLEN 225 W. WACKER DRIVE CHICAGO IL 60606 |
| RAMIREZ, MYRNA | 4015 70TH AVENUE EAST ELLENTON FL 34222 |
| RAMSEY, ROBERT | C/O DAVID TYRA KRONICK MOSKOVITZ TIEDEMANN & GIRARD 400 CAPITOL MALL, 27TH FLOOR SACRAMENTO CA 95814 |
| REARDON, JOHN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| REARDON, JOHN | 1325 NORTH ASTOR CHICAGO IL 60610 |
| REDMOND, ELIZABETH F. | P.O. BOX  90157 PASADENA CA 91109-0157 |
| REYES, J. CHRISTOPHER | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| RHOADS,S. KEATING | 502 VIEW ST MOUNTAIN VIEW CA 94041-2042 |
| RIGGLE, JOHN A. | 81 CHURCHILL DRIVE YORK PA 17403 |
| RILEY, MICHAEL R. | 1080 BAYSIDE CT COLUMBUS IN 47201-3506 |
| ROESSNER, BARBARA | ROME MCGUIGAN PC JOHN F STROTHER ONE STATE ST HARTFORD CT 06103 |
| ROSE, MICHAEL G. | 5170 W 2ND ST. LOS ANGELES CA 90004 |
| ROSS, SHEAU-MING KUO | 2719 PAYNE STREET EVANSTON IL 60201 |
| ROSSI, DOUGLAS A & PAULA | 38 SHERIDAN STREET HUNTINGTON NY 11743 |
| ROWE, WILLIAM J. | 15005 PRATOLINO WAY NAPLES FL 34110 |
| RUBIN, JEROME S. | 875 FIFTH AVENUE NEW YORK NY 10065 |
| RUSSIS, MARTHA | 2817 KNOLLWOOD GLENVIEW IL 60025 |
| SANN, ALEXANDER | 165 EAST 72ND STREET APT. 8K NEW YORK NY 10021-4342 |
| SCHAIBLE, LINDA A. | 18719 DURAL DR HOUSTON TX 77094-1256 |

