**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1] (f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |
| | Ref No. 14041  14080 |

**ORDER GRANTING LITIGATION TRUSTEE'S MOTION**
**FOR AN ORDER AUTHORIZING THE LITIGATION TRUSTEE TO DISMISS**
**OR REDUCE CLAIMS AGAINST CERTAIN CONDUIT DEFENDANTS**

The Court having considered the *Litigation Trustee's Motion for an Order Authorizing*

*the Litigation Trustee to Dismiss or Reduce Claims Against Certain Conduit Defendants* (the

"Motion"),[2] and the Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); foresalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] All capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

therein pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28

U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409, and it appearing that due and sufficient notice of the Motion has been given under the

circumstances; the Reorganized Debtors and certain Plan co-proponents having consented to the

relief requested in the Motion; and the Court having determined that the relief requested in the

Motion is in the best interest of the Debtors, their estates and creditors and other parties in

interest; it is hereby

1.  ORDERED that the Motion is granted; and it is further

2.  ORDERED that the Plan does not require the Bankruptcy Court to authorize the
    dismissal of or the reduction of claims against *FitzSimons* Action defendants pursuant to
    the Conduit Protocol, irrespective of the amount which any such defendant was sued for;
    and it is further

3.  ORDERED that the Court retains jurisdiction to enforce the terms of this order.

Dated:   March 26 , 2015

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE