IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 7, 2015 AT 11:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION,
THE HEARING IS CANCELED.

## ORDERS ENTERED

1. Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Dismiss or Reduce Claims Against Certain Conduit Defendants (Filed February 27, 2015) (Docket No. 14061)

    Related Document(s):

    (a) Order Granting Litigation Trustee's Motion for an Order Authorizing the Litigation Trustee to Dismiss or Reduce Claims Against Certain Conduit Defendants (Entered March 26, 2015) (Docket No. 14082)

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); California Community News, LLC (5306); Chicago Tribune Company, LLC (3437); Chicagoland Publishing Company, LLC (3237); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); ForSaleByOwner.com Referral Services LLC (9205); Hoy Publications, LLC (2352); Internet Foreclosure Service, LLC (6550); KDAF, LLC (6969); KIAH, LLC (4014); KPLR, Inc. (7943); KRCW, LLC (1772); KSWB, LLC (7035); KTLA, LLC (3404); KTXL, LLC (3844); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Magic T Music Publishing Company, LLC (6522); NBBF, LLC (0893); Oak Brook Productions, LLC (2598); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Daily Press, LLC (9368); The Hartford Courant Company, LLC (3490); The Morning Call, LLC (7560); Tower Distribution Company, LLC (9066); Towering T Music Publishing Company, LLC (2470); Tribune 365, LLC (7847); Tribune Broadcasting Company, LLC (2569); Tribune Broadcasting Hartford, LLC (1268); Tribune Broadcasting Indianapolis, LLC (6434); Tribune Broadcasting Seattle, LLC (2975); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC, LLC (2931); Tribune Content Agency London, LLC (6079); Tribune Direct Marking, LLC (1479); Tribune Entertainment Company, LLC (6232); Tribune Investments, LLC (6362); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); Tribune Publishing Company, LLC (9720); Tribune Television New Orleans, Inc. (4055); Tribune Washington Bureau, LLC (1088); WDCW, LLC (8300); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191); WPMT, LLC (7040); WSFL, LLC (5256); WXMI, LLC (3068). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Objection Deadline:  March 16, 2015 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered the Order approving the Motion.  This matter will not be going forward.

Dated:  March 27, 2015

    SIDLEY AUSTIN LLP
    James F. Conlan
    Bryan Krakauer
    Kenneth P. Kansa
    One South Dearborn Street
    Chicago, IL  60603
    Telephone:  (312) 853-7000

    James F. Bendernagel, Jr.
    1501 K Street, N.W.
    Washington, D.C.  20005
    Telephone:  (202) 736-8000

    -and-

    JONES DAY
    Bruce Bennett
    James O. Johnston
    Joshua M. Mester
    555 South Flower Street, 50th Floor
    Los Angeles, CA  90071-2300
    Telephone:  (213) 489-3939

    -and-

    COLE SCHOTZ P.C.

By:  */s/ J. Kate Stickles*
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone:  (302) 652-3131

    ATTORNEYS FOR REORGANIZED DEBTORS