UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. [1] | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

# Post-Confirmation Quarterly Summary Report
## For the Period December 29, 2014 through March 29, 2015

| Required Documents | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 10 |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____          _____
Steven Berns                                                    Date
Executive Vice President & Chief Financial Officer
Tribune Media Company

Notes:
1. Refer to Appendix A for a full listing of the Reorganized Debtors. The Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The consolidated financial information disclosed in this report should be read in conjunction with the Company's Quarterly Report on Form 10-Q for the quarter ended March 29, 2015 which has been filed with the Securities and Exchange Commission and is available at www.sec.gov. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |

### General Notes

On July 16, 2014, following approval at its annual meeting of stockholders on July 14, 2014, Tribune Company amended and restated its certificate of incorporation and changed its name to Tribune Media Company. All references to Tribune Media Company or Tribune Company in the accompanying unaudited condensed consolidated financial statements encompass the historical operations of Tribune Media Company and its subsidiaries. On August 4, 2014, Tribune Media Company completed the spin-off of its principal publishing operations into an independent company, Tribune Publishing Company. As a result, Tribune Publishing Company is now the independent parent company of the entities that formerly comprised Tribune Media Company's principal publishing operations, including 20 of the Reorganized Debtors and successors to the Reorganized Debtors. Tribune Media Company continues to own the 32 Reorganized Debtors and successors to the Reorganized Debtors that comprise Tribune Media Company's television, entertainment, digital operations, and certain other businesses.

Beginning with the Post-Confirmation Quarterly Summary Report for the period June 30, 2014 through September 28, 2014, Tribune Media Company and Tribune Publishing Company submit separate post-confirmation quarterly summary operating reports to the US Trustee's office for each company's respective Reorganized Debtors.

### Cautionary Statement Regarding Financial Information

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "Effective Date"), Tribune Media Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("ASC") Topic 852, "Reorganizations". Fresh-start reporting principles provide, among other things, that Tribune Media Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date. Tribune Media Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization. The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially. The adoption of fresh-start reporting by Tribune Media Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date. Any presentation of Tribune Media Company's consolidated financial statements as of and for periods subsequent to the Effective Date represents the financial position, results of operations and cash flows of a new reporting entity (the "Successor") and will not be comparable to any presentation of Tribune Media Company's consolidated financial statements as of and for periods prior to the Effective Date, and the adoption of fresh-start reporting (the "Predecessor").

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Tribune Media Company & Subsidiaries
## Condensed Consolidated Balance Sheets
## As of March 29, 2015 and December 28, 2014
### (In thousands of dollars, except for share and per share data)

| | March 29, 2015 | Dec. 28, 2014 |
|---|---:|---:|
| | (unaudited) | |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 1,171,830 | $ 1,455,183 |
| Restricted cash and cash equivalents | 17,595 | 17,600 |
| Accounts receivable (net of allowances of $5,382 and $7,313) | 415,033 | 440,722 |
| Broadcast rights | 127,901 | 147,423 |
| Deferred income taxes | 28,974 | 29,675 |
| Prepaid expenses and other | 82,566 | 70,220 |
| Total current assets | 1,843,899 | 2,160,823 |
| | | |
| **Properties** | | |
| Property, plant, and equipment | 968,384 | 953,438 |
| Accumulated depreciation | (119,351) | (102,841) |
| | 849,033 | 850,597 |
| | | |
| **Other Assets** | | |
| Broadcast rights | 159,975 | 157,014 |
| Goodwill | 3,916,266 | 3,918,136 |
| Other intangible assets, net | 2,348,016 | 2,397,794 |
| Investments | 1,654,944 | 1,717,192 |
| Other | 188,470 | 194,899 |
| Total other assets | 8,267,671 | 8,385,035 |
| **Total Assets** | $ 10,960,603 | $ 11,396,455 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

