## EXHIBIT B

## Settlement Approval Order

46429/0001-11818002V1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

)
IN RE LITERARY WORKS IN ELECTRONIC     )     MDL No. 1379
DATABASES COPYRIGHT LITIGATION        )
)

## ▰▰▰▰▰▰ ORDER GRANTING FINAL APPROVAL OF
## REVISED PROPOSED SETTLEMENT
## AND FINAL JUDGMENT



This matter is before the Court pursuant to the motion of plaintiffs in the above-captioned

action ("Action") for final approval of a revised proposed class action settlement that plaintiffs

reached with defendants The Dialog Corporation, now known as Dialog, LLC, Dow Jones &

Company, Inc., Dow Jones Reuters Business Interactive, LLC, now known as Factiva, LLC, a

wholly owned subsidiary of Dow Jones & Company, Inc., EBSCO Industries, Inc., The Gale

Group Inc., now known as Cengage Learning, Inc., Knight-Ridder, Inc., predecessor in interest

to The McClatchy Company, Knight Ridder Digital, now known as McClatchy Interactive West,

Mediastream, Inc., Newsbank, Inc., The New York Times Company, ProQuest Company, now

known as Voyager Learning Company, ProQuest Information and Learning Company, now

known as ProQuest Information and Learning, LLC, Reed Elsevier Inc., The Thomson

Corporation, now known as The Thomson Reuters Corporation, The Copley Press, Inc., and

West Publishing Corporation d/b/a West Group, and with the non-party "Participating

Publishers" listed in Exhibit A to the parties' Revised Settlement Agreement dated as of

November 13, 2013 ("Agreement"). (Defendants and the Participating Publishers shall be

referred to herein as the "Defense Group.") Having read and considered the Agreement, and

having held a hearing on the fairness of the revised proposed settlement, at which objectors to

the settlement could appear, and based upon familiarity with the files and proceedings in this

matter, and with all defined terms herein having the meanings set forth in the Agreement, the

Court finds that:

1.      The Court preliminarily approved the Agreement by its Order Granting

Preliminary Approval Of Revised Proposed Class Action Settlement, dated January 22, 2014

("Preliminary Approval Order").

2.      Notice of the revised proposed settlement has been timely disseminated in

accordance with the terms of the Preliminary Approval Order. Such notice was the best

practicable notice under the circumstances, and satisfies the requirements of Rule 23 of the

Federal Rules of Civil Procedure.

3.      The issues as to liability and remedies in the Action are issues as to which there

are substantial grounds for difference of opinion, and the proposed settlement of the Action

constitutes a resolution of those issues that is fair, reasonable and adequate to the members of the

Class certified herein.

Accordingly, it is hereby

ORDERED as follows:

4.      The Agreement is approved as fair, reasonable, and adequate pursuant to Rule 23

of the Federal Rules of Civil Procedure and in the best interest of the Class, and the parties are

directed to consummate the Agreement in accordance with its terms.

5.      The following Class (the "Class"), provisionally certified in the Preliminary

Approval Order, is now finally certified for purposes of this settlement only:

> All persons who, individually or jointly, own a copyright under the
> United States copyright laws in an English language literary work
> that has been reproduced, displayed, adapted, licensed, sold and/or
> distributed in any electronic or digital format, without the person's
> express authorization by a member of the Defense Group or any
> member's subsidiaries, affiliates, or licensees (a) at any time on or

after August 15, 1997 (regardless of when the work first appeared
in an electronic database) or (b) that remained in circulation after
August 15, 1997, even if licensed prior thereto, including English
language works qualifying for U. S. copyright protection under an
international treaty (hereinafter "Subject Work"). Notwithstanding
anything in the immediately preceding sentence to the contrary, a
copyrighted work created prior to January 1, 1978, is a Subject
Work only if it (a) has been electronically or digitally reproduced,
displayed, adapted, licensed, sold and/or distributed by a
Participating Publisher without the person's express authorization,
and (b) is from a publication whose pre-1978 works have not been
excluded from this settlement, as indicated on Exhibit A to the
Agreement. Included in the Class are all copyright owners of
Subject Works who, after June 25, 2001, responded to The New
York Times Company's Restoration Request website or print
advertisements.

