**PROPOSED ORDER**

46429/0001-11818002V1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company)<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Related to Docket No. ____ |

**ORDER SUSTAINING REORGANIZED DEBTORS' SEVENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1**

**("LITERARY WORKS CLAIMS")**

Upon consideration of the Reorganized Debtors' Seventy-Fourth Omnibus (Substantive) Objection to Claims, by which the Reorganized Debtors[2] request entry of an order pursuant to sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-1, (i) disallowing in full and expunging the Literary Works Claims set forth on Exhibit A; and (ii) directing the Claims Agent to modify the Literary Works Claims on the Claims Register; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of this Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

ORDERED each of the Literary Works Claims set forth on <u>Exhibit A</u> hereto shall be disallowed and expunged; and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

## EXHIBIT A

### Literary Works Claims

TRIBUNE MEDIA COMPANY, ET AL.

OMNIBUS OBJECTION 74: EXHIBIT A – LITERARY WORKS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | 08-13185 | Los Angeles Times Communications LLC | 5/15/2009 | 2844 | $4,691.25 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 2 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13211 | The Hartford Courant Company | 5/18/2009 | 2881 | $102.25 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 3 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13209 | The Baltimore Sun Company | 5/18/2009 | 2882 | $1,519.94 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 4 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13187 | Los Angeles Times Newspapers, Inc. | 5/18/2009 | 2883 | $105.75 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 5 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13153 | Chicago Tribune Newspapers, Inc. | 5/18/2009 | 2884 | $95.15 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 6 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13198 | Orlando Sentinel Communications Company | 5/18/2009 | 2885 | $2,092.75 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 7 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13187 | Los Angeles Times Newspapers, Inc. | 6/9/2009 | 4129 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 8 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13185 | Los Angeles Times Communications LLC | 6/9/2009 | 4130 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE MEDIA COMPANY, ET AL.

OMNIBUS OBJECTION 74: EXHIBIT A – LITERARY WORKS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GARSON, BARBARA 463 WEST STREET APT 1108 NEW YORK, NY 10014 | 08-13144 | Baltimore Newspaper Networks, Inc. | 6/9/2009 | 4131 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 10 | GARSON, BARBARA 463 WEST STREET APT 1108 NEW YORK, NY 10014 | 08-13209 | The Baltimore Sun Company | 6/9/2009 | 4132 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 11 | ROSSI, DOUGLAS A & PAULA 38 SHERIDAN STREET HUNTINGTON, NY 11743 | | No Debtor Asserted | 5/4/2009 | 2278 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 12 | RUSSIS, MARTHA 2817 KNOLLWOOD GLENVIEW, IL 60025 | 08-13154 | Chicago Tribune Press Service, Inc. | 6/12/2009 | 5623 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 13 | RUSSIS, MARTHA 2817 KNOLLWOOD GLENVIEW, IL 60025 | 08-13153 | Chicago Tribune Newspapers, Inc. | 6/12/2009 | 5624 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 14 | RUSSIS, MARTHA 2817 KNOLLWOOD GLENVIEW, IL 60025 | 08-13141 | Tribune Company | 6/12/2009 | 5625 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 15 | RUSSIS, MARTHA 2817 KNOLLWOOD GLENVIEW, IL 60025 | 08-13152 | Chicago Tribune Company | 6/12/2009 | 5626 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| | | | | | Total | $400,612.09* | |

* - Indicates claim contains unliquidated and/or undetermined amounts