<u>**Exhibit B**</u>

**Electronic Docket**
**Haas-Navarro v. Nostrand Properties, LLC (Index No. 19670/2010) and**
**Nostrand Properties LLC v. Star Community Publishing Group, LLC (Index No. 75992/2010)**



# New York State Unified Court System

## WebCivil Supreme - Case Detail

Add to eTrack

| | |
|---|---|
| Court: | **Kings Civil Supreme** |
| Index Number: | **019670/2010** |
| Case Name: | **NAVARRO,DIANE HAAS vs. NOSTRAND PROPERTIES, LLC** |
| Case Type: | **Other Torts Negligence** |
| Track: | **Standard** |
| RJI Filed: | **12/01/2010** |
| Date NOI Due: | **12/01/2011** |
| NOI Filed: | |
| Disposition Date: | **09/15/2011** |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **MARTIN M SOLOMON (PT. 38)** |

Attorney/Firm For Plaintiff:
**JAGHAB,JAGHAB & JAGHAB, P.C.**       Attorney Type: **Attorney Of Record**   Atty. Status: **Active**
**176 MINEOLA BOULEVARD**
**MINEOLA, NEW YORK 11501**
**516-747-8830**

Attorney/Firm For Defendant:
**KAUFMAN,BORGEEST & RYAN**       Attorney Type: **Attorney Of Record**   Atty. Status: **Active**
**200 SUMMIT LAKE DRIVE**
**VALHALLA, NEW YORK 10595**
**914 741-6100**

**NICHOLAS GOODMAN & ASSOCIATES**       Attorney Type: **Attorney Of Record**   Atty. Status: **Active**
**30 W. 22ND STREET, STE. 2E**
**NEW YORK, NY 10010**
**(212) 227-9003**

Close    Show Appearances



# New York State Unified Court System

## WebCivil Supreme - Case Detail

Add to eTrack

| | |
|---|---|
| Court: | **Kings Civil Supreme** |
| Index Number: | **019670/2010** |
| Case Name: | **NAVARRO,DIANE HAAS vs. NOSTRAND PROPERTIES, LLC** |
| Case Type: | **Other Torts Negligence** |
| Track: | **Standard** |
| RJI Filed: | **12/01/2010** |
| Date NOI Due: | **12/01/2011** |
| NOI Filed: | |
| Disposition Date: | **09/15/2011** |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **MARTIN M SOLOMON (PT. 38)** |

Attorney/Firm For Plaintiff:
**JAGHAB,JAGHAB & JAGHAB, P.C.**    Attorney Type: **Attorney Of Record**    Atty. Status: **Active**
**176 MINEOLA BOULEVARD**
**MINEOLA, NEW YORK 11501**
**516-747-8830**

Attorney/Firm For Defendant:
**KAUFMAN,BORGEEST & RYAN**    Attorney Type: **Attorney Of Record**    Atty. Status: **Active**
**200 SUMMIT LAKE DRIVE**
**VALHALLA, NEW YORK 10595**
**914 741-6100**

**NICHOLAS GOODMAN & ASSOCIATES**    Attorney Type: **Attorney Of Record**    Atty. Status: **Active**
**30 W. 22ND STREET, STE. 2E**
**NEW YORK, NY 10010**
**(212) 227-9003**

Close    Show Appearances