# **PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Reorganized Debtors. | Related to Docket No. ____ |

**ORDER SUSTAINING REORGANIZED DEBTORS' OBJECTION TO CLAIM NO.
6771 OF NOSTRAND PROPERTIES LLC PURSUANT TO SECTIONS 502(b) AND 558
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3001, 3003, AND 3007**

Upon consideration of the Reorganized Debtors' Objection to Claim No. 6771 of

Nostrand Properties LLC (the "Objection"),[2] by which the Reorganized Debtors request entry of

an order pursuant to sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules

3001, 3003, and 3007 disallowing and expunging the Nostrand Properties Claim; and upon

consideration of the Objection and the Nostrand Properties Claim; and it appearing that the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate

notice of this Objection having been given under the circumstances; and sufficient cause

appearing therefor; it is hereby

ORDERED, that the Objection is sustained; and it is further

ORDERED, that the Nostrand Properties Claim, being Claim No. 6771, is hereby

disallowed and expunged in its entirety; and it is further

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Objection.

46429/0001-11841079v1

ORDERED, that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED, that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2015

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge