IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

PLEASE TAKE NOTICE that in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, Edward Arnett "Eddie" Johnson hereby withdraws his proof of claim, numbered as Claim No. 2592 by the Bankruptcy Court-appointed claims agent, filed on or about May 8, 2009 against Chicago Tribune Company (n/k/a Chicago Tribune Company, LLC), a debtor in the above-captioned chapter 11 cases, with prejudice.

DATED: June 18, 2015        By: _____
Robert H. Rosenfeld
ROBERT H. ROSENELD & ASSOCIATES
6703 N. Cicero Avenue
Lincolnwood, IL 60712
Phone: (847) 677-3500

ATTORNEY FOR EDWARD ARNETT
"EDDIE" JOHNSON

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.