# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>                       Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket No. 14093**<br>**Hearing Date: July 28, 2015 at 10:00 a.m. ET**<br>**Response Deadline: July 21, 2015 at 4:00 p.m. ET** |

## SUPPLEMENTAL NOTICE OF REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 3031 OF ANTHONY LAMANTIA PURSUANT TO SECTIONS 502(b) AND 558 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3001, 3003, AND 3007

To:   Counsel for Anthony LaMantia

     PLEASE TAKE NOTICE that, on May 8, 2015, the reorganized debtors in the above-captioned chapter 11 cases (the "Reorganized Debtors") filed the **Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007** (the "Objection") which seeks entry of an order disallowing in full and expunging Claim No. 3031 in its entirety for the reasons set forth in the Objection.

     PLEASE TAKE FURTHER NOTICE that the Objection was served on May 8, 2015 on counsel for Mr. LaMantia at the address provided on Claim No. 3031. (See Certificate of Service, Docket No. 14096).

     PLEASE TAKE FURTHER NOTICE that this Supplemental Notice of Objection will be served on counsel for Mr. LaMantia at the address provided in the LaMantia Complaint (as that term is defined in the Objection).

     PLEASE TAKE FURTHER NOTICE that, Responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **July 21, 2015 at 4:00 p.m. (ET)** (the "Response Deadline").

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-11818075v2

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on **July 28, 2015 at 10:00 a.m. (ET).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 22, 2015

        SIDLEY AUSTIN LLP
        Kenneth P. Kansa
        Jillian K. Ludwig
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        -and-

        COLE SCHOTZ P.C.

By: _____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117

        ATTORNEYS FOR REORGANIZED DEBTORS