UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

# Post-Confirmation Quarterly Summary Report
# For the Period December 29, 2014 through March 29, 2015



| **Required Documents** | Page Number |
|---|---|
| Consolidated Balance Sheets | 3 |
| Consolidated Statements of Cash Flows | 5 |
| Schedule of Disbursements by Reorganized Debtor | 7 |
| Supplemental Reorganized Debtor Disbursement Detail Schedule | 9 |



I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this quarterly summary report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

[signature] 6/11/15

Sandy Martin
Chief Financial Officer
Tribune Publishing Company

Date

Notes:

1. Refer to Appendix A for a full listing of the Reorganized Debtors. The Fourth Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders was confirmed on July 23, 2012, and became Effective on December 31, 2012.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The financial information should be read in conjunction with Tribune Publishing Company's full consolidated financial statements and notes to consolidated financial statements which have been published at www.tribpub.com. All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. Note that the Consolidated Balance Sheets and the Consolidated Statements of Cash Flows include the consolidated results of Tribune Publishing Company and both its former debtor and non-debtor subsidiaries.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## General Notes

On August 4, 2014, Tribune Publishing Company ("Tribune Publishing Company" or the "Company") and subsidiaries thereof separated from Tribune Media Company (formerly known as Tribune Company) ("Tribune Company") pursuant to a stock distribution of the Company's common stock to the stockholders and warrant holders of Tribune Company. On May 8, 2015, the Company filed with the Securities and Exchange Commission its Quarterly Report on Form 10-Q for the first quarter of 2015 (the "Form 10-Q") which includes consolidated financial statements at March 29, 2015 and December 28, 2014 and for the three months ended March 29, 2015 and March 30, 2014, respectively, the Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A"), the Supplementary Financial Information and Financial Statement Schedule and the information contained herein. The Company's Form 10-Q is publicly available via its website, www.tribpub.com. The Company's consolidated financial statements for the three months ended March 30, 2014 includes the results as a division of Tribune Company. No representations or warranties are made by Tribune Publishing Company as to the accuracy or completeness of the information set forth herein or as to the use of such information for any particular purpose and Tribune Publishing Company undertakes no obligation to update the information contained herein, whether as a result of new information, future events or otherwise. However, Tribune Publishing Company may revise and update the information contained herein at any time without notice.

### Cautionary Statement Regarding Financial Information

As a result of the consummation of the Plan of Reorganization and the transactions contemplated thereby as of December 31, 2012 (the "Effective Date"), Tribune Publishing Company is operating its businesses under a new capital structure and adopted "fresh-start reporting" as of that date in accordance with the Financial Accounting Standards Board Accounting Standards Codification ("ASC") Topic 852, "Reorganizations". Fresh-start reporting principles provide, among other things, that Tribune Publishing Company determine its reorganization value and allocate such reorganization value to the fair value of its tangible assets, finite-lived intangible assets and indefinite-lived intangible assets in accordance with the provisions of ASC Topic 805, "Business Combinations" as of the Effective Date. Tribune Company engaged an independent third party to assist in allocating the reorganization value as determined in the Plan of Reorganization. The determination of the fair value of assets and liabilities is subject to significant estimation and assumptions and there can be no assurances that the estimates, assumptions and values reflected in the valuations will be realized and actual results could vary materially. The adoption of fresh-start reporting by Tribune Publishing Company resulted in a new reporting entity for financial reporting purposes and with no beginning retained earnings (deficit) as of the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated and Combined Balance Sheets**
**As of March 29, 2015 and December 28, 2014**
**(Unaudited)**

