**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

**<u>LITIGATION TRUSTEE'S NOTICE OF QUARTERLY REPORT FILING</u>**

PLEASE TAKE NOTICE that Marc S. Kirschner, as Litigation Trustee (the "<u>Litigation Trustee</u>") for the Tribune Litigation Trust (the "<u>Litigation Trust</u>"), hereby provides notice, pursuant to section 8.1 of the Litigation Trust Agreement (the "<u>Trust Agreement</u>"), that the Litigation Trustee has made publicly available, at the website www.TribuneTrustLitigation.com, the Litigation Trust Quarterly Summary Report for the period from January 1, 2015 to Marc 31, 2015 (the "<u>Report</u>"). The Report provides beneficiaries of the Litigation Trust with information with respect to prosecution of the Trust's assets, expenditures and receipts of the Trust, and general information about the Litigation Trust's activities. Pursuant to sections 8.1(a) and (c) of the Trust Agreement, the Report is attached hereto as Exhibit A, and is being served concurrently on the Reorganized Debtors as provided in section 11.6 of the Trust Agreement.

| | |
|---|---|
| Dated:    June 23, 2015<br>            Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>Richard S. Cobb (No. 3157)<br>James S. Green Jr. (No. 4406)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 467-4400<br>Facsimile:  (302) 467-4450<br><br>*Counsel to the Litigation Trustee* |

{963.001-W0037158.}