# EXHIBIT A

## Literary Works Claims

TRIBUNE MEDIA COMPANY, ET AL.

OMNIBUS OBJECTION 74: EXHIBIT A – LITERARY WORKS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | 08-13185 | Los Angeles Times Communications LLC | 5/15/2009 | 2844 | $4,691.25 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 2 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13211 | The Hartford Courant Company | 5/18/2009 | 2881 | $102.25 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 3 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13209 | The Baltimore Sun Company | 5/18/2009 | 2882 | $1,519.94 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 4 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13187 | Los Angeles Times Newspapers, Inc. | 5/18/2009 | 2883 | $105.75 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 5 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13153 | Chicago Tribune Newspapers, Inc. | 5/18/2009 | 2884 | $95.15 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 6 | DIBACCO, THOMAS V<br>1295 N LAKE WAY<br>PALM BEACH, FL 33480 | 08-13198 | Orlando Sentinel Communications Company | 5/18/2009 | 2885 | $2,092.75 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 7 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13187 | Los Angeles Times Newspapers, Inc. | 6/9/2009 | 4129 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 8 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13185 | Los Angeles Times Communications LLC | 6/9/2009 | 4130 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

TRIBUNE MEDIA COMPANY, ET AL.

OMNIBUS OBJECTION 74: EXHIBIT A -- LITERARY WORKS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13144 | Baltimore Newspaper Networks, Inc. | 6/9/2009 | 4131 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 10 | GARSON, BARBARA<br>463 WEST STREET APT 1108<br>NEW YORK, NY 10014 | 08-13209 | The Baltimore Sun Company | 6/9/2009 | 4132 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 11 | ROSSI, DOUGLAS A & PAULA<br>38 SHERIDAN STREET<br>HUNTINGTON, NY 11743 | | No Debtor Asserted | 5/4/2009 | 2278 | Undetermined* | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 12 | RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | 08-13154 | Chicago Tribune Press Service, Inc. | 6/12/2009 | 5623 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 13 | RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | 08-13153 | Chicago Tribune Newspapers, Inc. | 6/12/2009 | 5624 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 14 | RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | 08-13141 | Tribune Company | 6/12/2009 | 5625 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| 15 | RUSSIS, MARTHA<br>2817 KNOLLWOOD<br>GLENVIEW, IL 60025 | 08-13152 | Chicago Tribune Company | 6/12/2009 | 5626 | $ 98,000.00 | Claim is subject to the Literary Works Settlement; Claims against the Debtors have been released. |
| | | | | | Total | $400,612.09* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts