IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>　　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Hearing Date: July 28, 2015 at 10:00 a.m. ET<br>Response Deadline: July 21, 2015 at 4:00 p.m. ET |

**NOTICE OF HEARING ON REORGANIZED DEBTORS' SECOND MOTION
FOR ENTRY OF A FINAL DECREE (I) CLOSING CERTAIN OF THE
REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 105(a)
AND 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND
LOCAL RULE 3022-1 AND (II) DIRECTING THE USE OF AN AMENDED
CAPTION IN THE REORGANIZED DEBTORS' CASES PURSUANT TO
SECTIONS 105(a) AND 342(c)(1) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 1005, 2002(m), AND 2002(n)**

TO:　(i) the Office of the United States Trustee; (ii) the parties holding Unresolved Claims (as defined in the Motion); and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that, on July 7, 2015, the reorganized debtors in the above-captioned cases (the "Reorganized Debtors") filed the **Reorganized Debtors' Second Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n)** (the "Motion"), which seeks entry of a final decree (i) closing the Specified Cases (as defined in the Motion), (ii) providing that any further proceedings in the Court with respect to (a) unresolved claims asserted against the Specified Debtors (as defined in the Motion) and (b) other remaining matters that may potentially impact the estates of the Specified Debtors be administered in the Lead Case (as

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

defined in the Motion), and (iii) directing the use of an amended caption.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Motion must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **July 21, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801 ON **JULY 28, 2015 AT 10:00 A.M. (ET).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       July 7, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Kerriann S. Mills
Jillian K. Ludwig
Michael T. Gustafson
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

-and-

COLE SCHOTZ P.C.

By: /s/ *signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
kstickles@coleschotz.com

ATTORNEYS FOR REORGANIZED DEBTORS