# **APPENDIX 1**

## Specified Cases

| Specified Debtor: | Case Number |
|---|---|
| Baltimore Newspaper Networks, Inc. | 08-13144-KJC |
| Chicago Tribune Newspapers, Inc. | 08-13153-KJC |
| Chicago Tribune Press Service, Inc. | 08-13154-KJC |
| Los Angeles Times Communications LLC | 08-13185-KJC |
| Los Angeles Times Newspapers, Inc. | 08-13187-KJC |
| Orlando Sentinel Communications Company | 08-13198-KJC |
| Star Community Publishing Group, LLC | 08-13206-KJC |
| The Hartford Courant Company | 08-13211-KJC |

# APPENDIX 2

## Remaining Cases

| Specified Debtor: | Case Number |
|---|---|
| Chicago Tribune Company | 08-13152-KJC |
| Chicagoland Microwave Licensee, Inc. | 08-13155-KJC |
| Chicagoland Television News, Inc. | 08-13157-KJC |
| forsalebyowner.com corp. | 08-13165-KJC |
| KTLA Inc. | 08-13183-KJC |
| KWGN Inc. | 08-13184-KJC |
| Sun-Sentinel Company | 08-13208-KJC |
| The Baltimore Sun Company | 08-13209-KJC |
| Tribune CNLBC, LLC | 09-13496-KJC |
| Tribune Media Company (f/k/a Tribune Company) | 08-13141-KJC |
| Tribune Media Services, Inc. | 08-13236-KJC |
| Tribune Television Company | 08-13241-KJC |
| WGN Continental Broadcasting Company | 08-13252-KJC |
| WPIX, Inc. | 08-13254-KJC |