## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company) | Case No. 08-13141 (KJC) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JULY 28, 2015 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

### PLEASE TAKE NOTICE THAT, AS NO MATTERS ARE GOING FORWARD, AT THE COURT'S DIRECTION, THE HEARING IS CANCELED.

## WITHDRAWN MATTERS

1.  Reorganized Debtors' Objection to Claim No. 6771 of Nostrand Properties LLC Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed May 15, 2015) (Docket No. 14098)

    Related Document(s):

    (a)    Notice of Withdrawal of Proof of Claim (Filed May 21, 2015) (Docket No. 14099)

    (b)    Notice of Withdrawal of Reorganized Debtors' Objection to Claim No. 6771 of Nostrand Properties LLC (Filed May 21, 2015) (Docket No. 14101)

    Response Deadline:  June 15, 2015 at 4:00 p.m.

    Responses Received:  None.

    Status:        The Objection was withdrawn.  This matter will not be going forward.

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Los Angeles Times Communications LLC (1324); Orlando Sentinel Communications Company, LLC (3775); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); The Hartford Courant Company, LLC (3490); Tribune CNLBC, LLC (0347); Tribune Media Services, LLC (1080); Tribune ND, LLC (4926); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191).  The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

## ORDERS ENTERED

2.    Reorganized Debtors' Seventy-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Filed May 8, 2015) (Docket No. 14092)

Related Document(s):

(a)    Order Sustaining Reorganized Debtors' Seventy-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 558 of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 (Entered June 23, 2015) (Docket No. 14115)

Response Deadline:  June 8, 2015 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order sustaining the Objection.  This matter will not be going forward.

## ADJOURNED MATTERS

3.    Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed May 8, 2015) (Docket No. 14093)

Related Document(s):

(a)    Supplemental Notice of Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed June 22, 2015) (Docket No. 14112)

Response Deadline:  June 8, 2015 at 4:00 p.m.
                    Response Deadline extended on consent of the parties until July 21, 2015 at 4:00 p.m.

Responses Received:

(a)    Anthony LaMantia's (Claim No. 3031) Response Brief to Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Section 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed July 9, 2015) (Docket No. 14125)

Status:    On consent of the parties, this matter is adjourned to the September 8, 2015 hearing.  This matter will not be going forward.

46429/0001-11818370v1

**CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL**

4.    Reorganized Debtors' Second Motion for Entry of a Final Decree (I) Closing Certain of the Reorganized Debtors' Chapter 11 Cases Pursuant to Sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 and (II) Directing the Use of an Amended Caption in the Reorganized Debtors' Cases Pursuant to Sections 105(a) and 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005, 2002(m), and 2002(n) (Filed July 7, 2015) (Docket No. 14123)

Related Document(s):

(a)    Certification of No Objection Regarding Docket No. 14123 (Filed July 23, 2015) (Docket No. 14131)

Objection Deadline:  July 21, 2015 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward.

5.    Reorganized Debtors' Motion for Entry of an Order Further Extending the Deadline to Object to Claims (Filed July 7, 2015) (Docket No. 14124)

Related Document(s):

(a)    Certification of No Objection Regarding Docket No. 14124 (Filed July 23, 2015) (Docket No. 14132)

Objection Deadline:  July 21, 2015 at 4:00 p.m.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward.

Dated:  July 24, 2015

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

46429/0001-11818370v1

James F. Bendernagel, Jr.
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8000

-and-

JONES DAY
Bruce Bennett
James O. Johnston
Joshua M. Mester
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939

-and-

COLE SCHOTZ P.C.

By:  /s/ J. Kate Stickles
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE  19801
    Telephone:  (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS