# EXHIBIT 1

46429/0001-12022401v1

## Specified Cases

| Specified Debtor: | Case Number |
|---|---|
| Baltimore Newspaper Networks, Inc. | 08-13144-KJC |
| Chicago Tribune Newspapers, Inc. | 08-13153-KJC |
| Chicago Tribune Press Service, Inc. | 08-13154-KJC |
| Los Angeles Times Communications LLC | 08-13185-KJC |
| Los Angeles Times Newspapers, Inc. | 08-13187-KJC |
| Orlando Sentinel Communications Company | 08-13198-KJC |
| Star Community Publishing Group, LLC | 08-13206-KJC |
| The Hartford Courant Company | 08-13211-KJC |