# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
Kenneth N. Klee and Tribune Media Company       :      Case No. 08-13141-KJC
                                                :
    Debtor.                                     :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that R. Karl Hill, Esquire and Seitz, Van Ogtrop & Green, P.A. hereby withdraw their appearance in this action on behalf of Creditor Dow Jones & Company, Inc.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *R. Karl Hill*

R. Karl Hill, Esquire (No. 2747)
khill@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

Dated: August 4, 2015

Attorneys for Creditor Dow Jones & Company, Inc.

#11273 v1

## CERTIFICATE OF SERVICE

I, R. Karl Hill, Esquire, hereby certify that on this 4th day of August, 2015, I electronically filed the following document with the Clerk of Court using File&ServeXpress which will send notification of such filing to counsel of record.

/s/ *R. Karl Hill*

R. Karl Hill (ID No. 2747)
khill@svglaw.com

#11273 v1