## EXHIBIT B

### Connecticut District Court Electronic Docket

**Roessner v. Employee Term Life, Optional Term Life, Optional Accidental Death and Dismemberment, Dependents Term Life, and Personal Accident Coverage for All Employees other than those who are classified by the Contract Holder as Baltimore Sun #582, Baltimore Sun #31, Baltimore Sun #12, Baltimore Sun Guild, Baltimore Sun Mailer #88, WGN-TV Op Engineers/AFTRA, Chicago Tribune Press Machinists, WGN-TV and Radio IBEW and WLVI-TV Employees who are covered by a collective bargaining agreement between the Employer and a union of Tribune Company, et al., No. 07-1434 (JBA) (D. Conn.)**

CLOSED,EFILE,JGM,REFCNF

## U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01434-JBA

| | |
|---|---|
| Roessner v. Employee Term Life et al | Date Filed: 09/25/2007 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 01/14/2009 |
| Referred to: Judge Joan G. Margolis (Settlement) | Jury Demand: None |
| Demand: $243,000 | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1132 E.R.I.S.A.-Employee Benefits | Jurisdiction: Federal Question |

**Plaintiff**

**Barbara Roessner**            represented by **Andrew L. Houlding**
Rome McGuigan, P.C.
One State Street
13th Floor
Hartford, CT 06103
860-549-1000
Fax: 860-724-3921
Email: ahoulding@rms-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Strother**
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
(860) 549-1000
Fax: (860) 724-3921
Email: jstrother@rms-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Employee Term Life, Optional Term**     represented by **David C. Salazar-Austin**
**Life, Optional Accidental Death &**                    Jackson Lewis - P.C. Htfd, CT
**Dismemberment, Dependents Term**                       90 State House Sq., 8th Fl.
**Life & Personal Accident Coverage**                    Hartford, CT 06103-3708
**for all Emp**                                          860-522-0404
*other than those classified by Contr*                   Fax: 860-247-1330
*Holder Baltimore Sun #582,#31,#12,*                     Email: salazard@jacksonlewis.com
*Balt. Sun Guild,Balt. Sun Mailer #88,*                  *LEAD ATTORNEY*
*WGN-TV OP Eng/Aftra, Chicago*                           *ATTORNEY TO BE NOTICED*
*Trib.Press Mach., WGN-TV,Radio*
*IBEW,WLVI-TV Emp covr'd by Coll*                        **Victoria Woodin Chavey**

*Barg Agmt -Emp & Trib Co*

Jackson Lewis - P.C. Htfd, CT
90 State House Sq., 8th Fl.
Hartford, CT 06103-3708
860-522-0404
Fax: 860-247-1330
Email: victoria.chavey@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Tribune Co**                          represented by **David C. Salazar-Austin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Victoria Woodin Chavey**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**
**Hartford Courant**                    represented by **David C. Salazar-Austin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Victoria Woodin Chavey**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**
**Prudential Ins Co of Amer**           represented by **David C. Salazar-Austin**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Fred N. Knopf**
                                        Wilson, Elser, Moskowitz, Edelman & Dicker
                                        3 Gannett Dr.
                                        White Plains, NY 10604
                                        914-323-7000
                                        Fax: 914-323-7001
                                        Email: fred.knopf@wilsonelser.com
                                        *TERMINATED: 01/30/2008*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

Robert C. Hinton
Pullman & Comley - Htfd
90 State House Square 13th Fl
Hartford, CT 06103-3702
860-424-4346
Fax: 860-424-4370
Email: rhinton@pullcom.com
*TERMINATED: 12/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Victoria Woodin Chavey
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Matthew D. Donovan
Wilson, Elser, Moskowitz, Edelman & Dicker -Wht Plns NY
1133 Westchester Ave.
White Plains, NY 10604
914-323-7000
Email: Matthew.Donovan@wilsonelser.com
*TERMINATED: 01/30/2008*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2007 | 1 | COMPLAINT against Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life, & Personal Accident Coverage for all Emp other than those who are classified by the Contract Holder et al, Tribune Co, Hartford Courant, Prudential Ins Co of Amer ( Filing fee $ 350 receipt number H023651), filed by Barbara Roessner. (Ferguson, L.) (Entered: 09/26/2007) |
| 09/25/2007 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 12/25/07.Amended Pleadings due by 11/24/2007.,Discovery due by 3/26/2008.,Dispositive Motions due by 4/25/2008. Signed by Clerk on 9/25/07. (Ferguson, L.) (Entered: 09/26/2007) |
| 09/25/2007 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Janet Bond Arterton on 9/25/07. (Attachments: # 1 Part 2)(Ferguson, L.) (Entered: 09/26/2007) |
| 11/01/2007 | 4 | WAIVER OF SERVICE Returned Executed as to Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp waiver sent on 9/28/2007, answer due 11/27/2007; Tribune Co waiver sent on 9/28/2007, answer due 11/27/2007; Hartford Courant waiver sent on 9/28/2007, answer due 11/27/2007; Prudential Ins Co of Amer waiver sent on 9/28/2007, answer |

