## EXHIBIT C

**Connecticut District Court Dismissal Order**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Roessner, | : | |
|     Plaintiff, | : | |
| v. | : | NO. 3:07cv1434 (JBA) |
| | : | |
| Employee Term Life, et al, | : | |
|     Defendants. | : | January 14, 2009 |

### ORDER OF DISMISSAL

Inasmuch as there is no definitive date on which the Bankruptcy Court may issue an order lifting the automatic stay entered in this case, this case is being administratively closed with consent, and any party may, on motion, have the matter restored to the active docket if such motion is brought within 45 days of the termination of the automatic stay ordered by the Bankruptcy Court. The parties' Supplemental 26(f) Planning Report and Amended Complaint shall be filed concurrently with any motion to re-open.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.