# EXHIBIT D

## Notice of Effective Date, Affidavit of Service, Extract

46429/0001-12249866V1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 12939 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Ntc of Effective Date_DI_12939_AFF_12-31-12 & 1-4-13_SS.doc

2. I caused to be served the "Notice of (I) Effective Date of the Fourth Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries Proposed by the Debtors, the Official Committee of Unsecured Creditors, Oaktree Capital Management, L.P., Angelo, Gordon & Co., L.P., and JPMorgan Chase Bank, N.A. and (II) Bar Date for Certain Claims," dated December 31, 2012 [Docket No. 12939], (the "Notice of Effective Date"), by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on December 31, 2012, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on January 4, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. Additionally, on December 31, 2012, I caused to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees"), identified on the annexed Exhibit C, sufficient copies of the Notice of Effective Date, as well as a Memorandum, annexed hereto as Exhibit D, instructing the Nominees to distribute the Notice to the beneficial owners of the Debtors' public securities referenced in the Memorandum.

_____
Kerry O'Neil

Sworn to before me this
7th day of January, 2013

_____
Notary Public

> PANAGIOTIS CARIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01CA6237515
> COMM. EXP. MARCH 21, 2015

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BARBARA NORBERG | 203 BENTON ST ORLANDO FL 32839-1404 |
| BARBARA ODANAKA | 3155 MOUNTAIN VIEW DRIVE LAGUNA BEACH CA 92651 |
| BARBARA OLWERT | 404 TOLLEY AVE MELBOURNE FL 32934-9028 |
| BARBARA PARKER | 28241 OCEANA DEL MAR SAN JUAN CAPISTRANO CA 92675 |
| BARBARA PARKS | 937 MENDOZA BLVD LADY LAKE FL 32159 |
| BARBARA PESCUMA | 4 PACE DRIVE SOUTH WEST ISLIP NY 11795 |
| BARBARA PIEZON | 2718 MERRIE OAKS ROAD WINTER PARK FL 32792 |
| BARBARA POWERS | 1147 WESTERN WAY ORLANDO FL 32804 |
| BARBARA R CANTLEY | 17 WEST 17TH STREET DEER PARK NY 11729 |
| BARBARA RHEUARK | 2 SECRETARIAT LN APT 203 HAMPTON VA 23666 |
| BARBARA RICHARDSON | P.O BOX 150142 ALTAMONTE SPRINGS FL 32701 |
| BARBARA ROBSON | 232 ARAB ST DELTONA FL 32725-6321 |
