IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.[1]<br>(f/k/a Tribune Company),<br><br>　　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 14, 2015 AT 1:00 P.M.
BEFORE THE HONORABLE KEVIN J. CAREY**

```
AS NO MATTERS ARE GOING FORWARD,
AT THE COURT'S DIRECTION, THE HEARING IS CANCELED.
```

**ADJOURNED MATTER**

1.  Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed May 8, 2015) (Docket No. 14093)

    Related Document:

    (a) Supplemental Notice of Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007 (Filed June 22, 2015) (Docket No. 14112)

    Response Deadline:  June 8, 2015 4:00 p.m.
    　　　　　　　　　　On consent of the parties, the Response Deadline was extended to July 21, 2015 at 4:00 p.m.
    　　　　　　　　　　On consent of the parties, the Reply Deadline for the Reorganized Debtors is extended until a date to be determined.

    Responses Received:

    (a) Anthony LaMantia's (Claim No. 3031) Response Brief to Reorganized Debtors' Objection to Claim No. 3031 of Anthony LaMantia Pursuant to

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicago Tribune Company, LLC (3437); Chicagoland Television News, LLC (1352); forsalebyowner.com, LLC (4276); KTLA, LLC (3404); KWGN, LLC (5347); Sun-Sentinel Company, LLC (2684); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347); Tribune Content Agency, LLC (2931); Tribune Media Services, LLC (1080); WGN Continental Broadcasting Company, LLC (9530); WPHL, LLC (6896); WPIX, LLC (0191). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

Section 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003, and 3007 (Filed July 9, 2015) (Docket No. 14125)

(b) Claimant Anthony LaMantia's Response to Reorganized Debtors' Second Motion for Entry of a Final Decree (Filed September 1, 2015) (Docket No. 14151)

Status: On consent of the parties, the hearing on this matter, and Reply Deadline, are adjourned to a date to be determined. This matter will not be going forward.

**CERTIFICATION OF NO OBJECTION**

2. Reorganized Debtors' Objection to Claim No. 5664 of Barbara Roessner Pursuant to Sections 502(b) and 558 of the Bankruptcy Code and Bankruptcy Rules 3001 and 3007 (Filed September 11, 2015) (Docket No. 14152)

Related Document:

(a) Certification of No Objection Regarding Docket No. 14152 (Filed October 9, 2015) (Docket No. 14159)

Response Deadline: October 7, 2015 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward.

Dated: October 9, 2015

SIDLEY AUSTIN LLP
James F. Conlan
Kenneth P. Kansa
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE SCHOTZ P.C.

By: /s/ J. Kate Stickles
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR REORGANIZED DEBTORS

2