**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
                                                               :
In re:                                                         :   Chapter 11
                                                               :
TRIBUNE MEDIA COMPANY, et al.,                                 :   Case No. 08-13141 (KJC)
(f/k/a Tribune Company)                                        :   (Jointly Administered)
                                                               :
                            Reorganized Debtors                :
---------------------------------------------------------------X

## NOTICE OF APPEAL

Wilmington Trust Company,[1] by and through their undersigned counsel, hereby appeals to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the Order of the U.S. Bankruptcy Court for the District of Delaware (Carey, J.) dated November 19, 2015 (Doc No. 14167) (the "**Order**") sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company and from the Memorandum Opinion related to that Order, dated November 19, 2015 (Doc No. 14166) (the "**Opinion**").

A copy of the Order is annexed hereto as **Exhibit A** and a copy of the Opinion is annexed hereto as **Exhibit B**.

The parties to the Order and the Opinion appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Opinion.

| Party | Attorneys |
|---|---|
| Wilmington Trust Company | **SULLIVAN HAZELTINE ALLINSON LLC**<br>William D. Sullivan (I.D. No. 2820)<br>Elihu E. Allinson, III (I.D. No. 3476)<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br>T: 302-428-8191<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark<br>James W. Stoll<br>Seven Times Square<br>New York, NY 10036<br>T: 212-209-4800 |
| Tribune Media Company (Reorganized Debtors) | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>T: 302-652-3131<br><br>**JONES DAY**<br>Bruce Bennett<br>James O. Johnston<br>Joshua M. Mester<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071-2300<br>T: 213-489-3939<br><br>**SIDLEY AUSTIN LLP**<br>Mathew G. Martinez<br>One South Dearborn Street<br>Chicago, IL 60603<br>T: 312-853-7036 |

Dated: December 2, 2015
      Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

*/s/ William D. Sullivan*_____
William D. Sullivan (I.D. No. 2820)
Elihu E. Allinson, III (I.D. No. 3476)
901 N. Market Street, Suite 1300
Wilmington, DE 19801
302-428-8191

-and-

BROWN RUDNICK LLP
Robert J. Stark
James W. Stoll
Seven Times Square
New York, NY 10036
212-209-4800

*Counsel for Wilmington Trust Company, solely in its capacity as successor Indenture Trustee for the PHONES Notes*