## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 2nd day of December, 2015, I caused copies of the *Notice of Appeal* to be served upon the parties listed below via first class US mail, postage-prepaid.

| | |
|---|---|
| Normal L. Pernick, Esq. | Mathew G. Martinez, Esq. |
| J. Kate Stickles, Esq. | Sidley Austin LLP |
| Patrick J. Reilley, Esq. | One South Dearborn Street |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Chicago, IL  60603 |
| 500 Delaware Avenue, Suite 1410 | |
| Wilmington, DE  19801 | Bruce Bennett, Esq. |
| | James O. Johnston, Esq. |
| David Buchbinder, Esq. | Joshua M. Mester, Esq. |
| Office of the United States Trustee | Jones Day |
| J. Caleb Boggs Federal Building | 555 South Flower Street, 50th Floor |
| 844 King Street, Suite 2207 | Los Angeles, CA  90071-2300 |
| Lockbox #35 | |
| Wilmington, DE  19899-0035 | |

| | |
|---|---|
| December 2, 2015 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |