# Notice Recipients

District/Off: 0311−1   User: LisaD   Date Created: 12/2/2015
Case: 08−13141−KJC   Form ID: van440   Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | 901 North Market Street | Suite 1300 | Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole Schotz P.C. | 500 Delaware Avenue, Suite 1410 | | Wilmington, DE 19801 |
| aty | Joshua M. Mester | Jones Day | 555 S. Flower Street | 50th Floor | Los Angeles, CA 90071 |
| aty | Joshua M. Mester | Jones Day | 555 S. Flower Street | 50th Floor | Los Angeles, CA 90071 |
| aty | Matthew G. Martinez | Sidley Austin LLP | One South Dearborn Street | | Chicago, IL 60603 |
| aty | Patrick J. Reilley | Cole Schotz P.C. | 500 Delaware Avenue, Suite 1410 | | Wilmington, DE 19801 |
| aty | William A. Hazeltine | Sullivan Hazeltine Allinson LLC | 901 North Market Street | Suite 1300 | Wilmington, DE 19801 |

TOTAL: 7