IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Tribune Media Company, et al.

| | | |
|---|---|---|
| Wilmington Trust Company | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 15-1116 UNA |
| v. | ) | |
| | ) | |
| Tribune Media Company, et al. | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No. 08-13141 (KJC) |
| | | BAP No. 15-74 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/19/15 was docketed in the District Court on 12/2/15:

> ORDER SUSTAINING THE REORGANIZED DEBTORS' OBJECTION TO THE CLASS 1F OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY dated 11/19/2015

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                  John A. Cerino
                                                  Clerk of Court

Date: 12/2/15
To: U.S. Bankruptcy Court
      Counsel via CM/ECF