# **<u>EXHIBIT A</u>**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| TRIBUNE MEDIA COMPANY, *et al.*,[1] | : |  |
|  | : | Case No. 08-13141 (KJC) |
| Reorganized Debtors | : | (D.I. 13338; 14028) |

## ORDER SUSTAINING THE REORGANIZED DEBTORS' OBJECTION TO THE CLASS 1F OTHER PARENT CLAIM ASSERTED BY WILMINGTON TRUST COMPANY

AND NOW, this 19th day of November, 2015, upon consideration of the Reorganized Debtors' Objection to Class 1F Other Parent Claim Asserted by Wilmington Trust Company (D.I. 13338) (the "Claim Objection"), and the response thereto, and upon consideration of the Mediator's Report and Recommendation dated October 24, 2014 (the "Mediator's Report"), and the Limited Objection to the Mediator's Report and Recommendation (D.I. 14028), and the

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases are: Tribune Media Company; California Community News, LLC; Chicago Tribune Company, LLC; Chicagoland Publishing Company, LLC; Chicagoland Television News, LLC; forsalebyowner.com, LLC; ForSaleByOwner.com Referral Services LLC; Hoy Publications, LLC; Internet Foreclosure Service, LLC; KDAF, LLC; KIAH, LLC; KPLR, Inc.; KRCW, LLC; KSWB, LLC; KTLA, LLC; KTXL, LLC; KWGN, LLC; Los Angeles Times Communications LLC; Magic T Music Publishing Company, LLC; NBBF, LLC; Oak Brook Productions, LLC; Orlando Sentinel Communications Company, LLC; Sun-Sentinel Company, LLC; The Baltimore Sun Company, LLC; The Daily Press, LLC; The Hartford Courant Company, LLC; The Morning Call, LLC; Tower Distribution Company, LLC; Towering T Music Publishing Company, LLC; Tribune 365, LLC; Tribune Broadcasting Company, LLC; Tribune Broadcasting Hartford, LLC; Tribune Broadcasting Indianapolis, LLC; Tribune Broadcasting Seattle, LLC; Tribune CNLBC, LLC; Tribune Content Agency, LLC, LLC; Tribune Content Agency London, LLC; Tribune Direct Marking, LLC; Tribune Entertainment Company, LLC; Tribune Investments, LLC; Tribune Media Services, LLC; Tribune ND, LLC; Tribune Publishing Company, LLC; Tribune Television New Orleans, Inc.; Tribune Washington Bureau, LLC; WDCW, LLC; WGN Continental Broadcasting Company, LLC; WPHL, LLC; WPIX, LLC; WPMT, LLC; WSFL, LLC; WXMI, LLC.

Reorganized Debtors' response thereto, and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1.   The Claim Objection is SUSTAINED, in part, with respect to Wilmington Trust Company's claim for postpetition attorney's fees in the amount of $30,289,093.33 (the "Fee Claim"), and

2.   The Fee Claim is DISALLOWED.


BY THE COURT:


_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE


cc: J. Kate Stickles, Esquire[2]

---

[2] Counsel shall serve a copy of this Memorandum and Order upon all interested parties and file a Certificate of Service with the Court.