# **EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------X
In re:                                                              :    Chapter 11 Cases
                                                                         :
**TRIBUNE MEDIA COMPANY, et al.,**        :    Case No. 08-13141 (KJC)
                                                                         :    (Jointly Administered)
    Reorganized Debtors.                             :
                                                                         :    Related to Docket No.: 14170
---------------------------------------------------X

**CERTIFICATION FOR DIRECT APPEAL TO**
**THE THIRD CIRUCIT COURT OF APPEALS**

This matter coming before the Court on the motion (the "Motion") of Wilmington Trust Company, for Certification for Direct Appeal to the Third Circuit Court of Appeals (the "Third Circuit") of the pending appeal (the "Appeal") by Wilmington Trust Company from this Court's *Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company* and from the *Memorandum Opinion* related to that Order; and the Court having jurisdiction over this Motion pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006(b) of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Motion and any responses thereto, and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein;

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Appeal is hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.

Dated: December ___, 2015

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE