## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 4th day of December, 2015, I caused copies of the *Request for Order Certifying Order Sustaining the Reorganized Debtors' Objection to the Class 1F Other Parent Claim Asserted by Wilmington Trust Company for Direct Appeal to the Court of Appeal for the Third Circuit* to be served upon the parties listed below in the manner indicated.

| **HAND DELIVERY** | **FEDERAL EXPRESS** |
|---|---|
| Normal L. Pernick, Esq. | Mathew G. Martinez, Esq. |
| J. Kate Stickles, Esq. | Sidley Austin LLP |
| Patrick J. Reilley, Esq. | One South Dearborn Street |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Chicago, IL  60603 |
| 500 Delaware Avenue, Suite 1410 | |
| Wilmington, DE  19801 | **FEDERAL EXPRESS** |
| | Bruce Bennett, Esq. |
| **HAND DELIVERY** | James O. Johnston, Esq. |
| David Buchbinder, Esq. | Joshua M. Mester, Esq. |
| Office of the United States Trustee | Jones Day |
| J. Caleb Boggs Federal Building | 555 South Flower Street, 50th Floor |
| 844 King Street, Suite 2207 | Los Angeles, CA  90071-2300 |
| Lockbox #35 | |
| Wilmington, DE  19899-0035 | |

December 4, 2015                                                           */s/ William D. Sullivan*
Date                                                                           William D. Sullivan