| Claim Name | Address Information |
|---|---|
| SCHLOSBERG, RICHARD T. III | 200 PATTERSON AVE APT 908 SAN ANTONIO TX 78209-6269 |
| SCHNALL, HERBERT K. | P.O. BOX 9457 15102 CAMINITO MARIA RANCHO SANTA FE CA 92067 |
| SCHNEIDER, CHARLES I. | 927 WESTMOUNT DR W HOLLYWOOD CA 90069-4111 |
| SCHNEIDER, HILARY A. | 54 CHESTNUT AVENUE LOS GATOS CA 95030 |
| SCHNEIDER, HOWARD S. | 9 BRANDYWINE DR. SETAUKET NY 11733 |
| SCHOLLY, ALISON R. | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| SCHOLLY, ALISON R. | 2137 W. HOMER ST. CHICAGO IL 60647 |
| SELLSTROM, BRIAN J. | P.O. BOX 1035 RANCHO SANTA FE CA 92067 |
| SEWELL, IRENE | 2310 DEWES STREET GLENVIEW IL 60025-4157 |
| SEWELL, IRENE | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| SHAW, JAMES D. | 228 JEFFERSON'S HUNDRED WILLIAMSBURG VA 23185 |
| SHIRLEY, DENNIS A. | 2440 STANLEY TUSTIN CA 92782 |
| SHORTS, GARY K. | 7031 TREYMORE CT SARASOTA FL 34243-5501 |
| SIMPSON, JAMES R. | 5 CRESTWOOD DRIVE NEWPORT BEACH CA 92660 |
| SITO, LOUIS | 5501 HUNTINGTON PKWY BETHESDA MD 20814-1130 |
| SLASON, MICHAEL D. | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| SMITH, SCOTT | 1361 HACKBERRY LANE WINNETKA IL 60093 |
| SMITH, SCOTT | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| STANCAMPIANO, LOUIS J. | C/O CATHERINE G. PAPPAS, ESQ. DILWORTH PAXSON LLP 1500 MARKET STREET, SUITE 3500E PHILADELPHIA PA 19102 |
| STANTON, RICHARD W. | 1239 MAPLEWOOD DR. MAPLE GLEN PA 19002 |
| SWEENEY, JUDITH L. | 30937 STEEPLECHASE DR SAN JUAN CAPO CA 92675-1929 |
| SWEENEY, STENDER E. | 790 HUNTINGTON GARDEN DRIVE PASADENA CA 91108-1725 |
| TAFT, DUDLEY S. | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| TELECOMMUNICATION SYSTEMS, INC. | 333 N MICHIGAN AVE STE 2700 CHICAGO IL 60601-4047 |
| TERPSTRA, JAMES E. | 12889 E DESERT TRL SCOTTSDALE AZ 85259-3560 |
| TEUTSCH, CLIFFORD L. | 12 SEMINARY RD SIMSBURY CT 06070 |
| THOMAS, DOUGLAS | C/O FRANCES GECKER FRANK/GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| THOMAS, WILLIAM F. | 2403 PINE ST MARTINEZ CA 94553-3316 |
| TRINH, CAM | C/O FRANCES GECKER FRANK / GECKER LLP 325 N. LASALLE STREET, STE. 625 CHICAGO IL 60654 |
| TUNSTALL, SHARON S. | 2323 FAIRWAY DRIVE BIRMINGHAM MI 48009 |
| TV GUIDE ONLINE, INC. | C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TV GUIDE ONLINE, LLC | C/O CHRISTOPHER J. HARNETT ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| UNTERMAN, E. THOMAS | 1451 AMALFI DR PACIFIC PALISADES CA 90272 |
| VALUATION RESEARCH CORPORATION | 500 5TH AVE 39TH FL NEW YORK NY 10110 |
| VALUATION RESEARCH CORPORATION | DAVID NEIER, ESQ. WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| VALUATION RESEARCH CORPORATION | 330 E KILBOURN AVE STE 1425 MILWAUKEE WI 53202-3170 |
| VITANOVEC, JOHN | 1256 N. FOREST GLEN DRIVE WINNETKA IL 60093 |
| VITANOVEC, JOHN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| WALLACE, JAMES W. | 5822 BRIARTREE DR LA CANADA FLINTRIDGE CA 91011 |
| WALLER, MICHAEL E. | 5 FULL SWEEP HILTON HEAD ISLAND SC 29928 |
| WALTZ, KATHLEEN | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO |

| Claim Name | Address Information |
|---|---|
| WALTZ, KATHLEEN | IL 60606 |
| WALTZ, KATHLEEN | 7499 TREELINE DR NAPLES FL 34119-9735 |
| WANGBERG, LARRY W. | 110 ELK VIEW DR. HAILEY ID 83333 |
| WHISLER, JACK | 645 LINCOLN STREET GLENVIEW IL 60025 |
| WHISLER, JACK | LEONARD A. GAIL, ESQ., MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| WHITE, MILES D. | C/O MATTHEW R. KIPP SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 NORTH WACKER DRIVE CHICAGO IL 60606-1720 |
| WIEGAND, WILLIAM D. | P.O. BOX 655 COUPEVILLE WA 98239 |
| WILD, MARY A. | 918 W. WOLFENSBERGER RD. CASTLE ROCK CO 80109-9631 |
| WILLES, MARK H. | 4343 SHEFFIELD DRIVE PROVO UT 84604 |
| WILLIAMS, DAVID D. | 415 S. GARFIELD HINSDALE IL 60521 |
| WILLIAMS, DAVID D. | MAILE H. SOLIS-SZUKALA, ESQ., GRIPPO & ELDEN LLC 111 S. WACKER DRIVE CHICAGO IL 60606 |
| WILLIAMS, PHILLIP L. | 450 SAN VICENTE BLVD UNIT 302 SANTA MONICA CA 90402-1746 |
| WILLIAMS, ROGER D. | 52 ZACKS WAY AGAWAM MA 01001-3246 |
| WILSON, HAZEL E. | 21712 LANAR MISSION VIEJO CA 92692 |
| WILSON, JULIA C. | 1872 8TH AVE. SACRAMENTO CA 95818 |
| WILSON, R.L. | JOHN R. WILLIAMS 51 ELM ST, STE 409 NEW HAVEN CT 06510 |
| WOLDT, HAROLD F., JR. | 4323 WILLOW GLEN ST CALABASAS CA 91302-1977 |
| WOLLNEY, JOHN | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| WOLLNEY, JOHN | LEONARD A. GAIL, ESQ. MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| WRIGHT, DONALD F. | P.O. BOX 842 TESUQUE NM 87574 |
| YOUNG, JOHN W. | 88 PACE DR S WEST ISLIP NY 11795 |
| YOUNGE, KEITH | 2117 MELVIN STREET PHILADELPHIA PA 19131 |
| YOUNGMAN, OWEN R. | 40 KENMORE AVENUE DEERFIELD IL 60015 |
| YOUNGMAN, OWEN R. | LEONARD A. GAIL, ESQ. MASSEY & GAIL, LLP 50 EAST WASHINGTON CHICAGO IL 60602 |
| ZAKARIAN, JOHN J. | 1 MILES AVE MIDDLETOWN CT 06457-3137 |
| ZAPANTA, NORENE | (TRUSTEE FOR DR. EDWARD ZAPANTA TRUST) 53 OVERLOOK DR. NEWPORT COAST CA 92657 |
| ZELENKA, JOHN E. | 56 WAVERLY AVENUE CLARENDON HILLS IL 60514 |
| ZELL, SAMUEL | ATTN: DAVID J. BRADFORD JENNER & BLOCK LLP CHICAGO IL 60654 |
| ZELL, SAMUEL | ATTN: DANIEL J. BRADFORD JENNER & BLOCK LLP CHICAGO IL 60654 |
| ZIMBALIST, EFREM, III | 216 FIRST ST. MANHATTAN BEACH CA 90266 |

**Total Creditor count  352**

**EXHIBIT B**

| Name | FAX |
|---|---|
| David M. Buchbinder, Esquire | 302-573-6497 |
| Adam G. Landis, Esquire/Matthew B. McGuire, Esquire/Richard S. Cobb, Esquire/J. Landon Ellis, Esquire/Jeffrey R. Drobish, Esquire | 302-467-4450 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-498-7531 |
| Mark D. Collins, Esquire/Robert J. Stearn, Jr., Esquire | 302-651-7701 |
| Ellen W. Slights, Esquire | 302-573-6431 |
| Stuart M. Brown, Esquire/R. Craig Martin, Esquire/Michelle E. Marino, Esquire | 302-394-2341 |
| Laurie Silverstein, Esquire | 302-658-1192 |
| Katherine L. Mayer, Esquire/James J. Freeberry IV, Esquire | 302-984-6399 |
| Patrick J. Healy, Vice President | 302-636-4148 |
| R. Karl Hill, Esquire | 302-888-0606 |
| William M. Kelleher, Esquire | 302-656-3714 |
| William M. Kelleher, Esquire | 302-384-9399 |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | 302-351-8010 |
| Susan E. Kaufman, Esquire | 302-984-3939 |
| Christopher P. Simon, Esquire / Joseph Grey, Esquire | 302-777-4224 |
| Mark E. Felger, Esquire | 302-295-2013 |
| Charles J. Brown, III, Esquire | 302-777-4352 |
| Jami B. Nimeroff, Esquire | 302-351-2744 |
| David B. Stratton, Esquire/John H. Schanne, II, Esquire | 302-421-8390 |
| Margaret F. England, Esquire | 302-425-0432 |
| Tara L. Lattomus, Esquire | 302-425-0432 |
| Rachel B. Mersky, Esquire | 302-656-2769 |
| Donna Harris, Esquire | 302-442-7046 |
| Adam Hiller, Esquire/Brian Arban, Esquire | 302-442-7045 |
| Ian Connor Bifferato, Esquire/Thomas F. Driscoll, III, Esquire/Kevin G. Collins, Esquire/J. Zachary Haupt, Esquire | 302-254-5383 |
| Michael R. Lastowski, Esquire/Sommer L. Ross, Esquire/Richard W. Riley, Esquire/Lawrence J. Kotler, Esquire | 302-657-4901 |
| William P. Bowden, Esquire/Amanda M. Winfree, Esquire | 302-654-2067 |
| Laura Davis Jones, Esquire/Timothy P. Cairns, Esquire | 302-652-4400 |
| Robert S. Brady, Esquire/M. Blake Cleary, Esquire | 302-571-1253 |
| David M. Powlen, Esquire/Kevin G. Collins, Esquire | 302-300-3456 |
| Joseph L. Christensen, Esquire | 302-655-4420 |
| Jeffrey M. Schlerf, Esquire/John H. Strock, Esquire | 302-656-8920 |
| Justin R. Alberto, Esquire/Ashley Stitzer, Esquire | 302-658-6395 |
| Dennis A. Meloro, Esquire | 302-661-7360 |
| Garvan F. McDaniel, Esquire | 302-429-8600 |
| Alan M. Root, Esquire | 302-425-6464 |
| William Hazeltine, Esquire/William D. Sullivan, Esquire/ Elihu E. Allinson, III, Esquire | 302-428-8195 |
| Derek C. Abbott, Esquire/Curtis S. Miller, Esquire | 302-658-3989 |
| Christopher S. Chow, Esquire/Leslie C. Heilman, Esquire | 302-252-4466 |
| Colm F. Connolly, Esquire | 302-574-3001 |
| Michael W. Yurkewicz, Esquire | 302-426-9193 |