## Tribune Media Company and Subsidiaries
## Condensed Consolidated Balance Sheets (continued)
### As of March 29, 2015 and December 28, 2014
### (In thousands of dollars, except for share and per share data)

| Liabilities and Shareholders' Equity | March 29, 2015 (unaudited) | Dec. 28, 2014 |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts payable | $ 64,781 | $ 77,295 |
| Debt due within one year | 4,034 | 4,088 |
| Income taxes payable | 12,612 | 252,570 |
| Employee compensation and benefits | 65,252 | 80,270 |
| Contracts payable for broadcast rights | 158,532 | 178,685 |
| Deferred revenue | 33,416 | 34,352 |
| Dividends payable and accrued payments to warrant holders | 648,644 | |
| Other | 64,386 | 56,920 |
| Total current liabilities | 1,051,657 | 684,180 |
| **Non-Current Liabilities** | | |
| Long-term debt | 3,490,187 | 3,490,897 |
| Deferred income taxes | 1,153,885 | 1,156,214 |
| Contracts payable for broadcast rights | 272,152 | 279,819 |
| Contract intangible liability, net | 30,613 | 34,425 |
| Pension obligations, net | 461,813 | 469,116 |
| Postretirement, medical, life and other benefits | 20,767 | 21,456 |
| Other obligations | 64,009 | 64,917 |
| Total non-current liabilities | 5,493,426 | 5,516,844 |
| **Shareholders' Equity** | | |
| Preferred stock ($0.001 par value per share) Authorized: 40,000,000 shares; No shares issued and outstanding at March 29, 2015 and December 28, 2015 | | |
| Class A Common Stock ($0.001 par value per share) Authorized: 1,000,000,000 shares; 96,299,803 shares issued and 92,392,399 shares outstanding at March 29, 2015 and 95,708,401 shares issued and 94,732,807 shares outstanding at December 28, 2014 | 96 | 96 |
| Class B Common Stock ($0.001 par value per share) Authorized: 200,000,000 shares; Issued and outstanding: 2,391,960 shares at March 29, 2015 and 2,438,083 shares at December 28, 2014 | 2 | 2 |
| Treasury stock, at cost: 3,907,404 shares at March 29, 2015 and 975,594 shares at December 28, 2014 | (232,988) | (67,814) |
| Additional paid-in-capital | 4,595,295 | 4,591,470 |
| Retained earnings | 105,991 | 718,218 |
| Accumulated other comprehensive (loss) income | (52,876) | (46,541) |
| Total shareholders' equity | 4,415,520 | 5,195,431 |
| Total Liabilities and Shareholders' Equity | $ 10,960,603 | $ 11,396,455 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|

## Tribune Media Company and Subsidiaries
## Condensed Consolidated Statements of Cash Flows
## For the Three Months Ended March 29, 2015 and March 30, 2014
(In thousands of dollars)
(Unaudited)

|  | 3 Months Ended<br>March 29, 2015 | 3 Months Ended<br>March 30, 2014 |
|---|---:|---:|
| **Operating Activities** |  |  |
| Net income | $ 36,417 | $ 41,068 |
| Adjustments to reconcile net income to net cash (used in) provided by operating activities: |  |  |
| Stock-based compensation | 7,845 | 9,248 |
| Pension credits, net of contributions | (7,303) | (9,534) |
| Depreciation | 17,054 | 24,233 |
| Amortization of contract intangible assets and liabilities | (3,461) | (3,963) |
| Amortization of other intangible assets | 47,771 | 62,258 |
| Income on equity investments, net | (36,934) | (37,928) |
| Distributions from equity investments | 94,906 | 120,270 |
| Amortization of debt issuance costs and original issue discount | 3,330 | 3,340 |
| Gain on investment transaction | (687) | — |
| Other non-operating gain, net | — | (157) |
| Change in excess tax benefit from stock-based awards | 402 | (976) |
| Transfers from restricted cash | 5 | 46 |
| Changes in working capital items, excluding effects from acquisitions: |  |  |
| Accounts receivable, net | 25,802 | 66,777 |
| Prepaid expenses and other current assets | (12,036) | (11,508) |
| Accounts payable | (5,343) | (5,671) |
| Employee compensation and benefits, accrued expenses and other current liabilities | (7,225) | (45,713) |
| Deferred revenue | (938) | 13,661 |
| Income taxes | (239,850) | 26,044 |
| Change in broadcast rights, net of liabilities | (11,259) | (4,737) |
| Deferred income taxes | 172 | (5,039) |
| Other, net | (2,974) | (6,021) |
| Net cash (used in) provided by operating activities | (94,306) | 235,698 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Tribune Media Company and Subsidiaries
### Condensed Consolidated Statements of Cash Flows (continued)
### For the Three Months Ended March 29, 2015 and March 30, 2014
### (In thousands of dollars)
### (Unaudited)