The Court also makes final its previously provisional certification of the Subclasses, consisting

of all members of the Class to the extent that they own copyrights in Category A and B works

("A/B Subclass") and all members of the Class to the extent that they own copyrights in

Category C Subject Works ("C Subclass"). The Court finds that (a) the Class and Subclasses are

so numerous that joinder of all members is impracticable; (b) there are questions of law and fact

common to the Class and Subclasses; (c) the claims of the A/B Plaintiffs are typical of the claims

of the A/B Subclass, and the claims of the C Plaintiffs are typical of the claims of the C

Subclass, and therefore the claims of the Representative Plaintiffs as a whole are typical of the

claims of the Class as a whole; (d) the Representative Plaintiffs and their counsel have fairly and

adequately protected and will fairly and adequately protect the interests of the Class and

Subclasses; (e) common questions of law and fact predominate over questions affecting only

individual members of the Class and Subclasses, and a class action is superior to other available

methods for the fair and efficient adjudication of the controversy.

      6.      The Action is hereby dismissed, with prejudice and without costs.

7.      The releases contained in the Agreement are hereby effective, with the following provision: No claims shall be released with respect to works published in scientific or research-based medical journals.

8.      There is no just reason for delay, and the judgment of dismissal with prejudice as to defendants shall be final.

9.      The Agreement and any proceedings taken pursuant thereto are not, and should not in any event be: (a) offered or received as evidence of a presumption, concession or admission by any Released Party of any fact or matter; or (b) offered or received as evidence of a presumption, concession or admission of any liability, fault, wrongdoing or other dereliction of duty, or (except with written consent of the Released Party) in any way referred to for any reason in the Action, or in any other civil, criminal, bankruptcy, or administrative action or proceeding; provided, however, that reference may be made to the Agreement in such proceedings as may be necessary to effectuate the provisions of the Agreement.

10.     Consummation of the revised settlement shall proceed as described in the Agreement, and the Court hereby reserves jurisdiction over the subject matter and as to each party to the Agreement with respect to the interpretation, effectuation, and implementation of the Agreement for all purposes, including enforcement of any of the terms hereof at the instance of any party and resolution of any disputes that may arise relating in any way to, or arising from, the implementation of the Agreement or the implementation of this Order.

11.     Attached hereto is a list of persons who timely excluded themselves from the Class and revised settlement. Those persons are not bound by any term of the Agreement or this Order.

12.    Pursuant to the terms hereof, final judgment shall be entered as provided herein.

DATED this _____ day of _____, 2014.