| | March 29, 2015 | December 28, 2014 |
|---|---|---|
| **Assets** | | |
| **Current assets:** | | |
| Cash | $ 40,218 | $ 36,675 |
| Accounts receivable, (net of allowances of $16,593 and $16,664) | 209,106 | 234,812 |
| Inventories | 16,776 | 16,651 |
| Deferred income taxes | 33,459 | 38,207 |
| Prepaid expenses | 16,442 | 22,503 |
| Other | 4,789 | 4,090 |
| Total current assets | 320,790 | 352,938 |
| **Properties** | | |
| Machinery, equipment and furniture | 219,213 | 210,217 |
| Buildings and leasehold improvements | 6,408 | 6,434 |
| | 225,621 | 216,651 |
| Accumulated depreciation | (78,557) | (68,076) |
| | 147,064 | 148,575 |
| Construction in progress | 10,641 | 13,770 |
| Net properties | 157,705 | 162,345 |
| **Other Assets** | | |
| Goodwill | 41,669 | 41,669 |
| Intangible assets, net | 85,388 | 87,272 |
| Investments | 3,855 | 3,370 |
| Deferred income taxes | — | — |
| Restricted cash | 27,508 | 27,505 |
| Debt issuance costs and other long-term assets | 10,992 | 11,416 |
| Total other assets | 169,412 | 171,232 |
| Total assets | $ 647,907 | $ 686,515 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated and Combined Balance Sheets (continued)**
**As of March 29, 2015 and December 28, 2014**
**(Unaudited)**

| | March 29, 2015 | December 28, 2014 |
|---|---|---|
| **Liabilities and Equity** | | |
| **Current Liabilities** | | |
| Current portion of long-term debt | $ 17,911 | $ 17,911 |
| Accounts payable | 69,352 | 81,567 |
| Employee compensation and benefits | 87,920 | 101,071 |
| Deferred revenue | 74,871 | 73,004 |
| Other | 27,052 | 32,435 |
| Total current liabilities | 277,106 | 305,988 |
| **Non-Current Liabilities** | | |
| Long-term debt | 325,362 | 329,613 |
| Deferred revenue | 8,324 | 8,775 |
| Postretirement medical, life and other benefits | 20,117 | 27,672 |
| Other obligations | 13,043 | 8,298 |
| Total non-current liabilities | 366,846 | 374,358 |
| **Shareholders' equity (deficit)** | | |
| Common stock, $.01 par value. Authorized 300.000 shares, 25,607 issued and outstanding at March 29, 2015 | 256 | 254 |
| Additional paid-in capital | 2,719 | 2,370 |
| Retained earnings | (9,040) | (6,937) |
| Accumulated other comprehensive income | 10,020 | 10,482 |
| Total shareholders equity (deficit | 3,955 | 6,169 |
| Total liabilities and shareholders' equity | $ 647,907 | $ 686,515 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated and Combines Statements of Cash Flows**
**(In thousands)**

| | Three months ended | |
|---|---|---|
| | **March 29, 2015** | **March 30, 2014** |
| **Operating Activities** | | |
| Net income | $ 2,515 | $ 11,772 |
| Adjustments to reconcile net income to net cash provided by operating activities | | |
| Depreciation | 10,825 | 2,740 |
| Allowance for bad debt | 2,159 | 2,469 |
| Amortization of intangible assets | 1,884 | 1,606 |
| Amortization of contract intangible liabilities | (27) | (48) |
| Loss on equity investments, net | 57 | 335 |
| Stock compensation expense | — | — |
| Gain on fixed asset sales | — | — |
| Non-cash gain on investment fair value adjustment | — | — |
| Non-cash reorganization items, net | — | — |
| Non-cash OPEB | (7,799) | — |
| Amortization of deferred financing fees | — | — |
| Changes in working capital items, excluding effects from acquisitions: | | |
| Accounts receivable, net | 31,824 | 41,419 |
| Prepaid expenses, inventories and other current assets | 9,884 | (339) |
| Accounts payable, employee compensation and benefits, deferred revenue and other current liabilities | (38,816) | (6,403) |
| Deferred revenue | (451) | (479) |
| Deferred income taxes | 8,947 | 5,340 |
| Postretirement medical, life and other benefits | (197) | (894) |
| Other, net | 236 | 105 |
| Net cash provided by operating activities | 21,041 | 57,623 |
| **Investing Activities** | | |
| Capital expenditures | (13,126) | (1,112) |
| Acquisitions | — | (2,000) |
| Investments in restricted cash | — | — |
| Proceeds from sale of fixed assets | — | — |
| Additional equity investments | (542) | — |
| Net cash used for investing activities | (13,668) | (3,112) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Tribune Publishing Company**
**Consolidated and Combines Statements of Cash Flows (continued)**
**(In thousands)**