| | | |
|---|---|---|
| | | due 11/27/2007. filed by Barbara Roessner. (Ferguson, L.) (Entered: 11/06/2007) |
| 11/21/2007 | 5 | NOTICE of Appearance by Robert C. Hinton on behalf of Prudential Ins Co of Amer (Hinton, Robert) (Entered: 11/21/2007) |
| 11/21/2007 | 6 | MOTION for Extension of Time until December 27, 2007 to Answer or otherwise respond to Plaintiff's Complaint by Prudential Ins Co of Amer. (Hinton, Robert) (Entered: 11/21/2007) |
| 11/26/2007 | 7 | ORDER granting 6 MOTION for Extension of Time until December 27, 2007 to Answer or otherwise respond to Plaintiff's Complaint. Signed by Clerk on 11/26/07. (Rodko, B.) (Entered: 11/26/2007) |
| 11/26/2007 | | Answer deadline updated for Prudential Ins Co of Amer to 12/27/2007. (Rodko, B.) (Entered: 11/26/2007) |
| 11/27/2007 | 8 | NOTICE of Appearance by Victoria Woodin Chavey on behalf of Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant (Chavey, Victoria) (Entered: 11/27/2007) |
| 11/27/2007 | 9 | First MOTION for Extension of Time until December 27, 2007 to file a responsive pleading to Plaintiff's 1 Complaint, by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant. (Chavey, Victoria) (Entered: 11/27/2007) |
| 11/28/2007 | 10 | ORDER granting 9 First MOTION for Extension of Time until December 27, 2007 to file a responsive pleading to Plaintiff's 1 Complaint. Signed by Clerk on 11/28/07. (Rodko, B.) (Entered: 11/28/2007) |
| 11/28/2007 | | Answer deadline updated for Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp to 12/27/2007; Tribune Co to 12/27/2007; Hartford Courant to 12/27/2007. (Rodko, B.) (Entered: 11/28/2007) |
| 12/04/2007 | 11 | NOTICE of Appearance by Fred N. Knopf on behalf of Prudential Ins Co of Amer (Knopf, Fred) (Entered: 12/04/2007) |
| 12/04/2007 | 12 | NOTICE of Appearance by Matthew D. Donovan on behalf of Prudential Ins Co of Amer (Donovan, Matthew) (Entered: 12/04/2007) |
| 12/05/2007 | 13 | MOTION for Robert C. Hinton to Withdraw as Attorney *(Leave to Withdraw Appearance)* by Prudential Ins Co of Amer. (Hinton, Robert) (Entered: 12/05/2007) |
| 12/26/2007 | 14 | ORDER granting 13 Motion to Withdraw as Attorney. Attorney Robert C. Hinton terminated. Signed by Judge Janet Bond Arterton on 12/26/2007. (Tooker, A.) (Entered: 12/26/2007) |
| 12/26/2007 | 15 | Second MOTION for Extension of Time until January 28, 2008 file a responsive pleading 1 Complaint, by Employee Term Life, Optional Term Life, |