| BARBARA ROESSNER | C/O ROME MCGUIGAN, P.C. ATTN: ANDREW L. HOULDING ONE STATE STREET HARTFORD CT 06103 |
| BARBARA ROESSNER | C/O ROME MCGUIGAN, P.C. ATTN: ANDREW L HOULDING; JOHN F STROTHER ONE STATE STREET HARTFORD CT 06103 |
| BARBARA ROESSNER | ROME MCGUIGAN PC ANDREW L HOULDING ONE STATE ST HARTFORD CT 06103 |
| BARBARA ROESSNER | C/O ANDREW HOULDING, ESQ. ROME MCGUIGAN, P.C. ONE STATE STREET, 13TH FLOOR HARTFORD CT 06103-3101 |
| BARBARA ROONEY | 1255 GARDENDALE AVENUE MEDFORD OR 97504 |
| BARBARA ROSE | 1118 MILLER AVENUE OAK PARK IL 60302 |
| BARBARA RUSH | 639 GARDENIA GLEN ESCONDIDO CA 92025 |
| BARBARA SANTELLO | 5 GEORGE ST CROMWELL CT 06416-1627 |
| BARBARA SCHULER | 5 HOLDSWORTH HUNTINGTON NY 11743 |
| BARBARA SERANELLA | 54193 OAKHILL LA QUINTA CA 92253-4775 |
| BARBARA SJOHOLM | 523 N. 84TH STREET SEATTLE WA 98103 |
| BARBARA SLAVIN | 2929 28TH STREET, NW WASHINGTON DC 20008 |
| BARBARA SOLOMON | 40 EAST 66TH STREET 7A NEW YORK NY 10021 |
| BARBARA SPEESE | 1663 MEDINA AVE LADY LAKE FL 32159 |
| BARBARA SPENCER | 5750 EL PHARO PASO ROBLES CA 93446 |
| BARBARA STASSOLA | 24 EASTWOOD DR PLAINVILLE CT 06062-1410 |
| BARBARA TANNENBAUM | 11 MABRY WAY SAN RAFAEL CA 94903 |
| BARBARA THOMAS | 104-24 207TH STREET QUEENS VILLAGE NY 11429 |
| BARBARA V PEREZ | 590 E NEW YORK AVE ORANGE CITY FL 32763 |
| BARBARA VERNON | GRACE MANSION MILLI WARJAS 1200 SPRING ST BETHLEHEM PA 18018 |
| BARBARA WALTER | 12982 VIA LATINA DEL MAR CA 92014 |
| BARBARA WARD | 13217 45TH AVENUE W MUKILTEO WA 98275 |
| BARBARA WEST CATERING SERVICES | 620 MOULTON AVE NO.110 LOS ANGELES CA 90031 |
| BARBARA WHITAKER | 8551 CHARL LN LOS ANGELES CA 90046 |
| BARBARA WILSON | 258 W ESCALONES APT E SAN CLEMENTE CA 92672-5113 |
| BARBARA WINNIE | 167 LANCER OAK DR APOPKA FL 32712-2339 |
| BARBARA WOHLERS | 1013 JULIETTE BLVD MOUNT DORA FL 32757 |
| BARBARA WOOD | PO BOX 804418 CHICAGO IL 60680-4105 |
| BARBARA WURTZ | CORONA CA 92880 |
| BARBARA ZYDYK/REMAX UNLIMITED | 1080 SCHADT AVE WHITEHALL PA 18052-4537 |
| BARBARA, BALLENTINE | 7121 S EUCLID AVE    2 CHICAGO IL 60649 |
| BARBARAN, JUAN | 160 N CURLEY STREET BALTIMORE MD 21224 |
| BARBAT, DEVIN | PO BOX 420088 SAN DIEGO CA 92142-0088 |
| BARBATO, HELEN | 1150 SEAMANS NECK RD APT J10 WANTAGH NY 11793-2788 |
| BARBE J CORPORATION | 499 N STATE ROAD 434 ALTAMONTE SPRINGS FL 32714-2142 |