| | |
|---|---|
| Christopher A. Ward, Esquire | 302-252-0921 |
| David G. Culley, Esquire | 302-658-4018 |
| John C. Phillips, Esquire | 302-655-4210 |
| Brian E. Lutness, Esquire | 302-888-2923 |
| James E. Huggett, Esquire | 302-888-1119 |
| Michael P. Morton, Esquire | 302-426-1300 |
| Daniel K. Astin, Esquire/John D. McLaughlin, Jr., Esquire | 302-658-1300 |
| Anthony M. Saccullo, Esquire/Thomas H. Kovach, Esquire | 302-836-8787 |
| Rafael X. Zahralddin-Aravena, Esquire/Jonathan M. Stemerman, Esquire | 302-384-9399 |
| "J" Jackson Shrum, Esquire | 302-652-1111 |
| Julie M. Murphy, Esquire | 302-295-4801 |
| James F. Conlan, Esquire/Bryan Krakauer, Esquire | 312-853-7036 |
| Kevin T. Lantry, Esquire | 213-896-6600 |
| Bruce Bennett, Esquire/James O. Johnston, Esquire/Joshua M. Mester, Esquire | 213-243-2539 |
| David M. Zensky, Esquire/Deborah Newman, Esquire/Jason Goldsmith, Esquire | 212-872-1002 |
| Benjamin S. Kaminetzky, Esquire/Elliot Moskowitz, Esquire/Karen Luftglass, Esquire | 212-607-7999 |
| Madlyn Gleich Primoff, Esquire/Jane W. Parver, Esquire/Joseph W. Drayton, Esquire | 212-836-6525 |
| Frederick D. Hyman, Esquire /Brian Trust, Esquire/Amit K. Trehan, Esquire/Barbara Yan, Esquire | 212-262-1910 |
| Robert J. Stark, Esquire/Martin S. Siegel, Esquire/Gordon Z. Novod, Esquire | 212-209-4801 |
| David S. Rosner, Esquire/Sheron Korpus, Esquire/Christine A. Montenegro, Esquire/Matthew B. Stein, Esquire | 212-506-1800 |
| David Adler, Esquire | 212-609-6921 |
| Sean D. Malloy, Esquire | 216-348-5474 |
| John R. Williams, Esquire | 203-776-9494 |
| William W. Flachsbart, Esquire | 312-431-3820 |

**EXHIBIT C**

| NAME | EMAIL |
|---|---|
| William W. Flachsbart, Esquire | wwf@fg-law.com |
| Frederick B. Rosner, Esquire/Scott J. Leonhardt, Esquire | rosner@teamrosner.com; leonhardt@teamrosner.com |