| | 3 Months Ended March 29, 2015 | 3 Months Ended March 30, 2014 |
|---|---:|---:|
| **Investing Activities** | | |
| Capital expenditures | (16,299) | (17,601) |
| Acquisitions, net of cash acquired | (109) | (158,814) |
| Increase in restricted cash related to acquisition of Local TV | — | 201,922 |
| Transfers to restricted cash, net | — | (1,069) |
| Investments | (411) | (1,805) |
| Proceeds from sales of investments and real estate | 5,617 | — |
| Net cash (used in) provided by investing activities | (11,202) | 22,633 |
| | | |
| **Financing Activities** | | |
| Repayment of Senior Toggle Notes | — | (172,237) |
| Repayments of long-term debt | (1,067) | (914) |
| Common stock repurchases | (172,777) | — |
| Change in excess tax benefits from stock-based awards | (402) | 976 |
| Tax withholdings related to net share settlements of share-based awards | (3,618) | (3,201) |
| Proceeds from stock option exercises | 19 | — |
| Net cash used in financing activities | (177,845) | (175,376) |
| | | |
| **Net (Decrease) Increase in Cash and Cash Equivalents** | (283,353) | 82,955 |
| Cash and cash equivalents, beginning of period | 1,455,183 | 640,697 |
| Cash and cash equivalents, end of period | $ 1,171,830 | $ 723,652 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Schedule of Disbursements by Reorganized Debtor [1]
### For the Period December 29, 2014 through March 29, 2015

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---:|
| 1 Tribune Company | 08-13141 | Tribune Company | $ 569,979,374 |
| 2 435 Production Company | 08-13142 [2] | Tribune Entertainment Company, LLC | - |
| 3 5800 Sunset Production, Inc. | 08-13143 [2] | Tribune Entertainment Company, LLC | - |
| 4 Candle Holdings Corporation | 08-13146 [2] | Tribune Investments, LLC | - |
| 5 Channel 20, Inc. | 08-13147 [2] | Tribune Broadcasting Company, LLC | - |
| 6 Channel 39, Inc. | 08-13148 [2] | WSFL, LLC | 992,345 |
| 7 Channel 40, Inc. | 08-13149 [2] | KTXL, LLC | 2,414,160 |
| 8 Chicago River Production Company | 08-13151 [2] | Tribune Entertainment Company, LLC | - |
| 9 ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC | - |
| 10 Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC | - |
| 11 Distribution Systems of America, Inc. | 08-13161 [2] | Tribune ND, LLC | - |
| 12 Eagle Publishing Investments, LLC (Tribune Comp | 08-13163 [2] | Tribune Investments, LLC | - |
| 13 Fortify Holdings Corporation | 08-13167 [2] | Tribune Investments, LLC | - |
| 14 GreenCo, Inc. | 08-13170 [2] | Tribune Investments, LLC | - |
| 15 Hoy, LLC (Star Community Publishing Group, LLC) | 08-13175 [2] | Tribune ND, LLC | - |
| 16 JuliusAir Company II, LLC (Tribune Company) | 08-13178 [2] | Tribune Investments, LLC | - |
| 17 JuliusAir Company, LLC (Tribune Company) | 08-13179 [2] | Tribune Investments, LLC | - |
| 18 KIAH Inc. | 08-13180 [2] | KIAH, LLC | 1,845,141 |
| 19 KPLR, Inc. | 08-13181 [2] | KPLR, Inc. | 2,088,075 |
| 20 KSWB Inc. | 08-13182 [2] | KSWB, LLC | 2,831,168 |
| 21 KTLA Inc. | 08-13183 | KTLA, LLC | 13,412,971 |
| 22 KWGN, Inc. | 08-13184 | KWGN, LLC | 2,374,778 |
| 23 Magic T Music Publishing Company | 08-13188 [2] | Magic T Music Publishing Company, LLC | - |
| 24 NBBF, LLC (Tribune Company) | 08-13189 [2] | NBBF, LLC | - |
| 25 North Michigan Production Company | 08-13195 [2] | Tribune Entertainment Company, LLC | - |
| 26 Oak Brook Productions, Inc. | 08-13197 [2] | Oak Brook Productions, LLC | 198,531 |
| 27 Shepard's Inc. | 08-13203 [2] | Tribune Investments, LLC | - |
| 28 Star Community Publishing Group, LLC (50% Distr | 08-13206 | Tribune ND, LLC | - |
| 29 The Other Company LLC (Tribune Broadcasting Cc | 08-13213 [2] | Tribune Broadcasting Company, LLC | - |
| 30 Times Mirror Land and Timber Company | 08-13214 [2] | Tribune Investments, LLC | - |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.
2. Pursuant to the terms of the order outlined in Docket 14078 these cases have been closed and reflect disbursements made by the relevant Reorganized Debtors on and prior to March 16, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### Schedule of Disbursements by Reorganized Debtor (continued)
### For the Period December 29, 2014 through March 29, 2015