JUN 10 2014

_Geauge B. Daniels_
The Honorable George B. Daniels
United States District Judge

Exclusions

| Count | Name | Count | Name |
|---|---|---|---|
| 1 | ADELE LANG | 44 | BETTY DYKE |
| 2 | ADELE WOODYARD | 45 | BETTY JANE WYLIE |
| 3 | ALAN CUMYN | 46 | BEVERLY AKERMAN |
| 4 | ALAN DIPERNA | 47 | BEVERLY BIDERMAN |
| 5 | ALEX ROSLIN | 48 | BEVERLY CLINE |
| 6 | ALEXANDRA BRETT | 49 | BILL FREEMAN |
| 7 | ALICE M. CHAPIN | 50 | BILL TEMPLEMAN |
| 8 | ALISON LOHANS | 51 | BIRK SPROXTON |
| 9 | AMANDA STRONG | 52 | BOBBIE BLYTHE |
| 10 | AMBUJA ROSEN | 53 | BRENDAN M IRELAND |
| 11 | AMY PEARE | 54 | BRIAN BRENNAN |
| 12 | AMY ROSE | 55 | BRIAN BRETT |
| 13 | ANDREA MUDRY | 56 | BRIAN EVANS COOPER |
| 14 | ANDREAS SCHROEDER | 57 | BRIAN LATTIN |
| 15 | ANDREW ALLENTUCK | 58 | BRUCE  LEDEWITZ |
| 16 | ANDREW IRVINE | 59 | BRUCE BISHOP |
| 17 | ANIA SZADO | 60 | BRUCE GILLESPIE |
| 18 | ANN CHANDLER | 61 | BRUCE GOLDBERG |
| 19 | ANN CHARNEY | 62 | BRUCE WILSON |
| 20 | ANN DIAMOND | 63 | CAMERON YOUNG |
| 21 | ANN WALSH | 64 | CARLLENE MAREK |
| 22 | ANNABEL LYON | 65 | CAROL GIANGRANDE |
| 23 | ANNE FAIRLEY | 66 | CAROL KRENZ |
| 24 | ANNE MONTAGNES | 67 | CAROLINE PARRY |
| 25 | ANNE PUGH | 68 | CAROLINE WALKER |
| 26 | ANSEL ASSOCIATES, INC. | 69 | CATHERIN DYBIEC HOLM |
| 27 | ANTHONY DEBARTOLO | 70 | CATHERINE COCCHIO |
| 28 | ARLENE  WILLIAMS | 71 | CELIA GODKIN |
| 29 | ARMIN WEIBE | 72 | CHARLA JONES |
| 30 | ARTHUR BRAY | 73 | CHARLES PATTERSON |
| 31 | AUBREY DAVIS | 74 | CHARMIAN CHRISTIE |
| 32 | AURTHUR (ART) MONTAGUE | 75 | CHESTER FINN |
| 33 | BADI@BADIOZAMANI.COM | 76 | CHRIS TURNER |
| 34 | BARB KROLL | 77 | CHRISTENA  BLEDSOE |
| 35 | BARBARA ADAMSKI | 78 | CHRISTINE  AMMER |
| 36 | BARBARA GRAHAM | 79 | CHRISTINE NILES |
| 37 | BARBARA HUTTMANN | 80 | CHRISTOPHER MOORE |
| 38 | BARBARA M. LAPATINE KATCHER | 81 | CHRISTOPHER P BAKER |
| 39 | BARBARA WILLIAMS | 82 | CIRIAN DRIVER |
| 40 | BARRY LAZAR | 83 | CLAUDE LALUMIERE |
| 41 | BARRY NELSON | 84 | CLEO PASKAL |
| 42 | BEN CLASEN | 85 | CLINTON RICHMOND |
| 43 | BESS KAPLAN | 86 | COLETTE VAN HAAREN |