| | Three Months Ended | |
|---|---|---|
| | March 29, 2015 | March 30, 2014 |
| **Financing Activities** | | |
| Repayment of long-term debt | (4,375) | — |
| Dividends to stockholders | (136) | — |
| Proceeds from exercise of stock options | 77 | — |
| Excess tax benefits realized from exercise of stock-based awards | 604 | — |
| Transactions with Tribune Media Company, net | — | (55,665) |
| Net cash used for financing activities | (3,830) | (55,665) |
| | | |
| **Net increase (decrease) in cash** | 3,543 | (1,154) |
| Cash, beginning of period | 36,675 | 9,694 |
| Cash, end of period | $ 40,218 | $ 8,540 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Schedule of Disbursements by Reorganized Debtor [1]**
**For the Period December 28, 2014 through March 29, 2015**

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 1 | Baltimore Newspaper Networks, Inc. | 08-13144 | The Baltimore Sun Company, LLC | $ — |
| 2 | California Community News Corporation [2] | 08-13145 | California Community News, LLC | 3,632,358 |
| 3 | Chicago Avenue Construction Company [2] | 08-13150 | Chicago Tribune Company, LLC | — |
| 4 | Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC | 61,216,176 |
| 5 | Chicago Tribune Newspapers, Inc. | 08-13153 | Chicago Tribune Company, LLC | — |
| 6 | Chicago Tribune Press Service, Inc. | 08-13154 | Chicago Tribune Company, LLC | — |
| 7 | Chicagoland Publishing Company [2] | 08-13156 | Chicagoland Publishing Company, LLC | 225,776 |
| 8 | Courant Speciality Products, Inc. [2] | 08-13159 | The Hartford Courant Company, LLC | — |
| 9 | Direct Mail Associates, Inc. [2] | 08-13160 | The Morning Call, LLC | — |
| 10 | Eagle New Media Investments, LLC (Tribune Company) [2] | 08-13162 | Chicagoland Publishing Company, LLC | 916,105 |
| 11 | Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC | 384,770 |
| 12 | Forsalebyowner.com Referral Services, LLC (Forsalebyowner.com) [2] | 08-13166 | Forsalebyowner.com Referral Services, LLC | — |
| 13 | Forum Publishing Group, Inc. [2] | 08-13168 | Sun-Sentinel Company, LLC | 415,323 |
| 14 | Gold Coast Publications, Inc. [2] | 08-13169 | Sun-Sentinel Company, LLC | 924,586 |
| 15 | Heart & Crown Advertising, Inc. [2] | 08-13171 | The Hartford Courant Company, LLC | — |
| 16 | Homeowners Realty, Inc. [2] | 08-13172 | forsalebyowner.com, LLC | — |
| 17 | Homestead Publishing Company [2] | 08-13173 | The Baltimore Sun Company, LLC | — |
| 18 | Hoy Publications, LLC (Tribune Company) [2] | 08-13174 | Hoy Publications, LLC | 1,202,086 |
| 19 | InsertCo, Inc. [2] | 08-13176 | Tribune 365, LLC | — |
| 20 | Internet Foreclosure Service, Inc. [2] | 08-13177 | Internet Foreclosure Service, LLC | — |
| 21 | Los Angeles Times Communications LLC (Tribune Los Angeles, Inc.) | 08-13185 | Los Angeles Times Communications LLC | 57,847,949 |
| 22 | Los Angeles Times International, Ltd [2] | 08-13186 | Tribune Media Services London, LLC | — |
| 23 | Los Angeles Times Newspapers, Inc. | 08-13187 | Los Angeles Times Communications LLC | — |
| 24 | Neocomm, Inc. [2] | 08-13190 | Orlando Sentinel Communications Company, LLC | — |
| 25 | New Mass. Media, Inc. [2] | 08-13191 | The Hartford Courant Company, LLC | — |
| 26 | Newscom Services, Inc. [2] | 08-13193 | Tribune Media Services London, LLC | — |
| 27 | Newspaper Readers Agency, Inc. [2] | 08-13194 | Chicago Tribune Company, LLC | 212 |
| 28 | North Orange Avenue Properties, Inc. [2] | 08-13196 | Orlando Sentinel Communications Company, LLC | |
| 29 | Orlando Sentinel Communications Company | 08-13198 | Orlando Sentinel Communications Company, LLC | 17,447,052 |
| 30 | Patuxent Publishing Company [2] | 08-13200 | The Baltimore Sun Company, LLC | — |
| 31 | Sentinel Communications News Ventures, Inc. [2] | 08-13202 | Orlando Sentinel Communications Company, LLC | — |
| 32 | Signs of Distinction, Inc. [2] | 08-13204 | The Baltimore Sun Company, LLC | — |
| 33 | Southern Connecticut Newspapers, Inc. [2] | 08-13205 | Tribune Publishing Company, LLC | — |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Chapter 11
TRIBUNE COMPANY, et al. Case Number: 08-13141 (KJC)
Reorganized Debtors Jointly Administered
Hon. Kevin J. Carey