|            |    |                                                                                                                                                                                                                                                                                                                                   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant. (Chavey, Victoria) (Entered: 12/26/2007)                                                                                                                                                   |
| 12/27/2007 | 16 | Second MOTION for Extension of Time until up to and including January 28, 2008 To Respond to 1 Complaint, by Prudential Ins Co of Amer. (Donovan, Matthew) (Entered: 12/27/2007)                                                                                                                                                    |
| 01/02/2008 | 17 | ORDER granting 15 Motion for Extension of Time 1 Complaint; granting 16 Motion for Extension of Time 1 Complaint, with consent, to and including 1/28/2008. Signed by Judge Janet Bond Arterton on 1/2/2008. (Tooker, A.) (Entered: 01/02/2008)                                                                                     |
| 01/02/2008 |    | Answer deadline updated for Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp to 1/28/2008; Tribune Co to 1/28/2008; Hartford Courant to 1/28/2008; Prudential Ins Co of Amer to 1/28/2008. (Torday, B.) (Entered: 01/03/2008)       |
| 01/28/2008 | 18 | NOTICE of Appearance by Victoria Woodin Chavey on behalf of Prudential Ins Co of Amer (Chavey, Victoria) (Entered: 01/28/2008)                                                                                                                                                                                                     |
| 01/28/2008 | 19 | MOTION for Extension of Time until February 11, 2008 to file a responsive pleading to Plaintiff's Complaint by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Chavey, Victoria) (Entered: 01/28/2008) |
| 01/29/2008 | 20 | MOTION for Fred N. Knopf and Matthew D. Donovan to Withdraw as Attorney by Prudential Ins Co of Amer. (Donovan, Matthew) (Entered: 01/29/2008)                                                                                                                                                                                     |
| 01/30/2008 | 21 | ORDER granting 19 Motion for Extension of Time 1 Complaint, with consent, to and including 2/11/2008; granting 20 Motion to Withdraw as Attorney. Attorney Matthew D. Donovan and Fred N. Knopf terminated. Signed by Judge Janet Bond Arterton on 1/30/2008. (Tooker, A.) (Entered: 01/30/2008)                                    |
| 01/30/2008 |    | Set Deadlines/Hearings: Answer due by 2/11/2008. (Tooker, A.) (Entered: 01/30/2008)                                                                                                                                                                                                                                                |
| 01/31/2008 | 22 | REPORT of Rule 26(f) Planning Meeting. (Houlding, Andrew) (Entered: 01/31/2008)                                                                                                                                                                                                                                                    |
| 02/11/2008 | 23 | *Defendants'* ANSWER to 1 Complaint, with Affirmative Defenses by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer.(Chavey, Victoria) (Entered: 02/11/2008)                |
| 03/13/2008 | 24 | NOTICE of Appearance by David C. Salazar-Austin on behalf of Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer (Salazar-Austin, David) (Entered: 03/13/2008)                |