# THE TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RODRIQUEZ, CHRISTIAN | 3921 SW 32ND AVE HOLLYWOOD FL 33023 |
| RODRIQUEZ, DANIEL | 302 15 ST T10 ALLENTOWN PA 18102 |
| RODRIQUEZ, DANIEL | 402 S 15TH ST    903 ALLENTOWN PA 18102 |
| RODRIQUEZ, DANIEL | 402 15TH ST S ALLENTOWN PA 18102 |
| RODRIQUEZ, DANIEL | 402 S 15TH ST  APT 903 ALLENTOWN PA 18102 |
| RODRIQUEZ, IRIS D | 25 SANTANGELO CIR MIDDLETOWN CT 06457-4044 |
| RODRIQUEZ, JUAN | 116 STEEPLE DR    E BUFFALO GROVE IL 60089 |
| RODRIQUEZ, JUNELL | 2124 KIRK WAY SACRAMENTO CA 95822-5221 |
| RODRIQUEZ, MARTHA | 60 WADSWORTH ST    F8 HARTFORD CT 06106-1757 |
| RODRIQUEZ, SANTA | 258 2ND ST FL 2 SLATINGTON PA 18080-1812 |
| RODRIQUEZ, SANTA | PO BOX 90862 ALLENTOWN PA 18109 |
| RODRIQUEZ, ESTUARDO | 9137 ETTRICK STREET LOS ANGELES CA 90027 |
| RODU, BRAD | 529 S JACKSON ST  4TH FL LOUISVILLE KY 40202 |
| RODWELL, VEJAR D | 3960 BLAINE ST NE WASHINGTON DC 20019-3333 |
| ROE FABRICATORS INC | 3304 W SECOND ST CHESTER PA 19013 |
| ROE, KRISTIE | 1624 E LAS OLAS BLVD FT LAUDERDALE FL 33301-2385 |
| ROE, PATRICE | 9343 ALTA LOMA DR ALTA LOMA CA 91701 |
| ROE, SAM L | 631 N. BELLEFORTE AVE OAK PARK IL 60302 |
| ROE, STEVEN | 4988 KINGS HWY EMMAUS PA 18049 |
| ROE, STEVEN | 6 LONG CREEK DR MURRELLS INLT SC 29576-9782 |
| ROE, CHRISTOPHER | 2568 RIVER LANDING DR. SANFORD FL 32771 |
| ROE, SHERELL R | 316 EAST 171ST PLACE SOUTH HOLLAND IL 60473 |
| ROEBUCK, PAT | MARTY RICCONI 1517 SHARON RD STREATOR IL 61364 |
| ROEBUCK, RON D | 8810 POCAHONTAS TRAIL APT. #27 WILLIAMSBURG VA 23185 |
| ROEDER, ALISHA | 329 N 1ST ST APT 108 SAN JOSE CA 95110-2455 |
| ROEDER, BENJAMIN PAUL | 3243 NE WASCO ST PORTLAND OR 97232-1953 |
| ROEDER, BLAINE | 2240 W. SCHOOL UNIT 2 CHICAGO IL 60618 |
| ROEDER, BLAINE | 4636 N GREENVIEW AVE #34 CHICAGO IL 60640-4626 |
| ROEDER, EDWARD | JAMES B. WILCOX, JR. PLLC JAMES B. WILCOX, JR. 2900 P. STREET N.W. WASHINGTON DC 20007 |
| ROEHR, DAWN R | 147 COLON STREET BEVERLY MA 01915 |
| ROEHRICH, IAN SCOTT | 6195 WEST LONG DRIVE LITTLETON CO 80123 |
| ROEING, DALE | WILMOT ELEM SCHOOL 795 WILMOT RD DEERFIELD IL 60015 |
| ROEL, RONALD E | 19 ST ANDREWS LANE GLEN COVE NY 11542 |
| ROEMER, CONRAD | 301 COUNTRY CLUB ESTATES SALEM IL 62881-3635 |
| ROEMER, MIKE | PO BOX 28237 GREEEN BAY WI 54324-0237 |
| ROEN, TERRY | 375 EMERSON PLZ UNIT 311 ALTAMONTE SPG FL 32701-3476 |
| ROENNA, DANIEL L | 3639 N. MAGNOLIA CHICAGO IL 60613 |
| ROENNA, MICHAEL J. | 25119 DECLARATION DRIVE PLAINFIELD IL 60544 |
| ROESCH, LISA | C/O CLIFFORD LAW OFFICES, P.C. 120 NORTH LASALLE STREET, 31ST FLOOR ATTN: BRAIN T. NASH CHICAGO IL 60602 |
| ROESCH, WILLIAM H | 13106 TALL SHADOWS LANE APT# 1 FAIRFAX VA 22033 |
| ROESCH, BRIAN KEITH | 5116 E LAKES DR POMPANO BEACH FL 33064-8675 |
| ROESEL, LAUREN | 111 W MAPLE ST APT 1802 CHICAGO IL 60610-5406 |
| ROESGEN, SUSAN | 4425 SOUTH TONTI NEW ORLEANS LA 70125 |
| ROESSLER, MARK M | 26 CHARLES STREET NORTHAMPTON MA 01060 |
| ROESSLER, MICHAEL F | 1147A BEXLEY DRIVE GREENWOOD IN 46143 |
| ROESSNER, BARBARA | ROME MCGUIGAN PC JOHN F STROTHER ONE STATE ST HARTFORD CT 06103 |
| ROESSNER, BARBARA T | 216 PINE CREEK AVE FAIRFIELD CT 06824-6389 |