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 31 | Times Mirror Payroll Processing Company, Inc. | 08-13215 [2] | Tribune Investments, LLC | - |
| 32 | Times Mirror Services Company, Inc. | 08-13216 [2] | Tribune Investments, LLC | - |
| 33 | TMS Entertainment Guides, Inc. | 08-13219 [2] | Tribune Media Services, LLC | - |
| 34 | Tower Distribution Company | 08-13220 [2] | Tower Distribution Company, LLC | 26,774,176 |
| 35 | Towering T Music Publishing Company | 08-13221 [2] | Towering T Music Publishing Company, LLC | - |
| 36 | Tribune Broadcast Holdings, Inc. | 08-13222 [2] | Tribune Broadcasting Indianapolis, LLC | - |
| 37 | Tribune Broadcast Holdings, Inc. | 08-13222 [2] | KRCW, LLC | 417,715 |
| 38 | Tribune Broadcast Holdings, Inc. | 08-13222 [2] | Tribune Broadcasting Company, LLC | - |
| 39 | Tribune Broadcasting Company | 08-13223 [2] | Tribune Broadcasting Company, LLC | 48,341,127 |
| 40 | Tribune Broadcasting Holdco, LLC (Tribune Company) | 08-13224 [2] | Tribune Broadcasting Company, LLC | - |
| 41 | Tribune California Properties, Inc. | 08-13226 [2] | Tribune Investments, LLC | - |
| 42 | Tribune Entertainment Company | 08-13228 [2] | Tribune Entertainment Company, LLC | 8,649,316 |
| 43 | Tribune Entertainment Production Company | 08-13229 [2] | Tribune Entertainment Company, LLC | - |
| 44 | Tribune Finance Service Center, Inc. | 08-13230 [2] | Tribune Investments, LLC | - |
| 45 | Tribune Finance, LLC (Tribune Company) | 08-13231 [2] | Tribune Investments, LLC | - |
| 46 | Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 [2] | Tribune ND, LLC | - |
| 47 | Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC | 7,995,037 |
| 48 | Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC | - |
| 49 | Tribune Network Holdings Company | 08-13237 [2] | Tribune Broadcasting Company, LLC | - |
| 50 | Tribune New York Newspaper Holdings, LLC (Trib) | 08-13238 [2] | Tribune ND, LLC | - |
| 51 | Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC | - |
| 52 | Tribune Television Company | 08-13241 | Tribune Broadcasting Hartford, LLC | 4,081,428 |
| 53 | Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC | 7,610,178 |
| 54 | Tribune Television Company | 08-13241 | KDAF, LLC | 1,872,567 |
| 55 | Tribune Television Company | 08-13241 | WPHL, LLC | 3,670,695 |
| 56 | Tribune Television Company | 08-13241 | WPMT, LLC | 1,573,223 |
| 57 | Tribune Television Holdings, Inc. | 08-13242 [2] | Tribune Broadcasting Company, LLC | - |
| 58 | Tribune Television Holdings, Inc. | 08-13242 [2] | Tribune Broadcasting Seattle, LLC | 3,296,145 |
| 59 | Tribune Television Holdings, Inc. | 08-13242 [2] | WXMI, LLC | 1,681,640 |
| 60 | Tribune Television New Orleans, Inc. | 08-13244 [2] | Tribune Television New Orleans, Inc. | 2,146,647 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Schedule of Disbursements by Reorganized Debtor (continued)
### For the Period December 29, 2014 through March 29, 2015

| Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|
| 61 Tribune Television Northwest, Inc. | 08-13245 [2] | Tribune Broadcasting Seattle, LLC | 1,159,372 |
| 62 WATL, LLC (Tribune Broadcasting Company) | 08-13249 [2] | Tribune Broadcasting Company, LLC | - |
| 63 WCWN LLC (WLVI Inc.) | 08-13250 [2] | Tribune Broadcasting Company, LLC | - |
| 64 WDCW Broadcasting, Inc. | 08-13251 [2] | WDCW, LLC | 554,641 |
| 65 WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC | 41,114,220 |
| 66 WLVI Inc. | 08-13253 [2] | Tribune Broadcasting Company, LLC | - |
| 67 WPIX, Inc. | 08-13254 | WPIX, LLC | 17,213,728 |
| 68 WTXX Inc. | 08-13255 [2] | Tribune Broadcasting Hartford, LLC | - |
| 69 Chicago National League Ball Club LLC | 09-13496 | Tribune CNLBC, LLC | - |
| | | | $ 774,288,395 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Supplemental Reorganized Debtor Disbursement Detail Schedule
### For the Period December 29, 2014 through March 29, 2015

| Consolidated Disbursement Detail | Amount Paid this Quarter |
|---|---|
| Plan Related Disbursements[1] | $ 0 |
| Bankruptcy Professional Fee Disbursements[2] | 0 |
| All Other Disbursements | 774,288,395 |
| **Total Disbursements[3]** | **$774,288,395** |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| --- | --- |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### Appendix A
### Debtors Listing[1]

| Company Legal Name | Case No. | Successor Entity |
| --- | --- | --- |
| Tribune Company | 08-13141 | Tribune Company |
| 435 Production Company | 08-13142 [2] | Tribune Entertainment Company, LLC |
| 5800 Sunset Production, Inc. | 08-13143 [2] | Tribune Entertainment Company, LLC |
| Candle Holdings Corporation | 08-13146 [2] | Tribune Investments, LLC |
| Channel 20, Inc. | 08-13147 [2] | Tribune Broadcasting Company, LLC |
| Channel 39, Inc. | 08-13148 [2] | WSFL, LLC |
| Channel 40, Inc. | 08-13149 [2] | KTXL, LLC |
| Chicago River Production Company | 08-13151 [2] | Tribune Entertainment Company, LLC |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | ChicagoLand Television News, LLC |
| Chicagoland Television News, Inc. | 08-13157 | ChicagoLand Television News, LLC |
| Distribution Systems of America, Inc. | 08-13161 [2] | Tribune ND, LLC |
| Eagle Publishing Investments, LLC | 08-13163 [2] | Tribune Investments, LLC |
| Fortify Holdings Corporation | 08-13167 [2] | Tribune Investments, LLC |
| GreenCo, Inc. | 08-13170 [2] | Tribune Investments, LLC |
| Hoy, LLC | 08-13175 [2] | Tribune ND, LLC |
| JuliusAir Company II, LLC | 08-13178 [2] | Tribune Investments, LLC |
| JuliusAir Company, LLC | 08-13179 [2] | Tribune Investments, LLC |
| KIAH Inc. | 08-13180 [2] | KIAH, LLC |
| KPLR, Inc. | 08-13181 [2] | KPLR, Inc. |
| KSWB Inc. | 08-13182 [2] | KSWB, LLC |
| KTLA Inc. | 08-13183 | KTLA, LLC |
| KWGN, Inc. | 08-13184 | KWGN, LLC |
| Magic T Music Publishing Company | 08-13188 [2] | Magic T Music Publishing Company, LLC |
| NBBF, LLC | 08-13189 [2] | NBBF, LLC |
| North Michigan Production Company | 08-13195 [2] | Tribune Entertainment Company, LLC |

---

[1] Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Media Company or have converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.

[2] Pursuant to the terms of the order outlined in Docket 14078 these cases have been closed effective March 16, 2015.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|---|
| Oak Brook Productions, Inc. | 08-13197 [2] | Oak Brook Productions, LLC |
| Shepard's Inc. | 08-13203 [2] | Tribune Investments, LLC |
| Star Community Publishing Group, LLC | 08-13206 | Tribune ND, LLC |
| The Other Company LLC | 08-13213 [2] | Tribune Broadcasting Company, LLC |
| Times Mirror Land and Timber Company | 08-13214 [2] | Tribune Investments, LLC |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 [2] | Tribune Investments, LLC |
| Times Mirror Services Company, Inc. | 08-13216 [2] | Tribune Investments, LLC |
| TMLH 2, Inc. | 08-13217 | The Hartford Courant Company, LLC |
| TMS Entertainment Guides, Inc. | 08-13219 [2] | Tribune Media Services, LLC |
| Tower Distribution Company | 08-13220 [2] | Tower Distribution Company, LLC |
| Towering T Music Publishing Company | 08-13221 [2] | Towering T Music Publishing Company, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 [2] | Tribune Broadcasting Indianapolis, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 [2] | KRCW, LLC |
| Tribune Broadcast Holdings, Inc. | 08-13222 [2] | Tribune Broadcasting Company, LLC |
| Tribune Broadcasting Company | 08-13223 [2] | Tribune Broadcasting Company, LLC |
| Tribune Broadcasting Holdco, LLC | 08-13224 [2] | Tribune Broadcasting Company, LLC |
| Tribune California Properties, Inc. | 08-13226 [2] | Tribune Investments, LLC |
| Tribune Entertainment Company | 08-13228 [2] | Tribune Entertainment Company, LLC |
| Tribune Entertainment Production Company | 08-13229 [2] | Tribune Entertainment Company, LLC |
| Tribune Finance Service Center, Inc. | 08-13230 [2] | Tribune Investments, LLC |
| Tribune Finance, LLC | 08-13231 [2] | Tribune Investments, LLC |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 [2] | Tribune ND, LLC |
| Tribune Media Services, Inc. | 08-13236 | Tribune Media Services, LLC |
| Tribune Network Holdings Company | 08-13237 [2] | Tribune Broadcasting Company, LLC |
| Tribune New York Newspaper Holdings, LLC | 08-13238 [2] | Tribune ND, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Company, LLC |
| Tribune Television Company | 08-13241 | Tribune Broadcasting Indianapolis, LLC |
| Tribune Television Company | 08-13241 | KDAF, LLC |
| Tribune Television Company | 08-13241 | WPHL, LLC |
| Tribune Television Company | 08-13241 | WPMT, LLC |
| Tribune Television Holdings, Inc. | 08-13242 [2] | Tribune Broadcasting Company, LLC |
| Tribune Television Holdings, Inc. | 08-13242 [2] | Tribune Broadcasting Seattle, LLC |
| Tribune Television Holdings, Inc. | 08-13242 [2] | WXMI, LLC |
| Tribune Television New Orleans, Inc. | 08-13244 [2] | Tribune Television New Orleans, Inc. |
| Tribune Television Northwest, Inc. | 08-13245 [2] | Tribune Broadcasting Seattle, LLC |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re:<br>TRIBUNE COMPANY, et al.<br>Reorganized Debtors | | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |
|---|---|---|
| ValuMail, Inc. | 08-13246 | The Hartford Courant Company, LLC |
| WATL, LLC | 08-13249 [2] | Tribune Broadcasting Company, LLC |
| WCWN LLC | 08-13250 [2] | Tribune Broadcasting Company, LLC |
| WDCW Broadcasting, Inc. | 08-13251 [2] | WDCW, LLC |
| WGN Continental Broadcasting Company | 08-13252 | WGN Continental Broadcasting Company, LLC |
| WLVI Inc. | 08-13253 [2] | Tribune Broadcasting Company, LLC |
| WPIX, Inc. | 08-13254 | WPIX, LLC |
| WCCT Inc. | 08-13255 [2] | Tribune Broadcasting Hartford, LLC |
| Tribune CNLBC, LLC | 09-13496 | Tribune CNLBC, LLC |