| | | | |
|---|---|---|---|
| 87 | CONNIE ADAIR | 132 | EDWARD LEE |
| 88 | CONSTANCE YOUNG | 133 | EDWARD ROEDER |
| 89 | COOK AND COMPANY | 134 | ELAINE KALMAN NAVES |
| 90 | CORNWELL ENTERPRISES, INC. | 135 | ELAINE SHATENSTEIN |
| 91 | CRAIG SILVERMAN | 136 | ELIZABETH ABBOTT |
| 92 | CYNTHIA A CONLEY | 137 | ELIZABETH CUNNINGHAM |
| 93 | DALE KERR | 138 | ELIZABETH SCOTT |
| 94 | DANNY KUCHARSKY | 139 | ELLE ANDRA-WARNER |
| 95 | DARRELL GUDMUNDSON | 140 | ELLEN D'ARCY |
| 96 | DAVE MARGOSHES | 141 | ELLEN-JOAN  WAGNER |
| 97 | DAVID BERCUSON | 142 | EMRU TOWNSEND |
| 98 | DAVID BIRD | 143 | ERATO SAHAPOGLU |
| 99 | DAVID C. RUBIN | 144 | ERNA PARIS |
| 100 | DAVID DOBRIN | 145 | EVA STACHNIAK |
| 101 | DAVID HAYES | 146 | EVE DROBOT |
| 102 | DAVID HELWIG | 147 | EVE KRAKOW |
| 103 | DAVID HOMEL | 148 | EVIL EYE, LLC |
| 104 | DAVID KOULACK | 149 | FLORENCE WEEKES |
| 105 | DAVID ROBINSON | 150 | FRAN  PODULKA |
| 106 | DAVID SEICHKO | 151 | FRANCES BACKHOUSE |
| 107 | DAVID T MCNAB | 152 | FRANCES ITANI |
| 108 | DEBBIE GAMBLE-ARSENAULT | 153 | FRANCIS HAMMIT |
| 109 | DEBORAH CARR | 154 | FRANKLIN E. ZIMRING |
| 110 | DEBRA LETCHWORTH | 155 | FREDRICK REA OKEEFE |
| 111 | DECARLA LIVERS | 156 | GARY NELSON |
| 112 | DENNIS FOON | 157 | GARY SUTORIUS |
| 113 | DENNIS SMITH | 158 | GEORGE A MATIASZ |
| 114 | DEREK LUNDY | 159 | GEORGE JONAS |
| 115 | DERRYL MURPHY | 160 | GERALD HANNON |
| 116 | DESMOND KENNEDY | 161 | GERALD JOHN BART |
| 117 | DIANE BAKER MASON | 162 | GERALD L. WARREN |
| 118 | DIANE K. SHAH | 163 | GERRY SHIKATANI |
| 119 | DICK BOWEN | 164 | GILLIAN CHAN |
| 120 | DON MEREDITH | 165 | GLORIA VARLEY |
| 121 | DON SUMMERHAYES | 166 | GORDON GRAHAM |
| 122 | DONALD H. PARKER | 167 | GRAEME GIBSON |
| 123 | DONNA MCMAHON | 168 | GRANT GULOVSON |
| 124 | DOREEN PENDRACS | 169 | GREG GATENBY |
| 125 | DOROTHY PEDERSEN | 170 | GREG HOLLINGSHEAD |
| 126 | DOUG SYMONS | 171 | GREG JACKSON-DAVIS |
| 127 | DOUGLAS LINTULA | 172 | GREGORY COOK |
| 128 | DOUGLAS SMYTH | 173 | GREGORY FRANKSON |
| 129 | E RUSSELL SMITH | 174 | HARLAN ELLISON |
| 130 | EDWARD HOUSBROUCK | 175 | HEATHER MALLICK |
| 131 | EDWARD L MARK | 176 | HEATHER MENZIES |

| | | | | |
|---|---|---|---|---|
| 177 | HEATHER PENGELLEY | | 222 | JOANNE MILLER |
| 178 | HEATHER ROBERTSON | | 223 | JOEL YANOFSKY |
| 179 | HELEN MARGARET WILKIE | | 224 | JOHANNA BERTIN |
| 180 | HELENA KATZ | | 225 | JOHN BART GERALD |
| 181 | HENRY D. MCCOY II | | 226 | JOHN COURT |
| 182 | HONOURABLE PAT CARNEY, PC | | 227 | JOHN GARDNER |
| 183 | HYLA FOX | | 228 | JOHN GILMORE |
| 184 | IAN MARSHMAN | | 229 | JOHN HARRIS |
| 185 | IRENE DAVIS | | 230 | JOHN RATHER |
| 186 | IRIS NOWELL | | 231 | JOHN ROBERT COLOMBO |
| 187 | JACQUELINE LOUIE | | 232 | JOHN SEWELL |
| 188 | JAMES  RICHARDSON | | 233 | JOHN SMITH |
| 189 | JAMES (JIM) LITTLE | | 234 | JON H. GUTMACHER |
| 190 | JAMES E LUKASZEWSKI | | 235 | JON LONOFF |
| 191 | JAMES LORIMER | | 236 | JONATHAN  BARON |
| 192 | JAMES MCNAMEE | | 237 | JOSEPH G. ANSEL, JR. |
| 193 | JAMES RAFFAN | | 238 | JOSH FREED |
| 194 | JAMES SMEDLEY | | 239 | JOYCE SLOBOGIAN |
| 195 | JAN  FRAZIER | | 240 | JUDITH DAVIDSEN |
| 196 | JAN PURNELL | | 241 | JUDITH ROBINSON |
| 197 | JANE LIND | | 242 | JUDITH WINE |
| 198 | JANET MONEY | | 243 | JUDY WAYTIUK |
| 199 | JANICE MACDONALD | | 244 | JULIA MATUSKY |
| 200 | JANIS RAPOPORT | | 245 | JULIA STEINECKE |
| 201 | JARED MITCHELL | | 246 | JULIE FERGUSON |
| 202 | JEANNE GARDE | | 247 | JULIE GEDEON |
| 203 | JEANNE SAWYER | | 248 | JULIE GOLDSMITH |
| 204 | JEANNETTE TIMMERMAN | | 249 | JULIE KEITH |
| 205 | JEFF BRADLEY | | 250 | JUNE CALLWOOD |
| 206 | JEFF CARRUTHERS | | 251 | KAREN FONG DESIGN |
| 207 | JEFF DEWSBURY | | 252 | KAREN HORCHER |
| 208 | JEFFREY DA PONSFORD | | 253 | KARLA  MASSEY |
| 209 | JENNIFER HAYDEN | | 254 | KARLA BAXTER |
| 210 | JERRARD GAERTNER | | 255 | KATHE LIEBER |
| 211 | JERRY AMERNIC | | 256 | KATHLEEN CAMPBELL |
| 212 | JILL HERBERT | | 257 | KATHLEEN TEILLET |
| 213 | JIM  HOUGAN | | 258 | KATHLYN HORIBE |
| 214 | JIM POLING | | 259 | KATHRYN BRIDGE |
| 215 | JIM SALT | | 260 | KATHRYN GARDNER |
| 216 | JIM STEINHART | | 261 | KEECH, JILL |
| 217 | JIM WILKIE | | 262 | KEITH GAREBIAN |
| 218 | JOAN RZADKIEWICZ | | 263 | KEN GARBER |
| 219 | JOAN THOMAS | | 264 | KEN WACHSBERGER |
| 220 | JOANNE  SIEGEL | | 265 | KENNETH MCGOOGAN |
| 221 | JOANNE CARNEGIE | | 266 | KENNETH P. KELLEHER |

| 267 | KENNETH TESSIS | 312 | MARIA COLETTA MCLEAN |
|---|---|---|---|
| 268 | KEVIN BAKER | 313 | MARIANNE JONES |
| 269 | KEVIN MURPHY | 314 | MARILYN TOBIAS |
| 270 | KIM ARNOTT | 315 | MARJO JOHNE |
| 271 | KIM GOLDBERG | 316 | MARK ARI |
| 272 | KIM MALTMAN | 317 | MARK ABLEY |
| 273 | KITTY POWELL | 318 | MARK BRENNEMAN |
| 274 | KYM WOLFE | 319 | MARK FRUTKIN |
| 275 | LAKE SAGARIS | 320 | MARK KEARNEY |
| 276 | LAURA LARSON | 321 | MARK MILLER |
| 277 | LAURA KINIRY | 322 | MARK ZUEHLKE |
| 278 | LAURA RAMSAY | 323 | MARTIN DANSKY |
| 279 | LAUREN GOLDMAN MARSHALL | 324 | MARTIN FRIEDLAND |
| 280 | LEE GAILLARD | 325 | MARTIN O'MALLEY |
| 281 | LEICH STROTHER-VIEN | 326 | MARVIN ROSS |
| 282 | LEON FLEMING | 327 | MARY ALICE DOWNIE |
| 283 | LEON CHUN | 328 | MARY ANN SIMPKINS |
| 284 | LESLIE BRUNETTA | 329 | MARY MCGUIRE |
| 285 | LESLIE KRUEGER | 330 | MARY NOVIK |
| 286 | LILLIAN NATTEL | 331 | MARY ROTH |
| 287 | LINDA LAPPIN | 332 | MARY SODERSTROM |
| 288 | LINDA A TAYLOR | 333 | MATT KANE |
| 289 | LINDA LEITH | 334 | MATTHEW WARNER |
| 290 | LINDA P. SANDIFER | 335 | MAURICE DURHAM |
| 291 | LISA BENDALL | 336 | MAX BURNS |
| 292 | LIZ WARWICK | 337 | MAY NICKERSON WALLACE |
| 293 | LORNA B. HALPER | 338 | MEGAN CHANCE |
| 294 | LORRAINE PEDRETTI | 339 | MERRILY WEISBORD |
| 295 | LORRAINE C. SMITH | 340 | MICHAEL (MIKE) REGENSTREIF |
| 296 | LOUISE ABBOTT | 341 | MICHAEL BARNES |
| 297 | LUCIE YOUNG | 342 | MICHAEL BAWTREE |
| 298 | LUCY IZON | 343 | MICHAEL KRAUSS |
| 299 | LUIGI BENETTON | 344 | MICHAEL LAYLAND |
| 300 | LYNN COADY | 345 | MICHAEL MIROLLA |
| 301 | LYNN M. LOPUCKI | 346 | MICHEAL OREILLY |
| 302 | LYNNE BOWEN | 347 | MIKE COTTINGHAM |
| 303 | M PITON | 348 | MILES J LAMBERT |
| 304 | MADELEINE THEIN | 349 | MILLY CHARON |
| 305 | MAGGIE HELWIG | 350 | MIRYAM WILLIAMSON |
| 306 | MARAEL JOHNSON | 351 | MODEAN MOON |
| 307 | MARANDA MOSES | 352 | MOHD AZIZULRRAHMAN |
| 308 | MARCY GOLDMAN | 353 | MOORE MAURINE |
| 309 | MARGARET ANNE FEHR | 354 | MORASH GORDON |
| 310 | MARGO PFEIFF | 355 | MR. JOHN QUBTI |
| 311 | MARGUERITE ALEXANDER | 356 | MUSAH YAKUBU |

4

| | | | |
|---|---|---|---|
| 357 | NADINE NARDI DAVIDSON | 402 | RHODRICK HARDEN |
| 358 | NALANI WARRIAR | 403 | RICHARD  WHEELER |
| 359 | NANCY  GARDEN | 404 | RICHARD BURNETT |
| 360 | NANCY RIHAKOVA | 405 | RICHARD CUMYN |
| 361 | NANCY WICKWIRE FRASER | 406 | RICHARD G. GRANT |
| 362 | NAOMI MALLOVY | 407 | RICHARD MOROCHOVE |
| 363 | NEIL CAPLAN | 408 | RICHARD PRICE |
| 364 | NICHOLAS JENNINGS | 409 | RICHARD THERRIEN |
| 365 | NORA ABERCROMBIE | 410 | RICHARD WALLMEYER |
| 366 | NORA UNDERWOOD | 411 | RICK JAMES |
| 367 | NORDAHL FLAKSTAD | 412 | RIP RENSE |
| 368 | NORMAN BERDICHESKY | 413 | RITA DONOVAN |
| 369 | NORMAN DOIDGE | 414 | ROBERT COLLINS |
| 370 | PAM BLACKSTONE | 415 | ROBERT LIPPMAN |
| 371 | PAM WINTERS | 416 | ROBERT SANDIFORD |
| 372 | PAMELA D JACOBSEN | 417 | ROBERT SAWYER |
| 373 | PAOLO PONTONIERE | 418 | ROBIN (ROBERT) NEILL |
| 374 | PAT TEGTMEIER | 419 | ROBIN PICKERING |
| 375 | PATRICIA CORNWELL | 420 | ROBIN QUINN |
| 376 | PATRICIA ROBERTSON | 421 | ROBYN SARAH (BELKIN) |
| 377 | PAUL  KUTTNER | 422 | ROGER K. LEWIS |
| 378 | PAULA WILD | 423 | RON BROWN |
| 379 | PAULETTE BOURGEOIS | 424 | RON KROLL |
| 380 | PAULINE CABOULI | 425 | RONALD MENDELL |
| 381 | PAULINE CAREY | 426 | ROO BORSON |
| 382 | PAULINE CLIFT | 427 | RUSSELL WHITNEY |
| 383 | PAULINE GUETTA | 428 | RUTH ROACH PIERSON |
| 384 | PAULINE HOLDSTOCK | 429 | SAMUEL MORISON |
| 385 | PAULO DA COSTA | 430 | SANDRA BERNSTEIN |
| 386 | PENNY KOME | 431 | SANDRA MARTIN |
| 387 | PERI PHILLIPS MCQUAY | 432 | SANDY WOLOFSKY |
| 388 | PETER FERGUS-MOORE | 433 | SANNA  STANLEY |
| 389 | PETER MCFARLANE | 434 | SARAH LOLLEY |
| 390 | PETER MITHAM | 435 | SARAH SHEARD |
| 391 | PETER TAYLOR | 436 | SCOTT  RAYMOND |
| 392 | PHILIP MOSCOVITCH | 437 | SCOTT INNISS |
| 393 | PHILLIP  JOHNSON | 438 | SCOTT MUNROE |
| 394 | PHILLIP SZPORPER | 439 | SEAN RYAN |
| 395 | PHILLIPA RISPIN | 440 | SHANNON COWAN |
| 396 | PHYLLIS MCGUIRE | 441 | SHARI SYMONS |
| 397 | PJ (ROBERT) REECE | 442 | SHERI  SANDERSON |
| 398 | PLUME | 443 | SHIRLEY KWAN |
| 399 | PRAVIN RAWAL | 444 | SHIRLEY P. SCHWARZROCK |
| 400 | REV DR F MARK MEALING | 445 | SID MARTY |
| 401 | REV ELIAH MAUZA | 446 | SID TAFLER |

| | | | | |
|---|---|---|---|---|
| 447 | SPM, INC | | 475 | TED J. BIGGERSTAFF |
| 448 | STAN SAUERWEIN | | 476 | TERRY MCMILLAN |
| 449 | STEPHANIE O'HANLEY | | 477 | TESSA BRIDGWATER |
| 450 | STEPHANIE SAUL | | 478 | THE KILIMANJARO CORPORATON |
| 451 | STEPHEN FRASER | | 479 | THELMA BARER-STEIN |
| 452 | STEPHEN HENINGHAN | | 480 | THEODORE  CASTILLO |
| 453 | STEPHEN LEAHY | | 481 | THEODORE J GAILLARD |
| 454 | STEVE  ALLEN | | 482 | THOMAS DOYLE |
| 455 | STEVE MARTINI | | 483 | TIM FALCONER |
| 456 | STEVE PRIDGEON | | 484 | TIM SCHNETTLER |
| 457 | STEVE TURNER | | 485 | TIMOTHY PERRIN |
| 458 | STEVEN GILL | | 486 | TIMOTHY SCHNETTLER |
| 459 | STUART ROBERTSON | | 487 | TOM CARTER |
| 460 | SUE KATZ | | 488 | TRACEY ARIAL |
| 461 | SUE LEBRECHT | | 489 | TREVOR FERGUSON |
| 462 | SUSAN  BRENNAN | | 490 | TRUDI DOWN |
| 463 | SUSAN COLL | | 491 | VALARIE POULIN |
| 464 | SUSAN CREAN | | 492 | W BRIAN STEWART |
| 465 | SUSAN E DAVIS | | 493 | WADE SPEES |
| 466 | SUSAN FARLOW | | 494 | WAYNE  BERNHARDSON |
| 467 | SUSAN KANE | | 495 | WELWYN WILTON KATZ |
| 468 | SUSAN LEE CIVIL-BROWN | | 496 | WENDY DUDLEY |
| 469 | SUZANNE BOLES | | 497 | WILLAIM (PAUL) ANDERSON |
| 470 | SYLVIA LEE | | 498 | WILLIAM A. MCKENZIE |
| 471 | SYLVIA MCNICOLL | | 499 | WILLIAM CHRISTIAN |
| 472 | T.F. (TERRANCE FREDERICK) RIGELHOF | | 500 | WILLIAM R. MCCANTS |
| 473 | TAMARA BERNSTEIN | | 501 | WINTHROP  WETHERBEE |
| 474 | TAMMY HANSEN | | 502 | YENCHING LIEW |