**Schedule of Disbursements by Reorganized Debtor [1]**
**For the Period December 28, 2014 through March 29, 2015**

| | Filing Entities: | Case # | Successor Entity | Total Disbursements |
|---|---|---|---|---|
| 34 | Stemweb, Inc. [2] | 08-13207 | forsalebyowner.com, LLC | — |
| 35 | Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC | 22,890,225 |
| 36 | The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC | 24,820,701 |
| 37 | The Daily Press, Inc. [2] | 08-13210 | The Daily Press, LLC | 4,313,605 |
| 38 | The Hartford Courant Company | 08-13211 | The Hartford Courant Company, LLC | 17,037,711 |
| 39 | The Morning Call, Inc. [2] | 08-13212 | The Morning Call, LLC | 5,789,262 |
| 40 | TMLH 2, Inc. [2] | 08-13217 | The Hartford Courant Company, LLC | — |
| 41 | TMLS I, Inc. [2] | 08-13218 | Tribune Publishing Company, LLC | — |
| 42 | Tribune Broadcasting News Network, Inc. [2] | 08-13225 | Tribune Washington Bureau, LLC | 622,255 |
| 43 | Tribune Direct Marketing, Inc. [2] | 08-13227 | Tribune Direct Marketing, LLC | 24,271,345 |
| 44 | Tribune License, Inc. [2] | 08-13232 | Tribune Publishing Company, LLC | — |
| 45 | Tribune Los Angeles, Inc. [2] | 08-13233 | Los Angeles Times Communications LLC | — |
| 46 | Tribune Media Net, Inc. [2] | 08-13235 | Tribune 365, LLC | 1,961,007 |
| 47 | Tribune Media Services, Inc. | 08-13236 | Tribune Content Agency, LLC | 3,670,189 |
| 48 | Tribune NM, Inc. [2] | 08-13239 | Tribune Publishing Company, LLC | — |
| 49 | Tribune Publishing Company [2] | 08-13240 | Tribune Publishing Company, LLC | 122,257,619 |
| 50 | ValuMail, Inc. [2] | 08-13246 | The Hartford Courant Company, LLC | — |
| 51 | Virginia Community Shoppers, LLC (The Daily Press, Inc.) [2] | 08-13247 | The Daily Press, LLC | — |
| 52 | Virginia Gazette Companies, LLC (The Daily Press, Inc.) [2] | 08-13248 | The Daily Press, LLC | 53,857 |
| | | | | $ 371,900,169 |

Notes:

1. Most of the Reorganized Debtors' disbursements are made through centralized cash management accounts; however, the Reorganized Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.
2. On March 16, 2015, the Bankruptcy Court entered a final decree closing these chapter 11 cases [Docket No. 14078]. Pursuant to the terms of the final decree, the closed chapter 11 cases reflect only disbursements made by the relevant Reorganized Debtors on and prior to March 16, 2015.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| --- | --- |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Reorganized Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Supplemental Reorganized Debtor Disbursement Detail Schedule**
**For the Period December 28, 2014 through March 29, 2015**

| **Consolidated Disbursement Detail** | **Amount Paid this Quarter** |
| --- | --- |
| Plan Related Disbursements [1] | $ — |
| Bankruptcy Professional Fee Disbursements [2] | — |
| All other Disbursements | 371,900.169 |
| **Total Disbursements [3]** | 371,900.169 |

Notes:

1. Includes payments to holders of Allowed Claims (excluding bankruptcy professional fee disbursements) under the Fourth Amended Joint Plan of Reorganization for Tribune and Its Subsidiaries Proposed by the Debtors, the Committee, and Senior Lenders which became Effective on December 31, 2012.
2. The Reorganized Debtors have satisfied all fees incurred prior to the Effective Date for professionals retained by the Debtors or the Unsecured Creditors Committee and employed in accordance with section 327(a) of the Bankruptcy Code.
3. This schedule reflects disbursements on a "payment issued" rather than "payment clearing" basis for simplicity of calculation. Total Disbursements do not include equity distributions or distributions from the proceeds of exit financing made by Tribune Company on or shortly after the Effective Date.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
TRIBUNE COMPANY, et al.
Reorganized Debtors

Chapter 11
Case Number: 08-13141 (KJC)
Jointly Administered
Hon. Kevin J. Carey

**Appendix A**
**Debtors Listing** [1]

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Baltimore Newspaper Networks, Inc. | 08-13144 | The Baltimore Sun Company, LLC |
| California Community News Corporation [2] | 08-13145 | California Community News, LLC |
| Chicago Avenue Construction Company [2] | 08-13150 | Chicago Tribune Company, LLC |
| Chicago Tribune Company | 08-13152 | Chicago Tribune Company, LLC |
| Chicago Tribune Newspapers, Inc. | 08-13153 | Chicago Tribune Company, LLC |
| Chicago Tribune Press Service, Inc. | 08-13154 | Chicago Tribune Company, LLC |
| Chicagoland Publishing Company [2] | 08-13156 | Chicagoland Publishing Company, LLC |
| Courant Specialty Products, Inc. [2] | 08-13159 | The Hartford Courant Company, LLC |
| Direct Mail Associates, Inc. [2] | 08-13160 | The Morning Call, LLC |
| Eagle New Media Investments, LLC [2] | 08-13162 | Chicagoland Publishing Company, LLC |
| Forsalebyowner.com Corp. | 08-13165 | forsalebyowner.com, LLC |
| Forsalebyowner.com Referral Services, LLC [2] | 08-13166 | Forsalebyowner.com Referral Services, LLC |
| Forum Publishing Group, Inc. [2] | 08-13168 | Sun-Sentinel Company, LLC |
| Gold Coast Publications, Inc. [2] | 08-13169 | Sun-Sentinel Company, LLC |
| Heart & Crown Advertising, Inc. [2] | 08-13171 | The Hartford Courant Company, LLC |
| Homeowners Realty, Inc. [2] | 08-13172 | forsalebyowner.com, LLC |
| Homestead Publishing Company [2] | 08-13173 | The Baltimore Sun Company, LLC |
| Hoy Publications, LLC [2] | 08-13174 | Hoy Publications, LLC |
| Insertco, Inc. [2] | 08-13176 | Tribune 365, LLC |
| Internet Foreclosure Service, Inc. [2] | 08-13177 | Internet Foreclosure Service, LLC |
| Los Angeles Times Communications LLC | 08-13185 | Los Angeles Times Communications, LLC |
| Los Angeles Times International, Ltd [2] | 08-13186 | Tribune Media Services London, LLC |
| Los Angeles Times Newspapers, Inc. | 08-13187 | Los Angeles Times Communications, LLC |
| Neocomm, Inc. [2] | 08-13190 | Orlando Sentinel Communications Company, LLC |
| New Mass. Media, Inc. [2] | 08-13191 | The Hartford Courant Company, LLC |
| Newscom Services, Inc. [2] | 08-13193 | Tribune Media Services London, LLC |
| Newspaper Readers Agency, Inc. [2] | 08-13194 | Chicago Tribune Company, LLC |
| North Orange Avenue Properties, Inc. [2] | 08-13196 | Orlando Sentinel Communications Company, LLC |
| Orlando Sentinel Communications Company | 08-13198 | Orlando Sentinel Communications Company, LLC |
| Patuxent Publishing Company [2] | 08-13200 | The Baltimore Sun Company, LLC |
| Sentinel Communications News Ventures, Inc. [2] | 08-13202 | Orlando Sentinel Communications Company, LLC |
| Signs of Distinction, Inc. [2] | 08-13204 | The Baltimore Sun Company, LLC |
| Southern Connecticut Newspapers, Inc. [2] | 08-13205 | Tribune Publishing Company, LLC |
| Stemweb, Inc. [2] | 08-13207 | forsalebyowner.com, LLC |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
TRIBUNE COMPANY, et al.
Reorganized Debtors

Chapter 11
Case Number: 08-13141 (KJC)
Jointly Administered
Hon. Kevin J. Carey

| Company Legal Name | Case No. | Successor Entity |
|---|---|---|
| Sun-Sentinel Company | 08-13208 | Sun-Sentinel Company, LLC |
| The Baltimore Sun Company | 08-13209 | The Baltimore Sun Company, LLC |
| The Daily Press, Inc. [2] | 08-13210 | The Daily Press, LLC |
| The Hartford Courant Company | 08-13211 | The Hartford Courant Company, LLC |
| The Morning Call, Inc. [2] | 08-13212 | The Morning Call, LLC |
| TMLH 2, Inc. [2] | 08-13217 | The Hartford Courant Company, LLC |
| TMLS I, Inc. [2] | 08-13218 | Tribune Publishing Company, LLC |
| Tribune Broadcasting News Network, Inc. [2] | 08-13225 | Tribune Washington Bureau, LLC |
| Tribune Direct Marketing, Inc. [2] | 08-13227 | Tribune Direct Marketing, LLC |
| Tribune License, Inc. [2] | 08-13232 | Tribune Publishing Company, LLC |
| Tribune Los Angeles, Inc. [2] | 08-13233 | Los Angeles Times Communications, LLC |
| Tribune Media Net, Inc. [2] | 08-13235 | Tribune 365, LLC |
| Tribune Media Services, Inc. [2] | 08-13236 | Tribune Content Agency, LLC |
| Tribune NM, Inc. [2] | 08-13239 | Tribune Publishing Company, LLC |
| Tribune Publishing Company [2] | 08-13240 | Tribune Publishing Company, LLC |
| ValuMail, Inc. [2] | 08-13246 | The Hartford Courant Company, LLC |
| Virginia Community Shoppers, LLC [2] | 08-13247 | The Daily Press, LLC |
| Virginia Gazette Companies, LLC [2] | 08-13248 | The Daily Press, LLC |

Notes:

1. Certain of the Debtors listed on this Appendix A have undertaken Restructuring Transactions in accordance with Section 5.2 of the Plan, pursuant to which they have been merged with and into direct or indirect wholly-owned subsidiaries of Tribune Company or have converted from corporations to limited liability companies. The column titled "Successor Entity" reflects the successor(s)-in-interest to the applicable Debtor.
2. On March 16, 2015, the Bankruptcy Court entered a final decree closing these chapter 11 cases [Docket No. 14078]