| 03/13/2008 | 25 | MOTION for Extension of Time until April 4, 2008 *to* Answer or Respond to Plaintiff's Discovery Requests by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Salazar-Austin, David) (Entered: 03/13/2008) |
|---|---|---|
| 03/14/2008 | 26 | ORDER granting 25 Motion for Extension of Time until 4/4/2008 to Answer or Respond to Plaintiff's Discovery Requests. Signed by Clerk on 3/14/2008. (Kelsey, N.) (Entered: 03/14/2008) |
| 04/04/2008 | 27 | SCHEDULING ORDER: Status Report due by 4/21/2008; Status Conference set for 4/28/2008 at 02:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton; Discovery due by 5/16/2008; Dispositive Motions due by 6/20/2008; Joint Trial Memorandum due by 7/18/2008; Trial Ready Date 1/2/2009. Signed by Judge Janet Bond Arterton on 4/4/2008. (Kelsey, N.) (Entered: 04/07/2008) |
| 04/21/2008 | 28 | STATUS REPORT by Barbara Roessner. (Houlding, Andrew) (Entered: 04/21/2008) |
| 04/21/2008 | 29 | STATUS REPORT by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Salazar-Austin, David) (Entered: 04/21/2008) |
| 04/23/2008 | 30 | CERTIFICATE OF SERVICE by Barbara Roessner re 28 Status Report (Houlding, Andrew) (Entered: 04/23/2008) |
| 04/28/2008 | 31 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 4/28/2008, the following schedule is ordered: The parties' cross motions for summary judgment will be filed 6/20/2008; opposition will be filed by 7/7/2008; any replies will be filed by 7/17/2008. The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. See Order of Referral. Signed by Judge Janet Bond Arterton on 4/28/2008. (Tooker, A.) (Entered: 04/28/2008) |
| 04/28/2008 | 32 | ORDER REFERRING CASE to Magistrate Judge Judge Joan G. Margolis for Settlement. Signed by Judge Janet Bond Arterton on 4/28/2008. (Tooker, A.) (Entered: 04/28/2008) |
| 05/01/2008 | 33 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. . Settlement Conference is set for 5/22/2008 at 10:00 AM in Chambers Room 303, 141 Church St., New Haven, CT before Judge Joan G. Margolis. PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY ARE UNABLE TO ATTEND THE CONFERENCE. IF THE MATTER SETTLES BEFORE THE CONFERENCE, PLEASE NOTIFY THE MAGISTRATE JUDGES CHAMBERS. (Hill, M.) (Entered: 05/01/2008) |
| 05/13/2008 | 34 | MOTION to Amend/Correct 1 *Complaint* by Barbara Roessner.Responses due by 6/3/2008 (Attachments: # 1 Memorandum in Support)(Houlding, Andrew) Modified on 5/19/2008 to create link to complaint (Kelsey, N.). (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 05/13/2008)                                                                                                                                                                                                                                                                                                                                     |
| 05/13/2008 | 35 | AMENDED COMPLAINT against all defendants, filed by Barbara Roessner. (Houlding, Andrew) (Entered: 05/13/2008)                                                                                                                                                                                                                                   |
| 05/22/2008 | 36 | Minute Entry for proceedings held before Judge Joan G. Margolis: Settlement Conference held on 5/22/2008. 58 minutes (Moore, P.) (Entered: 05/23/2008)                                                                                                                                                                                          |
| 06/02/2008 | 37 | Memorandum in Opposition re 34 MOTION to Amend/Correct *Complaint* filed by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Attachments: # 1 Exhibit 1)(Salazar-Austin, David) (Entered: 06/02/2008) |
| 06/06/2008 | 38 | REPLY to Response to 34 MOTION to Amend/Correct *Complaint* filed by Barbara Roessner. (Attachments: # 1 Attachment to Reply Memorandum) (Houlding, Andrew) (Entered: 06/06/2008)                                                                                                                                                               |
| 06/11/2008 | 39 | MOTION for Leave to File *Surreply Brief* re 34 Motion to Amend/Correct Complaint by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Salazar-Austin, David) Modified on 6/12/2008 to create link to underlying motion (Kelsey, N.). (Entered: 06/11/2008) |
| 06/13/2008 | 40 | ORDER granting 39 Motion for Leave to File Sur-reply Brief. Sur-Reply shall be filed forthwith. Signed by Judge Janet Bond Arterton on 6/13/2008. (Tooker, A.) (Entered: 06/13/2008)                                                                                                                                                             |
| 06/13/2008 | 41 | Memorandum in Opposition re 34 MOTION to Amend/Correct *Complaint* filed by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Attachments: # 1 Exhibit 1)(Salazar-Austin, David) (Entered: 06/13/2008) |
| 06/17/2008 | 42 | MOTION for Extension of Time until 20 Days from date of ruling on pending Motions to Amend to file dispositive motions by Employee Term Life, Optional Term Life, Optional Accidental Death & Dismemberment, Dependents Term Life & Personal Accident Coverage for all Emp, Tribune Co, Hartford Courant, Prudential Ins Co of Amer. (Salazar-Austin, David) (Entered: 06/17/2008) |
| 06/19/2008 | 43 | ORDER granting 42 Motion for Extension of Time, with consent, to and including 20 days following ruling on motion to amend. Signed by Judge Janet Bond Arterton on 6/19/2008. (Tooker, A.) (Entered: 06/19/2008)                                                                                                                                 |
| 07/08/2008 | 44 | NOTICE of Appearance by John F. Strother on behalf of Barbara Roessner (Strother, John) (Entered: 07/08/2008)                                                                                                                                                                                                                                   |
| 12/11/2008 | 45 | Calendar: A telephonic status/scheduling conference will be held 12/22/2008 at 3:00 p.m. before Judge Janet Bond Arterton. Defense counsel shall initiate the conference call. Chambers: 203-773-2456. Status reports shall be electronically filed on or before 12/15/2008. (Tooker, A.) (Entered: 12/11/2008)                                   |

| | | |
|---|---|---|
| 12/11/2008 | 46 | Ruling and Order granting Plaintiff's 34 Motion for Leave to File Amended Complaint. Signed by Judge Janet Bond Arterton on 12/11/2008. (Padgett, G.) (Entered: 12/11/2008) |
| 12/16/2008 | 47 | STATUS REPORT by Barbara Roessner. (Houlding, Andrew) (Entered: 12/16/2008) |
| 12/16/2008 | 48 | NOTICE by Tribune Co, Hartford Courant *of Commencement of Bankruptcy* (Salazar-Austin, David) Modified on 12/17/2008 to correct event (Kelsey, N.). (Entered: 12/16/2008) |
| 12/16/2008 | | Set Deadlines as to 48 Notice of Commencement of Bankruptcy--MOTION to Stay. Responses due by 1/6/2009. (Kelsey, N.) (Entered: 12/22/2008) |
| 12/22/2008 | 49 | Calendar: Telephonic status conference set down for 1/14/2009 at 9:30 a.m. Defense counsel shall initiate the conference call. Chambers: 203-773-2456. Judge Janet Bond Arterton. (Tooker, A.) (Entered: 12/22/2008) |
| 01/14/2009 | 50 | ORDER OF DISMISSAL. Signed by Judge Janet Bond Arterton on 1/14/2009. (Kelsey, N.) (Entered: 01/14/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/21/2015 16:25:00 | | | |
| **PACER Login:** | sa0019:2628984:0 | **Client Code:** | 90795-30530-84887 |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-01434-JBA |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |